

**DEPARTMENT OF THE NAVY**
SECRETARY OF THE NAVY COUNCIL OF REVIEW BOARDS
720 KENNON STREET SE STE 309
WASHINGTON NAVY YARD, DC 20374-5023

IN REPLY REFER TO:
1850
CORB:  003
24 Apr 18

From:  Director, Secretary of the Navy Council of Review Boards
To:    Ms. Tae Hee (Tamara) Kim, Esq.
       Latham & Watkins, LLP
       555 Eleventh St, NW Suite 1000
       Washington, DC 20004

Subj:  CTN2 DANIEL ANDERSON'S REQUEST FOR RECONSIDERATION OF THE
       PHYSICAL EVALUATION BOARD'S DENIAL OF A FORMAL PEB HEARING

Ref:   (a) Your memo dtd 2 Apr 18
       (b) SECNAVINST 1850.4E

Encl:  (1) DIRCORB memo dtd 5 Mar 18
       (2) DD Form 149

1.  Your request on behalf of CTN2 Anderson, as set forth in reference (a), is denied.

2.  On 17 January 2017, CTN2 Anderson was found "Fit to Continue on Active Duty."  In his
Election of Options dated 24 January 2018, he requested a FORMAL PEB hearing to contest his
fitness determination.  Following re-review of CTN2 Anderson's case by the PEB, and based on the
recommendation of the President, PEB, I denied CTN2 Anderson's request for a Formal PEB on 5
March 2018.  A copy of my denial letter is provided as enclosure (1).

3.  After review of reference (a), CTN2 Anderson's request for a Formal PEB is again denied.  His
case was processed in accordance with reference (b), which does not provide appeal of the decision
to deny a Formal PEB to a service member found fit.  I reviewed reference (a), but found the
arguments presented and the new information and medical evidence insufficient basis upon which
to deviate from regulation by granting further review.

4.  Despite my decision, CTN2 Anderson's case may be re-referred to the PEB by appropriate
Medical Treatment Facility authorities should they, again, determine his conditions preclude the
performance of his duties.

5.  CTN2 Anderson's attention is invited to the fact he has the right to petition the Board for
Correction of Naval Records (BCNR) if he believes either an error or injustice was committed in his
case.  Enclosure (2) is provided for your use should you subsequently desire to petition BCNR.

J. A. RIEHL

Copy to: (w/o encl)
President, PEB

AR 0001



**DEPARTMENT OF THE NAVY**
SECRETARY OF THE NAVY COUNCIL OF REVIEW BOARDS
720 KENNON STREET SE STE 309
WASHINGTON NAVY YARD, DC 20374-5023

IN REPLY REFER TO:
1850
CORB:  003
24 Apr 18

From:   Director, Secretary of the Navy Council of Review Boards
To:     Ms. Tae Hee (Tamara) Kim, Esq.
        Latham & Watkins, LLP
        555 Eleventh St, NW Suite 1000
        Washington, DC 20004

Subj:   CTN2 DANIEL ANDERSON'S REQUEST FOR RECONSIDERATION OF THE
        PHYSICAL EVALUATION BOARD'S DENIAL OF A FORMAL PEB HEARING

Ref:    (a) Your memo dtd 2 Apr 18
        (b) SECNAVINST 1850.4E

Encl:   (1) DIRCORB memo dtd 5 Mar 18
        (2) DD Form 149

1.  Your request on behalf of CTN2 Anderson, as set forth in reference (a), is denied.

2.  On 17 January 2017, CTN2 Anderson was found "Fit to Continue on Active Duty."  In his
Election of Options dated 24 January 2018, he requested a FORMAL PEB hearing to contest his
fitness determination.  Following re-review of CTN2 Anderson's case by the PEB, and based on the
recommendation of the President, PEB, I denied CTN2 Anderson's request for a Formal PEB on 5
March 2018.  A copy of my denial letter is provided as enclosure (1).

3.  After review of reference (a), CTN2 Anderson's request for a Formal PEB is again denied.  His
case was processed in accordance with reference (b), which does not provide appeal of the decision
to deny a Formal PEB to a service member found fit.  I reviewed reference (a), but found the
arguments presented and the new information and medical evidence insufficient basis upon which
to deviate from regulation by granting further review.

4.  Despite my decision, CTN2 Anderson's case may be re-referred to the PEB by appropriate
Medical Treatment Facility authorities should they, again, determine his conditions preclude the
performance of his duties.

5.  CTN2 Anderson's attention is invited to the fact he has the right to petition the Board for
Correction of Naval Records (BCNR) if he believes either an error or injustice was committed in his
case.  Enclosure (2) is provided for your use should you subsequently desire to petition BCNR.

J. A. RIEHL

Copy to: (w/o encl)
President, PEB



**DEPARTMENT OF THE NAVY**
SECRETARY OF THE NAVY COUNCIL OF REVIEW BOARDS
720 KENNON STREET SE STE 309
WASHINGTON NAVY YARD DC 20374-5023

IN REPLY REFER TO

1850
PPEB
01-Mar-18

MEMORANDUM

From: President, Physical Evaluation Board
To:   Director, SECNAVCORB

Subj: REQUEST FOR FORMAL HEARING

Ref:  (a) Formal Board Request ICO CTN2 Daniel D. Anderson, USN
      (b) SECNAVINST 1850.4E

1. Reference (a) is forwarded for decision pursuant to reference (b).

2. The Service member was found fit for continued naval service by the
Informal Physical Evaluation Board (PEB). Pursuant, a request for a formal
hearing was received. I have reviewed the case and recommend the request be
denied.

REESERJOHN.DA
VID.1040792119

*Digitally signed by
REESER.JOHN.DAVID.1040792119*

J. D. Reeser

---

05-Mar-18

From: Director, SECNAVCORB
To:   President, Physical Evaluation Board

1. Your recommendation is approved. The request for a formal hearing as set
forth in reference (b) is denied.

RIEHL.JEFFREY.AL
LEN.1041765298

*Digitally signed by
RIEHL.JEFFREY.ALLEN.1041765298*

J. A. Riehl

AR 0003

# Volume One

AR 0004

Evaluation Board's Denial of a Formal Hearing

| | |
|---|---|
| **From:** | Kim, Tamara (DC) |
| **To:** | jeffrey.riehl@navy.mil |
| **Cc:** | Daniel Anderson; lakeisha.m.brower.ctr@mail.mil; Esther Leibfarth; Elrod, Eugene (DC) |
| **Subject:** | CTN2 Daniel Anderson's Request for Reconsideration of the Physical Evaluation Board"s Denial of a Formal Hearing |
| **Date:** | Monday, April 2, 2018 3:10:00 PM |
| **Attachments:** | Daniel Anderson CORB MEMORANDUM.pdf |
| | Exhibit A.pdf |
| | Exhibit B.pdf |
| | Exhibit C.pdf |
| | Exhibit D.pdf |
| | Exhibit E.pdf |
| | Exhibit F.pdf |
| | Exhibit G.pdf |
| | Exhibit H.pdf |
| | Exhibit I.pdf |
| | Exhibit J.pdf |
| | Exhibit K.PDF |
| | Exhibit L.pdf |
| | Exhibit M.pdf |
| | EXHIBIT N.pdf |

Dear Mr. Riehl,

My name is Tamara Kim, and I am an attorney at Latham & Watkins.  The National Veterans Legal Services Program has referred CTN2 Daniel Anderson's case to me and Gene Elrod, copied here.

Gene and I are writing to file the attached Memorandum and relevant Exhibits A-N, with the following purposes:

1.  To appeal the Physical Evaluation Board's February 22, 2018 denial of CTN2 Anderson's FPEB request for a formal hearing without approval from the Secretary of the Navy Council of Review Boards; and

2.  To request that the CORB grant Anderson's request for an FPEB, or directly find Anderson's Generalized Anxiety Disorder and Major Depressive Disorder to be unfitting conditions.

Please let us know if you have any questions.

Warm regards,


**Tae Hee (Tamara) Kim**

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.1052
Fax: +1.202.637.2201
Email: tamara.kim@lw.com
http://www.lw.com

Anderson's Appeal

| | |
|---|---|
| **From:** | Kim, Tamara (DC) |
| **To:** | jeffrey.riehl@navy.mil |
| **Cc:** | Esther@nvlsp.org; Daniel Anderson; Elrod, Eugene (DC) |
| **Subject:** | RE: CTN2 Daniel Anderson"s Appeal |
| **Date:** | Tuesday, April 17, 2018 6:07:26 PM |

To: Jeffrey Riehl, CORB

Dear Mr. Riehl,

We are writing to you in our capacity as legal counsel representing CTN2 Daniel Anderson in his appeal of the Physical Evaluation Board's denial of a formal hearing regarding his fitness for duty. On April 2, 2018, on behalf of Mr. Anderson, we filed an appeal of that denial. Please advise us of the status of the appeal. In addition, please copy us on all future communications with Mr. Anderson regarding the appeal.

Thank you.

Respectfully,

Tamara Kim and Gene Elrod
Counsel for Daniel Anderson

**Tae Hee (Tamara) Kim**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.1052
Fax: +1.202.637.2201
Email: tamara.kim@lw.com
http://www.lw.com

MEMORANDUM

**LATHAM&WATKINS**LLP

## MEMORANDUM

Date: April 2, 2018

From: Tae Hee (Tamara) Kim, Esq. and Eugene Elrod, Esq., of Latham & Watkins LLP, on behalf of CTN2 Daniel Anderson

To: Director of Secretary of the Navy Council of Review Boards
Attention: Mr. Jeffrey Riehl (jeffrey.riehl@navy.mil)

Subj: CTN2 Daniel Anderson's Request for Reconsideration of the Physical Evaluation Board's Denial of a Formal PEB hearing.

Ref: (a) SECNAVINST 1850.4E

(b) DoDI 1332.18

Encl: Abbreviated Medical Evaluation Board Report dated June 13, 2017 (Exhibit A)

Abbreviated Medical Evaluation Board Report dated December 6, 2017 (Exhibit B)

Consolidated NARSUM (Exhibit C)

Compensation and Pension Exam Report for DBQ PSYCH Mental disorders Exam dated October 26, 2017 (Exhibit D)

Non-Medical Assessment (NMA) dated October 27, 2017 (Exhibit E)

Medical Record created October 30, 2017 at WRNMMC (Exhibit F)

Personal Health Information created on January 24, 2018 from the Military Electronic Health Record (Exhibit G)

Personal Summary of Medical Symptoms by Daniel Anderson (Exhibit H)

Letter from Sherin Paul Psy.D, Clinical Psychologist at WRNMMC (Exhibit I)

IPEB Appeal (Exhibit J)

FPEB Request Denial signed February 22, 2018 (Exhibit K)

SECNAVCORB Memorandum (9 Jul 15) DELEGATION OF AUTHORITY (Exhibit L)

Performance Evaluation signed by Anderson March 27, 2018 (Exhibit M)

Letter to Mr. Jeffrey Riehl, Dierector of SECNAVCORB (Exhibit N)

**LATHAM&WATKINS**LLP

1. The purposes of this memorandum are:

- to appeal the Physical Evaluation Board's (PEB) February 22, 2018 denial of CTN2 Daniel Anderson's (hereafter "Anderson") Formal PEB (FPEB) request for a formal hearing without approval from the Secretary of the Navy Council of Review Boards (CORB); and

- to request that the CORB grant Anderson's request for an FPEB, or directly find Anderson's Generalized Anxiety Disorder (GAD) and Major Depressive Disorder (MDD) to be unfitting conditions.

2. SECNAVIST 1850.4e, Enclosure 4, para 4109, clearly states that the PEB president can grant a request to the FPEB, but only the CORB (upon recommendation of the PEB president) may deny such a request.[1]  This denial power cannot be delegated, as SECNAVCORBINST 5216.1G attempted, because the Secretary of the Navy, the CORB's superior Secretary, explicitly withheld such power from the PEB president by specifying in SECNAVIST 1850.4e, Enclosure 4, para 4109 that the PEB President may only "recommend" a denial.  This bifurcated appeal process ensures that all sailors will receive due process in that their appeals will not be decided by the same entity that ruled against them initially.  Despite this regulation and the safeguards it provides, Anderson's FPEB request was directly denied by the PEB President, Mr. John Reeser, on February 22, 2018, apparently without approval from the CORB.  *Exhibit K.*  For further analysis of the authority to deny a formal hearing, please see *Exhibit N.*

3. Furthermore, the Navy policy notes that a right to a PEB hearing does not exist when a sailor is found "fit" for duty because the DoDI and SECNAVINST indicate that a "fit" finding is a positive outcome.  Every Non-Medical Assessment, including Anderson's, indicates the Service member's actual desired outcome.  In this case, Anderson indicated he wanted to found "unfit" for duty.  Thus, the PEB is aware that Mr. Anderson desired to be found "unfit" due to the severity of his medical conditions, and that any decision of fitness in his case is a *negative* outcome, not a positive one.  Therefore, the rationale that being found "fit" is a positive outcome cannot provide a reasoned basis, *in this case,* for denying Mr. Anderson's formal board hearing.

4. The PEB's denial of Anderson's hearing request not only violated SECNAVIST 1850.4e, Enclosure 4, para 4109, but also ran afoul of the CORB's responsibility pursuant SECNAVIST 1850.4e, Enclosure 1, para 1004c(2) to grant a FPEB hearing in the case of a member found FIT for continued naval service, where necessary to "preclude error or injustice."

5. In Anderson's case, had the proper procedural steps been followed, the CORB would have been permitted to review Anderson's IPEB appeal, *Exhibit J*, prior to the denial of his FPEB hearing request.  In that event, we respectfully submit that the CORB would have recognized

---

1 According to SECNAVIST 1850.4e, Enclosure 4, para 4109b, the PEB President "may grant a request for a hearing before a Formal PEB or recommend to the DIRNCPB, that the request be denied. The DIRNCPB, upon review of the case may grant the request for a hearing or deny it."

LATHAM&WATKINS LLP

both the procedural error and the injustice to CTN2 Anderson to find him "fit" for duty without a FPEB hearing.

6. The evidence presented in Anderson's IPEB appeal makes clear that, pursuant to Appendix 2 of DoDI 1332.18, Anderson's GAD and MDD make him unfit for duty. Those medical condtions make him "unable reasonably to perform duties of his or her office, grade, rank, or rating . . . ," represent "a decided medical risk to the health of the member or to the welfare or safety of other members," and impose "unreasonable requirements on the military to maintain or protect the Service member."

7. In his IPEB appeal, Anderson demonstrated that, as required by SECNAVINST 1850.4E §3306, the preponderance of the evidence, both medical and non-medical, proves his GAD and MDD are unfitting conditions:

A. Anderson has been in mental health treatment regularly, with weekly visits to his psychiatrist since August of 2012. *Exhibit D, at 5; Exhibit I.* Anderson was hospitalized in 2015 for 30 days at Fort Belvoir for inpatient treatment, and additional inpatient treatment was recently recommended. *Id.*

B. Despite being in treatment for several years and on Limited Duty for over 6 months, Anderson's MDD and GAD continue to cause significant symptoms and limitations as illustrated by his NARSUM and VA DBQ PSYCH Mental disorders Exam (Psych DBQ) dated September 25, 2017. *Exhibit D.* Specifically, Anderson's NARSUM dated November 6, 2017 notes that his MDD and GAD, among other diagnoses, fail the medical retention standards of the Navy. Specifically, Anderson's NARSUM finds his MDD to be duty-limiting because it results in sad mood, feelings of helplessness, feelings of hopelessness, low energy, anhedonia, and chronic suicidal ideation, and that his GAD manifests in worry thoughts, rumination, restlessness, sleep disturbance, and panic attacks. *Exhibit C.*

C. Anderson's GAD and MDD create numerous symptoms that directly limit his ability to serve in the military and to function in the larger world. For example, Anderson's Psych DBQ states that he has "near-continuous panic or depression affecting the ability to function independently, appropriately and effectively," "difficulty in adapting to stressful circumstances, including work or a worklike setting," and "obsessional rituals which interfere with routine activities." *Exhibit D.*

D. On October 27, 2017, the Commanding Officer of the Cyber Strike Activity Sixty Three completed a Non-Medical Assessment (NMA) in Anderson's case, confirming the following facts: 1) considering Anderson's current physical condition, he is not worldwide assignable; and 2) he does not have good potential for continued service in his present physical and mental condition. *Exhibit E, at 2-3.* Anderson's commander further affirmed her belief that Anderson's medical conditions render him unfit for military service by personally endorsing the suspension of Anderson's access to TTS/SCI materials and facilities, stating that his mental health condition "has prompted a review by Department of the Navy Central Adjudication Facility to see if the member can retain

April 2, 2018
Page 4

**LATHAM&WATKINS**LLP

his current level of security clearance." This circumstance prevents him from completing regular Cryptologic Networking Technician (CTN2) duties. *Id. at 3-4.*

E. As of March 26, 2018, Anderson's security clearance remains suspended due to his mental health condition, and there is no indication that it will be reinstated. Because Anderson's condition, according to his NARSUM, is not likely to improve in the next 12 to 36 months, it appears that he will be disqualified from obtaining the security clearance required to do his job for an indefinite period. *Exhibit C.*

F. Highlighting the errors in the IPEB's fit-for-duty finding and the PEB's denial of Anderson's FPEB request is an Abbreviated Medical Evaluation Board Report, dated December 6, 2017, placing Anderson on a second period of limited duty for his GAD and MDD. Anderson's second period of limited duty is even more restrictive than his first. *Exhibit B.* The second period of limited duty 1) requires Anderson to remain at Walter Reed for "extensive medical care," removing him indefinitely from his work as a CTN2; 2) precludes his participation in "late night or overnight duty," thereby excluding him from shift work that is common for a sailor serving as a CTN2; and 3) prevents him from living on a boat, deploying, and from firing and carrying a weapon. *Id.* Due to these limitations, medical officers concluded that Anderson's anxiety, depression, and co-morbid medical condition have significantly negatively impacted his ability to function at home and in his social environment. *Id.*

G. On March 16, 2018, and notwithstanding the IPEB's earlier finding that Anderson is fit for duty, Anderson's command signed a performance evaluation that concludes that he is "not recommended for retention or advancement." This recommendation is based largely on the fact that Anderson is in a limited-duty status due to required medical treatment approximately 3-4 days a week. *Exhibit M at 2.*

H. Perhaps most importantly, since the filing of our last memorandum there is new medical evidence that supports a finding that Anderson's medical conditions render him unfit for duty. Dr. Sherin Paul, Clinical Psychologist at WRNMMC and Anderson's primary mental health provider, has written a letter to the PEB with information concerning Anderson's fitness, from a behavioral health perspective, to continue to serve as a CTN2. *Exhibit I.* In Dr. Paul's professional opinion, Anderson's GAD and MDD diagnoses, individually and when taken together, leave him unable to perform, safely and reliably, the duties required of a CTN2. *Id.* Moreover, Anderson's limitations also place at risk secure, classified information and sensitive work product that belong to the Navy. *Id.*

I. Indeed, Dr. Paul's letter states that, despite his long-term compliance with treatment recommendations, Anderson's GAD and MOD diagnoses cause him various symptoms that limit his ability to serve in the military, including but not limited to the following: 1) consistent anxiety or depression affecting the ability to function independently, appropriately and effectively; 2) difficulty in adapting to stressful circumstances,

**LATHAM&WATKINS**LLP

including work or a work-like setting; and 3) difficulty developing healthy coping skills to manage life stressors. *Exhibit I.*

J. According to Dr. Paul, the above limitations prevent Anderson from performing either his basic military duties or the duties of his rating. *Id.* As a CTN, Anderson works daily in a stressful position that requires him to produce national intelligence products using complex Information Technology (IT) networks containing secure, classified information. *Id.* Anderson's continued service would place at risk not only his mental health, but also his sensitive work product, as his symptoms will likely continue to interfere negatively with his ability to perform his duties efficiently, effectively, and accurately. *Id.* Therefore, if the PEB were to find Anderson fit for duty and Anderson were to continue service, the Navy would be placing at risk its own secure documentation and information systems. Anderson's psychological conditions are highly likely to result in mistakes, poor judgment, and limited professional and mental functioning at any given time.

K. Contrary to what the PEB claimed in its IPEB response, Anderson's medical records illustrate that his GAD and MDD limit his continued military service. There is no indication that Anderson is limited in his duties because his command does not trust him. In fact, as illustrated by his commander's NMA and Anderson's recent evaluation report, his command documents that his medical conditions cause him to miss 30 hours of work per week, and resulted in his loss of the clearance required to do his job as a CTN. *Exhibit E.*

8. In light of these facts, Anderson respectfully requests that the CORB grant him a formal hearing. At the hearing, we will demonstrate that Anderson's GAD and MDD, individually and taken together, make him unfit for duty. The symptoms of these conditions prevent him from performing, safely and reliably, the duties of his rating and, in fact, even his basic military duties. In the alternative, Anderson requests that the CORB directly overturn the IPEB's decision and find that his GAD and MDD make him unfit for duty.

_/s/ Tamara Kim_____
**Tae Hee (Tamara) Kim, Esq.**

_/s/ Gene Elrod_____

.

**April 2, 2018**
**Page 6**

**LATHAM&WATKINS**LLP

**Eugene Elrod, Esq.**

# ABBREVIATED MEDICAL EVALUATION BOARD REPORT

## SECTION 1: CLINICAL INFORMATION (TO BE COMPLETED BY MEDICAL OFFICERS)

Date: 06-13-2017    Patient Name: Daniel Dennis Merwin    Patient SSN: ▮▮▮▮▮

Proposed start date for limited duty:    06-14-2017    Proposed end date (≤ 6 months): 12-13-2017

This period of limited duty is for: (Select one)

[X] 1st LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary)

[ ] 2nd LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary). Note that the first and second TLD periods cannot exceed 12 months cumulatively from the date of the first TLD period.

[ ] 1st LIMDU (≤ 6 months) Officer ADSM (referral to service headquarters necessary).

[ ] 2nd LIMDU (≤ 6 months) Officer ADSM (referral to service headquarters necessary).

[ ] 3rd or subsequent LIMDU periods on Navy and Marine ADSM involving a distinctly different condition than that responsible for the first and second TLD periods (for referral to service headquarters for "departmental review").

[ ] Placement on LIMDU - if the patient is not already in a LIMDU status - at the same time the patient's case is referred to the physical evaluation board for adjudication.

Diagnosis:  (1)  Generalized Anxiety Disorder                          ICD-9 CM Code    300.02

(2)  Major Depressive Disorder, Recurrent, Moderate          ICD-9 CM Code    296.32

(3)  IBS-D                                                                      ICD-9 CM Code    K58.0

Circumstances of injury/illness:

The patient is a 32-year-old male who presents with anxiety, depression, and co-morbid medical conditions that negatively impact his ability to function at home, work, and in social settings. The GI-confirmed IBS-d is of such severity that it daily interferes with military ADLs

Treatment plan:

PT referred to IOP (mental health RX) He his on multiple bowel medications and his IBS-d severity requires that he have close proximity to BR facilities at all times

Limitations from full duty (including whether transfer/TEMDU for treatment is indicated, and any PRT limitations):

Ensure access to all medical appointments. Ensure opportunity for 8 consecutive hours of sleep every 24-hour period. The patient should not have access to weapons. The patient should not pcs, deploy, or be placed in austere environments.

PAUL.SHERIN.1611836794    Printed MEB Member Name and Signature/Date

_[signature]_ MAJ M Group OR StmaGIER    CAPT, MC USN R

_[signature]_ Paul W E Carr 10 June 2017    Printed  CA Name and Signature/Date

**RUSSELL B. CARR**
**CDR MC USN**

## SECTION 2: PATIENT INFORMATION. TO BE COMPLETED BY PATIENT

I have received full information on the proposed Limited Duty period from my provider. I understand that this period of limited duty is not effective until approved by the MTF Convening Authority, and that the MTF will report this LIMDU action to my parent command. I understand I may be returned to duty prior to the date appearing above as my clinical condition warrants and upon action by my attending provider.

_[signature]_ Danis Merwin MJun17    Patient Signature/Date

## SECTION 3: TO BE COMPLETED BY PATIENT ADMINISTRATION OFFICER/MEDICAL BOARDS OFFICER

The following actions have been completed:

[X] Completion of Patient Information Sheet          [X] Briefing to Patient on Limited Duty/MEBs

[X] Notification to PSD/Personnel Office              [X] Notification to MTF LIMDU Coordinator

[ ] LODB Requested from Parent Command (if LODB required)    [ ] Notification to Parent Command

[ ] Entry into MedBOLTT                              Patient Administration Officer/Medical Boards Official Printed Name, Signature, and Date

ROUTING:  Original to Patient Health Record; copies to Patient, Parent Command, PSD,    NAVMED 6100/5 (Rev. 08-2004)
MEBR Case File, and PERS-4821 or MMSR-4                  PREVIOUS EDITIONS OBSOLETE

# ABBREVIATED MEDICAL EVALUATION BOARD REPORT

## SECTION 1: CLINICAL INFORMATION (TO BE COMPLETED BY MEDICAL OFFICERS)

Date: 12-06-2017    Patient Name: Daniel Dennis Anderson    Patient SSN: ▮▮▮▮▮

Proposed start date for limited duty:    12-13-2017    Proposed end date (≤ 6 months): 06-12-2018

This period of limited duty is for: (Select one)

- [ ] 1st LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary)
- [ ] 2nd LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary). Note that the first and second TLD periods cannot exceed 12 months cumulatively from the date of the first TLD period
- [ ] 1st LIMDU (≤ 6 months) Officer ADSM (referral to service headquarters necessary)
- [ ] 2nd LIMDU (≤ 6 months) Officer ADSM (referral to service headquarters necessary)
- [ ] 3rd or subsequent LIMDU periods on Navy and Marine ADSM involving a distinctly different condition than that responsible for the first and second TLD periods (for referral to service headquarters for "departmental review")
- [x] Placement on LIMDU - if the patient is not already in a LIMDU status - at the same time the patient's case is referred to the physical evaluation board for adjudication

Diagnosis: (1) MDD, Recurrent, Moderate        ICD-9 CM Code    296.32

(2) GAD        ICD-9 CM Code    300.02

(3) IBS-D/P        ICD-9 CM Code    K58

Circumstances of injury/illness:

The patient is a 32-year-old male who has anxiety, depression, and co-morbid medical condition that have significantly negatively impacted his ability to function at home and in his social environment. The GI confirmed IBS-D/P is of such severity that it interferes with military ADL's.

Treatment plan:

Patient to complete IOP through ATS. Patient will follow up on outpatient basis with several appointments including individual/group/OT/Rec therapy & meds.

Limitations from full duty (including whether transfer/TEMDU for treatment is indicated, and any PRT limitations):

1) Recommend PCS LimDu to Walter Reed to complete extensive medical care 2) Access to all medical appointments 3) No PT 4) Access to bathrooms 4) No late night or overnight duty, ensure 8-hours of sleep in 24h period 5) No access to weapons 4) No PCS/Not deployable/No austere environments

PAUL SHERIN 1511835794 _[signature]_ _Edin Tos DUO_

Printed MEB Member Name and Signature/Date    Printed MEB Member Name and Signature/Date    Printed CA Name and Signature/Date

_Edin Tos 15 DEC_

## SECTION 2: PATIENT INFORMATION, TO BE COMPLETED BY PATIENT

I have received full information on the proposed Limited Duty period from my provider. I understand that this period of limited duty is not effective until approved by the MTF Convening Authority, and that the MTF will report this LIMDU action to my parent command. I understand I may be returned to duty prior to the date appearing above as my clinical condition warrants and upon action by my attending provider.

_[signature]_

Patient Signature/Date

## SECTION 3: TO BE COMPLETED BY PATIENT ADMINISTRATION OFFICER/MEDICAL BOARDS OFFICER

The following actions have been completed:

- [ ] Completion of Patient Information Sheet
- [ ] Notification to PSD/Personnel Office
- [ ] LODD Requested from Parent Command (if LODD required)
- [ ] Entry into MedBOLTT

- [ ] Briefing to Patient on Limited Duty/MEBs
- [ ] Notification to MTF LIMDU Coordinator
- [ ] Notification to Parent Command

Patient Administration Officer/Medical Boards Official Printed Name, Signature, and Date

ROUTING: Original to Patient Health Record; copies to Patient, Parent Command, PSD, MEBR Case File, and PERS-4821 or MMSR-4

NAVMED 6100/5 (Rev 08-2004)
PREVIOUS EDITIONS OBSOLETE

AR 0019



**DEFENSE HEALTH AGENCY**
**WALTER REED NATIONAL MILITARY MEDICAL CENTER**
**WRNMMC CONSOLIDATED NARSUM**

This consolidated NARSUM incorporates specialty consults and review of VA medical records, precluding the need for specialty addenda, and is an Administrative Document, *not* to be used as source documentation for medical decisions.

NAME: ANDERSON, DANIEL DENNIS
SSN/DOB: ██████████ 1985
STATUS: PO2/USN
DATE: 06 November 2017

**Identification:** PO2 Anderson is a 32 y/o USN with 12 years length of service. MOS is CTN. He was referred to the IDES on 21 August 2017 for Irritable bowel syndrome, Generalized anxiety disorder and Major depressive disorder recurrent moderate.

**History of Present Illness:** Per review of medical records available in AHLTA, ESSENTRIS, and JLV, the following diagnoses are referred to the Navy Central Physical Evaluation Board as duty limiting:

**Diagnoses 1-3**

1.  **Diagnosis 1: Major Depressive Disorder (MDD), Recurrent, Moderate (ICD10: F33.1)**
    **Diagnosis 2: Generalized Anxiety Disorder (GAD) (ICD 10: F41.1)**
    **Diagnosis 3: Alcohol Use Disorder, Moderate, in early remission (not ratable)**

2.  **Diagnostic Reasoning:** Per the VA DBQ PSYCH Mental disorders Exam dated 25 September 2017, PO2 Anderson had a history of childhood trauma, had attempted suicide at age 17 which he did not disclose at the time by taking a bottle of aspirin (detail AHLTA Psychiatry Be note dated 04 August 2014), but no history of behavioral health diagnosis or treatment prior to entry into military service in 2005. Per an AHLTA Integrative Health & Wellness Be note dated 16 June 2014, he had anxious mood, irritable bowel, attentional difficulties, nail biting, irritability and insomnia since around age 14. He noted anxiety had also been a problem when he was stationed on a ship in Japan from 2006 to 2009, where he had little down time, worked 12 hour shifts and tried to be the "perfect" worker and he began picking out circular patches of hair in his scalp. In 2014, he was selected for a new job with increased responsibility including leadership and management duties while he noted that he would prefer to do computer work in isolation. He reported at that time that he drank up to 3 drinks, one to two times per week, and would binge, 6 or more drinks once per month or less frequently, but had tried to cut down (AHLTA Psychiatry Be note dated 16 October 2014). He had concerns about his inability to resist daily drinking to manage his, insomnia, anxious ruminations and obsessions despite his growing lack of motivation, worsening mood, and (AHLTA Substance Abuse NY notes dated 17 and 19 March 2015). He had persistent dysphoric mood, intermittent suicidal ideation, irritability, apathy and continued anxiety (AHLAT PSYCHIATRY BE note dated 23 April 2015). He had some benefit to his mood from medication and noted he was more focused and productive but still had anxiety (AHLTA Psychiatry Be note dated 14 May 2015). However, his medication caused excessive sleepiness when the dose was increased and he asked to be tapered off. During times of increased stress, he had anxiety including physical tension, increased heart rate and nausea, and mood swings with suicidal ideation and on one occasion thought about jumping off of a roof related to juggling multiple work responsibilities (AHLTA Psychiatry Be note dated 06 September 2016). In addition, guilt about how he functioned in interpersonal relationships led him to feel suicidal. Though he drank less during active alcohol dependence treatment, he resumed regular drinking of 3 to 4 drinks three to four times per week with binge drinking when he was not working (AHLTA Psychiatry Be note dated 04 January 2017). He stopped taking medication after a change in medication left him feeling flat, but later resumed. However, he noted that his anxiety overwhelmed him and was negatively impacting his ability to be a Sailor (AHLTA Psychiatry Be T-Con note dated 08 June 2017). He had a Command directed safety evaluation after voicing suicidal thoughts and researching methods of suicide on-line, in response to the aftermath of a harassment allegation against him (AHLTA Psychiatry Consult Liaison Be note dated 06 July 2017) which resulted in a loss of rank. When his personal and career circumstances were discussed without his knowledge in front of 150 Service members in an all hands meeting, furthering his

estrangement from Command, he noted increased anxiety and depression with suicidal thoughts of jumping off of a roof (AHLTA Psychiatry be note dated 06 September 2017). At his most recent follow up, he noted no significant improvement in dysphoric mood, no drinking, and he had continued medication side effects (AHLTA Psychiatry Be note dated 01 November 2017).

**3. Treatment History:** PO2 Anderson was evaluated for anxiety at Walter Reed National Military Medical Center (WRNMMC) and participated in therapy June to October 2014 but discontinued due to limited impact of visits (AHLTA Substance Abuse at NY note dated 19 March 2015). He self- referred to Substance Abuse Recovery Program Washington Navy Yard in March 2015 for problematic drinking and participated in Level 1 and Continuing Care group therapy until February 2016. He was referred to the Ft. Belvoir Community Residential Treatment Center from 25 March 2015 to 23 April 2015. He was referred to medication management at W RNMMC and Cognitive Behavioral Group therapy for insomnia beginning in 2015. He began Addiction Treatment Services (ATS) at WRNMMC in July 2017 and continued with outpatient individual and group therapy through ATS. He attended the WRNMMC Intensive Outpatient Program from 31 August 2017 to 22 September 2017. He had Transcranial Magnetic Stimulation seven sessions as of 10 October 2017. He continued in behavioral health treatment modalities of individual and occupational therapy and medication management. Medication trials included Escitalopram, Sertraline, and Venlafaxine ER for mood, Melatonin and Ramelteon for insomnia, and Naltrexone for alcohol dependence. Most recent medication included Duloxetine 60mg daily for mood and Eszopiclone 2 mg nightly for insomnia.

**4. Symptomatology and Objective Findings:** Per the VA DBQ PSYCH Mental disorders Exam dated 25 September 2017, PO2 Anderson had the following symptoms consistent with MDD which included sad mood, feelings of helplessness, feelings of hopelessness, low energy, anhedonia, and chronic suicidal ideation. He had symptoms consistent with GAD which included worry thoughts, rumination, restlessness, sleep disturbance, and panic attacks. His symptoms of Alcohol Use Disorder included a maladaptive pattern of alcohol use, excessive use and tolerance, and of interpersonal or occupational problems occurring as a result of use. His most recent mental status was notable for dysphoric mood, full affect, circumstantial thought processes and no suicidal ideation intent or plan (AHLTA Psychiatry Be note dated 01 November 2017).

**5. Limitations and Prognosis:** The NMA dated 27October 2017 stated, "The conditions listed in his LIMDU paperwork and the extensive range of medical appointments CTN2 Anderson's medical practitioners have recommended/assigned for his treatment prevent him from conducting his assigned mission for his MOS/Rate."

PO2 Anderson requires ongoing behavioral health treatment at a fixed MTF. He cannot deploy nor carry and fire a weapon from a behavioral health perspective. The prognosis is guarded. It is not likely that the SM will significantly improve sufficiently to be returned to fully duty in the next 12 to 36 months. The above condition is likely to remain stable over the next 12 months.

**6. VA DBQ Findings:** C&P exams have been reviewed.

**Diagnoses 4**

**1. Diagnosis: Irritable bowel syndrome with diarrhea (ICD10 Code: K58.0)**

**2. Diagnostic Reasoning:** 32 y/o AD male was diagnosed with IBS manifested by chronic intermittent abdominal pain in 2012. He has reported a long history of GI symptoms dating back to childhood, but symptoms have been more disruptive over the past few years. In 2012 he underwent a CT abdomen/pelvis, which showed focal wall-thickening at the hepatic flexure with proximal stool retention. Colonoscopy in 2012 showed mild congestion in the sigmoid, but biopsies were unremarkable. A subsequent MRE was normal. In Sept2017 anorectal manometry was normal. He has had frequent follow up with GI since 2016. Symptoms include generalized sharp, crampy abdominal pain about every 1-2 days that peaks prior to defecation and is relieved after bowel movements. He typically has 1-2 soft or liquid stools per day, infrequently with urgency. Abdominal pain is worse with intake of insoluble fibers; however, insoluble

fibers resolve his liquid stools. Abdominal pain is also worse during physical activity and with increased anxiety/stress. Low FODMAP diet has provided partial relief in frequency of pain and fecal urgency. GI evaluation dated 19Sept17 noted "IBS-D predominant symptoms complicated fecal urgency/soiling, with some element of FODMAP associated osmotic diarrhea. Comprehensive evaluation has otherwise been unremarkable."

3.  **Treatment History:** dietary modification as noted, including low FODMOP and low fructose, peppermint oil 200mg daily for his abdominal cramping, Citrucel, Effexor

4.  **Symptomatology and Objective Findings:** Stools have become more formed over the past few months since starting Effexor and continuing a low FODMAP diet. However, he has ongoing abdominal cramps, which continue to be triggered by physical activity, anxiety, and stress.

5.  **Limitations and Prognosis:** Limited in ability to deploy to austere environment. NMA unavailable at this time.
Continued treatment is unlikely to return Soldier to full duty in 12 months. Condition is stable over 12-36 months. Will require ongoing GI and PCM follow-up and support.

6.  **VA DBQ Findings:** Reviewed and concur.

**Diagnoses 5**

1.  **Diagnosis: Obstructive sleep apnea (ICD10 Code: G47.33)**

2.  **Diagnostic Reasoning:** Polysomnogram was performed on 04Oct17 at WRNMMC. SM was diagnosed with mild obstructive sleep apnea with AHI of 6/hr. CPAP was recommended.

3.  **Treatment History:** CPAP

4.  **Symptomatology and Objective Findings:** Apnea hypopnea index (AHI) of 7/hr.

5.  **Limitations and Prognosis:** Limited in ability to deploy to austere environment due to need for electricity and fresh water. SM should not engage in any hazardous activities (such as driving) if excessively sleepy. While this condition does not limit his ability to perform his MOS, continued treatment is unlikely to return Soldier to full duty in 12 months. Condition is stable over 12-36 months. SM requires treatment with CPAP.

6.  **VA DBQ Findings:** Reviewed and concur.

**Conditions evaluated at the VA DBQ Exam that are not duty limiting, alone or in combination with the SM's other conditions:**

3.  **Subjective tinnitus**, with normal hearing bilaterally.
4.  **Disturbance in sensation, cranial nerve V2**, residual OIF orthognathic surgery, improving and not duty limiting.
5.  **Epidermal cysts of the scrotum**, s/p excision.
6.  **Left neck folliculitis**, inactive, no residual scar per VA DBQ examiner.
7.  **Scarring alopecia**, not duty limiting.
8.  **Dry eye syndrome**, not duty limiting.
9.  **Left ankle sprain**, resolved with no residual per VA DBQ examiner.
10. **Paronychia left hallux**, not duty limiting.
11. **Right wrist tendinitis**, VA diagnosis, with normal Rom on exam, not duty limiting.
12. **Right hand 5th proximal phalanx fracture 2008**, well healed without residual per VA DBQ examiner, no pathology found.
13. **Hemorrhoids**, not duty limiting.

PO2 Anderson, Daniel D.

06 November 2017

14. **GERD**, managed with PPI.
15. **Migraine headaches**, onset 2008, treated with Alleve or Excedrin.
16. **Allergic rhinitis**, not duty limiting.
17. **Asthma**, not listed as a diagnosis by the VA DBQ examiner, diagnosis confirmed in the medical record. Pulmonary function tests were performed on 17Mar11 and revealed normal spirometry, very mild decrease in TLC, and a normal DLCO. Following the administration of methacholine there was a significant decrease in FEV1 consistent with a positive methacholine challenge. Pulmonary noted "symptom complex and positive high dose methacholine challenge test consistent with mild intermittent asthma. His symptoms are confined to allergen exposure, particularly to cats. Given the mild intermittent nature of his disease, he does not require a controller medicine, and will be treated with prn albuterol alone. He was counseled on allergen avoidance. No further workup is required. He is FIT FOR FULL DUTY WITHOUT RESTRICTIONS, and FIT FOR WORLD WIDE DEPLOYMENT WITHOUT RESTRICTIONS." Albuterol was last refilled 18May17.

**Competency Statement**: SM is deemed mentally competent for pay purposes and is capable of cooperating in and understanding the nature of PEB proceedings.
**Past Medical History, Social History, Family History and Review of Systems:**
Discussed above, otherwise not pertinent.
**Discussion**: The VA DBQ examiner did not establish a diagnosis related to the following claims, and there is no evidence of impact on duty in available medical records: left wrist condition, anal fissure, and anal spasms. The SM claimed mental health condition to include schizoid effect. Per an AHLTA Psychology Assessment Be note dated 08 February 2017, PO2 Anderson underwent psychological testing which yielded the impression that he had a pattern consistent with Schizoid personality traits but did not formally diagnoses the SM with a personality disorder. Personality traits do not constitute a ratable condition. The SM claimed sleep disturbance to include insomnia which is subsumed under the diagnosis of Major Depressive Disorder, Recurrent, Moderate as diagnosed by the VA and supported by the medical record.

**Diagnoses:**

1. **Major Depressive Disorder (MDD), Recurrent, Moderate (ICD10: F33.1)**
2. **Generalized Anxiety Disorder (GAD) (ICD 10: F41.1)**
3. **Irritable bowel syndrome with diarrhea (ICD10 Code: K58.0)**
4. **Obstructive sleep apnea (ICD10 Code: G47.33)**

**Recommendations:**

The Medical Board recommends that case be referred to the Central Physical Evaluation Board for the above diagnoses. Conditions did not exist prior to entry into the service. This Service Member has received maximum benefit of military medical treatment.

CHAUDHERY.HU
MAJAHAN.13797
38385
Huma Chaudhery, MD
Internist, MEB Division
WRNMMC

MOORE.SHARO
N.K.1522132450
Sharon Moore, MD
Psychiatrist, MEB Division
WRNMMC

PO2 Anderson, Daniel D.
06 November 2017

AR 0024

```
Date: OCT 26,2017        Compensation and Pension Exam Report
                              WASHINGTON.VA.GOV                    Page: 1
                                 ** FINAL **
                            Processing time: 54
                      For DBQ PSYCH Mental disorders Exam
==================================================================================

  Name: ANDERSON,DANIEL DENNIS
                                              SSN: ████████
                                          C-Number:
  Address: ██████████████              DOB: ████ 1985

  City,State,Zip+4:
    GLEN BURNIE  MARYLAND   █████         Res Phone: ████████████
                                          Bus Phone:
Entered active service: NOV 1,2005                 Last rating exam date:
Released active service: Not specified

Priority of exam: Unknown
==================================================================================
Examining provider: 773016
Examined on: SEP 25,2017@09:00
==================================================================================

  Examination results:

  LOCAL TITLE: COMPENSATION ASSESSMENT COPY
  STANDARD TITLE: C & P EXAMINATION NOTE
  DATE OF NOTE: SEP 25, 2017@09:00      ENTRY DATE: SEP 25, 2017@11:56:17
      AUTHOR: RAVE LANKENAU,MEGAN  EXP COSIGNER:
  INSTITUTION: WASHINGTON VA MEDICAL CENTER
    DIVISION: WASHINGTON VAMC
     URGENCY:                              STATUS: COMPLETED


                          Mental Disorders
                  (other than PTSD and Eating Disorders)
                      Disability Benefits Questionnaire

  Name of patient/Veteran:  Anderson, Daniel Dennis;  c-file: ████████████

  Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
  Request?
  [X] Yes  [ ] No


                          SECTION I:
                          ----------
  1. Diagnosis
  ------------
  a. Does the Veteran now have or has he/she ever been diagnosed with a mental
     disorder(s)?
     [X] Yes  [ ] No


Continued on next page
VA Form 2507
```

C&P Final Report

Page: 2

Name: ANDERSON,DANIEL DENNIS                SSN: ▉▉▉▉▉
For DBQ PSYCH Mental disorders Exam        C-number: ▉▉▉▉▉
=================================================================

Exam Results Continued

ICD code: F41.1

If the Veteran currently has one or more mental disorders that conform to
DSM-5 criteria, provide all diagnoses:

Mental Disorder Diagnosis #1: Generalized Anxiety Disorder
ICD code: F41.1

Mental Disorder Diagnosis #2: Major Depressive Disorder, Recurrent,
Moderate
ICD code: F33.1

Mental Disorder Diagnosis #3: Alcohol Use Disorder, Moderate, in early
remission
ICD code: F10.20

b. Medical diagnoses relevant to the understanding or management of the
Mental Health Disorder (to include TBI): Irritable Bowel Syndrome,
Headaches

2. Differentiation of symptoms
--------------------------------

a. Does the Veteran have more than one mental disorder diagnosed?
[X] Yes  [ ] No

b. Is it possible to differentiate what symptom(s) is/are attributable to
each diagnosis?
[X] Yes  [ ] No  [ ] Not applicable (N/A)

If yes, list which symptoms are attributable to each diagnosis and
discuss whether there is any clinical association between these
diagnoses:
Symptoms of Major Depressive Disorder include chronic suicidal
ideation, sad mood, low energy, feelings of helplessness and
hopelessness, and anhedonia.  Symptoms of Generalized Anxiety
Disorder include worry thoughts, rumination, restlessness, sleep
disturbance, and panic attacks.  Symptoms of Alcohol Use Disorder
include a maladaptive pattern of substance use, excessive use of
alcohol, tolerance, and interpersonal/occupational problems as a
result of use.

Continued on next page
VA Form 2507

C&P Final Report

Name: ANDERSON,DANIEL DENNIS                                        Page: 3
For DBQ PSYCH Mental disorders Exam      SSN: ████████      C-number: ████████
===================================================================================

Exam Results Continued

    c. Does the Veteran have a diagnosed traumatic brain injury (TBI)?
       [ ] Yes  [X] No  [ ] Not shown in records reviewed

   3. Occupational and social impairment
   --------------------------------------
  a. Which of the following best summarizes the Veteran's level of occupational
    and social impairment with regards to all mental diagnoses? (Check only
    one)

    [X] Occupational and social impairment with deficiencies in most areas,
       such as work, school, family relations, judgment, thinking and/or mood

  b. For the indicated level of occupational and social impairment, is it
    possible to differentiate what portion of the occupational and social
    impairment indicated above is caused by each mental disorder?
    [ ] Yes  [X] No  [ ] No other mental disorder has been diagnosed

      If no, provide reason that it is not possible to differentiate what
      portion of the indicated level of occupational and social impairment
      is attributable to each diagnosis:
      Symptoms of Major Depressive Disorder and Generalized Anxiety
      Disorder both significantly contribute to the service member's level
      of occupational and social impairment, to the extent that it is not
      possible to tease out how each contributes independently of the
      other.  Symptoms of Alcohol Use Disorder are in early remission.

  c. If a diagnosis of TBI exists, is it possible to differentiate what portion
    of the occupational and social impairment indicated above is caused by the
    TBI?
    [ ] Yes  [ ] No  [X] No diagnosis of TBI

                    SECTION II:
                    -----------
               Clinical Findings:
               ------------------
1. Evidence Review
------------------
Evidence reviewed (check all that apply):

[X] VA e-folder (VBMS or Virtual VA)
[X] Other (please identify other evidence reviewed):
    JLV

Continued on next page
VA Form 2507

C&P Final Report                                              Page: 4

Name: ANDERSON,DANIEL DENNIS          SSN: ██████     C-number: ██████
For DBQ PSYCH Mental disorders Exam
====================================================================

Exam Results Continued


    2. History
    ----------
    a. Relevant Social/Marital/Family history (pre-military, military, and
       post-military):

        The service member grew up in California.  His parents divorced when the
        service member was young and he was raised by his father.  He has two
        sisters with whom he grew up.  He also has a half brother and a half
        sister.  He reported that his childhood was unstable;  his father was
        verbally abusive during childhood and "sometimes physically" (abusive).

        The service member is single and has never been married.  He is not
        currently dating anyone.  No children.  Socially, the service member
        reported that he has one good friend to whom he keeps in touch via text
        but he has few other social connections.  He just started talking to his
        mother and sisters again this past year, "I've been living in
        isolation".  He is not particularly close with anyone.  The service
        member spends his free time alone, watching TV and doing programming.


    b. Relevant Occupational and Educational history (pre-military, military, and
       post-military):

        The service member did not do well in school.  He typically got Ds and
        stated that, "I don't learn that well in school".  He denied that he was
        ever tested for a learning disability.  He graduated high school and
        moved out of state, he tried to go to college and started working.  He
        joined the Navy at age 20.

        The service member joined the Navy in November 2005.  Rank is E5, rate
        is cryptologic technician networking.  He is currently stationed at Ft.
        Meade where he has been since August 2012.  He has also been stationed
        in Pensacola, Florida and USS Essex.  No combat deployments.


    c. Relevant Mental Health history, to include prescribed medications and
       family mental health (pre-military, military, and post-military):

        No history of mental health treatment prior to the period of military
        service was reported.

        The service member first began participating in mental health treatment


Continued on next page
VA Form 2507

C&P Final Report

Name: ANDERSON,DANIEL DENNIS                                    Page: 5
For DBQ PSYCH Mental disorders Exam    SSN: ████████    C-number: ████████
==================================================================

Exam Results Continued

in August 2012.  He has been in treatment regularly for the last several years.  Current medications are Effexor, Rozerem, and Naltrexone.  He just completed the Intensive Outpatient Program which he had done for 30 days.  He meets with his psychiatrist weekly.  He also participates in weekly individual therapy.  He was hospitalized in 2015 for 30 days at Ft. Belvoir for inpatient substance abuse treatment.  No other psychiatric hospitalizations.

According to the c-file, the service member has been diagnosed with Major Depressive Disorder, Generalized Anxiety Disorder and Alcohol USe Disorder.

d. Relevant Legal and Behavioral history (pre-military, military, and post-military):

None

e. Relevant Substance abuse history (pre-military, military, and post-military):

The service member stated that he has been sober for 70 days.  Prior to this, he would have approximately 5 ounces of liquor per day and 2 beers daily.  He started to drink heavily while he was stationed in Japan.  He is currently going to substance abuse treatment at Walter Reed National Military Medical Center.

f. Other, if any:

None

3. Symptoms
-----------
For VA rating purposes, check all symptoms that actively apply to the Veteran's diagnoses:

[X] Depressed mood
[X] Anxiety
[X] Near-continuous panic or depression affecting the ability to function independently, appropriately and effectively
[X] Chronic sleep impairment

Continued on next page
VA Form 2507

Name: ANDERSON,DANIEL DENNIS              SSN: ▮▮▮▮▮▮        C-number: ▮▮▮▮▮▮
For DBQ PSYCH Mental disorders Exam
════════════════════════════════════════════════════════════════════════

Exam Results Continued

    [X] Flattened affect
    [X] Disturbances of motivation and mood
    [X] Difficulty in establishing and maintaining effective work and social
        relationships
    [X] Difficulty in adapting to stressful circumstances, including work or a
        worklike setting
    [X] Suicidal ideation
    [X] Obsessional rituals which interfere with routine activities

4. Behavioral observations
--------------------------
The service member reported that he started to have problems with anxiety
while on the USS Essex. He stated that he experiences "anticipation anxiety"
and he worries about "everything". He is worrying about scheduled
appointments, uniform inspections, evaluations, "at the moment, it's been
mostly work related". He stated that he picks his hair, he bites his nails,
he is often fidgety. He stated that he feels restless, he feels tense and is
"stressed out overall". He stated that he worrying 50-70% of the day and he
has a hard time controlling the worry.

The service member also endorsed symptoms of depression. He has times when
he will sleep most of the day, he will not want to engage in activities. He
feels tired, experiences low motivation. He often feels flat and "I try not
to think about the things that make me sad...if I do, I start to feel
suicidal". He rated his mood at a 3 or 4 on a 10 point scale (with 10 being
high). Appetite is low, in part due to medical issues (irritable bowel
syndrome). Energy levels are low. He stated that he experiences anhedonia,
he has times when he no longer engages in activities but he is trying to do
programming more regularly. He reported feelings of helplessness and
hopelessness about his life, his future. He stated that he had a time when
he felt suicidal, he wondered about the purpose of life, why does he get up
every day. He reported ongoing suicidal ideation, but he denied current
suicidal plan or intent. He noted that when he is drinking, he experiences
more frequent suicidal ideation. He had a suicide attempt at age 16 where he
swallowed a bottle of aspirin, but he denied any other suicide attempts.

The service member endorsed sleep disturbances. He has an upcoming sleep
study scheduled to rule out sleep apnea. He reported that he typically goes
to bed at 10pm; he denied frequent sleep onset problems. Once asleep, the
service member wakes up during the night, "there's usually three or four
times a night". He might be awake for only "minutes" but he can fall right
back asleep. He gets out of bed at 6am. He is bed for 7-8 hours but his
sleep is restless. The service member also endorsed mild episodes of sleep
paralysis which occur two or three times a week; he stated that it might

Continued on next page
VA Form 2507

C&P Final Report

Name: ANDERSON,DANIEL DENNIS                                          Page: 7
For DBQ PSYCH Mental disorders Exam      SSN: ■■■■■■       C-number: ■■■■■■
========================================================================

Exam Results Continued

   happen for a few minutes and then he falls right to sleep.  He also reported
   anxiety related nightmares.

   5. Other symptoms
   -----------------
   Does the Veteran have any other symptoms attributable to mental disorders
   that are not listed above?
   [ ] Yes  [X] No

   6. Competency
   -------------
   Is the Veteran capable of managing his or her financial affairs?
   [X] Yes  [ ] No

   7. Remarks (including any testing results), if any:
   ---------------------------------------------------
   No remarks provided.


*************************************************************************

                          Addendum / Clarification
                      Disability Benefits Questionnaire

   Name of patient/Veteran:    Anderson, Daniel Dennis;  c-file: 

   Please utilize this form when responding to VBA requests for either addendums
   or clarifications of prior VHA examination reports.


                    Mental health - Separation Health Assessment
                      Disability Benefits Questionnaire
                         * Internal VA or DoD Use Only*

   Was a DD Form 2807-1, Report of Medical History, completed by the
   Servicemember and available for review at the time of this examination?


Continued on next page
VA Form 2507

C&P Final Report

Name: ANDERSON,DANIEL DENNIS                                                  Page: 8
For DBQ PSYCH Mental disorders Exam          SSN: ▆▆▆▆        C-number: ▆▆▆▆
=====================================================================================

Exam Results Continued

      [ ] Yes [X] No [ ] N/A

      Any changes to his/her health status since DD 2807-1 completed?
      [ ] Yes [ ] No [X] N/A

      (Proposed) Date of separation from active service:  No response provided.

    1.  Medical record review
    -------------------------
    Was the Veteran's VA claims file reviewed?
    [X] Yes [ ] No

    2. Medical history (Review of Systems)
    ---------------------------------------

     1. Psychiatric:
      [X] Yes [ ] No

    #1.  Claimed Condition:  Generalized Anxiety Disorder
        Onset:  unknown
        History:  chronic
        Prognosis:  uncertain

    #2.  Claimed Condition:  Major Depressive Disorder, Recurrent, Moderate
        Onset:  unknown
        History:  recurrent
        Prognosis:  uncertain

    #3.  Claimed Condition:  Mental Health Condition to Include Schizoid
Effect,
Sleep Disturbances to Include Insomnia
        Onset:  n/a
        History:
        Prognosis:

    #4.  Claimed Condition:  Sleep Paralysis
        Onset:  n/a
        History:
        Prognosis:

    (Please follow format if more claims are being addressed)

Continued on next page
VA Form 2507

C&P Final Report

Name: ANDERSON,DANIEL DENNIS                                          Page: 9
For DBQ PSYCH Mental disorders Exam          SSN: ███████        C-number: ███████
=================================================================================

Exam Results Continued

                    PTSD SCREEN PC-PTSD
                    -------------------
                        In your life, have you ever had any experience that was so
            frightening, horrible, or upsetting that, in the past month,
            you:

            1. Have had nightmares about it or thought about it when you
            did
                        not want to?
                        [ ] Yes [X ] No

                2. Tried hard not to think about it or went out of your way to
                    avoid situations that reminded you of it?
                    [ ] Yes [X ] No

                3. Were constantly on guard, watchful, or easily startled?
                    [ ] Yes [X ] No

                4. Felt numb or detached from others, activities, or your
                    surroundings?
                    [ ] Yes [X ] No

                Depression screen: PHQ2
                -----------------------
            Over the past two weeks, how often have you been bothered by
            any
                    of the following problems?

            [ ] 0 = Not at all [ ] 1 = Several days [ ] 2 = More than
            half
                        the days [X ] 3 = Nearly every day

                        Feeling down, depressed, or hopeless.
            [ ] 0 = Not at all [ ] 1 = Several days [X ] 2 = More than
            half
                            the days [ ] 3 = Nearly every day

                Total Point Score:    5

                    Brief Suicide Risk Assessment
                    -----------------------------

Continued on next page
VA Form 2507

C&P Final Report

Name: ANDERSON,DANIEL DENNIS                                        Page: 10
For DBQ PSYCH Mental disorders Exam     SSN: ██████        C-number: ██████
===============================================================================

Exam Results Continued

                    - (Perform if score positive on Depression or PTSD screens)

                    Are you feeling hopeless about the present or future?
                         [X ] Yes [ ] No

    Have you had thoughts about taking your life - if yes - when
did
                        you have these thoughts and do you have a plan to take your
                        life?
    [X ] Yes [ ] No - no current suicidal plan or intent was
reported

                    Have you ever had a suicide attempt?
                         [X ] Yes [ ] No


    3.  Physical Exam
    -----------------

    1. Psychiatric (Specify any personality deviation)
         [ X] Normal [ ] Abnormal [ ] Not examined

    5. Diagnosis:
    -------------

            #1.  Claimed condition: Generalized Anxiety Disorder
                     Diagnosis/Rationale:  Generalized Anxiety Disorder - the
service
member meets full DSM-5 criteria for this diagnosis


            #2.  Claimed condition:  Major Depressive Disorder, Recurrent,
Moderate
                     Diagnosis/Rationale:  Major Depressive Disorder, Recurrent,
Moderate -
the service member meets full DSM-5 criteria for this diagnosis

            #3.  Claimed condition: Mental Health Condition to Include Schizoid
Effect,
Sleep Disturbances to Include Insomnia
                     Diagnosis/Rationale:  No diagnosos - symptoms of a Mental
Health
Condition to Include Schizoid Effect, Sleep Disturbances to Include Insomnia
can be considered part of the Major Depressive Disorder and Generalized


Continued on next page
VA Form 2507

C&P Final Report

Name: ANDERSON, DANIEL DENNIS                                          Page: 11
For DBQ PSYCH Mental disorders Exam        SSN: ████        C-number: ████
========================================================================

Exam Results Continued

    Anxiety Disorder and do not warrant a separate diagnosis

            #4.   Claimed condition:  Sleep Paralysis
                   Diagnosis/Rationale:  No diagnosis - symptoms of Sleep
    Paralysis can
    be considered part of the Generalized Anxiety Disorder and do not warrant a
    separate diagnosis

            (for additional Claim/diagnosis, please follow above format)

        6. Remarks, if any:
        --------------------


    All additional DBQs found to be necessary completed as appropriate at
    time
        of signing this DBQ?
    [X ] Yes [ ] No


/es/ MEGAN K RAVE LANKENAU
PSYCHOLOGIST
Signed: 09/25/2017 11:56


         This exam has been reviewed and approved by the examining provider.
VA Form 2507



**DEPARTMENT OF THE NAVY**
CYBER STRIKE ACTIVITY SIXTY THREE
FORT GEORGE G MEADE MARYLAND 20755-6585

1850
Ser N00/017
27 Oct 17

From: Commanding Officer, Cyber Strike Activity SIXTY THREE
To:   President, Physical Evaluation Board

Subj: NON-MEDICAL ASSESSMENT (NMA) IN THE CASE OF CTN2 ANDERSON,
DANIEL, XXX-XX-■■■ USN/ACTIVE DUTY

Ref:  (a) SECNAVINST 1850.4E, "Department of the Navy (DON) Disability Evaluation
Manual," April 30, 2002

1. <u>PURPOSE</u>: The Non-Medical Assessment (NMA) is vital to the timely, fair, and transparent determination of whether a Marine or Sailor is Fit (or Unfit) for continued Naval service. The NMA is not a Fitness Report highlighting military character, but is the Commanding Officer's unbiased and accurate comments describing how the medical condition impacts the service member's ability to function within his/her rank and MOS/rating.

   a. Part I, the "Questionnaire," collects required facts regarding the service member.

   b. Part II, the "Commanding Officer's Comments," is where the PEB relies on the Commanding Officer's comments to explain how the member performs the duties of his/her MOS/Rate with their underlying medical condition(s). The NMA must be signed by the Commanding Officer or acting by direction.

2. <u>PART I - QUESTIONNAIRE</u>: The following assessment to assist the PEB in their determination of Fitness/Unfitness in the case of SNM: PO2 ANDERSON, DANIEL, XXX-XX-■■■ USN/ACTIVE DUTY.

   a. Service member's MOS/Primary Specialty; Rate/NEC: <u>CTN/0000.</u>

   b. Member's current position or assignment: Non-working patient.

   c. Is the member currently working outside of his/her specialty because of the medical condition? (Yes ☒ No ☐). If the member is working outside of his/her specialty, could the member perform in his/her rating? (Yes ☐ No ☒).

   d. When did the member last pass a "full" PRT/PFT/CFT: March / 2017.

   e. Did the member take the most recent PRT/PFT/CFT? (Yes ☐ No ☒ Partial ☐).

   • If "No," why didn't the member take the PRT/PFT/CFT? Member's LIMITED DUTY paperwork is being considered for a waiver from PRT.

1

- If "Partial PRT/PFT/CFT," what events were waived and why?  Pending CWG-6 medical waiver review.

f.  Member's height and weight:  72in 189lbs.  If not within weight standards, what is the member's body fat percentage?  N/A.

g.  Is the member within weight and body fat standards?  (Yes ☒  No ☐).  If "No," is the member on an official weight control program?  (Yes ☐  No ☐  NA ☒).

h.  To your knowledge, is the member fully attending all appointments and complying with all recommended treatments?  (Yes ☒  No ☐).

- Has the member complied in the past?  (Yes ☒  No ☐).
- If non-compliant, did the appropriate authority advise the member in writing of the medically proper course of treatment, therapy, medication, or restriction?  (Yes ☐  No ☐).
- If the member is non-compliant, please explain why.  N/A

i.  What is the average number of work hours per week that the member's condition required the member to be away from his/her current duties for treatment, evaluation, and/or recuperation?  30 hours.

j.  Is the member being processed for separation due to misconduct at a court-martial or administrative separation board proceeding?  (Yes ☐  No ☒).  [If "Yes," do not submit the case to the PEB until all misconduct proceedings are complete per ref (a) 3203(f)(6) because separation due to misconduct supersedes disability processing.  If "No" proceed to paragraph k.]

- If "Yes" to the above, please identify the type of proceeding: ☐ Administrative Separation Board; ☐ Board of Inquiry; ☐ Summary Court-Martial; ☐ Special Court-Martial; or ☐ General Court-Martial and state the expected completion date:  _____).
- Has the Commanding Officer notified PERS/MMSR-4 this member is being processed for separation due to misconduct?  (Yes ☐  No ☐  NA ☒).
- Does PERS/MMSR-4 request disability processing for this member concurrent to the misconduct proceedings?  (Yes ☐  No ☐  NA ☒).  (Concurrent Processing requires submission to the ASN (M&RA) for ultimate disposition in accordance with ref (a) 3403(c))

k.  What is the member's current length of service and date of entry into active/reserve

- LOS:  11 years / 11 months; ADSD/AFADBD:  November / 2005.
- EAOS/EAS: October / 2021.
- Active Duty Years:  11 years / 11 months.
- Reserve Satisfactory Years: N/A.
- Reserve Retirement Eligible (Yes ☐  No ☒).
- Approved Retirement Date (if applicable):  N/A.

l.  Considering the member's current physical condition, is he/she worldwide assignable?  (Yes ☐  No ☒).

2

m.  Does the member have good potential for continued service in his/her present physical and mental condition?  (Yes ☐  No ☒).  If "No," please explain why not.

Member's medical condition has prompted a review by Department of the Navy Central Adjudication Facility to see if the member can retain his currently level of security clearance, which prevents him from performing the regular duties as a Cryptologic Technician Networks (CTN).  Also, the member's current schedule of appointments and required treatment does not allow enough time in the normal course of a week to execute the requirements of his assigned duties.

n.  Does the member desire to continue his/her military service; the PEB will not judge the member's request to separate (or remain) as a negative reflection of his/her dedication to serve in the naval service?  (Yes ☐  No ☒).  (Please personally obtain the member's express desire).  The member desires to discontinue his military service.

o.  Regarding Permanent Limited Duty (PLD) of active duty members, would you recommend that Naval Personnel Command/Headquarters Marine Corps (MMSR-4) authorize the member's retention on active duty in a Permanent Limited Duty (PLD) status, if found Unfit?  (Yes ☐  No ☒).

- Has the member ever served in a PLD status? (Yes ☐  No ☒).
- Do you recommend PLD unconditionally? (Yes ☐  No ☒); or
- Do you recommend PLD only to complete retirement eligibility? (Yes ☐  No ☒  NA ☐); or
- Do you recommend PLD only to complete EAS? (Yes ☐  No ☒  NA ☐).
- If "No" to any of the PLD recommendations above, please explain why.

p.  Has the member ever forward deployed in support of Operation Enduring Freedom, Operation Iraqi Freedom, or other Combat Operations?  (Yes ☐  No ☒).

q.  For Combat Zone determination purposes, did the member's injury occur in a combat-zone tax exclusion area as defined in DoD Financial Management Regulation, Vol. 7A, Chapter 44, Section 440103(a) [Available at http://www.defenselink.mil/comptroller/fmr]?  (Yes ☐  No ☒).

- If "Yes," please state where and how the injury or illness occurred.  Additionally, please state what document(s) identify the geographic location of the member's injury.

r.  For Combat-Related determination purposes, did the cause of the member's injury occur:

  (i)  as a direct result of armed conflict, (Yes ☐  No ☒);
  (ii)  while engaged in extra hazardous service, (Yes ☐  No ☒);
  (iii)  under conditions simulating war; (Yes ☐  No ☒);
  (iv)  by an instrumentality of war. (Yes ☐  No ☒).

- If "Yes," to any of the above, please state where and how the injury or illness occurred.
Additionally, please state what document(s) identify the cause of the member's injury.  N/A

3

s.  Please provide the member's Defense Travel Service (DTS) Agency Program Coordinator's (APC) name Jim Potter; phone: 667-812-2258; and email jepotte@nsa.gov.

3.  PART II – COMMANDING OFFICER'S COMMENTS:  The NMA is a critical element of the Physical Evaluation Board's (PEB) adjudication.  The PEB relies on your comments to explain how your Marine/Sailor's medical condition impacts his/her ability to perform the duties of his/her MOS/Rate, and the resulting impact on the command.  Please note, the NMA is not an evaluation for promotion, and remains in the member's medical record.  To ensure a comprehensive NMA, you must comment on all of the member's referred medical conditions and you are encouraged to comment on any of the member's VA claimed conditions.  Please use additional pages as necessary.

a.  The Commanding Officer submits the following comments so the PEB can make determination of Fitness/Unfitness for this member: PO2 ANDERSON, DANIEL, XXX-XX-███ USN/ACTIVE DUTY.

b.  How does the medical condition(s) impact the member's work capacity in relation to his/her MOS/RATE?  (MOS/RATE requirements can be found in MCO 1200.17A (4 Jun 09) for Marines; Volume 1 of NAVPERS 18068F October 2010 for Sailors).

Upon receipt of CTN2 Anderson's LIMDU paperwork and July 2017 NJP, assigned Special Security Officer (SSO) recommended and I endorsed service member's TS/SCI classified access and classified facility access badge be suspended, Security Access Eligibility Report (SAER) released, and process initiated for DoD Clearance Adjudication Facility (CAF) to determine if he should maintain a clearance.  Final outcome of this decision is pending.  The conditions listed in his LIMDU paperwork and the extensive range of medical appointments CTN2 Anderson's medical practitioners have recommended/assigned for his treatment prevent him from conducting his assigned mission for his MOS/RATE.  Specifically, not having classified material/facility access prevents him from conducting his assign mission.  Should his clearance be revoked, he would likely be required to cross-rate.

c.  Include an explanation on what Mission Essential Tasks the member substantively can or cannot do regarding the primary duties of his/her MOS/Rate.

Without TS/SCI classified access and with his classified facility access badge suspended, Security Access Eligibility Report (SAER) released, and DoD Clearance Adjudication Facility (CAF) assessment for clearance eligibility pending, CTN2 Anderson is currently limited in his ability to complete primary duties assigned of his MOS/Rate and is unable to complete Mission Essential Tasks associated with his MOS/Rate.  He is however, contributing approximately 10 hours weekly in a general mission capacity that is not specific to his MOS/Rate outside of classified facilities at this time.

d.  Submit Performance Evaluations/Fitness Reports (or Proficiency & Conduct Marks) for the two years immediately prior to the date the MEB was initiated.

14NOV16-15NOV15-Promotable, 15NOV16-16SEP01-Early Promote, 16SEP02-16NOV15-Non-observed, 16NOV16-17JUL20-Significant Problems.

4

e. Submit any pertinent information in reference to line of duty determinations and investigations that affect the member's unfitting condition(s).

Upon receipt of CTN2 Anderson's LIMDU paperwork and July 2017 NJP, assigned Special Security Officer (SSO) recommended and I endorsed service member's TS/SCI classified access and classified facility access badge be suspended, Security Access Eligibility Report (SAER) released, and process initiated for DoD Clearance Adjudication Facility (CAF) to determine if he should maintain a clearance. Final outcome of this decision is pending.

4. <u>CONTACT INFO</u>. For follow-on questions concerning this NMA, the POC at this command is Herbert M. Lamb, CTNCM, Command Senior Enlisted Leader, Cyber Strike Activity SIXTY THREE; (Commercial) 443-479-6065; hmlamb@cybercom.mil (email).

D. B. YUSKO

5

AR 0042

# MEDICAL RECORD

For
Anderson, Daniel Dennis

## Report Criteria

From: ■ 1985  To: 30 Oct 2017
Operator: Everett,Kalena D
Created On 30 Oct 2017 10:40:27
at WRNMMC

Comprehensive Information Report; EXCLUDE HIV Lab Results: Requested

## Report Summary

| Sections | Domain Requested | Record Counts | Warnings |
|---|---|---|---|
| Allergies | | | |
| Problems | | | |
| Diagnosis History | | | |
| Medications | | | |
| Procedures | | | |
| Family History | | | |
| Resulted Labs | | | |
| Radiology | | | |
| Immunizations | | | |
| Previous Encounters | ✓ | 345 | 0 |
| Clinical Notes | | | |
| Vitals | | | |
| | | | *0 |

*Report generated with no warnings.*

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 1**

AR 0044

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

# Table Of Contents

MEDICAL RECORD .......................................................................................................................1
   Report Criteria .....................................................................................................................1
   Report Summary ..................................................................................................................1
Table Of Contents ...........................................................................................................................2
Demographics ..................................................................................................................................9
Previous Encounters.......................................................................................................................10
   24 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N ..........................10
   20 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.............................12
   20 Oct 2017 at WRNMMC, ATS Adult BE by HARDIN, JAMES G ........................................15
   19 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.............................17
   18 Oct 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J ...............20
   18 Oct 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D. ....................................23
   18 Oct 2017 at WRNMMC, Psychiatry Be by TEKELENBURG, JAAP...................................24
   17 Oct 2017 at WRNMMC, Int Med CL E Medical Home BE by MEYERS, NANCY ..................25
   16 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.............................31
   16 Oct 2017 at WRNMMC, Immunization Clinic Be by AGUGLIARO, ANTHONY J ..................34
   16 Oct 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN ............................................35
   16 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ...........................36
   16 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ...........................37
   13 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.............................39
   13 Oct 2017 at WRNMMC, ATS Adult BE by HARDIN, JAMES G ........................................42
   12 Oct 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN ...........................................44
   12 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.............................49
   11 Oct 2017 at WRNMMC, Occup Therap TBI Be by NAVARRO, CARA A ............................51
   11 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.............................54
   11 Oct 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J ...............56
   11 Oct 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D. ....................................58
   10 Oct 2017 at WRNMMC, Psych Day Hosp Be by BAHROO, BHAGWAN A ...........................60
   06 Oct 2017 at WRNMMC, Psych Day Hosp Be by BAHROO, BHAGWAN A ...........................62
   06 Oct 2017 at WRNMMC, ATS Adult BE by LESKO, STACEY B .........................................64
   05 Oct 2017 at WRNMMC, Psychiatry Be by ABRAHAM, FENOTE......................................65
   05 Oct 2017 at WRNMMC, Occup Therap TBI Be by NAVARRO, CARA A ............................67
   05 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.............................71
   04 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N ..........................74
   04 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.............................75
   04 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ...........................78
   04 Oct 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN ...........................................79
   04 Oct 2017 at WRNMMC, ATS Adult BE by RAGLAND, MARY..........................................84
   03 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.............................86
   02 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.............................88
   02 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N ..........................91
   29 Sep 2017 at WRNMMC, GI Clinic Bethesda by BRIDGES, EDWARD E ..............................99
   29 Sep 2017 at WRNMMC, GI Proc Cl BE by DAMIANO, MARK N .....................................100
   29 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ..........................103
   28 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ...........................104
   27 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ...........................106
   27 Sep 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN ..........................................108
   27 Sep 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN ..........................................117
   26 Sep 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S ................................122
   26 Sep 2017 at WRNMMC, Int Med CL F Medical Home BE by ROBINSON, TYRONE L ............124
   25 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ............................128

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 2

AR 0045

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538        Created: 30 Oct 2017

22 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ............................................133
22 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................134
22 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................137
21 Sep 2017 at WRNMMC, GI Clinic Bethesda by BELLE, LAVERN S ..............................................142
21 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................144
21 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................148
21 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................151
20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................155
20 Sep 2017 at WRNMMC, Psych Day Hosp Be by DONKIN, LAURA G ..............................................158
20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................162
20 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................163
20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................166
19 Sep 2017 at WRNMMC, GI Clinic Bethesda by BHUSHAN, ANITA ..............................................170
19 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................173
19 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................176
19 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ............................................181
19 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................182
18 Sep 2017 at WRNMMC, ATS Adult BE by LESKO, STACEY B ....................................................186
18 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................187
18 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................192
18 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................195
15 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................200
15 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................203
15 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................207
14 Sep 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .......................................................212
14 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................213
14 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................217
14 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................220
13 Sep 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE .........................................225
13 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................230
13 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ............................................234
13 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................235
13 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................238
12 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................243
12 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................246
12 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................249
11 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................253
11 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................256
08 Sep 2017 at WRNMMC, Psych Day Hosp Be by GRAGNANI, CYNTHIA T .........................................260
08 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................261
08 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................265
08 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................267
08 Sep 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R .....................................271
07 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................276
07 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..........................................280
07 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................282
06 Sep 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE .........................................285
06 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................288
06 Sep 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN .......................................................292
06 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................300
05 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................304
05 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................308
31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................313
31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................316
31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................318

AR 0046

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

31 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE ...............................................322
30 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE ...............................................325
30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM.......................................................328
30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM.......................................................332
30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM.......................................................334
29 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM.......................................................338
29 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE ...............................................341
29 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM.......................................................344
22 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C .................................................352
22 Aug 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN.......................................................................353
14 Aug 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN.......................................................................358
14 Aug 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S .....................................................363
14 Aug 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D............................................................365
10 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C .................................................366
09 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C .................................................367
08 Aug 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN ....................................................................368
07 Aug 2017 at WRNMMC, Int Med CL F Medical Home BE by LINKER, MARTIN .....................................376
31 Jul 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C...................................................380
27 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN.........................................................................381
27 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by LINKER, MARTIN .......................................386
27 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN .......................................................................390
25 Jul 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C...................................................398
20 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S .......................................................399
18 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN .......................................................................401
18 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN.........................................................................409
13 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M...................................414
12 Jul 2017 at WRNMMC, Integrative Hlth & Well BE by THOMAS, LAUREN A.........................................421
10 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN .......................................................................423
10 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S .......................................................431
10 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN.........................................................................433
07 Jul 2017 at WRNMMC, Psychiatry Be by WISE, JOSEPH E ...................................................................438
07 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by MEADOR, KRISTINE P ...............................440
06 Jul 2017 at WRNMMC, Psychiatry Consult Liaison Be by WORKS, LINDSAY K .....................................441
06 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S .......................................................445
27 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN.......................................................................447
21 Jun 2017 at WRNMMC, Dermatology Clinic Bethesda by FINK, CAITLIN M ...........................................452
19 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ...............................454
16 Jun 2017 at WRNMMC, Dermatology Clinic Bethesda by NICHOLAS, LUKE C .....................................459
13 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN.......................................................................461
13 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN.......................................................................462
12 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ...............................467
08 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN.......................................................................475
07 Jun 2017 at WRNMMC, Allergy Clinic Bethesda by PETERSEN, MAUREEN MICHELE ........................476
06 Jun 2017 at WRNMMC, Int Med CL C Medical Home BE by SMITH, MICKALYNN J ............................481
01 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ...............................482
25 May 2017 at WRNMMC, Allergy Clinic Bethesda by BANKS, TAYLOR ALLEN .....................................484
23 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ..............................487
22 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ..............................489
17 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ..............................490
16 May 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN......................................................................495
16 May 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN .....................................................................500
19 Apr 2017 at WRNMMC, Int Med CL F Medical Home BE by SMITH, MICKALYNN J .............................508
13 Apr 2017 at WRNMMC, GI Clinic Bethesda by WONG, ROY KWOCK.....................................................509
05 Apr 2017 at WRNMMC, Medical Readiness Clinic Bethesda by RENTA, DANA K .................................512
16 Mar 2017 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C .....................................................522

AR 0047

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

01 Mar 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN..................................................................523
01 Mar 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN ................................................................528
08 Feb 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R.............................536
02 Feb 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R.............................539
01 Feb 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN ...............................................................542
01 Feb 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN ................................................................547
04 Jan 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN ...............................................................555
04 Jan 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN.................................................................560
06 Dec 2016 at WRNMMC, Psychiatry Be by PAUL, SHERIN ..............................................................568
05 Dec 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN................................................................573
28 Nov 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C ...............................................581
15 Nov 2016 at WRNMMC, Psychiatry Be by PAUL, SHERIN ..............................................................582
24 Oct 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN ...............................................................589
11 Oct 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C ................................................597
04 Oct 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C ................................................599
28 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN ...............................................................606
08 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN ...............................................................614
06 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN ...............................................................615
25 Aug 2016 at WRNMMC, Integrative Hlth & Well Be by JARRETT, ERICA M.................................622
23 Jun 2016 at WRNMMC, Int Med CL C Medical Home BE by ATCHERSON, KATHY A..........................626
22 Jun 2016 at WRNMMC, GI Clinic Bethesda by KWOK, RYAN M ...................................................627
15 Jun 2016 at WRNMMC, GI Clinic Bethesda by SHAH, NISHA AMISH ...........................................628
07 Jun 2016 at WRNMMC, Otolaryngology Clinic Bethesda by XYDAKIS, MICHAEL S .................629
11 May 2016 at WRNMMC, GI Clinic Bethesda by LACZEK, JEFFREY T............................................631
22 Apr 2016 at WRNMMC, Medical Readiness Clinic Bethesda by TACKIE, DIANE A .......................635
18 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON .................644
12 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON .................648
11 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON .................651
05 Apr 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J.................................................654
07 Mar 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J................................................656
29 Feb 2016 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R .......................658
24 Feb 2016 at WRNMMC, Dermatology Clinic Bethesda by MARQUART, JASON DANIEL ...................661
19 Feb 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J................................................663
16 Feb 2016 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA ..........................665
16 Feb 2016 at WRNMMC, Int Med CL C Medical Home BE by WILSON, BRYAN J ...............................666
04 Feb 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P...............................................669
02 Feb 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E .........................................670
19 Jan 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E..........................................673
13 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P..............................................676
08 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P..............................................677
06 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P..............................................678
05 Jan 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E..........................................679
29 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................682
22 Dec 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D .................................................685
15 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................687
14 Dec 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P..............................................689
08 Dec 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P..............................................690
08 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................691
01 Dec 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES....................................................693
24 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................695
20 Nov 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P..............................................697
17 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................698
12 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................700
10 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................702
09 Nov 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R .......................705

AR 0048

**Medical Record**

| | | | | | |
|---|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 | |

03 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...............................708
03 Nov 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA ................................711
27 Oct 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...............................715
01 Oct 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA ................................718
30 Sep 2015 at WRNMMC, Dermatology Clinic Bethesda by FALKNER, RACHEL E ....................................723
29 Sep 2015 at WRNMMC, Behavioral Health Qu by MANTANONALEE, CHRISTY LIA .........................725
29 Sep 2015 at WRNMMC, Dermatology Clinic Bethesda by MARQUART, JASON DANIEL ......................726
28 Sep 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R ...................................729
23 Sep 2015 at WRNMMC, Integrative Hlth & Well BE by JARRETT, ERICA M...........................................734
18 Sep 2015 at WRNMMC, Behavioral Health Qu by MANTANONALEE, CHRISTY LIA .........................736
15 Sep 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E .............................................737
09 Sep 2015 at WRNMMC, Integrative Hlth & Well BE by CORSO, MEGHAN L..........................................739
08 Sep 2015 at WRNMMC, Int Med Cons/Spec Care Cl Be by FIACCO, NICHOLAS RYAN.........................740
27 Aug 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA ................................742
25 Aug 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D ...................................................746
18 Aug 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D ...................................................748
11 Aug 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E .............................................750
11 Aug 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R ...................................752
28 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E .............................................756
21 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E .............................................758
15 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E .............................................760
08 Jul 2015 at WRNMMC, Dermatology Clinic Bethesda by TAYLOR, BRADLEY MICHAEL ....................762
30 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D ...................................................764
26 Jun 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P................................................766
25 Jun 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P................................................767
23 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D ...................................................768
22 Jun 2015 at WRNMMC, Dermatology Clinic Bethesda by STEARNS, LAUREL R .................................770
16 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D ...................................................773
11 Jun 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA.................................775
09 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D ...................................................779
02 Jun 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E.............................................781
27 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................784
22 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES....................................................786
21 May 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P................................................788
20 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES....................................................789
18 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M .....................................................792
18 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES....................................................795
15 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES....................................................797
14 May 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA.................................799
13 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES....................................................804
11 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M .....................................................807
11 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES....................................................809
08 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................811
07 May 2015 at WRNMMC, Int Med CL C Medical Home BE by ARGUINZONI, JUAN B.........................813
06 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................817
06 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES....................................................819
05 May 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P................................................821
04 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M .....................................................822
04 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES....................................................824
01 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................826
30 Apr 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M .....................................................828
29 Apr 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES....................................................830
28 Apr 2015 at WRNMMC, Medical Readiness Clinic Bethesda by PARSON, MARSHEA S ........................832
27 Apr 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES....................................................843
23 Apr 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA.................................845

AR 0049

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**███     DoD ID: 1286180538     Created: 30 Oct 2017

22 Apr 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ..............................855
23 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES................................................857
20 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES................................................859
19 Mar 2015 at WRNMMC, Substance Abuse NY by ARITA, ANTHONY A ......................................861
17 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES................................................865
30 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................867
23 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................874
22 Oct 2014 at WRNMMC, FLU Cl Ki by JORDAN, TIMOTHY W....................................................881
16 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................883
07 Oct 2014 at WRNMMC, Int Med CL C Medical Home BE by RINIS, DONNA L ............................890
01 Oct 2014 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R ........................895
26 Sep 2014 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R ......................896
25 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................900
24 Sep 2014 at WRNMMC, Orthotics & Prosthetics Srv Be by ANDERSON, PETER P...................911
24 Sep 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C .....................................912
18 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................915
11 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................922
21 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................929
21 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................930
08 Aug 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C.....................................931
04 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................933
27 Jun 2014 at WRNMMC, Integrative Hlth & Well BE by YORK, CARLA M .................................941
27 Jun 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C .....................................944
16 Jun 2014 at WRNMMC, Integrative Hlth & Well BE by JARRETT, ERICA M .............................947
16 Jun 2014 at WRNMMC, Int Med CL A Medical Home BE by CLARK, THOMAS S ....................952
04 Jun 2014 at WRNMMC, Int Med Cons/Spec Care Cl Be by DOUGHERTY, DIANA L ...............954
30 May 2014 at WRNMMC, AMH M01A Red Ki by COLEMAN, AUDREY G...................................956
19 May 2014 at WRNMMC, AMH M01A Red Ki by UDE, ASSUMPTA O.......................................958
06 May 2014 at WRNMMC, AMH M01A Red Ki by UDE, ASSUMPTA O.......................................965
30 Dec 2013 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C ......................................973
07 Aug 2013 at WRNMMC, AMH M01A Red Ki by SLOAN, DAWN M .........................................974
05 Aug 2013 at WRNMMC, Immunization Kimbrough by WRAY, KIM D......................................979
10 Apr 2013 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O .....................................980
21 Mar 2013 at WRNMMC, Immunization Kimbrough by AHLTA SYSTEM ADMINISTRATOR.........985
19 Mar 2013 at WRNMMC, Hearing Conservation Kimbrough by AHLTA SYSTEM ADMINISTRATOR....986
19 Mar 2013 at WRNMMC, Immunization Kimbrough by AHLTA SYSTEM ADMINISTRATOR.................988
28 Jan 2013 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O .....................................990
30 Nov 2012 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O .....................................994
05 Nov 2012 at WRNMMC, AMH M01B Blue Ki by DING, YIMING ............................................998
24 Oct 2012 at WRNMMC, FLU Cl Ki by AHLTA SYSTEM ADMINISTRATOR ..........................1002
23 Oct 2012 at WRNMMC, GI Inflam Bowel Dis Be by COPSEY, HELEN C ..............................1004
12 Oct 2012 at WRNMMC, Wounded Warrior GWOT by AGOSTO, ROBERT..............................1011
14 May 2012 at NH Pensacola FL, Corry MHP by BRADLEY, RACHAEL NAOMI.....................1012
10 May 2012 at NH Pensacola FL, Corry MHP by GUNTER, ROGER WILLIAM .........................1016
06 Mar 2012 at NH Pensacola FL, Readiness Center by TREVEN, LAUREN A ...........................1019
02 Nov 2011 at NH Pensacola FL, Corry MHP by GRIMM, CHRISTOPHER T.............................1021
07 Oct 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D ............................1022
27 Jul 2011 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P............................1025
26 Jul 2011 at NH Pensacola FL, Pulmonary Disease Clinic by LEWIS, CHRISTOPHER T .........1028
06 Jun 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D ............................1030
06 Jun 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D ............................1032
04 May 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D ...........................1035
26 Apr 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D.............................1038
22 Apr 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D.............................1040
21 Apr 2011 at 81st Medical Group, Refractive Surgery by ROPP, CORBY D...............................1042

AR 0050

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

29 Mar 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D ...............................................1046
17 Mar 2011 at NH Pensacola FL, Pulmonary Function Lab by LEWIS, CHRISTOPHER T .........................1048
16 Mar 2011 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W .........................................................1052
17 Feb 2011 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W ..........................................................1056
16 Feb 2011 at NH Pensacola FL, Pulmonary Disease Clinic by LEWIS, CHRISTOPHER T.........................1059
08 Feb 2011 at NH Pensacola FL, Readiness Center by BROWN, TRAVIS S....................................................1062
24 Jan 2011 at NH Pensacola FL, Corry Prime Care by WIEDL, ERICA KITCHELL .....................................1065
24 Nov 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P ............................................1068
15 Nov 2010 at NH Pensacola FL, Corry Prime Care by WILLIAMS, TREVOR MICHAEL.........................1073
13 Oct 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P .............................................1074
04 Oct 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P .............................................1079
28 Sep 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P ............................................1080
01 Sep 2010 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM ...............................1083
25 Aug 2010 at NH Pensacola FL, Dermatology Clinic by SMITH, ERIC P.....................................................1086
20 Jul 2010 at NH Pensacola FL, Dermatology Clinic by SMITH, ERIC P......................................................1089
14 Jun 2010 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM ................................1093
21 Apr 2010 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W .......................................................1096
17 Mar 2010 at NH Pensacola FL, Readiness Center by BROWN, TRAVIS S ................................................1100
09 Mar 2010 at NH Pensacola FL, Corry Prime Care by THOMAS, JOSHUA L.............................................1102
22 Dec 2009 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM ...............................1104
23 Sep 2009 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM .................................1105
16 Sep 2009 at NH Pensacola FL, Corry Phys Exams by GUNTER, ROGER WILLIAM.............................1107
20 Aug 2009 at NH Pensacola FL, Corry Prime Care by HEDARIA, ELIZABETH A ....................................1109
07 May 2009 at NH Pensacola FL, Corry Health Promotion And Wel by LINVILLE, TREVOR S ................1111
06 Mar 2006 at NH Pensacola FL, NATTC MHP by MAYNARD, PENELOPE A ...........................................1112

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.              **Page 8**

AR 0051

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538    Created: 30 Oct 2017

# Demographics

Name: Anderson, Daniel Dennis
SSN: ***-**-■■■
DoD ID: 1286180538
FMP/Sponsor SSN: 20/***-**-■■■
Date of Birth: ■■■ 1985
Sex: M
Race: White
Marital Status: Single, Never Married
Branch: N11 - United States Navy (USN) Active Duty (AD)
Rank: PETTY OFFICER SECOND CLASS (E5)
Medicare:
Religion: No Preference
PCM Location: 87832-HP0067

Addresses:
■■■■■■■
....
GLEN BURNIE, MD ■■■■

***** End of Demographics *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 9**

AR 0052

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

# Previous Encounters

## *24 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N*

Encounter ID:    BETH-30067722    Primary Dx:    Obstructive sleep apnea (adult) (pediatric)

Patient: **ANDERSON, DANIEL DENNIS**      Date: **24 Oct 2017 1021 EDT**      Appt Type: **PROC**
Treatment Facility: **WALTER REED**      Clinic: **SLEEP (PULM) CL BE**      Provider: **KHRAMTSOV,ANDREI N.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by ANDRADA,TEOTIMO F @ 24 Oct 2017 1021 EDT
psg interpretation

**A/P** Last Updated by ANDRADA,TEOTIMO F @ 24 Oct 2017 1022 EDT
**1. Obstructive sleep apnea (adult) (pediatric)**
        Procedure(s):        -Polysomnography With 4+ Add'l Sleep Parameters Age 6 Years Or Older x 1 (26-PROFESSIONAL
                             COMPONENT)

**Disposition** Last Updated by ANDRADA,TEOTIMO F @ 24 Oct 2017 1022 EDT
**Released w/o Limitations**
**Follow up:** as needed .

**Note** Written by ANDRADA,TEOTIMO F @ 24 Oct 2017 1022 EDT
**Walter Reed National Military Medical Center**
**Sleep Disorders Center**
*8901 Rockville Pike*                          **Patient Name:** Anderson, Daniel
*Bethesda, MD  20889*                          **SSN:** ████
*Phone: 301-295-4547 Fax: 301-319-8197*        **Study Date:** 10/4/2017
                                               **Scorer:** L. Davis, RPSGT
                                               **Referring Provider:** Dr. Khramtsov

### *POLYSOMNOGRAM REPORT*

**Technical Description:**
     Physiologic data were collected using a computerized Sensormedics polygraph interfaced with
Somnostar Z4 amplifiers. The recording montage consisted of central, frontal and occipital EEG, EOG,
chin EMG, thermocouple and pressure transducer airflow, chest and diaphragmatic movement, combined
leg EMG, tracheal sounds and pulse oximetry. The patient was monitored throughout the study via
infrared CCTV and recorded for review. Respiratory events and limb movements were scored according
to *The AASM Manual for the Scoring of Sleep and Associated Events,Version 2.3.*

**Polysomnographic Data:**
     The patient took 3mgs Eszopiclone prior to the study. The study duration was 419.5 minutes. The
recorded total sleep time was 367.5 minutes with a sleep efficiency of 87.6%. The patient's latency to
sleep was 16.5 minutes. The REM latency was 174.5 minutes. Sleep stage distribution revealed 12.9%
Stage N1, 58.1% Stage N2, 16.1% Stage N3, 12.9% Stage REM and wake after sleep onset was 35
minutes. There were 100 arousals and 0 awakenings resulting in a total arousal index (TAI) of 16.3/hour
of sleep.
     There were 0 apneas (0 obstructive, 0 centrals, 0 mixed) and 37 hypopneas with **an apnea hypopnea
index(AHI) of 6./hour.** The apnea hypopnea index during supine sleep(88 minutes) was 19/hour and
2/hour during non-supine sleep(280 minutes). The hypopnea index was 6./hour. The Central apnea index
was 0/hour. Hypopneas were scored using nasal pressure signal drop by at least 30% followed by
arousal or 3% oxygen desaturation..

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 10**

AR 0053

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Oxygen saturation was normal at baseline. Oxygen saturation remained between 86% and 97% with mean value of 95% throughout the study. During the study the oxygen saturation was below 90% for 1 percent of the total sleep time. The average heart rate was 73 beats per minute. There were 0 PLMS and 0 PLMS with arousals with a PLMS index of 0/hour and a PLMS arousal index of 0/hour.

**Medical Interpretation:**

The patient underwent a Diagnostic PSG: Epworth Sleepiness Scale was 20/24. Sleep efficiency was good and there was adequate total sleep time to establish a diagnosis. Sleep architecture was disrupted. The patient had an AHI consistent with mild sleep apnea. The EKG did not demonstrate arrhythmias.

**Diagnosis:**

1.  Obstructive Sleep Apnea(G47.33)

**Suggestions for Clinical Care:**
1.  AutoPAP titration with pressures of  6-15 cm H20 and close clinical follow up.
2.  Recommend sleeping in the lateral position, obtaining 7-8 hours of sleep per night, avoid of alcohol or other sedatives and maintaining an ideal body weight as these can improve sleep quality.
3.  The patient should be counseled- as is done with all patients directly seen at this SDC- not to engage in any hazardous activities (such as driving) if excessively sleepy. Such sleepiness is to be reported to their physicians for further evaluation and treatment.

**Interpreted by:**


Andrei Khramtsov, MD
Diplomate, Sleep Medicine
Staff Physician, Sleep Disorders Center
WS#:5

---

Signed By  **KHRAMTSOV, ANDREI N** (Staff Physician, Sleep Disorders Center, WRAMC) @ 24 Oct 2017 1042

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 11**

AR 0054

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *20 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:     BETH-30033585     Primary Dx:     Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **20 Oct 2017 1237 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

AutoCites Refreshed by LANDE,RAYMOND G. @ 20 Oct 2017 1245 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| HYDROXYZINE HCL, 10 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #0 RF1 | 1 of 1 | 16 Oct 2017 |
| VENLAFAXINE HCL, 37.5 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY MORNING #0 RF0 | NR | 16 Oct 2017 |
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY | 1 of 1 | 06 Jun 2017 |

Anderson, Daniel Dennis     DOB: ███ 1985     SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 12**

AR 0055

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | | | |
|---|---|---|---|---|
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | MOUTH EVERY DAY #0 RF1 CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 20 Oct 2017 1237 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 20 Oct 2017 1239 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for depression session #13 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, in 12 second intervals for a total of stimulation time of 20.10 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 13with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN:Data is reviewed with treatment team and after discussion with the team, it was decided today will be SM last TMS appointment, as SM will be away on training for some time.ZUNG depression = 45, PHQ 9=13.

**S/O Note** Written by LANDE,RAYMOND G. @ 20 Oct 2017 1245 EDT
**Reason for Visit**
    Visit for: Attending Note: A procedural time out was done during which settings and patient was re-identified.
    45 minutes
    Purpose of visit was for session of Transcranial Magnetic Stimulation. SM is receiving treatment for depression.
    Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
    Patient arrived for TMS without evidence of distress.  Confirmed that there was no metal above the neck. Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes. WRNMMC PAO with SM's permission in room.
**Objective**
Plan: SM next session scheduled.

**A/P** Last Updated by LANDE,RAYMOND G. @ 20 Oct 2017 1247 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 13**

AR 0056

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):    -Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1

**Disposition** Last Updated by LANDE,RAYMOND G. @ 20 Oct 2017 1248 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 20 Oct 2017 1248

**Note** Written by BRAGGS,DEBORAH C. @ 20 Oct 2017 1333 EDT
**(Added after encounter was signed.)**
**nursing note**
SM enrolled for TMS for anxiety due to reports of reoccurrence of panic attacks. SM enrolled in
TMS due to treatment resistant depression. SM start date for TMS was 9/12/17. SM end date
for TMS  10/20/17. SM had #13 treatments for depression with at therapeutic level. SM had #10
for anxiety.   SM will continue to follow up with outpatient behavioral health for behavioral health
care. SM offers no c/o pain and no distress note.

| PHQ 9=scores | GAD 7=scores | ZUND depression=scores | ZUNG anxiety=scores |
|---|---|---|---|
| | 9/15=18 | | 9/15=4 |
| | 9/22=15 | | 9/22=50 |
| 10/6=15 | | 10/6=51 | |
| 10/13=16 | | 10/13=56 | |
| 10/20=13 | | 1/20=45 | |

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.              **Page 14**

AR 0057

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-*▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *20 Oct 2017 at WRNMMC, ATS Adult BE by HARDIN, JAMES G*

Encounter ID:  BETH-30033488   Primary Dx:   Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**   Date: **20 Oct 2017 0730 EDT**   Appt Type: **GRP**
Treatment Facility: **WALTER REED**   Clinic: **ATS ADULT BE**   Provider: **HARDIN,JAMES G**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Reason for Appointment:
IOP
Appointment Comments:
ctc

**S/O Note** Written by FOBIZSHI,MACANGELO M @ 23 Oct 2017 0621 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Encounter Background Information: Creative Art Therapy Group
Group 1115 - 1200:
    S: SM actively participated in the Creative Art Therapy Group.  The group activity was poetry. The Instructor explained how
poetry could be used as a platform to express emotions and thoughts. The instructor asked the group to write a poem or free writing,
to express their thoughts and emotions. The group members shared their individual art and how they felt after expressing those
emotions in writing.
    O: Group member reported on time. SM was interactive in the group.
    Behavior: Appropriate
    Psychosis: None evident
    Speech: WNL
    Thoughts: Clear, organized
    Mood: Positive
    Affect: Congruent
    SI/HI: None expressed
    Pain: None indicated
    A: SM appeared open to the training environment and attempted to execute commands.  No evidence of SI/HI.P: SM will
continue group next week.

**S/O Note** Written by HARDIN,JAMES G @ 25 Oct 2017 1015 EDT
**History of present illness**
    The Patient is a 32 year old male.
Process group: 0730-0845
                Focus of Session: weekend planning, role of sponsors
S)  The group discussed their plans for the weekend and the need to keep their time structured.  We talked about the dangers of
boredom and too much free time. Members talked about their relationships with others in the self-help community and the role of
sponsors. SM fully participated in the discussion.
O) Appearance: normal    Behavior: Appropriate
                   Speech: WNL        Thoughts: WNL
                   Mood:  calm       Affect: consistent
                   Insight: fair          Judgment: fair
                   SI/HI: None Current    Med/Pain Issues: None
A) SM was invested in group today.
P)  Next process group will be same time Monday.
.

**Note** Written by RAGLAND,MARY @ 24 Oct 2017 0725 EDT
**Educational Group:  Recovery Toolbox**
**Session #5: Sponsorship in Community Recovery Support Groups**

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 15**

AR 0058

**Medical Record**

Anderson, Daniel Dennis        DOB:  ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 30 Oct 2017

**S:** Psychoeducation re: what is sponsorship, how does one obtain a sponsor, ways to work with a sponsor for recovery. Participants discussed prior experiences with sponsors.

**O:** SM arrived on time for group.

| | |
|---|---|
| Appearance:  Clean | Behavior:  Appropriate |
| Speech:  WNL | Thoughts: Logical |
| Mood:  Stable | Affect:  Congruent |
| Insight: Good | Judgment: Good |
| SI/HI:  None | Med/Pain Issues: None |

**A:** SM interacted effectively with the group. SM gave and accepted feedback positively. SM demonstrates commitment to recovery.

**P:** SM will attend next group as scheduled.

**A/P** Last Updated by HARDIN,JAMES G @ 25 Oct 2017 1016 EDT
**1. Alcohol dependence, uncomplicated**
          Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Last Updated by HARDIN,JAMES G @ 25 Oct 2017 1016 EDT
**Released w/o Limitations**
**Follow up:**  in the ATS ADULT BE clinic.

---

**Signed By  HARDIN, JAMES G** (Clinical Social Worker, Army Substance Abuse Program, WRAMC) @ 25 Oct 2017 1016

---

**Note** Written by DELEON,PATRICK D. @ 25 Oct 2017 1042 EDT
**(Added after encounter was signed.)**
S: Intensive Outpatient Program Seeking Safety group, topic "Honesty." Time 1000-1100. Discussion of the role of honesty in recovery, ways in which honesty gets impacted in active substance abuse, and situations which make honesty more difficult. Particular discussion of honesty with children and with therapists, and both the difficulties and benefits of open direct communication when emotions are high. SM actively engaged in group discussion, processed difficulties with AA, spoke about feeling judged and that things get oversimplified in AA. Peers and this SW acknowledging 'absolute' talk in AA while also reframing that as having basic principles which are helpful in time of crisis, and that can be explored more fully and individually in treatment and/or with sponsor.~
O: Client arrived on time to session. Alert and oriented x 3.~
Appearance: Appropriate~
Behavior: Appropriate~
Speech: Within Normal Limits~
Thoughts: Logical, linear, goal-directed~
Mood: Depressed~
Affect: Congruent~
Insight: Fair~
Judgment: Fair~
SI/HI: None reported~
Med/Pain Issues: Irritable Bowel Syndrome~
A: SM active participant in group, open to feedback~
P: Continue in Intensive Outpatient Program, next Seeking Safety group 23 Oct

---

Anderson, Daniel Dennis        DOB: ██ ██ 1985  SSN: ***-**-██        DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 16**

**Medical Record**

Anderson, Daniel Dennis   DOB: ▮ 1985  SSN: ***-**-▮   DoD ID: 1286180538   Created: 30 Oct 2017

## 19 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.

Encounter ID:   BETH-30017293   Primary Dx:   Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **19 Oct 2017 1158 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 19 Oct 2017 1321 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| HYDROXYZINE HCL, 10 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #0 RF1 | 1 of 1 | 16 Oct 2017 |
| VENLAFAXINE HCL, 37.5 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY MORNING #0 RF0 | NR | 16 Oct 2017 |
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.   **Page 17**

AR 0060

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███ DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 19 Oct 2017 1158 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 19 Oct 2017 1223 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for depression session #12 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 20.09 minutes. A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 12 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 19 Oct 2017 1318 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic Stimulation for Depression (12:35-13:20).
**Subjective**
Attending Note: A procedural time out was done during which settings and patient was re-identified.
    Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
    Patient arrived for TMS mildly anxious. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
    SM was not anxious at start of procedure. At conclusion of the procedure the settings were determined to be: SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94; The headrest settings were: up/down 7.5; front/back 1.0
    After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
    Adjustments were made to accommodate comfort.
    This session number 22/ # 12 at 120% MT.

AR 0061

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

A/P Last Updated by BAHROO,BHAGWAN A @ 19 Oct 2017 1322 EDT
**1. Major depressive disorder, recurrent, moderate**
      Procedure(s):     -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                        PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Written by LANDE,RAYMOND G. @ 19 Oct 2017 1325 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 19 Oct 2017 1326

CHANGE HISTORY
*The following Disposition Note Was Overwritten by BAHROO,BHAGWAN A @ 19 Oct 2017 1322 EDT:*
The Disposition section was last updated by BAHROO,BHAGWAN A @ 19 Oct 2017 1322 EDT - see above. Previous Version of Disposition section was entered/updated by LANDE,RAYMOND G. @ 19 Oct 2017 1321 EDT.
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 19**

AR 0062

**Medical Record**

| Anderson, Daniel Dennis | DOB: ⬛ 1985 SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *18 Oct 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J*

Encounter ID:    BETH-30002526    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **18 Oct 2017 1325 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PAIN MGMT CL BE**    Provider: **SPEVAK,CHRISTOPHER J**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by SPEVAK,CHRISTOPHER J @ 18 Oct 2017 1325 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
- not maternal uncle's history of referred here (Maternal Uncle)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant melanoma of the skin (General FHx)
- family history of father is alive (General FHx)
- family history of heart disease (General FHx)
- family history of cancer (General FHx)
- family history of mother is alive (General FHx)
- no family history of malignant neoplasm of large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- paternal history of preliminary background HPI [use for free text] (Father)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- no family history of chronic liver disease (General FHx)

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| HYDROXYZINE HCL, 10 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #0 RF1 | 1 of 1 | 16 Oct 2017 |
| VENLAFAXINE HCL, 37.5 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY MORNING | NR | 16 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 20

AR 0063

## Medical Record

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | #0 RF0 | | |
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**A/P** Written by SPEVAK,CHRISTOHER J @ 18 Oct 2017 1326 EDT
**1. Alcohol dependence, uncomplicated:** S:  The SM participated in a weekly group discussion about medical
perspectives on substance use disorders. Topics of this group range from the
history of substance use, psychoeducation on substance use disorders, recent
medical advances in understanding substance use disorders and treatments.
Participants were also encouraged to discuss their own personal perspectives
on the topics discussed.
O: SM arrived on time for group and was dressed appropriately for the
setting. The SM was oriented x3
Appearance: neat and clean   Behavior: Appropriate, engaged in group
Speech: WNL      Thoughts: WNL
Mood:  Good      Affect: Congruent
Insight: Fair      Judgment: Fair
SI/HI/AVH: None Reported    Med/Pain Issues: None Reported
A: SM actively participated in group. Participants were respectful of each
other's perspectives and exhibited understanding of the topic as evidenced
by group discussions. Participants were encouraged to ask questions and were
answered accordingly.
P:  Next medical group to will continue to build upon the topics already
discussed and explore new approaches to treatment. Participants will follow
up with their primary psychiatric/medical providers with any specific
concerns about their personalized treatment plans.

**Disposition** Written by SPEVAK,CHRISTOHER J @ 18 Oct 2017 1327 EDT
**Released w/o Limitations**
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 21**

AR 0064

**Medical Record**

Anderson, Daniel Dennis     DOB: ■■■ 1985  SSN: ***-*■■■     DoD ID: 1286180538     Created: 30 Oct 2017

Signed By  SPEVAK, CHRISTOHER J (Physician) @ 18 Oct 2017 1327

Anderson, Daniel Dennis     DOB: ■■■ 1985  SSN: ***-*■■     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 22**

AR 0065

**Medical Record**

Anderson, Daniel Dennis          DOB:          1985  SSN: ***-**          DoD ID: 1286180538          Created: 30 Oct 2017

*18 Oct 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D.*

Encounter ID:     BETH-29999838     Primary Dx:          Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**       Date: **18 Oct 2017 0730 EDT**       Appt Type: **GRP**
Treatment Facility: **WALTER REED**        Clinic: **ATS ADULT BE**            Provider: **DELEON,PATRICK D.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Reason for Appointment:
IOp
Appointment Comments:
ctc

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 18 Oct 2017 1146 EDT
**History of present illness**
          The Patient is a 32 year old male.
SM was not in Finding Meaning Group 1000-1045.

**S/O Note** Written by DAVIS,KRISTEN KATHLEEN @ 18 Oct 2017 1338 EDT
**History of present illness**
          The Patient is a 32 year old male.
          He reported: Encounter Background Information: Process Group          0730 - 0845

          S: Topics discussed: Introductions, feeling words, and six categories of emotion. Group members described how they are
feeling and where these feelings would fall in the six categories (mad, glad, sad, hurt, afraid and guilt/shame). SM identified feeling
mad/sad for having to work last night and glad that the process is moving along for him to sell his house. SM helped orient new
members when making introductions.
          O: SM arrived late to group. SM was oriented x3.

          Appearance: Appropriate Behavior: Appropriate
          Speech: WNL          Thoughts: WNL
          Mood: Stable          Affect: Congruent
          Insight: Fair          Judgment: Fair
          SI/HI: None Current          Med/Pain Issues: None expressed

          A: SM participated appropriately in discussion. SM demonstrates commitment to sobriety/recovery.

          P: SM will continue with groups as assigned.
          .

**Note** Written by RAGLAND,MARY @ 19 Oct 2017 0959 EDT
**Mind-Body Group, Session #4: Yoga   1100-1155**
**SM did not attend this group.**
**A/P** Written by DELEON,PATRICK D. @ 23 Oct 2017 0729 EDT
**1. Alcohol dependence, uncomplicated** F10.20
          Procedure(s):          -(S9480) INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Written by DELEON,PATRICK D. @ 23 Oct 2017 0730 EDT
**Released w/o Limitations**
**Follow up:** in the ATS ADULT BE clinic. - Comments: Continue in Intensive Outpatient Program, next groups 20 Oct

**Signed By  DELEON, PATRICK D.** (Social Work Case Manager) @ 23 Oct 2017 0730

Anderson, Daniel Dennis          DOB:          1985  SSN: ***-**          DoD ID: 1286180538          Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 23**

**Medical Record**

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**██    DoD ID: 1286180538    Created: 30 Oct 2017

### *18 Oct 2017 at WRNMMC, Psychiatry Be by TEKELENBURG, JAAP*

Encounter ID:    BETH-29990523    Primary Dx:    Encounter for other administrative examinations

Patient: **ANDERSON, DANIEL DENNIS**    Date: **18 Oct 2017 0627 EDT**    Appt Type: **T-CON***
Treatment Facility: WALTER REED    Clinic: **PSYCHIATRY BE**    Provider: **TEKELENBURG,JAAP**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**    Call Back Phone: ████████

**Reason for Telephone Consult:**Written by TEKELENBURG,JAAP @ 18 Oct 2017 0627 EDT
Care coordination

**S/O Note** Written by TEKELENBURG,JAAP @ 18 Oct 2017 0629 EDT
**Subjective**
L/m at 0625 to notify of facility cancelled appointment for today at 0900 with Dr. Paul.  Next scheduled appointment is 25 October at 0800.  Please call for additional assistance 301-295-0500.

**A/P** Last Updated by TEKELENBURG,JAAP @ 18 Oct 2017 0629 EDT
**1. Encounter for other administrative examinations**

**Disposition** Last Updated by TEKELENBURG,JAAP @ 18 Oct 2017 0629 EDT
**Referred for Appointment**

**Signed By  TEKELENBURG, JAAP** (Nurse) @ 18 Oct 2017 0629

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**██    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 24**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓▓ 1985  SSN: ***-**▓▓    DoD ID: 1286180538    Created: 30 Oct 2017

## *17 Oct 2017 at WRNMMC, Int Med CL E Medical Home BE by MEYERS, NANCY*

Encounter ID:    BETH-29976219    Primary Dx:    Unspecified asthma, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **17 Oct 2017 0915 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **INT MED CL E MEDICAL HOME**    Provider: **MEYERS,NANCY NMN**
**NATIONAL MILITARY MEDICAL CNTR**    **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
Cats Allergies, Asthma
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by TASHU,BIRTUKA A @ 17 Oct 2017 0937 EDT
BP: 141/93 Right Arm,    HR: 98,    RR: 18,    T: 99.6 °F,    HT: 69 in,    WT: 78.6 kg,    SpO$_2$: 96%,    BMI: 25.59,
BSA: 1.944 square meters,    Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 3/10 Mild,
Pain Scale Comments: Pt stated that he has asthma/ cat allergies  & irritable bowel pain. repat b/p on left arm 131/93
**Comments:** + Depression / Anxiety

Neg suicidal.

**S/O Note** Written by TASHU,BIRTUKA A @ 17 Oct 2017 0919 EDT
**Chief complaint**
The Chief Complaint is: Asthma/ cat allergies  & irritable bowel pain.
**History of present illness**
      The Patient is a 32 year old male.

 Pain Severity  3  / 10.
Pain assessment
Location:  irritable bowel pain
Duration:  chronic
Quality: 3/10
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:
What makes it better:
What makes it worse:
.............
**Allergies**
Allergies Verified and Updated  on 17 Oct 2017
NKDA
.
**Current medication**
Medication Review on 17 Oct 2017
Probiotic one packet po daily
Simethicone 80 mg po qid prn
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsules po daily
Naltrexone 50 mg po daily
Venlafaxine XR 150 mg po daily
MVI one po daily

**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history
      IBS-D
      Generalized anxiety disorder
      Major depressive disorder
      ETOH hx (previous inpatient treatment)
      .
      Surgical / Procedural: Surgical / procedural history
      Tonsillectomy

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 25

AR 0068

**Medical Record**

Photorefractive keratectomy
Jaw surgery

**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
       doctor or pharmacy?    [x ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:  Rodak
..............
Annual Questions Date: 9/26/17.
**Family history**
    Family medical history
    M -- Well
    F -- DM.  MI / stent at age 40.  Melanoma.

**Review of systems**
The patient HAS NOT traveled outside of the country in the past 90 days.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per
week.


**S/O Note** Written by MEYERS,NANCY NMN @ 17 Oct 2017 0957 EDT
**Chief complaint**
The Chief Complaint is: Abdominal discomfort, request pulmonary referral.
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

Presents for referral pumonary. VA has requested pt document allergy to cats as manifest by wheezing, and difficulty breathing.
Treated effectively with albuterol
Presently with and pain and bloating related to IBS
Notes from GI, lab and rad studies reviewed.
Last colo 2012.
Pt currently drinking a cup coffee which he stated he needed to drive
Had formed BM this morning
Denies nausea
Has used Levsin without improvement, attempts to maintain FODMAP diet.
Recently started on cymbalta.

 Pain Severity  3  / 10.
Pain assessment
Location:  abdominal
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:
What makes it better:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 26**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

What makes it worse:
.............

**Allergies**
Allergies Verified and Updated  9/26/17 - NKDA
.

**Current medication**

Cymbalta 60 qd
Probiotic one packet po daily
Simethicone 80 mg po qid prn
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsules po daily
MVI one po daily
.

**Past medical/surgical history**
Reported:
        Medical: Reported medical history
        IBS-D
        Generalized anxiety disorder
        Major depressive disorder
        ETOH hx (previous inpatient treatment)

        Surgical / Procedural: Surgical / procedural history
        Tonsillectomy
        Photorefractive keratectomy
        Jaw surgery
.

**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
        doctor or pharmacy?    [x ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:  Rodak
.............
Annual Questions Date: 9/26/17.
**Family history**
        Family medical history
        M -- Well
        F -- DM.  MI / stent at age 40.  Melanoma.

**Physical findings**
**Vital Signs:**
        • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
        ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Cardiovascular:**
        Heart Rate And Rhythm: ° Normal.
        Heart Sounds: ° Normal S1 and S2.
**Abdomen:**
        Visual Inspection: • Abdomen was distended.
        Auscultation: ° Bowel sounds were not diminished or absent.
        Palpation: • Abdominal tenderness tenderness with palpation.  ° No abdominal guarding.  ° No mass was palpated in the
        abdomen.
**Test conclusions**
Medication list was updated at the beginning of the visit.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.              **Page 27**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▆▆ 1985  SSN: ***-**-▆    DoD ID: 1286180538    Created: 30 Oct 2017

**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

**Lab Result** Cited by MEYERS,NANCY @ 17 Oct 2017 0952 EDT

| Comprehensive Metabolic Panel | Site/Specimen | 06 Jul 2017 1520 |
|---|---|---|
| Albumin | SERUM | 5.0 |
| Alkaline Phosphatase | SERUM | 61 |
| Alanine Aminotransferase | SERUM | 39 |
| Bilirubin | SERUM | 0.5 |
| Urea Nitrogen | SERUM | 9.0 |
| Calcium | SERUM | 10.5 (H) |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 99 |
| Creatinine | SERUM | 0.96 |
| Glucose | SERUM | 87 |
| Potassium | SERUM | 4.3 |
| Protein | SERUM | 7.8 |
| Sodium | SERUM | 141 |
| Anion Gap | SERUM | 14 |
| GFR Calculated Non-Black | SERUM | 104.2 |
| GFR Calculated Black | SERUM | 120.4 <i> |
| Aspartate Aminotransferase | SERUM | 26 |

**Lab Result** Cited by MEYERS,NANCY @ 17 Oct 2017 0951 EDT

| CBC W/Diff | Site/Specimen | 06 Jul 2017 1520 |
|---|---|---|
| WBC | BLOOD | 6.6 |
| RBC | BLOOD | 4.53 |
| Hemoglobin | BLOOD | 14.4 |
| Hematocrit | BLOOD | 41.9 |
| MCV | BLOOD | 92.5 |
| MCH | BLOOD | 31.8 |
| MCHC | BLOOD | 34.4 |
| RDW CV | BLOOD | 12.3 |
| Platelets | BLOOD | 284 |
| MPV | BLOOD | 10.5 |
| Neutrophils | BLOOD | 63.3 |
| Lymphocytes | BLOOD | 26.9 |
| Monocytes | BLOOD | 8.3 |
| Eosinophils | BLOOD | 0.5 |
| Basophils | BLOOD | 0.5 |
| ABS Neutrophils | BLOOD | 4.2 |
| ABS Lymphocytes | BLOOD | 1.8 |
| ABS Monocytes | BLOOD | 0.6 |
| ABS Eosinophils | BLOOD | 0.0 |
| ABS Basophils | BLOOD | 0.0 |
| Nucleated RBC/100 WBC | BLOOD | 0.0 |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED |
| Granulocytes Immature | BLOOD | 0.5 |
| Absolute Immature Granulocytes | BLOOD | 0.03 |

**Rad Result** Cited by MEYERS,NANCY @ 17 Oct 2017 0948 EDT

**ANDERSON, DANIEL DENNIS   20/▆▆   DoD ID: 1286180538   32yo   ▆▆ 1985   M**
********** MRI, ABD/PEL ENTEROCLYSIS (GI ONLY) **********
     POC Enc: #E4520771   POC Fac: WRNMMC
        Status: Complete (Amended)

Procedure:            MRI, ABD/PEL ENTEROCLYSIS (GI ONLY)

Anderson, Daniel Dennis    DOB: ▆▆ 1985  SSN: ***-**▆    DoD ID: 1286180538    Created: 30 Oct 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 28**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▇ 1985  SSN: ***-**▇    DoD ID: 1286180538    Created: 30 Oct 2017

Event Date:          23-Oct-2012 15:54:00
Exam #:              12359730
Exam Date/Time:      02-Nov-2012 07:18:00
Transcription Date/Time:    05-Nov-2012 09:56:00
Provider:            COPSEY, HELEN C
Requesting Location:
  GSURG GI APU BE    WRNMMC BETHESDA, MD
Status:              COMPLETE (Amended)


**Amended Result Code:        SEE RADIOLOGIST'S REPORT**
Interpreted By:         MOLLURA, JOSEPH G
Supervised By:          MARCIA JAVITT, MD
Approved By:            JAVITT, MARCIA C
Approved Date:          05-Nov-2012 09:48:00
Supervised By:          115455 MARCIA JAVITT, MD
Supervised By Date:     05-Nov-2012 09:48:00
Amended Report Text:
    ADDITIONAL HISTORY: CT examination with right-sided colonic thickening and
equalization of small bowel.  Recent colonoscopy and without lesion the terminal
ileum a concern stenosis or inflammation of the distal ileum.

    TECHNIQUE: Standard MR enterocleisis protocol; Three plane localizer, coronal
FIESTA, axial T2 SS FSE, axial and coronal T2 SS FSE, axial and coronal FIESTA
fat sat, axial SPGR in and out of phase, axial and coronal LAVA pre-and
postcontrast MRI of the abdomen.

    COMPARISONS: CT abdomen/pelvis 10/11/12

    FINDINGS:

    Bowel loops are adequately distended without focal stenosis, stricturing, or
luminal narrowing.  There is normal bowel peristalsis and motion observed on the
cinematic images.  Minimal mural thickening of the mid jejunum observed at the
left upper quadrant without corresponding abnormal mucosal enhancement,
stricturing or stenosis.

    The liver and gallbladder are normal without intra-or extrahepatic biliary
ductal dilatation.  The spleen, pancreas, adrenals, and kidneys are normal.

    No intra-abdominal mass or fluid collection.  No enlarged abdominal or pelvic
lymph nodes.

    Osseous marrow signal is nonpathologic.

    IMPRESSION:

    No abnormal areas of enhancement or mural thickening within the gastrointestinal
system, specifically evidence of active inflammation at the site of previously
observed colitis on CT examination 10/11/12.  Correlate with patient's
symptomatology.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 29**

AR 0072

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓▓ 1985 SSN: ***-**-▓▓    DoD ID: 1286180538    Created: 30 Oct 2017

Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 11/05/12
Time:09:20

Electronically signed by:Dr. Marcia Javitt Date: 11/05/12 Time:09:48

**A/P** Written by MEYERS,NANCY @ 17 Oct 2017 1002 EDT
**1. Unspecified asthma, uncomplicated:** Related to exposure cats. Pt request referral pulmonary per VA for documentation. Sxs are managed with albuterol
       Consult(s):       -Referred To: PULMONARY DISEASE NCR (Routine) Specialty: PULMONARY DISEASE Clinic: RM
                               PULMONARY IR Provisional Diagnosis: Unspecified asthma, uncomplicated
**2. Irritable bowel syndrome with diarrhea:** Referred back to GI. Diarrhea predominant. Consider nortriptyline if Cymbalta not effective in managing pain and sxs

**Disposition** Written by MEYERS,NANCY @ 17 Oct 2017 1002 EDT
**Released w/o Limitations**
**Follow up:** as needed .
**Administrative Options:** Consultation requested

**Signed By  MEYERS, NANCY** (Physician) @ 17 Oct 2017 1003

Anderson, Daniel Dennis    DOB: ▓▓ 1985 SSN: ***-**-▓▓    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 30**

AR 0073

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*16 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:     BETH-29962066     Primary Dx:     Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **16 Oct 2017 1114 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 16 Oct 2017 1249 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| HYDROXYZINE HCL, 10 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #0 RF1 | 1 of 1 | 16 Oct 2017 |
| VENLAFAXINE HCL, 37.5 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY MORNING #0 RF0 | NR | 16 Oct 2017 |
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-593-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 31**

AR 0074

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
| --- | --- | --- | --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 16 Oct 2017 1114 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 16 Oct 2017 1150 EDT
**History of present Illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
      Procedure: MT 120%. TMS Treatment for depression session #11 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 20.10 minutes.  A procedural time out was done during which settings and patient was re-identified.
      PROGRESS IN MEETING GOALS:
      This is session # 11 with MT level at therapeutic treatment level for entire session.
      Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for Thursday.

**S/O Note** Written by LANDE,RAYMOND G. @ 16 Oct 2017 1249 EDT
**Reason for Visit**
      Visit for: Attending Note:  A procedural time out was done during which settings and patient was re-identified.
      45 minutes
      Purpose of visit was for another session of Transcranial Magnetic Stimulation for depression.
      Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
      Patient arrived for TMS without evidence of significant distress.  Confirmed that there was no metal above the neck. Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
**Objective**
Plan:  SM scheduled for next session.

**A/P** Written by LANDE,RAYMOND G. @ 16 Oct 2017 1251 EDT
**1. Major depressive disorder, recurrent, moderate**
      Procedure(s):            -Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0075

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Disposition** Written by LANDE,RAYMOND G. @ 16 Oct 2017 1251 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 16 Oct 2017 1251

AR 0076

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *16 Oct 2017 at WRNMMC, Immunization Clinic Be by AGUGLIARO, ANTHONY J*

Encounter ID:    BETH-29961946    Primary Dx:    Encounter for immunization

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **16 Oct 2017 1110 EDT**
Clinic: **IMMUNIZATION CLINIC BE**

Appt Type: **PROC**
Provider: **AGUGLIARO,ANTHONY JOHN**

**Reason for Appointment:**Written by AGUGLIARO,ANTHONY J @ 16 Oct 2017 1110 EDT
flu shot

**S/O Note** Written by AGUGLIARO,ANTHONY JOHN @ 16 Oct 2017 1112 EDT
**Reason for Visit**
    Visit for: immunization.
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Previous history of Encounter Background Information:
**Vaccinations**
    • Received dose of vaccines: Vaccines/Immunizations recorded in Immunization Record of CHCS II includes details of
vaccines given location dosage and adverse events
**Personal history**
Patient to be vaccinated for influenza is older than 6 months of age. Patient is not sick today and has no allergies to eggs or any
component of the vaccine.Patient has not had serious reaction to influenza in the past. Patient has no history of Guillain-Barre
syndrome.
**Therapy**
    • The drug reactions/side effects are being monitored: Details – Patient tolerated vaccinations without significant side effects
discharged 15 minutes after administered and no adverse reactions noted.
**Practice Management**
    Patient information sheet: Given to ___Patient ___Parent___Guardian on Vaccination Information Statement(s). Risks, benefits
and limitations discussed and understood

**A/P** Written by AGUGLIARO,ANTHONY J @ 16 Oct 2017 1113 EDT
**1. Encounter for immunization**
        Procedure(s):        -Influenza Split Virus Vaccine 0.5mL Dosage IM Preserv Free Quadrivalent x 1 - Influenza Seasonal,
                        injectable quadrivalent - preservative free; Series #: 1; .5 mL; IM; Right Arm; Mfg: SmithKline; Lot:
                        P5472.
                        -Immunization Administration One Vaccine x 1

**Disposition** Written by AGUGLIARO,ANTHONY J @ 16 Oct 2017 1113 EDT
**Released w/o Limitations**

**Signed By  AGUGLIARO, ANTHONY J** (Physician) @ 16 Oct 2017 1113

Anderson, Daniel Dennis        DOB: ▮ 1985  SSN: ***-**▮        DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 34**

AR 0077

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

## *16 Oct 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-29961116    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **16 Oct 2017 1047 EDT**    Appt Type: **T-CON***
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**    Call Back Phone: ████████

AutoCites Refreshed by TOBAR,EDEN @ 16 Oct 2017 1047 EDT

**Allergies**
•No Known Allergies

**Vitals**
No Vitals Found.

**Reason for Telephone Consult:**Written by TOBAR,EDEN @ 16 Oct 2017 1047 EDT
meds

**S/O Note** Written by TOBAR,EDEN T @ 18 Oct 2017 0852 EDT
**Subjective**
Received call from pt stating he has been on cymbalta 60 mg for five days after stopping effexor xr 75 mg every morning as per our taper plan prior to that. Pt states the day before his call, he began experiencing brain zaps, was finding it hard to concentrate, and has felt nausea for the two days prior to his call. He finds it hard to focus on driving. He asks what he can do about his effexor withdrawal and about being put on quarters. He is currently attending ATS IOP. Returned pt's call. We discussed adding back effexor xr 37.5 mg po qam to counteract his effexor withdrawal. Discussed taking it in the morning and his cymbalta at night to minimze drug interaction and potential for serotonin syndrome. Also prescribed hydroxyzine 10 mg , up to two tabs daily for agitation/nausea. Agreed to leave quarters slip at front desk for him to pick up, putting him on quarters until the morning of 18OCT. He has follow up with this provider the week of Oct 30th as he is in transition class next week.

**A/P** Last Updated by TOBAR,EDEN @ 18 Oct 2017 0853 EDT
1. Generalized anxiety disorder

--> Unassociated Orders, Procedures and Injuries/Accidents <--
VENLAFAXINE XR--PO 37.5MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY MORNING #30 RF0 Ordered By:
TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
hydrOXYzine HCL--PO 10MG TAB - TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #30 RF1
Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

**Disposition** Last Updated by TOBAR,EDEN @ 18 Oct 2017 0853 EDT
**Discussed:** Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Signed By **TOBAR, EDEN** (Physician/Workstation) @ 18 Oct 2017 0853

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 35**

AR 0078

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

## 16 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C

Encounter ID:     BETH-29960995    Primary Dx:        Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**          Date: **16 Oct 2017 1044 EDT**          Appt Type: **ACUT**
Treatment Facility: **WALTER REED**          Clinic: **ATS ADULT BE**          Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1101 EDT
**History of present illness**
        The Patient is a 32 year old male.
SM asked to speak with this writer as he is feeling 'out of it' due to withdrawal from his psychotropic medication Effexor. SM reported
having 'brain zaps' in which he forgets his train of thought and has difficulty communicating. SM stated he's having trouble focusing
in group. SM stated he is also feeling stressed regarding the pressures his command is putting on him at work. SM shared that he
will ask his PCM for updated limdu paperwork to specify that he cannot be on watch and should not be driving back and forth from
WR to Ft. Meade unless he has adequate time to do so. SM stated he would call Dr. Tobar for guidance. Sm reported he spoke with
Dr. Tobar and she put him on 48 hours SIQ and is re-prescribing a low dose of Effexor. SM stated he will attend TMS appointments
and his PCM appointment tomorrow but would otherwise not be at appointments until Wednesday. SM appeared anxious and
presented as tearful. SM will reschedule individual appointment for Wednesday.

**A/P** Written by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1109 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1

**Disposition** Written by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1109 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will report for groups on Wednesday and reschedule individual
appointments.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 16 Oct 2017 1110

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 36**

AR 0079

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

### *16 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-29961906    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **16 Oct 2017 0730 EDT**    Appt Type: **GRP**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOP
**Appointment Comments:**
ctc

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1113 EDT
**History of present illness**
        The Patient is a 32 year old male.
S: The group discussed addictive behaviors, meetings and relationship with command. SM reported that he does not interact as
regularly with his command as many others in group but mostly does not get adverse reactions from them about his need for
treatment. SM stated that he could understand how many in leadership may not understand addiction or the need for treatment just
based on their lack of life experience with it. SM reported that he could understand how people may engage in addictive behaviors
other than substance abuse and acknowledged that it's likely an outward manifestation of something going on internally with that
person.~O: SM arrived on time for group. SM was oriented x3.~Appearance: Appropriate    Behavior: Appropriate
Speech: WNL                                    Thoughts: WNL
Mood: Anxious                Affect: Congruent
Insight: Fair                                   Judgment: Fair
SI/HI: None Current            Med/Pain Issues: None expressed~A: SM is sharing openly and honestly with the group. SM gives
appropriate feedback and appears engaged in group. SM can be tangential but is conscious of this and appears to be actively
working to be more concise. ~P: SM will continue with IOP groups as scheduled.
        .

**S/O Note** Written by FOBIZSHI,MACANGELO M @ 17 Oct 2017 0630 EDT
**History of present illness**
        The Patient is a 32 year old male.
He reported: Encounter Background Information: Seeking Safety Group
        Group 1000-1115:
        S: SM actively participated in the seeking safety group.  SM reviewed coping skills, and commitments made at the previous
group session. SM denies substance use or any unsafe behavior since the last group session. The group topic was "Safety". The
group focused on learning healthy safe coping skills. The group members identified safe and unsafe coping skills they have been
using. The provider explained the three stages of healing from PTSD and substance abuse; safety, mourning and reconnection.
The group members discussed what safety means to them and the signs of recovery. The group reviewed the examples of safe
coping skills in the handout and identified some safe coping skills to practice. At the end of the group session, the group members
were asked to fill out a commitment sheet: good coping skills and a commitment they will complete before the next group session.
        O: Group member reported on time. SM was interactive in the group.
        Behavior: Appropriate
        Psychosis:  None evident
        Speech:  WNL
        Thoughts: Clear, organized
        Mood:  Positive
        Affect:  Congruent
        SI/HI:  None expressed
        Pain:  None indicated
        A: SM appeared open to the training environment and attempted to execute commands.  No evidence of SI/HI.P: SM will
continue group next week.

**S/O Note** Written by HARDIN,JAMES G @ 17 Oct 2017 1026 EDT
**History of present illness**
        The Patient is a 32 year old male.
Relapse Prevention Group (0900-0945)
Focus of Session: Identifying Triggers

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 37**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

S) SM participated in a group discussion about identifying triggers. SM reported that both internal and external factors can be triggers, with negative emotions being among the main triggers. SM listened as other suggested ways to cope and identified attending meetings and therapy appointments as his best ways to cope with triggers. SM participated actively in the group process.
O) SM arrived on time for group. SM was dressed casually. SM's mood was calm and affect was congruent.
A) SM seems invested in group at this time.
P) Next relapse prevention group: Managing thoughts
.

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 17 Oct 2017 1202 EDT
**History of present illness**
     The Patient is a 32 year old male.
SM did not attend service dog training as he was put on SIQ orders for symptoms related to withdrawal from his psychotropic medication.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1113 EDT
**1. Alcohol dependence, uncomplicated**
     Procedure(s):        -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1114 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will continue with groups as scheduled.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 17 Oct 2017 1203

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 38**

AR 0081

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *13 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:   BETH-29945631   Primary Dx: Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **13 Oct 2017 1213 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: LANDE,RAYMOND G.

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 13 Oct 2017 1336 EDT
**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 39**

AR 0082

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 13 Oct 2017 1213 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 13 Oct 2017 1216 EDT
**History of present illness**
     The Patient is a 32 year old male.

Reason for Visit
Visit for: Transcranial magnetic Stimulation for Depression 45 minute session.
Subjective
TMS Session: A procedural time out was done during which settings and patient  was re-identified.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
Adjustments were made to accommodate comfort.
This session number 20/ #10 at 120% MT.
Objective
SM next session scheduled.


.....

.

**S/O Note** Written by BLOBERG,BRIAN @ 13 Oct 2017 1232 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Pre Procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
     Procedure: MT 120%. TMS Treatment for depression session #10 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 40**

AR 0083

**Medical Record**

Anderson, Daniel Dennis        DOB: ▓▓▓ 1985  SSN: ***-**-▓▓▓    DoD ID: 1286180538        Created: 30 Oct 2017

minutes. A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS: This is session #10 for depression with MT level at therapeutic treatment level for entire session.
    Post procedure: SM monitored briefly. SM had no reports of distress associated with TMS.
    PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review. Next session scheduled for Monday 16OCT2017.


**A/P** Written by LANDE,RAYMOND G. @ 13 Oct 2017 1337 EDT
**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):        -Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1

**Disposition** Written by LANDE,RAYMOND G. @ 13 Oct 2017 1338 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 13 Oct 2017 1338

Anderson, Daniel Dennis        DOB: ▓▓▓ 1985  SSN: ***-**-▓▓    DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 41**

AR 0084

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

---

### 13 Oct 2017 at WRNMMC, ATS Adult BE by HARDIN, JAMES G

Encounter ID:     BETH-29946680     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **13 Oct 2017 0730 EDT**
Clinic: **ATS ADULT BE**

Appt Type: **GRP**
Provider: **HARDIN,JAMES G**

**Reason for Appointment:**
IOP
**Appointment Comments:**
jbf

**S/O Note** Written by FOBIZSHI,MACANGELO M @ 13 Oct 2017 1303 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: Seeking Safety Group
 Group 1000-1115:
 S: SM actively participated in the seeking safety group. Patient reviewed the "check in" handout at the start of the session. Patient shared all coping skills, and commitments completed since the previous group meeting. Patient denies any alcohol or substance use and any unsafe behaviors since the last group. Today's group today focused on harshness versus compassion. The group reviewed the handout provided by the therapist. The group members reviewed the examples of harsh self-talk and compassionate self-talk in the handout and discussed the ones they related to. The therapist discussed how harshness relates to PTSD and substance abuse. The group collectively talked about how compassion promotes growth and harshness prevents growth. The patient discussed ways to increase compassion in sobriety. At the end of the group session, the group members filled out a commitment sheet to be reviewed at the next group session: good coping skills and a commitment they will complete before the next group session.
 O: Group member reported on time. SM was interactive in the group.
 Behavior: Appropriate
 Psychosis: None evident
 Speech: WNL
 Thoughts: Clear, organized
 Mood: Positive
 Affect: Congruent
 SI/HI: None expressed
 Pain: None indicated
 A: SM appeared open to the training environment and attempted to execute commands. No evidence of SI/HI.P: SM will continue group next week.

**S/O Note** Written by FOBIZSHI,MACANGELO M @ 13 Oct 2017 1342 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: Encounter Background Information: Creative Art Therapy Group
 Group 1115 - 1200:
 S: SM actively participated in the Creative Art Therapy Group. The group activity was poetry. The group members discussed the "What secret we keep" and "Kintsugi" poems. The Instructor explained how creative writing could be used as a platform to express emotions and thoughts. The group member discussed the poems provided and what it meant to them. The instructor asked the group to write a poem or free writing, to express their thoughts and emotions. The group members shared their individual art and how they felt after expressing those emotions in writing.
 O: Group member reported on time. SM was interactive in the group.
 Behavior: Appropriate
 Psychosis: None evident
 Speech: WNL
 Thoughts: Clear, organized
 Mood: Positive
 Affect: Congruent
 SI/HI: None expressed
 Pain: None indicated
 A: SM appeared open to the training environment and attempted to execute commands. No evidence of SI/HI.P: SM will continue group next week.

---

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 42**

**Medical Record**

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538       Created: 30 Oct 2017

**S/O Note** Written by HARDIN,JAMES G @ 17 Oct 2017 1021 EDT
**History of present illness**
      The Patient is a 32 year old male.
Process group: 0730-0845
                        Focus of Session: motivation, "nature vs nurture" re substance abuse
S)  The group discussed their past experiences in treatment, mostly inpatient treatment, and what worked for them.  We discussed "getting serious" about recovery as opposed to simply sitting in meetings, not paying attention.  We talked about "identifying in" vs. "identifying out".  Members talked about the moment when they realized they truly had an alcohol/drug problem.  SM fully participated in the discussion.
O) Appearance: normal        Behavior: Appropriate
                        Speech: WNL                Thoughts: WNL
                        Mood:  calm                Affect: consistent
                        Insight: fair                        Judgment: fair
                        SI/HI: None Current       Med/Pain Issues: None
A) SM was invested in group today.
P)  Next process group will be same time next week.
.


**A/P** Written by HARDIN,JAMES G @ 19 Oct 2017 0751 EDT
**1. Alcohol dependence, uncomplicated**
         Procedure(s):              -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Written by HARDIN,JAMES G @ 19 Oct 2017 0751 EDT
**Released w/o Limitations**
**Follow up:**  in the ATS ADULT BE clinic.


**Signed By  HARDIN, JAMES G** (Clinical Social Worker, Army Substance Abuse Program, WRAMC) @ 19 Oct 2017 0751

      THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 43**

AR 0086

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

*12 Oct 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-29939825     Primary Dx:          Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**     Date: **12 Oct 2017 1500 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
dei

Note Written by PAUL,SHERIN @ 13 Oct 2017 0851 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:     Daniel Anderson (previously Merwin)
Patient last 4:     0538
Appt #:     Intake + 15
Therapy time:     60 minutes
E&M time:     60 minutes

## Identifying Data:          32-year-old, Single, Caucasian, Male

## Military Data:
Branch:     USN
Rank:     PO1
MOS:     CTN
TIS:     11-years
Deployments:     N/A
Deployment Related:          N/A
Trauma:     N/A
WTU:     N/A
MEB in progress:     N/A
AdmSep in progress:          N/A
Special Clearance:     Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 44**

AR 0087

**Medical Record**

Anderson, Daniel Dennis    DOB: ▆ 1985  SSN: ***-**-▆    DoD ID: 1286180538    Created: 30 Oct 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: CBT**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. Therapist and patient discussed recent events in his life. Patient continues to endorse significant frustration related to his interactions with his command. Therapist and patient processed his frustration and problem solved potential solutions. Patient stated that he was able to effectively end interaction with a female he was interested in after recognizing that they were not on the same page about what they wanted. Therapist provided positive reinforcement for this as this is different than his previous behavior. Patient also discussed initial interest in a new romantic partner. Patient is working to identify reasonable next steps for his future.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

## ASSESSMENT

AR 0088

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017

## Diagnosis:

Axis I:    Generalized Anxiety Disorder
           Major Depressive Disorder, Single Episode, Moderate
           Alcohol Abuse Disorder
Axis II:   Diagnosis deferred on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

**Prognosis:**  ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
**Patient's capacity** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | | |
|---|---|---|
| Suicidal Ideation/Plans/Intent: | | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No | |
| Access to Lethal Means: | No | |
| Poor Treatment Compliance: | | No |
| Hopelessness: | Yes | |
| Psychic Pain/Anxiety: | Yes | |
| Acute Event: | No | |
| Insomnia: | No | |
| Low Self-Worth: | No | |
| Impulsivity: | Yes | |
| Substance Abuse: | | Yes, previously |
| Financial Stress: | | Yes |
| Legal Stress: | Yes | |

*Protective:*

| | | |
|---|---|---|
| Strong Therapeutic Alliance: | | Yes |
| Positive Coping Skills: | Yes | |
| Responsible to/for Family: | No | |
| Responsible to/for Pet: | | |
| Frustration Tolerance | Limited | |
| Resilience: | Yes | |
| Good Reality Testing: | Yes | |
| Amenable to Treatment: | Yes | |
| Social Support: | No | |

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 46**

AR 0089

**Medical Record**
Anderson, Daniel Dennis    DOB:    1985  SSN: ***-**-    DoD ID: 1286180538    Created: 30 Oct 2017

Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

***Setting:*** **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

***Safety Plan:***
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

***Treatment Team:***
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 27 September 2017
*Reviewed with patient on:* 27 September 2017
*Does patient agree with plan?* Yes

***Problem #1*** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

***Problem #2*** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

***Follow-up's scheduled:*** 2-weeks

***Referrals made today:***
Patient would **NOT** like information on the following at this appointment:
          Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

### Patient going through MEB.

**A/P** Written by PAUL,SHERIN @ 13 Oct 2017 0852 EDT
**1. Generalized anxiety disorder**
     Procedure(s):     -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 13 Oct 2017 0853 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 13 Oct 2017 0853

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 48**

AR 0091

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985 SSN: ***-*▮    DoD ID: 1286180538    Created: 30 Oct 2017

### *12 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29929434    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **12 Oct 2017 1204 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 12 Oct 2017 1309 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
•MAJOR DEPRESSION RECURRENT MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Active Medications**
Loading...

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 12 Oct 2017 1204 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 12 Oct 2017 1209 EDT
**History of present illness**
       The Patient is a 32 year old male.

Reason for Visit
Visit for: Transcranial magnetic Stimulation for Depression 45 minute session.
Subjective
TMS Session: A procedural time out was done during which settings and patient  was re-identified.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses

AR 0092

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes. Adjustments were made to accommodate comfort.
This session number 19/ #9 at 120% MT.
Objective
SM next session scheduled.
.

**S/O Note** Written by BLOBERG,BRIAN @ 12 Oct 2017 1229 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre Procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for depression session #9 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09 minutes. A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS: This is session #9 for depression with MT level at therapeutic treatment level for entire session.
    Post procedure: SM monitored briefly. SM had no reports of distress associated with TMS.
    PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**A/P** Written by LANDE,RAYMOND G. @ 12 Oct 2017 1310 EDT
**1. Major depressive disorder, recurrent, moderate**
        Procedure(s):        -Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1

**Disposition** Written by LANDE,RAYMOND G. @ 12 Oct 2017 1310 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 12 Oct 2017 1310

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 50**

AR 0093

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *11 Oct 2017 at WRNMMC, Occup Therap TBI Be by NAVARRO, CARA A*

Encounter ID:     BETH-29912121     Primary Dx:     Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **11 Oct 2017 1400 EDT**
Clinic: **OCCUP THERAP TBI BE**

Appt Type: **PROC**
Provider: NAVARRO,CARA A

<u>AutoCites</u> Refreshed by NAVARRO,CARA A @ 12 Oct 2017 1517 EDT

**Family History**
•family medical history (General FHx)
•paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
•not maternal uncle's history of referred here (Maternal Uncle)
•family history of supplemental HPI [use for free text] (General FHx)
•no family history of malignant melanoma of the skin (General FHx)
•family history of father is alive (General FHx)
•family history of heart disease (General FHx)
•family history of cancer (General FHx)
•family history of mother is alive (General FHx)
•no family history of malignant neoplasm of large intestine (General FHx)
•no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
•paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
•paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
•paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
•paternal history of preliminary background HPI [use for free text] (Father)
•family history of test conclusions [Use for free text] (General FHx)
•family history of diabetes mellitus (General FHx)
•family history of mental illness (not retardation) (General FHx)
•family history of the options include referral (General FHx)
•family history of patient counseling (General FHx)
•fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
•no family history of chronic liver disease (General FHx)

**Reason for Appointment:**
Major depressive disorder, recurrent, moderate
**Appointment Comments:**
can

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 51**

AR 0094

**Medical Record**

Anderson, Daniel Dennis     DOB: ▆▆ 1985  SSN: ***-**-▆     DoD ID: 1286180538     Created: 30 Oct 2017

**Questionnaire AutoCites** Refreshed by NAVARRO,CARA A @ 12 Oct 2017 1517 EDT
**Questionnaires**

**A/P** Written by NAVARRO,CARA A @ 12 Oct 2017 1518 EDT
**1. Major depressive disorder, recurrent, moderate**
          Procedure(s):          -Phys Ther Ed Community Reintegration Training - Per 15 Min x 2

**Disposition** Written by NAVARRO,CARA A @ 12 Oct 2017 1525 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: continue with services

**Note** Written by PALAD,NOLAN @ 11 Oct 2017 1247 EDT
**Consult Order**
**Referring Provider:**          PAUL, SHERIN
**Date of Request:**  27 Sep 2017
**Priority:**          Routine

**Provisional Diagnosis:**

Major depressive disorder, recurrent, moderate

**Reason for Request:**

Rec Therapy: Patient would benefit from additional coping skills and building positive monitored socialization skills.
**Note** Written by NAVARRO,CARA A @ 12 Oct 2017 1524 EDT
**Recreational Therapy**
**Recreational Therapy Program**
**Name: Anderson, Daniel P02**
**Date: 11 Oct 2017**
**Time:** 97537 x  30 MIN
**Place:** Occupational Therapy Clinic
**Intervention:** Recreational Therapy Initial assessment
**Diagnosis:**  MDD
**Pain:**  SM reports 4/10 in intestinal/stomach due to IBS
**Fall Risk:** no
**Education/ Counseling:** Patient educated on sports and recreation adaptive equipment,
techniques and resources pre and post rehabilitation.

**Referring Provider: Dr. Paul**
**Provisional Diagnosis: Major depressive disorder, recurrent, moderate**
**Reason for Request:  Patient would benefit from additional coping skills and building**
 **positive monitored socialization skills**


**Phone:** ▆▆▆▆▆
**Email:** ▆▆▆▆▆▆▆gmail.com
Branch / Rank:  Navy/ P02
**SM arrives on time, groomed well and tired, stating he has not been sleeping well.**
**SM completed homework and reported goals he has to improve interpersonal**
**relationships, decrease isolation and tolerate the community without being**
**overwhelmed.   Due to SM schedule he will not participate in Recreational Therapy**
**programs till November.**

Anderson, Daniel Dennis     DOB: ▆▆ 1985  SSN: ***-**-▆     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 52**

AR 0095

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Pending Appointments:  02 Nov 2017**

## PLAN:

1.  Patient will attend follow up session on 02 Nov to set POC

Signed By  **NAVARRO, CARA A** (Certified Therapeutic Recreation Specialist, Occupational Therapy WRNMMC) @ 12 Oct 2017
1525

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 53**

AR 0096

**Medical Record**

Anderson, Daniel Dennis    DOB: ■ 1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017

*11 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29910949    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**    Date: **11 Oct 2017 1158 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: LANDE,RAYMOND G.
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 11 Oct 2017 1448 EDT
**Problems**                                                    **Allergies**
•Generalized anxiety disorder F41.1                              •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**
Loading...

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 11 Oct 2017 1158 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 11 Oct 2017 1226 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Pre Procedure: Thought content was without evidence of suicidal or
homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress.
Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic
facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with
guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
        Procedure: MT 120%. TMS Treatment for depression session #8 at therapeutic level; administered using settings of 3000
pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09
minutes. A procedural time out was done during which settings and patient was re-identified.
        PROGRESS IN MEETING GOALS: This is session #7 for depression with MT level at therapeutic treatment level for entire
session.
        Post procedure: SM monitored briefly. SM had no reports of distress associated with TMS.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 54**

AR 0097

**Medical Record**

Anderson, Daniel Dennis     DOB: ░ 1985  SSN: ***-**░     DoD ID: 1286180538     Created: 30 Oct 2017

PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 11 Oct 2017 1416 EDT
**Reason for Visit**
Visit for: Transcranial magnetic Stimulation for Depression (12:05-12:50).
**Subjective**
Attending Note: A procedural time out was done during which settings and patient  was re-identified.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
Adjustments were made to accommodate comfort.
This session number 18/ #8 at 120% MT.
**Objective**
SM next session scheduled.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 11 Oct 2017 1418 EDT
**1. Major depressive disorder, recurrent, moderate**
Procedure(s):              -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
PROVIDER(S): BAHROO,BHAGWAN A; POURZAND,MIRIAM

**Disposition** Last updated by LANDE,RAYMOND G. @ 11 Oct 2017 1449 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 11 Oct 2017 1449

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 11 Oct 2017 1449 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 11 Oct 2017 1449 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 11 Oct 2017 1418 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Anderson, Daniel Dennis     DOB: ░ 1985  SSN: ***-**░     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 55**

AR 0098

**Medical Record**

| Anderson, Daniel Dennis | DOB: █████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *11 Oct 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J*

Encounter ID:    BETH-29908707    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **11 Oct 2017 1044 EDT**
Clinic: **PAIN MGMT CL BE**

Appt Type: FTR
Provider: **SPEVAK,CHRISTOPHER J**

AutoCites Refreshed by SPEVAK,CHRISTOHER J @ 11 Oct 2017 1044 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
- not maternal uncle's history of referred here (Maternal Uncle)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant melanoma of the skin (General FHx)
- family history of father is alive (General FHx)
- family history of heart disease (General FHx)
- family history of cancer (General FHx)
- family history of mother is alive (General FHx)
- no family history of malignant neoplasm of large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- paternal history of preliminary background HPI [use for free text] (Father)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- no family history of chronic liver disease (General FHx)

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |

| Anderson, Daniel Dennis | DOB: █████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 56**

AR 0099

**Medical Record**

| Anderson, Daniel Dennis | DOB: 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | | | |
|---|---|---|---|---|
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**A/P** Written by SPEVAK,CHRISTOHER J @ 11 Oct 2017 1045 EDT
**1. Alcohol dependence, uncomplicated:** S: The SM participated in a weekly group discussion about medical
perspectives on substance use disorders. Topics of this group range from the
history of substance use, psychoeducation on substance use disorders, recent
medical advances in understanding substance use disorders and treatments.
Participants were also encouraged to discuss their own personal perspectives
on the topics discussed.
O: SM arrived on time for group and was dressed appropriately for the
setting. The SM was oriented x3
Appearance: neat and clean    Behavior: Appropriate, engaged in group
Speech: WNL        Thoughts: WNL
Mood: Good        Affect: Congruent
Insight: Fair        Judgment: Fair
SI/HI/AVH: None Reported      Med/Pain Issues: None Reported
A: SM actively participated in group. Participants were respectful of each
other's perspectives and exhibited understanding of the topic as evidenced
by group discussions. Participants were encouraged to ask questions and were
answered accordingly.
P:  Next medical group to will continue to build upon the topics already
discussed and explore new approaches to treatment. Participants will follow
up with their primary psychiatric/medical providers with any specific
concerns about their personalized treatment plans.

**Disposition** Written by SPEVAK,CHRISTOHER J @ 11 Oct 2017 1045 EDT
**Released w/o Limitations**
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  SPEVAK, CHRISTOHER J** (Physician) @ 11 Oct 2017 1045

Anderson, Daniel Dennis        DOB: 1985 SSN: ***-**- DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 57**

AR 0100

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

*11 Oct 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D.*

Encounter ID:    BETH-29910492    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **11 Oct 2017 0730 EDT**    Appt Type: **GRP**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **DELEON,PATRICK D.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Reason for Appointment:
IOP
Appointment Comments:
jbf

S/O Note Written by BURTON,CARA N @ 11 Oct 2017 1217 EDT
**History of present Illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Educational Group: Finding Meaning (1000-1100): Spirituality and Personality
    S: The focus of today's session was the connection between personality and spirituality. Group members were encouraged to
assess their personalities during active substance use and at the current point of their recovery. They also reflected on how their
personalities have changed since being sober. This SM shared openly about the ways in which substance use allowed him a
release from his cares or ongoing frustrations. He engaged actively throughout the session and commented on what others shared
appropriately.
    O: SM arrived on time for group, was oriented x4 and engaged actively during the group exercises and discussion.
    Appearance: Neat, clean, dressed appropriately to season
    Behavior: Appropriate, engaged
    Speech: WNL
    Thoughts: Logical, WNL
    Mood: Stable
    Affect: Congruent, full range
    Insight: Fair
    Judgment: Fair
    SI/HI: None reported
    Med/Pain Issues: None reported
    A: SM interacted with group members and facilitators. He demonstrated an understanding of the concepts presented.
    P: SM will attend the next group as scheduled.

Note Written by RAGLAND,MARY @ 16 Oct 2017 0952 EDT
## Process Group        0730-0845
**S:** Topics discussed: Introductions (Name, relationship to the military, substance of
choice, sobriety date, and what brought Ct to ATS), Review of Group
Rules/Expectations.  Demonstrated understanding of Group Rules and assisted in
explaining to new group members. Ct again spoke of his father's emotional
abandonment of him and it's impact on his emotions--did not connect this to his
substance use..
**O:**  Ct arrived over 30 minutes late for group. Ct alert and oriented x 3.

Appearance: Appropriate for weather /situation
Behavior: Appropriate, engaged
Speech: Within Normal Limits
Thoughts: Logical, Linear, Goal-Directed
Mood: Euthymic
Affect: Congruent
Insight: Intact

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page 58

Judgment: Intact
SI/HI: None reported
Med/Pain Issues: None reported


**A:** Ct participated appropriately in discussion. Ct demonstrates commitment to sobriety/recovery.

**P:** Ct to continue with groups as assigned.

Note Written by RAGLAND,MARY @ 16 Oct 2017 1156 EDT
**Mind-Body Group, Session #3: Breath Work     1100-1150**
**S:** Psychoeducation re: purposes of using breath work (slowing thought process, slowing physiological processes, increase focus and concentration relaxation, linking body and mind), types of breath work (Counting, Mantras, Body focus, Guided/Imagery, Breathing while moving intentionally). Practiced several different types of breath work chosen by participants.
**O:** SM arrived on time for group. Alert/oriented x 3.

| | |
|---|---|
| Appearance: Clean | Behavior: Appropriate |
| Speech: WNL | Thoughts: Logical |
| Mood: Stable | Affect: Congruent |
| Insight: Good | Judgment: Good |
| SI/HI: None | Med/Pain Issues: None |

**A:** SM participated appropriately in discussion and activity.

**P**: SM will attend next group as scheduled.

A/P Written by DELEON,PATRICK D. @ 17 Oct 2017 0921 EDT
**1. Alcohol dependence, uncomplicated** F10.20
          Procedure(s):          -(S9480) INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1


Disposition Written by DELEON,PATRICK D. @ 17 Oct 2017 0921 EDT
**Released w/o Limitations**
**Follow up:** In the ATS ADULT BE clinic. - Comments: Continue in Intensive Outpatient Program, next groups 13 Oct


Signed By  DELEON, PATRICK D. (Social Work Case Manager) @ 17 Oct 2017 0922

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 59**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-*███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### 10 Oct 2017 at WRNMMC, Psych Day Hosp Be by BAHROO, BHAGWAN A

Encounter ID:     BETH-29890663     Primary Dx:     Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**     Date: **10 Oct 2017 1059 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCH DAY HOSP BE**     Provider: **BAHROO,BHAGWAN A**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BAHROO,BHAGWAN A @ 10 Oct 2017 1231 EDT

                                        **Allergies**
                                        •No Known Allergies

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 10 Oct 2017 1059 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 10 Oct 2017 1130 EDT
**History of present illness**
     The Patient is a 32 year old male.

Visit for: Transcranial magnetic Stimulation for Depression (1100-1135).
          Subjective
TMS session: A procedural time out was done during which settings and patient was re-identified.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS mildly anxious. Confirmed that there was no metal above the waistline, no history of seizure disorder, no
physiologic sensing devices, no metallic facial or neck tattoos
SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar =
10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses
per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09 minutes.
Adjustments were made to accommodate comfort.
This session number #7 at 120% MT.
Objective
Next session was scheduled.

.

**S/O Note** Written by BLOBERG,BRIAN @ 10 Oct 2017 1133 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Pre Procedure: Thought content was without evidence of suicidal or
homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress.
Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic
facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with
guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
     Procedure: MT 120%. TMS Treatment for depression session #7 at therapeutic level; administered using settings of 3000
pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09
minutes. A procedural time out was done during which settings and patient was re-identified.
     PROGRESS IN MEETING GOALS: This is session #7 for depression with MT level at therapeutic treatment level for entire
session.
     Post procedure: SM monitored briefly. SM had no reports of distress associated with TMS.
     PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment
plan will continue as is pending further review. Next session scheduled for tomorrow.

**A/P** Written by BAHROO,BHAGWAN A @ 10 Oct 2017 1232 EDT

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 60**

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017

**1. Major depressive disorder, recurrent, moderate**
   Procedure(s):   -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
           PROVIDER(S): POURZAND,MIRIAM; BLOBERG,BRIAN

**Disposition** Written by BAHROO,BHAGWAN A @ 10 Oct 2017 1232 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By BAHROO, BHAGWAN A** (MD, Staff Psychiatrist, WRAMC) @ 10 Oct 2017 1232

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**██      DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 61**

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■ 1985  SSN: ***-**■■  DoD ID: 1286180538    Created: 30 Oct 2017

## *06 Oct 2017 at WRNMMC, Psych Day Hosp Be by BAHROO, BHAGWAN A*

Encounter ID:    BETH-29871173    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**    Date: **06 Oct 2017 0854 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **BAHROO,BHAGWAN A**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BAHROO,BHAGWAN A @ 06 Oct 2017 1201 EDT

**Allergies**
•No Known Allergies

**Reason for Appointment:**Written by BLOBERG,BRIAN @ 06 Oct 2017 0854 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 06 Oct 2017 0946 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
    Visit for: Transcranial magnetic Stimulation for Depression (0900-0935).
    Subjective
    Attending Note: A procedural time out was done during which settings and patient was re-identified.
    Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
    Patient arrived for TMS mildly anxious. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
    SM was not anxious at start of procedure.  At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
    After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09 minutes.
    Adjustments were made to accommodate comfort.
    This session number #6 at 120% MT.
    Objective
    Next session was scheduled.

**S/O Note** Written by BRAGGS,DEBORAH C @ 06 Oct 2017 0955 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for depression session #6; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 20.09 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 6 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for Tuesday. ZUNG depression=51, PHQ 9=15.

**A/P** Written by BAHROO,BHAGWAN A @ 06 Oct 2017 1202 EDT
**1. Major depressive disorder, recurrent, moderate**
        Procedure(s):        -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL

Anderson, Daniel Dennis    DOB: ■■ 1985  SSN: ***-**-■■  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 62**

AR 0105

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

PROVIDER(S): POURZAND,MIRIAM; BRAGGS,DEBORAH C

**Disposition** Written by BAHROO,BHAGWAN A @ 06 Oct 2017 1203 EDT
**Released w/o Limitations**
**Follow up:** as needed in 4 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  BAHROO, BHAGWAN A** (MD, Staff Psychiatrist, WRAMC) @ 06 Oct 2017 1203

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 63**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *06 Oct 2017 at WRNMMC, ATS Adult BE by LESKO, STACEY B*

Encounter ID:    BETH-29877815    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **06 Oct 2017 0730 EDT**
Clinic: **ATS ADULT BE**

Appt Type: **GRP**
Provider: **LESKO,STACEY BETH**

**AutoCites** Refreshed by LESKO,STACEY B @ 06 Oct 2017 1330 EDT

**Allergies**
•No Known Allergies

**Reason for Appointment:**
process grou
**Appointment Comments:**
ctc

**S/O Note** Written by LESKO,STACEY BETH @ 06 Oct 2017 1330 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: S: The group discussed several topics today to include the how childhood family dynamics has impacted their addiction and recovery.  Group members talked about trying new community support meetings and what they liked/didn't like about them.  Lastly, members shared what they were doing over the 3-day weekend to stay safe and support their sobriety.
        O: SM arrived on time for group. SM was oriented x3.
        Appearance: Appropriate Behavior: Appropriate
        Speech: WNL                     Thoughts: WNL
        Mood: Euthymic                 Affect: Congruent
        Insight: Good                     Judgment: Good
        SI/HI: None Current            Med/Pain Issues: None expressed
        A: SM participated appropriately in group today, both giving and receiving feedback.
        P:  SM will continue with process groups as planned.

**A/P** Written by LESKO,STACEY B @ 06 Oct 2017 1332 EDT
**1. Alcohol dependence, uncomplicated** F10.20
        Procedure(s):            -(90853) Psychiatric Therapy Group Interactive x 1

**Disposition** Written by LESKO,STACEY B @ 06 Oct 2017 1333 EDT
**Released w/o Limitations**
**Follow up:** in the ATS ADULT BE clinic.

**Signed By LESKO, STACEY B** (Medical Social Worker, 301-319-7824) @ 06 Oct 2017 1333

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 64**

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017

## *05 Oct 2017 at WRNMMC, Psychiatry Be by ABRAHAM, FENOTE*

Encounter ID:    BETH-29863837    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **05 Oct 2017 1349 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **ABRAHAM,FENOTE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by ABRAHAM,FENOTE @ 05 Oct 2017 1407 EDT
**Problems**    **Allergies**
•Generalized anxiety disorder F41.1    •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Reason for Appointment:**Written by ABRAHAM,FENOTE @ 05 Oct 2017 1349 EDT
Medical Record Release
**Appointment Comments:** Written by ABRAHAM,FENOTE @ 05 Oct 2017 1349 EDT
per medical records office  AKA Merwin, Daniel D

**Questionnaire AutoCites** Refreshed by ABRAHAM,FENOTE @ 05 Oct 2017 1407 EDT
**Questionnaires**

**Note** Written by ABRAHAM,FENOTE @ 05 Oct 2017 1407 EDT
Medical record screened IAW the signed authorization of patient submitted through Medical
Correspondence office.  Patient not present.
Psychiatry records are sensitive, and screening was done diagnostically to determine whether it
is appropriate to release this sensitive information to the patient as requested.  In certain
circumstances it can be unsafe for patient to read sensitive psychiatry notes.  Record was
carefully screened.  Patient noted to have been diagnosed with MDD recurrent Moderate and
GAD

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

No concerns arose during this screening about patient safety or the safety of others should patient read these records.  Patient psychiatry records for ABHC clinic WR-Bethesda written by Paul, Tobar, Wise, Zembrzuska, Melton and Nilsen are authorized to be released as requested.

**A/P** Written by ABRAHAM,FENOTE @ 05 Oct 2017 1408 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**
       Procedure(s):      -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by ABRAHAM,FENOTE @ 05 Oct 2017 1411 EDT
**Released w/o Limitations**

**Signed By  ABRAHAM, FENOTE** (Psychiatrist, WNMMC) @ 05 Oct 2017 1411

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 66**

AR 0109

**Medical Record**

Anderson, Daniel Dennis    DOB: ■ 1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017

## 05 Oct 2017 at WRNMMC, Occup Therap TBI Be by NAVARRO, CARA A

Encounter ID:    BETH-29868902    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **05 Oct 2017 1300 EDT**
Clinic: **OCCUP THERAP TBI BE**

Appt Type: **SPEC**
Provider: **NAVARRO,CARA A**

<u>AutoCites</u> Refreshed by NAVARRO,CARA A @ 06 Oct 2017 0732 EDT

**Family History**
•family medical history (General FHx)
•paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
•not maternal uncle's history of referred here (Maternal Uncle)
•family history of supplemental HPI [use for free text] (General FHx)
•no family history of malignant melanoma of the skin (General FHx)
•family history of father is alive (General FHx)
•family history of heart disease (General FHx)
•family history of cancer (General FHx)
•family history of mother is alive (General FHx)
•no family history of malignant neoplasm of large intestine (General FHx)
•no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
•paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
•paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
•paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
•paternal history of preliminary background HPI [use for free text] (Father)
•family history of test conclusions [Use for free text] (General FHx)
•family history of diabetes mellitus (General FHx)
•family history of mental illness (not retardation) (General FHx)
•family history of the options include referral (General FHx)
•family history of patient counseling (General FHx)
•fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
•no family history of chronic liver disease (General FHx)

**Reason for Appointment:**
Generalized anxiety disorder
**Appointment Comments:**
can

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 67**

AR 0110

**Medical Record**

Anderson, Daniel Dennis      DOB: █ 1985  SSN: ***-**-█   DoD ID: 1286180538      Created: 30 Oct 2017

**Questionnaire AutoCites** Refreshed by NAVARRO,CARA A @ 06 Oct 2017 0732 EDT
**Questionnaires**

**A/P** Last Updated by NAVARRO,CARA A @ 06 Oct 2017 0753 EDT
**1. Major depressive disorder, recurrent, moderate**
         Procedure(s):          -Phys Ther Ed Community Reintegration Training - Per 15 Min x 6

**Disposition** Written by NAVARRO,CARA A @ 06 Oct 2017 0814 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: continue with services

**Note** Written by NAVARRO,CARA A @ 06 Oct 2017 0732 EDT
**Consult Order**
**Referring Provider:**          POURZAND, MIRIAM
**Date of Request:** 13 Sep 2017
**Priority:**          Routine

**Provisional Diagnosis:**

Generalized anxiety disorder

**Reason for Request:**

SM suffers from signficant anxiety with avodiance would benefit from recreation therapy program please evaluate. sm cell █

**Note** Written by NAVARRO,CARA A @ 06 Oct 2017 0814 EDT
**Recreational Therapy**
# SUBJECT
**Recreational Therapy Program**
**Name: Anderson, Daniel P02**
**Last 4:** █
**Date: 05 Oct 2017**
**Time:** 97537 x  90MIN
**Place:** Occupational Therapy Clinic
**Intervention:** Recreational Therapy Initial assessment
**Diagnosis:**  MDD
**Pain:**  SM reports 4/10 in intestinal/stomach due to IBS
**Fall Risk:** no
**Education/ Counseling:** Patient educated on sports and recreation adaptive equipment,
techniques and resources pre and post rehabilitation.

**Referring Provider: Dr. Paul**
**Provisional Diagnosis: Major depressive disorder, recurrent, moderate**
**Reason for Request:  Patient would benefit from additional coping skills and building**
 **positive monitored socialization skills**

Phone: █
Email: █gmail.com
Branch / Rank:  Navy/ P02

# OBJECTIVE

Anderson, Daniel Dennis      DOB: █ 1985  SSN: ***-**-█   DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 68**

AR 0111

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Patient was seen today for education, planning and training in prep for participation in Recreational Therapy programs.

### ACTION

Patient was educated on application, agenda, safety, and program expectations for participation in upcoming Recreational Therapy programs. SM's homework is to write goals for Recreational therapy and what programs he can use to best practice the skills he is developing/learning. Patient was receptive to education and motivated with TX. Patient is in agreement with plan.
**Assessment**: Alert and oriented x 4. Presents to be in a pleasant mood although displayed signs of anxiety as evidenced by excessive talking and having scattered thoughts.  SM was not able to identify personal goals for post military and has homework to complete prior to next session. SM relates challenges back to his childhood and contradicts self with what does and does not matter to him.  SM was educated on what the scope of practice is for Recreational Therapy and how writer is not able to change or help SM with certain areas of his life.   During conversation SM requires redirection to answer questions.        Learning style- Combined
Patient tolerated session well.

*Barriers to learning:* none
*Community Reintegration:* **Isolates self in his home, refuses to go to a gym because "it's dirty"**
*Leisure Barriers:* **social avoidance due to indifference towards others, IBS challenges**
**Pending Appointments:  11 Oct 2017**
**Leisure interests include: cooking, video games, movies, TV shows**
**Learning Style: combined**
**Precautions: pain**

**Interventions Recommended:**
_x_ Aquatic                          _x_ Relaxation                      ___Physical conditioning    ___
Horticulture
___Arts & Craft                ___Adaptive Sports                   ___1:1 session
        _x_ Social Activities
_x_ Outdoor Activities          _x_ Leisure counseling              ___Cognitive
Activities          ___Paddling
__x_ Yoga                      ___Archery                           _x_ Community
Reintegration
___Hunting/Fishing            ___Cooking Group                   ___Therapeutic Riding

**Adaptive Equipment Utilized and/or recommended:**
___Scissors (loop)          ___Pencil Grip                 ___Knives/spoons/fork
___Cookware
___Magnifying glass        ___Talking books              ___Ski/snowboard
        ___Bicycle
___Prosthetics                    ___W/C, Rollator                  ___Assistive Tech
        ___Vehicle
___Lift Systems(s)          ___IDEO Brace

**Leisure & Community Reintegration Barriers:**

| Anderson, Daniel Dennis | DOB: ■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 69**

AR 0112

**Medical Record**

Anderson, Daniel Dennis     DOB:＿＿ 1985  SSN: ***-**-＿＿     DoD ID: 1286180538     Created: 30 Oct 2017

| | | |
|---|---|---|
| ___Cognitive Skills | _x__Social Skills | ___Communication |
| ___Paralysis | | |
| ___Financial | ___General Weakness | ___ROM limitations |
| ___Mobility | | |
| ___Perceptual Prob | ___Grasp / Release | _x__Fears / Phobias |
| ___Hearing Deficits | | |
| ___Visual Acuity | _x__Motivation | ___Spasticity |
| _x__Pain | | |
| _x__Attitude | _x__Self-confidence | ___Transportation |

**PLAN:**
  1.  Patient will attend follow up session on 11 Oct with completed homework and set POC

**Discharge Recommendations:**
___Utilization of Community Resources
___Adaptive equipment requested
___Continue program at home
_x__Encouragement of social / leisure participation

**Signed By  NAVARRO, CARA A** (Certified Therapeutic Recreation Specialist, Occupational Therapy WRNMMC) @ 06 Oct 2017 0815

Anderson, Daniel Dennis     DOB:＿＿ 1985  SSN: ***-**＿＿     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 70**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**▓    DoD ID: 1286180538    Created: 30 Oct 2017

## *05 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29861230    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**    Date: **05 Oct 2017 1158 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 05 Oct 2017 1314 EDT

| Problems | Allergies |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

AR 0114

**Medical Record**

| Anderson, Daniel Dennis | DOB: █ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 05 Oct 2017 1158 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 05 Oct 2017 1242 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for depression session #5 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 20.09 minutes. A procedural time out was done during which settings and patient was re-identified.
        PROGRESS IN MEETING GOALS:
    This is session # 5 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review.Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 05 Oct 2017 1301 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic Stimulation for Depression (12:05-12:50).
**Subjective**
Attending Note: A procedural time out was done during which settings and patient was re-identified.
        Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
        Patient arrived for TMS mildly anxious. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
        SM was not anxious at start of procedure. At conclusion of the procedure the settings were determined to be: SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94; The headrest settings were: up/down 7.5; front/back 1.0
        After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
        Adjustments were made to accommodate comfort.
        This session number 15/ #5 at 120% MT.
**Objective**
Next session was scheduled.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 05 Oct 2017 1303 EDT
**1. Major depressive disorder, recurrent, moderate**
        Procedure(s):        -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

| Anderson, Daniel Dennis | DOB: █ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 72**

AR 0115

**Medical Record**

Anderson, Daniel Dennis   DOB: ███ 1985 SSN: ***-**-███   DoD ID: 1286180538   Created: 30 Oct 2017

**Disposition** Last updated by LANDE,RAYMOND G. @ 05 Oct 2017 1314 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 05 Oct 2017 1315

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 05 Oct 2017 1314 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 05 Oct 2017 1314 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 05 Oct 2017 1304 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Anderson, Daniel Dennis   DOB: ███ 1985 SSN: ***-**-███   DoD ID: 1286180538   Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.   **Page 73**

AR 0116

**Medical Record**

Anderson, Daniel Dennis        DOB:        1985  SSN: ***-**-        DoD ID: 1286180538        Created: 30 Oct 2017

*04 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N*

Encounter ID:    BETH-29852335    Primary Dx:        Sleep disorder, unspecified

Patient: **ANDERSON, DANIEL DENNIS**    Date: **04 Oct 2017 2000 EDT**    Appt Type: **PROC**
Treatment Facility: **WALTER REED**    Clinic: **SLEEP (PULM) CL BE**    Provider: **KHRAMTSOV,ANDREI N.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
split w 3% per Dr. K

**A/P** Last Updated by IRVINE,RAYMOND W @ 05 Oct 2017 0423 EDT
**1. Sleep disorder, unspecified**
            Procedure(s):        -Polysomnography With 4+ Add'l Sleep Parameters Age 6 Years Or Older x 1 (TC-TECHNICAL
                        COMPONENT) ADDITIONAL PROVIDER(S): PETRI,ROEL - This note pertains to polysomnography
                        data collection only. The physician interpretation is appended to a separate procedure note. If there are
                        no additional procedure notes visible within the electronic medical record, please call 301-295-4547 and
                        ask to speak with one of the physician staff.

**Disposition** Last Updated by IRVINE,RAYMOND W @ 05 Oct 2017 0423 EDT
**Released w/o Limitations**
**Follow up:**  as needed . - Comments: Please don't drive if sleepy.

**Note** Written by IRVINE,RAYMOND W @ 05 Oct 2017 0419 EDT
**Consult Order**
**Referring Provider:**        TOBAR, EDEN
**Date of Request:**   27 Jul 2017
**Priority:**        Routine

**Provisional Diagnosis:**

R/o obstructive sleep apnea

**Reason for Request:**

32 y/o USN PO2 with chronic daytime fatigue despite adequate sleep time. Also intermittent headaches.  Please evaluate for sleep
disorder. Thank you.

**Signed By  KHRAMTSOV, ANDREI N** (Staff Physician, Sleep Disorders Center, WRAMC) @ 05 Oct 2017 0826

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 74**

AR 0117

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

## *04 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:     BETH-29846543     Primary Dx:     Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **04 Oct 2017 1235 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

### AutoCites Refreshed by LANDE,RAYMOND G. @ 05 Oct 2017 0703 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

### Active Medications

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS—PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

AR 0118

**Medical Record**

Anderson, Daniel Dennis    DOB:░░░ 1985  SSN: ***-**-░░░    DoD ID: 1286180538    Created: 30 Oct 2017

| | | RF3 | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by POURZAND,MIRIAM @ 04 Oct 2017 1235 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 04 Oct 2017 1236 EDT
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in the TSWF BH Spec AIM form>>
TMS session: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
Procedure: MT 120%. TMS Treatment for depression session #4 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of  20:10 minutes.  A procedural time out was done during which settings and patient was re-identified.
PROGRESS IN MEETING GOALS:
This is session # 4 with MT level at therapeutic treatment level for entire session.
Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

.....

.

**S/O Note** Written by BAHROO,BHAGWAN A @ 04 Oct 2017 1334 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Depression (12:01-12:45).
**Subjective**
Attending Note: A procedural time out was done during which settings and patient  was re-identified.
        Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
        Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
        SM was not anxious at start of procedure.  At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
        After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 76**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Adjustments were made to accommodate comfort.
This session number 14/ #4 at 120% MT.
**Objective**
Next session was scheduled

.

A/P Last Updated by BAHROO,BHAGWAN A @ 04 Oct 2017 1341 EDT
**1. Major depressive disorder, recurrent, moderate**
Procedure(s):          -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1 ADDITIONAL
                        PROVIDER(S): BAHROO,BHAGWAN A; POURZAND,MIRIAM

Disposition Last updated by LANDE,RAYMOND G. @ 05 Oct 2017 0704 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 05 Oct 2017 0704

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 05 Oct 2017 0704 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 05 Oct 2017 0704 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 04 Oct 2017 1341 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 77**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *04 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-29847918    Primary Dx:        Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **04 Oct 2017 1100 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
F/U
**Appointment Comments:**
CTC

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 04 Oct 2017 1324 EDT
**History of present illness**
        The Patient is a 32 year old male.
Focus Of Session: CBT/Work Stress
S) SM reported that he has been feeling bad the last two days due to some stress with his direct supervisor. SM stated that he feels
angry but was able to identify feeling disrespected as the main reason for his anger. SM and this writer used CBT techniques to
work through the beliefs and emotional consequences of the conflict at work. SM explored how he can use cognitive reframing and
expectation adjustment to reduce the stress around this conflict. SM stated that he had forgotten to do his gratitude list for the last
couple days until his family reminded him to do it and stated he was happy for the accountability. SM reported group went well and
he attended one SMART recovery meeting last week which he enjoyed. SM denied any alcohol use or thoughts about drinking. SM
denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts
and behavior were appropriate.
A) SM was cooperative and friendly. SM appears to be thinking critically about his recovery and is open to feedback. SM seems to
be open minded to using concrete techniques to address his depression and anxiety and is reflective and thoughtful in session.
Alcohol Use D/O, Severe
P) SM will follow up with social worker in two weeks. SM will begin continue with ATS groups as scheduled.
        .

**A/P** Written by HANGEMANOLE,DESPINA C @ 04 Oct 2017 1325 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by HANGEMANOLE,DESPINA C @ 04 Oct 2017 1325 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker in two weeks.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 04 Oct 2017 1326

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 78**

AR 0121

**Medical Record**

Anderson, Daniel Dennis      DOB: ▮▮▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538      Created: 30 Oct 2017

*04 Oct 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:      BETH-29868491    Primary Dx:      Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **04 Oct 2017 0900 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Note Written by PAUL,SHERIN @ 06 Oct 2017 0704 EDT
## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:      Daniel Anderson (previously Merwin)
Patient last 4:     0538
Appt #:            Intake + 14
Therapy time:       60 minutes
E&M time:          60 minutes

### Identifying Data:      32-year-old, Single, Caucasian, Male

### Military Data:
Branch:               USN
Rank:                 PO1
MOS:                  CTN
TIS:                  11-years
Deployments:          N/A
Deployment Related:              N/A
Trauma:               N/A
WTU:                  N/A
MEB in progress:      N/A
AdmSep in progress:              N/A
Special Clearance:    Yes

### Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

Anderson, Daniel Dennis      DOB: ▮▮▮ 1985  SSN: ***-**▮    DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 79**

AR 0122

**Medical Record**
Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█████    DoD ID: 1286180538    Created: 30 Oct 2017

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: CBT**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. Therapist and patient discussed recent events in his life. He identified positive changes he was attempting to make. Therapist worked with patient to identify small concrete steps toward these changes. Therapist reminded patient not to shift from extremes. For example, patient, typically rigid, expressed a desire to sell his house and have no attachments to anything. Therapist worked with patient on reasonable changes. Further conversation focused on patient's interactional style with people.

**Response to treatment:** [ ] None   **[ X ] Some**   [ ] Significant   [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

## ASSESSMENT

### Diagnosis:
Axis I:   Generalized Anxiety Disorder

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 80**

**Medical Record**

      Major Depressive Disorder, Single Episode, Moderate
      Alcohol Abuse Disorder
Axis II: Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV: Financial stress, lack of social support, occupational/legal stressors
Axis V: 60

**Prognosis:** ( ) Excellent  **(X) Good**  ( ) Fair  ( ) Guarded  ( ) Poor
**Patient's capacity** to participate in and benefit from therapy is evidenced by:
**(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

History of Harm to Others: No history of harm to others.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ____ 1985 SSN: ***-**-____    DoD ID: 1286180538    Created: 30 Oct 2017

This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____.

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 27 September 2017
*Reviewed with patient on:* 27 September 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
      Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB:■■■ 1985  SSN: ***-**■■■     DoD ID: 1286180538     Created: 30 Oct 2017

3. A new/revised profile **HAS** been written for patient by this writer today.

**Patient going through MEB.**

**A/P** Written by PAUL,SHERIN @ 06 Oct 2017 0705 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 06 Oct 2017 0705 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 06 Oct 2017 0706

**Medical Record**

Anderson, Daniel Dennis    DOB: ▋ 1985  SSN: ***-**▋    DoD ID: 1286180538    Created: 30 Oct 2017

*04 Oct 2017 at WRNMMC, ATS Adult BE by RAGLAND, MARY*

Encounter ID:    BETH-29842898    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **04 Oct 2017 0730 EDT**    Appt Type: **GRP**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **RAGLAND,MARY**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
process group
**Appointment Comments:**
ctc

Note Written by RAGLAND,MARY @ 04 Oct 2017 1007 EDT
**Process Group        0730-0845**
**S:** Topics discussed: Introductions, stressors which impacted drinking and/or recovery.
Ct shared openly about his prior treatment experiences for alcohol, his recent relapse
episode which led to this ATS referral. Ct shared very openly about negative childhood
experiences related to being the child of divorced parents. Ct described recent trouble
for "sexual harrassment" presented in a way as warning the other group members not
to"post photos of yourself on social media" or "ask a civilian to speak outside of work".
Ct related to another peer about SMART Recovery and they determined they lived near
each other. Ct suggested they carpool to meetings.
**O:** Ct arrived on time for group  SM alert and oriented x 3.

Appearance: Appropriate for weather /situation
Behavior: Appropriate, engaged
Speech: Within Normal Limits
Thoughts: Logical, Linear, Goal-Directed
Mood: Euthymic
Affect: Congruent
Insight: Intact
Judgment: Intact
SI/HI: None reported
Med/Pain Issues: None reported


**A:** Ct participated appropriately in discussion. Ct demonstrates commitment to
sobriety/recovery.

**P:** Ct to continue with groups as assigned.

A/P Written by RAGLAND,MARY @ 05 Oct 2017 0847 EDT
**1. Alcohol dependence, uncomplicated**
            Procedure(s):          -Psychiatric Therapy Group Interactive x 1

Disposition Written by RAGLAND,MARY @ 05 Oct 2017 0847 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 84**

**Medical Record**

Anderson, Daniel Dennis      DOB: ▮▮ 1985  SSN: ***-**-▮▮▮      DoD ID: 1286180538      Created: 30 Oct 2017

**Signed By  RAGLAND, MARY** (Physician) @ 05 Oct 2017 0847

Anderson, Daniel Dennis      DOB: ▮▮ 1985  SSN: ***-**-▮▮▮      DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 85**

AR 0128

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *03 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:      BETH-29829383      Primary Dx:      Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **03 Oct 2017 1147 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

AutoCites Refreshed by LANDE,RAYMOND G. @ 03 Oct 2017 1403 EDT
**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
•MAJOR DEPRESSION RECURRENT MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Active Medications**
Loading...

Reason for Appointment:Written by CHELLAPPA,MARY R @ 03 Oct 2017 1147 EDT
TMS

S/O Note Written by BAHROO,BHAGWAN A @ 03 Oct 2017 1221 EDT
**Reason for Visit**
     Visit for: TransCranial Magnetic Stimulation for depression (12:05-12:50).
**Subjective**
A procedural time out was done during which settings and patient  was re-identified.
     Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
     Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
     SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
     After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
     Adjustments were made to accommodate comfort.

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 86**

**Medical Record**

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017

This session number 13/ #3 at 120% MT.

**Objective**
Plan:  SM next session scheduled.


**S/O Note** Written by BRAGGS,DEBORAH C @ 03 Oct 2017 1226 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information:
Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
Procedure: MT 120%. TMS Treatment for depression session #3 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of  20:10 minutes.  A procedural time out was done during which settings and patient was re-identified.
PROGRESS IN MEETING GOALS:
This is session # 3 with MT level at therapeutic treatment level for entire session.
Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.


**A/P** Last Updated by BAHROO,BHAGWAN A @ 03 Oct 2017 1223 EDT
**1. Major depressive disorder, recurrent, moderate**
Procedure(s):        -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C


**Disposition** Last updated by LANDE,RAYMOND G. @ 03 Oct 2017 1403 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 03 Oct 2017 1403

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 03 Oct 2017 1403 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 03 Oct 2017 1403 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 03 Oct 2017 1223 EDT.
Released w/o Limitations
Follow up: as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        Page 87

AR 0130

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *02 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

| Encounter ID: | BETH-29812077 | Primary Dx: | Major depressive disorder, recurrent, moderate |

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **02 Oct 2017 1146 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 02 Oct 2017 1413 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0131

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | RF3 | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 02 Oct 2017 1146 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 02 Oct 2017 1248 EDT
**Reason for Visit**
    Visit for: TransCranial Magnetic Stimulation for depression (12:05-12:50).
**Subjective**
A procedural time out was done during which settings and patient  was re-identified.
    Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
    Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
    SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
    After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
    Adjustments were made to accommodate comfort.
    This session number 12/ #2 at 120% MT.
**Objective**
Plan:  SM next session scheduled.

**S/O Note** Written by BRAGGS,DEBORAH C @ 02 Oct 2017 1250 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for depression session #2 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 20.09 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 2 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 02 Oct 2017 1252 EDT
**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):          -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                            PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 89**

AR 0132

**Medical Record**

Anderson, Daniel Dennis     DOB: ▇▇▇ 1985  SSN: ***-**-▇▇▇     DoD ID: 1286180538     Created: 30 Oct 2017

**Disposition** Last updated by LANDE,RAYMOND G. @ 02 Oct 2017 1413 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C.Psychiatry Continuity Service, WRAMC) @ 02 Oct 2017 1414

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 02 Oct 2017 1413 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 02 Oct 2017 1413 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 02 Oct 2017 1252 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s). Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

AR 0133

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

## *02 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N*

Encounter ID:    BETH-29807781    Primary Dx:    Sleep disorder, unspecified

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **02 Oct 2017 1000 EDT**
Clinic: **SLEEP (PULM) CL BE**

Appt Type: **SPEC**
Provider: **KHRAMTSOV,ANDREI N.**

**AutoCites** Refreshed by KHRAMTSOV,ANDREI N @ 02 Oct 2017 1019 EDT

| Problems | Family History | Allergies |
|---|---|---|
| Loading... | •family medical history (General FHx) | Loading... |

**Family History**
- •family medical history (General FHx)
- •paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
- •not maternal uncle's history of referred here (Maternal Uncle)
- •family history of supplemental HPI [use for free text] (General FHx)
- •no family history of malignant melanoma of the skin (General FHx)
- •family history of father is alive (General FHx)
- •family history of heart disease (General FHx)
- •family history of cancer (General FHx)
- •family history of mother is alive (General FHx)
- •no family history of malignant neoplasm of large intestine (General FHx)
- •no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- •paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- •paternal history of preliminary background HPI [use for free text] (Father)
- •family history of test conclusions [Use for free text] (General FHx)
- •family history of diabetes mellitus (General FHx)
- •family history of mental illness (not retardation) (General FHx)
- •family history of the options include referral (General FHx)
- •family history of patient counseling (General FHx)
- •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- •no family history of chronic liver disease (General FHx)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 91**

AR 0134

## Medical Record

Anderson, Daniel Dennis      DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮      DoD ID: 1286180538      Created: 30 Oct 2017

| Medication | Status | Instructions | Refills | Date |
|---|---|---|---|---|
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Labs**

**26 Sep 2017 0736**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**26 Sep 2017 0736**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Negative) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**22 Sep 2017 0745**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**22 Sep 2017 0745**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Negative) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**19 Sep 2017 0720**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 92**

AR 0135

**Medical Record**

Anderson, Daniel Dennis     DOB: ■■ 1985 SSN: ***-**-■■     DoD ID: 1286180538     Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**19 Sep 2017 0720**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Negative) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**12 Sep 2017 0819**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**12 Sep 2017 0819**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Negative) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**05 Sep 2017 0915**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**05 Sep 2017 0915**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Negative) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**Vitals**
**Vitals** Written by VELMA,SHEDRICK D @ 02 Oct 2017 0940 EDT
BP: 132/88, HR: 79, RR: 14, HT: 69 in, WT: 160 lbs, SpO$_2$: 95%, BMI: 23.63, BSA: 1.879 square meters,
Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free
**Comments:** Allergic to cats
**Vitals** Written by MARCIULIONIS,MANTAS @ 29 Sep 2017 0958 EDT
BP: 133/94, HR: 72, T: 97.5 °F, HT: 69 in, WT: 163 lbs, SpO$_2$: 96%, BMI: 24.07, BSA: 1.894 square meters,
Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free
**Vitals** Written by NDEGWAH,DOROTHY J @ 27 Sep 2017 1054 EDT
BP: 137/93, HR: 82, RR: 16, T: 97.9 °F, HT: 69 in, WT: 160 lbs, BMI: 23.63, BSA: 1.879 square meters, Tobacco Use: No, Alcohol
Use: No,
Pain Scale: 0 Pain Free
**Vitals** Written by WESLEY,LATASHA @ 26 Sep 2017 0859 EDT
BP: 135/89, HR: 79, HR: 18, T: 97.9 °F, HT: 69 in, WT: 160 lbs, SpO$_2$: 96%, BMI: 23.63,
BSA: 1.879 square meters, Tobacco Use: No, Alcohol Use: No, Pain Scale: 7/10 Severe, Pain Scale Comments: headache- dull

**Reason for Appointment:**
R/o obstructive sleep apnea
**Appointment Comments:**

AR 0136

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985  SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

dttp/irmac pt waived atc

**Vitals**
**Vitals** Written by VELMA,SHEDRICK D @ 02 Oct 2017 0940 EDT
BP: 132/88,   HR: 79,   RR: 14,   HT: 69 in,   WT: 160 lbs,   SpO$_2$: 95%,   BMI: 23.63,   BSA: 1.879 square meters,
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free
**Comments:** Allergic to cats

**S/O Note** Written by KHRAMTSOV,ANDREI N. @ 12 Oct 2017 1254 EDT
**Chief complaint**
The Chief Complaint is:
Difficulty  staying asleep.
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Military service in the Navy and currently on active duty.

Patient reports  gasping , witnessed apnea, difficulty  staying asleep , non refreshing sleep, hypersomnia, feeling tired,  See paper note .
**Past medical/surgical history**
**Diagnoses:**
    No coronary artery disease
    No congestive heart failure.
    No hypertension
    No pulmonary hypertension.
    No diabetes mellitus.
    Cerebral artery thrombosis - without cerebral infarction.
    Depression Anxiety, Patient denies  suicidal or homicidal ideation
**Personal history**
Behavioral:  No caffeine use mild excessive and not a current smoker.
Alcohol: Alcohol use H/o EOH abuse.
**Review of systems**
**Encounter Background Information:** Medication list reviewed.
**Otolaryngeal:** No nasal passage blockage (stuffiness), no snoring, and snoring not exacerbated by nasal congestion.
**Gastrointestinal:** Heartburn.
**Genitourinary:** Nocturia.
**Endocrine:** Decreased libido.
**Musculoskeletal:** The legs do not feel restless.
**Psychological:** Total Epworth Sleepiness score for likelihood of falling asleep during the day 19/24   Driving problems secondary EDS.- yes and middle-night awakening with a choking sensation.
See paper note.
**Physical findings**
**Vital Signs:**
    ° Current vital signs reviewed.
**General Appearance:**
    ° Awake. ° Alert. ° In no acute distress.
**Neck:**
    Appearance: • Neck circumference 38 cm.
**Obstructions:**
    Obstructions: • Airway was partially obstructed Mallampati class 2.
**Lungs:**
    ° Clear to auscultation is without wheezes, rales or ronchi.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal are normal, no murmurs, gallops or rubs appreciated.
    Edema: ° Pretibial pitting edema not bilateral.
**Neurological:**
    • Not oriented to time, place, and person.  ° System: normal is grossly normal.  Normal gait.
**Objective**
Assessment/Plan: The patient presents with  some symptoms suggestive of Obstructive Sleep Apnea. y.  Polysomnography/split has been ordered. Discussed with patient  OSA, Insufficient Sleep Syndrome (ISS) and nasal congestion. The patient was counseled to maintain an ideal body weight to reduce the severity of the disease and related complications.  The risks of alcohol and other sedatives were discussed.  The patient was educated on positional therapy.  The patient was counseled to avoid driving while excessively sleepy.(was stressed to patient with hypersomnia) !!!

**A/P** Written by KHRAMTSOV,ANDREI N @ 02 Oct 2017 1033 EDT
**1. Sleep disorder, unspecified**
    Medication(s):      -ESZOPICLONE--PO 3MG TAB - TAKE ONE TABLET BY MOUTH EVERY NIGHT AS NEEDED FOR

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 94**

**Medical Record**

Anderson, Daniel Dennis    DOB: █████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

SLEEP #1 RF0

**Disposition** Written by KHRAMTSOV,ANDREI N @ 12 Oct 2017 1302 EDT
**Released w/o Limitations**
**Follow up:** as needed in the SLEEP (PULM) CL BE clinic. - Comments: meds. recon/immun.add
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Given the multidisciplinary variables that have been considered in the
evaluation and management of this patient's sleep complaints the medical
decision making is of moderate to high complexity.  The diagnostic
procedures and therapeutic interventions are of high technical complexity
thereby the overall data complexity for this patient's evaluation is
moderate to high.  At least 30 minutes were spent face to face with this
patient (10 minutes reviewing questionnaire and history, 5 minutes reviewing
medical record, 10 minutes educating and counseling on good sleep practices
and strategies and 5 minutes coordinating care).  PATIENT COUNSELED NOT TO OPERATE MOTOR VEHICLES IF FEELING
TIRED.


**Note** Written by WILLIAMS,FELICIA P @ 02 Oct 2017 0928 EDT
**Consult Order**
**Referring Provider:**         TOBAR, EDEN
**Date of Request:**  27 Jul 2017
**Priority:**          Routine

**Provisional Diagnosis:**

R/o obstructive sleep apnea


**Reason for Request:**

32 y/o USN PO2 with chronic daytime fatigue despite adequate sleep time. Also intermittent headaches.  Please evaluate for sleep
disorder. Thank you.
**Note** Written by TERRY,SETH M @ 12 Oct 2017 1100 EDT
**Questionnaire**

Anderson, Daniel Dennis    DOB: █████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 95**

AR 0138

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017



WALTER REED NATIONAL MILITARY MEDICAL CENTER
SLEEP DISORDERS CENTER
Building 9, 2ᴺᴰ Floor, Arrowhead Zone
8901 Wisconsin Ave, Bethesda, MD 20889
PHONE: 301-295-4547 FAX: 301-319-8197



See DD FORM 2005 for Privacy Act Statement

### General Information
Patient Name: Daniel Anderson   SSN: ███
Age: 32   Gender: M   Height: 69"   Weight: 160 lbs.
Status: ☒Active Duty ☐Retired ☐Dependant ☐National Guard/Reserve
Branch of Service: ☐Army ☐Air Force ☒Navy ☐Marine Corps ☐Other: _____

### Chief Complaint
Please briefly describe the reason for your Sleep Medicine evaluation
NOT SLEEPING REM.
- INITIAL SLEEP STUDY WAS 11 AWAKE 2 REM
ALWAYS TIRED

### Medical History
1. Do you have any of the following medical conditions? (select all that apply)
☐ High Blood pressure   ☐ Diabetes   ☐ Depression   ☐ Fibromyalgia
☐ Heart failure   ☐ Stroke   ☐ Hypothyroidism ☐ High cholesterol
☐ GERD (heartburn/reflux) ☐ COPD   ☐ Asthma   ☐ Erectile Dysfunction
☐ Chronic Sinus Disease   ☐ Peripheral vascular disease   ☐ Heart Disease/heart attack

2. Please list any additional current or past medical problems
MAJOR DEPRESSION, ANXIETY (DISORDERS)
CHRONIC IBS-D (IRRITABLE BOWEL SYNDROME) PRE-HT

3. Please list any medications you take on a regular basis:
| Name | Dose (if known) | Reason for Taking |
|---|---|---|
| EFFEXOR | 150 MG | DEPRESSION - |
| NALTREXONE | 50MG | ALCHOL - SUC TU BUSTARD |
| | | |
| | | |
| | | |
| | | |

4. Have you ever smoked cigarettes? ☒No ☐ Yes
  • At what age did you start: ____ Number of Packs/day: _____ Number of years: _____

5. As a child, did you have any of the following? (select all that apply)
☐ Chronic sinus congestion/nasal allergies ☐ Tonsillectomy/Adenoidectomy
☐ Parents that smoked cigarettes   ☐ Overweight
CHRONIC ASTHMA
6. Do you have any family members with a sleep disorder (i.e. obstructive sleep apnea, narcolepsy)
DO NOT KNOW

AR 0139

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

7. Do you experience the following (select all that apply)
- ☐ Heartburn/Reflux Disease
- ☐ Shortness of breath
- ☒ Irritability or moodiness
- ☒ Headaches
- ☐ Erectile dysfunction
- ☒ Urinating more than once per night
- ☐ Sinus congestion/nasal allergies
- ☒ Decreased libido (sex drive)

8. Have you had surgery on your upper airway? (tonsillectomy, septoplasty, UPPP, sinuses, etc)
Type of Operation            Year



## Sleep-Related Symptoms

| Symptom | Yes | No |
|---|---|---|
| Difficulty falling asleep | ☐ | ☒ |
| Difficulty staying asleep | ☒ | ☐ |
| Wake up frequently at night | ☒ | ☐ |
| | | |
| Snoring | ☐ | ☒ |
| Non-refreshing sleep | ☒ | ☐ |
| Daytime sleepiness | ☒ | ☐ |
| Stop breathing at night | ☒ | ☐ |
| Urinating frequently at night | ☒ | ☐ |
| Waking up short of breath | ☐ | ☒ |
| Waking up choking/gasping | ☒ | ☐ |
| Heartburn at night | ☐ | ☒ |
| Nasal congestion disrupts sleep | ☐ | ☒ |
| Sweaty at night | ☐ | ☒ |
| Dry mouth in the morning | ☐ | ☒ |
| Restless sleep | ☒ | ☐ |

| Symptom | Yes | No |
|---|---|---|
| Uncontrollable urge to sleep | ☒ | ☐ |
| Muscle weakness w/ emotional experience | ☐ | ☒ |
| Sleep paralysis (can't move on awakening) | ☒ | ☐ |
| Sleep attacks (fall asleep unexpectedly) | ☐ | ☒ |
| Dreaming/hallucinations at sleep onset | ☒ | ☐ |
| | | |
| Legs feel restless | ☐ | ☒ |
| Unpleasant sensation in legs | ☐ | ☒ |
| Sensation is worse at night | ☐ | ☒ |
| Sensation worse with inactivity | ☐ | ☒ |
| Sensation improves with movement | ☐ | ☒ |
| | | |
| Sleep walking | ☐ | ☒ |
| Sleep talking | ☐ | ☒ |
| Unusual movements during sleep | ☐ | ☒ |
| Dream enacting behavior | ☐ | ☒ |

## Sleep Hygiene

1. What is your typical sleep period?
- Weekdays – Average Bedtime: 10 PM  Average Wake Time: 6 AM  Average Duration: ___ hours
- Weekends – Average Bedtime: 10 PM  Average Wake Time: 7 AM  Average Duration: 9 hours

2. How long does it usually take you to fall asleep? 5-15 minutes

3. Do you take naps during the day? ☐ Yes ☒ No
- If yes: How many days/week? _____, How long? _____ minutes

4. Do you routinely exercise each day? ☒ Yes ☐ No
- If yes, at what time: 3 PM

5. Do you do any of the following?
- Drink caffeine (coffee, tea, soda) within 2-3 hours of bedtime? ☐ Yes ☒ No
- Drink alcohol within 2-3 hours of bedtime? ☐ Yes ☒ No
- Watch TV or read in bed? ☐ Yes ☒ No
- Take prescription or over the counter stimulants? ☐ Yes ☒ No
- Do you try to go to bed and wake up at the same time every day? ☒ Yes ☐ No

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 97

AR 0140

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## Epworth Sleepiness Scale:

*How likely are you to fall asleep in the following situations.*
0 = *never*    1 = *slight chance*    2 = *moderate chance*    3 = *high chance*

| Situation | Chance of Dozing |
|---|---|
| Sitting and reading | 2 |
| Watching TV | 2 |
| Sitting, inactive in a public place (e.g. theater or a meeting) | 2 |
| As a passenger in a car for an hour without a break | 3 |
| Lying down to rest in the afternoon when circumstances permit | 3 |
| Sitting and talking to someone | 0 |
| Sitting quietly after a lunch without alcohol | 3 |
| In a car, while stopped for a few minutes in the traffic | 2 |

| | |
|---|---|
| | TOTAL: 14 |

## Fatigue
*Please circle the number below that describes your fatigue over the past 2 weeks.*



| FUNCTIONAL OUTCOMES OF SLEEP QUESTIONNAIRE (FOSQ) | (0) I don't do this activity for other reasons | (4) No difficulty | (3) Yes, a little difficulty | (2) Yes, moderate difficulty | (1) Yes, extreme difficulty |
|---|---|---|---|---|---|
| 1. Do you have difficulty concentrating because you are sleepy or tired? | ☐ | ☐ | ☐ | ☐ | ☒ |
| 2. Do you have difficulty remembering things because you are sleepy or tired? | ☐ | ☐ | ☐ | ☒ | ☐ |
| 3. Do you have difficulty driving short distances (<100 miles) because you're tired? | ☐ | ☐ | ☐ | ☒ | ☐ |
| 4. Do you have difficulty driving long distances (>100 miles) because you're tired? | ☐ | ☐ | ☐ | ☐ | ☒ |
| 5. Do you have difficulty visiting with your family or friends in their home because you become sleepy or tired? | ☐ | ☐ | ☐ | ☒ | ☐ |

Signed By  KHRAMTSOV, ANDREI N (Staff Physician, Sleep Disorders Center, WRAMC) @ 12 Oct 2017 1302

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-** ▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 98**

AR 0141

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

### 29 Sep 2017 at WRNMMC, GI Clinic Bethesda by BRIDGES, EDWARD E

Encounter ID:    BETH-29797254    Primary Dx:    Irritable bowel syndrome with diarrhea

Patient: **ANDERSON, DANIEL DENNIS**    Date: **29 Sep 2017 1149 EDT**    Appt Type: **T-CON\***
Treatment Facility: **WALTER REED**    Clinic: **GI CL BE**    Provider: **BRIDGES,EDWARD E**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**    Call Back Phone: ███████

**A/P** Written by BRIDGES,EDWARD E @ 29 Sep 2017 1153 EDT
**1. Irritable bowel syndrome with diarrhea**: 32M with history of IBS-D, now with more formed stools since starting Effexor 3 months ago but persistent abdominal crampsing.
-Will retrial peppermint oil 200mg daily for his abdominal cramping, with concurrent 4 week trial of protonix 40 mg daily to offset heartburn risk.  We may increase peppermint oil to twice daily if clinically effective and tolerated.  The patient will also continue to avoid heartburn triggers, including fatty meals, ETOH, coffee, spicy foods, and late night meals.
-Regarding other spasmodics: (1) He has previously failed hyocyamine, (2) He is a poor candidate for dicyclomine given its CNS effects, which may exacerbate his underlying psychiatric condition and pharmacotherapy
-Continue Effexor or transition to cymbalta per psychiatry
-Continue low fodmap diet, including no beer, no wine, no rum, no brocolli, no lettuce, no onions, no garlic, no beans, no spinach, no cabbage, no aspsaragus, no fruits, no sausage, no chorizo, no eggs, no polyols, and no dairy
-Additional recommendations to follow final anorectal manometry testing today.

**Disposition** Written by BRIDGES,EDWARD E @ 29 Sep 2017 1153 EDT

**Signed By  BRIDGES, EDWARD E** (Physician) @ 29 Sep 2017 1154

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 99**

AR 0142

**Medical Record**

| Anderson, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-**⬛ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*29 Sep 2017 at WRNMMC, GI Proc Cl BE by DAMIANO, MARK N*

Encounter ID:     BETH-29794499     Primary Dx:     Fecal urgency

Patient: **ANDERSON, DANIEL DENNIS**     Date: **29 Sep 2017 1000 EDT**     Appt Type: **PROC**
Treatment Facility: **WALTER REED**     Clinic: **GI PROC CL BE**     Provider: **DAMIANO,MARK N**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
ANORECTAL MANOMETRY/BALLOON EXPULSION STUDY
**Appointment Comments:**
CGBM

**Vitals**
**Vitals** Written by MARCIULIONIS,MANTAS @ 29 Sep 2017 0958 EDT
BP: 133/94,   HR: 72,   T: 97.5 °F,   HT: 69 in,   WT: 163 lbs,   SpO$_2$: 96%,   BMI: 24.07,   BSA: 1.894 square meters,
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

**A/P** Last Updated by BRIDGES, EDWARD E @ 29 Sep 2017 1158 EDT
**1. Fecal urgency**
        Procedure(s):          -Rectal Balloon Distension Test x 1 ADDITIONAL PROVIDER(S): BRIDGES,EDWARD E;
                               BELLE,LAVERN S
                               -Manometry Rectal x 1 ADDITIONAL PROVIDER(S): BRIDGES,EDWARD E; BELLE,LAVERN S
**2. Fecal smearing**

**Disposition** Last Updated by BRIDGES, EDWARD E @ 29 Sep 2017 1158 EDT
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  DAMIANO, MARK N** (Gastroenterology Staff, Walter Reed NMMC Bethesda) @ 29 Sep 2017 1211

**Note** Written by BRIDGES,EDWARD E @ 26 Oct 2017 1232 EDT
**(Added after encounter was signed.)**

# Walter Reed National Military Medical Center
## Gastroenterology
### Rectal Manometry Report

**Patient Name:**  Daniel Dennis Anderson   **SSN:**  ⬛     **Date:**  9/29/2017
**Age:** 32   **Sex:** Male     **Race:** Caucasian     **Phone #:** ⬛         **Referring**
**Provider:** Bridges, Edward

**Reason for study:**  The patient is a 32 y/o active duty male, with a history of substance abuse, anxiety, and depression, referred for rectal manometry in evaluation of fecal urgency and rare fecal smearing.  He also reports a history of IBS-D dating to childhood, with daily abdominal cramping that peaks prior to defecation and is relieved after bowel movements.  Historically, he has experienced 1 large volume liquid brown stool (BSS#7) per day, however, his stools have become more formed (BSS#4) over the past 3 months since starting Effexor and continuing a low FODMAP diet.  Unfortunately, there has been no concurrent resolution of his abdominal cramps, which continue to be triggered by physical activity, anxiety, and stress.  Peppermint oil was previously trialed for his cramps but discontinued shortly after starting due to heartburn, which resolved with peppermint oil cessation.  He reports 5 to 15 minute urgency before

| Anderson, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 100**

**Medical Record**
Anderson, Daniel Dennis _____ DOB:▮ 1985 SSN: ***-**▮ DoD ID: 1286180538 _____ Created: 30 Oct 2017

defecating on every occasion and 2 episodes of trace fecal smearing in the setting diarrhea within the last year. He denies post stool leakage. His psychiatrist is currently considering transition to Cymbalta from Effexor.

CT A&P 2012 (evaluation of abdominal pain): Focal wall-thickening at the hepatic flexure with proximal stool retention.
Colonoscopy (McNally) in 2012: Mild congestion in the sigmoid but no masses or polyps; biopsies were unremarkable.
MRE 2012: Normal.

1. **Physical Exam:**
   a. **Appearance**: No internal/external hemorrhoids. Normal surrounding skin. No anal fissure.
   b. **Neurological exam**: Normal sensation to sharp/dull with cutaneous sphincter reflex not elicited.
   c. **DRE resting internal sphincter tone**: Normal
   d. **DRE pubo-rectalis sling**: Normal descent **with paradoxical sqeeze of external sphincter.**
   e. **DRE external sphincter squeeze press**: Normal

2. **Manometry findings:**
   a. **Sensory threshold to rectal distention:** 15 ml *(NL ≤ 20ml)*
   b. **Internal/External Resting Pressure (IAS): 81 mmHg** *(NL= 59-74 mmHg)*
   c. **External Sphincter Contractile Pressure (EAS):** 318 mmHg *(NL > 100 mmHg)*
   d. **Internal Sphincter relaxation with rectal distention:** Normal
   e. **Graduated relaxation:**

   | Bolus (ml) | Relaxation (mmHg) |
   |------------|-------------------|
   | 15 | 10 |
   | 20 | 18 |
   | 30 | 34 |
   | 40 | 33 |
   | 50 | 54 |

3. **Findings:**
   - Normal external sphincter squeeze pressure and normal descent of pubo-rectalis on DRE.
   - Normal internal sphincter relaxation with balloon distension.
   - Manometric evidence of elevated internal anal sphincter resting and normal external sphincter contractile pressure.
   - Normal sensory threshold.
   - Normal balloon expulsion test (able to expel 60mL water filled balloon within 60 seconds).

4. **Impression:**
   - The patient's normal anorectal manometry is not consistent with a defacatory disorder.

5. **Recommendations** :
   - Treat for IBS-D.
   - Follow up with referring provider, Dr Bridges.

Anderson, Daniel Dennis _____ DOB:▮ 1985 SSN: ***-**▮ DoD ID: 1286180538 _____ Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED. **Page 101**

AR 0144

**Medical Record**
Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

*RVU code – 91120, 91122*
**Damiano**                                              **Reporting Dr. Bridges /Dr.**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.         **Page 102**

AR 0145

**Medical Record**

Anderson, Daniel Dennis     DOB: ▇ 1985  SSN: ***-**-▇     DoD ID: 1286180538     Created: 30 Oct 2017

## 29 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C

Encounter ID:     BETH-29792215     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**     Date: **29 Sep 2017 0800 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **ATS ADULT BE**     Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
ctc

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 29 Sep 2017 1133 EDT
**History of present illness**
        The Patient is a 32 year old male.
Focus Of Session: Treatment Planning
S) SM reported that he has been busy with appointments and will be finishing up with the VA this week. SM stated he had a sleep study on Monday and acknowledged he will be starting IOP process groups on Wednesday and then full IOP on 11 October. SM stated that he went to an AA meeting but walked out and spent time in his car trying to figure out why he had such a problem with AA. SM expressed that he felt the people in AA were of lower intelligence and didn't have much motivation to work on their problems behaviorally, though they verbalized a desire to change. SM stated he then went to a SMART recovery meeting and felt much more engaged there. SM stated he appreciates the CBT focus. SM was encouraged to keep an open mind about AA and he acknowledged there were many things about AA philosophy that he agreed with but that the meetings just didn't resonate with him. SM stated that he would need to be vigilant regarding the tendency to rationalize a return to drinking when he is "feeling better". SM stated that he feels he is working on the spiritual bankruptcy of addiction by connecting with his family and trying to connect more with friends. SM and this writer reviewed treatment planning goals. SM denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed casually. His mood was euthymic in session, affect congruent. SM's thoughts and behavior were appropriate.
A) SM was cooperative and friendly. SM was insightful in developing his treatment plan. SM appears to be thinking critically about his recovery and is open to feedback.
Alcohol Use D/O, Severe
P) SM will follow up with social worker next week. SM will begin ATS groups on 4 October.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 29 Sep 2017 0842 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 29 Sep 2017 0843 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 29 Sep 2017 1133

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 103**

**Medical Record**

Anderson, Daniel Dennis    DOB:███ 1985  SSN: ***-**-███   DoD ID: 1286180538    Created: 30 Oct 2017

### *28 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29784961    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**    Date: **28 Sep 2017 1304 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 28 Sep 2017 1419 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

Anderson, Daniel Dennis    DOB:███ 1985  SSN: ***-**-███   DoD ID: 1286180538    Created: 30 Oct 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-*▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | | RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by SANTIAGO,HANNAH L @ 28 Sep 2017 1304 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 28 Sep 2017 1333 EDT
**Reason for Visit**
    Visit for: TransCranial Magnetic Stimulation for depression (12:05-12:50).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
        Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
        Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
        SM was not anxious at start of procedure.  At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
        After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
        Adjustments were made to accommodate comfort.
        This session number 11/ #1 at 120% MT.
**Objective**
Plan:  SM next session scheduled.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 28 Sep 2017 1335 EDT
**1. Major depressive disorder, recurrent, moderate**
        Procedure(s):          -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                                PROVIDER(S): BAHROO,BHAGWAN A; SANTIAGO, HANNAH L

**Disposition** Last updated by LANDE,RAYMOND G. @ 28 Sep 2017 1419 EDT
**Released w/o Limitations**
**Follow up:** as needed in 4 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 28 Sep 2017 1419

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 28 Sep 2017 1419 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 28 Sep 2017 1419 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 28 Sep 2017 1336 EDT.
Released w/o Limitations
Follow up: as needed in 4 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

## *27 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29768079    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **27 Sep 2017 1144 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 27 Sep 2017 1354 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**
Loading...

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 27 Sep 2017 1144 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 27 Sep 2017 1216 EDT
**History of present Illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 80% up to 120%. TMS Treatment for depression session #1at non therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total of stimulation time of 21.21 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 1 with MT level at non- therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 106**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 27 Sep 2017 1241 EDT
**Reason for Visit**
    Visit for: Initial session for TransCranial Magnetic Stimulation for depression (11:50-12:30)
    Motor threshold was determined on 12 September 2017 and SM has so far received a total of 9 sessions for Anxiety.
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
    Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
    Patient arrived for TMS mildly anxious. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
    SM was not anxious at start of procedure. At conclusion of the procedure the settings were determined to be: SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94; The headrest settings were: up/down 7.5; front/back 1.0
    After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
    Adjustments were made to accommodate comfort.
    This session number 10/initial session started at 80% and ended with 120% MT.
**Objective**
Plan: SM next session scheduled.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 27 Sep 2017 1253 EDT
**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):    -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                       PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 27 Sep 2017 1354 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 27 Sep 2017 1355

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 27 Sep 2017 1354 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 27 Sep 2017 1354 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 27 Sep 2017 1253 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Anderson, Daniel Dennis    DOB: ▮ 1985 SSN: ***-**▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 107**

AR 0150

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538     Created: 30 Oct 2017

### *27 Sep 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-29765423     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**        Date: **27 Sep 2017 1100 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**           Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 27 Sep 2017 1120 EDT

                                                           **Allergies**
                                                           •No Known Allergies

**Vitals**
**Vitals** Written by NDEGWAH,DOROTHY J @ 27 Sep 2017 1054 EDT
 BP: 137/93, HR: 82, RR: 16, T: 97.9 °F, HT: 69 in, WT: 160 lbs, BMI: 23.63, BSA: 1.879 square meters, Tobacco Use: No, Alcohol
Use: No,
 Pain Scale: 0 Pain Free

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
**Vitals** Written by NDEGWAH,DOROTHY J @ 27 Sep 2017 1054 EDT
 BP: 137/93,   HR: 82,   RR: 16,   T: 97.9 °F,   HT: 69 in,   WT: 160 lbs.   BMI: 23.63,   BSA: 1.879 square meters,
Tobacco Use: No,   Alcohol Use: No,
 Pain Scale: 0 Pain Free

**Note** Written by TOBAR,EDEN @ 27 Sep 2017 1543 EDT
**Followup Note**

Patient: Daniel Anderson (previously Merwin)       Gender:   M
DOB: ███ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #13
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy       Rank:              MOS: CTN         TIS: 11 yrs
UIC:       Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No       # Deployments: 1    Months Deployed: 36
WTU: No        MEB: No          AdmSep: No
Special Clearance: Yes           Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes          Work Colleague Problems: No
Anger Problems: Yes                   Spouse/Sig Other Problems: No
Legal Problems: No            Financial Problems: Yes

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 108**

AR 0151

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                              Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None        Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up appt. We last met three weeks ago, at which time we increased his Effexor xr to 225 mg po qam. Today pt states he doesn't think it has been helpful. He completed IOP last Thursday. He is going through the MEB process, getting his VA appts done. He is starting TMS with IOP today. He has a sleep study coming up. He was prescribed ramelteon during IOP which he didn't think was helpful. He has tried taking melatonin 10 mg OTC which is more helpful. He officially had his name changed and is working with his therapist on trying to figure out what he wants from here. He states he forgot to ask her about being referred to a sexual trauma group as he disucsses a male cousin tried to force himself on pt when pt was age five but pt says he was able to get away. He describes another incident when he was older and at a sleepover at a friend's and the friend tried to force himself sexually on pt so pt fled. We discussed he should bring this up with his individual therapist before considering pursuing group therapy. He continues to take naltrexone but admits he did drink half a beer once. He is still in ATS and told them.   He continues to have IBS symptoms and states GI suggested discussing switching his SNRI to Cymbalta with me.   He denies suicidal thoughts.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings. He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but finds it stressful juggling his collateral duties. He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out. He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship. He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times. He doesn't like being touched. He finds when he dates someone he experiences no empathy for them, or becomes easily irritable. He states he has been dating someone for three months and would like to break up with them. He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.' He doesn't recall dreaming. He enjoys painting, making bread, and cooking. He also loves programming and says he can say up for days working on this as he has a side business doing this. He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work. He feels guilty when he gets angry. He has had suicidal thoughts throughout his life. The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

AR 0152

**Medical Record**

Anderson, Daniel Dennis     DOB: [REDACTED] 1985  SSN: ***-**-[REDACTED]  DoD ID: 1286180538     Created: 30 Oct 2017

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min          Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18
19JUL17 phq9= 20 (#9=1); gad7= 18
27JUL17 phq9= 16 (#9=0); gad7= 16
09AUG17 phq9= 15 (#9=0); gad7= 16
06SEP17 phq9= 19 (#9=1); gad7= 19
27SEP17 phq9= 18 (#9=0); gad7= 17

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | 1-3 months ago | |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male                          [ ] History of family/friend suicide
[ ] Chronic medical conditions      [ x ] Impulsivity
[x  ] History of abuse              [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children
                                    [x  ] Active treatment engagement

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 110**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985 SSN: ***-**-███  DoD ID: 1286180538     Created: 30 Oct 2017

[ ] Good coping/problem solving skills     [x ] Hopefulness present
[ ] Faith/religion commitment     [ ] Positive future orientation

**Allergies:** nkda

**Medications:**
VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL  TAKE ONE CAPSULE WITH ONE 150 MG
CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING  3     Ordered  06 Sep
2017@0001
NALTREXONE HCL, 50 MG, TABLET, ORAL     TAKE ONE TABLET BY MOUTH EVERY DAY     0     Refill
VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL     TAKE ONE CAPSULE BY MOUTH EVERY
DAY     0     Active     06 Sep 2017@0001
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL  TAKE 2 BY MOUTH EVERY DAY     2     Active
Chlorhexidine Gluconate 0.12%, Solution, Oral     RINSE BY MOUTH ONE TIME PER DAY FOR 14
DAYS.     0     Active     09 Aug 2017@0001
SIMETHICONE, 80 MG, TAB CHEW, ORAL     CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY
AS NEEDED FOR GAS     2     Active     18 May 2017@0001
Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral     TAKE ONE SCOOP EVERY DAY MIXED
IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY  3     Active     10 May
2017@0001

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin
Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and
Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol
and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost
custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
     Neurotic excoriation (scalp picking when anxious)
     Asthma during childhood
     Allergic response to pets
     Recurrent intestinal pain (possibly lactose intolerance)
     PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes          Cups/Day Equivalent: 4
Tobacco/e-cigs: none          PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine
per night Friday-Sunday.  Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were
divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt
states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive
to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his

AR 0154

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't
remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is
now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in casual clothing.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:fair
Speech:talkative
Mood:stable
Affect:full
Thought Process: circumstantial
Thought Content: denies current suicidal intent/HI/AVH
Judgment: fair
Insight:fair
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 | Units | | Ref Rng |
|---|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | U/L | (10.0-71.0) | |

| Hepatic Function Panel | | Site/Specimen | 04 Jan 2017 1232 | Units | | Ref Rng |
|---|---|---|---|---|---|---|
| Albumin | SERUM | 4.9 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | | SERUM | 58 | U/L | (40-129) | |
| Alanine Aminotransferase | | SERUM | 34 | U/L | (0-41) | |
| Aspartate Aminotransferase | | SERUM | 24 | U/L | (0-40) | |
| Bilirubin | SERUM | 0.3 | mg/dL | (0.15-1.2) | | |
| Bilirubin Direct | SERUM | <0.2 | mg/dL | (0.0-0.3) | | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | | |

| Basic Metabolic Panel | | Site/Specimen | 22 Jun 2016 1240 | Units | | Ref Rng |
|---|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 112**

AR 0155

**Medical Record**

Anderson, Daniel Dennis     DOB:&#9608;&#9608; 1985  SSN: ***-**-&#9608;&#9608;     DoD ID: 1286180538     Created: 30 Oct 2017

```
Glucose   SERUM   89        mg/dL     (74-106)
Potassium         SERUM 4.5  mmol/L    (3.5-5.1)
Sodium    SERUM   139       mmol/L    (136-145)
Calcium   SERUM   10.1      mg/dL     (8.6-10.2)
Anion Gap         SERUM 13  mmol/L    (7-16)
GFR Calculated Non-Black     SERUM   99.8    mL/min   (60->=60)
GFR Calculated Black         SERUM   115.4 <i> mL/min (60->=60)
```

| CBC W/Diff | | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils BLOOD | | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin SERUM | 4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin SERUM | 0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium SERUM | 9.7 | mg/dL | (8.6-10.2) | | |

AR 0156

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | | |
|---|---|---|---|---|---|
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) | |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) | |

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | (Negative) | |
| Benzodiazepines | URINE | NEGATIVE <i> | (Negative) | |
| Cocaine | URINE | NEGATIVE <i> | (Negative) | |
| Opiates | URINE | NEGATIVE <i> | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | (Negative) | |
| Cannabinoids | URINE | NEGATIVE <i> | (Negative) | |
| Methadone | URINE | NEGATIVE <i> | (Not-Detected) | |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**
Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania
**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:   [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will continue medication
Intervention:  since pt is not finding Effexor helpful, agreed to cross taper of Effexor to Cymbalta as

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 114**

AR 0157

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

follows:
Week 1: Decrease Effexor XR from 225 mg to 150 mg every day.
Week 2:  Decrease Effexor XR from 150 mg to 75 mg every day.
Week 3:  Stop taking Effexor XR 75 mg.  In its place, start Cymbalta 60 mg daily.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will abstain from drinking
Objective: pt will refrain from alcohol use
Intervention: continue naltrexone 50 mg po daily.    Normal b12 panel drawn after July 2017 visit.
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
[  ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment
plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects,
and alternatives of medication plan with patient who stated understanding and agreement with plan.
Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects
from meds, patient told not to drive or operate vehicles, including heavy machinery.

Follow-up: three weeks

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.


A/P Written by TOBAR,EDEN @ 27 Sep 2017 1544 EDT
**1. Generalized anxiety disorder**
            Medication(s):        -DULoxetine--po 60MG CPDR - TAKE ONE CAPSULE BY MOUTH EVERY DAY #30 RF1 Ordered By:
                                            TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

**Disposition** Written by TOBAR,EDEN @ 27 Sep 2017 1544 EDT
**Released w/o Limitations**
**Follow up:** 1 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TOBAR,EDEN @ 27 Sep 2017 1130 EDT
**Additional A/P Information:**
Discontinued VENLAFAXINE XR--PO 75MG CPSR 24H - TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF
225 MG BY MOUTH EVERY MORNING
**Note** Written by TOBAR,EDEN @ 27 Sep 2017 1130 EDT
**Additional A/P Information:**
Discontinued VENLAFAXINE XR--PO 150MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY DAY
**Note** Written by TOBAR,EDEN @ 27 Sep 2017 1130 EDT
**Additional A/P Information:**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 115**

AR 0158

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-*████     DoD ID: 1286180538     Created: 30 Oct 2017

Discontinued RAMELTEON--PO 8MG TAB -
**Note** Written by TOBAR,EDEN @ 27 Sep 2017 1130 EDT
**Additional A/P Information:**
Discontinued PSEUDOEPHEDRINE--PO 30MG/5ML SOLN -

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 27 Sep 2017 1544

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0159

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

### *27 Sep 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-29771713    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **27 Sep 2017 1000 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOP Discharge
**Appointment Comments:**
bsd

**Note** Written by PAUL,SHERIN @ 27 Sep 2017 1404 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:    Daniel Anderson (previously Merwin)
Patient last 4:    0538
Appt #:    Intake + 13
Therapy time:    60 minutes
E&M time:    60 minutes

### Identifying Data:    32-year-old, Single, Caucasian, Male

### Military Data:
Branch:    USN
Rank:    PO1
MOS:    CTN
TIS:    11-years
Deployments:    N/A
Deployment Related:    N/A
Trauma:    N/A
WTU:    N/A
MEB in progress:    N/A
AdmSep in progress:    N/A
Special Clearance:    Yes

### Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 117**

**Medical Record**
Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Treatment Planning**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. Patient was last seen 14 August 2017. Patient recently completed IOP. He stated that he learned a lot of new tools from IOP and had things he knew refreshed. Patient is hopeful about the future and the potential options he has about paths. Patient relayed his ideas to the therapist. Therapist encouraged patient to work on breaking down larger goals into small concrete goals. This includes personal well-being and mental health. Patient will be referred to OT and Rec Therapy to work on coping and increasing life functioning. Therapist and patient discussed next steps in MEB. He is almost complete with VA appointments. Therapist and patient discussed patient's schedule and appointment load.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time. He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire. He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good. No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 118**

**Medical Record**

## ASSESSMENT

**Diagnosis:**
Axis I:   Generalized Anxiety Disorder
          Major Depressive Disorder, Single Episode, Moderate
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:   60


*Prognosis:* ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
*Patient's capacity* to participate in and benefit from therapy is evidenced by:
**(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**


**Safety Risk:**
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓▓ 1985  SSN: ***-**-▓  DoD ID: 1286180538    Created: 30 Oct 2017

Social Support:                    No
Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High


## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

**Setting: (X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

**Safety Plan:**
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

**Treatment Team:**
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 27 September 2017
*Reviewed with patient on:* 27 September 2017
*Does patient agree with plan?* Yes

**Problem #1** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

**Problem #2** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

**Follow-up's scheduled:** 2-weeks

**Referrals made today:**
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

Anderson, Daniel Dennis    DOB: ▓▓ 1985  SSN: ***-**▓  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 120**

AR 0163

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮▮ 1985  SSN: ***-**▮     DoD ID: 1286180538     Created: 30 Oct 2017

***Military Specific Interventions:***
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.


**Patient going through MEB.**


A/P Last updated by PAUL,SHERIN @ 27 Sep 2017 1420 EDT
**1. Generalized anxiety disorder**
    Consult(s):           -Referred To: OCCUPATIONAL THERAPY MTF BE (Routine) Specialty: THERAPY, OCCUPATIONAL
                            Clinic: OCCUP THERAP BE Provisional Diagnosis: Major depressive disorder, recurrent, moderate
**2. Major depressive disorder, recurrent, moderate**
    Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1


Disposition Last updated by PAUL,SHERIN @ 27 Sep 2017 1420 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Administrative Options:** Consultation requested
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 27 Sep 2017 1420

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by PAUL,SHERIN @ 27 Sep 2017 1420 EDT:*
The Disposition section was last updated by PAUL,SHERIN @ 27 Sep 2017 1420 EDT - see above.Previous Version of Disposition section was entered/updated by
PAUL,SHERIN @ 27 Sep 2017 1405 EDT.
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
*The following A/P Note Was Overwritten by PAUL,SHERIN @ 27 Sep 2017 1420 EDT:*
The A/P section was last updated by PAUL,SHERIN @ 27 Sep 2017 1420 EDT - see above.Previous Version of A/P section was entered/updated by PAUL,SHERIN @ 27 Sep
2017 1405 EDT.
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**
    Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by PAUL,SHERIN @ 27 Sep 2017 1417 EDT:*
**Signed PAUL, SHERIN** (Clinical Psychologist) @ 27 Sep 2017 1405

AR 0164

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|

### 26 Sep 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S

Encounter ID:    BETH-29747424    Primary Dx:    Encounter for other administrative examinations

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **26 Sep 2017 1000 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **GRP**
Provider: **DELSESTO,BARBARA SUE**

AutoCites Refreshed by DELSESTO,BARBARA S @ 26 Sep 2017 1127 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0165

**Medical Record**

Anderson, Daniel Dennis      DOB: 1985  SSN: ***-**-      DoD ID: 1286180538      Created: 30 Oct 2017

IOP Discharge
**Appointment Comments:**
bsd

**S/O Note** Written by DELSESTO,BARBARA SUE @ 26 Sep 2017 1127 EDT
**Reason for Visit**
　　　Visit for: Case Management.  Patient came in to meet with CM about his plan ahead after discharge from IOP.  He will see Dr. Paul 27 Sep at 1000 and Dr Tobar at 1100.  He interested in an occupational therapy consult for more group activity and support dogs information.  We discussed his duty assignment and a possible PCS LIMDU.  CM to contact Command about a possible reassignment and a fresh start after the IOP.

**History of present illness**
　　　The Patient is a 32 year old male.
　　　He reported: Military service Profile Type:  LIMDU permanent
　　　　MEB status: Patient has been assigned to a PEBLO and has started his VA appointments.
　　　Not thinking about suicide .  Patient reports no S.I/H.I or any safety issues.  CM information provided to him for any further questions or issues.
CM to work on a plan of care to include his Commander's input for a new duty assignment.  SM seems hopeful about his future plans to include going back to school and voc rehab upon transition from the NAVY.

**A/P** Written by DELSESTO,BARBARA S @ 26 Sep 2017 1135 EDT
**1. Encounter for other administrative examinations**

**Disposition** Written by DELSESTO,BARBARA S @ 26 Sep 2017 1136 EDT
**Released w/o Limitations**
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  DELSESTO, BARBARA S** (Nurse Case Manager, Walter Reed National Military Medical Center) @ 26 Sep 2017 1136

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 123**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538     Created: 30 Oct 2017

## *26 Sep 2017 at WRNMMC, Int Med CL F Medical Home BE by ROBINSON, TYRONE L*

Encounter ID:     BETH-29745556     Primary Dx:     Ingrowing nail

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **26 Sep 2017 0845 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **FTR**
Provider: **ROBINSON,TYRONE LEHMON**

**Reason for Appointment:**
f/u eye surgery/wrist pain
**Appointment Comments:**
jsn

**Vitals**
Vitals Written by WESLEY,LATASHA @ 26 Sep 2017 0859 EDT
BP: 135/94,   HR: 79,   RR: 18,   T: 97.9 °F,   HT: 69 in,   WT: 160 lbs,   SpO$_2$: 96%,   BMI: 23.63,
BSA: 1.879 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 7/10 Severe,   Pain Scale Comments: headache- dull

**S/O Note** Written by ROBINSON,TYRONE LEHMON @ 27 Sep 2017 1535 EDT
**Chief complaint**
The Chief Complaint is: PRT waiver- Sore Rt wrist, Dry eyes.
**History of present illness**
   The Patient is a 32 year old male.
32 year old male pt, here today for PTR waiver-sore Rt wrist, and continous dry eyes- corrective surgery 2011. Doing well today. See depression screen.


Right wrist pain: occurs multiple times a week, lasts for several minutes while typing on computer, no specific prior injury or trauma. No numbness or tingling, no weakness. No morning pains.

IBS-D: currently on limdu, unable to participate in physical activity due to IBS symptoms, LIMDU/med board initiated Jul2017.

Dry eyes, also reports vision worsening.

Ingrown toenail: recurrent infections approx 3-4 times past year. Currently no signs of infection.


   Good general overall feeling /health.

Pain assessment 9/26/17
Location: Headache
Duration: intermittant
Quality: moderate
Factors that correlate with onset: unknown
Frequency: intermittant
Average level:
Worst level: 10/10
Least level:
What makes it better: unknown
What makes it worse:
..............
 Pain Severity  7 / 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated 9/26/17 - NKDA

**Current medication**


Probiotic one packet po daily
Simethicone 80 mg po qid prn

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 124**

**Medical Record**

Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsules po daily
Naltrexone 50 mg po daily
Venlafaxine XR 150 mg po daily
MVI one po daily
.

**Past medical/surgical history**
**Reported:**
　　Medical: Reported medical history
　　IBS-D
　　Generalized anxiety disorder
　　Major depressive disorder
　　ETOH hx (previous inpatient treatment)
　　.
　　Surgical / Procedural: Surgical / procedural history
　　Tonsillectomy
　　Photorefractive keratectomy
　　Jaw surgery
　　.

**Personal history**
Social history reviewed Tobacco – none
Alcohol – none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
　　doctor or pharmacy?    [x ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:  Rodak
..............
Annual Questions Date: 9/26/17.
**Family history**
　　Family medical history
　　M – Well
　　F -- DM.  MI / stent at age 40.  Melanoma.

**Review of systems**
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the
future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Physical findings**
**Vital Signs:**
　　• Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
　　° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Lungs:**
　　° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
　　　° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
　　Heart Rate And Rhythm: ° Normal.
　　Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
　　Murmurs: ° No murmurs were heard.
**Nails:**
　　• Nails: 1st toe nail with erythema lateral edge, mild swelling, no pus or drainage.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per
week.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 125**

AR 0168

**Medical Record**

Anderson, Daniel Dennis     DOB:     1985  SSN: ***-**-     DoD ID: 1286180538     Created: 30 Oct 2017

**A/P** Written by ROBINSON,TYRONE L @ 27 Sep 2017 1542 EDT
**1. Ingrowing nail:** Recurrent left 1st toe ingrowing and paronychia, currently no indication for abx or drainage, will refer to podiatry for permanent removal
    Consult(s):      -Referred To: PODIATRY NCR (Routine) Specialty: PODIATRY Clinic: RM PODIATRY IR Provisional Diagnosis: Ingrowing nail
**2. Dry eye syndrome of bilateral lacrimal glands**
    Medication(s):    -CARBOXYMETHYLCELLULOSE--OPT 0.5% SOLN - INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #1 RF2 Ordered By: ROBINSON,TYRONE L Ordering Provider: ROBINSON, TYRONE LEHMON
**3. Pain in right wrist:** No paresthesias or tenderness, no signs of nerve impingement or ganglion, advised using hand pad while using computer and moving hands frequently.

**Disposition** Written by ROBINSON,TYRONE L @ 27 Sep 2017 1543 EDT
**Released w/ Work/Duty Limitations:** Profile: Ingrowing nail L60.0 from 27 Sep 2017 to 27 Sep 2017; Comment: updated PRT waiver for IBS-D issue and toenail
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  ROBINSON, TYRONE L** (Physician) @ 27 Sep 2017 1544

**CHANGE HISTORY**
*The following S/O Note Was Overwritten by ROBINSON,TYRONE L @ 26 Sep 2017 0925 EDT:*
**S/O Note** Written by WESLEY,LATASHA @ 26 Sep 2017 0848 EDT
**Chief complaint**
The Chief Complaint is: PRT waiver- Sore Rt wrist, Dry eyes.
**History of present illness**
    The Patient is a 32 year old male.
32 year old male pt, here today for PTR waiver-sore Rt wrist, and continous dry eyes- corrective surgery 2011. Doing well today. See depression screen.
<<Note accomplished in TSWF-CORE>>

    Good general overall feeling /health.

Pain Severity   7/ 10.
Pain assessment 9/26/17
Location:  Headache
Duration:  intermittant
Quality: moderate
Factors that correlate with onset: unknown
Frequency:  intermittant
Average level:
Worst level:  10/10
Least level:
What makes it better:  unknown
What makes it worse:
..............
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated  9/26/17 - NKDA

**Current medication**

Probiotic one packet po daily
Simethicone 80 mg po qid pm
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsules po daily
Naltrexone 50 mg po daily
Venlafaxine XR 150 mg po daily
MVI one po daily

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    IBS-D
    Generalized anxiety disorder
    Major depressive disorder
    ETOH hx (previous inpatient treatment)

    Surgical / Procedural: Surgical / procedural history
    Tonsillectomy
    Photorefractive keratectomy
    Jaw surgery

**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none

AR 0169

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████  DoD ID: 1286180538     Created: 30 Oct 2017

Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?    [x ] Never  [ ]
        Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM: Rodak
.............
Annual Questions Date: 9/26/17.
**Family history**
        Family medical history
        M – Well
        F – DM. MI / stent at age 40. Melanoma.

**Review of systems**
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the future.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 127**

AR 0170

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *25 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29733883     Primary Dx:          Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**      Date: **25 Sep 2017 1105 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCH DAY HOSP BE**     Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by POURZAND,MIRIAM @ 25 Sep 2017 1105 EDT

**Problems**                                                                          **Allergies**
•Generalized anxiety disorder F41.1                                      •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page 128

AR 0171

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by POURZAND,MIRIAM @ 25 Sep 2017 1105 EDT
Discharge Summary

**S/O Note** Written by POURZAND,MIRIAM @ 25 Sep 2017 1105 EDT
**History of present illness**
   The Patient is a 32 year old male.

S/O Note Written by DONKIN,LAURA G @ 22 Sep 2017 1122 EDT
History of present illness
The Patient is a 32 year old male.
He reported: Encounter Background Information: Social Work Discharge Summary
Admission Date: 29 August, 2017
Discharge Date: 22 September, 2017
While at Psychiatry Continuity Services (PCS), in the Intensive Outpatient Program (IOP) and the Comprehensive Recovery Program (CRP), patient PO2, has been involved in psycho-educational groups and individual therapy. He was compliant with his medication management. He also has been receiving TMS treatments for anxiety, and may continue with TMS to treat his depression post discharge.
PO2 will return to duty at Ft Meade, but will attend medical/mental health appointments most days. SM is to start the IOP at Addictions Treatment Service (ATS) on Monday. This program is 3 days per week. SM will also return to the care of Dr. Paul and Dr. Tobar, both at WRNMMC Outpatient Behavioral Health. PO2 has made progress in his treatment and reports a reduction in anxiety. In his future mental health treatment, he would like to move forward from processing his childhood trauma and accept who he is. PO2 has also focused on learning about his personality traits and how to form meaningful relationships. No SI/HI plan or intent present.

.

**S/O Note** Written by POURZAND,MIRIAM @ 25 Sep 2017 1320 EDT
**Chief complaint**
The Chief Complaint is: Met with SM for 30 minutes for discharge meeting.
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Feeling tired (fatigue).
   Sleep disturbances.

<<Note accomplished in the TSWF BH Spec AIM form>>

HISTORY OF PRESENT ILLNESS: adapted from intake note from 8/29/17: Pt is a 32 y/o single Caucasian male ADN E5 with

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 129**

AR 0172

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-█      DoD ID: 1286180538      Created: 30 Oct 2017

almost 12 years TIS, HDS: Ft. Meade, MOS: Network Intelligence, referred to PCS by outpatient provider at WRNMMC d/t continued symptoms of anxiety and depression. SM reports he has not worked in one month, has lost access to the building, and was demoted from E6 to E5 in 7/2017 d/t social media sexual harassment sent to a female co-worker. SM reports having anxiety symptoms as far back as childhood d/t his father. In 2008, SM started picking his scalp (neurotic excoriation) while deployed aboard a ship d/t stress and anxiety. SM also developed MRSA. SM reports in 2010 he had a bad 2 year relationship breakup with a woman whom was an alcoholic and taking medication. SM states in 2012 he started seeing behavioral health d/t having suicidal ideation, being discontent with life, and the bad breakup. SM endorses guilt, decreased appetite and fear of gaining weight and losing 10 lbs. In the last month (stating he does not want to look like his father as well as end up with diabetes as he has), states feels as though he has sleep paralysis and at times sleeps too much but other times difficulty falling and staying asleep, +anxiety and worrying, reports being hypersexual stating he could have intercourse daily as well as ejaculate three times a day, +anger/irritability, +isolation, states does not like sun exposure, fantasizes about life-space things, watches television a lot which in turn creates increased anxiety (example: watches Game of Thrones and Walking dead but does not look at it as just a TV show, fantasizes that it is real).  SM states he works on computer gaming and enjoys cooking. Reports he was in debt for $35,000 but sold one of his homes and now debt has decreased to $19,000. States his debt was from buying his brother a car and giving his family money.

...
**Personal history**
PAST MEDICAL HISTORY
 IBS; PRK; tonsillectomy; childhood asthma; neurotic excoriation (scalp picking);

...
PSYCHIATRIC HISTORY

Suicide attempt as a child by taking bottle of aspirin d/t conflict with father, vomited but no treatment; age 17 suicide attempt via consuming large quantity of alcohol, no treatment; 6/16/2014 Integrated Health WRNMMC x 2 visits d/t anxiety; 8/2014-10/2014 WRNMMC outpatient BH d/t anxiety; 4/2015-11/2015 WRNMMC outpatient BH d/t depression/anxiety, also attended CBTI group; 8/2016 Integrative Health WRNMMC d/t mood swings/anxiety x 1 visit; 9/2016 started seeing outpatient BH WRNMMC d/t mood swings/anxiety.  MEDICATIONS HAVE BEEN RECONCILED to include current medications, OTC, and supplements. Previously trialed meds: Zoloft (increased fatigue), melatonin, lexapro (felt flat), Unisom, Wellbutrin XL (increased anxiety), and Lunesta (ineffective). SM currently taking: Effexor 225  mg daily and Naltrexone 50 mg daily, Rozerem 8 mg qhs.

...
SOCIAL / DEVELOPMENTAL / SPIRITUAL HISTORY

    Pt is 32 yo single Caucasian male with almost 12 yrs TIS, Navy E-5 (recently demoted from E-6), MOS cyber security.  Pt reports that he was born in California to very young, unmarried parents, who later married and then divorced.  Pt reports that he has 2 sisters, who are ages 30 and 29.  He also has a half brother, and half sister who he does not have contact with. Pt reports that father had custody for most of childhood, and mother had to pay support.  Both parents were physically abusive.  Father was on welfare and frequently negligent of his parental duties.  Pt states that father's excessive disciple was to make them fearful. Pt reports 2 incidents of sexual trauma from unwanted contact.  Once by older cousin and an other time in middle school with friend grabbing him.  Pt was moved numerous times during childhood.  Pt said that there were times when he was living in a ghetto due to father living off welfare and spending all their money.  Pt appears to currently have emotional support from mother and sisters.  He has a very contentious relationship with father, thus recently changing his name.  Pt said that he barely passed high school, and had a 2.2 GPA.  He attributes this to his struggle with IBS, excessive running schedule and not doing homework.  He joined the Navy immediately following high school.  He has difficulty with relationships and is not currently in one.  He denies religious affiliation.

...
**Family history**
FAMILY PSYCHIATRIC, SUBSTANCE USE AND MEDICAL HISTORY
 Mother is diagnosed with Bipolar disorder.  Younger sister also diagnosed with Bipolar disorder.  Youngest sister diagnosed with depression.  Both sisters have had multiple suicide attempts.  Maternal grandmother also Bipolar.
...
**Review of systems**
**Head:** No headache.
**Gastrointestinal:** No constipation.
**Musculoskeletal:** No localized joint pain, no localized joint swelling, and no limb pain.
**Neurological:** No dizziness, no motor disturbances, and no gait abnormality.  No sensory disturbances.
**Psychological:** No social isolation.
**Physical findings**
**General Appearance:**
    ° Alert. ° Well developed. ° Well nourished. ° In no acute distress.
**Neurological:**
    ° No disorientation was observed - oriented to place, person, time, and situation.  ° No hallucinations.  ° Memory was
        unimpaired - recent and remote memories are intact.   ° Judgement was not impaired.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 130**

AR 0173

**Medical Record**

Speech: ° Normal - Regular rate, rhythm, tone, volume; non-pressured.

**Psychiatric:**

Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.

Attitude: ° Cooperative.

Mood: ° Euthymic.

Affect: ° Normal . Full range. stabile, appropriate to situation, normal intensity, congruent with mood.

Thought Processes: ° Not impaired - they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.

Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.

**Plan**

TREATMENT GOALS AND OBJECTIVES

Patients goals

1. Figure out how to cope with prior life events- partially met
2. Move on from things- partially met


Treatment objectives

1. Improve psychological functioning-partially met
2. Decrease number of episodes of trichotillomania- partially met reports for 2 days
3. Reduction in symptoms as evidence by self reported measures BHDP by 20% post completion of program -unmet

DISCHARGE TREATMENT PLAN AND STRATEGY

Medication:Effexor 225 mg daily, naltrexone50 mg daily, Rozerem 8mg qhs

Psychotherapy:  continue inout pt

Referrals: watch pad sleep study-completed, Alpha-Stim-completed, TMS treatment for anxiety completed reports not effective, TMS for depression treatment to start , SM completed extensive psychological testing

Estimated Frequency and Duration of Treatment: sm requires continued BHC

Other:

[ x ] Treatment Options and Education:  Diagnosis and treatment options - including risks, benefits, side effects, and choice to decline treatment, were discussed with the patient who expressed an understanding of the diagnosis and plan.

[ x ] Treatment plan was collaboratively discussed with the patient.

[ x ] Yes  [   ] No...Patient agrees with plan?  If not, what part?

DATE:9/22/17

**Notes**

RISK LEVEL

I assessed warning signs, risk factors, and protective factors.  After considering these factors in the context of this patients clinical presentation, I consider this patient to be a:

[   ] High Acute Risk for Suicide

[   ] Intermediate Acute Risk Suicide

[   ] Low Acute Risk for Suicide

[ X ] No Elevated Acute Risk Suicide


[ X ] Patient is not considered to be a risk of harm toward others.

....

**A/P** Written by POURZAND,MIRIAM @ 25 Sep 2017 1320 EDT

**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms. Sm completed program , discharged today.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0174

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**▓    DoD ID: 1286180538    Created: 30 Oct 2017

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 1
                     -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1

**Disposition** Written by POURZAND,MIRIAM @ 25 Sep 2017 1322 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 25 Sep 2017 1322

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0175

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**███     DoD ID: 1286180538     Created: 30 Oct 2017

## *22 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:     BETH-29717413     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**          Date: **22 Sep 2017 1020 EDT**          Appt Type: **ACUT**
Treatment Facility: **WALTER REED**          Clinic: **ATS ADULT BE**          Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by HANGEMANOLE,DESPINA C @ 22 Sep 2017 1020 EDT
recent slip

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 02 Oct 2017 0913 EDT
**History of present illness**
     The Patient is a 32 year old male.
SM reported to clinic and requested to speak to this writer. SM stated that he had half a beer the other night due to being emotional.
SM reported that he is still committed to sobriety. SM acknowledged that a higher level of care would need to be explored if it was
determined that SM could not maintain abstinence in an outpatient setting. SM stated he did not feel he needed Level III care at this
time. SM agreed to start IOP process groups on 4 October and full IOP on 11 October.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 22 Sep 2017 1030 EDT
**1. Alcohol dependence, uncomplicated**
     Procedure(s):          -Psychiatric Therapy Individual Approximately 30 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 22 Sep 2017 1030 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will continue with group.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 02 Oct 2017 0942

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 133**

AR 0176

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 30 Oct 2017 | |

## *22 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:     BETH-29714923     Primary Dx:        Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **22 Sep 2017 0902 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

AutoCites Refreshed by LANDE,RAYMOND G. @ 22 Sep 2017 1400 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 134**

AR 0177

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-█   DoD ID: 1286180538     Created: 30 Oct 2017

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 22 Sep 2017 0902 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 22 Sep 2017 1257 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session #9 and #7 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.04 minutes. A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 9 and # 7 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and after discussion with the team, it was decided today will be SM last appointment for anxiety and SM will begin treatment for depression on return to clinic Wednesday September 27.Next session scheduled for Wednesday. ZUNG anxiety=50, GAD 7=15.

**S/O Note** Written by BAHROO,BHAGWAN A @ 22 Sep 2017 1332 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:00-12:40).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 9 was the # 7 session at 120% MT.
**Objective**
Next session scheduled.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**A/P** Last Updated by BAHROO,BHAGWAN A @ 22 Sep 2017 1334 EDT
**1. Generalized anxiety disorder**
    Procedure(s):            -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                            PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 22 Sep 2017 1400 EDT
**Released w/o Limitations**
**Follow up:** as needed in 5 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  **LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 22 Sep 2017 1401

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 22 Sep 2017 1400 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 22 Sep 2017 1400 EDT - see above. Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 22 Sep 2017 1334 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 5 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 136**

AR 0179

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

### *22 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29714760    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **22 Sep 2017 0857 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 22 Sep 2017 1009 EDT
**Problems**    **Allergies**
•Generalized anxiety disorder F41.1    •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
  OCCUPATIONAL, SERVICE
  MEMBER PERIODIC HEALTH
  ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
•MAJOR DEPRESSION RECURRENT
  MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
  ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
  DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 137**

AR 0180

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 22 Sep 2017 0857 EDT
IOP

**S/O Note** Written by EARLEY,KERRIE GLYN @ 22 Sep 2017 1004 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Mindfulness (0800-0850) Facilitated by Kerrie Earley, LCSW
    Purpose: Educate in the practice of Mindfulness, including the rationale for incorporating this as a practice into daily life as a means of improving effectiveness in in using other skills and managing difficult situations. Living with awareness in the present moment (neither ruminating on in the past, nor worrying about the future), focusing on one thing at a time in a non-judgmental way and doing what works are some of the core concepts of Mindfulness practice that will be repeated and encouraged throughout the course of treatment.
    Today patients discussed what mindfulness is and what it is not- emphasizing the role of practice, its use in understanding emotions and improving memory, how it can be used in different situations, etc. Group members discussed emotion/rational/wise minds to consider how to navigate awareness of thoughts without pushing away emotions. Group then practiced mindfulness activities and discussed their ability to participate in the activities as well as implications for improving daily life.
    This patient arrived late in the session, but actively tried each exercise and engaged in discussion about how effective it was in the moment. He was thoughtful about how the skills play out in certain areas of his life.
    There was no indication of S/I or H/I present. Next mindfulness group scheduled for 29 September.

**S/O Note** Written by CLOPPER,TAMMY J @ 22 Sep 2017 1050 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: IOP Guest Speaker Group 0900-0950:  Facilitator:  Chaplain Edwards, Dr. Gragnani, and Ms. Buford, RN
    PURPOSE:  The purpose of this group is to have guest speakers bring various topics that would be relevant to group members and their treatment/recover.  Group topics range from finance experts, VA experts, Chaplin, and Med Board experts.
    TOPIC: Today, Chaplain Clifton Edwards from the Pastoral Care Department discussed what is Spirituality, what it should be, what is your spirituality/what makes you come alive, then had an open forum discussion.  Group members discussed what they consider to be their connection to the spiritual world or what motivates them.
    PARTICIPATION:  SM attended group, was attentive to facilitator, and participated in group discussion. No evidence of SI/HI. Next group 29Sept2017.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1052 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0181

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: 0840  Check in to PCS Team A.  Late due to ATS appt this a.m.  Denied SI/HI.  SM will be discharged from PCS today.

**S/O Note** Written by SMITH,JESSICA ANN @ 22 Sep 2017 1112 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES: This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1518 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: Check out note:  SM was discharged from program today; did not check out with this writer.

**A/P** Last updated by POURZAND,MIRIAM @ 25 Sep 2017 1103 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms. Sm completed program , discharged today.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): DONKIN,LAURA G
**2. Major depressive disorder, recurrent, moderate**
Procedure(s):          -Psychiatric Therapy Individual Approximately 30 Minutes x 1

**Disposition** Written by POURZAND,MIRIAM @ 25 Sep 2017 1104 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 25 Sep 2017 1105

CHANGE HISTORY
*The following S/O Note Was Deleted by POURZAND,MIRIAM @ 25 Sep 2017 1102 EDT:*
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: Social Work Discharge Summary
Admission Date: 29 August, 2017
Discharge Date: 22 September, 2017
While at Psychiatry Continuity Services (PCS), in the Intensive Outpatient Program (IOP) and the Comprehensive Recovery Program (CRP), patient PO2 has been involved in psycho-educational groups and individual therapy.  He was compliant with his medication management. He also has been receiving TMS treatments for anxiety, and may continue with TMS to treat his depression post discharge.
PO2 will return to duty at Ft Meade, but will attend medical/mental health appointments most days.  SM is to start the IOP at Addictions Treatment Service (ATS) on

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 139**

AR 0182

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓▓▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

Monday. This program is 3 days per week. SM will also return to the care of Dr. Paul and Dr. Tobar, both at WRNMMC Outpatient Behavioral Health. PO2 has made progress in his treatment and reports a reduction in anxiety. In his future mental health treatment, he would like to move forward from processing his childhood trauma and accept who he is. PO2 has also focused on learning about his personality traits and how to form meaningful relationships. No SI/HI plan or intent present.

*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 25 Sep 2017 1102 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 25 Sep 2017 1102 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 22 Sep 2017 1124 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):            -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): DONKIN,LAURA G
                                 -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 1
**2. Major depressive disorder, recurrent, moderate**
        Procedure(s):            -Psychiatric Therapy Individual Approximately 30 Minutes x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 22 Sep 2017 1124 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 22 Sep 2017 1124 EDT - see above.Previous Version of A/P section was entered/updated by SMITH,JESSICA ANN @ 22 Sep 2017 1113 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):            -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
**2. Major depressive disorder, recurrent, moderate**
        Procedure(s):            -Psychiatric Therapy Individual Approximately 30 Minutes x 1
*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 22 Sep 2017 1113 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 22 Sep 2017 1113 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1053 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


**2. Major depressive disorder, recurrent, moderate**
        Procedure(s):            -Psychiatric Therapy Individual Approximately 30 Minutes x 1
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1053 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1053 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 22 Sep 2017 1050 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

AR 0183

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

*The following A/P Note Was Overwritten by CLOPPER,TAMMY J @ 22 Sep 2017 1050 EDT:*
The A/P section was last updated by CLOPPER,TAMMY J @ 22 Sep 2017 1050 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 22 Sep 2017 1010 EDT.
**1. Generalized anxiety disorder**

AR 0184

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017

## 21 Sep 2017 at WRNMMC, GI Clinic Bethesda by BELLE, LAVERN S

Encounter ID:      BETH-29711562      Primary Dx:      Other specified counseling

Patient: **ANDERSON, DANIEL DENNIS**  Date: **21 Sep 2017 1834 EDT**  Appt Type: **T-CON\***
Treatment Facility: **WALTER REED**  Clinic: **GI CL BE**  Provider: **BELLE,LAVERN S**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**  Call Back Phone: ███████

AutoCites Refreshed by BELLE,LAVERN S @ 21 Sep 2017 1834 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •paternal aunt's history of reason for visit [use for free text] (Paternal Aunt) | •No Known Allergies |
| •Counseling, unspecified Z71.9 | •not maternal uncle's history of referred here (Maternal Uncle) | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | •family medical history (General FHx) | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •family history of supplemental HPI [use for free text] (General FHx) | |
| •MAJOR DEPRESSION RECURRENT MODERATE | •no family history of malignant melanoma of the skin (General FHx) | |
| •ANXIETY DISORDER NOS | •family history of father is alive (General FHx) | |
| •Left ankle joint pain | •family history of heart disease (General FHx) | |
| •NEUROTIC EXCORIATION | •family history of cancer (General FHx) | |
| •ANKLE SPRAIN LEFT | •family history of mother is alive (General FHx) | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | •no family history of malignant neoplasm of large intestine (General FHx) | |
| •ANOMALIES OF SKIN | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| •Abdominal pain | | |
| •ASTHMA | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | | |
| •Difficulty breathing (dyspnea) | •paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | | |
| •Removal Of Sutures | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) | |
| •ASTHMA EXTRINSIC | | |
| •ROSACEA | •paternal history of preliminary background HPI [use for free text] (Father) | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | •family history of test conclusions [Use for free text] (General FHx) | |
| •REFRACTIVE ERROR - MYOPIA | •family history of diabetes mellitus (General FHx) | |
| •ALLERGIC RHINITIS | •family history of mental illness (not retardation) (General FHx) | |
| | •family history of the options include referral (General FHx) | |
| | •family history of patient counseling (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease (General FHx) | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY | 3 of 3 | 06 Sep 2017 |

AR 0185

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | MOUTH EVERY MORNING #0 RF3 | | |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Telephone Consult:**Written by BELLE,LAVERN S @ 21 Sep 2017 1834 EDT
Scheduled patient for an Anorectal Manometry Procedure.

**S/O Note** Written by BELLE,LAVERN S @ 21 Sep 2017 1835 EDT
**Subjective**
Scheduled patient for an Anorectal Manometry Procedure, to be conducted on 29 September 2017 at 1000 hrs. Patient  was educated about pre-procedure details, which includes use of an enema prior to procedure, and what she should expect during the procedure.Patient will be given an enema in clinic 10-45 minutes before procedure.  Patient verbalized understanding of all given instructions.

**A/P** Written by BELLE,LAVERN S @ 21 Sep 2017 1836 EDT
**1. Other specified counseling**
        Procedure(s):       -Non-Physician Phone Call To Pt/Provider Lengthy (21-30 min) x 1

**Disposition** Last Updated by BELLE,LAVERN S @ 21 Sep 2017 1836 EDT
**Referred for Appointment**

**Signed By  BELLE, LAVERN S** (Physician/Workstation) @ 21 Sep 2017 1836

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 143**

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017

## *21 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29708145    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **21 Sep 2017 1353 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 22 Sep 2017 0746 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT,
  OCCUPATIONAL, SERVICE
  MEMBER PERIODIC HEALTH
  ASSESSMENT (PHA) D0D0225
- ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
- MAJOR DEPRESSION RECURRENT
  MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
  ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
  DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 144**

AR 0187

**Medical Record**

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CLOPPER,TAMMY J @ 21 Sep 2017 1353 EDT
CRP
**Appointment Comments:** Written by CLOPPER,TAMMY J @ 21 Sep 2017 1353 EDT
TB

**S/O Note** Written by CLOPPER,TAMMY J @ 21 Sep 2017 1354 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Check IN PM - Intensive Outpatient Program (IOP) Team A

          Check- In Time: 121200
          Afternoon Track: CRP
          Appointments Reported this afternoon:  1200 TMS
          Pain level Reported (0-10):  Denies
          Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.

**S/O Note** Written by CLOPPER,TAMMY J @ 21 Sep 2017 1431 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Check OUT PM - Intensive Outpatient Program (IOP) Team A

          CHECKOUT TIME: 1423
          Afternoon Track: CRP
          Appointments Reported for Friday:  TMS 1200; Discharging
          Pain level Reported (0-10):  Denies
          Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 1431 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Life Skills Group
     1230-1330. Facilitator:  Laura Donkin, LCSW-C . This CRP group addresses behaviors which promote a healthy and independent life style. Topics include: strategies for time management, building a support network, resilience, and relapse prevention. Today's topic was, "Getting Others to Support Your Recovery."  After reviewing the hand-out, group members shared

AR 0188

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538      Created: 30 Oct 2017

who is helpful in their recovery and how to get others to help. This SM actively contributed to group discussion.      No SI/HI plan or intent present. The next group will be on 28 September, 2017.

**S/O Note** Written by GHOLSON,GEORICA K @ 21 Sep 2017 1440 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: COMMUNICATION SKILLS 1330-1430.
      FACILITATORS: Dr. Georica Gholson, psychologist and Mrs. Delacie Gardiner, psychiatric technician
      Purpose of communication skills group is to explore and discuss components of communication among co-workers, peers, family, and friends, and to use effective communication strategies to enhance care and improve relationships.
      Intervention: Discuss and identify passive, passive aggressive, aggressive, and assertive communication strategies. Discuss impact of each communication style on the listener and when each communication style is appropriate. Group discussed how emotions affect behaviors related to the various communication styles. SM participated in group. SM was able to identify characteristics of all three communication styles. Additionally, he identified his style as passive and discussed how feedback from others has impacted how he communicates with other people.
      No indication of SI/HI.
      Next group scheduled for October 5, 2017.

**A/P** Last updated by GHOLSON,GEORICA K @ 21 Sep 2017 1441 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

            Procedure(s):        -Psychiatric Therapy Group Interview x 1

**Disposition** Written by POURZAND,MIRIAM @ 22 Sep 2017 0747 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 22 Sep 2017 0747

CHANGE HISTORY
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 21 Sep 2017 1441 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 21 Sep 2017 1441 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 21 Sep 2017 1432 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 146**

AR 0189

**Medical Record**

The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.

Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

    Procedure(s):          -Psychiatric Therapy Group Interview x 1
***The following A/P Note Was Overwritten by DONKIN,LAURA G @ 21 Sep 2017 1432 EDT:***
The A/P section was last updated by DONKIN,LAURA G @ 21 Sep 2017 1432 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 21 Sep 2017 1355 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 147**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

---

### *21 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29699149    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **21 Sep 2017 0754 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE, RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 21 Sep 2017 1409 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 148**

AR 0191

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 21 Sep 2017 0754 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 21 Sep 2017 1229 EDT
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
   Procedure: MT 120%. TMS Treatment for anxiety session #8 and #6 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 28.52 minutes. A procedural time out was done during which settings and patient was re-identified.
   PROGRESS IN MEETING GOALS:
   This is session # 8 and # 6 with MT level at therapeutic treatment level for entire session.
   Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and after discussion with the team, it was decided that tomorrow will be service member last TMS appointment as SM has medical appointments next week which will keep him from coming in for treatments. Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 21 Sep 2017 1407 EDT
**Reason for Visit**
   Visit for: Transcranial magnetic stimulation for Anxiety (12:00-12:40).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 8 was the # 6 session at 120% MT.
**Objective**
Next session scheduled.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 149**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

**A/P** Last updated by LANDE,RAYMOND G. @ 21 Sep 2017 1410 EDT
**1. Generalized anxiety disorder**
Procedure(s):         -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 21 Sep 2017 1410 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 21 Sep 2017 1410

CHANGE HISTORY
*The following A/P Note Was Overwritten by LANDE,RAYMOND G. @ 21 Sep 2017 1410 EDT:*
The A/P section was last updated by LANDE,RAYMOND G. @ 21 Sep 2017 1410 EDT - see above. Previous Version of A/P section was entered/updated by
BAHROO,BHAGWAN A @ 21 Sep 2017 1407 EDT.
**1. Generalized anxiety disorder**
Procedure(s):         -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL  PROVIDER(S): BAHROO,BHAGWAN A;
BRAGGS,DEBORAH C
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 21 Sep 2017 1409 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 21 Sep 2017 1409 EDT - see above. Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 21 Sep 2017 1407 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 150**

AR 0193

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *21 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29699044    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **21 Sep 2017 0751 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by LANDE,RAYMOND G. @ 21 Sep 2017 1411 EDT

| Problems | Allergies |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

AR 0194

**Medical Record**

Anderson, Daniel Dennis    DOB: ▉ 1985  SSN: ***-**-▉    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3  10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3  28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1  28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR  14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR  05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 21 Sep 2017 0751 EDT
IOP

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 1021 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:  HCPCS CODE S9480:
        INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 1113 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-In  at :0755

        0 Pain level (0-10)
        Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 1114 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-Out  at :1055

        Immediate Future Plans:
        ( x ) Comprehensive Recovery Program (CRP)  1230-1430
        ( ) Interpersonal Recovery Program (IRP)  1230-1430
        ( ) Trauma Recovery Program (TRP)  1230-1430
        ( ) Attend IOP Program tomorrow morning

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 152**

AR 0195

## Medical Record

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

( ) Other -
Disposition: ( x ) Released without limitations.
0 Pain level (0-10)
Psychiatric Exam:
Thought Content: ?  Homicidal ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes  ( x ) No.

**S/O Note** Written by MILLER,PENNY E @ 21 Sep 2017 1248 EDT
**Reason for Visit**
     Visit for: (0915-1050) - Intensive Outpatient Program-"Improv Worshop"  (Staff: Penny Miller, recreation therapist, Helen Lowenstein, social worker and Lisa Banks-Williams, advanced practice nurse) -
     Objective: To provide an opportunity for creativity, self-expression and socialization through verbal and non-verbal improv activities.
     Activity: This workshop was facilitated by Amelia Baine, a special guest, comedian and Seema Reza, WRNMMC hospital recreational arts coordinator. Patients were introduced to the activity of improve, used during this session as the intervention for this session. This session patients learned strategies to and were encouraged to take an active role. Patients were provided with directives in order to participate in several activities. Participation in the provided activities facilitated team work, socialization and an opportunity for enjoyment. A safe supportive environment was provided offering patients a structured experience for exploration and a chance to step out of their comfort zones. This writer served as activity coordinator as well as an emotional support, facilitating the group end of activity processing component.
     Participation: This patient willingly participated during the session. He disclosed that he is typically shy and serious, however today he did something out of his comfort zone. He reported that he enjoyed his improve experience and is motivated to participate in the future. Pt was supportive of others and interacted well with staff and peers. A total of 11 patients attended this group. The next creative writing session is scheduled for Thursday September 28, 2017.
     This note was written by Penny Miller, recreation therapist.

**A/P** Last updated by DONKIN,LAURA G @ 21 Sep 2017 1115 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

     Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                            -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2

**Disposition** Written by LANDE,RAYMOND G. @ 21 Sep 2017 1412 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 21 Sep 2017 1412

CHANGE HISTORY
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 21 Sep 2017 1022 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 21 Sep 2017 1022 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 21 Sep 2017 0754 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and

AR 0196

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 154

AR 0197

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017

### *20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29695182    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **20 Sep 2017 1437 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 22 Sep 2017 0905 EDT
**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH EVERY DAY | 2 of 2 | 18 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 155**

AR 0198

**Medical Record**

Anderson, Daniel Dennis____ DOB:░░ 1985  SSN: ***-**-░░  DoD ID: 1286180538____ Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by SMITH,JESSICA ANN @ 20 Sep 2017 1437 EDT
LST

**S/O Note** Written by SMITH,JESSICA ANN @ 20 Sep 2017 1438 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
        Reason for Visit
    Check in for Afternoon Programming 1230-1430
        5 min Check in at:1230
        Program Track:
        (x  ) Comprehensive Recovery Program (CRP)
        ( ) Interpersonal Recovery Program (IRP)
        ( ) Trauma Recovery Program (TRP)
        0 Pain level (0-10) 0
    Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes (x  )  No  Suicidal Ideation ( ) Yes  ( x
  ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 20 Sep 2017 1507 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Afternoon Programming  1230-1430
        5 min Check out at:1400
        Plan for Next Day of Programming
        (x  ) Attend IOP Program tomorrow morning
        ( ) Other
        Disposition: (x ) Released without limitations.
        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes  ( x
  ) No.

Anderson, Daniel Dennis____ DOB:░░ 1985  SSN: ***-**-░░  DoD ID: 1286180538____ Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 156**

AR 0199

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**S/O Note** Written by VANFOSSEN,MALLORY B @ 20 Sep 2017 1526 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Art Therapy (1230-1400) Facilitated by Mallory Van Fossen ATR-BC, LCPAT, Art Therapist; and Maggie Hardy, LCSW-C, Social Worker. This session provided pts with the opportunity to visually process thoughts, emotions and therapeutic concepts, and to utilize art making as a means of grounding. This session also allowed pts to explore the cycle of an intense emotional experience. Pts were lead in a discussion the wave skill from DBT that describes the means of experiencing emotion, according the symbol of a wave in the sea. Pts were then asked to render their own emotional wave using art media, to show us the experience of an evolving emotional state. 2D materials were used, consisting of pastels, chalks, and various types of paint on large paper. Pts were given 60 minutes to independently work. Discussion followed, in order to process any issues or content that may have been prompted by artmaking. Topics consisted of: how we can use the art process to understand the wave skill, how the process of art making can engage us to feel emotions as we create them visually, how this process of feeling emotion in real time can be channeled into a "safe" action, such as art making, rather than acting on them through other means, and how the depiction of the wave can be described objectively (or separately from self) to further our understanding of emotional experiences, rather than naming and discussing individual feelings. There was no indication of SI/HI. Next art therapy session will be held Thursday 21 September, 2017.

**A/P** Last updated by POURZAND,MIRIAM @ 22 Sep 2017 0906 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

      Procedure(s):      -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 22 Sep 2017 0906 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS,  WRNMMC) @ 22 Sep 2017 0906

CHANGE HISTORY
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 22 Sep 2017 0906 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 22 Sep 2017 0906 EDT - see above.Previous Version of A/P section was entered/updated by SMITH,JESSICA ANN @ 20 Sep 2017 1508 EDT.
**1. Generalized anxiety disorder**
      Procedure(s):      -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 157**

AR 0200

**Medical Record**

Anderson, Daniel Dennis    DOB: ▆▆ 1985  SSN: ***-**▆▆    DoD ID: 1286180538    Created: 30 Oct 2017

## *20 Sep 2017 at WRNMMC, Psych Day Hosp Be by DONKIN, LAURA G*

Encounter ID:    BETH-29693459    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **20 Sep 2017 1336 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **DONKIN,LAURA G**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:** Written by DEUTSCH,ANNE MARIE @ 20 Sep 2017 1336 EDT
Treatment Plan Review Team A

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 0838 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Daniel Anderson
    20 SEPT 2017
    Follow-Up Data Only
    Psychological testing - Reviewed and interpreted psychological tests from
    BHDP. These are only one source of data and should be interpreted in the
    context of the patient's entire presentation. The BHDP scales are reported
    and briefly interpreted as follows.
    Behavioral Health Vitals (patient reported):
    Overall health reported as: Good
    Pain Level (0-10): 0          Currently treated: N/A
    Suicidal Ideation Risk - C-SSRS score: 3    Past/Prep Behavior last 3
    months: Yes
    # past attempts as of 09/06/2016: 3
    Most recent Suicidal Ideation: 1-2 weeks ago
    Suicidal Ideation Duration: Fleeting - a few seconds or minutes
    Suicidal Ideation Frequency: 2-5 times a week
    Protective Elements Stopping Suicidal Actions: Family, Fear of failing
    Harm Others Risk over next week as of 9/20/2017 - None    Active Plan: N/A
    Patient with access to weapons: No
    Recent Outcome Measures (last 30 days)
    BASIS24 - Score: 2.52 - High levels of general distress reported (9/20/2017)
    PHQ9 - Score: 20 - Severe depressive symptoms reported. Evaluation
    indicated. (9/20/2017)
    GAD7 - Score: 17 - Moderate anxiety symptoms reported. Evaluation indicated.
    (9/20/2017)
    PCL-5 - Score: 54 - Moderate PTSD symptoms reported (9/20/2017)
    PCL-C: N/A
    AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP
    referral (8/29/2017)
    CSI - Score: -2 - Pt reports no significant other - no score (9/13/2017)
    ISI - Score: 23 - Clinical insomnia (severe) (9/20/2017)
    BAM: Risk/Protection/Use (subscales) - Score: 14/16/0 - Moderate-High
    Protection (8/29/2017).

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 0850 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Treatment Progress/Goals
    problem #1: anxiety
    Goal: reduction
    Objective: sxs reduction by 20% next BHDP screening
    Intervention: TMS
    Measure: GAD score 17 9/20/17 indicating moderate anxiety
    Progress: SM had 15% reduction in anxiety
    Problem #2: depression
    Goal: reduction
    Objective: sxs reduction by 20% next BHDP screening

Anderson, Daniel Dennis    DOB: ▆▆ 1985  SSN: ***-**▆▆    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 158**

AR 0201

**Medical Record**

Anderson, Daniel Dennis     DOB: ■■■ 1985  SSN: ***-**-■     DoD ID: 1286180538     Created: 30 Oct 2017

Intervention: medication increase Effexor 150 mg to 225 mg on 9/6/17
Measure:PHQ9 severe 20 depression score 9/20/17
Progress: sm reports increase severity due to returning to work
Pt was present ( ) was not present (x ) during review of treatment plan.  Pt present during review with Dr. Pourzand.

**S/O Note** Written by POURZAND,MIRIAM @ 22 Sep 2017 1048 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Met with SM to complete BHDP from 940-0950. Sm completed program,
discharged today. Returning only for TMS treatment for depression and anxiety.

**Note** Written by POURZAND,MIRIAM @ 22 Sep 2017 1048 EDT
NOTES FROM TODAY'S SESSION:
Treatment modality currently used: Not Set
Response to treatment: [ ] None    [ x ] Some    [ ] Significant    [ ] Marked

RISK ASSESSMENT:
Clinician-determined risk level at start of appointment - No risk level set

MEDICATIONS:
Current side effects: daytime fatigue
Current response: doesn't feel any changes  with Effexor, reports  rozerem effective
Allergies were reviewed as indicated. Allergic to cats and dogs

OBJECTIVE (O):

MENTAL STATUS EXAM:
Appearance: well-kept
Behavior/Orientation: x4, appropriate
Abnormal Movements: trichotillomania-back of hair picking- 25% of waking hours-reports less
past few days
Rapport: appropriate
Speech: non pressured
Mood: grumpy per report, but presents pleasant
Affect: full ranging
Thought Process: clear, direct, oriented
Thought Content: non delusional
Judgment: good
Insight:good
Impulsivity: none impulse- hx of ETOH
Cognition: Average
Fund of Knowledge: well

OTHER OBJECTIVE FINDINGS/LAB RESULTS:
ASSESSMENT (A):
DIAGNOSIS: anxiety d/o
SAFETY RISK:

AR 0202

**Medical Record**

This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

LEARNING/NEEDS ASSESSMENT:
Patient would like the following information at this appointment: none

PLAN (P):


Patient was educated about and stated understanding of the diagnosis and treatment options. Patient collaborated on and agreed to the following treatment plan:
High Interest Case? No

Setting: [x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs: [x ] CBC   [ x ] LFTs   [ x ] TSH   [x ] Chem 8   [ ] Lipids
[x ] Fasting Glucose   [x ] HCG   [x ] UDS   [ x ] Vit B12   [ ] _____

Safety Plan:
Patient is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.



Medication:
Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.
Patient reports taking medications as prescribed:  Yes/No
Patient reports following changes in medication:

MED        SIG        Target Dose        Target Symptoms
Effexor XR 225 mg daily , for depression and anxiety treatment
Rozerem 8 mg qhs for sleep
Naltrexone 50 mg daily- prevent ETOH cravings

Other Interventions (Social, Occupational, Case Management): recreation therapy referral entered 9/13/17

Prognosis:
[ ] Excellent     [ ] Good   [ ] Fair   [ x ] Guarded   [ ] Poor

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

Follow-up: PSYCHIATRY/WRNMMC        KEMEZIS,PAT 26Sep2017@1000  GRP/90
PENDING

PSYCHIATRY BE/WRNMMC        PAUL,SHERIN 27Sep2017@1000  FTR/60
PSYCHIATRY BE/WRNMMC        TOBAR,EDEN 27Sep2017@1100  FTR/30
Sm scheduled to be discharged from PCS 9/21, will continue to present for TMS only

Referrals: recreation therapy, TMS

Occupational:
1. The Command WAS NOT directly notified of the current condition of the patient.
2. Patient HAS NOT granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile HAS NOT been written for patient by this writer today.

Profile:
SM in process of MEB
Is Service Member able to carry and fire weapon, from a Behavioral Health perspective (safety)?  No
Is Service Member able to have access to sensitive information (to the level of current clearance)?  Yes
Is Service Member able to deploy?  No
Can Service Member perform MOS duties?  N
A/P Last updated by POURZAND,MIRIAM @ 22 Sep 2017 1049 EDT
**1. Generalized anxiety disorder**
        Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
                        -Psychologic Testing And Report Administered By Computer x 1
                        -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1

**Disposition** Written by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1056 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.

Signed By  DONKIN, LAURA G (Physician) @ 22 Sep 2017 1056

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 22 Sep 2017 1049 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 22 Sep 2017 1049 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 21 Sep 2017 0859 EDT.
**1. Generalized anxiety disorder**
        Procedure(s):        -Psychologic Testing And Report Administered By Computer x 1
                        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 161**

AR 0204

**Medical Record**

Anderson, Daniel Dennis          DOB:       1985  SSN: ***-*      DoD ID: 1286180538          Created: 30 Oct 2017

### 20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM

Encounter ID:      BETH-29690929      Primary Dx:          Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**          Date: **20 Sep 2017 1142 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCH DAY HOSP BE**          Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 20 Sep 2017 1142 EDT
CRP

**S/O Note** Written by HARDY,MARGARET L @ 20 Sep 2017 1451 EDT
**History of present illness**
      The Patient is a 32 year old male.

Art Therapy (1230-1430) Facilitated by: Mallory Van Fossen, ATR-BC, LCPAT, Art Therapist;
Co-facilitated by Margaret Hardy, LCSW-C, Social Worker
This writer co-facilitated art therapy in order to provide clinical support, contribute to discussion by offering therapeutic feedback,
and provide additional resources in order to assist service members manage stressors and prevent crisis situations.
      OBJECTIVE- This session provided pts with the opportunity to visually process thoughts, emotions and therapeutic concepts, and
to utilize art making as a means of grounding.
      PROMPT:  Create a wave.  Name the art and be present mindfully while creating - without judgment.
      PARTICIPATION:  There was no indication of SI/HI.  SM drew to the prompt and participated in group discussion integrating the
process of doing the art and the symbolic meanings uncovered.
      FOLLOW-UIP:  Next Art Therapy session will be Tuesday, 26 SEP 2017 at 0900 hours.  SM will have safety check-out with their
assigned Treatment Team prior to leaving for the day.
**Therapy**
Intervention: Art Therapy

Group Therapy

**A/P** Last Updated by HARDY,MARGARET L @ 20 Sep 2017 1458 EDT
**1. Generalized anxiety disorder** F41.1: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. SM reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. SM presents for additional support and to learn and implement safe/ Positive coping mechanisms.

              Procedure(s):          -(90853) Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): HARDY,MARGARET L;
                                        VANFOSSEN,MALLORY B

**Disposition** Written by POURZAND,MIRIAM @ 22 Sep 2017 1049 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 22 Sep 2017 1050

Anderson, Daniel Dennis          DOB:       1985  SSN: ***-**      DoD ID: 1286180538          Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 162**

AR 0205

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-** ███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *20 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29684296    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **20 Sep 2017 0758 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by LANDE,RAYMOND G. @ 20 Sep 2017 1441 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
     OCCUPATIONAL, SERVICE
     MEMBER PERIODIC HEALTH
     ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
     CONTINUOUS DRINKING
     BEHAVIOR
•MAJOR DEPRESSION RECURRENT
     MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
     ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
     BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
     DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS—PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-** ███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 163

AR 0206

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 20 Sep 2017 0758 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 20 Sep 2017 1227 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session #7 and #5 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.04 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 7 and # 5 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 20 Sep 2017 1409 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:00-12:40).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 7 was the # 5 session at 120% MT.
**Objective**
Next session scheduled.

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-*-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 164**

AR 0207

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**A/P** Last Updated by BAHROO,BHAGWAN A @ 20 Sep 2017 1411 EDT
**1. Generalized anxiety disorder**
      Procedure(s):      -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1 ADDITIONAL
                             PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 20 Sep 2017 1441 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 20 Sep 2017 1441

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 20 Sep 2017 1441 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 20 Sep 2017 1441 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 20 Sep 2017 1412 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

AR 0208

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

## *20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29684270     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**     Date: **20 Sep 2017 0757 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCH DAY HOSP BE**     Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by POURZAND,MIRIAM @ 22 Sep 2017 0717 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
- MAJOR DEPRESSION RECURRENT
   MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
   ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
   DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 166**

AR 0209

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 20 Sep 2017 0757 EDT
IOP

**S/O Note** Written by GHOLSON,GEORICA K @ 20 Sep 2017 1018 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: IOP Group: Sensible Thinking: 0900-0950: Group facilitators: Dr. Gholson, Ph.D. Co-facilitators: Finis Taylor, MD, Alex Yilmaz, MS4, and Chelsea Schifferle, MS3. Purpose:  To provide psycho education on cognitive behavioral therapy and application.  Facilitate discussion on how thoughts influence behavior and helpful/unhelpful thinking patterns. Today patients explored the relation between activating events, beliefs and consequences and how they can dispute their beliefs and adopt effective new beliefs. Intervention: Discussion of the ABCDE model and addressing distressing events in their lives. Group members focused on the ABC portion of the ABCDEF model. Patients discussed a distressing situation, emotions from the situation and the beliefs and thoughts associated with the emotion. Patients also discussed the origin of these thoughts and beliefs.  Participation: Patient was attentive throughout psycho education and participated in group discussion. SM was open in discussing a distressing situation related to his military experience. He discussed how his beliefs and automatic thoughts were changed due to life experiences and maturity. He also expressed how challenging it can be to reflect on his emotions and alter his automatic thoughts.
    No evidence of SI/HI. Next group session is 27 September 2017.

**S/O Note** Written by DONKIN,LAURA G @ 20 Sep 2017 1037 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Positive Psychology Group 0800-0900 facilitated by Laura Donkin, LCSW and Dr. Deutsch.  The purpose of the group is to assist patients in viewing themselves and their situations based on their strengths, rather than weaknesses or symptoms, with the aim of helping them flourish and live a fulfilling life.  Today's group was focused on reviewing the factors identified by Dr. Martin Seligman, which are present in people who describe themselves as happy.  The discussion was focused on Engagement.  There were 2 hand-outs.  One hand-out introduced Dr. Seligman's ideas.  Another identified  the 10 qualifiers of FLOW  by Mihaly Cziksszentmihalyi.  SM actively contributed to group discussion.         The next group will be held @ 0800 on 27 July.  No SI/HI plan or intent present.

**S/O Note** Written by FRIEDLANDER,JOSHUA N. @ 20 Sep 2017 1052 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Group Therapy Grounding 1000-1100:  Instructed group in the definition of

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

grounding and identified different types of grounding skills and how to use them.  Pts asked to practice at least one grounding skill this week for review at next week's session.   Handouts provided.  Pt participated actively.  No evidence of SI/HI.

**S/O Note** Written by SMITH,JESSICA ANN @ 20 Sep 2017 1418 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
          5 min Check-In  at :0800

        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes (x )  No  Suicidal Ideation ( ) Yes  ( x
  ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 20 Sep 2017 1422 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
          5 min Check-Out  at :1050

        Immediate Future Plans:
        (x  ) Comprehensive Recovery Program (CRP)  1230-1430
        ( ) Interpersonal Recovery Program (IRP)  1230-1430
        ( ) Trauma Recovery Program (TRP)  1230-1430
        ( ) Attend IOP Program tomorrow morning
        ( ) Other -
        Disposition: (x  )  Released without limitations.
        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
  ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 20 Sep 2017 1434 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:
This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**A/P** Last updated by SMITH,JESSICA ANN @ 20 Sep 2017 1423 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 168**

**Medical Record**

Anderson, Daniel Dennis     DOB: ■ 1985  SSN: ***-**■     DoD ID: 1286180538     Created: 30 Oct 2017

information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

| | |
|---|---|
| Procedure(s): | -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN<br>-INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN |

**Disposition** Written by POURZAND,MIRIAM @ 22 Sep 2017 0718 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

___

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS, WRNMMC) @ 22 Sep 2017 0718

CHANGE HISTORY
*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 20 Sep 2017 1423 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 20 Sep 2017 1423 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 20 Sep 2017 0800 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Anderson, Daniel Dennis     DOB: ■ 1985  SSN: ***-*■     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 169**

AR 0212

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017

### *19 Sep 2017 at WRNMMC, GI Clinic Bethesda by BHUSHAN, ANITA*

Encounter ID:    BETH-29676953    Primary Dx:    Irritable bowel syndrome with diarrhea

Patient: **ANDERSON, DANIEL DENNIS**    Date: **19 Sep 2017 1530 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **GI CL BE**    Provider: **BHUSHAN,ANITA**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
follow up
**Appointment Comments:**
dtp/irmac pt waived atc

**Vitals**
Vitals Written by NG,ANDREW J @ 19 Sep 2017 1515 EDT
BP: 137/87,   HR: 76,   RR: 14,   T: 97.9 °F,   HT: 69 in,   WT: 164.2 lbs,   SpO2: 95%,   BMI: 24.25,

BSA: 1.9 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

S/O Note Written by BRIDGES,EDWARD E @ 19 Sep 2017 1549 EDT
**History of present illness**
      The Patient is a 32 year old male.
32 y/o AD male returns to the GI clinic for f/u regarding IBS manifested by chronic intermittent abdominal pain. He reports a long
history of GI symptoms, dating back to childhood, but symptoms have been more disruptive over the past few years. Notes
generalized sharp, crampy abdominal pain about every 1-2 days, that peaks prior to defecation and is relieved after bowel
movements. Typically has 1-2 soft or liquid stools per day, infrequently with urgency. Abdominal pain is worse with intake of
insoluble fibers, although, this regimen does resolves his liquid stools producing semi formed stools. Also worse during physical
activity and with increased anxiety/stress. He has seen nutrition, adopted a low fodmap diet (no beer, no wine, no rum, no brocolli,
no lettuce, no onions, no garlic, no beans, no spinach, no cabbage, no aspsaragus, no fruits, no sausage, no chorizo, no eggs), and
found partial relief in frequency of pain and fecal urgency. He also reports similar relief in symptom frequency with avoiding dairy,
caffeine, and sugar-substitutes. He reports reduced stool output with decreased oral intake. He previously tested for celiac
serologies and inflammatory markers. Denies EIM's of IBD, as well family h/o IBD. Reports fecal staining twice in the setting
diarrhea. Reports 5-15 minute urgency before defecating on every occasion. Denies post defecatory leakage.

Of note, patient underwent CT A&P in 2012 for the same abdominal pain, which showed focal wall-thickening at the hepatic flexure
with proximal stool retention. Colonoscopy (McNally) in 2012 showed mild congestion in the sigmoid, but biopsies were
unremarkable. A subsequent MRE was completely normal.

He was also previously noted to have a +serum AB to H.pylori. He was treated with triple therapy, and a stool test confirmed
eradication in 2016.

**Allergies**
Allergies Verified and Updated

NKDA

**Current medication**
Including OTC meds, vitamins, herbals, etc.
 Effexor - started after previously diagnosed IBS-D (used for Anxiety/Depression)
Naltrexone started after previously diagnosed IBS-D (used for ETOH avoidance)
Simethicone qid.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history
      Anxiety/depression
      IBS-D

      Surgical / Procedural: Surgical / procedural history
      Tonsillectomy
      PRK
      LaForte1 May 2017.
**Personal history**
Social history reviewed
Tob:  (-)
Etoh:  (1-2 glasses of wine/ day)

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 170**

AR 0213

**Medical Record**

.

**Family history**
    Family medical history
    No malignant neoplasm of the gastrointestinal tract.

**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
    Appearance: ° Of the neck was normal.
**Eyes:**
    General/bilateral:
        Sclera: ° Normal.
**Lymph Nodes:**
    ° Submandibular lymph nodes were not enlarged.
**Lungs:**
    ° Respiration rhythm and depth was normal.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
**Abdomen:**
    Visual Inspection: ° Abdomen was not distended.
**Musculoskeletal System:**
    Functional Exam:
        General/bilateral: ° Mobility was not limited.
    Other:
        General/bilateral: ° No muscle tenderness.
**Neurological:**
    ° Oriented to time, place, and person.
**Psychiatric:**
    Mood: ° Euthymic.
    Affect: ° Normal.
**Skin:**
    ° Showed no ecchymosis.  ° Temperature was normal.  ° No skin lesions.

**Lab Result** Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1611 EDT

| Tissue Transglutaminase Ab IgA+IgG Panel | | Site/Specimen | 06 Oct 2016 1307 |
|---|---|---|---|
| Tissue Transglutaminase Ab IgA | SERUM | <2 <i> | |
| Tissue Transglutaminase Ab IgG | SERUM | <2 <i> | |

**Lab Result** Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1610 EDT

| IgA | Site/Specimen | 06 Oct 2016 1307 |
|---|---|---|
| IgA | SERUM | 256 |

**Lab Result** Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1610 EDT
**Helicobacter pylori Ag EIA**

| | |
|---|---|
| Order # | 160511-04658 (NNMC Bethesda) |
| Filler # | 160606 NBL 374 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | SHAH, NISHA AMISH |
| Priority: | ROUTINE |
| Date Ordered: | 11 May 2016 0843 |
| Date Resulted: | 10 Jun 2016 0857 |
| COLLECT_SAMPLE: | STOOL |
| Order Comment: | to be done two weeks after stopping protonix |
| | |
| BACTERIOLOGY RESULT: | OBSERVATION: Negative |
| | |
| Specimen: | Feces |
| Collected: | 06 Jun 2016 1312 |
| | |
| Results: | |
| | Final report |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 171**

**Medical Record**

**Lab Result** Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1610 EDT
| ESR | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| ESR | BLOOD | 5 |

**Lab Result** Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1300 EDT
**Helicobacter pylori Ag EIA**

| | |
|---|---|
| Order # | 160511-04658 (NNMC Bethesda) |
| Filler # | 160606 NBL 374 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | SHAH, NISHA AMISH |
| Priority: | ROUTINE |
| Date Ordered: | 11 May 2016 0843 |
| Date Resulted: | 10 Jun 2016 0857 |
| COLLECT_SAMPLE: | STOOL |
| Order Comment: | to be done two weeks after stopping protonix |
| | |
| BACTERIOLOGY RESULT: | OBSERVATION: Negative |
| | |
| Specimen: | Feces |
| Collected: | 06 Jun 2016 1312 |
| | |
| Results: | |
| | Final report |

**A/P** Last Updated by BRIDGES,EDWARD E @ 19 Sep 2017 1646 EDT
**1. Irritable bowel syndrome with diarrhea:** 32WM with IBS-D predominant symptoms complicated fecal urgency/soiling, with some element of FODMAP associated osmotic diarrhea.  Comprehensive evaluation has otherwise been unremarkable.
- Will refer for ARM, possibly followed by biofeedback given reported history of urgency with every bowel movements and occasional fecal soiling (twice)
- Continue dietary modification as noted, including low fodmap and low fructose
- Will trial OTC citrucel to increase stool bulk
- Would suggest Nortryptiline or cymbalta for psychiatry to prescribe to attenuate his IBS related cramping

**Disposition** Last updated by BHUSHAN,ANITA @ 22 Sep 2017 1218 EDT
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by BHUSHAN,ANITA @ 22 Sep 2017 1218 EDT
I saw and evaluated the patient, and agree with the above findings and plan.
Discussed the plan with patient at length. All questions answered. Pt v/u and agrees.

**Signed By  BHUSHAN, ANITA** (Physician) @ 22 Sep 2017 1218

CHANGE HISTORY
*The following Disposition Note Was Overwritten by BHUSHAN,ANITA @ 22 Sep 2017 1218 EDT:*
The Disposition section was last updated by BHUSHAN,ANITA @ 22 Sep 2017 1218 EDT - see above.Previous Version of Disposition section was entered/updated by BRIDGES,EDWARD E @ 19 Sep 2017 1647 EDT.
Released w/o Limitations
Follow up:  with PCM.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
40 minutes face-to-face/floor time, >50% of appointment time spent counseling and/or coordinating care.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *19 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29675580    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**      Date: **19 Sep 2017 1154 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**      Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 19 Sep 2017 1420 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 173**

AR 0216

**Medical Record**

Anderson, Daniel Dennis        DOB:     1985   SSN: ***-**-        DoD ID: 1286180538        Created: 30 Oct 2017

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 19 Sep 2017 1154 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 19 Sep 2017 1230 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:00-12:40).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 6 was the # 4 session at 120% MT.
**Objective**
Next session scheduled.

**S/O Note** Written by BRAGGS,DEBORAH C @ 19 Sep 2017 1232 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session 6 and #4 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.05 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 6 and # 4 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

AR 0217

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017

**A/P** Last Updated by BAHROO,BHAGWAN A @ 19 Sep 2017 1233 EDT
**1. Generalized anxiety disorder**
      Procedure(s):     -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                         PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 19 Sep 2017 1420 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 19 Sep 2017 1420

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 19 Sep 2017 1420 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 19 Sep 2017 1420 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 19 Sep 2017 1233 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 175**

AR 0218

**Medical Record**

Anderson, Daniel Dennis    DOB:████ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017

## *19 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29675591    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **19 Sep 2017 1154 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by POURZAND,MIRIAM @ 20 Sep 2017 1038 EDT
**Problems**                                                      **Allergies**
•Generalized anxiety disorder F41.1                              •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

AR 0219

**Medical Record**

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA, MARY R @ 19 Sep 2017 1154 EDT
CRP

**S/O Note** Written by VANFOSSEN, MALLORY B @ 19 Sep 2017 1448 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: TEAM A AFTERNOON CHECK IN:
     Pt checked in to afternoon programming at 1155.
     Pt denies SI/HI.
     Pt reports the following appts this afternoon: none.

**S/O Note** Written by VANFOSSEN, MALLORY B @ 19 Sep 2017 1449 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: TEAM A AFTERNOON CHECK OUT:
     Pt checked out from afternoon program at 1430.
     Pt denies SI/HI.
     Pt reports following appts on tomorrow, 20 September: none.
     Pt will return to program tomorrow at regularly scheduled time.

**S/O Note** Written by DONKIN, LAURA G @ 19 Sep 2017 1518 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Intensive Anger Management Group 1230-1330. 19 September, 2017.
Facilitators: Laura Donkin, LCSW-C and Ms. Gardiner.
     Purpose: The purpose of this group is to help people understand the effect that
     anger has on their lives. Members will be taught techniques to reduce their anger and learn alternate ways of expressing their
thoughts and feelings in a safe and supportive environment.  This will be achieved by encouraging them to learn ways to identify the
triggers and precipitants that lead to anger and frustration.
     Topic:  "What's Your Style?" Members explored where they learned their styles of anger, the consequences, the personal
physical effects, and how others are affected by this style of anger. We also explored various styles of expressing anger.  Most
members participated in the exercise.  This SM  actively contributed to group discussion.  The next group will be held on Tuesday,
26 August @ 1230.  No indications of suicidal/homicidal ideation, plan or intent.

**Medical Record**

**S/O Note** Written by GHOLSON,GEORICA K @ 19 Sep 2017 1540 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: (1330-1420) Comprehensive Recovery Program- Emotional Regulation-
Crisis Management-
        Facilitators:  Penny Miller, recreation therapist and Georica Gholson, PhD, psychologist. PURPOSE: The purpose of this group
is for patients to discuss a crisis or situation they have experienced and have an opportunity to discuss their experience in a safe
supportive environment. This group
        focuses on strategies patients can implement in their lives to develop, utilize and maintain social supports.  ACTIVITY: Today's
group focused on "Who Can You Tell Your Narrative to?" to provide increased awareness about one's social supports and using
their supports before, during and after a crisis. The group discussed individuals they felt comfortable talking with and people they do
not feel comfortable discussing their issues with. Various perspectives were explored in addition to strengths and challenges for
each patient. Each group member was provided with a worksheet to develop a plan to assess who is in their support network.
PARTICIPATION: Patient actively participated in the discussion. No evidence of suicidal ideation, homicidal ideation, plan or intent
noted. Next session is scheduled for
        Tuesday 8/29/17.

**S/O Note** Written by MILLER,PENNY E @ 20 Sep 2017 0942 EDT
**Reason for Visit**
        Visit for: (1330-1420) Comprehensive Recovery Program- Emotional Regulation- Crisis Management- Facilitators:  this writer
Penny Miller, recreation therapist and  Georica Gholson, psychologist.
        PURPOSE: The purpose of this group is for patients to discuss a crisis or situation they have experienced and have an
opportunity to discuss their experience in a safe supportive environment. This group focuses on strategies patients can implement in
their lives to develop, utilize and maintain social supports.
        ACTIVITY: Today's group focused on
        "Who Can You Tell Your Narrative to?" to provide increased awareness about one's social supports and using their supports
before, during and after a crisis. The group discussed individuals they felt comfortable talking with and people they do not feel
comfortable discussing their issues with. Various perspectives were explored in addition to strengths and challenges for each
patient. Each group member was provided with a worksheet to develop a plan to assess who is in their support network.
        PARTICIPATION: Patient was  alert, attentive and willingly contributed to the group discussion.  No evidence of suicidal
ideation, homicidal ideation, plan or intent noted. Next session is scheduled for Tuesday 8/29/17.

**S/O Note** Written by POURZAND,MIRIAM @ 20 Sep 2017 1039 EDT
**History of present illness**
        The Patient is a 32 year old male.

<<Note accomplished in the TSWF BH Spec AIM form>>

SUBJECTIVE /NOTE

 1200-1220-met with sm for follow up. Sm requesting tms treatment for depression. Sm currently undergoing tms treatment for
anxiety reports no results. Reviewed BHDP scores-self report with sm and asked sm his current sxs.reporting fleeting suicidal
thoughts (denies at time of assessment)  reports no plan.

FOLLOW UP PLANS

discussed with treatment team sm to follow up with tms treatment team. Scheduled discharge from program on 9/21/17

.....

.
**Physical findings**
**General Appearance:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 178**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

° Alert. ° Well developed. ° Well nourished. ° In no acute distress.
**Neurological:**
   ° No disorientation was observed - oriented to place, person, time, and situation. ° No hallucinations. ° Memory was
     unimpaired - recent and remote memories are intact. ° Judgement was not impaired.
   Speech: ° Normal - Regular rate, rhythm, tone, volume; non-pressured.
**Psychiatric:**
   Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
   Attitude: ° Cooperative.
   Mood: ° Euthymic.
   Affect: ° Normal . Full range. stabile, appropriate to situation, normal intensity, congruent with mood.
   Thought Processes: ° Not impaired - they were linear, logical, and goal directed. ° Attention demonstrated no abnormalities.
   Thought Content: ° Insight was intact. ° No delusions. ° No suicidal ideation. ° No suicidal plans. ° No suicidal intent. ° No
     homicidal ideations. ° No homicidal plans. ° No homicidal intent.

**A/P** Last updated by GHOLSON,GEORICA K @ 19 Sep 2017 1540 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconcilation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

     Procedure(s):       -Psychiatric Therapy Group Interview x 1

**Disposition** Written by POURZAND,MIRIAM @ 20 Sep 2017 1249 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS, WRNMMC) @ 20 Sep 2017 1249

CHANGE HISTORY
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 19 Sep 2017 1540 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 19 Sep 2017 1540 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA
G @ 19 Sep 2017 1519 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently
working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and
relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with
trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication
management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary
movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential
benefits, limitations and risks.

     Procedure(s):       -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 19 Sep 2017 1519 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 19 Sep 2017 1519 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

@ 19 Sep 2017 1245 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

AR 0223

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**:████  DoD ID: 1286180538     Created: 30 Oct 2017

## *19 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:     BETH-29679274     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **19 Sep 2017 1100 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 19 Sep 2017 1411 EDT
**History of present illness**
    The Patient is a 32 year old male.
Focus Of Session: Scheduling
S) SM reported that he continues to have IBS issues. SM and this writer discussed upcoming schedule and SM went over
scheduled VA appointments. SM agreed to begin ATS IOP process groups on 4 October and full IOP on 13 October. SM stated he
was doing well and had no concerns to discuss. SM denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts
and behavior were appropriate. New appointment summary sheet reviewed and signed.
A) SM was cooperative and friendly. SM appears to have significant mental health issues that are being addressed through PCS
and BH. SM would benefit from engaging in community recovery.
Alcohol Use D/O, Severe
P) SM will follow up with social worker next week. SM will work on treatment planning goals as homework. SM will begin ATS
groups on 4 October.
.

**A/P** Written by HANGEMANOLE,DESPINA C @ 19 Sep 2017 1409 EDT
**1. Alcohol dependence, uncomplicated**
    Procedure(s):    -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by HANGEMANOLE,DESPINA C @ 19 Sep 2017 1410 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 19 Sep 2017 1412

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 181**

AR 0224

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *19 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29668633    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**    Date: **19 Sep 2017 0805 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 20 Sep 2017 1034 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS-PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 182

AR 0225

**Medical Record**

Anderson, Daniel Dennis    DOB: ██ 1985 SSN: ***-**-██    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 19 Sep 2017 0805 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 19 Sep 2017 0952 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
        INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning. The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by FRIEDLANDER,JOSHUA N. @ 19 Sep 2017 1056 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Group Therapy Distress Tolerance Skills 1000-1050:  Instructed group in how to identify moments of distress, how to build up motivation to improve their coping skills in those moments, and how to develop coping skills to better tolerate those moments.  Handouts provided.  Pt participated actively.  No evidence of SI/HI.  '.

**S/O Note** Written by HARDY,MARGARET L @ 19 Sep 2017 1059 EDT
**History of present illness**
        The Patient is a 32 year old male.

Creative Writing group (0900 - 1000) Facilitated by Margaret Hardy, LCSW-C, and Seema Reza, Creative Writer. This group is co-led by two providers to address the high acuity of the group members and to have a staff member available should a group member become triggered in the group.  This also allows for the other staff member to monitor behaviors and participation attentively.
        PURPOSE: Introduce patients to writing as a means for self- expression, stress relief, and to increase engagement with treatment. The relationship between writing and healing is evidence-based.  Research supports that writing combines the objective (what happened) with the subjective (how you felt about it).  Writing helps Patients gain insight and process trauma, life events, and gain understanding of their feelings and behavior. Further, research supports that writing for 20 minutes on a consistent basis results in positive effects on white blood cell counts, reduces sick visits, and reduces blood pressures.
        TOPIC:  In today's group of 10 patients, MS Reza explained the purpose and benefit of writing including biological and emotional to include learning to use words rather than actions as well as areas for further exploration in mental health therapy. Then MS Reza

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 183**

AR 0226

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

read Wild Geese, by Mary Oliver followed by group discussed of which lines stood out for them followed by reading of 'Permission Granted', by David Allen Sullivan. Writing prompt was to write from the first few words of each stanza.
    PARTICPATION:   Patient participated fully in group.   Provider observed no evidence of SI/HI.
FOLLOW-UP:  Next Creative Writing Group is scheduled for Thursday, 21 SEP 2017 at 0900 hours.  Next IOP group is Distress Tolerance at1000 hours today.

**S/O Note** Written by DONKIN,LAURA G @ 19 Sep 2017 1207 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Individual Note.  SW met with SM for individual 1:1 session from 0805-0850. SM presented in positive mood and stated that he had slept well the previous night.  We discussed pending discharge on Thursday and SM said that he has outpatient behavioral health appointments scheduled but needs to schedule ATS appointments.  SM expressed anxiety about managing multiple appointments and work schedule and seemed especially concerned about all the driving this would entail.  We then discussed his current relationships with 2 different women and what he hopes to gain from these relationships.  We explored his schizoid traits and his emotional needs.  On the one hand he enjoys spending time with women, but then wants no expectations and greatly values his alone time.  We also explored what triggered the escalation in his anxiety level, which he now connects with his deployment on a ship for basically 3 years off the coast of Japan.  SM had very little privacy or shore leave.  SM feels that the military component of his work is especially difficulty given his personality traits.  We will meet again on Thursday for discharge. No SI/HI plan or intent present.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 19 Sep 2017 1445 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A MORNING CHECK IN:
    Pt checked in to morning programming at 0800.
    Pt denies SI/HI.
    Pt reports following appts this morning: none.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 19 Sep 2017 1445 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A MORNING CHECK OUT:
    Pt checked out from morning programming at 1050.
    Pt denies SI/HI.
    Pt will return after lunch.

**A/P** Last updated by POURZAND,MIRIAM @ 20 Sep 2017 1034 EDT
**1. Major depressive disorder, recurrent, moderate:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

| Anderson, Daniel Dennis | DOB: ■ 1985 | SSN: ***-**■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 184**

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮▮ 1985  SSN: ***-**-▮▮     DoD ID: 1286180538     Created: 30 Oct 2017

Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                       -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Written by POURZAND,MIRIAM @ 20 Sep 2017 1035 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS, WRNMMC) @ 20 Sep 2017 1035

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 20 Sep 2017 1034 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 20 Sep 2017 1034 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 19 Sep 2017 1216 EDT.
**1. Major depressive disorder, recurrent, moderate**
          Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                                 -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 19 Sep 2017 1216 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 19 Sep 2017 1216 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 19 Sep 2017 0954 EDT.
**1. Major depressive disorder, recurrent, moderate**
          Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 185**

AR 0228

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *18 Sep 2017 at WRNMMC, ATS Adult BE by LESKO, STACEY B*

| Encounter ID: | BETH-29670106 | Primary Dx: | Encounter for observation for other suspected diseases and conditions ruled out |

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **18 Sep 2017 1300 EDT**
Clinic: **ATS ADULT BE**

Appt Type: **GRP**
Provider: **LESKO,STACEY BETH**

AutoCites Refreshed by LESKO,STACEY B @ 19 Sep 2017 0854 EDT

**Allergies**
•No Known Allergies

**Reason for Appointment:**
PCS understanding sub abuse
**Appointment Comments:**
ctc

**S/O Note** Written by LESKO,STACEY BETH @ 19 Sep 2017 0854 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: TOPIC:  Understanding Substance Abuse (1230 - 1320)
     S: The group discussed what constitutes low risk drinking vs. high risk drinking (0-1-2-3 rule), standard drink sizes, and national data on adult drinking behaviors.  Further discussion had on the risk of mixing medications with alcohol.  Group members commented and asked questions on material presented.
     O: Appearance: Neat and Clean
     Behavior: Appropriate
     Speech: WNL
     Thoughts: Logical
     Mood: Euthymic
     Affect:  Congruent
     Insight: Fair
     Judgment: Fair
     SI/HI: Convincingly Denies
     A:  SM engaged in discussion both providing and receiving feedback appropriately.
     P: SM will continue with PCS IOP as scheduled.

**A/P** Written by LESKO,STACEY B @ 19 Sep 2017 0854 EDT
**1. Encounter for observation for other suspected diseases and conditions ruled out** Z03.89
          Procedure(s):          -(90853) Psychiatric Therapy Group Interactive x 1

**Disposition** Written by LESKO,STACEY B @ 19 Sep 2017 0855 EDT
**Released w/o Limitations**
**Follow up:** in the ATS ADULT BE clinic.

**Signed By  LESKO, STACEY B** (Medical Social Worker, 301-319-7824) @ 19 Sep 2017 0855

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 186**

AR 0229

**Medical Record**

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-██    DoD ID: 1286180538    Created: 30 Oct 2017

## 18 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM

Encounter ID:    BETH-29659365    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **18 Sep 2017 1155 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 18 Sep 2017 1416 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
- MAJOR DEPRESSION RECURRENT
    MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
    ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
    DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-██    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 187**

AR 0230

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment;**Written by CHELLAPPA,MARY R @ 18 Sep 2017 1155 EDT
TRP

**S/O Note** Written by GHOLSON,GEORICA K @ 18 Sep 2017 1341 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: UNDERSTANDING SUBSTANCE USE:  MONDAY @ 1230-1320. Co-Facilitators: Georica Gholson, PhD  and Stacy Lesko, Additions Counselor
    PURPOSE: The purpose of this group is to help patients gain an understanding about substance use. Additionally, the group educates patients about medication interactions with and physiological impact of illicit substance use.
    TODAY'S INTERVENTION: Group discussion centered on understanding alcohol use. Patients took a substance use quiz and discussed the legal limits, physiological impact, heredity, interaction effects with different medications, and impact of intoxication of alcohol use.
    PARTICIPATION: SM was attentive and actively participated in group. No evidence of SI/HI. Next group session is 2 October 2017.

**S/O Note** Written by POURZAND,MIRIAM @ 18 Sep 2017 1416 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Symptom Management Group: Facilitated by Dr. Pourzand, psychiatric nurse practitioner 1330-1355
    Purpose: Learn to ameliorate and mange symptoms and live a functional and productive life.
    Goals/ Objectives: learn resources to manage symptoms, identify personal symptoms, and identify how to manage symptoms.
    Activity: Symptom management jeopardy -team exercise
    Participation: SM achieved goals/ objectives by participating in activity
    Assessment: No indication of distress. No indication of SI/HI
    Plan: Next group scheduled for Monday  September 25, 2017.

**S/O Note** Written by DONKIN,LAURA G @ 18 Sep 2017 1446 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
        Reason for Visit
    Check in for Afternoon Programming 1230-1430

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0231

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

5 min Check in at:1155
Program Track:
( x ) Comprehensive Recovery Program (CRP)
(  ) Interpersonal Recovery Program (IRP)
(  ) Trauma Recovery Program (TRP)
    (  ) Leisure Skills Training (LST)
0 Pain level (0-10)
Psychiatric Exam:
    Thought Content: ?  Homicidal Ideations (  ) Yes ( x )  No  Suicidal Ideation (  ) Yes  ( x ) No.

**S/O Note** Written by DONKIN,LAURA G @ 18 Sep 2017 1449 EDT
**History of present Illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Afternoon Programming  1230-1430
        5 min Check out at:1400
        Plan for Next Day of Programming
        ( x )  Attend IOP Program tomorrow morning
        (  )  Other
        Disposition: ( x )  Released without limitations.
        0 Pain level (0-10)
        Psychiatric Exam:
        Thought Content: ?  Homicidal ideations (  ) Yes ( x )  No  Suicidal Ideation (  ) Yes  ( x ) No.

**A/P** Last updated by DONKIN,LAURA G @ 18 Sep 2017 1450 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):        -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): GHOLSON,GEORICA K;
                             DONKIN,LAURA G
                             -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2

**Disposition** Written by POURZAND,MIRIAM @ 19 Sep 2017 1057 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS,  WRNMMC) @ 19 Sep 2017 1057

**CHANGE HISTORY**
*The following S/O Note Was Deleted by LOWENSTEIN,HELEN @ 18 Sep 2017 1448 EDT:*
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 1330-1420 Therapy Interfering Behaviors Group. Led by Helen Lowenstein LCSW.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 189**

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017

PURPOSE: Provide Education on Therapy Interfering Behaviors for TRP patients. To understand how certain behaviors can cause interference with progress.
TOPIC: Therapy Interfering Behaviors. Hand out had 5 blocks to fill out How did the problem develop, Triggers for the recent episode, the problem, things that kept problem going, and positive things that I've got going for me.  This was tied into having patients share what their interfering behaviors have been and what if any are they having now.
PARTICIPATION: SM was an active participant at times throughout the group. SM shared his anger can get in the way of seeking help and the stigma.  No evidence of S/I or H/I.  Next group to meet 10/02//17 at 1330.

*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 18 Sep 2017 1447 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 18 Sep 2017 1447 EDT - see above.Previous Version of A/P section was entered/updated by LOWENSTEIN,HELEN @ 18 Sep 2017 1435 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):                -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): GHOLSON,GEORICA K; LOWENSTEIN,HELEN T
*The following A/P Note Was Overwritten by LOWENSTEIN,HELEN @ 18 Sep 2017 1435 EDT:*
The A/P section was last updated by LOWENSTEIN,HELEN @ 18 Sep 2017 1435 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 18 Sep 2017 1416 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):                -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): GHOLSON,GEORICA K
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 18 Sep 2017 1416 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 18 Sep 2017 1416 EDT - see above.Previous Version of A/P section was entered/updated by GHOLSON,GEORICA K @ 18 Sep 2017 1341 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 18 Sep 2017 1341 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 18 Sep 2017 1341 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 18 Sep 2017 1220 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

AR 0233

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 191**

AR 0234

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *18 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29653480    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**        Date: **18 Sep 2017 0858 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCH DAY HOSP BE**        Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 18 Sep 2017 1306 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
- MAJOR DEPRESSION RECURRENT
    MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
    ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
    DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

AR 0235

**Medical Record**

Anderson, Daniel Dennis          DOB:▇▇ 1985  SSN: ***-*▇    DoD ID: 1286180538          Created: 30 Oct 2017

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 18 Sep 2017 0858 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 18 Sep 2017 1210 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:00-12:40).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 5 was the # 3 session at 120% MT.
**Objective**
Next session scheduled.

**S/O Note** Written by BRAGGS,DEBORAH C @ 18 Sep 2017 1234 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session #5 and #3 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.05 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 5 and # 3 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 193**

AR 0236

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓▓ 1985  SSN: ***-**-▓▓    DoD ID: 1286180538    Created: 30 Oct 2017

A/P Last Updated by BAHROO,BHAGWAN A @ 18 Sep 2017 1213 EDT
**1. Generalized anxiety disorder**
Procedure(s):        -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                      PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

Disposition Last updated by LANDE,RAYMOND G. @ 18 Sep 2017 1306 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 18 Sep 2017 1306

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 18 Sep 2017 1306 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 18 Sep 2017 1306 EDT - see above. Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 18 Sep 2017 1213 EDT.
Released w/o Limitations
Follow up: as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

AR 0237

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985  SSN: ***-*▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *18 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29651041    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**       Date: **18 Sep 2017 0752 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**       Clinic: **PSYCH DAY HOSP BE**       Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by POURZAND,MIRIAM @ 19 Sep 2017 1054 EDT
**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

| Anderson, Daniel Dennis | DOB: ▓ 1985  SSN: ***-**▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 195**

AR 0238

**Medical Record**

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 18 Sep 2017 0752 EDT
IOP

**S/O Note** Written by HARDY,MARGARET L @ 18 Sep 2017 0936 EDT
**History of present illness**
    The Patient is a 32 year old male.

Seeking Safety:  (Safety)  0800-0850
Facilitators:  This group was co-led by Margaret Hardy, LCSW-C and Penny Miller, CTRS, LCSW-C
    This writer co-facilitated Seeking Safety Group in order to provide clinical support, contribute to discussion by offering therapeutic feedback, and provide additional resources in order to assist service members manage stressors and prevent crisis situations.
    CHECK-IN -  mood today was indifferent.  Patient's stated the following about this weekend: good coping was, pretended to like myself and cooking for others; no unsafe behavior; commitment was met - cooked for others.  Community resource update was to talk with his Social Worker about Command expectation of work while in the IOP Program.  Patient's takeaway was - I need to work on boundaries, saying no and no sharing too much information with everybody.
    PARTICIPATION: Patient participated fully.  There was no indication of SI/HI.
    FOLLOW-UP:  Next Seeking Safety Group will be Monday, 25 SEPT 2017.  The next group today is Common Concerns at 0900 hours.  Please see Penny Miller's note of today for additional information.

.
**Therapy**
Intervention This Appointment - Group Therapy  - Provider normalized ongoing suicidal ideation which began in childhood with recognition that patient knows what to do when things worsen for him, and has sought help.

**S/O Note** Written by DONKIN,LAURA G @ 18 Sep 2017 0949 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:  HCPCS CODE S9480:
    INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES: This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by MILLER,PENNY E @ 18 Sep 2017 0953 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 196**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

**Reason for Visit**
    Visit for: (0800-0850): IOP Program- Seeking Safety Group: Facilitated by this writer Penny Miller, recreation therapist and Margaret Hardy, social worker.
    Purpose: Seeking Safety is a psychoeducational group developed for individuals with co-occuring disorders PTSD and Substance Abuse Disorders  based on five central ideas (1) safety as the priority of this first-stage-treatment (2) integrated treatment of PTSD and substance abuse (3) a focus on ideals (4) four content areas:  cognitive, behavioral, interpersonal, and case management and (5) attention to the therapist processes.
    Activity: " Safety", the topic introduced today is described as the first stage of substance abuse, and the foremost guiding principle throughout this treatment. This session the group reviewed samples of unsafe coping verses safe coping, stages of morning, signs of recovery as well as a list of over 80 safe coping skills were provided. A discussion around the topic was facilitated, providing participants with an opportunity to share their personal experiences.
    Participation: Pt was attentive and willingly contributed to the group discussion. Pt disclosed feelings of guilt and resentment regarding issues of neglect he'd experienced from his father, whom was his primary caretaker as a child. He is reading journals provided to him by his mother, and as a result is still coping with the emotional pain. He also disclosed that he feels that he does not have any boundaries and as a result never set boundaries in past relationships. He stated that he notices that when he does not set boundaries in relationships he ends up regretted not doing so. He was encouraged to meet with his individual therapist to further develop in that area.  Next Seeking Safety group is scheduled for Monday 25 September 2017 at 0800.  No evidence of SI/HI plan or intent noted.


**S/O Note** Written by GWIN,KRISTIN MICHELLE @ 18 Sep 2017 0959 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:

    IOP Common Concerns Group: "Effective Communication" 0900-0950
    Facilitator:  Kristin Gwin, LCSW-C and Delacie Gardiner

    PURPOSE:  The purpose of this group is for group members to process role of their symptoms and the impact they may or may not have within the following areas:  Marriage and/or Relationship Problems, Parenting Difficulties, Family Function, Social Function.  These general areas bring up group discussions centering on the following areas: Fear and Worry, Depression, Family Roles, and Family Dynamics.  Discussion also are had on how Family, Financial Difficulties, Avoidance, and Isolation can have an impact on the symptoms that the group members may be experiencing and how that can be communicated to those they are close to.  Skills that are reviewed include Effective Communication, Communication Styles, Identifying Family Roles, Coping Skills, and Setting Appropriate Boundaries.
    TOPIC:  Today, the group topic was the Communication Traps".  Group members reviewed 10 of the most common communication traps to include Generalizing, Preaching, Mindreading, Dwelling on the Past, Stomping Out, and Labeling.  Group members discussed how they and other around them fall into this trap, and how to negotiate communication in a more effective way by being aware of the traps they most commonly fall into.
    PARTICPATION:  Sm had no evidence of homicidal/suicidal ideation. SM was quiet in group however appeared to be actively listening to the group content. Next group is scheduled for 09/25/17.


**S/O Note** Written by DONKIN,LAURA G @ 18 Sep 2017 1443 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-In  at :0745

        0 Pain level (0-10)
        Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No


**S/O Note** Written by DONKIN,LAURA G @ 18 Sep 2017 1444 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-Out  at :1055

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 197**

**Medical Record**

Anderson, Daniel Dennis     DOB: ▇ 1985  SSN: ***-**-▇     DoD ID: 1286180538     Created: 30 Oct 2017

Immediate Future Plans:
(x ) Comprehensive Recovery Program (CRP)  1230-1430
( ) Interpersonal Recovery Program (IRP)  1230-1430
( ) Trauma Recovery Program (TRP)  1230-1430
( ) Attend IOP Program tomorrow morning
( ) Other -
Disposition: ( x ) Released without limitations.
0 Pain level (0-10)
Psychiatric Exam:
Thought Content: ?  Homicidal ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes  ( x ) No.

**A/P** Last updated by DONKIN,LAURA G @ 18 Sep 2017 1445 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                       -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2

**Disposition** Written by POURZAND,MIRIAM @ 19 Sep 2017 1055 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS,  WRNMMC) @ 19 Sep 2017 1055

CHANGE HISTORY
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 18 Sep 2017 1445 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 18 Sep 2017 1445 EDT - see above.Previous Version of A/P section was entered/updated by GWIN,KRISTIN M @
18 Sep 2017 0959 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently
working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and
relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with
trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication
management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary
movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential
benefits, limitations and risks.

Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

AR 0241

**Medical Record**

Anderson, Daniel Dennis     DOB:███ 1985 SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

*The following A/P Note Was Overwritten by GWIN,KRISTIN M @ 18 Sep 2017 0959 EDT:*
The A/P section was last updated by GWIN,KRISTIN M @ 18 Sep 2017 0959 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 18 Sep 2017 0951 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):              -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 18 Sep 2017 0951 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 18 Sep 2017 0951 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 18 Sep 2017 0936 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                                    **Page 199**

AR 0242

**Medical Record**

Anderson, Daniel Dennis     DOB: ■■■ 1985  SSN: ***-**-■■■     DoD ID: 1286180538     Created: 30 Oct 2017

### *15 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:     BETH-29643565     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **15 Sep 2017 1149 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

AutoCites Refreshed by LANDE,RAYMOND G. @ 15 Sep 2017 1346 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

Anderson, Daniel Dennis     DOB: ■■■ 1985  SSN: ***-**■■■     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 200**

AR 0243

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3<br>TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 15 Sep 2017 1149 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 15 Sep 2017 1240 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:15-13:00).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be: SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 4 was the # 2 session at 120% MT.
**Objective**
Next session scheduled
.

**S/O Note** Written by BRAGGS,DEBORAH C @ 15 Sep 2017 1251 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session #4 and #2 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.04 minutes. A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 4 and # 2 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review. Next session scheduled for Monday. ZUNG anxiety=54, GAD 7=18.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 15 Sep 2017 1244 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 201**

AR 0244

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**1. Generalized anxiety disorder**
    Procedure(s):        -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                         PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 15 Sep 2017 1347 EDT
**Released w/o Limitations**
**Follow up:** as needed in 3 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 15 Sep 2017 1347

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 15 Sep 2017 1347 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 15 Sep 2017 1347 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 15 Sep 2017 1243 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 3 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| Anderson, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 202**

AR 0245

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *15 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29643553    Primary Dx:        Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **15 Sep 2017 1148 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 15 Sep 2017 1205 EDT
**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.
**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

AR 0246

**Medical Record**

Anderson, Daniel Dennis        DOB:▮ 1985  SSN: ***-**▮    DoD ID: 1286180538        Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 15 Sep 2017 1148 EDT
CRP

**S/O Note** Written by CLOPPER,TAMMY J @ 15 Sep 2017 1259 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: Check IN PM - Intensive Outpatient Program (IOP) Team A

　　　　Check- In Time: 1230
　　　　Afternoon Track:  CRP
　　　　Appointments Reported this afternoon:  1200 TMS
　　　　Pain level Reported (0-10):  Denies
　　　　Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.

**S/O Note** Written by CLOPPER,TAMMY J @ 15 Sep 2017 1407 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: Check OUT PM - Intensive Outpatient Program (IOP) Team A

　　　　CHECKOUT TIME:  1400
　　　　Afternoon Track:  CRP
　　　　Appointments Reported for Monday:  TMS 1200
　　　　Pain level Reported (0-10):  Denies
　　　　Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.

**S/O Note** Written by GRAGNANI,CYNTHIA THERESA @ 15 Sep 2017 1507 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: Art Therapy (1230-1350) Staff present: Mallory Van Fossen, ATR-BC, LCPAT, Art Therapist, Dr. Gragnani, Psychologist. Pt attended CRP Art Therapy group. This session provided the patient with opportunity to practice creativity and utilize a new outlet for expression, while focusing on art making as a therapeutic practice. This SM was actively engaged in the activity, openly answered questions, and shared with the group. SM was also able to speak to the art making process and how this informed chosen imagery, as well as the insights that were gained. There was no indication of SI/HI.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 204**

AR 0247

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

**S/O Note** Written by VANFOSSEN,MALLORY B @ 15 Sep 2017 1546 EDT
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information: Art Therapy (1230-1400) Facilitated by Mallory Van Fossen ATR-BC, LCPAT,
Art Therapist, Dr Gragnani, Clinical Psychologist. This session provided pts with the opportunity to visually process thoughts,
emotions and therapeutic concepts, and to utilize art making as a means of grounding. Pts were encouraged to consider topics or
lingering thoughts that they may have been introduced to in other groups, images that may have been triggered lately, or using the
art to process or explore concepts that they may feel the need to further investigate. Pts were instructed to focus on the topics that
may be difficult to express in words. Materials consisted of pastels, pencils, markers, crayons, chalks, acrylic paints, and various
sculptural 3D materials. Pts were given 60 minutes to independently work. Discussion followed, in order to process any issues or
content that may have been prompted by artmaking. Topics consisted of coping skills required to focus and allow self to express
material visually, persevering through frustration and uncertainty, creating meaning from the process and materials in a way that
words alone cannot, the purpose and inclination of self-judgment and criticism  related to art making and other activities. There was
no indication of SI/HI. Next art therapy session will be held Monday 18 September, 2017.


**A/P** Last updated by GRAGNANI,CYNTHIA T @ 15 Sep 2017 1508 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


          Procedure(s):          -Psychiatric Therapy Group Interview x 1 ADDITIONAL PROVIDER(S): GRAGNANI,CYNTHIA
                                   THERESA

**Disposition** Written by POURZAND,MIRIAM @ 18 Sep 2017 0944 EDT
**Released w/o Limitations**
**Follow up:** 3 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 18 Sep 2017 0944

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by GRAGNANI,CYNTHIA T @ 15 Sep 2017 1508 EDT:*
The A/P section was last updated by GRAGNANI,CYNTHIA T @ 15 Sep 2017 1508 EDT - see above.Previous Version of A/P section was entered/updated by
POURZAND,MIRIAM @ 15 Sep 2017 1207 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently
working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and
relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with
trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication
management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary
movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential
benefits, limitations and risks.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 206

AR 0249

**Medical Record**

Anderson, Daniel Dennis    DOB:▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

## 15 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM

Encounter ID:    BETH-29637426    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **15 Sep 2017 0744 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 15 Sep 2017 1140 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 207**

AR 0250

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 15 Sep 2017 0744 EDT
IOP

**S/O Note** Written by EARLEY,KERRIE GLYN @ 15 Sep 2017 1045 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Core Mindfulness Skills: 0800-0850- Facilitated by Kerrie Earley, LCSW
    Purpose: Patients will be provided with information regarding the practice of Mindfulness, including the rationale for incorporating this as a practice into daily life. Mindfulness functions as a foundation for being in "Wise Mind"-a state of mind where individuals are more able to engage in skillful behavior and regulate emotions more effectively. Living with awareness in the present moment (neither ruminating on in the past, nor worrying about the future), focusing on one thing at a time in a non-judgmental way and doing what works are some of the core concepts of Mindfulness practice.
    Today patients discussed concepts of selective attention, multitasking, and focus in the context of mindfulness. Group members watched two videos and discussed the role of mindfulness in day to day life and in using coping. One group member started speaking at length about a recent accident and his reactions. SW asked follow up questions and redirected him to the topic as he was using graphic and violent language, and patient became upset and declined to finish the group. He left the group and other group members presented as anxious and frustration. SW and patients discussed use of mindfulness to understand their emotions and reactions, their coping skills, and their options for moving forward. Group members provided feedback on the group and ideas for future session. This patient was actively engaged throughout the session. He discussed memories of his father having been brought up in the group and noted recent focus on mindful communication with others in his life.
    There was no indication of S/I or H/I present. Next Core Mindfulness Skills group is scheduled for 22 August, 2017.

**S/O Note** Written by GWIN,KRISTIN MICHELLE @ 15 Sep 2017 1100 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:

    IOP Guest Speaker Group 0900-1000:
    Facilitator: Brian Pampino, Kristin Gwin, LCSW-C , Tammy Buford, RN

    PURPOSE: The purpose of this group is to have guest speakers bring various topics that would be relevant to group members and their treatment/recover. Group topics range from finance experts, VA experts, Chaplin, and Med Board experts.
    TOPIC: Today, Mr. Pampino from Fleet and Family Services/Financial Department discussed the Eight Steps to Financial Fitness. He engaged the group to discuss budget planning, retirement planning, the cash flow formula, and spending. Group members engaged actively in discussing how to set themselves up for financial fitness and what needs to be considered to do so.
    PARTICPATION: . SM was actively involved in listening to the presentation of the guest speaker and taking notes, and well as asked clarifying questions to better understand the material. Sm had no evidence of homicidal/suicidal ideation. SM actively participated. Next group is scheduled for 09-22-17.

AR 0251

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538     Created: 30 Oct 2017

**S/O Note** Written by DONKIN,LAURA G @ 15 Sep 2017 1244 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-In  at :0740

        0 Pain level (0-10)
        Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.

**S/O Note** Written by DONKIN,LAURA G @ 15 Sep 2017 1245 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-Out  at :1050

        Immediate Future Plans:
        ( x ) Comprehensive Recovery Program (CRP) 1230-1430
        ( ) Interpersonal Recovery Program (IRP)  1230-1430
        ( ) Trauma Recovery Program (TRP)  1230-1430
        ( ) Attend IOP Program tomorrow morning
        ( ) Other -
        Disposition: ( x )  Released without limitations.
        0 Pain level (0-10)
        Psychiatric Exam:
        Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.

**S/O Note** Written by DONKIN,LAURA G @ 15 Sep 2017 1303 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Individual Note. SW met with SM for individual 1:1 session from 1000-1050.
SM presented in positive mood and was talkative and smiling throughout session. SM started off session weighing his options for
future jobs. He admitted to having many options and considers this a positive.  He spent a considerable amount of time discussing
his issues with male/female relationships and comparing the 2 women he is currently seeing. SM admits that he needs work on
verbal communication and how to be mindful of his word choices. We also discussed what he is hoping to gain from relationships
and explored his needs in regards to relationships. SM admitted to having a hard time with male relationships and usually gravitates
towards females. SM considered that this may have to do with his experiences being bullied as an adolescent. We discussed his
psychiatric diagnosis and the treatment team's decision not to change it.  He seemed to accept this without a problem  SM is still
contending with his IBS symptoms and shared his frustration. He will work on word mindfulness this weekend.  We will meet on
Tuesday.  No SI/HI plan or intent present.

**S/O Note** Written by SMITH,JESSICA ANN @ 15 Sep 2017 1317 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:
This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the
morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**A/P** Last updated by SMITH,JESSICA ANN @ 15 Sep 2017 1318 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 209**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):          -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
                       -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
                       -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S):
                        SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 18 Sep 2017 0932 EDT
**Released w/o Limitations**
**Follow up:** 3 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 18 Sep 2017 0933

CHANGE HISTORY
*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 15 Sep 2017 1318 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 15 Sep 2017 1318 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 15 Sep 2017 1311 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):          -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
                       -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 15 Sep 2017 1248 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 15 Sep 2017 1248 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 15 Sep 2017 1140 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0253

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

AR 0254

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮▮ 1985  SSN: ***-**-▮▮  DoD ID: 1286180538    Created: 30 Oct 2017

*14 Sep 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-29632074    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **14 Sep 2017 1327 EDT**      Appt Type: **T-CON***
Treatment Facility: **WALTER REED**       Clinic: **PSYCHIATRY BE**          Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**                                              Call Back Phone: ▮▮▮▮▮▮

**S/O Note** Written by PAUL,SHERIN @ 14 Sep 2017 1330 EDT
**Subjective**
Provider was contacted by Dr. Benton regarding collateral information of patient for assessment purposes. Provider presented
observational data based on record review and recall of interactions with patient.

**A/P** Last Updated by PAUL,SHERIN @ 14 Sep 2017 1330 EDT
**1. Generalized anxiety disorder**

**Disposition** Last Updated by PAUL,SHERIN @ 14 Sep 2017 1330 EDT
**Follow up:** in the PSYCHIATRY BE clinic.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 14 Sep 2017 1330

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017

*14 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29630836    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**         Date: **14 Sep 2017 1238 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCH DAY HOSP BE**       Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 14 Sep 2017 1337 EDT
**Problems**                                                        **Allergies**
•Generalized anxiety disorder F41.1                                •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.
**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL–93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 213**

AR 0256

**Medical Record**

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 14 Sep 2017 1238 EDT
CRP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1253 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: 1145  Check in to afternoon program.  SM denied SI/HI.  Will attend groups this afternoon.

**S/O Note** Written by DONKIN,LAURA G @ 14 Sep 2017 1406 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Life Skills Group
        1230-1330. Facilitator:  Laura Donkin, LCSW-C .  This CRP group addresses behaviors which promote a healthy and independent life style. Topics include: strategies for time management, building a support network, resilience, and relapse prevention.  Today's topic was, "11 Warning Signs of Depression and Relapse."  Group members shared their individual warning signs and explored how they should react.  This SM actively participated in group discussion.         No SI/HI plan or intent present.  The next group will be on 22 September.

**S/O Note** Written by GHOLSON,GEORICA K @ 14 Sep 2017 1442 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: COMMUNICATION SKILLS 1330-1420
        FACILITATORS: Dr. Georica Gholson, psychologist and Mrs. Delacie Gardiner, psychiatric technician
        Purpose: Purpose of communication skills group is to explore and discuss components of communication among co-workers, peers, family, and friends, and to use effective communication strategies to enhance and improve relationships.
        Intervention: Group members were given a handout that discussed 3 different responses to criticism - passive, aggressive, and assertive. Group members learned the differences between the types and discussed which ones they engage in when encountering criticism. Also, group members discussed how the expressed feedback to other people. Lastly, group members discussed how the messenger and delivery style of the message impacts how they receive feedback and criticism.
        Participation: SM participated in group discussion.
        Assessment:  No indication of distress. No indication of SI/HI
        Plan: Next group scheduled for Thursday 21 September 2017.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1541 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 214**

**Medical Record**

Anderson, Daniel Dennis     DOB:████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

**History of present illness**

The Patient is a 32 year old male.

He reported: Encounter Background Information: 1430  Check out of PCS for the day.  SM denied SI/HI.  1200 TMS tomorrow - - will report for groups in morning.

**A/P** Last updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1542 EDT

**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 2
                     -Psychiatric Therapy Group Interview x 1

**Disposition** Written by POURZAND,MIRIAM @ 15 Sep 2017 0754 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 15 Sep 2017 0754

CHANGE HISTORY
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1542 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1542 EDT - see above.Previous Version of A/P section was entered/updated by GHOLSON,GEORICA K @ 14 Sep 2017 1442 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1
                     -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 14 Sep 2017 1442 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 14 Sep 2017 1442 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 14 Sep 2017 1407 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Anderson, Daniel Dennis     DOB:████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 215**

AR 0258

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

                    Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1
                                         -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 14 Sep 2017 1407 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 14 Sep 2017 1407 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 14 Sep 2017 1337 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

                    Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 14 Sep 2017 1337 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 14 Sep 2017 1337 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1254 EDT.
**1. Generalized anxiety disorder**
                    Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0259

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *14 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:     BETH-29629914     Primary Dx:          Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **14 Sep 2017 1141 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

AutoCites Refreshed by LANDE,RAYMOND G. @ 14 Sep 2017 1319 EDT
**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

**Medical Record**

| | | | |
|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 14 Sep 2017 1141 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 14 Sep 2017 1227 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:15-13:00).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 3 was the first session at 120% MT.

**S/O Note** Written by BRAGGS,DEBORAH C @ 14 Sep 2017 1236 EDT
**History of present Illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session #3 and #1 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.45 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 3 and # 1 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 14 Sep 2017 1229 EDT
**1. Generalized anxiety disorder**
        Procedure(s):          -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                        PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0261

**Medical Record**

**Disposition** Last updated by LANDE,RAYMOND G. @ 14 Sep 2017 1319 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 14 Sep 2017 1319

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 14 Sep 2017 1319 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 14 Sep 2017 1319 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 14 Sep 2017 1229 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 219**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

*14 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29623620    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**    Date: **14 Sep 2017 0756 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by POURZAND,MIRIAM @ 14 Sep 2017 0921 EDT
**Problems**                                                                  **Allergies**
•Generalized anxiety disorder F41.1                                           •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

AR 0263

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-*███   DoD ID: 1286180538          Created: 30 Oct 2017

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 14 Sep 2017 0756 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 14 Sep 2017 0801 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: 0800  Check in to PCS Team A.  SM denied SI/HI.  No appts scheduled today.

**S/O Note** Written by GHOLSON,GEORICA K @ 14 Sep 2017 1013 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Interpersonal Effectiveness (0800-0850) Georica Gholson, PhD and Narce Pratt, LCSW-C
        Purpose:  Patients will examine their patterns of relating to others. Patients will begin to explore how to interrupt unhelpful patterns and foster healthy patterns of relating.  Patients will be challenged to find a balance between passivity (as well as passive-aggressive behavior) and aggression. Patients will rehearse ways to effectively ask for what they want, keep relationships they want or need to keep and maintain their self-respect. Developing and maintaining a level of healthy interpersonal boundaries will also be addressed.
        Today group began with introductions and recognition of one way they have helped or been helped by others this week. All patients participated.  Patients were introduced to the idea of identifying the goal of their interactions- getting what they want/need, keeping the relationship, or maintaining self-respect.  Group members considered ways of approaching difficult conversations and were introduced to the DEAR-MAN skills, emphasizing the importance of asking or asserting rather than hinting, and being aware of one's approach. Group members discussed the idea of how or when this is used as manipulation.  Group members discussed approaches to the skill and the idea that sometimes people are not will or able to give them what they want or need.  This patient was actively engaged in the discussion.
        There was no indication of S/I or H/I present. Next interpersonal effectiveness group is scheduled for 21 September 2017.

**S/O Note** Written by DONKIN,LAURA G @ 14 Sep 2017 1036 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:  HCPCS CODE S9480:
        INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

**S/O Note** Written by HARDY,MARGARET L @ 14 Sep 2017 1057 EDT
**History of present illness**
 The Patient is a 32 year old male.

Creative Writing group (0900 - 1000) Facilitated by Margaret Hardy, LCSW-C, and Seema Reza, Creative Writer. This group is co-led by two providers to address the high acuity of the group members and to have a staff member available should a group member become triggered in the group. This also allows for the other staff member to monitor behaviors and participation attentively.
PURPOSE: Introduce patients to writing as a means for self- expression, self-care, stress relief, and to increase engagement with treatment. The relationship between writing and healing is evidence-based. Research supports that writing combines the objective (what happened) with the subjective (how you felt about it). Writing helps Patients gain insight and process trauma, life events, and gain understanding of their feelings and behavior. Further, research supports that writing for 20 minutes on a consistent basis results in positive effects on white blood cell counts, reduces sick visits, and reduces blood pressures.
TOPIC: Ms Reza read - What Secrets We Keep (pg 10-11) by Shinji Moon from his book, The Anatomy of Being (2012). Group participates wrote for 7 minutes from prompt, For so many years I've held words beneath my tongue like ... The second poem by the same author was Kintsugi (pg 13). Prompt: We were never taught ...    Final poem was Joy by Seema Reza from her book, When the World Breaks Open.
PARTICIPATION: Patient participated fully. Provider observed no evidence of SI/HI during group.
FOLLOW-UP: Next Creative Writing Group is scheduled for Thursday, 21 SEP 2017 at 0900 hours. Next IOP group is Recreation Therapy at 1000 hours today.

**S/O Note** Written by PRATT,NARCEDALIA @ 14 Sep 2017 1114 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: Interpersonal Effectiveness (0800-0850) Narcedalia Pratt, LCSW-C and Dr. Gholson, Ph.D.
 Purpose: Patients will examine their patterns of relating to others. Patients will begin to explore how to interrupt unhelpful patterns and foster healthy patterns of relating. Patients will be challenged to find a balance between passivity (as well as passive-aggressive behavior) and aggression. Patients will rehearse ways to effectively ask for what they want, keep relationships they want or need to keep and maintain their self-respect. Developing and maintaining a level of healthy interpersonal boundaries will also be addressed.
 Topic: Today group focused on DEAR-MAN skill for getting what one wants/needs in a relationship. This writer served as co-facilitator of this group, checking on reactions of individual members, following up with members who showed distress or confusion, and checking for safety with members who leave the room.
 Participation: SM was actively engaged in the group discussion.
 There was no indication of S/I or H/I present. Next interpersonal effectiveness group is scheduled for 21 September 2017.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 14 Sep 2017 1233 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information:
 (1000-1050) - Recreation Therapy- "This group was facilitated by Penny Miller, recreation therapist and Helen Lowenstein, social worker LCSW.
 Purpose: To provide an opportunity for healthy communication, problem-solving, encourage teamwork and compromise.
 TOPIC: Ice breaker/group activity. Hand out provided that asked patients to identify other group members to Find Someone Who. There were 20 questions asked such as have you lived in another country, have you lived in the barricks and so forth. Patients were asked to talk with others they normally don't talk with. This allowed others to work together and experience team work, utilize communication skills, and movement.
 Participation: PT was an active participant throughout the group. No evidence of S/I or H/I. Next session is scheduled for 9/21/17,1000.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1251 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: 1100 Check out of morning program. SM denied Si/HI. Will return for afternoon groups.

AR 0265

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**S/O Note** Written by POURZAND,MIRIAM @ 15 Sep 2017 0748 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Met with sm for BHDP treatment plan individual encounter placed.

**A/P** Last updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1253 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):         -Psychiatric Therapy Individual Approximately 30 Minutes x 2
                              -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Written by POURZAND,MIRIAM @ 15 Sep 2017 0749 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 15 Sep 2017 0749

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1253 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1253 EDT - see above.Previous Version of A/P section was entered/updated by
DONKIN,LAURA G @ 14 Sep 2017 1037 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently
working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and
relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with
trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication
management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary
movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential
benefits, limitations and risks.

        Procedure(s):         -Psychiatric Therapy Individual Approximately 30 Minutes x 1 ADDITIONAL PROVIDER(S): DEUTSCH,ANNE MARIE
                              -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 14 Sep 2017 1037 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 14 Sep 2017 1037 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM
@ 14 Sep 2017 0921 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently
working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and
relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with
trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

AR 0266

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮▮ 1985  SSN: ***-**▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1 ADDITIONAL PROVIDER(S): DEUTSCH,ANNE MARIE
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 14 Sep 2017 0921 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 14 Sep 2017 0921 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 0802 EDT.
**1. Major depressive disorder, recurrent, moderate**
Procedure(s):        •  -Psychiatric Therapy Individual Approximately 30 Minutes x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 224**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

## *13 Sep 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE*

Encounter ID:    BETH-29621315    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**    Date: **13 Sep 2017 1552 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **DEUTSCH,ANNE MARIE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by DEUTSCH,ANNE MARIE @ 13 Sep 2017 1552 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •paternal aunt's history of reason for visit [use for free text] (Paternal Aunt) | •No Known Allergies |
| •Counseling, unspecified Z71.9 | •not maternal uncle's history of referred here (Maternal Uncle) | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | •family medical history (General FHx) | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •family history of supplemental HPI [use for free text] (General FHx) | |
| •MAJOR DEPRESSION RECURRENT MODERATE | •no family history of malignant melanoma of the skin (General FHx) | |
| •ANXIETY DISORDER NOS | •family history of father is alive (General FHx) | |
| •Left ankle joint pain | •family history of heart disease (General FHx) | |
| •NEUROTIC EXCORIATION | •family history of cancer (General FHx) | |
| •ANKLE SPRAIN LEFT | •family history of mother is alive (General FHx) | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | | |
| •ANOMALIES OF SKIN | •no family history of malignant neoplasm of large intestine (General FHx) | |
| •Abdominal pain | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| •ASTHMA | | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) | |
| •Difficulty breathing (dyspnea) | | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | •paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother) | |
| •Removal Of Sutures | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) | |
| •ASTHMA EXTRINSIC | | |
| •ROSACEA | •paternal history of preliminary background HPI [use for free text] (Father) | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | •family history of test conclusions [Use for free text] (General FHx) | |
| •REFRACTIVE ERROR - MYOPIA | •family history of diabetes mellitus (General FHx) | |
| •ALLERGIC RHINITIS | •family history of mental illness (not retardation) (General FHx) | |
| | •family history of the options include referral (General FHx) | |
| | •family history of patient counseling (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease (General FHx) | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 225**

AR 0268

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by DEUTSCH,ANNE MARIE @ 13 Sep 2017 1552 EDT
Treatment Plan Update Team A

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 13 Sep 2017 1552 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Daniel Anderson
    13 SEPT 2017
    Follow-Up Data Only
    Psychological testing – Reviewed and interpreted psychological tests from BHDP. These are only one source of data and should be interpreted in the context of the patient's entire presentation. The BHDP scales are reported and briefly interpreted as follows.
        Behavioral Health Vitals (patient reported):
    Overall health reported as: Good
    Pain Level (0-10): 0                    Currently treated: N/A
    Suicidal Ideation Risk - C-SSRS score: 3        Past/Prep Behavior last 3 months: No
    # past attempts as of 09/06/2016: 3
    Most recent Suicidal Ideation: Within the past week
    Suicidal Ideation Duration: Fleeting - a few seconds or minutes
    Suicidal Ideation Frequency: Once a week
    Protective Elements Stopping Suicidal Actions: Family, Fear of failing
    Harm Others Risk over next week as of 9/13/2017 - None    Active Plan: N/A
    Patient with access to weapons: No
    Recent Outcome Measures (last 30 days)
    BASIS24 - Score: 2.63 - High levels of general distress reported (9/13/2017)
    PHQ9 - Score: 21 - Severe depressive symptoms reported. Evaluation indicated. (9/13/2017)
    GAD7 - Score: 20 - Severe anxiety symptoms reported. Evaluation indicated. (9/13/2017)
    PCL-5 - Score: 61 - Significant PTSD symptoms reported (9/13/2017)
    PCL-C: N/A
    AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP referral (8/29/2017)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 226**

AR 0269

**Medical Record**

Anderson, Daniel Dennis      DOB:＿＿1985  SSN: ***-**-＿＿    DoD ID: 1286180538      Created: 30 Oct 2017

CSI - Score: -2 - Pt reports no significant other - no score (9/13/2017)
ISI - Score: 25 - Clinical insomnia (severe) (9/13/2017)
BAM: Risk/Protection/Use (subscales) - Score:  14/16/0 - Moderate-High Protection (8/29/2017)
TREATMENT PLAN  UPDATE    Treatment team met Wednesday 30 AUG to discuss treatment plan for this pt.  Present were Dr. Pourzand, Ms Smith, Ms. Donkin, and Dr. Deutsch.   Medication reconciliation completed per Dr. Pourzand  (see medication list).  SM has been referred to Recreation Therapy and has started TMS treatment for anxiety.  His d ischarge  date from PCS is 21 SEPT.

**S/O Note** Written by POURZAND,MIRIAM @ 14 Sep 2017 0949 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: BHDP completed see add note section.

**Note** Written by POURZAND,MIRIAM @ 14 Sep 2017 0949 EDT
**Met with SM to complete BHDP from 0920-0950**

**NOTES FROM TODAY'S SESSION:**
Treatment modality currently used: Not Set
Response to treatment: [ ] None    [ x ] Some    [ ] Significant    [ ] Marked

**RISK ASSESSMENT:**
Clinician-determined risk level at start of appointment - No risk level set

**MEDICATIONS:**
Current side effects: none
Current response: doesn't feel any changes
Allergies were reviewed as indicated. Allergic to cats and dogs

**OBJECTIVE (O):**

**MENTAL STATUS EXAM:**
Appearance: well-kept
Behavior/Orientation: x4, appropriate
Abnormal Movements: trichotillomania-back of hair picking- 25% of waking hours
Rapport: appropriate
Speech: non pressured
Mood: grumpy per report, but presents pleasant
Affect: full ranging
Thought Process: clear, direct, oriented
Thought Content: non delusional
Judgment: good
Insight:good
Impulsivity: none impulse- hx of ETOH
Cognition: Average
Fund of Knowledge: well

**OTHER OBJECTIVE FINDINGS/LAB RESULTS:**

**ASSESSMENT (A):**

**DIAGNOSIS:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 227**

AR 0270

**Medical Record**
Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538      Created: 30 Oct 2017

anxiety d/o
**SAFETY RISK:**
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and
has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

**LEARNING/NEEDS ASSESSMENT:**
Patient would like the following information at this appointment: none

**PLAN (P):**

Patient was educated about and stated understanding of the diagnosis and treatment options. Patient
collaborated on and agreed to the following treatment plan:
High Interest Case? No

Setting: [x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs: [x ] CBC   [ x ] LFTs   [ x ] TSH   [x ] Chem 8   [ ] Lipids
[x ] Fasting Glucose   [x ] HCG   [x ] UDS   [ x ] Vit B12   [ ] _____

Safety Plan:
Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek
emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1: anxiety
Goal: reduction
Objective: sxs reduction by 20% next BHDP screening
Intervention: TMS
Measure: GAD score 20 9/13/17 indicating severe anxiety
Progress: to be determined sm recently started TMS anxiety treatment on 9/13/17

Problem #2: depression
Goal: reduction
Objective: sxs reduction by 20% next BHDP screening
Intervention: medication increase Effexor 150 mg to 225 mg on 9/6/17
Measure:PHQ9 severe 21 depression score
Progress: sm reports increase severity due to circumstantial due to command stress

Therapy Type: CBT, DBT

Planned Frequency:
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [x ] good insight/judgment, [x ] a desire to resolve their disorder, [x ] verbal agreement to the treatment
plan

Medication:
Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 228**

AR 0271

**Medical Record**
Anderson, Daniel Dennis    DOB:  1985 SSN: ***-**-    DoD ID: 1286180538    Created: 30 Oct 2017

alternatives of below medication plan with patient who stated understanding and agreement with plan. Patient told to abstain from ETOH, drugs of abuse, and OTC remedies. If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.
Patient reports taking medications as prescribed: Yes/No
Patient reports following changes in medication:

MED          SIG      Target Dose      Target Symptoms
Effexor XR 225 mg daily , for depression and anxiety treatment
Rozerem 8 mg qhs for sleep –sm has not started medication yet
Naltrexone 50 mg daily- prevent ETOH cravings

Other Interventions (Social, Occupational, Case Management): recreation therapy referral entered 9/13/17

Prognosis:
[ ] Excellent    [ ] Good    [ ] Fair    [ x ] Guarded    [ ] Poor

Follow-up: PSYCHIATRY/WRNMMC        KEMEZIS,PAT 26Sep2017@1000  GRP/90      PENDING

PSYCHIATRY BE/WRNMMC        PAUL,SHERIN 27Sep2017@1000  FTR/60
PSYCHIATRY BE/WRNMMC        TOBAR,EDEN  27Sep2017@1100  FTR/30
Sm scheduled to be discharged from PCS 9/21, will continue to present for TMS only

Referrals: recreation therapy, TMS

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile:
**SM in process of MEB**
Is Service Member able to carry and fire weapon, from a Behavioral Health perspective (safety)? **No**
Is Service Member able to have access to sensitive information (to the level of current clearance)? **Yes**
Is Service Member able to deploy? **No**
Can Service Member perform MOS duties? **No**

A/P Last updated by POURZAND,MIRIAM @ 14 Sep 2017 0951 EDT
**1. Generalized anxiety disorder**
       Procedure(s):        -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1 ADDITIONAL
                            PROVIDER(S): POURZAND,MIRIAM
                            -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1304 EDT
**Released w/o Limitations**
**Follow up:** as needed .

**Signed By DEUTSCH, ANNE MARIE** (Clinical Psychologist, WRAMC) @ 14 Sep 2017 1304

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 14 Sep 2017 0951 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 14 Sep 2017 0951 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE
MARIE @ 13 Sep 2017 1553 EDT.
**1. Major depressive disorder, recurrent, moderate**
       Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 229**

AR 0272

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

## *13 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29615608    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**    Date: **13 Sep 2017 1159 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by POURZAND,MIRIAM @ 13 Sep 2017 1334 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT,
  OCCUPATIONAL, SERVICE
  MEMBER PERIODIC HEALTH
  ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
- MAJOR DEPRESSION RECURRENT
  MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
  ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
  DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 230**

AR 0273

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538      Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 13 Sep 2017 1159 EDT
LST

**S/O Note** Written by SMITH,JESSICA ANN @ 13 Sep 2017 1327 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
    Check in for Afternoon Programming 1230-1430
        5 min Check in at: 1230
        Program Track:
        ( x ) Comprehensive Recovery Program (CRP)
        ( ) Interpersonal Recovery Program (IRP)
        ( ) Trauma Recovery Program (TRP)
        0 Pain level (0-10) 0
    Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
    ) No.

**S/O Note** Written by EARLEY,KERRIE GLYN @ 14 Sep 2017 0635 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Service Dog Training Group 1230-1405 -Facilitated by Kerrie Earley, LCSW; SPC Santiago, behavioral health tech Co-Led by Jen Blessing service dog trainer
    Purpose: This group's intent is to provide a therapeutic opportunity for active hands on involvement in process training dogs in the service dog training program. The group reviews the concept of mindfulness and provides an experiential opportunity to incorporate skills into daily life. In attempt to bridge the gap between information and application, this group provides a practical exercise to apply coping skills in action within a safe supportive environment.
    Group members review concepts of mindfulness practice and considered how those skills may be useful with service dog training as well as in other areas of their lives. Patients were asked to be mindfulness about their own moods, reactions, and behaviors in addition to the dogs. Patients were guided through training exercises, and were given time to pet the dogs and ask questions.  Participation: This patient was very motivated and engaged. He reported a strong connection with dogs and had working knowledge of training. He noted the possibility that it is something he wants to pursue further.
    Next opportunity for art, recreational, and off-unit activities will occur next Wednesday. Service Dog Training group is held twice monthly. No suicidal, homicidal, plan or intent present.

**S/O Note** Written by SMITH,JESSICA ANN @ 14 Sep 2017 0843 EDT
**History of present illness**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 231**

AR 0274

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮ 1985  SSN: ***-**-▮     DoD ID: 1286180538     Created: 30 Oct 2017

The Patient is a 32 year old male.
He reported: Encounter Background Information: Reason for Visit
　　Check out for Afternoon Programming  1230-1430
　　5 min Check out at:1420
　　Plan for Next Day of Programming
　　( x ) Attend IOP Program tomorrow morning
　　( ) Other
　　Disposition: ( x ) Released without limitations.
　　0 Pain level (0-10)  0
　　Psychiatric Exam:
　　Thought Content: ?  Homicidal ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes (x
) No.


**A/P** Last updated by SMITH,JESSICA ANN @ 14 Sep 2017 0844 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


　　　　Procedure(s):　　　　-Psychiatric Therapy Group Interview x 1
　　　　　　　　　　　　　　　　-Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S):
　　　　　　　　　　　　　　　　SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 14 Sep 2017 1327 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS, WRNMMC) @ 14 Sep 2017 1327

CHANGE HISTORY
*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 14 Sep 2017 0844 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 14 Sep 2017 0844 EDT - see above.Previous Version of A/P section was entered/updated by EARLEY,KERRIE
G @ 14 Sep 2017 0636 EDT.
1. **Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently
working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and
relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with
trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication
management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary
movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential
benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0275

# Medical Record

Anderson, Daniel Dennis _____ DOB: ▮▮▮ 1985  SSN: ***-**-▮ _____ DoD ID: 1286180538 _____ Created: 30 Oct 2017

Procedure(s):          -Psychiatric Therapy Group Interview x 1
***The following A/P Note Was Overwritten by EARLEY,KERRIE G @ 14 Sep 2017 0636 EDT:***
The A/P section was last updated by EARLEY,KERRIE G @ 14 Sep 2017 0636 EDT - see above. Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 13 Sep 2017 1334 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

AR 0276

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985  SSN: ***-*1 | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *13 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:     BETH-29615449     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **13 Sep 2017 1100 EDT**
Clinic: **ATS ADULT BE**

Appt Type: **FTR**
Provider: **HANGEMANOLE,DESPINA C**

**Reason for Appointment:**
f/u
**Appointment Comments:**
jbf

Note Written by HANGEMANOLE,DESPINA C @ 13 Sep 2017 1227 EDT
Focus Of Session: Recent Cravings
S) SM reported that he has been having less frequent IBS episodes but reported that when they do happen they are more intense. SM stated that he has been doing the gratitude list as a family text and while sometimes it's difficult to find things to be grateful for it is forcing dialogue with his family. SM reported he's been less successful with his "to do list" goals, but agreed to step back from trying to accomplish one goal a day and try to accomplish 2-3 goals per week instead. SM stated he went to one meetings in the last 3 weeks and found it "ok". SM agreed to continue going to one meeting per week. SM reported he is not sure if PCS is helpful and is not learning many new skills but is finding some self discovery through group discussion. SM reported he has two weeks of groups left and then he will continue getting TMS through PCS for another 2 weeks. SM stated he's been having more cravings and shared that his BH provider may switch him from Naltrexone to Campral. SM stated he's been getting through the cravings by eating and sleeping. He stated his anxiety is also increasing and was able to identify some of the reasons this may be happening. SM reported he had a preliminary sleep study which resulted in a consult to the sleep clinic. SM reported he is hopeful that if his sleep improves his anxiety, cravings and concentration issues may also improve.  SM denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts and behavior were appropriate.
A) SM was cooperative and friendly. SM appears to have significant mental health issues that are being addressed through PCS and BH. SM would benefit from engaging in community recovery. Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social worker next week. SM will work on treatment planning goals as homework.

A/P Last Updated by HANGEMANOLE,DESPINA C @ 13 Sep 2017 1153 EDT
**1. Alcohol dependence, uncomplicated**
Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1

Disposition Last Updated by HANGEMANOLE,DESPINA C @ 13 Sep 2017 1159 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By **HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 13 Sep 2017 1228

| Anderson, Daniel Dennis | DOB: | 1985  SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 234**

AR 0277

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## 13 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.

Encounter ID:       BETH-29608213     Primary Dx:          Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **13 Sep 2017 0752 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**      Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by LANDE,RAYMOND G. @ 13 Sep 2017 1345 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page 235

AR 0278

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3<br>TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 13 Sep 2017 0752 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 13 Sep 2017 1236 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session #2 at none therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.50 minutes. A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 2 with MT level at non-therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review.Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 13 Sep 2017 1341 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:15-13:00).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 2 started at 95% and ended with 120% MT.
**Objective**
Next session was scheduled.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 13 Sep 2017 1344 EDT
**1. Generalized anxiety disorder**

| Anderson, Daniel Dennis | DOB: | 1985 SSN: ***-**-2 | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 236**

AR 0279

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇▇ 1985 | SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Procedure(s):       -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 13 Sep 2017 1345 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 13 Sep 2017 1346

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 13 Sep 2017 1345 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 13 Sep 2017 1345 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 13 Sep 2017 1345 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Anderson, Daniel Dennis       DOB: ▇▇ 1985  SSN: ***-**▇       DoD ID: 1286180538       Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.       **Page 237**

AR 0280

**Medical Record**

| Anderson, Daniel Dennis | DOB: ___ 1985 | SSN: ***-*___ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *13 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29608135    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **13 Sep 2017 0750 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 13 Sep 2017 1006 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 238

AR 0281

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 13 Sep 2017 0750 EDT
IOP

**S/O Note** Written by HART,DANIEL C @ 13 Sep 2017 1111 EDT
**History of present illness**
    The Patient is a 32 year old male.

Core Beliefs
IOP Group: Sensible Thinking: 0900-0950: Group facilitators: Dr. Gholson, Ph.D. Co-facilitators: Dan Hart, M.D., J.T. Cederberg, D.O., and Sam Woodle, MS4
Purpose:  To provide psycho education on cognitive behavioral therapy and application.  Facilitate discussion on how thoughts influence behavior and helpful/unhelpful thinking patterns. Today patients explored understanding and identifying core beliefs. Patients also discussed how core beliefs are related to their automatic thoughts and emotional experiences. Intervention: Discussion of maladaptive and adaptive core beliefs and how to support/challenge them. Participation:  Patient initially stated that he was "indifferent" at the outset of the group but later was attentive throughout psycho education and participated in group discussion - he volunteered to share his core belief and the rest of his worksheet.  No evidence of SI/HI. Next group session is ABCDE Model.
.

**S/O Note** Written by SMITH,JESSICA ANN @ 13 Sep 2017 1317 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-In  at :0750

        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 13 Sep 2017 1321 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-Out  at :1015

AR 0282

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Immediate Future Plans:
( x ) Comprehensive Recovery Program (CRP)  1230-1430
( ) Interpersonal Recovery Program (IRP)  1230-1430
( ) Trauma Recovery Program (TRP)  1230-1430
( ) Attend IOP Program tomorrow morning
( ) Other -
Disposition: (x  )  Released without limitations.
0 Pain level (0-10)  0
Psychiatric Exam:
Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  (x
) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 13 Sep 2017 1325 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:
This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the
morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by GHOLSON,GEORICA K @ 13 Sep 2017 1346 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: IOP Group: Sensible Thinking: 0900-0950: Group facilitators: Dr. Gholson,
Ph.D. Co-facilitators: Dan Hart, M.D., J.T. Cederberg, D.O., and Sam Woodle, MS4
Purpose:  To provide psycho education on cognitive behavioral therapy and application.  Facilitate discussion on how thoughts
influence behavior and helpful/unhelpful thinking patterns. Today patients explored understanding and identifying core beliefs.
Patients also discussed how core beliefs are related to their automatic thoughts and emotional experiences. Intervention: Discussion
of maladaptive and adaptive core beliefs and how to support/challenge them. Participation:  Patient was attentive throughout psycho
education and participated in group discussion.  No evidence of SI/HI. Next group session is 20 September 2017.

**S/O Note** Written by POURZAND,MIRIAM @ 13 Sep 2017 1418 EDT
**History of present illness**
The Patient is a 32 year old male.

<<Note accomplished in the TSWF BH Spec AIM form>>

SUBJECTIVE /NOTE
0945-1010 met with SM for follow up. Sm reports anxiety and depression remains aware Effexor recently increased from 150 to 225
mg daily. Also aware recently started TMS so TMS and effexor should be benefical in sxs reduction but will take some time. Sm
reports sleep problems taking melatonin in the past and somewhat effective. Rozorem 8 mg qhs ordered reviewed administration
and potential side effects. Sm aware to take medication on an empty stomach. Also discussed discharge planning referral entered
for rec therapy as adjunct treatment. Also gave sm list of discharge appts as sm has end date of 9/21/17 will present only for TMS.

FOLLOW UP PLANS

end of the week

.....

.

AR 0283

**Medical Record**

**Physical findings**
**General Appearance:**
　　° Alert. ° Well developed. ° Well nourished. ° In no acute distress.
**Neurological:**
　　° No disorientation was observed - oriented to place, person, time, and situation. ° No hallucinations. ° Memory was
　　　unimpaired - recent and remote memories are intact. ° Judgement was not impaired.
　　Speech: ° Normal - Regular rate, rhythm, tone, volume; non-pressured.
**Psychiatric:**
　　Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
　　Attitude: ° Cooperative.
　　Mood: ° Euthymic.
　　Affect: ° Normal . Full range. stabile, appropriate to situation, normal intensity, congruent with mood.
　　Thought Processes: ° Not impaired - they were linear, logical, and goal directed. ° Attention demonstrated no abnormalities.
　　Thought Content: ° Insight was intact. ° No delusions. ° No suicidal ideation. ° No suicidal plans. ° No suicidal intent. ° No
　　　homicidal ideations. ° No homicidal plans. ° No homicidal intent.


**S/O Note** Written by DEUTSCH,ANNE MARIE @ 13 Sep 2017 1626 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: 0800-0850:  Positive Psychology group, co-facilitated by Dr. Deutsch,
psychologist and SPC Santiago, psychiatric technician  This group is designed to help members learn ways to increase well-being,
meaning, and joy in their lives using research-based methods of positive psychology.   The model used is that developed by Martin
Seligman, using the PERMA acronym:  positive emotion, engagement, relationships, meaning and accomplishment.  Today's group
was a discussion of positive emotion. Members discussed "what constitutes a good life?", then identified positive emotions which
come from each of our senses. This SM  There was no evidence of SI/HI.   Released without limitations to attend 0900 group.
Next Positive Psychology group will meet in one week.


**A/P** Last updated by POURZAND,MIRIAM @ 13 Sep 2017 1423 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

　　　　　　Procedure(s):　　　-Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S):
　　　　　　　　　　　　　　　SMITH,JESSICA ANN
　　　　　　　　　　　　　　　-INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S):
　　　　　　　　　　　　　　　SMITH,JESSICA ANN
　　　　　　　　　　　　　　　-Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
　　　　　　Consult(s):　　　　-Referred To: OCCUPATIONAL THERAPY MTF BE (Routine) Specialty: THERAPY, OCCUPATIONAL
　　　　　　　　　　　　　　　Clinic: OCCUP THERAP BE Provisional Diagnosis: Generalized anxiety disorder

**Disposition** Written by POURZAND,MIRIAM @ 14 Sep 2017 1320 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.　　　　　**Page 241**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

---

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 14 Sep 2017 1321

CHANGE HISTORY
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 13 Sep 2017 1423 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 13 Sep 2017 1423 EDT - see above.Previous Version of A/P section was entered/updated by SMITH,JESSICA ANN @ 13 Sep 2017 1325 EDT.

**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


        Procedure(s):         -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
                                        -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
        Consult(s):           -Referred To: OCCUPATIONAL THERAPY MTF BE (Routine) Specialty: THERAPY, OCCUPATIONAL Clinic: OCCUP THERAP BE
                               Provisional Diagnosis: Generalized anxiety disorder

*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 13 Sep 2017 1322 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 13 Sep 2017 1322 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 13 Sep 2017 1043 EDT.

**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


        Consult(s):           -Referred To: OCCUPATIONAL THERAPY MTF BE (Routine) Specialty: THERAPY, OCCUPATIONAL Clinic: OCCUP THERAP BE
                               Provisional Diagnosis: Generalized anxiety disorder

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page 242

AR 0285

**Medical Record**

Anderson, Daniel Dennis    DOB: ▐ 1985  SSN: ***-** ▐    DoD ID: 1286180538    Created: 30 Oct 2017

*12 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29599553    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **12 Sep 2017 1153 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 13 Sep 2017 1354 EDT
**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 243**

AR 0286

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 12 Sep 2017 1153 EDT
TRP

**S/O Note** Written by VANFOSSEN,MALLORY B @ 12 Sep 2017 1336 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: TEAM A AFTERNOON CHECK IN:
 Pt checked in to afternoon programming at 1150.
 Pt denies SI/HI.
 Pt reports the following appts this afternoon: 1200 TMS. No PM programming.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 12 Sep 2017 1337 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information:
 TEAM A AFTERNOON CHECK OUT:
 Pt checked out from afternoon program at 1300.
 Pt denies SI/HI.
 Pt reports following appts on tomorrow, 13 September: 0900 individual therapy, 1200 TMS.
 Pt will return to program tomorrow at regularly scheduled time.

**A/P** Last Updated by CLOPPER,TAMMY J @ 12 Sep 2017 1306 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 244**

**Medical Record**

condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

**Disposition** Written by POURZAND,MIRIAM @ 13 Sep 2017 1357 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 13 Sep 2017 1357

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0288

**Medical Record**

Anderson, Daniel Dennis·    DOB: ■■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538    Created: 30 Oct 2017

## *12 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29599549    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **12 Sep 2017 1152 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 12 Sep 2017 1339 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5ML | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 12 Sep 2017 1152 EDT
TMS

**S/O Note** Written by GHURANI,SAWSAN @ 12 Sep 2017 1324 EDT
**History of present illness**
      The Patient is a 32 year old male.
A procedural time out was done during which settings and patient was re-identified.
60 minutes.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 1 ended with 95% MT.
.

**S/O Note** Written by BRAGGS,DEBORAH C @ 12 Sep 2017 1349 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears.  SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed. Up/Down 7.5, Side/Side 1, LLC 1.0, MT .94, SOA 30, AP 10.7, Coil +10.
      Procedure: MT 80% up to 95%. TMS Treatment for depression session #1 at non therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 22.04 minutes.  A procedural time out was done during which settings and patient was re-identified.
      PROGRESS IN MEETING GOALS:
      This is session # 1 with MT level at non-therapeutic treatment level for entire session.
      Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**A/P** Last Updated by LANDE,RAYMOND G. @ 12 Sep 2017 1339 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 247**

AR 0290

**Medical Record**

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-██    DoD ID: 1286180538    Created: 30 Oct 2017

**1. Major depressive disorder, recurrent, moderate**
            Procedure(s):            -Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1

**Disposition** Last Updated by LANDE,RAYMOND G. @ 12 Sep 2017 1339 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 13 Sep 2017 0659

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 248**

AR 0291

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *12 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29592059    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**  Date: **12 Sep 2017 0755 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**  Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 13 Sep 2017 1350 EDT
**Problems**                                                       **Allergies**
•Generalized anxiety disorder F41.1                                •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 249**

AR 0292

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 12 Sep 2017 0755 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 12 Sep 2017 0935 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:  HCPCS CODE S9480:
    INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by DONKIN,LAURA G @ 12 Sep 2017 1117 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Individual Note.  SW met with SM for individual 1:1 session from 0900-1000. SM presented in positive mood.  SM started off discussing his future career, as he has been pondering this.  He feels that his current job with NSA in IT has been  very stressful and wonders whether the financial benefit is worth the anxiety.  SM said that he loves to cook and wonders if that can be turned into a career.  This SW pointed out that a career in computers does not necessarily mean that it will be stressful and that SM is very talented in this field.  SM replied that this is true and will give this some more thought.  SM said that he will be starting VA medical appointments in about a week for his medical board.  We explored the current state of his anxiety and depression.  SM is to start TMS treatments for anxiety today at noon.  SM said that he has learned some new things about himself while in groups and gave some examples.  He mentioned that he talked with estranged sister last Friday and told her that he would like to meet with her and talk about  his sexual molestation of her whn they were adolescents.  SM reported that sister said that she is open to discussion and moving forward.  SM is to think about what he would like to focus on in therapy for his final week at PCS.  We will meet again on Friday.  No SI/HI plan or intent present.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 12 Sep 2017 1210 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Distress Tolerance Group, (1000-1050). Facilitated by Ms. Helen Lowenstein,
    LCSW and  SPC Santiago. Purpose:  To teach patients skills to identify potential distressing events and to teach them to manage negative emotions/negative experiences without exacerbation of a perceived crisis. Patients will also be encouraged to become aware of ways they escape severe emotional pain through destructive behaviors and/or relationships. Time will also be spent helping patients learn to tolerate the distress.
    Topic:  Self soothing skills ways to incorporate old and new coping patterns for healthier outcomes.  First hand out provided

AR 0293

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

was Self Soothing Comforting yourself through the five senses and it listed the five as Touch, Hear, See, Taste, & Smell. The 2nd hand out provided was the Road to a Life Worth Living. One side of the pyramid was the problems, and things to decrease, the other side DBT skills and increase. These hand outs sparked lively discussions on ways to incorporate and adopt healthy coping skills in distressing situations.
    PARTICIPATION: Pt was an quiet throughout most of the group, however, shared he uses coffee as his go to coping skill because of the taste and smell and food at times especially love of pizza helps him when in distress to calm down. No evidence of SI/HI. Next group to meet 09/19/17 at 1000.


**S/O Note** Written by HARDY,MARGARET L @ 12 Sep 2017 1216 EDT
**Therapy**
Intervention This Appointment - Group Therapy.
Intervention This Appointment - Dialectical Behavior therapy (DBT)- emotion regulation.


**S/O Note** Written by VANFOSSEN,MALLORY B @ 12 Sep 2017 1328 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A MORNING CHECK IN:
    Pt checked in to morning programming at 0800.
    Pt denies SI/HI.
    Pt reports following appts this morning: 0900 individual therapy, 1200 TMS, No PM program today.


**S/O Note** Written by VANFOSSEN,MALLORY B @ 12 Sep 2017 1329 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A MORNING CHECK OUT:
    Pt checked out from morning programming at 1055
    Pt denies SI/HI.
    Pt will return after lunch.


**A/P** Last updated by DONKIN,LAURA G @ 12 Sep 2017 1127 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


        Procedure(s):        -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                             -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by POURZAND,MIRIAM @ 13 Sep 2017 1351 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 251**

**Medical Record**

Anderson, Daniel Dennis       DOB: ▇▇ 1985  SSN: ***-**-▇       DoD ID: 1286180538       Created: 30 Oct 2017

120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS, WRNMMC) @ 13 Sep 2017 1351

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 12 Sep 2017 1127 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 12 Sep 2017 1127 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 12 Sep 2017 0935 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):              -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 12 Sep 2017 0935 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 12 Sep 2017 0935 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 12 Sep 2017 0757 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

AR 0295

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

## *11 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29582912    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **11 Sep 2017 1133 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

AutoCites Refreshed by POURZAND,MIRIAM @ 12 Sep 2017 1114 EDT
**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 253**

**Medical Record**

Anderson, Daniel Dennis    DOB:    1985 SSN: ***-**-    DoD ID: 1286180538    Created: 30 Oct 2017

| Medication | Status | Instructions | | Date |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 11 Sep 2017 1133 EDT
CRP

**S/O Note** Written by GHOLSON,GEORICA K @ 11 Sep 2017 1341 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: EXPLORATION OF STIGMA @1230-1320
        Facilitators: Georica Gholson, PhD, psychologist and Tammy Buford, psychiatric clinical nurse.
        PURPOSE: The purpose of this group is to help patients gain an understanding about mental health stigma. Additionally, the group discusses mental health stigma within the military, their family and friends and in other settings. Also, the group learns about myths and facts related to mental health disorders.
        TOPIC: Group discussion centered on internalized mental health stigma. Group members took a quiz to determine the degree of the own internalized mental health stigma. Group discussed thoughts and beliefs they held about their diagnosis as well as ideas that they disagreed with.
        PARTICIPATION: SM arrived late to group due to a previous appointment. However, he was actively engaged and offered insightul commentary and suggestions to other group members. Also, SM shared a video on depression with the group
        that he said helped him explain his mental illness to those around him. No evidence of SI/HI. Next group session is 25 September 2017.

**S/O Note** Written by DONKIN,LAURA G @ 11 Sep 2017 1518 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information:
                Reason for Visit
        Check in for Afternoon Programming 1230-1430
                5 min Check in at:1135
                Program Track:
                ( x ) Comprehensive Recovery Program (CRP)
                ( ) Interpersonal Recovery Program (IRP)
                ( ) Trauma Recovery Program (TRP)
                        ( ) Leisure Skills Training (LST)
                0 Pain level (0-10)
        Psychiatric Exam:
                Thought Content: ?  Homicidal Ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes ( x) No.

**S/O Note** Written by DONKIN,LAURA G @ 11 Sep 2017 1520 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 254**

**Medical Record**

Anderson, Daniel Dennis     DOB:░░ 1985  SSN: ***-**-░     DoD ID: 1286180538     Created: 30 Oct 2017

**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: Reason for Visit
Check out for Afternoon Programming  1230-1430
5 min Check out at:1400
Plan for Next Day of Programming
( x ) Attend IOP Program tomorrow morning
( ) Other
Disposition: ( x ) Released without limitations.
0 Pain level (0-10)
Psychiatric Exam:
Thought Content: ? Homicidal ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes  (x ) No.


**A/P** Last updated by POURZAND,MIRIAM @ 12 Sep 2017 1114 EDT
**1. Major depressive disorder, recurrent, moderate**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):          -Psychiatric Therapy Group Interview x 1
                       -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2


**Disposition** Written by POURZAND,MIRIAM @ 12 Sep 2017 1114 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS,  WRNMMC) @ 12 Sep 2017 1117

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 12 Sep 2017 1114 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 12 Sep 2017 1114 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 11 Sep 2017 1521 EDT.
**1. Major depressive disorder, recurrent, moderate**
         Procedure(s):          -Psychiatric Therapy Group Interview x 1
                                -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 11 Sep 2017 1521 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 11 Sep 2017 1521 EDT - see above.Previous Version of A/P section was entered/updated by GHOLSON,GEORICA K @ 11 Sep 2017 1343 EDT.
**1. Major depressive disorder, recurrent, moderate**
         Procedure(s):          -Psychiatric Therapy Group Interview x 1

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985  SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## 11 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM

Encounter ID:      BETH-29577207      Primary Dx:      Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **11 Sep 2017 0842 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**       Clinic: **PSYCH DAY HOSP BE**       Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by POURZAND,MIRIAM @ 12 Sep 2017 1107 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

Anderson, Daniel Dennis      DOB:      1985  SSN: ***-**-      DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 256**

AR 0299

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 11 Sep 2017 0842 EDT
IOP

**S/O Note** Written by DONKIN,LAURA G @ 11 Sep 2017 1032 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:  HCPCS CODE S9480:
        INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning. The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 11 Sep 2017 1033 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: COMMON CONCERNS GROUP -"  "0900-0950" Facilitators:  This group was co-led by Ms. Lowenstein, LCSW and Ms. Delacie Gardiner.
        PURPOSE:  The purpose of this group is to allow group members to identify and process common emotional states and how to cope with states using various CPT/DBT techniques. Group members will discuss topics such as anxiety, depression, insomnia, grief, anger, etc, and connect with each other on an emotional level with other group members.  This group consists of all three IOP tracks:  IRP, CRP, TRP.
        TOPIC:  Conflict Resolution Tips. Patients were provided a hand out with 12 conflict resolution tips. Each tip was identified and explained in the hand out.  Patients were asked to discuss the steps and how they can adopt healthier skills with conflict. This opened up a lively discussion on different ways to handle conflict resolution in a more constructive way.
        PARTICPATION:  This group is co-led by two providers to address the high acuity of the group members and to have a staff member available should a group member become triggered in the group. This also allows for the other staff member to monitor behaviors and participation attentively. SM was quiet throughout the group. SM appeared to be listening as evidenced by head nodding, and direct eye contact. No evidence of S/I or H/I. Next group scheduled for 09/18/17 at 0900.

**S/O Note** Written by CLOPPER,TAMMY J @ 11 Sep 2017 1057 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Seeking Safety Group: "Taking Good Care of Yourself" 0800-0850 Facilitators: Dr. Gragnani and Tammy Buford, RN.
        PURPOSE: The purpose of this group is based on five central ideas (1) safety as the priority of this first-stage-treatment (2) integrated treatment of PTSD and substance abuse (3) a focus on ideals (4) four content areas: cognitive, behavioral, interpersonal, and case management and (5) attention to the therapist processes.

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 257**

AR 0300

**Medical Record**

Anderson, Daniel Dennis     DOB:█████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

    TOPIC: This group focused on "Taking Good Care of Yourself" in which patients were asked to evaluate whether they are taking good care of themselves. Patients filled out the questionnaire and discussed their answers.
    PARTICIPATION: SM attended group, was attentive to facilitators and participated in group discussion. SM reports feeling grumpy d/t being late this morning from 3 car accidents on the way to programming. States his weekend was ok, stating he went to a friend's house and watched a movie and had dinner. States on Sunday he had to go to the VA for an appointment then went on a date. States he also talked to his family. No evidence of SI/HI. Next group 18Sept2017.


**S/O Note** Written by DEUTSCH,ANNE MARIE @ 11 Sep 2017 1130 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 1000-1100:  Sleep Improvement Group in IOP.  Group led by Dr. Deutsch, psychologist.  This was the first session of the 4-week sleep improvement series, which meets to address insomnia  and nightmares from a CBT-I perspective.  Members were introduced to the topic of sleep as a whole, and were given a National Sleep Foundation quiz on their knowledge about sleep.  Patients were given handouts on sleep architecture and sleep hygiene.  A lively discussion ensued re: the relationship between dreams and anxiety.  This SM was attentive and well-engaged throughout.  No evidence of SI/HI.  Next sleep improvement group will meet in one  week.


**S/O Note** Written by DONKIN,LAURA G @ 11 Sep 2017 1147 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-In  at :0805

        0 Pain level (0-10)
        Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes  ( x ) No.


**S/O Note** Written by DONKIN,LAURA G @ 11 Sep 2017 1147 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-Out  at : 1055

        Immediate Future Plans:
        ( x ) Comprehensive Recovery Program (CRP)  1230-1430
        ( ) Interpersonal Recovery Program (IRP)  1230-1430
        ( ) Trauma Recovery Program (TRP)  1230-1430
        ( ) Attend IOP Program tomorrow morning
        ( ) Other -
        Disposition: ( x )  Released without limitations.
        0 Pain level (0-10)
        Psychiatric Exam:
        Thought Content: ?  Homicidal ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes  ( x ) No.


**A/P** Last updated by DONKIN,LAURA G @ 11 Sep 2017 1149 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 258**

AR 0301

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
                     -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Written by POURZAND,MIRIAM @ 12 Sep 2017 1112 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS, WRNMMC) @ 12 Sep 2017 1112

CHANGE HISTORY
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 11 Sep 2017 1149 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 11 Sep 2017 1149 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 11 Sep 2017 1104 EDT.
1. Generalized anxiety disorder: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs. duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

--> Unassociated Orders, Procedures and Injuries/Accidents <--
INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
*The following A/P Note Was Overwritten by CLOPPER,TAMMY J @ 11 Sep 2017 1104 EDT:*
The A/P section was last updated by CLOPPER,TAMMY J @ 11 Sep 2017 1104 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 11 Sep 2017 1033 EDT.
1. Major depressive disorder, recurrent, moderate
       Procedure(s):        -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.           **Page 259**

AR 0302

**Medical Record**

Anderson, Daniel Dennis       DOB:▮ 1985  SSN: ***-**▮       DoD ID: 1286180538       Created: 30 Oct 2017

*08 Sep 2017 at WRNMMC, Psych Day Hosp Be by GRAGNANI, CYNTHIA T*

Encounter ID:       BETH-29568630       Primary Dx:       Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **08 Sep 2017 1243 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **GRAGNANI,CYNTHIA**
**THERESA**

**Reason for Appointment:**Written by CLOPPER,TAMMY J @ 08 Sep 2017 1243 EDT
CES
**Appointment Comments:** Written by CLOPPER,TAMMY J @ 08 Sep 2017 1243 EDT
TB

**S/O Note** Written by CLOPPER,TAMMY J @ 08 Sep 2017 1244 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Purpose: Alpha Stim Therapy 1000-1030 Registered Nurse met with the patient today for a follow-up Alpha-Stim session. The Alpha-Stim device was sought as an alternative therapy to target anxiety, depression, and insomnia. The patient was given directions about completing the Alpha-stim session. Before the initiation of the protocol the patient reported that he slept 7 hours interrupted sleep last. The intensity was adjusted from 0 uA to 4.0 uA.  After completion of the session, pt denied side effects (i.e. dizziness, headache). The patient was asked to monitor the amount and quality of his symptoms that night and report on his progress the following day.  The patient was scheduled for a follow-up appointment Monday.

**A/P** Last Updated by CLOPPER,TAMMY J @ 08 Sep 2017 1245 EDT
**1. Generalized anxiety disorder**
    Procedure(s):    -Psych Ther Indiv Psychophysiological W/ Biofeedback Approx 30 Minutes x 1 ADDITIONAL
        PROVIDER(S): CLOPPER,TAMMY J

**Disposition** Written by GRAGNANI,CYNTHIA T @ 08 Sep 2017 1455 EDT
**Released w/o Limitations**
**Follow up:** with PCM.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  GRAGNANI, CYNTHIA T** (Physician) @ 08 Sep 2017 1455

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.       **Page 260**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *08 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29567981    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **08 Sep 2017 1202 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 11 Sep 2017 0817 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

AR 0304

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓▓ 1985  SSN: ***-**-▓▓     DoD ID: 1286180538     Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 08 Sep 2017 1202 EDT
CRP

**S/O Note** Written by CLOPPER,TAMMY J @ 08 Sep 2017 1248 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Check IN PM - Intensive Outpatient Program (IOP) Team A

        Check- In Time: 1202
        Afternoon Track: CRP
        Appointments Reported this afternoon: None
        Pain level Reported (0-10): Denies
        Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.

**S/O Note** Written by CLOPPER,TAMMY J @ 08 Sep 2017 1412 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Check OUT PM - Intensive Outpatient Program (IOP) Team A

        CHECKOUT TIME: 1403
        Afternoon Track: CRP
        Appointments Reported for Monday: None
        Pain level Reported (0-10): Denies
        Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.

**S/O Note** Written by MILLER,PENNY E @ 08 Sep 2017 1447 EDT
**Reason for Visit**
    Visit for: (1230-1400) Comprehensive Recovery Program- Recreation Therapy- Facilitators: This writer Penny Miller, recreation therapist, Narcedalia Pratt, social worker and Jessica Shipman, WRNMMC Hospital Recreational Arts Coordinator.
    Purpose: This session provided the patients with the opportunity to be creative, self-reflect  and apply safe coping skills.
    Activity: Patients were introduced to the activity of "Japanese Book Binding". Patients were provided with step-by step instruction in order to complete the process. Steps for book making consisted of cutting, folding, and prepping pages, clamping materials and piercing holes with an awl, and weaving binding thread through to secure pages. Patients were provided with tools, materials, and instructions, and were then given time to independently work. When finished, pts were given the opportunity to share their book with the group and discuss their experience, as well as coping skills used during the process. Patients were encouraged to think about how they can transfer the skills used during the session into their daily lives.
    Participation: This patient was actively involved in the book making process.  Patient used creative abilities to express thoughts

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 262**

**Medical Record**

Anderson, Daniel Dennis     DOB:■■ 1985  SSN: ***-**■■     DoD ID: 1286180538     Created: 30 Oct 2017

and emotions in a new way. Patient was focused and concentrated and completed the process. Next Comprehensive Recovery Program, Recreation Therapy session is scheduled for Friday September 22, 2017.

**S/O Note** Written by PRATT,NARCEDALIA @ 08 Sep 2017 1459 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Comprehensive Recovery Program- Recreation Therapy (1230-1400) - Staff present: Penny Miller, recreation therapist, Narcedalia Pratt, social worker and Jessica Shipman, WRNMMC Hospital Recreational Arts Coordinator.
    Purpose: This session provided the SM with the opportunity to practice creativity and utilize a new outlet for expression.
    Activity: "Japanese Book Binding". This writer served as co-facilitator of this group, checking on reactions of individual members, following up with members who showed distress or confusion, and checking for safety with members who leave the room.
    Participation: SM participated in the book making activity. SM used creative abilities to express thoughts and emotions in a new way.
    There was no indication of SI/HI present. The next group session will be held on Friday September 22, 2017.

.

**A/P** Last updated by PRATT,NARCEDALIA @ 08 Sep 2017 1501 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):        -Psychiatric Therapy Group Interview x 1

**Disposition** Written by POURZAND,MIRIAM @ 11 Sep 2017 0817 EDT
**Released w/o Limitations**
**Follow up:** 3 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  POURZAND, MIRIAM (Psychiatric Nurse Practitoner, BHS, WRNMMC) @ 11 Sep 2017 0817

CHANGE HISTORY
*The following A/P Note Was Overwritten by PRATT,NARCEDALIA @ 08 Sep 2017 1501 EDT:*
The A/P section was last updated by PRATT,NARCEDALIA @ 08 Sep 2017 1501 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 08 Sep 2017 1248 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary

Anderson, Daniel Dennis     DOB:■■■ 1985  SSN: ***-**■■     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 263**

**Medical Record**

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 30 Oct 2017

movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 264**

AR 0307

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *08 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29562511    Primary Dx:    Insomnia, unspecified

Patient: **ANDERSON, DANIEL D**          Date: **08 Sep 2017 0807 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**       Clinic: **PSYCH DAY HOSP BE**       Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 08 Sep 2017 0945 EDT
**Problems**                                                              **Allergies**
•Generalized anxiety disorder F41.1                                       •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 08 Sep 2017 0807 EDT
SLEEP ASSESSMENT

**S/O Note** Written by LANDE,RAYMOND G. @ 08 Sep 2017 0946 EDT
**Reason for Visit**
> Visit for: Attending Note:  SM referred for enhanced sleep assessment.
> 45 minutes.

**History of present illness**
> The Patient is a 32 year old male.
> He reported: Sleep This was a valid study. Total Sleep time = 6 hours and 16 minutes. The pApnea/Hypopnea index = 8.3, Mean oxygen saturation = 94, Mean heart rate = 67, Rapid eye movement (REM) % = 17.93, Deep Sleep % = 4.92, Light Sleep % = 77.16 Wake % = 18.33, Sleep latency (minutes) 23, REM latency (minutes) 174, Number of Awakenings = 11, BMI=23.5, The SM had two REM episodes. The SM appeared to awaken from light sleep.

**Objective**
Plan: SM has  screening evidence for mild. breathing problems while asleep.  SM has decreased deep sleep and REM sleep latency.  Consider referral to sleep clinic.

**A/P** Written by LANDE,RAYMOND G. @ 08 Sep 2017 0948 EDT
**1. Insomnia, unspecified**
> Procedure(s):          -Sleep Study Unattended Record: Heart Rate, O2 Sat, Resp Analysis, Sleep Time x 1

**Disposition** Written by LANDE,RAYMOND G. @ 08 Sep 2017 0949 EDT
**Released w/o Limitations**
Follow up:  in the PSYCH DAY HOSP BE clinic.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 08 Sep 2017 0949

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0309

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

## *08 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29562379    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**             Date: **08 Sep 2017 0800 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**         Clinic: **PSYCH DAY HOSP BE**     Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 11 Sep 2017 0806 EDT
**Problems**                                                                    **Allergies**
•Generalized anxiety disorder F41.1                                             •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 267**

AR 0310

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 08 Sep 2017 0800 EDT
IOP

**S/O Note** Written by DONKIN,LAURA G @ 08 Sep 2017 1113 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-In  at :0800

        0 Pain level (0-10)
        Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes  ( x ) No.

**S/O Note** Written by DONKIN,LAURA G @ 08 Sep 2017 1114 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-Out  at :1050

        Immediate Future Plans:
        ( x ) Comprehensive Recovery Program (CRP)  1230-1430
        ( ) Interpersonal Recovery Program (IRP)  1230-1430
        ( ) Trauma Recovery Program (TRP)  1230-1430
        ( ) Attend IOP Program tomorrow morning
        ( ) Other -
        Disposition: ( x )  Released without limitations.
        0 Pain level (0-10)
        Psychiatric Exam:
        Thought Content: ?  Homicidal ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes  ( x ) No.

**S/O Note** Written by DONKIN,LAURA G @ 08 Sep 2017 1246 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Individual Note.  SW met with SM for individual 1:1 session from 0900-0945.
SM presented in positive mood and was talkative throughout session.  SM had just returned from some psychological testing.

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 268**

AR 0311

**Medical Record**

Anderson, Daniel Dennis        DOB:      1985  SSN: ***-**-       DoD ID: 1286180538        Created: 30 Oct 2017

Additional testing for Austism had been requested by this SW. We discussed SM behaviors and whether or not he felt that these behaviors meet the criteria for Autism. SM feels that knowing his diagnosis will be helpful to understand is limitations and to make future plans for his career. In general SM feels that his anxiety has gone down in the past few days. He is not sure if this is due to medications or the lessening of stress, as he is not working. He said that his providers have differing viewpoints on his future in the military. Dr. Paul is advocating for SM to be separated from military but Dr. Tobar would like SM to continue to get more mental health treatment. Dr. Pourzand entered and joined discussion on treatment for about 10 minutes. We also discussed SMs Irritable Bowel Syndrome. SM reported that he has scheduled weekend plans and is pleased that he will not be isolating. We will meet again on Tuesday. No SI/HI plan or intent present.

**S/O Note** Written by SMITH,JESSICA ANN @ 08 Sep 2017 1319 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Innovations Group 20 min group-(SM dispersed into individual innovations )facilitated by:  Ms. Buford, Ms. Braggs, Dr. Pourzand, Mrs. Smith. During this group the SM were given the opportunity to learn about the various types of innovations offered at PCS to include light therapy, Alpha-Stim CES/MET, Brain Computer Interface, MindFlex, MUSE, and temple massager. SM participated in group. SM engaged in individual innovative activity ( see individual encounter in AHLTA) . No indication of distress. No indication of SI/HI. Next group Friday.

**S/O Note** Written by SMITH,JESSICA ANN @ 08 Sep 2017 1517 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES: This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning. The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**A/P** Last updated by SMITH,JESSICA ANN @ 08 Sep 2017 1518 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
                             -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
                             -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S):
                             SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 11 Sep 2017 0806 EDT
**Released w/o Limitations**
**Follow up:** 3 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS, WRNMMC) @ 11 Sep 2017 0807

AR 0312

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

---

**CHANGE HISTORY**

*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 08 Sep 2017 1518 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 08 Sep 2017 1518 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 08 Sep 2017 1256 EDT.

**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


       Procedure(s):       -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
                            -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 08 Sep 2017 1116 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 08 Sep 2017 1116 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 08 Sep 2017 0822 EDT.

**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 270**

AR 0313

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

*08 Sep 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R*

Encounter ID:    BETH-29562639    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL D**    Date: **08 Sep 2017 0800 EDT**    Appt Type: **PROC**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHOLOGY ASSESSMENT**    Provider: BENTON,JIKESHA R
**NATIONAL MILITARY MEDICAL CNTR**    **BE**
Patient Status: **Outpatient**

AutoCites Refreshed by BENTON, JIKESHA R @ 08 Sep 2017 1440 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •paternal aunt's history of reason for visit [use for free text] (Paternal Aunt) | •No Known Allergies |
| •Counseling, unspecified Z71.9 | •not maternal uncle's history of referred here (Maternal Uncle) | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | •family medical history (General FHx) •family history of supplemental HPI [use for free text] (General FHx) | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •no family history of malignant melanoma of the skin (General FHx) | |
| •MAJOR DEPRESSION RECURRENT MODERATE | •family history of father is alive (General FHx) | |
| •ANXIETY DISORDER NOS | •family history of heart disease (General FHx) | |
| •Left ankle joint pain | •family history of cancer (General FHx) | |
| •NEUROTIC EXCORIATION | •family history of mother is alive (General FHx) | |
| •ANKLE SPRAIN LEFT | | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | | |
| •ANOMALIES OF SKIN | •no family history of malignant neoplasm of large intestine (General FHx) | |
| •Abdominal pain | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| •ASTHMA | | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) | |
| •Difficulty breathing (dyspnea) | •paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | | |
| •Removal Of Sutures | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) | |
| •ASTHMA EXTRINSIC | •paternal history of preliminary background HPI [use for free text] (Father) | |
| •ROSACEA | | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | •family history of test conclusions [Use for free text] (General FHx) | |
| •REFRACTIVE ERROR - MYOPIA | •family history of diabetes mellitus (General FHx) | |
| •ALLERGIC RHINITIS | •family history of mental illness (not retardation) (General FHx) | |
| | •family history of the options include referral (General FHx) | |
| | •family history of patient counseling (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease (General FHx) | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING | 3 of 3 | 06 Sep 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 271**

AR 0314

**Medical Record**

| Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538 | | | | Created: 30 Oct 2017 |

| | | #0 RF3 | | |
|---|---|---|---|---|
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**
F/U Testing
**Appointment Comments:**
CAC

**S/O Note** Written by BRYANT,JASMINE RESHAE @ 08 Sep 2017 0846 EDT
**Objective**
Assessment: 2 hours. SM was escorted by writer from PDS lobby to RM 4116 for continued DX testing. Testing was completed 8 DEC 2016. SM was sociable, paranoid, and cooperative during testing AEB asking if he could "get into trouble over testing answers?" SM reported "abusing prescribed medications" in order to "feel high" and stated he was worried about "being honest." SM was redirected and continued with testing. SM stated mood was "anxious, energetic, and content" and his affect was bright and congruent with mood. SM reported 2-3 weeks of increased "anxiety" due to "everyday" triggers. SM reported a "normal" appetite with 1-2 small meal consumption throughout the day. SM reports having chronic IBS and is currently MEDBRD out of the military due to its "discomfort." SM reported a significant weight loss of 12lbs within a 60 day period. SM reports he is reframing from alcohol and it could be his "main contributer" to his recent weight loss. SM reported a "poor" sleep pattern with difficulty staying asleep with a possible sleep disorder. SM reports 6-7 hours of restless sleep per night with a medication aid to "slight" effect and relief. SM reported experiencing sleep paralysis on a "frequent" basis and vivid nightmares about "real life situations." SM denied to clarify. SM is currently awaiting a sleep study with the Sleep Clinic here at Walter Reed. SM reports a 2/10 intestinal pain. SM also has a H/O of headaches/migraines but, did not experience any while testing. SM currently denies any SI/HI/AVH. SM escorted himself back to IOP and was advised to speak with social worker before resuming scheduled activities. Writer informed front desk of SM arrival.
**Tests**
PAI, AQ completed today

Testing completed 8 DEC 16 MMPI-II, MCMI, RISB

.
**Plan**
Limits of confidentiality was explained and understood by SM. Original documentation can be found in BLD 10 7C RM 7131. DX Interview to be scheduled and completed by Dr. Benton.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 272**

AR 0315

**Medical Record**

Anderson, Daniel Dennis____DOB:____1985  SSN: ***-**-2____DoD ID: 1286180538____Created: 30 Oct 2017

A/P Last Updated by BENTON, JIKESHA R @ 08 Sep 2017 1442 EDT
**1. Major depressive disorder, recurrent, moderate**
          Procedure(s):          -Psychologic Testing And Report Administered By Technician x 2

Disposition Last Updated by BENTON, JIKESHA R @ 08 Sep 2017 1442 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  BENTON, JIKESHA R (Physician/Workstation) @ 08 Sep 2017 1442

Note Written by BENTON,JIKESHA R @ 14 Sep 2017 1516 EDT
**(Added after encounter was signed.)**
**Psychological Evaluation Addendum**
### WALTER REED NATIONAL MILITARY MEDICAL CENTER

*8901 Rockville Pike, Bethesda, Maryland  20889-5600*

### DEPARTMENT OF BEHAVIORAL HEALTH CONSULTATION AND EDUCATIONAL SERVICES
### PSYCHODIAGNOSTIC ASSESSMENT SERVICE
### 8901 Wisconsin Ave
### Bethesda, MD  20889

### PSYCHOLOGICAL EVALUATION ADDENDUM

**NAME:** Daniel Anderson (nee Merwin)          **RANK:** PO2
**SSN:**   20/8503                                                  **DATE:** 01AUG17

**IDENTIFYING AND REFERRAL INFORMATION:**  SM is a 31 year old, single, male, Caucasian, AD USN, PO2, Cryptologist. SM was referred by Ms. Laura Donkin, Social Worker, with Psychiatric Continuity Services for diagnostic clarification of Autism and Borderline Personality Disorder.

It should be noted SM received a psychological evaluation conducted by 2LT Hannah Martinez, Doctoral Practicum Student, with PsychoDiagnostic Assessment Services on 02FEB17.  This writer served as a covering supervisor for the psychological evaluation.  SM was referred for the psychological evaluation by Dr. Sherin Paul, Clinical Psychologist, with Adult Outpatient Behavioral Health for diagnostic clarification. The consult indicated SM has a history of undiagnosed Borderline Personality Disorder and Reactive Attachment Disorder. SM's family history is also significant for Bipolar Disorder.

On 08SEP17, SPC Jasmine Bryant administered the Personality Assessment Inventory (PAI) and Autism Spectrum Quotient (AQ).  2LT Hannah Martinez administered the Minnesota Multiphasic Personality Inventory-2nd edition (MMPI-2), Million Clinical Multiaxial Inventory-Third Edition (MCMI-III), and Rotter Incomplete Sentence Blanks (RISB) on 02FEB17.  This writer conducted a collateral interview with Ms. Despina Hangemanole, Social Worker, with Addiction Treatment Services on 13SEP17.  Dr. Benton conducted a collateral phone interview with Dr. Sherin Paul, Clinical Psychologist, with Adult Outpatient Behavioral Health on 14SEP17.

Please refer to AHLTA records and the original psychological evaluation for a comprehensive background history.

**PSYCHOLOGICAL TEST RESULTS:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 273**

AR 0316

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**MMPI-2:** The validity indicators suggested that SM endorsed test items in a manner to cry for help. SM is likely to present with extreme somatic problems or chronic pain and to complain of being physically ill although there may not be an organic basis to his problems. He is anxious, tense, nervous, restless, irritable, dysphoric, brooding, and unhappy. He has a loss of initiative. He reported depressed mood, social withdrawal, and reclusiveness. He is self-conscious in talking with others. Doubts about his abilities are common, as is vacillation and indecision about even minor matters. SM is hypersensitive to criticism.

**MCMI-III:** The validity indicators suggested that SM was being open and honest. SM does not have any close friends, so he tends to remain detached and isolated. There is evidence that SM strongly wishes to be liked and accepted by others on his terms. He is often guarded and experience social situations negatively. SM is apprehensive and nervous in social situation. SM usually avoids relating to others, which forces him to give up the support and affect that the relationship might have brought. Life is experienced as a conflict between taking a risk and accepting the discomfort of forming a relationship or retreating to the unfulfilling safety of isolation.

**PAI:** The results of the PAI were considered invalid. SM consistently endorsed items that portrayed him in an especially negative or pathological manner. The test results involved considerable distortion and does not reflect an inaccurate reflection of SM's psychological functioning.

**AIQ:** The Autism Spectrum Quotient is a questionnaire used to determine the extent to which an adult of normal intelligence has the traits associated with Autism spectrum conditions. A content analysis of the AIQ indicated SM elevated on the measure due to his endorsement of social avoidance; he did not endorse the developmental criteria of Autism and Asperger's Disorder.

**FINDINGS AND CONCLUSIONS:** SM is a 31 year old, single, male, Caucasian, AD USN, PO2, Cryptologist. SM was referred by Ms. Laura Donkin, Social Worker, with Psychiatric Continuity Services for diagnostic clarification of Autism and Borderline Personality Disorder.

Given all available information to include psychometric instruments, chart review, diagnostic interview, and collateral interviews, SM does not have Autism or Asperger's Disorder. SM does have relational apathy or a lack of emotional reciprocity but this is not enough to substantiate the disorder. SM has the ability to cultivate age appropriate friends and relationships. Furthermore, there is no impairment in the use of nonverbal behaviors. There is no impairment in communication particularly selective mutism that is commonly found with these disorders. There is no evidence of inflexible adherence to routines or rituals. He has not demonstrated persistent preoccupation with parts of objects. This writer did not observe repetitive motor mannerisms.    SM's social detachment and emotional numbness could represent a schizoid adjustment, a neurotic reaction, abuse history, or simply a lifestyle preference yet it is not Autism.

There is evidence from testing of Schizoid Personality traits characterized as lack of interest in social relationships, a tendency towards a solitary or sheltered lifestyle, secretiveness, emotional coldness, detachment, and apathy. There is research to support that Schizoid Personality traits are developed due to an insecure attachment in childhood. This is consistent with his prior history of Reactive Attachment Disorder. However, SM grew up in an environment with physical, sexual, and emotional abuse. He was in a household with a father that had an authoritarian parenting style, which contributed to him being overly controlled, unable to express emotions, and living in fear. SM's emotional development is stunted due to the childhood environment he was reared. SM is emotionally immature; emotionally immature people can be extremely challenging to deal with, because their ability to interpret and react to the variety of life's challenges is often impaired. When emotionally immature people do not get their way, they often respond to their circumstances in ways that are irrational. They need to control and this lack of control motivates them to act out. They pout, whine, cry, manipulate, or violate the object of their obsession, all the whilst believing they are entitled to behave this way.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 274**

AR 0317

SM has mood swings, anger outbursts, hyper sexuality, and suicidal ideations/gestures that can be function of his emotional immaturity.  Although these behaviors can be symptoms of Borderline Personality Disorder, psychological test results do not support SM having a personality disorder.   The hallmark feature of Borderline Personality Disorder is the fear abandonment.   SM does not have a fear of abandonment.  SM is introverted, socially withdrawn, and prefers his own company.  Typically, SM cuts people off when they become too close to him.  This seems to be more of a function of his schizoid personality traits and attachment style.  When his personal space is violated, he feels suffocated and desires independence.  It should be noted that like individuals with schizoid personality traits, SM is capable of developing relationships when they are based on his terms.  His terms do not include emotional intimacy.  For example, he desires to connect with his family of origin but with self-imposed boundaries.  Additionally, SM indicated he has a relationship with his neighbors in which he can come and go friendly into their home without demands or expectations.  This is how he desires all of his interpersonal and romantic relationships.  SM is happiest when people place few emotional and intimate demands on him.  It is not people that SM wants to avoid, it is the emotions but since there are no emotionless people it is easier to socially withdraw.

**RISK ASSESSMENT:** SM has a history of suicidal ideation occurring approximately once a month since adulthood. His protective factors include his job, his hobby of creating video games, and wanting to find purpose in his life. SM has low social support, but this does not seem to be a significant stressor. SM does not have a history of attempts and denies access to lethal means. He denied current ideation, plan, or intent. SM is currently assessed at a mild risk for suicide, and should continue to be monitored by his healthcare providers.

**DSM-5 Diagnoses:**
Given the level of information obtained for this assessment, the following DSM-5 diagnoses are warranted:

Other Specified Trauma and Stressor Disorder
Schizoid Personality Traits
Reactive Attachment Disorder – By History

If there is a need for further discuss of this case, please feel free to contact the undersigned at 301.400.0591.

Jikesha Benton, Psy.D.
Clinical Psychologist

Anderson, Daniel Dennis    DOB:      1985  SSN: ***-**-    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 275**

AR 0318

**Medical Record**

## *07 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29555227    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**    Date: **07 Sep 2017 1213 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by POURZAND,MIRIAM @ 08 Sep 2017 1240 EDT

**Problems**                                                  **Allergies**
•Generalized anxiety disorder F41.1                           •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
  OCCUPATIONAL, SERVICE
  MEMBER PERIODIC HEALTH
  ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
•MAJOR DEPRESSION RECURRENT
  MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
  ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
  DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 276**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 07 Sep 2017 1213 EDT
CRP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1238 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 1215  Check in to PCS afternoon program.  SM denied SI/HI.  Will attend afternoon groups.

**S/O Note** Written by DONKIN,LAURA G @ 07 Sep 2017 1414 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 1230-1330. Intensive Sleep Improvement Group for CRP.  Facilitator:  Laura Donkin, LCSW-C. This bi-monthly group is meant to be an adjunct to the morning Sleep Improvement Group.  In this group, members will explore their sleep issues in a more personal and intensive way.   We review topics such as: napping, nightmares and sleep hygiene.  Today we focused on the physiological and mental benefits of sleep.  We discussed sleep hygiene and went around the room asking each group member what they're doing right and how they can improve.  Group members discussed benefits of power napping.  The group unanimously agreed to practice power napping for last 10 minutes of the group.  SM actively contributed to group discussion.      We will meet again on 21 September, 2017 .  No SI/HI plan or intent present.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1447 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 1430  Check out of PCS afternoon program.  SM denied SI/HI.  Tomorrow, 0800 psychological testing.

**S/O Note** Written by GHOLSON,GEORICA K @ 07 Sep 2017 1449 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: COMMUNICATION SKILLS
    FACILITATORS: Dr. Georica Gholson, psychologist and Mrs. Delacie Gardiner, psychiatric technician from 1330-1420.
    Purpose of communication skills group is to explore and discuss components of communication among co-workers, peers, family, and friends, and to use effective communication strategies to enhance and improve relationships.
    Intervention: Discuss and identify aspects of "fighting fair/unfair."  Discuss elements of what constitutes a conflict and which behaviors can escalate a conflict. Additionally, group discussed how "unfair fighting" can become abuse and which behaviors are

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0320

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

considered verbal and emotional abuse. SM participated in group. He discussed how his father's conflict style influenced how he manages arguments. Additionally, he explained that he is passive in arguments and will stockpile. He was able to recognize how stockpiling can damage relationships and expressed how he struggles with confronting others about offenses in the moment

.
No indication of SI/HI.
Next group scheduled for 21 September 2017.

A/P Last updated by GHOLSON,GEORICA K @ 07 Sep 2017 1448 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


          Procedure(s):          -Psychiatric Therapy Individual Approximately 30 Minutes x 2
                                  -Psychiatric Therapy Group Interview x 1

**Disposition** Written by POURZAND,MIRIAM @ 08 Sep 2017 1242 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS, WRNMMC) @ 08 Sep 2017 1242

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 07 Sep 2017 1448 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 07 Sep 2017 1448 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1448 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

          Procedure(s):          -Psychiatric Therapy Individual Approximately 30 Minutes x 2
                                  -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1448 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1448 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 07 Sep 2017 1415 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page 278

AR 0321

**Medical Record**

Anderson, Daniel Dennis      DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 30 Oct 2017

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

          Procedure(s):           -Psychiatric Therapy Individual Approximately 30 Minutes x 1
                                   -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 07 Sep 2017 1415 EDT:*
The A/P section was last updated by DONKIN,LAURA @ 07 Sep 2017 1415 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 07 Sep 2017 1245 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

          Procedure(s):           -Psychiatric Therapy Individual Approximately 30 Minutes x 1
*The following A/P Note Was Overwritten by CLOPPER,TAMMY J @ 07 Sep 2017 1245 EDT:*
The A/P section was last updated by CLOPPER,TAMMY J @ 07 Sep 2017 1245 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1240 EDT.
**1. Generalized anxiety disorder**
          Procedure(s):           -Psychiatric Therapy Individual Approximately 30 Minutes x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 279**

AR 0322

**Medical Record**

Anderson, Daniel Dennis _____ DOB: ■■■ 1985  SSN: ***-*■■■ _____ DoD ID: 1286180538 _____ Created: 30 Oct 2017

## *07 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29546622    Primary Dx:    Insomnia, unspecified

Patient: **ANDERSON, DANIEL D**                  Date: **07 Sep 2017 0649 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**              Clinic: **PSYCH DAY HOSP BE**        Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 07 Sep 2017 0706 EDT

| Problems | Allergies |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

### Active Medications

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THE INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 280**

AR 0323

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-**- | | DoD ID: 1286180538 | | Created: 30 Oct 2017 |
|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 07 Sep 2017 0649 EDT
SLEEP ASSESSMENT

**S/O Note** Written by LANDE,RAYMOND G. @ 07 Sep 2017 0720 EDT
**Reason for Visit**
    Visit for: Attending Note:  SM referred for enhanced sleep assessment.
    45 minutes.
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Sleep SM described sleep as follows. SM goes to bed at 2200 and awakens at 0600. During the night's sleep it takes SM 15 minutes to fall asleep after which SM awakens  2-3 times   " noise, bathroom, dreams".   SM feels "unrested" upon awakening. SM does not snore, does not talk in sleep and has no morning  headaches.    SM last use of alcohol two weeks ago .  SM  uses no nicotine .
    Epworth = 18      PreSleep = 13/17    PIRS = 37.
**Objective**
Plan: SM instructed in proper use of device. Device passed test. SM instructed to return device tomorrow.

**A/P** Written by LANDE,RAYMOND G. @ 07 Sep 2017 0723 EDT
**1. Insomnia, unspecified**
    Procedure(s):           -Sleep Study Unattended Record: Heart Rate, O2 Sat, Resp Analysis, Sleep Time x 1

**Disposition** Written by LANDE,RAYMOND G. @ 07 Sep 2017 0723 EDT
**Released w/o Limitations**
Follow up:  in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 07 Sep 2017 0724

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 281**

AR 0324

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017

## *07 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29546619    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**        Date: **07 Sep 2017 0648 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by POURZAND,MIRIAM @ 08 Sep 2017 0852 EDT
**Problems**                                                                         **Allergies**
•Generalized anxiety disorder F41.1                                                  •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 282**

AR 0325

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 07 Sep 2017 0648 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 07 Sep 2017 0745 EDT
**History of present Illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 0725 Check in to PCS Team A. morning program. SM denied SI/HI. Has 0830 orthodonture appt, which may be short or may be most of the day. He will call and let us know if it lasts more than an hour.

**S/O Note** Written by POURZAND,MIRIAM @ 08 Sep 2017 0857 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Accountability- sm excused for psych testing.

**A/P** Last updated by POURZAND,MIRIAM @ 08 Sep 2017 0900 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

       Procedure(s):       -Psychiatric Therapy Individual Approximately 30 Minutes x 1

AR 0326

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Disposition** Written by POURZAND,MIRIAM @ 08 Sep 2017 0900 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS, WRNMMC) @ 08 Sep 2017 0901

**CHANGE HISTORY**
**The following A/P Note Was Overwritten** by POURZAND,MIRIAM @ 08 Sep 2017 0859 EDT:
The A/P section was last updated by POURZAND,MIRIAM @ 08 Sep 2017 0859 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 07 Sep 2017 1129 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment FL Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


            Procedure(s):            -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES. PER DIEM x 1
**The following S/O Note Was Deleted** by POURZAND,MIRIAM @ 08 Sep 2017 0857 EDT:
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:  HCPCS CODE S9480:
        INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning. The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**The following S/O Note Was Deleted** by POURZAND,MIRIAM @ 08 Sep 2017 0857 EDT:
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: SM called at 0930 to say he will be at orthodontics longer than expected.  He will come to afternoon groups when he is released.

**The following A/P Note Was Overwritten** by DONKIN,LAURA G @ 07 Sep 2017 1129 EDT:
The A/P section was last updated by DONKIN,LAURA G @ 07 Sep 2017 1129 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 07 Sep 2017 1032 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment FL Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 284**

AR 0327

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *06 Sep 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE*

Encounter ID:    BETH-29542585    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **06 Sep 2017 1355 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **DEUTSCH,ANNE MARIE**

AutoCites Refreshed by DEUTSCH,ANNE MARIE @ 06 Sep 2017 1356 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
- not maternal uncle's history of referred here (Maternal Uncle)
- family medical history (General FHx)
- family history of supplemental history [use for free text] (General FHx)
- no family history of malignant melanoma of the skin (General FHx)
- family history of father is alive (General FHx)
- family history of heart disease (General FHx)
- family history of cancer (General FHx)
- family history of mother is alive (General FHx)
- no family history of malignant neoplasm of large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- paternal history of preliminary background HPI [use for free text] (Father)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- no family history of chronic liver disease (General FHx)

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY | 0 of 1 | 06 Sep 2017 |

AR 0328

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | MOUTH EVERY DAY #0 RF1 | | |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by DEUTSCH,ANNE MARIE @ 06 Sep 2017 1355 EDT
Treatment Plan Update/BHDP Team A

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 06 Sep 2017 1356 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Daniel Merwin   29 AUG
    Follow-Up Data Only
    Psychological testing -  Reviewed and  interpreted  psychological tests from BHDP.  These are only one source of data and should be interpreted in the context of the patient's entire presentation.  The BHDP scales are reported and briefly interpreted as follows.
    Behavioral Health Vitals (patient reported):
    Overall health reported as: Good
    Pain Level (0-10): 3            Currently treated: Yes
    Suicidal Ideation Risk - C-SSRS score: 3    Past/Prep Behavior last 3 months: No
    # past attempts as of 09/06/2016: 3
    Most recent Suicidal Ideation: 2-4 weeks ago
    Suicidal Ideation Duration: Fleeting - a few seconds or minutes
    Suicidal Ideation Frequency: Once a week
    Protective Elements Stopping Suicidal Actions:  Family, Fear of failing
    Harm Others Risk over next week as of 8/29/2017 - None   Active Plan: N/A
    Patient with access to weapons: No       ~Recent Outcome Measures (last 30 days)
    BASIS24 - Score: 3.1 - High levels of general distress reported (8/29/2017)
    PHQ9 - Score: 22 - Severe depressive symptoms reported. Evaluation indicated. (8/29/2017)
    GAD7 - Score: 21 - Severe anxiety symptoms reported. Evaluation indicated. (8/29/2017)
    PCL-5 - Score: 65 - Significant PTSD symptoms reported (8/29/2017)
    PCL-C: N/A
    AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP referral (8/29/2017)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 286**

AR 0329

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▐ 1985 | SSN: ***-**-▐ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

CSI: N/A
ISI - Score: 25 - Clinical insomnia (severe) (8/29/2017)
BAM: Risk/Protection/Use (subscales) - Score: 14/16/0 - Moderate-High Protection (8/29/2017)
  TREATMENT PLAN  UPDATE    Treatment team met today to discuss treatment plan for this pt.  Present were Dr. Pourzand,
Ms Smith, Ms. Donkin, Ms. Van Fossen, and Dr. Deutsch.   Medication reconciliation completed per Dr. Pourzand  (see medication
list).  No changes in treatment plan.


**A/P** Last Updated by DEUTSCH,ANNE MARIE @ 06 Sep 2017 1400 EDT
**1. Generalized anxiety disorder**
        Procedure(s):          -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by DEUTSCH,ANNE MARIE @ 06 Sep 2017 1401 EDT
**Released w/o Limitations**
**Follow up:**  as needed .


**Signed By  DEUTSCH, ANNE MARIE** (Clinical Psychologist, WRAMC) @ 06 Sep 2017 1401

AR 0330

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

## *06 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29537684    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **06 Sep 2017 1035 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND, MIRIAM**

AutoCites Refreshed by POURZAND,MIRIAM @ 06 Sep 2017 1223 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
•MAJOR DEPRESSION RECURRENT MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 18 May 2017 |

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 288**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

| Medication | Status | Sig | Refills | Date |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 06 Sep 2017 1035 EDT
LST

**S/O Note** Written by GHOLSON,GEORICA K @ 06 Sep 2017 1515 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: (1230-1430) Life Skills Training- Therapeutic Field Exercise (TFX)"Golf Clinic" Staff: Penny Miller, recreation therapist, PO3 Bryant Seeley, corpsman and Dr. Georica Gholson, psychologist.
Co-facilitator was present to provide support. Co-facilitator ensured the activity and group members were safe, actively participated, and observed and remediated any disruptive behaviors.
Today's TFX consisted of transporting the group to Olney Golf Park, Olney MD for a golf instruction sponsored by Salute Military Golf Association (SMGA). The objective was to provide an opportunity for patients to recreate and  to learn golfing fundamentals in a safe supportive environment. The goals for today's golf clinic were: 1) recreation participation 2) socialization and 3) physical activity. Today was the golf clinic consisted of the provision of lunch (sandwich, cookie, chips and water) , golf equipment and golf instruction from professional PGA golfers and SMGA volunteers. Today patients spent time on the driving range where they learned how to grip the club, and swing for short and long distances. At the end of the session a team building competition was provided, enabling patients to work together to reach a common goal. Post activity a group discussion about the experience they created and coping skills used .
Participation: Pt actively
participated throughout the session. Pt ate lunch with the group and was receptive to golf instruction. 13 patients attended this TFX No suicidal ideation, homicidal ideation, plan or intent noted. Next LST Therapeutic Field Exercise (TFX) is scheduled for Wednesday October 4, 2017.

**S/O Note** Written by SMITH,JESSICA ANN @ 06 Sep 2017 1532 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: Reason for Visit Check in for Afternoon Programming 1230-1430
5 min Check in at:1115
Program Track:

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     Page 289

AR 0332

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017

( x ) Comprehensive Recovery Program (CRP)
( ) Interpersonal Recovery Program (IRP)
( ) Trauma Recovery Program (TRP)
0 Pain level (0-10) 0
Psychiatric Exam:
    Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 06 Sep 2017 1542 EDT
**History of present Illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Afternoon Programming  1230-1430
        5 min Check out at: 1400
        Plan for Next Day of Programming
        x( )  Attend IOP Program tomorrow morning
        ( ) Other
        Disposition: ( x )  Released without limitations.
        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
) No.

**S/O Note** Written by MILLER,PENNY E @ 06 Sep 2017 1759 EDT
**Reason for Visit**
    Visit for: (1230-1430) Life Skills Training- Therapeutic Field Exercise (TFX)"Golf Clinic" Staff: this writer Penny Miller,
recreation therapist, PO3 Bryant Seeley, corpsman and Dr. Georica Gholson, psychologist.
    Objective: To provide an opportunity to recreate and team golfing fundamentals in a safe supportive environment.
    Activity: Today's TFX consisted of transporting the group to Olney Golf Park, Olney MD for a golf instruction sponsored by
Salute Military Golf Association (SMGA). The goals for today's golf clinic were: 1) recreation participation 2) socialization and 3)
physical activity. Today was the golf clinic consisted of the provision of lunch (sandwich, cookie, chips and water) , golf equipment
and golf instruction from professional PGA golfers and SMGA volunteers. Patients spent time on the driving range where they
learned how to grip the club, and swing for short and long distances. At the end of the session a team building competition was
provided, enabling patients to work together to reach a common goal. Post participation this writer Penny Miller, recreation therapist
facilitated a group discussion about the experience created and coping skills applied during the process.
    Participation: Pt actively participated throughout the session. Pt ate lunch with the group, socialized with peers and
demonstrated willingness to be actively involved. 13 patients attended this TFX No suicidal ideation, homicidal ideation, plan or
intent noted.
    The next LST Therapeutic Field Exercise (TFX) planned by this writer Penny Miller, recreation therapist is scheduled for
Wednesday October 4, 2017.

**A/P** Last updated by SMITH,JESSICA ANN @ 06 Sep 2017 1543 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TiS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship issues. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 290**

AR 0333

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-*█    DoD ID: 1286180538    Created: 30 Oct 2017

Procedure(s):    -Psychiatric Therapy Group Interview x 1
-Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S):
SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 07 Sep 2017 1247 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS,  WRNMMC) @ 07 Sep 2017 1247

**CHANGE HISTORY**
*The following S/O Note Was Deleted by MILLER,PENNY E @ 06 Sep 2017 1801 EDT:*
**Reason for Visit**
Visit for: (1230-1430) Life Skills Training- Therapeutic Field Exercise (TFX)"Golf Clinic" Staff: this writer Penny Miller,  recreation therapist, PO3 Bryant Seeley, corpsman
and Dr. Georica Gholson, psychologist.
Objective: To provide an opportunity to recreate and learn golfing fundamentals in a safe supportive environment.
Activity: Today's TFX consisted of transporting the group to Olney Golf Park, Olney MD for a golf instruction sponsored by Salute Military Golf Association (SMGA). The
goals for today's golf clinic were: 1) recreation participation 2) socialization and 3) physical activity. Today was the golf clinic consisted of the provision of lunch (sandwich,
cookie, chips and water) , golf equipment and golf instruction from professional PGA golfers and SMGA volunteers. Patients spent time on the driving range where they learned
how to grip the club, and swing for short and long distances. At the end of the session a team building competition was provided, enabling patients to work together to reach a
common goal. Post participation this writer Penny Miller, recreation therapist facilitated a group discussion about the experience created and coping skills applied during the
process.
Participation: Pt actively participated throughout the session. Pt ate lunch with the group, socialized with peers and demonstrated willingness to be actively involved. 13
patients attended this TFX No suicidal ideation, homicidal ideation, plan or intent noted.
The next LST Therapeutic Field Exercise (TFX) planned by this writer Penny Miller, recreation therapist is scheduled for Wednesday October 4. 2017.

*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 06 Sep 2017 1543 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 06 Sep 2017 1543 EDT - see above.Previous Version of A/P section was entered/updated by
GHOLSON,GEORICA K @ 06 Sep 2017 1515 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently
working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and
relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with
trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


**Competency/Risk:**
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

**Treatment Plan:**
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication
management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary
movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential
benefits, limitations and risks.

Procedure(s):    -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 06 Sep 2017 1515 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 06 Sep 2017 1515 EDT - see above.Previous Version of A/P section was entered/updated by
POURZAND,MIRIAM @ 06 Sep 2017 1224 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently
working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and
relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with
trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


**Competency/Risk:**
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

**Treatment Plan:**
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication
management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary
movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential
benefits, limitations and risks.

AR 0334

**Medical Record**

*06 Sep 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-29535723    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **06 Sep 2017 0930 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by TOBAR,EDEN @ 06 Sep 2017 0949 EDT

Allergies
•No Known Allergies

**Vitals**
No Vitals Found.

**Appointment Comments:**
ett/phq9/gad7

Note Written by TOBAR,EDEN @ 06 Sep 2017 1135 EDT

**Followup Note**

Patient: Daniel Merwin    Gender:  M
DOB: ████ 1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #12
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy    Rank:    MOS: CTN    TIS: 11 yrs
UIC:    Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No    # Deployments: 1   Months Deployed: 36
WTU: No    MEB: No    AdmSep: No
Special Clearance: Yes    Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes    Work Colleague Problems: No
Anger Problems: Yes    Spouse/Sig Other Problems: No
Legal Problems: No    Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0    Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 – None    Active Plan: N/A

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 292**

AR 0335

**Medical Record**

Anderson, Daniel Dennis     DOB: ■■■ 1985  SSN: ***-**-■     DoD ID: 1286180538     Created: 30 Oct 2017

Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up appt. We last met four weeks ago, at which time pt was waiting to find out if his command would allow him to attend IOP. Since that time he was accepted into the program and started it last week. He has been feeling more depressed and anxious and says his phq9 and gad7 scores are higher today because he is answering the questions more honestly now. He has felt increasingly upset with his command as he finds them very unsupportive. He cites as examples that they tried to separate him for his ATS enrollment, calling it a treatment failure even though he self-referred. His ATS counselor contacted his command to intervene. He also states there was an 'all-hands' meeting about him in which the reasons his clearance were revoked and other topics were discussed per pt in front of 150 service members without his knowledge, supposedly to minimize gossip about him. WE discussed these episodes as triggers for his increased depression and anxiety symptoms. HE states his MEB referral for IBS was accepted, which he is pleased about. He is not sure if Effexor xr is helpful. He still has cravings to drink despite taking naltrexone and feels tired all the time. He has a sleep study coming up. He has cut out all caffeine and has been having headaches, about which I encouraged him to speak to his PCM. HE states he has a number of medical conditions he wants documented in his chart for his medical board. He admits he had a thought over the weekend of jumping off a building while sitting on the toilet but denies intent to act.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings. He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but but finds it stressful juggling his collateral duties. He reports picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out. He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship. He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times. He doesn't like being touched. He finds when he dates someone he experiences no empathy for them, or becomes easily irritable. He states he has been dating someone for three months and would like to break up with them. He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.' He doesn't recall dreaming. He enjoys painting, making bread, and cooking. He also loves programming and says he can say up for days working on this as he has a side business doing this. He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work. He feels guilty when he gets angry. He has had suicidal thoughts throughout his life. The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 293**

AR 0336

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL. Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min                           Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18
19JUL17 phq9= 20 (#9=1); gad7= 18
27JUL17 phq9= 16 (#9=0); gad7= 16
09AUG17 phq9= 15 (#9=0); gad7= 16
06SEP17 phq9= 19 (#9=1); gad7= 19

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                              Yes
Over lifetime, Suicidal Thoughts?                                            Yes
Over lifetime, Suicidal Thoughts with Method?          Yes
Over lifetime, Suicidal Intent?                                              Yes
Over lifetime, Suicide Intent with Specific Plan?       Yes
Over lifetime, Suicide Behavior?                               Yes        Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                  1-3 months ago
Suicidal Thoughts Duration?                                              Less than 1 hour
Suicidal Thought Frequency?                                              Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                         [ ] History of family/friend suicide
[ ] Chronic medical conditions         [ x ] Impulsivity
[x ] History of abuse                        [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                          [x ] Active treatment engagement
[ ] Good coping/problem solving skills    [x ] Hopefulness present
[ ] Faith/religion commitment            [ ] Positive future orientation

**Allergies:**nkda

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 294**

**Medical Record**

**Medications:**
VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL  TAKE ONE CAPSULE WITH ONE 150 MG
CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING  3          Ordered  06 Sep
2017@0001
NALTREXONE HCL, 50 MG, TABLET, ORAL        TAKE ONE TABLET BY MOUTH EVERY DAY        0          Refill
VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL        TAKE ONE CAPSULE BY MOUTH EVERY
DAY      0        Active       06 Sep 2017@0001
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL  TAKE 2 BY MOUTH EVERY DAY        2          Active
Chlorhexidine Gluconate 0.12%, Solution, Oral        RINSE BY MOUTH ONE TIME PER DAY FOR 14
DAYS.      0        Active       09 Aug 2017@0001
PROBIOTIC (VSL#3) DS--PO PACK        TAKE ONE PACKET BY MOUTH EVERY DAY        1
          Active       06 Jun 2017@0001
SIMETHICONE, 80 MG, TAB CHEW, ORAL          CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY
AS NEEDED FOR GAS        2        Active       18 May 2017@0001
HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL        DISSOLVE 1 TABLET UNDER
TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN        3          Active
          10 May 2017@0001
Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral        TAKE ONE SCOOP EVERY DAY MIXED
IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY  3          Active     10 May
2017@0001

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin
Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and
Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol
and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost
custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes          Cups/Day Equivalent: 4
Tobacco/e-cigs: none          PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine
per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were
divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt
states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive
to them, however.

AR 0338

**Medical Record**

Anderson, Daniel Dennis      DOB:      1985  SSN: ***-**-      DoD ID: 1286180538 _____ Created: 30 Oct 2017 ___

Patient admits ever being physically, sexually or emotionally abused. Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in casual clothing.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:fair
Speech:talkative
Mood:dysphoric
Affect:full
Thought Process: circumstantial
Thought Content: denies current suicidal intent/HI/AVH
Judgment: fair
Insight:fair
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | | 04 Jan 2017 1232 | Units | | Ref Rng |
|---|---|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | | U/L | (10.0-71.0) | |

| Hepatic Function Panel | Site/Specimen | | 04 Jan 2017 1232 | Units | | Ref Rng |
|---|---|---|---|---|---|---|
| Albumin   SERUM | 4.9 | g/dL | (3.5-5.2) | | | |
| Alkaline Phosphatase | SERUM | 58 | U/L | (40-129) | | |
| Alanine Aminotransferase | SERUM | 34 | U/L | (0-41) | | |
| Aspartate Aminotransferase | SERUM | 24 | U/L | (0-40) | | |
| Bilirubin   SERUM | 0.3 | mg/dL | (0.15-1.2) | | | |
| Bilirubin Direct | SERUM | <0.2 | mg/dL | (0.0-0.3) | | |
| Protein   SERUM | 7.6 | g/dL | (6.6-8.7) | | | |

| Basic Metabolic Panel | Site/Specimen | | 22 Jun 2016 1240 | Units | | Ref Rng |
|---|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | | |
| Chloride   SERUM | 98 | mmol/L | (98-107) | | | |

Anderson, Daniel Dennis      DOB:      1985  SSN: ***-**-      DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 296**

AR 0339

**Medical Record**

Anderson, Daniel Dennis     DOB:███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

| | | | | | |
|---|---|---|---|---|---|
| CreatinineSERUM | 1.00 | mg/dL | (0.7-1.2) | | |
| Glucose  SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium  SERUM | 139 | mmol/L | (136-145) | | |
| Calcium  SERUM | 10.1 | mg/dL | (8.6-10.2) | | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | | SERUM | 99.8 | mL/min | (60->=60) |
| GFR Calculated Black | | SERUM | 115.4 <i> | mL/min | (60->=60) |

| CBC W/Diff | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | | (12.8-17.7) | |
| Hematocrit | BLOOD | 44.4 | % | | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | | (162-427) | |
| MPV | BLOOD | 9.0 | fL | | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | | (0.3-7.1) | |
| Basophils BLOOD | 0.4 | % | | (0.2-1.2) | | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | (Negative) | |
| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 |

| HIV-1/O/2 Ab | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin  SERUM | 4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin  SERUM | 0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |

AR 0340

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | | |
|---|---|---|---|---|---|
| Calcium  SERUM | 9.7 | mg/dL | (8.6-10.2) | | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride  SERUM | 98 | mmol/L | (98-107) | | |
| CreatinineSERUM | 0.96 | mg/dL | (0.7-1.2) | | |
| Glucose  SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein  SERUM | 7.6 | g/dL | (6.6-8.7) | | |
| Sodium  SERUM | 141 | mmol/L | (136-145) | | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | | SERUM | 20 | U/L | (0-40) |

| | | | | | |
|---|---|---|---|---|---|
| ETG/ETS, UA (250 Cut-Off) | | Site/Specimen | | 02 Feb 2016 1406   Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative <i> | | ng/mL    Cutoff=250 | |

| | | | | | |
|---|---|---|---|---|---|
| Drug Abuse Screen | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) | |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) | |
| Cocaine  URINE | NEGATIVE <i> | | (Negative) | | |
| Opiates  URINE | NEGATIVE <i> | | (Negative) | | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) | |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) | |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) | |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) | |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**

Generalized Anxiety Disorder per psychologic testing; MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**

Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ]_____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will continue medication

AR 0341

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

Intervention: increase Effexor to 225 mg po qam, as family members had good response to this medication. Monitor for emergence of manic symptoms. Counseled pt on risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will abstain from drinking
Objective: pt will refrain from alcohol use
Intervention: continue naltrexone 50 mg po daily.  Consider adding acamprosate in future as pt reports continued cravings, though he has not relapsed.  Normal b12 panel drawn after July 2017 visit.
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of medication plan with patient who stated understanding and agreement with plan. Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Follow-up: three weeks

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

A/P Written by TOBAR,EDEN @ 06 Sep 2017 1137 EDT
**1. Generalized anxiety disorder**
      Medication(s):     -VENLAFAXINE XR--PO 75MG CPSR 24H - TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE
                         FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #30 RF3 Ordered By: TOBAR,EDEN
                         Ordering Provider: TOBAR, EDEN T
**2. Major depressive disorder, single episode, unspecified**

Disposition Written by TOBAR,EDEN @ 06 Sep 2017 1137 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Signed By  TOBAR, EDEN (Physician/Workstation) @ 06 Sep 2017 1138

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 299**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

---

### *06 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29531948    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**    Date: **06 Sep 2017 0739 EDT**    Appl Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

---

**AutoCites** Refreshed by POURZAND,MIRIAM @ 06 Sep 2017 0825 EDT
**Problems**                                                            **Allergies**
•Generalized anxiety disorder F41.1                                     •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**
Loading...

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 06 Sep 2017 0739 EDT
IOP

**S/O Note** Written by DONKIN,LAURA G @ 06 Sep 2017 0935 EDT
**History of present illness**
       The Patient is a 32 year old male.
       He reported: Encounter Background Information: Positive Psychology Group 0800-0900 facilitated by Laura Donkin, LCSW-C
and Ms. Gardiner.  The purpose of this group is to assist patients in viewing themselves and their situations based on their
strengths, rather than weaknesses or symptoms, with the aim of helping them flourish and live a fulfilling life.  Today's group was
focused on reviewing the factors identified by Dr. Martin Seligman, which are present in people who describe themselves as happy.
Today's discussion was centered on Accomplishment and how this factor can enhance one's feelings of happiness.  SM actively
participated in group discussion. The next group will be held @ 0800 on Wednesday, 13 September.  No SI/HI plan or intent
present.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 300**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**S/O Note** Written by SMITH,JESSICA ANN @ 06 Sep 2017 1358 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
         5 min Check-In at :0745

        0 Pain level (0-10) 0
        Psychiatric Exam:
        Thought Content: ? Homicidal Ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes ( x
    ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 06 Sep 2017 1403 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
         5 min Check-Out at :0900

        Immediate Future Plans:
        (x ) Comprehensive Recovery Program (CRP) 1230-1430
        ( ) Interpersonal Recovery Program (IRP) 1230-1430
        ( ) Trauma Recovery Program (TRP) 1230-1430
        ( ) Attend IOP Program tomorrow morning
        ( ) Other -
        Disposition: ( x ) Released without limitations.
        0 Pain level (0-10) 0
        Psychiatric Exam:
        Thought Content: ? Homicidal ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes ( x
    ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 06 Sep 2017 1413 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:
This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the
morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by POURZAND,MIRIAM @ 07 Sep 2017 1124 EDT
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in the TSWF BH Spec AIM form>>

SUBJECTIVE /NOTE
 1000-1020 met with sm for follow up he reports he went to Dr. Tobar for scheduled follow up since appointment was already made.
Sm reports notified Dr. Tobar anxiety and depression measures have increased therefore Effexor increased from 150 mg daily to
225 mg daily. Sm reports no side effects. Also discussed TMS and starting treatment for anxiety next week.

FOLLOW UP PLANS

 end of the week

 .....

| Anderson, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 301**

AR 0344

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017

MEDICATION RECONCILIATION AND COMPLIANCE

[ x ]...Medication reconciliation completed. Risks, benefits, major/common side effects, and
        alternatives reviewed with patient who stated an understanding and agreement with plan.

[ x ] Yes.....[  ] No.....Compliant with medications.....Comments:
....
**Current medication**
CURRENT MEDICATIONS and OTCs/Supplements/Herbals


MEDICATION TRACKING

Date    Effexor 225 mg daily          Comments- for mood



...
**Physical findings**
**General Appearance:**
    ° Alert. ° Well developed. ° Well nourished. ° In no acute distress.
**Neurological:**
    ° No disorientation was observed - oriented to place, person, time, and situation.  ° No hallucinations.  ° Memory was
        unimpaired - recent and remote memories are intact.  ° Judgement was not impaired.
    Speech: ° Normal - Regular rate, rhythm, tone, volume; non-pressured.
**Psychiatric:**
    Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
    Attitude: ° Cooperative.
    Mood: ° Euthymic.
    Affect: ° Normal . Full range. stabile, appropriate to situation, normal intensity, congruent with mood.
    Thought Processes: ° Not impaired - they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.
    Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
        homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.


**A/P** Last updated by POURZAND,MIRIAM @ 07 Sep 2017 1128 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


        Procedure(s):          -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 1 ADDITIONAL PROVIDER(S):
                               SMITH,JESSICA ANN
                               -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S):
                               SMITH,JESSICA ANN
                               -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1

**Disposition** Written by POURZAND,MIRIAM @ 07 Sep 2017 1129 EDT
**Released w/o Limitations**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 302**

AR 0345

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS,  WRNMMC) @ 07 Sep 2017 1129

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 07 Sep 2017 1128 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 07 Sep 2017 1128 EDT - see above.Previous Version of A/P section was entered/updated by SMITH,JESSICA ANN @ 06 Sep 2017 1404 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


     Procedure(s):     -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
                             -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 06 Sep 2017 1404 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 06 Sep 2017 1404 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 06 Sep 2017 0826 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0346

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538      Created: 30 Oct 2017

### *05 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:      BETH-29523988      Primary Dx:      Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **05 Sep 2017 1223 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 05 Sep 2017 1324 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 304**

AR 0347

| | | FOR ABDOMINAL PAIN #0 RF3 | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 05 Sep 2017 1223 EDT
IRP

**S/O Note** Written by DONKIN,LAURA G @ 05 Sep 2017 1405 EDT
**History of present illness**
       The Patient is a 32 year old male.
       He reported: Encounter Background Information: Anger Management Group 1230-1330. 5 September, 2017. Facilitator: Laura Donkin, LCSW-C, and Ms. Gardiner
       Purpose: The purpose of this group is to help people understand the effect that
       anger has on their lives. Members will be taught techniques to reduce their anger and learn alternate ways of expressing their thoughts and feelings in a safe and supportive environment. This will be achieved by encouraging them to learn ways to identify the triggers and precipitants that lead to anger and frustration.
       Topic(s): "Anger Thermometer" Group began with a discussion of personal experiences with anger. A worksheet with a thermometer was used for members to rate their experiences with feelings of anger, and to measure their reactions on a scale from 1 to 10. We then reviewed positive coping skills for stress relief and anger management. Patient participated in group activity and discussion. No indications of suicidal/homicidal ideation, intent, or plan present. Next group will be held on 11 September, 2017.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 05 Sep 2017 1439 EDT
**History of present illness**
       The Patient is a 32 year old male.
       He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:  HCPCS CODE S9480:
       INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 05 Sep 2017 1443 EDT
**History of present illness**
       The Patient is a 32 year old male.
       He reported: Encounter Background Information: Comprehensive Recovery Program (CRP), Emotional Regulation, Crisis Management Group (1330-1420) - Staff Present: Narcedalia Pratt, LCSW-C and
Helen Lowenstein LCSW
       PURPOSE: The purpose of this group is for patients to discuss a
crisis or situation they have experienced and have an opportunity to discuss
their experience in a safe supportive environment. This group focuses on
strategies patients can implement in their lives to develop, utilize and
maintain social supports.
       TOPIC: Today's group began with introductions and what they did over
the holiday weekend. All patients participated. Patients were then

AR 0348

**Medical Record**

Anderson, Daniel Dennis    DOB: ▆▆▆ 1985  SSN: ***-**▆▆▆    DoD ID: 1286180538    Created: 30 Oct 2017

introduced to today's topic/handout, "Definition of a Crisis" to provide increased awareness about what a crisis is, symptoms of distress and stages of a crisis reaction. Patients also discussed things that helped and hinder during crisis. Each group member was provided with a worksheet outlining the aforementioned.

PARTICIPATION: Patient actively participated in the small and large group discussion. There was no indication of suicidal ideation, homicidal ideation, plan or intent noted. Next session is scheduled for Tuesday 9/12/17.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 05 Sep 2017 1504 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information:
TEAM A AFTERNOON CHECK IN:
Pt checked in to afternoon programming at 1210.
Pt denies SI/HI.
Pt reports the following appts this afternoon: none.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 05 Sep 2017 1504 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: TEAM A AFTERNOON CHECK OUT:
Pt checked out from afternoon program at 1430.
Pt denies SI/HI.
Pt reports following appts on tomorrow, Wednesday 6 September: 0930 outpatient behavioral health.
Pt will return to program tomorrow at regularly scheduled time.

**S/O Note** Written by PRATT,NARCEDALIA @ 05 Sep 2017 1507 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: Comprehensive Recovery Program (CRP), Emotional Regulation, Crisis Management Group (1330-1420) - Staff Present: Narcedalia Pratt, LCSW-C and Penny Miller, CTRS, LCSW-C.
PURPOSE: The purpose of this group is for patients to discuss a crisis or situation they have experienced and have an opportunity to discuss their experience in a safe supportive environment. This group focuses on strategies patients can implement in their lives to develop, utilize and maintain social supports.
TOPIC: Today's group began with introductions and what they did over the holiday weekend. All patients participated. Patients were then introduced to today's topic/handout, "Definition of a Crisis" to provide increased awareness about what a crisis is, symptoms of distress and stages of a crisis reaction. Patients also discussed things that helped and hinder during crisis. Each group member was provided with a worksheet outlining the aforementioned. This writer served as co-facilitator of this group, checking on reactions of individual members, following up with members who showed distress or confusion, and checking for safety with members who leave the room.
PARTICIPATION: Patient actively participated in the small and large group discussion. There was no indication of suicidal ideation, homicidal ideation, plan or intent noted. Next session is scheduled for Tuesday 9/12/17.

**A/P** Last updated by PRATT,NARCEDALIA @ 05 Sep 2017 1508 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:

AR 0349

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.

Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): PRATT,NARCEDALIA

**Disposition** Written by POURZAND,MIRIAM @ 06 Sep 2017 1254 EDT

**Released w/o Limitations**

**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS, WRNMMC) @ 06 Sep 2017 1254

CHANGE HISTORY
*The following A/P Note Was Overwritten by PRATT,NARCEDALIA @ 05 Sep 2017 1508 EDT:*
The A/P section was last updated by PRATT,NARCEDALIA @ 05 Sep 2017 1508 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 05 Sep 2017 1407 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 05 Sep 2017 1407 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 05 Sep 2017 1407 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 05 Sep 2017 1325 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0350

**Medical Record**

| Anderson, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *05 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

| Encounter ID: | BETH-29516510 | Primary Dx: | Generalized anxiety disorder |

Patient: **ANDERSON, DANIEL D**                     Date: **05 Sep 2017 0808 EDT**               Appt Type: **FTR**
Treatment Facility: **WALTER REED**                 Clinic: **PSYCH DAY HOSP BE**              Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by POURZAND,MIRIAM @ 05 Sep 2017 0824 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
- MAJOR DEPRESSION RECURRENT
    MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
    ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
    DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 308**

AR 0351

**Medical Record**

Anderson, Daniel Dennis ____ DOB: ___ 1985  SSN: ***-**-____  DoD ID: 1286180538 ____ Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 05 Sep 2017 0808 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 05 Sep 2017 0859 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: Emotion Regulation (0800-0900) Facilitated by Anne-Marie Deutsch, Ph.D
 Purpose: To introduce patients to Emotion Regulation strategies as ways to: understand the emotions they experience (correctly identify and label emotions); work to reduce emotional vulnerability by increasing pleasant emotions; work to decrease emotional suffering by letting go of painful emotions; and change painful/unpleasant emotions by acting in the opposite manner.
 The content for this session focused on a structure to use in managing emotions, specifically a handout entitled "Recovery Action Plan". Group members answered questions such as " What do I notice when I am not doing well?" and others related to maintaining good emotional balance. SM was late to group – he was quiet throughout the session and there were no concerns regarding SI/HI, intent or plan. The next emotional regulation group will be in one week. SM released without limitations to attend 0900 group.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 05 Sep 2017 1047 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100: HCPCS CODE S9480:
 INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES: This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning. The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 05 Sep 2017 1058 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: Distress Tolerance Group, (1000-1050). Facilitated by Ms. Helen Lowenstein, LCSW.
 Purpose: To teach patients skills to identify potential distressing events and to teach them to manage negative emotions/negative experiences without exacerbation of a perceived crisis.
 Patients will also be encouraged to become aware of ways they escape severe emotional pain through destructive behaviors and/or relationships. Time will also be spent helping patients learn to tolerate the distress.
 Topic: Distress Tolerance Cheat Sheet Hand out was discussed and discussed self soothing techniques for coping skills in distressing situations and the importance of practicing coping skills when not in distress to incorporate them into ones life. Patients were then asked to come up with a list of coping skills either they tried in the past that were positive and worked or ones they would like to try in the future. Each patient was provided turns to act or draw a coping skill and tell when it is good to use and why. The rest of the group was able to guess what the coping skill was. This sparked discussion on adopting healthy new coping skills and

AR 0352

**Medical Record**

behavior.
   PARTICIPATION: PT was an active participant throughout the group.  PT drew his coping skill and explained why it is important.  No evidence of SI/HI. Next group to meet 09/12/17 at 1000.

**S/O Note** Written by DONKIN,LAURA G @ 05 Sep 2017 1114 EDT
**History of present Illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information: Individual note. SW met with SM for individual 1:1 session from 0900-0955. SM described Labor Day holiday as generally difficult and said that he is not drinking but "it was really hard."  SM admitted to spending a lot of time in bed.  SM said that he has been reading excerpts from his mother's journal over the period of his childhood to help him refresh his memory of abuse from father and to clarify his emotions towards his father. SM read this SW from the journal and we used these passages as talking points. As SM was sharing incidents of childhood with this SW, he segued into discussion about sister who was diagnosed as bipolar and acted out in childhood and adolescence. SM admitted to sexually molesting sister when he was age 15 and she was 15.  He said that father found out and called it "rape" and used it against him.  He was punished for 1 year.  SM did not share his feelings about this incident, but says that he and this sister do not communicate.  SM also said that due to abuse that he was in Foster Care for a few weeks and that both sisters had attempted suicide.  SM stated that he has had almost no contact with father over more than 10 years.  This SW explored what SM his hoping for from father.  SM would like some sort of apology for abuse, but at the same time knows that he will never get this.  We also discussed his ambivalence towards father, as he is still hoping for recognition even though he says that he hates father.  SM will think more about maintaining this emotional connection to father and why he finds it so difficult to let go of his need for love from him.  SM admitted to fleeting suicidal ideation over the weekend but said that it was over in a few minutes.  SM currently denies SI/HI plan or intent.  We will meet again on Friday.

**S/O Note** Written by POURZAND,MIRIAM @ 05 Sep 2017 1326 EDT
**History of present Illness**
   The Patient is a 32 year old male.

SUICIDE RISK ASSESSMENT
Suicide Risk Factors Review:
Suicide Plan: N
Suicide Preparation:  N
Suicide Rehearsal: N
History of Suicidality: Y, passive intermittent
Single Attempts: Y, during childhood
Multiple Attempts: N
Current Intent: N
Impulsivity: Y
Substance abuse: Y
Significant Loss: N
Interpersonal Isolation: N
Relationship problems: Y
Burden to others: N
Health problems: N
Physical pain:  N
Legal problems: N
Shame: N
Patient's Overall Suicide Risk: low.
.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 05 Sep 2017 1503 EDT
**History of present Illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information: TEAM A MORNING CHECK IN:
   Pt checked in to morning programming at 0805.
   Pt denies SI/HI.
   Pt reports following appts this morning: none.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 310**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985 SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**S/O Note** Written by VANFOSSEN,MALLORY B @ 05 Sep 2017 1503 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    TEAM A MORNING CHECK OUT:
    Pt checked out from morning programming at 1050.
    Pt denies SI/HI.
    Pt will return after lunch.


**A/P** Last updated by DONKIN,LAURA G @ 05 Sep 2017 1131 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


        Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                               -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by POURZAND,MIRIAM @ 06 Sep 2017 1249 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS,  WRNMMC) @ 06 Sep 2017 1249

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 05 Sep 2017 1131 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 05 Sep 2017 1131 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 05 Sep 2017 1048 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


        Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 05 Sep 2017 1048 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 05 Sep 2017 1048 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 05 Sep 2017 0825 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and

| Anderson, Daniel Dennis | DOB: ■ 1985 SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 311**

AR 0354

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

AR 0355

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-** ███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## 31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM

Encounter ID:    BETH-29498947    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **31 Aug 2017 1234 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 01 Sep 2017 1421 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-** ███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 313**

AR 0356

**Medical Record**

Anderson, Daniel Dennis        DOB:■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538        Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 31 Aug 2017 1234 EDT
IRP

**S/O Note** Written by DONKIN,LAURA G @ 31 Aug 2017 1401 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Life Skills Group
    1230-1330. Facilitator:  Laura Donkin, LCSW-C.  This CRP group addresses behaviors which promote a healthy and independent life style. Topics include: strategies for time management, building a support network, resilience, and relapse prevention.  Today's topic was, "Treatment Expectations Survey." Patients filled out survey for their treatment expectations and the most important expectations were discussed by patients.  SM actively participated in group discussion.  The next group will be held on 7 September..
    No SI/HI plan or intent present.


**S/O Note** Written by GHOLSON,GEORICA K @ 31 Aug 2017 1435 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: FORGIVENESS
    RELATIONSHIP SKILLS 1330-1420
    FACILITATORS: Dr. Georica Gholson, psychologist and Mrs. Delacie Gardiner, psychiatric technician
    Purpose: Explore and discuss components of healthy relationships, including peers, family, and friends. The group aims to guide patients into identifying maladaptive and adaptive relationship behaviors. Furthermore, the group aims to help patients apply concepts to their daily lives to strengthen their relationships, cultivate new relationships, and to improve discernment about relationships that may be beneficial or harmful to their recovery process.
    Group task: Group members defined and discussed the concept of forgiveness. Group members described situations in which they forgave others. Additionally, they discussed barriers and challenges to forgiveness.  Participation: SM participated in group discussion
    Assessment:  No indication of distress. No indication of SI/HI
    Plan: Next group scheduled for Thursday 7 September 2017.


**A/P** Last updated by POURZAND,MIRIAM @ 01 Sep 2017 1422 EDT
**1. Major depressive disorder, recurrent, moderate:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):          -Psychiatric Therapy Group Interview x 1


**Disposition** Written by POURZAND,MIRIAM @ 01 Sep 2017 1423 EDT
**Released w/o Limitations**
**Follow up:** 5 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 01 Sep 2017 1424

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 01 Sep 2017 1422 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 01 Sep 2017 1422 EDT - see above.Previous Version of A/P section was entered/updated by GHOLSON,GEORICA K @ 31 Aug 2017 1435 EDT.
**1. Major depressive disorder, recurrent, moderate**
     Procedure(s):               -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 31 Aug 2017 1427 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 31 Aug 2017 1427 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 31 Aug 2017 1403 EDT.
**1. Major depressive disorder, recurrent, moderate**
     Procedure(s):               -Psychiatric Therapy Group Interview x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 315**

AR 0358

**Medical Record**

Anderson, Daniel Dennis     DOB: ▌ 1985  SSN: ***-**-▌   DoD ID: 1286180538     Created: 30 Oct 2017

*31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29491837    Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**       Date: **31 Aug 2017 0805 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**       Clinic: **PSYCH DAY HOSP BE**       Provider: **POURZAND, MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by POURZAND,MIRIAM @ 01 Sep 2017 1400 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 316**

AR 0359

**Medical Record**

Anderson, Daniel Dennis____ DOB:___ 1985  SSN: ***-**-___ DoD ID: 1286180538____ Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CLOPPER,TAMMY J @ 31 Aug 2017 0805 EDT
CES
**Appointment Comments:** Written by CLOPPER,TAMMY J @ 31 Aug 2017 0805 EDT
TB

**S/O Note** Written by CLOPPER,TAMMY J @ 31 Aug 2017 1126 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Purpose: Alpha Stim Therapy 0800-0830 Registered Nurse met with the patient today for a follow-up Alpha-Stim session. The Alpha-Stim device was sought as an alternative therapy to target anxiety, depression, and insomnia. The patient was given directions about completing the Alpha-stim session. Before the initiation of the protocol the patient reported that he slept 6 hours interrupted sleep last with nightmares.  Reports taking a 3 hour nap in the evening as well. The intensity was adjusted from 0 uA to 4.0 uA.  After completion of the session, pt denied side effects (i.e. dizziness, headache). The patient was asked to monitor the amount and quality of his symptoms that night and report on his progress the following day.  The patient was scheduled for a follow-up appointment tomorrow.

**A/P** Last Updated by CLOPPER,TAMMY J @ 31 Aug 2017 1133 EDT
**1. Generalized anxiety disorder**
    Procedure(s):    -Psych Ther Indiv Psychophysiological W/ Biofeedback Approx 30 Minutes x 1 ADDITIONAL
                PROVIDER(S): CLOPPER,TAMMY J

**Disposition** Written by POURZAND,MIRIAM @ 01 Sep 2017 1400 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS, WRNMMC) @ 01 Sep 2017 1400

Anderson, Daniel Dennis____ DOB:___ 1985  SSN: ***-**-___ DoD ID: 1286180538____ Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 317**

AR 0360

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

## *31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29491169    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **31 Aug 2017 0741 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 01 Sep 2017 1352 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
- MAJOR DEPRESSION RECURRENT
    MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
    ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
    DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 318**

AR 0361

**Medical Record**

Anderson, Daniel Dennis    DOB: ■ 1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | |
|---|---|---|---|
| | FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 31 Aug 2017 0741 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0838 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: 0740  Check in to PCS Team A.  SM denied SI/HI.  0800 appt with Ms. Donkin.

**S/O Note** Written by DONKIN,LAURA G @ 31 Aug 2017 0935 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:  HCPCS CODE S9480:
      INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 31 Aug 2017 1343 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: (1000-1050) - Recreation Therapy- "This group was facilitated by Penny Miller, recreation therapist and Helen Lowenstein, social worker LCSW.
      Purpose: To provide an opportunity for healthy communication, problem-solving, encourage teamwork and compromise. Patients were divided into 4 teams two teams played Uno and provided coping skills they utilized in the past that were healthy ones when needed when it was their turn or ones they want to try in the future.  This was a way patients could recreate yet utilize skills to help in distressing situations.  The other two two teams played games and shared coping skills.
      TOPIC:  Leisure planning and recreation. The ice breaker was an activity to get the patients to recreate and learn to work together.  The game musical chairs was played and the group worked together in removing chairs from tables and supporting each other if they didn't make it to the next round.  Then a hand out was provided discussing leisure planning and they were asked to get a partner and share their healthy plans for this weekend.  Two additional hand outs were providing for coping skills list to prepare them in case stressful situations arise over the weekend.
      Participation:  PT was an active participant throughout the group.  No evidence of S/I or H/I.  Next session is scheduled for 9/07/17, 1000.

**S/O Note** Written by DONKIN,LAURA G @ 31 Aug 2017 1412 EDT
**History of present illness**

Anderson, Daniel Dennis    DOB: ■ 1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 319**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-█     DoD ID: 1286180538     Created: 30 Oct 2017

The Patient is a 32 year old male.

He reported: Encounter Background Information: Individual Note. SW met with SM for individual 1:1 session from 0810-0900. SM presented in positive mood and was talkative throughout session. This was SM's first individual session and we explored some areas that we will focus on for treatment. SM described himself as very OCD and described some of his behaviors. SM would like to learn to be more flexible in his behaviors and in thought processes. He has difficulty deciding if he is an introvert or extravert and said that he vacillates in between the two. SM said that he has always had difficulty forming lasting friendships which also disturbs him. We spent much of session discussing his relationship with his father, who was generally physically and emotionally abusive during most of childhood. SM did not recognize that he was being abused until later in high school and realized how manipulative father is. He worries that he has many of the same negative qualities as father. He admits to having fleeting thoughts of suicidal ideation for 30 seconds a few days ago, but currently denies this. SM would also like to form intimate relationships which are not co-dependent, as most have been in past. He is currently working on being more strict with himself on sleep hygiene. No SI/HI plan or intent present. We will meet again on5 September.

**S/O Note** Written by POURZAND,MIRIAM @ 01 Sep 2017 1353 EDT
**History of present illness**
The Patient is a 32 year old male.

He reported: Encounter Background Information: 1000-1020- met with sm for follow up reports adapting well to program. Discussed alternative treatment, sm reports using alpha-stim device. No other changes to treatment plan. No SI/HI. Plan follow up next week.

**A/P** Last updated by POURZAND,MIRIAM @ 01 Sep 2017 1354 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                       -Psychiatric Therapy Individual Approximately 30 Minutes x 1
                       -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
                       -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1

**Disposition** Written by POURZAND,MIRIAM @ 01 Sep 2017 1355 EDT
**Released w/o Limitations**
**Follow up:** 5 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS, WRNMMC) @ 01 Sep 2017 1355

CHANGE HISTORY
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 01 Sep 2017 1354 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 01 Sep 2017 1354 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 31 Aug 2017 1422 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with

Anderson, Daniel Dennis     DOB: █████ 1985  SSN: ***-**-█     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 320**

AR 0363

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):      -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                   -Psychiatric Therapy Individual Approximately 30 Minutes x 1
                   -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 31 Aug 2017 0936 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 31 Aug 2017 0936 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0839 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):      -Psychiatric Therapy Individual Approximately 30 Minutes x 1
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0839 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0839 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 31 Aug 2017 0812 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED..                    **Page 321**

AR 0364

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *31 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE*

Encounter ID:  BETH-29490746    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **31 Aug 2017 0718 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **DEUTSCH,ANNE MARIE**

**AutoCites** Refreshed by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0719 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant melanoma of the skin (General FHx)
- family history of father is alive (General FHx)
- family history of heart disease (General FHx)
- family history of cancer (General FHx)
- family history of mother is alive (General FHx)
- no family history of malignant neoplasm of large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- paternal history of preliminary background HPI [use for free text] (Father)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- no family history of chronic liver disease (General FHx)

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, | Active | TAKE 2 BY MOUTH EVERY | 3 of 3 | 06 Jun 2017 |

AR 0365

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| CAPSULE, ORAL PROBIOTIC (VSL#3) DS–PO PACK | Active | DAY #0 RF3 TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0718 EDT
Treatment Plan Update Team A/BHDP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0719 EDT
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information:
   Daniel Anderson
   Follow-Up Data Only
   Psychological testing - Reviewed and interpreted psychological tests from BHDP. These are only one source of data and should be interpreted in the context of the patient's entire presentation. The BHDP scales are reported and briefly interpreted as follows.
   Behavioral Health Vitals (patient reported):
   Overall health reported as: Good
   Pain Level (0-10): 3          Currently treated: Yes
   Suicidal Ideation Risk - C-SSRS score: 3      Past/Prep Behavior last 3 months: No
   # past attempts as of 09/06/2016: 3
   Most recent Suicidal Ideation: 2-4 weeks ago
   Suicidal Ideation Duration: Fleeting - a few seconds or minutes
   Suicidal Ideation Frequency: Once a week
   Protective Elements Stopping Suicidal Actions: Family, Fear of failing
   Harm Others Risk over next week as of 8/29/2017 - None    Active Plan: N/A
   Patient with access to weapons: No
   Recent Outcome Measures (last 30 days)
   BASIS24 - Score: 3.1 - High levels of general distress reported (8/29/2017)
   PHQ9 - Score: 22 - Severe depressive symptoms reported. Evaluation indicated. (8/29/2017)
   GAD7 - Score: 21 - Severe anxiety symptoms reported. Evaluation indicated. (8/29/2017)
   PCL-5 - Score: 65 - Significant PTSD symptoms reported (8/29/2017)
   PCL-C: N/A
   AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP referral (8/29/2017)
   CSI: N/A
   ISI - Score: 25 - Clinical insomnia (severe) (8/29/2017)
   BAM: Risk/Protection/Use (subscales) - Score: 14/16/0 - Moderate-High Protection (8/29/2017)
   TREATMENT PLAN UPDATE    Treatment team met today to discuss treatment plan for this pt.  Present were Dr. Pourzand, Ms Smith, Ms. Donkin, Ms. Van Fossen, Ms. Buford and Dr. Deutsch.   Medication reconciliation completed per Dr. Pourzand (see

AR 0366

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017

medication list).  This SM was admitted t his week.  Treatment was reviewed and there were no changes to present plan.

**A/P** Written by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0720 EDT
**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):       -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0720 EDT
**Released w/o Limitations**
**Follow up:**  as needed .

**Signed By  DEUTSCH, ANNE MARIE** (Clinical Psychologist, WRAMC) @ 31 Aug 2017 0721

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 324**

AR 0367

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017

### *30 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE*

Encounter ID:    BETH-29489550    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **30 Aug 2017 1605 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **DEUTSCH,ANNE MARIE**

AutoCites Refreshed by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1605 EDT

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •family medical history (General FHx) | •No Known Allergies |
| •Counseling, unspecified Z71.9 | •family history of supplemental HPI [use | |
| •EXAM/ASSESSMENT, | for free text] (General FHx) | |
| OCCUPATIONAL, SERVICE | •no family history of malignant melanoma | |
| MEMBER PERIODIC HEALTH | of the skin (General FHx) | |
| ASSESSMENT (PHA) DOD0225 | •family history of father is alive (General | |
| •ALCOHOL DEPENDENCE WITH | FHx) | |
| CONTINUOUS DRINKING | •family history of heart disease (General | |
| BEHAVIOR | FHx) | |
| •MAJOR DEPRESSION RECURRENT | •family history of cancer (General FHx) | |
| MODERATE | •family history of mother is alive (General | |
| •ANXIETY DISORDER NOS | FHx) | |
| •Left ankle joint pain | •no family history of malignant neoplasm of | |
| •NEUROTIC EXCORIATION | large intestine (General FHx) | |
| •ANKLE SPRAIN LEFT | •no family history of malignant neoplasm of | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | the gastrointestinal tract (General FHx) | |
| •ANOMALIES OF SKIN | •paternal grandfather's history of | |
| •Abdominal pain | preliminary background HPI [use for | |
| •ASTHMA | free text] (Paternal Grandfather) | |
| •POSTSURGICAL STATE OF EYE AND | •paternal grandmother's history of | |
| ADNEXA | preliminary background HPI [use for | |
| •Difficulty breathing (dyspnea) | free text] (Paternal Grandmother) | |
| •SKIN NEOPLASM UNCERTAIN | •paternal grandmother's history of HPI [use | |
| BEHAVIOR | for free text] (Paternal Grandmother) | |
| •Removal Of Sutures | •paternal history of preliminary background | |
| •ASTHMA EXTRINSIC | HPI [use for free text] (Father) | |
| •ROSACEA | •family history of test conclusions [use for | |
| •PERIPHERAL RETINAL | free text] (General FHx) | |
| DEGENERATION - LATTICE | •family history of diabetes mellitus | |
| •REFRACTIVE ERROR - MYOPIA | (General FHx) | |
| •ALLERGIC RHINITIS | •family history of mental illness (not | |
| | retardation) (General FHx) | |
| | •family history of the options include | |
| | referral (General FHx) | |
| | •family history of patient counseling | |
| | (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for | |
| | s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease | |
| | (General FHx) | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY | 1 of 1 | 06 Jun 2017 |

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 325**

AR 0368

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | MOUTH EVERY DAY #0 RF1 | | |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1605 EDT
Treatment Plan Update Team A

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1607 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Daniel Merwin  29 AUG
        Follow-Up Data Only
        Psychological testing – Reviewed and interpreted psychological tests from BHDP. These are only one source of data and should be interpreted in the context of the patient's entire presentation. The BHDP scales are reported and briefly interpreted as follows.
        Behavioral Health Vitals (patient reported):
        Overall health reported as: Good
        Pain Level (0-10): 3                Currently treated: Yes
        Suicidal Ideation Risk - C-SSRS score: 3        Past/Prep Behavior last 3 months: No
        # past attempts as of 09/06/2016: 3
        Most recent Suicidal Ideation: 2-4 weeks ago
        Suicidal Ideation Duration: Fleeting - a few seconds or minutes
        Suicidal Ideation Frequency: Once a week
        Protective Elements Stopping Suicidal Actions: Family, Fear of failing
        Harm Others Risk over next week as of 8/29/2017 - None    Active Plan: N/A
        Patient with access to weapons: No
        Recent Outcome Measures (last 30 days)
        BASIS24 - Score: 3.1 - High levels of general distress reported (8/29/2017)
        PHQ9 - Score: 22 - Severe depressive symptoms reported. Evaluation indicated. (8/29/2017)
        GAD7 - Score: 21 - Severe anxiety symptoms reported. Evaluation indicated. (8/29/2017)
        PCL-5 - Score: 65 - Significant PTSD symptoms reported (8/29/2017)
        PCL-C: N/A
        AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP referral (8/29/2017)
        CSI: N/A
        ISI - Score: 25 - Clinical insomnia (severe) (8/29/2017)
        BAM: Risk/Protection/Use (subscales) - Score: 14/16/0 - Moderate-High Protection (8/29/2017)                TREATMENT PLAN UPDATE    Treatment team met today to discuss treatment plan for this pt.  Present were Dr. Pourzand, Ms Smith, Ms. Donkin, Ms. Van Fossen, Ms. Buford and Dr. Deutsch.   Medication reconciliation completed per Dr. Pourzand (see medication list).  SM was admitted 29 AUG  No changes in treatment plan.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 326**

AR 0369

**Medical Record**

Anderson, Daniel Dennis      DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮      DoD ID: 1286180538        Created: 30 Oct 2017

**A/P** Written by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1609 EDT
**1. Generalized anxiety disorder**
     Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1609 EDT
**Released w/o Limitations**
**Follow up:** as needed .

**Signed By  DEUTSCH, ANNE MARIE** (Clinical Psychologist, WRAMC) @ 30 Aug 2017 1609

Anderson, Daniel Dennis      DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮      DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 327**

AR 0370

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

### *30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29484711    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **30 Aug 2017 1251 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 31 Aug 2017 1400 EDT
**Problems**                                                          **Allergies**
•Generalized anxiety disorder F41.1                                   •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 328**

AR 0371

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 30 Aug 2017 1251 EDT
LST

**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1445 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information:
          Reason for Visit
     Check in for Afternoon Programming 1230-1430
          5 min Check in at:1230
          Program Track:
          (x ) Comprehensive Recovery Program (CRP)
          ( ) Interpersonal Recovery Program (IRP)
          ( ) Trauma Recovery Program (TRP)
          0 Pain level (0-10) 0
     Psychiatric Exam:
          Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
     ) No.


**S/O Note** Written by VANFOSSEN,MALLORY B @ 30 Aug 2017 1514 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Art Therapy (1230-1400) Facilitated by Mallory Van Fossen ATR-BC, LCPAT, Art Therapist; and Maggie Hardy, LCSW-C, Social Worker. This session provided pts with the opportunity to visually process thoughts, emotions and therapeutic concepts, and to utilize art making as a means of grounding. Pts were provided with a topic, and then instructed to create the corresponding artwork based upon thoughts and images that came to mind in response. The artwork directive was to "make a drawing containing a door". Pts were asked to consider how the topics of opportunity, obstacles, inside, outside, and functionality could be related to the topic. Pts were also asked to think about how the imagery of a door could depict a theme as a symbol or a metaphor, and focus on making meaning from the image. Ultimately, pts were encouraged to make their own meaning from the topic, and set their own intention for how they would like to communicate this. 2D materials were used, consisting of pastels, pencils, markers, or chalks. Pts were given 60 minutes to independently work. Discussion followed, in order to process any issues or content that may have been prompted by artmaking. Topics consisted of viewing the door as a barrier versus an opportunity, the nature of having to choose between multiple paths, if keeping things out also functions to keep things in and whether or not this is ideal, doors relating to protection, and who if anyone- including us- are able to pass through the door we have depicted. There was no indication of SI/HI. Next art therapy session will be held 31 August, 2017.


**S/O Note** Written by HARDY,MARGARET L @ 30 Aug 2017 1523 EDT
**History of present illness**
     The Patient is a 32 year old male.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 329**

AR 0372

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 30 Oct 2017

Art Therapy (1230-1400) Facilitated by: Mallory Van Fossen, ATR-BC, LCPAT, Art Therapist;
  Co-facilitated by Margaret Hardy, LCSW-C, Social Worker
  OBJECTIVE- This session provided pts with the opportunity to visually process thoughts, emotions and therapeutic concepts, and to utilize art making as a means of grounding.
  SUMMARY OF PROMPT- Group instruction was to create something using any of the materials in the art room with a door. Pts were encouraged to not only consider the subject matter (what is actually drawn- colors, lines, shapes, symbols) but their approach to the materials (the process of artmaking, technique, organization, apprehension or openness) as being meaningful, and able to provide them with insight.
  This writer co-facilitated art therapy in order to provide clinical support, contribute to discussion by offering therapeutic feedback, and provide additional resources in order to assist service members manage stressors and prevent crisis situations. There was no indication of SI/HI.  Next Art Therapy session will be Thursday, 31 AUG 2017.
.

**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1532 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Reason for Visit
          Check out for Afternoon Programming  1230-1430
          5 min Check out at:1400
          Plan for Next Day of Programming
          (x ) Attend IOP Program tomorrow morning
          ( ) Other
          Disposition: (x ) Released without limitations.
          0 Pain level (0-10)  0
          Psychiatric Exam:
          Thought Content: ?  Homicidial ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes (x
     ) No.

**A/P** Last updated by POURZAND,MIRIAM @ 31 Aug 2017 1401 EDT
**1. Generalized anxiety disorder:** 1. Generalized anxiety disorder: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


          Procedure(s):        -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): HARDY,MARGARET L;
                               VANFOSSEN,MALLORY B

**Disposition** Written by POURZAND,MIRIAM @ 31 Aug 2017 1401 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 330**

AR 0373

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 31 Aug 2017 1401

---

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 31 Aug 2017 1401 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 31 Aug 2017 1401 EDT - see above.Previous Version of A/P section was entered/updated by
HARDY,MARGARET L @ 30 Aug 2017 1525 EDT.
**1. Generalized anxiety disorder F41.1**
      Procedure(s):        -(90853) Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): HARDY,MARGARET L; VANFOSSEN,MALLORY B

**Medical Record**

### *30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29481531    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **30 Aug 2017 1031 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 31 Aug 2017 1354 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 332**

AR 0375

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538       Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CLOPPER,TAMMY J @ 30 Aug 2017 1031 EDT
CES
**Appointment Comments:** Written by CLOPPER,TAMMY J @ 30 Aug 2017 1031 EDT
TB

**S/O Note** Written by CLOPPER,TAMMY J @ 30 Aug 2017 1215 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Purpose: Alpha Stim Therapy 0950-1020 Registered Nurse met with the SM today for an initial Alpha-Stim session. The Alpha-Stim device was sought as an alternative therapy to target anxiety, depression, & sleep problems. The pt was given directions about completing the Alpha-Stim session. Before the initiation of the protocol, SM reported 7 hours of interrupted sleep last night with one nightmare, depression 8/10, anxiety 10/10, 1/10 pain in stomach, 1/10 anger at this time. During the initial stages of the Alpha-Stim session the intensity was adjusted from 0 uA to 4.0 uA. After completion of the session, pt denied side effects (i.e. dizziness, headache). The pt was asked to monitor the amount and quality of his symptoms that night and report on his progress the following day. The pt was scheduled for a follow-up appointment tomorrow.

**A/P** Last Updated by CLOPPER,TAMMY J @ 30 Aug 2017 1216 EDT
**1. Generalized anxiety disorder**
    Procedure(s):          -Psych Ther Indiv Psychophysiological W/ Biofeedback Approx 30 Minutes x 1 ADDITIONAL
                           PROVIDER(S): CLOPPER,TAMMY J

**Disposition** Written by POURZAND,MIRIAM @ 31 Aug 2017 1354 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS, WRNMMC) @ 31 Aug 2017 1354

AR 0376

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29476160    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **30 Aug 2017 0741 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 31 Aug 2017 1312 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION -LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 334**

AR 0377

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-█████     DoD ID: 1286180538          Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 30 Aug 2017 0741 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1025 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: 0800-0850:  Positive Psychology group, cofacilitated by Dr. Deutsch, psychologist, and Ms. Gardner,  psychiatric technician.  This group is designed to help members learn ways to increase well-being, meaning, and joy in their lives using research-based methods of positive psychology.  Today's group was based on the acronym PERMA as developed by Seligman: Positive Emotion, Engagement, Positive Relationship, Meaning, Accomplishment.  Today's discussion focused on relationships and life meaning.  Members discussed what constitutes a relationship and appreciating the value that they bring to our lives.  We then moved to exploring what brings purpose to our lives.  This SM was attentive and  well engaged in the discussion.  There was no evidence of SI/HI.  Next Positive Psychology group meets in one week.  SM released without limitations.

**S/O Note** Written by MILLER,PENNY E @ 30 Aug 2017 1121 EDT
**Reason for Visit**
     Visit for: (0900 - 0930)  Sensible Thinking Group This group is facilitated by Jessica Smith, social worker and supported by this writer Penny Miller, recreation therapist.
     Purpose:  This group teaches the principles of cognitive behavioral therapy and helps patients to reexamine their thoughts and core beliefs in order to exhibit more positive behaviors.
     Activity:  CBT concepts were presented focusing on cognitive distortions. Pt's discussed how to cope with irrational thinking in the military and civilian structure using CBT concepts. This writer served as a support to the group therapy process.
     participation: Pt participated in the group process. Pt left around 0930 and did not return due to being called out of the session by Dr. Pourzand, nurse practitioner. Next Sensible Thinking group is scheduled for Wednesday September 6, 2017.  No indications of suicidal or homicidal ideation, intent, or plan.
     (This note was written by Penny Miller, CTRS, LCSW-C  recreation therapist).

**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1329 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: IOP Group: Sensible Thinking: 0900-0950: Group facilitators: Jessica Smith LCSW and Penny Miller, CTRS LCSW
     Purpose:  To provide psycho education on cognitive behavioral therapy, cognitive distortions, and application to current situations.  Facilitate discussion on how thoughts influence behavior and helpful/unhelpful thinking patterns.  Intervention: Handout provided on common cognitive distortions. Facilitated discussion of negative thinking patterns such as generalization, black and white thinking, personalization, etc and how those thinking patterns influence emotions.  Discussed how thinking patterns can be challenged and adjust to create different emotional responses. Participation:  Patient was attentive throughout psycho education and participated in group discussion.  Patient was receptive to peer feedback.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 335**

AR 0378

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

---

**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1335 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
         5 min Check-In  at :0740

        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes (x
  ) No.

---

**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1349 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
         5 min Check-Out  at :1050

        Immediate Future Plans:
        ( x ) Comprehensive Recovery Program (CRP)  1230-1430
        ( ) Interpersonal Recovery Program (IRP)  1230-1430
        ( ) Trauma Recovery Program (TRP)  1230-1430
        ( ) Attend IOP Program tomorrow morning
        ( ) Other -
        Disposition: ( x )  Released without limitations.
        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
  ) No.

---

**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1401 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:
This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the
morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

---

**A/P** Last updated by POURZAND,MIRIAM @ 31 Aug 2017 1313 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

---

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**█████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 336**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

Procedure(s):    -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S):
SMITH,JESSICA ANN
-Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S):
SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 31 Aug 2017 1347 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 31 Aug 2017 1347

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 31 Aug 2017 1313 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 31 Aug 2017 1313 EDT - see above.Previous Version of A/P section was entered/updated by SMITH,JESSICA
ANN @ 30 Aug 2017 1401 EDT.
**1. Generalized anxiety disorder**
Procedure(s):      -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
-INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 337**

AR 0380

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**▮   DoD ID: 1286180538    Created: 30 Oct 2017

---

### *29 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29468286    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **29 Aug 2017 1202 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

---

**AutoCites** Refreshed by POURZAND,MIRIAM @ 30 Aug 2017 1359 EDT
**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT,
  OCCUPATIONAL, SERVICE
  MEMBER PERIODIC HEALTH
  ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
- MAJOR DEPRESSION RECURRENT
  MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
  ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
  DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**
Loading...

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 29 Aug 2017 1202 EDT
CRP

**S/O Note** Written by DONKIN,LAURA G @ 29 Aug 2017 1353 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Intensive Anger Group 1230-1320 29 August, 2017 Facilitator: Laura Donkin,
LCSW-C and Ms. Gardiner
    Purpose: The purpose of this group is to help people understand the effect that
    anger has on their lives. Members will be taught techniques to reduce their anger and learn alternate ways of expressing their
thoughts and feelings in a safe and supportive environment.  This will be achieved by encouraging them to learn ways to identify the
triggers and precipitants that lead to anger and frustration.
    Topic: "I Know You Are But What Am I?"  Patients were asked to draw a picture that best describes their character when they
are angry. They were then asked to explain their drawings and the characteristics of the animal they chose, to the group. Group
members reacted positively to this exercise, and lively discussion ensued.  Patient drew a picture of a cub and a bear.  He said that
when he becomes angry, the cub turns into a bear.  Next group will be held on next Tuesday, 5 September.  No indications of

---

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**▮   DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 338**

AR 0381

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

suicidal/homicidal ideation, intent, or plan present.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 29 Aug 2017 1442 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Comprehensive Recovery Program (CRP), Emotional Regulation, Stress Management Group (1330-1430) - Staff Present: Narcedalia Pratt, LCSW-C and
Helen Lowenstein LCSW.
    PURPOSE: The purpose of this group is for patients to discuss possible stress triggers as well as strategies or plans to cope with them. This group focuses on methods patients can implement in their lives to reduce stress in short-term and long term situations.
    TOPIC: Today's group focused on "Self-Care Assessment" that explores stress reduction methods consisting of avoid, alter, accept and adapt. This writer served as co-facilitator of this group, checking on reactions of individual members, following up with members who showed distress or confusion, and checking for safety with members who leave the room.
    PARTICIPATION: This writer served as an observer to help with any patients that may be in distress. No evidence of distress. No evidence of suicidal ideation, homicidal ideation, plan or intent noted. Next session is scheduled for Tuesday 9/5/2017.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 29 Aug 2017 1458 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A AFTERNOON CHECK IN:
Pt checked in to afternoon programming at 1200.
Pt denies SI/HI.
Pt reports the following appts this afternoon: none.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 29 Aug 2017 1459 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
TEAM A AFTERNOON CHECK OUT:
Pt checked out from afternoon program at 1430.
Pt denies SI/HI.
Pt reports following appts on tomorrow, Wednesday 30 August: 1100 VA appt in Bldg 11.
Pt will return to program tomorrow at regularly scheduled time.

**S/O Note** Written by PRATT,NARCEDALIA @ 29 Aug 2017 1510 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Comprehensive Recovery Program (CRP), Emotional Regulation, Stress Management Group (1330-1430) - Staff Present: Narcedalia Pratt, LCSW-C and Helen Lowenstein LCSW.
    PURPOSE: The purpose of this group is for patients to discuss possible stress triggers as well as strategies or plans to cope with them. This group focuses on methods patients can implement in their lives to reduce stress in short-term and long term situations.
    TOPIC: Today's group began with introductions and identifying a self-care thing that they have done this week to take care of themselves. All service members participated. Service members were introduced to the "Self-Care Assessment", exploring 3 out of the 6 areas of self-care; physical, psychological, emotional, spiritual, relationship and workplace self-care. Patients filled in a worksheet for each of the aforementioned domains rating tasks according to how well they think they were doing each. A discussion was facilitated regarding how often each patient participates in each task. Beliefs, values, and barriers to self-care were explored.
    PARTICIPATION: SM actively participated by completing the worksheet and in the group discussion.
    No evidence of suicidal ideation, homicidal ideation, plan or intent noted. Next session is scheduled for Tuesday 9/5/17.

**A/P** Last updated by POURZAND,MIRIAM @ 30 Aug 2017 1359 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

       Procedure(s):       -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): PRATT,NARCEDALIA

**Disposition** Written by POURZAND,MIRIAM @ 30 Aug 2017 1400 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS, WRNMMC) @ 30 Aug 2017 1400

---

CHANGE HISTORY
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 30 Aug 2017 1359 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 30 Aug 2017 1359 EDT - see above.Previous Version of A/P section was entered/updated by PRATT,NARCEDALIA @ 29 Aug 2017 1511 EDT.
1. Generalized anxiety disorder
       Procedure(s):       -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): PRATT,NARCEDALIA
*The following A/P Note Was Overwritten by PRATT,NARCEDALIA @ 29 Aug 2017 1511 EDT:*
The A/P section was last updated by PRATT,NARCEDALIA @ 29 Aug 2017 1511 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 29 Aug 2017 1355 EDT.
1. Generalized anxiety disorder
       Procedure(s):       -Psychiatric Therapy Group Interview x 1

AR 0383

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538    Created: 30 Oct 2017

*29 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE*

Encounter ID:    BETH-29464176    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **29 Aug 2017 0933 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **DEUTSCH,ANNE MARIE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0933 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •family medical history (General FHx) | •No Known Allergies |
| •Counseling, unspecified Z71.9 | •family history of supplemental HPI [use | |
| •EXAM/ASSESSMENT, | for free text] (General FHx) | |
| OCCUPATIONAL, SERVICE | •no family history of malignant melanoma | |
| MEMBER PERIODIC HEALTH | of the skin (General FHx) | |
| ASSESSMENT (PHA) DOD0225 | •family history of father is alive (General | |
| •ALCOHOL DEPENDENCE WITH | FHx) | |
| CONTINUOUS DRINKING | •family history of heart disease (General | |
| BEHAVIOR | FHx) | |
| •MAJOR DEPRESSION RECURRENT | •family history of cancer (General FHx) | |
| MODERATE | •family history of mother is alive (General | |
| •ANXIETY DISORDER NOS | FHx) | |
| •Left ankle joint pain | •no family history of malignant neoplasm of | |
| •NEUROTIC EXCORIATION | large intestine (General FHx) | |
| •ANKLE SPRAIN LEFT | •no family history of malignant neoplasm of | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | the gastrointestinal tract (General FHx) | |
| •ANOMALIES OF SKIN | •paternal grandfather's history of | |
| •Abdominal pain | preliminary background HPI [use for | |
| •ASTHMA | free text] (Paternal Grandfather) | |
| •POSTSURGICAL STATE OF EYE AND | •paternal grandmother's history of | |
| ADNEXA | preliminary background HPI [use for | |
| •Difficulty breathing (dyspnea) | free text] (Paternal Grandmother) | |
| •SKIN NEOPLASM UNCERTAIN | •paternal grandmother's history of HPI [use | |
| BEHAVIOR | for free text] (Paternal Grandmother) | |
| •Removal Of Sutures | •paternal history of preliminary background | |
| •ASTHMA EXTRINSIC | HPI [use for free text] (Father) | |
| •ROSACEA | •family history of test conclusions [Use for | |
| •PERIPHERAL RETINAL | free text] (General FHx) | |
| DEGENERATION - LATTICE | •family history of diabetes mellitus | |
| •REFRACTIVE ERROR - MYOPIA | (General FHx) | |
| •ALLERGIC RHINITIS | •family history of mental illness (not | |
| | retardation) (General FHx) | |
| | •family history of the options include | |
| | referral (General FHx) | |
| | •family history of patient counseling | |
| | (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for | |
| | s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease | |
| | (General FHx) | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY | 1 of 1 | 06 Jun 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 341**

AR 0384

**Medical Record**

Anderson, Daniel Dennis    DOB: ▊▊ 1985  SSN: ***-**-▊▊    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | | MOUTH EVERY DAY #0 RF1 | | |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0933 EDT
TESTING

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0933 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Daniel Merwin  29 AUG
    Follow-Up Data Only
    Psychological testing - Reviewed and  interpreted  psychological tests from BHDP.  These are only one source of data and should be interpreted in the context of the patient's entire presentation.  The BHDP scales are reported and briefly interpreted as follows.

    Behavioral Health Vitals (patient reported):
    Overall health reported as: Good
    Pain Level (0-10): 3             Currently treated: Yes
    Suicidal Ideation Risk - C-SSRS score: 3       Past/Prep Behavior last 3 months: No
    # past attempts as of 09/06/2016: 3
    Most recent Suicidal Ideation: 2-4 weeks ago
    Suicidal Ideation Duration: Fleeting - a few seconds or minutes
    Suicidal Ideation Frequency: Once a week
    Protective Elements Stopping Suicidal Actions:  Family, Fear of failing
    Harm Others Risk over next week as of 8/29/2017 - None    Active Plan: N/A
    Patient with access to weapons: No
    Recent Outcome Measures (last 30 days)
    BASIS24 - Score: 3.1 - High levels of general distress reported (8/29/2017)
    PHQ9 - Score: 22 - Severe depressive symptoms reported. Evaluation indicated. (8/29/2017)
    GAD7 - Score: 21 - Severe anxiety symptoms reported. Evaluation indicated. (8/29/2017)
    PCL-5 - Score: 65 - Significant PTSD symptoms reported (8/29/2017)
    PCL-C: N/A
    AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP referral (8/29/2017)
    CSI: N/A
    ISI - Score: 25 - Clinical insomnia (severe) (8/29/2017)
    BAM: Risk/Protection/Use (subscales) - Score:  14/16/0 - Moderate-High Protection (8/29/2017).

**A/P** Last Updated by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0935 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0385

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**1. Generalized anxiety disorder**
        Procedure(s):        -Psychologic Testing And Report Administered By Computer x 1

**Disposition** Written by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0935 EDT
**Released w/o Limitations**
**Follow up:** as needed .

**Signed By  DEUTSCH, ANNE MARIE** (Clinical Psychologist, WRAMC) @ 29 Aug 2017 0935

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 343**

AR 0386

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *29 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29460247     Primary Dx:        Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **29 Aug 2017 0715 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **SPEC**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 30 Aug 2017 1337 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
- MAJOR DEPRESSION RECURRENT
    MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
    ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
    DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**▮▮▮▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 344**

AR 0387

**Medical Record**

Anderson, Daniel Dennis          DOB:      1985  SSN: ***-**-     DoD ID: 1286180538          Created: 30 Oct 2017

| | | FOR ABDOMINAL PAIN #0 RF3 | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 29 Aug 2017 0715 EDT
INTAKE

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0906 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:  HCPCS CODE S9480:
        INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning. The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 29 Aug 2017 1143 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Distress Tolerance Group 1000-1050 facilitated by Ms. Helen Lowenstein LCSW .
    Purpose:  To teach patients skills to identify potential distressing events and to teach them to manage negative emotions/negative experiences without exacerbation of a perceived crisis. Patients will also be encouraged to become aware of ways they escape severe emotional pain through destructive behaviors and/or relationships. Time will also be spent helping patients learn to tolerate the distress.
    Topic:  Patients were provided a hand out titled Things that influence Stress Tolerance Level.  It listed five categories:  Support network, sense of control (internal vs external), attitude and outlook, ability to deal withj your emotions (Recognition and recovery), and Knowledge and preparation.  The patients were asked to identify ones they have been utilizing in their life already for positive coping, and areas they may need to incorporate.  Patients went around the room and shared what they have been or need to start to do and what areas cause them more distress than others.  This is to help empower patients that they may have or will have a tool box of coping skills to pull from when in distress and adopt healthier coping patterns and behaviors.
    PARTICIPATION: PT was an active throughout the group.  PT shared that having set routines is helpful for him with feeling in control and goals.  No evidence of SI/HI.  Next group to meet 09/05/17 at 1000.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 29 Aug 2017 1248 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A MORNING CHECK OUT:
    Pt is new intake this morning for Team A.
    Pt checked out from morning programming at 1045.
    Pt denies SI/HI.
    Pt will return after lunch.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 345**

**Medical Record**

Anderson, Daniel Dennis    DOB:▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

**S/O Note** Written by DONKIN,LAURA G @ 29 Aug 2017 1518 EDT
**Personal history**
PT CONTACT INFORMATION

Contact #▓
Email Address:
Unit/Command:NSA, Ft Meade
Command Telephone #: 443-479-6067
CO/OIC/Supervisor:CDR Yuskoe

OCCUPATIONAL / SPECIAL / MILITARY HISTORY

Branch of Service:Navy E-5, recently demoted from E-6
Status: [ x ] Active Duty  [  ] Retired  [  ] Family Member
     [  ] Other
Job Description (MOS / AFSC): Network security
Special Duty:
    [  ]...PRP, SCI, or PSP (describe):
    [  ]...Active Flying Status
    [  ]...Diving Duty
    [  ]...SMOD
    [  ]...Other
DEPLOYMENT HISTORY

# of Deployments:0
Locations:
Total time deployed:
Job during deployment:
...
SUBSTANCE USE AND TREATMENT HISTORY

Tobacco and other Nicotine products: denies

Alcohol:Patient currently seen at ATS at WRNMMC. Pt admits to alcohol consumption starting in Middle School. Pt has already had significant alcholo treatment including inpatient at Ft. Belvoir.

Caffeine:Pt denies recent consumption of coffee or other stimulants.

Illicit / prescription drug abuse:denies

...
SOCIAL / DEVELOPMENTAL / SPIRITUAL HISTORY
 Pt is 32 yo single Caucasian male with almost 12 yrs TIS, Navy E-5 (recently demoted from E-6), MOS cyber security. Pt reports that he was born in California to very young, unmarried parents, who later married and then divorced. Pt reports that he has 2 sisters, who are ages 30 and 29. He also has a half brother, and half sister who he does not have contact with. Pt reports that father had custody for most of childhood, and mother had to pay support. Both parents were physically abusive. Father was on welfare and frequently negligent of his parental duties. Pt states that father's excessive disciple was to make them fearful. Pt reports 2 incidents of sexual trauma from unwanted contact. Once by older cousin and an other time in middle school with friend grabbing him. Pt was moved numerous times during childhood. Pt said that there were times when he was living in a ghetto due to father living off welfare and spending all their money. Pt appears to currently have emotional support from mother and sisters. He has a very contentious relationship with father, thus recently changing his name. Pt said that he barely passed high school, and had a 2.2 GPA. He attributes this to his struggle with IBS, excessive running schedule and not doing homework. He joined the Navy immediately following high school. He has difficulty with relationships and is not currently in one. He denies religious affiliation.

...
LEGAL / DISCIPLINARY / FINANCIAL / OTHER STRESSORS & PROBLEMS
 Pt reports recent demotion due to accusation of social media harrassment of another SM. Pt also admits to serious financial debt due to excessive spending.

...
SEXUAL HISTORY

 Pt reports history of hypersexuality, but reports Effexor is currently helpful with this. He states that he does not like being touched in certain ways and has trouble emotionally connecting with partners.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB:■■ 1985  SSN: ***-**-■■  DoD ID: 1286180538     Created: 30 Oct 2017

...
**Family history**
FAMILY PSYCHIATRIC, SUBSTANCE USE AND MEDICAL HISTORY
 Mother is diagnosed with Bipolar disorder.  Younger sister also diagnosed with Bipolar disorder.  Youngest sister diagnosed with depression.  Both sisters have had multiple suicide attempts.  Maternal grandmother also Bipolar.
...


**S/O Note** Written by POURZAND,MIRIAM @ 30 Aug 2017 1358 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Feeling tired (fatigue).
        Drowsiness.
        Insomnia.

MEDICATION RECONCILIATION AND COMPLIANCE

     [x   ]...Medication reconciliation completed. Risks, benefits, major/common side effects, and
              alternatives reviewed with patient who stated an understanding and agreement with plan.

     [x  ] Yes.....[  ] No.....Compliant with medications.....Comments:
....
SUICIDE RISK ASSESSMENT:

     WARNING SIGNS:

          [ x ] Yes [   ] No    Suicidal ideation:
          [ x ] Yes [   ] No    Suicidal plans: childhood via hanging
          [   ] Yes [ x ] No    Suicidal intent:
          [   ] Yes [ x ] No    Suicidal communication:
          [   ] Yes [ x ] No    Access to lethal means:
          [   ] Yes [x  ] No     Seeking access to lethal means:
          [   ] Yes [ x ] No    Preparations for suicide:
          [ x ] Yes [   ] No    Substance abuse: hx of ETOH to include detox hx
          [   ] Yes [ x ] No    Hopelessness:
          [   ] Yes [  x] No    Purposelessness:
          [   ] Yes [ x ] No    Anger:
          [ x ] Yes [   ] No    Reckless/Impulsive:hx of risky behavior
          [   ] Yes [ x  ] No    Feeling trapped:
          [   ] Yes [ x ] No    Social withdrawal:
          [ x ] Yes [   ] No    Anxiety:
          [ x ] Yes [   ] No    Mood changes:
          [ x ] Yes [   ] No    Sleep disturbance:
          [ x ] Yes [   ] No    Guilt or shame:

          Comments:
HOMICIDAL OR VIOLENT THOUGHTS OR ACTIONS

          [   ] Yes [ x ] No    Past homicidal thoughts:
          [   ] Yes [  x ] No    Past homicidal actions:
          [   ] Yes [ x ] No    Current homicidal thoughts:
          [   ] Yes [ x ] No    Past violent episodes:
          [   ] Yes [ x ] No    Current violent thoughts / urges:
          [   ] Yes [ x ] No    Intent to act on thoughts / urges:

          COMMENT ON RISK OF HARM TO OTHERS:

...

          CONTRIBUTING RISK FACTORS:

          [ x ] Yes [   ] No    Family h/o suicide attempts: siblings attempted
          [x  ] Yes [   ] No    Family h/o mental illness:
          [   ] Yes [ x ] No    Loss (loved one, relative, relationship, status):
          [   ] Yes [   x] No    Suicide of relative/peer/famous person:
          [   ] Yes [x  ] No    Stressful life event (acute):
          [   ] Yes [ x ] No    Chronic stressors (financial, legal, etc.):
          [   ] Yes [   x] No    Psychological trauma (current):

Anderson, Daniel Dennis     DOB:■■ 1985  SSN: ***-**-■■  DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 347**

AR 0390

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-██████     DoD ID: 1286180538        Created: 30 Oct 2017

[ x ] Yes [  ] No    Childhood trauma (sexual, emotional, physical):
[  ] Yes [ x ] No    Stressful medical condition:
[  ] Yes [ x ] No    Chronic pain:
[  ] Yes [ x ] No    Physical functional impairment:
[ x ] Yes [  ] No    Military related stress:

Comments:

PROTECTIVE:

[ x ] Yes [  ] No    Good social support system:
[ x ] Yes [  ] No    Positive personal traits:
[ x ] Yes [  ] No    Access to health care:

Comments:
...

**Review of systems**
**Systemic:** No recent weight loss and no recent weight gain.
**Head:** No headache.
**Eyes:** No blurry vision.
**Gastrointestinal:** Appetite not decreased.  No diarrhea.
**Endocrine:** No decreased libido.
**Musculoskeletal:** No muscle aches, no localized joint pain, and no limb pain.
**Neurological:** No dizziness, no motor disturbances, and no tremor.  No gait abnormality.  No sensory disturbances.
**Psychological:** No nightmares and no bulimic episodes.  No social isolation.
**Skin:** No rash.

**Assessment**
ASSESSMENT AND DIAGNOSIS


Patients strengths: resilient

Potential obstacles to treatment: anxiety d/o

Prognosis:  [  ] Excellent.....[  ] Good.....[  ] Fair.....[ x ] Guarded.....[  ] Poor


....
PROFILE STATUS:    reports in process of MEB
...
Visit is not deployment-related.

**Plan**
TREATMENT GOALS AND OBJECTIVES

Patients goals
  1. Figure out how to cope with prior life events
  2. Move on from things


Treatment objectives
  1. Improve psychological functioning
  2. Decrease number of episodes of trichotillomania
  3. Reduction in symptoms as evidence by self reported measures BHDP by 20% post completion of program

TREATMENT PLAN AND STRATEGY

Medication:Effexor 150 mg daily

Psychotherapy:  2 x per week

Referrals: watch pad sleep study, Alpha-Stim, BFA

Estimated Frequency and Duration of Treatment: 4 wks

Other:

[ x ] Treatment Options and Education:  Diagnosis and treatment options - including risks,
     benefits, side effects, and choice to decline treatment, were discussed with the patient
     who expressed an understanding of the diagnosis and plan.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 348**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

[ x ] Treatment plan was collaboratively discussed with the patient.

[ x ] Yes [  ] No...Patient agrees with plan?  If not, what part?

DATE: 8/29/17

....

**S/O Note** Written by CLOPPER,TAMMY J @ 30 Aug 2017 1414 EDT
**Chief complaint**
The Chief Complaint is:
Continued stress and anxiety.
**Reason for Visit**
NEW EVALUATION.
The Patient was seen by a staff member.
(0900-1000): Present at intake: Dr. Pourzand, Mrs. Donkin, LCSW-C, Ms. Buford, RN.
General overall feeling - Fair.
Difficulty doing work, taking care of things at home, or getting along with other people – Very difficult.
Limits of confidentiality reviewed with the patient who verbally expressed an understanding, signature was obtained.  (See [Add Note] for any scanned in documents.).
**Referred here**
Appointment is voluntary.
....
Patient was not escorted.
Referredhere by - Other.
Source of information was self.
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in the TSWF BH Spec AIM form>>

HISTORY OF PRESENT ILLNESS:


Pt is a 32 y/o single Caucasian male ADN E5 with almost 12 years TIS, HDS: Ft. Meade, MOS: Network Intelligence, referred to PCS by outpatient provider at WRNMMC d/t continued symptoms of anxiety and depression. SM reports he has not worked in one month, has lost access to the building, and was demoted from E6 to E5 in 7/2017 d/t social media sexual harassment sent to a female co-worker. SM reports having anxiety symptoms as far back as childhood d/t his father. In 2008, SM started picking his scalp (neurotic excoriation) while deployed aboard a ship d/t stress and anxiety. SM also developed MRSA. SM reports in 2010 he had a bad 2 year relationship breakup with a woman whom was an alcoholic and taking medication. SM states in 2012 he started seeing behavioral health d/t having suicidal ideation, being discontent with life, and the bad breakup. SM endorses guilt, decreased appetite and fear of gaining weight and losing 10 lbs. in the last month (stating he does not want to look like his father as well as end up with diabetes as he has), states feels as though he has sleep paralysis and at times sleeps too much but other times difficulty falling and staying asleep, +anxiety and worrying, reports being hypersexual stating he could have intercourse daily as well as ejaculate three times a day, +anger/irritability, +isolation, states does not like sun exposure, fantasizes about life-space things, watches television a lot which in turn creates increased anxiety (example: watches Game of Thrones and Walking dead but does not look at it as just a TV show, fantasizes that it is real).  SM states he works on computer gaming and enjoys cooking. Reports he was in debt for $35,000 but sold one of his homes and now debt has decreased to $19,000. States his debt was from buying his brother a car and giving his family money. SM denies AVH and OCD.
ADDITIONAL HPI


 SM has no religious preference. SM was deployed near Japan on a ship from 3/2006-4/2009 denying combat exposure and stating he felt safe. SM reports fleeting SI with no plan/intent, currently denying active SI/HI. SM to attend both IOP/CRP programs.


PHYSICAL PAIN SEVERITY  3/ 10.
PAIN ASSESSMENT

    Location:  stomach (IBS)
    Duration:
    Quality:
    Factors that correlate with onset:


Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 349**

AR 0392

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

Frequency:
Average level:
Worst level:
Least level:
What makes it better:
What makes it worse:
...
Patient IS NOT currently in a situation where he/she is being verbally or physically hurt, threatened, or made feel afraid.
....
LEARNING / NEEDS ASSESSMENT

Date Updated:

What is your preferred method of learning?.....[  ] Verbal.....[  ] Written.....[  ] Visual.....[ X ] Other (Specify): hands-on
Preferred Language (written or spoken):.........[ X ] English...[  ] Other:
[  ] Yes...[ X ] No...Learning disability, language barrier, hearing/vision deficit.. (If Yes, Specify):
[  ] Yes...[ X ] No...Cultural or religious beliefs that may affect care............ (If Yes, Specify):
[  ] Yes...[ X ] No...Patient or a family member is in the EFMP Program ........(If Yes, Specify):
[  ] Yes...[ X ] No...Patient using community resources (e.g. chaplain, family services, etc.)  (If Yes, Specify):
[  ] Yes...[ X ] No...Needs help obtaining more community resources/support.  If yes, specify:
[  ] Yes...[ X ] No...Patient would like family members involved in care.
[  ] Yes...[X  ] No...Advance Directives completed?
[  ] Yes...[ X ] No...Copy of the Advance Directive in the record?
...
NUTRITIONAL ASSESSMENT

Date Updated:

[  ] Yes...[ X ] No...Illness or condition has led to a change in kinds or amounts of food or made it hard to eat
[ X  ] Yes...[  ] No...Fewer than two meals per day
[  ] Yes...[ X ] No...Unintended loss of ten or more pounds in the last six months

**Personal history**
PAST MEDICAL HISTORY


IBS; PRK; tonsillectomy; childhood asthma; neurotic excoriation (scalp picking);
PSYCHIATRIC HISTORY


Suicide attempt as a child by taking bottle of aspirin d/t conflict with father, vomited but no treatment; age 17 suicide attempt via
consuming large quantity of alcohol, no treatment; 6/16/2014 Integrated Health WRNMMC x 2 visits d/t anxiety; 8/2014-10/2014
WRNMMC outpatient BH d/t anxiety; 4/2015-11/2015 WRNMMC outpatient BH d/t depression/anxiety, also attended CBTI group;
8/2016 Integrative Health WRNMMC d/t mood swings/anxiety x 1 visit; 9/2016 started seeing outpatient BH WRNMMC d/t mood
swings/anxiety.  MEDICATIONS HAVE BEEN RECONCILED to include current medications, OTC, and supplements. Previously
trialed meds: Zoloft (increased fatigue), melatonin, lexapro (felt flat), Unisom, Wellbutrin XL (increased anxiety), and Lunesta
(ineffective). SM currently taking: Effexor 150 mg daily and Naltrexone 50 mg daily.


**A/P** Last updated by POURZAND,MIRIAM @ 30 Aug 2017 1357 EDT
**1. Generalized anxiety disorder:**
32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago,
currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in
2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.
Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for
additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 350**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▉ 1985  SSN: ***-**-▉    DoD ID: 1286180538    Created: 30 Oct 2017

information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                               -Psychiatric Diagnostic Evaluation Initial x 1
                               -Psychiatric Diagnostic Evaluation With Medical Evaluation And Management x 1

**Disposition Last Updated by POURZAND,MIRIAM @ 30 Aug 2017 1359 EDT**
**Released w/o Limitations**
**Follow up: 1 day(s)** in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 31 Aug 2017 0742

CHANGE HISTORY
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 30 Aug 2017 1357 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 30 Aug 2017 1357 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 29 Aug 2017 1516 EDT.
1. Generalized anxiety disorder
        Procedure(s):                  -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                               -Psychiatric Diagnostic Evaluation Initial x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 29 Aug 2017 1516 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 29 Aug 2017 1516 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0907 EDT.
1. Generalized anxiety disorder
        Procedure(s):                  -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 351**

AR 0394

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *22 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-29388088    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **22 Aug 2017 0800 EDT**
Clinic: **ATS ADULT BE**

Appt Type: **FTR**
Provider: **HANGEMANOLE,DESPINA C**

**Reason for Appointment:**
f/u
**Appointment Comments:**
ctc

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 22 Aug 2017 1004 EDT
**History of present Illness**
    The Patient is a 32 year old male.
Focus Of Session: Realizations
S) SM reported that he wanted to drink on Friday due to stress from command. He stated that command had a legal representative notify him that they were counting his referral as a command referral and he was at risk for administrative separation due to this being his second referral. Treatment failure processes were reviewed with SM who acknowledged understanding. SM stated he would prefer to continue treatment at WR ATS as opposed to transferring to WNY SARP due to continuity of care and integration of care. SM stated that he went home on Friday and watched a movie and the cravings dissipated. SM discussed his weight loss, decrease in IBS symptoms and financial gains since he quit drinking. SM also stated he is developing a closer relationship with his family now that he is sober. SM reported that he did not go to a meeting last week but committed to attending one this week. SM also stated he would begin making a gratitude list daily to see if this helped to ground him in the present in order to decrease his anxiety. SM denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts and behavior were appropriate.
A) SM was cooperative and friendly. SM appears to have significant mental health issues that would be best addressed through PCS IOP. SM would benefit from continuing to engage in community recovery.
Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social worker in three weeks.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 22 Aug 2017 0852 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 22 Aug 2017 0856 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker in 3 weeks.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By **HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 22 Aug 2017 1004

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 352**

AR 0395

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

*22 Aug 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-29408977    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **22 Aug 2017 0700 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Note Written by PAUL,SHERIN @ 23 Aug 2017 1141 EDT
## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:    Daniel Merwin
Patient last 4:    0538
Appt #:    Intake + 12
Therapy time:    60 minutes
E&M time:    60 minutes

## Identifying Data:    32-year-old, Single, Caucasian, Male

## Military Data:
Branch:    USN
Rank:    PO1
MOS:    CTN
TIS:    11-years
Deployments:    N/A
Deployment Related:    N/A
Trauma:    N/A
WTU:    N/A
MEB in progress:    N/A
AdmSep in progress:    N/A
Special Clearance:    Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 353**

AR 0396

**Medical Record**

<u>Anderson, Daniel Dennis     DOB:▮ 1985 SSN: ***-**▮     DoD ID: 1286180538     Created: 30 Oct 2017</u>

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

## Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

## Notes from Today's Session:
**Treatment modality currently used: CBT**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he continues to have issues with his command and is concerned about returning to the environment post IOP. He stated that he learned that his department had an all-hands meeting regarding him and why his clearance was removed. He feels that other sailors now have a negative impression of him and has noticed that they interact with him differently. Therapist and patient processed his feelings about this. Patient stated that he has been working on socializing and getting out of his home. Patient relayed recent outings. Therapist expressed concern regarding an outing that patient had with another sailor. Therapist encouraged patient to be mindful of social interactions wither others in his department related to all the concerns they've had about his boundaries and behavior. Patient agreed that this was not a positive outlet for socialization. Further conversation focused on patient's re-investment into his family relationships. He stated that he is working on trying to build normal healthy relationships even though he does not feel innately warm and secure in these relationships. Therapist and patient discussed how to balance internal growth and relationship growth. Patient is identifying future oriented plans. Patient has no suicidal plan or intent but fleeting ideation. Patient will start IOP next week.

**Response to treatment:** [ ] None     **[ X ] Some**     [ ] Significant     [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time. He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire. He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal

<u>Anderson, Daniel Dennis     DOB:▮ 1985 SSN: ***-*▮     DoD ID: 1286180538     Created: 30 Oct 2017</u>
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 354**

AR 0397

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

## ASSESSMENT

### Diagnosis:
Axis I:   Generalized Anxiety Disorder
          Major Depressive Disorder, Single Episode, Moderate
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

### Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 355**

AR 0398

**Medical Record**

| | |
|---|---|
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 22 August 2017
*Reviewed with patient on:* 22 August 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

Anderson, Daniel Dennis    DOB: ▓▓ 1985  SSN: ***-**▓▓    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 356**

AR 0399

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-██      DoD ID: 1286180538      Created: 30 Oct 2017

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
    Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

**Provider initiated LimDu for patient.**

<u>A/P</u> Written by PAUL,SHERIN @ 23 Aug 2017 1144 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

<u>Disposition</u> Written by PAUL,SHERIN @ 23 Aug 2017 1144 EDT
**Released w/o Limitations**
**Follow up:** 1 month(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  PAUL, SHERIN (Clinical Psychologist) @ 23 Aug 2017 1144

AR 0400

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

*14 Aug 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-29328694    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **14 Aug 2017 1500 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Note Written by PAUL,SHERIN @ 15 Aug 2017 1545 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:    Daniel Merwin
Patient last 4:    0538
Appt #:    Intake + 11
Therapy time:    60 minutes
E&M time:    60 minutes

## Identifying Data:    32-year-old, Single, Caucasian, Male

## Military Data:
Branch:    USN
Rank:    PO1
MOS:    CTN
TIS:    11-years
Deployments:    N/A
Deployment Related:    N/A
Trauma:    N/A
WTU:    N/A
MEB in progress:    N/A
AdmSep in progress:    N/A
Special Clearance:    Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 358**

AR 0401

**Medical Record**

Anderson, Daniel Dennis     DOB:▮▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538     Created: 30 Oct 2017

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: CBT**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he received updated IOP start date that is command approved. Patient is looking forward to this. Therapist and patient discussed this further. Patient stated that he received a call from MEB lawyer regarding his case. Patient will follow up as needed with lawyer. He stated that he is going to additional GI appointments to try other treatments. Further conversation focused on patient's isolation. He stated that he feels better staying at home and to himself as he's afraid of making mistakes or being misunderstood. Therapist and patient discussed how recent events have made the patient mistrust himself. Therapist and patient discussed next steps. He stated that he wants to focus on building his family relationships and identified ways that he is strengthening those bonds. Patient is identifying future oriented plans. Patient has no suicidal plan or intent but fleeting ideation.

**Response to treatment:** [ ] None   **[ X ] Some**   [ ] Significant   [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 359**

**Medical Record**

Anderson, Daniel Dennis     DOB:█████ 1985  SSN: ***-*█████     DoD ID: 1286180538     Created: 30 Oct 2017

# ASSESSMENT

## Diagnosis:
Axis I:   Generalized Anxiety Disorder
          Major Depressive Disorder, Single Episode, Moderate
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

*Prognosis:* ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
*Patient's capacity* to participate in and benefit from therapy is evidenced by:
**(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:
*Non-Modifiable Factors:*

| | | |
|---|---|---|
| Gender (risk factor if male): | | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence | |
| Organized Plan: | No | |
| Chronic Psychiatric Disorder: | | Yes |
| Recent Psychiatric Hospitalization: | No | |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child | |
| Chronic Physical Illness: | No | |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted | |
| Other Recent Loss: | No | |
| Chronic Pain: | No | |
| Age (risk factor if <25 or >60): | No | |

*Modifiable:*

| | | |
|---|---|---|
| Suicidal Ideation/Plans/Intent: | | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No | |
| Access to Lethal Means: | No | |
| Poor Treatment Compliance: | | No |
| Hopelessness: | Yes | |
| Psychic Pain/Anxiety: | Yes | |
| Acute Event: | No | |
| Insomnia: | No | |
| Low Self-Worth: | No | |
| Impulsivity: | Yes | |
| Substance Abuse: | | Yes, previously |
| Financial Stress: | | Yes |
| Legal Stress: | Yes | |

*Protective:*

| | | |
|---|---|---|
| Strong Therapeutic Alliance: | | Yes |
| Positive Coping Skills: | Yes | |
| Responsible to/for Family: | No | |
| Responsible to/for Pet: | | |
| Frustration Tolerance | Limited | |
| Resilience: | Yes | |
| Good Reality Testing: | Yes | |
| Amenable to Treatment: | Yes | |

AR 0403

**Medical Record**

Social Support:                    No
Religious Beliefs Contrary to Suicide:

History of Harm to Others: No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High


## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 13 June 2017
*Reviewed with patient on:* 13 June 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED. **Page 361**

**Medical Record**

Anderson, Daniel Dennis     DOB: ▇ 1985  SSN: ***-**-▇     DoD ID: 1286180538     Created: 30 Oct 2017

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

**Provider initiated LimDu for patient.**

A/P Written by PAUL,SHERIN @ 15 Aug 2017 1547 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**
**3. Alcohol dependence, uncomplicated**
          Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1

Disposition Written by PAUL,SHERIN @ 15 Aug 2017 1548 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.

Signed By  PAUL, SHERIN (Clinical Psychologist) @ 15 Aug 2017 1548

Anderson, Daniel Dennis     DOB: ▇ 1985  SSN: ***-**     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 362**

AR 0405

**Medical Record**

Anderson, Daniel Dennis    DOB:█████ 1985  SSN: \*\*\*-\*\*-█████  DoD ID: 1286180538    Created: 30 Oct 2017

*14 Aug 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S*

Encounter ID:    BETH-29304076    Primary Dx:    Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**    Date: **14 Aug 2017 1006 EDT**    Appt Type: **T-CON\***
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **DELSESTO,BARBARA SUE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**    Call Back Phone: █████████

**AutoCites** Refreshed by DELSESTO,BARBARA @ 14 Aug 2017 1006 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Telephone Consult:** Written by DELSESTO,BARBARA @ 14 Aug 2017 1006 EDT
Case Management
**Telephone Consult Comments:** Written by DELSESTO,BARBARA @ 14 Aug 2017 1006 EDT
IOP coordination

**S/O Note** Written by DELSESTO,BARBARA SUE @ 14 Aug 2017 1014 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 363**

AR 0406

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Subjective**
Spoke with Ms. Lisa Banks-Williams at the Intensive Outpatient Program and received a new start date for this patient for 29 August at 0700.  Patient accepted this date and verbalized an understanding to call CM if any issue comes up.  Dr. Paul and patient's Command also informed of the new date- CDR Yusko.  All parties have CM information.

**A/P** Written by DELSESTO,BARBARA @ 14 Aug 2017 1014 EDT
**1. Encounter for other administrative examinations**

**Disposition** Written by DELSESTO,BARBARA @ 14 Aug 2017 1014 EDT

**Signed By  DELSESTO, BARBARA** (Nurse Case Manager, Walter Reed National Military Medical Center) @ 14 Aug 2017 1014

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 364**

AR 0407

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

### *14 Aug 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D.*

Encounter ID:    BETH-29337561    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **14 Aug 2017 0800 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **DELEON,PATRICK D.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
jbf

**S/O Note** Written by DELEON,PATRICK D. @ 16 Aug 2017 1130 EDT
**History of present illness**
     The Patient is a 32 year old male.

S: Individual follow-up session with this SW as SM's primary ATS counselor Ms. Hangemanole is on leave this week. SM reports ongoing sobriety, acknowledges occasional thoughts of drinking but able to abstain and expressed pride that he has more than a month of sobriety. SM reports recent weight loss which he's pleased with, entirely due to stopping alcohol and caffeine as he reports his IBS prevents him from exercising and he hasn't significantly changed his diet. SM discussed fleeting passive suicidal thoughts, not presently having them and convincingly able to assure his safety and no intent to act on them. SM reports they are generally sparked by existential questions about finding meaning and purpose in life, more recently connected to thinking about what he'll do after the Navy, discussed both the excitement but primarily the fear that comes with the idea that he could study a new field, could do anything, and this is both a great opportunity and overwhelming. SM reports increased isolation, stemming from two people in recovery who relapsed following a breakup or tension with SM, which he rationally recognizes is not his fault but nevertheless lessens his motivation to connect with others.
O: Client arrived on time to session. Alert and oriented x 3.
Appearance: Appropriate
Behavior: Appropriate
Speech: Within Normal Limits
Thoughts: Logical, linear, goal-directed
Mood: Depressed
Affect: Congruent
Insight: Fair
Judgment: Fair
SI/HI: Convincingly denied
Med/Pain Issues: Irritable Bowel Syndrome
A: SM reports significant depressive symptoms, appears motivated to maintain sobriety
P: Next individual session w/ Ms. Hangemanole 22 Aug, start PCS 29 Aug.


**A/P** Written by DELEON,PATRICK D. @ 16 Aug 2017 1131 EDT
**1. Alcohol dependence, uncomplicated** F10.20
          Procedure(s):          -(90837) Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by DELEON,PATRICK D. @ 16 Aug 2017 1131 EDT
**Released w/o Limitations**
**Follow up:** in the ATS ADULT BE clinic. - Comments: Next individual session w/ Ms. Hangemanole 22 Aug, start PCS 29 Aug


**Signed By  DELEON, PATRICK D.** (Social Work Case Manager) @ 16 Aug 2017 1131

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 365**

AR 0408

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**▮    DoD ID: 1286180538    Created: 30 Oct 2017

## *10 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-29272515    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **10 Aug 2017 0801 EDT**    Appt Type: **T-CON***
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**    Call Back Phone: ▮

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 10 Aug 2017 0803 EDT
**Subjective**
Tcon with client to notify him of PCS intake date. Intake will be on 29 August and client was aligned with this date. SM also agreed to check in with Patrick Deleon while this writer is on leave next week.

**A/P** Written by HANGEMANOLE,DESPINA C @ 10 Aug 2017 0805 EDT
**1. Alcohol dependence, uncomplicated**
         Procedure(s):          -Non-Physician Phone Call To Patient/Provider Brief (5-10min) x 1

**Disposition** Written by HANGEMANOLE,DESPINA C @ 10 Aug 2017 0805 EDT
**Follow up:** as needed in the ATS ADULT BE clinic.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 10 Aug 2017 0805

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 366**

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮ 1985  SSN: ***-**-▮     DoD ID: 1286180538     Created: 30 Oct 2017

*09 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:     BETH-29260181     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**     Date: **09 Aug 2017 0800 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **ATS ADULT BE**     Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
jbf

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 10 Aug 2017 0742 EDT
**History of present illness**
        The Patient is a 32 year old male.
Focus Of Session: Depressive Symptoms
S) SM reported that he spent the weekend watching movies and sleeping. SM stated that he did talk with his sister and his mother
and examined with them some of the reasons for living. SM stated he has hopes of moving down to where they live and buying a
plot of land to live on together. Sm stated that his MEB is moving forward for his IBS. SM denied having an intake date with PCS
right now. SM reported that he is still depressed and often thinks about his reasons for living. SM reported he went to one AA
meeting but didn't really like it because there was "drama" and he didn't feel he got anything out of it. SM reported that he was
triggered to drink one time after hearing people talk about craft beer on the radio. SM stated that he turned the radio off and the
feeling passed. He stated that he thought about suicide over the weekend but did not have a plan or intent to harm himself. SM
denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts
and behavior were appropriate.
A) SM was cooperative and friendly. SM appears to have significant mental health issues that would be best addressed through
PCS IOP. SM would benefit from continuing to engage in community recovery.
Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social worker in two weeks.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 09 Aug 2017 0921 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 09 Aug 2017 0921 EDT
**Released w/o Limitations**
Follow up: as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker in two weeks.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Note** Written by HANGEMANOLE,DESPINA C @ 09 Aug 2017 0916 EDT
**Consult Order**
**Referring Provider:**        TOBAR, EDEN
**Date of Request:**   18 Jul 2017
**Priority:**        Routine

**Provisional Diagnosis:**

Alcohol use disorder

**Reason for Request:**

32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was drinking a liter and a half of vodka per week for the 3
months before that.  Completed inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Interested in resuming ATS
treatment to stay sober. Please evaluate and call home number in ahlta to reach pt. Thank you.

**Signed By HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 10 Aug 2017 0742

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 367**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### 08 Aug 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN

Encounter ID:     BETH-29245054     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**     Date: **08 Aug 2017 0930 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites Refreshed by TOBAR,EDEN @ 08 Aug 2017 0949 EDT</u>

**Allergies**
•No Known Allergies

**Vitals**
<u>Vitals</u> Written by JONES,ANDRUW JOHNBRUCE @ 08 Aug 2017 0927 EDT
 BP: 127/86, HR: 78, WT: 160 lbs, Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
<u>Vitals</u> Written by JONES,ANDRUW @ 08 Aug 2017 0927 EDT
 BP: 127/86,    HR: 78,    WT: 160 lbs,    Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

<u>Note</u> Written by TOBAR,EDEN @ 09 Aug 2017 1400 EDT
**Followup Note**

Patient: Daniel Merwin          Gender:   M
DOB: ▓ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #11
Referral by: I decided on my own to come to the clinic

**Identifying data: Patient is an unmarried 32 y/o white Active Duty  male**
**Military Data:**
Branch: Navy          Rank:                    MOS: CTN          TIS: 11 yrs
UIC:          Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No      # Deployments: 1    Months Deployed: 36
WTU: No          MEB: No               AdmSep: No
Special Clearance: Yes               Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes          Work Colleague Problems: No
Anger Problems: Yes                    Spouse/Sig Other Problems: No
Legal Problems: No          Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**

| Anderson, Daniel Dennis | DOB: ▓ 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 368**

AR 0411

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985 SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

Overall health reported as: Good
Pain Level (0-10): 0                              Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up appt.  At our last meeting last week we increased Effexor xr  to
150mg every morning for mood and anxiety. Pt says today he thinks the dose increase is helpful
for his IBS symptoms. He isn't sure about impact on anxiety. We discussed that has not beenon
it for long.  He remains abstinent from alcohol and coffee and is participating in ATS program.
HE has not had his sleep study yet. Review normal B12 lab.  He is not having suicidal thoghts.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously
seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety
disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns
to treatment today because he has been experiencing increased stress and mood swings.  He also states
he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual
diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these
diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the
morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his
job with NIOC but but finds it stressful juggling his collateral duties.  He has also been picking at his
crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports
struggling with irritability and says when he was stationed on a ship he often felt angry due to being in
close proximity to other people , and got into three fights and broke his hand while on the ship.  He is
concerned about being like his father, whom he states was often angry and physically disciplined pt when
he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he
dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been
dating someone for three months and would like to break up with them.  He has poor sleep maintenance,
often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.' He doesn't recall
dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can
say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card
debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he
owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at
work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time
this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to
juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 369**

**Medical Record**

Anderson, Daniel Dennis     DOB: ▊ 1985  SSN: ***-**-▊     DoD ID: 1286180538     Created: 30 Oct 2017

**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min          Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18
19JUL17 phq9= 20 (#9=1); gad7= 18
27JUL17 phq9= 16 (#9=0); gad7= 16
09AUG17 phq9= 15 (#9=0); gad7= 16

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                              Yes
Over lifetime, Suicidal Thoughts?                                           Yes
Over lifetime, Suicidal Thoughts with Method?     Yes
Over lifetime, Suicidal Intent?                                             Yes
Over lifetime, Suicide Intent with Specific Plan?    Yes
Over lifetime, Suicide Behavior?                         Yes          Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                        1-3 months ago
Suicidal Thoughts Duration?                                          Less than 1 hour
Suicidal Thought Frequency?                                          Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions        [ x ] Impulsivity
[x ] History of abuse                     [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                      [x ] Active treatment engagement
[ ] Good coping/problem solving skills    [x ] Hopefulness present
[ ] Faith/religion commitment          [ ] Positive future orientation

**Allergies:** nkda

**Medications:**
Chlorhexidine Gluconate 0.12%, Solution, Oral     RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS.     0     Active     09 Aug 2017@0001
NALTREXONE HCL, 50 MG, TABLET, ORAL     TAKE ONE TABLET BY MOUTH EVERY DAY     1     Active
VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL     TAKE ONE CAPSULE BY MOUTH EVERY DAY     1     Active     09 Aug 2017@0001
RIFAXIMIN, 550 MG, TABLET, ORAL     TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS 0     Expired     06 Jun 2017@0001
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL  TAKE 2 BY MOUTH EVERY DAY     3     Active

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓▓ 1985  SSN: ***-*▓▓    DoD ID: 1286180538    Created: 30 Oct 2017

PROBIOTIC (VSL#3) DS–PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY    1
    Active    06 Jun 2017@0001
SIMETHICONE, 80 MG, TAB CHEW, ORAL    CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY
AS NEEDED FOR GAS    2    Active    18 May 2017@0001
HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL    DISSOLVE 1 TABLET UNDER
TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN    3    Active
    10 May 2017@0001
Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral    TAKE ONE SCOOP EVERY DAY MIXED
IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY  3    Active    10 May
2017@0001

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin
Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and
Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol
and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost
custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes    Cups/Day Equivalent: 4
Tobacco/e-cigs: none    PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine
per night Friday-Sunday.  Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were
divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt
states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive
to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his
'uncle's son' when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't
remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is
now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:fair
Speech:talkative
Mood:anxious
Affect:full
Thought Process: somewhat circumstantial
Thought Content: denies current suicidal intent/HI/AVH
Judgment: fair
Insight:fair
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM 49 | U/L | (10.0-71.0) | |

| Hepatic Function Panel | | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | SERUM 4.9 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM 58 | U/L | (40-129) | | |
| Alanine Aminotransferase | SERUM 34 | U/L | (0-41) | | |
| Aspartate Aminotransferase | SERUM 24 | U/L | (0-40) | | |
| Bilirubin | SERUM 0.3 | mg/dL | (0.15-1.2) | | |
| Bilirubin Direct | SERUM <0.2 | mg/dL | (0.0-0.3) | | |
| Protein | SERUM 7.6 | g/dL | (6.6-8.7) | | |

| Basic Metabolic Panel | | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen | SERUM 14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide | SERUM 28 | mmol/L | (22-29) | | |
| Chloride | SERUM 98 | mmol/L | (98-107) | | |
| Creatinine | SERUM 1.00 | mg/dL | (0.7-1.2) | | |
| Glucose | SERUM 89 | mg/dL | (74-106) | | |
| Potassium | SERUM 4.5 | mmol/L | (3.5-5.1) | | |
| Sodium | SERUM 139 | mmol/L | (136-145) | | |
| Calcium | SERUM 10.1 | mg/dL | (8.6-10.2) | | |
| Anion Gap | SERUM 13 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | SERUM 99.8 | mL/min | (60->=60) | | |
| GFR Calculated Black | SERUM 115.4 <i> | mL/min | (60->=60) | | |

| CBC W/Diff | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|
| WBC | BLOOD 5.6 | x10(3)/mcL | (3.6-10.6) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 372**

AR 0415

**Medical Record**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | | | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | | | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | | | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | | | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | | | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | | | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | | | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | | | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | | | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | | | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | | | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | | | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | | | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | | | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | | | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | | | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | | | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | | | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | | | |
| Differential Review | BLOOD | | MANUAL DIFF NOT PERFORMED | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| | | | | | |
|---|---|---|---|---|---|
| Treponema pallidum Ab | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| | | | | | |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| | | | | | |
|---|---|---|---|---|---|
| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Vitamin B12 (Cobalamins) | SERUM | 293 <i>  pg/mL | (211-946) | | |

| | | | | | |
|---|---|---|---|---|---|
| Homocysteine | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Homocysteine | SERUM | 8.9 <i> | mcmol/L  (4.0-15.4) | | |

| | | | | | |
|---|---|---|---|---|---|
| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Albumin SERUM | 4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin SERUM | 0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium SERUM | 9.7 | mg/dL | (8.6-10.2) | | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine SERUM | 0.96 | mg/dL | (0.7-1.2) | | |
| Glucose SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein SERUM | 7.6 | g/dL | (6.6-8.7) | | |
| Sodium SERUM | 141 | mmol/L | (136-145) | | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 122.1 <i> mL/min | (60->=60) | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 373**

AR 0416

**Medical Record**

Aspartate Aminotransferase    SERUM    20    U/L    (0-40)

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| Drug Abuse Screen | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) | |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) | |
| Cocaine URINE | NEGATIVE <i> | | (Negative) | | |
| Opiates URINE | NEGATIVE <i> | | (Negative) | | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) | |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) | |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) | |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) | |

**Assessment:**
Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: [ ] Not Elevated    [ x ] Low    [ x ] Intermediate    [ ] High
Harm to Others: [ ] Not Elevated    [x ] Low    [ ] Intermediate    [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; r/o adjustment disorder with depressed mood ; Alcohol Use Disorder; Trichotillomania
**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient    [ ] Inpatient    [ ] IOP    [ ] Other:_____

Labs:  [ ] CBC    [ ] LFTs    [ x ] TSH    [ ] Chem 8    [ ] Lipids
[ ] Fasting Glucose    [ ] HCG    [ ] UDS    [ ] Vit B12    [ ] _____

Safety Plan:
[x  ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will continue medication
Intervention: continue Effexor to 150 mg po qam, as family members had good response to this medication.  Monitor for emergence of manic symptoms. Counseled pt on risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 374**

**Medical Record**

Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will refrain from alcohol use
Intervention: continue naltrexone 50 mg po daily.  continue. have discussed adverse effects of alcohol on mood and sleep. Will referedr for sleep study in July. Normal b12 panel drawn after July 2017 visit.
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
[ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good    [ ] Fair    [ ] Guarded    [ ] Poor
Follow-up: three weeks

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

**A/P** Written by TOBAR,EDEN @ 09 Aug 2017 1507 EDT
**1. Generalized anxiety disorder:** Med management 15 minutes; supportive therapy 15 minutes.
    Procedure(s):    -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
    Medication(s):    -VENLAFAXINE XR--PO 150MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY DAY #30 RF1
        Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
        -NALTREXONE--PO 50MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY #30 RF1 Ordered By:
        TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

**Disposition** Written by TOBAR,EDEN @ 09 Aug 2017 1508 EDT
**Released w/o Limitations**
**Follow up:** 4 week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TOBAR,EDEN @ 08 Aug 2017 1001 EDT
**Additional A/P Information:**
Discontinued VENLAFAXINE XR--PO 75MG CPSR 24H -

**Signed By TOBAR, EDEN** (Physician/Workstation) @ 09 Aug 2017 1508

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 375**

**Medical Record**

## *07 Aug 2017 at WRNMMC, Int Med CL F Medical Home BE by LINKER, MARTIN*

| Encounter ID: | BETH-29226745 | Primary Dx: | Major depressive disorder, single episode, moderate |
|---|---|---|---|

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 Aug 2017 0845 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **FTR**
Provider: **LINKER,MARTIN R**

**AutoCites** Refreshed by JASLIN,ALFREDO E @ 07 Aug 2017 0845 EDT

**Allergies**
•No Known Allergies

**Reason for Appointment:**
IBS-D Follow up
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by JASLIN,ALFREDO E @ 07 Aug 2017 0842 EDT
BP: 123/80,    HR: 81,    RR: 12,    T: 98.1 °F,    HT: 69 in,    WT: 160 lbs,    SpO2: 96%,    BMI: 23.63,
BSA: 1.879 square meters,    Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 3/10 Mild,    Pain Scale Comments: Stomach

**S/O Note** Written by LINKER,MARTIN R @ 07 Aug 2017 1718 EDT
**Chief complaint**
The Chief Complaint is: Follow up on irritable bowel syndrome.
**History of present illness**
    The Patient is a 32 year old male.
32 m presents today in follow up to IBS. Patient states he is currently having a flare.

Alert and oriented x 3 with no signs of distress. Vital signs within normal limits.  No complaints of nausea vomitting diarrhea.

<<Note accomplished in TSWF-CORE>>

Spasms today.  Expects unscheduled bowel movements today.  States he does not eat much because he has abdominal cramps and diarrhea when the products of digestion reach and are in his colon.  But also states that he eats enough to maintain his weight. He is unsure whether or not he is making psychological progress.  Continues to participate in BH visits.  Taking same dose of venlafaxine.  No nausea.  Unclear when intensive outpatient treatment will begin.  Discussed writing of a letter to amend or clarify NAVMED 6100/5 in order to excuse him from company-level PT and allow him to participate in PT at his own pace.  Spoke last week with gastroenterologist and psychiatrist.  Patient is to make follow-up appointment in GI Clinic.  His BH follow-up visits are scheduled.  Not drinking.

Discussed many issues.  Has good insight.  Calmer.  Less despondent.
.
    Bloating, abdominal pain, and diarrhea.
    Anxiety, emotional lability, depression, sleep disturbances ...Thinks that he sleeps too much.., and decreased functioning ability.
    Visit is not deployment-related.
Pain assessment
Location:  stomach
Duration:  intermittent
Quality:  spasm
.
Pain Severity   3/ 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient reports that they are compliant with medications.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated 07 August 2017

NKDA

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓ 1985  SSN: ***-**-▓     DoD ID: 1286180538     Created: 30 Oct 2017

**Current medication**
Medications as of 07 August 2017

Probiotic one packet po daily
Simethicone 80 mg po qid prn
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsules po daily
Naltrexone 50 mg po daily
Venlafaxine XR 150 mg po daily
MVI one po daily

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    IBS-D
    Generalized anxiety disorder
    Major depressive disorder
    ETOH hx (previous inpatient treatment)

    Surgical / Procedural: Surgical / procedural history
    Tonsillectomy
    Photorefractive keratectomy
    Jaw surgery

**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
    doctor or pharmacy?    [x ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes   x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:  Rodak
..............
Annual Questions Date: 7/27/17.
**Family history**
    Family medical history
    M -- Well
    F -- DM.  MI / stent at age 40.  Melanoma.

**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Cardiovascular:** No palpitations.
**Pulmonary:** No shortness of breath.
**Gastrointestinal:** Appetite not normal.  No early satiety.
**Genitourinary:** No urinary symptoms.
**Musculoskeletal:** No limb swelling.
**Neurological:** No fainting.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Lungs:**
    ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.
Murmurs: ° No murmurs were heard.
Edema: ° Not present.
**Abdomen:**
Visual Inspection: ° Abdomen was not distended.
Auscultation: ° Bowel sounds were normal.
Palpation: • Abdominal tenderness ...Tender over approximate course of colon.. ° Abdomen was soft.
**Psychiatric:**
• Exam: ...Discussed many issues.  Has good insight.  Less anxious.  Less despondent.. ° No impairment in social interaction.
   ° No impairment in communication.
Appearance: • Abnormal.
Demonstrated Behavior: • Behavior demonstrated abnormalities.
Affect: ° Normal.
Thought Processes: ° Not impaired.
Thought Content: ° Revealed no impairment.
**Test conclusions**
Medication list was updated at the beginning of the visit.
A qualified individual compared the medication list against any orders, and resolved any discrepancies (if required).
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per
week.

**A/P** Written by LINKER,MARTIN @ 07 Aug 2017 1708 EDT
**1. Major depressive disorder, single episode, moderate:** Today seems somewhat improved.  Continuing BH interventions.
**2. Generalized anxiety disorder:** Today seems somewhat improved.  Continuing BH interventions.
**3. Alcohol dependence, uncomplicated:** In sobriety.
**4. Irritable bowel syndrome with diarrhea:** He will make appointment to be seen in GI Clinic.

**Disposition** Written by LINKER,MARTIN @ 07 Aug 2017 1708 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic. - Comments: To return after GI Clinic
visit.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  LINKER, MARTIN** (Contractor, MD) @ 07 Aug 2017 1721

CHANGE HISTORY
*The following S/O Note Was Overwritten by LINKER,MARTIN @ 07 Aug 2017 0919 EDT:*
S/O Note Written by JASLIN,ALFREDO E @ 07 Aug 2017 0838 EDT
**Chief complaint**
The Chief Complaint is: Follow up on irritable bowel syndrome.
**History of present illness**
   The Patient is a 32 year old male.
32 m presents today in follow up to IBS.  Patient states he is currently having a flare.

Alert and oriented x3 with no signs of distress. Vital signs within normal limits.  No complaints of nausea vomiting diaherra.
<<Note accomplished in TSWF-CORE>>


   Visit is not deployment-related.
Pain Severity   3/10.
Pain assessment
Location:  stomach
Duration:  intermittent
Quality: spasm

Patient has NOT received other care since their last visit with this clinic.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
**Allergies**
Allergies Verified and Updated 7/27/17

NKDA

**Current medication**
Medications as of 27 July 2017

Probiotic one packet po daily
Simethicone 80 mg po qid prn
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsuels po daily
Naltrexone 50 mg po daily
Venlafaxine XR 150 mg po daily
MVI one po daily

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 378**

AR 0421

**Medical Record**

Anderson, Daniel Dennis     DOB: ▉▉ 1985  SSN: ***-**-▉▉▉   DoD ID: 1286180538     Created: 30 Oct 2017

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    IBS-D
    Generalized anxiety disorder
    Major depressive disorder
    ETOH hx (previous inpatient treatment)

    Surgical / Procedural: Surgical / procedural history
    Tonsillectomy
    Photorefractive keratectomy
    Jaw surgery

**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English   [ ] Other:
Preferred method of learning?   [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?   [ x ] Never  [ ]
    Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?   [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?   [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  x[ ] No
Are you enrolled in EFMP?   [ ] Yes  [ x ] No
Are you registered for Relay Health/Secure Messaging?   [ x ] Yes  [ ] No
Contact preference:
PCM:  Rodak
.............
Annual Questions Date: 7/27/17.
**Family history**
    Family medical history M -- Well
    F -- DM. MI / stent at age 40.  Melanoma.

**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

THE INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0422

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *31 Jul 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:  BETH-29166858   Primary Dx:   Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **31 Jul 2017 0900 EDT**
Clinic: **ATS ADULT BE**

Appt Type: **FTR**
Provider: **HANGEMANOLE,DESPINA C**

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 01 Aug 2017 1111 EDT
**History of present illness**
    The Patient is a 32 year old male.
Focus Of Session: Passive Suicidal Ideation
S) SM reported that he spent the weekend watching movies and sleeping. SM stated that he found himself wanting to sleep the weekend away to pass the time. SM reported that he has been feeling depressed and hopeless. He stated that he thought about suicide over the weekend but did not have a plan or intent to harm himself. SM denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts and behavior were appropriate.
A) SM was cooperative and friendly. SM appears to have significant mental health issues that would be best addressed through PCS IOP.
Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social worker next week.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 01 Aug 2017 0723 EDT
**1. Alcohol dependence, uncomplicated**
    Procedure(s):       -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 01 Aug 2017 0724 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 01 Aug 2017 1112

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 380**

AR 0423

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮ 1985  SSN: ***-**-▮     DoD ID: 1286180538     Created: 30 Oct 2017

*27 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-29135457     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**     Date: **27 Jul 2017 1400 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Reason for Appointment:
f/u
Appointment Comments:
dei

Note Written by PAUL,SHERIN @ 27 Jul 2017 1502 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:         Daniel Merwin
Patient last 4:       0538
Appt #:               Intake + 10
Therapy time:         60 minutes
E&M time:             60 minutes

## Identifying Data:        32-year-old, Single, Caucasian, Male

## Military Data:
Branch:               USN
Rank:                 PO1
MOS:                  CTN
TIS:                  11-years
Deployments:          N/A
Deployment Related:                    N/A
Trauma:               N/A
WTU:                  N/A
MEB in progress:      N/A
AdmSep in progress:                    N/A
Special Clearance:    Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 381**

AR 0424

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|------------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: CBT**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he decided not to pursue a court martial and instead accepted an NJP which resulted in loss of rank and half month's pay. Therapist and patient processed his feelings about the results. He stated that he's glad that they don't want to "kick me out" and knows that he has an opportunity to regain rank should he not be medically separated. Patient stated that he wrote a personal statement which he provided to his CO and read to his command. Patient read this in session. Patient stated that he wanted his command to know where he was coming from and provide context. Therapist provided positive reinforcement for this. Patient stated that he is focusing on next steps for care and recovery from the past several months. Patient has no suicidal plan or intent but fleeting ideation.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time. He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire. He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good. No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 382**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

## ASSESSMENT

**Diagnosis:**
Axis I:  Generalized Anxiety Disorder
         Major Depressive Disorder, Single Episode, Moderate
         Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

**Prognosis:** ( ) Excellent  **(X) Good**  ( ) Fair  ( ) Guarded  ( ) Poor
**Patient's capacity** to participate in and benefit from therapy is evidenced by:
**(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

**Safety Risk:**
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 383**

AR 0426

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

Social Support:                        No
Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High


## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 13 June 2017
*Reviewed with patient on:* 13 June 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
            Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 384**

**Medical Record**

Anderson, Daniel Dennis     DOB: ■■ 1985  SSN: ***-**-■■■     DoD ID: 1286180538          Created: 30 Oct 2017

***Military Specific Interventions:***
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

**Provider initiated LimDu for patient.**

A/P Written by PAUL,SHERIN @ 27 Jul 2017 1504 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**
      Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1

Disposition Written by PAUL,SHERIN @ 27 Jul 2017 1504 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  PAUL, SHERIN (Clinical Psychologist) @ 27 Jul 2017 1505

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 385**

AR 0428

**Medical Record**

| Anderson, Daniel Dennis | DOB: █████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *27 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by LINKER, MARTIN*

Encounter ID:        BETH-29125975        Primary Dx:        Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**        Date: **27 Jul 2017 0915 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **INT MED CL F MEDICAL HOME**        Provider: **LINKER,MARTIN R**
**NATIONAL MILITARY MEDICAL CNTR**        **BE**
Patient Status: **Outpatient**

**AutoCites** Refreshed by WESLEY,LATASHA @ 27 Jul 2017 0905 EDT

Allergies
•No Known Allergies

**Reason for Appointment:**
med board
**Appointment Comments:**
kpg

**Vitals**
**Vitals** Written by WESLEY,LATASHA @ 27 Jul 2017 0902 EDT
 BP: 118/78,   HR: 86,   RR: 18,   T: 98.0 °F,   HT: 69 in,   WT: 171 lbs,   SpO$_2$: 100%,   BMI: 25.25,
 BSA: 1.933 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free
 **Comments:** Weight with shoes.

**S/O Note** Written by LINKER,MARTIN R @ 27 Jul 2017 1813 EDT
**Chief complaint**
The Chief Complaint is:   Anxiety.  Depression.
**History of present illness**
     The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

Has IBS-D.  Triggers include certain foods (high FODMAPS), eating at certain times (breakfast time more so than lunch time)
certain smells (e.g., perfume), physical activity, anxiety, stress.

Stools vary.  Can have temporally closely spaced multiple stools.  Lots of abdominal cramping preceeding bowel movements.
Sometimes feels like he should go to the ED because of severe cramping pain.  Has been evaluated in GI Clinic and given various
treatments, all of which he states were unhelpful.  Last GI Clinic visit cited in AHLTA was on 13 April 2017.

Has lots of stress and anxiety.

Taking venlafaxine.  Was taking 75 mg daily.  Dose increased today to 150 mg.  Venlafaxine caused nausea.  Nausea now
resolved.

IOP planned -- start date not clarified.

Recent lost access to the building that he was working in.  Now performs analysis on a computer -- lower stress.  Recent reduction
in pay grade.  His mother and sisters live in SC, and he thinks that he will be better mentally if he were in SC and could develop his
relationship with them.
.

     Excellent general overall feeling /health.
     Gastrointestinal symptoms   See HPI.
     Psychological symptoms  See HPI.

Pain assessment 7/27/17
Location:
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 386**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Least level:
What makes it better:
What makes it worse:
.............
Pain Severity   0/ 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient reports that they are compliant with medications.
**Allergies**
Allergies Verified and Updated 7/27/17

NKDA

.
**Current medication**
Medications as of 27 July 2017

Probiotic one packet po daily
Simethicone 80 mg po qid prn
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsuels po daily
Naltrexone 50 mg po daily
Venlafaxine XR 75 mg po daily, to be increased to 150 mg po daily
MVI one po daily

.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history
      IBS-D
      Generalized anxiety disorder
      Major depressive disorder
      ETOH hx (previous inpatient treatment)

      .
      Surgical / Procedural: Surgical / procedural history
      Tonsillectomy
      Photorefractive keratectomy
      Jaw surgery
      .
**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
      doctor or pharmacy?   [x ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:  Rodak
.............
Annual Questions Date: 7/27/17.
**Family history**
      Family medical history M -- Well
      F -- DM.  MI / stent at age 40.  Melanoma.
      .
**Review of systems**
The patient or sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the
future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Physical findings**
**Vital Signs:**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 387**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

• Temperature: Reviewed. • RR: Reviewed. • PR: Reviewed. • Blood pressure: Reviewed.

**General Appearance:**
° Normal. ° Well developed. ° Well nourished. ° In no acute distress.

**Neurological:**
• Not oriented to time, place, and person.

**Psychiatric:**
° No impairment in social interaction.
Affect: ° Normal.

**Test conclusions**
Medication list was updated at the beginning of the visit.
A qualified individual compared the medication list against any orders, and resolved any discrepancies (if required).

**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

**A/P** Written by LINKER,MARTIN @ 27 Jul 2017 1816 EDT
**1. Irritable bowel syndrome with diarrhea:** Consider interplay between GI and psychiatry problems.  Discus case with gastroenterologist.
**2. Generalized anxiety disorder:** Consider interplay between GI and psychiatry problems.  Discuss with psychiatrist and psychologist.
**3. Major depressive disorder, single episode, moderate:** Consider interplay between GI and psychiatry problems.  Discuss with psychiatrist and psychologist.

**Disposition** Written by LINKER,MARTIN @ 27 Jul 2017 1817 EDT
**Released w/o Limitations**
**Follow up:** 2 week(s) with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  LINKER, MARTIN** (Contractor, MD) @ 27 Jul 2017 1817

CHANGE HISTORY
*The following S/O Note Was Overwritten by LINKER,MARTIN @ 27 Jul 2017 1018 EDT:*
S/O Note Written by WESLEY,LATASHA @ 27 Jul 2017 0852 EDT
**Chief complaint**
The Chief Complaint is: Med board forms.
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Excellent general overall feeling /health.

 Pain Severity  0/ 10.
Pain assessment 7/27/17
Location:
Duration:
Quality:
Factors that correlate with onset:
Frequency:          .
Average level:
Worst level:
Least level:
What makes it better:
What makes it worse:
..............
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
**Allergies**
Allergies Verified and Updated 7/27/17
NKDA
animal dander.
**Current medication**

 MVI one po daily
Effexor 37.5 mg po daily (started on July 11, 2017)
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL        TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK     TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS        Naltrexone 15 mg po daily (started July 11, 2017)
verified CMR

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history IBS-D

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 388**

AR 0431

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■ 1985  SSN: ***-**-■■    DoD ID: 1286180538    Created: 30 Oct 2017

GAD / depression
HX of EtOH abuse (previous inpatient treatment)
HPV genital


. Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
Tonsillectomy
PRK
Jaw surgery

**Personal history**
Social history reviewed Former 2007 2008 current no Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English   [  ] Other:
Preferred method of learning?   [  ] Verbal  [  ] Written  [ x ] Visual  [  ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?   [  ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?   [ x ] Never  [  ]
      Rarely  [  ] Sometimes  [  ] Often  [  ] Always
Advance directives completed?   [  ] Yes  [x ] No
Is a copy of the Advance directive in the record?   [  ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?   [  ] Yes  x[ ] No
Are you enrolled in EFMP?   [  ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?   [ x ] Yes  [  ] No
Contact preference:
PCM:  Rodak
-------------
Annual Questions Date: 7/27/17.
**Family history**
     Family medical history  Mother A & W
     Father DM/ CAD- MI / stent at 40 / melanoma
     brother one half substance abuse
     Sister three (one depression ; one substance abuse)
     Denies a family hx of Crc. Breast CA.
**Review of systems**
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

AR 0432

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*27 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-29123896     Primary Dx:          Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**      Date: **27 Jul 2017 0800 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCHIATRY BE**           Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by TOBAR,EDEN @ 27 Jul 2017 0830 EDT

Allergies
•No Known Allergies

**Vitals**
Vitals Written by WONG,CHARMIN A @ 27 Jul 2017 0736 EDT
 BP: 128/79, HR: 76, HT: 5' 9", WT: 162 lbs, BMI: 23.92, BSA: 1.889 square meters, Tobacco Use: No, Alcohol Use: No, Pain Scale:
0 Pain Free

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
Vitals Written by WONG,CHARMIN A @ 27 Jul 2017 0736 EDT
 BP: 128/79,   HR: 76,   HT: 5' 9",   WT: 162 lbs,   BMI: 23.92,   BSA: 1.889 square meters,   Tobacco Use: No,   Alcohol
Use: No,   Pain Scale: 0 Pain Free

**Note** Written by TOBAR,EDEN @ 27 Jul 2017 2205 EDT
**Followup Note**

Patient: Daniel Merwin        Gender:   M
DOB: ██ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #10
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy        Rank:               MOS: CTN        TIS: 11 yrs
UIC:       Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No     # Deployments: 1   Months Deployed: 36
WTU: No        MEB: No           AdmSep: No
Special Clearance: Yes              Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes              Work Colleague Problems: No
Anger Problems: Yes                       Spouse/Sig Other Problems: No
Legal Problems: No                        Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 390**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                              Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up appt.  At our last meeting last week we increased Effexor xr  to
75mg every morning for mood and anxiety as pt reported increasing distress surrounding facing
a DRB the week of July 3rd for charges of allegedly sexually harassing a coworker. Pt says
today he thinks the dose increase is helpful  for his IBS symptoms. He isn't sure about impact
on anxiety. We discussed that he is still on a low dose and hasn't been on it for long.  HE is
having trouble sleeping and is taking unisom at night but still struggles with sleep maintenance.
He feels tired all the time.  HE has been abstinent from alcohol for 18 days and is not drinking
caffeine. He had an intake with ATS and is doing breathalyzers.  HE decided not to challenge his
NJP and has been reduced in rank to E5.  HE is not having suicidal thoghts.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously
seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety
disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns
to treatment today because he has been experiencing increased stress and mood swings.  He also states
he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual
diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these
diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the
morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his
job with NIOC but but finds it stressful juggling his collateral duties.  He has also been picking at his
crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports
struggling with irritability and says when he was stationed on a ship he often felt angry due to being in
close proximity to other people , and got into three fights and broke his hand while on the ship.  He is
concerned about being like his father, whom he states was often angry and physically disciplined pt when
he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he
dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been
dating someone for three months and would like to break up with them. He has poor sleep maintenance,
often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.' He doesn't recall
dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can
say up for days working on this as he has a side business doing this. He admits to $36,000 in credit card
debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he
owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at
work. He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time
this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to
juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ:2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL. Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min        Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18
19JUL17 phq9= 20 (#9=1); gad7= 18
27JUL17 phq9= 16 (#9=0); gad7= 16

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                  Yes
Over lifetime, Suicidal Thoughts?                                Yes
Over lifetime, Suicidal Thoughts with Method?      Yes
Over lifetime, Suicidal Intent?                                    Yes
Over lifetime, Suicide Intent with Specific Plan?   Yes
Over lifetime, Suicide Behavior?                      Yes        Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                    1-3 months ago
Suicidal Thoughts Duration?                                     Less than 1 hour
Suicidal Thought Frequency?                                     Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions              [ x ] Impulsivity
[x ] History of abuse                        [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                        [x ] Active treatment engagement
[ ] Good coping/problem solving skills       [x ] Hopefulness present
[ ] Faith/religion commitment                [ ] Positive future orientation

**Allergies:** nkda

**Medications:** Effexor xr 75 mg po qam, naltrexone 50 mg  po daily, unisom
VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL          TAKE ONE CAPSULE BY MOUTH EVERY
DAY        1        Active    27 Jul 2017@0001

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 392**

AR 0435

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮▮ 1985 SSN: ***-**-▮▮     DoD ID: 1286180538     Created: 30 Oct 2017

NALTREXONE HCL, 50 MG, TABLET, ORAL     TAKE 1/2 TABLET BY MOUTH EVERY DAY FOR 3 DAYS, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY  0     Active     27 Jul 2017@0001
VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL  TAKE ONE CAPSULE BY MOUTH EVERY MORNING     1     Ordered   18 Jul 2017@0001
RIFAXIMIN, 550 MG, TABLET, ORAL     TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS 0     Expired   06 Jun 2017@0001
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL  TAKE 2 BY MOUTH EVERY DAY     3     Active
PROBIOTIC (VSL#3) DS--PO PACK     TAKE ONE PACKET BY MOUTH EVERY DAY     1
     Active     06 Jun 2017@0001
SIMETHICONE, 80 MG, TAB CHEW, ORAL     CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS     2     Active     18 May 2017@0001

### Past Behavioral Health History:
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

### Family Behavioral Health History:
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
     Neurotic excoriation (scalp picking when anxious)
     Asthma during childhood
     Allergic response to pets
     Recurrent intestinal pain (possibly lactose intolerance)
     PRK (2011)

Patient denies significant nutrition concerns.

### Substance Use:
Caffeine Use: Yes     Cups/Day Equivalent: 4
Tobacco/e-cigs: none     PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday.  Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

### Developmental/Social History:
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 393**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985 SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:pt more guarded today
Speech:constricted
Mood:dysphoric
Affect:constricted
Thought Process: focused on MEB referral
Thought Content: denies current suicidal intent/HI/AVH
Judgment: fair
Insight:fair
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | | 04 Jan 2017 1232 | Units | | Ref Rng |
|---|---|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | U/L | (10.0-71.0) | | |

| Hepatic Function Panel | Site/Specimen | | 04 Jan 2017 1232 | Units | | Ref Rng |
|---|---|---|---|---|---|---|
| Albumin    SERUM | 4.9 | g/dL | (3.5-5.2) | | | |
| Alkaline Phosphatase | SERUM | 58 | U/L | (40-129) | | |
| Alanine Aminotransferase | SERUM | 34 | U/L | (0-41) | | |
| Aspartate Aminotransferase | SERUM | 24 | U/L | (0-40) | | |
| Bilirubin    SERUM | 0.3 | mg/dL | (0.15-1.2) | | | |
| Bilirubin Direct | SERUM | <0.2 | mg/dL | (0.0-0.3) | | |
| Protein    SERUM | 7.6 | g/dL | (6.6-8.7) | | | |

| Basic Metabolic Panel | Site/Specimen | | 22 Jun 2016 1240 | Units | | Ref Rng |
|---|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | | |
| Chloride  SERUM | 98 | mmol/L | (98-107) | | | |
| Creatinine SERUM | 1.00 | mg/dL | (0.7-1.2) | | | |
| Glucose  SERUM | 89 | mg/dL | (74-106) | | | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | | |
| Sodium  SERUM | 139 | mmol/L | (136-145) | | | |
| Calcium  SERUM | 10.1 | mg/dL | (8.6-10.2) | | | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) | | |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 394**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

| CBC W/Diff | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | | (3.6-10.6) |
| RBC | BLOOD | 4.86 | x10(6)/mcL | | (4.21-5.92) |
| Hemoglobin | BLOOD | 15.1 | g/dL | | (12.8-17.7) |
| Hematocrit | BLOOD | 44.4 | % | | (37.5-50.9) |
| MCV | BLOOD | 91.4 | fL | | (79.5-96.8) |
| MCH | BLOOD | 31.1 | pg | | (26.2-33.1) |
| MCHC | BLOOD | 34.1 | g/dL | | (32.6-35.0) |
| RDW CV | BLOOD | 12.9 | % | | (12.0-16.2) |
| Platelets | BLOOD | 272 | x10(3)/mcL | | (162-427) |
| MPV | BLOOD | 9.0 | fL | | (7.0-10.9) |
| Neutrophils | BLOOD | 59.4 | % | | (40.7-76.4) |
| Lymphocytes | BLOOD | 29.8 | % | | (15.9-47.8) |
| Monocytes | BLOOD | 8.9 | % | | (4.5-11.8) |
| Eosinophils | BLOOD | 1.5 | % | | (0.3-7.1) |
| Basophils | BLOOD | 0.4 | % | | (0.2-1.2) |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | | (1.8-7.5) |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | | (1.0-3.1) |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | | (0.2-0.8) |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | | (0.0-0.5) |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | | (0.0-0.4) |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | | SERUM | Negative <i> | | (See-Below) |

| Treponema pallidum Ab | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | | | (Negative) |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | | SERUM | 293 <i>  pg/mL | (211-946) | |

| Homocysteine | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | | SERUM | 53 | U/L | (40-129) |
| Alanine Aminotransferase | | SERUM | 17 | U/L | (0-41) |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579), UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 395**

AR 0438

**Medical Record**

Anderson, Daniel Dennis    DOB: ▉ 1985  SSN: ***-**-▉    DoD ID: 1286180538    Created: 30 Oct 2017

| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative <i> | | ng/mL | Cutoff=250 |

| Drug Abuse Screen | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | (Negative) |
| Opiates | URINE | NEGATIVE <i> | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**
Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: [ ] Not Elevated    [ x ] Low    [ x ] Intermediate    [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low    [ ] Intermediate    [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; r/o adjustment disorder with depressed mood ; Alcohol Use Disorder; Trichotillomania

**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will continue medication
Intervention: increase Effexor xr to 150 mg po qam, as family members had good response to this medication.  Monitor for emergence of manic symptoms. Counseled pt on risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 396**

AR 0439

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985 SSN: ***-**■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will refrain from alcohol use
Intervention: continue naltrexone 50 mg po daily.  Again discussed ATS referral which pt agreed to today.
have discussed adverse effects of alcohol on mood and sleep.  Will refer for sleep study. Orderd b12
panel.
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
[ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x] verbal agreement to the treatment
plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects,
and alternatives of below medication plan with patient who stated understanding and agreement with
plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative
effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent     [ ] Good     [ ] Fair     [ ] Guarded     [ ] Poor
Follow-up: three weeks

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

**A/P** Written by TOBAR,EDEN @ 27 Jul 2017 2208 EDT
**1. Generalized anxiety disorder:** Med managemnet 25 minutes, supportive therapy 20 mnutes
Procedure(s):        -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
Medication(s):       -VENLAFAXINE XR--PO 150MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY DAY #14 RF1
                     Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
Laboratory(ies):     -B12+FOLATE PANEL (Routine) Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
Consult(s):          -Referred To: SLEEP DISORDERS MTF BE (Routine) Specialty: SLEEP DISORDERS Clinic: SLEEP
                     (PULM) CL BE Provisional Diagnosis: R/o obstructive sleep apnea

**Disposition** Written by TOBAR,EDEN @ 27 Jul 2017 2208 EDT
**Released w/o Limitations**
**Follow up:** 2 to 3 week(s) or sooner if there are problems.
**Administrative Options:** Consultation requested

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 27 Jul 2017 2209

| Anderson, Daniel Dennis | DOB: ■ 1985  SSN: ***-**■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 397**

AR 0440

**Medical Record**

Anderson, Daniel Dennis    DOB:███ 1985  SSN: ***-**-██    DoD ID: 1286180538    Created: 30 Oct 2017

### *25 Jul 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-29097351    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**        Date: **25 Jul 2017 0900 EDT**        Appt Type: **SPEC**
Treatment Facility: **WALTER REED**        Clinic: **ATS ADULT BE**        Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
Intake
**Appointment Comments:**
aga

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 25 Jul 2017 1155 EDT
**History of present illness**
      The Patient is a 32 year old male.
Focus Of Session: Intake Assessment
S) SM and this writer completed intake assessment. SM acknowledged that he understood the evaluation process and levels of
care. SM reviewed alcohol use history. SM reported that he was referred after disclosing to his BH provider that he was drinking on
medications. SM stated he isn't sure if he has an alcohol problem, despite being in treatment before. SM reported abuse of asthma
inhaler while in high school and use of marijuana one time while in high school. SM reported some pain related to IBS. SM denied
current SI/HI.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic, affect congruent. SM's thoughts and
behavior were appropriate.
A) SM was cooperative during assessment. SM appears ambivalent about treatment related to his AUD. SM seems to be more
comfortable relating his alcohol use to his depression and anxiety, and may not see it as a standalone issue.
Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social worker next week.
      .
.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 25 Jul 2017 1125 EDT
**1. Alcohol dependence, uncomplicated**
            Procedure(s):        -Psychiatric Diagnostic Evaluation x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 25 Jul 2017 1126 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 25 Jul 2017 1156

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 398**

AR 0441

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▊ 1985 SSN: ***-**-▊ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *20 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S*

Encounter ID:      BETH-29051489      Primary Dx:      Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**          Date: **20 Jul 2017 0848 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **DELSESTO,BARBARA SUE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by DELSESTO,BARBARA @ 20 Jul 2017 0849 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY MORNING #0 RF1 | 1 of 1 | 18 Jul 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 3 DAYS, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 10 Jul 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by DELSESTO,BARBARA @ 20 Jul 2017 0848 EDT
Case Management
**Appointment Comments:** Written by DELSESTO,BARBARA @ 20 Jul 2017 0848 EDT
Care Coordination/Command Contact

| Anderson, Daniel Dennis | DOB: ▊ 1985 SSN: ***-**-▊ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 399**

AR 0442

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**S/O Note** Written by DELSESTO,BARBARA SUE @ 20 Jul 2017 1344 EDT
**Reason for Visit**
    Visit for: Case Management. Spoke with this patient and his Commander- CDR Yusko:443-479-6067.  Discussed the referral to WRNMMC's IOP.  The patient had a start date for 7 August but the Commander is requesting a start date for after the Labor Day holiday so the legal issues for this patient can be worked out.  CM notified Ms. Lisa Bank-Williams at the PCS clinic to request a new start date.  Will let the patient know when it can be scheduled.
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Military service Profile Type: Patient was recently placed on LIMDU for IBS and GAD.  MEB was recommended by the PCM.   Paperwork taken to bldg 17 to the MEB office and MEB set to proceed.  His Commander was given a copy of the LIMDU.

Discussed the IOP program with the Commander and recommended that the patient be allowed to attend.  Spoke with patient regarding his legal issues and he will schedule a time to talk with the Commander about the process.  CM information provided to all parties and will keep working with both to get patient into the IOP and provide support through his legal issue.


**A/P** Written by DELSESTO,BARBARA @ 20 Jul 2017 1350 EDT
**1. Encounter for other administrative examinations**

**Disposition** Written by DELSESTO,BARBARA @ 20 Jul 2017 1350 EDT
**Released w/o Limitations**


**Signed By  DELSESTO, BARBARA** (Nurse Case Manager, Walter Reed National Military Medical Center) @ 20 Jul 2017 1350

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *18 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-29028197    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **18 Jul 2017 1330 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by TOBAR,EDEN @ 18 Jul 2017 1344 EDT

**Allergies**
•No Known Allergies

**Vitals**
<u>Vitals</u> Written by FOX,THOMAS JOSEPH @ 18 Jul 2017 1312 EDT
BP: 112/66, HR: 74, RR: 18, T: 97.1 °F, Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**Reason for Appointment:**
follow up
**Appointment Comments:**
ajj

**Vitals**
<u>Vitals</u> Written by FOX,THOMAS J @ 18 Jul 2017 1312 EDT
BP: 112/66,    HR: 74,    RR: 18,    T: 97.1 °F,    Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

<u>Note</u> Written by TOBAR,EDEN @ 19 Jul 2017 1532 EDT
**Followup Note**

Patient: Daniel Merwin        Gender:   M
DOB: ███1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #9
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy        Rank:                MOS: CTN            TIS: 11 yrs
UIC:        Commander: NIOC Maryland    Unit Phone: 3016770217
Deployment Related? No        # Deployments: 1    Months Deployed: 36
WTU: No            MEB: No            AdmSep: No
Special Clearance: Yes            Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes            Work Colleague Problems: No
Anger Problems: Yes                Spouse/Sig Other Problems: No
Legal Problems: No            Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 401**

**Medical Record**

Anderson, Daniel Dennis    DOB:▧ 1985  SSN: ***-**▧    DoD ID: 1286180538    Created: 30 Oct 2017

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                                         Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None        Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up appt.  At our last meeting last week we started Effexor xr 37.5 mg
every morning for mood and anxiety as pt reported increasing distress surrounding facing a
DRB the week of July 3rd for charges of allegedly sexually harassing a coworker. Pt says he
sent her pictures of himself with his dogs without his shirt on, and of his dogs licking a piece of
meat, and that this was misconstrued to be sexually suggestive.  Pt says today he has been
having stomach upset and hasn't noticed an impact from the Effexor yet. We discussed it is too
early for it to have an impact and right now we are gradually tapering it up to a therapeutic dose
to ensure tolerability.  He states he has been sober 9 days.  HE has had some suicidal ideation
without intent because he says his plan would be too expensive (buying a helium vent and
gassing himself on helium).  He continues to take naltrexone and thinks it is helpful for reducing
alcohol use and maybe even his  mood.   His command wanted to NJP him and reduce him in
rank to E-5, which he refused. He states they told him others find him narcissistic and hard to
interact with. They told him he was 'unsalvageable' .  Pt is consulting with a lawyer.  Command
states they are going to ad sep him under a general discharge. Pt wants to get out of the Navy
but he wants an MEB.  He took the limdu Dr Paul wrote and gave it to his PCM, who
incorporated it into an MEB referral for that and IBS. I advised pt the Convening Authority for
Behavioral Health, CDR Carr, contacted me about it as no behavioral health provider had
signed it. I advised pt I agree with limdu referral but not MEB referral at this point as I don't
believe he has exhausted all options for treatment; for example he is starting IOP on 07AUG.  Pt
voiced disappointment but said he would talk to PCM about resubmitting form. HE denies
current suicidal intent.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously
seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety
disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns
to treatment today because he has been experiencing increased stress and mood swings. He also states
he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual
diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these
diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the
morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his
job with NIOC but but finds it stressful juggling his collateral duties. He has also been picking at his
crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out. He reports
struggling with irritability and says when he was stationed on a ship he often felt angry due to being in
close proximity to other people , and got into three fights and broke his hand while on the ship. He is
concerned about being like his father, whom he states was often angry and physically disciplined pt when
he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he
dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been
dating someone for three months and would like to break up with them.  He has poor sleep maintenance,
often waking up between 0200-0400.  Nevertheless, he states he 'loves sleeping.'  He doesn't recall
dreaming. He enjoys painting, making bread, and cooking.  He also loves programming and says he can
say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card
debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 402**

AR 0445

**Medical Record**

Anderson, Daniel Dennis    DOB:    1985  SSN: ***-    DoD ID: 1286180538    Created: 30 Oct 2017

owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work. He feels guilty when he gets angry. He has had suicidal thoughts throughout his life. The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.


**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL. Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min        Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):


**TBI/CONCUSSION SCREEN:** Negative Screen


**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18
19JUL17 phq9= 20 (#9=1); gad7= 18


**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | | 1-3 months ago |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken


**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                    [ ] History of family/friend suicide
[ ] Chronic medical conditions         [ x ] Impulsivity
[x ] History of abuse              [ ] Chronic pain

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 403**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**PROTECTIVE FACTORS (Strengths):**

[ ] Married, children                    [x ] Active treatment engagement
[ ] Good coping/problem solving skills   [x ] Hopefulness present
[ ] Faith/religion commitment            [ ] Positive future orientation

**Allergies:** nkda

**Medications:** none

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes          Cups/Day Equivalent: 4
Tobacco/e-cigs: none       PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT. States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago. Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old. Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks. Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused. Pt believes he was molested by his 'uncle's son' when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 404**

AR 0447

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:pt more guarded today
Speech:constricted
Mood:dysphoric
Affect:constricted
Thought Process: focused on MEB referral
Thought Content: denies current suicidal intent/HI/AVH
Judgment: fair
Insight:fair
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | U/L | (10.0-71.0) | |

| Hepatic Function Panel | Site/Specimen | | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | SERUM | 4.9 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 58 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 34 | U/L | (0-41) | |
| Aspartate Aminotransferase | SERUM | 24 | U/L | (0-40) | |
| Bilirubin | SERUM | 0.3 | mg/dL | (0.15-1.2) | |
| Bilirubin Direct | SERUM | <0.2 | mg/dL | (0.0-0.3) | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | |

| Basic Metabolic Panel | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 405**

AR 0448

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | | |
|---|---|---|---|---|---|
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| | | | | | |
|---|---|---|---|---|---|
| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| | | | | | |
|---|---|---|---|---|---|
| Treponema pallidum Ab | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| | | | | | |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| | | | | | |
|---|---|---|---|---|---|
| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| | | | | | |
|---|---|---|---|---|---|
| Homocysteine | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| | | | | | |
|---|---|---|---|---|---|
| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) | |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 406**

**Medical Record**

Anderson, Daniel Dennis     DOB:▮ 1985  SSN: ***-**▮     DoD ID: 1286180538     Created: 30 Oct 2017

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 |

| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | (Negative) | |
| Opiates | URINE | NEGATIVE <i> | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**
Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; r/o adjustment disorder with depressed mood ; Alcohol Use Disorder; Trichotillomania
**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ]_____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will continue medication
Intervention: increase Effexor xr to 75 mg po qam, as family members had good response to this medication.  Monitor for emergence of manic symptoms. Counseled pt on risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

Problem #3: alcohol use

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 407**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Goal:pt will minimize alcohol use/stop drinking
Objective: pt will refrain from alcohol use
Intervention: continue naltrexone 50 mg po daily.  Again discussed ATS referral which pt agreed to today.
have discussed adverse effects of alcohol on mood and sleep
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
[  ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment
plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects,
and alternatives of below medication plan with patient who stated understanding and agreement with
plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative
effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good    [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: one week

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

A/P Written by TOBAR,EDEN @ 19 Jul 2017 1534 EDT
**1. Generalized anxiety disorder**
 Medication(s):        -VENLAFAXINE XR--PO 75MG CPSR 24H - TAKE ONE CAPSULE BY MOUTH EVERY MORNING
                       #30 RF1 Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
 Consult(s):           -Referred To: BEHAVIORAL HEALTH MTF BE (Routine) Specialty:  Clinic: RM BEH HLTH BE
                       Provisional Diagnosis: Alcohol use disorder

Disposition Written by TOBAR,EDEN @ 19 Jul 2017 1534 EDT
**Released w/ Work/Duty Limitations**
**Follow up:** 2 week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

Note Written by TOBAR,EDEN @ 18 Jul 2017 1407 EDT
**Additional A/P Information:**
Discontinued VENLAFAXINE XR--PO 37.5MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY MORNING

Signed By  TOBAR, EDEN (Physician/Workstation) @ 19 Jul 2017 1534

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 408**

**Medical Record**

*18 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

| | | | |
|---|---|---|---|
| Encounter ID: | BETH-29045775 | Primary Dx: | Major depressive disorder, recurrent, moderate |

Patient: **MERWIN, DANIEL DENNIS**   Date: **18 Jul 2017 0800 EDT**   Appt Type: FTR
Treatment Facility: **WALTER REED**   Clinic: **PSYCHIATRY BE**   Provider: PAUL,SHERIN
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Note Written by PAUL,SHERIN @ 19 Jul 2017 1425 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:        Daniel Merwin
Patient last 4:      0538
Appt #:              Intake + 9
Therapy time:        60 minutes
E&M time:            60 minutes

### Identifying Data:        32-year-old, Single, Caucasian, Male

### Military Data:
Branch:              USN
Rank:                PO1
MOS:                 CTN
TIS:                 11-years
Deployments:         N/A
Deployment Related:          N/A
Trauma:              N/A
WTU:                 N/A
MEB in progress:     N/A
AdmSep in progress:          N/A
Special Clearance:   Yes

### Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 409**

AR 0452

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Treatment Planning**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he received the results of the DRB and he chose to pursue a court martial as he did not want to admit wrong doing to the extent which was recorded. He acknowledged that his behavior may have had unintentional negative impact but he does not agree with the presentation of his behavior as malicious or himself as manipulative. Patient became very despondent that others thought of him that way. He stated that although he understands that he struggles with empathy and caring for others, he never purposely would harm anyone. He expressed stress at financial strain that an admin sep will place and the potential to lose medical coverage. Patient has no suicidal plan or intent but fleeting ideation.

**Response to treatment:** [ ] None   **[ X ] Some**   [ ] Significant   [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

## ASSESSMENT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮  DoD ID: 1286180538     Created: 30 Oct 2017

## Diagnosis:

Axis I:   Generalized Anxiety Disorder
          Major Depressive Disorder, Recurrent, Moderate
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

*Prognosis:* ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
*Patient's capacity* to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0454

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 13 June 2017
*Reviewed with patient on:* 13 June 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 412**

AR 0455

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

**Provider initiated LimDu for patient.**

A/P Written by PAUL,SHERIN @ 19 Jul 2017 1425 EDT
**1. Major depressive disorder, recurrent, moderate**
**2. Generalized anxiety disorder**
   Procedure(s):   -Psychiatric Therapy Individual Approximately 60 Minutes x 1

Disposition Written by PAUL,SHERIN @ 19 Jul 2017 1425 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  PAUL, SHERIN (Clinical Psychologist) @ 19 Jul 2017 1426

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 413**

AR 0456

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

### *13 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:    BETH-28978906    Primary Dx:    Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**    Date: **13 Jul 2017 1015 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **INT MED CL F MEDICAL HOME**    Provider: RODAK,COLLEEN M
**NATIONAL MILITARY MEDICAL CNTR**    **BE**
Patient Status: Outpatient

**Reason for Appointment:**
irritable bowel syndrome
**Appointment Comments:**
mjs

**Vitals**
**Vitals** Written by BANGURA,JOHN A @ 13 Jul 2017 1002 EDT
BP: 124/82,   HR: 78,   RR: 18,   T: 98.3 °F,   HT: 69 in,   WT: 78.6 kg,   SpO$_2$: 95%,   BMI: 25.59,
BSA: 1.944 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 2/10 Mild,   Pain Scale Comments: STOMACH

**Questionnaire AutoCites** Refreshed by BANGURA,JOHN A @ 13 Jul 2017 1007 EDT
**Questionnaires**

Falls Risk Screening (Outpatient) Taken On: 13 Jul 2017
  1. Patient's age: Less than 65 years old
  2. History of fall in the past year?: No
  **3. Physical appearance: No concerns;**
  **4. Balance: No concerns with balance;**
  5. Is the patient patient a falls risk?: No

Anxiety & Depression Screening Taken On: 13 Jul 2017
Questionnaire Notes: PATIENT BEEN SEEN BY PSYCH
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Nearly every day
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: More than half the days
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Nearly every day
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: More than half the days
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Several days

**S/O Note** Written by RODAK,COLLEEN M @ 14 Jul 2017 1223 EDT
**Chief complaint**
The Chief Complaint is: LIMDU and IBS.
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

This is a 32 yo male with a HX of depression, anxiety, IBS-D previous EtOH abuse requiring treatment (2013-2014) who recently has been experiencing acute exacerbation of his anxiety & depression; exacerbation is related to long standing family issues. He is actively engaged in BH and has been started on naltrexone since his last visit; he presents today requesting a LIMDU that with a request (question on LIMDU) to start a med board process.a.
    Good general overall feeling /health.
    Abdominal pain and diarrhea.
    Visit is not deployment-related.
Pain assessment
Location:  STOMACH
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 414**

**Medical Record**

Anderson, Daniel Dennis    DOB:▓▓ 1985  SSN: ***-**▓▓   DoD ID: 1286180538    Created: 30 Oct 2017

What makes it better:
What makes it worse:
..............
 Pain Severity  2 / 10.
Patient reports that they are compliant with medications.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated 7/13/2017
NKDA
animal dander.
**Current medication**
MEDICATION RECONCILIATION 7/13/2017
 MVI one po daily
Effexor 37.5 mg po daily (started on July 11, 2017)
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS–PO PACK     TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL      CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS      Naltrexone 15 mg po
verified CMR

**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history IBS-D
      GAD / depression
      HX of EtOH abuse (previous inpatient treatment)
      HPV genital


      Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
      Tonsillectomy
      PRK.
      Jaw surgery

**Personal history**
Social history reviewed Former 2007 2008 current no Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
      doctor or pharmacy?    [ ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:
..............
Annual Questions Date: 19Jun2017.
**Family history**
      Family medical history  Mother A & W
      Father DM/ CAD- MI / stent at 40 / melanoma
      brother one half substance abuse
      Sister three (one depression ; one substance abuse)
      Denies a family hx of Crc. Breast CA.
**Review of systems**
**Systemic:** No systemic symptoms, no generalized pain, and not feeling tired (fatigue).  No fever, no chills, no night sweats, no
      recent weight loss, and no recent weight gain.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 415**

## Medical Record

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-██    DoD ID: 1286180538    Created: 30 Oct 2017

**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** Heartburn and nausea.  No vomiting, no bright red blood per rectum, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Anxiety, emotional lability, depression, sleep disturbances, and decreased functioning ability.  Not thinking about
suicide.  No homicidal thoughts.
**Skin:** No rash.
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the
future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient HAS NOT traveled outside of the country in the past 90 days.
The patient DID NOT experience illness during the trip.

**Physical findings**
**General:**
    • Physical examination Not indicated for visit / administrative visit.
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Test conclusions**
Medication list was updated at the beginning of the visit.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per
week.

**Note** Written by MINOR,TIFFANY @ 13 Jul 2017 1020 EDT
The HPI section was prepared by Tiffany Minor as Scribe, and reviewed by Colleen
Rodak, NP. 7/13/17 at 10:20
Colleen Rodak NP: The scribe's documentation in the HPI section has been prepared and reviewed by
me in its entirety. I confirm that the note above accurately reflects all work, treatment, procedures, and
medical decision making performed by me

**Note** Written by BROWER,CARLA @ 13 Jul 2017 1428 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 416**

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

## ABBREVIATED MEDICAL EVALUATION BOARD REPORT

### SECTION 1: CLINICAL INFORMATION (TO BE COMPLETED BY MEDICAL OFFICERS)

Date: 7/12/17  Patient Name: Daniel Dennis Mason    Patient SSN: ████

Proposed start date for limited duty: 7/13/17    Proposed end date (≤ 6 months): 12/13/2017

This period of limited duty is for: (Select one)

[X] 1st LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary).

[ ] 2nd LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary). Note that the first and second TLD periods cannot exceed 12 months cumulatively from the date of the first TLD period.

[ ] 1st LIMDU (≤ 6 months) Officer ADSM (referral to service headquarters necessary).

[ ] 2nd LIMDU (≤ 6 months) Officer ADSM (referral to service headquarters necessary).

[ ] 3rd or subsequent LIMDU periods on Navy and Marine ADSM involving a distinctly different condition that (not responsible for the first and second TLD periods (for referral to service headquarters) for "department of review").

[ ] Placement on LIMDU - If the patient is not already in a LIMDU status - at the same time the patient's case is referred to the physical evaluation board for adjudication.

Diagnosis: (1) IBS - D/C ___ ICD-9 CM Code K57.0

(2) GAD ___ ICD-9 CM Code 296.32

(3) MDD recurrent mod ___ ICD-9 CM Code

Circumstances of Injury/Illness:

*[handwritten paragraph, partially legible]* The pt is a 32 y/o male who has anxiety, depression and somatic medical condition that have significantly negatively impacted his ability to function at their work in his military in his current physical... the pt currently has IBS D it is of such severity that it is only interfere with his military duty...

Treatment plan: *[handwritten]*

Limitations (one to full duty (including whether transfer/TEMDU for treatment is indicated, and any PRT limitations): *[handwritten]* Referred to ICP (mental health)... the is currently... bowel... and IBS D/C severity require that... Vocrrs to eat and appropriate lactfr... it causes consultation for 3 occasionally to sleep 24h. he has close personnel... he... IV he will be unable at one best doctor at the... be end at all...

MARTIN R. LINKERMAN, MD *[signature]* 13 Jul 2017 CAPT, MC, USNR

### SECTION 2: PATIENT INFORMATION. TO BE COMPLETED BY PATIENT

I have received the information on the proposed Limited Duty period from my provider. I understand that this period of limited duty is not effective until approved by the MTF Convening Authority, and that the MTF will report this LIMDU action to my parent command. I understand I may be returned to duty prior to the date appearing above as my clinical condition warrants and upon action by my attending provider.

_____  Patient Signature/Date

### SECTION 3: TO BE COMPLETED BY PATIENT ADMINISTRATION OFFICER/MEDICAL BOARDS OFFICER

The following actions have been completed:

[ ] Completion of Patient Information Sheet    [ ] Briefing to Patient on Limited Duty/MEB

[ ] Notification to PED/Personnel Office    [ ] Notification to MTF LIMDU Coordinator

[ ] LODD Requested from Parent Command (if LCOD required)    [ ] Notification to Parent Command

[ ] Entry into MedBOLTT

_____  Patient Administration Officer/Medical Boards Officer Printed Name, Signature, and Date

ROUTING: Original to Patient Health Record; copies to Patient, Parent Command, PSD, MEBR Case File, and PERS-4821 or NAVPA-4    NAVMED 6100B (Rev. 06-2004)  PREVIOUS EDITIONS OBSOLETE

---

**A/P** Written by RODAK,COLLEEN M @ 14 Jul 2017 1231 EDT

1. Encounter for other administrative examinations: See add notes

**Disposition** Written by RODAK,COLLEEN M @ 14 Jul 2017 1231 EDT

Released w/o Limitations

**Follow up:** as needed with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

---

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 14 Jul 2017 1231

**CHANGE HISTORY**

*The following S/O Note Was Overwritten by RODAK,COLLEEN M @ 13 Jul 2017 1107 EDT:*

S/O Note Written by MINOR,TIFFANY JOHNETTA @@ 13 Jul 2017 1016 EDT

Chief complaint

---

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 417**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-*███    DoD ID: 1286180538    Created: 30 Oct 2017

The Chief Complaint is: LIMDU and IBS.
**History of present Illness**
    The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

This is a 32 yo male with a HX of depression, anxiety, IBS-D previous EtOH abuse requiring treatment (2013-2014) who recently has been experiencing acute exacerbation of his anxiety & depression; exacerbation is related to long standing family issues. He is actively engaged in BH and it will be starting IOP he presents today to obtain a 30 day SIQ.
      Feeling tired (fatigue).
      Abdominal pain and diarrhea.
Patient is an 32 yo male ADSM that presents with pain to his stomach 2/10 today.patient reports he would like limdu today for the IBS.patient reports no other concerns.
      Good general overall feeling health.
      Abdominal pain and diarrhea.
      Visit is not deployment-related.
Pain assessment
Location:  STOMACH
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:
What makes it better:
What makes it worse:
............
  Pain Severity  2 / 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated 7/13/2017
NKDA
animal dander.
**Current medication**
MEDICATION RECONCILIATION 7/13/2017

FISH OIL, MULTIVITAMIN, EFFEXOR, NALTREXONE


Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL    TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL    CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
verified CMR
 Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR
Medication Reconciled Jun2017
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL    TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL    CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS

**Past medical/surgical history**
Reported:
    Medical: Reported medical history IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital
    IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital


    Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
    Tonsillectomy
    PRK.
    Jaw surgery
    Tonsillectomy
    PRK.
**Personal history**
Social history reviewed Former 2007 2008 current no Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?   [ ] Verbal   [ ] Written   [ ] Visual   [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes   [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?    [ ] Never   [ ]
    Rarely    [ ] Sometimes    [ ] Often   [ ] Always
Advance directives completed?    [ ] Yes   [x ] No

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 418**

AR 0461

**Medical Record**

Anderson, Daniel Dennis        DOB:▮▮▮1985 SSN: ***-**-▮▮▮    DoD ID: 1286180538        Created: 30 Oct 2017

Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:
.............
Annual Questions Date: 19Jun2017.
**Family history**
        Family medical history Family medical history Mother A & W
            Father DM/ CAD- MI / stent at 40 / melanoma
            brother one half substance abuse
            Sister three (one depression ; one substance abuse)
            Denies a family hx of Crc. Breast CA.
        Mother A & W
        Father DM/ CAD- MI / stent at 40 / melanoma
        brother one half substance abuse
        Sister three (one depression ; one substance abuse)
        Denies a family hx of Crc. Breast CA.
**Review of systems**
**Systemic:** No systemic symptoms, no generalized pain, and not feeling tired (fatigue). No fever, no chills, no night sweats, no recent weight loss, and no recent weight gain.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no bright red blood per rectum, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency. No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient HAS NOT traveled outside of the country in the past 90 days.
The patient DID NOT experience illness during the trip.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.


***The following S/O Note Was Overwritten by MINOR,TIFFANY @ 13 Jul 2017 1020 EDT:***
**S/O Note** Written by BANGURA,JOHN A @ 13 Jul 2017 1002 EDT
**Chief complaint**
The Chief Complaint is: LIMDU.
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Good general overall feeling /health.
        Visit is not deployment-related.
 Pain Severity  2  / 10.
Pain assessment
Location: STOMACH
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:
What makes it better:
What makes it worse:
.............
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated 7/13/2017
NKDA
animal dander.
**Current medication**
MEDICATION RECONCILIATION 7/13/2017

FISH OIL. MULTIVITAMIN, EFFEXOR. NALTREXONE


Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL        TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG. TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
verified CMR
 Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR
Medication Reconciled Jun2017
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL        TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG. TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 419**

AR 0462

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

**Past medical/surgical history**
**Reported:**

Medical: Reported medical history IBS-D
GAD / depression
HX of EtOH abuse (previous inpatient treatment)
HPV genital
IBS-D
GAD / depression
HX of EtOH abuse (previous inpatient treatment)
HPV genital

Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
Tonsillectomy
PRK.
Jaw surgery
Tonsillectomy
PRK.

**Personal history**
Social history reviewed Former 2007 2008 current no Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English   [ ] Other:
Preferred method of learning?   [ ] Verbal  [ ] Written  [ ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?   [ ] Never  [ ]
Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?   [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?   [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  x[ ] No
Are you enrolled in EFMP?   [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?   [ x ] Yes  [ ] No
Contact preference:
PCM:
..............
Annual Questions Date: 19Jun2017.
**Family history**
Family medical history Family medical history Mother A & W
Father DM/ CAD- MI / stent at 40 / melanoma
brother one half substance abuse
Sister three (one depression ; one substance abuse)
Denies a family hx of Crc. Breast CA.
Mother A & W
Father DM/ CAD- MI / stent at 40 / melanoma
brother one half substance abuse
Sister three (one depression ; one substance abuse)
Denies a family hx of Crc. Breast CA.
**Review of systems**
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient DID NOT experience illness during the trip.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 420**

AR 0463

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *12 Jul 2017 at WRNMMC, Integrative Hlth & Well BE by THOMAS, LAUREN A*

Encounter ID:    BETH-28963629    Primary Dx:    Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**    Date: **12 Jul 2017 0845 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **INTEGRATIVE HLTH & WELL BE**    Provider: THOMAS,LAUREN A
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IBS diet
**Appointment Comments:**
lst

**Screening** Written by THOMAS,LAUREN A @ 12 Jul 2017 0910 EDT
**Reason For Appointment:** IBS diet
**Reason(s) For Visit (Chief Complaint):** Patient Education - Dietary Counseling And Surveillance (New) ;

**Vitals**
**Vitals** Written by THOMAS,LAUREN A @ 12 Jul 2017 0910 EDT
HT: 69 in,    WT: 178 lbs,    BMI: 26.29,    BSA: 1.966 square meters,    Tobacco Use: No,    Alcohol Use: No

**S/O Note** Written by THOMAS,LAUREN A @ 12 Jul 2017 0923 EDT
**History of present illness**
        The Patient is a 32 year old male.
The SM was referred for medical nutrition therapy for IBS-D. BMI=26., LDL-C=140 mg Trig=262. PMH=Anxiety, depression. Is
currently under a medical board. The SM states that he has had GI problems for many years. Also has a family hx of high
cholesterol. Has decreased intake of red meat from 3x-1x/week.Triglycerides are likely elevated due to excessive alcohol intake.
The SM states he has not lost weight but in fact has gained weight but that maybe from drinking alcohl. He stopped drinking 3 days
ago and also stopped caffeine intake then too. He reports following the low FODMAP diet 1 1/2 years ago. Stopped following it and
also was not completely following it.  Started following it again 5 weeks ago. He states it has helped his symptoms. He reports 1
Bm/day that is watery, painful. He states that garlic and onion bother him as do cruciferous vegetables. He stated that no matter
what I eat, I feel pain, discomfort. Diet recall reveals the patient is following the low FODMAP diet but is eating bread products with
gluten. He states he doesn't feel gluten bothers him.  B: none or Glucema shake  L: 3-4 oz chicken breast, 1/2 cup brown rice,
water  S: Jello  D: Chicken/ turkey, rice or turkey burger on a potato roll, water. Supplements: Centrum Silver, Fish Oil, Probiotic.

.
**Current medication**
Including OTCs, vitamins, herbals, supplements, etc.
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR
Medication Reconciled Jun2017
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS–PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL    CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GA.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history
        Reported:
        Medical: Reported medical history IBS-D
        GAD / depression
        HX of EtOH abuse (previous inpatient treatment)
        HPV genital.


**Lab Result** Cited by THOMAS,LAUREN A @ 12 Jul 2017 0924 EDT
| **Lipid Panel** | **Site/Specimen** | **18 May 2017 0835** |
| Cholesterol | SERUM | 224 <i> |
| Triglyceride | SERUM | 262 <i> |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 421**

AR 0464

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| HDL Cholesterol | SERUM | 49 <i> |
| Cholesterol/HDL Cholesterol | SERUM | 4.6 |
| LDL Cholesterol Direct | SERUM | 140 <i> |
| Cholesterol Non-HDL | SERUM | 175 <i> |

**A/P** Written by THOMAS,LAUREN A @ 12 Jul 2017 0934 EDT
**1. Irritable bowel syndrome with diarrhea:** Nutrition Diagnosis: Altered GI function RT stress, excessive alcohol, depression AEB patient symptoms
Intervention #1:
1. Discussed 2nd phase of FODMAP diet which includes gradual addition of some foods from one food group
2. Discussed returning to low FODMAP before adding foods from another group
3. Recommended patient make an appointment with IHWS Mind-Body therapist to learn skills for stress reduction/relaxation/mediation
Barriers: Limited ability to exercise
Monitoring/Evaluation
Goals:
1. Add in 1/2 banana then see how symptoms are
2. Add in another fruit from fruit group to assess tolerance
3. Next add in grains in similar way
4. Make an appt with Mind-Body therapist
5. F/u recommended- patient declined
Monitor symptoms with food journal
RD and clinic contact information given for follow-up, questions

      Procedure(s):      -Medical Nutrition Therapy Initial Assessment, Intervention x 3

**Disposition** Written by THOMAS,LAUREN A @ 12 Jul 2017 0937 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the INTEGRATIVE HLTH & WELL BE clinic.
45 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  THOMAS, LAUREN A** (Registered Dietitian, Walter Reed National Military Medical Center) @ 12 Jul 2017 0937

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *10 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-28936747    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**        Date: **10 Jul 2017 1231 EDT**        Appt Type: **ACUT**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**        Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by TOBAR, EDEN @ 10 Jul 2017 1249 EDT

**Allergies**
•No Known Allergies

**Vitals**
No Vitals Found.

Reason for Appointment:Written by TOBAR,EDEN @ 10 Jul 2017 1231 EDT
ED follow up

**Vitals**
Vitals Written by TOBAR,EDEN @ 10 Jul 2017 1056 EDT
 BP: 130/86,   HR: 81,   T: 98.8 °F
**Comments:** vitals taken by clinic enlisted staff

Note Written by TOBAR,EDEN @ 11 Jul 2017 2212 EDT
### Followup Note

Patient: Daniel Merwin        Gender:   M
DOB: ████1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #9
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy        Rank:            MOS: CTN        TIS: 11 yrs
UIC:        Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No      # Deployments: 1    Months Deployed: 36
WTU: No        MEB: No        AdmSep: No
Special Clearance: Yes            Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes            Work Colleague Problems: No
Anger Problems: Yes                Spouse/Sig Other Problems: No
Legal Problems: No            Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ■ 1985 SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017

Pain Level (0-10): 0                          Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None        Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for acute ED follow-up appt after being referred to the ED on 06JUL for reporting suicidal thoughts to his command that day.  Pt states he faced a DRB last week .  He has been having legal trouble at his command for allegedly sexually harassing a coworker. Pt says he sent her pictures of himself with his dogs without his shirt on, and of his dogs licking a piece of meat, and that this was misconstrued to be sexually suggestive. Pt says he has been having increasing suicidal ideation over the past couple of months because of the legal situation.  He started researching ways to kill himself on a website called helpme.org and thought about carbon monoxide poisoning or shooting himself with a shotgun, although he doesn't own one and denies plan to buy one. He says he told a coworker last week who told his command who referred him to ED, where he was evaluated and released to outpatient.  Pt says he wouldn't act on these thoughts due to his family and sister.  He says after stopping his medications (Lexapro, lunesta and naltrexone) around the beginning of May he became increasingly depressed and started drinking more, up to a liter and a half a week of vodka. He also drank up to 3 coffees per day.  Pt states he thinks he felt better on medication and would like to go back on a medication for his mood. He states he stopped drinking alcohol two days ago.  He learned more about his family psychiatric history since we last met, specifically that both grandparents are on venlafaxine and find it helpful for their mood. Grandmother also is on Risperdal for bipolar disorder. Pt reports when he is programming, watching TV or movies he finds they are an escape and he does not feel tired. However, he otherwise feels tired much of the time.  He felt tired on past trials of SSRis as well.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his job with NIOC but but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out. He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry.  He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 424**

AR 0467

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min                     Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | | 1-3 months ago |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                              [ ] History of family/friend suicide
[ ] Chronic medical conditions          [ x ] Impulsivity
[x ] History of abuse                           [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                            [x ] Active treatment engagement
[ ] Good coping/problem solving skills   [x ] Hopefulness present
[ ] Faith/religion commitment             [ ] Positive future orientation

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 425**

**Medical Record**

Anderson, Daniel Dennis    DOB:▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

**Allergies:**nkda

**Medications:** none

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes            Cups/Day Equivalent: 4
Tobacco/e-cigs: none           PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son' when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 426**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985  SSN: ***-**■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:mildly pressured
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: fair
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 | Units | | Ref Rng |
|---|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | U/L | (10.0-71.0) | |

| Hepatic Function Panel | Site/Specimen | 04 Jan 2017 1232 | Units | | Ref Rng |
|---|---|---|---|---|---|
| Albumin    SERUM | 4.9 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 58 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 34 | U/L | (0-41) | |
| Aspartate Aminotransferase | SERUM | 24 | U/L | (0-40) | |
| Bilirubin    SERUM | 0.3 | mg/dL | (0.15-1.2) | | |
| Bilirubin Direct    SERUM | <0.2 | mg/dL | (0.0-0.3) | | |
| Protein    SERUM | 7.6 | g/dL | (6.6-8.7) | | |

| Basic Metabolic Panel | Site/Specimen | 22 Jun 2016 1240 | Units | | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen    SERUM | 14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide    SERUM | 28 | mmol/L | (22-29) | | |
| Chloride    SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine    SERUM | 1.00 | mg/dL | (0.7-1.2) | | |
| Glucose    SERUM | 89 | mg/dL | (74-106) | | |
| Potassium    SERUM | 4.5 | mmol/L | (3.5-5.1) | | |
| Sodium    SERUM | 139 | mmol/L | (136-145) | | |
| Calcium    SERUM | 10.1 | mg/dL | (8.6-10.2) | | |
| Anion Gap    SERUM | 13 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | Site/Specimen | 22 Jun 2016 1240 | Units | | Ref Rng |
|---|---|---|---|---|---|
| WBC    BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | | |
| RBC    BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | | |
| Hemoglobin    BLOOD | 15.1 | g/dL | (12.8-17.7) | | |
| Hematocrit    BLOOD | 44.4 | % | (37.5-50.9) | | |
| MCV    BLOOD | 91.4 | fL | (79.5-96.8) | | |
| MCH    BLOOD | 31.1 | pg | (26.2-33.1) | | |
| MCHC    BLOOD | 34.1 | g/dL | (32.6-35.0) | | |
| RDW CV    BLOOD | 12.9 | % | (12.0-16.2) | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 427**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| Test | Specimen | Value | Units | Ref Rng |
|---|---|---|---|---|
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | |

Lyme Disease Ab Total Screen          Site/Specimen          11 Apr 2016 1043    Units      Ref Rng
Borrelia burgdorferi Ab          SERUM   Negative <i>                    (See-Below)

Treponema pallidum Ab          Site/Specimen      11 Apr 2016 1043    Units    Ref Rng
Treponema pallidum Ab          SERUM   Negative <i>                  (Negative)
Methylmalonic Acid  Site/Specimen      16 Feb 2016 1430    Units    Ref Rng
Methylmalonate          SERUM   170          nmol/L      0-378

HIV-1/O/2 Ab          Site/Specimen      16 Feb 2016 1430    Units      Ref Rng
HIV-1/O/2 Ab          SERUM   Negative <r>

Vitamin B12 (Cyanocobalamin)          Site/Specimen      16 Feb 2016 1430    Units      Ref Rng
Vitamin B12 (Cobalamins)          SERUM   293 <i>    pg/mL      (211-946)

Homocysteine          Site/Specimen      16 Feb 2016 1430    Units      Ref Rng
Homocysteine          SERUM   8.9 <i>    mcmol/L    (4.0-15.4)

Comprehensive Metabolic Panel          Site/Specimen      16 Feb 2016 1430    Units      Ref Rng

| Test | Specimen | Value | Units | Ref Rng |
|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) |
| Chloride | SERUM | 98 | mmol/L | (98-107) |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) |
| Glucose | SERUM | 89 | mg/dL | (74-106) |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) |
| Sodium | SERUM | 141 | mmol/L | (136-145) |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

ETG/ETS, UA (250 Cut-Off)          Site/Specimen      02 Feb 2016 1406    Units      Ref Rng
Ethyl Glucuronide          URINE   Negative <i>    ng/mL      Cutoff=250

Drug Abuse Screen  Site/Specimen      02 Feb 2016 1406    Units      Ref Rng
Amphetamines          URINE   NEGATIVE <i>                  (Negative)

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page 428

AR 0471

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine  URINE | | NEGATIVE <i> | (Negative) | |
| Opiates    URINE | | NEGATIVE <i> | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**
Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: [ ] Not Elevated    [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x  ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania
**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x  ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will resume medication
Intervention: start Effexor xr 37.5 mg po qam with plan to increase to 75 mg poq am in one week if tolerated, as family members had good response to this medication.  Monitor for emergence of manic symptoms. Counseled pt on risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will refrain from alcohol use
Intervention: restart naltrexone 25 mg po q day x 3 days, then increase to 50 mg po daily.  Discussed ATS referral but he declines at this time.  have discussed adverse effects of alcohol on mood and sleep
Measure:self-report, lab results

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 429**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
[ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x] verbal agreement to the treatment
plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects,
and alternatives of below medication plan with patient who stated understanding and agreement with
plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative
effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good    [ ] Fair    [ ] Guarded    [ ] Poor
Follow-up: one week

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.


A/P Last Updated by TOBAR, EDEN @ 11 Jul 2017 2210 EDT
**1. Generalized anxiety disorder**
      Procedure(s):     -Psychiatric Therapy For Crisis Intervention x 1
      Medication(s):    -VENLAFAXINE XR--PO 37.5MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY MORNING
                   #14 RF1 Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
                   -NALTREXONE--PO 50MG TAB - T1/2 TABLET BY MOUTH EVERY DAY FOR 3 DAYS, THEN
                   INCREASE TO ONE TABLET BY MOUTH EVERY DAY #30 RF1 Ordered By: TOBAR,EDEN Ordering
                   Provider: TOBAR, EDEN T


Disposition Last Updated by TOBAR, EDEN @ 11 Jul 2017 2211 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 12 Jul 2017 1513

CHANGE HISTORY
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by TOBAR,EDEN @ 12 Jul 2017 1511 EDT:*
Signed TOBAR, EDEN T (Physician/Workstation) @ 11 Jul 2017 2213

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 430**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**- ▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *10 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S*

| Encounter ID: | BETH-28931074 | Primary Dx: | Encounter for other administrative examinations |

Patient: **MERWIN, DANIEL DENNIS**          Date: **10 Jul 2017 0918 EDT**          Appt Type: FTR
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: DELSESTO,BARBARA SUE
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: Outpatient

**AutoCites** Refreshed by DELSESTO,BARBARA @ 10 Jul 2017 0919 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by DELSESTO,BARBARA @ 10 Jul 2017 0918 EDT
Case Management
**Appointment Comments:** Written by DELSESTO,BARBARA @ 10 Jul 2017 0918 EDT
Care Coordination/Command Contact

**S/O Note** Written by DELSESTO,BARBARA SUE @ 10 Jul 2017 1133 EDT
**Reason for Visit**
    Visit for: Case Management. Patient was seen in the ED on 6 July and saw Dr. Paul this am at 0800. He was taken by his Command for a safety check/eval. He denies any safety concerns today. He will see his PCM for LIMDU paperwork and start the MEB process this week. Dr. Paul has written a temporary LIMDU for BH while patient continues to receive treatment. Both medical and BH conditions to be added to the permanent LIMDU.
**History of present illness**
    The Patient is a 32 year old male.

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**- ▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 431**

AR 0474

**Medical Record**

Spoke with patient's Commander- CDR Yusko regarding the Intensive Outpatient Program in the PCS clinic. Confirmed date to start is 7 August. Informed Command that the program is M-F /0700-1500 for at least 4 weeks. She stated that she can NOT commit to support this treatment at this time. I requested that she get back to me in the next 2 weeks regarding this treatment. The patient is currently pending some legal action for misconduct and his anxiety is elevated. He reports his IBS is causing some pain, more trips to the bathroom daily and he is picking his scalp until he bleeds and has sores develop. I discussed with the Commander that this patient should be bringing the LIMDU paperwork this week and the MEB action does not stop the legal action. Advocated that patient attend this IOP and continue with treatment. His condition is exacerbated by the legal action and the conflict at work but his condition was noted and treated well before this legal action occurred. He feels that he has had a good service record and has 11 years TIS. He has sought treatment around his work schedule and has tried to remain fit for duty. His record supports a permanent LIMDU and the medical board process will decide his fitness for duty going forward.

**A/P** Written by DELSESTO,BARBARA @ 10 Jul 2017 1148 EDT
**1. Encounter for other administrative examinations**: CM to follow this patient. CM information provided to this patient for questions/issues

**Disposition** Written by DELSESTO,BARBARA @ 10 Jul 2017 1149 EDT
**Released w/o Limitations**
**Follow up:** as needed in the PSYCHIATRY BE clinic. - Comments: f/u scheduled with Dr. Paul and Dr. Tobar
45 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  DELSESTO, BARBARA** (Nurse Case Manager, Walter Reed National Military Medical Center) @ 10 Jul 2017 1149

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-█     DoD ID: 1286180538          Created: 30 Oct 2017

*10 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-28954544     Primary Dx:          Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**     Date: **10 Jul 2017 0800 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Note** Written by PAUL,SHERIN @ 11 Jul 2017 1319 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:       Daniel Merwin
Patient last 4:     0538
Appt #:             Intake + 8
Therapy time:       60 minutes
E&M time:           60 minutes

## Identifying Data:          32-year-old, Single, Caucasian, Male

## Military Data:
Branch:                 USN
Rank:                   PO1
MOS:                    CTN
TIS:                    11-years
Deployments:            N/A
Deployment Related:               N/A
Trauma:                 N/A
WTU:                    N/A
MEB in progress:        N/A
AdmSep in progress:               N/A
Special Clearance:      Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 433**

AR 0476

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Treatment Planning**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he completed his Disciplinary Review Board which was a stressful experience. Patient described feeling overwhelmed by the accusations and assumptions on his character. He expressed confusion that he had not been previously told about any inappropriate behavior and offered corrective instruction. Patient stated that anxiety and IBS symptoms have risen. He acknowledged the interrelated nature of the two conditions. Patient is working with CDR Del Sesto to follow up with getting support with his command on behavioral health issues. Patient's command has not provided IOP approval as of yet. Patient expressed anxiety about the future and outcome of his career. Therapist and patient worked on coping skills to manage anxiety/depression.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time. He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire. He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

## ASSESSMENT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 434**

AR 0477

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-*-███  DoD ID: 1286180538    Created: 30 Oct 2017

## Diagnosis:

Axis I:   Generalized Anxiety Disorder
          Major Depressive Disorder, Recurrent, Moderate
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

*Prognosis:* ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
*Patient's capacity* to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |

AR 0478

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286610538 | Created: 30 Oct 2017 |

Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X)** Outpatient   ( ) Inpatient   ( ) IOP   ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 13 June 2017
*Reviewed with patient on:* 13 June 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.   **Page 436**

AR 0479

**Medical Record**

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

**Provider initiated LimDu for patient.**

<u>A/P</u> Written by PAUL,SHERIN @ 11 Jul 2017 1319 EDT
**1. Generalized anxiety disorder**
        Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1
**2. Major depressive disorder, recurrent, moderate**
        Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1

<u>Disposition</u> Written by PAUL,SHERIN @ 11 Jul 2017 1320 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 11 Jul 2017 1320

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *07 Jul 2017 at WRNMMC, Psychiatry Be by WISE, JOSEPH E*

| Encounter ID: | BETH-28914234 | Primary Dx: | Generalized anxiety disorder |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 Jul 2017 0816 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **T-CON***
Provider: **WISE,JOSEPH EDWARD**

Call Back Phone: ███████

AutoCites Refreshed by WISE,JOSEPH E @ 07 Jul 2017 0817 EDT

**Allergies**
•No Known Allergies

**Vitals**
**Vitals** Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0927 EDT
BP: 132/87, HR: 81, RR: 20, T: 98.5 °F, HT: 69 in, WT: 178.5 lbs, SpO$_2$: 97%, BMI: 26.36,
BSA: 1.968 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 4-5 per week., Pain Scale: 3/10 Mild,
Pain Scale Comments: Abdomen.
**Vitals** Written by GRIFFIN, GERALDINE @ 19 Jun 2017 0927 EDT
BP: 132/87, HR: 81, RR: 20, T: 98.5 °F, HT: 69 in, WT: 178.5 lbs, SpO$_2$: 97%, BMI: 26.36,
BSA: 1.968 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 4-5 per week., Pain Scale: 3/10 Mild,
Pain Scale Comments: Abdomen.
**Vitals** Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0927 EDT
BP: 132/87, HR: 81, RR: 20, T: 98.5 °F, HT: 69 in, WT: 178.5 lbs, SpO$_2$: 97%, BMI: 26.36,
BSA: 1.968 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 4-5 per week., Pain Scale: 3/10 Mild,
Pain Scale Comments: Abdomen.
**Vitals** Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0927 EDT
BP: 132/87, HR: 81, RR: 20, T: 98.5 °F, HT: 69 in, WT: 178.5 lbs, SpO$_2$: 97%, BMI: 26.36,
BSA: 1.968 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 4-5 per week., Pain Scale: 3/10 Mild,
Pain Scale Comments: Abdomen.
**Vitals** Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0927 EDT
BP: 132/87, HR: 81, RR: 20, T: 98.5 °F, HT: 69 in, WT: 178.5 lbs, SpO$_2$: 97%, BMI: 26.36,
BSA: 1.968 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 4-5 per week., Pain Scale: 3/10 Mild,
Pain Scale Comments: Abdomen.
**Vitals** Written by GRIFFIN, GERALDINE @ 12 Jun 2017 0902 EDT
BP: 127/82, HR: 86, RR: 20, T: 98.3 °F, HT: 69 in, WT: 180.7 lbs, SpO$_2$: 97%, BMI: 26.68,
BSA: 1.978 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 2-3 days a week., Pain Scale: 3/10 Mild,
Pain Scale Comments: Abdomen.
**Vitals** Written by GRIFFIN, GERALDINE @ 12 Jun 2017 0902 EDT
BP: 127/82, HR: 86, RR: 20, T: 98.3 °F, HT: 69 in, WT: 180.7 lbs, SpO$_2$: 97%, BMI: 26.68,
BSA: 1.978 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 2-3 days a week., Pain Scale: 3/10 Mild,
Pain Scale Comments: Abdomen.
**Vitals** Written by PROVENCIO, ELISHA S. @ 07 Jun 2017 1006 EDT
BP: 129/75, HR: 75, RR: 16, HT: 69 in, WT: 168 lbs, BMI: 24.81, BSA: 1.918 square meters, Tobacco Use: No, Alcohol Use: No,
Pain Scale: 0 Pain Free
**Comments:** no anti-histamines in last 7 days or more

**S/O Note** Written by WISE,JOSEPH EDWARD @ 07 Jul 2017 0819 EDT
**Subjective**
Record reviewed, in response to ER last night. I liaised with those providers. I called the pt; message left about psychiatric
appointment options for earlier than 18 JUL, if needed. (note, he does have another appointment with his therapist prior to that.)
We will await his call back.

**A/P** Last Updated by WISE,JOSEPH E @ 07 Jul 2017 0819 EDT
**1. Generalized anxiety disorder**

**Disposition** Last Updated by WISE,JOSEPH E @ 07 Jul 2017 0819 EDT

---

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 438**

AR 0481

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-*███    DoD ID: 1286180538    Created: 30 Oct 2017

**Signed By  WISE, JOSEPH E** (Physician/Psychiatrist, Walter Reed NMMC) @ 07 Jul 2017 0820

AR 0482

**Medical Record**

Anderson, Daniel Dennis    DOB: ▇ 1985  SSN: ***-**-▇    DoD ID: 1286180538    Created: 30 Oct 2017

### *07 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by MEADOR, KRISTINE P*

| Encounter ID: | BETH-28914272 | Primary Dx: | Encounter for other administrative examinations |
|---|---|---|---|

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 Jul 2017 0815 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **T-CON***
Provider: **MEADOR, KRISTINE P**

Call Back Phone: **(410)-562-5345x1**

**Reason for Telephone Consult:** Written by MEADOR,KRISTINE P @ 07 Jul 2017 0815 EDT
PCM: RODAK
**Telephone Consult Comments:** Written by MEADOR,KRISTINE P @ 07 Jul 2017 0815 EDT
F/U FOR ER VISIT; DEPRESSION

**Note** Written by MEADOR,KRISTINE P @ 07 Jul 2017 0818 EDT
32 yo M Navy AD sent from Ft Meade for SI. Has had increasing SI for past 3 weeks. Attempted x 2 while in HS.
**A/P** Last Updated by SMITH,MICKALYNN J @ 10 Jul 2017 0747 EDT
**1. Encounter for other administrative examinations**
    Procedure(s):        -Non-Physician Phone Call To Patient/Provider Brief (5-10min) x 1

**Disposition** Last Updated by MEADOR,KRISTINE P @ 10 Jul 2017 0912 EDT
**Released to Self Care**

**Note** Written by MEADOR,KRISTINE P @ 07 Jul 2017 1113 EDT
32 yo M seen in ED on 06Jul2017 for SI. F/u appt scheduled for psychiatry and PCP (see below). Left general message for pt to return call to Team Fox River.

PSYCHIATRY BE/WRNMMC        PAUL,SHERIN 10Jul2017@0800  FTR/60        PENDING
Arrive 15 min early

INT MED CL F MEDICAL/WRNMMC  RODAK,COLLE 17Jul2017@0745  FTR/30        PENDING
Arrive 15 min early                BPAD WEA

**Note** Written by SMITH,MICKALYNN J @ 10 Jul 2017 0743 EDT
**RN note**
Pt returned RN phone call. States he has f/u with PCm alreadly scheduled and will talk with provider about ER visit at that meeting. TCON closed.

**Signed By  MEADOR, KRISTINE P** (Physician) @ 10 Jul 2017 0913

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 440**

AR 0483

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

*06 Jul 2017 at WRNMMC, Psychiatry Consult Liaison Be by WORKS, LINDSAY K*

Encounter ID:    BETH-28912169    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **06 Jul 2017 2027 EDT**    Appt Type: **ACUT**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY CONSULT**    Provider: **WORKS,LINDSAY KAY EMIL**
**NATIONAL MILITARY MEDICAL CNTR**    **LIAISON BE**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by WORKS,LINDSAY K @ 06 Jul 2017 2027 EDT
safety check

**Note** Written by WORKS,LINDSAY K @ 06 Jul 2017 2027 EDT
Impression:
32yo single Caucasian AD USN E6 male with past psychiatric history of GAD, MDD, Adj
disorder who presented at the request of command for safety eval due to recent suicidal
thoughts. Biologically, the patient self-discontinued his Lexapro a few months ago, with
noticeable worsening of symptoms since discontinuing. He has a history of heavy alcohol use,
but denies recent binge use. He suffers from poor sleep as well. Psychologically, the patient
struggles with chronic depression and suicidality. He has poor coping skills and turns to alcohol
for relief. He is isolative but engaged in treatment. He is at times impulsive, as evidenced by
self-discontinuing effective medications. Socially, the patient has a couple of close friends which
he trusts and confides in. He also has a good therapeutic relationship with his outpatient
provider.

Risk factors include prior suicide attempts, mental illness, acute stressors of
job/finance/relationship, and family history. Protective factors include future orientation, interest
in treatment, help-seeking, no access to guns, roommate. Hospital admission was discussed
with the patient at length. He refused admission at this time and does not require involuntary
admission for safety as he is not currently suicidal or homicidal and is able to care for self. He is
chronically suicidal and trusts his outpatient provider enough that he called her on his way in
and she made an appointment on Monday.

Dx: GAD, Adjustment D/O

Recommendations/Plan:
-Patient to be discharged from ED with outpatient BH follow-up
-BH psychology apt on Monday 0800
-emailed WRNMMC BH staff to arrange for psychiatric follow-up within 1 week
-return to the ED or call 911 if suicidal thoughts worsen or if you feel unsafe

D/w Dr. Molchan- staff psychiatrist

--------------------------------------------------------------------------------------------------
-
HPI:
Patient presented to the ED at the request of command due to expressing suicidal thoughts
yesterday. Patient reports he has chronic suicidal thoughts "off and on" and that last night he
was having thoughts and was "sort of researching different ways online" and told this to a
civilian co-worker. That co-worker was concerned and reported it to his command, who then
sent the patient to the ED. On the way into the ED, the patient contacted his therapist and told

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 441**

AR 0484

her what was happening and she scheduled him for Monday 0800 appointment.

At the time of the evaluation, the patient denied any current suicidal thoughts. He stated that he was irritated that his friend reported him but understands that suicide is taken seriously. He denies that his thoughts are worse than usual but does admit that researching different ways is "not common but not rare". He denies any specific plan.

Yesterday the patient went before the DRB for misconduct and is facing separation or demotion as punishment. This was particularly upsetting to him and "stressed him out". He also self-discontinued his psychiatric medication (Lexapro) in April and since then has noticed an increase in depression and anxiety. He is interested in resuming the medication and would like to meet with his prior provider Dr. Tobar to discuss. The medication was stopped due to making him feel sleepy, but he feels the benefits out way the cost. Also, since being more stressed his IBS has increased which has caused more pain and has decreased appetite.

The DRB is in regards to accusations of sexual misconduct in regards to social media posts and conversations with a couple of female colleagues. The patient denies any misdoing.

Psych ROS
Depression: endorses poor sleep with early morning awakenings, guilt, hopeless and helpless at times, anhedonia (prior enjoyed gaming, less pleasure from it now). Chronic SI without plan or intent.
Anxiety: more anxious since stopping Lexapro, nervously picks at scalp to the point of having a bald patch. Endorses general anxiety, all day every day over small things.
Mania: denies
Psychosis: denies
PTSD: has thoughts of past abuse and at times feels uneasy around men, but denies overt avoidance/nightmares/flashbacks.


Psych History
Prior diagnosis: ETOH abuse, GAD, MDD
Prior suicide attempt: x2 in adolescence via alcohol and aspirin
Inpatient substance abuse treatment at ft. Belvoir April 2015
Currently in therapy  and sees Dr. Tobar for medications.
Prior Lexapro 20mg qd, stopped in April

PMHx/PSHx:
Childhood asthma
IBS
HPV
PRK (2011)

Current Meds:
GasX
Fish Oil
Probiotic

Family History:
Sisters: suicide attempts, bipolar, substance abuse

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 442**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-*███    DoD ID: 1286180538    Created: 30 Oct 2017

MGMA- bipolar

Developmental/social Hx:
Born in CA, oldest of 3 siblings. Born to an intact union, divorced at age 3. Contentious divorce. Father won custody. Patient was bullied in school and abused by dad. Involved in track. Graduated HS with average grades. Went on to business school, dropped out and joined the military. Patient is straight, currently single. He recently ended a relationship, found out recently that following the break-up she began using drugs, which makes the patient feel guilty.

Military history:
11yrs TIS
USN E6
No deployments
Currently working on Med Board.

ETOH: has decreased use to 1-2 drinks per night, last few weeks less than 1 per night
Tobacco: denies
Illicit Drugs: denies

Allergies:
NKDA

Objective Findings
Vital Signs: HR 73, BP 144/94, R 16, Temp 97.9

MSE:
General: Caucasian male with orange hair, fair skin, appearing stated age. Well-nourished, well-groomed.
Behavior: calm and cooperative, good eye contact
Speech: regular rate, rhythm, volume, tone
Mood: "ok"
Affect: reactive, euthymic, smiling at times
Thought Process: logical, linear, goal directed, easy to follow
Thought Content: denies SI/HI, no evidence of hallucinations/delusions
Judgement: fair
Insight: fair
Impulse Control: Intact during interview

Labs: largely wnl

Time spent face to face with patient: 60minutes

A/P Last Updated by WORKS,LINDSAY K @ 06 Jul 2017 2028 EDT
1. Generalized anxiety disorder
2. Major depressive disorder, recurrent, moderate

Disposition Last Updated by WORKS,LINDSAY K @ 06 Jul 2017 2030 EDT
Released w/o Limitations

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮     DoD ID: 1286180538     Created: 30 Oct 2017

**Follow up:** with PCM and/or in the PSYCHIATRY BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  WORKS, LINDSAY KAY EMIL** (Physician) @ 06 Jul 2017 2030
**Co-Signed By  MOLCHAN, SUSAN E** (Psychiatrist) @ 10 Jul 2017 1555

Anderson, Daniel Dennis     DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 444**

AR 0487

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## 06 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S

Encounter ID:    BETH-28903549    Primary Dx:    Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**       Date: **06 Jul 2017 1030 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**       Clinic: **PSYCHIATRY BE**       Provider: **DELSESTO,BARBARA SUE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by DELSESTO,BARBARA @ 06 Jul 2017 1032 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by DELSESTO,BARBARA @ 06 Jul 2017 1030 EDT
Case Management
**Appointment Comments:** Written by DELSESTO,BARBARA @ 06 Jul 2017 1030 EDT
Care Coordination

**S/O Note** Written by DELSESTO,BARBARA SUE @ 07 Jul 2017 1045 EDT
**Reason for Visit**
    Visit for: Case Management.  Spoke with this patient regarding his referral to the Intensive Outpatient Program.  I spoke with him about the situation at his unit-he is having some legal issues with his unit and is awaiting the outcome from this.  He feels he is being mistreated by his Command and reached out to CM to talk with them about moving his duty assignement or a PCS LIMDU.  The legal issues will need to be complete before he can PCS.  CM to talk with his Commander about reducing this patient's stress level as it is making him more symptomatic with his IBS, anxiety, etc.
**History of present illness**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.       **Page 445**

AR 0488

**Medical Record**

The Patient is a 32 year old male.

The start date for IOP is 7 August per Ms. Banks-Williams.  Patient verbalized an an understanding and CM will continue to try to contact his Commander for confirmation of support for the IOP and discuss his work environment.

**A/P** Written by DELSESTO,BARBARA @ 07 Jul 2017 1052 EDT
**1. Encounter for other administrative examinations**

**Disposition** Written by DELSESTO,BARBARA @ 07 Jul 2017 1052 EDT
**Released w/o Limitations**

**Signed By  DELSESTO, BARBARA** (Nurse Case Manager, Walter Reed National Military Medical Center) @ 07 Jul 2017 1052

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538         Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 446**

AR 0489

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538     Created: 30 Oct 2017

*27 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-28841296     Primary Dx:          Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**      Date: **27 Jun 2017 1500 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**            Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Reason for Appointment:
f/u
Appointment Comments:
rla

Note Written by PAUL,SHERIN @ 28 Jun 2017 1125 EDT
## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:        Daniel Merwin
Patient last 4:      0538
Appt #:              Intake + 7
Therapy time:        60 minutes
E&M time:            60 minutes

### Identifying Data:          32-year-old, Single, Caucasian, Male

### Military Data:
Branch:                    USN
Rank:                      PO1
MOS:                       CTN
TIS:                       11-years
Deployments:               N/A
Deployment Related:                      N/A
Trauma:                    N/A
WTU:                       N/A
MEB in progress:           N/A
AdmSep in progress:                      N/A
Special Clearance:         Yes

### Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 447**

**Medical Record**

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-██  DoD ID: 1286180538    Created: 30 Oct 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Treatment Planning**
Pain: 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he has received negative feedback from his command regarding LimDu and IOP. Patient expressed concerns that they think he is "faking" his behavioral health issues in order to "get out of trouble". Patient stated that he is well aware that despite neutral intentions, his behavior towards others related to sexual harassment allegation had a negative impact on the women it was directed to. Patient stated that he has been trying to "keep things going" despite regular daily stressors from Navy demands negatively impacting his mental and physical health (IBS). He stated that he is recognizing that he cannot keep going forward without further injuring himself. Therapist noted that his previous notes indicated that he experienced significant stress deciding to re-enlist and shortly after felt that he made an error in returning to Navy stressors. Patient feels that Navy demands are detrimental to his behavioral and physical health. Patient is following up with potential MEB with other providers. Patient indicated impulsive drive to "turn in my badge" because he just wants to get out of the department. However, he is concerned about how this will impact him long term. Therapist provided patient with contact info for NCM CDR Del Sesto to discuss his current situation and receive support.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-██  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 448**

volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

## ASSESSMENT

**Diagnosis:**
Axis I:   Generalized Anxiety Disorder
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV: Financial stress, lack of social support
Axis V: 65


*Prognosis:* ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
*Patient's capacity* to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**


**Safety Risk:**
*Non-Modifiable Factors:*
| | | |
|---|---|---|
| Gender (risk factor if male): | | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence | |
| Organized Plan: | No | |
| Chronic Psychiatric Disorder: | | Yes |
| Recent Psychiatric Hospitalization: | No | |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child | |
| Chronic Physical Illness: | No | |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted | |
| Other Recent Loss: | No | |
| Chronic Pain: | No | |
| Age (risk factor if <25 or >60): | No | |

*Modifiable:*
| | | |
|---|---|---|
| Suicidal Ideation/Plans/Intent: | | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No | |
| Access to Lethal Means: | No | |
| Poor Treatment Compliance: | | No |
| Hopelessness: | Yes | |
| Psychic Pain/Anxiety: | Yes | |
| Acute Event: | No | |
| Insomnia: | No | |
| Low Self-Worth: | No | |
| Impulsivity: | Yes | |
| Substance Abuse: | | Yes, previously |
| Financial Stress: | | Yes |
| Legal Stress: | No | |

*Protective:*
| | | |
|---|---|---|
| Strong Therapeutic Alliance: | | Yes |
| Positive Coping Skills: | Yes | |
| Responsible to/for Family: | No | |
| Responsible to/for Pet: | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 449**

AR 0492

**Medical Record**

| | |
|---|---|
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High


## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 13 June 2017
*Reviewed with patient on:* 13 June 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮▮ 1985  SSN: ***-**-▮▮     DoD ID: 1286180538     Created: 30 Oct 2017

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

## Provider initiated LimDu for patient.

A/P Written by PAUL,SHERIN @ 28 Jun 2017 1126 EDT
**1. Generalized anxiety disorder**
        Procedure(s):            -Psychiatric Therapy Individual Approximately 60 Minutes x 1

Disposition Written by PAUL,SHERIN @ 28 Jun 2017 1127 EDT
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By PAUL, SHERIN (Clinical Psychologist) @ 28 Jun 2017 1127

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 451**

AR 0494

**Medical Record**

Anderson, Daniel Dennis    DOB: ▌▌1985  SSN: ***-**-▌▌    DoD ID: 1286180538    Created: 30 Oct 2017

### *21 Jun 2017 at WRNMMC, Dermatology Clinic Bethesda by FINK, CAITLIN M*

Encounter ID:    BETH-28769305    Primary Dx:    Epidermal cyst

Patient: **MERWIN, DANIEL DENNIS**    Date: **21 Jun 2017 1203 EDT**    Appt Type: **PROC**
Treatment Facility: **WALTER REED**    Clinic: **DERMATOLO CL BE**    Provider: **FINK,CAITLIN M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by DIBLASI,DANIEL R @ 21 Jun 2017 1528 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS–PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

S/O Note Written by DIBLASI,DANIEL ROBERT @ 21 Jun 2017 1535 EDT
**Chief complaint**
The Chief Complaint is: Excision.
**History of present illness**
      The Patient is a 32 year old male.
32 y/o male presents for excision of scrotal cysts.
      In the Navy and currently on active duty.
      No systemic symptoms, not feeling tired or poorly, no fever, and no chills.  No skin symptoms  - No skin symptoms other than described in the HPI.
**Allergies**
      No known drug allergies.
**Current medication**
Current medications reviewed, confirmed and reconciled with patient.

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

**Past medical/surgical history**
**Diagnoses:**
    No basal cell carcinoma of the skin
    No squamous cell carcinoma of the skin.
    No malignant melanoma of the skin
**Personal history**
Behavioral:  No tobacco use.
Alcohol: Alcohol use.
**Family history**
    No malignant melanoma of the skin.
**Physical findings**
**Vital Signs:**
Vital Signs/Measurements                       Value
Pain level by numeric rating scale              0
**General Appearance:**
    ° Well developed.  ° Well nourished.  ° In no acute distress.  ° Not acutely ill.
**Neurological:**
    ° Oriented to time, place, and person.
**Skin:**
    • Skin:: On exam the following lesions were identified and examined:
    Multiple round subcutaneous cysts on the scrotum.  • Complexion type II.

**A/P** Last Updated by DIBLASI,DANIEL R @ 21 Jun 2017 1540 EDT
**1. Epidermal cyst:** 32 y/o male with multiple EICs on the scrotum. 3 lesions excised. Patient tolerated the procedure. Follow up as needed.

Staffed with Dr. Fink
      Procedure(s):             -Excision Of Lesion Trunk Benign Up to .5cm x 1 ADDITIONAL PROVIDER(S): FINK,CAITLIN M -
                              Universal protocol was followed in compliance with WRNMMC standards.
                              Patient's identification was checked (name and DOB). Procedure site(s) and side matches the consent
                              form. The biopsy report and slide (if available) were reviewed. The site was marked and anesthetized
                              with [ 2 ] mL of lidocaine 1% with epinephrine.
                              The area was then prepped and draped in a sterile fashion. The lesions were then excised.
                              Estimated blood loss was 1mL.
                              Superficial skin opposition was achieved using 5-0 fast gut sutures.
                              The wound was cleaned, Vaseline placed. Patient was instructed on wound care.
                              The patient was instructed to return to clinic sooner for signs of symptoms of infection to include
                              erythema, draining fluid or pain to palpation.
                              Lesion Management:
                              Initial size: [ 4 ]mm   Margins: [ 0 ]mm  Size of lesion with margins : [ 4 ]mm
                              Final length of incision [ 0.5 ]cm

      Laboratory(ies):           -TISSUE EXAM (Routine) Ordered By: DIBLASI,DANIEL R Ordering Provider: DIBLASI, DANIEL
                              ROBERT

**Disposition** Last Updated by DIBLASI,DANIEL R @ 21 Jun 2017 1541 EDT
**Released w/o Limitations**
**Follow up:** as needed in the DERMATOLO CL BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by FINK,CAITLIN M @ 21 Jun 2017 1545 EDT
Agree with above assessment and plan. Note reviewed and in compliance with WRNMMC and JCAHO standards.

**Signed By FINK, CAITLIN M** (Physician, Staff Dermatologist) @ 21 Jun 2017 1545

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 453**

AR 0496

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538     Created: 30 Oct 2017

### *19 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:     BETH-28732393     Primary Dx:     Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**         Date: **19 Jun 2017 0915 EDT**         Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **INT MED CL F MEDICAL HOME**   Provider: **RODAK,COLLEEN M**
**NATIONAL MILITARY MEDICAL CNTR**         **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
Follow up for IBS. Notify the doctor of Physical Training and Smell trigger
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0927 EDT
 BP: 132/87 Left Arm,  Adult Cuff,   HR: 81 Regular,  Radial Artery,   RR: 20,   T: 98.5 °F Oral,   HT: 69 in Stated,   WT: 178.5 lbs,
 SpO$_2$: 97%,   BMI: 26.36,   BSA: 1.968 square meters,   Tobacco Use: No,   Alcohol Use: Yes,
 Alcohol Comments: 4-5 per week.,   Pain Scale: 3/10 Mild,   Pain Scale Comments: Abdomen.

**Questionnaire AutoCites** Refreshed by GRIFFIN,GERALDINE @ 19 Jun 2017 0935 EDT
**Questionnaires**

Anxiety & Depression Screening Taken On: 19 Jun 2017
Questionnaire Notes: Patient reports that he does not have any suicidial ideation and that he is being seen by Counselors from IBHS.
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Nearly every day
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Nearly every day
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: More than half the days
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: More than half the days
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Several days

Falls Risk Screening (Outpatient) Taken On: 19 Jun 2017
  1. Patient's age: Less than 65 years old
  2. History of fall in the past year?: No
  **3. Physical appearance: No concerns;**
  **4. Balance: No concerns with balance;**
  5. Is the patient patient a falls risk?: No

**S/O Note** Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0910 EDT
**Chief complaint**
The Chief Complaint is: IBS Information update  3/10 19Jun2017.
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Good general overall feeling /health.

Pain assessment3/10
Location: Abdomen
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:  6/10
Worst level:  10/10
Least level:  0/10
What makes it better:  diet change, not eating
What makes it worse:  food, smells of food, eating
.............
 Pain Severity  3/ 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 454**

AR 0497

**Medical Record**

Anderson, Daniel Dennis    DOB:▮▮▮ 1985  SSN: ***-**-▮▮  DoD ID: 1286180538    Created: 30 Oct 2017

**Allergies**
Allergies Verified and Updated 19Jun2017
NKDA
animal dander.
**Current medication**
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR
Medication Reconciled Jun2017
RIFAXIMIN, 550 MG, TABLET, ORAL   TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS–PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL     CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history IBS-D
      GAD / depression
      HX of EtOH abuse (previous inpatient treatment)
      HPV genital


      .
      Surgical / Procedural: Surgical / procedural history Jaw surgery
      Tonsillectomy
      PRK.
**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English   [ ] Other:
Preferred method of learning?   [ ] Verbal [ ] Written [ ] Visual [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
      doctor or pharmacy?   [ ] Never [ ] Rarely [ ] Sometimes [ ] Often [ ] Always
Advance directives completed?   [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?   [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  x[ ] No
Are you enrolled in EFMP?   [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?   [ x ] Yes  [ ] No
Contact preference:
PCM:
...............
Annual Questions Date: 19Jun2017.
**Family history**
      Family medical history Mother A & W
      Father DM/ CAD- MI / stent at 40 / melanoma
      brother one half substance abuse
      Sister three (one depression ; one substance abuse)
      Denies a family hx of Crc. Breast CA.
**Review of systems**
The patient HAS NOT traveled outside of the country in the past 90 days.




**S/O Note** Written by RODAK,COLLEEN M @ 21 Jun 2017 1552 EDT
**Chief complaint**
The Chief Complaint is: IBS information update.
**History of present illness**
      The Patient is a 32 year old male.

This is a 32 yo male with a HX of depression, anxiety, IBS-D previous EtOH abuse requiring treatment (2013-2014) who recently
has been experiencing acute exacerbation of his anxiety & depression; exacerbation is related to long standing family issues. He is
actively engaged in BH and it will be starting IOP he presents today to obtain a 30 day SIQ.
      Feeling tired (fatigue).

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 455**

AR 0498

**Medical Record**

Abdominal pain and diarrhea.

Pain Severity   2/ 10.
**Current medication**
June 19 2017
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS–PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL     CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
verified CMR

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital
    .
    Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
    Tonsillectomy
    PRK.

**Personal history**
Social history reviewed Former 2007 2008 current no.
**Family history**
    Family medical history Family medical history Mother A & W
        Father DM/ CAD- MI / stent at 40 / melanoma
        brother one half substance abuse
        Sister three (one depression ; one substance abuse)
        Denies a family hx of Crc. Breast CA.

.

**Review of systems**
**Systemic:** No systemic symptoms and no generalized pain.  No fever, no chills, no night sweats, no recent weight loss, and no
    recent weight gain.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No dyspnea, no cough, and no wheezing.
**Gastrointestinal:** Appetite not decreased.  No dysphagia and no pain on swallowing.  Heartburn.  No nausea, no vomiting, no
    hematemesis, no bright red blood per rectum, and no constipation.
**Genitourinary:** No hematuria, no change in urinary frequency, and no feelings of urinary urgency.  No dysuria and no testicular
    symptoms were present.  No abnormal urethral discharge.
**Endocrine:** No inadequacy of penile erection.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Anxiety, emotional lability, depression, sleep disturbances, and decreased functioning ability.  Not thinking about
    suicide.  No homicidal thoughts.
**Physical findings**
**General:**
    • Physical examination NA for today's visit.
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.

**Note** Written by MINOR,TIFFANY @ 19 Jun 2017 0921 EDT
The HPI section was prepared by Tiffany Minor as Scribe, and reviewed by Colleen
Rodak, NP. 6/19/17 at 09:21

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 456**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Colleen Rodak NP: The scribe's documentation in the HPI section has been prepared and reviewed by me in its entirety. I confirm that the note above accurately reflects all work, treatment, procedures, and medical decision making performed by me.
A/P Written by RODAK,COLLEEN M @ 21 Jun 2017 1601 EDT
**1. Encounter for other administrative examinations**: See add notes

**Disposition** Written by RODAK,COLLEEN M @ 21 Jun 2017 1601 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Note** Written by DUVALL,MICHAEL R @ 20 Jun 2017 0945 EDT

WRNMMCMEDCENINST 6320.1E

QUARTERS/LIGHT DUTY LIST                    WALTER REED NATIONAL MILITARY MEDICAL CENTER
WRNMMC 6320/6 (REV 1/9)                      BETHESDA, MD 20889-5300
INSTRUCTIONS TO PATIENT:

1. FOR ALL PERSONNEL - PRIOR TO LEAVING THE HOSPITAL AREA.  TAKE THIS FORM TO THE PRIMARY CARE HEALTH CENTER TO BE PLACED ON THE QUARTERS/LIGHT DUTY LIST.

2. ENLISTED PERSONNEL - RETURN TO YOUR SERVICE AND SHOW THIS FORM TO YOUR SUPERVISOR.

3. OFFICERS - NOTIFY YOUR SERVICE TEAM LEADER OR IMMEDIATE SUPERVISOR IN YOUR CHAIN OF COMMAND.

INFORMATION:  DURING THE PERIOD OF TIME IN A QUARTERS PATIENT STATUS, YOU WILL REMAIN IN THE CONFINES OF YOUR QUARTERS, UNLESS RELEASED BY THE MEDICAL OFFICER AND/OR YOUR SUPERIOR IN THE CHAIN OF COMMAND.  MARRIED PERSONNEL AND THOSE LIVING ASHORE MAY BE PERMITTED TO GO HOME UPON OBTAINING PERMISSION FROM THE MEDICAL OFFICER AND/OR YOUR SUPERIORS IN YOUR CHAIN OF COMMAND.  ALL PERSONNEL WILL RETURN TO THE PRIMARY CARE HEALTH CENTER ON THE TIME AND DATE INDICATED FOR POSSIBLE RETURN TO DUTY, EXTENSION IN A QUARTERS PATIENT STATUS, OR ADMISSION TO THE SICK LIST.

DATE: 6/19/17    TIME: 1005 am

FROM: ___ MILITARY SICK CALL    ___ EMERGENCY ROOM    ___    m

TO: COMMANDER/COMMANDING OFFICER    CSA 63
                                (NAME OF COMMAND TO WHICH MEMBER IS ATTACHED)

1. REQUEST THAT THE BELOW NAMED MEMBER BE PLACED IN THE FOLLOWING STATUS:

___ QUARTERS PATIENT STATUS FOR ___ DAYS    ✓ LIGHT DUTY STATUS FOR 30 DAYS

MEMBER IS TO RETURN TO ___ CLINIC FOR FOLLOW-UP AND FURTHER DISPOSITION ON ___

RESTRICTIONS:
✓ NO LIFTING/BENDING              ___ NO PROLONGED STANDING OR WALKING
✓ NO PT/EXERCISING               ___ NO SHAVING
___ OTHERS:

DIAGNOSIS  LBS-O/pain              MEDICAL OFFICER SIGNATURE

IMPRINT PATIENT DATA              PATIENT ADDRESS WHILE IN QUARTERS/LIGHT DUTY STATUS
   Anson Daniel
       DoD 1286180538            PATIENT PHONE NUMBER WHILE IN QUARTERS/LIGHT DUTY STATUS

WHITE COPY: MEMBER'S HEALTH RECORD    YELLOW COPY: MEMBER'S SUPERVISOR    PINK COPY: MFHC

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 457

AR 0500

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

---

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 21 Jun 2017 1602

---

**CHANGE HISTORY**
*The following S/O Note Was Overwritten by RODAK,COLLEEN M @ 21 Jun 2017 1600 EDT:*
S/O Note Written by MINOR,TIFFANY JOHNETTA @ 19 Jun 2017 0912 EDT
**Chief complaint**
The Chief Complaint is: IBS information update.
**History of present illness**
        The Patient is a 32 year old male.

This is a 32 yo male with a HX of depression, anxiety, IBS-D previous EtOH abuse requiring treatment (2013-2014) who recently has been experiencing acute exacerbation of
his anxiety & depression; exacerbation is related to long standing family issues. He is actively engaged in BH and it has been recommended that the patient start IOP mental
health / LIMDU
He presents today to update me on his mood and to discuss his sleep disturbances / IBS-D symptoms and its negative impact on his QOL / ability to perform work duties due to
severity / frequency of symptoms.
Patient is an 32 yo male ADSM that's presents with pain 2/10 today in his stomach.patient reports 10/10 is the worst due to eating food.patient reports not eating or changing
foods help the pain.
        Feeling tired (fatigue).
        Abdominal pain and diarrhea.

 Pain Severity   2 / 10.
**Current medication**
Medication Reconciled 12Jun2017
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL        TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
verified CMR

**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history Medical: Reported medical history IBS-D
        GAD / depression
        HX of EtOH abuse (previous inpatient treatment)
        HPV genital

        Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
        Tonsillectomy
        PRK.

**Personal history**
Social history reviewed Former 2007 2008 current no.
**Family history**
        Family medical history Family medical history Mother A & W
        Father DM/ CAD- MI / stent at 40 / melanoma
        brother one half substance abuse
        Sister three (one depression ; one substance abuse)
        Denies a family hx of Crc. Breast CA.

**Review of systems**
**Systemic:** No systemic symptoms and no generalized pain.  No fever, no chills, no night sweats, no recent weight loss, and no recent weight gain.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no bright red blood per rectum, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 458**

AR 0501

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

### *16 Jun 2017 at WRNMMC, Dermatology Clinic Bethesda by NICHOLAS, LUKE C*

Encounter ID:    BETH-28722514    Primary Dx:    Anogenital (venereal) warts

Patient: **MERWIN, DANIEL DENNIS**    Date: **16 Jun 2017 0930 EDT**    Appt Type: **SPEC**
Treatment Facility: **KIMBROUGH**    Clinic: **DERMATOLO CL BE**    Provider: **NICHOLAS,LUKE C**
**AMBULATORY CARE CENTER-MEADE**
Patient Status: **Outpatient**

**Reason for Appointment:**
Anogenital (venereal) warts
**Appointment Comments:**
MJ/IRMAC

**S/O Note** Written by DIBLASI,DANIEL ROBERT @ 16 Jun 2017 1154 EDT
**Chief complaint**
The Chief Complaint is: Genital warts.
**History of present illness**
    The Patient is a 32 year old male.
32 y/o male presents for evaluation/treatment of genital warts. Have been there for about 1 year. Has treated topically and with LN2
in the past and lesions have not resolved. Patient also c/o cysts on the scrotum.
    In the Navy and currently on active duty.
    No systemic symptoms, not feeling tired or poorly, no fever, and no chills.  No skin symptoms  - No skin symptoms other than
described in the HPI.
**Allergies**
    No known drug allergies.
**Current medication**
Current medications reviewed, confirmed and reconciled with patient.

**Past medical/surgical history**
**Diagnoses:**
    No basal cell carcinoma of the skin
    No squamous cell carcinoma of the skin.
    No malignant melanoma of the skin
**Personal history**
 Social history.
**Physical findings**
**Vital Signs:**
Vital Signs/Measurements                                        Value
Pain level by numeric rating scale                              0
**General Appearance:**
    ° Well developed.  ° Well nourished.  ° In no acute distress.  ° Not acutely ill.
**Neurological:**
    ° Oriented to time, place, and person.
**Skin:**
    • Skin:: On exam the following lesions were identified and examined:
    Small skin colored papules in the pubic region and on the proximal penile shaft
    Multiple round, subcutaneous cysts on the scrotum.  • Complexion type II.

**A/P** Last Updated by DIBLASI,DANIEL R @ 16 Jun 2017 1247 EDT
**1. Anogenital (venereal) warts:** 32 y/o male with genital warts. Did not improve with topical or destructive therapies in the past.
Recommended repeat treatment with LN2 and then regular follow up every 4-6 weeks for repeat treatment until clear. Patient
verbalized understanding.

Seen and staffed with Dr. Nicholas
    Procedure(s):            -Destruction Of Benign Lesion By Cryosurgery x 1 - After discussion of risks, benefits, and alternatives,
                            verbal consent received, and cryo applied to lesions in standard fashion. Therapy was applied in a
                            pulsed fashion to minimize collateral tissue injury. Patient was instructed to use Vaseline ointment to the
                            area(s) until healed. Patient tolerated the procedure well and left in stable condition.
**2. Epidermal cyst:** Multiple scrotal EICs. Can schedule for excision. AHLTA and Outlook calendar unavailable at the time of
encounter, so will contact patient to schedule.

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 459**

AR 0502

## Medical Record

| Anderson, Daniel Dennis | DOB: █████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Disposition** Last updated by NICHOLAS,LUKE C @ 19 Jun 2017 1241 EDT
**Released w/o Limitations**
**Follow up:** in the DERMATOLO CL BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: I saw the patient with the resident and agree with the above assessment and plan.

**Note** Written by DIBLASI,DANIEL R @ 16 Jun 2017 1154 EDT
**Consult Order**
**Referring Provider:**          RODAK, COLLEEN M
**Date of Request:**    19 May 2017
**Priority:**          Routine

**Provisional Diagnosis:**

Anogenital (venereal) warts

**Reason for Request:**

32 to with penile lesions Previously treated for genital warts with topicals and cryosurgery by dermatology; on PE --> 3 less than 05mm circular flat lesions consistent with warts on penis shaft; patient is very anxious about the recurrence and is requesting to be evaluated by dermatology please evaluate additional question is if this patient she undergo an anal PAP thank you

**Signed By NICHOLAS, LUKE C** (Physician-WRNMMC, Dermatologist) @ 19 Jun 2017 1241

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by NICHOLAS,LUKE C @ 19 Jun 2017 1241 EDT:*
The Disposition section was last updated by NICHOLAS,LUKE C @ 19 Jun 2017 1241 EDT - see above.Previous Version of Disposition section was entered/updated by DIBLASI,DANIEL R @ 16 Jun 2017 1248 EDT.
**Released w/o Limitations**
**Follow up:** In the DERMATOLO CL BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 460**

AR 0503

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *13 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-28672871    Primary Dx:      Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **13 Jun 2017 0858 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **T-CON\***
Provider: **PAUL,SHERIN**

Call Back Phone: ███████

**S/O Note** Written by PAUL,SHERIN @ 13 Jun 2017 1000 EDT
**Subjective**
Provider was contacted by patient's command Chief Schooley regarding statements that patient made the previous day. Chief Schooley indicated that patient admitted to suicidal ideation and stated that the reason that he did not follow through with this was because he could not think of a painless way to die. Chief Schooley stated that the patient then followed up with stating that he was not thinking of hurting himself and no imminent risk was indicated. Chief Schooley indicated that he was concerned about the patient's safety. With expressed verbal permission of the patient, this provider indicated that patient had been seen this morning and screened for safety. Provider notified the caller that if in the future this or other sailors indicated suicidal harm, he has the option to recommend them for an immediate safety screen. Again with expressed verbal permission of the patient, this provider indicated that the patient will be placed on Limdu for behavioral health diagnoses. Further, patient is expected to start intensive outpatient program.

**A/P** Last Updated by PAUL,SHERIN @ 13 Jun 2017 1000 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**

**Disposition** Last Updated by PAUL,SHERIN @ 13 Jun 2017 1000 EDT
**Follow up:** in the PSYCHIATRY BE clinic.

**Signed By PAUL, SHERIN** (Clinical Psychologist) @ 13 Jun 2017 1001

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*13 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

| Encounter ID: | BETH-28695800 | Primary Dx: | Major depressive disorder, recurrent, moderate |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **13 Jun 2017 0700 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **FTR**
Provider: **PAUL,SHERIN**

**Reason for Appointment:**
Follow up
**Appointment Comments:**
DCM

Note Written by PAUL,SHERIN @ 14 Jun 2017 1245 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:        Daniel Merwin
Patient last 4:      0538
Appt #:              Intake + 6
Therapy time:        60 minutes
E&M time:            60 minutes

### Identifying Data:        32-year-old, Single, Caucasian, Male

### Military Data:
Branch:                  USN
Rank:                    PO1
MOS:                     CTN
TIS:                     11-years
Deployments:             N/A
Deployment Related:                  N/A
Trauma:                  N/A
WTU:                     N/A
MEB in progress:         N/A
AdmSep in progress:                  N/A
Special Clearance:       Yes

### Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

AR 0505

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985 SSN: ***-**▓    DoD ID: 1286180538    Created: 30 Oct 2017

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| | | | | |
|---|---|---|---|---|
| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Treatment Planning**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that since previous session he was provided more information regarding sexual harassment allegation against him. He expressed frustration that his actions were perceived negatively and no one talked to him about it in person. He stated that he never meant to hurt anyone or make anyone feel uncomfortable. However, he agreed that some of the engagement on social media seems inappropriate. Patient expressed frustration that he does not have a good understanding of social norms. He noted that he has been feeling suicidal related to increase in stress. Patient expressed concern about his well-being. He is amenable to intensive outpatient program and LimDu. Therapist and patient completed this paperwork. Patient was also notified that provider had been contacted by Chief Schooley and plans on contacting him later in the day. Patient provided verbal consent for provider to present information regarding patient's treatment plan.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

plan or intent.

## ASSESSMENT

**Diagnosis:**
Axis I:   Generalized Anxiety Disorder
          Major Depressive Disorder, Recurrent, Moderate
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support
Axis V:  65

**Prognosis:** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
**Patient's capacity** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | No |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 464**

**Medical Record**

Anderson, Daniel Dennis    DOB: ■ 1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017

| | |
|---|---|
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 13 June 2017
*Reviewed with patient on:* 13 June 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0508

**Medical Record**

Anderson, Daniel Dennis      DOB: ▮ 1985  SSN: ***-**-▮      DoD ID: 1286180538      Created: 30 Oct 2017

Patient would **NOT** like information on the following at this appointment:
    Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

***Military Specific Interventions:***
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

**Provider initiated LimDu for patient.**

A/P Written by PAUL,SHERIN @ 14 Jun 2017 1246 EDT
**1. Major depressive disorder, recurrent, moderate**
**2. Generalized anxiety disorder**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

Disposition Written by PAUL,SHERIN @ 14 Jun 2017 1246 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  PAUL, SHERIN (Clinical Psychologist) @ 14 Jun 2017 1247

Anderson, Daniel Dennis      DOB: ▮ 1985  SSN: ***-**-▮      DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 466**

AR 0509

**Medical Record**

Anderson, Daniel Dennis    DOB: █ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

### 12 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M

Encounter ID:    BETH-28655557    Primary Dx:    <No description for K58.2 in Medcin database>

Patient: **MERWIN, DANIEL DENNIS**    Date: **12 Jun 2017 0845 EDT**    Appt Type: FTR
Treatment Facility: **WALTER REED**    Clinic: **INT MED CL F MEDICAL HOME**    Provider: RODAK,COLLEEN M
**NATIONAL MILITARY MEDICAL CNTR**    **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
Depression and Anxiety
**Appointment Comments:**
G G

**Vitals**
**Vitals** Written by GRIFFIN,GERALDINE @ 12 Jun 2017 0902 EDT
BP: 127/82 Left Arm, Adult Cuff,  HR: 86 Regular,  Radial Artery,  RR: 20,  T: 98.3 °F Oral,  HT: 69 in Stated,
WT: 180.7 lbs Upright Scale, Actual, With Shoes,  SpO$_2$: 97%,  BMI: 26.68,  BSA: 1.978 square meters.
Tobacco Use: No,  Alcohol Use: Yes,  Alcohol Comments: 2-3 days a week.,  Pain Scale: 3/10 Mild,  Pain Scale Comments: Abdomen.

**Questionnaire AutoCites** Refreshed by GRIFFIN,GERALDINE @ 12 Jun 2017 0906 EDT
**Questionnaires**

Anxiety & Depression Screening Taken On: 12 Jun 2017
Questionnaire Notes: Patient reports that he is being seen by Counselors from IBHS.
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: More than half the days
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: More than half the days
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Nearly every day
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: More than half the days
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Not at all

Falls Risk Screening (Outpatient) Taken On: 12 Jun 2017
  1. Patient's age: Less than 65 years old
  2. History of fall in the past year?: No
  **3. Physical appearance: No concerns;**
  **4. Balance: No concerns with balance;**
  5. Is the patient a falls risk?: No

**S/O Note** Written by RODAK,COLLEEN M @ 13 Jun 2017 0943 EDT
**Chief complaint**
The Chief Complaint is: IBS, Mental Health, Abdomen-3/10  12Jun2017.
**History of present illness**
    The Patient is a 32 year old male.

This is a 32 yo male with a HX of depression, anxiety, IBS-D previous EtOH abuse requiring treatment (2013-2014) who recently has been experiencing acute exacerbation of his anxiety & depression; exacerbation is related to long standing family issues. He is actively engaged in BH and it has been recommended that the patient start IOP mental health / LIMDU
He presents today to update me on his mood and to discuss his sleep disturbances / IBS-D symptoms and its negative impact on his QOL / ability to perform work duties due to severity / frequency of symptoms.
    Good general overall feeling /health.

  Pain Severity    3 / 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient reports that they are compliant with medications.
**Allergies**
Allergies Verified and Updated  12Jun2017
NKDA
animal dander, Cats.
**Current medication**
Medication Reconciled 12Jun2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 467**

AR 0510

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL    CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
verified CMR

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital


    Surgical / Procedural: Surgical / procedural history Jaw surgery
    Tonsillectomy
    PRK.
**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Alcohol use AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [  ] Other:
Preferred method of learning?    [ x] Verbal  [  ] Written  [  ] Visual  [  ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [  ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
    doctor or pharmacy?    [  ] Never  [  ] Rarely  [  ] Sometimes  [  ] Often  [  ] Always
Advance directives completed?    [  ] Yes  [ x] No
Is a copy of the Advance directive in the record?    [  ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [  ] Yes  [ x ] No
Are you enrolled in EFMP?    [  ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [  ] No
Contact preference: ████████
PCM:
..............
Annual Questions Date: 12Jun2017.
**Family history**
    Family medical history Mother A & W
    Father DM/ CAD- MI / stent at 40 / melanoma
    brother one half substance abuse
    Sister three (one depression ; one substance abuse)
    Denies a family hx of Crc. Breast CA.
**Review of systems**
**Systemic:** No fever and no chills.
**Cardiovascular:** No palpitations.
**Pulmonary:** No cough and no wheezing.
**Gastrointestinal:** Appetite not decreased.  No dysphagia, no pain on swallowing, and no heartburn.  No nausea, no vomiting, and
    no hematemesis.  Abdominal pain and diarrhea.  No constipation.
**Genitourinary:** No hematuria and no change in urinary frequency.  No dysuria and no testicular symptoms were present.  No
    abnormal urethral discharge.
**Endocrine:** No inadequacy of penile erection.
**Psychological:** Anxiety, depression, sleep disturbances, and decreased functioning ability.  Not thinking about suicide.  No
    homicidal thoughts.
**Skin:** No rash.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 468**

**Medical Record**

Injuries: ° No evidence of a head injury.
Appearance: ° Head normocephalic.
**Lymph Nodes:**
   ° Inguinal lymph nodes were not enlarged.
**Lungs:**
   ° Respiration rhythm and depth was normal. ° Exaggerated use of accessory muscles for inspiration was not observed.
        ° Clear to auscultation. ° No wheezing was heard. ° No rhonchi were heard. ° No rales/crackles were heard.
**Cardiovascular:**
   Heart Rate And Rhythm: ° Normal.
   Heart Sounds: ° Normal S1 and S2. ° No gallop was heard. ° No click was heard. ° No pericardial friction rub heard.
   Murmurs: ° No murmurs were heard.
**Back:**
   ° No costovertebral angle tenderness.
**Abdomen:**
   Visual Inspection: ° Abdomen was not distended.
   Auscultation: ° Bowel sounds were not diminished or absent.
   Palpation: ° Abdomen was soft. ° No abdominal guarding. ° Abdominal non-tender. ° No mass was palpated in the abdomen.
   Liver: ° Normal to palpation.
   Spleen: ° Normal to palpation.
   Hernia: ° No hernia was discovered.
**Neurological:**
   • Not oriented to time, place, and person.
**Psychiatric:**
   • Exam: anxious / sad effective but has insight into his mood and how the physiological symptoms are exacerbated by his
        mood state--> severe pain & explosive diarrhea. He is requesting a med board.
   Mood: • Dysthymic.
   Affect: • Abnormal.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 3 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[ ] 0=1 to 2 or does not drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[ ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[ ] Negative AUDIT-C
[ ] Positive AUDIT-C *      >>Provider Alerted<<
        [ ] Alcohol use exceeds maximum recommended limits (Conduct BRIEF counseling and consider referral to specialty care)
            Men > 14 drinks/week or >4 drinks/occasion
            Women > 7 drinks/week or >3 drinks/occasion
[ ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use
after counseling OR AUDIT-C >= 8)
...............
**Test conclusions**
Medication list was updated at the beginning of the visit.


**Note** Written by MINOR,TIFFANY @ 12 Jun 2017 0857 EDT
The HPI section was prepared by Tiffany Minor as Scribe, and reviewed by Colleen
Rodak, NP. 08:58 on 6/12/17
Colleen Rodak NP: The scribe's documentation in the HPI section has been prepared
and reviewed by me in its entirety. I confirm that the note above accurately reflects all
work, treatment, procedures, and medical decision making performed by me.
Lab Result Cited by RODAK,COLLEEN M @ 12 Jun 2017 0925 EDT

| CBC W/o Diff | Site/Specimen | 12 Apr 2017 1147 |
|---|---|---|
| WBC | BLOOD | 6.0 |
| RBC | BLOOD | 4.58 |
| Hemoglobin | BLOOD | 14.4 |
| Hematocrit | BLOOD | 42.3 |
| MCV | BLOOD | 92.4 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 30 Oct 2017

| | | |
|---|---|---|
| MCH | BLOOD | 31.5 |
| MCHC | BLOOD | 34.1 |
| Platelets | BLOOD | 262 |
| RDW CV | BLOOD | 13.1 |
| MPV | BLOOD | 8.7 |

**Lab Result** Cited by RODAK,COLLEEN M @ 12 Jun 2017 0925 EDT

| Basic Metabolic Panel | Site/Specimen | 12 Apr 2017 1147 |
|---|---|---|
| Urea Nitrogen | SERUM | 16.0 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 99 |
| Creatinine | SERUM | 0.88 |
| Glucose | SERUM | 112 (H) |
| Potassium | SERUM | 4.9 |
| Sodium | SERUM | 140 |
| Calcium | SERUM | 9.9 |
| Anion Gap | SERUM | 13 |
| GFR Calculated Non-Black | SERUM | 113.7 |
| GFR Calculated Black | SERUM | 131.4 <i> |

**Lab Result** Cited by RODAK,COLLEEN M @ 12 Jun 2017 0925 EDT

| Lipid Panel | Site/Specimen | 18 May 2017 0835 |
|---|---|---|
| Cholesterol | SERUM | 224 <i> |
| Triglyceride | SERUM | 262 <i> |
| HDL Cholesterol | SERUM | 49 <i> |
| Cholesterol/HDL Cholesterol | SERUM | 4.6 |
| LDL Cholesterol Direct | SERUM | 140 <i> |
| Cholesterol Non-HDL | SERUM | 175 <i> |

**Lab Result** Cited by RODAK,COLLEEN M @ 12 Jun 2017 0925 EDT

| Hemoglobin A1c | Site/Specimen | 18 May 2017 0835 |
|---|---|---|
| Hemoglobin A1c | BLOOD | 5.2 <i> |

**A/P** Last Updated by RODAK,COLLEEN M @ 13 Jun 2017 0949 EDT
**1. Mixed irritable bowel syndrome:** anxious / sad effective but has insight into his mood and how the physiological symptoms are exacerbated by his mood state–> severe pain & explosive diarrhea. He is requesting a med board for his condition; he is currently in the process of entering an IOP of his depression / anxiety. He will FU in 2 weeks with a log of his symptoms and we will evaluate his symptoms / treatment / level of disability and the status of his mental health.

**Disposition** Last Updated by RODAK,COLLEEN M @ 13 Jun 2017 0950 EDT
**Released w/o Limitations**
**Follow up:** as needed in 2 week(s) with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 13 Jun 2017 0950

**Note** Written by DUVALL,MICHAEL R @ 13 Jun 2017 1129 EDT
**(Added after encounter was signed.)**

Anderson, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 470**

AR 0513

**Medical Record**

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**___    DoD ID: 1286180538    Created: 30 Oct 2017

## ABBREVIATED MEDICAL EVALUATION BOARD REPORT

**SECTION 1: CLINICAL INFORMATION (TO BE COMPLETED BY MEDICAL OFFICERS)**

Date: 06-13-2017    Patient Name:  Daniel Dennis Marvin    Patient SSN: ___

Proposed start date for limited duty:    06-14-2017    Proposed end date (≤ 6 months): 12-13-2017

The period of limited duty is for: (Select one)

[X] 1st LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary)

[ ] 2nd LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary)  Note that the first and second TLD periods cannot exceed 12 months cumulatively from the date of the first TLD period

[ ] 1st LIMDU (≤ 6 months) Officer ADSM patient in service headquarters necessary)

[ ] 2nd LIMDU (≤ 6 months) Officer ADSM patient in service headquarters necessary)

[ ] 3rd or subsequent LIMDU periods on Navy and Marine ADSM involving a distinctly different condition than that responsible for the first and second TLD periods (for referral to service headquarters for "departmental review")

[ ] Placement on LIMDU  if the patient is not already in a LIMDU status - all the same time the patient's case is referred to the physical evaluation board for adjudication.

Diagnosis:  (1)  Generalized Anxiety Disorder    ICD-9 CM Code  300.02

(2)  Major Depressive Disorder, Recurrent, Moderate    ICD-9 CM Code  296.32

(3)  IBS-D    ICD-9 CM Code  K58.0

Circumstances of injury/illness:

The patient is a 32-year-old male who presents with anxiety, depression, and co-morbid medical conditions that negatively impact his ability to function at home, work, and in social settings. The co-combined IBS-d is of such severity that it also interferes with military MOLs.

Treatment plan:

PT referred to IOP (mental health RO) He is on multiple psych medications and his IBS-d severity requires that he have close proximity to the facilities at all times

Limitations imposed by the TLD that restrict duty (including whether transfer/TEMDU for treatment is indicated, and any PRT limitations):

Ensure access to all medical appointments. Ensure opportunity for 8 consecutive hours of sleep every 24 hour period. The patient should not keep access to weapons. The patient should not fish, deploy, or be placed in austere environments.

PAUL SMITH, RD M.D.,N.s. ___    MATHEW ___ SIMMONS ___ CAPT, MC, USN R.    Printer, CAstatus and Signature/Date

___

**SECTION 2: PATIENT INFORMATION, TO BE COMPLETED BY PATIENT**

I have reviewed full information on the proposed Limited Duty period from my provider. I understand that this period of limited duty is not effective until approved by the MTF Convening Authority, and that the MTF will report this LIMDU action to my parent command.  I understand I may be returned to duty prior to the date appearing above on my clinical condition warrants and upon action by my attending provider.

___    Patient signature/Date

**SECTION 3: TO BE COMPLETED BY PATIENT ADMINISTRATION OFFICER/MEDICAL BOARDS OFFICER**

The following actions have been completed:

[ ] Completion of Patient Information Sheet    [X] Briefing to Patient on Limited Duty/MEBs

[ ] Notification to PSD/Personnel Office    [ ] Notification to MTF LIMDU Coordinator

[ ] LODD Requested from Patient Command (if LODD required)    [ ] Notification to Parent Command

[ ] Entry into MedBOLtT    ___  Patient Information Officer/Medical Boards Patient Name, Signature and Date

ROUTING: Original to Patient Health Record; copies to Patient, Parent Command, PSD,  NAVMED 6100/5 (Rev. 05-2004)
MEBR Case File, and PERS-4821 or MMSR-4    ___

---

**CHANGE HISTORY**

*The following S/O Note Was Overwritten by RODAK,COLLEEN M @ 12 Jun 2017 0942 EDT:*
S/O Note Written by MINOR,TIFFANY JOHNETTA @ 12 Jun 2017 0905 EDT
**Chief complaint**
The Chief Complaint is: IBS, Mental Health, Abdomen-3/10  12Jun2017.
**History of present Illness**
    The Patient is a 32 year old male.
This is my first visit with this 32 yo male ADSM with a HX of IBS-d/ pain. GAD/depression, EtOh abuse and genital warts.  He  presents today with concerns about his allergies and possible asthma asthma.Patient reports he had surgery on his mouth on April 26,2017.Patient reports pain 6/10 today in his month due to root canal.Patients reports he has an appointment tomorrow for an follow for his mouth.Patient reports he has genital warts as well that he would like to address.

Patient is an 32 yo male ADSM that present with 3/10 stomach pain that been on going since he was young.Patient reports he is here to discuss mental health issues and concerns.
    Good general overall feeling /health.

Pain Severity  3/10 .
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
**Allergies**
Allergies Verified and Updated  12Jun2017
NKDA

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 471**

AR 0514

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 30 Oct 2017

animal dander, Cats.
**Current medication**
Medication Reconciled 12Jun2017
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL   TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3(DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL   TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS–PO PACK   TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL   CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS


**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history IBS-D
        GAD / depression
        HX of EtOH abuse (previous inpatient treatment)
        HPV genital


      Surgical / Procedural: Surgical / procedural history Jaw surgery
      Tonsillectomy
      PRK.
**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Alcohol use AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English   [ ] Other:
Preferred method of learning?   [ x] Verbal  [ ] Written  [ ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?   [ ] Never  [ ]
    Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?   [ ] Yes  [ x] No
Is a copy of the Advance directive in the record?   [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ x ] No
Are you enrolled in EFMP?   [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?   [ x ] Yes  [ ] No
Contact preference: ███████
PCM:
..............
Annual Questions Date: 12Jun2017.
**Family history**
      Family medical history Mother A & W
      Father DM/ CAD- MI / stent at 40 / melanoma
      brother one half substance abuse
      Sister three (one depression ; one substance abuse)
      Denies a family hx of Crc. Breast CA.
**Review of systems**
The patient HAS NOT traveled outside of the country in the past 90 days.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 3 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[ ] 0=1 to 2 or does not drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[ ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[ ] Negative AUDIT-C
[ ] Positive AUDIT-C *     >>Provider Alerted<<
    [ ] Alcohol use exceeds maximum recommended limits (Conduct BRIEF counseling and consider referral to specialty care)
        Man > 14 drinks/week or >4 drinks/occasion
        Women > 7 drinks/week or >3 drinks/occasion
[ ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)
..............


*The following S/O Note was Overwritten by MINOR,TIFFANY @ 12 Jun 2017 0905 EDT:*
**S/O Note Written by GRIFFIN,GERALDINE @ 12 Jun 2017 0841 EDT**
**Chief complaint**
The Chief Complaint is: IBS, Mental Health, Abdomen-3/10  12Jun2017.
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Good general overall feeling /health.

Pain Severity   3/ 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
**Allergies**
Allergies Verified and Updated  12Jun2017
NKDA
animal dander, Cats.
**Current medication**
Medication Reconciled 12Jun2017

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 472**

AR 0515

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-2███  DoD ID: 1286180538     Created: 30 Oct 2017

Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL     TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK     TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL     CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS

**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history IBS-D
        GAD / depression
        HX of EtOH abuse (previous inpatient treatment)
        HPV genital


        Surgical / Procedural: Surgical / procedural history Jaw surgery
        Tonsillectomy
        PRK.
**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Alcohol use AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [  ] Other:
Preferred method of learning?    [  x ] Verbal  [  ] Written  [  ] Visual  [  ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [  ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?    [  ] Never  [  ]
        Rarely  [  ] Sometimes  [  ] Often  [  ] Always
Advance directives completed?    [  ] Yes  [ x] No
Is a copy of the Advance directive in the record?    [  ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [  ] Yes  [ x ] No
Are you enrolled in EFMP?    [  ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [  ] No
Contact preference: ██████
PCM:
..............
Annual Questions Date: 12Jun2017.
**Family history**
        Family medical history Mother A & W
        Father DM/ CAD- MI / stent at 40 / melanoma
        brother one half substance abuse
        Sister three (one depression ; one substance abuse)
        Denies a family hx of Crc. Breast CA.
**Review of systems**
The patient HAS NOT traveled outside of the country in the past 90 days.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 3 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[  ] 0=1 to 2 or does not drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[  ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[  ] Negative AUDIT-C
[  ] Positive AUDIT-C *        >>Provider Alerted<<
        [  ] Alcohol use exceeds maximum recommended limits (Conduct BRIEF counseling and consider referral to specialty care)
                Men > 14 drinks/occasion or >4 drinks/occasion
                Women > 7 drinks/week or >3 drinks/occasion
[  ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)
..............


*The following S/O Note Was Overwritten by MINOR,TIFFANY @ 12 Jun 2017 0857 EDT:*
**S/O Note** Written by GRIFFIN,GERALDINE @ 12 Jun 2017 0841 EDT.
**Allergies**
Allergies Verified and Updated
NKDA
animal dander.
**Current medication**
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR


**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history IBS-D
        GAD / depression
        HX of EtOH abuse (previous inpatient treatment)

AR 0516

**Medical Record**

HPV genital

.
Surgical / Procedural: Surgical / procedural history Jaw surgery
Tonsillectomy
PRK.

**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.

**Family history**
Family medical history Mother A & W
Father DM/ CAD- MI / stent at 40 / melanoma
brother one half substance abuse
Sister three (one depression ; one substance abuse)
Denies a family hx of Crc. Breast CA

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓ 1985  SSN: ***-**-▓     DoD ID: 1286180538     Created: 30 Oct 2017

### *08 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-28632267     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **08 Jun 2017 1136 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **T-CON***
Provider: **PAUL,SHERIN**

Call Back Phone: ▓

**S/O Note** Written by PAUL,SHERIN @ 08 Jun 2017 1139 EDT
**Subjective**
Patient called provider due to feeling that his anxiety has become overwhelming and is significantly negatively impacting his ability to be a sailor. Therapist and patient discussed next steps including initiating LimDu and Intensive Outpatient Program. Patient to follow up on scheduled appointment next week.

**A/P** Last Updated by PAUL,SHERIN @ 08 Jun 2017 1139 EDT
**1. Generalized anxiety disorder**

**Disposition** Last Updated by PAUL,SHERIN @ 08 Jun 2017 1139 EDT
**Follow up:** in the PSYCHIATRY BE clinic.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 08 Jun 2017 1139

AR 0518

### *07 Jun 2017 at WRNMMC, Allergy Clinic Bethesda by PETERSEN, MAUREEN MICHELE*

Encounter ID:      BETH-28615590      Primary Dx:      Allergic rhinitis due to animal (cat) (dog) hair and dander

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 Jun 2017 1015 EDT**
Clinic: **ALLERGY CL BE**

Appt Type: **FTR**
Provider: **PETERSEN,MAUREEN MICHELE**

**Reason for Appointment:**
F/U skin testing
**Appointment Comments:**
yyc

**Vitals**
Vitals Written by PROVENCIO,ELISHA S. @ 07 Jun 2017 1006 EDT
BP: 129/75,   HR: 75,   RR: 16,   HT: 69 in,   WT: 168 lbs,   BMI: 24.81,   BSA: 1.918 square meters,   Tobacco Use: No,
Alcohol Use: No,   Pain Scale: 0 Pain Free
**Comments:** no anti-histamines in last 7 days or more

Note Written by ACKERMAN,JOI D @ 07 Jun 2017 1058 EDT

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

WRNMMC Aeroallergen
Skin Test Rep

Name
SSN:

Date:
DOB

| TREE POLLENS | | Prick | |
|---|---|---|---|
| | | W | E |
| 1 | Ash, White (1:20 W/V) | | |
| 2 | Beech (1:20 W/V) | | |
| 3 | Birch Mix (1:20 W/V) | | |
| 4 | Box Elder (1:20 W/V) | | |
| 5 | Cedar, MTN (1:20 W/V) | | |
| 6 | Cottonwood, Common (1:20 W/V) | | |
| 7 | Elm, Amer (1:20W/V) | | |
| 8 | Maple, Red (1:20W/V) | | |
| 9 | Mesquite (1:20W/V) | | |
| 10 | Mulberry, Red(1:20 W/V) | | |
| 11 | Oak, Mix (BUR,W/V)(1:20 W/V) | | |
| 12 | Pecan (1:20 W/V) | | |
| 13 | Sycamore, East (1:20 W/V) | | |
| 14 | Walnut, Black (1:20 W/V) | | |

| GRASS POLLENS | | W | E |
|---|---|---|---|
| 15 | Bahia (1:20 W/V) | | |
| 16 | Bermuda (10,000BAU/ ml) | | |
| 17 | Bluegrass, KY (10,000BAU/ ml) | | |
| 18 | Johnson (1:20 W/V) | | |
| 19 | Rye Perennial (10,000BAU/ mf) | | |
| 20 | Timothy (10,000BAU/ ml) | | |

| WEED POLLENS | | W | E |
|---|---|---|---|
| 21 | Orchard/ormit Mix (1:20 W/V) | | |
| 22 | Kochia (1:20 W/V) | | |
| 23 | Lamb's Quarters (1:20 W/V) | | |
| 24 | Marshelder Mix (1:20 W/V) | | |
| 25 | Pigweed-Careless Mix(1:20W/V) | | |
| 26 | Plantain, English (1:20 W/V) | | |
| 27 | Ragwort Mix (1:20 W/V) | | |
| 28 | Ragweed West (1:20 W/V) | | |
| 29 | Russian Thistle (1:20 W/V) | | |
| 30 | Sage, Mugwort (1:20 W/V) | | |
| 31 | Wingscale (1:20 W/V) | | |

| MOLD SPORES | | Prick | |
|---|---|---|---|
| | | W | E |
| 32 | Alternaria Tenuis (1:20 W/V) | | |
| 33 | Aspergillus Fumigatus (1:20 W/V) | | |
| 34 | Cladosporium Mix (1:30 W/V) | | |
| 35 | Curvularia Specifera (1:20 W/V) | | |
| 36 | Epicoccum Nigrum (1:40 W/V) | | |
| 37 | Helminthosporium Itar (1:20 W/V) | | |
| 38 | Mucor Racemosus (1:20 W/V) | | |
| 39 | Penicillium Notatum (1:20 W/V) | | |

| PERENNIALS | | W | E |
|---|---|---|---|
| 40 | Cat Hair (10,000BAU/ ml) | | |
| 41 | AP Dog (1:100W/V) | | |
| 42 | Mite Mix (5,000 AU/ml) | | |
| 43 | Cockroach Mix (1:20 W/V) | | |

| OTHER | | W | E |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**CONTROLS**

| = | 50% Glycerin | | |
|---|---|---|---|
| + | | | |

NP= Not Preformed
W = Wheat (mm)
E = Erythema (mm)
P = Pseudopod

**Skin Test Protocol and Standards**

Last use of antihistamine ( or other medication affecting response to histamine) ___ days
Location of skin test  Arm [✓]  Back [ ]
Device used for prick test: Greer Pick (GP-1)
All extracts are manufactured by Greer Laboratories, Lenoir North Carolina
Results are determined by measuring the largest diameter of  induration (W) by
the largest diameter of erythema (E)

Testing Technician:

AR 0520

## Medical Record

Anderson, Daniel Dennis        DOB: ▨ 1985  SSN: ***-**-▨        DoD ID: 1286180538        Created: 30 Oct 2017

Medical Record | WRAMMC Request for Administration of Anesthesia and for Performance of Operations and Other Procedures

**1. OPERATION or PROCEDURE (Describe)** | **A. IDENTIFICATION** | SIDE (MARK ONE)

Allergen Skin Test

☐ Right   ☐ Bilateral
☐ Left    ☐ Not Applicable

**B. STATEMENT OF REQUEST**

The purpose of allergen skin test is to identify the substances causing allergic symptoms. It is performed by applying an extract of an allergen to your skin, scratching or pricking the skin to allow exposure, and then evaluating the skin's reaction. It may also be done by injecting the allergen under the skin, or by applying it to a patch that is worn on the skin for a specified period of time. Allergy may also be detected by a blood test. Risks are local discomfort, allergic reaction including hives, swelling, cough, wheezing, shortness of breath, nose symptoms, throat closure, blood pressure drop, and rarely shock.

**C. SIGNATURES**

Provider's Signature:

Provider's Printed Name: Maureen Petersen MD

Patient/Guardian Signature: Dan ▨

Witness Signature: Dana Nacumu

**D. UNIVERSAL PROTOCOL / TIME OUT**

"Time-Out" - Performed immediately before starting the procedure. Entire team confirms the following:

1. CORRECT PATIENT (Full Name / Birth Date) .................... ☐ YES
2. CORRECT PROCEDURE ................................................ ☐ YES
3. CORRECT SITE** ...................................................... ☐ YES
4. REQUIRED EQUIPMENT AVAILABLE ................................ ☐ YES    N/A ☐
5. IMAGES / LABS AVAILABLE, PROPERLY LABELED ............. ☐ YES    N/A ☐

Timeout Verified by: Ackerman    06/07/2017    1030

ANDERSON, DANIEL DENNIS
SEX: M DOB: ▨ AGE: 32
USN N11 PO

REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES
Medical Record

---

**Note** Written by PETERSEN,MAUREEN M @ 10 Jun 2017 1412 EDT

32 yo M who presents for skin testing.

Patient with significant PMH for anxiety and IBS was previously seen for evaluation of SOB on exposure to animals and grass. As a child pt states that he had breathing issues required treatment with inhalers until age 18-19. He even required a PICU stay at the age of 3 (no intubation) for these issues. Prior to joining the navy his symptoms had completely resolved over 5 years ago when he moved back to MD he noted symptoms of chest tightness and difficulty getting air in when around cats, dogs and doing PT in the grass. His symptoms are not exacerbated during exercise or URIs. He uses albuterol which improves his symptoms. He has not gone to the ER for these symptoms or taken oral steroids in the past year. Over the past month he has required use of albuterol 4-5 times but none at night. When around grass he also develops pruritus and sometimes small red bumps but no symptoms of rhinorrhea or congestion. He recently started taking zyrtec for these symptoms.

No history of food/medication/venom allergies, eczema, or history of anaphylaxis.
    Medication list reviewed with patient, reconciliation completed.
**Allergies**
Allergies Verified and Updated

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0521

**Medical Record**

Anderson, Daniel Dennis    DOB: ▇ 1985  SSN: ***-**-▇▇    DoD ID: 1286180538    Created: 30 Oct 2017

NKDA.
**Current medication**
Including OTC meds, vitamins, herbals, etc.
Hyoscyamine 0.125 mg daily
Ibuprofen prn
Zyrtec 10 mg daily
Albuterol prn
Probiotic
Simethicone.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital
    .
    Surgical / Procedural: Surgical / procedural history
    Tonsils
    PRK
    Jaw surgery.
**Personal history**
Social history reviewed Denies etoh and tobacco abuse
Pets: none.
**Family history**
    Family medical history
    non-contributory.
**Review of systems**
**Systemic:** No generalized pain and not feeling tired (fatigue).  No fever, no chills, and no recent weight loss.
**Head:** No headache, no facial pain, and no sinus pain.
**Eyes:** No itching of the eyes and no eye pain.  No discharge from the eyes and no red eyes.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** Not feeling congested in the chest, no dyspnea, not expressed as feeling short of breath, and not during exertion.  No paroxysmal nocturnal dyspnea, no orthopnea, no cough, and no wheezing.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Skin:** No pruritus.  No skin lesions and no rash.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Neck:**
    Appearance: ° Of the neck was normal.
    Palpation: ° No tenderness of the neck.
    Thyroid: ° Showed no abnormalities.
**Eyes:**
    General/bilateral:
        Pupils: ° PERRL.  ° Size of the pupil was normal.  ° Pupil accommodation was not impaired.
        External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
        External Auditory Canal: ° External auditory meatus normal.
    Right Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
    Left Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.

Anderson, Daniel Dennis    DOB: ▇ 1985  SSN: ***-**-▇▇    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 479**

AR 0522

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓▓ 1985  SSN: ***-**-▓▓     DoD ID: 1286180538     Created: 30 Oct 2017

Middle Ear: ° No fluid in middle ear.
**Nose:**
   General/bilateral:
      Discharge: ° No nasal discharge seen.
      External Deformities: ° No external nose deformities.
      Cavity: ° Nasal septum normal. ° Nasal mucosa normal. ° Nasal turbinate not erythematous. ° Nasal turbinate not
        swollen.
      Sinus Tenderness: ° No sinus tenderness.
**Oral Cavity:**
   Lips: ° Showed no abnormalities.
   Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
   Oropharynx: ° Normal. ° Tonsils showed no abnormalities.
**Lymph Nodes:**
   ° Cervical lymph nodes were not enlarged. ° Submandibular lymph nodes were not enlarged. ° Supraclavicular lymph nodes
      were not enlarged.
**Lungs:**
   ° Respiration rhythm and depth was normal. ° Exaggerated use of accessory muscles for inspiration was not observed.
     ° Clear to auscultation. ° No wheezing was heard. ° No rhonchi were heard. ° No rales/crackles were heard.
**Cardiovascular:**
   Heart Rate And Rhythm: ° Normal.
   Heart Sounds: ° Normal S1 and S2. ° No gallop was heard. ° No click was heard. ° No pericardial friction rub heard.
   Murmurs: ° No murmurs were heard.
**Neurological:**
   ° Oriented to time, place, and person.
   Balance: ° Normal.
   Gait And Stance: ° Normal.
**Psychiatric:**
   Mood: ° Euthymic.
**Skin:**
   ° Showed no ecchymosis. ° Temperature was normal. ° No skin lesions.

**Allergic rhinitis:** 32 yo M with skin testing only positive to Cat. No significant symptoms of rhinorrhea but he intermittently has
developed a pruritic rash on exposure to grass (picture of back shown to me by patient today is c/w large urticaria on back). Exam
today WNL.

-Cont treatment with albuterol prn symptoms
-Discussed acute urticaria and rhinitis. Plan for daily Zyrtec to prevent urticaria and prevent symptoms in the presence of cats.
Discussed avoidance measures.
-Would avoid Singulair use in this patient due to behavioral health issues (Singulair has a black box warning regarding SI)
-All questions addressed, patient/parent express understanding of the above, and have no further concerns

**A/P** Written by PETERSEN,MAUREEN M @ 10 Jun 2017 1418 EDT
**1. Allergic rhinitis due to animal (cat) (dog) hair and dander:** See above.
     Procedure(s):     -Allergy Percutaneous tests - allergenic extracts x 45 ADDITIONAL PROVIDER(S): ACKERMAN,JOI D -
                  Benefits and risks of skin testing discussed to include the risk of
                  discomfort, bleeding/bruising, and allergic reactions. Patient agreed to
                  proceed and consent signed. Positive and negative controls were placed
                  along with a full aeroallergen panel. Test was read at 15 minutes and
                  results were recorded.

**Disposition** Written by PETERSEN,MAUREEN M @ 10 Jun 2017 1418 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM. - Comments: f/u prn; meds reconciled.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By PETERSEN, MAUREEN M** (Staff Attending, WRNMMC Allergy, Immunology, & Immunizations) @ 10 Jun 2017 1418

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 480**

AR 0523

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▆ 1985 SSN: ***-**-▆ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### 06 Jun 2017 at WRNMMC, Int Med CL C Medical Home BE by SMITH, MICKALYNN J

| Encounter ID: | BETH-28606622 | Primary Dx: | Encounter for other administrative examinations |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR BE**
Patient Status: **Outpatient**

Date: **06 Jun 2017 1409 EDT**
Clinic: **INT MED CL C MEDICAL HOME BE**

Appt Type: **T-CON***
Provider: **SMITH,MICKALYNN J**

Call Back Phone: **close**

**Reason for Telephone Consult:** Written by DUVALL,MICHAEL R @ 06 Jun 2017 1409 EDT
PCM/DR. RODAK - RELAY HEALTH
**Telephone Consult Comments:** Written by DUVALL,MICHAEL R @ 06 Jun 2017 1409 EDT
From Daniel Merwin
To Ms. Colleen Rodak, NP
Provider Ms. Colleen Rodak NP
Patient Daniel Merwin
Sent Date Jun 06, 2017 10:23 AM
Subject Mental Health - Service
Message I think that being in the Navy is compounding my stress and anxiety levels so much that it is not helping me in my behavior
health treatment and IBS. Additionally I have not been able to have in person relationship with my mom or two sisters ever. Also
being makes away for so long makes it even more difficult. Being able to live near them and properly develop a relationship for the
first time with my mom and sisters (I never lived with or saw my mom or even saw her much in life) would significantly improve my
healing, learning and ability to cope. Unfortunately they live in South Carolina. I am not technically able to be "mobilized or
deployed" with the IBS issues that I am having and my mental health is causing problems with my day to day living with the
numerous extra responsibilities required of me as a Sailor on top of just showing up to do my technical job. I am unable to be
productive and get past the fact I have no one locally and my family that I want to build a relationship with beyond a phone are
distant and I have never had the opportunity to do so. For my mental health I feel that it is critical as well as I am unsure that I am
mentally fit for service.

R,
Daniel Merwin

**Questionnaire AutoCites** Refreshed by GRIFFIN,GERALDINE @ 06 Jun 2017 1520 EDT
**Questionnaires**

**Note** Written by SMITH,MICKALYNN J @ 06 Jun 2017 1603 EDT
**RN note**
Spoke with pt who denies SI/ HI and having a plan. Pt has hx of anxiety dx, and is being treated in BH. Pt would like to bve seen to
assess his continued treatment and ways to develop relationships and support systems while int he armed forces. Pt scheudled
with PCM. TCON closed.
**A/P** Written by SMITH,MICKALYNN J @ 07 Jun 2017 0837 EDT
**1. Encounter for other administrative examinations**
      Procedure(s):      -Non-Physician Phone Call To Patient/Provider Brief (5-10min) x 1
                    -Internet Med Svc Qual Nonphys Healthcare Prof Estab Patient x 1

**Disposition** Last Updated by SMITH,MICKALYNN J @ 07 Jun 2017 0837 EDT
**Referred for Appointment**

**Note** Written by GRIFFIN,GERALDINE @ 06 Jun 2017 1541 EDT
Patient scheduled an appointment with Provider pls. see below.

INT MED CL F MEDICAL/WRNMMC   RODAK,COLLE 12Jun2017@0845  FTR/30      PENDING
Arrive 15 min early

**Signed By  SMITH, MICKALYNN J** (Registered Nurse) @ 07 Jun 2017 0837

| Anderson, Daniel Dennis | DOB: ▆ 1985 SSN: ***-**-▆ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 481**

**Medical Record**

| Anderson, Daniel Dennis | DOB: █ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *01 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:     BETH-28555023     Primary Dx:     Other specified counseling

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **01 Jun 2017 1159 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **T-CON***
Provider: **RODAK,COLLEEN M**

Call Back Phone: █

**Reason for Telephone Consult:**Written by KAMARA,KADIDJA B @ 01 Jun 2017 1159 EDT
Correspondance with Gastroenterology
**Telephone Consult Comments:** Written by KAMARA,KADIDJA B @ 01 Jun 2017 1159 EDT
From Daniel Merwin
To Ms. Colleen Rodak, NP
Provider Ms. Colleen Rodak NP
Patient Daniel Merwin
Sent Date Jun 01, 2017 7:53 AM
Subject Correspondance Betwen Gastroenterology
Message Just provided a copy of the correspondence I have sent to Gastroenterology relating to the last appointment.

=== Start Email ===
I was just wanting to update you on how the last appointment changes went.

Taking a fiber supplement has stopped some of the diarrhea symptom and at
least made my stool softened; as long as I take 2 x 0.52 grams "Psyllium
Husk Fiber" capsules. The problem with this is I still have pain; the pain
is now lasting a lot longer up to a few hours now at a time instead of 15-60
minutes. A few of the days this week the pain was all day. Additionally I
feel a lot more bloated. I have had work interrupted on several occasions
due to the pain or need to use the bathroom. I have actually almost felt
like lost control of holding it in twice and nearly went in my pants.

The Simethicone has not reduced my gas.
The Hyoscyamine does not help the pain at all.

=== End Email ===

View/Print Never Updated   Merwin, Daniel -- DOB Feb 16, 1985

**Lab Result** Cited by RODAK,COLLEEN M @ 01 Jun 2017 1610 EDT

| Lipid Panel | Site/Specimen | 18 May 2017 0835 |
|---|---|---|
| Cholesterol | SERUM | 224 <i> |
| Triglyceride | SERUM | 262 <i> |
| HDL Cholesterol | SERUM | 49 <i> |
| Cholesterol/HDL Cholesterol | SERUM | 4.6 |
| LDL Cholesterol Direct | SERUM | 140 <i> |
| Cholesterol Non-HDL | SERUM | 175 <i> |

**A/P** Last updated by RODAK,COLLEEN M @ 01 Jun 2017 1614 EDT
**1. Other specified counseling**
**2. Irritable bowel syndrome with diarrhea:** Symptoms of diarrhea & pain ; chart reviewed & patient called-
PLAN:
1. HLD --> (confirmed fasting) will start omega 3 FA 2 po daily, referred to nutrition & repeat lipids in 3 months
2. For IBS symptoms --> Rifaximin 550 mg po Q 8 h x 14 days & FU with GI after completion
patient verbalized understanding
         Medication(s):          -OMEGA-3/DHA/EPA/FISH OIL--PO 1,000MG CAP - TAKE 2 BY MOUTH EVERY DAY R3 #180 RF3
                                 -RIFAXIMIN--PO 550MG TAB - TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
                                 R0 #42 RF0

**Disposition** Written by RODAK,COLLEEN M @ 01 Jun 2017 1614 EDT
**Follow up:** as needed with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic.

| Anderson, Daniel Dennis | DOB: █ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 482**

AR 0525

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017

**Note** Written by KAMARA,KADIDJA B @ 01 Jun 2017 1221 EDT
Patient was last seen in the internal medicine on 05/17/2017. Patient is sending a correspondance he had with
Gastroenterology.Please review and advise. Thank you.

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 01 Jun 2017 1614

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by RODAK,COLLEEN M @ 01 Jun 2017 1614 EDT:*
The A/P section was last updated by RODAK,COLLEEN M @ 01 Jun 2017 1614 EDT - see above.Previous Version of A/P section was entered/updated by KAMARA,KADIDJA
B @ 01 Jun 2017 1202 EDT.
**1. Other specified counseling**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 483**

AR 0526

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

### *25 May 2017 at WRNMMC, Allergy Clinic Bethesda by BANKS, TAYLOR ALLEN*

Encounter ID:    BETH-28494443    Primary Dx:    Dyspnea, unspecified

Patient: **MERWIN, DANIEL DENNIS**    Date: **25 May 2017 0930 EDT**    Appt Type: **SPEC**
Treatment Facility: **WALTER REED**    Clinic: **ALLERGY CL BE**    Provider: **BANKS,TAYLOR ALLEN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
Encounter for other general examination
**Appointment Comments:**
MJ/IRMAC

**Vitals**
**Vitals** Written by ACKERMAN,JOI D @ 25 May 2017 1001 EDT
BP: 124/83,    HR: 74,    RR: 16,    HT: 69 in,    WT: 165 lbs,    SpO$_2$: 96%,    BMI: 24.37,    BSA: 1.903 square meters,
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

**S/O Note** Written by HERNANDEZ,CAMELLIA L @ 25 May 2017 1036 EDT
**Chief complaint**
The Chief Complaint is: Concern for asthma.
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

32 yo M without significant PMH presents for evaluation of SOB on exposure to animals and grass. As a child pt states that he had
breathing issues required treatment with inhalers until age 18-19. He even required a PICU stay at the age of 3 (no intubation) for
these issues. Prior to joining the navy his symptoms had completely resolved but 5 years ago when he moved back to MD he noted
symptoms of chest tightness and difficulty getting air in when around cats, dogs and doing PT in the grass. His symptoms are not
exacerbated during exercise or URIs. He uses albuterol which improves his symptoms. He has not gone to the ER for these
symptoms or taken oral steroids in the past year. Over the past month he has required use of albuterol 4-5 times but none at night.
When around grass he also develops pruritus and sometimes small red bumps but no symptoms or rhinorrhea or congestion. He
recently started taking zyrtec for these symptoms.

No history of food/medication/venom allergies, eczema, or history of anaphylaxis.
    Medication list reviewed with patient, reconciliation completed.
**Allergies**
Allergies Verified and Updated
NKDA.
**Current medication**
Including OTC meds, vitamins, herbals, etc.
Hyoscyamine 0.125 mg daily
Ibuprofen prn
Zyrtec 10 mg daily
Albuterol prn
Probiotic
Simethicone.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital
    .
    Surgical / Procedural: Surgical / procedural history
    Tonsils
    PRK
    Jaw surgery.
**Personal history**
Social history reviewed Denies etoh and tobacco abuse
Pets: none.
**Family history**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 484**

**Medical Record**

Family medical history
non-contributory.

## Review of systems
**Systemic:** No generalized pain and not feeling tired (fatigue).  No fever, no chills, and no recent weight loss.
**Head:** No headache, no facial pain, and no sinus pain.
**Eyes:** No itching of the eyes and no eye pain.  No discharge from the eyes and no red eyes.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** Not feeling congested in the chest, no dyspnea, not expressed as feeling short of breath, and not during exertion.  No paroxysmal nocturnal dyspnea, no orthopnea, no cough, and no wheezing.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Skin:** No pruritus.  No skin lesions and no rash.

## Physical findings
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Neck:**
    Appearance: ° Of the neck was normal.
    Palpation: ° No tenderness of the neck.
    Thyroid: ° Showed no abnormalities.
**Eyes:**
    General/bilateral:
        Pupils: ° PERRL.  ° Size of the pupil was normal.  ° Pupil accommodation was not impaired.
        External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
        External Auditory Canal: ° External auditory meatus normal.
    Right Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
    Left Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
**Nose:**
    General/bilateral:
        Discharge: ° No nasal discharge seen.
        External Deformities: ° No external nose deformities.
        Cavity: ° Nasal septum normal.  ° Nasal mucosa normal.  ° Nasal turbinate not erythematous.  ° Nasal turbinate not swollen.
        Sinus Tenderness: ° No sinus tenderness.
**Oral Cavity:**
    Lips: ° Showed no abnormalities.
    Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
    Oropharynx: ° Normal.  ° Tonsils showed no abnormalities.
**Lymph Nodes:**
    ° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes were not enlarged.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
        ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
    Murmurs: ° No murmurs were heard.
**Neurological:**
    ° Oriented to time, place, and person.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 485**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Balance: ° Normal.
Gait And Stance: ° Normal.
**Psychiatric:**
    Mood: ° Euthymic.
**Skin:**
    ° Showed no ecchymosis. ° Temperature was normal. ° No skin lesions.
**Test conclusions**
[ x ] Written care plan and[ ] clinical summary of today's visit was provided to patient.
**Practice Management**
    Preventive medicine services.


**A/P** Last Updated by HERNANDEZ,CAMELLIA L @ 25 May 2017 1055 EDT
**1. Dyspnea, unspecified**: 32 yo M without significant PMH presents with symptoms of chest tightness and difficulty getting air in on exposure to cats, dogs and grass. No significant symptoms of rhinorrhea but he intermittently has developed a pruritic rash on exposure to grass. Exam today WNL. Spirometry performed today also WNL. History and symptoms could be consistent with allergic asthma, however, could also be due to VCD.

-Could not perform SPT today due to recent antihistamine use, however, Pt will follow up on June 7th at 10:15 for SPT to the aeroallergens. Pt will discontinue Zyrtec 5 days prior to next apt.
-Cont treatment with albuterol prn symptoms
-If SPT negative, would consider referral to pulmonology for consideration of MCCT vs laryngoscopy to evaluate for asthma and VCD
-All questions addressed, patient/parent express understanding of the above, and have no further concerns

        Procedure(s):         -Spirometry Pre-bronchodilator x 1 ADDITIONAL PROVIDER(S): BANKS,TAYLOR ALLEN -
                            Interpretation: The patient has normal baseline spirometry.


**Disposition** Last updated by BANKS,TAYLOR ALLEN @ 25 May 2017 2031 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Note** Written by HERNANDEZ,CAMELLIA L @ 25 May 2017 0953 EDT
**Consult Order**
**Referring Provider:**        RODAK, COLLEEN M
**Date of Request:**   17 May 2017
**Priority:**         Routine

**Provisional Diagnosis:**

Encounter for other general examination


**Reason for Request:**

This is a 32 yo male with a HX of developing pruritic rash when coming into contact with grass during PT in addition to severe reaction to animal dander --> wheezing /bronchospasm / cough please evaluate to determine antigens and if possible desensitization thank you
**Note** Written by BANKS,TAYLOR ALLEN @ 25 May 2017 2031 EDT
I saw and evaluated the patient. Discussed with resident/fellow and reviewed the history/PE and assessment and plan as documented in the note and agree.


**Signed By BANKS, TAYLOR ALLEN** (WRNMMC Allergy-Immunology Staff Physician, Physician/Workstation) @ 25 May 2017 2031

CHANGE HISTORY
*The following Disposition Note Was Overwritten by BANKS,TAYLOR ALLEN @ 25 May 2017 2031 EDT:*
The Disposition section was last updated by BANKS,TAYLOR ALLEN @ 25 May 2017 2031 EDT - see above.Previous Version of Disposition section was entered/updated by HERNANDEZ,CAMELLIA L @ 25 May 2017 1056 EDT.
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
*The following Allergy was Deleted: OTHER by HERNANDEZ,CAMELLIA L @ 25 May 2017 1038 EDT:*
*The following Allergy was Deleted: OTHER by HERNANDEZ,CAMELLIA L @ 25 May 2017 1037 EDT:*
*The following Allergy was Deleted: OTHER by HERNANDEZ,CAMELLIA L @ 25 May 2017 1037 EDT:*


| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 486**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985 SSN: ***-*■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *23 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:     BETH-28460959     Primary Dx:     Other hyperlipidemia

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **23 May 2017 0843 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **T-CON\***
Provider: **RODAK,COLLEEN M**

Call Back Phone: ■

**AutoCites** Refreshed by RODAK,COLLEEN M @ 23 May 2017 0844 EDT

**Allergies**
•OTHER: (Allergen: OTHER; Reaction(s):
  Unknown; Note: SEE MED RECORD)
•OTHER: (Reaction(s): Unknown; Note:
  SEE MED RECORD)
•OTHER: Unknown (SEE MED RECORD)

**Reason for Telephone Consult:**Written by RODAK,COLLEEN M @ 23 May 2017 0843 EDT
Lipid panel

**Questionnaire AutoCites** Refreshed by RODAK,COLLEEN M @ 23 May 2017 0844 EDT
**Questionnaires**

**Lab Result** Cited by RODAK,COLLEEN M @ 23 May 2017 0847 EDT

| Lipid Panel | Site/Specimen | 18 May 2017 0835 |
|---|---|---|
| Cholesterol | SERUM | 224 <i> |
| Triglyceride | SERUM | 262 <i> |
| HDL Cholesterol | SERUM | 49 <i> |
| Cholesterol/HDL Cholesterol | SERUM | 4.6 |
| LDL Cholesterol Direct | SERUM | 140 <i> |
| Cholesterol Non-HDL | SERUM | 175 <i> |

| Lipid Panel | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| Cholesterol | SERUM | 208 (H) <i> |
| Triglyceride | SERUM | 158 (H) <i> |
| HDL Cholesterol | SERUM | 64.0 (H) |
| LDL Cholesterol | SERUM | 112 (H) |
| VLDL Cholesterol | SERUM | 32 |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 |

| Lipid Panel | Site/Specimen | 19 Mar 2013 1107 |
|---|---|---|
| Cholesterol | SERUM | 209 (H) <i> |
| Triglyceride | SERUM | 265 (H) <i> |
| HDL Cholesterol | SERUM | 63.0 (H) |
| LDL Cholesterol | SERUM | 93 <i> |
| VLDL Cholesterol | SERUM | 53 (H) |
| Cholesterol/HDL Cholesterol | SERUM | 3.32 |

**A/P** Last Updated by RODAK,COLLEEN M @ 23 May 2017 0852 EDT
**1. Other hyperlipidemia**: Called patient and confirm that lab was fasting; reviewed lipid panel. DAL the potential  long term risk of HLD and I have requested he see nutrition for a consultation. Additionally I have placed him on FA and will repeat lipids in 3 months.(Aug. 2017)

|     | |
|---|---|
| Medication(s): | -OMEGA-3/DHA/EPA/FISH OIL--PO 1,000MG CAP - TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY R3 #270 RF3 |
| Laboratory(ies): | -LIPID PANEL (Routine) Start Date: 08/01/2017 |

**Disposition** Last Updated by RODAK,COLLEEN M @ 23 May 2017 0845 EDT

Anderson, Daniel Dennis     DOB: ■ 1985 SSN: ***-**■     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 487**

AR 0530

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538      Created: 30 Oct 2017

**Signed By RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 23 May 2017 0859

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 488**

AR 0531

**Medical Record**

Anderson, Daniel Dennis     DOB: ██ 1985  SSN: ***-**-█     DoD ID: 1286180538     Created: 30 Oct 2017

### *22 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:     BETH-28447547     Primary Dx:     Other specified counseling

Patient: **MERWIN, DANIEL DENNIS**        Date: **22 May 2017 1022 EDT**        Appt Type: **T-CON\***
Treatment Facility: **WALTER REED**       Clinic: **INT MED CL F MEDICAL HOME**   Provider: **RODAK,COLLEEN M**
**NATIONAL MILITARY MEDICAL CNTR**        **BE**
Patient Status: **Outpatient**                                                 Call Back Phone: ███████

**Reason for Telephone Consult:**Written by RAYMOND,KEVIN D @ 22 May 2017 1022 EDT
message sent via relayhealth - rodak
**Telephone Consult Comments:** Written by RAYMOND,KEVIN D @ 22 May 2017 1022 EDT
Prescription
Message I have not picked up the probiotic as they did not have it in stock. I will make a follow up with dermatology.

Respectfully,
Daniel Anderson

**Questionnaire AutoCites** Refreshed by KAMARA,KADIDJA B @ 22 May 2017 1517 EDT
**Questionnaires**

**A/P** Last updated by RODAK,COLLEEN M @ 23 May 2017 0913 EDT
**1. Other specified counseling**: Noted

**Disposition** Last Updated by RODAK,COLLEEN M @ 23 May 2017 0913 EDT

**Note** Written by KAMARA,KADIDJA B @ 22 May 2017 1522 EDT
Pt wants to inform you that medication is not in stock for pick up but will follow yp with dermatologist. Please review and advise.
Thank you.

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 23 May 2017 0914

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by RODAK,COLLEEN M @ 23 May 2017 0913 EDT:*
The A/P section was last updated by RODAK,COLLEEN M @ 23 May 2017 0913 EDT - see above.Previous Version of A/P section was entered/updated by KAMARA,KADIDJA
B @ 22 May 2017 1521 EDT.
**1. Other specified counseling**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 489**

**Medical Record**

*17 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:     BETH-28408872     Primary Dx:     Encounter for other general examination

Patient: **MERWIN, DANIEL DENNIS**     Date: **17 May 2017 1345 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **INT MED CL F MEDICAL HOME**     Provider: **RODAK, COLLEEN M**
**NATIONAL MILITARY MEDICAL CNTR**     **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
referral  allergy testing
**Appointment Comments:**
mjs

**Vitals**
Vitals Written by KAMARA,KADIDJA B @ 17 May 2017 1415 EDT
BP: 116/78 Left Arm,  Adult Cuff,    HR: 85,    RR: 18,    T: 98.4 °F Oral,    HT: 69 in Stated,  With Shoes,
WT: 82.2 kg Upright Scale,  Actual,  With Shoes,    SpO₂: 98%,    BMI: 26.76,    BSA: 1.981 square meters,
Tobacco Use: No,    Alcohol Use: Yes,    Alcohol Comments: 2 TO 3 PER WEEK,    Pain Scale: 6/10 Moderate,    Pain Scale
Comments: Tooth  and facial pain

**Questionnaire AutoCites** Refreshed by KAMARA,KADIDJA B @ 17 May 2017 1428 EDT
**Questionnaires**

Anxiety & Depression Screening Taken On: 17 May 2017
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Several days
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: More than half the days
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: More than half the days
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Several days
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself
in some way?: Not at all

Falls Risk Screening (Outpatient) Taken On: 17 May 2017
  1. Patient's age: Less than 65 years old
  2. History of fall in the past year?: No
  **3. Physical appearance: No concerns;**
  **4. Balance: No concerns with balance;**
  5. Is the patient patient a falls risk?: No

**S/O Note** Written by RODAK,COLLEEN M @ 19 May 2017 1032 EDT
**Chief complaint**
The Chief Complaint is: Asthma, allergy and warts.
**History of present illness**
     The Patient is a 32 old male.

<<Note accomplished in TSWF-CORE>>

This is my first visit with this 32 yo male ADSM with a HX of IBS-d/ pain, GAD/depression, EtOh abuse and genital warts, He
presents today with concerns about his allergies and  possible asthma asthma.Patient reports he had surgery on his mouth on April
26,2017.Patient reports pain 6/10 today in his month due to root canal.Patients reports he has an appointment tomorrow for an
follow for his mouth.Patient reports he has genital warts as well that he would like to address.

 Pain Severity  6 / 10.
Patient reports that they are compliant with medications.
**Allergies**
Allergies Verified and Updated
NKDA
animal dander.
**Current medication**
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 490**

**Medical Record**

Anderson, Daniel Dennis     DOB:███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 30 Oct 2017

**Past medical/surgical history**
**Reported:**

Medical: Reported medical history IBS-D
GAD / depression
HX of EtOH abuse (previous inpatient treatment)
HPV genital

Surgical / Procedural: Surgical / procedural history Jaw surgery
Tonsillectomy
PRK.

**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.

**Family history**
Family medical history Mother A & W
Father DM/ CAD- MI / stent at 40 / melanoma
brother one half substance abuse
Sister three (one depression ; one substance abuse)
Denies a family hx of Crc. Breast CA.

**Review of systems**
**Systemic:** No fever, no chills, no night sweats, and no recent weight loss.
**Head:** No headache.  Facial pain.
**Eyes:** No vision problems.
**Cardiovascular:** No chest pain or discomfort.  Palpitations.
**Pulmonary:** No cough and no wheezing.
**Gastrointestinal:** Heartburn.  No nausea and no vomiting.  Abdominal pain and diarrhea.  No constipation.
**Genitourinary:** No hematuria and no testicular symptoms were present.  No abnormal urethral discharge.
**Neurological:** No motor disturbances and no sensory disturbances.
**Psychological:** Anxiety, depression, and thinking about suicide passive
once a month in CBT / discusses these thoughts ; one previous suicide attempt took large amounts of ASA --> no treatment.  No
homicidal thoughts.
**Skin:** No pruritus.  Skin lesion:  No rash.  Nails are normal.

**Physical findings**
**Vital Signs:**
• Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
Injuries: ° No evidence of a head injury.
Appearance: ° Head normocephalic.
**Neck:**
Appearance: ° Of the neck was normal.
Palpation: ° No tenderness of the neck.
Thyroid: ° Showed no abnormalities.
**Eyes:**
General/bilateral:
External: ° Conjunctiva exhibited no abnormalities.
Sclera: ° Normal.
**Ears:**
General/bilateral:
Outer Ear: ° Normal.
External Auditory Canal: ° External auditory meatus normal.
Right Ear:
External Auditory Canal: ° Normal.
Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
Middle Ear: ° No fluid in middle ear.
Left Ear:
External Auditory Canal: ° Normal.
Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
Middle Ear: ° No fluid in middle ear.
**Nose:**
General/bilateral:
Discharge: • Nasal discharge seen clear.
Cavity: • Nasal turbinate erythematous.  • Nasal turbinate swollen.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 491**

AR 0534

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Oral Cavity:**
Lips: ° Showed no abnormalities.
Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
Oropharynx: • Abnormal + braces speaking with reduced opening of mouth due to recent surgery / no erythema, (pain improving QD) no head / neck LAD / no clinical evidence of infectious process ; + PND.
**Lymph Nodes:**
° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes were not enlarged.
**Lungs:**
° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
Murmurs: ° No murmurs were heard.
**Abdomen:**
Visual Inspection: ° Abdomen was not distended.
Auscultation: ° Bowel sounds were not diminished or absent.
Palpation: ° Abdomen was soft.  ° No abdominal guarding.  ° Abdominal non-tender.  ° No mass was palpated in the abdomen.
Liver: ° Normal to palpation.
Spleen: ° Normal to palpation.
Hernia: ° No hernia was discovered.
**Test conclusions**
Medication list was updated at the beginning of the visit.


**Note** Written by MINOR,TIFFANY @ 17 May 2017 1414 EDT
The HPI section was prepared by Tiffany Minor as Scribe, and reviewed by Colleen
Rodak, NP. on May 17,2017 at 14:14
Colleen Rodak NP: The scribe's documentation in the HPI section has been prepared and
reviewed by me in its entirety. I confirm that the note above accurately reflects all work,
treatment, procedures, and medical decision making performed by me.


**Lab Result** Cited by RODAK,COLLEEN M @ 17 May 2017 1439 EDT

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 |
|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 |


**Lab Result** Cited by RODAK,COLLEEN M @ 17 May 2017 1439 EDT

| Hepatic Function Panel | Site/Specimen | 04 Jan 2017 1232 |
|---|---|---|
| Albumin | SERUM | 4.9 |
| Alkaline Phosphatase | SERUM | 58 |
| Alanine Aminotransferase | SERUM | 34 |
| Aspartate Aminotransferase | SERUM | 24 |
| Bilirubin | SERUM | 0.3 |
| Bilirubin Direct | SERUM | <0.2 |
| Protein | SERUM | 7.6 |


**Lab Result** Cited by RODAK,COLLEEN M @ 17 May 2017 1439 EDT

| CBC W/o Diff | Site/Specimen | 12 Apr 2017 1147 |
|---|---|---|
| WBC | BLOOD | 6.0 |
| RBC | BLOOD | 4.58 |
| Hemoglobin | BLOOD | 14.4 |
| Hematocrit | BLOOD | 42.3 |
| MCV | BLOOD | 92.4 |
| MCH | BLOOD | 31.5 |
| MCHC | BLOOD | 34.1 |
| Platelets | BLOOD | 262 |
| RDW CV | BLOOD | 13.1 |
| MPV | BLOOD | 8.7 |

**Medical Record**

Anderson, Daniel Dennis     DOB: [ ] 1985  SSN: ***-**-[ ]     DoD ID: 1286180538     Created: 30 Oct 2017

**Lab Result** Cited by RODAK,COLLEEN M @ 17 May 2017 1439 EDT

| Basic Metabolic Panel | Site/Specimen | 12 Apr 2017 1147 |
|---|---|---|
| Urea Nitrogen | SERUM | 16.0 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 99 |
| Creatinine | SERUM | 0.88 |
| Glucose | SERUM | 112 (H) |
| Potassium | SERUM | 4.9 |
| Sodium | SERUM | 140 |
| Calcium | SERUM | 9.9 |
| Anion Gap | SERUM | 13 |
| GFR Calculated Non-Black | SERUM | 113.7 |
| GFR Calculated Black | SERUM | 131.4 <i> |

**A/P** Written by RODAK,COLLEEN M @ 19 May 2017 1032 EDT

**1. Encounter for other general examination**: This is a 32 yo male with a HX of developing pruritic rash when coming into contact with grass during PT in addition to severe reaction to animal dander --> wheezing /bronchospasm / cough please evaluate to determine antigens and if possible desensitization thank you

    Medication(s):    -CETIRIZINE--PO 10MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY #30 RF0
        -ALBUTEROL--PO 90MCG/PUFF MDI - INHALE 2 PUFFS BY MOUTH EVERY FOUR HOURS AS NEEDED FOR COUGH, WHEEZE, OR SHORTNESS OF BREATH #1 RF0
    Laboratory(ies):    -HEMOGLOBIN A1C (Routine); LIPID PANEL (Routine)
    Consult(s):    -Referred To: ALLERGY NCR (Routine) Specialty: ALLERGY Clinic: RM ALLERGY IR Provisional Diagnosis: Encounter for other general examination

**2. Irritable bowel syndrome with diarrhea**: He has a long HX of IBS -D / pain and is followed closely by GI; he denies changes to his baseline.

    Medication(s):    -PROBIOTIC (VSL#3 DS)--PO PACK - TAKE ONE BY MOUTH EVERY DAY R1 #3 RF1
        -SIMETHICONE--PO 80MG TBCH - CHEW 1 TABLET FOUR TIMES A DAY AS NEEDED FOR GAS #100 RF2

**3. Anogenital (venereal) warts**: Previously treated with topicals and cryosurgery by dermatology; on PE --> 3 less than 05mm circular flat lesions consistent with warts on penis shaft; patient is very anxious about the recurrence and is requesting to be evaluated by dermatology will refer to dermatology.
Referred to dermatology--> 32 to with penile lesions Previously treated for genital warts with topicals and cryosurgery by dermatology; on PE --> 3 less than 05mm circular flat lesions consistent with warts on penis shaft; patient is very anxious about the recurrence and is requesting to be evaluated by dermatology please evaluate additional question is if this patient should undergo an anal PAP thank you

    Consult(s):    -Referred To: DERMATOLOGY NCR (Routine) Specialty: DERMATOLOGY Clinic: RM DERMATOLOGY IR Provisional Diagnosis: Anogenital (venereal) warts Order Date: 05/19/2017 10:31

**Disposition** Written by RODAK,COLLEEN M @ 19 May 2017 1042 EDT

**Released w/o Limitations**
**Follow up**: as needed in 6 month(s) with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic or sooner if there are problems.
**Discussed**: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options**: Consultation requested

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 19 May 2017 1042

CHANGE HISTORY
*The following S/O Note Was Overwritten by RODAK,COLLEEN M @ 17 May 2017 1443 EDT:*
S/O Note Written by MINOR,TIFFANY JOHNETTA @ 17 May 2017 1406 EDT
**Chief complaint**
The Chief Complaint is: Asthma, allergy and warts.
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

Patient is an 32 yo male ADSM that's presents with concerns about his allergies and asthma.Patient reports he had surgery on his mouth on April 26,2017.Patient reports pain 6/10 today in his month due to root canal.Patients reports he has an appointment tomorrow for an follow for his mouth.Patient has his genital warts as well that he would like to address.

  Pain Severity  6 / 10.
**Past medical/surgical history**
Reported:
    Surgical / Procedural: Surgical / procedural history
    Jaw surgery April.
**Family history**

Anderson, Daniel Dennis     DOB: [ ] 1985  SSN: ***-**-[ ]     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 493**

**Medical Record**

Anderson, Daniel Dennis     DOB:█████ 1985  SSN: ***-**-█████     DoD ID: 1286180538     Created: 30 Oct 2017

Family medical history Dad diabetic sister diabetic

*The following S/O Note Was Overwritten by KAMARA,KADIDJA B @ 17 May 2017 1422 EDT:*
*S/O Note Written by MINOR,TIFFANY JOHNETTA @ 17 May 2017 1406 EDT*
**Chief complaint**
The Chief Complaint is: Asthma, allergy and warts.
**History of present illness**
     The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

Patient is an 32 yo male ADSM that's presents with concerns about his allergies and asthma.Patient reports he had surgery on his mouth on April 26,2017.Patient reports pain 6/10 today in his mouth due to root canal.Patients reports he has an appointment tomorrow for an follow for his mouth.Patient reports he has genital warts as well that he would like to address.

 Pain Severity  6 / 10.
**Past medical/surgical history**
**Reported:**
     Surgical / Procedural: Surgical / procedural history
     Jaw surgery April.
**Family history**
     Family medical history Dad diabetic sister diabetic

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 494**

AR 0537

**Medical Record**

*16 May 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-28427406     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**     Date: **16 May 2017 1400 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Appointment Comments:**
djs

Note Written by PAUL,SHERIN @ 19 May 2017 0658 EDT
## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:       Daniel Merwin
Patient last 4:     0538
Appt #:             Intake + 5
Therapy time:       60 minutes
E&M time:           60 minutes

## Identifying Data:          32-year-old, Single, Caucasian, Male

## Military Data:
Branch:               USN
Rank:                 PO1
MOS:                  CTN
TIS:                  11-years
Deployments:          N/A
Deployment Related:            N/A
Trauma:               N/A
WTU:                  N/A
MEB in progress:      N/A
AdmSep in progress:            N/A
Special Clearance:    Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing
with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety
Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty
relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about
multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been
picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low
mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient
reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care
about other people and finds it difficult to interact with them. He described switching from apathy to anger
towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he
was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 495**

AR 0538

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

## Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|-----------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

## Notes from Today's Session:
**Treatment modality currently used: Pscyhoeducation & Behavior Mod**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that since his last visit, he received feedback that he had been observed in inappropriate conversation at work which was reported by a coworker. Patient expressed surprise that this happened as he tries to be a positive leader and role model. He noted that he teaches the ethics and sexual harassment seminars. However, he acknowledged that he may have felt too comfortable with someone and said something inappropriate for the workplace. Patient expressed guilt and embarrassment about this. He stated that he needed to work on how to filter his conversations better. Therapist and patient discussed how he felt about making a mistake of this level that was reported to authority figures. Patient described difficult process in not feeling ashamed to go into work. He stated that he tries to remind himself that this incident was a mistake and not representative of who he is as a whole person. Therapist encouraged continuing to follow up with therapy more regularly.

**Response to treatment:** [ ] None   **[ X ] Some**   [ ] Significant   [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

## ASSESSMENT

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 496**

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮ 1985  SSN: ***-** ▮     DoD ID: 1286180538     Created: 30 Oct 2017

## Diagnosis:
Axis I:   Generalized Anxiety Disorder
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support
Axis V:  65

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | No |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 497**

AR 0540

**Medical Record**
Anderson, Daniel Dennis    DOB: ■ 1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 01 March 2017
*Reviewed with patient on:* 01 March 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress:**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

Anderson, Daniel Dennis    DOB: ■ 1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 498**

AR 0541

**Medical Record**

Anderson, Daniel Dennis      DOB:███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017

*Military Specific Interventions:*
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **S1.**  Pt meets the retention standards of MANMED for fitness and suitability for continued service. Pt remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes

A/P Written by PAUL,SHERIN @ 19 May 2017 0700 EDT
**1. Generalized anxiety disorder**
       Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1

Disposition Written by PAUL,SHERIN @ 19 May 2017 0700 EDT
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  PAUL, SHERIN (Clinical Psychologist) @ 19 May 2017 0700

Anderson, Daniel Dennis      DOB:███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 499**

AR 0542

**Medical Record**

Anderson, Daniel Dennis     DOB: ▆ 1985  SSN: ***-**-▆     DoD ID: 1286180538     Created: 30 Oct 2017

*16 May 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-28385488     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**     Date: **16 May 2017 0930 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 16 May 2017 0950 EDT

**Allergies**
•OTHER: (Allergen: OTHER; Reaction(s):
Unknown; Note: SEE MED RECORD)
•OTHER: (Reaction(s): Unknown; Note:
SEE MED RECORD)
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
**Vitals** Written by DAVIS,ANNETTE R @ 16 May 2017 0934 EDT
BP: 116/68, HR: 88, RR: 18, HT: 69 in, WT: 170 lbs, BMI: 25.1, BSA: 1.928 square meters, Tobacco Use: No, Alcohol Use: Yes,
Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: Social Drinker, Pain Scale: 5/10 Moderate, Pain Scale Comments: Acute Fluctuating Jaw pain
**Comments:** Denies fever and or chills in the past 72 hours.

**Appointment Comments:**
djs

**Vitals**
**Vitals** Written by DAVIS,ANNETTE R @ 16 May 2017 0934 EDT
BP: 116/68,     HR: 88,     RR: 18,     HT: 69 in,     WT: 170 lbs,     BMI: 25.1,     BSA: 1.928 square meters,     Tobacco Use: No,
Alcohol Use: Yes,
Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: Social Drinker,     Pain Scale: 5/10 Moderate,     Pain Scale Comments: Acute Fluctuating Jaw pain
**Comments:** Denies fever and or chills in the past 72 hours.

**Note** Written by TOBAR,EDEN @ 16 May 2017 2051 EDT
**Followup Note**

Patient: Daniel Merwin          Gender:  M
DOB: ▆ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #8
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy          Rank:               MOS: CTN          TIS: 11 yrs
UIC:          Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No     # Deployments: 1     Months Deployed: 36
WTU: No          MEB: No               AdmSep: No
Special Clearance: Yes               Current PULHES: UNK

Anderson, Daniel Dennis     DOB: ▆ 1985  SSN: ***-**-▆     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 500**

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓ 1985  SSN: ***-**-▓     DoD ID: 1286180538     Created: 30 Oct 2017

**CC/Background:** The patient reports the following problems/difficulties: previous documented and undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:

Work Performance Issues: Yes                    Work Colleague Problems: No
Anger Problems: Yes                             Spouse/Sig Other Problems: No
Legal Problems: No                              Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                            Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up. Since we last met two months ago he's had his dental surgery. He admits he stopped taking his Lexapro several weeks ago because he felt more flat on it. He does not want to take psychiatric medication. He would rather work on himself through therapy. He notes lately he's under increased stress at work because he has been told he's under investigation and he's not sure why. He was drinking 1 to 2 beers a night before his surgery. He tried drinking a beer after his surgery and didn't like how he felt so hasn't drank since. He is not taking a Lunesta as he does not like how he feels on it. He has an appointment with Dr. Paul later today. We discussed his symptoms may be best to respond to therapy alone.   Reviewed his psychologic testing results, which he went over with the testing psychologist.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out. He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them. He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 501**

AR 0544

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL. Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min                Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | | 1-3 months ago |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions               [ x ] Impulsivity
[x ] History of abuse                        [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                        [x ] Active treatment engagement
[ ] Good coping/problem solving skills        [x ] Hopefulness present
[ ] Faith/religion commitment                [ ] Positive future orientation

**Allergies:**nkda

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 502**

**Medical Record**

**Medications:** Lexapro 20 mg po daily, naltrexone 50 mg po daily , lunesta 1-2 mg po qhs prn insomnia

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes                    Cups/Day Equivalent: 4
Tobacco/e-cigs: none                      PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son' when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 503**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-██    DoD ID: 1286180538    Created: 30 Oct 2017

Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in civilian clothing.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: fair
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl


Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | U/L | (10.0-71.0) | |

| Hepatic Function Panel | | Site/Specimen | | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Albumin | SERUM | 4.9 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | | SERUM | 58 | U/L | (40-129) | |
| Alanine Aminotransferase | | SERUM | 34 | U/L | (0-41) | |
| Aspartate Aminotransferase | | SERUM | 24 | U/L | (0-40) | |
| Bilirubin | SERUM | 0.3 | mg/dL | (0.15-1.2) | | |
| Bilirubin Direct | SERUM | <0.2 | mg/dL | (0.0-0.3) | | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | | |

| Basic Metabolic Panel | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Urea Nitrogen | | SERUM | 14.8 | mg/dL | (6-20) | |
| Carbon Dioxide | | SERUM | 28 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | | |
| Anion Gap | | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | | |
| Hemoglobin | | BLOOD | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit | | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | | |

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**█    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 504**

AR 0547

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
|-----|-------|-----|-----|-----------|---|
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils BLOOD | | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | | (1.8-7.5) |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | | (1.0-3.1) |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | | (0.2-0.8) |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | | (0.0-0.5) |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | | (0.0-0.4) |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|------------------------------|---|---------------|------------------|-------|---------|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|-----------------------|---|---------------|------------------|-------|---------|
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|--------------|---|---------------|------------------|-------|---------|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|------------------------------|---|---------------|------------------|-------|---------|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|--------------|---|---------------|------------------|-------|---------|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|-------------------------------|---|---------------|------------------|-------|---------|
| Albumin  SERUM | 4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin  SERUM | 0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium  SERUM | 9.7 | mg/dL | (8.6-10.2) | | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride  SERUM | 98 | mmol/L | (98-107) | | |
| CreatinineSERUM | 0.96 | mg/dL | (0.7-1.2) | | |
| Glucose  SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein  SERUM | 7.6 | g/dL | (6.6-8.7) | | |
| Sodium  SERUM | 141 | mmol/L | (136-145) | | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) | |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) | |

| ETG/ETS, UA (250 Cut-Off) | | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---------------------------|---|---------------|------------------|-------|---------|
| Ethyl Glucuronide | URINE | Negative <i> | | ng/mL | Cutoff=250 |

| Drug Abuse Screen | | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|-------------------|---|---------------|------------------|-------|---------|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) | |

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 505**

AR 0548

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538     Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: [ ] Not Elevated    [ x ] Low    [ x ] Intermediate    [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low    [ ] Intermediate    [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient    [ ] Inpatient    [ ] IOP    [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x  ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will engage in  psychotherapy
Intervention: pt declines pharmacotherapy and it is not absolutely indicated.  Have discussed sleep hygiene.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will minimize alcohol use
Intervention: have discussed adverse effects of alcohol on mood and sleepMeasure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 506**

AR 0549

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■ 1985  SSN: ***-**-■■    DoD ID: 1286180538    Created: 30 Oct 2017

Patient's capacity to participate in and benefit from therapy is evidenced by:
[ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good    [ ] Fair    [ ] Guarded    [ ] Poor
Follow-up: prn
Referrals:pt had therapy intake with Dr Paul on 18NOV
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile:  **SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)?  **Yes**
Can Service Member perform MOS duties?  **Yes**

**A/P** Written by TOBAR,EDEN @ 16 May 2017 2056 EDT
**1. Generalized anxiety disorder**

**Disposition** Written by TOBAR,EDEN @ 16 May 2017 2057 EDT
**Released w/o Limitations**
**Follow up:**  as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TOBAR,EDEN @ 16 May 2017 1000 EDT
**Additional A/P Information:**
Discontinued ESCITALOPRAM--PO 20MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY
**Note** Written by TOBAR,EDEN @ 16 May 2017 1000 EDT
**Additional A/P Information:**
Discontinued NALTREXONE--PO 50MG TAB - TAKE 1/2 TABLET BY MOUTH EVERY DAY X 1 WEEK, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF TOLERATED

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 16 May 2017 2058

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 507**

AR 0550

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

*19 Apr 2017 at WRNMMC, Int Med CL F Medical Home BE by SMITH, MICKALYNN J*

| | | |
|---|---|---|
| Encounter ID: | BETH-28097609 | Primary Dx: | Encounter for other administrative examinations |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **19 Apr 2017 1152 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **T-CON\***
Provider: **SMITH,MICKALYNN J**

Call Back Phone: ███████████

**Reason for Telephone Consult:**Written by RAYMOND,KEVIN D @ 19 Apr 2017 1152 EDT
referral request sent via relayhealth - rodak
**Telephone Consult Comments:** Written by RAYMOND,KEVIN D @ 19 Apr 2017 1152 EDT
I have in the past been seen for breathing issues around cats. I have been getting burning sensations on my skin/eyes from grass and animals; sometimes dust will seem to cause breathing issues. I think I have allergies and or asthma related to allergies. Previously I have been seen and given an inhaler which worked for the breathing but I am not under and long term treatment or related to the skin/eyes. This effects me during Physical Training sessions and sometimes in the office (dust). I was not sure if it would be better to email about this over making an appointment just to get a referral.

**Questionnaire AutoCites** Refreshed by SMITH,MICKALYNN J @ 19 Apr 2017 1400 EDT
**Questionnaires**

**A/P** Written by SMITH,MICKALYNN J @ 21 Apr 2017 1539 EDT
**1. Encounter for other administrative examinations**
    Procedure(s):      -Non-Physician Phone Call To Pt/Provider Intermed (11-20 min) x 1

**Disposition** Last Updated by SMITH,MICKALYNN J @ 21 Apr 2017 1539 EDT
**Referred for Appointment**

**Note** Written by SMITH,MICKALYNN J @ 20 Apr 2017 0924 EDT
LEft general mesage for pt to call back to Team Fox River.
**Note** Written by SMITH,MICKALYNN J @ 21 Apr 2017 0832 EDT
Left general message for pt to call back to Team Fox River.
**Note** Written by SMITH,MICKALYNN J @ 21 Apr 2017 1536 EDT
Pt returned Team Fox River phone call, scheduled with NP RODAK,COLLE 17May2017@1345. Pt agreed with appt time. TCON Closed.

**Signed By  SMITH, MICKALYNN J** (Registered Nurse) @ 21 Apr 2017 1539

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 508**

AR 0551

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *13 Apr 2017 at WRNMMC, GI Clinic Bethesda by WONG, ROY KWOCK*

Encounter ID:      BETH-28042661     Primary Dx:      Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**        Date: **13 Apr 2017 1500 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **GI CL BE**        Provider: WONG,ROY KWOCK HUNG
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**\*\*Limited System Patient Data at time of Encounter\*\***

**Reason for Appointment:**
follow up
**Appointment Comments:**
lma/irmac

**Vitals**
**Vitals** Written by KNIGHT,ASIA L @ 13 Apr 2017 1449 EDT
BP: 129/90,    HR: 72,    T: 98.1 °F,    HT: 69 in,    WT: 165.5 lbs,    SpO$_2$: 95%,    BMI: 24.44,    BSA: 1.906 square meters,
Tobacco Use: No,    Alcohol Use: Yes,    Pain Scale: 0 Pain Free

**S/O Note** Written by HALL,NOAH MONTGOMERY @ 13 Apr 2017 1739 EDT
**History of present illness**
       The Patient is a 32 year old male.

32 y/o AD male returns to the GI clinic for f/u regarding IBS manifested by chronic intermittent abdominal pain. He reports a long history of GI symptoms, dating back to childhood, but symptoms have been more disruptive over the past few years. Notes generalized sharp, crampy abdominal pain about every 1-2 days, that peaks prior to defecation and is relieved after bowel movements. Typically has 1-2 soft or liquid stools per day, infrequently with urgency. Symptoms may be worse with intake of insoluble fibers. Also worse during physical activity and with increased anxiety/stress. He reports minimal improvement since starting a low-FODMAP diet and is not following this strictly currently. He denies any benefit from avoiding dairy, caffeine, and sugar-substitutes.

Of note, patient underwent CT A&P in 2012 for the same abdominal pain, which showed focal wall-thickening at the hepatic flexure with proximal stool retention. Colonoscopy (McNally) in 2012 showed mild congestion in the sigmoid, but biopsies were unremarkable. A subsequent MRE was completely normal.

He was also previously noted to have a +serum AB to H.pylori. He was treated with triple therapy, and a stool test confirmed eradication in 2016.

**Allergies**
Allergies Verified and Updated

NKDA

**Current medication**
Including OTC meds, vitamins, herbals, etc.

Lexapro (stopped recently)
.
**Past medical/surgical history**
**Reported:**
       Medical: Reported medical history
       Anxiety/depression
       IBS-D
       .
       Surgical / Procedural: Surgical / procedural history
       Tonsillectomy
       PRK

**Personal history**
Social history reviewed
Tob: (-)
Etoh: (1-2 glasses of wine/ day)
.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 509**

AR 0552

**Medical Record**

**Family history**
    Family medical history
    No malignant neoplasm of the gastrointestinal tract.

**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Eyes:** No eye pain.  No red eyes.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** Appetite not decreased.  No dysphagia, no pain on swallowing, and no heartburn.  No nausea, no vomiting, and no hematemesis.  Abdominal pain.  No jaundice and no bright red blood per rectum.  Diarrhea.  No constipation.
**Musculoskeletal:** No back pain, no localized joint pain, and no localized joint swelling.
**Neurological:** No lightheadedness.
**Skin:** No skin lesions and no rash.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Neck:**
    Appearance: ° Of the neck was normal.
**Eyes:**
    General/bilateral:
        Pupils: ° PERRL.  ° Size of the pupil was normal.  ° Pupil accommodation was not impaired.
        External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
        External Auditory Canal: ° External auditory meatus normal.
**Nose:**
    General/bilateral:
        External Deformities: ° No external nose deformities.
        Cavity: ° Nasal septum normal.
**Oral Cavity:**
    Lips: ° Showed no abnormalities.
    Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
    Oropharynx: ° Normal.  ° Tonsils showed no abnormalities.
**Lymph Nodes:**
    ° Submandibular lymph nodes were not enlarged.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
    ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
    Murmurs: ° No murmurs were heard.
**Abdomen:**
    Visual Inspection: ° Abdomen was not distended.
    Auscultation: ° Bowel sounds were not diminished or absent.
    Palpation: ° Abdomen was soft.  ° No abdominal guarding.  ° Abdominal non-tender.  ° No mass was palpated in the abdomen.
    Liver: ° Normal to palpation.
    Spleen: ° Normal to palpation.
    Hernia: ° No hernia was discovered.
**Musculoskeletal System:**
    Functional Exam:
        General/bilateral: ° Mobility was not limited.
    Other:
        General/bilateral: ° No muscle tenderness.
**Neurological:**
    ° Oriented to time, place, and person.  ° Remote memory was not impaired.  ° Recent memory was not impaired.
    Balance: ° Normal.
    Gait And Stance: ° Normal.
**Psychiatric:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Mood: ° Euthymic.
Affect: ° Normal.
**Skin:**
    ° Showed no ecchymosis.  ° Temperature was normal.  ° No skin lesions.


**A/P** Last Updated by HALL,NOAH M. @ 13 Apr 2017 1746 EDT
**1. Irritable bowel syndrome with diarrhea:**
32 y/o male with IBS-D reports minimal benefit with dietary modification. Predominant symptom is abdominal pain and episodes are
closely associated with anxiety.
  - Will start trial of Metamucil for stool bulking
  - If bloating/flatulence becomes an issue, consider transition to a non-fermentable fiber (citrucel OTC)
  - Will also provide Levsin SL for symptomatic relief
  - Recommended continued f/u with Behavioral Health provider, and could discuss a trial of a low-dose TCA at bedtime as a
centrally-acting pain modulator
  - F/u in GI clinic in 3-4 months
  - Could consider a trial of Rifaximin in the future if no benefit

      Medication(s):      -PSYLLIUM/SUCROSE–PO 3.4GM/SCOOP POWD - TAKE ONE SCOOP EVERY DAY MIXED IN
                  LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #2 RF3 Ordered By: HALL,NOAH
                  M. Ordering Provider: HALL, NOAH MONTGOMERY
                  -HYOSCYAMINE IR–PO 0.125MG TBSL - DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT
                  HOURS AS NEEDED FOR ABDOMINAL PAIN #30 RF3 Ordered By: HALL,NOAH M. Ordering
                  Provider: HALL, NOAH MONTGOMERY


**Disposition** Last Updated by HALL,NOAH M. @ 13 Apr 2017 1747 EDT
**Released w/o Limitations**
**Follow up:** as needed in 3 to 4 month(s) in the GI CL BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Signed By  WONG, ROY KWOCK** (Physician/Workstation, WRAMC) @ 14 Apr 2017 0925

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 511**

AR 0554

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *05 Apr 2017 at WRNMMC, Medical Readiness Clinic Bethesda by RENTA, DANA K*

| Encounter ID: | BETH-27946761 | Primary Dx: | EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **05 Apr 2017 1100 EDT**
Clinic: **MEDICAL READINESS CL BE**

Appt Type: **WELL**
Provider: **RENTA,DANA KAY**

**AutoCites** Refreshed by RENTA,DANA K @ 05 Apr 2017 1159 EDT

**Allergies**
•OTHER: (Allergen: OTHER; Reaction(s): Unknown; Note: SEE MED RECORD)
•OTHER: (Reaction(s): Unknown; Note: SEE MED RECORD)
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
**Vitals** Written by VASQUEZ,BLANCA T @ 05 Apr 2017 1106 EDT
BP: 123/77 Right Arm, Adult Cuff, HR: 72 Regular, Radial Artery, RR: 20, T: 98.4 °F Oral, HT: 69 in Actual, With Shoes,
WT: 165 lbs Upright Scale, Actual, With Shoes, SpO2: 96%, Uncorr OD: 20/40, Uncorr OS: 20/40,
Uncorr OU: 20/40, BMI: 24.37, BSA: 1.903 square meters, Tobacco Use: No, Alcohol Use: Yes,
Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: 4 Drink per week., Pain Scale: 0 Pain Free
**Comments:** SM:Presents to Medical Readiness for PHA. Arrives in civilian attire . States feeling good at this time but in several days he feeling down . Reports no H/O of Positive PPD. Refered to speak with Ms. Herbert ( Health Educator for Anxiety & Depression screening and Epworth sleepiness scale.)

**Reason for Appointment:**
pha/navy
**Appointment Comments:**
ash4105625345

**Screening** Written by VASQUEZ,BLANCA T @ 05 Apr 2017 1057 EDT
**Reason For Appointment:** pha/navy

Allergen information verified by VASQUEZ, BLANCA T @ 05 Apr 2017 1057 EDT

**Vitals**
**Vitals** Written by VASQUEZ,BLANCA T @ 05 Apr 2017 1106 EDT
BP: 123/77 Right Arm, Adult Cuff, HR: 72 Regular, Radial Artery, RR: 20, T: 98.4 °F Oral, HT: 69 in Actual, With Shoes,
WT: 165 lbs Upright Scale, Actual, With Shoes, SpO2: 96%, Uncorr OD: 20/40, Uncorr OS: 20/40,
Uncorr OU: 20/40, BMI: 24.37, BSA: 1.903 square meters, Tobacco Use: No, Alcohol Use: Yes,
Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: 4 Drink per week., Pain Scale: 0 Pain Free
**Comments:** SM:Presents to Medical Readiness for PHA. Arrives in civilian attire . States feeling good at this time but in several days he feeling down . Reports no H/O of Positive PPD. Refered to speak with Ms. Herbert ( Health Educator for Anxiety & Depression screening and Epworth sleepiness scale.)

**Questionnaire AutoCites** Refreshed by RENTA,DANA K @ 05 Apr 2017 1159 EDT
**Questionnaires**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

EPWORTH Sleepiness Scale Version: 1 Completed On: 05 Apr 2017
Questionnaire Notes: EPWORTH : 19
  1. How likely are you to doze off or fall asleep while SITTING and READING?: 3
  2. How likely are you to doze off or fall asleep while WATCHING TV?: 1
  3. How likely are you to doze off or fall asleep while INACTIVE in a meeting, theater, or other similar place?: 2
  4. How likely are you to doze off or fall asleep as a PASSENGER in a car for an HOUR without a break?: 3
  5. How likely are you to doze off or fall asleep while LYING DOWN to rest in the afternoon when circumstances permit?: 3
  6. How likely are you to doze off or fall asleep while sitting and TALKING to someone?: 2
  7. How likely are you to doze off or fall asleep while SITTING QUIETLY after a lunch without alcohol?: 3
  8. How likely are you to doze off or fall asleep in a CAR, while stopped for a few minutes in the traffic?: 2

Tuberculosis Exposure Risk Assessment Version: 3 Completed On: 05 Apr 2017
  1. Since your last Tuberculosis Exposure Questionnaire were you exposed to anyone known to have or suspected of having active tuberculosis(i.e. with persistent cough, weight loss, night sweats, and/or fever)?: No
  2. Since your last Tuberculosis Exposure Questionnaire or Post Deployment Health Assessment (DD Form 2796), did you have direct & prolonged contact with any individuals of the following groups: refugees or displaced persons: patients hospitalized with tuberculosis, prisoners, or homeless shelter populations?: No
  3. Write the name of any country or countries where you have traveled or deployed to since your last Tuberculosis Exposure Questionnaire.: NONE
  4. During this travel, did you have prolonged direct contact with the local population? Prolonged direct contact is generally understood as having been within six feet of a person with a bad continuous cough for at least eight consecutive hours on a single day, or for a total of at least fifteen hours per week of a multi-week stay.: No
  5. Have you had a prior history of TB or prior treatment for Latent TB?: No
  6. PROVIDER: Have you recently had a chronic cough AND did you have any of the following at the same time? Fever, Coughed up Blood, Unexplained Weight Loss, Night Sweats: No
  7. PROVIDER: Since your last risk assessment, did you develop any of the following conditions: organ transplant; HIV Infection; Immunosuppression secondary to use of prednisone (equivalent of >15mg/day> 1 month) or other immunosuppressive medication such as Humira, Enbrel or Remicade?: No
  8. PROVIDER: Since your last TB risk assessment did you develop any of the following conditions: diabetes, silicosis, cancer of head or neck, Hodgkin's disease, leukemia, end stage renal disease, intestinal bypass or gastrectomy, chronic malabsorption syndrome, low body weight (10% or more below ideal weight) or injection drug use?: No

Anxiety & Depression Screening Taken On: 05 Apr 2017
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: More than half the days
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Several days
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Several days
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Several days
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Not at all

**S/O Note** Written by RENTA,DANA KAY @ 07 Apr 2017 1930 EDT
**Chief complaint**
The Chief Complaint is: Face to Face PHA. Active Duty Navy.
**Reason for Visit**
  Visit for: Face to Face PHA.
**History of present illness**
  The Patient is a 32 year old male.
  He reported: Military service [ ] Y [ X ] N  Deployed since previous PHA
  [ ] Y [ X ] N  Post-Deployment Health Assessment completed
  [ ] Y [ X ] N  Post-Deployment Health Reassessment completed
  [ ] Y [ X ] N  Post-Deployment labs/tests completed
  [ ] Y [ X ] N Deployment/Shipboard limiting conditions identified

**Allergies**
  No allergies NKDA.
**Past medical/surgical history**
**Reported:**
  Past medical history Myopia (resolved initially with PRK however degraded now); Irritable Bowel Syndrome (predominance: diarrhea)- chronic; Alcohol Abuse (s/p self-referred treatment) stable; Anxiety/Depression (dx GAD since childhood)- stable (continues BH treatment); Left ankle sprain (resolved), anogenital warts (Feb16) s/p podafill; Allergic rhinitis, folliculitis, exercise induced asthma, fx right 5th MC casted (2008); Lifetime hx of concussions:  no incidents.
  Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs? [ ] Yes  [ ] No.
  Surgical / Procedural: Surgical / procedural history Wisdom Teeth Extraction (4); PRK (2011); Dental surgery pending - jaw alignment with orthodontic braces replaced (27Apr17); tonsillectomy (2003); s/p skin biopsies benign (x2);
  Medications: Medication history: Lexapro, Naltrexone (prn alcohol); +multivitamins; no protein supplements;
  Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [ X ]Yes [  ]No
  2) Is there a complaint of tinnitus that has not been addressed? [  ]Yes  [ X ]No

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0556

**Medical Record**

3) Is there a complaint of changes in hearing since the last hearing test? [ ]Yes [ X ]No
4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500, 1000 and 2000 Hz that average 30 dB or greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [ ]Yes [ ]No
5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12 months? [ ]Yes [ ]No.

**Personal history**
Behavioral: Caffeine use.  No tobacco use none. (remote one year in Hookah sometimes in Japan -- none since 2007);
Alcohol: Alcohol two to three drinks a couple of times per week.  not binging.  very different now and knows the difference and behaving differently. doesn't like getting drunk or feeling poorly the following day.

**Family history**
Family medical history paternal addiction-- sister drug; dad-alcohol problem; maternal aunt- alcohol;
Father is alive not in contact
Mother is alive No DM, No CAD. healthy
Cancer Dad- melanoma;
Heart disease dad/PGF- CAD; dad- stent 2v  (alcohol); Dad/PGM/PGF/sister- DM,
Dad- AMI (s/p heart surgery); no CVA.

**Review of systems**
**Head:** No head symptoms.
**Neck:** No neck symptoms.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Breasts:** No breast symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No hematologic symptoms.
**Musculoskeletal:** No musculoskeletal symptoms Exercises Aerobic three hours minimum weekly.  Enjoys running however his IBS causes problems during exercise.  PRT passes easily.  Doing about one hour weekly strengthening exercises weekly.  Meets recommendations of 150 minutes aerobic exercise and 30-60 minutes strengthening exercises weekly.

**Neurological:** No neurological symptoms.
**Psychological:** Psychological symptoms refer to BH screening questionnaire above.  No suicidal/homicidal ideation; sleeps 6-7 hours nightly; unrested; tired often; has good routine; discussed sleep hygiene. problems staying asleep and can go back easily asleep; already did a process for the sleep study; doesn't want to see someone.  Wants to sleep all the time.  Not narcoleptic.

**Skin:** No skin symptoms.
**Allergic and Immunologic:** No allergic/immunologic symptoms.
**Physical findings**
**Vital Signs:**
° Current vital signs reviewed.
**General Appearance:**
° Well-appearing.
**Head:**
Appearance: ° Head normocephalic.
**Neurological:**
° Level of consciousness was normal.  ° Cognitive functioning was normal.
Speech: ° Normal.
Balance: ° Normal.
Gait And Stance: ° Normal.
**Psychiatric:**
Appearance: ° Normal.
Mood: ° Pleasant.
Affect: ° Normal.
Thought Processes: ° Not impaired.
**Skin:**
• Skin: very fair skin with many freckles of same tone, nothing.
**Objective**

Health Record          [X] Reviewed    [ ] Not available   [ ] Remarkable for:
Dental Classification  [X] Reviewed    [ ] Not available   [ ] See Plan:
Immunization record    [X] Reviewed    [ ] Not available   [ ] See Plan:
**Assessment**
• Military service status
IMR Category:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0557

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Fully Medically Ready ( )
Partially Medically Ready (  )
Not Medically Ready (xxx  )
Medical Readiness Indeterminant (  )
Comments:  undergoing evaluation by GI for IBS predominantly diarrhea

**Therapy**
- The likelihood of a heart attack was not recorded CVSP: FRAMINGHAM RISK SCORE;presumed to be less than 1%.

**Lab Result** Cited by RENTA,DANA K @ 05 Apr 2017 1126 EDT

| HIV-1/O/2 Ab | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

**Lab Result** Cited by VASQUEZ,BLANCA T @ 05 Apr 2017 1101 EDT

| Varicella Zoster Virus DFA | Site/Specimen | 29 Sep 2015 1730 |
|---|---|---|
| Varicella Zoster Virus Ag | SKIN | NO VZ ANTIGEN DETECTED <i> |

**Lab Result** Cited by VASQUEZ,BLANCA T @ 05 Apr 2017 1100 EDT

| Lipid Panel | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| Cholesterol | SERUM | 208 (H) <i> |
| Triglyceride | SERUM | 158 (H) <i> |
| HDL Cholesterol | SERUM | 64.0 (H) |
| LDL Cholesterol | SERUM | 112 <i> |
| VLDL Cholesterol | SERUM | 32 |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 |

**Lab Result** Cited by VASQUEZ,BLANCA T @ 05 Apr 2017 1100 EDT

| Basic Metabolic Panel | Site/Specimen | 22 Jun 2016 1240 |
|---|---|---|
| Urea Nitrogen | SERUM | 14.8 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 98 |
| Creatinine | SERUM | 1.00 |
| Glucose | SERUM | 89 |
| Potassium | SERUM | 4.5 |
| Sodium | SERUM | 139 |
| Calcium | SERUM | 10.1 |
| Anion Gap | SERUM | 13 |
| GFR Calculated Non-Black | SERUM | 99.8 |
| GFR Calculated Black | SERUM | 115.4 <i> |

**A/P** Last updated by RENTA,DANA K @ 07 Apr 2017 1942 EDT
**1. EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA)** DOD0225: SM is
NOT MEDICALLY READY as is undergoing evaluation for IBS (diarrhea predominance).  however is capable, of conducting PRT
with understanding he may leave to go to restroom. has furhter GI assessment pending.

Face to Face PHA today.  Updated in MRRS today.
All significant PMH and ROS noted above.  Medications reviewed.  SM to f/u with PCM for active concerns.

No suicidal or homicidal ideation noted.

TB Exposure Risk Assessment questionnaire completed.

SM currently meets/exceeds weekly aerobic Exercises at least 150 minutes and 30-60 minutes strengthening exercises

Patient has is current with:

Influenza vax completed.
Audiology assessment
Sleep --continue as recommended for 6-8 hours daily.
HIV current (22Feb16)

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮▮▮ 1985  SSN: ***-**▮▮  DoD ID: 1286180538     Created: 30 Oct 2017

Lifetime concussions: no incident

Procedure(s):      -(G8420) BMI IS DOC W/IN NORMAL PARAMETERS &NO FOLLOW-UP PLAN IS REQD x 1
ADDITIONAL PROVIDER(S): VASQUEZ,BLANCA T
-(99173) Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S):
VASQUEZ,BLANCA T
-(94760) Pulse Oximetry x 1 ADDITIONAL PROVIDER(S): VASQUEZ,BLANCA T
-(G0444) ANNUAL DEPRESSION SCREENING, 15 MINUTES x 1 ADDITIONAL PROVIDER(S):
VASQUEZ,BLANCA T

**2. Other specified counseling** Z71.89: SM does not use tobacco products.

Discussed use of condoms to protect self and partner from potential STIs. Educated SM on PrEP Program at Infectious Disease for
HIV prophylaxis.

Continue to balance professional goals with personal goals.

**Disposition** Written by RENTA,DANA K @ 07 Apr 2017 1942 EDT
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by VASQUEZ,BLANCA T @ 05 Apr 2017 1118 EDT

Anderson, Daniel Dennis     DOB: ▮▮▮ 1985  SSN: ***-**▮▮  DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 516**

AR 0559

**Medical Record**

Anderson, Daniel Dennis    DOB: 1985  SSN: ***-**    DoD ID: 1286180538    Created: 30 Oct 2017

Health Risk Assessment                                          Page 1 of 4

NMCPHC HRA Website    HRA Tool Home    HRA Helpdesk Email 757 953 0737

**NMCPHC Workplace HRA - Participant Report**
UIC/Command. 00168 - NATNAVMEDCEN BETHESDA

You rated your health as Good. Personal perception about how healthy you are is usually quite accurate. Your Personal Health Risk Appraisal Report identified 3 risk categories from the answers you provided on key topics that relate to: overall health which places you in a Low risk group. Numbers of risk factors have been shown to predict future health care use and health care costs. It is important for individuals to move toward the low risk category by reducing the number of behavioral risks, and for those already in low risk to avoid increasing the number of risk factors by time.

✓ **Tobacco Use - Current Tobacco Usage** - No

http://www.ucanquit.org
http://www.betobaccofree.hhs.gov.
Being tobacco free is a great choice. You are healthier, more fit, mission ready and are saving money.

✓ **Alcohol Use - Binge Drinking** - Once or twice per year

http://www.rethinkingdrinking.niaaa.nih.gov.
Many Sailors and Marines occasionally drink more heavily than usual during celebrations or special events. Plan ahead to avoid alcohol related incidents. Don't put your career in danger.

✓ **Alcohol Use - Alcohol Use Driving** - Never (i.e. not during the past year)

http://www.rethinkingdrinking.niaaa.nih.gov.
You are being a responsible Sailor or Marine by never driving drunk or riding with someone who has been drinking. You can also help fellow Sailors and Marines avoid alcohol related incidents by looking out for those who try to drink and drive, and help them get home safely.

✓ **Injury Prevention - Seatbelts** - Always

http://www.nhtsa.gov/Driving+Safety.
By always using your seat belt you decrease your risk of serious injury or death after an accident by about 50%.

✓ **Injury Prevention - Vehicle Helmet** - Always

http://www.nhtsa.gov/road_safety/motorcycles
Your use of a protective helmet provides significant protection against head injury or death. Wearing other protective gear, maintaining control of your vehicle, and driving defensively can also reduce your risk.

✓ **Injury Prevention - Safety Equipment** - Always

http://www.cdc.gov/niosh/docs/safety.html

Anderson, Daniel Dennis    DOB: 1985  SSN: ***-**    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 517**

AR 0560

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Health Risk Assessment                                                    Page 2 of 4

You are protecting yourself against injuries and disease at your worksite by using appropriate safety equipment.

✔ **Stress Management - Life Satisfaction** - Mostly satisfied

https://www.nlm.nih.gov/medlineplus/stress.html
https://afterdeployment.dcoe.mil/

You are mostly satisfied with your life. Life satisfaction is a common goal that we as human beings strive to achieve. Work, relationships and social activities can all contribute to life satisfaction.

✔ **Stress Management - Overall Stress** - Sometimes

http://www.med.navy.mil/sites/nmcphc/ncc/services/Members/Unit-es/Management/Checklist-Continue/ss-Pages_default.aspx
https://afterdeployment.dcoe.mil/

Occasional stress in your work or at home is common. Problem solving or discussing possible solutions with someone else may help reduce or eliminate some of your stress.

✔ **Stress Management - Personal Support** - Most of the time

http://www.med.navy.mil/sites/nmcphc/ncc/services/Members/Unit-es/Management/Checklist-Continue/ss-Pages_default.aspx
https://afterdeployment.dcoe.mil/

Increasing your feelings can help you see that you are not alone in how you feel. Talking with others can also provide you with clues to successfully manage your concerns.

✔ **Sexual Health - Condom Use** - Always

http://nationalcoalitionforsexualhealth.org/tools/communicating-to-the-public-documents/sexualhealthguide-national.pdf

Choosing to use a latex condom consistently and correctly each time you have sex will significantly reduce your risk of acquiring a sexually transmitted infection.

✔ **Physical Activity - Aerobic Exercise** - 3 weeks per month

http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html

The national goal for Americans is to get at least 2 hours and 30 minutes (150 minutes) of moderate intensity aerobic activity every wk. Cardiovascular (aerobic) exercise has many benefits, including giving you more energy and higher endurance, preventing many chronic diseases like diabetes, high blood pressure, and high cholesterol, and maintaining a healthy body weight. Continue to include this type exercise into your lifestyle.

✔ **Physical Activity - Muscular Exercise** - 2 or more days per week

http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html

You routinely engage in strength training which improves your strength, maintains lean body mass, builds strong bones and decreases many of the risk factors associated with coronary heart disease.

❗ **Nutrition - High Fat** - 3-5 times per week

http://www.cdc.gov/nutrition/everyone/basics/fat/index.html

https://nmcpeh-hpwebsvr.med.navy.mil HRA Pages Results.aspx                            4/5/2017

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 518**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

Health Risk Assessment                                         Page 3 of 4

Some dietary fat is needed for good health, but high levels of fat in your diet may lead to excessive weight gain and may increase your risk of certain cancers. Eating foods high in saturated and trans fats also increases your risk of heart disease. Select foods low in saturated fats, trans fats, and cholesterol, eat plenty of grains, vegetables and fruits, and choose low-fat milk products and lean meats.

**Nutrition - Fruits** - One

http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html
The national goal for Americans is to consume at least two servings of fruits per day. Fruits and vegetables contain essential vitamins, minerals, and fiber that may help protect you from chronic diseases and can make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individual's age, gender, and level of physical activity.

**Supplements - Supplement Use** - Seldom

http://humanperformanceresourcecenter.org/dietary-supplements
Some dietary supplements can provide additional health and nutrition benefits, but many supplements may be unnecessary or even in adverse side effects in some individuals, especially if used in large amounts. Before using any dietary supplements ask "What are my potential benefits?" and "What are the risks?" The Dietary Supplements Classification factor on the line above was developed to assist in making informed decisions about supplements, ranking them on a scale of low, moderate, or high potential benefit and safety risk.

**Dental - Flossing** - Daily

http://www.ada.org/public.aspx
You are to be commended for flossing your teeth daily. Flossing removes plaque and food particles from between the teeth and under the gum line, which prevents gum disease, tooth loss, decay, and bad breath.

**Nutrition - Vegetables** - One

http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html
The national goal for Americans is three servings of vegetables per day, with at least one being a dark green or orange vegetable. Fruits and vegetables contain essential vitamins, minerals, and fiber that may help protect you from chronic diseases and can make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individual's age, gender, and level of physical activity.

**Sleep - Sleep Deprivation** - Most of the time

http://www.med.navy.mil/sites/nmcphc/health-promotion/psychological-emotional-wellbeing/Pages/sleep.aspx
People who get enough restful sleep are able to concentrate on their activities, have more energy, and generally feel better.

**Sexual Health - Pregnancy** - My partner or I are correctly and consistently using birth control ALL the time

http://www.bedsider.org/
There is a wide range of new, safe and effective contraceptive options available. Some are permanent and others work for years and are easily and quickly reversible when you're ready to have a baby. Some methods require no devices or medication at all but not all from contraception are equally reliable. It makes sense to be informed about contraception so you and your partner can select the most reliable option that works for you.

https://nmcpeh-hpwebsvr.med.navy.mil/HRA/Pages/Results.aspx                 4/5/2017

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                 Page 519

AR 0562

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Health Risk Assessment                                                    Page 1 of 4

https://nmcpeh-hpweb-vr.med.navy.mil/HRA/Pages/Results.aspx                    4 5 2017

**Signed By RENTA, DANA K** (COL, MC, WRNMMC) @ 07 Apr 2017 1942

CHANGE HISTORY
*The following A/P Note Was Overwritten by RENTA,DANA K @ 05 Apr 2017 1308 EDT:*
The A/P section was last updated by RENTA,DANA K @ 05 Apr 2017 1308 EDT - see above.Previous Version of A/P section was entered/updated by VASQUEZ,BLANCA T @ 05 Apr 2017 1058 EDT.
**1. EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA)** DOD225
      Procedure(s):      -(99173) Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S): VASQUEZ,BLANCA T
                   -(94760) Pulse Oximetry x 1 ADDITIONAL PROVIDER(S): VASQUEZ,BLANCA T
                   -(G0444) ANNUAL DEPRESSION SCREENING, 15 MINUTES x 1 ADDITIONAL PROVIDER(S): VASQUEZ,BLANCA T
*The following S/O Note Was Overwritten by RENTA,DANA K @ 05 Apr 2017 1127 EDT:*
S/O Note Written by VASQUEZ,BLANCA T @ 05 Apr 2017 1106 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Military service [ ] Y [ X ] N Deployed since previous PHA
    [ ] Y [ X ] N Post-Deployment Health Assessment completed
    [ ] Y [ X ] N Post-Deployment Health Reassessment completed
    [ ] Y [ X ] N Post-Deployment labs/tests completed

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 520**

**Medical Record**

Anderson, Daniel Dennis    DOB:▮▮ 1985  SSN: ***-**-▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

[ ] Y  [ X] N Deployment/Shipboard limiting conditions identified

**Allergies**
   No allergies.
**Past medical/surgical history**
**Reported:**
   Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs? [ ] Yes  [ ] No.
   Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [ X ]Yes [ ]No
   2) Is there a complaint of tinnitus that has not been addressed? [ ] Yes  [ X ]No
   3) Is there a complaint of changes in hearing since the last hearing test? [ ]Yes [ X ]No
   4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500, 1000 and 2000 Hz that average 30 dB or
       greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [ ]Yes [ ]No
   5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12 months? [ ]Yes [ ]No.
**Objective**

Health Record         [X] Reviewed  [ ] Not available  [ ] Remarkable for:
Dental Classification  [X] Reviewed  [ ] Not available  [ ] See Plan:
Immunization record   [X] Reviewed  [ ] Not available  [ ] See Plan:
**Assessment**
      • Military service status
      IMR Category:
      Fully Medically Ready ( )
      Partially Medically Ready ( )
      Not Medically Ready ( )
      Medical Readiness Indeterminant ( )
      Comments:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.         **Page 521**

AR 0564

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *16 Mar 2017 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C*

Encounter ID:    BETH-27723764    Primary Dx:    Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**                 Date: **16 Mar 2017 1156 EDT**        Appt Type: **T-CON\***
Treatment Facility: **WALTER REED**                  Clinic: **GI CL BE**                       Provider: **COPSEY,HELEN C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**                                                       Call Back Phone: ███████

**Reason for Telephone Consult:**Written by COPSEY,HELEN C @ 16 Mar 2017 1156 EDT
Patient email

**S/O Note** Written by COPSEY,HELEN C. @ 16 Mar 2017 1157 EDT
**Subjective**
Hi Daniel,Given the severity of your symptoms I'm surprised that you have not beenback for a follow-up or contacted me since last
November. I am glad you madean appointment. There are many options for treatment of IBS, but it willrequire several follow-up
visits to discuss and implement.I agree if we are unable to manage your symptoms better, you'll need toundergo an MEB, but again,
there are many options available that you havenot yet tried.V/R,Helen-----Original Message-----From: Merwin, Daniel D
[mailto:ddmerwi@radium.ncsc.mil]Sent: Thursday, March 16, 2017 10:44 AMTo: Copsey, Helen C CTR (US)Cc: Lafranchise, David
M; Fisher, Christopher MSubject: RE: Follow-Up - PainHelen,I CCed my chain of command so they know that I have been seen on
and off forthis issue over the years and are aware of anything on-going.I scheduled an appointment for 13 April with Dr. Hall which
was the nextavailable in the clinic. Even with management of my diet; I still have 4-6severe episodes a week or more (spasms, pain,
expedient evacuation anddiarrhea).  Every episode is extremely draining of me. A lot of times afteran episode I just want to lay down
and sleep because of the extremeintensities.  A few of the most recent issues almost had me call 911 due tothe extreme pain.I
scheduled the appointment for a few reasons.1. Currently I have the note you provided which makes me technicallynon-deployable
and this needs to be discussed2. I really need to try anything available within the military system tohelp manage the episodes if
there is nothing else then I would like to startmedical separation in order to seek alternative treatmentsRespectfully,CTN1
(IW/SW/AW) Merwin, Daniel DNIOC MarylandWork: 667-812-2006Cell:███████

**A/P** Last Updated by COPSEY,HELEN C @ 16 Mar 2017 1157 EDT
**1. Irritable bowel syndrome with diarrhea**

**Disposition** Last Updated by COPSEY,HELEN C @ 16 Mar 2017 1157 EDT
**Follow up:** in the GI CL BE clinic.

**Signed By  COPSEY, HELEN C** (PA-C, MSHS, WRAMC- GI Clinic) @ 16 Mar 2017 1158

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 522**

AR 0565

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

*01 Mar 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-27574008    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **01 Mar 2017 1100 EST**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
FOLLOW UP
**Appointment Comments:**
aap

**Note** Written by PAUL,SHERIN @ 02 Mar 2017 1049 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:    Daniel Merwin
Patient last 4:    0538
Appt #:    Intake + 4
Therapy time:    60 minutes
E&M time:    60 minutes

### Identifying Data:    32-year-old, Single, Caucasian, Male

### Military Data:
Branch:    USN
Rank:    PO1
MOS:    CTN
TIS:    11-years
Deployments:    N/A
Deployment Related:    N/A
Trauma:    N/A
WTU:    N/A
MEB in progress:    N/A
AdmSep in progress:    N/A
Special Clearance:    Yes

### Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 523**

**Medical Record**
Anderson, Daniel Dennis    DOB: ▉ 1985  SSN: ***-**-▉    DoD ID: 1286180538    Created: 30 Oct 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

## Recent Outcome Measures (last 30 days):

| | | | | |
|---|---|---|---|---|
| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

## Notes from Today's Session:
**Treatment modality currently used: Pscyhoeducation & Behavior Mod**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he was doing well. He stated that he received the results of the psychological testing but was unsure of the content. Therapist and patient reviewed diagnostic results which confirmed diagnosis of GAD and identified Schizoid traits. Therapist provided psychoeducation regarding diagnoses. Further conversation focused on patient's positive progress towards his goals. He stated that he has been interacting more with people. Therapist and patient discussed differences between rigidity and appropriate boundaries. Final conversation focused on identifying goals for next weeks.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time. He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire. He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good. No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

## ASSESSMENT

Anderson, Daniel Dennis    DOB: ▉ 1985  SSN: ***-**-▉    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███ DoD ID: 1286180538    Created: 30 Oct 2017

## Diagnosis:
Axis I:   Generalized Anxiety Disorder
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support
Axis V: 65

*Prognosis:* ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
*Patient's capacity* to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | | |
|---|---|---|
| Suicidal Ideation/Plans/Intent: | | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No | |
| Access to Lethal Means: | No | |
| Poor Treatment Compliance: | | No |
| Hopelessness: | Yes | |
| Psychic Pain/Anxiety: | Yes | |
| Acute Event: | No | |
| Insomnia: | No | |
| Low Self-Worth: | No | |
| Impulsivity: | Yes | |
| Substance Abuse: | | Yes, previously |
| Financial Stress: | | Yes |
| Legal Stress: | No | |

*Protective:*

| | | |
|---|---|---|
| Strong Therapeutic Alliance: | | Yes |
| Positive Coping Skills: | Yes | |
| Responsible to/for Family: | No | |
| Responsible to/for Pet: | | |
| Frustration Tolerance | Limited | |
| Resilience: | Yes | |
| Good Reality Testing: | Yes | |
| Amenable to Treatment: | Yes | |
| Social Support: | No | |
| Religious Beliefs Contrary to Suicide: | | |

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███ DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 525**

**Medical Record**

History of Harm to Others: No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 01 March 2017
*Reviewed with patient on:* 01 March 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy .
Measure: PHQ-9
**Progress:**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
          Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 526**

**Medical Record**

Anderson, Daniel Dennis     DOB:▮▮▮ 1985  SSN: ***-**-▮▮▮     DoD ID: 1286180538     Created: 30 Oct 2017

*Military Specific Interventions:*
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **S1.** Pt meets the retention standards of MANMED for fitness and suitability for continued service. Pt remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes

**A/P** Written by PAUL,SHERIN @ 02 Mar 2017 1050 EDT
**1. Generalized anxiety disorder**
        Procedure(s):            -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 02 Mar 2017 1051 EDT
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 02 Mar 2017 1051

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

*01 Mar 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-27554297    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**       Date: **01 Mar 2017 0800 EST**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCHIATRY BE**             Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by TOBAR,EDEN @ 01 Mar 2017 0818 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
Vitals Written by DAVIS,ANNETTE R @ 01 Mar 2017 0803 EST
BP: 120/80, HR: 64, RR: 18, T: 98.4 °F, HT: 69 in, WT: 162 lbs, BMI: 23.92, BSA: 1.889 square meters, Tobacco Use: No, Alcohol
Use: Yes,
Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Pain Scale: 0 Pain Free

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
Vitals Written by DAVIS,ANNETTE R @ 01 Mar 2017 0803 EST
BP: 120/80,   HR: 64,   RR: 18,   T: 98.4 °F,   HT: 69 in,   WT: 162 lbs,   BMI: 23.92.   BSA: 1.889 square meters,
Tobacco Use: No,   Alcohol Use: Yes,
Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Pain Scale: 0 Pain Free

Note Written by TOBAR,EDEN @ 02 Mar 2017 1243 EDT
**Followup Note**

Patient: Daniel Merwin        Gender:   M
DOB: ▓ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #7
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy       Rank:              MOS: CTN        TIS: 11 yrs
UIC:      Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No      # Deployments: 1    Months Deployed: 36
WTU: No       MEB: No            AdmSep: No
Special Clearance: Yes            Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 528**

AR 0571

**Medical Record**
Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**▮    DoD ID: 1286180538    Created: 30 Oct 2017

undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes              Work Colleague Problems: No
Anger Problems: Yes                        Spouse/Sig Other Problems: No
Legal Problems: No              Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                        Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None        Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Pt presents for follow up with this provider.  At our last meeting pt was advised to resume naltrexone 50 mg po qam to reduce alcohol use. Today he says he drinks less when he drinks (1-2 drinks at a time now) and thinks the medication is helpful. He has dental surgery at the end of April so we discussed stopping naltrexone 3-7 days before the surgery and resuming it a week after the surgery as he believes he will be prescribed opiate pain medication. He takes lunesta rarely. He continues to experience variable sleep. He already had CBT-I and had a sleep study that was negative for sleep apnea. He is stressed about work as he juggles many responsibilities and wishes he didn't reenlist. He is trying to pursue a med board for his GI symptoms. He has psychologic testing but hasn't had his feedback session about it yet.  He denies having suicidal thoughts since we last met.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted taper off of Zoloft as he felt excessively sleepy on it. He returns to treatment today because he has been experiencing increased stress and mood swings. He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but but finds it stressful juggling his collateral duties. He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out. He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship. He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times. He doesn't like being touched. He finds when he dates someone he experiences no empathy for them, or becomes easily irritable. He states he has been dating someone for three months and would like to break up with them. He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.' He doesn't recall dreaming. He enjoys painting, making bread, and cooking. He also loves programming and says he can say up for days working on this as he has a side business doing this. He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work. He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 529**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL. Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min                    Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | | 1-3 months ago |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                          [ ] History of family/friend suicide
[ ] Chronic medical conditions          [ x ] Impulsivity
[x ] History of abuse                          [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                          [x ] Active treatment engagement
[ ] Good coping/problem solving skills   [x ] Hopefulness present
[ ] Faith/religion commitment             [ ] Positive future orientation

**Allergies:** nkda

**Medications:** Lexapro 20 mg po daily, naltrexone 50 mg po daily , lunesta 1-2 mg po qhs prn insomnia

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.               **Page 530**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985 SSN: ***-*▓    DoD ID: 1286180538    Created: 30 Oct 2017

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes            Cups/Day Equivalent: 4
Tobacco/e-cigs: none            PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT. States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago. Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old. Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks. Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused. Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

Anderson, Daniel Dennis    DOB: ▓ 1985 SSN: ***-**▓    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 531**

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

**Mental Status Exam:**
Appearance: Neatly groomed in civilian clothing.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: fair
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | U/L | (10.0-71.0) | |

| Hepatic Function Panel | Site/Specimen | | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | SERUM | 4.9 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 58 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 34 | U/L | (0-41) | |
| Aspartate Aminotransferase | SERUM | 24 | U/L | (0-40) | |
| Bilirubin | SERUM | 0.3 | mg/dL | (0.15-1.2) | |
| Bilirubin Direct | SERUM | <0.2 | mg/dL | (0.0-0.3) | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | |

| Basic Metabolic Panel | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) |
| Basophils BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | | Ref Rng |
| Borrelia burgdorferi Ab | | SERUM | Negative <i> | | (See-Below) | |

| | | | | | |
|---|---|---|---|---|---|
| Treponema pallidum Ab | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
| Treponema pallidum Ab | | SERUM | Negative <i> | (Negative) | |
| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng | |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| | | | | | |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| HIV-1/O/2 Ab | | SERUM | Negative <r> | | |

| | | | | | |
|---|---|---|---|---|---|
| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Vitamin B12 (Cobalamins) | | SERUM | 293 <i> pg/mL | (211-946) | |

| | | | | | |
|---|---|---|---|---|---|
| Homocysteine | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Homocysteine | | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) |

| | | | | | |
|---|---|---|---|---|---|
| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | | SERUM | 53 | U/L | (40-129) |
| Alanine Aminotransferase | | SERUM | 17 | U/L | (0-41) |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | |
| Urea Nitrogen | | SERUM | 13.8 | mg/dL | (6-20) |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | | SERUM | 29 | mmol/L | (22-29) |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | | SERUM | 20 | U/L | (0-40) |

| | | | | | |
|---|---|---|---|---|---|
| ETG/ETS, UA (250 Cut-Off) | | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
| Ethyl Glucuronide | | URINE | Negative <i> | ng/mL | Cutoff=250 |

| | | | | | |
|---|---|---|---|---|---|
| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng | |
| Amphetamines | URINE | NEGATIVE <i> | (Negative) | | |
| Barbiturates | URINE | NEGATIVE <i> | (Negative) | | |
| Benzodiazepines | URINE | NEGATIVE <i> | (Negative) | | |
| Cocaine | URINE | NEGATIVE <i> | (Negative) | | |
| Opiates | URINE | NEGATIVE <i> | (Negative) | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 533**

AR 0576

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated    [ x ] Low    [ x ] Intermediate    [ ] High

Harm to Others: [ ] Not Elevated    [x ] Low    [ ] Intermediate    [ ] High


**Diagnosis:**

Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**

Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient    [ ] Inpatient    [ ] IOP    [ ] Other:_____

Labs:  [ ] CBC    [ ] LFTs    [ x ] TSH    [ ] Chem 8    [ ] Lipids
[ ] Fasting Glucose    [ ] HCG    [ ] UDS    [ ] Vit B12    [ ] _____

Safety Plan:

[x  ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will engage in  pharmacotherapy, psychotherapy
Intervention: Continue Lexapro 20 mg po daily. Advised pt not to take lunesta 1-2 mg po qhs prn insomnia if he is sleeping well without it. Pt told not to take with alcohol or unisom. Counseled pt on risks/benefits and he consented to treatment.  Discussed sleep hygiene.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will minimize alcohol use
Intervention: have discussed adverse effects of alcohol on mood and sleep.  .Ordered GGT and LFTs. Continue naltrexone 50 mg po daily.   Have discussed ats referral. Pt self-referred in past and says he is not drinking as much as he was then and does not think he needs it now.  He agrees to try AA meetings, which he has already been to but has not found one where he feels a rapport yet.  Continue to monitor Measure:self-report, lab results

Therapy Type:
Not Set

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 534**

**Medical Record**

<u>Planned Frequency</u>: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x ] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed.  Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good   [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: one month
Referrals:pt had therapy intake with Dr Paul on 18NOV
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile:  **SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)?  **Yes**
Can Service Member perform MOS duties?  **Yes**

<u>A/P</u> Written by TOBAR,EDEN @ 02 Mar 2017 1244 EDT
**1. Generalized anxiety disorder:** Med management 30 minutes; psychotherapy 20 minutes
        Procedure(s):        -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
        Medication(s):       -ESCITALOPRAM--PO 20MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY #70 RF3 Ordered
                                  By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

<u>Disposition</u> Written by TOBAR,EDEN @ 02 Mar 2017 1244 EDT
**Released w/o Limitations**
**Follow up:** 6 to 8 week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

<u>Note</u> Written by TOBAR,EDEN @ 01 Mar 2017 0900 EST
**Additional A/P Information:**
Discontinued ESZOPICLONE--PO 1MG TAB - TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT AS NEEDED FOR SLEEP

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 02 Mar 2017 1244

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-*███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 535**

AR 0578

**Medical Record**

| Anderson, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**☐ DoD ID: 1286180538 | Created: 30 Oct 2017 |

*08 Feb 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R*

Encounter ID:     BETH-27327225     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **08 Feb 2017 0700 EST**
Clinic: **PSYCHOLOGY ASSESSMENT BE**

Appt Type: **SPEC**
Provider: **BENTON, JIKESHA R**

<u>AutoCites</u> Refreshed by BENTON, JIKESHA R @ 10 Feb 2017 1306 EST

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- no family history of malignant neoplasm of large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- paternal history of preliminary background HPI [use for free text] (Father)
- family medical history (General FHx)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of heart disease (General FHx)
- family history of mental illness (not retardation) (General FHx)
- no family history of cancer (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of chronic liver disease (General FHx)

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 1 WEEK, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF TOLERATED #0 RF3 | 2 of 3 | 01 Feb 2017 |
| ESCITALOPRAM OXALATE, 20 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF3 | 0 of 3 | 01 Feb 2017 |
| ESZOPICLONE, 1 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT AS NEEDED FOR SLEEP #0 RF1 | 1 of 1 | 04 Jan 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml | Active | | NR | 14 Oct 2016 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██ 1985 SSN: ***-**██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

SYRINGE

| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 2 of 2 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | NR | 05 Oct 2015 |

**Reason for Appointment:**
Dx Interview
**Appointment Comments:**
CAC

Note Written by BENTON,JIKESHA R @ 10 Feb 2017 1406 EST

 SM Merwin is as 31 year old, single, Caucasian, male, AD USN E-6 Cryptologist. SM was seen for a 1 hour clinical interview by LT Martinez on 02FEB17 under Dr.Benton's supervision. This writer engaged in 2 hours of chart review and 5 hours of psychological report preparation and writing.  A 1 hour feedback session was scheduled after the conclusion of the clinical interview. LT Martinez administered the MCMI-III, MMPI-2, and RISB on 02FEB17.

## Initial Impressions

Psychological testing results were consistent with the established diagnoses of Generalized Anxiety Disorder.  SM Merwin does not meet criteria for Borderline Personality Disorder.  SM Merwin endorsed anxious ruminative thoughts and stress caused by feelings of guilt.  SM Merwin's pattern of unstable relationships appears to be more in line with Schizoid personality traits that may have been adaptive at a young age in the context of his childhood physical and emotional abuse. SM Merwin exhibits a lack of interest in social relationships, a tendency towards a solitary lifestyle, emotional coldness, and apathy. Individuals with Schizoid traits may also demonstrate a rich, elaborate and exclusively internal fantasy world.  SM Merwin indicated he enjoys the fantasy world of movies and frequently finds himself daydreaming.

## Mental Status Exam

Mental status examination revealed an alert, fully oriented, appropriately dressed and groomed male who appeared his stated age.  SM Merwin presented with a pleasant mood and congruent affect. Throughout the session, SM Merwin's mood and affect appeared unchanged, even when discussing difficult or emotional topics. SM Merwin maintained appropriate eye contact throughout the session. SM Merwin was engaged in the interview and testing. His speech was normal in tone and rate. Cognition was grossly intact and abstraction was adequate. Recent and remote memory was intact. Thought process was clear and goal oriented. SM Merwin did not exhibit ideas of reference, paranoia, or delusions. There was no evidence of mania. Judgment and impulse control were good. No indication of psychomotor retardation or agitation. SM Merwin denied current suicidal or homicidal ideation, plans, or intent.

## Risk Assessment

SM Merwin has a history of suicidal ideation occurring approximately once a month since adulthood. His protective factors include his job, his hobby of creating video games, and wanting to find purpose in his life. SM Merwin has low social support, but this does not seem to be a significant stressor. SM Merwin does not have a history of attempts and denies access to lethal means. He denied current ideation, plan, or intent. SM Merwin is currently assessed at a mild risk for suicide, and should continue to be monitored by his healthcare providers.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 537**

AR 0580

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

**A/P** Written by BENTON,JIKESHA R @ 10 Feb 2017 1407 EST
**1. Generalized anxiety disorder**
      Procedure(s):         -Psychiatric Diagnostic Evaluation Comprehensive Examination x 1
                                 -Psychologic Testing And Report Administered By Physician x 8

**Disposition** Written by BENTON,JIKESHA R @ 10 Feb 2017 1407 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  BENTON, JIKESHA R** (Physician/Workstation) @ 10 Feb 2017 1407

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 538**

AR 0581

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-*-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *02 Feb 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R*

Encounter ID:     BETH-27275465     Primary Dx:          Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR BE**
Patient Status: **Outpatient**

Date: **02 Feb 2017 0800 EST**
Clinic: **PSYCHOLOGY ASSESSMENT BE**

Appt Type: **PROC**
Provider: **BENTON,JIKESHA R**

AutoCites Refreshed by BENTON,JIKESHA R @ 02 Feb 2017 1446 EST

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- no family history of malignant neoplasm of large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- paternal history of preliminary background HPI [use for free text] (Father)
- family medical history (General FHx)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of heart disease (General FHx)
- family history of mental illness (not retardation) (General FHx)
- no family history of cancer (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of chronic liver disease (General FHx)

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 1 WEEK, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF TOLERATED #0 RF3 | 2 of 3 | 01 Feb 2017 |
| ESCITALOPRAM OXALATE, 20 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF3 | 0 of 3 | 01 Feb 2017 |
| ESZOPICLONE, 1 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT AS NEEDED FOR SLEEP #0 RF1 | 1 of 1 | 04 Jan 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml | Active | | NR | 14 Oct 2016 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 539**

AR 0582

**Medical Record**

Anderson, Daniel Dennis      DOB: ████ 1985  SSN: ***-*████  DoD ID: 1286180538         Created: 30 Oct 2017

SYRINGE
PODOFILOX, 0.5 %, SOLUTION, TOPICAL      Active       APPLY TWICE A DAY FOR 3 2 of 2      24 Feb 2016
                                                       DAYS THEN STOP FOR 4
                                                       DAYS, REPEAT WEEKLY AS
                                                       NEEDED #0 RF2

AFLURIA 2015-2016 (FLU VACCINE TS2015-   Active       NR                                05 Oct 2015
16(5YR+)/PF), 45MCG/.5ML, SYRINGE,
INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml
SYRINGE


**Reason for Appointment:**
Generalized anxiety disorder
**Appointment Comments:**
mta

**Note** Written by BENTON,JIKESHA R @ 07 Feb 2017 1531 EST
**Reason for Visit**
    Visit for: Psychological Testing. Assessment time 5.5 hrs. PT denied any physical pain. He c/o'ed of issues w/ interpersonal
relationships. PT discussed his history of physical and emotional abuse by his father.  He was cooperative and no management
problem. The raw data can be found in room 7131. The report will be uploaded once complete.
**History of present illness**
    The Patient is a 31 year old male.
    He reported: Feeling numb; he appeared apathetic w/ a flat affect. Not thinking about suicide.  No homicidal thoughts, no
hallucinations, and not hearing voices when no one is talking.

Compliant with testing:  Y /
Oriented  X4  Y /
Risks reported to patient treatment team   NA/ none at this time
Provider follow-up scheduled  Y /
If yes date is:___scheduled for the Dx interview w/ 2 LT Hannah Martinez; the feedback session is pending.

**Subjective**
The patient was seen to discuss participation in a psychological evaluation requested by his provider. The purpose, nature and limits
of confidentiality were explained to the patient and all questions were answered.
**Tests**
He completed the RISB and the LNA.
**Laboratory Studies:**
Psychometric:
    Minnesota Multiphasic Personality Inventory (MMPI), Millon clinical multi-axial inventory, and projective administration of
psychologic test.


**A/P** Written by BENTON,JIKESHA R @ 07 Feb 2017 1541 EST
**1. Generalized anxiety disorder**
        Procedure(s):            -Psychologic Testing And Report Administered By Physician x 6 ADDITIONAL PROVIDER(S):
                                 MARTINEZ,HANNAH R

**Disposition** Written by BENTON,JIKESHA R @ 07 Feb 2017 1541 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Note** Written by BENTON,JIKESHA R @ 02 Feb 2017 1446 EST
**Consult Order**
**Referring Provider:**       PAUL, SHERIN
**Date of Request:**   08 Dec 2016
**Priority:**          Routine

**Provisional Diagnosis:**

Generalized anxiety disorder


**Reason for Request:**


Anderson, Daniel Dennis      DOB: ████ 1985  SSN: ***-**-████  DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 540**

AR 0583

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-*█████     DoD ID: 1286180538     Created: 30 Oct 2017

Diagnostic clarification. Patient has previous undocumented diagnoses of Borderline Personality Disorder and Reactive Attachment Disorder. Family history is signficant for Bipolar disorder. Patient presents with relational apathy and anxiety.

**Signed By BENTON, JIKESHA R** (Physician/Workstation) @ 07 Feb 2017 1541

**Medical Record**
Anderson, Daniel Dennis    DOB: ▓ 1985 SSN: ***-**▓    DoD ID: 1286180538    Created: 30 Oct 2017

### *01 Feb 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

| | | |
|---|---|---|
| Encounter ID: | BETH-27297932 | Primary Dx: | Generalized anxiety disorder |

Patient: **MERWIN, DANIEL DENNIS**    Date: **01 Feb 2017 1500 EST**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
F/U
**Appointment Comments:**
AAP

<u>Note</u> Written by PAUL,SHERIN @ 06 Feb 2017 0945 EST

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

| | |
|---|---|
| Patient Name: | Daniel Merwin |
| Patient last 4: | 0538 |
| Appt #: | Intake + 3 |
| Therapy time: | 60 minutes |
| E&M time: | 60 minutes |

### Identifying Data:        31-year-old, Single, Caucasian, Male

### Military Data:

| | | |
|---|---|---|
| Branch: | USN | |
| Rank: | PO1 | |
| MOS: | CTN | |
| TIS: | 11-years | |
| Deployments: | N/A | |
| Deployment Related: | | N/A |
| Trauma: | N/A | |
| WTU: | N/A | |
| MEB in progress: | N/A | |
| AdmSep in progress: | | N/A |
| Special Clearance: | Yes | |

## Presenting Problem:

Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

Anderson, Daniel Dennis    DOB: ▓ 1985 SSN: ***-**▓    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 542**

**Medical Record**

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

# SUBJECTIVE/OBJECTIVE

## Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

## Notes from Today's Session:
**Treatment modality currently used: Behavior Mod**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he has been reading through his mother's journals from his childhood. He stated that he feels reassured that his perceived experiences are in line with what actually happened. Patient and therapist discussed abusive home and abusive interactions that he had with his father. He expressed concern that he has become like his father in rigidity, emotional detachment, and isolation. However, patient agreed that he has a level of insight that his father does not. He expressed interest in working on these trends. He identified a goal for the week.

**Response to treatment:** [ ] None   **[ X ] Some**   [ ] Significant   [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in military uniform.  He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

# ASSESSMENT

## Diagnosis:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 543**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

Axis I:   Generalized Anxiety Disorder
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV: Financial stress, lack of social support
Axis V: 65

**Prognosis:** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
**Patient's capacity** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | No |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

History of Harm to Others:  No history of harm to others.

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 544**

**Medical Record**

Anderson, Daniel Dennis      DOB:      1985  SSN: ***-**-      DoD ID: 1286180538      Created: 30 Oct 2017

This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 15 November 2016
*Reviewed with patient on:* 15 November 2016
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress:**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
     Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

*Military Specific Interventions:*
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.

**Medical Record**

Anderson, Daniel Dennis    DOB: █ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **S1.**  Pt meets the retention standards of MANMED for fitness and suitability for continued service. Pt remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes

**A/P** Written by PAUL,SHERIN @ 06 Feb 2017 0946 EST
**1. Generalized anxiety disorder**
     Procedure(s):     -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 06 Feb 2017 0946 EST
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By PAUL, SHERIN** (Clinical Psychologist) @ 06 Feb 2017 0946

**Medical Record**

Anderson, Daniel Dennis     DOB: ██ 1985  SSN: ***-**-██     DoD ID: 1286180538     Created: 30 Oct 2017

### *01 Feb 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-27255467     Primary Dx:     Anxiety disorder, unspecified

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **01 Feb 2017 1130 EST**
Clinic: **PSYCHIATRY BE**

Appt Type: **FTR**
Provider: **TOBAR,EDEN T**

AutoCites Refreshed by TOBAR,EDEN @ 01 Feb 2017 1154 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
Vitals Written by NATHAN,YOGESWARI S @ 01 Feb 2017 1120 EST
BP: 131/82, HR: 66, RR: 16, HT: 5' 9", WT: 162 lbs, BMI: 23.92, BSA: 1.889 square meters, Tobacco Use: No, Alcohol Use: Yes,
Pain Scale: 0 Pain Free
**Comments:** Drinks 1-2 a week 3-4 drinks at atime.
No SX of fever or chills.

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
Vitals Written by NATHAN,YOGESWARI S @ 01 Feb 2017 1120 EST
BP: 131/82,   HR: 66,   RR: 16,   HT: 5' 9",   WT: 162 lbs,   BMI: 23.92,   BSA: 1.889 square meters,   Tobacco Use: No,
Alcohol Use: Yes,   Pain Scale: 0 Pain Free
**Comments:** Drinks 1-2 a week 3-4 drinks at atime.
No SX of fever or chills.

Note Written by TOBAR,EDEN @ 01 Feb 2017 1225 EST  .
**Followup Note**

Patient: Daniel Merwin          Gender:  M
DOB: ██ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #6
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**

| | | | |
|---|---|---|---|
| Branch: Navy | Rank: | MOS: CTN | TIS: 11 yrs |
| UIC: | Commander: NIOC Maryland | Unit Phone: 3016770217 | |
| Deployment Related? No | # Deployments: 1 | Months Deployed: 36 | |
| WTU: No | MEB: No | AdmSep: No | |
| Special Clearance: Yes | | Current PULHES: UNK | |

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes                    Work Colleague Problems: No

Anderson, Daniel Dennis     DOB: ██ 1985  SSN: ***-**-██     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page 547

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985 SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

Anger Problems: Yes                              Spouse/Sig Other Problems: No
Legal Problems: No                    Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                              Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None        Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Pt presents for his fifth appt with this provider.  At our last meeting we added naltrexone 50 mg po qam to reduce alcohol use. We also added lunesta 1-2 mg prn for sleep.  Today pt states he took the naltrexone for a week and found it helped him desire to drink less, but he was taking it at night and waking up frequently so he stopped taking it. He doesn't think the lunesta is helpful so hasn't been taking it. He has stopped drinking during the week and over the weekend drank four beers on Saturday night and two beers on Sunday. He stopped drinking caffeine two days ago. He has felt more awake and slept well last night. He asked his mother for a copy of her journal from the 1990s when he was a child, which she brought to today's appt. He states it is 357 pages.  He pointed out a few pages that indicate his father, who had custody of pt and his sisters, was physically abusive to pt and his sisters. Pt plans to show journal to Dr Paul later today. He has psychologic testing scheduled for tomorrow. He denies having nightmares about the journal.  He denies having suicidal thoughts since we last met.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted tapering off of Zoloft as he felt excessively sleepy on it. He returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his job with NIOC but but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them. He has poor sleep maintenance, often waking up between 0200-0400.  Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this. He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported

AR 0591

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL. Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min              Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | | 1-3 months ago |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions               [x ] Impulsivity
[x ] History of abuse                         [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                         [x ] Active treatment engagement
[ ] Good coping/problem solving skills        [x ] Hopefulness present
[ ] Faith/religion commitment                 [ ] Positive future orientation

**Allergies:** nkda

**Medications:** Lexapro 20 mg po daily, wellbutrin xl 300 mg po qam, unisom OTC

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 549**

**Medical Record**

Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes          Cups/Day Equivalent: 4
Tobacco/e-cigs: none          PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son' when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in civilian clothing.
Behavior/Orientation: Polite, and cooperative.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 550**

**Medical Record**

Anderson, Daniel Dennis    DOB:███ 1985  SSN: ***-*-███    DoD ID: 1286180538    Created: 30 Oct 2017

Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly dysphoric
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: fair
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Basic Metabolic Panel | | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | | SERUM | 99.8 | mL/min | (60->=60) |
| GFR Calculated Black | | SERUM | 115.4 <i> | mL/min | (60->=60) |

| CBC W/Diff | | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |

AR 0594

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM 170 | nmol/L    0-378 | | |

| HIV-1/O/2 Ab | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| HIV-1/O/2 Ab | SERUM Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Vitamin B12 (Cobalamins) | SERUM | 293 <i>    pg/mL | (211-946) | | |

| Homocysteine | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Homocysteine | SERUM 8.9 <i> | mcmol/L  (4.0-15.4) | | |

Comprehensive Metabolic Panel        Site/Specimen        16 Feb 2016 1430   Units        Ref Rng

| | | | | |
|---|---|---|---|---|
| Albumin  SERUM  4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) |
| Bilirubin  SERUM  0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) |
| Calcium  SERUM  9.7 | mg/dL | (8.6-10.2) | | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) |
| Chloride  SERUM  98 | mmol/L | (98-107) | | |
| Creatinine SERUM  0.96 | mg/dL | (0.7-1.2) | | |
| Glucose  SERUM  89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) |
| Protein  SERUM  7.6 | g/dL | (6.6-8.7) | | |
| Sodium  SERUM  141 | mmol/L | (136-145) | | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 02 Feb 2016 1406  Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative <i>        ng/mL  Cutoff=250 | |

Drug Abuse Screen Site/Specimen     02 Feb 2016 1406    Units        Ref Rng

| | | | | |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine  URINE | NEGATIVE <i> | | (Negative) | |
| Opiates  URINE | NEGATIVE <i> | | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated    [ x ] Low    [ x ] Intermediate    [ ] High
Harm to Others: [ ] Not Elevated    [x ] Low    [ ] Intermediate    [ ] High

**Diagnosis:**

Unspecified Anxiety Disorder, r/o PTSD; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 552**

AR 0595

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985 SSN: ***-**-███        DoD ID: 1286180538        Created: 30 Oct 2017

Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient    [ ] Inpatient    [ ] IOP    [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x  ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will engage in  pharmacotherapy, psychotherapy
Intervention: Continue Lexapro 20 mg po daily. Advised pt not to take lunesta 1-2 mg po qhs prn insomnia if he is sleeping well without it. Pt told not to take with alcohol or unisom.  Counseled pt on risks/benefits and he consented to treatment.  Discussed sleep hygiene.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will minimize alcohol use
Intervention: have discussed adverse effects of alcohol on mood and sleep.  .Ordered GGT and LFTs.  Encouraged pt to restart naltrexone 25 mg po daily for reduction in alcohol use x 1 week, then increase to 50 mg po daily, and take it in the morning..   Discussed ats referral.  Pt self-referred in past and says he is not drinking as much as he was then and does not think he needs it now.  He agrees to try AA meetings, which he has already been to but has not found one where he feels a rapport yet.  Continue to monitor
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan. Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good   [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: one month
Referrals:pt had therapy intake with Dr Paul on 18NOV

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 553**

AR 0596

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-█████     DoD ID: 1286180538     Created: 30 Oct 2017

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **SM has no duty restrictions necessitating a profile.** Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments. No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)? **Yes**
Can Service Member perform MOS duties? **Yes**

A/P Written by TOBAR,EDEN @ 01 Feb 2017 1227 EST
**1. Anxiety disorder, unspecified:** Med management 15 minutes; psychotherapy 15 minutes.
      Procedure(s):         -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
**2. Major depressive disorder, recurrent, unspecified**

**Disposition** Written by TOBAR,EDEN @ 01 Feb 2017 1228 EST
**Released w/o Limitations**
**Follow up:** 1 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By TOBAR, EDEN** (Physician/Workstation) @ 01 Feb 2017 1228

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-** ▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*04 Jan 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-26995185     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**     Date: **04 Jan 2017 1400 EST**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u

**Note** Written by PAUL,SHERIN @ 06 Jan 2017 1442 EST

# WR ADULT BEHAVIORAL HEALTH CLINIC
# FOLLOW-UP NOTE

| | |
|---|---|
| Patient Name: | Daniel Merwin |
| Patient last 4: | 0538 |
| Appt #: | Intake + 2 |
| Therapy time: | 60 minutes |
| E&M time: | 60 minutes |

**Identifying Data:**     31-year-old, Single, Caucasian, Male

**Military Data:**

| | | |
|---|---|---|
| Branch: | USN | |
| Rank: | PO1 | |
| MOS: | CTN | |
| TIS: | 11-years | |
| Deployments: | N/A | |
| Deployment Related: | | N/A |
| Trauma: | N/A | |
| WTU: | N/A | |
| MEB in progress: | N/A | |
| AdmSep in progress: | | N/A |
| Special Clearance: | Yes | |

**Presenting Problem:**

Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|------------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Behavior Mod**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he was contacted by psych testing regarding diagnosis clarification and he will follow through on scheduling appointment. Patient reported that he spent time with his mother's side of the family which was a positive experience. He stated that he learned a lot about his parent's early relationship. Therapist and patient processed his feelings about this. Patient recognized that throughout childhood, his experiences with his father shaped his behavior. He acknowledged keeping people away from him as he cannot contend with guilt or disappointing others. He stated that when he does engage with others it feels overwhelming because he goes above and beyond standards to make others happy. However, this has led to isolation as he does not want to risk disappointing others. Patient also identified rigidity of behavior, especially in regards to cleanliness, which is also an outdated defense mechanism from childhood. Therapist and patient discussed engaging in uncomfortable target behaviors to help ease rigidity and to encourage social development.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time. He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in military uniform. He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good. No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 556**

**Medical Record**

Anderson, Daniel Dennis      DOB:⬛ 1985  SSN: ***-*⬛      DoD ID: 1286180538      Created: 30 Oct 2017

## ASSESSMENT

### Diagnosis:
Axis I:    Generalized Anxiety Disorder
           Alcohol Abuse Disorder
Axis II:  Diagnosis defered on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support
Axis V:  65

*Prognosis:* ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
*Patient's capacity* to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the
treatment plan**

### Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | No |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |

Anderson, Daniel Dennis      DOB:⬛ 1985  SSN: ***-**⬛      DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 557**

AR 0600

Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High


## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 15 November 2016
*Reviewed with patient on:* 15 November 2016
*Does patient agree with plan?* Yes

**Problem #1** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress:**

**Problem #2** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 30 Oct 2017

*Military Specific Interventions:*
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **S1.** Pt meets the retention standards of MANMED for fitness and suitability for continued service.
Pt remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or
security clearance recommended at this time.

Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes

**A/P** Written by PAUL,SHERIN @ 06 Jan 2017 1443 EST
**1. Generalized anxiety disorder**
     Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 06 Jan 2017 1443 EST
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By PAUL, SHERIN** (Clinical Psychologist) @ 06 Jan 2017 1444

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

*04 Jan 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-26957487     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**     Date: **04 Jan 2017 0930 EST**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by TOBAR,EDEN @ 04 Jan 2017 1026 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
<u>Vitals</u> Written by TEKELENBURG,JAAP @ 04 Jan 2017 0947 EST
 BP: 138/99, HR: 89, RR: 14, T: 97.2 °F, Pain Scale: 0 Pain Free

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
<u>Vitals</u> Written by TEKELENBURG,JAAP @ 04 Jan 2017 0947 EST
 BP: 138/99,   HR: 89,   RR: 14,   T: 97.2 °F,   Pain Scale: 0 Pain Free

<u>Note</u> Written by TOBAR,EDEN @ 04 Jan 2017 1243 EST
**Followup Note**

Patient: Daniel Merwin        Gender:  M
DOB███1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #5
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy        Rank:            MOS: CTN        TIS: 11 yrs
UIC:        Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No      # Deployments: 1    Months Deployed: 36
WTU: No         MEB: No            AdmSep: No
Special Clearance: Yes            Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes
Anger Problems: Yes                    Work Colleague Problems: No
Legal Problems: No                     Spouse/Sig Other Problems: No
                                       Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 560

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Overall health reported as: Good
Pain Level (0-10): 0                              Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Pt presents for his fourth follow-up with this provider.  At our last meeting we added Wellbutrin xl 150 mg
po qam to target mood at his request as his mother and sister take it and find it helpful. Today pt states
he continued to feel tired on it so started taking it at night about a week. He has had disrupted sleep. He
has also continued to drink 3-4 drinks 3-4 nights per week. He didn't drink any alcohol over Christmas as
he was visiting his relatives who don't drink, but drank 18 Corona beers over the four-day New Year's
holiday (he did not have to work).  Discussed with pt he shouldn't be drinking while taking his medications
as they won't work while on alcohol, and his fatigue and sleep disturbance could be caused by his
drinking. He acknowledges this though also states he drinks to help him sleep because he can't turn his
mind off at night.  Discussed he should not take Wellbutrin at night as this will also impair his sleeping.
Noted increased phq9 and gad7 scores. He thinks he feels more anxious since starting Wellbutrin so we
agreed to stop it.  His work is going well. Dr Paul referred him for psychologic testing but he missed the
phone call to make the appt. He plans to call back to schedule it. His abdominal pain has improved.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously
seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety
disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns
to treatment today because he has been experiencing increased stress and mood swings.  He also states
he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual
diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these
diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the
morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his
job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his
crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports
struggling with irritability and says when he was stationed on a ship he often felt angry due to being in
close proximity to other people , and got into three fights and broke his hand while on the ship.  He is
concerned about being like his father, whom he states was often angry and physically disciplined pt when
he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he
dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been
dating someone for three months and would like to break up with them.  He has poor sleep maintenance,
often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.' He doesn't recall
dreaming. He enjoys painting, making bread, and cooking. He also loves programming and says he can
say up for days working on this as he has a side business doing this. He admits to $36,000 in credit card
debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he
owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at
work. He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time
this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to
juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days

AR 0604

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min                    Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 – Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                              Yes
Over lifetime, Suicidal Thoughts?                                            Yes
Over lifetime, Suicidal Thoughts with Method?          Yes
Over lifetime, Suicidal Intent?                                               Yes
Over lifetime, Suicide Intent with Specific Plan?       Yes
Over lifetime, Suicide Behavior?                                 Yes          Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                       1-3 months ago
Suicidal Thoughts Duration?                                              Less than 1 hour
Suicidal Thought Frequency?                                            Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                          [ ] History of family/friend suicide
[ ] Chronic medical conditions       [ x ] Impulsivity
[x ] History of abuse                       [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                        [x ] Active treatment engagement
[ ] Good coping/problem solving skills   [x ] Hopefulness present
[ ] Faith/religion commitment          [ ] Positive future orientation

**Allergies:**nkda

**Medications:** Lexapro 20 mg po daily, wellbutrin xl 300 mg po qam, unisom OTC

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 562**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-*-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
   Neurotic excoriation (scalp picking when anxious)
   Asthma during childhood
   Allergic response to pets
   Recurrent intestinal pain (possibly lactose intolerance)
   PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes          Cups/Day Equivalent: 4
Tobacco/e-cigs: none        PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in civilian clothing.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly dysphoric
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: fair

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 563**

**Medical Record**

Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Basic Metabolic Panel | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | | SERUM | Negative <i> | (See-Below) | |

| Treponema pallidum Ab | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███  1985  SSN: ***-**-████  DoD ID: 1286180538      Created: 30 Oct 2017

| Homocysteine | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| Homocysteine | SERUM 8.9 <i> | mcmol/L (4.0-15.4) | | |

| Comprehensive Metabolic Panel | | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | | SERUM 53 | U/L | (40-129) | | |
| Alanine Aminotransferase | | SERUM 17 | U/L | (0-41) | | |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | | SERUM 13.8 | mg/dL | (6-20) | | |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) | | |
| Carbon Dioxide | | SERUM 29 | mmol/L | (22-29) | | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | | SERUM 4.4 | mmol/L | (3.5-5.1) | | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | | |
| Anion Gap | | SERUM 14 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | | SERUM 105.6 | mL/min | (60->=60) | | |
| GFR Calculated Black | | SERUM 122.1 <i> | mL/min | (60->=60) | | |
| Aspartate Aminotransferase | | SERUM 20 | U/L | (0-40) | | |

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE Negative <i> | ng/mL | Cutoff=250 | |

| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | (Negative) | |
| Benzodiazepines | URINE | NEGATIVE <i> | (Negative) | |
| Cocaine | URINE | NEGATIVE <i> | (Negative) | |
| Opiates | URINE | NEGATIVE <i> | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | (Negative) | |
| Cannabinoids | URINE | NEGATIVE <i> | (Negative) | |
| Methadone | URINE | NEGATIVE <i> | (Not-Detected) | |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High

Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High

**Diagnosis:**

Unspecified Anxiety Disorder, r/o GAD; r/o PTSD; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**

Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

AR 0608

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will engage in  pharmacotherapy, psychotherapy
Intervention: discontinue Wellbutrin xl by tapering back down from 300 mg to 150 mg po qam x 3 days, then stopping.  Continue Lexapro 20 mg po daily. May start lunesta 1-2 mg po qhs prn insomnia to address racing thoughts at night, with plan for short term use. Pt told not to take with alcohol or unisom. Counseled pt on risks/benefits and he consented to treatment.  Discussed sleep hygiene.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will minimize alcohol use
Intervention: discussed adverse effects of alcohol on mood and sleep.  .Ordered GGT and LFTs.  Start naltrexone 25 mg po daily for reduction in alcohol use x 1 week, then increase to 50 mg po daily if tolerated.   Discussed ats referral.  Pt self-referred in past and says he is not drinking as much as he was then and does not think he needs it now.  He agrees to try AA meetings, which he has already been to but has not found one where he feels a rapport yet.  Continue to monitor
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent     [ ] Good    [ ] Fair    [ ] Guarded    [ ] Poor
Follow-up: one month
Referrals:pt had therapy intake with Dr Paul on 18NOV
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile:  **SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 566**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)? **Yes**
Can Service Member perform MOS duties? **Yes**

A/P Written by TOBAR,EDEN @ 04 Jan 2017 1245 EST
**1. Generalized anxiety disorder**: Medication management 30 minutes; psychotherapy 15 minutes

| | |
|---|---|
| Procedure(s): | -Psych Ther Indiv Approx 45 Min W/ Medical Evaluation & Management x 1 |
| Medication(s): | -ESZOPICLONE--PO 1MG TAB - TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT AS NEEDED FOR SLEEP #30 RF1 Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T -NALTREXONE--PO 50MG TAB - T1/2 TABLET BY MOUTH EVERY DAY FOR 1 WEEK, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF TOLERAT #30 RF3 Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T |
| Laboratory(ies): | -G-GLUTAMYL TRANSFERASE (Routine) Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T; HEPATIC FUNCTION PANEL (Routine) Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T |

**Disposition** Written by TOBAR,EDEN @ 04 Jan 2017 1246 EST
**Released w/o Limitations**
**Follow up:** 1 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TOBAR,EDEN @ 04 Jan 2017 1055 EST
**Additional A/P Information:**
Discontinued buPROpion XL--PO 150MG TBER 24H - TAKE ONE TABLET BY MOUTH EVERY MORNING FOR 1 WEEK, THEN INCREASE TO TWO TABLETS BY MOUTH EVERY MORNING IF TOLERATED

**Signed By TOBAR, EDEN** (Physician/Workstation) @ 04 Jan 2017 1246

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 567**

**Medical Record**

Anderson, Daniel Dennis     DOB:████ 1985  SSN: ***-**-████  DoD ID: 1286180538     Created: 30 Oct 2017

*06 Dec 2016 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-26743398     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**          Date: **06 Dec 2016 0900 EST**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**         Clinic: **PSYCHIATRY BE**                Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
jc

<u>Note</u> Written by PAUL,SHERIN @ 08 Dec 2016 1424 EST
# WR ADULT BEHAVIORAL HEALTH CLINIC
# FOLLOW-UP NOTE

Patient Name:       Daniel Merwin
Patient last 4:     0538
Appt #:             Intake + 1
Therapy time:       60 minutes
E&M time:           60 minutes

## Identifying Data:          31-year-old, Single, Caucasian, Male

## Military Data:
Branch:                 USN
Rank:                   PO1
MOS:                    CTN
TIS:                    11-years
Deployments:            N/A
Deployment Related:             N/A
Trauma:                 N/A
WTU:                    N/A
MEB in progress:        N/A
AdmSep in progress:             N/A
Special Clearance:      Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

Anderson, Daniel Dennis     DOB:████ 1985  SSN: ***-**-████  DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 568**

**Medical Record**

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

# SUBJECTIVE/OBJECTIVE

## Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|------------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

## Notes from Today's Session:
**Treatment modality currently used: Supportive**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He stated that he visited his family recently and confirmed that both his grandmother and mother were diagnosed with Bipolar Disorder. He stated that his mother at least has been treated with Wellbutrin in the past. Patient's two other sisters also have been diagnosed with Depression and Bipolar disorder. Therapist and patient discussed patient's diagnosis and find that a referral to psychological testing is warranted to clarify diagnosis. Further conversation focused on patient's perfectionism and difficulty with emotional/relational/physical intimacy.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in military uniform.  He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

# ASSESSMENT

## Diagnosis:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED. **Page 569**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

Axis I:   Generalized Anxiety Disorder
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support
Axis V:   65

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:
*Non-Modifiable Factors:*

| | | |
|---|---|---|
| Gender (risk factor if male): | | Yes |
| H/O Suicide Attempts: | | Yes – twice in adolescence |
| Organized Plan: | No | |
| Chronic Psychiatric Disorder: | | Yes |
| Recent Psychiatric Hospitalization: | No | |
| H/O Abuse or Trauma: | | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No | |
| Family H/O Suicide/Attempts: | | Yes – both sisters have attempted |
| Other Recent Loss: | No | |
| Chronic Pain: | No | |
| Age (risk factor if <25 or >60): | No | |

*Modifiable:*

| | | |
|---|---|---|
| Suicidal Ideation/Plans/Intent: | | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No | |
| Access to Lethal Means: | No | |
| Poor Treatment Compliance: | | No |
| Hopelessness: | Yes | |
| Psychic Pain/Anxiety: | Yes | |
| Acute Event: | No | |
| Insomnia: | No | |
| Low Self-Worth: | No | |
| Impulsivity: | Yes | |
| Substance Abuse: | | Yes, previously |
| Financial Stress: | | Yes |
| Legal Stress: | No | |

*Protective:*

| | | |
|---|---|---|
| Strong Therapeutic Alliance: | | Yes |
| Positive Coping Skills: | Yes | |
| Responsible to/for Family: | No | |
| Responsible to/for Pet: | | |
| Frustration Tolerance | Limited | |
| Resilience: | Yes | |
| Good Reality Testing: | Yes | |
| Amenable to Treatment: | Yes | |
| Social Support: | No | |
| Religious Beliefs Contrary to Suicide: | | |

History of Harm to Others:  No history of harm to others.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 570**

AR 0613

**Medical Record**

This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations:_____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 15 November 2016
*Reviewed with patient on:* 15 November 2016
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress:**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
    Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

*Military Specific Interventions:*
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 571

AR 0614

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **S1.** Pt meets the retention standards of MANMED for fitness and suitability for continued service. Pt remains world-wide qualified and cleared for any TDY or deployments. No alterations to duty status or security clearance recommended at this time.

Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes

**A/P** Written by PAUL,SHERIN @ 08 Dec 2016 1427 EST
**1. Generalized anxiety disorder**
    Procedure(s):    -Psychiatric Therapy Individual Approximately 60 Minutes x 1
    Consult(s):      -Referred To: PSY DIAGNOSTIC TESTING MTF BE (Routine) Specialty: PSYCHOLOGY Clinic:
                        PSYCHOLOGY ASSESSMENT BE Provisional Diagnosis: Generalized anxiety disorder Order Date:
                        12/08/2016 14:26

**Disposition** Written by PAUL,SHERIN @ 08 Dec 2016 1427 EST
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Administrative Options:** Consultation requested
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By PAUL, SHERIN** (Clinical Psychologist) @ 08 Dec 2016 1427

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 572**

AR 0615

### *05 Dec 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

| | | |
|---|---|---|
| Encounter ID: | BETH-26690229  Primary Dx: | Major depressive disorder, recurrent, unspecified |

Patient: **MERWIN, DANIEL DENNIS**          Date: **05 Dec 2016 1000 EST**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 05 Dec 2016 1040 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
No Vitals Found.

**Appointment Comments:**
etl/phq9/gad7

**Note** Written by TOBAR,EDEN @ 05 Dec 2016 1557 EST
**Followup Note**

Patient: Daniel Merwin          Gender:  M
DOB: ████ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and signature was obtained.
Appointment #4
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy          Rank:          MOS: CTN          TIS: 11 yrs
UIC:          Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No          # Deployments: 1     Months Deployed: 36
WTU: No          MEB: No          AdmSep: No
Special Clearance: Yes          Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes          Work Colleague Problems: No
Anger Problems: Yes          Spouse/Sig Other Problems: No
Legal Problems: No          Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0          Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 573**

**Medical Record**

Anderson, Daniel Dennis    DOB:███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

Harm Others Risk over next week as of 9/6/2016 - None    Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Pt presents for his third follow-up with this provider. At our last meeting we increased his Lexapro to 20 mg po daily to target anxiety/irritability. Today he states he has not had suicidal thoughts since our last meeting. He has felt more tired since increasing the Lexapro. Two days ago he switched it to night time dosing . He started taking unisom last night for sleep as he was waking up frequently, and slept well on it. He just returned from visiting his family (grandmother, mother and sister) in California. He found out GM and mother have bipolar disorder and sister has depression> they all take Wellbutrin and find it helpful. He started seeing Dr Paul and has a follow up with her tomorrow. He is drinking 3 drinks (beers) around 3-4 nights per week. He plans to stop drinking during the week now. He continues to have ongoing abdominal pain and is seeing GI about this.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings. He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but but finds it stressful juggling his collateral duties. He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out. He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship. He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times. He doesn't like being touched. He finds when he dates someone he experiences no empathy for them, or becomes easily irritable. He states he has been dating someone for three months and would like to break up with them. He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.' He doesn't recall dreaming. He enjoys painting, making bread, and cooking. He also loves programming and says he can say up for days working on this as he has a side business doing this. He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work. He feels guilty when he gets angry. He has had suicidal thoughts throughout his life. The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL. Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score

Anderson, Daniel Dennis    DOB:███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 574**

AR 0617

**Medical Record**

Anderson, Daniel Dennis     DOB:█ 1985  SSN: ***-**-█     DoD ID: 1286180538     Created: 30 Oct 2017

**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min          Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                      Yes
Over lifetime, Suicidal Thoughts?                                    Yes
Over lifetime, Suicidal Thoughts with Method?        Yes
Over lifetime, Suicidal Intent?                                      Yes
Over lifetime, Suicide Intent with Specific Plan?    Yes
Over lifetime, Suicide Behavior?                          Yes       Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                  1-3 months ago
Suicidal Thoughts Duration?                                          Less than 1 hour
Suicidal Thought Frequency?                                          Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions               [ x ] Impulsivity
[x ] History of abuse                        [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                        [x ] Active treatment engagement
[ ] Good coping/problem solving skills       [x ] Hopefulness present
[ ] Faith/religion commitment                [ ] Positive future orientation

**Allergies:** nkda

**Medications:** Lexapro 20 mg po daily, unisom OTC

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
     Neurotic excoriation (scalp picking when anxious)
     Asthma during childhood
     Allergic response to pets
     Recurrent intestinal pain (possibly lactose intolerance)

Anderson, Daniel Dennis     DOB:█ 1985  SSN: ***-**-█     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 575**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes          Cups/Day Equivalent: 4
Tobacco/e-cigs: none          PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son' when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly dysphoric
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: wnl
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data
| Basic Metabolic Panel | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 576**

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓ 1985  SSN: ***-**-▓     DoD ID: 1286180538     Created: 30 Oct 2017

| | | | | | |
|---|---|---|---|---|---|
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | | (12.8-17.7) | |
| Hematocrit | BLOOD | 44.4 | % | | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | | (162-427) | |
| MPV | BLOOD | 9.0 | fL | | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | | (0.3-7.1) | |
| Basophils | BLOOD | 0.4 | % | | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L  0-378 | | |

| HIV-1/O/2 Ab | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |

Anderson, Daniel Dennis     DOB: ▓ 1985  SSN: ***-**-▓     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 577**

**Medical Record**

Anderson, Daniel Dennis    DOB: █ 1985 SSN: ***-**█    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| Bilirubin   SERUM | 0.4 | mg/dL | (0.15-1.2) | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) |
| Calcium  SERUM | 9.7 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) |
| Chloride   SERUM | 98 | mmol/L | (98-107) | |
| Creatinine SERUM | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose   SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) |
| Protein    SERUM | 7.6 | g/dL | (6.6-8.7) | |
| Sodium   SERUM | 141 | mmol/L | (136-145) | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

| | | | | | |
|---|---|---|---|---|---|
| ETG/ETS, UA (250 Cut-Off) | | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| | | | | | |
|---|---|---|---|---|---|
| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng | |
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) | |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) | |
| Cocaine   URINE | NEGATIVE <i> | | (Negative) | | |
| Opiates   URINE | NEGATIVE <i> | | (Negative) | | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) | |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) | |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) | |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) | |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**

Unspecified Anxiety Disorder, r/o GAD; r/o PTSD; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**

Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will engage in pharmacotherapy, psychotherapy
Intervention: will add Wellbutrin xl 150 mg po qam x 1 week, then increase to 300 mg po qam if tolerated/ efficacious. Continue Lexapro 20 mg po daily. Consider taper down on dose due to side effects if Wellbutrin tolerated/effective. Discussed possible interaction with unisom and Lexapro. Counseled pt on risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use
Objective: pt will minimize alcohol use
Intervention: discussed adverse effects of alcohol on mood and sleep. Pt insists he is cutting back. Continue to monitor. Consider ats referral.
Measure:self-report

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
[ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x] verbal agreement to the treatment plan

Medication: Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan. Patient told to abstain from ETOH, drugs of abuse, and OTC remedies. If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good    [ ] Fair    [ ] Guarded    [ ] Poor
Follow-up: one month
Referrals:pt has therapy intake with Dr Paul on 18NOV
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **SM has no duty restrictions necessitating a profile.** Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments. No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)? **Yes**
Can Service Member perform MOS duties? **Yes**

**Lab Result** Cited by TOBAR,EDEN @ 28 Sep 2016 2152 EDT

| Thyroid Stimulating Hormone | Site/Specimen | 06 Sep 2016 0923 | Units | Ref Rng |
|---|---|---|---|---|
| Thyrotropin | SERUM | 2.500 <i> | mcIU/mL | (0.27-4.2) |
| **Thyroxine Free** | **Site/Specimen** | **06 Sep 2016 0923** | **Units** | **Ref Rng** |
| Thyroxine Free | SERUM | 1.28 <i> | ng/dL | (0.93-1.7) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 579**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**A/P** Written by TOBAR,EDEN @ 05 Dec 2016 1558 EST
**1. Major depressive disorder, recurrent, unspecified**
      Procedure(s):       -Psych Ther Indiv Approx 60 Min W/ Medical Evaluation & Management x 1
      Medication(s):       -buPROpion XL--PO 150MG TBER 24H - TAKE ONE TABLET BY MOUTH EVERY MORNING FOR 1
                               WEEK, THEN INCREASE TO TWO TABLETS BY MOUTH EVERY MORNI #60 RF1 Ordered By:
                               TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

**Disposition** Written by TOBAR,EDEN @ 05 Dec 2016 1558 EST
**Released w/o Limitations**
**Follow up:** 1 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By TOBAR, EDEN** (Physician/Workstation) @ 05 Dec 2016 1559

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 580**

AR 0623

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-*██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *28 Nov 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C*

Encounter ID:      BETH-26612374      Primary Dx:      Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**          Date: **28 Nov 2016 1243 EST**          Appt Type: **T-CON***
Treatment Facility: **WALTER REED**          Clinic: **GI CL BE**          Provider: **COPSEY,HELEN C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**          Call Back Phone: ████████

**Reason for Telephone Consult:**Written by COPSEY,HELEN C @ 28 Nov 2016 1243 EST
Pt email

**S/O Note** Written by COPSEY,HELEN C. @ 28 Nov 2016 1243 EST
**Subjective**
Hi Daniel,Great insight- there is certainly a relationship between IBS and mentalhealth. That's why we call your gut your "second brain". It sounds like you'vestarted to make some progress and I'm more than happy to meet with you againto talk about next steps in your care. Please let me know if you need anyassistance setting up another appointment. In the meantime, if you've alreadystopped dairy and Splenda and are looking for more ways to modify your diet,you may consider choosing low fodmap foods (see attached sheet). It may giveyou a bit more flexibility than just meat/potatoes.-Helen-----Original Message-----From: daniel.d.merwin [mailto:daniel.d.merwin@gmail.com]Sent: Friday, November 25, 2016 2:09 PMTo: Copsey, Helen C CTR (US)Subject: [Non-DoD Source] RE: Follow-Up - PainI probably will schedule a follow up soon. I have more food log completed. Ialso wanted to bring up important information I learned more extensively aboutrecently. I am being treated for mental disorders. My family mom, grandma,great grandma, sister have mental health issues and IBS-D/C. Which made melook for association between mental health and IBS and see some papers havebeen written on it. Anyways I have been eating mostly meat and potatoes fornow because its really the only safe food so far and really needed a breakfrom the pain ans diarrhea. I still have diarrhea half the week but no pain onmeat and potato diet.- Daniel Merwin

**A/P** Last Updated by COPSEY,HELEN C @ 28 Nov 2016 1243 EST
**1. Irritable bowel syndrome with diarrhea**

**Disposition** Last Updated by COPSEY,HELEN C @ 28 Nov 2016 1243 EST
**Follow up:** in the GI CL BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  COPSEY, HELEN C** (PA-C, MSHS, WRAMC- GI Clinic) @ 28 Nov 2016 1243

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 581**

AR 0624

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*15 Nov 2016 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-26519450    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**       Date: **15 Nov 2016 1300 EST**       Appt Type: **SPEC**
Treatment Facility: **WALTER REED**       Clinic: **PSYCHIATRY BE**            Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
spec

Note Written by PAUL,SHERIN @ 16 Nov 2016 1451 EST
## WR ADULT BEHAVIORAL HEALTH CLINIC INTAKE NOTE

Patient Name:        Daniel Merwin
Patient last 4:      0538
Appt type:  **[X ] Initial Eval**    [ ] Command-Directed    [ ] Special Duty Screen       [ ] Admin
Eval
Referred by:        Dr. Tobar

*Limits of Confidentiality and clinic no-show policy reviewed with Patient, Patient verbally acknowledged understanding, and signature was obtained.*

**IDENTIFYING DATA:** 31-year-old, Single, Caucasian, Male

**MILITARY DATA:**
| | |
|---|---|
| Branch: | USN |
| Rank: | PO1 |
| MOS: | CTN |
| TIS: | 11-years |
| Deployments: | N/A |
| Deployment Related: | N/A |
| Trauma: | N/A |
| WTU: | N/A |
| MEB in progress: | N/A |
| AdmSep in progress: | N/A |
| Special Clearance: | Yes |

**CHIEF COMPLAINT:** The patient reports the following problems/difficulties:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-████   DoD ID: 1286180538       Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.       **Page 582**

AR 0625

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538     Created: 30 Oct 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

**Pt reports the following additional issues:**

| Work Performance Issues: Yes | Spouse/Sig Other Problems: No |
|---|---|
| Work Colleague Problems: No | Legal Problems: No |
| Anger Problems: Yes | Financial Problems: Yes |
| Overall level of difficulty in work, home, social functioning: Very difficult | |

**Behavioral Health Vitals (patient reported):**

| Overall health reported as: Good |
|---|
| Pain Level (0-10): 0 |
| Is pain currently treated: not answered |
| Difficulty in work, home, social functioning: Very difficult |

Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

## HISTORY OF PRESENT ILLNESS:

Patient identified that depressive and anxiety symptoms originated in childhood. Patient stated that because of an abusive home environment, patient was always anxious about getting in trouble with his father. Patient revealed that he attempted suicide 2 x during his adolescence by attempting to over dose on Aspirin once and drinking a significant quantity of alcohol on another occasion. He did not suffer any significant consequences from these attempts and never reported it to others.

## PSYCHIATRIC ROS:

*SM reports the following self-reported items on screening before appt:*

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ2 | DEPRESSION SCREENER | 2 | Depressive Syndrome Unlikely |
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD2 | ANXIETY SCREENER | 5 | Anxiety Syndrome Possible, see GAD7 |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 583**

AR 0626

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |
| 9/6/2016 | AUDIT-C | ALCOHOL SCREENER | 6 | Hazardous drinking possible, see full AUDIT when available |
| 9/6/2016 | AUDIT | ALCOHOL | 13 | Harmful or Hazardous Alcohol Consumption likely |
| 9/6/2016 | CSI | RELATIONSHIP ISSUES | N/A | Pt reports no significant other - no score |

**TBI/CONCUSSION SCREEN (Negative Screen):** 9/6/2016

**SLEEP ISSUES:** ISI ()

| Hours of sleep per night: 6-7 | Snores: No |
| Sleep latency: 0-15min | Daytime Somnolence: Yes |

**C-SSRS BASELINE** (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| Over lifetime, Wish to be Dead? | Yes |
| Over lifetime, Suicidal Thoughts? | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes |
| Over lifetime, Suicidal Intent? | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes |
| Over lifetime, Suicide Behavior? | Yes |
| Number of events? | 3 |
| *Most recent Suicidal Thoughts/Behaviors?* | *1-3 months ago* |
| *Suicidal Thoughts Duration?* | *Less than 1 hour* |
| *Suicidal Thought Frequency?* | *Less than once a week* |

**RISK ASSESSMENT:**

*Non-Modifiable Factors:*

Gender (risk factor if male):        Yes
H/O Suicide Attempts:        Yes – twice in adolescence
Organized Plan:        No
Chronic Psychiatric Disorder:        Yes
Recent Psychiatric Hospitalization:        No
H/O Abuse or Trauma:        Yes – sexual abuse as a child
Chronic Physical Illness:        No
Family H/O Suicide/Attempts:        Yes – both sisters have attempted
Other Recent Loss:        No
Chronic Pain:        No

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 584**

AR 0627

| | |
|---|---|
| Age (risk factor if <25 or >60): | No |

**Modifiable:**

| | | |
|---|---|---|
| Suicidal Ideation/Plans/Intent: | | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No | |
| Access to Lethal Means: | No | |
| Poor Treatment Compliance: | | No |
| Hopelessness: | Yes | |
| Psychic Pain/Anxiety: | Yes | |
| Acute Event: | No | |
| Insomnia: | No | |
| Low Self-Worth: | No | |
| Impulsivity: | Yes | |
| Substance Abuse: | | Yes, previously |
| Financial Stress: | | Yes |
| Legal Stress: | No | |

**Protective:**

| | | |
|---|---|---|
| Strong Therapeutic Alliance: | | TBD |
| Positive Coping Skills: | Yes | |
| Responsible to/for Family: | No | |
| Responsible to/for Pet: | | |
| Frustration Tolerance | Limited | |
| Resilience: | Yes | |
| Good Reality Testing: | Yes | |
| Amenable to Treatment: | Yes | |
| Social Support: | No | |
| Religious Beliefs Contrary to Suicide: | | |

History of Harm to Others: No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High

## DEVELOPMENTAL/SOCIAL HISTORY:

Patient was born in California. He is the oldest of 3 children born to his parents. He has 2 younger sisters. Patient stated that his parents separated when he was 3 years-of-age. His father was awarded primary custody of the children, which patient feels was done through his father's manipulations.  Notably, patient reports both parents were physical in managing his younger sister's behavioral outburst and often left bruises on her. His father re-married when he was 8-years old and then remarried again when patient was 18.  Patient had visitation with his mother as a child but noted that these visitations were often disrupted by his younger sister's behavioral outbursts. Patient stated that he was frequently scared as a child. He stated that his dad was always angry and yelling at someone. Patient stated that he tried hard to do everything correctly to avoid his dad's attention. He recalled trying to stay in his room as much as possible to avoid the overall family environment. Patient also reported that his father kept pets in the house despite significant exacerbation of his asthma that required medical intervention frequently. The patient and his family participated in intermittent family counseling but patient did not find it to be beneficial as they frequently changed therapists when his dad was displeased. Patient has had limited contact with his mother since leaving the home at 18. He recalls 6/7 visits in the past 15-years. However, he is working on rebuilding the relationship. Patient is currently estranged from his father and has not

Anderson, Daniel Dennis      DOB: ▮ 1985  SSN: ***-**-▮      DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 585**

AR 0628

**Medical Record**

| Anderson, Daniel Dennis | DOB:▮ 1985 SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

interacted with him in the past 2-years. Prior to that, they saw each other 4 times in the past 15-years. Patient feels closest with his youngest sister because they have more shared experiences. However, he does not describe a strong relationship with her either. Notably, patient stated that he recently started recalling memories of sexual molestation by a paternal cousin in his early childhood (ages 6-12). He stated that the abuse stopped after the family moved from California to New Jersey.

The patient reported that he was teased by his peers for being underweight and because his clothes smelled like mildew as his parent's didn't properly do laundry. However, he was an excellent runner and gained positive experiences by participating in track and cross country. He stated that he struggled academically because he had difficulty learning and keeping focus. He acknowledged that he day dreamed a lot through school and didn't do his homework. However, patient graduated with a 2.2 GPA on time. After graduation, patient moved to Pennsylvania to get away from his home environment. He attempted 1 and ½ semesters at Allentown Business School (now closed) prior to dropping out. Patient worked at McDonald's and T-Mobile for 2 years prior to enlisting. Patient stated that he liked the Navy initially but finds the structure constricting at this point. Patient acknowledged that he likes what he does and is hoping to eventually build his own company developing video games.

Patient stated that he is currently in a romantic relationship but is dissatisfied. He stated that he does not ever feel close or connected to other people stating "I don't care about anyone except maybe my little sister". He described having significant difficulty experiencing empathy for others and described himself as selfish. He acknowledged that even the kind things he does for others is motived by self-interest. He stated that he has tried to end the relationship with his current partner but she continues to dissuade him.

## PAST PSYCHIATRIC HISTORY:
- August – October 2014: Individual Therapy w. Linda Nielsen
- March-April 2015: Inpatient Substance Abuse treatment at Ft. Belvoir
- April 2015- February 2016: Medication Management w. Dr. Zembruska
- September 2016- Present: Medication Management w. Dr. Tobar

## FAMILY PSYCHIATRIC HISTORY:
- Maternal Grandmother: Bipolar
- Sister: Bipolar, Substance Abuse

## SUBSTANCE USE:

| Caffeine Use: Yes | Cups/Date Equivalent: 4 |
| Tobacco/e-cigs: none | Packs/Date Equivalent: N/A |
| Alcohol: 2-3 glasses 2-3 x weekly | |
| Illicit drug use: denied | |

Previous substance abuse tx:  30-days Inpatient program at Ft. Belvoir in 2014

## MEDICAL/SURGICAL HISTORY:
*Taken from Dr. Tobar's AHLTA Note Dated 24 October 2016*
    Penile warts (HPV)
- Neurotic excoriation (scalp picking when anxious)
- Asthma during childhood
- Allergic response to pets
- Recurrent intestinal pain (possibly lactose intolerance)
- PRK (2011)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 586**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## CURRENT MEDICATIONS:
- Lexapro 20mg po daily

## MENTAL STATUS EXAM:
Patient was alert and oriented to person, place, and time. He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in military uniform. He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good. No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

## DIAGNOSTIC IMPRESSION DISCUSSION:

Axis I:   Generalized Anxiety Disorder
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support
Axis V:   65

**Prognosis:** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
**Patient's capacity** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## TREATMENT PLAN:

**Setting: (X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

**Safety Plan:**
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

**Treatment Team:**
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

**Problem #1** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9

**Problem #2** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 587**

AR 0630

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538        Created: 30 Oct 2017

Measure: GAD-7

*Patient Strengths: Motivated for treatment, insight, positive coping skills*

*Intervention Types planned:*
Interpersonal Therapy ( )
**Cognitive Behavioral Therapy (X)**
Acceptance & Commitment Therapy ( )
Behavioral Therapy ( )
Problem-Solving Therapy ( )
Cognitive Processing Therapy ( )
Prolonged Exposure ( )
Group Psychotherapy ( )
Family/Couples Therapy ( )
Medication Management ( )

*Follow-up's scheduled:* 1-week

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

*Military Specific Interventions:*
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **S1.**  Pt meets the retention standards of MANMED for fitness and suitability for continued service.
Pt remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or
security clearance recommended at this time.

Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes

A/P Written by PAUL,SHERIN @ 16 Nov 2016 1452 EST
**1. Generalized anxiety disorder**
        Procedure(s):           -Psychiatric Diagnostic Evaluation x 1
**2. Alcohol dependence, uncomplicated**

Disposition Written by PAUL,SHERIN @ 16 Nov 2016 1453 EST
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
90 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  PAUL, SHERIN (Clinical Psychologist) @ 16 Nov 2016 1453

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 588**

AR 0631

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

### *24 Oct 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-26237328     Primary Dx:     Anxiety disorder, unspecified

Patient: **MERWIN, DANIEL DENNIS**     Date: **24 Oct 2016 1100 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 24 Oct 2016 1122 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
**Vitals** Written by HAWKINS,DEREKSHEA J @ 24 Oct 2016 0956 EDT
BP: 133/85, HR: 78, RR: 16, T: 97.3 °F, Pain Scale: 0 Pain Free

**Appointment Comments:**
swk

**Vitals**
**Vitals** Written by HAWKINS,DEREKSHEA J @ 24 Oct 2016 0956 EDT
BP: 133/85,    HR: 78,    RR: 16,    T: 97.3 °F,    Pain Scale: 0 Pain Free

**Note** Written by TOBAR,EDEN @ 24 Oct 2016 1254 EDT
**Followup Note**

Patient: Daniel Merwin     Gender:  M
DOB: ███ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #3
Referral by: *I decided on my own to come to the clinic*

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy     Rank:     MOS: CTN     TIS: 11 yrs
UIC:     Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No     # Deployments: 1   Months Deployed: 36
WTU: No     MEB: No     AdmSep: No
Special Clearance: Yes     Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes     Work Colleague Problems: No
Anger Problems: Yes     Spouse/Sig Other Problems: No
Legal Problems: No     Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 589**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Overall health reported as: Good
Pain Level (0-10): 0                              Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None        Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Pt presents for his second follow-up with this provider.  At our last meeting started Lexapro 5 mg po daily tapered up to 10 mg po daily after a week to target anxiety/irritability. .  Today he states he has not had suicidal thoughts since our last meeting.  He does feel less urge to drink alcohol. He is drinking 3 drinks (beers) around 304 nights per week.  He continues to feel mood lability in the mornings.  We reviewed his phq9 and gad7 scores, noting they both decreased from last visit.  He is picking at his scalp less.  When he took Lexapro at night he found it hard to sleep so he takes it in the morning now.  We discussed how conversely he had felt fatigued on Zoloft. Pt says he was on leave last week and spent the week building a computer and playing video games, which he enjoyed.  He still wonders sometimes 'what;'s the point' and continues to date a young woman even though he is not so interested in her, because he wants to company and she is pursuing him.  He is taking 15 days of leave next month to visit his grandparents in California as they are elderly and he has not seen them in almost twenty years.  He continues to have ongoing emotional pain and is seeing GI about this. He was diagnosed with irritable bowel syndrome.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days

Anderson, Daniel Dennis    DOB ███ 1985  SSN: ***-**    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 590**

AR 0633

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL. Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min              Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | | 1-3 months ago |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions      [x ] Impulsivity
[x ] History of abuse                     [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                      [x ] Active treatment engagement
[ ] Good coping/problem solving skills   [x ] Hopefulness present
[ ] Faith/religion commitment         [ ] Positive future orientation

**Allergies:**nkda

**Medications:** Lexapro 10 mg po daily.

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 591**

**Medical Record**

Anderson, Daniel Dennis     DOB:░░ 1985  SSN: ***-**-░░     DoD ID: 1286180538     Created: 30 Oct 2017

custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
Neurotic excoriation (scalp picking when anxious)
Asthma during childhood
Allergic response to pets
Recurrent intestinal pain (possibly lactose intolerance)
PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes                Cups/Day Equivalent: 4
Tobacco/e-cigs: none                     PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son' when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, friendly, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: wnl
Insight:wnl
Impulsivity: none at time of interview

Anderson, Daniel Dennis     DOB:░░ 1985  SSN: ***-**-░░     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 592**

AR 0635

**Medical Record**

Anderson, Daniel Dennis          DOB: ███ 1985  SSN: ***-*███          DoD ID: 1286180538          Created: 30 Oct 2017

Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Basic Metabolic Panel | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 593**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Homocysteine    SERUM  8.9 <i>    mcmol/L  (4.0-15.4)

| Comprehensive Metabolic Panel | | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Albumin  SERUM  4.7 | g/dL | (3.5-5.2) | | | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | | |
| Bilirubin  SERUM  0.4 | mg/dL | (0.15-1.2) | | | | |
| Urea Nitrogen  SERUM  13.8 | mg/dL | (6-20) | | | | |
| Calcium  SERUM  9.7 | mg/dL | (8.6-10.2) | | | | |
| Carbon Dioxide  SERUM  29 | mmol/L | (22-29) | | | | |
| Chloride  SERUM  98 | mmol/L | (98-107) | | | | |
| Creatinine SERUM  0.96 | mg/dL | (0.7-1.2) | | | | |
| Glucose  SERUM  89 | mg/dL | (74-106) | | | | |
| Potassium  SERUM  4.4 | mmol/L | (3.5-5.1) | | | | |
| Protein  SERUM  7.6 | g/dL | (6.6-8.7) | | | | |
| Sodium  SERUM  141 | mmol/L | (136-145) | | | | |
| Anion Gap  SERUM  14 | mmol/L | (7-16) | | | | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | | |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) | | |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) | | |

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| Drug Abuse Screen | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) | |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) | |
| Cocaine  URINE | NEGATIVE <i> | | (Negative) | | |
| Opiates  URINE | NEGATIVE <i> | | (Negative) | | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) | |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) | |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) | |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) | |

**Assessment:**
Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: [  ] Not Elevated    [ x ] Low    [ x ] Intermediate    [  ] High
Harm to Others: [  ] Not Elevated    [x  ] Low    [  ] Intermediate    [  ] High


**Diagnosis:**
Unspecified Anxiety Disorder; Alcohol Use Disorder; Trichitillomania
**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient    [  ] Inpatient    [  ] IOP    [  ] Other:_____

Labs:  [  ] CBC    [  ] LFTs    [ x ] TSH    [  ] Chem 8    [  ] Lipids
[  ] Fasting Glucose    [  ] HCG    [  ] UDS    [  ] Vit B12    [  ] _____

Safety Plan:
[x  ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[  ] Patient released to Chain of Command with the following limitations: _____

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 594**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will consider pharmacotherapy, psychotherapy
Intervention: increase Lexapro to 20 mg po daily. Counseled pt on risks/benefits and he consented to treatment.  Monitor alcohol use.
Measure:gad7, pcl

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure:

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
[ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good    [ ] Fair    [ ] Guarded    [ ] Poor
Follow-up: one month
Referrals:pt has therapy intake with Dr Paul on 18NOV
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **SM has no duty restrictions necessitating a profile.** Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)? **Yes**
Can Service Member perform MOS duties? **Yes**

Lab Result Cited by TOBAR,EDEN @ 28 Sep 2016 2152 EDT

| **Thyroid Stimulating Hormone** | **Site/Specimen** | **06 Sep 2016 0923** | **Units** | **Ref Rng** |
|---|---|---|---|---|
| Thyrotropin | SERUM | 2.500 <i> | mcIU/mL | (0.27-4.2) |
| **Thyroxine Free** | **Site/Specimen** | **06 Sep 2016 0923** | **Units** | **Ref Rng** |
| Thyroxine Free | SERUM | 1.28 <i> | ng/dL | (0.93-1.7) |

**Follow up:** 1 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985  SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**A/P** Written by TOBAR,EDEN @ 24 Oct 2016 1255 EDT
**1. Anxiety disorder, unspecified**

| | |
|---|---|
| Procedure(s): | -Psych Ther Indiv Approx 45 Min W/ Medical Evaluation & Management x 1 |
| Medication(s): | -ESCITALOPRAM--PO 20MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY #30 RF3 Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T |

**Disposition** Written by TOBAR,EDEN @ 24 Oct 2016 1256 EDT
**Released w/o Limitations**
**Follow up:** month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TOBAR,EDEN @ 24 Oct 2016 1136 EDT
**Additional A/P Information:**
Discontinued ESCITALOPRAM--PO 5MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY FOR 1 WEEK, THEN INCREASE TO TWO TABLETS BY MOUTH EVERY DAY IF TOLERATED

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 24 Oct 2016 1256

| Anderson, Daniel Dennis | DOB: ▮▮ 1985  SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 596**

AR 0639

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017

## *11 Oct 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C*

Encounter ID:    BETH-26078538    Primary Dx:    Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**          Date: **11 Oct 2016 1145 EDT**          Appt Type: **T-CON\***
Treatment Facility: **WALTER REED**          Clinic: **GI CL BE**          Provider: **COPSEY,HELEN C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**                                                Call Back Phone: ████████

**Reason for Telephone Consult:**Written by COPSEY,HELEN C @ 11 Oct 2016 1145 EDT
Pt email

**Note** Written by COPSEY,HELEN C @ 11 Oct 2016 1146 EDT

AR 0640

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

October 11th, 2016

To Whom It May Concern,

PO1 Daniel Merwin ███/1985) is followed in our clinic for a chronic medical condition that can impact his day to day functioning. Please take this under consideration if/when PO1 Merwin requests reasonable accomodations to his work schedule.

Please feel free to contact me directly with any questions or concerns.

Sincerely,

COPSEY.HELEN.CHRISTINA.1393890351
Digitally signed by COPSEY.HELEN.CHRISTINA.1393890351
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=CONTRACTOR, cn=COPSEY.HELEN.CHRISTINA.1393890351
Date: 2016.10.11 11:43:25 -04'00'

Helen Copsey, PA-C
301-400-0552
Helen.C.Copsey.ctr@mail.mil

A/P Last Updated by COPSEY,HELEN C @ 11 Oct 2016 1146 EDT
1. Irritable bowel syndrome with diarrhea

Disposition Last Updated by COPSEY,HELEN C @ 11 Oct 2016 1146 EDT

Signed By  COPSEY, HELEN C (PA-C, MSHS, WRAMC- GI Clinic) @ 11 Oct 2016 1146

AR 0641

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

## *04 Oct 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C*

Encounter ID:    BETH-26016255    Primary Dx:    Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**    Date: **04 Oct 2016 1500 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **GI CL BE**    Provider: **COPSEY,HELEN C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
F/U FOR  Helicobacter pylori [H. pylori] as the cause of diseases cla
**Appointment Comments:**
ame.cc

**Vitals**
Vitals Written by THOMPSON,DEREK J @ 04 Oct 2016 1454 EDT
 BP: 145/86,    HR: 65,    RR: 18,    T: 98.1 °F,    HT: 69 in,    WT: 158 lbs,    BMI: 23.33,    BSA: 1.869 square meters,
Tobacco Use: No,    Alcohol Use: Yes,
 Pain Scale: 4/10 Moderate,    Pain Scale Comments: abd

**S/O Note** Written by COPSEY,HELEN C. @ 04 Oct 2016 1617 EDT
**Reason for Visit**
     Visit for: Abdominal pain.
**History of present illness**
     The Patient is a 31 year old male.
31 yo M here for abdominal pain. Reports a long history of GI symptoms, dating back to childhood. Symptoms have been more
disruptive over the past few years. Notes generalized sharp abdominal pain about every other day, that peaks prior to defecation
and is relieved after bowel movements. Typically has 1-2 soft-liquid stools per day, infrequently with urgency. Symptoms may be
worse with intake of insoluble fiber. Also worse during physical activity and with increased anxiety/stress. Reports he has never
been formally diagnosed and has not been on treatment for these symptoms. Does consume cheese several times per week, and
splenda on a daily basis.

Of note, patient underwent CT A&P in 2012 for the same abdominal pain, which showed focal colitis at the hepatic flexure with
proximal stool retention. Colonoscopy (McNally) in 2012 showed mild congestion in the sigmoid, but biopsies were unremarkable. A
subsequent MRE was completely normal.

He saw GI earlier this year after he was noted to have a +serum AB to H.pylori. He was treated with triple therapy, and a stool test
confirmed eradication in June.
.
**Allergies**
NKDA.
**Past medical/surgical history**
**Reported:**
     Past medical history
     Anxiety/depression
.
     Surgical / Procedural: Prior surgery
     Tonsillectomy
     PRK
.
     Medications: Medication history
     Lexapro

     (I personally reviewed the medication history, allergy history and compliance with medications with this patient)
.
**Surgical:**
     • Pre-op ASA class 1
**Previous therapy**
     • History of possible limitations and risks do not include complications from anesthesia
**Personal history**
.
 Tob:  (-)
 Etoh:  (1-2 glasses of wine/ day)

**Family history**
.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 599**

AR 0642

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

No malignant neoplasm of large intestine
No malignant neoplasm of the gastrointestinal tract.

**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Otolaryngeal:** No mouth sores.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea.
**Gastrointestinal:** No heartburn and no regurgitation. No early satiety, no nausea, no vomiting, no abdominal swelling, no tenesmus, no melena, no hematochezia, and no nocturnal diarrhea.
**Musculoskeletal:** No arthralgias, new. No nonspecific pain, swelling, and stiffness.
**Skin:** No rash, new.

**Physical findings**
**Vital Signs:**
   ° Current vital signs reviewed.
**Standard Measurements:**
   ° Patient was not observed to be obese.
**General Appearance:**
   ° Awake. ° Alert. ° Well developed. ° Well nourished. ° In no acute distress. ° Patient did not appear uncomfortable. ° Not acutely ill. ° Not chronically ill.
**Neck:**
   Appearance: ° Of the neck was normal.
**Eyes:**
   General/bilateral:
       Sclera: ° Showed no icterus.
**Oral Cavity:**
   ° Normal OP clear, Mallampati score = 1.
**Chest:**
   ° Visual inspection revealed no abnormalities.
**Lungs:**
   ° Normal CTA B.
**Cardiovascular:**
   ° System: normal RRR, no M or G.
**Abdomen:**
   ° Normal soft, NT/ND, +BS.
**Neurological:**
   ° Level of consciousness was normal. ° Oriented to time, place, and person.
   Speech: ° Normal.
   Gait And Stance: ° Normal.
**Psychiatric:**
   Mood: ° Euthymic.
   Affect: ° Normal.
   Thought Processes: ° Not impaired.
**Skin:**
   ° General appearance was normal. ° No jaundice. ° No skin lesions.

**Therapy**
   • Medical regimen review – medication reconciliation performed.

**Lab Result** Cited by COPSEY,HELEN C @ 04 Oct 2016 1454 EDT

| **Comprehensive Metabolic Panel** | **Site/Specimen** | **16 Feb 2016 1430** |
|---|---|---|
| Aspartate Aminotransferase | SERUM | 20 |
| **Helicobacter pylori Ag EIA** | | |
| Order # | | 160511-04658 (NNMC Bethesda) |
| Filler # | | 160606 NBL 374 (NNMC Bethesda) |
| Status: | | Final |
| Ordering Provider: | | SHAH, NISHA AMISH |
| Priority: | | ROUTINE |
| Date Ordered: | | 11 May 2016 0843 |
| Date Resulted: | | 10 Jun 2016 0857 |
| COLLECT_SAMPLE: | | STOOL |
| Order Comment: | | to be done two weeks after stopping protonix |
| | | |
| BACTERIOLOGY RESULT: | | OBSERVATION: Negative |
| | | |
| Specimen: | | Feces |
| Collected: | | 06 Jun 2016 1312 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED. **Page 600**

AR 0643

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮  DoD ID: 1286180538    Created: 30 Oct 2017

Results:

Final report

**Tissue Exam**

| | |
|---|---|
| Date Collected: | 12 Oct 2012 0001 |
| POC Enc: | E4520771 |
| Enc Fac: | WRNMMC |
| Clinician: | COX, TIFFANY CANDACE |
| Status: | Certify |
| Procedure: | TISSUE EXAM |
| Order #: | 121028-01374 |
| Provider: | COX, TIFFANY CANDACE |
| Ordered Date: | 28 Oct 2012 1038 |
| Priority: | ROUTINE |
| Specimen: | TISSUE |
| Resulted Date: | 28 Oct 2012 1038.1-0500 |

121018 NSP 23631      Col:      12Oct12        TISSUE(TISSUE)
Hcp:                          COX,TIFFANY CANDACE        Req Loc: 5 EAST
TISSUE E          C:          RB28Oct12@1038
                                      CoPath Report
Patient:                          MERWIN,DANIEL DENNIS          Specimen #: NS12-23631
Accessioned:                  10/18/12
Pathologist:                  Ross Barner, COL MC USA
SPECIMEN:

A: ascending colon B: sigmoid colon

=====================================================================-
-==

FINAL DIAGNOSIS:
A. ASCENDING COLON, BIOPSY:
- BENIGN COLONIC MUCOSA WITH LYMPHOID AGGREGATE.

B. SIGMOID COLON, BIOPSY:
- BENIGN COLONIC MUCOSA WITH LYMPHOID AGGREGATES.
Comment: There is no evidence of acute cryptitis, architectural
distortion, or dysplasia.
rxb/10/19/12          ** Report Electronically Signed Out **
Ross Barner, COL MC USA

=====================================================================-
-==

CLINICAL DIAGNOSIS AND HISTORY:
thickening of ascending colon on ct with no stranding, presented
with
obstructive symptoms, rule out mass vs. inflamm.

PRE-OPERATIVE DIAGNOSIS:
ascending colon thickening

POST-OPERATIVE DIAGNOSIS:
Operative Findings: sigmoid thickening
Post-operative Diagnosis: sigmoid thickening

GROSS DESCRIPTION:
A: The specimen is received in formalin, labeled with the patient's
name
Merwin, Daniel designated, "Ascending Colon" consists of two tan-
white
irregular soft tissue fragments measuring 0.4 and 0.6 cm in greatest
dimension. Submitted entirely. 2/1/ng
B: The specimen is received in formalin, labeled with the patient's
name
Merwin, Daniel designated, "Sigmoid" consists of four tan-white
irregular
soft tissue fragments measuring 0.2 to 0.5 cm in greatestd iemsnion.
Submitted entirely. 4/1/ng  NW/JAP/DVC
HLS/meh

**Lab Result** Cited by COPSEY,HELEN C @ 04 Oct 2016 1454 EDT

| Thyroid Stimulating Hormone | Site/Specimen | 06 Sep 2016 0923 |
|---|---|---|
| Thyrotropin | SERUM | 2.500 <i> |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 601**

AR 0644

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| **CBC W/Diff** | **Site/Specimen** | **22 Jun 2016 1240** |
|---|---|---|
| WBC | BLOOD | 5.6 |
| RBC | BLOOD | 4.86 |
| Hemoglobin | BLOOD | 15.1 |
| Hematocrit | BLOOD | 44.4 |
| MCV | BLOOD | 91.4 |
| MCH | BLOOD | 31.1 |
| MCHC | BLOOD | 34.1 |
| RDW CV | BLOOD | 12.9 |
| Platelets | BLOOD | 272 |
| MPV | BLOOD | 9.0 |
| Neutrophils | BLOOD | 59.4 |
| Lymphocytes | BLOOD | 29.8 |
| Monocytes | BLOOD | 8.9 |
| Eosinophils | BLOOD | 1.5 |
| Basophils | BLOOD | 0.4 |
| ABS Neutrophils | BLOOD | 3.3 |
| ABS Lymphocytes | BLOOD | 1.7 |
| ABS Monocytes | BLOOD | 0.5 |
| ABS Eosinophils | BLOOD | 0.1 |
| ABS Basophils | BLOOD | 0.0 |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED |

| **Comprehensive Metabolic Panel** | **Site/Specimen** | ███ **2016 1430** |
|---|---|---|
| Albumin | SERUM | 4.7 |
| Alkaline Phosphatase | SERUM | 53 |
| Alanine Aminotransferase | SERUM | 17 |
| Bilirubin | SERUM | 0.4 |
| Urea Nitrogen | SERUM | 13.8 |
| Calcium | SERUM | 9.7 |
| Carbon Dioxide | SERUM | 29 |
| Chloride | SERUM | 98 |
| Creatinine | SERUM | 0.96 |
| Glucose | SERUM | 89 |
| Potassium | SERUM | 4.4 |
| Protein | SERUM | 7.6 |
| Sodium | SERUM | 141 |
| Anion Gap | SERUM | 14 |
| GFR Calculated Non-Black | SERUM | 105.6 |
| GFR Calculated Black | SERUM | 122.1 <i> |
| Aspartate Aminotransferase | SERUM | 20 |

**Rad Result** Cited by COPSEY,HELEN C @ 04 Oct 2016 1453 EDT

**MERWIN, DANIEL DENNIS   20/███   DoD ID: 1286180538   31yo   ███ 1985   M**
********** MRI, ABD/PEL ENTEROCLYSIS (GI ONLY) **********
POC Enc #E4520771   POC Fac: WRNMMC
Status: Complete (Amended)

Procedure:                MRI, ABD/PEL ENTEROCLYSIS (GI ONLY)
Event Date:               23-Oct-2012 15:54:00
Exam #:                   12359730
Exam Date/Time:           02-Nov-2012 07:18:00
Transcription Date/Time:  05-Nov-2012 09:56:00
Provider:                 COPSEY, HELEN C
Requesting Location:
  GSURG GI APU BE   WRNMMC BETHESDA, MD
Status:                   COMPLETE (Amended)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 602**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985 SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

**Amended Result Code:**      **SEE RADIOLOGIST'S REPORT**
Interpreted By:         MOLLURA, JOSEPH G
Supervised By:          MARCIA JAVITT, MD
Approved By:            JAVITT, MARCIA C
Approved Date:          05-Nov-2012 09:48:00
Supervised By:          115455 MARCIA JAVITT, MD
Supervised By Date:     05-Nov-2012 09:48:00
Amended Report Text:
    ADDITIONAL HISTORY: CT examination with right-sided colonic thickening and
equalization of small bowel.  Recent colonoscopy and without lesion the terminal
ileum a concern stenosis or inflammation of the distal ileum.

TECHNIQUE: Standard MR enterocleisis protocol; Three plane localizer, coronal
FIESTA, axial T2 SS FSE, axial and coronal T2 SS FSE, axial and coronal FIESTA
fat sat, axial SPGR in and out of phase, axial and coronal LAVA pre-and
postcontrast MRI of the abdomen.

COMPARISONS: CT abdomen/pelvis 10/11/12

FINDINGS:

Bowel loops are adequately distended without focal stenosis, stricturing, or
luminal narrowing.  There is normal bowel peristalsis and motion observed on the
cinematic images.  Minimal mural thickening of the mid jejunum observed at the
left upper quadrant without corresponding abnormal mucosal enhancement,
stricturing or stenosis.

The liver and gallbladder are normal without intra-or extrahepatic biliary
ductal dilatation.  The spleen, pancreas, adrenals, and kidneys are normal.

No intra-abdominal mass or fluid collection.  No enlarged abdominal or pelvic
lymph nodes.

Osseous marrow signal is nonpathologic.

IMPRESSION:

No abnormal areas of enhancement or mural thickening within the gastrointestinal
system, specifically evidence of active inflammation at the site of previously
observed colitis on CT examination 10/11/12.  Correlate with patient's
symptomatology.


Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 11/05/12
Time:09:20


Electronically signed by:Dr. Marcia Javitt Date: 11/05/12 Time:09:48

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 603**

AR 0646

AR 0647

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

**MERWIN, DANIEL DENNIS   20█████** **DoD ID: 1286180538   31yo █████ 1985   M**
\*\*\*\*\*\*\*\*\* CT, ABDOMEN / PELVIS WITH (PG) \*\*\*\*\*\*\*\*\*\*
POC Enc: #E4520771   POC Fac: WRNMMC
Status: Complete (Amended)

Procedure:              CT, ABDOMEN / PELVIS WITH (PG)
Event Date:             11-Oct-2012 01:30:00
Exam #:                 12343907
Exam Date/Time:         11-Oct-2012 00:30:00
Transcription Date/Time:    12-Oct-2012 07:00:00
Provider:               HARDWARE, LESLIE
Requesting Location:
   EMERGENCY RM BE    WRNMMC BETHESDA, MD
Status:                 COMPLETE (Amended)


**Amended Result Code:      SEE RADIOLOGIST'S REPORT**
Interpreted By:          MOLLURA, JOSEPH G
Supervised By:           BERNARD, JACQUELINE, MD, CDR, USN
Approved By:             BERNARD, JACQUELINE M
Approved Date:           11-Oct-2012 08:16:00
Supervised By:           BERNARD, JACQUELINE, MD, CDR, USN
Supervised By Date:      11-Oct-2012 08:16:00
Amended Report Text:
   ADDITIONAL HISTORY: Abdominal pain.

TECHNIQUE: CT of the abdomen and pelvis was performed under standard
abdomen/pelvis CT protocol with 5 mm axial helically acquired images obtained
from the level of the diaphragm to the level of the pubic symphysis after the
intravenous administration of 110 mL Isovue 370 and oral contrast.  Coronal and
sagittal reformatted images were also obtained.

COMPARISONS: Acute abdominal series 10/10/12.

FINDINGS:

Lung bases are clear.

Liver parenchyma and vasculature is unremarkable.  Normal biliary tree without
intra-or extrahepatic biliary ductal dilatation.  Pancreas, spleen, adrenals,
and kidneys are normal.  No identifiable ureteral abnormalities.  Fluid-filled
urinary bladder is unremarkable.

Enteric contrast visualized to the level of the mid ileum.  Stomach is normal.
There is fecal material and air noted within the distal ileum extending to a
mildly distended stool filled cecum.  The appendix is identified and is normal.
There is a focal area of vascular prominence involving the mesentery at the
level of the hepatic flexure.  The colon wall at this level appears mildly
thickened but otherwise decompressed.  The colon distal to the hepatic flexure
is decompressed and normal in appearance.

Shotty subcentimeter mesenteric lymph nodes about the upper abdomen. No
intra-abdominal mass or fluid collection.  Vascular structures are normal in
configuration.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 604**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Pelvic organs are unremarkable.  No free pelvic fluid.  No pelvic or inguinal lymphadenopathy.

Soft tissues, muscles, and osseous structures are unremarkable.

IMPRESSION:

Focal colitis at the level of the hepatic flexure with proximal stool retention and fecalization of small bowel.  Findings are nonspecific and may be representative of an acute infection or inflammatory etiology such as Crohn's disease.  Clinical correlation is recommended.


Note: Findings above were discussed with Dr.  Hardware, via telephone at 0450 hours on 10/11/12. _____

Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 10/11/12 Time:07:22


_____            _____

Electronically signed by:Dr. Jacqueline M Bernard Date: 10/11/12 Time:08:16



**A/P** Written by COPSEY,HELEN C @ 04 Oct 2016 1623 EDT
**1. Irritable bowel syndrome with diarrhea**: Clinical history is consistent with IBS-D. This diagnosis was discussed with the patient in detail and all questions were answered. Goals of management were reviewed including options such as natural interventions/ dietary change/ stress management, all the way to low dose TCA therapy. He v/u and opts to proceed as detailed below.

PLAN:
1. Celiac panel.
2. Strict dairy free trial x 2 weeks.
3. Stop Splenda.
4. Pending progress, consider 2 week course of Xifaxan.
5. F/u with me directly via phone/email/relay health with updates.


**Disposition** Written by COPSEY,HELEN C @ 04 Oct 2016 1623 EDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 45 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  COPSEY, HELEN C** (PA-C, MSHS, WRAMC- GI Clinic) @ 04 Oct 2016 1623

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 605**

AR 0649

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▊ 1985 SSN: ***-**-▊ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *28 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-25944739    Primary Dx:    Anxiety disorder, unspecified

Patient: **MERWIN, DANIEL DENNIS**          Date: **28 Sep 2016 0930 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by TOBAR,EDEN @ 28 Sep 2016 1003 EDT

                                                Allergies
                                                •OTHER: Unknown (SEE MED RECORD)

Vitals
Vitals Written by HAWKINS,DEREKSHEA J @ 28 Sep 2016 0923 EDT
 BP: 139/91, HR: 74, RR: 16, T: 97.6 °F, Pain Scale: 3/10 Mild, Pain Scale Comments: intestinal pain

Appointment Comments:
djs

Vitals
Vitals Written by HAWKINS,DEREKSHEA J @ 28 Sep 2016 0923 EDT
 BP: 139/91,   HR: 74,   RR: 16,   T: 97.6 °F,   Pain Scale: 3/10 Mild,   Pain Scale Comments: intestinal pain

Note Written by TOBAR,EDEN @ 28 Sep 2016 2152 EDT
### Followup Note

Patient: Daniel Merwin          Gender:  M
DOB: ▊1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #2
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy          Rank:                    MOS: CTN          TIS: 11 yrs
UIC:        Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No        # Deployments: 1    Months Deployed: 36
WTU: No          MEB: No          AdmSep: No
Special Clearance: Yes                    Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes                    Work Colleague Problems: No
Anger Problems: Yes                              Spouse/Sig Other Problems: No
Legal Problems: No          Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**

| Anderson, Daniel Dennis | DOB: ▊ 1985 SSN: ***-**-▊ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 606**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ___ 1985 SSN: ***-**-___ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Overall health reported as: Good
Pain Level (0-10): 0                          Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**History of Present Illness:**
Pt presents for his first follow-up with this provider.  At our last meeting we discussed another trial of SSRI for mood and anxiety as he didn't tolerate Zoloft previously; he wanted to think about it.  Today he states he continues to feel guilt about how he functions in interpersonal relationships which leads him to feel suicidal.  He continues to feel mood lability in the mornings.  He is drinking around two glasses of wine per night.  He last felt suicidal about two days ago without intent or plan.  He continues to have ongoing abdominal pain and is seeing GI about this.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his job with NIOC but but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400.  Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home.  Pt says he owns a home in Florida that he could sell to pay this off.  His appetite is normal.  He has trouble focusing at work.  He feels guilty when he gets angry.  He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely

| Anderson, Daniel Dennis | DOB: ___ 1985 SSN: ***-**-___ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 607**

AR 0651

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮  DoD ID: 1286180538    Created: 30 Oct 2017

**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min              Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | 1-3 months ago | |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male                            [ ] History of family/friend suicide
[ ] Chronic medical conditions       [ x ] Impulsivity
[x ] History of abuse                [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                [x  ] Active treatment engagement
[ ] Good coping/problem solving skills    [x  ] Hopefulness present
[ ] Faith/religion commitment        [ ] Positive future orientation

**Allergies:** nkda

**Medications:** Patient denies taking medications/OTC meds/supplements.

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
      Neurotic excoriation (scalp picking when anxious)
      Asthma during childhood
      Allergic response to pets
      Recurrent intestinal pain (possibly lactose intolerance)
      PRK (2011)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 608**

AR 0652

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes               Cups/Day Equivalent: 4
Tobacco/e-cigs: none            PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of ten and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, friendly, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: wnl
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Basic Metabolic Panel | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 609**

AR 0653

**Medical Record**

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | | |
|---|---|---|---|---|---|
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 610**

AR 0654

**Medical Record**

Anderson, Daniel Dennis     DOB:██ 1985 SSN: ***-**-██     DoD ID: 1286180538     Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) |
| Calcium   SERUM | 9.7 | | mg/dL | (8.6-10.2) |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) |
| Chloride   SERUM | 98 | | mmol/L | (98-107) |
| CreatinineSERUM | 0.96 | | mg/dL | (0.7-1.2) |
| Glucose   SERUM | 89 | | mg/dL | (74-106) |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) |
| Protein   SERUM | 7.6 | | g/dL | (6.6-8.7) |
| Sodium   SERUM | 141 | | mmol/L | (136-145) |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

| | | | | |
|---|---|---|---|---|
| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 |

| | | | | |
|---|---|---|---|---|
| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine   URINE | NEGATIVE <i> | | (Negative) | |
| Opiates   URINE | NEGATIVE <i> | | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High

Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High

**Diagnosis:**

Unspecified Anxiety Disorder, r/o PTSD; Alcohol Use Disorder; r/o Trichitillomania

**PLAN:**

Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs: [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:

[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will consider pharmacotherapy, psychotherapy

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 611**

AR 0655

**Medical Record**

Anderson, Daniel Dennis     DOB:███ 1985  SSN: ***-**-██     DoD ID: 1286180538     Created: 30 Oct 2017

Intervention: Start Lexapro 5 mg po daily x 1 week, then increase to 10 mg po daily. Counseled pt on risks/benefits and he consented to treatment.  Monitor alcohol use.
Measure:gad7, pcl

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure:

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good   [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: two weeks with this provider
Referrals:referred  to therapist
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)? **Yes**
Can Service Member perform MOS duties? **Yes**

**Lab Result** Cited by TOBAR,EDEN @ 28 Sep 2016 2152 EDT

| **Thyroid Stimulating Hormone** | Site/Specimen | 06 Sep 2016 0923 | Units | Ref Rng |
|---|---|---|---|---|
| Thyrotropin | SERUM | 2.500 <i> | mcIU/mL | (0.27-4.2) |
| **Thyroxine Free** | Site/Specimen | 06 Sep 2016 0923 | Units | Ref Rng |
| Thyroxine Free | SERUM | 1.28 <i> | ng/dL | (0.93-1.7) |

**A/P** Written by TOBAR,EDEN @ 28 Sep 2016 2153 EDT
**1. Anxiety disorder, unspecified**
    Procedure(s):     -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
    Medication(s):    -ESCITALOPRAM–PO 5MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY FOR 1 WEEK, THEN
         INCREASE TO TWO TABLETS BY MOUTH EVERY DAY IF TO #60 RF1 Ordered By: TOBAR,EDEN
         Ordering Provider: TOBAR, EDEN T

**Disposition** Written by TOBAR,EDEN @ 28 Sep 2016 2154 EDT
**Released w/o Limitations**
**Follow up: 1 month(s) or sooner if there are problems.**

Anderson, Daniel Dennis     DOB:███ 1985  SSN: ***-**-██     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 612**

AR 0656

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 28 Sep 2016 2154

**Medical Record**

Anderson, Daniel Dennis    DOB:████ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

## *08 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-25742054    Primary Dx:    Anxiety disorder, unspecified

Patient: **MERWIN, DANIEL DENNIS**    Date: **08 Sep 2016 1517 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by TOBAR,EDEN @ 09 Sep 2016 0839 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
No Vitals Found.

**Reason for Appointment:** Written by TOBAR,EDEN @ 08 Sep 2016 1517 EDT
prolonged non face-to-face services

**S/O Note** Written by TOBAR,EDEN T @ 09 Sep 2016 0842 EDT
**History of present illness**
    The Patient is a 31 year old male.
    He reported: Encounter Background Information: Reviewed pt's previous medical records in AHLTA and HAIMS to assist with diagnostic clarification and for treatment planning.

**A/P** Written by TOBAR,EDEN @ 09 Sep 2016 0843 EDT
1. Anxiety disorder, unspecified

**Disposition** Written by TOBAR,EDEN @ 09 Sep 2016 0844 EDT
**Released w/o Limitations**

**Signed By TOBAR, EDEN** (Physician/Workstation) @ 09 Sep 2016 0844

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 614**

AR 0658

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *06 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-25701481     Primary Dx:     Anxiety disorder, unspecified

Patient: **MERWIN, DANIEL DENNIS**     Date: **06 Sep 2016 0800 EDT**     Appt Type: **SPEC**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by TOBAR,EDEN @ 06 Sep 2016 0905 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
No Vitals Found.

**Reason for Appointment:**
Spec
**Appointment Comments:**
ssb

Note Written by TOBAR,EDEN @ 08 Sep 2016 1443 EDT

**Intake Note**

Patient: Daniel Merwin          Gender:  M
DOB: ███ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and signature was obtained.
Appointment type: [ x ] Initial evaluation  [ ] Command-Directed  [ ] Special Duty Screen  [ ] Administrative evaluation
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy          Rank:          MOS: CTN          TIS: 11 yrs
UIC:          Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No          # Deployments: 1    Months Deployed: 36
WTU: No          MEB: No          AdmSep: No
Special Clearance: Yes          Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes          Work Colleague Problems: No
Anger Problems: Yes          Spouse/Sig Other Problems: No
Legal Problems: No          Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0          Currently treated: not answered

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 615**

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings. He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but finds it stressful juggling his collateral duties. He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out. He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship. He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times. He doesn't like being touched. He finds when he dates someone he experiences no empathy for them, or becomes easily irritable. He states he has been dating someone for three months and would like to break up with them. He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.' He doesn't recall dreaming. He enjoys painting, making bread, and cooking. He also loves programming and says he can say up for days working on this as he has a side business doing this. He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work. He feels guilty when he gets angry. He has had suicidal thoughts throughout his life. The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL. Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7      Snores: No
Average sleep latency: 0-15min              Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

Clinician notes for ROS:

| Anderson, Daniel Dennis | DOB: | 1985 SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 616**

AR 0660

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | | 1-3 months ago |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)

| | |
|---|---|
| [x ] Male | [ ] History of family/friend suicide |
| [ ] Chronic medical conditions | [x ] Impulsivity |
| [x ] History of abuse | [ ] Chronic pain |

**PROTECTIVE FACTORS (Strengths):**

| | |
|---|---|
| [ ] Married, children | [x ] Active treatment engagement |
| [ ] Good coping/problem solving skills | [x ] Hopefulness present |
| [ ] Faith/religion commitment | [ ] Positive future orientation |

**Allergies:** nkda

**Medications:** Patient denies taking medications/OTC meds/supplements.

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**

| | |
|---|---|
| Caffeine Use: Yes | Cups/Day Equivalent: 4 |
| Tobacco/e-cigs: none | PPD Equivalent: |

Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 617**

AR 0661

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.
Patient admits ever being physically, sexually or emotionally abused. Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, friendly, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:mildly pressured
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: wnl
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Basic Metabolic Panel | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0662

**Medical Record**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | | | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | | | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | | | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | | | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | | | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | | | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | | | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | | | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | | | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | | | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | | | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | | | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | | | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | | | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | | | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | | | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | | | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | | | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | | | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | | | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lyme Disease Ab Total Screen | | | Site/Specimen | 11 Apr 2016 1043 | Units | | Ref Rng |
| Borrelia burgdorferi Ab | | SERUM | Negative <i> | | | (See-Below) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Treponema pallidum Ab | | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng | |
| Treponema pallidum Ab | | SERUM | Negative <i> | | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng | | |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HIV-1/O/2 Ab | | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng | |
| HIV-1/O/2 Ab | | SERUM | Negative <r> | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vitamin B12 (Cyanocobalamin) | | | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Vitamin B12 (Cobalamins) | | SERUM | 293 <i> | pg/mL | (211-946) | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Homocysteine | | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng | |
| Homocysteine | | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Comprehensive Metabolic Panel | | | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | | | |
| Alkaline Phosphatase | | SERUM | 53 | U/L | (40-129) | | |
| Alanine Aminotransferase | | SERUM | 17 | U/L | (0-41) | | |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | | | |
| Urea Nitrogen | | SERUM | 13.8 | mg/dL | (6-20) | | |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) | | | |
| Carbon Dioxide | | SERUM | 29 | mmol/L | (22-29) | | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | | | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | | | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | | | |
| Potassium | | SERUM | 4.4 | mmol/L | (3.5-5.1) | | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | | | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | | | |
| Anion Gap | | SERUM | 14 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | | SERUM | 105.6 | mL/min | (60->=60) | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 619**

AR 0663

**Medical Record**

Anderson, Daniel Dennis     DOB: ⬛ 1985 SSN: ***-**-⬛     DoD ID: 1286180538     Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

| | | | | | |
|---|---|---|---|---|---|
| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| Drug Abuse Screen | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) | |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) | |
| Cocaine | URINE | NEGATIVE <i> | (Negative) | | |
| Opiates | URINE | NEGATIVE <i> | (Negative) | | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) | |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) | |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) | |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) | |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High

**Diagnosis:**
Unspecified Anxiety Disorder, r/o PTSD; Alcohol Use Disorder; r/o Trichitillomania
**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x  ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1: diagnostic clarification
Goal: clarify diagnosis
Objective:pt will return for follow-up
Intervention:serial evaluations, chart review, lab evaluation
Measure:pt self-report, rating scales

Problem #2:anxiety
Goal:pt will experience decrease in anxiety
Objective: pt will consider pharmacotherapy, psychotherapy
Intervention: discussed considering alternative SSRI to Zoloft which he didn't tolerate.  Will further discuss pharmacotherapy at next visit after eliciting further history.  Monitor alcohol use.
Measure:gad7, pcl

Problem #3: safety

Anderson, Daniel Dennis     DOB: ⬛ 1985 SSN: ***-**     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 620**

AR 0664

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure:

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good    [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: two weeks with this provider
Referrals:refer to therapist at next visit.
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)?  **Yes**
Can Service Member perform MOS duties?  **Yes**

**A/P** Last Updated by TOBAR,EDEN @ 08 Sep 2016 1428 EDT
**1. Anxiety disorder, unspecified**
       Procedure(s):        -Psych Ther Indiv Approx 60 Min W/ Medical Evaluation & Management x 1
       Laboratory(ies):      -T4 FREE (Routine) Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T; THYROTROPIN
                          (Routine) Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

**Disposition** Last Updated by TOBAR,EDEN @ 08 Sep 2016 1431 EDT
**Released w/o Limitations**
**Follow up:** 2 week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 08 Sep 2016 1444

**CHANGE HISTORY**
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by TOBAR,EDEN @ 08 Sep 2016 1442 EDT:*
**Signed TOBAR, EDEN T** (Physician/Workstation) @ 08 Sep 2016 1432

AR 0665

**Medical Record**

| Anderson, Daniel Dennis | DOB: █████ 1985  SSN: ***-*█████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *25 Aug 2016 at WRNMMC, Integrative Hlth & Well BE by JARRETT, ERICA M*

Encounter ID:     BETH-25603142     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**        Date: **25 Aug 2016 1000 EDT**       Appt Type: **SPEC**
Treatment Facility: **WALTER REED**        Clinic: **INTEGRATIVE HLTH & WELL BE**   Provider: **JARRETT,ERICA M.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
counseling
**Appointment Comments:**
SKJ

**S/O Note** Written by HICKEY,LINDSEY S @ 25 Aug 2016 1715 EDT
**Chief complaint**
The Chief Complaint is: Anxiety.
**History of present illness**
        The Patient is a 31 year old male.
This is the initial visit to the IBHC clinic.
Source of information was self.
- Pt was given IBHC brochure describing the behavioral health program. Discussed with patient model
of service to include the limits of confidentiality (i.e. abuse reporting, suicide intervention, etc.) and
short-term intervention focused approach
- Pt indicated understanding.
Patient was seen for 30 minute IBHC appointment.
Patient was seen by a trainee under the supervision of a licensed mental health professional. Patient indicated an understanding of this.
....
        Feeling tired (fatigue).
        Decreased appetite.
        Decreased concentrating ability.
        Sleep disturbances, loss of pleasure, and frequent thoughts of death /morbid ideation.
        Previous history of visit is not deployment-related.
Pain Severity  0  / 10.
<<Note accomplished in TSWF-IBHC Anxiety tab>>

Description of Symptoms: Extreme mood swings with depression and anxiety, irritability, concentration problems, poor sleep, fatigue, racing heart and thoughts, trouble relaxing, and worrying. PT reported dry heaving episodes for the past 2 years and pulling the hair off a spot on his scalp since 2008. Several times a week he has a "tingling sensation" with a mood change where he will suddenly smile or frown. PT has an appointment with Dr. Tobar in outpatient behavioral health on 06SEP16.

PT reported having passive SI since he was a child. He reported 2 prior suicide attempts when he was in high school: one by overdosing on OTC medicine and one by overdosing on alcohol. His last plan was to overdose on helium before self-referring to substance abuse treatment last year. He last had passive SI("why even bother") 3 weeks ago, with no plans or intent. PT denied any current SI, plans, or intent.

Duration of Problem: PT has experienced symptoms since his first ship tour in 2006. Symptoms have worsened since he re-enlisted last October.

Factors correlated with onset: Anxiety started after PT joined the Navy in 2006. He regrets re-enlisting last October, and because he waited so long to re-enlist he had last pick for orders. Subsequently he was stationed in the same same environment with the same work stress.

Frequency of symptoms: Symptoms occur every day.

Severity of symptoms: Depression symptoms from PHQ-9 are in the mild range. Anxiety symptoms from GAD-7 are in the moderate range.

Psychosocial factors: Occupational stress and minimal social support.

Aggravating/alleviating factors: Aggravating factors include occupational stress and feeling disconnected from others. Alleviating factors include cooking and programming.

Current tx: None

Past tx: PT began behavioral health treatment in 2012.

Functional impact: Symptoms negatively impact PT's functioning at home and work.
....
Anxiety Intervention:

[ x ] Discussed various factors related to the development and maintenance of anxiety
    (including biological, cognitive, behavioral, and environmental factors).

[ x ] Developed Crisis Response plan.

[ x ] Trained in strategies for increasing balanced thinking.

[ x ] Provided IBHC handout on unhelpful thinking styles.
....

**Current medication**
None.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history Irritable bowl syndrome
    Parageusia


..........BHM-20 Life Functioning - Severe distress..........
....

**Personal history**
Behavioral: Caffeine use 4 cups of coffee per day.  No tobacco use history.
Alcohol: Alcohol use 3 days a week, 2 glasses of wine each day.
**Review of systems**
**Neurological:** No disorientation.
**Psychological:** A desire to continue living, not thinking about suicide, not having a suicide plan, and no stated intent to commit
    suicide.  No homicidal thoughts, not thinking of a way to do it, and without a stated intent to kill.  No impulsive behavior.
**Physical findings**
**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° No disorientation was observed - oriented to place, person, time, and situation.  ° No hallucinations.  ° Memory was
        unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
    Speech: ° Normal - regular rate, non-pressured.  ° Rate was normal.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not
        a monotone.  ° Volume was normal.  ° No articulation abnormalities.  ° No language abnormalities were demonstrated.
**Psychiatric:**
    Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
    Attitude: ° Cooperative.
    Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
    Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.  ° Congruent with the mood.
    Thought Processes: ° Not impaired - they were linear, logical, and goal directed.  ° Evaluation of connectedness showed no
        deficiency.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
    Thought Content: ° Insight was intact.  ° No delusions.
**Tests**
**General:**

| Test Results: | Value |
| --- | --- |
| ..........PHQ-9 Score This Appointment:......... | 8 |
| Test Results: | Value |
| ....................BHM-20 Global Mental Health Scale - Score:.................... | 1.95 |
| .... | |
| Test Results: | Value |
| ..........GAD-7 Score This Appointment:......... | 14 |
| Test Results: | Value |
| ....................BHM-20 Well-being - Score:.................... | 1.33 |
| .... | |
| Test Results: | Value |
| ....................BHM-20 Psychological Symptoms - Score:.................... | 2.23 |
| .... | |
| Test Results: | Value |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 623**

AR 0667

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

| | | |
|---|---|---|
| ....................BHM-20 Psychological Symptoms Anxiety - Score:.................... | | 1.25 |

....

Test Results:                                                      Value
....................BHM-20 Psychological Symptoms Suicide - score:....................                                         3.00

Test Results:                                                      Value
....................BHM-20 Psychological Symptoms - ETOH/Drug Score:....................      2.50

Test Results:                                                      Value
....................BHM-20 Psychological Symptoms - Depression Score:....................      2.17

....

Tests:                                                             Value
....................BHM-20 Psychological Symptoms Harm to - Others score:....................                                   4.00

....

BHM-20 Psychological Symptoms Suicide - Low risk

....

....................BHM-20 Life Functioning Score:....................

....

...........BHM-20 Global Mental Health Scale - Severe distress..........

....

...........BHM-20 Well-being - Moderate distress..........

....

• DEPRESSION SCREENING / MONITORING (PHQ-9)
[ 1 ]  Little interest or pleasure in doing things
[ 1 ]  Feeling down depressed or hopeless
[ 0 ]  Trouble sleeping or sleeping too much
[ 1 ]  Feeling tired or little energy
[ 0 ]  Poor appetite or overeating
[ 0 ]  Feeling bad about self
[ 3 ]  Trouble concentrating on things
[ 2 ]  Moving or speaking slowly or being restless
[ 0 ]  Thoughts that you would be better off dead

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all  [ ] Somewhat  [ x ] Very  [ ] Extremely

....

Generalized Anxiety Disorder Screening:

[ 3 ]  1. Feeling nervous, anxious, or on edge
[ 2 ]  2. Not being able to stop or control worrying
[ 3 ]  3. Worrying too much about different things
[ 2 ]  4. Trouble relaxing
[ 1 ]  5. Being so restless that its hard to sit still
[ 3 ]  6. Becoming easily annoyed or irritable
[ 0 ]  7. Feeling afraid as if something awful might happen

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all  [ ] Somewhat  [ x ] Very  [ ] Extremely

....

**Counseling/Education**
Anxiety Recommendations for patient:
1. Identify and challenge at least one maladaptive thought per day.
2. Engage in at least one enjoyable activity per week.
3. Follow up with outpatient behavioral health.
4. Use crisis response plan if having SI or crisis.
5. RTC if symptoms persist or worsen.

Anxiety Recommendations for PCM Team:
1. Monitor for safety.
2. Monitor symptoms for improvement.
....

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 624**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-*▮    DoD ID: 1286180538    Created: 30 Oct 2017

**A/P** Last Updated by HICKEY,LINDSEY S @ 25 Aug 2016 1714 EDT
**1. Generalized anxiety disorder:** 31yo PT with history of anxiety, depression, and alcohol abuse seen f2f for 30min initial appt. PT presents with sys secondary to occupational stress and limited social support. Sys are consistent with Generalized Anxiety Disorder. PT also has SI history with two previous attempts and one previous plan. PT reported last having passive SI 3 weeks ago with no plan or intent; he denied any current SI, plans, or intent. Developed crisis response plan with PT with triggers, coping skills, and resources for SI or crisis. PT has an appointment with Dr. Tobar in outpatient behavioral health on 06SEP16. PT was encouraged to RTC if symptoms persist or worsen. PT appears to be in the preparation stage of change and agreed to implement the recommendations made during today's appt. RTC as needed.

Anxiety Recommendations for patient:
1. Identify and challenge at least one maladaptive thought per day.
2. Engage in at least one enjoyable activity per week.
3. Follow up with outpatient behavioral health.
4. Use crisis response plan if having SI or crisis.
5. RTC in symptoms persist or worsen.

Anxiety Recommendations for PCM Team:
1. Monitor for safety.
2. Monitor symptoms for improvement.

Discussed with LT Hickey and plan reviewed with PT.


**Disposition** Last updated by JARRETT,ERICA M @ 25 Aug 2016 1756 EDT
**Released w/o Limitations**
**Follow up:** as needed .


**Signed By JARRETT, ERICA M** (Clinical Health Psychologist, NNMC Bethesda, MD) @ 25 Aug 2016 1756

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by JARRETT,ERICA M @ 25 Aug 2016 1756 EDT:*
The Disposition section was last updated by JARRETT,ERICA M @ 25 Aug 2016 1756 EDT - see above.Previous Version of Disposition section was entered/updated by HICKEY,LINDSEY S @ 25 Aug 2016 1715 EDT.
**Released w/o Limitations**
**Follow up:** as needed .

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 625**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *23 Jun 2016 at WRNMMC, Int Med CL C Medical Home BE by ATCHERSON, KATHY A*

| Encounter ID: | BETH-24977587 | Primary Dx: | Encounter for other administrative examinations |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **23 Jun 2016 1140 EDT**
Clinic: **INT MED MEDICAL HOME CL C BE**

Appt Type: **T-CON***
Provider: **ATCHERSON,KATHY A**

Call Back Phone: ███████

**Reason for Telephone Consult:** Written by ATCHERSON,KATHY A @ 23 Jun 2016 1140 EDT
Emergency room  follow up call.
**Telephone Consult Comments:** Written by ATCHERSON,KATHY A @ 23 Jun 2016 1140 EDT
No answer. Left message for patient to call 301-319-2349 or 301-295-0196 and make an appointment with PCM if further care is needed.

**Questionnaire AutoCites** Refreshed by ATCHERSON,KATHY A @ 23 Jun 2016 1144 EDT
**Questionnaires**

**A/P** Last Updated by ATCHERSON,KATHY A @ 23 Jun 2016 1145 EDT
**1. Encounter for other administrative examinations**

**Disposition** Last Updated by ATCHERSON,KATHY A @ 23 Jun 2016 1337 EDT
**Referred for Appointment**
**Follow up:**  as needed .

**Signed By  ATCHERSON, KATHY A** (Physician/Workstation) @ 23 Jun 2016 1338

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *22 Jun 2016 at WRNMMC, GI Clinic Bethesda by KWOK, RYAN M*

Encounter ID:    BETH-24961678    Primary Dx:    Other chest pain

Patient: **MERWIN, DANIEL DENNIS**       Date: **22 Jun 2016 1040 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **GI CL BE**              Provider: **KWOK,RYAN MITCHELL**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites Refreshed by SHAH,NISHA A @ 22 Jun 2016 1111 EDT</u>

                                                                        **Allergies**
                                                                        •OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
f/u
**Appointment Comments:**
BAR

**Vitals**
<u>Vitals</u> Written by THOMPSON,DEREK J @ 22 Jun 2016 1039 EDT
 BP: 146/87,   HR: 74,   RR: 14,   T: 98.2 °F,   HT: 69 in,   WT: 165 lbs,   SpO2: 99%,   BMI: 24.37,
 BSA: 1.903 square meters,   Tobacco Use: No,   Alcohol Use: Yes,   Pain Scale: 4/10 Moderate,
 Pain Scale Comments: Sharp Pain in Chest when taking deep breaths on inhale.

**S/O Note** Written by SHAH,NISHA AMISH @ 22 Jun 2016 1349 EDT
**Chief complaint**
The Chief Complaint is: F/u.
**History of present illness**
     The Patient is a 31 year old male.

<<Note accomplished in TSWF-CORE>>

31 year old male to f/u for lab results (confirmed h pylori eradication) but states he is having intense chest pain worsened with
coughing and breathing right now.  Denies n/v/diaphoresis.  Denies pain radiating to back/jaw/arm.  He is very anxious and
concerned and would like to go to ED.  Appointment ended at this time.

**A/P** Last Updated by SHAH,NISHA A @ 22 Jun 2016 1335 EDT
**1. Other chest pain** R07.89: Due to lightheadedness/dizziness although stable vital signs and continued chest pain, will send to ED
for evaluation.  Can f/u in 4 weeks after trial of fodmap as discussed in past.  H pylori eradication confirmed.

**Disposition** Written by KWOK,RYAN M @ 23 Jun 2016 1507 EDT
**Immediate Referral** - Referred to: ED
**Follow up:** 4 week(s) in the GI CL BE clinic or sooner if there are problems. - Comments: Case discussed with GI staff, Dr. Kwok,
who agrees with above plan.

Patient was wheelchaired to ED.  ED staff was called and case discussed.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by KWOK,RYAN M @ 23 Jun 2016 1508 EDT
Pt not seen as triaged to ER prior to my encounter, agree with plan for urgent triage via ER prior to GI evaluation.

**Signed By  KWOK, RYAN M** (Physician, Gastroenterology / Transplant Hepatology Staff, Walter Reed National Military Medical
Center) @ 23 Jun 2016 1508

**Medical Record**

## *15 Jun 2016 at WRNMMC, GI Clinic Bethesda by SHAH, NISHA AMISH*

| | | |
|---|---|---|
| Encounter ID: | BETH-24897721 | Primary Dx: | Encounter for issue of other medical certificate |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **15 Jun 2016 1621 EDT**
Clinic: **GI CL BE**

Appt Type: **T-CON***
Provider: **SHAH,NISHA AMISH**

Call Back Phone:

AutoCites Refreshed by SHAH,NISHA A @ 15 Jun 2016 1621 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Telephone Consult:**Written by SHAH,NISHA A @ 15 Jun 2016 1621 EDT
Lab results

**Questionnaire AutoCites** Refreshed by SHAH,NISHA A @ 15 Jun 2016 1621 EDT
**Questionnaires**

**S/O Note** Written by SHAH,NISHA AMISH @ 15 Jun 2016 1624 EDT
**Subjective**
Called and spoke with patient about results and confirmation of eradication; off PPI for two weeks prior to testing.

**A/P** Last Updated by SHAH,NISHA A @ 15 Jun 2016 1624 EDT
**1. Encounter for issue of other medical certificate** Z02.79

**Disposition** Last Updated by SHAH,NISHA A @ 15 Jun 2016 1624 EDT
**Follow up:** as needed with PCM.

**Signed By  SHAH, NISHA A** (LCDR  MC  USN, Physician, Gatroenterology Fellow) @ 15 Jun 2016 1624

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 628**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▉ 1985  SSN: ***-**-▉    DoD ID: 1286180538    Created: 30 Oct 2017

*07 Jun 2016 at WRNMMC, Otolaryngology Clinic Bethesda by XYDAKIS, MICHAEL S*

Encounter ID:    BETH-24803403    Primary Dx:    Unspecified disturbances of smell and taste

Patient: **MERWIN, DANIEL DENNIS**    Date: **07 Jun 2016 1300 EDT**    Appt Type: **SPEC**
Treatment Facility: **WALTER REED**    Clinic: **OTOLARYNG CL BE**    Provider: **XYDAKIS,MICHAEL S**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
Unspecified disturbances of smell and taste
**Appointment Comments:**
emh

**S/O Note** Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1341 EDT
**Chief complaint**
The Chief Complaint is: 31 active duty navy from Ft Meade referred by colleague (dr David Thompson) for dysgusia of
approximately 8 months duration. Specifically, patient indicates that on 16 Oct 2015, he was making pizza and noticed the alteration
in taste. He presented to his nurse practitioner on 9 Nov 2015 and was referred to ENT. Smell is fine. NO tobacco (social smoker
about 9 years ago). Patient does have a h/o alcohol dependence requiring counseling (notes in AHLTA indicate that therapy began
in Aug 2014). MRI Brain (15 April 2016) = Normal olfactory eloquent structures.
**History of present illness**
    The Patient is a 31 year old male.
    He reported: Past medical history reviewed, problem list reviewed, medication list reviewed, family history reviewed, and
surgical history reviewed.
**Past medical/surgical history**
**Reported:**
    Recent Events: An active illness Longstanding history of irritable bowel syndrome. History of H. Pylori and GERD (followed by
        GI).
**Physical findings**
**Neck:**
    • Neck: No palpable adenopathy.
**Nose:**
    Right Side Of Nose:
        • Examined.
    Left Side Of Nose:
        • Examined Moderate nasal septal deflection to the left with fracture / dislocation at the bony cartilagenous junction. No
            infectious, inflammatory nor obstructive pathology noted.
**Oral Cavity:**
    ° General condition was good S/p tonsillectomy. + discoloration and brownish/green film noted on posterior 1/3 of the tongue.
        Mucosa otherwise pale pink and moist. + discoloration of the teeth.
    Tongue: • Mucositis scale.

**A/P** Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1356 EDT
**1. Unspecified disturbances of smell and taste**
**2. Glossitis**
**3. Gastro-esophageal reflux disease without esophagitis:** Sniffen extended battery 16 panel odorant test performed. Patient
scored 16/16 with rapid, crisp reliable responses. Olfactory threshold testing performed. Patient scored 8/16 which is normal for age.
Olfactory discrimination was normal. Burghart taste strips and sprays administered. Patient was able to discern tastes (sweet, salty,
sour, bitter) at even the lowest concentrations. Hence, completely normal taste. A/P: Dysgusia due to mild glossitis which is due to
GERD up to the level of the hypopharynx and base of tongue. Patient is scheduled to see GI in the next week or so. Likely his
symptomatology will resolve once his acid reflux is under control and the tongue is no longer inflammed. Would consider Nystatin or
mycelex oral troches. However, it would be preferable to address the underlying cause of the problem (i.e. Acid reflux) and see if the
tongue inflammation resolves. Patient understands and agrees with this approach. He will send me an e-mail to assess interval
change.

**Disposition** Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1357 EDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Anderson, Daniel Dennis    DOB: ▉ 1985  SSN: ***-**-▉    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 629**

AR 0673

**Medical Record**

Anderson, Daniel Dennis       DOB: ██ 1985  SSN: ***-**-██       DoD ID: 1286180538       Created: 30 Oct 2017

**Note** Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1255 EDT
**Consult Order**
**Referring Provider:**       THOMPSON, DAVID HERRON
**Date of Request:**  11 Apr 2016
**Priority:**       Routine

**Provisional Diagnosis:**

Unspecified disturbances of smell and taste

**Reason for Request:**

Consult from Dr Thompson to Dr Xydakis: SM with chronic bitter tastes with surgery like foods. Normal ENT exam, Ordered MRI Brain, Please evaluate and treat

Signed By  **XYDAKIS, MICHAEL S** (Physician) @ 07 Jun 2016 1357

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.       **Page 630**

AR 0674

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *11 May 2016 at WRNMMC, GI Clinic Bethesda by LACZEK, JEFFREY T*

| Encounter ID: | BETH-24528671 | Primary Dx: | Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **11 May 2016 0800 EDT**
Clinic: **GI CL BE**

Appt Type: **SPEC**
Provider: **LACZEK,JEFFREY T**

**AutoCites** Refreshed by SHAH,NISHA A @ 11 May 2016 0808 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere
**Appointment Comments:**
ek/irmac

**Vitals**
Vitals Written by THOMPSON,DEREK J @ 11 May 2016 0752 EDT
BP: 118/72,   HR: 68,   RR: 10,   T: 98.4 °F,   HT: 69 in,   WT: 167 lbs,   SpO$_2$: 98%,   BMI: 24.66,
BSA: 1.913 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 6/10 Moderate,
Pain Scale Comments: Cramping intermittent  pain in the Intestines

**S/O Note** Written by SHAH,NISHA AMISH @ 11 May 2016 1523 EDT
**Chief complaint**
The Chief Complaint is:  + h pylori test.
**History of present illness**
      The Patient is a 31 year old male.

<<Note accomplished in TSWF-CORE>>

31 year old male referred from ENT when during w/u of dysgeusia was found to + serum H pylori Ab and presents for further
management.  Patient states he has never been treated for h pylori.

He also states that he has had 'ibs pain' since age 15.  The pain is in the upper abdomen described as sharp and does not radiate.
The pain can last minutes to longer and resolves once he goes to the bathroom having a soft stool; bristol  type 5-6.  Episodes occur
weekly and are triggered by certain foods (spicy foods/fiber filled foods).

Of note, he went to the ED a few years ago for similar abdominal pain, he was then seen in the GI clinic and found to have a normal
MRE after initial colonoscopy was concerning for thickened folds.  He was lost to follow up.
      Heartburn burning sensation - 2x per month, abdominal pain, and diarrhea.
**Allergies**
Allergies Verified and Updated
NKDA.
**Current medication**
Including OTCs, vitamins, herbals, supplements, etc.
Albuterol prn

Denies otc/herbals/supplements.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history
      SAR
      He denies any other medical issues.
      Surgical / Procedural: Surgical / procedural history None.
**Personal history**
Social history reviewed Denies tob/etoh.
**Family history**
      Family medical history
      No hx of celiac/IBD

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 631**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017

No hx of GI malignancies
Mom and grandmother with also 'stomach problems'.

**Review of systems**
**Systemic:** Not feeling tired (fatigue).  No fever, no chills, and no night sweats.
**Eyes:** No eye pain.  No red eyes.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** Appetite not decreased.  No dysphagia and no pain on swallowing.  No nausea, no vomiting, no hematemesis, no jaundice, no bright red blood per rectum, and no constipation.
**Musculoskeletal:** No localized joint pain.
**Skin:** No rash.

**Physical findings**
**Vital Signs:**
  • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
  ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
    Appearance: ° Of the neck was normal.
**Eyes:**
    General/bilateral:
        External: ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
**Oral Cavity:**
    Lips: ° Showed no abnormalities.
    Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
  • Pharynx: MC3.
    Oropharynx: ° Normal.  ° Tonsils showed no abnormalities.
**Lungs:**
  ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
        ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
    Murmurs: ° No murmurs were heard.
**Abdomen:**
    Visual Inspection: ° Abdomen was not distended.
    Auscultation: ° Bowel sounds were not diminished or absent.
    Palpation: ° Abdomen was soft.  ° No abdominal guarding.  ° Abdominal non-tender Mild ttp in RLQ.  ° No mass was palpated
        in the abdomen.
    Liver: ° Normal to palpation.
    Spleen: ° Normal to palpation.
    Hernia: ° No hernia was discovered.
**Musculoskeletal System:**
    Functional Exam:
        General/bilateral: ° Mobility was not limited.
**Neurological:**
  ° Oriented to time, place, and person.
    Gait And Stance: ° Normal.
**Psychiatric:**
    Mood: ° Euthymic.
    Affect: ° Normal.
**Skin:**
  ° Showed no ecchymosis.  ° Temperature was normal.  ° No skin lesions.

**Lab Result** Cited by SHAH,NISHA A @ 11 May 2016 0814 EDT

| CBC W/o Diff | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| WBC | BLOOD | 4.7 |
| RBC | BLOOD | 4.88 |
| Hemoglobin | BLOOD | 15.4 |
| Hematocrit | BLOOD | 45.0 |
| MCV | BLOOD | 92.3 |
| MCH | BLOOD | 31.5 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 632**

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | |
|---|---|---|
| MCHC | BLOOD | 34.1 |
| Platelets | BLOOD | 293 |
| RDW CV | BLOOD | 13.3 |
| MPV | BLOOD | 8.6 |

**Lab Result** Cited by SHAH,NISHA A @ 11 May 2016 0814 EDT

| **Basic Metabolic Panel** | **Site/Specimen** | **11 Apr 2016 1043** |
|---|---|---|
| Urea Nitrogen | SERUM | 9.7 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 97 (L) |
| Creatinine | SERUM | 0.87 |
| Glucose | SERUM | 92 |
| Potassium | SERUM | 4.4 |
| Sodium | SERUM | 139 |
| Calcium | SERUM | 10.2 |
| Anion Gap | SERUM | 15 |
| GFR Calculated Non-Black | SERUM | 115.0 |
| GFR Calculated Black | SERUM | 132.9 <i> |

**Lab Result** Cited by SHAH,NISHA A @ 11 May 2016 0814 EDT

| **Helicobacter pylori Ab IgG** | **Site/Specimen** | **11 Apr 2016 1043** |
|---|---|---|
| Helicobacter pylori Ab IgG | SERUM | 7.1 (H) <i> |

**A/P** Last Updated by SHAH,NISHA A @ 11 May 2016 1553 EDT
**1. Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere** B96.81: 31 year old male with incidental finding of h pylori, unlikely related to dysguesia but would be interested at follow up to see if treatment affects symptoms. As it is a carcinogen, would recommend therapy. No exposure to antibiotics in last 6-8 months, will do triple therapy. Patient counseled on importance of compliance as well as confirmation of eradication two weeks after stopping PPI therapy.

| Medication(s): | -PANTOPRAZOLE--PO 40MG TBDR - TAKE ONE TABLET BY MOUTH TWICE A DAY FOR TWO WEEKS #28 RF0 Ordered By: SHAH,NISHA A Ordering Provider: SHAH, NISHA AMISH -AMOXICILLIN--PO 500MG CAP - TAKE TWO CAPSULE BY MOUTH TWICE A DAY FOR TWO WEEKS #56 RF0 Ordered By: SHAH,NISHA A Ordering Provider: SHAH, NISHA AMISH -CLARITHROMYCIN--PO 500MG TAB - TAKE ONE TABLET BY MOUTH TWICE A DAY FOR FOURTEEN DAYS #28 RF0 Ordered By: SHAH,NISHA A Ordering Provider: SHAH, NISHA AMISH |
|---|---|
| Laboratory(ies): | -H PYLORI AG, EIA (Routine): to be done two weeks after stopping protonix Ordered By: SHAH,NISHA A Ordering Provider: SHAH, NISHA AMISH |

**2. Irritable bowel syndrome with diarrhea** K58.0: No red flags and triggers seem to be primarily food/stress. Will first focus on understanding triggers with food diary and assess if high fodmap (sheet given), After two week of observation, asked that he eliminate one food a week from his triggers. Plan to see back in 6-8 weeks and decide next step in management.

**Disposition** Last Updated by SHAH,NISHA A @ 11 May 2016 1612 EDT
**Released w/o Limitations**
Follow up: 6 to 8 week(s) in the GI CL BE clinic or sooner if there are problems. - Comments: Case discussed with GI staff, Dr. Laczek, who agrees with above plan.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by MCPHERSON,CARL E @ 11 May 2016 0721 EDT
**Consult Order**
**Referring Provider:** THOMPSON, DAVID HERRON
**Date of Request:** 13 Apr 2016
**Priority:** Routine

**Provisional Diagnosis:**

Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere

**Reason for Request:**

SM with Reflux and Postive H. Pylori on IGG, Please evalute and treat.
**Note** Written by LACZEK,JEFFREY T @ 17 May 2016 1432 EDT
**GI Staff**
I saw PO1 Merwin with Dr. Shah. I agree with Dr. Shah's assesment that his dysguesia is unlikely related to his H. pylori infection. I also agree with the plan to treat his H. pylori infection.

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 633**

**Medical Record**

Anderson, Daniel Dennis    DOB:  1985  SSN: ***-**    DoD ID: 1286180538    Created: 30 Oct 2017

Signed By  LACZEK, JEFFREY T (Staff Gastroenterologist, WRNMMC Bethesda, MD) @ 17 May 2016 1434

Anderson, Daniel Dennis    DOB:  1985  SSN: ***-**    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 634**

AR 0678

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *22 Apr 2016 at WRNMMC, Medical Readiness Clinic Bethesda by TACKIE, DIANE A*

| Encounter ID: | BETH-24331899 | Primary Dx: | EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **22 Apr 2016 0830 EDT**
Clinic: **MEDICAL READINESS CL BE**

Appt Type: **WELL**
Provider: **TACKIE,DIANE A**

<u>AutoCites</u> Refreshed by TACKIE,DIANE A @ 22 Apr 2016 0942 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
pha/navy
**Appointment Comments:**
ass4105625345

**Vitals**
**Vitals** Written by WOOTEN,LORI A @ 22 Apr 2016 0911 EDT
BP: 114/73,    HR: 72,    RR: 14,    T: 98.1 °F,    HT: 69 in,    WT: 170.4 lbs,    Uncorr OD: 20/40,    Uncorr OS: 20/40,    Uncorr OU: 20/40,    BMI: 25.16,
BSA: 1.93 square meters,    Tobacco Use: No,    Alcohol Use: Yes,    Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: 2 or 3 drinks 2 or 3 times a week,    Pain Scale: 0 Pain Free
**Comments:** PRK 2011
Epworth Study 15 Pt went to Sleep Clinic and was told he didn't meet the threshhold to have a sleep study.

**Questionnaire AutoCites** Refreshed by TACKIE,DIANE A @ 22 Apr 2016 0942 EDT
**Questionnaires**

Tuberculosis Exposure Risk Assessment Version: 3 Completed On: 22 Apr 2016
  1. Since your last Tuberculosis Exposure Questionnaire were you exposed to anyone known to have or suspected of having active tuberculosis(i.e. with persistent cough, weight loss, night sweats, and/or fever)?: No
  2. Since your last Tuberculosis Exposure Questionnaire or Post Deployment Health Assessment (DD Form 2796), did you have direct & prolonged contact with any individuals of the following groups: refugees or displaced persons; patients hospitalized with tuberculosis, prisoners, or homeless shelter populations?: No
  3. Write the name of any country or countries where you have traveled or deployed to since your last Tuberculosis Exposure Questionnaire.: N/A
  4. During this travel, did you have prolonged direct contact with the local population? Prolonged direct contact is generally understood as having been within six feet of a person with a bad continuous cough for at least eight consecutive hours on a single day, or for a total of at least fifteen hours per week of a multi-week stay.: No
  5. Have you had a prior history of TB or prior treatment for Latent TB?: No
  6. PROVIDER: Have you recently had a chronic cough AND did you have any of the following at the same time? Fever, Coughed up Blood, Unexplained Weight Loss, Night Sweats: No
  7. PROVIDER: Since your last risk assessment, did you develop any of the following conditions: organ transplant; HIV Infection; Immunosuppression secondary to use of prednisone (equivalent of >15mg/day> 1 month) or other immunosuppressive medication such as Humira, Enbrel or Remicade?: No
  8. PROVIDER: Since your last TB risk assessment did you develop any of the following conditions: diabetes, silicosis, cancer of head or neck, Hodgkin's disease, leukemia,  end stage renal disease, intestinal bypass or gastrectomy, chronic malabsorption syndrome, low body weight (10% or more below ideal weight) or injection drug use?: No

EPWORTH Sleepiness Scale Version: 1 Completed On: 22 Apr 2016
Questionnaire Notes: 15

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0679

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Epworth 15: SM has already been seen by PCM and appropriate specialty care for sleep disturbacnes.
1. How likely are you to doze off or fall asleep while SITTING AND READING?: 3
2. How likely are you to doze off or fall asleep while WATCHING TV?: 2
3. How likely are you to doze off or fall asleep while INACTIVE in a meeting, theater, or other similar place?: 0
4. How likely are you to doze off or fall asleep as a PASSENGER in a car for an HOUR without a break?: 3
5. How likely are you to doze off or fall asleep while LYING DOWN to rest in the afternoon when circumstances permit?: 3
6. How likely are you to doze off or fall asleep while sitting and TALKING to someone?: 0
7. How likely are you to doze off or fall asleep while SITTING QUIETLY after a lunch without alcohol?: 2
8. How likely are you to doze off or fall asleep in a CAR, while stopped for a few minutes in the traffic?: 2

**S/O Note** Written by TACKIE,DIANE A @ 22 Apr 2016 0952 EDT
**Chief complaint**
The Chief Complaint is: PHA.
**Reason for Visit**
    Visit for: FACE TO FACE PHA, U.S. NAVY AND HRA REVIEW.
**History of present illness**
    The Patient is a 31 year old male.

Annual Periodic Health Assessment includes record review/assessment/counseling of avoidable health risk factors, clinical
preventive services, deployment health history, and individual medical readiness assessment IAW MANMED.
    Past medical history reviewed and problem list reviewed.  Medication reconciliation performed.  Medication list reviewed, family
history reviewed, and surgical history reviewed.
    Military service [ ] Y  [ X ] N  Deployed since previous PHA
    [ ] Y  [X ] N  Post-Deployment Health Assessment completed
    [ ] Y  [X ] N  Post-Deployment Health Reassessment completed
    [ ] Y  [ X ] N  Post-Deployment labs/tests completed
    [ ] Y  [X ] N  Deployment/Shipboard limiting conditions identified.

Patient identified by first and last name as well as DOB. 31yo Male U.S. Navy Active Duty Service Member presents for Face to
Face PHA. SM states he is not on Limited Duty or Light Duty Status at the current time.  Refer to the A/P section of this SF 600 for
HRA documentation.
**Past medical/surgical history**
PMH DISCUSSED WITH SM
- Unspecified disturbances of smell and taste, Parageusia: under the care of Otolaryngeal Clinic, last seen 19 April 2016, MRI wnl.
- Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere: referred to GI per ENT Clinic.
- Pain in left ankle and joints of left foot: under the care of Physical Therapy Clinic, last seen 05 April 2016.
- Alcohol dependence, uncomplicated: SM states he has completed treatment. Last seen by BH Clinic last in Feb 2016.
**Reported:**
    Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs? [ ]Yes [ ] No [ X ] N/A.  No allergies -- NKDA.
    Surgical / Procedural: Surgical / procedural history -- PRK OD/OS 2011.
    Medications: Medication history -- SM states he is not taking any medications at the current time.
    Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [ X ]Yes [ ] No
    2) Is there a complaint of tinnitus that has not been addressed? [ ]Yes [ X ]No
    3) Is there a complaint of changes in hearing since the last hearing test? [ ]Yes [ X ]No
    4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500,
        1000 and 2000 Hz that average 30 dB or greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [ ]Yes [
        X ]No
    5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12
        months? [ ]Yes [ ] No [ X ] N/A.
**Personal history**
Behavioral: No tobacco use.
Alcohol: Alcohol SM reports consuming alcohol 3 times per week with 2-3 drinks per occasion.
Work: Occupation Computer Network Intelligence Analyst, Fort Meade.
Marital: Marital history Single, no children.
**Review of systems**
Otolaryngeal symtpoms-- parageusia, taste and smell disturbances
Gastroenterology symptoms-- H. pylori positive, heart burn, stomach discomfort
Musculoskeletal symptoms-- left foot and ankle pain
Skin symptoms-- Anogenital (venereal) warts, being managed by Derm Clinic, last seen 24 Feb 2016
Behavioarl Heatlh symptoms-- alcohol dependence previous history, resolved.
**Systemic:** No systemic symptoms.
**Head:** No head symptoms.
**Neck:** No neck symptoms.
**Eyes:** No eye symptoms.
**Breasts:** No breast symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Genitourinary:** No genitourinary symptoms.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 636**

**Medical Record**

| Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017 |

**Endocrine:** No endocrine symptoms.
**Hematologic:** No hematologic symptoms.
**Neurological:** No neurological symptoms.
**Allergic and Immunologic:** No allergic/immunologic symptoms.
**Physical findings**
**Vital Signs:**
　　° Current vital signs reviewed.
**General Appearance:**
　　° Well-appearing ? Not tired.  ? Clothing was appropriate.  ? Grooming was within normal limits.
**Head:**
　　Appearance: ° Head normocephalic.
**Musculoskeletal System:**
　　General/bilateral: ° Normal movement of all extremities.
**Neurological:**
　　° Level of consciousness was normal.
　　Speech: ° Normal.
　　Coordination / Cerebellum: ° No coordination/cerebellum abnormalities were noted.
　　Balance: ° Normal.
　　Gait And Stance: ° Normal.
**Psychiatric:**
　　Affect: ° Normal o Full-ranging.  ? Not inappropriate.  ? Not labile.  ? Congruent with the mood.
　　Thought Processes: ° Not impaired ? No thought disorder was noted.  ? Evaluation of connectedness showed no deficiency.  ?
　　　　Rate of thought was normal.  ? Attention demonstrated no abnormalities.
　　Thought Content: ° Revealed no impairment ? Insight was intact.  ? No suicidal tendency.  ? No preoccupation with violent
　　　　thoughts was observed.  ? No homicidal tendencies.
**Objective**
REVIEWED AHLTA SF 600 PREVIOUS ENCOUNTERS. PAPER/ HARD COPY MEDICAL RECORDS NOT AVAILABLE.
Health Record　　　　[X] Reviewed  [ ] Not available  [ ] Remarkable for:
Dental Classification　[X] Reviewed  [ ] Not available  [ ] See Plan:
Immunizations and Labs  [X] Reviewed  [ ] Not available  [ ] See Plan:
**Assessment**
　　• Military service status
　　IMR Category:
　　Fully Medically Ready ( X )
　　Partially Medically Ready ( )
　　Not Medically Ready ( )
　　Medical Readiness Indeterminate ( )
　　Comments:

**Lab Result** Cited by TACKIE,DIANE A @ 22 Apr 2016 0946 EDT

| | Site/Specimen | | Units | Ref Rng |
|---|---|---|---|---|
| **HIV-1/O/2 Ab** | | **16 Feb 2016 1430** | | |
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

**Lab Result** Cited by WOOTEN,LORI A @ 22 Apr 2016 0918 EDT

| | Site/Specimen | |
|---|---|---|
| **Varicella Virus Ab** | | **03 Nov 2005 1849** |
| Varicella Zoster Virus Ab | SERUM | IMMUNE |

**Lab Result** Cited by WOOTEN,LORI A @ 22 Apr 2016 0918 EDT

| | Site/Specimen | |
|---|---|---|
| **Chlamydia+Gonococcus DNA Panel NAAT** | | **28 Jan 2013 1110** |
| Neisseria gonorrhoeae DNA | URINE | NEGATIVE FOR N.GONORRHOEAE <i> |
| Chlamydia trachomatis DNA | URINE | NEGATIVE FOR C.TRACHOMATIS <i> |

**Lab Result** Cited by WOOTEN,LORI A @ 22 Apr 2016 0917 EDT

| | Site/Specimen | |
|---|---|---|
| **Lipid Panel** | | **10 Apr 2014 0951** |
| Cholesterol | SERUM | 208 (H) <i> |
| Triglyceride | SERUM | 158 (H) <i> |
| HDL Cholesterol | SERUM | 64.0 (H) |
| LDL Cholesterol | SERUM | 112 <i> |
| VLDL Cholesterol | SERUM | 32 |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.　　　　**Page 637**

AR 0681

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Lab Result** Cited by WOOTEN,LORI A @ 22 Apr 2016 0917 EDT

| **Varicella Zoster Virus DFA** | **Site/Specimen** | **29 Sep 2015 1730** |
|---|---|---|
| Varicella Zoster Virus Ag | SKIN | NO VZ ANTIGEN DETECTED <i> |

**Lab Result** Cited by WOOTEN,LORI A @ 22 Apr 2016 0917 EDT

| **Basic Metabolic Panel** | **Site/Specimen** | **11 Apr 2016 1043** |
|---|---|---|
| Urea Nitrogen | SERUM | 9.7 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 97 (L) |
| Creatinine | SERUM | 0.87 |
| Glucose | SERUM | 92 |
| Potassium | SERUM | 4.4 |
| Sodium | SERUM | 139 |
| Calcium | SERUM | 10.2 |
| Anion Gap | SERUM | 15 |
| GFR Calculated Non-Black | SERUM | 115.0 |
| GFR Calculated Black | SERUM | 132.9 <i> |

**Lab Result** Cited by TACKIE,DIANE A @ 22 Apr 2016 0859 EDT

| **HIV-1/O/2 Ab** | **Site/Specimen** | **16 Feb 2016 1430** | **Units** | **Ref Rng** |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

**A/P** Last updated by TACKIE,DIANE A @ 22 Apr 2016 1153 EDT

**1. EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA)** DOD0225:
Face to Face PHA completed and updated in MRRS.
TB Exposure Risk Assessment Questionnaire complete. Medications reconciled.
Copy of IMR given to SM. Next PHA one year.

MEDICAL READINESS STATUS: Fully Medically Ready.

Reviewed Immunization Records in AHLTA and on IMR, Tdap and Influenza vaccines up to date.

> Procedure(s):    -(99173) Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S):
> WOOTEN,LORI A

**2. Counseling, unspecified** Z71.9: SM educated to the PHA visit. Reviewed HRA survey results, discussed, education provided.
Epworth Sleepiness Scale review and discussed.

SM educated to Skin Cancer Prevention. To lower your skin cancer risk, protect your skin from the sun and avoid indoor tanning.
CDC recommends these easy options:

- Stay in the shade, especially during midday hours.
- Wear clothing that covers your arms and legs.
- Wear sunglasses that block both UVA and UVB rays.
- Use sunscreen with SPF 15 or higher and both UVA and UVB protection.
- Avoid indoor tanning.
- Consider your Skin cancer risk factors: Personal history of skin cancer or precancerous skin lesions, tendency to freckle or burn
easily, lots of sun exposure throughout your life, family history of skin cancer
- Perform a thorough skin check regularly, preferably once a month. Do this in a brightly lit room in front of a full-length mirror.

> Procedure(s):    -(G8420) BMI IS DOC W/IN NORMAL PARAMETERS &NO FOLLOW-UP PLAN IS REQD x 1
> ADDITIONAL PROVIDER(S): WOOTEN,LORI A
> Patient Instruction(s):    -Guidance: Concerns About Stress Management
> -Inquiry And Counseling: Contraceptive Practices
> -Inquiry And Counseling: Family Planning
> -Patient Education - Nutrition
> -Anticipatory Guidance: Food Groups
> -Anticipatory Guidance: Maintaining Healthy Weight
> -Maintain Healthy Diet
> -Anticipatory Guidance: Outdoor Safety Avoiding Sun Exposure
> -Parent Education: Avoiding Direct Sun Exposure
> -Avoid Exposure Bright Sunlight

| Anderson, Daniel Dennis | DOB: ▓▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 638**

AR 0682

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Disposition** Written by TACKIE,DIANE A @ 22 Apr 2016 1153 EDT
**Released w/o Limitations**
Follow up: as needed with PCM. - Comments: SM to continue to fu with the appropriate specialists for continuity of care.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  TACKIE, DIANE A** (Physician Assitant) @ 22 Apr 2016 1154

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by TACKIE,DIANE A @ 22 Apr 2016 0948 EDT:*
The A/P section was last updated by TACKIE,DIANE A @ 22 Apr 2016 0948 EDT - see above.Previous Version of A/P section was entered/updated by WOOTEN,LORI A @ 22 Apr 2016 0920 EDT.
1. EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA)
     Procedure(s):                    -Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S): WOOTEN,LORI A
*The following Lab Note Was Deleted by TACKIE,DIANE A @ 22 Apr 2016 0946 EDT:*
Note Written by WOOTEN,LORI A @ 22 Apr 2016 0917 EDT
**Lab Result**
HIV-1/O/2 Ab                              Site/Specimen               16 Feb 2016 1430
HIV-1/O/2 Ab                              SERUM                       ******

*The following S/O Note Was Overwritten by TACKIE,DIANE A @ 22 Apr 2016 0945 EDT:*
S/O Note Written by WOOTEN,LORI A @ 22 Apr 2016 0918 EDT
**History of present illness**
     The Patient is a 31 year old male.

Annual Periodic Health Assessment includes record review/assessment/counseling of avoidable health risk factors, clinical preventive services, deployment health history, and individual medical readiness assessment IAW MANMED.
     Military service [ ] Y  [ X ] N  Deployed since previous PHA
     [ ] Y  [X ] N  Post-Deployment Health Assessment completed
     [ ] Y  [X ] N  Post-Deployment Health Reassessment completed
     [ ] Y  [ X ] N  Post-Deployment labs/tests completed
     [ ] Y  [X ] N Deployment/Shipboard limiting conditions identified

**Past medical/surgical history**
**Reported:**
     Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs? [ ] Yes  [ ] No.  An allergy Feathers, Cats.
     Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [ ]Yes [X ]No
     2) Is there a complaint of tinnitus that has not been addressed? [ ]Yes  [ X ]No
     3) Is there a complaint of changes in hearing since the last hearing test? [ ]Yes [ X ]No
     4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500, 1000 and 2000 Hz that average 30 dB or
          greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [ ]Yes [ ]No
     5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12 months? [ ]Yes [ ]No.
**Physical findings**
**Vital Signs:**
     * Current vital signs reviewed.
**Objective**

Health Record         [X] Reviewed  [ ] Not available  [ ] Remarkable for:
Dental Classification  [X] Reviewed  [ ] Not available  [ ] See Plan:
Immunization record  [X] Reviewed  [ ] Not available  [ ] See Plan:
**Assessment**
     * Military service status
     IMR Category:
     Fully Medically Ready ( X )
     Partially Medically Ready ( )
     Not Medically Ready ( )
     Medical Readiness Indeterminant ( )
     Comments:
**Therapy**
     * Electronic medical alert pendant in possession as indicated.

*The following Text Note Was Deleted by WOOTEN,LORI A @ 22 Apr 2016 0923 EDT:*
Note Written by WOOTEN,LORI A @ 22 Apr 2016 0923 EDT

You rated your health as Good. Personal perception about how healthy you are is usually quite accurate. ;Your Personal Health Risk Appraisal Report identified 3 risk categories from the answers you provided that relate to overall health, which places you in a MEDIUM risk group. Numbers of risk factors have been shown to predict future health care use and health care costs. It is important for individuals to move toward the "low risk" category by reducing the number of behavioral risks, and for those already at low risk, to avoid increasing the number of risk factors over time.

AR 0683

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| High Risk | = 5 or more risk categories |
|-----------|------------------------------|
| Medium Risk | = 3-4 risk categories |
| Low Risk | = 0-2 risk categories |

You reported 3 categories, which places you at MEDIUM risk.
The categories you scored "unhealthy" on included:
- Stress Management
- Sexual Health
- Nutrition

**Body Mass Index (Note the limitations of BMI below) ; *Normal Weight* ;;;;;**
http://www.cdc.gov/nccdphp/dnpa/bmi/adult_BMI/about_adult_BMI.htm
YOUR BODY MASS INDEX = 24.4.
Both being overweight or being underweight are related to increased risk of disease and death. Among most Americans, BMI is a reliable indicator of total body fat. It is an inexpensive and easy-to-perform method of screening for weight categories that may lead to health problems. Limitations of BMI are that it may overestimate body fat in athletes and others who have a muscular build or underestimate body fat in individuals who lack lean muscles mass.

**TOBACCO USE; *Never used tobacco* ;;;;;** http://www.ucanquit2.org ;; ;
http://betobaccofree.hhs.gov/
You are doing the single most important thing to stay healthy! Not smoking saves you money (over $2000/year for one pack per day), helps you avoid many tobacco related diseases, and adds to your fitness level and overall health.

**TOBACCO USE; *Never used tobacco* ;;;;;** http://www.ucanquit2.org ;; ;
http://betobaccofree.hhs.gov/
Not using smokeless tobacco is a great choice. You can avoid oral cancer, tooth and gum disease, and maintain a fresh and clean mouth.

**ALCOHOL USE; *No* ;;;;;** http://www.nlm.nih.gov/medlineplus/alcoholconsumption.html

**¿¿ALCOHOL USE; *Once or twice per year* ;;;;;**
http://www.rethinkingdrinking.niaaa.nih.gov/
Many Sailors and Marines occasionally drink more heavily than usual during celebrations or special events. Plan ahead to avoid alcohol-related incidents. DUIs will put your career in danger.

**¿ALCOHOL USE; *Never (i.e. not during the past year)* ;;;;;**
http://www.rethinkingdrinking.niaaa.nih.gov/

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0684

You are being a responsible Sailor or Marine by never driving drunk or riding with someone who has been drinking. You can also help fellow Sailors and Marines avoid alcohol related incidents by looking out for those who try to drink and drive - and help them get home safely.

INJURY PREVENTION; *Always* ;;;;; http://www.nhtsa.gov/Driving+Safety
By always using your seat belt, you decrease your risk of serious injury or death after an accident by about 50%.

INJURY PREVENTION; *Does not apply to me / None recommended* ;;;;;
http://www.nhtsa.gov/Driving+Safety
If you ride these vehicles in the future, a helmet will provide significant protection against head injury and death. A large portion of medical, disability, and rehabilitation costs from these head injuries are paid for by the general public.

INJURY PREVENTION; *Does not apply to me / None recommended* ;;;;;
http://www.cdc.gov/niosh/topics/safety.html
If you visit work sites, encounter an environmental hazard, or work at home, use appropriate safety equipment

STRESS MANAGEMENT; *Somewhat satisfied* ;;;;;
http://www.nlm.nih.gov/medlineplus/stress.html ;;;;; http://afterdeployment.dcoe.mil
You are only somewhat satisfied with your life. Life satisfaction is a common goal that we as human beings strive to achieve. Work, relationships and social activities can all contribute to life satisfaction. Look to these sources for improving your level of satisfaction.

STRESS MANAGEMENT; *Most of the time* ;;;;;
http://www.med.navy.mil/sites/nmcsd/nccosc/serviceMembersV2/stressManagement/theStressContinuum /Pages/default.aspx ;;;;; http://startmovingforward.dcoe.mil
Long-term and short-term stress in your work or at home may increase your risk of cardiovascular disease and impact on your personal and professional relationships. Problem-solving or discussing possible solutions with someone else may help reduce or eliminate some of your stress.

¿STRESS MANAGEMENT; *Most of the time*;;;;;
http://www.helpguide.org/topics/relationships.htm;;;;; http://afterdeployment.dcoe.mil
Expressing your feelings can help you see that you are not alone in how you feel. Talking with others can also provide you with strategies to successfully manage your concerns.

SEXUAL HEALTH; *Most of the time* ;;;;;
http://nationalcoalitionforsexualhealth.org/tools/communicating-to-the-public/document/SexualHealthGuide_national.pdf
Choosing to use a latex condom consistently and correctly each time you have sex will significantly reduce your risk of acquiring a sexually transmitted infection

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 641**

**Medical Record**
Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

## PHYSICAL ACTIVITY; *3 weeks per month* ;;;;;
http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html
To promote and maintain health, all healthy adults aged 18-64 years need moderate-intensity aerobic activity for a minimum of 150 minutes each week or vigorous-intensity aerobic activity for 75 minutes each week. Combinations of moderate- and vigorous-intensity activity can be performed to meet this recommendation. Exercise sessions can be broken up into as little as 10 minutes at a time.

## PHYSICAL ACTIVITY; *2 days per week*;;;;;
http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html
Muscle-strengthening activities should work all the major muscle groups of your body (legs, hips, back, chest, abdomen, shoulders, and arms). To gain health benefits, muscle-strengthening activities need to be done to the point where it is hard for you to do another repetition without help. Adding muscle allows you to do more activities, improves appearance, and reduces the risk of several chronic diseases.

## NUTRITION; *At least 3-5 times per week or more*;;;;;
http://www.cdc.gov/nutrition/everyone/basics/fat/index.html
Some dietary fat is needed for good health, but high levels of fat in your diet may lead to excessive weight gain and increase your risk of certain cancers. Eating foods high in staturated and trans-fats also increases your risk of heart disease. Select foods low in saturated fats, trans fats, and cholesterol; eat plenty of whole grains, fruits and vegetables; and choose low fat milk products and lean meats.

## NUTRITION; *Less than one*;;;;;
http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html
The national goal for Americans is to consume at least two servings of fruits per day. Fruits and vegetables contain essential vitamins, minerals, and fiber that may help protect you from chronic diseases and can make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individuals age, gender, and level of physical activity.

## SUPPLEMENTS; *Seldom* ;;;;; http://humanperformanceresourcecenter.org/dietary-supplements
People choosing to supplement their diets with herbals, vitamins, minerals, or other substances need to know about the products they choose so that they can make informed decisions about them. The choice to use a dietary supplement can be a wise decision that provides health benefits. However, under certain circumstances, these products may be unnecessary for good health or they may even create unexpected risks or interact with medications. It is wise to ask your physician or pharmacist before taking supplements.

## DENTAL; *Daily* ;;;;; http://www.ada.org/public.aspx
You are to be commended for flossing your teeth daily. Daily flossing is recommended

AR 0686

to remove plaque and food particles from between the teeth and under the gum line, which prevents gum disease, tooth loss, decay, and bad breath. In addition to flossing , the American Dental Association recommends brushing your teeth twice a day with fluoride toothpaste to achieve good dental health.

NUTRITION; *Two* ;;;;; http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html
The national goal for Americans is three servings of vegetables per day, with at least one being a dark green or orange vegetable. Fruits and vegetables contain essential vitamins, minerals, and fiber that may help you from chronic diseases and can make make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individuals age, gender, and level of physical activity.

SLEEP; *Most of the time* ;;;;; http://www.med.navy.mil/sites/nmcphc/health-promotion/psychological-emotional-wellbeing/Pages/sleep.aspx
People who get enough restful sleep are able to concentrate on their activities, have more energy, and generally feel better.

PREGNANCY; *My partner or I are correctly and consistently using birth control ALL the time* ;;;;; http://www.med.navy.mil/sites/nmcphc/health-promotion/reproductive-sexual-health/Pages/contraception.aspx
There is a wide range of new, safe and effective contraception options available, some that work for years after you have started them. Some are permanent and others are easily and quickly reversible when you are ready to have a baby. But not all forms of contraception are equally effective. It makes sense to carefully consider your parenting plans and get informed about contraception so you and your partner can select the option that works best for you. Be well informed about contraception, and talk with your partner and doctor.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: █████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### 18 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON

Encounter ID:     BETH-24277977     Primary Dx:          Parageusia

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **18 Apr 2016 1344 EDT**
Clinic: **OTOLARYNG CL BE**

Appt Type: **T-CON***
Provider: **THOMPSON,DAVID HERRON**

Call Back Phone: ██████████

**AutoCites** Refreshed by THOMPSON,DAVID HERRON @ 18 Apr 2016 1344 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of heart disease (General FHx)
- family history of mental illness (not retardation) (General FHx)
- no family history of cancer (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.   **Page 644**

AR 0688

**Medical Record**

**Note** Written by THOMPSON,DAVID HERRON @ 19 Apr 2016 1237 EDT

**A/P** Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1032 EDT
**1. Unspecified disturbances of smell and taste:** S:  Taste abrupt onset of better taste ( Oct 16, while eating pizza),  now for surgery foods and chocholate, most other foods taste OK, and smell is OK. Going off zoloft did not change

All:  none Rx none Ill none surgery tx , prk tooth, admits GI stuff, IBS , ROS: hearing ok, breath nose ok, swallow ok, no sore throats

O: tms nl , mouth, tongue is normal, phx, neck, thyroid no mass Nps: nose clear, no mass nasopharynx, tvc mobile no edema arytenoids

-- b12 neg

-- HIV neg, 16 Feb 16

-- MRI Brain 15 april 16 = normal olfactory nerves and brain

-- Trep, lyme, cbc normal

A: ddx olfactory nerve issue,  H pylori

P:  MRI brain, labs, and referral to Dr Xydakis for taste and smell. Plant based diet


2. H pylori

O: positive IGG

A: possible cause of abnormal taste

P: Referred to GI medicine on 13 april


**Rad Result** Cited by THOMPSON,DAVID HERRON @ 19 Apr 2016 1233 EDT


**MERWIN, DANIEL DENNIS   20/▆    DoD ID: 1286180538   31yo ▆ 1985   M**
         ********** MRI, BRAIN W W/O CON **********
              POC Enc: #E4520771   POC Fac: WRNMMC
                    Status: Complete (Amended)

Procedure:          MRI, BRAIN W W/O CON
Event Date:          11-Apr-2016 10:19:00
Exam #:              16131283
Exam Date/Time:         15-Apr-2016 04:48:00
Transcription Date/Time:     15-Apr-2016 08:18:00
Provider:            THOMPSON, DAVID HERRON
Requesting Location:
   OTOLARYNG CL BE    WRNMMC BETHESDA, MD
Status:             COMPLETE (Amended)


**Amended Result Code:        SEE RADIOLOGIST'S REPORT**
Interpreted By:          DEMARCO, JAMES K
Supervised By:          James Demarco K, MD Dept of Radiology
Approved By:            DEMARCO, JAMES K
Approved Date:          15-Apr-2016 08:18:00
Supervised By:
   318118 James Demarco K, MD Dept of Radiology

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 645**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Supervised By Date:          15-Apr-2016 08:18:00
Amended Report Text:
    Brain MRI without and with gadolinium: 04/15/16 04:48:00.

History: 31 y/o M with acute onset distortion taste, Please evaluate olfactory
nerves for pathology, and brain for possible pathology, please use gad.

Technique: Sagittal T1, axial and coronal T2, axial T2 FLAIR, axial DWI, axial
GRE, axial T1, axial post T1 FS, coronal post 3D SPGR of the brain. A total of
16 mL of ProHance was given intravenously as part of the study.

FINDINGS: No focal mass lesion or abnormal enhancement along the expected course
of either olfactory bulb or groove is seen. There is normal appearance of both
olfactory bulb and nerves.

Acute: No hemorrhage, herniation, or hydrocephalus.  No evidence of acute
ischemia.

Brain: Brain parenchyma is within normal limits in signal and volume for age.

Vessels: No abnormal intravascular signal to suggest thrombosis. There is note
of a tubular enhancing structure posteriorly in the left cerebellar hemisphere
compatible with an incidental developmental venous anomaly

Bones: No suspicious lesion in the calvarium or skull base.

Other: Extracranial soft tissues are unremarkable.

IMPRESSION:

1.  No enhancing mass lesions along the expected course of either olfactory bulb
or groove is seen. Both olfactory bulbs and nerves appear to be normally
developed.

2. No intracranial pathology.  No abnormal enhancement.

_____

Electronically signed by:Demarco Department of Radiology Walter Reed National
Military Medical Center

Date: 04/15/16 Time:08:18

A/P Written by THOMPSON,DAVID HERRON @ 19 Apr 2016 1251 EDT
**1. Parageusia:** Spoke to patient , no change taste

1. Told MRI brain normal

2. Has appt with GI

3. Will get appt with Dr xydakis

**Disposition** Written by THOMPSON,DAVID HERRON @ 19 Apr 2016 1252 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 646**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 30 Oct 2017

Signed By THOMPSON, DAVID HERRON (Physician/Workstation) @ 19 Apr 2016 1252

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 647**

AR 0691

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *12 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON*

| Encounter ID: | BETH-24217382 | Primary Dx: | Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere |

| | | |
|---|---|---|
| Patient: **MERWIN, DANIEL DENNIS** | Date: **12 Apr 2016 1309 EDT** | Appt Type: **T-CON\*** |
| Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR** | Clinic: **OTOLARYNG CL BE** | Provider: **THOMPSON,DAVID HERRON** |
| Patient Status: **Outpatient** | | Call Back Phone: ███████ |

AutoCites Refreshed by THOMPSON,DAVID HERRON @ 12 Apr 2016 1309 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of heart disease (General FHx)
- family history of mental illness (not retardation) (General FHx)
- no family history of cancer (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis       DOB: ████ 1985  SSN: ***-**-████   DoD ID: 1286180538       Created: 30 Oct 2017

**Note** Written by THOMPSON,DAVID HERRON @ 13 Apr 2016 0933 EDT

**A/P** Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1032 EDT
**1. Unspecified disturbances of smell and taste**: S:  Taste abrupt onset of better taste ( Oct 16, while eating pizza),  now for surgery foods and chocholate, most other foods taste OK, and smell is OK. Going off zoloft did not change

All:  none Rx none Ill none surgery tx , prk tooth, admits GI stuff, IBS , ROS: hearing ok, breath nose ok, swallow ok, no sore throats

O: tms nl , mouth, tongue is normal, phx, neck, thyroid no mass Nps: nose clear, no mass nasopharynx, tvc mobile no edema arytenoids

-- b12 neg

-- HIV neg, 16 Feb 16

-- H pylori positive

A: ddx olfactory nerve issue, brain pathlogy, h pylori, zinc, b12

P:  MRI brain, labs, and referral to Dr Xydakis for taste and smell. Plant based diet / Refer to Gastroenterology for H pylori Rx

**Disposition** Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1034 EDT
**Released w/o Limitations**
**Follow up:** 2 month(s) or sooner if there are problems. - Comments: follow up with Dr Xydakis, c 410 562 5345 w 443 654 5847
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| CBC W/o Diff | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| WBC | BLOOD | 4.7 |
| RBC | BLOOD | 4.88 |
| Hemoglobin | BLOOD | 15.4 |
| Hematocrit | BLOOD | 45.0 |
| MCV | BLOOD | 92.3 |
| MCH | BLOOD | 31.5 |
| MCHC | BLOOD | 34.1 |
| Platelets | BLOOD | 293 |
| RDW CV | BLOOD | 13.3 |
| MPV | BLOOD | 8.6 |

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| Basic Metabolic Panel | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| Urea Nitrogen | SERUM | 9.7 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 97 (L) |
| Creatinine | SERUM | 0.87 |
| Glucose | SERUM | 92 |
| Potassium | SERUM | 4.4 |
| Sodium | SERUM | 139 |
| Calcium | SERUM | 10.2 |
| Anion Gap | SERUM | 15 |
| GFR Calculated Non-Black | SERUM | 115.0 |
| GFR Calculated Black | SERUM | 132.9 <i> |

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| ESR | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| ESR | BLOOD | 5 |

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| Helicobacter pylori Ab IgG | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| Helicobacter pylori Ab IgG | SERUM | 7.1 (H) <i> |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.       **Page 649**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| **Treponema pallidum Ab** | **Site/Specimen** | **11 Apr 2016 1043** |
|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> |

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| **Lyme Disease Ab Total Screen** | **Site/Specimen** | **11 Apr 2016 1043** |
|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> |

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 12 Apr 2016 1309 EDT

| **Helicobacter pylori Ab IgG** | **Site/Specimen** | **11 Apr 2016 1043** |
|---|---|---|
| Helicobacter pylori Ab IgG | SERUM | 7.1 (H) <i> |

**A/P** Written by THOMPSON,DAVID HERRON @ 13 Apr 2016 0941 EDT
**1. Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere:** Spoke to patient: has had stomach discomfort and heart burn

1. Told H. Pylori was postive and can cause reflux and throat problems

2. Told to call 301 295 navy for GI consult at WR

3. Told all rest labs are normal
    Consult(s):    -Referred To: GASTROENTEROLOGY MTF BE (Routine) Specialty: GASTROENTEROLOGY Clinic: GI
                   CL BE Provisional Diagnosis: Helicobacter pylori [H. pylori] as the cause of diseases classified
                   elsewhere Order Date: 04/13/2016 09:34

**Disposition** Written by THOMPSON,DAVID HERRON @ 13 Apr 2016 0942 EDT
**Administrative Options:** Consultation requested

**Signed By  THOMPSON, DAVID HERRON** (Physician/Workstation) @ 13 Apr 2016 0942

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓ 1985 | SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *11 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON*

Encounter ID:    BETH-24134555    Primary Dx:    Unspecified disturbances of smell and taste

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **11 Apr 2016 0830 EDT**
Clinic: **OTOLARYNG CL BE**

Appt Type: **SPEC**
Provider: **THOMPSON,DAVID HERRON**

**AutoCites** Refreshed by THOMPSON,DAVID HERRON @ 05 Apr 2016 1011 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of heart disease (General FHx)
- family history of mental illness (not retardation) (General FHx)
- no family history of cancer (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

| Anderson, Daniel Dennis | DOB: ▓▓ 1985 | SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 651**

AR 0695

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Reason for Appointment:**
change in taste
**Appointment Comments:**
pb/irmac

**Vitals**
**Vitals** Written by KIPTOO,ALEX @ 11 Apr 2016 0908 EDT
 BP: 121/79,   HR: 70,   RR: 16,   T: 98.5 °F,   Tobacco Use: No,   Alcohol Use: Yes,   Pain Scale: 0 Pain Free
**Comments:** 4105625345
nkda

**A/P** Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1032 EDT
**1. Unspecified disturbances of smell and taste:** S:  Taste abrupt onset of better taste ( Oct 16, while eating pizza),  now for surgery foods and chocholate, most other foods taste OK, and smell is OK. Going off zoloft did not change

All:  none Rx none III none surgery tx , prk tooth, admits GI stuff, IBS , ROS: hearing ok, breath nose ok, swallow ok, no sore throats

O: tms nl , mouth, tongue is normal, phx, neck, thyroid no mass Nps: nose clear, no mass nasopharynx, tvc mobile no edema arytenoids

-- b12 neg

-- HIV neg, 16 Feb 16

A: ddx olfactory nerve issue, brain pathology, h pylori, zinc, b12

P:  MRI brain, labs, and referral to Dr Xydakis for taste and smell. Plant based diet

| | |
|---|---|
| Procedure(s): | -Fiberoptic Laryngoscopy Flexible (diagnostic) x 1 - After verbal informed consent, topical 4% lidocaine/ afrin mixture was sprayed into the nose bilaterally.  The flexible scope was passed through bilateral nares and into hypopharynx with findings as described in above exam. The patient tolerated well without complications.<br><br>Note:  Reviewed AHLTA record, and Reviewed with patient: past treatments, laboratory, and Radiological Studies, DDX symptoms, and Planned Management |
| Laboratory(ies): | -H PYLORI IGG (Routine); ZINC (Routine); BASIC METABOLIC PANEL (Routine); LYME DISEASE AB, TOTAL (Routine); CBC W/O DIFFERENTIAL (Routine); ESR (Routine); TREPONEMA PALLIDUM AB (Routine) |
| Radiology(ies): | -MRI, BRAIN W W/O CON (Routine) Impression: SM with acute onset distortion taste, Please evaluate olfactory nerves for pathology, and brain for possible pathology, please use gad<br>Comment:  Please use gad |
| Consult(s): | -Referred To: OTOLARYNGOLOGY NCR (Routine) Specialty: OTORHINOLARYNGOLOGY Clinic: RM OTOLARYNGOLOGY IR Provisional Diagnosis: Unspecified disturbances of smell and taste |

**Disposition** Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1034 EDT
**Released w/o Limitations**
**Follow up:** 2 month(s) or sooner if there are problems. - Comments: follow up with Dr Xydakis, c 410 562 5345 w 443 654 5847
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Note** Written by KIPTOO,ALEX @ 11 Apr 2016 0907 EDT
**Consult Order**
**Referring Provider:**         AUSTIN, MARIE R
**Date of Request:**   01 Mar 2016
**Priority:**            Routine

**Provisional Diagnosis:**

change in taste

**Reason for Request:**

Pt is reporting that all sweet  things taste bitter except for artifical sweeteners please eval and treat

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 652**

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

**Signed By  THOMPSON, DAVID HERRON** (Physician/Workstation) @ 11 Apr 2016 1035

**CHANGE HISTORY**
***The following Vitals Entry Was Overwritten*** *by KIPTOO,ALEX @ 11 Apr 2016 0909 EDT:*
**Vitals** Written by KIPTOO,ALEX @ 11 Apr 2016 0908 EDT
 Tobacco Use: No.  Alcohol Use: Yes.  Pain Scale: 0 Pain Free

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *05 Apr 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J*

Encounter ID:  BETH-24131043  Primary Dx:  Pain in left ankle and joints of left foot

Patient: **MERWIN, DANIEL DENNIS**  Date: **05 Apr 2016 0830 EDT**  Appt Type: **FTR**
Treatment Facility: **WALTER REED**  Clinic: **PHYS THERAPY CL BE**  Provider: **BAHR,ROBERT J.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by BAHR,ROBERT J @ 05 Apr 2016 0835 EDT

| Problems | Allergies |
|---|---|
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •OTHER: Unknown (SEE MED RECORD) |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Appointment Comments:**
dhj

S/O Note Written by BAHR,ROBERT J. @ 05 Apr 2016 0858 EDT
**History of present illness**
    The Patient is a 31 year old male.
    He reported: Encounter Background Information: SUBJECTIVE:   Pt is a 31 yo WM who injured his left ankle 1.5 years ago while sprinting.  The MRI showed a thickening of his ligament.  He was treated in PT here.  His pain has been off and on until two months ago when his foot was plantarflexed.  He has had no recent injury.  He reports that his pain is 2-3/10 at rest, 4-5/10 with activity.  Mild swelling noted laterally.  Pain increases with walking and the pushing off of his foot and going up and down stairs.

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.  **Page 654**

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538         Created: 30 Oct 2017

Pain decreases with foot into the neutral position.  He states he uses no meds--see AHLTA for medication reconciliation.  He works with computers, exercises moderately running/walking 3-11 miles.  He had new xrays three days ago which appear WNL.  He learns without preference.  His goal is to have a pain free ankle.  No BTL.  ~OBJECTIVE: FROM ankle left, strength in ankle dorsiflexors, plantarflexors, everters, interverters 5/5.  negative drawer.  Mild tenderness along lateral malleolus on left.  Mild swelling noted.  No heat or warmth or discoloration noted.  Gait WNL, heel and toe walk within normal limits.  ~ASSESSMENT:  Pt has chronic left ankle pain which will benefit from skilled physical therapy program.   ~PLAN: Home program of eccentric heel lowering and calf stretches for three weeks and then followup.  ~GOAL:  Decrease pain 75% in three weeks  STG.  Increase running without pain to four miles in 2 months.  Pt educated on exercises and given handouts.  ''PROGNOSIS:  good.  TODAY'S INTERVENTION:   Pt reports that his pain is now gone.   He is training for a marathon and is up to running 25 miles per week.  Pt does not want his foot examined today.   Plan:  discharge  PT.  F/U prn.

A/P Written by BAHR,ROBERT J @ 05 Apr 2016 0900 EDT
**1. Pain in left ankle and joints of left foot**
      Procedure(s):          -Physical Therapy Service Re-Evaluation x 1

**Disposition** Written by BAHR,ROBERT J @ 05 Apr 2016 0900 EDT
**Released w/o Limitations**

**Signed By  BAHR, ROBERT J** (Physical Therapist, wrnmmc) @ 05 Apr 2016 0900

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.              **Page 655**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓▓ 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *07 Mar 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J*

Encounter ID:    BETH-23804906    Primary Dx:    Pain in left ankle and joints of left foot

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 Mar 2016 0830 EDT**
Clinic: **PHYS THERAPY CL BE**

Appt Type: **FTR**
Provider: **BAHR,ROBERT J.**

AutoCites Refreshed by BAHR,ROBERT J @ 07 Mar 2016 0823 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| IBUPROFEN, 800 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN #0 RF0 | NR | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Appointment Comments:**
dhj

S/O Note Written by BAHR,ROBERT J. @ 07 Mar 2016 0909 EDT
**History of present illness**
    The Patient is a 31 year old male.

| Anderson, Daniel Dennis | DOB: ▓▓▓ 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 656**

AR 0700

**Medical Record**

Anderson, Daniel Dennis      DOB:█████ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 30 Oct 2017

He reported: Encounter Background Information: SUBJECTIVE:   Pt is a 31 yo WM who injured his left ankle 1.5 years ago while sprinting. The MRI showed a thickening of his ligament. He was treated in PT here. His pain has been off and on until two months ago when his foot was plantarflexed. He has had no recent injury. He reports that his pain is 2-3/10 at rest, 4-5/10 with activity. Mild swelling noted laterally. Pain increases with walking and the pushing off of his foot and going up and down stairs. Pain decreases with foot into the neutral position. He states he uses no meds--see AHLTA for medication reconciliation.  He works with computers, exercises moderately running/walking 3-11 miles. He had new xrays three days ago which appear WNL.  He learns without preference. His goal is to have a pain free ankle. No BTL.  ~OBJECTIVE: FROM ankle left, strength in ankle dorsiflexors, plantarflexors, everters, interverters 5/5.  negative drawer. Mild tenderness along lateral malleolus on left.  Mild swelling noted. No heat or warmth or discoloration noted.  Gait WNL, heel and toe walk within normal limits.  ~ASSESSMENT:  Pt has chronic left ankle pain which will benefit from skilled physical therapy program.  ~PLAN:  Home program of eccentric heel lowering and calf stretches for three weeks and then followup.  ~GOAL:  Decrease pain 75% in three weeks  STG.  Increase running without pain to four miles in 2 months.  Pt educated on exercises and given handouts. ``PROGNOSIS:  good.  TODAY'S INTERVENTION:   Pt reports that his pain has decreased and his strength is good.  Exercise causds pain laterally while doing the exercises but he feels better afterwards.  He rates his pain at 1/10 at rest and 3/10 with activity.   Pt to do saphenous and peroneal nerve glides throughout the day and to return in two to three weeks for followup.

**A/P** Written by BAHR,ROBERT J @ 07 Mar 2016 0912 EDT
**1. Pain in left ankle and joints of left foot**
     Procedure(s):          -Physical Therapy: ___ Session Segments, 15 Minutes Each x 1
                                -Physical Therapy Service Re-Evaluation x 1

**Disposition** Written by BAHR,ROBERT J @ 07 Mar 2016 0912 EDT
**Released w/o Limitations**

**Signed By BAHR, ROBERT J** (Physician) @ 07 Mar 2016 0913

Anderson, Daniel Dennis      DOB:█████ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 657**

AR 0701

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 30 Oct 2017

### *29 Feb 2016 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:      BETH-23726066      Primary Dx:      Parageusia

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **29 Feb 2016 0849 EST**
Clinic: **INT MED MEDICAL HOME CL C**
**BE**

Appt Type: **T-CON\***
Provider: AUSTIN,MARIE

Call Back Phone: ████████

AutoCites Refreshed by AUSTIN,MARIE @ 29 Feb 2016 1704 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Other PMHs**
No Other PMHs Found.

**Social History**
No Social History Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| IBUPROFEN, 800 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN #0 RF0 | NR | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Labs**

**16 Feb 2016 1430**
**Methylmalonic Acid**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 |

**16 Feb 2016 1430**
**HIV-1/O/2 Ab**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | ****** | | |

**16 Feb 2016 1430**
**Vitamin B12 (Cyanocobalamin)**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) |

**16 Feb 2016 1430**
**Homocysteine**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) |

**16 Feb 2016 1430**
**Comprehensive Metabolic Panel**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0702

**Medical Record**

Anderson, Daniel Dennis    DOB: ____ 1985  SSN: ***-**-____    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) |
| Chloride | SERUM | 98 | mmol/L | (98-107) |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) |
| Glucose | SERUM | 89 | mg/dL | (74-106) |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) |
| Sodium | SERUM | 141 | mmol/L | (136-145) |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

**02 Feb 2016 1406**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**02 Feb 2016 1406**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Not-Detected) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**Rads**

**MERWIN, DANIEL DENNIS**    **DoD ID: 1286180538 31yo**    **1985 M**

********** ANKLE, LT 3 VIEWS **********
POC Enc: #E4520771 POC Fac: WRNMMC
Status: Complete (Amended)

Procedure: ANKLE, LT 3 VIEWS
Event Date: 16-Feb-2016 14:07:00
Exam #: 16054521
Exam Date/Time: 16-Feb-2016 14:10:00
Transcription Date/Time: 16-Feb-2016 14:55:00
Provider: WILSON, BRYAN JAMES
Requesting Location:
INT MED MEDICAL HOME CL C BE WRNMMC BETHESDA, MD
Status: COMPLETE (Amended)

**Amended Result Code: SEE RADIOLOGIST'S REPORT**
Interpreted By: FISHER, ZACHARY ETHAN
Supervised By:
ZACHARY E FISHER,MAJ, MC, Dept of Radiology
Approved By: FISHER, ZACHARY ETHAN
Approved Date: 16-Feb-2016 14:54:00
Supervised By:
92925 ZACHARY E FISHER,MAJ, MC, Dept of Radiology
Supervised By Date: 16-Feb-2016 14:54:00
Amended Report Text:
Comparison: MRI October 5, 2014 and prior radiographs May 6, 2014

Findings: Routine radiographs of the ankle were obtained. Normal alignment is
present without evidence for acute fracture or dislocation. There is mild
lateral soft tissue swelling present. The ankle mortise and talar dome are
intact. The joint spaces are preserved without significant degenerative
changes.

**Medical Record**

Anderson, Daniel Dennis       DOB:        1985  SSN: ***-**-        DoD ID: 1286180538          Created: 30 Oct 2017

Impression: Lateral soft tissue swelling without evidence for acute bony abnormality

Electronically signed by:Dr. ZACHARY ETHAN FISHER Department of Radiology Walter Reed National Military Medical Center

Date: 02/16/16 Time:14:54

**Reason for Telephone Consult:**Written by CONRAD,ALLEN C @ 29 Feb 2016 0849 EST
Call pt with test reults
**Telephone Consult Comments:** Written by CONRAD,ALLEN C @ 29 Feb 2016 0849 EST
Pt called this morning requesting Ms. Austin give him a call to discuss test results. Direct number at work is 443-654-5847

**Questionnaire AutoCites** Refreshed by AUSTIN,MARIE @ 29 Feb 2016 1704 EST
**Questionnaires**

**A/P** Written by AUSTIN,MARIE @ 01 Mar 2016 1234 EST
**1. Parageusia** R43.2
      Consult(s):             -Referred To: OTOLARYNGOLOGY NCR (Routine) Specialty: OTORHINOLARYNGOLOGY Clinic: RM
                           OTOLARYNGOLOGY IR Provisional Diagnosis: change in taste  Order Date: 03/01/2016 12:34

**Disposition** Written by AUSTIN,MARIE @ 01 Mar 2016 1234 EST
**Follow up:** as needed . - Comments: pt to f/u as discussed with ENT
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Signed By  AUSTIN, MARIE** (Nurse Practitioner, WRNMMC) @ 01 Mar 2016 1234

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 660**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *24 Feb 2016 at WRNMMC, Dermatology Clinic Bethesda by MARQUART, JASON DANIEL*

Encounter ID:      BETH-23687169      Primary Dx:      Anogenital (venereal) warts

Patient: **MERWIN, DANIEL DENNIS**          Date: **24 Feb 2016 1300 EST**          Appt Type: **SPEC**
Treatment Facility: **WALTER REED**          Clinic: **DERMATOLO CL BE**          Provider: **MARQUART,JASON DANIEL**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
Sprain of other ligament of left ankle, subsequent encounter
**Appointment Comments:**
lat/irmac

**Note** Written by LAM,THOMAS KIN @ 24 Feb 2016 1329 EST
CC: Genital warts

HPI: 31 yo man who was referred here by PCM for further evaluation and/or management of warts on penis not responsive to topical Aldara.

Hx of skin cancer:   None ☒   BCC ☐   SCC ☐   MM ☐
Family Hx of melanoma:  None

Drug Allergies: None
Medication list reviewed ☒

Pain (10-pt scale): 0

Tobacco Use:   Y ☐   N☐
Alcohol Use:   Y ☐   N ☐

OBJECTIVE:
Fitzpatrick Type:   I ☐   II ☒   III ☐   IV ☐   V ☐   VI ☐

Standby:  N/A

A focused skin exam was notable for the following:

  1.   Scattered (~10) skin-colored, verrucous papules on the dorsal penis.

**A/P** Last Updated by LAM,THOMAS KIN @ 24 Feb 2016 1330 EST
**1. Anogenital (venereal) warts**: Lesions on exam c/w warts. Treated today with LN2. Will give Condylox for continued Tx at
home. Also counseled Pt on wart clinic on Thursday mornings. Pt voiced understanding and agreement.
      Procedure(s):        -Destruction Of Benign Lesion By Cryosurgery x 1 - After discussion of risks, benefits, and alternatives,
                  verbal consent was received and cryo applied to lesions in standard fashion. Tx was applied in a pulsed
                  fashion to minimize collateral tissue injury.  Pt was instructed to use Vaseline ointment to the area(s)
                  until healed.  Pt tolerated the procedure well and left in stable condition.

                  Locations: DORSAL PENIS x8
      Medication(s):       -PODOFILOX--TOP 0.5% SOLN - APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS,
                  REPEAT WEEKLY AS NEEDED #1 RF2

**Disposition** Last Updated by LAM,THOMAS KIN @ 24 Feb 2016 1330 EST
**Released w/o Limitations**

**Note** Written by LAM,THOMAS KIN @ 24 Feb 2016 1324 EST
**Consult Order**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Referring Provider:**      WILSON, BRYAN J
**Date of Request:**   16 Feb 2016
**Priority:**         Routine

**Provisional Diagnosis:**

Sprain of other ligament of left ankle, subsequent encounter

**Reason for Request:**

1mm x 1mm papules at base of penis previously treated empirically for genital warts, did not respond to Imiquimod. Skin changes are very limited, may be physiologic. Please evaluate and treat.
**Note** Written by MARQUART,JASON DANIEL @ 24 Feb 2016 1404 EST
I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note. Chart QA performed.

**Signed By MARQUART, JASON DANIEL** (Physician, WRNMMC Dermatology/Mohs Service) @ 24 Feb 2016 1404

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0706

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

## 19 Feb 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J

Encounter ID:    BETH-23626266    Primary Dx:    Acquired absence of right leg below knee

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **19 Feb 2016 0645 EST**
Clinic: **PHYS THERAPY CL BE**

Appt Type: **SPEC**
Provider: **BAHR,ROBERT J.**

AutoCites Refreshed by BAHR,ROBERT J @ 19 Feb 2016 0928 EST

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| IBUPROFEN, 800 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN #0 RF0 | NR | 17 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**
Sprain of other ligament of left ankle, subsequent encounter
**Appointment Comments:**
lat/irmac

S/O Note Written by BAHR,ROBERT J. @ 19 Feb 2016 0912 EST
**History of present illness**
        The Patient is a 31 year old male.
        He reported: Encounter Background Information: SUBJECTIVE:  Pt is a 31 yo WM who injured his left ankle 1.5 years ago while sprinting.  The MRI showed a thickening of his ligament.  He was treated in PT here.  His pain has been off and on until two

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 663**

AR 0707

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

months ago when his foot was plantarflexed. He has had no recent injury. He reports that his pain is 2-3/10 at rest, 4-5/10 with activity. Mild swelling noted laterally. Pain increases with walking and the pushing off of his foot and going up and down stairs. Pain decreases with foot into the neutral position. He states he uses no meds--see AHLTA for medication reconciliation. He works with computers, exercises moderately running/walking 3-11 miles. He had new xrays three days ago which appear WNL. He learns without preference. His goal is to have a pain free ankle. No BTL. ~OBJECTIVE: FROM ankle left, strength in ankle dorsiflexors, plantarflexors, everters, interverters 5/5. negative drawer. Mild tenderness along lateral malleolus on left. Mild swelling noted. No heat or warmth or discoloration noted. Gait WNL, heel and toe walk within normal limits. ~ASSESSMENT: Pt has chronic left ankle pain which will benefit from skilled physical therapy program. ~PLAN: Home program of eccentric heel lowering and calf stretches for three weeks and then followup. ~GOAL: Decrease pain 75% in three weeks STG. Increase running without pain to four miles in 2 months. Pt educated on exercises and given handouts. ``PROGNOSIS: good.

**A/P** Written by BAHR,ROBERT J @ 19 Feb 2016 0930 EST
**1. Acquired absence of right leg below knee**
      Procedure(s):        -Physical Therapy Service Evaluation x 1
                            -Physical Therapy: ___ Session Segments, 15 Minutes Each x 1

**Disposition** Written by BAHR,ROBERT J @ 19 Feb 2016 0930 EST
**Released w/o Limitations**

**Note** Written by HARMON,DAVID JR @ 19 Feb 2016 0703 EST
**Consult Order**
**Referring Provider:**      WILSON, BRYAN J
**Date of Request:**  16 Feb 2016
**Priority:**        Routine

**Provisional Diagnosis:**

Sprain of other ligament of left ankle, subsequent encounter

**Reason for Request:**

L anterior talofibular ligament sprain 2 yr ago, now recurrence of pain. On light duty 30 days. Needs eval and likely graduated exercise.

**Signed By  BAHR, ROBERT J** (Physical Therapist, wmmmc) @ 19 Feb 2016 0931

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0708

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *16 Feb 2016 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:    BETH-23591652    Primary Dx:    Encounter for issue of repeat prescription

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **16 Feb 2016 1438 EST**
Clinic: **PSYCHIATRY BE**

Appt Type: **T-CON\***
Provider: **ZEMBRZUSKA,HANNA DOMINIKA**
Call Back Phone: ████████

**AutoCites** Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 16 Feb 2016 1438 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**

**02 Feb 2016 1406**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**02 Feb 2016 1406**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Not-Detected) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**Rads**
No Rads Found.

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 16 Feb 2016 1440 EST
**Subjective**
Contacted pt for checkup; has not been seen in clinic for a few months. Left VM at ████████ number. Other number - cell 850 410 1041 has been disconnected.

**A/P** Last Updated by ZEMBRZUSKA,HANNA DOMINIKA @ 16 Feb 2016 1440 EST
**1. Encounter for issue of repeat prescription** Z76.0

**Disposition** Last Updated by ZEMBRZUSKA,HANNA DOMINIKA @ 16 Feb 2016 1440 EST

**Signed By ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 16 Feb 2016 1440

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 665**

AR 0709

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *16 Feb 2016 at WRNMMC, Int Med CL C Medical Home BE by WILSON, BRYAN J*

Encounter ID:     BETH-23581847     Primary Dx:     Sprain of other ligament of left ankle, subsequent encounter

Patient: **MERWIN, DANIEL DENNIS**          Date: **16 Feb 2016 0950 EST**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **INT MED MEDICAL HOME CL C**          Provider: **WILSON,BRYAN JAMES**
**NATIONAL MILITARY MEDICAL CNTR**          **BE**
Patient Status: Outpatient

**Reason for Appointment:**
Ankle - Extreme pain from previous injury location
**Appointment Comments:**
Appt self-booked via TOL

**Injury/Accident** Written by WILSON,BRYAN J @ 16 Feb 2016 1926 EST
**Injury Cause/Activity:** W01.0XXD Fall on same level from slipping, tripping and stumbling without subsequent striking against object, subsequent encounter
**Date of Injury/Accident:** 16 Feb 2014
**Place of Occurrence:** Y92.9 Unspecified place or not applicable
**Injury Category for Compensation Code(s):** OA-Other Accident

**Vitals**
**Vitals** Written by WOODS,CHARLESLENE N @ 16 Feb 2016 1018 EST
BP: 129/80,     HR: 78,     RR: 20,     T: 98.1 °F Oral,     HT: 69 in,     WT: 175 lbs,     SpO$_2$: 97%,     BMI: 25.84,
BSA: 1.952 square meters,     Tobacco Use: No,     Alcohol Use: Yes,     Pain Scale: 3/10 Mild,     Pain Scale Comments: LEFT ANKLE

**S/O Note** Written by WILSON,BRYAN JAMES @ 16 Feb 2016 1911 EST
**Chief complaint**
The Chief Complaint is: Ankle pain.
**History of present illness**
     The Patient is a 31 year old male.

<<Note accomplished in TSWF-CORE>>

31M PMH s/f L ankle sprain and GAD in clinic for multiple c/o.  1.) Last 1 mo developed L ankle pain same distribution as ankle sprain 2 yr ago.  Initially tripped in hole when playing softball, extensive swelling, bleeding into foot.  Underwent physical therapy, fitted for brace.  Plain films X2 negative for fx.  MRI demonstrates thickening at anterior talofibular joint.  Pt subsequently passed multiple PRTs.  Now, getting back into shape for upcoming PRT, has developed pain at same site, mild swelling, crepitus.  No known reinjury.  Currently 2/10 pain, max 4/10.  Exacerbated by rolling the ankle and walking.  Has not taken any medications for it.  2.) C/o genital warts.  Last seen by Marie Austin 9/2015.  Was prescribed Imiquimod then 2nd course but no resolution of skin changes.  Pt states he has had at least 150 lifetime sexual partners, decreased number of partners recently but using condoms only about 90% of the time.  No other lesions.  Did not have the Gardasil vaccine.  3.) Saw Marie Austin for dysgeusia 10/2015.  At this time he had come off his Zoloft rapidly, did not taper, and his sx were attributed to w/d.  He was sent to psychiatry, and restarted on low-dose 25 then tapered to 12.5 and off.  The medication changes have not affected his taste, sx persist.  In general what used to taste sweet now tastes bitter.  Some savory foods also taste bitter.  Of note: has low-normal B12.  No nasal congestion.  Has intact olfaction.  No GERD.  No change to urine output/appearance.  No abdominal pain.
**Current medication**
Including OTC meds, vitamins, herbals, etc.
Sertraline 25mg daily followed by weaning to 12.5mg daily then off
Melatonin qhs prn


ALL
NKDA.
**Past medical/surgical history**
Reported:
     Medical: Reported medical history
     GAD
     Alcohol dependence in remission
     H/o childhood asthma.
     Surgical / Procedural: Surgical / procedural history
     PRK
     Tosillectomy

| Anderson, Daniel Dennis | DOB: ■ 1985 | SSN: ***-**■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 666**

**Medical Record**

Anderson, Daniel Dennis        DOB:        1985  SSN: ***-**-        DoD ID: 1286180538        Created: 30 Oct 2017

**Personal history**
Social history reviewed
Does not smoke, no etoh intake since 25 march 15.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol

**Family history**
    Family medical history

        DM father, PGM
        MI father
        hypertension father
        melanoma father

**Physical findings**
**General:**
    • Physical examination GEN: WNWD, no acute distress
    HEENT: MMM, no scleral icterus
    HEART: RRR, no m/g/r
    LUNGS: CTAB
    ABD: NABS, soft, NTND, no HSM
    EXT: Mild swelling, pain on extreme inversion, plantar flexion and dorsiflexion L ankle; no joint laxity
    GENITAL: 1x1mm papules vs. nodule maximum 3-5 at base of penis, no inflammatory changes, no discharge
    NEURO: No focal neurologic deficits appreciated.
**Practice Management**
    Preventive medicine services.

**A/P** Last Updated by WILSON,BRYAN J @ 16 Feb 2016 1940 EST
**1. Sprain of other ligament of left ankle, subsequent encounter:** Reinjury vs. subtalar OA 2/2 original sprain. Repeat plain films today and restart physical therapy. 30 days light duty until eval by physical therapy. O/w Motrin and graduated exercise. Continue brace. No role for MRI or ortho referral at this time.
    Medication(s):              -IBUPROFEN--PO 800MG TAB - TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED
                                FOR PAIN #60 RF0 Ordered By: WILSON,BRYAN J Ordering Provider: WILSON, BRYAN JAMES
    Radiology(ies):             -ANKLE, LT 3 VIEWS (Routine) Ordered By: WILSON,BRYAN J Ordering Provider: WILSON, BRYAN
                                JAMES Impression: H/o anterior talofibular ligament sprain, conservative manag
    Consult(s):                 -Referred To: PHYSICAL THERAPY MTF BE (Routine) Specialty: THERAPY, PHYSICAL Clinic: PHYS
                                THERAPY CL BE Provisional Diagnosis: Sprain of other ligament of left ankle, subsequent encounter
                                Ordered By: WILSON,BRYAN J Ordering Provider: WILSON,BRYAN JAMES
    Injury                      -W01.0XXD Fall on same level from slipping, tripping and stumbling without subsequent striking against
    Cause(s)/Activity(ies):     object, subsequent encounter
**2. Other skin changes:** Skin changes very limited, and the tiny papules may be physiologic. Did not respond to Imiquimod.
Referral to derm for possible bx vs. reassurance vs. tew tx.
    Consult(s):                 -Referred To: DERMATOLOGY MTF BE (Routine) Specialty: DERMATOLOGY Clinic: DERMATOLO CL
                                BE Provisional Diagnosis: Sprain of other ligament of left ankle, subsequent encounter Ordered By:
                                WILSON,BRYAN J Ordering Provider: WILSON,BRYAN JAMES
**3. Parageusia:** Did not respond to change in SSRI. Ddx is broad. Given his sexual hx, will draw CMP for possible hepatitis, HIV.
Consider electrolyte abnormalities. Also has low-nl B12. Change may be manifestation of tongue enlargement. B12, MMA,
homocysteine today.
    Laboratory(ies):            -HIV-1/O/2 (Routine) Ordered By: WILSON,BRYAN J Ordering Provider: WILSON, BRYAN JAMES;
                                VITAMIN B12 (Routine) Ordered By: WILSON,BRYAN J Ordering Provider: WILSON, BRYAN JAMES;
                                METHYLMALONATE, SERUM (Routine) Ordered By: WILSON,BRYAN J Ordering Provider: WILSON,
                                BRYAN JAMES; HOMOCYSTEINE (Routine) Ordered By: WILSON,BRYAN J Ordering Provider:
                                WILSON, BRYAN JAMES; COMPREHENSIVE METABOLIC PANEL (Routine) Ordered By:
                                WILSON,BRYAN J Ordering Provider: WILSON, BRYAN JAMES
    Radiology(ies):             -ANKLE, LT 3 VIEWS (Routine) Ordered By: WILSON,BRYAN J Ordering Provider: WILSON, BRYAN
                                JAMES Impression: H/o anterior talofibular ligament sprain, conservative manag

**Disposition** Last Updated by WILSON,BRYAN J @ 16 Feb 2016 1941 EST
**Released w/ Work/Duty Limitations**
**Administrative Options:** Consultation requested

**Note** Written by RITTER,JOAN B @ 21 Feb 2016 2305 EST
**Co-signer Note**
Case discussed with resident. Agree with asssessment and plan as above.

Anderson, Daniel Dennis        DOB:        1985  SSN: ***-**-        DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 667**

**Medical Record**

Anderson, Daniel Dennis        DOB:        1985  SSN: ***-**-        DoD ID: 1286180538        Created: 30 Oct 2017

**Signed By  WILSON, BRYAN JAMES** (Physician) @ 16 Feb 2016 1941
**Co-Signed By  RITTER, JOAN B** (Physician) @ 21 Feb 2016 2305

Anderson, Daniel Dennis        DOB:        1985  SSN: ***-**-        DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 668**

AR 0712

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

## *04 Feb 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:    BETH-23502474    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **04 Feb 2016 1345 EST**    Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**    Clinic: **BEHAVIORAL HEALTH QU**    Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 05 Feb 2016 1521 EST

| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |
| | | | | |
| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **02 Feb 2016 1406** | **Units** | **Ref Rng** |
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 |

**A/P** Written by AILOR,LYNNE P @ 05 Feb 2016 1523 EST
**1. Alcohol dependence, uncomplicated:** Labs were reviewed by undersigned provider per SARP protocol. ETG/ETS was negative, Drug Abuse Screen was negative for all substances tested.
    Procedure(s):       -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 05 Feb 2016 1523 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up with SARP.

**Signed By AILOR, LYNNE P** (Physician) @ 05 Feb 2016 1524

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 669**

AR 0713

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ▨ 1985  SSN: ***-*▨ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *02 Feb 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:    BETH-23453438    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**         Date: **02 Feb 2016 1208 EST**         Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**         Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 03 Feb 2016 1448 EST
**Problems**
•ALCOHOL DEPENDENCE WITH
        CONTINUOUS DRINKING
        BEHAVIOR
•MAJOR DEPRESSION RECURRENT
        MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
        ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
        BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
        DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 02 Feb 2016 1208 EST
CC GROUP/ CLOSE OUT

**Screening** Written by MAPLES,MICHAEL J @ 02 Feb 2016 1237 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 02 Feb 2016 1208
―――――――――
CC GROUP/ CLOSE OUT
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 02 Feb 2016 1237 EST
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ▨ 1985  SSN: ***-**▨ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.         **Page 670**

**Medical Record**

| Anderson, Daniel Dennis    DOB: ▮▮▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Comments:** LAUNGUAGE: ENGLISH
NO VITALS TAKEN AT SARP TREATMENT

**S/O Note** Written by BROWN,CYNTHIA E @ 03 Feb 2016 1448 EST
**Reason for Visit**
CC Group/Individual.

**A/P** Last Updated by MAPLES,MICHAEL J @ 02 Feb 2016 1238 EST
**1. Alcohol dependence, uncomplicated**
　　　Procedure(s):　　　-ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended
　　　　　　　　　　　　　group session from 1230 - 1400.
　　　　　　　　　　　　　-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
　　　　　　　　　　　　　review and update the overall SARP Clinical Record. In addition services to help assist the patient and to
　　　　　　　　　　　　　monitor treatment progress and overall service delivered.
　　　Laboratory(ies):　　-ETG/ETS, UA (250 CUT-OFF)/NAVY Ordered By: MAPLES,MICHAEL J Ordering Provider:
　　　　　　　　　　　　　AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering
　　　　　　　　　　　　　Provider: AILOR, LYNNE P

**Disposition** Written by BROWN,CYNTHIA E @ 03 Feb 2016 1457 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: CC GROUP
Daniel arrived on time for group.  Daniel is at session #26 of the 26 scheduled sessions for the Continuing Care treatment program
attending from 1230 to 1400, total of 1 1/2 hours.  No one in group admitted to drinking or abusing drugs since we last saw them.
The facility was closed down last week due to weather so it was 2 weeks since we had seen any of them.  The group shared the
stress and struggles they have had over the past 2 weeks focusing on if there was a trigger to drink or if they would have in the past.
Group closed with a group member sharing one constructive thing the person can do for a better sober lifestyle.
Daniel stated that his snow days were on the mountain snowboarding.  He stated that he is working to be more social.  He shared
that he really did not have triggers to drink.  He shared with an angry that he was given the tool to see he also makes mistakes.  He
does not get as angry or for as long if he just can bring to mind the times he has done the thing he is getting mad at.  He closed with
the group hearing he appears to have made positive changes in his life and his behavior reflects it.  Daniel appeared engaged and
interested in the treatment process.  Daniel appeared engaged and was appropriate and active throughout the session.  Daniel has
completed his ITP.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is not scheduled
to return and this record is CLOSED.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Note** Written by BROWN,CYNTHIA E @ 03 Feb 2016 1448 EST
## INDIVIDUAL SESSION CC
Daniel arrived Daniel is at session 26 of the 26 scheduled sessions of the Continuing
Care treatment program attending from 1400 to 1500, total of 1 hour.  Daniel reported
the Continuing Care group was helpful in keeping him from drinking.  He did state that
his has learned the CBT to be the best therapy for him.  He shared how he dealing with
life better now that he has stopped drinking.  He stated that he continues to use his CBT
on situations that baffle him.  He stated that he will be getting a new roommate.  He
does see that drinking will be an issue with either of them because they have both been
through this program.  We reviewed his treatment plan.  He cancelled Problem #1
Objectives#7 and 8 because he knows what to do and has heard enough that he could
have a sponsor if he wanted one, but he does not.  He stated an understanding that he
would not be allowed to abuse alcohol again while on active duty and the Navy would
like for him to have an alcohol abstinent lifestyle.  He does not see where that is a
problem for him.  Daniel closed his entire open treatment plan Objectives in preparation
of closing with this program.  Daniel is staying for group today.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

Anderson, Daniel Dennis    DOB: ▮▮▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 671**

**Medical Record**

Anderson, Daniel Dennis    DOB: 1985  SSN: ***-**-    DoD ID: 1286180538    Created: 30 Oct 2017

Signed By  BROWN, CYNTHIA E (Paraprofessional) @ 03 Feb 2016 1457

Anderson, Daniel Dennis    DOB: 1985  SSN: ***-**    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 672**

AR 0716

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓▓ 1985  SSN: ***-**-▓▓  DoD ID: 1286180538     Created: 30 Oct 2017

## *19 Jan 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:     BETH-23336071     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **19 Jan 2016 1208 EST**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **BROWN,CYNTHIA E**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 19 Jan 2016 1443 EST
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by BROWN,CYNTHIA E @ 19 Jan 2016 1208 EST
CC Group/Individual

**Screening** Written by BROWN,CYNTHIA E @ 19 Jan 2016 1443 EST
**Reason For Appointment:** Notes Entered by: BROWN,CYNTHIA E 19 Jan 2016 1208

CC Group/Individual
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by BROWN,CYNTHIA E @ 19 Jan 2016 1443 EST

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 673**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free
**Comments:** Language: English
Contact Number: ▮
No vitals taken at SARP treatment

**S/O Note** Written by BROWN,CYNTHIA E @ 19 Jan 2016 1445 EST
**Reason for Visit**
CC Group/Individual.

**A/P** Last Updated by BROWN,CYNTHIA E @ 19 Jan 2016 1449 EST
**1. Alcohol dependence, uncomplicated**
Procedure(s):              -ALCOHOL & DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - Patient attended
                           group from 1230 to 1400 today.
                           -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-
                           on-one from 1100 to 1200 to review and update his treatment plan.
                           -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                           review and update the overall SARP Clinical Record. In addition services to help assist the patient and to
                           monitor treatment progress and overall service delivered.

**Disposition** Written by BROWN,CYNTHIA E @ 28 Jan 2016 1325 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: SEE ADD NOTE SECTION FOR THE
INFORMATION ON THIS ENCOUNTER.

**Note** Written by BROWN,CYNTHIA E @ 28 Jan 2016 1325 EST
## INDIVIDUAL SESSION CC Urine test
Daniel arrived on time to his individual session.  He is at session 25 of the 26 scheduled
sessions of the Continuing Care treatment program attending from 1100 to 1210, total
of 1 hour.  He shared how stressful it has been having 4 people in his apartment.  He
described needing his down time and would go into his walk-in closet to be by himself.
He began to describe at length how he was delegating these duties as all 4 of them are
partners in his business.  When asked if this made him want to drink he responded that
the thoughts were there but he would not call them cravings.  He shared that drinking
would not be the answer for him.  He did state that he met a woman not on line.  She is
a professor and he believes she is interested in having sex with him.  He stated that
they have not had sex yet.  He believes this is a huge step in the right direction for him
but he does not see them having a long term relationship.  Daniel appeared engaged
and interested in the treatment process.  Daniel appeared engaged and was
appropriate and active throughout the day.  Daniel extended Problem #1, Objectives #1-
4, 6, 7, and 9 to 26 January 2016 and he cancelled Objective #8 as he knows how to
get a sponsor already
Daniel will continue with Continuing Care treatment and has Problem #1, Objectives #1-
4, 6, 7, and 9 due 26 January 2016.  Daniel is schedule to stay for group today.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.
## CC GROUP
Daniel stayed for group after his individual session.  Daniel is at session # 25 of the 26 scheduled
sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.
Foul weather and base closure guidelines were discussed.  The infections illness of this season was also
discussed.  E ach member was encouraged that if they were contagious they should call their sponsors
and let them know why they will not be in group.  They were instructed to not come to group is
contagious. The group conducted check in process describing if they any thoughts to drink or triggers for

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

relapse. Three members of the group admitted to having fleeting thoughts of drinking during their time from the last group they attended. All group members denied drinking or abusing drugs.
Daniel shared that he went snowboarding with some men from work. He met them on the mountain and did the slopes for about half of the day. He shared that it was different because he was not in his own zone with just music in his ears. He shared with the group that he has 4 people in his 1 bedroom apartment right now and they have been for the past 2 weeks. He stated that they are connected to his business. He has found that it was over stimulation for him and he would retreat to closet. He shared they are dirty people but admitted that he was a clean person and will take 2 showers a day. He said that they were flying back to their own homes tomorrow and he just couldn't wait. He stated to the group that he bought a house because he has orders to the same duty station. Daniel did appear to stay on point for most of group today which shows respect for group members and progress for him. Daniel appeared engaged and interested in the treatment process. Daniel appeared engaged and was appropriate and active throughout the session. Daniel updated his treatment plan before group. See ADD NOTE section of this encounter for that information. Daniel will continue with Continuing Care treatment and has Problem #1, Objectives #1, 2, 3, 4, 6, 7, and 9 due 26 January 2016. See Daniel "Continuing Care Progress Report" for more information on this encounter. Daniel is schedule to return 26 January 2016 at 1230 for group.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

Signed By **BROWN, CYNTHIA E** (Paraprofessional) @ 28 Jan 2016 1327

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 675**

AR 0719

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *13 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:    BETH-23294815    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**      Date: **13 Jan 2016 1445 EST**      Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**    Clinic: **BEHAVIORAL HEALTH QU**    Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 13 Jan 2016 1533 EST

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 05 Jan 2016 1402 | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 |

**A/P** Written by AILOR,LYNNE P @ 13 Jan 2016 1535 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. Result of ETG/ETS
was negative.
        Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 13 Jan 2016 1535 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up with SARP.

**Signed By  AILOR, LYNNE P** (Physician) @ 13 Jan 2016 1535

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 676**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██████ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## 08 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P

Encounter ID:     BETH-23235227     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NHC QUANTICO**
Patient Status: **Outpatient**

Date: **08 Jan 2016 0830 EST**
Clinic: **BEHAVIORAL HEALTH QU**

Appt Type: **PROC**
Provider: **AILOR, LYNNE P**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 08 Jan 2016 0848 EST

| Drug Abuse Screen | Site/Specimen | 05 Jan 2016 1402 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**A/P** Written by AILOR,LYNNE P @ 08 Jan 2016 0849 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. Drug Abuse Screen was negative for all substances tested.
    Procedure(s):       -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 08 Jan 2016 0850 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up in SARP.

**Signed By  AILOR, LYNNE P** (Physician) @ 08 Jan 2016 0850

| Anderson, Daniel Dennis | DOB: ██████ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 677**

AR 0721

## *06 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:     BETH-23202652     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**     Date: **06 Jan 2016 1500 EST**     Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**     Clinic: **BEHAVIORAL HEALTH QU**     Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 06 Jan 2016 0731 EST

| Drug Abuse Screen | Site/Specimen | 29 Dec 2015 1405 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**A/P** Written by AILOR,LYNNE P @ 06 Jan 2016 0733 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. Results of Drug Abuse
Screen were negative for all substances tested.
        Procedure(s):           -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 06 Jan 2016 0733 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up in SARP.

**Signed By AILOR, LYNNE P** (Physician) @ 06 Jan 2016 0733

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 678**

**Medical Record**

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___  DoD ID: 1286180538    Created: 30 Oct 2017

## *05 Jan 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:    BETH-23195319    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **05 Jan 2016 1230 EST**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 06 Jan 2016 0755 EST
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**
Loading...

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 05 Jan 2016 1230 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 05 Jan 2016 1239 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 05 Jan 2016 1230
_____
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 05 Jan 2016 1239 EST
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** LAUNGUAGE: ENGLISH
CONTACT NUMBER ___
NO VITALS TAKEN AT SARP TREATMENT

**S/O Note** Written by BROWN,CYNTHIA E @ 06 Jan 2016 0755 EST
**Reason for Visit**
CC Group.

**A/P** Last updated by BROWN,CYNTHIA E @ 06 Jan 2016 0927 EST

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 679**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

**1. Alcohol dependence, uncomplicated**

    Procedure(s):    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended group session from 1230 - 1400.
                  -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition services to help assist the patient and to monitor treatment progress and overall service delivered.

    Laboratory(ies):    -DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P; ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P

**Disposition** Written by BROWN,CYNTHIA E @ 06 Jan 2016 0929 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: SEE ADD NOTE SECTION FOR MORE INFORMATION ON THIS ENCOUNTER.

**Note** Written by BROWN,CYNTHIA E @ 06 Jan 2016 0928 EST

## CC GROUP (URINE TEST)

Daniel arrived 45 minutes early to group.  Daniel is at session # 24 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours. Group discussed one member's unwillingness to follow through with what he promised to group.  The point of trust and making changes is what treatment is about was made. Group debriefed their activities during Christmas and New Year's.  No group member admitted to drinking or using drugs.  A discussion of euphoria and how childhood experiences with video games was like drinking in losing track of time, food, and human interaction.

Daniel shared that he kept one of his dating sites open for 2 extra days because he had already started a conversation with someone and wanted to complete it.  He shared this woman he was having the "conversation" with became his date for New Year's.  He stated that it was "lack luster".   This was the reason he was taking himself off the dating sites in the first place.  He was confronted with lying to the group. He stated that he sees as changing his mind. He failed to see the promise as binding or a commitment. He stated that doing he wanted and necessarily the next right thing gets him trouble. He was able to relate to his production at work being discussed as poor. He stated that he just does not work as hard as he could and senior paygrades are starting to notice. He stated that he wants to do better and will his CBT to make better decisions.  Daniel appeared engaged and interested in the treatment process.  Daniel appeared engaged and was appropriate and active throughout the session.  Daniel has several treatment plan problem objectives out of date on his treatment plan.  He will not be in group next week due to a class he is taking but agreed to an individual session when he returns. Daniel will continue with Continuing Care treatment and has an outdated treatment plan. See Daniel "Continuing Care Progress Report" for more information on this encounter. Daniel is schedule to return 19 January 2016 at 1230 for group.

No evidence of SI/HI during this encounter

Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 06 Jan 2016 0933

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by BROWN,CYNTHIA E @ 06 Jan 2016 0927 EST:*
The A/P section was last updated by BROWN,CYNTHIA E @ 06 Jan 2016 0927 EST - see above. Previous Version of A/P section was entered/updated by MAPLES,MICHAEL J @ 06 Jan 2016 0755 EST.
**1. Alcohol dependence, uncomplicated**
    Procedure(s):    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended group session from 1230 - 1400.
                  -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall

AR 0724

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

Laboratory(ies):    SARP Clinical Record. In addition services to help assist the patient and to monitor treatment progress and overall service delivered.
-DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P; ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985  SSN: ***-**■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## 29 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A

Encounter ID:     BETH-23146597     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **29 Dec 2015 1223 EST**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **GONZALEZZARAZUA,JORGE A**

AutoCites Refreshed by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1332 EST

**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

Reason for Appointment:Written by MAPLES,MICHAEL J @ 29 Dec 2015 1223 EST
CC GROUP

Screening Written by MAPLES,MICHAEL J @ 29 Dec 2015 1224 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 29 Dec 2015 1223

---

CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
Vitals Written by MAPLES,MICHAEL J @ 29 Dec 2015 1224 EST
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 682**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: \*\*\*-\*\*-█    DoD ID: 1286180538    Created: 30 Oct 2017

**Comments:** LAUNGUAGE: ENGLISH
CONTACT NUMBER: ██████████
NO VITALS TAKEN AT SARP TREATMENT

A/P Last Updated by MAPLES,MICHAEL J @ 29 Dec 2015 1227 EST
**1. Alcohol dependence, uncomplicated**
| | |
|---|---|
| Procedure(s): | -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended group session from 1230 - 1400. |
| | -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition services to help assist the patient and to monitor treatment progress and overall service delivered. |
| Laboratory(ies): | -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P |

Disposition Last Updated by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: See ADD/NOTE section for more information on this encounter.

Note Written by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST
Daniel arrived on time and is at session #20 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 ½ hours. Group went over their recent holiday weekend and how they were able to handle any urges or cravings to drink. Members also shared their plans for the upcoming New Year's weekend and how they plan to deal with possible triggers or urges to drink. All members denied consuming alcohol or abusing illegal drugs since their last visit.

Daniel shared that he spent his Christmas holiday working on his computer based game, but at times throughout the night he would check his social media and notice that plenty of his online friends would post pictures of themselves out with family and friends, opening presents or just hanging out celebrating the holiday. He states that he felt envious and lonely and had a craving to want to drink, but instead continued to work on his game and the feeling would pass. He also reports that later in the weekend he became upset because a female friend who he states he was interested in canceled on their date. He states that he was mad about it because he thought they had a good time during their previous date. Daniel states that online dating is taking a lot of his time as he does it often and after receiving feedback from the group states that he will likely delete his online dating profiles and would share with the group during the next session.
 Daniel appeared engaged and interested in the treatment process.  He appeared engaged and was appropriate and active throughout the session. Daniel has Problem #5, Objective # 3 overdue 18 December 2015. He will schedule his individual appointment after the New Year's holiday to update his treatment plan with this counselor.  He will continue with Continuing Care treatment and has Problem #5, Objective # 3 due 18 December 2015.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel will continue with Continuing Care treatment and is scheduled to return 05 January 2016 for his next group session.
No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 30 Dec 2015 1357
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 31 Dec 2015 0747

AR 0727

**Medical Record**

Anderson, Daniel Dennis    DOB:    1985  SSN: ***-**-    DoD ID: 1286180538    Created: 30 Oct 2017

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST:*
The Disposition section was last updated by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST - see above.Previous Version of Disposition section was
entered/updated by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST.
**Released w/o Limitations**
Discussed: Diagnosis, Alternatives with Patient who indicated understanding. - Comments: See ADD/NOTE section for more information on this encounter.
*The following Disposition Note Was Overwritten by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST:*
The Disposition section was last updated by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST - see above.Previous Version of Disposition section was
entered/updated by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1332 EST.
**Released w/o Limitations**
Discussed: Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session #20 of the 26 scheduled sessions for the
Continuing Care treatment program attending from 1230 to 1400, total of 1 ? hours. Group went over their recent holiday weekend and how they were able to handle any urges
or cravings to drink. Members also shared their plans for the upcoming New Year's weekend and how they plan to deal with possible triggers or urges to drink. All members
denied consuming alcohol or abusing illegal drugs since their last visit.


Daniel shared that he spent his Christmas holiday working on his computer based game, but at times throughout the night he would check his social media and notice that
plenty of his online friends would post pictures of themselves out with family and friends, opening presents or just hanging out celebrating the holiday. He states that he felt
envious and lonely and had a craving to want to drink, but instead continued to work on his game and the feeling would pass. He also reports that later in the weekend he
became upset because a female friend who he states he was interested in canceled on their date. He states that he was mad about it because he thought they had a good time
during their previous date. Daniel states that online dating is taking a lot of his time as he does it often and after receiving feedback from the group states that he will likely delete
his online dating profiles and would share with the group during the next session.
  Daniel appeared engaged and interested in the treatment process.  He appeared engaged and was appropriate and active throughout the session. Daniel has Problem #5,
Objective # 3 overdue 18 December 2015. He will schedule his individual appointment after the New Year's holiday to update his treatment plan with this counselor.  He will
continue with Continuing Care treatment and has Problem #5, Objective # 3 due 18 December 2015.  See Da
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1355 EST:*
**Signed GONZALEZZARAZUA, JORGE A (PARAPROFESSIONAL) @ 30 Dec 2015 1333**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

## *22 Dec 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

Encounter ID:    BETH-23111240    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **22 Dec 2015 1243 EST**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **HILL,LARRY D**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by HILL,LARRY D @ 23 Dec 2015 1211 EST
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 22 Dec 2015 1243 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 22 Dec 2015 1317 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 22 Dec 2015 1243
------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 22 Dec 2015 1317 EST
Tobacco Use No: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** LAUNGUAGE: ENGLISH

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 685**

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

CONTACT NUMBER:
NO VITALS TAKEN AT SARP TREATMENT

**S/O Note** Written by HILL,LARRY D @ 23 Dec 2015 1213 EST
**History of present Illness**
    The Patient is a 30 year old male.

The patient was in attendance for the Continuing Care Support Group.

**A/P** Last Updated by MAPLES,MICHAEL J @ 22 Dec 2015 1320 EST
**1. Alcohol dependence, uncomplicated**
        Procedure(s):            -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended
                                group session from 1230 - 1400.
                                -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                                review and update the overall SARP Clinical Record. In addition services to help assist the patient and to
                                monitor treatment progress and overall service delivered.

**Disposition** Last Updated by HILL,LARRY D @ 23 Dec 2015 1211 EST
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session 22 of the
26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours. The group
shared their holiday plans and how Christmas will look through sober eyes, for some the first time in years. No group member
admitted to drinking alcohol or abusing drugs since last seen at SARP.
Daniel sat relaxed for the majority of the group, but did provide minimal feedback to others and was observed probing as usual.
Daniel was eventually drawn into the group and shared his holiday plans saying "I plan on spending Christmas alone this year and
catch up on a lot of work I have to get done in my business. I have to step back and look at myself and identify that I'm choosing to
be alone during the holidays due to my business and not because I have nowhere to go. I find myself drinking more when I'm
around others for example, last year I was at my mom's house and I drank a lot there more than usual." Daniel wrote that he has not
attended any required AA meetings, has no sponsor and is working steps 3&4. Daniels progress reports are contradictory as to his
sponsor status and meeting attendance, where some he has a sponsor and others her does not.
Daniel appeared engaged and interested in the treatment process and was appropriate and less active throughout the session.
Daniel has several objectives that are overdue and his ITP is out dated. Daniels ITP will be updated during his next individual
session 28 December 2015. Daniel will continue with Continuing Care treatment and his record will be updates his next individual
session as stated above. See Daniel "Continuing Care Progress Report" for more information on this encounter. Daniel is schedule
to return at 1230 28 December 2015. No evidence of SI/HI during this encounter. Secondary Record maintained at SARP
Washington Navy Yard.

**Signed By HILL, LARRY D** (Physician) @ 23 Dec 2015 1217
**Co-Signed By BROWN, CYNTHIA E** (Paraprofessional) @ 23 Dec 2015 1415

Anderson, Daniel Dennis        DOB:      1985  SSN: ***-**-        DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 686**

AR 0730

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *15 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:     BETH-23038866    Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **15 Dec 2015 1223 EST**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **GONZALEZZARAZUA, JORGE A**

**AutoCites** Refreshed by GONZALEZZARAZUA, JORGE A @ 18 Dec 2015 1124 EST

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:** Written by MAPLES, MICHAEL J @ 15 Dec 2015 1223 EST
CC GROUP

**Screening** Written by MAPLES, MICHAEL J @ 15 Dec 2015 1227 EST
**Reason For Appointment:** Notes Entered by: MAPLES, MICHAEL J 15 Dec 2015 1223
--------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES, MICHAEL J @ 15 Dec 2015 1227 EST
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free
**Comments:** LAUNGUAGE: ENGLISH

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page 687

AR 0731

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-*▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

CONTACT NUMBER: ▮
NO VITALS TAKEN AT SARP TREATMENT

**A/P** Last Updated by MAPLES,MICHAEL J @ 15 Dec 2015 1228 EST
**1. Alcohol dependence, uncomplicated**
      Procedure(s):      -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended
            group session from 1230 - 1400.
            -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
            review and update the overall SARP Clinical Record. In addition services to help assist the patient and to
            monitor treatment progress and overall service delivered.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 18 Dec 2015 1245 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session
#19 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 ? hours. Group
opened today by doing their weekly check-in, recapping their week and identifying any possible triggers or cravings. Group also said
good bye to a group member by doing a group closing exercise.
Daniel shared that over the past 2 weeks he rekindled an old relationship with one of his ex-girlfriends. He states that she contacted
him and invited  him to a game and he accepted. While at the game, Daniel reports to have experienced a craving for beer as a lot
of people around him were drinking while everyone seemed to be having fun. Daniel states that he was able to control his craving
and the rest of the day went on just fine without him drinking. He also states to having had a serious talk with his friend and they
were able to shared feelings that they kept bottled up for over a year since they stopped talking. Daniel states that although
nothing serious seems to be coming out from meeting up with her, he liked the fact that they were able to shared insight about each
other.
Daniel appeared engaged and interested in the treatment process.  He appeared engaged and was appropriate and active
throughout the session.  Daniel completed Problem #5, Objectives #1 and 2 of his ITP.  He will continue with Continuing Care
treatment and has Problem #5, Objective # 3 due 18 December 2015.  See Daniel "Continuing Care Progress Report" for more
information on this encounter.  Daniel is schedule to return 22 December 2015 for his next group session.
No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  GONZALEZZARAZUA, JORGE A (PARAPROFESSIONAL) @ 18 Dec 2015 1245**
**Co-Signed By  BROWN, CYNTHIA E (Paraprofessional) @ 18 Dec 2015 1254**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 688**

AR 0732

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇ 1985 SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *14 Dec 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:     BETH-23012235     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**       Date: **14 Dec 2015 0800 EST**       Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**     Clinic: **BEHAVIORAL HEALTH QU**     Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 14 Dec 2015 0727 EST

| Drug Abuse Screen | Site/Specimen | 08 Dec 2015 1408 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |
| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **08 Dec 2015 1408** | **Units** | **Ref Rng** |
| Ethyl Glucuronide | URINE | Negative | ng/mL | Cutoff=250 |

**A/P** Written by AILOR,LYNNE P @ 14 Dec 2015 0729 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. ETG/ETS was
negative, Drug Abuse Screen was negative for all substances tested.
   Procedure(s):   -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 14 Dec 2015 0729 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up in SARP.

---

**Signed By  AILOR, LYNNE P** (Physician) @ 14 Dec 2015 0729

---

| Anderson, Daniel Dennis | DOB: ▇ 1985 SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.   **Page 689**

AR 0733

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*08 Dec 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:     BETH-22965935     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NHC QUANTICO**
Patient Status: **Outpatient**

Date: **08 Dec 2015 1515 EST**
Clinic: **BEHAVIORAL HEALTH QU**

Appt Type: **PROC**
Provider: **AILOR,LYNNE P**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 08 Dec 2015 1545 EST

| Drug Abuse Screen | Site/Specimen | 01 Dec 2015 1413 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |
| | | | | |
| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **01 Dec 2015 1413** | **Units** | **Ref Rng** |
| Ethyl Glucuronide | URINE | Negative | ng/mL | Cutoff=250 |

**A/P** Written by AILOR,LYNNE P @ 08 Dec 2015 1546 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. ETG/ETS was negative. Drug Abuse Screen was negative for all substances tested.
        Procedure(s):          -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 08 Dec 2015 1547 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up with SARP.

**Signed By AILOR, LYNNE P** (Physician) @ 08 Dec 2015 1547

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 690**

AR 0734

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**■■■    DoD ID: 1286180538    Created: 30 Oct 2017

### *08 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-22959749    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **08 Dec 2015 1155 EST**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **GONZALEZZARAZUA,JORGE A**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 11 Dec 2015 1309 EST

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 08 Dec 2015 1155 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 08 Dec 2015 1236 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 08 Dec 2015 1155
---------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 08 Dec 2015 1243 EST
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** LAUNGAGE: ENGLISH

Anderson, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**■■■    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 691**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

CONTACT NUMBER ▮▮▮▮▮▮▮
NO VITALS TAKEN AT SARP TREATMENT

A/P Last Updated by MAPLES,MICHAEL J @ 08 Dec 2015 1246 EST
**1. Alcohol dependence, uncomplicated**

Procedure(s):       -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended
group session from 1230 - 1400.
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
review and update the overall SARP Clinical Record. In addition services to help assist the patient and to
monitor treatment progress and overall service delivered.

Laboratory(ies):     -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider:
AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering
Provider: AILOR, LYNNE P

Disposition Last Updated by GONZALEZZARAZUA,JORGE A @ 11 Dec 2015 1310 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session
#20 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours. The
group performed their check-in reporting changes since last group and thoughts, cravings or triggers; no group member admitted to
drinking alcohol or abusing drugs since last seen at SARP. The group shared about challenging family relationship and the newness
of holidays without alcohol.
Daniel shared that he believes he is making progress as he is slowly being able to communicate with others and is actually enjoying
having others company. He states he continues to work on his personal projects developing software and at this point that continues
to be his main priority. Daniel provided feedback to another member, stating he could relate to some of the issues he is confronting
as he also faces similar circumstances when he thinks about his past with his father and how hard it is to let go and move forward.
Daniel appeared engaged and interested in the treatment process.  He appeared engaged and was appropriate and active
throughout the session. Daniel appeared quite for most of the group, but seemed to relate to another group member when talking
about things that have happened in the past and how hard it is to let go at times.  Daniel has no objective due from his ITP.  He will
continue with Continuing Care treatment and has Problem #5, Objective # 1 and 2 due 11 December 2015.  See Daniel "Continuing
Care Progress Report" for more information on this encounter.  Daniel is schedule to return 15 December 2015 at 1230 for group.
No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  GONZALEZZARAZUA, JORGE A (PARAPROFESSIONAL) @ 11 Dec 2015 1311**
**Co-Signed By  BROWN, CYNTHIA E (Paraprofessional) @ 11 Dec 2015 1519**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0736

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *01 Dec 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-22878128    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **01 Dec 2015 1226 EST**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

AutoCites Refreshed by REGIS,JAMES @ 04 Dec 2015 0645 EST
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

Reason for Appointment:Written by MAPLES,MICHAEL J @ 01 Dec 2015 1226 EST
CC GROUP

Screening Written by MAPLES,MICHAEL J @ 01 Dec 2015 1253 EST
Reason For Appointment: Notes Entered by: MAPLES,MICHAEL J 01 Dec 2015 1226

―――――――――――――
CC GROUP
Reason(s) For Visit (Chief Complaint): Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
Vitals Written by MAPLES,MICHAEL J @ 01 Dec 2015 1253 EST
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 693**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Comments:** VITALS: LAUNGUAGE: ENGLISH
CONTACT NUMBER: ███████
NO VITALS TAKEN AT SARP TREATMENT

**A/P** Last Updated by MAPLES,MICHAEL J @ 01 Dec 2015 1254 EST
**1. Alcohol dependence, uncomplicated**

| Procedure(s): | -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - THE PATIENT ATTENDED GROUP SESSION FROM 1230-1400 |
| | -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL SERVICE DELIVERED. |
| Laboratory(ies): | -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P |

**Disposition** Last Updated by REGIS,JAMES @ 04 Dec 2015 0645 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: SEE ADD NOTE SECTION FOR MORE INFORMATION ON THIS ENCOUNTER.

**Note** Written by REGIS,JAMES @ 04 Dec 2015 0647 EST
**Continuing Care Group - Tuesday, 01 December 2015**

Daniel arrived on time to his Continuing Care Group which was held on Tuesday the 1st of December 2015, from 1230-1400. This is Daniel's 19th of 26 scheduled sessions.  Neither Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session. Daniel performed his check-in with the group members going over any triggers or cravings he may have had during the past week and holiday. Afterwards, Daniel said goodbye to a group member who was closing out of group today.

During Daniel's check-in, Daniel shared that he didn't do anything for Thanksgiving.  Daniel said that he relaxed all weekend and was able to do a lot of programing on his new computer game. He stated that he was able to go out on a date with one of his female friends but that it was strictly platonic and amicable. He wrote that he was able to become "independent from romantic relationships" a something that he did this week as a positive step towards his recovery.  He also wrote how he was able to relate in todays group with the act "revenge seeking" and it's importance at times.

Daniel seemed thoughtful and indifferent about his holiday weekend and up and coming week and events.  He wrote that he attended only 1 AA meeting and that he still doesn't have an AA sponsor but that he is working on steps #3 & #4 of the AA 12 Step program while abstaining from alcohol.  See "CCG PATIENT ATTENDANCE NOTE" in SARP Patient file for complete information.   Daniel has Problem #5 Objectives #1 and #2 of his ITP due next week on the 11th of December 2015. Daniel will return for his next CC treatment group on the 8th of December 2015.

Daniel had no evidence of SI/HI/ATV during this encounter.
Secondary record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By REGIS, JAMES** (Para-Professional, SARP WNY) @ 04 Dec 2015 0648
**Co-Signed By BROWN, CYNTHIA E** (Paraprofessional) @ 04 Dec 2015 0809

AR 0738

**Medical Record**

| Anderson, Daniel Dennis | DOB: █████ 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *24 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-22825470    Primary Dx:    Alcohol abuse, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **24 Nov 2015 1218 EST**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **GONZALEZZARAZUA,JORGE A**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 25 Nov 2015 1048 EST

**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 25 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY FOR 7 DAYS THEN DECREASE TO ONE HALF TABLET (12.5MG) BY MOUTH EVERY DAY #0 RF0 | NR | 04 Nov 2015 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 24 Nov 2015 1218 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 24 Nov 2015 1300 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 24 Nov 2015 1218

CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

| Anderson, Daniel Dennis | DOB: █████ 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 695**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 24 Nov 2015 1300 EST
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** VITALS: LAUNGUAGE: ENGLISH
CONTACT NUMBER: ██████████
NO VITALS TAKEN AT SARP TREATMENT

**A/P** Last Updated by MAPLES,MICHAEL J @ 24 Nov 2015 1304 EST
**1. Alcohol abuse, uncomplicated**
Procedure(s):           -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - THE PATIENT
                        ATTENDED GROUP SESSION FROM 1230-1400
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                        MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                        SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                        SERVICE DELIVERED.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 25 Nov 2015 1049 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group
session. He is at session #16 of the scheduled 26 sessions for the Continuing Care treatment program attending from 1230 to 1400,
total of 1 ? hours. All group members denied drinking or abusing drugs. Group members performed their check-in exercise and
identified possible triggers or cravings for the upcoming long holiday weekend. Group also filled out "Types of Relapses Before
Chemical Relapse" worksheet and shared their individual answers with the rest of the group.
Daniel shared that he had a trigger yesterday because his friend who he had planned on visiting over the Thanksgiving weekend
cancelled on him at the last minute. He states that normally he would just get mad and start drinking, but instead used what he has
learned in CBT and was able to fight off the urge to want to drink on impulse. He states that instead he went on a local date and
pretty much forgot about the craving and focused on his game developing; reminding himself that staying local is a better option for
him because he can get so much more done then going out of town.
Daniel appeared comfortable throughout today's session. He seemed active and willing to engage in discussion with group, sharing
and providing feedback. Daniel has no objective due today. He will continue with Continuing Care treatment and has Problem #5,
Objectives #1 and 2 from ITP due 11 December 2015. See Daniel ""Continuing Care Progress Report" for more information on this
encounter. Daniel is scheduled to return 01 December 2015 for her next group session.
No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 25 Nov 2015 1050
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 25 Nov 2015 1237

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 696**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## 20 Nov 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P

Encounter ID:     BETH-22796451     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**        Date: **20 Nov 2015 1545 EST**         Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**      Clinic: **BEHAVIORAL HEALTH QU**      Provider: **AILOR, LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

Lab Result Cited by AILOR,LYNNE P @ 23 Nov 2015 0720 EST

| Drug Abuse Screen | Site/Specimen | 17 Nov 2015 1405 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 17 Nov 2015 1405 | Units | Ref Rng |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative | ng/mL | Cutoff=250 |

A/P Written by AILOR,LYNNE P @ 23 Nov 2015 0722 EST
**1. Alcohol dependence, uncomplicated:** Labs were reviewed by undersigned provider per SARP protocol. Result of ETG/ETS
was negative. Drug Abuse Screen was negative for all substances tested.
        Procedure(s):            -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

Disposition Written by AILOR,LYNNE P @ 23 Nov 2015 0723 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up with SARP.

Signed By **AILOR, LYNNE P** (Physician) @ 23 Nov 2015 0723

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 697**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *17 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-22743789    Primary Dx:    Alcohol abuse, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **17 Nov 2015 1326 EST**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **GONZALEZZARAZUA,JORGE A**

AutoCites Refreshed by GONZALEZZARAZUA,JORGE A @ 20 Nov 2015 1251 EST

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 25 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY FOR 7 DAYS THEN DECREASE TO ONE HALF TABLET (12.5MG) BY MOUTH EVERY DAY #0 RF0 | NR | 04 Nov 2015 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:** Written by MAPLES,MICHAEL J @ 17 Nov 2015 1326 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 17 Nov 2015 1344 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 17 Nov 2015 1326
————————
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 698**

**Medical Record**
Anderson, Daniel Dennis     DOB: ███ 1985 SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 17 Nov 2015 1344 EST
Tobacco Use: No,     Alcohol Use: No,     Pain Scale: 0 Pain Free
**Comments:** VITALS: LAUNGUAGE: ENGLISH
CONTACT NUMBER: ███████████
NO VITALS TAKEN AT SARP TREATMENT

**S/O Note** Written by MAPLES,MICHAEL J @ 17 Nov 2015 1345 EST
**History of present illness**
     The Patient is a 30 year old male.

THE PT ATTENDED THE OUTPATIENT CONTINUING CARE TREATMENT PROGRAM (CC).

**A/P** Last Updated by MAPLES,MICHAEL J @ 17 Nov 2015 1348 EST
**1. Alcohol abuse, uncomplicated**
     Procedure(s):          -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                         MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                         SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                         SERVICE DELIVERED.
                         -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - THE PATIENT
                         ATTENDED GROUP SESSION FROM 1230-1400
     Laboratory(ies):      -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider:
                         AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering
                         Provider: AILOR, LYNNE P

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 20 Nov 2015 1252 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group
session. He is at session #15 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400,
total of 1 ? hours. The group shared updates since last group regarding triggers and cravings during their check-in exercise. Group
completed "Positive Influence List" and "Negative Influence List" worksheets and shared their answers with the group. No group
member admitted to drinking alcohol or abusing drugs since last seen at SARP. Each group member submitted a sample for testing.

Daniel shared that he has had a good week since his last visit to SARP. He states that he spent some time with friends from work
and is looking forward to continue that trend. He also shared that this upcoming weekend he plans to visit a female friend that lives a
couple hours from here and might spend the weekend with her. He states that she is also in recovery so drinking while out with her
will not be an issue. Daniel identified both his mother and step dad as positive influences toward his recovery. He listed his dad as a
positive influence and also had his step mom listed being both, positive and negative depending on what they talk about or her
mood.

Daniel appeared appropriate and interested in the treatment process. He seemed active and appropriate throughout today's
session. Daniel has no objective due today. Daniel will continue with Continuing Care treatment and has Problem #5, Objective #1
and 2 due 11 December 2015. See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is
scheduled to return 24 November 2015 at 1230 for group.

No evidence of SI/HI during this encounter

Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 20 Nov 2015 1252
**Co-Signed By BROWN, CYNTHIA E** (Paraprofessional) @ 20 Nov 2015 1520

AR 0743

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *12 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-22680652    Primary Dx:    Alcohol abuse, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **12 Nov 2015 0756 EST**
Clinic: **SUBST ABUSE NY**

Appt Type: **FTR**
Provider: **GONZALEZZARAZUA,JORGE A**

AutoCites Refreshed by GONZALEZZARAZUA,JORGE A @ 12 Nov 2015 0759 EST

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 25 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY FOR 7 DAYS THEN DECREASE TO ONE HALF TABLET (12.5MG) BY MOUTH EVERY DAY #0 RF0 | NR | 04 Nov 2015 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| GUAIFENESIN, 600 MG, TABLET ER, ORAL | Active | TAKE ONE TABLET BY MOUTH TWICE A DAY #0 RF0 | NR | 28 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:** Written by MAPLES,MICHAEL J @ 12 Nov 2015 0756 EST
INDIVIDUAL SESSION

**Screening** Written by MAPLES,MICHAEL J @ 12 Nov 2015 0757 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 12 Nov 2015 0756

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓▓ 1985  SSN: ***-**-▓▓    DoD ID: 1286180538    Created: 30 Oct 2017

INDIVIDUAL SESSION
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 12 Nov 2015 0757 EST
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** LAUNGUAGE: ENGLISH
CONTACT NUMBER: ▓▓▓▓▓
NO VITALS TAKEN AT SARP TREATMENT

**S/O Note** Written by MAPLES,MICHAEL J @ 12 Nov 2015 0757 EST
**History of present illness**
      The Patient is a 30 year old male.

THE PATIENT ATTENDED AN INDIVIDUAL SESSION FROM 0800-0900.

**A/P** Last Updated by MAPLES,MICHAEL J @ 12 Nov 2015 0759 EST
**1. Alcohol abuse, uncomplicated**
          Procedure(s):      -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - THE PATIENT
                    ATTENDED GROUP SESSION FROM 0800-0900
                    -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                    MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                    SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                    SERVICE DELIVERED

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1411 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his monthly
individual appointment with this counselor, dressed appropriately in casual civilian attire. Daniel opened by stating that he is doing
well and feeling more comfortable in the group setting than he did a few months ago prior to him having to go TAD for school. He
also reports that he is seeing his therapist is putting an honest effort on working on his issues, rather than overlooking them.

Daniel shared that he is feeling good and accomplished after having accepted an invite from a male co-worker to attend a BBQ
gathering this week. He states that he actually had a good time at the gathering and even met new people who he had
conversations with. Daniel admits that it was not easy and at certain points he would wonder if he was being appropriate or too
weird, but would then forget about it and just enjoyed most of the evening.

Daniel update his treatment plan by adding 4 more problems to his Master Problems List. He also states that at this time he is
unable to complete Problem 1, Objective 7 as he is not comfortable approaching men and being open with them, something he
states he is currently working on with his therapist. Daniel and this counselor have agreed to delay Problem 1, Objective 7 until 04
January 2016 and will revisit at that time. Daniel is scheduled to return for his next group session on 17 November 2015 @ 1230Hrs.
He has Problem 5, Objectives 1 and 2 due 11 December 2015.

No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 13 Nov 2015 1412
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 13 Nov 2015 1445

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 701**

AR 0745

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-**▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *10 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:     BETH-22671984     Primary Dx:     Alcohol abuse, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**          Date: **10 Nov 2015 1300 EST**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**          Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**                                                              **A**
Patient Status: **Outpatient**

AutoCites Refreshed by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1356 EST
**Problems**                                                        **Allergies**
•ALCOHOL DEPENDENCE WITH                                            •OTHER: Unknown (SEE MED RECORD)
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 25 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY FOR 7 DAYS THEN DECREASE TO ONE HALF TABLET (12.5MG) BY MOUTH EVERY DAY #0 RF0 | NR | 04 Nov 2015 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

Reason for Appointment:Written by MAPLES,MICHAEL J @ 10 Nov 2015 1300 EST
CC GROUP

Screening Written by MAPLES,MICHAEL J @ 10 Nov 2015 1302 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 10 Nov 2015 1300
————————————
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-**▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 702**

**Medical Record**

| Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017 |

## Vitals
**Vitals** Written by MAPLES,MICHAEL J @ 10 Nov 2015 1302 EST
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** VITALS: LAUNGUAGE: ENGLISH
CONTACT NUMBER: 850-969-7239
NO VITALS TAKEN AT SARP TREATMENT


**S/O Note** Written by MAPLES,MICHAEL J @ 10 Nov 2015 1303 EST
**History of present illness**
        The Patient is a 30 year old male.

THE PT ATTENDED THE OUTPATIENT CONTINUING CARE TREATMENT PROGRAM (CC).


**A/P** Last Updated by MAPLES,MICHAEL J @ 10 Nov 2015 1326 EST
**1. Alcohol abuse, uncomplicated**
    Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - THE PATIENT
                           ATTENDED GROUP SESSION FROM 1230-1400
                           -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                           MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                           SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                           SERVICE DELIVERED.
    Laboratory(ies):       -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider:
                           AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering
                           Provider: AILOR, LYNNE P

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1400 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session
#14 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230-1400, total of 1 ? hours. The
group opened today by welcoming one new member to the group, performing individual introductions and going over group rules.
Group also performed their weekly check-in exercise, reporting any current struggles, cravings or triggers that they might have
suffered since their last visit.
Daniel shared that he is attending AA again and is currently working on steps 3 and 4 with his home group. He states that he is also
trying to overcome his inability to hang-out with other males and will try to attend a BBQ gathering with guys from work. He states
that he is often invited to gatherings by his male peers, but normally does not attend as he has always preferred to spend time with
women, rather than with men.
Daniel appeared active and comfortable throughout today's group session. He seemed at ease sharing what his goals are and what
he is trying to do, without hesitating if anyone was judging him or bothering himself about what anyone else was thinking of him.
Daniel has Problem #1, Objective #7 of his ITP overdue 20 Oct 2015 and has scheduled an individual appointment on 12 November
2015 with this counselor to update his treatment plan. See Daniel "Continuing Care Progress Report" for more information on this
encounter.  Daniel will continue with Continuing Care treatment and is scheduled to return on 17 November 2015 for his next
scheduled group session.

No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.


**Signed By  GONZALEZZARAZUA, JORGE A (PARAPROFESSIONAL) @ 13 Nov 2015 1401**
**Co-Signed By  BROWN, CYNTHIA E (Paraprofessional) @ 13 Nov 2015 1410**

CHANGE HISTORY
***The following Disposition Note Was Overwritten by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1400 EST:***
The Disposition section was last updated by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1400 EST - see above.Previous Version of Disposition section was
entered/updated by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1357 EST.
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Tiffany arrived on time and is at session #13 of the 40 scheduled sessions for the
Continuing Care treatment program attending from 1230-1400, total of 1 ? hours. The group opened today by welcoming one new member to the group, performing individual
introductions and going over group rules. Group also performed their weekly check-in exercise, reporting any current struggles, cravings or triggers that they might have
suffered since their last visit.

Tiffany shared that she continues to battle her struggles and is doing all the things that are asked of her by her sponsor and other AA members to help her stay sober each day.
She reports that this coming weekend she has signed up along with a few of her acquaintances to attend a "Gratitude breakfast" and also a "Step study" group. She also
engaged with another member who is having family issues and offered her support, stating she was proud of him for handling his current situation without resorting to drinking.
Tiffany report she is feeling better overall and although still feeling lonely at times, it is not as intense as it has been in the past.

Tiffany appeared comfortable and active throughout today's group session. She seemed to care about another group member's current struggles with family issues and offered

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 703**

AR 0747

**Medical Record**

Anderson, Daniel Dennis      DOB: ████ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 30 Oct 2017

her support and wished well.
Tiffany has no objective due today. She has Problem #1, Objectives 5, 7 and 8 due 18 December 2015. See Tiffany "Continuing Care Progress Report" for more information on this encounter.  Tiffany is scheduled to return on 17 November 2015 for her next group session.
No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by GONZALEZZARAZUA, JORGE A @ 13 Nov 2015 1400 EST:*
Signed **GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 13 Nov 2015 1357

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 704**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇ 1985 | SSN: ***-**▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *09 Nov 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:    BETH-22649915    Primary Dx:    Parageusia

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **09 Nov 2015 1045 EST**
Clinic: **INT MED MEDICAL HOME CL C BE**

Appt Type: **FTR**
Provider: AUSTIN,MARIE

**Reason for Appointment:**
lost taste
**Appointment Comments:**
clm

**Vitals**
Vitals Written by TRAN,CAT D @ 09 Nov 2015 1056 EST
BP: 113/78,   HR: 69,   RR: 18,   T: 97.6 °F,   HT: 69 in,   WT: 167 lbs,   SpO$_2$: 98%,   BMI: 24.66,
BSA: 1.913 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

**Questionnaire AutoCites** Refreshed by TRAN,CAT D @ 09 Nov 2015 1057 EST
**Questionnaires**

Anxiety & Depression Screening Version: 1 Completed On: 09 Nov 2015
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Several days
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Several days
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Not at all
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Not at all
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Not at all

**S/O Note** Written by AUSTIN,MARIE @ 09 Nov 2015 1155 EST
**Chief complaint**
The Chief Complaint is: Evaluating for ageusia.
**History of present illness**
    The Patient is a 30 year old male.
Autocited allergies verified.

PO1 is 30 y/o male - pt has weaned himself off the zoloft . Saw the psychiatrist and she is weaning him off more slowly . He had been c/o of insomnia - now no insomnia , and lost weight. He was at 125 of zoloft will on a slower taper .

Pt c/o loss of taste x1 month, particularly in detecting sweetness than any others senses. Pt claims the only current med taking is Zoloft.  Since  he had so many side effects will wait until he is off the zoloft and re- evaluate the taste issue .
    General overall feeling /health - Very Good.

admission diagnosis of HPI [use for free text].
Patient reports that they are compliant with medications.
**Allergies**
Allergies Verified and Updated
NKDA
.
**Current medication**
NO OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day- weaning off
.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    GAD
    Alcohol dependence in remission
    .
    Surgical / Procedural: Surgical / procedural history
    PRK
    Tosillectomy

AHLTA Problem List Updated.  Date:11/2015.

Anderson, Daniel Dennis      DOB: ▇ 1985  SSN: ***-**▇  DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 705**

AR 0749

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History
ANNUAL QUESTIONS
Preferred language (written or spoken): [x ] English    [ ] Other:
What is your preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [x ] No  Specify:
Advance directives completed?    [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [x ] Yes  [ ] No
Contact preference: ███████
PCM:
..............
Annual Questions Date: 28SEP2015.
**Family history**
     Family medical history
     DM father, PGM
     MI father
     hypertension father
     melanoma father
     .

**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Head:** No headache.
**Otolaryngeal:** Otolaryngeal symptoms loss of taste for sugar.  No earache, no nasal discharge, no nasal passage blockage
     (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** Decreased appetite sugar taste bitter where as artificial sweeteners
. No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
     • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
     ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
     Injuries: ° No evidence of a head injury.
     Appearance: ° Head normocephalic.
**Oral Cavity:**
     Lips: ° Showed no abnormalities.
     Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
     Oropharynx: ° Normal.  ° Uvula showed no abnormalities.  ° Base of the tongue was normal.  ° Tonsils showed no
          abnormalities.
     Hypopharynx: ° Mucous membranes had no abnormalities.  ° Had no swelling.  ° Had no tenderness.
**Test conclusions**
Medication list was upated at the beginning of the visit.
A qualified individual compared the medication list against any orders, and resolved any discrepancies (if required).
**Practice Management**
     Preventive medicine services Pt is active duty and is up to date with all immunizations/vaccinations and PHA Screen.


**A/P** Written by AUSTIN,MARIE @ 09 Nov 2015 1155 EST
**1. Parageusia** R43.2: Pt reports sugar is tasting bitter not sweet . Pt is waeing off zoloft with + side effects due to not tapering . In
addition pt takes daily fluoride [ water does have fluoride] will stop and wait until he is completely off the zoloft before we reassess .

**Disposition** Written by AUSTIN,MARIE @ 09 Nov 2015 1159 EST
**Released w/o Limitations**
**Follow up:**  as needed . - Comments: pt to continue to wean off zoloft nad stop fluroide

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 706**

AR 0750

**Medical Record**

| Anderson, Daniel Dennis | DOB: █████ 1985  SSN: ***-**-█████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: discussed the side effects of this current meds
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  AUSTIN, MARIE** (Nurse Practitioner, WRNMMC) @ 09 Nov 2015 1200

**CHANGE HISTORY**
*The following S/O Note Was Overwritten by AUSTIN,MARIE @ 09 Nov 2015 1139 EST:*
S/O Note Written by TRAN,CAT D @ 09 Nov 2015 1058 EST
**Chief complaint**
The Chief Complaint is: Evaluating for ageusia.
**History of present illness**
        The Patient is a 30 year old male.
Pt c/o loss of taste x1 month, particularly in detecting sweetness than any others senses. Pt claims the only current med taking is Zoloft.
        General overall feeling /health - Very Good.
**Allergies**
Allergies Verified and Updated
NKDA

**Current medication**
NO OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day

**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history
        GAD
        Alcohol dependence in remission

        Surgical / Procedural: Surgical / procedural history
        PRK
        Tosillectomy

AHLTA Problem List Updated. Date: today.
**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History
ANNUAL QUESTIONS
Preferred language (written or spoken): [x ] English    [ ] Other:
What is your preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [x ] No   Specify:
Advance directives completed?    [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [x ] Yes  [ ] No
Contact preference: █████
PCM:
..........
Annual Questions Date: 28SEP2015.
**Family history**
        Family medical history
        DM father, PGM
        MI father
        hypertension father
        melanoma father

**Practice Management**
        Preventive medicine services Pt is active duty and is up to date with all immunizations/vaccinations and PHA Screen.

---

| Anderson, Daniel Dennis | DOB: █████ 1985  SSN: ***-**-█████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 707**

AR 0751

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *03 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-22586549    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **03 Nov 2015 1226 EST**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **GONZALEZZARAZUA,JORGE A**

AutoCites Refreshed by GONZALEZZARAZUA,JORGE A @ 06 Nov 2015 1258 EST

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 25 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY FOR 7 DAYS THEN DECREASE TO ONE HALF TABLET (12.5MG) BY MOUTH EVERY DAY #0 RF0 | NR | 04 Nov 2015 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| GUAIFENESIN, 600 MG, TABLET ER, ORAL | Active | TAKE ONE TABLET BY MOUTH TWICE A DAY #0 RF0 | NR | 28 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:** Written by MAPLES,MICHAEL J @ 03 Nov 2015 1226 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 03 Nov 2015 1228 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 03 Nov 2015 1226

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 03 Nov 2015 1228 EST
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** VITALS: LAUNGUAGE: ENGLISH
CONTACT NUMBER: 850-969-7239
NO VITALS TAKEN AT SARP TREATMENT

**S/O Note** Written by MAPLES,MICHAEL J @ 03 Nov 2015 1244 EST
**History of present Illness**
    The Patient is a 30 year old male.

THE PT ATTENDED THE OUTPATIENT CONTINUING CARE TREATMENT PROGRAM (CC).

**A/P** Last Updated by MAPLES,MICHAEL J @ 03 Nov 2015 1246 EST
**1. Alcohol dependence, uncomplicated**
        Procedure(s):            -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 – THE PATIENT
                        ATTENDED GROUP SESSION FROM 1230-1400
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                        MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                        SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                        SERVICE DELIVERED.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 06 Nov 2015 1419 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments:
Daniel arrived on time and is at session #13 of the 26 scheduled sessions for the Continuing Care treatment program attending from
1230-1400, total of 1 ? hours. The group performed their weekly check-in, reporting their struggles, triggers and cravings. The group
was challenged with a scaling question; on a scale from 1-10, 1 being the lowest, 10 being the highest, how dedicated are you to
your recovery? The group shared post group feelings from last group after two members shared they suffered a relapse.

Daniel shared that he has taken positive steps since sharing about his relapse during the previous group. He states he attended AA
this past week is trying to be more active in managing his anxiety and working with his psychologist. He admitted that at times he
does not do or use all the tools he has learned since starting treatment to help him in his sobriety, but last week was a reminder for
him and is looking forward to continue in a positive light.

Daniel appeared relaxed and attentive during today's group session. He seemed to connect with the group and provided feedback.
He also seemed receptive to what others shared and feedback that was provided. Daniel has Problem #1, Objective #7 of his ITP
overdue 20 Oct 2015. Daniel will be asked to setup an individual appointment with his counselor to address treatment planning and
updating.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel will continue with
Continuing Care treatment and is scheduled to return on 09 November 2015 for his next scheduled group session.

No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  GONZALEZZARAZUA, JORGE A (PARAPROFESSIONAL) @ 06 Nov 2015 1419**
**Co-Signed By  BROWN, CYNTHIA E (Paraprofessional) @ 06 Nov 2015 1422**

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by GONZALEZZARAZUA,JORGE A @ 06 Nov 2015 1419 EST:*
The Disposition section was last updated by GONZALEZZARAZUA,JORGE A @ 06 Nov 2015 1419 EST - see above.Previous Version of Disposition section was
entered/updated by GONZALEZZARAZUA,JORGE A @ 06 Nov 2015 1258 EST.
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session #13 of the 26 scheduled sessions for the
Continuing Care treatment program attending from 1230-1400, total of 1 ? hours. The group performed their weekly check-in, reporting their struggles, triggers and cravings.
The group was challenged with a scaling question; on a scale from 1-10, 1 being the lowest, 10 being the highest, how dedicated are you to your recovery? The group shared
post group feelings from last group after two members shared they suffered a relapse.

Daniel shared that he has taken positive steps since sharing about his relapse during the previous group. He states he attended AA this past week is trying to be more active in
managing his anxiety and working with his psychologist. He admitted that at times he does not do or use all the tools he has learned since starting treatment to help him in his
sobriety, but last week was a reminder for him and is looking forward to continue in a positive light.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 709**

## Medical Record

| Anderson, Daniel Dennis | DOB: [REDACTED] 1985  SSN: ***-**-[REDACTED] | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Daniel appeared relaxed and attentive during today's group session. He seemed to connect with the group and provided feedback. He also seemed receptive to what others shared and feedback that was provided. Daniel has Problem #1, Objective #7 of his ITP overdue 20 Oct 2015. See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel will continue with Continuing Care treatment and is scheduled to return on 09 November 2015 for his next scheduled group session.

No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by GONZALEZZARAZUA,JORGE A @ 06 Nov 2015 1416 EST:*
**Signed GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 06 Nov 2015 1259

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 710**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### 03 Nov 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA

Encounter ID:     BETH-22583769     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **03 Nov 2015 1030 EST**
Clinic: **PSYCHIATRY BE**

Appt Type: **FTR**
Provider: **ZEMBRZUSKA,HANNA DOMINIKA**

**AutoCites** Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 03 Nov 2015 1620 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**
No Labs Found.
**Rads**
No Rads Found.

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**Vitals**
**Vitals** Written by NEFF,JOANNE S @ 03 Nov 2015 1042 EST
BP: 125/73,    HR: 76,    RR: 12,    T: 97.2 °F,    Pain Scale: 0 Pain Free

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 06 Nov 2015 1312 EST
**History of present illness**
        The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

    30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Fort Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder presents for f/u appt. Pt ran out of Zoloft and so for the past 2 weeks he has been off of it. Since Zoloft was discontinued pt has been struggling with some mild withdrawal symptoms, but hypersomnia has resolved. He no longer needs to naps for 30-45 min about three times per day. He is sleeping 6-7 hours per night with Melatonin. He feels much more productive and has lost weight. He is running 25-30 miles per week and is using CBT skills to combat anxiety. He has re-enlisted for 6 more years with a nice financial bonus that he will use to pay off his debts. Re-enlistment ceremony was on 16OCT and his family came.

    .

    Medication list reviewed with patient, reconciliation completed, and list given to patient.
        Visit is not deployment-related.
Pain Severity  0 / 10.
**Allergies**
Current Allergies Reviewed. NKDA.
**Current medication**

Melatonin for insomnia.
**Past medical/surgical history**
**Reported:**
        Recent Events: Medication compliance.
        Medical: Reported medical history Penile warts (HPV)
        Neurotic excoriation (scalp picking when anxious)
        Asthma during childhood
        Allergic response to pets
        Recurrent intestinal pain (possibly lactose intolerance)
        PRK (2011)
        and psychiatric history
    *  THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014. She documented Anxiety Disorder, NOS.  The SM indicated that he discontinued his participation in treatment due to the

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 711**

AR 0756

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

limited impact of these visits.
* MEDS: Denies other medication trials
* INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
* SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior.

Family history:
F: Alcohol use disorder
M: depression
Sister#1: depression, hx of suicide attempts
Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children
Maternal grandmother: bipolar

**Personal history**
Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6 y/o). He and his two sisters were raised by their father, whose employment challenges qualified them for welfare. There was also a tumultuous home environment. Father was not involved with his children and was emotionally/physically abusive. Pt felt that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself. He left his family abruptly, upon graduation from high school, in 2003. Moved out of state and enrolled in college.
Behavioral: Caffeine use 4 cups of coffee per day. Stops drinking caffeine after 2pm and never a smoker / Never Used Tobacco Products.
Alcohol: Alcohol use Drank one glass of wine recently.
**Subjective**

NO Learning Disability, Language or Learning Barriers.
**Review of systems**

No current substance use symptoms
No current cognitive symptoms
No current psychotic symptoms

.
**Physical findings**
**General Appearance:**
    ° Alert. ° Well developed. ° Well nourished. ° In no acute distress.
**Neurological:**
    ° No disorientation was observed, oriented x3. ° No hallucinations. ° Memory was unimpaired. ° Remote memory was not impaired. ° Recent memory was not impaired. ° Judgement was not impaired.
    Speech: ° Normal, regular rate, non-pressured. ° Rate was not slowed. ° Not pressured. ° Tone was not a monotone.
**Psychiatric:**
    Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative. ° No psychomotor retardation. ° Behavior demonstrated no psychomotor agitation. ° No decreased eye-to-eye contact was observed.
    Mood: ° Euthymic Able to smile appropriately. ° Not depressed. ° Not anxious.
    Affect: ° Normal anxious. ° Not labile. ° Not flat. ° Not constricted. ° Showed no irritability.
    Thought Processes: ° Not impaired, they were linear, logical, and goal directed. ° Attention demonstrated no abnormalities. ° Attention span was not decreased.
    Thought Content: ° Insight was intact. ° No delusions. ° No suicidal ideation. ° No suicidal plans. ° No suicidal intent. ° No homicidal ideations. ° No homicidal plans. ° No homicidal intent.
    Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

    Non-Modifiable:
        Gender (risk factor if male): Y
        H/O Suicide Attempts:Y
        Organized Plan:N
        Chronic Psychiatric Disorder:Y
        Recent Psychiatric Hospitalization: RECENT REHAB
        H/O Abuse or Trauma:Y
        Chronic Physical Illness:N
        Family H/O Suicide/Attempts:Y
        Other Recent Loss:N
        Chronic Pain:N
        Age (risk factor if <25 or >60):N

    Modifiable:

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                Page 712

AR 0757

**Medical Record**

Anderson, Daniel Dennis    DOB:█████ 1985  SSN: ***-**-█████    DoD ID: 1286180538    Created: 30 Oct 2017

     Suicidal ideation/plans/intent:N
     Access to Lethal Means:N
     Poor Treatment Compliance:N
     Hopelessness:?
     Psychic Pain/Anxiety:Y
     Acute Event:N
     Insomnia:N
     Low Self-Worth:Y
     Impulsivity:N
     Substance Abuse:Y
     Financial Stress:Y, PAYING OFF DEBT
     Legal Stress:N

Protective:
     Strong Therapeutic Alliance:Y
     Positive Coping Skills:Y
     Responsible to/for Family:Y
     Responsible to/for Pet:N
     Frustration Tolerance:Y
     Resilience:Y
     Good Reality Testing:Y
     Amenable to Treatment:Y
     Social Support:Y


Risk of Harm to Others: DENIES

Action Taken Based on Risk Assessment:
[ X ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:
**Therapy**
• Duration of the encounter 30 min.
**Practice Management**
    Continue assessment and intervention
    Multi-Disciplinary Treatment Plan:

    Treatment Team Members -

    Individual Therapist: SARP
    Medication Prescriber: ZEMBRZUSKA
    Group Therapist:TBD

    Additional Provider and treatment: SARP at Washington Navy Yard

    Date last updated: 11/3/2015
    Reviewed with patient on: same
    Does patient agree with plan? Yes
    If not, what part?
    Projected date of next treatment plan update: f/u 17DEC at 1400
    Discussion of risk of assessment and intervention
    Interventions Provided at this session:
    Vital signs reviewed. No indication for lab and radiology studies at this time.
    Objective 1 (Corresponds to Goal #  ): Anxiety, depressed mood, irritability
    -
    Interventions:
    1.Restart Zoloft at 25mg daily to help with withdrawal symptoms. After 7-14 days if pt is doing well decrease Zoloft to 12.5mg
daily and then taper off. Discussed r/b/se. Obtained informed consent for medication.
    2. Continue SARP. Advised pt to attend an AA or SMART-recovery meeting if he experiences cravings for alcohol or begins to
have thoughts of using alcohol to cope with anxiety related to work.
    3. Referred pt for individual CBT.

    Objective 2 (Corresponds to Goal #  ): Insomnia
    -
    Interventions:
    1. Continue Melatonin QHS prn insomnia

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 713**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

2. Pt to continue using CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and decrease ruminative thoughts

Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.

**A/P** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 03 Nov 2015 1621 EST
**1. Generalized anxiety disorder** F41.1
    Procedure(s):        -(90833) Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 06 Nov 2015 1321 EST
**Released w/o Limitations**
**Follow up:** in the PSYCHIATRY BE clinic. - Comments: 17DEC at 1400
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 06 Nov 2015 1322

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 714**

AR 0759

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## 27 Oct 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A

Encounter ID:    BETH-22501132    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **27 Oct 2015 1245 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **GONZALEZZARAZUA,JORGE A**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 30 Oct 2015 1104 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| GUAIFENESIN, 600 MG, TABLET ER, ORAL | Active | TAKE ONE TABLET BY MOUTH TWICE A DAY #0 RF0 | NR | 28 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:** Written by MAPLES,MICHAEL J @ 27 Oct 2015 1245 EDT
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 27 Oct 2015 1300 EDT
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 27 Oct 2015 1245
_____
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 715**

**Medical Record**

Anderson, Daniel Dennis     DOB: ■ 1985  SSN: ***-**-■     DoD ID: 1286180538     Created: 30 Oct 2017

**Vitals**
Vitals Written by MAPLES,MICHAEL J @ 27 Oct 2015 1301 EDT
Tobacco Use: No,    Alcohol Use: No,     Pain Scale: 0 Pain Free
**Comments:** LAUNGUAGE: ENGLISH
CONTACT NUMBER: 850-969-7239
NO VITALS TAKEN AT SARP TREATMENT

**S/O Note** Written by MAPLES,MICHAEL J @ 27 Oct 2015 1303 EDT
**History of present illness**
     The Patient is a 30 year old male.

THE PT ATTENDED THE OUTPATIENT CONTINUING CARE TREATMENT PROGRAM (CC).

**A/P** Last Updated by MAPLES,MICHAEL J @ 27 Oct 2015 1304 EDT
**1. Alcohol dependence, uncomplicated**
     Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - THE PATIENT
                            ATTENDED GROUP SESSION FROM 1230-1400
                            -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                            MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                            SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                            SERVICE DELIVERED.

     Laboratory(ies):       -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider:
                            AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering
                            Provider: AILOR, LYNNE P

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 30 Oct 2015 1206 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: SEE ADD/NOTE SECTION FOR
MORE INFORMATION ON THIS ENCOUNTER.

**Note** Written by GONZALEZZARAZUA,JORGE A @ 30 Oct 2015 1206 EDT
Daniel arrived on time and is at session #12 of the 26 scheduled sessions for the Continuing
Care treatment program attending from 1230-1400, total of 1 ½ hours. The group processed
one member's recent relapse, which sparked another member to admit to a relapse. Several
group members provided
feedback and reported being envious that the two replaces got to drink and voiced
disappointment. No other group members admitted to drinking alcohol or abusing drugs since
last seen at SARP. The group was reminded that they are here at SARP for treatment of
alcohol/drugs.

Daniel opened group today and revealed that he relapsed. He shared that while out with some
friends at a steak house he was offered a glass of wine and he decided to accept without
hesitation. He states to have drunk two glasses of red wine with his dinner. Daniel reports that
although he knows that he is not allowed to drink while in the program, he chose to do so
without real regard to what could happen. When confronted by two counselors as why he
decided to drink, Daniel stated he just wanted to and felt as if it should be ok for him to have a
couple glasses of wine if he wanted to. Daniel also brought up that he initially self-referred
himself for other underlying reasons and not specifically because he thought he had an issue
with alcoholism. After hearing from a member who also suffered a relapse in the past week,
Daniel shared that there were some underlying reasons as to why he decided to drink. He
stated that he was upset because he had family over for his re-enlistment the past week and his
father decided to not come. He states that his relationship with his father still affects him to this

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

date and believes that the stress of having everyone around and his father being the one person to not show led him to drink.

Daniel appeared comfortable in today's group, sharing and giving feedback to other members. He seemed to lack any remorse or guilt about why he chose to drink and at points appeared to defend his decision. Daniel seems to not trust the group, stating the dynamics have changed since he first started and not feeling comfortable. A SARP staffing will be scheduled for Daniel and his case will be re-evaluated for treatment update. Daniel has an outdated treatment plan and will be scheduled for an individual appointment following the findings of his SARP staffing for treatment planning and updating. See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is scheduled to return on 03 November 2015 for his next group session.
 No evidence of SI/HI during this encounter.
 Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

Signed By **GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 30 Oct 2015 1207
Co-Signed By **BROWN, CYNTHIA E** (Paraprofessional) @ 30 Oct 2015 1514

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 717**

AR 0762

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *01 Oct 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:     BETH-22215056     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**     Date: **01 Oct 2015 1300 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: ZEMBRZUSKA,HANNA
**NATIONAL MILITARY MEDICAL CNTR**     DOMINIKA
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 01 Oct 2015 1308 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**

**29 Sep 2015 1730**

| **Varicella Zoster Virus DFA** | **Site Specimen** | **Result** | **Units** | **Ref Range** |
|---|---|---|---|---|
| Varicella Zoster Virus Ag | SKIN | no vz antigen detected <i> | | |

**15 Sep 2015 1400**

| **ETG/ETS, UA (500 Cut-Off)** | **Site Specimen** | **Result** | **Units** | **Ref Range** |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=500 |

**15 Sep 2015 1400**

| **Drug Abuse Screen** | **Site Specimen** | **Result** | **Units** | **Ref Range** |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Not-Detected) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**08 Sep 2015 0817**

| **HSV 1 & 2 Abs Indirect Panel** | **Site Specimen** | **Result** | **Units** | **Ref Range** |
|---|---|---|---|---|
| Herpes Simplex Virus 1 Ab IgM | SERUM | <1:10 | Titer units | <1:10 |
| Herpes Simplex Virus 2 Ab IgM | SERUM | <1:10 <i> | Titer units | <1:10 |

**08 Sep 2015 0817**

| **Chlamydia+Gonococcus DNA Panel NAAT** | **Site Specimen** | **Result** | **Units** | **Ref Range** |
|---|---|---|---|---|
| Neisseria gonorrhoeae DNA | URINE | negative for n.gonorrhoeae <i> | | |
| Chlamydia trachomatis DNA | URINE | negative for c.trachomatis <i> | | (Negative) |

**08 Sep 2015 0817**

| **Herpes Simplex Virus 1+2 Ab IgG** | **Site Specimen** | **Result** | **Units** | **Ref Range** |
|---|---|---|---|---|
| Herpes Simplex Virus 1 Ab IgG | SERUM | <0.91 <i> | Index | 0.00-0.90 |
| Herpes Simplex Virus 2 Ab IgG | SERUM | <0.91 <i> | Index | 0.00-0.90 |

**08 Sep 2015 0817**

| **Rapid Plasma Reagin** | **Site Specimen** | **Result** | **Units** | **Ref Range** |
|---|---|---|---|---|
| Reagin Ab | SERUM | nonreactive <i> | | (Non-Reactive) |

**08 Sep 2015 0817**

| **HIV Rapid** | **Site Specimen** | **Result** | **Units** | **Ref Range** |
|---|---|---|---|---|
| HIV-1 Ab Rapid | BLOOD | ****** | | (Negative) |

**Microbiology Results**
**Herpes Virus DFA**

Order #                    150929-09137 (NNMC Bethesda)
Filler #                    150929 NVI 2333 (NNMC Bethesda)
Status:                    Final
Ordering Provider:        CUNNINGHAM, RACHEL ELIZABETH

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 718**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985 SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

|  |  |
|---|---|
| Priority: | ROUTINE |
| Date Ordered: | 29 Sep 2015 1032 |
| Date Resulted: | 30 Sep 2015 0954 |
| COLLECT_SAMPLE: | LESION/WOUND |
| VIROLOGY RESULT: | NEGATIVE DIRECT FLUORESCENT ANTIBODY FOR: HSV |
| Specimen: | Wound |
| Collected: | 29 Sep 2015 1730 |
| Results: | |
|  | Final report |

**Herpes Virus Culture**

|  |  |
|---|---|
| Order # | 150909-02160 (NNMC Bethesda) |
| Filler # | 150909 NVI 2193 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | FIACCO, NICHOLAS RYAN |
| Priority: | ROUTINE |
| Date Ordered: | 09 Sep 2015 0748 |
| Date Resulted: | 14 Sep 2015 1210 |
| COLLECT_SAMPLE: | OTHER SOURCE |
| Order Comment: | for specimen already in lab |
| VIROLOGY RESULT: | NO HERPES SIMPLEX VIRUS ISOLATED. |
| Specimen: | Groin, Left |
| Collected: | 08 Sep 2015 0819 |
| Results: | |
|  | Final report |

**Rads**
No Rads Found.

**Reason for Appointment:**
follow-up
**Appointment Comments:**
jc

**Vitals**
**Vitals** Written by ERICKSON,NANCY A @ 01 Oct 2015 1340 EDT
BP: 132/76,   HR: 70,   RR: 16,   T: 97.8 °F

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 02 Oct 2015 1310 EDT
**History of present illness**
     The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

  30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Fort Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder presents for f/u appt. Pt has been doing well on Zoloft 100mg daily, but has been experiencing anxiety related to work which causes him to think about using alcohol to cope. He has been struggling with hypersomnia rather than insomnia and attended a Sleep Pathways Group. He naps for 30-45 min about three times per day despite sleeping 5-6 hours per night. His PCM referred him to sleep clinic and he has an appt on 17NOV at 10:30AM. He has re-enlisted for 6 more years with a nice financial bonus that he will use to pay off his debts. Re-enlistment ceremony will be on 16OCT and his family is coming. Pt will be on leave 12-23OCT in the local area.


     Medication list reviewed with patient, reconciliation completed, and list given to patient.
     Visit is not deployment-related.
 Pain Severity  0 / 10.
**Allergies**
Current Allergies Reviewed. NKDA.
**Current medication**

Anderson, Daniel Dennis     DOB: ███ 1985 SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 719**

AR 0764

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Zoloft 100mg daily
Melatonin for insomnia.

**Past medical/surgical history**
**Reported:**
    Recent Events: Medication compliance.
    Medical: Reported medical history Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)
    and psychiatric history
    * THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014. She documented Anxiety Disorder, NOS. The SM indicated that he discontinued his participation in treatment due to the limited impact of these visits.
    * MEDS: Denies other medication trials
    * INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
    * SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior.

    Family history:
    F: Alcohol use disorder
    M: depression
    Sister#1: depression, hx of suicide attempts
    Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children
    Maternal grandmother: bipolar

**Personal history**
Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6 y/o). He and his two sisters were raised by their father, whose employment challenges qualified them for welfare. There was also a tumultuous home environment. Father was not involved with his children and was emotionally/physically abusive. Pt felt that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself. He left his family abruptly, upon graduation from high school, in 2003. Moved out of state and enrolled in college. He found himself ul experience from the past or avoid having feelings related to it?
[1 ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ 0 ] Trouble remembering important parts of a stressful experience from the past?
[0 ] Loss of interest in things that you used to enjoy?
[0 ] Feeling distant or cut off from other people?
[2 ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[0 ] Feeling as if your future will somehow be cut short?
[0 ] Trouble falling or staying asleep?
[1 ] Feeling irritable or having angry outbursts?
[ 1 ] Having difficulty concentrating?
[1 ] Being 'super alert' or watchful on guard?
[ 0 ] Feeling jumpy or easily startled?

Add point values from each response. TotaD.
Behavioral: Caffeine use 4 cups of coffee per day. Stops drinking caffeine after 2pm and never a smoker / Never Used Tobacco Products.
Alcohol: Alcohol use Has drank a few beers recently.
**Subjective**

NO Learning Disability, Language or Learning Barriers.
**Review of systems**


No current substance use symptoms
No current cognitive symptoms
No current psychotic symptoms


**Physical findings**
**General Appearance:**
    ° Alert. ° Well developed. ° Well nourished. ° In no acute distress.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 720**

AR 0765

**Medical Record**

**Neurological:**
° No disorientation was observed, oriented x3. ° No hallucinations. ° Memory was unimpaired. ° Remote memory was not impaired. ° Recent memory was not impaired. ° Judgement was not impaired.
Speech: ° Normal, regular rate, non-pressured. ° Rate was not slowed. ° Not pressured. ° Tone was not a monotone.
**Psychiatric:**
Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative. ° No psychomotor retardation. ° Behavior demonstrated no psychomotor agitation. ° No decreased eye-to-eye contact was observed.
Mood: ° Euthymic Able to smile appropriately. ° Not depressed. ° Not anxious.
Affect: ° Normal anxious. ° Not labile. ° Not flat. ° Not constricted. ° Showed no irritability.
Thought Processes: ° Not impaired, they were linear, logical, and goal directed. ° Attention demonstrated no abnormalities. ° Attention span was not decreased.
Thought Content: ° Insight was intact. ° No delusions. ° No suicidal ideation. ° No suicidal plans. ° No suicidal intent. ° No homicidal ideations. ° No homicidal plans. ° No homicidal intent.
Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
Gender (risk factor if male): Y
H/O Suicide Attempts:Y
Organized Plan:N
Chronic Psychiatric Disorder:Y
Recent Psychiatric Hospitalization: RECENT REHAB
H/O Abuse or Trauma:Y
Chronic Physical Illness:N
Family H/O Suicide/Attempts:Y
Other Recent Loss:N
Chronic Pain:N
Age (risk factor if <25 or >60):N

Modifiable:
Suicidal ideation/plans/intent:N
Access to Lethal Means:N
Poor Treatment Compliance:N
Hopelessness:?
Psychic Pain/Anxiety:Y
Acute Event:N
Insomnia:N
Low Self-Worth:Y
Impulsivity:N
Substance Abuse:Y
Financial Stress:Y, PAYING OFF DEBT
Legal Stress:N

Protective:
Strong Therapeutic Alliance:Y
Positive Coping Skills:Y
Responsible to/for Family:Y
Responsible to/for Pet:N
Frustration Tolerance:Y
Resilience:Y
Good Reality Testing:Y
Amenable to Treatment:Y
Social Support:Y


Risk of Harm to Others: DENIES

Action Taken Based on Risk Assessment:
[ X ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:
**Therapy**
• Duration of the encounter 30 min.
**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇ 1985 SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Treatment Team Members –

Individual Therapist: SARP
Medication Prescriber: ZEMBRZUSKA
Group Therapist:TBD

Additional Provider and treatment: SARP at Washington Navy Yard

Date last updated: 10/1/2015
Reviewed with patient on: same
Does patient agree with plan? Yes
If not, what part?
Projected date of next treatment plan update: f/u in 4 weeks
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
 Vital signs reviewed. No indication for lab and radiology studies at this time.
Objective 1 (Corresponds to Goal # ): Anxiety, worry, irritability
 -
Interventions:
1.Increase Zoloft to 150mg daily.   Discussed r/b/se. Obtained informed consent for medication.
2. Continue SARP. Advised pt to attend an AA or SMART-recovery meeting if he experiences cravings for alcohol or begins to
have thoughts of using alcohol to cope with anxiety related to work.
3. Referred pt for individual CBT.

Objective 2 (Corresponds to Goal # ):  Depressed/apathetic mood
 -
Interventions:
1. Increase Zoloft to 150mg daily. Discussed r/b/se. Obtained informed consent for medicaton.

Objective 3 (Corresponds to Goal # ): Insomnia
 -
Interventions:
1. Continue Melatonin QHS prn insomnia
2. Pt to continue using CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and
decrease ruminative thoughts


    Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or
homicidal thoughts develop.


A/P Written by ZEMBRZUSKA,HANNA DOMINIKA @ 01 Oct 2015 1309 EDT
**1. Generalized anxiety disorder F41.1**
         Procedure(s):          -(90833) Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 02 Oct 2015 1319 EDT
**Released w/o Limitations**
**Follow up:** 4 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Signed By ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center,
Bethesda, MD) @ 02 Oct 2015 1320

Anderson, Daniel Dennis    DOB: ▇ 1985 SSN: ***-**-▇    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 722**

AR 0767

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *30 Sep 2015 at WRNMMC, Dermatology Clinic Bethesda by FALKNER, RACHEL E*

Encounter ID:    BETH-22196001    Primary Dx:    Visit for: administrative purpose

Patient: **MERWIN, DANIEL DENNIS**          Date: **30 Sep 2015 1027 EDT**          Appt Type: **T-CON\***
Treatment Facility: **WALTER REED**         Clinic: **DERMATOLO CL BE**            Provider: **CUNNINGHAM,RACHEL**
**NATIONAL MILITARY MEDICAL CNTR**                                                **ELIZABETH**
Patient Status: **Outpatient**                                                    Call Back Phone: ███

AutoCites Refreshed by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1028 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| GUAIFENESIN, 600 MG, TABLET ER, ORAL | Active | TAKE ONE TABLET BY MOUTH TWICE A DAY #0 RF0 | NR | 28 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |
| BENZONATATE, 100 MG, CAPSULE, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY EIGHT HOURS AS NEEDED FOR COUGH #0 RF0 | NR | 28 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 0 of 2 | 08 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Aug 2015 |

**Reason for Telephone Consult:**Written by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1027 EDT
lab

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1037 EDT
**Herpes Virus DFA**

| | |
|---|---|
| Order # | 150929-09137 (NNMC Bethesda) |
| Filler # | 150929 NVI 2333 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | CUNNINGHAM, RACHEL ELIZABETH |
| Priority: | ROUTINE |
| Date Ordered: | 29 Sep 2015 1032 |
| Date Resulted: | 30 Sep 2015 0954 |
| COLLECT_SAMPLE: | LESION/WOUND |
| VIROLOGY RESULT: | NEGATIVE DIRECT FLUORESCENT ANTIBODY FOR: HSV |
| Specimen: | Wound |
| Collected: | 29 Sep 2015 1730 |
| Results: | |
| | Final report |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1037 EDT
**Varicella Zoster Virus DFA**          Site/Specimen    **29 Sep 2015 1730**
Varicella Zoster Virus Ag              SKIN             NO VZ ANTIGEN DETECTED <i>

**A/P** Written by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1037 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 723**

AR 0768

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-*███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**1. Visit for: administrative purpose**: DFA negative for HSV1/2 and VZV, confirming previous testing negative for herpetic infection. STD testing in previous month also negative, at this time etiology for ulcerations does not reveal any infectious etiology. Will recommend patient to stop any topical irritant for treatment of molluscum as not demonstrated on clinical exam. Follow up with PCM for repeat exam in 2-3 weeks if new ulcerations or erosions present. If resolving then continue with gentle skin care recommended today. May be due to irritant from aldara used for HPV condyloma. Consider retesting RPR for false negative as syphilitic chancre may still be in differential. If new primary lesions occurring PCM to send back to derm for potential biopsy.

**Disposition** Written by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1037 EDT
**Follow up:** 2 week(s) with PCM or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  CUNNINGHAM, RACHEL E** (Physician) @ 30 Sep 2015 1037

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-*███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 724**

AR 0769

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *29 Sep 2015 at WRNMMC, Behavioral Health Qu by MANTANONALEE, CHRISTY LIA*

Encounter ID:     BETH-22183712     Primary Dx:     Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**     Date: **29 Sep 2015 1315 EDT**     Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**     Clinic: **BEHAVIORAL HEALTH QU**     Provider: **MANTANONALEE,CHRISTY LIA**

Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by MANTANONALEE,CHRISTY LIA @ 29 Sep 2015 1530 EDT

| Drug Abuse Screen | Site/Specimen | 15 Sep 2015 1400 |
|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> |
| Barbiturates | URINE | NEGATIVE <i> |
| Benzodiazepines | URINE | NEGATIVE <i> |
| Cocaine | URINE | NEGATIVE <i> |
| Opiates | URINE | NEGATIVE <i> |
| Phencyclidine, UA | URINE | NEGATIVE <i> |
| Cannabinoids | URINE | NEGATIVE <i> |
| Methadone | URINE | NEGATIVE <i> |
| Oxycodone | URINE | NEGATIVE <i> |
| | | |
| **ETG/ETS, UA (500 Cut-Off)** | **Site/Specimen** | **15 Sep 2015 1400** |
| Ethyl Glucronide | URINE | Negative |

**A/P** Written by MANTANONALEE,CHRISTY LIA @ 29 Sep 2015 1532 EDT
**1. Laboratory Studies:** Labs were reviewed by undersigned provider per SARP protocol, ETG/ETS was negative. Drug Abuse Screen was negative.

    Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by MANTANONALEE,CHRISTY LIA @ 29 Sep 2015 1533 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: FOLLOW UP WITH SARP AS SCHEDULED

---

**Signed By MANTANONALEE, CHRISTY LIA (Physician) @ 29 Sep 2015 1533**

---

Anderson, Daniel Dennis     DOB: ██ 1985  SSN: ***-**-██     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 725**

AR 0770

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *29 Sep 2015 at WRNMMC, Dermatology Clinic Bethesda by MARQUART, JASON DANIEL*

Encounter ID:    BETH-22176596    Primary Dx:    SKIN NEOPLASM GROIN

Patient: **MERWIN, DANIEL DENNIS**          Date: **29 Sep 2015 1000 EDT**          Appt Type: **SPEC**
Treatment Facility: **WALTER REED**          Clinic: **DERMATOLO CL BE**          Provider: **MARQUART,JASON DANIEL**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1031 EDT

Allergies
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| GUAIFENESIN, 600 MG, TABLET ER, ORAL | Active | TAKE ONE TABLET BY MOUTH TWICE A DAY #0 RF0 | NR | 28 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |
| BENZONATATE, 100 MG, CAPSULE, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY EIGHT HOURS AS NEEDED FOR COUGH #0 RF0 | NR | 28 Sep 2015 |
| Imiquimod 5%, Cream, Topical | Active | APPLY TO WARTS AT BEDTIME, THREE TIMES EVERY DAY FOR 5 CONSECUTIVE DAYS PER WEEK . FOR 4 WEEKS #0 RF3 | 3 of 3 | 28 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 0 of 2 | 08 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Aug 2015 |
| Imiquimod 5%, Cream, Topical | Ordered | APPLY TO WARTS AT BEDTIME THREE TIMES A WEEK #0 RF1 | 1 of 1 | 11 Aug 2015 |

**Reason for Appointment:**
MOLLUSCUM CONTAGIOSUM
**Appointment Comments:**
LCR

<u>S/O Note</u> Written by CUNNINGHAM,RACHEL ELIZABETH @ 29 Sep 2015 1037 EDT
**Chief complaint**
The Chief Complaint is: Rash.
**Reason for Visit**
        Visit for: STAFFED WITH DR. [  ] HANDFIELD [  ] GRATRIX [  ] GREEN [  ] LACKEY [  ] KENTOSH [x  ] MARQUART [  ] MEYERLE [  ] STEARNS [  ] SPERLING [  ] DARLING
        30 yo M with 1 month hx of painful eroded papules in the groin and on the penis, STD workup negative per PCM and previous course of valtrex did not improve. Has hx of multiple sexual partners. Here for further evaluation, notes he does have hx of genital warts and uses aldara on them but has not been using it on the areas in question. Partner currently does not have any STD or similar rash. Uses condoms. Has recently had bronchitis with subjective fevers which began before the papules appeared. HIV testing recently negative.
**History of present illness**
        The Patient is a 30 year old male.
        He reported: Past medical history reviewed and updated dermatology problem list.
        No previous history of skin symptoms. Rash:
        Visit is not deployment-related.
**Past medical/surgical history**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 726**

AR 0771

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Reported:**

Surgical / Procedural: Surgical / procedural history reviewed and updated in patient's Problem List.
Medications: Medication history was reviewed and updated in patient medication list as needed.

**Diagnoses:**
No eczema
No psoriasis.
No malignant skin neoplasm
No basal cell carcinoma of the skin
No squamous cell carcinoma of the skin.
No malignant melanoma of the skin

**Personal history**
Behavioral: No tobacco use.
Alcohol: No consumption of alcohol.

**Family history**
Family medical history: Reviewed in Problem List.

**Review of systems**
**Systemic:** No systemic symptoms and no night sweats.
**Skin:** Skin scaling.

**Physical findings**
**General Appearance:**
• General appearance: ° Alert.
**Neurological:**
° Oriented to time, place, and person.
Speech: ° Normal.
**Skin:**
• Multiple skin lesions.  • Lesions located.  • Lesions on the scalp Vertex scalp with short vellus hairs, mild bogginess of scalp
and mild erythema with generalized mild scale. Pustule on R parietal scalp.  • Perineal lesions.  • Lesions in the inguinal
region Punched out erythematous eroded papules on L and R groin without papules on the penis or scrotum on exam.
• Lesions on the right side of the groin.  • Lesions on the left side of the groin.  ° General appearance was normal.
° Mobile.  ° Texture was normal.  ° Turgor was normal.  ° Color and pigmentation were normal.  ° Moisture was normal.
° Temperature was normal.  ° No lesions on the ear.  ° No lesions on the face.  ° No lesions on the neck.  ° No lesions on
the upper extremities.  ° No lesions on the scrotum.  ° No lesions on the penile shaft.  ° No lesions on the buttocks.  ° No
lesions on the lower extremities.
**Hair:**
• Quantity and distribution were abnormal.
**Nails:**
° Normal.

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT

| **HIV Rapid** | **Site/Specimen** | **08 Sep 2015 0817** |
| HIV-1 Ab Rapid | BLOOD | NEGATIVE-ONBOARD QC ACCEPTED <i> |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT

| **Rapid Plasma Reagin** | **Site/Specimen** | **08 Sep 2015 0817** |
| Reagin Ab | SERUM | NONREACTIVE <i> |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT

| **Chlamydia+Gonococcus DNA Panel NAAT** | **Site/Specimen** | **08 Sep 2015 0817** |
| Neisseria gonorrhoeae DNA | URINE | NEGATIVE FOR N.GONORRHOEAE <i> |
| Chlamydia trachomatis DNA | URINE | NEGATIVE FOR C.TRACHOMATIS <i> |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT

| **Herpes Simplex Virus 1+2 Ab IgG** | **Site/Specimen** | **08 Sep 2015 0817** |
| Herpes Simplex Virus 1 Ab IgG | SERUM | <0.91 <i> |
| Herpes Simplex Virus 2 Ab IgG | SERUM | <0.91 <i> |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1042 EDT

| **HSV 1 & 2 Abs Indirect Panel** | **Site/Specimen** | **08 Sep 2015 0817** |
| Herpes Simplex Virus 1 Ab IgM | SERUM | <1:10 <i> |
| Herpes Simplex Virus 2 Ab IgM | SERUM | <1:10 <i> |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1042 EDT
**Herpes Virus Culture**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 727**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | |
|---|---|
| Order # | 150909-02160 (NNMC Bethesda) |
| Filler # | 150909 NVI 2193 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | FIACCO, NICHOLAS RYAN |
| Priority: | ROUTINE |
| Date Ordered: | 09 Sep 2015 0748 |
| Date Resulted: | 14 Sep 2015 1210 |
| COLLECT_SAMPLE: | OTHER SOURCE |
| Order Comment: | for specimen already in lab |
| VIROLOGY RESULT: | NO HERPES SIMPLEX VIRUS ISOLATED. |
| Specimen: | Groin, Left |
| Collected: | 08 Sep 2015 0819 |
| Results: | |
| | Final report |

**A/P** Last Updated by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT
**1. SKIN NEOPLASM GROIN**: Given punched out erosions on groin hx of multiple sexual partners, will get DFA today to rule out HSV infection. Previous tests showed non acute phase of HSV (IgG positive, IgM negative). Has had course of valtrex 500 twice daily for 10 days 1 month ago but did not resolve, may not have been correct treatment or may represent atypical presentation of another herpetic infection. Rest of STD workup negative.
    Laboratory(ies):    -HERPES DFA ~ (Routine) Ordered By: CUNNINGHAM,RACHEL E Ordering Provider: CUNNINGHAM, RACHEL ELIZABETH; VARICELLA DFA (Routine) Ordered By: CUNNINGHAM,RACHEL E Ordering Provider: CUNNINGHAM, RACHEL ELIZABETH
**2. FOLLICULITIS DECALVANS**: Tufted folliculitis in the past on biopsy with scarring alopecia from inflammation and manipulation. Continued reports of itching, flaking and occasional pustules. Will use topical steroid solution daily as needed with antifungal shampoo.
    Medication(s):    -FLUOCINOLONE—TOP 0.01% SOLN - APPLY TO SCALP EVERY DAY AS NEEDED #1 RF3 Ordered By: CUNNINGHAM,RACHEL E Ordering Provider: CUNNINGHAM, RACHEL ELIZABETH

**Disposition** Last Updated by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT
**Released w/o Limitations**
**Follow up:** as needed in the DERMATOLO CL BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by RANDOLPH,CANDICE M @ 29 Sep 2015 0955 EDT
**Consult Order**
**Referring Provider:**    AUSTIN, MARIE R
**Date of Request:**    28 Sep 2015
**Priority:**    Routine

**Provisional Diagnosis:**

MOLLUSCUM CONTAGIOSUM

**Reason for Request:**

Pt was worked up for herpes and it was negative suspect active molluscum contagiosum  please evla and treat confirm DX I am going to start aldara
**Note** Written by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT
**Additional A/P Information:**
Discontinued IMIQUIMOD—TOP 5% PACK - APPLY TO WARTS AT BEDTIME THREE TIMES A WEEK
**Note** Written by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT
**Additional A/P Information:**
Discontinued IMIQUIMOD—TOP 5% PACK - APPLY TO WARTS AT BEDTIME, THREE TIMES EVERY DAY FOR 5 CONSECUTIVE DAYS PER WEEK . FOR 4 WEEKS
**Note** Written by MARQUART,JASON DANIEL @ 29 Sep 2015 1132 EDT
I saw and evaluated the patient.  Discussed with resident and agree with resident's findings and plan as documented in the resident's note.  Chart QA performed.

**Signed By MARQUART, JASON DANIEL** (Physician, WRNMMC Dermatology/Mohs Service) @ 29 Sep 2015 1132

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

### *28 Sep 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:     BETH-22165018     Primary Dx:     MOLLUSCUM CONTAGIOSUM

Patient: **MERWIN, DANIEL DENNIS**          Date: **28 Sep 2015 1045 EDT**          Appt Type: **24HR**
Treatment Facility: **WALTER REED**          Clinic: **INT MED MEDICAL HOME CL C**     Provider: **AUSTIN,MARIE**
**NATIONAL MILITARY MEDICAL CNTR**        **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
Followup, Genital Warts / Herpes and Broncitis
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by TRAN,CAT D @ 28 Sep 2015 1035 EDT
BP: 122/87,   HR: 79,   RR: 16,   T: 97.8 °F,   HT: 69 in,   WT: 165 lbs,   SpO2: 97%,   BMI: 24.37,
BSA: 1.903 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

**Questionnaire AutoCites** Refreshed by TRAN,CAT D @ 28 Sep 2015 1051 EDT
**Questionnaires**

Anxiety & Depression Screening Version: 1 Completed On: 28 Sep 2015
 1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: More than half the days
 2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Several days
 3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Not at all
 4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Not at all
 5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself
in some way?: Not at all

**S/O Note** Written by AUSTIN,MARIE @ 28 Sep 2015 1205 EDT
**Chief complaint**
The Chief Complaint is: Bronchitis & Re-evaluate STD.
**History of present illness**
      The Patient is a 30 year old male.
Pt reported that he  came to BAZC on 18Aug2015 to evaluate Bronchitis and Herpes. He states his lab tests came back negative for
all speculated STDs, but warts remain  on his left genital area.

Pt states that he went to Occ Health, in Fort Meade, apprx 1 week ago to evaluate his bronchitis  and he received Mucinex and
Zpack but the bronchitis remains. Continues to cough , he is taking his albuterol and ran out of mucinex . He does not have a cough
medicine.
      General overall feeling /health - Very Good.
**Allergies**
Allergies Verified and Updated
NKDA
.
**Current medication**
NO OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day
.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history
      GAD
      Alcohol dependence in remission
.
      Surgical / Procedural: Surgical / procedural history
      PRK
      Tosillectomy
.
AHLTA Problem List Updated.  Date: today.
**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 729**

**Medical Record**

History
ANNUAL QUESTIONS
Preferred language (written or spoken): [x ] English    [ ] Other:
What is your preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [x ] No  Specify:
Advance directives completed?    [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [x ] Yes  [ ] No
Contact preference: ██████
PCM:
.............
Annual Questions Date: 28SEP2015.
**Family history**
    Family medical history
    DM father, PGM
    MI father
    hypertension father
    melanoma father


**Review of systems**
**Systemic:** No fever. Chills. No recent weight loss.
**Head:** No headache.
**Otolaryngeal:** No earache. Nasal discharge and nasal passage blockage (stuffiness). No sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** Dyspnea controlled on albuterol and cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency. No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Not thinking about suicide. No homicidal thoughts.
**Skin:** Skin lesion:
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Neck:**
    Appearance: ° Of the neck was normal.
    Palpation: ° No tenderness of the neck.
    Thyroid: ° Showed no abnormalities.
**Eyes:**
    General/bilateral:
        Pupils: ° PERRL.  ° Size of the pupil was normal.  ° Pupil accommodation was not impaired.
        External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
        External Auditory Canal: ° External auditory meatus normal.
    Right Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
    Left Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
**Nose:**
    General/bilateral:
        Discharge: • Nasal discharge seen.
        External Deformities: ° No external nose deformities.
        Cavity: • Nasal turbinate erythematous.  • Nasal turbinate swollen.  ° Nasal septum normal.  ° Nasal mucosa normal.
        Sinus Tenderness: ° No sinus tenderness.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 730**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Oral Cavity:**
Lips: ° Showed no abnormalities.
Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
Oropharynx: • Abnormal cobblestone red, no papules or pustules . No drainage. ° Tonsils showed no abnormalities.
**Lymph Nodes:**
° Cervical lymph nodes were not enlarged. ° Submandibular lymph nodes were not enlarged. ° Supraclavicular lymph nodes were not enlarged.
**Lungs:**
° Respiration rhythm and depth was normal. ° Exaggerated use of accessory muscles for inspiration was not observed.
° Clear to auscultation. ° No wheezing was heard. ° No rhonchi were heard. ° No rales/crackles were heard.
**Neurological:**
° Oriented to time, place, and person.
Balance: ° Normal.
Gait And Stance: ° Normal.
**Psychiatric:**
Mood: ° Euthymic.
Affect: ° Normal.
**Skin:**
• Skin: folliculitis barbae on the lower abd where he shaved. • Lesions on the left thigh , circular 0.02 cm lesions with indwelling centers . Mollsucoum contagiosum.
**Practice Management**
Preventive medicine services Pt is active duty and is up to date with all immunizations/vaccinations and PHA Screen.

**Lab Result** Cited by AUSTIN,MARIE @ 28 Sep 2015 1142 EDT

| HIV Rapid | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng |
|---|---|---|---|---|

**Herpes Virus Culture**

| | |
|---|---|
| Order # | 150909-02160 (NNMC Bethesda) |
| Filler # | 150909 NVI 2193 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | FIACCO, NICHOLAS RYAN |
| Priority: | ROUTINE |
| Date Ordered: | 09 Sep 2015 0748 |
| Date Resulted: | 14 Sep 2015 1210 |
| COLLECT_SAMPLE: | OTHER SOURCE |
| Order Comment: | for specimen already in lab |
| | |
| VIROLOGY RESULT: | NO HERPES SIMPLEX VIRUS ISOLATED. |
| | |
| Specimen: | Groin, Left |
| Collected: | 08 Sep 2015 0819 |

**Lab Result** Cited by AUSTIN,MARIE @ 28 Sep 2015 1141 EDT

| HSV 1 & 2 Abs Indirect Panel | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng | |
|---|---|---|---|---|---|
| Herpes Simplex Virus 1 Ab IgM | SERUM | <1:10 | Titer units | <1:10 | |
| Herpes Simplex Virus 2 Ab IgM | SERUM | <1:10 <i> | Titer units | <1:10 | |
| | | | | | |
| **Chlamydia+Gonococcus DNA Panel NAAT** | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng | |
| Neisseria gonorrhoeae DNA | URINE | NEGATIVE FOR N.GONORRHOEAE <i> | | | |
| Chlamydia trachomatis DNA | URINE | NEGATIVE FOR C.TRACHOMATIS <i> | | | (Negative) |
| | | | | | |
| **Herpes Simplex Virus 1+2 Ab IgG** | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng | |
| Herpes Simplex Virus 1 Ab IgG | SERUM | <0.91 <i> | Index | 0.00-0.90 | |
| Herpes Simplex Virus 2 Ab IgG | SERUM | <0.91 <i> | Index | 0.00-0.90 | |
| | | | | | |
| **Rapid Plasma Reagin** | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng | |
| Reagin Ab | SERUM | NONREACTIVE <i> | | (Non-Reactive) | |
| | | | | | |
| **HIV Rapid** | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng | |
| HIV-1 Ab Rapid | BLOOD | NEGATIVE-ONBOARD QC ACCEPTED <i> | | | (Negative) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 731**

AR 0776

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**A/P** Written by AUSTIN,MARIE @ 28 Sep 2015 1204 EDT
**1. MOLLUSCUM CONTAGIOSUM** 078.0
    Medication(s):    -IMIQUIMOD--TOP 5% PACK - APPLY TO WARTS AT BEDTIME, THREE EVERY DAY FOR 5
                         CONSECUTIVE DAYS PER WEEK . FOR 4 WEEKS #1 RF3
    Consult(s):    -Referred To: DERMATOLOGY MTF BE (Routine) Specialty: DERMATOLOGY Clinic: DERMATOLO CL
                         BE Provisional Diagnosis: MOLLUSCUM CONTAGIOSUM
**2. CHRONIC BRONCHITIS** 491.9: Resolving, asthma as a child
    Medication(s):    -FLUTICASONE--PO 220MCG/PUFF MDI - INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE
                         MOUTH WITH WATER #1 RF3
                         -BENZONATATE--PO 100MG CAP - TAKE ONE CAPSULE BY MOUTH EVERY EIGHT HOURS AS
                         NEEDED FOR COUGH #60 RF0
                         -GUAIFENESIN--PO 600MG TBSR - TAKE ONE TABLET BY MOUTH TWICE A DAY #90 RF0

**Disposition** Written by AUSTIN,MARIE @ 28 Sep 2015 1211 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Pt to f/u as advised . USE condoms
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By AUSTIN, MARIE** (Nurse Practitioner, WRNMMC) @ 28 Sep 2015 1211

**CHANGE HISTORY**
*The following S/O Note Was Overwritten by AUSTIN,MARIE @ 28 Sep 2015 1137 EDT:*
S/O Note Written by TRAN,CAT D @ 28 Sep 2015 1052 EDT
**Chief complaint**
The Chief Complaint is: Bronchitis & Re-evaluate STD.
**History of present illness**
    The Patient is a 30 year old male.
Pt came to BAZC on 18Aug2015 to evaluate Bronchitis and Herpes. He states his lab tests came back negative for all speculated STDs, but warts remain subsisted on his left genital area. Pt states that he went to Occ Health, in Fort Meade, apprx 1 week ago to evaluate his bronchitis and he received Mucinex.
    General overall feeling /health - Very Good.
**Allergies**
Allergies Verified and Updated
NKDA

**Current medication**
NO OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    GAD
    Alcohol dependence in remission

    Surgical / Procedural: Surgical / procedural history
    PRK
    Tosillectomy

AHLTA Problem List Updated. Date: today.
**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History
ANNUAL QUESTIONS
Preferred language (written or spoken): [x ] English    [  ] Other:
What is your preferred method of learning?    [  ] Verbal  [  ] Written  [ x ] Visual  [  ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [  ] Yes  [x ] No  Specify:
Advance directives completed?    [  ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [  ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [  ] Yes  [ x ] No
Are you enrolled in EFMP?   [  ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [x ] Yes  [  ] No
Contact preference: ████
PCM:
..............
Annual Questions Date: 28SEP2015.
**Family history**
    Family medical history
    DM father, PGM
    MI father
    hypertension father
    melanoma father

**Practice Management**
    Preventive medicine services Pt is active duty and is up to date with all immunizations/vaccinations and PHA Screen.

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 732**

AR 0777

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

### *23 Sep 2015 at WRNMMC, Integrative Hlth & Well BE by JARRETT, ERICA M*

Encounter ID:    BETH-22126215    Primary Dx:    Sleep disturbances

Patient: **MERWIN, DANIEL DENNIS**        Date: **23 Sep 2015 1000 EDT**        Appt Type: **GRP**
Treatment Facility: **WALTER REED**       Clinic: **INTEGRATIVE HLTH & WELL BE**  Provider: **JARRETT,ERICA M.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by JARRETT,ERICA M @ 23 Sep 2015 1551 EDT

                                                        **Allergies**
                                                        •OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
Sleep Pathways II
**Appointment Comments:**
coa

**Questionnaire AutoCites** Refreshed by JARRETT,ERICA M @ 23 Sep 2015 1551 EDT
**Questionnaires**

**S/O Note** Written by JARRETT,ERICA M. @ 23 Sep 2015 1551 EDT
**Chief complaint**
The Chief Complaint is: Sleep pathways.
**History of present illness**
      The Patient is a 30 year old male.
This is the patient's second visit to the IBHC clinic.

<<Note accomplished in TSWF-IBHC Group/Class tab>>
Pt attended the second of two Sleep Pathway Shared Medical Appointments.
The following topics were covered: sleep restriction, connections between anxiety/worry and insomnia; beliefs and attitudes that
contribute to insomnia; worry management strategies; relaxation/imagery strategies; and relapse prevention.
Reviewed pt's sleep diary. Pt advised . Pt expressed understanding of these recommendations.

Sleep enhancement class, Getting a Good Night's Sleep, offered as part of Women's Health Week.
Discussed: Basics of sleep and treatment for insomnia: stimulus control, sleep hygiene, relaxation strategies, sleep restriction,
beliefs and attitudes that contribute to insomnia, and worry management strategies. Provided handouts on the covered topics.
Practiced diaphragmatic breathing and provided a brief demonstration of progressive muscle relaxation. Provided information about
the CBTi Coach application for smart phones which has a sleep diary and sleep enhancement tools. Reviewed audio downloads for
relaxation on the WRNMMC Medical Home, IHWS, Mind-Body Skills Program website.
Recommendations: 1) Limit nap times to less than 30 minutes X 1 and do not nap in the evening; 2) maintain consistent wake ups
and bed times during the week/weekends. 3) Keep restricting caffeine use to before noon.

....
Group/Class Intervention

See above.

....
**Counseling/Education**
Group/Class recommendations for patient:
1) Limit nap times to less than 30 minutes X 1 and do not nap in the evening; 2) maintain consistent wake ups and bed times during
the week/weekends. 3) Keep restricting caffeine use to before noon.

Group/Class recommendations for PCM Team:

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 734**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

[X] Reinforce recommendations for patient.
[ ] Consider medication for patient.
[ ] Other:
....

**A/P** Last updated by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT
**1. Sleep disturbances**
        Procedure(s):       -Health And Behav Intervention, Each 15 Min Grp (2 Or More) x 4

**Disposition** Last updated by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT
**Released w/o Limitations**

**Signed By JARRETT, ERICA M** (Clinical Health Psychologist, NNMC Bethesda, MD) @ 23 Sep 2015 1553

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT:*
The Disposition section was last updated by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT - see above. Previous Version of Disposition section was entered/updated by
NEKVASIL,ERIN K @ 23 Sep 2015 1332 EDT.
**Released w/o Limitations**
*The following A/P Note Was Overwritten by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT:*
The A/P section was last updated by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT - see above. Previous Version of A/P section was entered/updated by NEKVASIL,ERIN K
@ 23 Sep 2015 1331 EDT.
1. Sleep disturbances

**--> Unassociated Orders, Procedures and Injuries/Accidents <--**
Health And Behav Intervention, Each 15 Min Grp (2 Or More) x 1
*The following S/O Note Was Overwritten by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT:*
**S/O Note** Written by NEKVASIL,ERIN K @ 23 Sep 2015 1327 EDT
**History of present illness**
    The Patient is a 30 year old male.

<<Note accomplished in TSWF-IBHC Group/Class tab>>
Pt attended the second of two Sleep Pathway Shared Medical Appointments.
The following topics were covered: sleep restriction, connections between anxiety/worry and insomnia; beliefs and attitudes that contribute to insomnia; worry management
strategies; relaxation/imagery strategies; and relapse prevention.
Reviewed pt's sleep diary. Pt advised . Pt expressed understanding of these recommendations.

Sleep enhancement class, Getting a Good Night's Sleep, offered as part of Women's Health Week.
Discussed: Basics of sleep and treatment for insomnia: stimulus control, sleep hygiene, relaxation strategies, sleep restriction, beliefs and attitudes that contribute to insomnia,
and worry management strategies. Provided handouts on the covered topics.
Practiced diaphragmatic breathing and provided a brief demonstration of progressive muscle relaxation. Provided information about the CBTi Coach application for smart
phones which has a sleep diary and other sleep enhancement tools. Reviewed audio downloads for relaxation on the WRNMMC Medical Home, IHWS, Mind-Body Skills Program
website.
Recommendations: 1) Limit nap times to less than 30 minutes X 1 and do not nap in the evening; 2) maintain consistent wake ups and bed times during the week/weekends. 3)
Keep restricting caffeine use to before noon.

....
Group/Class Intervention

  See above.

....
**Counseling/Education**
Group/Class recommendations for patient:
  1) Limit nap times to less than 30 minutes X 1 and do not nap in the evening; 2) maintain consistent wake ups and bed times during the week/weekends. 3) Keep restricting
caffeine use to before noon.

Group/Class recommendations for PCM Team:

[X] Reinforce recommendations for patient.
[ ] Consider medication for patient.
[ ] Other:
....

**Medical Record**

Anderson, Daniel Dennis    DOB: ■ 1985 SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017

### *18 Sep 2015 at WRNMMC, Behavioral Health Qu by MANTANONALEE, CHRISTY LIA*

Encounter ID:    BETH-22077716    Primary Dx:    Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NHC QUANTICO**

Date: **18 Sep 2015 1300 EDT**
Clinic: **BEHAVIORAL HEALTH QU**

Appt Type: **PROC**
Provider: **MANTANONALEE,CHRISTY LIA**

Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by MANTANONALEE,CHRISTY LIA @ 18 Sep 2015 1320 EDT

| Drug Abuse Screen | Site/Specimen | 15 Sep 2015 1400 |
|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> |
| Barbiturates | URINE | NEGATIVE <i> |
| Benzodiazepines | URINE | NEGATIVE <i> |
| Cocaine | URINE | NEGATIVE <i> |
| Opiates | URINE | NEGATIVE <i> |
| Phencyclidine, UA | URINE | NEGATIVE <i> |
| Cannabinoids | URINE | NEGATIVE <i> |
| Methadone | URINE | NEGATIVE <i> |
| Oxycodone | URINE | NEGATIVE <i> |

**A/P** Written by MANTANONALEE,CHRISTY LIA @ 18 Sep 2015 1321 EDT
**1. Laboratory Studies:** Labs were reviewed by undersigned provider per SARP protocol. Drug Abuse Screen was negative for all substances tested.

        Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
**2. PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I/**(*OTHER UNKNOWN AND UNSPECIFIED CAUSES OF MORBIDITY AND MORTALITY, NOT PGW SYNDROME*)

**Disposition** Written by MANTANONALEE,CHRISTY LIA @ 18 Sep 2015 1322 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: FOLLOW UP WITH SARP AS SCHEDULED

**Signed By MANTANONALEE, CHRISTY LIA** (Physician) @ 18 Sep 2015 1322

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 736**

AR 0781

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538          Created: 30 Oct 2017

### *15 Sep 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

| | | |
|---|---|---|
| Encounter ID: | BETH-22034781 | Primary Dx: | ALCOHOL DEPENDENCE (ALCOHOLISM) |

Patient: **MERWIN, DANIEL DENNIS**            Date: **15 Sep 2015 1205 EDT**        Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**          Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

AutoCites Refreshed by BROWN,CYNTHIA E @ 15 Sep 2015 1221 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VALACYCLOVIR HCL, 500 MG, TABLET, ORAL | Active | TAKE 1 TABLET TWICE EVERY DAY FOR 10 DAYS #0 RF0 | NR | 08 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 0 of 2 | 08 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Aug 2015 |
| Imiquimod 5%, Cream, Topical | Ordered | APPLY TO WARTS AT BEDTIME THREE TIMES A WEEK #0 RF1 | 1 of 1 | 11 Aug 2015 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 15 Sep 2015 1205 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 15 Sep 2015 1206 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 15 Sep 2015 1205
-----------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 15 Sep 2015 1206 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 737**

AR 0782

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Comments:** Language:English
Contact #: 850-969-7239
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 15 Sep 2015 1207 EDT
**History of present illness**
        The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last updated by BROWN,CYNTHIA E @ 15 Sep 2015 1222 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
        Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended
                                group from 1230-1400.
                                -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                                review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                                assist the patient and to monitor treatment progress and overall service delivered.
        Laboratory(ies):    -ETG/ETS, UA (500 CUT-OFF) (Routine) Ordered By: BROWN,CYNTHIA E Ordering Provider: AILOR,
                                LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: BROWN,CYNTHIA E Ordering Provider:
                                AILOR, LYNNE P

**Disposition** Written by BROWN,CYNTHIA E @ 16 Sep 2015 0711 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: CC GROUP URINE TEST
Daniel arrived on time to group.  Daniel is at session # 12 of the 26 scheduled sessions for the Continuing Care treatment program
attending from 1230 to 1400, total of 1 1/2 hours.  The group welcomed a new group member using the introduction exercise.  The
group discussed "drunk dreams" and control issues.  They also discussed how hard it is to be vulnerable.
Daniel shared that he has been really sick with a cold.  He did admit that he drank cough medicine with alcohol in it.  This was
revealed after he was told that he has a urine test today.  He stated during group he took it Sunday but admitted that he took it
yesterday.  He shared how he is struggling with control issues.  The girl that he is seeing now made him dinner and he was not
appreciative but was more critical.  The group encouraged him to respect what others do for him.  As he spoke group members
were seen as checking out by looking around the group and not at him.  He monopolized only a few minutes of the group and cut off
to allow the group to give feedback.  Daniel appeared engaged and interested in the treatment process.  Daniel appeared engaged
and was appropriate and overly active throughout the session.  Daniel moved Problem #1, Objective #7 from his ITP to 20 October
2015.  Daniel will continue with Continuing Care treatment and has Problem #1, Objective #7 due 20 October 2015.  See Daniel
"Continuing Care Progress Report" for more information on this encounter.  Daniel is schedule to return 20 October 2015 at 1230 for
group.  DANIEL WILL NOT BE IN GROUP FOR THE NEXT 4 WEEKS DUE TO LEAVE AND TRAINING.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 16 Sep 2015 0711

CHANGE HISTORY
*The following A/P Note Was Overwritten by BROWN,CYNTHIA E @ 15 Sep 2015 1222 EDT:*
The A/P section was last updated by BROWN,CYNTHIA E @ 15 Sep 2015 1222 EDT - see above.Previous Version of A/P section was entered/updated by PATSOS,ASHLEY
N @ 15 Sep 2015 1206 EDT.
1. ALCOHOL DEPENDENCE (ALCOHOLISM)
        Procedure(s):            -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended group from 1230-1400.
                                -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall
                                SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall
                                service delivered.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 738**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

*09 Sep 2015 at WRNMMC, Integrative Hlth & Well BE by CORSO, MEGHAN L*

Encounter ID:    BETH-22059314    Primary Dx:    Lack of adequate sleep

Patient: **MERWIN, DANIEL DENNIS**    Date: **09 Sep 2015 1000 EDT**    Appt Type: **GRP**
Treatment Facility: **WALTER REED**    Clinic: **INTEGRATIVE HLTH & WELL BE**    Provider: **CORSO,MEGHAN L**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by CORSO,MEGHAN L @ 17 Sep 2015 0858 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
sleep pathway I
**Appointment Comments:**
skj

<u>S/O Note</u> Written by CORSO,MEGHAN L @ 17 Sep 2015 0858 EDT
**History of present illness**
   The Patient is a 30 year old male.
   He reported: Encounter Background Information: Pt attended the first class of a two part series on sleep. This class opened with a basic discussion on sleep and the physiological effects of sleep deprivation. We also explored sleep disorders including sleep apnea and insomnia as well as treatment for both sleep apnea and insomnia. We covered topics such as: sleep hygiene, stimulus control, fight or flight response and relaxation techniques (deep breathing and PMR). Pt participated in a deep breathing exercise. Instructor also introduced the CBTi app and demonstrated how to use this app for relaxation exercises. Pt instructed to complete sleep diary (instructor walked through in detail) and the online questionnaire.

<u>A/P</u> Written by CORSO,MEGHAN L @ 17 Sep 2015 0859 EDT
**1. Lack of adequate sleep:** Pt goals:
1) complete sleep questionnaire online
2) complete sleep diary using CBTi app or paper version
3) identify 3 areas of sleep habits and set SMART goal
4) attend class #2 in two weeks

         Procedure(s):      -Health And Behav Intervention, Each 15 Min Grp (2 Or More) x 3

<u>Disposition</u> Written by CORSO,MEGHAN L @ 17 Sep 2015 0859 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.

**Signed By  CORSO, MEGHAN L** (Licensed Clinical Psychologist, NNMC Bethesda) @ 17 Sep 2015 0900

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 739**

AR 0784

**Medical Record**

Anderson, Daniel Dennis____DOB:___1985_SSN: \*\*\*-\*\*-___DoD ID: 1286180538_____Created: 30 Oct 2017

### *08 Sep 2015 at WRNMMC, Int Med Cons/Spec Care Cl Be by FIACCO, NICHOLAS RYAN*

Encounter ID:     BETH-21951516     Primary Dx:     Penile lesion

Patient: **MERWIN, DANIEL DENNIS**     Date: **08 Sep 2015 0724 EDT**     Appt Type: **24HR**
Treatment Facility: **WALTER REED**     Clinic: **INT MED CONS/SPEC CARE CL**     Provider: **FIACCO,NICHOLAS RYAN**
**NATIONAL MILITARY MEDICAL CNTR**     **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by HERNANDEZ,DARROCQUES D @ 08 Sep 2015 0724 EDT
fever, swollen knee

**Vitals**
**Vitals** Written by HERNANDEZ,DARROCQUES D @ 08 Sep 2015 0728 EDT
 BP: 132/90,     HR: 94,     RR: 16,     T: 97.8 °F,     HT: 69 in,     WT: 158 lbs,     BMI: 23.33,     BSA: 1.869 square meters,
 Tobacco Use: No,     Alcohol Use: Yes,
 Pain Scale: 4/10 Moderate,     Pain Scale Comments: throat

**S/O Note** Written by FIACCO,NICHOLAS RYAN @ 09 Sep 2015 1615 EDT
**History of present illness**
     The Patient is a 30 year old male.
Patient is a 30 yo male with no significant PMH who presents to sick call for concern over STI. He reports having had 140 sexual
partners in his lifetime - 6 since March of this year. He has been monogomous for the past month. He reports sex only with females.
He developed a pustular rash and what he describes as ulcerations on his penis and left groin since Saturday. Reports subjective
fever. The pustules on groin are tender and the lesions on penis are non tender. No urethral discharge or dysuria.
<<Note accomplished in TSWF-CORE>>

     Fever.
**Current medication**
Including OTC meds, vitamins, herbals, etc.
none.
**Past medical/surgical history**
**Reported:**
     Medical: Reported medical history
     none.
**Personal history**
Social history reviewed No alcohol - prior inpatient alcohol rehab. Denies tobacco.
**Review of systems**
**Systemic:** Not feeling tired (fatigue).   No chills, no night sweats, and no recent weight loss.
**Otolaryngeal:** No earache and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Gastrointestinal:** No dysphagia and no heartburn.   No nausea and no bright red blood per rectum.
**Genitourinary:** No urinary loss of control and no testicular symptoms were present.   No abnormal urethral discharge.
**Endocrine:** No inadequacy of penile erection.
**Physical findings**
**Vital Signs:**
     • Temperature: Reviewed.   • RR: Reviewed.   • PR: Reviewed.   • Blood pressure:  Reviewed.
**General Appearance:**
     ° Normal.   ° Well developed.   ° Well nourished.   ° In no acute distress.
**Head:**
     Injuries: ° No evidence of a head injury.
     Appearance: ° Head normocephalic.
**Neck:**
     Appearance: ° Of the neck was normal.
     Palpation: ° No tenderness of the neck.
     Thyroid: ° Showed no abnormalities.
**Oral Cavity:**
     Lips: ° Showed no abnormalities.
     Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
     Oropharynx: ° Normal.   ° Tonsils showed no abnormalities.
**Lymph Nodes:**
     ° Cervical lymph nodes were not enlarged.   ° Submandibular lymph nodes were not enlarged.   ° Supraclavicular lymph nodes
          were not enlarged.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 740**

AR 0785

**Medical Record**

Anderson, Daniel Dennis       DOB: ▮▮ 1985  SSN: ***-**-▮▮     DoD ID: 1286180538        Created: 30 Oct 2017

**Lungs:**
 ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
     ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
 Heart Rate And Rhythm: ° Normal.
 Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
 Murmurs: ° No murmurs were heard.
**Urinary System:**
 • Urinary system: normal male genitalia, circumcized penis. two very superficial ulcerations/abrasions on underside of shaft. 3-
     6 erythematous macules that appear similar to ruptured vesicles, no intact vesicles.
**Musculoskeletal System:**
 Functional Exam:
     General/bilateral: ° Mobility was not limited.
**Neurological:**
 ° Oriented to time, place, and person.
**Psychiatric:**
 Mood: ° Euthymic.
 Affect: ° Normal.
**Skin:**
 • Lesions.  • A macule was seen.

**Note** Written by SALUJA,SHUCHI M @ 15 Sep 2015 0732 EDT
Discussed pt with Dr Fiacco, agree with a&p as documented. all labs and herpes culture negative at time of signing encounter
**A/P** Last Updated by FIACCO,NICHOLAS @ 09 Sep 2015 1628 EDT
**1. Penile lesion:** Concern is for STI and differential is broad. HIV, syphillis are possible. Given reprot of pustular lesions HSV is of
concern. He may also just have irritated hair follicles. Counseled patient regarding safe sexual practices to include discretion
regarding number of new partners. Will evaluate with HSV culture, HIV rapid, RPR, GC/Chlamydia, HSV IgG/IgM. Will treat
emperically for HSV with valtrex twice daily x 10 days.
 Medication(s):           -valACYclovir--PO 500MG TAB - TAKE 1 TABLET TWICE EVERY DAY FOR 10 DAYS #20 RF0
                          Ordered By: FIACCO,NICHOLAS Ordering Provider: FIACCO, NICHOLAS RYAN
 Laboratory(ies):         -VIRAL IDENTIFICATION  6 (Routine) Ordered By: FIACCO,NICHOLAS Ordering Provider: FIACCO,
                          NICHOLAS RYAN; GC/CHLAMYDIA NAAT (Routine) Ordered By: FIACCO,NICHOLAS Ordering
                          Provider: FIACCO, NICHOLAS RYAN; HSV 1 AND 2 IGM ABS, INDIRECT (Routine) Ordered By:
                          FIACCO,NICHOLAS Ordering Provider: FIACCO, NICHOLAS RYAN; HSV 1 AND 2 SPECIFIC AB IGG
                          (Routine) Ordered By: FIACCO,NICHOLAS Ordering Provider: FIACCO, NICHOLAS RYAN; HIV RAPID
                          (Routine) Ordered By: FIACCO,NICHOLAS Ordering Provider: FIACCO, NICHOLAS RYAN; RAPID
                          PLASMA REAGIN (Routine) Ordered By: FIACCO,NICHOLAS Ordering Provider: FIACCO, NICHOLAS
                          RYAN

**Disposition** Last Updated by FIACCO,NICHOLAS @ 09 Sep 2015 1629 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By FIACCO, NICHOLAS RYAN** (Physician) @ 09 Sep 2015 1629
**Co-Signed By SALUJA, SHUCHI M** (Physician, General Internal Medicine,WRAMC) @ 15 Sep 2015 0733

CHANGE HISTORY
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by SALUJA,SHUCHI M @ 15 Sep 2015 0732 EDT:*

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 741**

AR 0786

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

### *27 Aug 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:     BETH-21860535     Primary Dx:     GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **27 Aug 2015 1400 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **FTR**
Provider: **ZEMBRZUSKA,HANNA**
**DOMINIKA**

<u>AutoCites</u> Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 27 Aug 2015 1355 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**
No Labs Found.
**Rads**
No Rads Found.

**Reason for Appointment:**
Follow-up
**Appointment Comments:**
Jnb

**Vitals**
<u>Vitals</u> Written by NEFF,JOANNE S @ 27 Aug 2015 1346 EDT
 BP: 137/79,   HR: 80,   RR: 12,   T: 99.3 °F,   Pain Scale: 0 Pain Free

<u>S/O Note</u> Written by ZEMBRZUSKA,HANNA DOMINIKA @ 31 Aug 2015 1547 EDT
<u>History of present illness</u>
     The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

 30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Fort
Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder presents for f/u appt after Zoloft was increased to
100mg daily. Pt has been taking Zoloft 100mg daily without side effects. He did run out of the Zoloft a few weeks ago and was
without the medication for 26 hours which caused him to feel dizzy and have flu-like symptoms. These symptoms resolved once he
resumed Zoloft. Pt reports that his depressive and anxiety symptoms have been stable. He has been struggling with hypersomnia
rather than insomnia recently. He wants to nap throughout the day despite sleeping 6-7 hours per night. His PCM referred him to
sleep clinic. He is in a romantic relationship that is going well. He was separated from his shop at work which has worked out well.
He has re-enlisted for 6 more years with a nice financial bonus that he will use to pay off his debts.

.
     Medication list reviewed with patient, reconciliation completed, and list given to patient.
     Visit is not deployment-related.
 Pain Severity  0 / 10.
**Allergies**
Current Allergies Reviewed. NKDA.
<u>Current medication</u>

 Zoloft 100mg daily
Melatonin for insomnia.
<u>Past medical/surgical history</u>
**Reported:**
     Recent Events: Medication compliance.
     Medical: Reported medical history Penile warts (HPV)
     Neurotic excoriation (scalp picking when anxious)
     Asthma during childhood
     Allergic response to pets
     Recurrent intestinal pain (possibly lactose intolerance)
     PRK (2011)
     and psychiatric history

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 742**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

* THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014. She documented Anxiety Disorder, NOS.  The SM indicated that he discontinued his participation in treatment due to the limited impact of these visits.
* MEDS: Denies other medication trials
* INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
* SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior.

Family history:
F: Alcohol use disorder
M: depression
Sister#1: depression, hx of suicide attempts
Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children
Maternal grandmother: bipolar

**Personal history**
Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6 y/o).  He and his two sisters were raised by their father, whose employment challenges qualified them for welfare. There was also a tumultuous home environment.  Father was not involved with his children and was emotionally/physically abusive. Pt felt that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself.  He left his family abruptly, upon graduation from high school, in 2003.  Moved out of state and enrolled in college. He found himself ul experience from the past or avoid having feelings related to it?
[1 ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ 0 ] Trouble remembering important parts of a stressful experience from the past?
[0 ] Loss of interest in things that you used to enjoy?
[0  ] Feeling distant or cut off from other people?
[2  ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[0  ] Feeling as if your future will somehow be cut short?
[0  ] Trouble falling or staying asleep?
[1  ] Feeling irritable or having angry outbursts?
[ 1 ] Having difficulty concentrating?
[1  ] Being 'super alert' or watchful on guard?
[ 0 ] Feeling jumpy or easily startled?

Add point values from each response.  TotaD.
Behavioral: Caffeine use 4 cups of coffee per day. Stops drinking caffeine after 2pm and never a smoker  / Never Used Tobacco Products.
Alcohol: Not using alcohol Not currently. Did consume alcohol on 27 May 2015.
**Subjective**

NO Learning Disability, Language or Learning Barriers.
**Review of systems**


No current substance use symptoms
No current cognitive symptoms
No current psychotic symptoms


**Physical findings**
**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° No disorientation was observed, oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
    Speech: ° Normal, regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
    Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative.  ° No psychomotor retardation. ° Behavior demonstrated no psychomotor agitation. ° No decreased eye-to-eye contact was observed.
    Mood: ° Euthymic Able to smile appropriately.  ° Not depressed.  ° Not anxious.
    Affect: ° Normal anxious. ° Not labile. ° Not flat. ° Not constricted.  ° Showed no irritability.
    Thought Processes: ° Not impaired, they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
    Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 743**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
    Gender (risk factor if male): Y
    H/O Suicide Attempts:Y
    Organized Plan:N
    Chronic Psychiatric Disorder:Y
    Recent Psychiatric Hospitalization: RECENT REHAB
    H/O Abuse or Trauma:Y
    Chronic Physical Illness:N
    Family H/O Suicide/Attempts:Y
    Other Recent Loss:N
    Chronic Pain:N
    Age (risk factor if <25 or >60):N

Modifiable:
    Suicidal ideation/plans/intent:N
    Access to Lethal Means:N
    Poor Treatment Compliance:N
    Hopelessness:?
    Psychic Pain/Anxiety:Y
    Acute Event:N
    Insomnia:N
    Low Self-Worth:Y
    Impulsivity:N
    Substance Abuse:Y
    Financial Stress:Y, PAYING OFF DEBT
    Legal Stress:N

Protective:
    Strong Therapeutic Alliance:Y
    Positive Coping Skills:Y
    Responsible to/for Family:Y
    Responsible to/for Pet:N
    Frustration Tolerance:Y
    Resilience:Y
    Good Reality Testing:Y
    Amenable to Treatment:Y
    Social Support:Y

Risk of Harm to Others: DENIES

Action Taken Based on Risk Assessment:
[ X ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:
**Therapy**
• Duration of the encounter 30 min.
**Practice Management**
    Continue assessment and intervention
    Multi-Disciplinary Treatment Plan:

    Treatment Team Members -

    Individual Therapist: SARP
    Medication Prescriber: ZEMBRZUSKA
    Group Therapist:TBD

    Additional Provider and treatment: SARP at Washington Navy Yard

    Date last updated: 8/27/2015
    Reviewed with patient on: same
    Does patient agree with plan? Yes
    If not, what part?
    Projected date of next treatment plan update: f/u in 4-5 weeks

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0789

**Medical Record**

Anderson, Daniel Dennis     DOB:████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

Discussion of risk of assessment and intervention
Interventions Provided at this session:
Vital signs reviewed. No indication for lab and radiology studies at this time.
Objective 1 (Corresponds to Goal # ): Anxiety, worry, irritability
-
Interventions:
1. Continue Zoloft 100mg daily.  Discussed r/b/se. Obtained informed consent for medication.
2. Continue SARP.
3. Referred pt for individual CBT today.
4. R/o OCD.

Objective 2 (Corresponds to Goal # ):  Depressed/apathetic mood
-
Interventions:
1. Continue Zoloft 100mg daily. Discussed r/b/se. Obtained informed consent for medicaton.

Objective 3 (Corresponds to Goal # ): Insomnia
-
Interventions:
1. Continue Melatonin QHS pm insomnia
2. Pt to continue using CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and decrease ruminative thoughts


    Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.


**A/P** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 31 Aug 2015 1558 EDT
**1. GENERALIZED ANXIETY DISORDER** 300.02
        Procedure(s):        -(90833) Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
**2. ALCOHOL DEPENDENCE (ALCOHOLISM)** 303.90
**3. Patient Education - Medication** V65.49 1*(MEDICATION EDUCATION)*

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 31 Aug 2015 1601 EDT
**Released w/o Limitations**
**Follow up:** 4 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Signed By  ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 31 Aug 2015 1602

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 745**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▇ 1985  SSN: ***-**-▇▇    DoD ID: 1286180538    Created: 30 Oct 2017

*25 Aug 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

Encounter ID:    BETH-21829481    Primary Dx:    ALCOHOL DEPENDENCE
(ALCOHOLISM)

Patient: **MERWIN, DANIEL DENNIS**    Date: **25 Aug 2015 1218 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **HILL,LARRY D**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by HILL,LARRY D @ 26 Aug 2015 1443 EDT
**Problems**
- ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
- MAJOR DEPRESSION RECURRENT
  MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
  ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
  DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Aug 2015 |
| Imiquimod 5%, Cream, Topical | Ordered | APPLY TO WARTS AT BEDTIME THREE TIMES A WEEK #0 RF1 | 1 of 1 | 11 Aug 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 1 of 2 | 11 Aug 2015 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 25 Aug 2015 1218 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 25 Aug 2015 1228 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 25 Aug 2015 1218
------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 25 Aug 2015 1229 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ▇▇▇▇▇

Anderson, Daniel Dennis    DOB: ▇ 1985  SSN: ***-**-▇▇    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 746**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985  SSN: ***-*▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 25 Aug 2015 1230 EDT
**History of present illness**
 The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 25 Aug 2015 1232 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
 Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended
                                 group from 1230-1400.
                                 -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                                 review and update the overall SARP Clinical Record. In addition, reviewed additional services to help
                                 assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by HILL,LARRY D @ 26 Aug 2015 1444 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: "SEE ADD NOTE SECTION FOR FURTHER
INFORMATION CONCERNING THIS ENCOUNTER."

**Note** Written by HILL,LARRY D @ 26 Aug 2015 1446 EDT
**Daniel CC note**
Daniel arrived on time. Daniel is at session # 11 of the 26 scheduled sessions for the Continuing Care treatment
program attending from 1230 to 1400, total of 1 1/2 hours. The group was allowed to process and lead the
discussion. There was tension in the group and the discussion turned to planning a group social event. Several
options were discussed with no definite plan was decided upon. It came to a discussion of what the group was about
and how group members supported each other. The group appeared to be storming and by the end of group they
began to be more cohesive and a working group. Group went over by 4 minutes because the discussion became
about their recovery and how the group can help.
Daniel sounded disappointed as he said "I just do not share in group anymore because I believe no one cares about
me and what is going on." Another group member spoke up in the group process saying "this is my therapy and I'm
here to use it to help me with my issues because I don't have anything else." Daniel was observed validating her
saying "thank you for having the balls to say what I could not." The tension in the room was high as Daniel and
another group member had a disagreement with each other. Another group member told Daniel "it sounds like you
are always talking out your ass." Daniel sounded defensive in his tone and then brought up an old issue that was
processed and gone to take a jab back at this other group member." At this point the group almost completely shut
down and the counselors took over to help group member's process what was happening in group. Daniel reported
the strength of another group member saying what she felt helped him learn how to deal with and handle situations in
group where he is uncomfortable.
Daniel appeared engaged and interested in the treatment process. Daniel appeared annoyed, engaged and was
appropriate and active throughout the session. Daniel had no current problems or objectives due from his ITP.
Daniel will continue with Continuing Care treatment and has an outdated treatment plan and will schedule an
individual session on 1 Sep 15 for review and update. See Daniel "Continuing Care Progress Report" for more
information on this encounter. Daniel is schedule to return 1 September 2015 at 1230 for group. No evidence of SI/HI
during this encounter Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By HILL, LARRY D** (Physician) @ 26 Aug 2015 1446
**Co-Signed By BROWN, CYNTHIA E** (Paraprofessional) @ 27 Aug 2015 1247

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 747**

**Medical Record**

*18 Aug 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

| | | | |
|---|---|---|---|
| Encounter ID: | BETH-21756984 | Primary Dx: | ALCOHOL DEPENDENCE (ALCOHOLISM) |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **18 Aug 2015 1224 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **HILL,LARRY D**

**AutoCites** Refreshed by HILL,LARRY D @ 19 Aug 2015 1303 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Aug 2015 |
| Imiquimod 5%, Cream, Topical | Ordered | APPLY TO WARTS AT BEDTIME THREE TIMES A WEEK #0 RF1 | 1 of 1 | 11 Aug 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 0 of 2 | 11 Aug 2015 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 18 Aug 2015 1224 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 18 Aug 2015 1247 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 18 Aug 2015 1224
——————————————
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 18 Aug 2015 1247 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ████████
No vitals taken at SARP treatment.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 18 Aug 2015 1248 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 18 Aug 2015 1248 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
    Procedure(s):    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended
        group from 1230-1400.
        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
        review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
        assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by HILL,LARRY D @ 19 Aug 2015 1351 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session # 10 of the
26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  The group
welcomed a new group member using the introduction exercise.  Group rules were read and explained for clarification.  The entire
group denied drinking or using drugs.  Group discussed places and events that remind them to drink and the coping skills they are
using now.  Group processed the worksheet "Create a Friend" and shared how they compared to it in being friends with others.
Daniel opened group up with what he called a "new addiction" in his life McDonald's hamburgers.  He said "I do not know why I like
them they are just good." This counselor helped him understand with a short brief of the brain reward pathway and addiction,
helping his understanding. Daniel was observed relating to another group me sharing about relaxing on her patio with a cigar and
drink and how hard it is to change places and things related to drinking. Daniel said "I still cannot go out on my patio due to the
drinking relationship I had out there. Daniel sounded excited as he reported he no longer uses his old on-line dating sights. At some
point in the group Daniel was in the role of a junior counselor and asking opened questions to other group member. Daniel appeared
engaged and interested in the treatment process.  Daniel appeared engaged and was appropriate and active throughout the
session.  Daniel has no current problems or objectives due from his ITP.  Daniel will continue with Continuing Care treatment and
has Problem # 4, Objective # 2 due 25 Aug 2015.  See Daniel "Continuing Care Progress Report" for more information on this
encounter.  Daniel is schedule to return 08 September 15 for group. No evidence of SI/HI during this encounter. Secondary Record
maintained at SARP Washington Navy Yard 2024337577

**Signed By HILL, LARRY D** (Physician) @ 19 Aug 2015 1353
**Co-Signed By BROWN, CYNTHIA E** (Paraprofessional) @ 19 Aug 2015 1441

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0794

**Medical Record**
Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

### *11 Aug 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:    BETH-21685479    Primary Dx:    ALCOHOL DEPENDENCE (ALCOHOLISM)

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **11 Aug 2015 1232 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **BROWN,CYNTHIA E**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 12 Aug 2015 1327 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**
Loading...

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 11 Aug 2015 1232 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 11 Aug 2015 1233 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 11 Aug 2015 1232
---------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 11 Aug 2015 1233 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 11 Aug 2015 1233 EDT
**History of present illness**
      The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 750**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**A/P** Last Updated by PATSOS,ASHLEY N @ 12 Aug 2015 1331 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**

Procedure(s):     -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended
                  group from 1230-1400.
                  -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                  review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                  assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Written by BROWN,CYNTHIA E @ 12 Aug 2015 1341 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for group. Daniel
is at session # 9 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2
hours.  No group member admitted to using alcohol or drugs since last seen at SARP. The group began with each member
identifying their current feeling in one word. Several group members shared of current struggles including; work, stress, PCS and
family issues. The group closed with one group member using the closing exercise.
Daniel was very subdued in the group today.  He did not appear to have a need to counsel any other group member which is his
normal mode of operando.  He only really shared with the group that he has a girlfriend now.  They have been together for about 10
days and she makes him really happy.  He heard in the closing that he should slow down with the dating scene.  The closing
member shared that he did not have relationship happiness until his second marriage.  Daniel appeared engaged and interested in
the treatment process.  Daniel appeared engaged and was appropriate and active throughout the session.  Daniel has Problem #1,
Objective #8 overdue from his ITP.  This will addressed upon his return 17 July 2015.  Daniel will continue with Continuing Care
treatment and has Problem # 4 Objective #2 due 24 August 2015.  See Daniel "Continuing Care Progress Report" for more
information on this encounter.  Daniel is schedule to return 18 August at 1230 for group.
No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 12 Aug 2015 1341

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 751**

AR 0796

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

### *11 Aug 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:    BETH-21682013    Primary Dx:    PENILE WARTS

Patient: **MERWIN, DANIEL DENNIS**    Date: **11 Aug 2015 1015 EDT**    Appt Type: **EST**
Treatment Facility: **WALTER REED**    Clinic: **INT MED MEDICAL HOME CL C**    Provider: **AUSTIN,MARIE**
**NATIONAL MILITARY MEDICAL CNTR**    **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
STD Screening/Possible Genetal Warts
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by NEWMAN,BRENDA W @ 11 Aug 2015 1023 EDT
BP: 122/82 Left Arm,  Adult Cuff,   HR: 73,   RR: 16,   T: 98.2 °F,   HT: 69 in,   WT: 163.8 lbs Upright Scale,  Actual,  With
Shoes,
SpO2: 97%,   BMI: 24.19,   BSA: 1.898 square meters,   Pain Scale: 3/10 Mild,   Pain Scale Comments: Headache

**Questionnaire AutoCites** Refreshed by NEWMAN,BRENDA W @ 11 Aug 2015 1026 EDT
**Questionnaires**

Anxiety & Depression Screening Taken On: 11 Aug 2015
The Selected Provider is AUSTIN, MARIE R in the Int Med Medical Home Cl C Be clinic.
 1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Several days
 2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Several days
 3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Several days
 4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Several days
 5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself
in some way?: Not at all

**S/O Note** Written by AUSTIN,MARIE @ 11 Aug 2015 1103 EDT
**History of present illness**
       The Patient is a 30 year old male.

<<Note accomplished in TSWF-CORE>>

PO1 Merwin is a 30 y/o CM who presents to clinic for 2 concerns

1. STD check- penile warts with exposure to HPV in previous partner

 2  PT wakes up 2-3 times a night to go to the BR. Sleep apnea his Epworths score is 18/21 .
Autocited allergies verified.
      Visit is not deployment-related.
admission diagnosis of HPI [use for free text].
 Pain Severity  0 / 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated
NKDA
.
**Current medication**
NO OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day
.
**Past medical/surgical history**
**Reported:**
       Medical: Reported medical history
       GAD
       Alcohol dependence in remission

       Surgical / Procedural: Surgical / procedural history
       PRK

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 752**

**Medical Record**

Anderson, Daniel Dennis     DOB: ___ 1985  SSN: ***-**-___     DoD ID: 1286180538     Created: 30 Oct 2017

Tosillectomy
.
AHLTA Problem List Updated. Date: today.
**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
History
ANNUAL QUESTIONS
Preferred language (written or spoken): [x ] English    [ ] Other:
What is your preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [x ] No   Specify:
Advance directives completed?    [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [x ] Yes  [ ] No
Contact preference: ___
PCM:
...............
Annual Questions Date: 11Aug2015.
**Family history**
    Family medical history
    DM father, PGM
    MI father
    hypertension father
    melanoma father


**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria and no testicular symptoms were
    present.
**Endocrine:** No inadequacy of penile erection.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Anxiety.  Not thinking about suicide.  No homicidal thoughts.
**Skin:** Skin lesion: penile wart s.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Genitalia:**
    Penis: • Abnormal 4 warts on the shaft of the penis, aprox 0.01 cm- 0.02 cm, skin colored, on the lower third of the shaft . Pt is
        shaving the shaft advised against that .
    Scrotum: ° Normal.
    Testes: ° Normal.
**Neurological:**
    ° Oriented to time, place, and person.
    Sensation: ° No sensory exam abnormalities were noted.
    Balance: ° Normal.
    Gait And Stance: ° Normal.
    Reflexes: ° Deep tendon reflexes were normal.
**Psychiatric:**
    Mood: ° Euthymic.
    Affect: ° Normal.
**Test conclusions**
Medication list was upated at the beginning of the visit.
The provider compared the medication list against any orders, and resolved any discrepancies (if required).
A written list of medications was given to the patient.
**Practice Management**
    Preventive medicine services Pt is active duty and is up to date with all immunizations/vaccinations and PHA Screen.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 753**

AR 0798

**Medical Record**

| Anderson, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**A/P** Written by AUSTIN,MARIE @ 18 Aug 2015 1714 EDT
**1. PENILE WARTS** 078.11
    Medication(s):      -IMIQUIMOD--TOP 5% PACK - APPLY TO WARTS AT BEDTIME, THREE TIMES A WEEK #1 RF1
    Patient Instruction(s):  -Instructions: Use A Condom During Sexual Intercourse
                      -Guidance: Concerns About Unsafe Sexual Practices
**2. MAJOR DEPRESSION RECURRENT MODERATE** 296.32
    Medication(s):      -serTRAline--PO 100MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY #30 RF2
    Patient Instruction(s):  -Community Programs
                      -Limitations / Risks General - Complications from Medication
                      -Patient Education - Medication
**3. ORGANIC SLEEP APNEA** 327.20: Scored 18/21 on the Epworths sleepiness scale . Give handout to go to the sleep pathways
clinic
        Patient Instruction(s):  -Instructions For Patient


**Disposition** Written by AUSTIN,MARIE @ 18 Aug 2015 1715 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: pt to f/u as advised
**Discussed:** Diagnosis, Medication(s)Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: education and counseling on STDs
40 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.



**Signed By  AUSTIN, MARIE** (Nurse Practitioner, WRNMMC) @ 18 Aug 2015 1715

**CHANGE HISTORY**
*The following S/O Note Was Overwritten by AUSTIN,MARIE @ 11 Aug 2015 1047 EDT:*
S/O Note Written by NEWMAN,BRENDA W @ 11 Aug 2015 1029 EDT
**History of present illness**
    The Patient is a 30 year old male.

    He reported: Visit is not deployment-related.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated
NKDA


**Current medication**
Including OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    GAD
    alcohol dependence in remission

    Surgical / Procedural: Surgical / procedural history
    PRK
    Tosillectomy

**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
History
ANNUAL QUESTIONS
Preferred language (written or spoken): [x ] English    [ ] Other:
What is your preferred method of learning?   [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [x ] No   Specify:
Advance directives completed?    [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [x ] Yes  [ ] No
Contact preference: 410-562-5345
PCM:
..............
Annual Questions Date: 11Aug2015.
**Family history**
    Family medical history
    DM father, PGM
    MI father
    hypertension father
    melanoma father

**Practice Management**
    Preventive medicine services
    Lipid Screening -
    Diabetes Screening -
    Aspirin Prophylaxis -
    HIV Screen -
    Colonoscopy -

| Anderson, Daniel Dennis | DOB: ___ 1985  SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0799

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

Tetanus (Td/Tdap) - 2013
Influenza Vaccine - oct 2014
Zoster Vaccine -
Pneumococcal Vaccine -
HPV Vaccine -

Men:
Aortic Aneurysm Screen (if ever a smoker) -
...............

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 755**

AR 0800

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

## *28 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:    BETH-21539829    Primary Dx:    ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **28 Jul 2015 1158 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **BROWN,CYNTHIA E**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 29 Jul 2015 1243 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 1 of 2 | 17 Jul 2015 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 28 Jul 2015 1158 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 28 Jul 2015 1159 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 28 Jul 2015 1158
_____
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 28 Jul 2015 1159 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 28 Jul 2015 1200 EDT
**History of present illness**
    The Patient is a 30 year old male.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 756**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-*▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 28 Jul 2015 1201 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

    Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended group from 1230-1400.
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Written by BROWN,CYNTHIA E @ 29 Jul 2015 1243 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: CC GROUP
Daniel arrived on time for group. Prior to group we discussed his need to have the attention of a female in group. We discussed how this was his issue and it needed to not interfere with the group process for him or for her. He was cautioned about being a Junior Counselor trying to give advice to group members instead of keeping the focus on his self. He began to discuss how he was having a female recently and she wanted to touch him but it turned him off. He is not is talk therapy and only does medication management. He was told he would best deal with these issues with Mental Health and he agreed to speak to his medication manager. Daniel is at session # 8 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours. The entire group denied that they drank alcohol or abused drugs. The group seemed very future oriented speaking of what is coming up for them in the next weeks and months. All group members were encouraged to make their individual treatment planning sessions prior to leaving today.
Daniel did not appear engaged or interested in the treatment process. He noted as having a side conversation with a group and making inappropriate comments to him. He appeared to provide advice to other group members again that had nothing to do with his own experience. Daniel rescheduled Problem #4, Objective #2 stating he needed more time from his ITP. He is late also on Problem #1 Objective #8 and that will be addressed next week. See Daniel "Continuing Care Progress Report" for more information on this encounter. Daniel is schedule to return 4 August 2015 at 1230 for group
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By BROWN, CYNTHIA E** (Paraprofessional) @ 29 Jul 2015 1243

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *21 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

| Encounter ID: | BETH-21467538 | Primary Dx: | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |

| Patient: **MERWIN, DANIEL DENNIS** | Date: **21 Jul 2015 1219 EDT** | Appt Type: **GRP** |
| Treatment Facility: **NBHC WASHINGTON NAVY YARD** | Clinic: **SUBST ABUSE NY** | Provider: **BROWN,CYNTHIA E** |
| Patient Status: **Outpatient** | | |

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 22 Jul 2015 0837 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 1 of 2 | 17 Jul 2015 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 21 Jul 2015 1219 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 21 Jul 2015 1222 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 21 Jul 2015 1219
_____
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 21 Jul 2015 1222 EDT
 Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #:▓
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 21 Jul 2015 1223 EDT
**History of present illness**
    The Patient is a 30 year old male.

| Anderson, Daniel Dennis | DOB: ▓ 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 758**

AR 0803

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 21 Jul 2015 1230 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
  Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended
                         group from 1230-1400.
                         -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                         review and update the overall SARP Clinical Record. In addition, reviewed additional services to help
                         assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Written by BROWN,CYNTHIA E @ 22 Jul 2015 0838 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for group today.
Daniel is at session # 7 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total
of 1 1/2 hours. The group welcomed a new group member using the introduction exercise. The group denied drinking or abusing
drugs since their last report to this group. The group reviewed euphoric recall as a relapse trigger. We discussed the engagement
to 12 step meetings or other supportive activities and found most group members reduced the number of meetings attended since
starting this program. The entire group was encouraged to make individual session to speak with their primary counselor about the
requirements of this group and program.
Daniel shared that he had run out of his Zoloft and went several days without it. He described having withdrawal but stated he is
back on it now. He stated that he feels better and knows that the medication is necessary for him. Daniel stated that his only 1 AA
meeting and he keeps himself busy the rest of the time. He admitted that he is required to attend more AA meetings (3) by his
treatment plan. Daniel appeared engaged and interested in in what the female group member was doing and not the group. He
was noted as playing "jr. counselor" in stating that attending AA meetings helps others. Daniel appeared upset at the end of the
session and stated that he is using his CBT to assist in his behaviors. Daniel did have Problem 4 Objective 2 due today but failed to
forward it. Daniel will continue with Continuing Care treatment and has Problem #4, Objective #2 to be completed next week. See
Daniel "Continuing Care Progress Report" for more information on this encounter. Daniel is schedule to return 28 July 2015 at 1230
for group.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 22 Jul 2015 0838

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 759**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *15 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:    BETH-21402674    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**        Date: **15 Jul 2015 0711 EDT**        Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**        Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

<ins>AutoCites Refreshed by BROWN,CYNTHIA E @ 17 Jul 2015 0728 EDT</ins>
  **Problems**
  •ALCOHOL DEPENDENCE WITH
      CONTINUOUS DRINKING
      BEHAVIOR
  •MAJOR DEPRESSION RECURRENT
      MODERATE
  •ANXIETY DISORDER NOS
  •Left ankle joint pain
  •NEUROTIC EXCORIATION
  •ANKLE SPRAIN LEFT
  •ESSENTIAL HYPERTRIGLYCERIDEMIA
  •ANOMALIES OF SKIN
  •Abdominal pain
  •ASTHMA
  •POSTSURGICAL STATE OF EYE AND
      ADNEXA
  •Difficulty breathing (dyspnea)
  •SKIN NEOPLASM UNCERTAIN
      BEHAVIOR
  •Removal Of Sutures
  •ASTHMA EXTRINSIC
  •ROSACEA
  •PERIPHERAL RETINAL
      DEGENERATION - LATTICE
  •REFRACTIVE ERROR - MYOPIA
  •ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 1 of 2 | 17 Jul 2015 |

<ins>Reason for Appointment:</ins>Written by PATSOS,ASHLEY N @ 15 Jul 2015 0711 EDT
CC GROUP

<ins>Screening</ins> Written by PATSOS,ASHLEY N @ 15 Jul 2015 0718 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 15 Jul 2015 0711
_____
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

<ins>Vitals</ins>
<ins>Vitals</ins> Written by PATSOS,ASHLEY N @ 15 Jul 2015 0718 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ■■■■■
No vitals taken at SARP treatment.

<ins>S/O Note</ins> Written by PATSOS,ASHLEY N @ 15 Jul 2015 0719 EDT
<ins>History of present illness</ins>
      The Patient is a 30 year old male.

| Anderson, Daniel Dennis | DOB: ■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 760**

AR 0805

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 15 Jul 2015 0721 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

Procedure(s):     -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended
group from 1230-1400.
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Written by BROWN,CYNTHIA E @ 17 Jul 2015 0728 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: CC GROUP
Daniel arrived on time to group.  Daniel is at session #6 of the 26 scheduled sessions for the Continuing Care treatment program
attending from 1230 to 1400, total of 1 1/2 hours.  No one in group admitted to drinking or abusing drugs.  The group welcomed a
new group member using the introduction exercise.  The group shared the struggles of the last week and any triggers to drink or
abuse drugs in the past week.  Group completed and discussed the worksheet "Supportive Relationships."
Daniel took up most the group talking in circles.  Even when confronted he continued to contradict himself.  The group was noted as
checking out but no group confronted him this defensive behavior.  He did report a childhood incident but did not recall the details
enough to assure that the situation happened.  He reported on his worksheet that he did not share about this but did.  Not enough
detail in this and he stated that his parents were notified.  Daniel appeared monopolize the group impeding the treatment process.
Daniel did not completed any treatment plan objectives and did not have any due.  Daniel will continue with Continuing Care
treatment and has Problem #4, Objectives #2 and 8 due 21 July 2015.  See Daniel "Continuing Care Progress Report" for more
information on this encounter.  Daniel is schedule to return 21 July 2015 at 1230 for group.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 17 Jul 2015 0730

| Anderson, Daniel Dennis | DOB: ■ 1985  SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 761**

AR 0806

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

## *08 Jul 2015 at WRNMMC, Dermatology Clinic Bethesda by TAYLOR, BRADLEY MICHAEL*

Encounter ID:    BETH-21343480    Primary Dx:    Visit for: administrative purpose

Patient: **MERWIN, DANIEL DENNIS**      Date: **08 Jul 2015 1923 EDT**      Appt Type: **T-CON\***
Treatment Facility: **WALTER REED**      Clinic: **DERMATOLO CL BE**      Provider: **TAYLOR,BRADLEY MICHAEL**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**                                          Call Back Phone: ███████████

<u>AutoCites</u> Refreshed by TAYLOR,BRADLEY M @ 08 Jul 2015 1923 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

<u>Lab Result</u> Cited by TAYLOR,BRADLEY M @ 08 Jul 2015 1924 EDT
**Tissue Exam**

| | |
|---|---|
| Date Collected: | 23 Jun 2015 1131 |
| POC Enc: | E4520771 |
| Enc Fac: | WRNMMC |
| Clinician: | TAYLOR, BRADLEY MICHAEL |
| Status: | Certify |
| Procedure: | TISSUE EXAM |
| Order #: | 150702-23826 |
| Provider: | TAYLOR, BRADLEY MICHAEL |
| Ordered Date: | 02 Jul 2015 1925 |
| Priority: | ROUTINE |
| Specimen: | TISSUE |
| Resulted Date: | 02 Jul 2015 1925.1-0400 |
| Col: | 23Jun15@1131          TISSUE(TISSUE) |
| Hcp: | TAYLOR,BRADLEY MICHAEL     Req Loc: DERMATOL |
| Performing Lab: | NNMC AP LAB, BETHESDA,MD |
| | 150626 NSP 11753 |

TISSUE E          C:          LRS02Jul15@1925
                                      CoPath Report
Patient:                            MERWIN,DANIEL DENNIS          Specimen #: NS15-11753
Accessioned:                    06/26/15
Pathologist:                      Laurel R. Stearns, MAJ, MC, USA
SPECIMEN:

                                      A: Skin, Scalp, Punch B: Skin, Left scalp, Punch

======================================================================
                                      -==
FINAL DIAGNOSIS:
A. SKIN, SCALP, PUNCH BIOPSY:

                                      - MILD EARLY CHANGES OF ANDROGENETIC ALOPECIA.
                                      (SEE COMMENT)
B. SKIN, LEFT SCALP, PUNCH BIOPSY:
                                      - NORMAL SCALP.
                                      COMMENT: The sections were difficlt to interpret due to processing

and
                                      orientation. In part A, the sections show a normal number of terminal
hair
                                      follicles with a slightly increased number of vellus hairs. Mild
                                      superficial perifollicular lymphocytic inflammation is present.
Evidence
                                      of scarring alopecia is not present in multiple additional step
sections.
                                      If clinically indicated additional biopsies may be helpful.
                                      lrs/07/02/15          ** Report Electronically Signed Out **
                                      Laurel R. Stearns, MAJ, MC, USA

======================================================================

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page 762

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

.==

CLINICAL DIAGNOSIS AND HISTORY:

30 y/o M, tufted, scarring alopecia on scalp after reported infection about six years ago. Patient feels it is slowly progressing. Mild erythema and some scale which feel most likely represents

overlying mild

seb derm but cannot completely rule out active scarring process. Discussed options with patient to include treating for seb derm and monitoring response vs biopsy for further evaluation . Patient

elected to

proceed with biopsy. Two punch biopsies completed today.

Perilesional and

normal posterior scalp. Tolerated well. Wound care discussed. Ddx includes mature scar w/overlying seb derm v folliculitis decalvans v

LPP v

other scarring etiologies.

PRE-OPERATIVE DIAGNOSIS:

A) Mature scar w/overlying seb derm v folliculitis decalvans v LPP v

other

scarring etiology. B) Normal scalp.

POST-OPERATIVE DIAGNOSIS:

Operative Findings: SAA
Post-operative Diagnosis: SAA

GROSS DESCRIPTION:

A. The specimen is received in formalin, labeled with the patient's

name

Merwin, Daniel, and designated "Punch, Scalp". It consists of a tan, hair-bearing punch of skin that is previously horizontally sectioned measuring 0.4 cm in diameter and excised to a maximum depth of

0.6 cm.

B. The specimen is received in formalin, labeled with the patient's

name

Merwin, Daniel, and designated "Punch, Left Scalp". It consists of a

tan,

hair-bearing punch of skin measuring 4.0 cm in diameter that is

previously

horizontally sectioned and excised to a maximum depth of 0.6 cm.

The

specimen is submitted in its entirety in one cassette. 3/1/NG

(Sponge)

CLP/PDP/LRS
CLP/mrg

CPT Codes:

; 88305 ; 88305 (LEVEL 4)
; 88305 ; 88305 (LEVEL 4)

**A/P** Written by TAYLOR,BRADLEY M @ 08 Jul 2015 1925 EDT
**1. Visit for: administrative purpose**: Left VM for patient regarding above results. Number provided to call back for questions or concerns.

**Disposition** Written by TAYLOR,BRADLEY M @ 08 Jul 2015 1925 EDT
**Follow up:** as needed with PCM.

**Signed By  TAYLOR, BRADLEY M** (Physician/Workstation) @ 08 Jul 2015 1925

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 763**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

## 30 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D

Encounter ID:    BETH-21269597    Primary Dx:    ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **30 Jun 2015 1157 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC DAHLGREN**    Clinic: **SUBST ABUSE NY**    Provider: **HILL, LARRY D**
Patient Status: **Outpatient**

**AutoCites** Refreshed by HILL, LARRY D @ 01 Jul 2015 1330 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Jun 2015 |

**Reason for Appointment:** Written by PATSOS, ASHLEY N @ 30 Jun 2015 1157 EDT
CC GROUP

**Screening** Written by PATSOS, ASHLEY N @ 30 Jun 2015 1211 EDT
**Reason For Appointment:** Notes Entered by: PATSOS, ASHLEY N 30 Jun 2015 1157

CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS, ASHLEY N @ 30 Jun 2015 1211 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS, ASHLEY N @ 30 Jun 2015 1212 EDT
**History of present illness**
    The Patient is a 30 year old male.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 764**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**▉ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

The patient was present for the Continuing Care Support Group (CCSG).

A/P Last Updated by PATSOS,ASHLEY N @ 30 Jun 2015 1218 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended
                       group from 1230-1400.
                       -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                       review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                       assist the patient and to monitor treatment progress and overall service delivered.

Disposition Last Updated by HILL,LARRY D @ 01 Jul 2015 1347 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: "SEE ADD NOTE SECTION FOR FURTHER
INFORMATION CONCERNING THIS ENCOUNTER."

Note Written by HILL,LARRY D @ 01 Jul 2015 1416 EDT
**Daniel CCG note**
Daniel arrived on time and is at session 5 of the 26 scheduled sessions for the Continuing Care treatment
program attending from 1230 to 1400, total of 1 1/2 hours. The group performed the check-in process
identifying changes or events since last group. The group discussed pleasurable activities that they
already do and identified one new activity to do before next group. They discussed common styles of
thinking and how they apply to themselves and identified individuals who support their addiction and
those who support their recovery. No group member admitted to drinking or using since last group.
Daniel appeared tense as group began dressed in shorts and a button up shirt. Daniel sounded pained as
he addressed another female group member who said she felt uncomfortable with Daniel and said he is a
pervert. Daniel reported feeling judge and looked discouraged at the accusations due to their brief contact
outside group. They processed these feelings and safety, respect and non-judgmental behaviors for other
group members and seemed able to work through their differences. Daniel has a co-occurring sex
addiction and seems to be a driving factor in their personal issues that Daniel reports he is working on.
Daniel reported meeting a new girl and spending the night with her jumping head first into a relationship
knowing this in in direct violation of his own efforts to find a loving relationship. Daniel was able to identify
those working against his recovery saying "I'm the number one problem", he additionally identified his
sober network those individuals he can call when he struggles. Daniel reported he would like to cook a
surprise food for the group, prior to next group.
Daniel appeared uneasy, engaged, interested and was appropriate and active throughout the session
even when processing tension between group members.  Daniel addressed Problem #1, Objective #1, 4
& 6 from his ITP.  Daniel will continue with Continuing Care treatment and has Problem # 1, Objective # 2
due 21 July 2015.  See Daniel "Continuing Care Progress Report" for more information on this encounter.
Daniel is schedule to return 7 July 2015 for group. No evidence of SI/HI during this encounter. Secondary
Record maintained at SARP Washington Navy Yard 202-433-7577.

Signed By HILL, LARRY D (Physician) @ 01 Jul 2015 1417
Co-Signed By SPADARO, SHELLIE S (Physician) @ 01 Jul 2015 1525

CHANGE HISTORY
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by HILL,LARRY D @ 01 Jul 2015 1416 EDT:*
Signed HILL, LARRY D (Physician) @ 01 Jul 2015 1348

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 765**

AR 0810

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-** ▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *26 Jun 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:    BETH-21238834    Primary Dx:    Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**    Date: **26 Jun 2015 1430 EDT**    Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**    Clinic: **BEHAVIORAL HEALTH QU**    Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
Procedure - SARP LABS
**Appointment Comments:**
brh

**Lab Result** Cited by AILOR,LYNNE P @ 26 Jun 2015 1451 EDT

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 23 Jun 2015 1404 | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative | ng/mL | Cutoff=250 |

**A/P** Written by AILOR,LYNNE P @ 26 Jun 2015 1453 EDT
1. **Laboratory Studies:** Labs were reviewed by undersigned provider per SARP protocol. Results of ETG/ETS were negative.
        Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
2. **PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I***(OTHER UNKNOWN AND UNSPECIFIED CAUSES OF MORBIDITY AND MORTALITY, NOT PGW SYNDROME)*

**Disposition** Written by AILOR,LYNNE P @ 26 Jun 2015 1453 EDT
**Released w/o Limitations**
**Follow up:**  as needed . - Comments: Follow up with SARP.

**Signed By  AILOR, LYNNE P** (Physician) @ 26 Jun 2015 1454

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-** ▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 766**

AR 0811

**Medical Record**

*25 Jun 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:    BETH-21224749    Primary Dx:    Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**    Date: **25 Jun 2015 1100 EDT**    Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**    Clinic: **BEHAVIORAL HEALTH QU**    Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
Procedure - SARP LABS
**Appointment Comments:**
brh

Lab Result Cited by AILOR,LYNNE P @ 25 Jun 2015 1543 EDT

| Drug Abuse Screen | Site/Specimen | 23 Jun 2015 1404 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

A/P Written by AILOR,LYNNE P @ 25 Jun 2015 1545 EDT
**1. Laboratory Studies:** Labs were reviewed by undersigned provider per SARP protocol. Results of Drug Abuse Screen were negative for all substances tested.
        Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
**2. PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I**(*OTHER UNKNOWN AND UNSPECIFIED CAUSES OF MORBIDITY AND MORTALITY, NOT PGW SYNDROME*)

Disposition Written by AILOR,LYNNE P @ 25 Jun 2015 1546 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up with SARP.

**Signed By AILOR, LYNNE P (Physician) @ 25 Jun 2015 1546**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮  DoD ID: 1286180538    Created: 30 Oct 2017

### *23 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

Encounter ID:    BETH-21198244    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **23 Jun 2015 1203 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC DAHLGREN**    Clinic: **SUBST ABUSE NY**    Provider: **HILL,LARRY D**
Patient Status: **Outpatient**

AutoCites Refreshed by HILL,LARRY D @ 25 Jun 2015 1207 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Jun 2015 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 23 Jun 2015 1203 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 23 Jun 2015 1216 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 23 Jun 2015 1203
―――――――
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 23 Jun 2015 1216 EDT
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ▮▮▮▮▮▮▮
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 23 Jun 2015 1218 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

Anderson, Daniel Dennis    DOB: ▮▮▮ 1985  SSN: ***-**-▮▮  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 768**

AR 0813

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓ 1985  SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

A/P Last Updated by PATSOS,ASHLEY N @ 23 Jun 2015 1237 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

| | |
|---|---|
| Procedure(s): | -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended group from 1230-1400. |
| | -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered. |
| Laboratory(ies): | -DRUG ABUSE SCREEN (Routine) Ordered By: PATSOS,ASHLEY N Ordering Provider: AILOR, LYNNE P; ETG/ETS, UA (250 CUT-OFF) (Routine) Ordered By: PATSOS,ASHLEY N Ordering Provider: AILOR, LYNNE P |

**Disposition** Last Updated by HILL,LARRY D @ 25 Jun 2015 1230 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session # 4 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  The group checked-in and reintroduced themselves to a member that had been absent. They processed cravings and shared about how they sleep now compared to when they were drinking. One group member reported struggling with lack of motivation and not caring about anything.  No group member reported drinking or using since last seen at SARP WYN.

Daniel appeared frustrated as he reported feeling judged as another member reported sharing not being comfortable sharing intimate details of her life with men. Daniel said "I feel judge as a man and like you don't trust me, and I'm more comfortable sharing with women than a man."  This counselor had to block this interaction noticing some tension between these two group members and identified this to them and both members decided to just drop it and not process this tension.  Daniel was observed providing positive feedback to another group member struggling with motivation and not caring saying "it sounds like you could be depressed and should get seen for it."  Daniel seems to struggle with female interactions in the group and is noted from him in his past relationships. Daniel wrote "I could relate to everyone today and felt a myriad of feeling."

Daniel appeared engaged, interested and was appropriate and active throughout the session.  Daniel addressed Problem # 1, Objective # 1 & 4 from his ITP.  Daniel will continue with Continuing Care treatment and has Problem # 1, Objective # 2 & 8 due 21 July 2015.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is schedule to return 30 June 2015 for group. No evidence of SI/HI during this encounter. Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Note** Written by HILL,LARRY D @ 25 Jun 2015 1231 EDT
Shellie will co-sign note in absence of program director.

**Signed By HILL, LARRY D** (Physician) @ 25 Jun 2015 1231
**Co-Signed By SPADARO, SHELLIE S** (Physician) @ 25 Jun 2015 1441

Anderson, Daniel Dennis     DOB: ▓▓ 1985  SSN: ***-**-▓▓     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 769**

AR 0814

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *22 Jun 2015 at WRNMMC, Dermatology Clinic Bethesda by STEARNS, LAUREL R*

Encounter ID:     BETH-21190437     Primary Dx:     Alopecia

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **22 Jun 2015 1430 EDT**
Clinic: **DERMATOLO CL BE**

Appt Type: **SPEC**
Provider: **STEARNS,LAUREL**
**REINHART**

**AutoCites** Refreshed by TAYLOR,BRADLEY M @ 23 Jun 2015 0722 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
alopecia areata
**Appointment Comments:**
anb

**S/O Note** Written by TAYLOR,BRADLEY MICHAEL @ 23 Jun 2015 0724 EDT
**Chief complaint**
The Chief Complaint is: Scalp.
**History of present illness**
        The Patient is a 30 year old male.
30 y/o male.  Per patient, has history of MRSA infection on scalp about 5 to 6 years ago.  Hair has never completely grown back.
More recently has started to develop scale in same area as well as other areas of scalp.  Unsure if area has remained the same
size.  He feels it has been getting larger.


    Medication list reviewed with patient, reconciliation completed, and list given to patient.
**Allergies**
Current Allergies Reviewed.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history reviewed
        .
**Review of systems**
**Systemic:** No fever and no chills.
**Skin:** Pruritus and skin lesion: rash:
**Physical findings**
**General Appearance:**
        ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
        ° Oriented to time, place, and person.
**Psychiatric:**
        Mood: ° Euthymic.
        Affect: ° Normal.
**Skin:**
        • Skin: Scalp: Approx 1.5 to 2 cm annular patch of noticably decreased hair density on posterior apex scalp.  Smaller but also
            annular area next to it.  Slightly raised scar like plaque.  Follicle drop and tufting of hair noted.  Mild erythema and scale.


**Note** Written by TAYLOR,BRADLEY M @ 23 Jun 2015 0722 EDT

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017



**A/P** Last Updated by TAYLOR,BRADLEY M @ 23 Jun 2015 1135 EDT
**1. Alopecia:** Tufted, scarring alopecia on scalp after reported infection about 6 years ago. Patient feels it is slowly progressing. Mild erythema and some scale which feel most likely represents overlying mild seb derm but cannot completely rule out active scarring process. Discussed options with patient to include treating for seb derm and monitoring response vs biopsy for further evaluation. Patient elected to proceed with biopsy. Two punch biopsies completed today. Perilesional and normal posterior scalp. Tolerated well. Wound care discussed. Follow up in 10 to 14 days for suture removal and biopsy results. Sooner for concerns. Ddx includes mature scar w/overlying seb derm v folliculitis decalvans v LPP v other scarring etiologies.

Seen and d/w Dr. Stearns.
Procedure(s):          -Biopsy Skin x 1 - Universal protocol requirements were met per WRNMMC Policy. Patient's
                       identification was checked (name & birthdate). procedure and site, side matches the consent form. the
                       lesion was prepped with alcohol. local anesthesia was provided by local injection with a 30g needle of
                       1ml of 1%lidocaine with epinephrine. a 4 mm punch biopsy was then performed. estimated blood loss
                       was negligible. the wound was closed with 4 -0 suture, and a sterile dressing applied. wound care
                       discussed, f/u 10 days for suture removal and discussion of path results.
                       -Biopsy Skin Each Additional Lesion x 1
Laboratory(ies):       -TISSUE EXAM (Routine) Start Date: 06/23/2015 Order Date: 06/23/2015 11:35 Ordered By:
                       TAYLOR,BRADLEY M Ordering Provider: TAYLOR, BRADLEY MICHAEL

**Disposition** Last Updated by TAYLOR,BRADLEY M @ 23 Jun 2015 1136 EDT
**Released w/o Limitations**
**Follow up:** in the DERMATOLO CL BE clinic. - Comments: 10 to 14 days
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TAYLOR,BRADLEY M @ 23 Jun 2015 0722 EDT
**Consult Order**
**Referring Provider:**      ARGUINZONI, JUAN B.
**Date of Request:**   07 May 2015
**Priority:**          Routine

**Provisional Diagnosis:**

**Reason for Request:**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 771**

AR 0816

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

30 y/o male with alopecia areata. Please evaluate and treat as needed;thanks.

**Note** Written by STEARNS,LAUREL R @ 23 Jun 2015 1537 EDT

I have seen and evaluated the patient and agree with the findings as documented in the note.

**Signed By STEARNS, LAUREL R** (Cpt, USA, MC, NPI 1356491393, Staff Dermatologist, Dermatology, WHMC/BAMC) @ 23 Jun 2015 1537

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 772**

AR 0817

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *16 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

| Encounter ID: | BETH-21126679 | Primary Dx: | ALCOHOL DEPENDENCE (ALCOHOLISM) |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC DAHLGREN**
Patient Status: **Outpatient**

Date: **16 Jun 2015 1202 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **HILL,LARRY D**

**AutoCites** Refreshed by HILL,LARRY D @ 17 Jun 2015 1433 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Jun 2015 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 16 Jun 2015 1202 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 16 Jun 2015 1220 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 16 Jun 2015 1202
------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 16 Jun 2015 1220 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: █████████
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 16 Jun 2015 1220 EDT
**History of present illness**
        The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 773**

AR 0818

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-*▓    DoD ID: 1286180538    Created: 30 Oct 2017

A/P Last Updated by PATSOS,ASHLEY N @ 16 Jun 2015 1221 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**

Procedure(s):    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - The patient attended
group from 1230-1400.
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
assist the patient and to monitor treatment progress and overall service delivered.

Disposition Last Updated by HILL,LARRY D @ 17 Jun 2015 1450 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session #3 of the
26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  The group
started with checking in on happenings since last group, the group welcomed one new member and closed with two group members
using the introduction and closing exercises. The group shared about life struggles while the where drinking and how they affect
them now. No group member admitted to drinking or abusing drugs since last seen at SARP.
Daniel appeared interested as another group member frustratedly listed many reasons why she felt she should drink, use drugs and
return to old habits. Daniel was observed relating her struggles to his own life saying "I use to think the same way and when I was
drinking I would over use my prescription pain meds knowing I should not but would do it anyways." "I'm disappointed in myself
because I continually struggle with relationships and have been with 126 women and had been doing very good but I had sex with
two women in the past two days. This to me is my old behavior but it was worse when I was drinking." "I want a health relationship
but struggle and don't know how to have one, I'm very picky." Daniel seems to be struggling with a sex addiction and dealing with a
myriad of feeling including shame, guilt and disappointment in himself for lack of control.
Daniel appeared engaged and was appropriate and active throughout the session.  Daniel addressed Problem #1, Objectives # 1, 4,
& 6 from his ITP. Daniel will continue with Continuing Care treatment and has Problem #1, Objective #2 due 21 July 2015.  See
Daniel's "Continuing Care Progress Report" for more information on this encounter.  No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  HILL, LARRY D** (Physician) @ 17 Jun 2015 1450
**Co-Signed By  SPADARO, SHELLIE S** (Physician) @ 18 Jun 2015 0905

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 774**

AR 0819

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *11 Jun 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:    BETH-21077936    Primary Dx:    GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: Outpatient

Date: **11 Jun 2015 0900 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **EST**
Provider: **ZEMBRZUSKA,HANNA
DOMINIKA**

**AutoCites** Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 11 Jun 2015 0905 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**

**18 May 2015 1107**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=250 |

**18 May 2015 1107**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Not-Detected) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**Rads**
No Rads Found.

**Reason for Appointment:**
follow up
**Appointment Comments:**
nae

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 12 Jun 2015 0728 EDT
**History of present illness**
    The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Navy Information Operations Command (NIOC) at Fort Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder presents for f/u appt. Pt has been taking Zoloft 75mg daily without side effects. Pt reports that he continues to be happier more often, but it is not consistent. He reports no difference in his anxiety. He continues to have anxious ruminations about work which lead to initial insomnia. He has been taking Melatonin a few times a week at bedtime, but does not want to take it every night. He is implementing the skills he learned in CBT-I group and using the CBT-I app. Sleeping about 7 hours per night, but finds himself tired in the afternoon and will sometimes take a 30-60min nap. He reports consuming 1/2 pint of alcohol on 27May due to feeling stressed about work and interpersonal difficulty in romantic relationship. He is a people pleaser and has a hard time saying no. He may be separated from his shop at work which he thinks will be better because he does not like his current job.He needs to pick up collateral duties to pick up next rank.

.
From SARP note: The SM self-referred for SARP evaluation due to his growing concern about his drinking and inability to stop. According to the SM, his alcohol of choice is vodka.  He prefers to drink alone at home.  His drinking frequency is daily.  He reported an increase in his drinking, over the past 8 months, to daily drinking.  He described drinking 2 re on 16JUN2014 and was diagnosed with GAD and neurotic excoriation (scalp picking when anxious).  He was then referred to a LCSW at WRNMMC for therapy and

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 775**

**Medical Record**

attended therapy sessions until 30OCT2014. He was then command referred to SARP on 17MAR2015 and diagnosed with Alcohol Use Disorder, moderate to severe. SARP referred pt to a 28 day inpatient alcohol rehab at Ft. Belvoir from which the pt was discharged at the end of April 2015.

    Medication list reviewed with patient, reconciliation completed, and list given to patient.

    Visit is not deployment-related.

Pain Severity  0 / 10.

**Allergies**

Current Allergies Reviewed. NKDA.

**Current medication**

 Zoloft 75mg daily
Melatonin for insomnia.

**Past medical/surgical history**

**Reported:**

    Recent Events: Medication compliance.

    Medical: Reported medical history Neurotic excoriation (scalp picking when anxious)

    Asthma during childhood

    Allergic response to pets

    Recurrent intestinal pain (possibly lactose intolerance)

    PRK (2011)

    and psychiatric history

*    THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014. She documented Anxiety Disorder, NOS.  The SM indicated that he discontinued his participation in treatment due to the limited impact of these visits.

*    MEDS: Denies other medication trials

*    INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft. Belvoir.

*    SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior.

    Family history:

    F: Alcohol use disorder

    M: depression

    Sister#1: depression, hx of suicide attempts

    Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children

    Maternal grandmother: bipolar

    .

**Personal history**

Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6 y/o).  He and his two sisters were raised by their father, whose employment challenges qualified them for welfare.  There was also a tumultuous home environment.  Father was not involved with his children and was emotionally/physically abusive. Pt felt that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself.  He left his family abruptly, upon graduation from high school, in 2003.  Moved out of state and enrolled in college. He found himself ul experience from the past or avoid having feelings related to it?

[1 ] Avoid activities or situations because they remind you of a stressful experience from the past?

[ 0 ] Trouble remembering important parts of a stressful experience from the past?

[0 ] Loss of interest in things that you used to enjoy?

[0 ] Feeling distant or cut off from other people?

[2 ] Feeling emotionally numb or being unable to have loving feelings for those close to you?

[0 ] Feeling as if your future will somehow be cut short?

[0 ] Trouble falling or staying asleep?

[1 ] Feeling irritable or having angry outbursts?

[ 1 ] Having difficulty concentrating?

[1 ] Being 'super alert' or watchful on guard?

[ 0 ] Feeling jumpy or easily startled?

Add point values from each response.  TotaD.

Behavioral: Caffeine use tea and coffee 1-2x/wk.  Never a smoker  / Never Used Tobacco Products.

Alcohol: Not using alcohol Not currently. Did consume alcohol on 27 May 2015.

**Subjective**

NO Learning Disability, Language or Learning Barriers.

**Review of systems**

No current substance use symptoms

No current cognitive symptoms

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 776**

**Medical Record**

| Anderson, Daniel Dennis     DOB: ▮▮▮▮ 1985  SSN: ***-**▮▮▮     DoD ID: 1286180538     Created: 30 Oct 2017 |

No current psychotic symptoms

.
**Physical findings**
**General Appearance:**
 ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
 ° No disorientation was observed, oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not
  impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
 Speech: ° Normal, regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
 Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative.  ° No psychomotor
  retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
 Mood: • Anxious.  ° Euthymic Able to smile appropriately.  ° Not depressed.
 Affect: • Abnormal anxious.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
 Thought Processes: ° Not impaired, they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.
  ° Attention span was not decreased.
 Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
  homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
 Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

 Non-Modifiable:
  Gender (risk factor if male): Y
  H/O Suicide Attempts:Y
  Organized Plan:N
  Chronic Psychiatric Disorder:Y
  Recent Psychiatric Hospitalization: RECENT REHAB
  H/O Abuse or Trauma:Y
  Chronic Physical Illness:N
  Family H/O Suicide/Attempts:Y
  Other Recent Loss:N
  Chronic Pain:N
  Age (risk factor if <25 or >60):N

 Modifiable:
  Suicidal ideation/plans/intent:N
  Access to Lethal Means:N
  Poor Treatment Compliance:N
  Hopelessness:?
  Psychic Pain/Anxiety:Y
  Acute Event:N
  Insomnia:N
  Low Self-Worth:Y
  Impulsivity:N
  Substance Abuse:Y
  Financial Stress:Y, PAYING OFF DEBT
  Legal Stress:N

 Protective:
  Strong Therapeutic Alliance:Y
  Positive Coping Skills:Y
  Responsible to/for Family:Y
  Responsible to/for Pet:N
  Frustration Tolerance:Y
  Resilience:Y
  Good Reality Testing:Y
  Amenable to Treatment:Y
  Social Support:Y


 Risk of Harm to Others: DENIES

 Action Taken Based on Risk Assessment:
 [ X ] Released without limitations. Advised of emergency procedures.
 [   ] SM released to Chain of Command with the following limitations:
 [   ] SM sent to ER for evaluation for admission to inpatient psychiatry

**Medical Record**

Anderson, Daniel Dennis    DOB: ▆▆ 1985  SSN: ***-**-▆▆    DoD ID: 1286180538    Created: 30 Oct 2017

[  ] Other:
**Therapy**
• Duration of the encounter 30 min.
**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist: SARP
Medication Prescriber: ZEMBRZUSKA
Group Therapist:TBD

Additional Provider and treatment: SARP at Washington Navy Yard

Date last updated: 11JUN2015
Reviewed with patient on: same
Does patient agree with plan? Yes
If not, what part?
Projected date of next treatment plan update: f/u in 1 month
 Discussion of risk of assessment and intervention
Interventions Provided at this session:

Objective 1 (Corresponds to Goal #  ): Anxiety, worry, irritability

-
Interventions:
1. Increase Zoloft to 100mg daily. Pt's depressive symptoms appear to have responded to Zoloft, but anxiety is still not under good control. Discussed r/b/se.
2. Continue SARP.
3. Will discuss pt being referred for individual therapy for CBT at next session.
4. R/o OCD.

Objective 2 (Corresponds to Goal #  ):  Depressed/apathetic mood

-
Interventions:
1. Increase Zoloft to 100mg daily. Discussed r/b/se.
2. Continue SARP.
3. Will discuss pt being referred for individual therapy for CBT at next session.

Objective 3 (Corresponds to Goal #  ): Insomnia

-
Interventions:
1. Continue Melatonin QHS prn insomnia
2. Pt to continue using CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and decrease ruminative thoughts


    Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.



**A/P** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 12 Jun 2015 0739 EDT
**1. GENERALIZED ANXIETY DISORDER** 300.02
        Procedure(s):        -(90833) Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
**2. ALCOHOL DEPENDENCE (ALCOHOLISM)** 303.90

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 12 Jun 2015 0740 EDT
**Released w/o Limitations**
**Follow up:** 1 month(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Signed By ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 12 Jun 2015 0740


·

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 778**

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓▓ 1985  SSN: ***-**-▓▓     DoD ID: 1286180538     Created: 30 Oct 2017

## *09 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

Encounter ID:     BETH-21053074     Primary Dx:     ALCOHOL DEPENDENCE WITH
                                                    CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**          Date: **09 Jun 2015 1200 EDT**     Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**         Provider: **HILL,LARRY D**
**NAVY YARD**
Patient Status: Outpatient

**AutoCites** Refreshed by HILL,LARRY D @ 10 Jun 2015 0932 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE AND ONE-HALF TABLETS (75MG) BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 19 May 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 09 Jun 2015 1200 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 09 Jun 2015 1219 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 09 Jun 2015 1200
------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 09 Jun 2015 1219 EDT
Tobacco Use: No,     Alcohol Use: No,     Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ▓▓▓▓▓▓▓
No vitals taken at SARP treatment.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 779**

AR 0824

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 09 Jun 2015 1219 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 09 Jun 2015 1221 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):    -ALCOHOL & DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - The patient attended
        group from 1230-1400.
        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
        review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
        assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by HILL,LARRY D @ 10 Jun 2015 1356 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time.  Daniel is at session 2 of
the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  Group
welcomed one new group member using the introduction exercise.  The group closed with 2 group members.  One group member
admitted to drinking while in treatment which led to another group mentioning he drank also.  The group processed how they could
these struggling group members.
Daniel reported doing well during the check in process and said "I have to be honest with the group; I also had a lapse 2 weeks ago
and drank most of pint of vodka. I have been struggling with a female friend that wants to be more than a friend and ended up in a
liquor store and bought the bottle.  I had unopened cranberry juice at home and mixed them and ended up pouring out some of it."
Daniel reported feeling guilty concerning his lapse.  Daniels honesty seemed to be brought forward from another group member he
knows that shared of a recent lapse.  Daniel seems to struggle with self-image and puts a lot of his time and efforts into others
writing "I have not been worrying about others and what they think of me."  Daniel reports working the 12 steps but has no sponsor.
Daniel appeared engaged, interested and was appropriate and active throughout the session.  Daniel addressed Problem #1,
Objective #1 and 4 attending group and sharing from his ITP.  Daniel will continue with Continuing Care treatment and has Problem
# 1, Objective # 2 due 21 July 2015.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel
is schedule to return 16 June 2015 at 1230 for group.  No evidence of SI/HI during this encounter Secondary Record maintained at
SARP Washington Navy Yard 202-433-7577.

**Signed By HILL, LARRY D (Physician) @ 10 Jun 2015 1356**
**Co-Signed By BROWN, CYNTHIA E (Paraprofessional) @ 10 Jun 2015 1417**

CHANGE HISTORY
*The following Disposition Note Was Overwritten by HILL,LARRY D @ 10 Jun 2015 1356 EDT:*
The Disposition section was last updated by HILL,LARRY D @ 10 Jun 2015 1356 EDT - see above.Previous Version of Disposition section was entered/updated by
HILL,LARRY D @ 10 Jun 2015 0932 EDT.
Released w/o Limitations
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time.  Daniel is at session 2 of the 26 scheduled sessions for the Continuing
Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  Group welcomed one new group member using the introduction exercise.  The group closed with 2
group members.  One group member admitted to drinking while in treatment which led to another group mentioning he drank also.  The group processed how they could these
struggling group members.
Daniel reported doing well during the check in process and said "I have to be honest with the group; I also had a lapse 2 weeks ago and drank most of pint of vodka. I have
been struggling with a female friend that wants to be more than a friend and ended up in a liquor store and bought the bottle.  I had unopened cranberry juice at home and
mixed them and ended up pouring out some of it." Daniel reported feeling guilty concerning his lapse.  Daniels honest seemed to be brought forward from another group
member he knows that shared of a recent lapse.  Daniel seems to struggle with self-image and puts a lot of his time and efforts into other writing "I have not been worrying about
others and what they think of me."  Daniel reports working the 12 steps but has no sponsor.
Daniel appeared engaged, interested and was appropriate and active throughout the session.  Daniel addressed Problem #1, Objective #1 and 4 attending group and sharing
from his ITP.  Daniel will continue with Continuing Care treatment and has Problem # 1, Objective # 2 due 21 July 2015.  See Daniel "Continuing Care Progress Report" for
more information on this encounter.  Daniel is schedule to return 16 June 2015 at 1230 for group.  No evidence of SI/HI during this encounter Secondary Record maintained at
SARP Washington Navy Yard 202-433-7577.

*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by HILL,LARRY D @ 10 Jun 2015 1355 EDT:*
Signed HILL, LARRY D (Physician) @ 10 Jun 2015 0934
Co-Signed BROWN, CYNTHIA E (Paraprofessional) @ 10 Jun 2015 1004

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 780**

AR 0825

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

## *02 Jun 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:    BETH-20970182    Primary Dx:    ALCOHOL DEPENDENCE (ALCOHOLISM)

Patient: **MERWIN, DANIEL DENNIS**       Date: **02 Jun 2015 0935 EDT**       Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**       Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 03 Jun 2015 0742 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE AND ONE-HALF TABLETS (75MG) BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 19 May 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 02 Jun 2015 0935 EDT
CC INTAKE/CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 02 Jun 2015 0937 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 02 Jun 2015 0935
—————————————
CC INTAKE/CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 02 Jun 2015 0937 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ▓
No vitals taken at SARP treatment.

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.       **Page 781**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 02 Jun 2015 0939 EDT
**History of present illness**
 The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 02 Jun 2015 0940 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
 Procedure(s):          -BEHAVAL HEALTH SCREEN DETERMINE ELIGIBLY, ADM TX PRGM x 1 - Met with patient one-on-one from 0930-1030 to discuss Individual Treatment Plan.
                               -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - The patient attended group from 1230-1400.
                               -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by BROWN,CYNTHIA E @ 03 Jun 2015 0801 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: CC GROUP
Daniel is at session # 1 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1415, total of 1 1/2 hours. All members of the group denied that they drank or used drugs. The group welcomed a new group member using the introduction exercise. The group discussed in depth what they have gotten out of treatment so far. The group closed with a patient.
Daniel was introduced to the group. He appeared very comfortable with the format and other group members. He shared his coping skill as CBT. He stated that it helps him to regulate his emotions. At one point he engaged in friendly banter with a group a group member and other group members responded that he will fit in this group. He smiled and appeared to enjoy the engagement. Daniel appeared engaged and interested in the treatment process. Daniel appeared engaged and was appropriate and active throughout the session. Daniel addressed Problem #1, Objective #1 by attending group from his ITP. Daniel will continue with Continuing Care treatment and has Problem #1, Objectives #2 and 8 due 21 July 2015. See Daniel "Continuing Care Progress Report" for more information on this encounter. Daniel is schedule to return 9 June 2015 at 1230 for group.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Note** Written by BROWN,CYNTHIA E @ 03 Jun 2015 1342 EDT
## INDIVIDUAL SESSION CC FOR GROUP INTAKE
Daniel is at session 1of the 26 scheduled sessions of the Continuing Care treatment program attending from 0930 to 1030, total of 1 hour. Daniel and I reviewed his treatment plan with the basic requirements for the Continuing Care group. He agreed to all of the terms and conditions. We will establish his goal for treatment when he returns on 9 June 2015 for group at 1230. We reviewed the limitations of confidentiality and he indicated he understood. He indicated that he enjoys using the CBT to regulate his emotion. He admitted that he struggles to find a long term relationship and finds most women to be objectionable in one major way or another. The large number (126) women that he has been with have been disappointing to his standard but he feels very lonely. Daniel appeared engaged and interested in the treatment process. Daniel is to start working on his treatment plan today for the CC group. He addressed Problem #1, Objective #1by attending this appointment from his ITP. . Daniel will continue with Continuing Care treatment and has Problem #1, Objectives #2 and 8 due 21 July 2015. Daniel is schedule to stay today for group.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 782**

AR 0827

**Medical Record**

Anderson, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 30 Oct 2017

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 03 Jun 2015 1354

CHANGE HISTORY
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by BROWN,CYNTHIA E @ 03 Jun 2015 1342 EDT:*
Signed BROWN, CYNTHIA E (Paraprofessional) @ 03 Jun 2015 0801

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 783**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-** ▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *27 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-20911738    Primary Dx:    ALCOHOL DEPENDENCE
(ALCOHOLISM)

Patient: **MERWIN, DANIEL DENNIS**     Date: **27 May 2015 0859 EDT**     Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**     Provider: **GONZALEZZARAZUA,JORGE
NAVY YARD**                                                          **A**
Patient Status: Outpatient

AutoCites Refreshed by GONZALEZZARAZUA,JORGE A @ 29 May 2015 1310 EDT

| Problems | Allergies |
|---|---|
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •OTHER: Unknown (SEE MED RECORD) |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE AND ONE-HALF TABLETS (75MG) BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 19 May 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 27 May 2015 0859 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 27 May 2015 1017 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 27 May 2015 0859
----------------------------

OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 27 May 2015 1017 EDT
Tobacco Use: No,     Alcohol Use: No,     Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ▮▮▮▮
No vitals taken for SARP Treatment.

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 784**

AR 0829

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▊ 1985 | SSN: ***-**-▊ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 27 May 2015 1017 EDT
**History of present illness**
      The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).


**A/P** Last Updated by PATSOS,ASHLEY N @ 27 May 2015 1018 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
            Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
                                    group session from 0900-1100.
                                    -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                                    review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                                    assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 29 May 2015 1311 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group
appointment. He is in Week 4, Day 1 of OP treatment attending from 0900-1100, total of 2 hours. This will be Daniel's last OP
session. Today's session opened up with 3 members closing with the group as well as the other group members closing with the
departing members.
Daniel performed his closing with the group prior to departing the OP group for the last time and shared that he is doing well and
hopes to continue to improve and maintain his sobriety. He states that the skills he has learned are paying dividends for him and
wants to use them going forward to maintain a more balanced lifestyle.
Daniel seemed at ease and comfortable performing his closing from OP group. He will be attending an intake appointment with a
counselor to commence his Continuing Care.
Daniel showed no evidence of SI/HI/ATV
Next scheduled apt 02 June 2015 @ 1030.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577


**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 29 May 2015 1311
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 29 May 2015 1312

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 785**

AR 0830

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|

### *22 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

| Encounter ID: | BETH-20884609 | Primary Dx: | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |
|---|---|---|---|

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **22 May 2015 0849 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **REGIS,JAMES**

<u>AutoCites</u> Refreshed by REGIS,JAMES @ 22 May 2015 1538 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE AND ONE-HALF TABLETS (75MG) BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 19 May 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

<u>Reason for Appointment:</u>Written by PATSOS,ASHLEY N @ 22 May 2015 0849 EDT
OP GROUP

<u>Screening</u> Written by PATSOS,ASHLEY N @ 22 May 2015 0850 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 22 May 2015 0849
————————————
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) :

<u>Vitals</u>
<u>Vitals</u> Written by PATSOS,ASHLEY N @ 22 May 2015 0850 EDT
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken at SARP treatment.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985 SSN: ***-**■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Questionnaire AutoCites** Refreshed by REGIS,JAMES @ 22 May 2015 1538 EDT
**Questionnaires**

**S/O Note** Written by PATSOS,ASHLEY N @ 22 May 2015 0850 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last Updated by PATSOS,ASHLEY N @ 22 May 2015 0851 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):        -ALCOHOL &/ DRUG SERVICES: GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
                group session from 0900-1100.
                -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                review and update the overall SARP Clinical Record. In addition, reviewed additional services to help
                assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Written by REGIS,JAMES @ 22 May 2015 1539 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Out Patient (OP) group appointment. He is in Week 4, Day 3 of OP Level 1 treatment
which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniel's 12th day of treatment in group. Neither
Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session. Group began
with Daniel doing his check-in with the group members going over any triggers or cravings he may have had during the past couple
of days
During Daniel's check-in, Daniel stated that he's looking forward to this weekend because he has plans with the girl that he's been
hanging out with. He stated that they hung out last night and that he made dinner for her at his place and the watched a movie
together. Daniel also stated that he plans on seeing her tonight and on Sunday where they're supposed to go to Kings Dominion
amusement park and spend the day together. This he says will be a huge test for them because it's going to determine if they can
spend an entire day together.
Daniel seemed optimistic but challenged about his new girl "friend". He appeared relaxed as if there's no pressure because he's not
seeking a girlfriend but mentions several times how these encounters are measures of whether or not they can get along. He was
reminded in group to continue working on his ITP. Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by
attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for OP Level Treatment at BNHC-WNY on the 27th of May 2015 @ 0900 to close out
of OP group and start his process to CCG.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.
To be reviewed by NBHC-WNY SARP Program Manager on Tuesday 26th of May 2015.

**Note** Written by REGIS,JAMES @ 22 May 2015 1540 EDT
To be reviewed by NBHC-WNY SARP Program Manager on Tuesday 26th of May 2015.

**Signed By REGIS, JAMES** (Para-Professional, SARP WNY) @ 22 May 2015 1540

| Anderson, Daniel Dennis | DOB: ■ 1985 SSN: ***-**■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 787**

**Medical Record**

Anderson, Daniel Dennis     DOB: ■ 1985  SSN: ***-**-■     DoD ID: 1286180538     Created: 30 Oct 2017

### *21 May 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:     BETH-20871983     Primary Dx:     Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**       Date: **21 May 2015 1100 EDT**       Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**     Clinic: **BEHAVIORAL HEALTH QU**     Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
Procedure - SARP LABS
**Appointment Comments:**
BRH

Lab Result Cited by AILOR,LYNNE P @ 21 May 2015 1411 EDT

| Drug Abuse Screen | Site/Specimen | 18 May 2015 1107 |
|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> |
| Barbiturates | URINE | NEGATIVE <i> |
| Benzodiazepines | URINE | NEGATIVE <i> |
| Cocaine | URINE | NEGATIVE <i> |
| Opiates | URINE | NEGATIVE <i> |
| Phencyclidine, UA | URINE | NEGATIVE <i> |
| Cannabinoids | URINE | NEGATIVE <i> |
| Methadone | URINE | NEGATIVE <i> |
| Oxycodone | URINE | NEGATIVE <i> |
| | | |
| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **18 May 2015 1107** |
| Ethyl Glucuronide | URINE | Negative |

A/P Written by AILOR,LYNNE P @ 21 May 2015 1414 EDT
**1. Laboratory Studies:** Labs were reviewed by undersigned provider per SARP protocol. Results of Drug Abuse Screen were
negative for all substances tested. Results of ETG/ETS were negative.
          Procedure(s):     -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
**2. PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I***(OTHER UNKNOWN AND UNSPECIFIED CAUSES OF
MORBIDITY AND MORTALITY, NOT PGW SYNDROME)*

Disposition Written by AILOR,LYNNE P @ 21 May 2015 1415 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up with SARP.

Signed By  **AILOR, LYNNE P** (Physician) @ 21 May 2015 1416

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 788**

AR 0833

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-*▮    DoD ID: 1286180538    Created: 30 Oct 2017

*20 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20856489    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **20 May 2015 0804 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by REGIS,JAMES @ 21 May 2015 1440 EDT
  Problems
   •ALCOHOL DEPENDENCE WITH
     CONTINUOUS DRINKING
     BEHAVIOR
   •MAJOR DEPRESSION RECURRENT
     MODERATE
   •ANXIETY DISORDER NOS
   •Left ankle joint pain
   •NEUROTIC EXCORIATION
   •ANKLE SPRAIN LEFT
   •ESSENTIAL HYPERTRIGLYCERIDEMIA
   •ANOMALIES OF SKIN
   •Abdominal pain
   •ASTHMA
   •POSTSURGICAL STATE OF EYE AND
     ADNEXA
   •Difficulty breathing (dyspnea)
   •SKIN NEOPLASM UNCERTAIN
     BEHAVIOR
   •Removal Of Sutures
   •ASTHMA EXTRINSIC
   •ROSACEA
   •PERIPHERAL RETINAL
     DEGENERATION - LATTICE
   •REFRACTIVE ERROR - MYOPIA
   •ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE AND ONE-HALF TABLETS (75MG) BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 19 May 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

<u>Reason for Appointment:</u>Written by PATSOS,ASHLEY N @ 20 May 2015 0804 EDT
OP GROUP/EST

<u>Screening</u> Written by PATSOS,ASHLEY N @ 20 May 2015 0805 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 20 May 2015 0804
------------------
OP GROUP/EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

<u>Vitals</u>
<u>Vitals</u> Written by PATSOS,ASHLEY N @ 20 May 2015 0805 EDT
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ▮
No vitals taken at SARP treatment.

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 789**

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮ 1985 SSN: ***-**-▮     DoD ID: 1286180538     Created: 30 Oct 2017

**S/O Note** Written by PATSOS,ASHLEY N @ 20 May 2015 0805 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last Updated by PATSOS,ASHLEY N @ 20 May 2015 0810 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):    -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-
           on-one from 0800-0900 to review Individual Treatment Plan.
           -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
           group session from 0900-1100.
           -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
           review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
           assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 21 May 2015 1441 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Out Patient (OP) group appointment.  He is in Week 4, Day 2 of OP Level 1 treatment
which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniel's 11th day of treatment in group. Neither
Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session.  Group began
with Daniel doing his check-in with the group members going over any triggers or cravings he may have had during the past couple
of days
During Daniel's check-in, Daniel stated that he was looking forward to going on a date again tonight with the same girl he went out
with the other day.  He also mentioned during group discussion that before he gets to the point of hating anything, that he uses his
cognitive tools that he learned in residential treatment to better assess what he is going through and to try to find out what the root of
his hatred is all about.
Daniel seemed indifferent regarding his date tonight but became very empathetic and inspired to question and express his thoughts
on the need to not have hateful sentiments towards others.  He was reminded in group to continue working on his ITP.  Daniel is
currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for OP Level Treatment at BNHC-WNY on the 22nd of May 2015 @ 0900
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Note** Written by REGIS,JAMES @ 21 May 2015 1441 EDT
**Individual 1-on-1 session w/Counselor for OP Level 1 Step-Down Treatment**
Daniel arrived on time for his Individual 1-on-1 session with his counselor on Wednesday 20th
of May 2015 from 08:00 to 09:00 (1 hour). This is Daniel's 1-on-1 Individual session for Week #4
of his OP Level 1 Step-Down Treatment at SARP WNY.  He stated that he had a stomach ache
and that he believes that there's something wrong with his digestive system.  Daniel also stated
that his Performance Evaluation for this year continues to be a source of stress for him
because, although they're not received until November 15th, he has to submit it to his CoC by
August (which is just a couple of months away).  He said that he needs to start doing "stuff" so
that he can get a decent evaluation; which is important for him for his career.
Daniel seemed worried and concerned regarding his evaluation.  He appears to be putting a lot
of anxiety on himself to start doing stuff that can positively reflect on his evaluation. At times, he
justified his emotions by saying that if he gets a "Promotable" evaluation (which is a lower
evaluation then the "Must Promote" last year) he can still pick-up the next rank in his rate even
with that "Promotable" evaluation.
 Daniel continues to attend AA meetings and incorporate his abstinence tools towards his
sobriety. He was reminded  to continue working on his ITP.  Daniel is currently addressing
Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from
alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0835

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

Next scheduled appointment for Daniel will for his Level 1 OP Group here at WNY on May 20th 2015 @ 09:00
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 21 May 2015 1443
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 21 May 2015 1451

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 791**

AR 0836

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*18 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M*

Encounter ID:    BETH-20841809    Primary Dx:    GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **18 May 2015 1300 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **GRP**
Provider: **MELTON,APRIL M**

AutoCites Refreshed by MELTON,APRIL M @ 19 May 2015 0823 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- family history of heart disease (General FHx)
- no family history of cancer (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of patient counseling (General FHx)
- family history of the options include referral (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Social History**
No Social History Found.

**Reason for Appointment:**
CBT-i
**Appointment Comments:**
bst

Note Written by MELTON,APRIL M @ 19 May 2015 0826 EDT
**Group Therapy Note**

**Date:   18 May 15**
**Time w/Patient 1300-1400**

**Purpose of Group:**

Group members will learn and utilize CBTi components and follow healthy sleep guidelines to assist in managing insomnia.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 792**

AR 0837

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

The group will also serve as opportunity for group members to share their experiences and gain support from others.

**Brief Summary of content of session #4- last session:**

Members discussed past week and changes/challenges they have made and come across with incorporating CBTi components, sleep hygiene, completing sleep log and keeping to their calculated sleep window.
Agenda for session four: briefly discussed how thinking influences sleep and how to think in ways that promote sleep, discussed changing dysfunctional core beliefs, ways to quiet the mind (buffer zone). Continued to discuss sleep diary and importance of completing every week for maximum opportunity to improve sleep quantity and quality. Reviewed sleep log, how to calculate Sleep Efficiency for using sleep training/restriction and completed Sleep Need Questionnaire in order to identify if sleep widow should be modified. Encouraged group members to cont to use sleep log and calculate SE on their own if needed. Gave group members as needed extra sleep logs, Sleep need questionnaires, and Addressing Insomnia in the Future handout.

**Summary of Patient Information and Participation:**

SM reports he continues to use the CBTi app on his phone which helps him record his sleep and automatically calculates his sleep efficiency. Reports his sleep efficiency is ~ 92% and his sleep widow is 930pm-530am. Reports the behavioral and cognitive changes he has made has helped him get better quality and quantity sleep. He cont to reports getting out of bed at the scheduled time is somewhat difficult, but is trying to make it a habit.
He reports he is not as tired throughout the day. Reports he will cont to use the CBTi app and has found it helpful.

**Pain:** None reported

**Mental Status:** SM presented to the group dressed appropriately in civilian attire.
His mood was euthymic and affect was congruent with mood. Speech was logical and goal directed with no evidence of loosened associations or flight of ideas. Thought processes were deemed to be intact with no evidence of hallucinations or delusions.

**Risk Assessment:** SM did not report any SI/HI. Status will continue to be monitored in group and also by individual providers.

**Plan:** last session- informed group members of future CBTi group sessions and encouraged members to attend for refresher or contact group leader for questions/concerns
Other treatment modalities (e.g. medication management, individual treatment) will continue as planned.

A/P Written by MELTON,APRIL M @ 19 May 2015 0825 EDT
**1. GENERALIZED ANXIETY DISORDER**
       Procedure(s):      -Psychiatric Therapy Group Interactive x 1

Disposition Written by MELTON,APRIL M @ 19 May 2015 0826 EDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 793**

AR 0838

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Signed By  MELTON, APRIL M** (LCSW-C, Social Worker, 295-4427, Pin# 1085970) @ 19 May 2015 0827

AR 0839

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *18 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20826838    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **18 May 2015 0848 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: Outpatient

AutoCites Refreshed by GONZALEZZARAZUA,JORGE A @ 18 May 2015 1033 EDT
**Problems**                                                           **Allergies**
•ALCOHOL DEPENDENCE WITH                                               •OTHER: Unknown (SEE MED RECORD)
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 18 May 2015 0848 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 18 May 2015 0937 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 18 May 2015 0848

OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 18 May 2015 0937 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ▮
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 18 May 2015 0938 EDT
**History of present illness**
     The Patient is a 30 year old male.

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 795**

AR 0840

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last updated by GONZALEZZARAZUA,JORGE A @ 18 May 2015 1034 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

| Procedure(s): | -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100.<br>-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered. |
| Laboratory(ies): | -ETG/ETS, UA (250 CUT-OFF) (Routine) Ordered By: GONZALEZZARAZUA,JORGE A Ordering Provider: AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: GONZALEZZARAZUA,JORGE A Ordering Provider: AILOR, LYNNE P |

**Disposition** Last Updated by REGIS,JAMES @ 19 May 2015 1224 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Out Patient (OP) group appointment. He is in Week 4, Day 1 of OP Level 1 treatment
which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniel's 10th day of treatment in group. Neither
Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session. Group began
with Daniel doing his introduction to 2 new group members followed by his check-in going over any triggers or cravings he may have
had during the past couple of days
During Daniel's check-in, Daniel stated that he went on another date to a bar last week with another young lady that he met on line.
Daniel stated that he found himself again sitting at a bar conversing with his date who was drinking and that he had no desire to
drink. Daniel also stated that he really likes this girl because she is into sci-fi like he is which he says is rare. Daniel later said that
he knew he cared about this girl because he became nervous around her which showed him that he really liked her.
Daniel seemed delighted and peaceful about his date and how successful it turned out. He continues to ask inquisitive and detailed
questions in group. Daniel remains adamant when it comes to his programming project. He was reminded in group to continue
working on his ITP. Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and
abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for a 1-on-1 Individual session with his counselor on the 20th of May 2015 @ 0800
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

---

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 19 May 2015 1224
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 19 May 2015 1347

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by GONZALEZZARAZUA,JORGE A @ 18 May 2015 1034 EDT:*
The A/P section was last updated by GONZALEZZARAZUA,JORGE A @ 18 May 2015 1034 EDT - see above.Previous Version of A/P section was entered/updated by
PATSOS,ASHLEY N @ 18 May 2015 0939 EDT.
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100.
                     -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall
                     SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall
                     service delivered.

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 796**

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

### *15 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20811912    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**        Date: **15 May 2015 0818 EDT**        Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**        Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by REGIS,JAMES @ 15 May 2015 1319 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 15 May 2015 0818 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 15 May 2015 0824 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 15 May 2015 0818

OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 15 May 2015 0825 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ██████████
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 15 May 2015 0825 EDT
**History of present illness**
    The Patient is a 30 year old male.

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-██    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 797**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

The patient attended the Outpatient Treatment Program (OP).

---

**A/P** Last Updated by PATSOS,ASHLEY N @ 15 May 2015 0827 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
　　Procedure(s):　　　-ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
　　　　　　　　　　　group session from 0900-1100.
　　　　　　　　　　　-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
　　　　　　　　　　　review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
　　　　　　　　　　　assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 15 May 2015 1320 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Out Patient (OP) group appointment.  He is in Week 3, Day 3 of OP Level 1 treatment
which meets from 0900-1100, total of 2 hours here at SARP-WNY.  Today was Daniel's 9th day of treatment in group. Neither Daniel
nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session.  Group began with
Daniel doing his check-in to the group members going over any triggers or cravings he may have had during the past couple of days
During Daniel's check-in, Daniel stated that he went to a bar last night on a date with a young lady that he met on line.  Daniel stated
that this was the first time that he found himself actually sitting at a bar conversing with his date who was drinking.  Daniel stated
even though the bartenders came around a couple of time asking him if he wanted a drink, he insisted on just water.  Regarding the
topic of Peer Pressure that came up in group today, Daniel stated that he too would use a lie as a way to defuse him not drinking.
Specifically, Daniel said that he would say he has "diabetes" and that he cannot drink.
Daniel seemed blissful about his night and the fact that he didn't have any urge to drink.  He stated that he was able to concentrate
on his date and getting to befriend her.  Daniel continues to appear self-reliant and assertive when it comes to his programming
project.  Daniel was reminded in group to continue working on his ITP.  Daniel is currently addressing Problem 3, Objectives 1
through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for OP Level Treatment at BNHC-WNY on the 18th of May 2015 @ 0900
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

---

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 15 May 2015 1320
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 15 May 2015 1346

---

| Anderson, Daniel Dennis | DOB: ▇▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.　　　**Page 798**

AR 0843

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

## *14 May 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:    BETH-20800148    Primary Dx:    GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **14 May 2015 0900 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **EST**
Provider: **ZEMBRZUSKA,HANNA
DOMINIKA**

<u>AutoCites</u> Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 14 May 2015 1622 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**

**04 May 2015 0922**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=250 |

**04 May 2015 0922**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Not-Detected) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**28 Apr 2015 0958**

| Comprehensive Metabolic Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Albumin | SERUM | 5.1 | g/dL | (3.5-5.2) |
| Alkaline Phosphatase | SERUM | 70 | U/L | (40-129) |
| Alanine Aminotransferase | SERUM | 33 | U/L | (0-41) |
| Bilirubin | SERUM | 0.3 | mg/dL | (0-1.2) |
| Urea Nitrogen | SERUM | 13.4 | mg/dL | (6-20) |
| Calcium | SERUM | 9.9 | mg/dL | (8.6-10.2) |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) |
| Chloride | SERUM | 101 | mmol/L | (98-107) |
| Creatinine | SERUM | 0.97 | mg/dL | (0.7-1.2) |
| Glucose | SERUM | 90 | mg/dL | (74-106) |
| Potassium | SERUM | 4.6 | mmol/L | (3.5-5.1) |
| Protein | SERUM | 7.7 | g/dL | (6.6-8.7) |
| Sodium | SERUM | 143 | mmol/L | (136-145) |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 104.3 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 120.6 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 26 | U/L | (0-40) |

**20 Apr 2015 0012**

| ETG/ETS, UA (500 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <o> | ng/mL | Cutoff=500 |

**20 Apr 2015 0012 <o>**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 799**

AR 0844

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| Cannabinoids | URINE | not detected <i> | (Not-detected) |
| Methadone | URINE | not detected <i> | (Not-detected) |
| Oxycodone | URINE | not detected <i> | (Not-detected) |

**Rads**
No Rads Found.

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**Vitals**
**Vitals** Written by NEFF,JOANNE S @ 14 May 2015 0908 EDT
 BP: 121/79,   HR: 69,   RR: 16,   T: 97.2 °F

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 15 May 2015 0806 EDT
**History of present illness**
    The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

  30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Navy Information Operations Command (NIOC) at Fort Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder presents for f/u appt after Zoloft was increased to 75mg daily and he was started on Melatonin. Pt reports that his depressed mood has lifted and he is happier more often, but it is not consistent. He reports no difference in his anxiety, however, he has become more focused and productive. He wants to be a positive role model for others struggling with alcohol. He is again interested in volunteering which is something he did at the prime of his military career. He has been working on his computer game, created an LLC, and is tracking his hours working on the game. He continues to have anxious ruminations about work which lead to initial insomnia. He has been taking Melatonin at bedtime, but does not want to take it every night. He has been attending CBT-I group and using the CBT-I app both of which he has found helpful. He no longer reads his phone prior to bedtime. Sleeping about 7 hours per night. He reports sexual side effects (decreased interest) from Zoloft, but feels that this is beneficial since sex has been a distraction for him in the past.


  From SARP note: The SM self-referred for SARP evaluation due to his growing concern about his drinking and inability to stop. According to the SM, his alcohol of choice is vodka.  He prefers to drink alone at home.  His drinking frequency is daily.  He reported an increase in his drinking, over the past 8 months, to daily drinking.  He described drinking 2 re on 16JUN2014 and was diagnosed with GAD and neurotic excoriation (scalp picking when anxious). He was then referred to a LCSW at WRNMMC for therapy and attended therapy sessions until 30OCT2014. He was then command referred to SARP on 17MAR2015 and diagnosed with Alcohol Use Disorder, moderate to severe. SARP referred pt to a 28 day inpatient alcohol rehab at Ft. Belvoir from which the pt was discharged at the end of April 2015.
    Medication list reviewed with patient, reconciliation completed, and list given to patient.
    Visit is not deployment-related.
  Pain Severity  0 / 10.
**Allergies**
Current Allergies Reviewed. NKDA.
**Current medication**

  Zoloft 75mg daily
Melatonin for insomnia.
**Past medical/surgical history**
**Reported:**
    Recent Events: Medication compliance.
    Medical: Reported medical history Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)
     and psychiatric history
    *  THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014.
        She documented Anxiety Disorder, NOS.  The SM indicated that he discontinued his participation in treatment due to the
        limited impact of these visits.
    *  MEDS: Denies other medication trials
    *  INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft.
        Belvoir.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 800**

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

* SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior.

Family history:
F: Alcohol use disorder
M: depression
Sister#1: depression, hx of suicide attempts
Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children
Maternal grandmother: bipolar

**Personal history**
Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6 y/o). He and his two sisters were raised by their father, whose employment challenges qualified them for welfare. There was also a tumultuous home environment. Father was not involved with his children and was emotionally/physically abusive. Pt felt that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself. He left his family abruptly, upon graduation from high school, in 2003. Moved out of state and enrolled in college. He found himself ul experience from the past or avoid having feelings related to it?
[1 ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ 0 ] Trouble remembering important parts of a stressful experience from the past?
[0 ] Loss of interest in things that you used to enjoy?
[0 ] Feeling distant or cut off from other people?
[2 ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[0 ] Feeling as if your future will somehow be cut short?
[0 ] Trouble falling or staying asleep?
[1 ] Feeling irritable or having angry outbursts?
[ 1 ] Having difficulty concentrating?
[1 ] Being 'super alert' or watchful on guard?
[ 0 ] Feeling jumpy or easily startled?

Add point values from each response. TotaD.
Behavioral: Caffeine use 16 oz tea/day and never a smoker  / Never Used Tobacco Products.
Alcohol: Not using alcohol Not currently.
**Subjective**

NO Learning Disability, Language or Learning Barriers.
Additional Screening Questions:

Are you having any thoughts about harming another person? Denies
Do you feel like you are at risk for workplace violence? Denies

**Review of systems**


No current substance use symptoms
No current cognitive symptoms
No current psychotic symptoms


**Physical findings**
**General Appearance:**
   ° Alert. ° Well developed. ° Well nourished. ° In no acute distress.
**Neurological:**
   ° No disorientation was observed, oriented x3. ° No hallucinations. ° Memory was unimpaired. ° Remote memory was not impaired. ° Recent memory was not impaired. ° Judgement was not impaired.
   Speech: ° Normal, regular rate, non-pressured. ° Rate was not slowed. ° Not pressured. ° Tone was not a monotone.
**Psychiatric:**
   Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative. ° No psychomotor retardation. ° Behavior demonstrated no psychomotor agitation. ° No decreased eye-to-eye contact was observed.
   Mood: • Dysthymic. • Anxious. ° Not depressed.
   Affect: • Abnormal anxious. ° Not labile. ° Not flat. ° Not constricted. ° Showed no irritability.
   Thought Processes: ° Not impaired, they were linear, logical, and goal directed. ° Attention demonstrated no abnormalities. ° Attention span was not decreased.
   Thought Content: ° Insight was intact. ° No delusions. ° No suicidal ideation. ° No suicidal plans. ° No suicidal intent. ° No homicidal ideations. ° No homicidal plans. ° No homicidal intent.
   Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0846

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

Non-Modifiable:
Gender (risk factor if male): Y
H/O Suicide Attempts:Y
Organized Plan:N
Chronic Psychiatric Disorder:Y
Recent Psychiatric Hospitalization: RECENT REHAB
H/O Abuse or Trauma:Y
Chronic Physical Illness:N
Family H/O Suicide/Attempts:Y
Other Recent Loss:N
Chronic Pain:N
Age (risk factor if <25 or >60):N

Modifiable:
Suicidal ideation/plans/intent:N
Access to Lethal Means:N
Poor Treatment Compliance:N
Hopelessness:?
Psychic Pain/Anxiety:Y
Acute Event:N
Insomnia:N
Low Self-Worth:Y
Impulsivity:N
Substance Abuse:Y
Financial Stress:Y, PAYING OFF DEBT
Legal Stress:N

Protective:
Strong Therapeutic Alliance:Y
Positive Coping Skills:Y
Responsible to/for Family:Y
Responsible to/for Pet:N
Frustration Tolerance:Y
Resilience:Y
Good Reality Testing:Y
Amenable to Treatment:Y
Social Support:Y

Risk of Harm to Others: DENIES

Action Taken Based on Risk Assessment:
[ X ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:
**Therapy**
- Duration of the encounter 30 min.
**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist: SARP
Medication Prescriber: ZEMBRZUSKA
Group Therapist: MELTON FOR CBT-I

Additional Provider and treatment: SARP at Washington Navy Yard

Date last updated: 14MAY2015
Reviewed with patient on: same
Does patient agree with plan? Yes
If not, what part?
Projected date of next treatment plan update: f/u in 1 month
Discussion of assessment and intervention
Tx Plan cont'd:

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 802

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

(23APR2015) PHQ-9 = 4, GAD-7 = 5, PCL-C = 13

Diagnosis
Generalized Anxiety Disorder
Alcohol Use Disorder, moderate to severe

Active Problem List:
1. Anxiety, worry, irritability
2. Depressed/apathetic mood
3. Insomnia

Long-Term Goals:

1. Improve relationship/increase social support from mother and sister
2. Improve financial knowledge/pay off debts
Discussion of risk of assessment and intervention
Interventions Provided at this session:

Objective 1 (Corresponds to Goal # ): Anxiety, worry, irritability
-
Interventions:
1. Continue Zoloft 75mg daily. Discussed r/b/se.
2. Continue SARP.
3. Will discuss pt being referred for individual therapy for CBT at next session.
4. R/o OCD.

Objective 2 (Corresponds to Goal # ): Depressed/apathetic mood
-
Interventions:
1. Continue Zoloft 75mg daily. Discussed r/b/se.
2. Continue SARP.
3. Will discuss pt being referred for individual therapy for CBT at next session.

Objective 3 (Corresponds to Goal # ): Insomnia
-
Interventions:
1. Continue Melatonin QHS prn insomnia
2. Pt to continue using CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and decrease ruminative thoughts
3. Continue CBT-I group with Ms. Melton at WRNMMC.

Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.

**A/P** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 15 May 2015 0802 EDT
**1. GENERALIZED ANXIETY DISORDER** 300.02
   Procedure(s):        -(90833) Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
**2. ALCOHOL DEPENDENCE (ALCOHOLISM)** 303.90

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 15 May 2015 0807 EDT
**Released w/o Limitations**
**Follow up:** 1 month(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 15 May 2015 0807

AR 0848

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *13 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:  BETH-20783265   Primary Dx:   ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**       Date: **13 May 2015 0800 EDT**      Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**      Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 15 May 2015 0758 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 13 May 2015 0800 EDT
OP GROUP/EST

**Screening** Written by PATSOS,ASHLEY N @ 13 May 2015 0801 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 13 May 2015 0800
——————————
OP GROUP/EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 13 May 2015 0802 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ▓▓▓▓
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 13 May 2015 0802 EDT
**History of present illness**

Anderson, Daniel Dennis    DOB: ▓▓ 1985  SSN: ***-**-  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 804**

AR 0849

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

A/P Last Updated by PATSOS,ASHLEY N @ 13 May 2015 0804 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

Procedure(s):    -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-on-one from 0800-0900 to review Individual Treatment Plan.

-ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100.

-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

Disposition Last Updated by REGIS,JAMES @ 15 May 2015 0759 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: Daniel arrived on time for his Out Patient (OP) group appointment. He is in Week 3, Day 2 of OP Level 1 treatment which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniel's 8th day of treatment in group. Neither Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session. Group began with Daniel doing his check-in to the group members going over any triggers or cravings he may have had during the past couple of days During Daniel's check-in, Daniel stated how excited he was because he had just set up a date for after group with a girl that he's been talking to online. He stated that whether anything happens with her or not, he is OK with that fact. Daniel also mentioned how the Navy is his only family and it's what has validated him throughout these years. He continued to say that the Navy is "all that he has".

Daniel seemed very suspicious and cynical while describing his date. He showed signs of why he has very little belief in his self-worth. However, while he was describing his programing abilities, Daniel continues to appear self-reliant and assertive. Daniel was reminded in group to continue working on his ITP. Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.

Daniel showed no evidence of SI/HI/ATV

Next scheduled appointment for Daniel will be for OP Level Treatment at BNHC-WNY on the 15th of May 2015 @ 0900
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

Note Written by REGIS,JAMES @ 15 May 2015 0800 EDT
**Individual 1-on-1 session w/Counselor for Week #3 OP Level 1 Treatment**

Daniel arrived on time for his Individual 1-on-1 session with his counselor on Wednesday 13th of May 2015 from 08:00 to 09:00 (1 hour). This is Daniel's 1-on-1 Individual session for Week #3 of his OP Level 1 Treatment at SARP WNY. He stated that he just set up a lunch date with a friend of his. Daniel then stated that, although he is looking forward to seeing his date that he doesn't think she will find him to be "her type" nor like him because she's very attractive. This he explains is directly attributed to his concerns of self-worth along with his anxiety issues that he feels he has to continue working on. Daniel also stated that he continues to write the program for his game which he admits will give him recognition and will validate him as being essential.

Daniel seemed excited and enthusiastic about his lunch date but immediately appeared cautious suspicious when thoughts of his self-worth arose. He continues to show passion for his company and the development of his gaming software along with extreme eagerness to succeed and to be validated.

Daniel continues to attend AA meetings and incorporate his abstinence tools towards his sobriety. He was reminded to continue working on his ITP. Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.

Daniel showed no evidence of SI/HI/ATV

Next scheduled appointment for Daniel will for his Level 1 OP Group here at WNY on May 11th 2015 @ 09:00

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 805**

AR 0850

**Medical Record**

Anderson, Daniel Dennis        DOB: ▮ 1985  SSN: ***-**-▮        DoD ID: 1286180538        Created: 30 Oct 2017

Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 15 May 2015 0803
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 15 May 2015 0827

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *11 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M*

Encounter ID:     BETH-20774303     Primary Dx:          GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**      Date: **11 May 2015 1300 EDT**          Appt Type: **GRP**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**               Provider: **MELTON,APRIL M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by MELTON,APRIL M @ 12 May 2015 1135 EDT

| Problems | Family History |
|---|---|
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •family medical history (General FHx) •family history of heart disease (General FHx) |
| •MAJOR DEPRESSION RECURRENT MODERATE | •no family history of cancer (General FHx) •family history of diabetes mellitus (General FHx) |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | •family history of mental illness (not retardation) (General FHx) |
| •NEUROTIC EXCORIATION | •family history of patient counseling (General FHx) |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | •family history of the options include referral (General FHx) |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | •paternal history of preliminary background HPI [use for free text] (Father) |
| •Removal Of Sutures | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | •family history of supplemental HPI [use for free text] (General FHx) |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | •no family history of malignant neoplasm of the large intestine (General FHx) |
| •REFRACTIVE ERROR - MYOPIA | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) |
| •ALLERGIC RHINITIS | •no family history of chronic liver disease (General FHx) |

**Social History**
No Social History Found.

**Reason for Appointment:**
CBT-i
**Appointment Comments:**
bst

**Note** Written by MELTON,APRIL M @ 12 May 2015 1138 EDT
**Group Therapy Note**

**Date:       11 May 15**
**Time w/Patient 1300-1400**

**Purpose of Group:**

Group members will learn and utilize CBTI components and follow healthy sleep guidelines to assist in managing insomnia.
The group will also serve as opportunity for group members to share their experiences and gain support from others.

**Brief Summary of content of session #3:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page 807

AR 0852

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

Members discussed past week and changes/challenges they have made and come across with incorporating CBTi components, sleep hygiene, completing sleep log and keeping to their calculated sleep window. Agenda for session three: discussed how thinking influences sleep and how to think in ways that promote sleep, discussed changing dysfunctional core beliefs, ways to quiet the mind (buffer zone) and practiced and provided hand out of pleasant imagery exercise. Continued to discuss sleep diary and importance of completing every week for maximum opportunity to improve sleep quantity and quality. Reviewed sleep log, how to calculate Sleep Efficiency for using sleep training/restriction this week and identified sleep window for several members to begin sleep restriction.

**Summary of Patient Information and Participation:**

SM reports he continues to use the CBTi app on his phone which helps him record his sleep and automatically calculates his sleep efficiency. Reports his sleep efficiency is ~ 92% and his sleep widow is 930pm-5am. Reports he is having a hard time getting out of bed in the morning when his alarm wakes up and is not going to bed every night when he at scheduled time. He reports he is not as tired throughout the day. Reports he will work on this but notices that he is getting to sleep faster, as he is not using his phone to watch news or be stimulated right before bed.
Agreed to complete Sleep Log this week and attend next group session.

**Pain:** None reported

**Mental Status:** SM presented to the group dressed appropriately in civilian attire.
His mood was euthymic and affect was congruent with mood. Speech was logical and goal directed with no evidence of loosened associations or flight of ideas. Thought processes were deemed to be intact with no evidence of hallucinations or delusions.

**Risk Assessment:** SM did not report any SI/HI. Status will continue to be monitored in group and also by individual providers.

**Plan:** Continue with group meetings 4 weeks
Other treatment modalities (e.g. medication management, individual treatment) will continue as planned.

A/P Written by MELTON,APRIL M @ 12 May 2015 1137 EDT
**1. GENERALIZED ANXIETY DISORDER**
           Procedure(s):          -Psychiatric Therapy Group Interactive x 1

Disposition Written by MELTON,APRIL M @ 12 May 2015 1137 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCHIATRY BE clinic. - Comments: 1wk
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  MELTON, APRIL M (LCSW-C, Social Worker, 295-4427, Pin# 1085970) @ 12 May 2015 1139

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0853

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓▓ 1985  SSN: ***-**-▓▓     DoD ID: 1286180538     Created: 30 Oct 2017

*11 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:     BETH-20756996     Primary Dx:     ALCOHOL DEPENDENCE
(ALCOHOLISM)

Patient: **MERWIN, DANIEL DENNIS**          Date: **11 May 2015 1055 EDT**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**          Appt Type: **GRP**
**NAVY YARD**                                                              Provider: **REGIS,JAMES**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 15 May 2015 0746 EDT
  **Problems**
  •ALCOHOL DEPENDENCE WITH
       CONTINUOUS DRINKING
       BEHAVIOR
  •MAJOR DEPRESSION RECURRENT
       MODERATE
  •ANXIETY DISORDER NOS
  •Left ankle joint pain
  •NEUROTIC EXCORIATION
  •ANKLE SPRAIN LEFT
  •ESSENTIAL HYPERTRIGLYCERIDEMIA
  •ANOMALIES OF SKIN
  •Abdominal pain
  •ASTHMA
  •POSTSURGICAL STATE OF EYE AND
       ADNEXA
  •Difficulty breathing (dyspnea)
  •SKIN NEOPLASM UNCERTAIN
       BEHAVIOR
  •Removal Of Sutures
  •ASTHMA EXTRINSIC
  •ROSACEA
  •PERIPHERAL RETINAL
       DEGENERATION - LATTICE
  •REFRACTIVE ERROR - MYOPIA
  •ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by BROWN,CYNTHIA E @ 11 May 2015 1055 EDT
OP GROUP

**Screening** Written by BROWN,CYNTHIA E @ 11 May 2015 1127 EDT
**Reason For Appointment:** Notes Entered by: BROWN,CYNTHIA 11 May 2015 1055

OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by BROWN,CYNTHIA E @ 11 May 2015 1127 EDT
Tobacco Use: No,    Alcohol Use: No.    Pain Scale: 0 Pain Free
**Comments:** Language: English
Contact Number: ▓▓▓▓▓▓
No vitals taken at SARP

**S/O Note** Written by BROWN,CYNTHIA E @ 11 May 2015 1128 EDT
**Reason for Visit**
OP Group.

Anderson, Daniel Dennis     DOB: ▓▓ 1985  SSN: ***-**-▓▓     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
                                                                                                        **Page 809**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-*▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

A/P Last Updated by BROWN,CYNTHIA E @ 11 May 2015 1131 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**

Procedure(s):       -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
group session from 0900-1100
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
review and update the overall SARP Clinical Record. In additional services to help assist the patient and
to monitor treatment progress and overall service delivered.

Disposition Last Updated by REGIS,JAMES @ 15 May 2015 0747
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Out Patient (OP) group appointment. He is in Week 3, Day 1 of OP Level 1 treatment
which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniel's 7th day of treatment in group. Neither Daniel
nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session. Group began with
the introduction of 1 new group member and a review of group rules followed by a brief discussion concerning phobias and pet
peeves of the group.
During Daniel's introduction, Daniel stated that although he bites his nails and picks at his hair, that he is very conscious when other
people do that around him. He stated that he doesn't bite them as much now because of his braces but before he had his braces;
he explained how he was always doing it. Daniel went on to tell another group member that she would have hated him because he
would be biting his nails all the time.
Daniel continues to appear very attentive to the groups needs by continuing to take on the "fixer" role and attempting to solve
different issues that arises in group. He seems very insightful on both his current situation and that of the group. Daniel was
reminded in group to continue working on his ITP. Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by
attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for a 1-on-1 Individual session with his counselor on the 13th of May 2015 @ 08:00
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By REGIS, JAMES (Para-Professional, SARP WNY) @ 15 May 2015 0747**
**Co-Signed By BROWN, CYNTHIA E (Paraprofessional) @ 15 May 2015 0751**

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by REGIS,JAMES @ 15 May 2015 0747 EDT:*
The Disposition section was last updated by REGIS,JAMES @ 15 May 2015 0747 EDT - see above.Previous Version of Disposition section was entered/updated by
BROWN,CYNTHIA E @ 11 May 2015 1131 EDT.
**Released w/o Limitations**

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-*▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 810**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

---

### *08 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-20738346    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **08 May 2015 0853 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**    A
Patient Status: Outpatient

AutoCites Refreshed by GONZALEZZARAZUA,JORGE A @ 08 May 2015 1424 EDT
**Problems**                                          **Allergies**
•ALCOHOL DEPENDENCE WITH                               •OTHER: Unknown (SEE MED RECORD)
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 08 May 2015 0853 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 08 May 2015 0907 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 08 May 2015 0853

---
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 08 May 2015 0908 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: 850-969-7239
No vitals taken at SARP treatment.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 811**

**Medical Record**

Anderson, Daniel Dennis ___ DOB: ▓▓▓ 1985  SSN: ***-**-▓▓▓ ___ DoD ID: 1286180538 ___ Created: 30 Oct 2017

**S/O Note** Written by PATSOS,ASHLEY N @ 08 May 2015 0911 EDT
**History of present illness**
     The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last Updated by PATSOS,ASHLEY N @ 08 May 2015 0912 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
             Procedure(s):           -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
                                      group session from 0900-1100.
                                      -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                                      review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                                      assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 08 May 2015 1425 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group
appointment. He is in Week 2, Day 3 of OP treatment attending from 0900-1100, total of 2 hours. The group started off by doing a
check-in and summarizing their current emotional state with a feeling word. Daniel and the rest of the group member also shared
their respective plans for the upcoming weekend, providing insight and support to each other.
Daniel shared that he is excited about his upcoming weekend and states that he has quite a bit of work planned. He shared that he
is working on developing a computer game and has set aside a few hours each morning and afternoon to sit down and write code
for his game. He also states that he will be attending a Nerf gun event called Zombies vs Humans on Saturday which is a fun way to
do Nerf gun battles. He also mentioned that he will be attending a couple self-help meetings each day to satisfy the requirements of
his ITP.
Daniel appears comfortable in the group setting, engaging well with others and being vocal about what others are sharing or
planning on doing. His check-in and sharing are mostly on the short side and rather vague. Daniel addressed Problem 1, Objective
1 and 2 of his ITP by attending his group session on time and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled apt 11 May 2015 @ 0900.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By GONZALEZZARAZUA, JORGE A (PARAPROFESSIONAL) @ 08 May 2015 1426**
**Co-Signed By BROWN, CYNTHIA E (Paraprofessional) @ 08 May 2015 1506**

Anderson, Daniel Dennis ___ DOB: ▓▓▓ 1985  SSN: ***-**-▓▓▓ ___ DoD ID: 1286180538 ___ Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 812**

AR 0857

**Medical Record**

| Anderson, Daniel Dennis | DOB: █████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *07 May 2015 at WRNMMC, Int Med CL C Medical Home BE by ARGUINZONI, JUAN B.*

Encounter ID:    BETH-20730612    Primary Dx:    ALCOHOL ABUSE - IN REMISSION

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 May 2015 1330 EDT**
Clinic: **INT MED MEDICAL HOME CL C BE**

Appt Type: **EST**
Provider: **ARGUINZONI,JUAN B.**

**AutoCites** Refreshed by OYAWALE,BIDEMI R @ 07 May 2015 1304 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
Physical Exam (SARP Related - Navy Yard), Dermatology issue as well
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by OYAWALE,BIDEMI R @ 07 May 2015 1302 EDT
BP: 122/72,    HR: 76,    RR: 16,    T: 97.8 °F,    HT: 69 in,    WT: 161 lbs,    SpO$_2$: 99%,    BMI: 23.78,
BSA: 1.884 square meters,    Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

**Questionnaire AutoCites** Refreshed by OYAWALE,BIDEMI R @ 07 May 2015 1304 EDT
**Questionnaires**

Anxiety & Depression Screening Version: 1 Completed On: 07 May 2015
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Not at all
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Not at all
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Not at all
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Not at all
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Not at all

**S/O Note** Written by ARGUINZONI,JUAN B. @ 07 May 2015 1835 EDT
**History of present illness**
      The Patient is a 30 year old male.

<<Note accomplished in TSWF-CORE>>

30 y/o male (PCM Ms Austin) who comes to clinic for physical exam for SARP (Substance Abuse Rehabilitation Program). Patient used to drink 7-8 mixed drinks a day (rum, vodka) and was hospitalized for inpatient program at Fort Belvoir and discharged on 22 april 15 (his last etoh intake was 25 march 15). At present is on SARP program at Navy Yard. He takes sertraline for generalized anxiety disorder. Has had patches of dry skin on scalp and is requesting dermatology consult. Feels fine otherwise and has no other complaints.
      Medication list reviewed with patient, reconciliation completed.
**Allergies**
Allergies Verified and Updated
NKDA

**Current medication**
Including OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day
.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history
      GAD
      alcohol dependence in remission
.
      Surgical / Procedural: Surgical / procedural history
      PRK

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 813**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Tosillectomy

**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.

**Family history**
    Family medical history
    DM father, PGM
    MI father
    hypertension father
    melanoma father

**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.

**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Neck:**
    Appearance: ° Of the neck was normal.
    Palpation: ° No tenderness of the neck.
    Thyroid: ° Showed no abnormalities.
**Eyes:**
    General/bilateral:
        Pupils: ° PERRL.  ° Size of the pupil was normal.  ° Pupil accommodation was not impaired.
        External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
        External Auditory Canal: ° External auditory meatus normal.
    Right Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
    Left Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
**Nose:**
    General/bilateral:
        Discharge: ° No nasal discharge seen.
        External Deformities: ° No external nose deformities.
        Cavity: ° Nasal septum normal.  ° Nasal mucosa normal.  ° Nasal turbinate not erythematous.  ° Nasal turbinate not
            swollen.
        Sinus Tenderness: ° No sinus tenderness.
**Oral Cavity:**
    Lips: ° Showed no abnormalities.
    Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
    Oropharynx: ° Normal.  ° Tonsils showed no abnormalities.
**Lymph Nodes:**
    ° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes
        were not enlarged.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 814**

AR 0859

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

° Clear to auscultation. ° No wheezing was heard. ° No rhonchi were heard. ° No rales/crackles were heard.
**Cardiovascular:**
  Heart Rate And Rhythm: ° Normal.
  Heart Sounds: ° Normal S1 and S2. ° No gallop was heard. ° No click was heard. ° No pericardial friction rub heard.
  Murmurs: ° No murmurs were heard.
**Abdomen:**
  Visual Inspection: ° Abdomen was not distended.
  Auscultation: ° Bowel sounds were not diminished or absent.
  Palpation: ° Abdomen was soft. ° No abdominal guarding. ° Abdominal non-tender. ° No mass was palpated in the abdomen.
  Liver: ° Normal to palpation.
  Spleen: ° Normal to palpation.
  Hernia: ° No hernia was discovered.
**Musculoskeletal System:**
  Functional Exam:
    General/bilateral: ° Mobility was not limited.
  Other:
    General/bilateral: ° No muscle tenderness.
**Neurological:**
  Sensation: ° No sensory exam abnormalities were noted.
  Motor (Strength): ° Strength of the upper extremities was normal. ° No lower extremity weakness was observed.
  Balance: ° Normal.
  Gait And Stance: ° Normal.
  Reflexes: ° Deep tendon reflexes were normal.
**Skin:**
  - Skin: two areas of alopecia on scalp.
**Practice Management**
  Preventive medicine services
  Lipid Screening -
  Diabetes Screening -
  Aspirin Prophylaxis -
  HIV Screen -
  Colonoscopy -

  Tetanus (Td/Tdap) - 2013
  Influenza Vaccine - oct 2014
  Zoster Vaccine -
  Pneumococcal Vaccine -
  HPV Vaccine -

  Men:
  Aortic Aneurysm Screen (if ever a smoker) -
  ..............

**Lab Result** Cited by ARGUINZONI,JUAN B. @ 07 May 2015 1844 EDT

| Comprehensive Metabolic Panel | Site/Specimen | 28 Apr 2015 0958 |
|---|---|---|
| Albumin | SERUM | 5.1 |
| Alkaline Phosphatase | SERUM | 70 |
| Alanine Aminotransferase | SERUM | 33 |
| Bilirubin | SERUM | 0.3 |
| Urea Nitrogen | SERUM | 13.4 |
| Calcium | SERUM | 9.9 |
| Carbon Dioxide | SERUM | 29 |
| Chloride | SERUM | 101 |
| Creatinine | SERUM | 0.97 |
| Glucose | SERUM | 90 |
| Potassium | SERUM | 4.6 |
| Protein | SERUM | 7.7 |
| Sodium | SERUM | 143 |
| Anion Gap | SERUM | 13 |
| GFR Calculated Non-Black | SERUM | 104.3 |
| GFR Calculated Black | SERUM | 120.6 <i> |
| Aspartate Aminotransferase | SERUM | 26 |

**Lab Result** Cited by ARGUINZONI,JUAN B. @ 07 May 2015 1844 EDT

| Drug Abuse Screen | Site/Specimen | 04 May 2015 0922 |
|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED. **Page 815**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

| | | |
|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> |
| Barbiturates | URINE | NEGATIVE <i> |
| Benzodiazepines | URINE | NEGATIVE <i> |
| Cocaine | URINE | NEGATIVE <i> |
| Opiates | URINE | NEGATIVE <i> |
| Phencyclidine, UA | URINE | NEGATIVE <i> |
| Cannabinoids | URINE | NEGATIVE <i> |
| Methadone | URINE | NEGATIVE <i> |
| Oxycodone | URINE | NEGATIVE <i> |

**Lab Result** Cited by ARGUINZONI,JUAN B. @ 07 May 2015 1844 EDT

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 04 May 2015 0922 |
|---|---|---|
| Ethyl Glucuronide | URINE | Negative |

**A/P** Written by ARGUINZONI,JUAN B. @ 07 May 2015 1848 EDT
**1. ALCOHOL ABUSE - IN REMISSION:** Physical exam form for SARP filled and signed. Continue in substance abuse rehab program.
**2. GENERALIZED ANXIETY DISORDER:** Continue sertraline
**3. ALOPECIA AREATA:** Referral to dermatology clinic

**Disposition** Written by ARGUINZONI,JUAN B. @ 07 May 2015 1851 EDT
**Released w/o Limitations**
**Follow up:** with PCM. - Comments: Referral to dermatology.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  ARGUINZONI, JUAN B.** (Physician) @ 07 May 2015 1851

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 816**

AR 0861

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

---

*06 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-20709936    Primary Dx:    ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **06 May 2015 0911 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**        **A**
Patient Status: Outpatient

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 08 May 2015 1429 EDT

**Problems**                                        **Allergies**
•ALCOHOL DEPENDENCE WITH                            •OTHER: Unknown (SEE MED RECORD)
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 06 May 2015 0911 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 06 May 2015 0912 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 06 May 2015 0911

OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 06 May 2015 0912 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: 850-969-7239
No vitals taken at SARP treatment.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

<u>Anderson, Daniel Dennis</u>     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     <u>Created: 30 Oct 2017</u>

<u>**S/O Note**</u> Written by PATSOS,ASHLEY N @ 06 May 2015 0912 EDT
<u>**History of present illness**</u>
     The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

<u>**A/P**</u> Last Updated by PATSOS,ASHLEY N @ 06 May 2015 0913 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
     Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
                            group session from 0900-1100.
                            -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                            review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                            assist the patient and to monitor treatment progress and overall service delivered.

<u>**Disposition**</u> Last Updated by GONZALEZZARAZUA,JORGE A @ 08 May 2015 1430 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group
appointment. He is in Week 2, Day 2 of OP treatment attending from 0900-1100, total of 2 hours. The group started off by doing a
check-in and summarizing their current emotional state with a feeling word. The group was also reminded by this counselor about
abiding by group rules as well as emphasized the importance of owning their own statements.
Daniel shared that he went on a date with a lady he met online. He states that this is the norm for him and that he had no triggers
since his last session. He states that he also went to a meeting with a member of his old group in residential treatment after she
called him to invite him to a meeting. Daniel also shared with other group members that he thought they were glamorizing their
relationship with alcohol versus looking at their current situation.
Daniel appears comfortable in the group setting, engaging with other group members and providing feedback as he sees necessary.
However, after his check-in this counselor noticed that Daniel focused largely on everyone else's issues, trying to help out and
provide feedback, but did very little sharing of his own. Daniel addressed Problem 1, Objective 1 and 2 of his ITP by attending his
group session on time and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled apt 08 May 2015 @ 0900.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  GONZALEZZARAZUA, JORGE A (PARAPROFESSIONAL) @ 08 May 2015 1430**
**Co-Signed By  BROWN, CYNTHIA E (Paraprofessional) @ 08 May 2015 1509**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 818**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**☐ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*06 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20707909    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **06 May 2015 0808 EDT**    Appt Type: **EST**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 06 May 2015 0910 EDT
**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 06 May 2015 0808 EDT
EST

**Screening** Written by PATSOS,ASHLEY N @ 06 May 2015 0809 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 06 May 2015 0808

EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 06 May 2015 0809 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: 850-969-7239
No vitals taken at SARP treatment.

Anderson, Daniel Dennis    DOB: ☐ 1985  SSN: ***-**☐    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 819

AR 0864

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Questionnaire AutoCites** Refreshed by REGIS,JAMES @ 06 May 2015 0910 EDT
**Questionnaires**

**A/P** Last Updated by PATSOS,ASHLEY N @ 06 May 2015 0810 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

      Procedure(s):         -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-on-one from 0800-0900 to review Individual Treatment Plan.
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Written by REGIS,JAMES @ 06 May 2015 0910 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Individual 1-on-1 session with his counselor on Wednesday 06th of May 2015 at 08:00.
This is Daniel's 1-on-1 Individual session for Week #2 of his OP Level 1 Treatment at SARP WNY. He stated that he was put on night shift at his job which with treatment has become an issue for him to stay on. He stated that he is worried about how his command is going to react when he tells them that he cannot work the night schedule because of his treatment program. Daniel also stated that he realizes that his taking Zoloft has diminished his sexual turn-on which he read is a side effect. Daniel mentioned that he is getting very involved in his game writing these days and is thinking about establishing contract with different people in the industry to help with his company. He realizes that he is driving more these days (over 100 miles this past week) to support his treatments in the DMV area.
Daniel seemed indifferent when talking about his treatment plan. However, when explaining his company and the development of his gaming software, Daniel seemed extremely enthusiastic and ecstatic. His job continues to be a source of frustration for him as he deal with a civilian counterpart that is out of the loop of his treatment needs.
Daniel continues to attend AA meetings and incorporate his abstinence tools towards his sobriety. He was reminded to continue working on his ITP. Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will for his Level 1 OP Group here at WNY on May 06th 2015 @ 09:00
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By REGIS, JAMES** (Para-Professional, SARP WNY) @ 06 May 2015 0911

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 820**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *05 May 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:    BETH-20693884    Primary Dx:    Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**    Date: **05 May 2015 0930 EDT**    Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**    Clinic: **BEHAVIORAL HEALTH QU**    Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
PROCEDURE - SARP LABS
**Appointment Comments:**
BRH

**Lab Result** Cited by AILOR,LYNNE P @ 05 May 2015 1523 EDT

| Drug Abuse Screen | Site/Specimen | 04 May 2015 0922 |
|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> |
| Barbiturates | URINE | NEGATIVE <i> |
| Benzodiazepines | URINE | NEGATIVE <i> |
| Cocaine | URINE | NEGATIVE <i> |
| Opiates | URINE | NEGATIVE <i> |
| Phencyclidine, UA | URINE | NEGATIVE <i> |
| Cannabinoids | URINE | NEGATIVE <i> |
| Methadone | URINE | NEGATIVE <i> |
| Oxycodone | URINE | NEGATIVE <i> |

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 04 May 2015 0922 |
|---|---|---|
| Ethyl Glucuronide | URINE | Negative |

**A/P** Written by AILOR,LYNNE P @ 05 May 2015 1526 EDT
**1. Laboratory Studies**
        Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
**2. PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I***(OTHER UNKNOWN AND UNSPECIFIED CAUSES OF MORBIDITY AND MORTALITY, NOT PGW SYNDROME)*: Labs were reviewed by undersigned provider per SARP protocol. Results of ETG/ETS and Drug Abuse Screen were negative.

**Disposition** Written by AILOR,LYNNE P @ 05 May 2015 1526 EDT
**Released w/o Limitations**

**Signed By AILOR, LYNNE P** (Physician) @ 05 May 2015 1526

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 821**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇ 1985 SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*04 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M*

Encounter ID:    BETH-20705236    Primary Dx:    GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **04 May 2015 1300 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **GRP**
Provider: **MELTON,APRIL M**

<u>AutoCites</u> Refreshed by MELTON,APRIL M @ 05 May 2015 1604 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family history of heart disease (General FHx)
- no family history of cancer (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of patient counseling (General FHx)
- family history of the options include referral (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- family medical history (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Social History**
No Social History Found.

**Reason for Appointment:**
CBT-i
**Appointment Comments:**
bst

<u>Note</u> Written by MELTON,APRIL M @ 05 May 2015 1620 EDT
**Group Therapy Note**

**Date:    04 May 15**
**Time w/Patient 1300-1400**

**Purpose of Group:**

Group members will learn and utilize CBTi components and follow healthy sleep guidelines to assist in managing insomnia. The group will also serve as opportunity for group members to share their experiences and gain support from others.

**Brief Summary of content of session #2:**

| Anderson, Daniel Dennis | DOB: ▇ 1985 SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 822**

**Medical Record**

Anderson, Daniel Dennis    DOB:     1985  SSN: ***-**-    DoD ID: 1286180538    Created: 30 Oct 2017

Due to several new group member, Facilitator and co- facilitator provided information from session one
to assist new group members in obtaining and understanding  CBTi group. Participants introduced
themselves, offered personal treatment goals. Agenda for session two discussed and handouts given to group members focusing
on sleep guidelines, habits that influence sleep. Discussed sleep diary and importance of completing every week for maximum
opportunity to improve sleep quantity and quality, by utilizing learned skills and adhering by sleep guidelines. Reviewed sleep log,
how to calculate sleep Sleep Efficiency for using sleep training/restriction this week.

**Summary of Patient Information and Participation:**

SM reports this week he used the CBTi app on his phone which helped him record his sleep and automatically calculated his sleep
efficiency for him. Agreed to complete Sleep Log this week and attend next group session.

**Pain:** None reported

**Mental Status:** SM presented to the group dressed appropriately in civilian attire.
His mood was euthymic and affect was congruent with mood. Speech was logical and goal directed
with no evidence of loosened associations or flight of ideas. Thought processes were deemed to be intact
with no evidence of hallucinations or delusions.

**Risk Assessment:** SM did not report any SI/HI. Status will continue to be monitored in group
and also by individual providers.

**Plan:** Continue with group meetings 4 weeks
Other treatment modalities (e.g. medication management, individual treatment) will continue as planned.

**A/P** Last Updated by MELTON,APRIL M @ 05 May 2015 1605 EDT
**1. GENERALIZED ANXIETY DISORDER**
        Procedure(s):        -Psychiatric Therapy Group Interactive x 1

**Disposition** Last Updated by MELTON,APRIL M @ 05 May 2015 1607 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCHIATRY BE clinic. - Comments: 1 wk for group
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  MELTON, APRIL M** (LCSW-C, Social Worker, 295-4427, Pin# 1085970) @ 05 May 2015 1621

Anderson, Daniel Dennis    DOB:     1985  SSN: ***-**-    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 823**

AR 0868

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *04 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:     BETH-20678033     Primary Dx:     ALCOHOL DEPENDENCE WITH
                                                     CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**      Date: **04 May 2015 0846 EDT**      Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**  Clinic: **SUBST ABUSE NY**         Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 04 May 2015 0908 EDT

**Problems**                                        **Allergies**
•ALCOHOL DEPENDENCE WITH                             •OTHER: Unknown (SEE MED RECORD)
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 04 May 2015 0846 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 04 May 2015 0857 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 04 May 2015 0846

OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 04 May 2015 0858 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken for SARP Treatment.

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 824**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██ 1985  SSN: ***-*█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 04 May 2015 0859 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last updated by GONZALEZZARAZUA,JORGE A @ 04 May 2015 0909 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

| | |
|---|---|
| Procedure(s): | -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100.<br>-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered. |
| Laboratory(ies): | -ETG/ETS, UA (250 CUT-OFF) (Routine) Ordered By: GONZALEZZARAZUA,JORGE A Ordering Provider: AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: GONZALEZZARAZUA,JORGE A Ordering Provider: AILOR, LYNNE P |

**Disposition** Last Updated by REGIS,JAMES @ 06 May 2015 1225 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
**Comments:** Daniel arrived on time for his Out Patient (OP) group appointment. He is in Week 2, Day 1 of OP Level 1 treatment which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniels's 4th day of treatment in group. Neither Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session. Group began with the introduction of 2 new group members and a review of group rules followed by Daniel performing his check-in to the group going over any triggers or cravings he may have had during the past couple of days.
During Daniel's check-in, Daniel stated that he had a productive weekend even though he didn't get a chance to work on his gaming program that much. Daniel stated that he is looking forward to going on a date in Baltimore with a young lady whom he met on a dating website. He stated that she is a software programmer which intrigues' him because of his own interest in writing gaming programs.
Daniel seemed indifferent and cautious regarding his leisure activities during this past weekend. He seems to understand how to apply his sobriety tools in different situations even though he appears to question himself. Daniel looked to be very confident and interested in its outcome. Daniel was reminded in group to continue working on his iTP. Daniel is currently addressing Problem 3, Objectives 1 through 4 of his iTP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for a 1-on-1 Individual session with his counselor on the 06th of May 2015 @ 0800
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By REGIS, JAMES** (Para-Professional, SARP WNY) @ 06 May 2015 1225
**Co-Signed By BROWN, CYNTHIA E** (Paraprofessional) @ 07 May 2015 0627

CHANGE HISTORY
*The following A/P Note Was Overwritten by GONZALEZZARAZUA,JORGE A @ 04 May 2015 0909 EDT:*
The A/P section was last updated by GONZALEZZARAZUA,JORGE A @ 04 May 2015 0909 EDT - see above.Previous Version of A/P section was entered/updated by PATSOS,ASHLEY N @ 04 May 2015 0900 EDT.
1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
    Procedure(s):    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100.
        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

| Anderson, Daniel Dennis | DOB: ██ 1985  SSN: ***-*█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 825**

AR 0870

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *01 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

| Encounter ID: | BETH-20662019 | Primary Dx: | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **01 May 2015 0758 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **GONZALEZZARAZUA,JORGE A**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 01 May 2015 1444 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 01 May 2015 0758 EDT
OP GROUP/EST

**Screening** Written by PATSOS,ASHLEY N @ 01 May 2015 0800 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 01 May 2015 0758

OP GROUP/EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 01 May 2015 0800 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ▓
No vitals taken for SARP Treatment.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis___ DOB:■■ 1985  SSN: ***-**-■■___ DoD ID: 1286180538___ Created: 30 Oct 2017

A/P Last Updated by PATSOS,ASHLEY N @ 01 May 2015 0805 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
Procedure(s):          -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-
                        on-one from 0800-0830 to review Individual Treatment Plan.
                        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
                        group session from 0900-1100.
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                        review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                        assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 01 May 2015 1445 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group
appointment. He is in Week 1, Day 3 of OP treatment attending from 0900-1100, total of 2 hours. The group started off by doing a
check-in and summarizing their current emotional state with one feeling word. The group was also reminded by this counselor about
abiding by group rules as well as emphasized the importance of owning their own statements.
Daniel shared that being in OP group has been good for him as he believes there are still more things he wants to work on,
pertaining to his recovery and why he used alcohol to cope with life. He states that he is getting back into the swing of things back at
work and is trying to not allow himself to get stressed. He states that for the weekend, he has a trip planned to King's Dominion
water park with a friend, allowing him some "fun time" and just relaxing in his place.
Daniel appears comfortable and willing to be an active participant in OP treatment. He seems to want to take charge of his recovery
and used some of the tools he learned while in residential treatment. Daniel addressed Problem 1, Objective 1 of his ITP by
attending his group session on time and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled apt 04 May 2015 @ 0900.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  GONZALEZZARAZUA, JORGE A (PARAPROFESSIONAL) @ 01 May 2015 1445**
**Co-Signed By  BROWN, CYNTHIA E (Paraprofessional) @ 01 May 2015 1453**

Anderson, Daniel Dennis___ DOB:■■ 1985  SSN: ***-**-■■___ DoD ID: 1286180538___ Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 827**

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

## *30 Apr 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M*

Encounter ID:    BETH-20652494    Primary Dx:    GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**    Date: **30 Apr 2015 1300 EDT**    Appt Type: **GRP**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **MELTON, APRIL M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by MELTON,APRIL M @ 30 Apr 2015 1032 EDT

| Problems | Family History |
|---|---|
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •family history of heart disease (General FHx) |
| •MAJOR DEPRESSION RECURRENT MODERATE | •no family history of cancer (General FHx) |
| •ANXIETY DISORDER NOS | •family history of diabetes mellitus (General FHx) |
| •Left ankle joint pain | •family history of mental illness (not retardation) (General FHx) |
| •NEUROTIC EXCORIATION | •family history of patient counseling (General FHx) |
| •ANKLE SPRAIN LEFT | •family history of the options include referral (General FHx) |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) |
| •Abdominal pain | •family medical history (General FHx) |
| •ASTHMA | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | •paternal history of preliminary background HPI [use for free text] (Father) |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | •family history of supplemental HPI [use for free text] (General FHx) |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | •no family history of malignant neoplasm of the large intestine (General FHx) |
| •REFRACTIVE ERROR - MYOPIA | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) |
| •ALLERGIC RHINITIS | •no family history of chronic liver disease (General FHx) |

**Social History**
No Social History Found.

**Reason for Appointment:**
CBT-I
**Appointment Comments:**
bst

Note Written by MELTON,APRIL M @ 30 Apr 2015 1034 EDT
**Group Therapy Note**

**Date:    27 April 15**
**Time w/Patient 1300-1400**

**Purpose of Group:**

Group members will learn and utilize CBTi components to assist in managing insomnia. The group will also serve as opportunity for group members to share their experiences and gain support from others.

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 828**

**Medical Record**

Anderson, Daniel Dennis      DOB: ■ 1985  SSN: ***-**-■      DoD ID: 1286180538      Created: 30 Oct 2017

**Brief Summary of content of session #1:**

Facilitator and co- facilitator introduced themselves and provided information regarding CBTi group agenda. Participants introduced themselves, offered personal treatment goals and were asked to complete Insomnia Severity Index, Restless Leg Syndrome Assessment, STOP questionnaire and Dysfunctional Beliefs about Sleep survey. Education on sleep, sleep stages, insomnia and CBTi components provided. Discussed sleep diary and importance of completing every week for maximum opportunity to improve sleep quantity and quality.

**Summary of Patient Information and Participation:**

Pt presents with a formal diagnosis of GAD and was referred to group by Dr. Zembrzka. Pt stated mood today is good and participated in the group, offering personal treatment goals and reason for attending the group; he wants to improve quality of sleep. Reports he sleeps about 5hrs per night but is in bed for a total of 8hrs. Agreed to complete Sleep Log this week and attend next group session.

**Pain:** None reported

**Mental Status:** SM presented to the group dressed appropriately in military uniform. His mood was euthymic and affect was congruent with mood. Speech was logical and goal directed with no evidence of loosened associations or flight of ideas. Thought processes were deemed to be intact with no evidence of hallucinations or delusions.

**Risk Assessment:** SM did not report any SI/HI. Status will continue to be monitored in group and also by individual providers.

**Plan:** Continue with group meetings for ~4 weeks. Other treatment modalities (e.g. medication management, individual treatment) will continue as planned.

A/P Written by MELTON,APRIL M @ 30 Apr 2015 1032 EDT
**1. GENERALIZED ANXIETY DISORDER**
          Procedure(s):          -Psychiatric Therapy Group Interactive x 1

**Disposition** Written by MELTON,APRIL M @ 30 Apr 2015 1032 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCHIATRY BE clinic. - Comments: 1 wk
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By MELTON, APRIL M** (LCSW-C, Social Worker, 295-4427, Pin# 1085970) @ 30 Apr 2015 1035

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 829**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *29 Apr 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20634025    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON
NAVY YARD**
Patient Status: **Outpatient**

Date: **29 Apr 2015 0854 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **REGIS,JAMES**

**AutoCites** Refreshed by REGIS,JAMES @ 29 Apr 2015 1426 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 29 Apr 2015 0854 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 29 Apr 2015 0924 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 29 Apr 2015 0854
------------------
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 29 Apr 2015 0924 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ■
No vitals taken at SARP treatment.

| Anderson, Daniel Dennis | DOB: ■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 830**

AR 0875

**Medical Record**

Anderson, Daniel Dennis          DOB:░░░ 1985  SSN: ***-**-░░░    DoD ID: 1286180538          Created: 30 Oct 2017

**S/O Note** Written by PATSOS,ASHLEY N @ 29 Apr 2015 0933 EDT
**History of present illness**
     The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).


**A/P** Last Updated by PATSOS,ASHLEY N @ 29 Apr 2015 0933 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
          Procedure(s):                    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
                                      group session from 0900-1100.
                                      -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                                      review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                                      assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 29 Apr 2015 1427 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
**Comments:** Daniel arrived on time for his Out Patient (OP) group appointment.  He is in Week 1, Day 2 of OP Level 1 treatment
which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniels's 2nd day of treatment in group. Neither
Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session.  Group began
with the review of group rules followed by Daniel performing his check-in to the group going over any triggers or cravings he may
have had during the past couple of days.
During Daniel's check-in, Daniel stated that he was feeling apathetic because he spoke to his step mother who gave him news
about his father's postings on Facebook.  Daniel went on to say that he thought his father's actions were childish and that he didn't
care about it.  He said that his triggers usually involved his being disappointed in relationships which would lead him to drinking.
The group asked him about his disappointed relationship with his father and whether or not that's ever caused him to drink; to which
he said no.
Daniel seemed perplexed and disappointed when explaining his relationship and arguments with his father.   He appears withdrawn
and exasperated regarding his rapport with his father.  Daniel was reminded in group to continue working on his ITP.  Daniel is
currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for a 1-on-1 Individual session with his counselor on the 1st of May 2015 @ 0800
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.


**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 29 Apr 2015 1428
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 29 Apr 2015 1430

CHANGE HISTORY
*The following S/O Note Was Deleted by PATSOS,ASHLEY N @ 29 Apr 2015 0933 EDT:*
**History of present illness**
     The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 831**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-*■■■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *28 Apr 2015 at WRNMMC, Medical Readiness Clinic Bethesda by PARSON, MARSHEA S*

Encounter ID:   BETH-20618206   Primary Dx:   Visit for: military services physical

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **28 Apr 2015 0900 EDT**
Clinic: **MEDICAL READINESS CL BE**

Appt Type: **WELL**
Provider: **PARSON,MARSHEA S**

AutoCites Refreshed by PARSON,MARSHEA S @ 28 Apr 2015 0945 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- family medical history (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Procedures**
- Postoperative Visit, Without Charge (06 Jun 2011)
- Postoperative Visit, Without Charge (06 Jun 2011)
- Ophthalmological Prior Patient Start Comprehensive Care (04 May 2011)
- Postoperative Visit, Without Charge (26 Apr 2011)
- Postoperative Visit, Without Charge (22 Apr 2011)
- PHOTOREFRACTIVE KERATECTOMY (PRK) (21 Apr 2011)
- Computerized Corneal Topography (29 Mar 2011)
- Scanning Computerized Ophthalmic Diagnostic Imaging Anterior Segment, Unilateral (29 Mar 2011)
- Corneal Pachymetry Both Eyes (29 Mar 2011)
- Determination Of Refractive State (29 Mar 2011)
- Ophthalmological New Patient Start Comprehensive Care (29 Mar 2011)
- Pulmonary Function Carbon Monoxide Diffusion % (DLCO) (24 Mar 2011)
- Spirometry Pre-bronchodilator (24 Mar

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.   **Page 832**

AR 0877

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-█    DoD ID: 1286180538    Created: 30 Oct 2017

2011)
- Spirometry Post-bronchodilator (24 Mar 2011)
- Bronchial Challenge With Methacholine (24 Mar 2011)
- Special Dr. Services Analysis Of Computerized Data (24 Mar 2011)
- Pulmonary Function FRC (% Predicted Normal) (24 Mar 2011)
- Pulmonary Function MVV (24 Mar 2011)
- Pulse Oximetry (24 Mar 2011)
- Determination Of Refractive State (16 Mar 2011)
- Ophthalmological Prior Patient Start Intermediate Level Care (16 Mar 2011)
- Corneal Pachymetry Both Eyes (17 Feb 2011)
- Ophthalmological Prior Patient Start Comprehensive Care (17 Feb 2011)
- Biopsy Skin (24 Nov 2010)
- Immunization Administration One Vaccine (15 Nov 2010)
- Influenza Virus Vaccine Live Intranasal (15 Nov 2010)
- Biopsy Skin (28 Sep 2010)
- Biopsy Skin Each Additional Lesion (28 Sep 2010)
- Prescription & Fitting Bilateral Corneal Lenses (Not Aphakia (23 Apr 2010)
- Determination Of Refractive State (23 Apr 2010)
- Spectacles Services Fitting Monofocals (Not For Aphakia) (23 Apr 2010)
- Ophthalmological New Patient Start Comprehensive Care (23 Apr 2010)
- Anthrax Vaccine, For Subcutaneous Use (09 Mar 2010)
- Influenza Virus Vaccine Pandemic Formulation (22 Dec 2009)
- Immunization Administration One Vaccine (22 Dec 2009)
- Immunization Administration One Vaccine (23 Sep 2009)
- Influenza Virus Vaccine Live Intranasal (23 Sep 2009)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**
pha/navy
**Appointment Comments:**
ash8056967239

**Screening** Written by PONDS,BRANDON J @ 28 Apr 2015 0910 EDT
**Reason For Appointment:** pha/navy

Allergen information verified by PONDS, BRANDON J @ 28 Apr 2015 0910 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 833**

AR 0878

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Vitals**
Vitals Written by PONDS,BRANDON J @ 28 Apr 2015 0924 EDT
BP: 129/76,    HR: 61,    RR: 14,    T: 98.1 °F,    HT: 69 in,    WT: 150 lbs,    Uncorr OD: 20/25,    Uncorr OS: 20/25,    Uncorr
OU: 20/25,    BMI: 22.15,
 BSA: 1.828 square meters,    Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** EPWORTH SLEEP: 8

**Questionnaire AutoCites** Refreshed by PARSON,MARSHEA S @ 28 Apr 2015 0945 EDT
**Questionnaires**

Tuberculosis Exposure Risk Assessment Version: 3 Completed On: 28 Apr 2015
 1. Since your last Tuberculosis Exposure Questionnaire were you exposed to anyone known to have or suspected of having active tuberculosis(i.e. with persistent cough, weight loss, night sweats, and/or fever)?: No
 2. Since your last Tuberculosis Exposure Questionnaire or Post Deployment Health Assessment (DD Form 2796), did you have direct & prolonged contact with any individuals of the following groups: refugees or displaced persons: patients hospitalized with tuberculosis, prisoners, or homeless shelter populations?: No
 3. Write the name of any country or countries where you have traveled or deployed to since your last Tuberculosis Exposure Questionnaire.: N/A
 4. During this travel, did you have prolonged direct contact with the local population? Prolonged direct contact is generally understood as having been within six feet of a person with a bad continuous cough for at least eight consecutive hours on a single day, or for a total of at least fifteen hours per week of a multi-week stay.: No
 5. Have you had a prior history of TB or prior treatment for Latent TB?: No
 6. PROVIDER: Have you recently had a chronic cough AND did you have any of the following at the same time? Fever, Coughed up Blood, Unexplained Weight Loss, Night Sweats: No
 7. PROVIDER: Since your last risk assessment, did you develop any of the following conditions: organ transplant; HIV Infection; Immunosuppression secondary to use of prednisone (equivalent of >15mg/day> 1 month) or other immunosuppressive medication such as Humira, Enbrel or Remicade?: No
 8. PROVIDER: Since your last TB risk assessment did you develop any of the following conditions: diabetes, silicosis, cancer of head or neck, Hodgkin's disease, leukemia, end stage renal disease, intestinal bypass or gastrectomy, chronic malabsorption syndrome, low body weight (10% or more below ideal weight) or injection drug use?: No

EPWORTH Sleepiness Scale Version: 1 Completed On: 28 Apr 2015
 1. How likely are you to doze off or fall asleep while SITTING and READING?: 3
 2. How likely are you to doze off or fall asleep while WATCHING TV?: 1
 3. How likely are you to doze off or fall asleep while INACTIVE in a meeting, theater, or other similar place?: 0
 4. How likely are you to doze off or fall asleep as a PASSENGER in a car for an HOUR without a break?: 3
 5. How likely are you to doze off or fall asleep while LYING DOWN to rest in the afternoon when circumstances permit?: 0
 6. How likely are you to doze off or fall asleep while sitting and TALKING to someone?: 0
 7. How likely are you to doze off or fall asleep while SITTING QUIETLY after a lunch without alcohol?: 1
 8. How likely are you to doze off or fall asleep in a CAR, while stopped for a few minutes in the traffic?: 0

**S/O Note** Written by PARSON,MARSHEA S @ 28 Apr 2015 0945 EDT
**Chief complaint**
The Chief Complaint is: FACE TO FACE PHA,  ACTIVE DUTY.
**Reason for Visit**
 Visit for: FACE TO FACE PHA.
**History of present illness**
 The Patient is a 30 year old male.

Annual Periodic Health Assessment includes record review/assessment/counseling of avoidable health risk factors, clinical preventive services, deployment health history, and individual medical readiness assessment IAW MANMED.
 Past medical history reviewed, problem list reviewed, medication list reviewed, family history reviewed, and surgical history reviewed.
 Military service [ ] Y  [X ] N  Deployed since previous PHA
 [ ] Y  [ X ] N  Post-Deployment Health Assessment completed
 [ ] Y  [ X ] N  Post-Deployment Health Reassessment completed
 [ ] Y  [X  ] N  Post-Deployment labs/tests completed
 [ ] Y  [ X ] N  Deployment/Shipboard limiting conditions identified
 . Currently on active duty.
 No systemic symptoms.
Navy ADSM educated to the Face to Face PHA.  Ft Meade, CTN1.  Denies new  behavioral health,  new medical health complaints. Reviewed problem list . No deployment limiting conditions. Reviewed and educated to  Framingham and survey results.
**Past medical/surgical history**
**Reported:**
 Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs? [ ] Yes  [ X ] No.  No chronic illness.  An allergy SEE ABOVE.
 Medications: Medication history SEE ABOVE.  Not taking medication for high blood pressure.
 Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [X  ]Yes [  ]No

**Medical Record**

2) Is there a complaint of tinnitus that has not been addressed? [ ]Yes [X ]No
3) Is there a complaint of changes in hearing since the last hearing test? [ ]Yes [X ]No
4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500, 1000 and 2000 Hz that average 30 dB or greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [ ]Yes [ X ]No
5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12 months? [ ]Yes [ X ]No.
SEE ABOVE.

**Family history**
　No family history of cancer
　Mental illness (not retardation) MATERNAL
　Heart disease PATERNAL GF, Father
　Diabetes mellitus PATERNAL GF and Father.

**Review of systems**
**Head:** No head symptoms.
**Neck:** No neck symptoms.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Breasts:** No breast symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No hematologic symptoms.
**Musculoskeletal:** No musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Physical findings**
**Vital Signs:**
　° Current vital signs reviewed.
**General Appearance:**
　° Well-appearing.
**Head:**
　Appearance: ° Head normocephalic.
**Musculoskeletal System:**
　General/bilateral: ° Normal movement of all extremities.
**Neurological:**
　° Level of consciousness was normal.
　Speech: ° Normal.
　Coordination / Cerebellum: ° No coordination/cerebellum abnormalities were noted.
　Balance: ° Normal.
　Gait And Stance: ° Normal.
**Psychiatric:**
　Affect: ° Normal.
　Thought Processes: ° Not impaired.
　Thought Content: ° Revealed no impairment.
**Objective**

Health Record　　　[] Reviewed  [X ] Not available  [ ] Remarkable for:
Dental Classification　[X] Reviewed  [ ] Not available  [ ] See Plan:
Immunization record　[X] Reviewed  [ ] Not available  [ ] See Plan:
**Assessment**
　• Military service status
　IMR Category:
　Fully Medically Ready (X )
　Partially Medically Ready ( )
　Not Medically Ready ( )
　Medical Readiness Indeterminant ( )
　Comments:
**Therapy**
　• No electronic medical alert pendant in possession as indicated.
**Plan**
　• Referred elsewhere for the options include referral
　[ ] Physical Activity
　[ ] Safety
　[ ] Diabetes Counseling
　[ ] Cholesterol
　[ X ] Nutrition
　[ X ] Sexuality

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

[  ] Other:
• Referred elsewhere for patient counseling
[  ] Tobacco Use
[  ] Alcohol Use
[  ] Weight Management
[  ] Dental Care
[  ] Mental Health
[  ] Hypertension
[X ] Other:STRESS MANAGEMENT, SLEEP
Updated DD 2766 Sections:  NO RECORD
 Health counseling performed or scheduled documented on the DD 2766 and for additional topics below:
**Notes**
Follow-up in one year.
**Practice Management**
    Risk factor counseling individual, 30 minutes.

**Lab Result** Cited by PONDS,BRANDON J @ 28 Apr 2015 0920 EDT

| Lipid Panel | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| Cholesterol | SERUM | 208 (H) <i> |
| Triglyceride | SERUM | 158 (H) <i> |
| HDL Cholesterol | SERUM | 64.0 (H) |
| LDL Cholesterol | SERUM | 112 <i> |
| VLDL Cholesterol | SERUM | 32 |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 |

**Lab Result** Cited by PONDS,BRANDON J @ 28 Apr 2015 0914 EDT

| Comprehensive Metabolic Panel | Site/Specimen | 27 Mar 2015 1600 |
|---|---|---|
| Albumin | SERUM | 4.9 |
| Alkaline Phosphatase | SERUM | 71 |
| Alanine Aminotransferase | SERUM | 29 <i> |
| Bilirubin | SERUM | 0.3 |
| Urea Nitrogen | SERUM | 14 |
| Calcium | SERUM | 10.0 |
| Carbon Dioxide | SERUM | 29 |
| Chloride | SERUM | 98 |
| Creatinine | SERUM | 0.9 |
| Glucose | SERUM | 82 |
| Potassium | SERUM | 4.7 |
| Protein | SERUM | 7.9 |
| Sodium | SERUM | 139 |
| Anion Gap | SERUM | 13 |
| GFR Calculated Non-Black | SERUM | 114.7 |
| GFR Calculated Black | SERUM | 132.6 <i> |
| Aspartate Aminotransferase | SERUM | <5 |

**Lab Result** Cited by PONDS,BRANDON J @ 28 Apr 2015 0913 EDT

| HIV-1/O/2 Ab | Site/Specimen | 27 Mar 2015 1600 |
|---|---|---|
| HIV-1/O/2 Ab | SERUM | ****** |

**A/P** Last updated by PARSON,MARSHEA S @ 28 Apr 2015 0950 EDT
**1. Visit for: military services physical**(*PERIODIC PREVENTION EXAMINATION*): PHA updated in MRRS.
        Procedure(s):         -Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S):
                              PONDS,BRANDON J
        Laboratory(ies):      -HEPATITIS C AB (Routine) Ordered By: PONDS,BRANDON J Ordering Provider: PARSON,
                              MARSHEA S
**2. ASTHMA**(*ASTHMA, UNSPECIFIED, MILD*): See Pulmonary SF 600 Written by LEWIS,CHRISTOPHER T @ 26 Jul 2011 1135
CDT
1. ASTHMA(ASTHMA, UNSPECIFIED, MILD): Pt with a symptom complex and positive high dose methacholine challenge test
consistent with mild intermittent asthma. His symptoms are confined to allergen exposure, particularly to cats.  Given the mild

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

intermittent nature of his disease, he does not require a controller medicine, and will be treated with prn albuterol alone. He was counseled on allergen avoidance. No further workup is required. He is FIT FOR FULL DUTY WITHOUT RESTRICTIONS, and FIT FOR WORLD WIDE DEPLOYMENT WITHOUT RESTRICTIONS. Follow up in 6 months.

**3. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**: SM recently discharged for inpatient for alcohol abuse.
**4. MAJOR DEPRESSION RECURRENT MODERATE**: SM is being followed in Behavioral Health. Being seen every three weeks.
**5. ANXIETY DISORDER NOS**
**6. ESSENTIAL HYPERTRIGLYCERIDEMIA**: SM had lifestyle change to decrease levels. See lipid panel 2014.
**7. POSTSURGICAL STATE OF EYE AND ADNEXA**: SM had PRK, OU. No complications.
**8. ROSACEA**: SM states working diagnosis. He was in Florida and had redness when in sun.
**9. Patient Education**(*OTHER SPECIFIED COUNSELING*): SM educated to the PHA visit. Reviewed HRA survey results , discussed, education provided. Epworth Sleepiness Scale review and discussed.
 Update PHA in birth month.

**Disposition** Last updated by PARSON,MARSHEA S @ 28 Apr 2015 0950 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by PONDS,BRANDON J @ 28 Apr 2015 0928 EDT

## Thank You for Completing the Fleet and Marine Corps Health Risk Assessment

You rated your health as Good. Personal perception about how healthy you are is usually quite accurate. Your Personal Health Risk Appraisal Report identified 4 risk categories from the answers you provided that relate to overall health, which places you in a MEDIUM risk group. Numbers of risk factors have been shown to predict future health care use and health care costs. It is important for individuals to move toward the "low risk" category by reducing the number of behavioral risks, and for those already at low risk, to avoid increasing the number of risk factors over time.

| | | You reported 4 categories, which places you at MEDIUM risk. The categories you scored "unhealthy" on included: |
|---|---|---|
| High Risk | = 5 or more risk categories | • Stress Management |
| Medium Risk | = 3-4 risk categories | • Sexual Health |
| Low Risk | = 0-2 risk categories | • Nutrition |
| | | • Sleep |

**▓▓Body Mass Index (Note the limitations of BMI below) —** *Normal Weight*
http://www.cdc.gov/nccdphp/dnpa/bmi/adult_BMI/about_adult_BMI.htm
YOUR BODY MASS INDEX = 22.1.
Both being overweight or being underweight are related to increased risk of disease and death. Among most Americans, BMI is a reliable indicator of total body fat. It is an inexpensive and easy-to-perform method of screening for weight categories that may

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 837**

**Medical Record**
Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

lead to health problems. Limitations of BMI are that it may overestimate body fat in athletes and others who have a muscular build or underestimate body fat in individuals who lack lean muscles mass.

**TOBACCO USE**— *Never used tobacco*    http://www.ucanquit2.org
http://betobaccofree.hhs.gov/
You are doing the single most important thing to stay healthy! Not smoking saves you money (over $2000/year for one pack per day), helps you avoid many tobacco related diseases, and adds to your fitness level and overall health.

**TOBACCO USE**— *Never used tobacco*    http://www.ucanquit2.org
http://betobaccofree.hhs.gov/
Not using smokeless tobacco is a great choice. You can avoid oral cancer, tooth and gum disease, and maintain a fresh and clean mouth.

**ALCOHOL USE**— *No*    http://www.nlm.nih.gov/medlineplus/alcoholconsumption.html

**ALCOHOL USE**— *Never*    http://www.rethinkingdrinking.niaaa.nih.gov/
You indicate a healthy choice not to drink heavily, even during celebrations. Sailors and Marines also look out for their shipmates and fellow Marines who have been drinking.

**ALCOHOL USE**— *Never (i.e. not during the past year)*
http://www.rethinkingdrinking.niaaa.nih.gov/
You are being a responsible Sailor or Marine by never driving drunk or riding with someone who has been drinking. You can also help fellow Sailors and Marines avoid alcohol related incidents by looking out for those who try to drink and drive - and help them get home safely.

**INJURY PREVENTION**— *Always*    http://www.nhtsa.gov/Driving+Safety
By always using your seat belt, you decrease your risk of serious injury or death after an accident by about 50%.

**INJURY PREVENTION**— *Always*    http://www.nhtsa.gov/Driving+Safety
Your use of a protective helmet provides significant protection against head injury or death. Wearing other protective gear, maintaining control of your vehicle, and driving defensively can also reduce your risk.

**INJURY PREVENTION**— *Always*    http://www.cdc.gov/niosh/topics/safety.html
You are protecting yourself against injuries and disease at your worksite by using appropriate safety equipment

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 838**

AR 0883

**Medical Record**
Anderson, Daniel Dennis    DOB: ▮ 1985 SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

### ▮STRESS MANAGEMENT— *Somewhat satisfied*
http://www.nlm.nih.gov/medlineplus/stress.html    http://afterdeployment.dcoe.mil
You are only somewhat satisfied with your life. Life satisfaction is a common goal that we as human beings strive to achieve. Work, relationships and social activities can all contribute to life satisfaction. Look to these sources for improving your level of satisfaction.

### ▮STRESS MANAGEMENT— *Sometimes*
http://www.med.navy.mil/sites/nmcsd/nccosc/serviceMembersV2/stressManagement/theStressContinuum/Pages/default.aspx    http://startmovingforward.dcoe.mil
Occasional stress in your work or at home is common. Problem-solving or discussing possible solutions with someone else may help reduce or eliminate some of your stress.

### ▮STRESS MANAGEMENT— *Sometimes*
http://www.helpguide.org/topics/relationships.htm    http://afterdeployment.dcoe.mil
Finding someone with whom you can talk can help you see that you are not alone in how you feel. Talking with others can also provide you with strategies to successfully manage your concerns. Counselors and chaplains are available to assist you. .

### ▮SEXUAL HEALTH— *Most of the time*    http://www.med.navy.mil/sites/nmcphc/health-promotion/reproductive-sexual-health/Pages/condoms.aspx
Choosing to use a latex condom consistently and correctly each time you have sex will significantly reduce your risk of acquiring a sexually transmitted infection

### ▮PHYSICAL ACTIVITY— *3 weeks per month*
http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html
To promote and maintain health, all healthy adults aged 18-64 years need moderate-intensity aerobic activity for a minimum of 150 minutes each week or vigorous-intensity aerobic activity for 75 minutes each week. Combinations of moderate- and vigorous-intensity activity can be performed to meet this recommendation. Exercise sessions can be broken up into as little as 10 minutes at a time.

### ▮PHYSICAL ACTIVITY— *2 days per week*
http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html
Muscle-strengthening activities should work all the major muscle groups of your body (legs, hips, back, chest, abdomen, shoulders, and arms). To gain health benefits, muscle-strengthening activities need to be done to the point where it is hard for you to do another repetition without help. Adding muscle allows you to do more activities, improves appearance, and reduces the risk of several chronic diseases.

### ▮NUTRITION— *At least 3-5 times per week or more*
http://www.cdc.gov/nutrition/everyone/basics/fat/index.html
Some dietary fat is needed for good health, but high levels of fat in your diet may lead to excessive weight gain and increase your risk of certain cancers. Eating foods high in staturated and trans-fats also increases your risk of heart disease. Select foods low in

AR 0884

saturated fats, trans fats, and cholesterol; eat plenty of whole grains, fruits and vegetables; and choose low fat milk products and lean meats.

**NUTRITION— *Two***    http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html
The national goal for Americans is to consume at least two servings of fruits per day. Fruits and vegetables contain essential vitamins, minerals, and fiber that may help protect you from chronic diseases and can make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individuals age, gender, and level of physical activity.

**SUPPLEMENTS— *Never***    http://humanperformanceresourcecenter.org/dietary-supplements
People choosing to supplement their diets with herbals, vitamins, minerals, or other substances need to know about the products they choose so that they can make informed decisions about them. The choice to use a dietary supplement can be a wise decision that provides health benefits. However, under certain circumstances, these products may be unnecessary for good health or they may even create unexpected risks or interact with medications. It is wise to ask your physician or pharmacist before taking supplements.

**DENTAL— *Daily***    http://www.ada.org/public.aspx
You are to be commended for flossing your teeth daily. Daily flossing is recommended to remove plaque and food particles from between the teeth and under the gum line, which prevents gum disease, tooth loss, decay, and bad breath. In addition to flossing , the American Dental Association recommends brushing your teeth twice a day with fluoride toothpaste to achieve good dental health.

**NUTRITION— *Two***    http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html
The national goal for Americans is three servings of vegetables per day, with at least one being a dark green or orange vegetable. Fruits and vegetables contain essential vitamins, minerals, and fiber that may help you from chronic diseases and can make make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individuals age, gender, and level of physical activity.

**SLEEP— *Sometimes***    http://www.med.navy.mil/sites/nmcphc/health-promotion/psychological-emotional-wellbeing/Pages/sleep.aspx
People who get enough restful sleep are able to concentrate on their activities, have more energy, and generally feel better. For many people with busy schedules, it is important to set aside enough time for sleep and to avoid issues at bedtime that can interfere with sleep. Talk with your physician if you are frequently unable to achieve restful sleep.

**PREGNANCY— *My partner or I are correctly and consistently using birth control ALL the time***    http://www.med.navy.mil/sites/nmcphc/health-promotion/reproductive-

AR 0885

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

sexual-health/Pages/contraception.aspx

There is a wide range of new, safe and effective contraception options available, some that work for years after you have started them. Some are permanent and others are easily and quickly reversible when you are ready to have a baby.   But not all forms of contraception are equally effective. It makes sense to carefully consider your parenting plans and get informed about contraception so you and your partner can select the option that works best for you. Be well informed about contraception, and talk with your partner and doctor.

---

**Signed By PARSON, MARSHEA S** (Advanced Nurse Practitioner) @ 28 Apr 2015 0950

---

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by PARSON,MARSHEA S @ 28 Apr 2015 0950 EDT:*
The Disposition section was last updated by PARSON,MARSHEA S @ 28 Apr 2015 0950 EDT - see above. Previous Version of Disposition section was entered/updated by PONDS,BRANDON J @ 28 Apr 2015 0921 EDT.
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
*The following S/O Note Was Overwritten by PARSON,MARSHEA S @ 28 Apr 2015 0948 EDT:*
S/O Note Written by PONDS,BRANDON J @ 28 Apr 2015 0926 EDT
**History of present Illness**
    The Patient is a 30 year old male.

Annual Periodic Health Assessment includes record review/assessment/counseling of avoidable health risk factors, clinical preventive services, deployment health history, and individual medical readiness assessment IAW MANMED.
    Military service [ ] Y [X ] N Deployed since previous PHA
    [ ] Y [ X ] N Post-Deployment Health Assessment completed
    [ ] Y [ X ] N Post-Deployment Health Reassessment completed
    [ ] Y [X ] N Post-Deployment labs/tests completed
    [ ] Y [ X ] N Deployment/Shipboard limiting conditions identified

**Past medical/surgical history**
**Reported:**
    Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs? [ ] Yes  [ X ] No.  No chronic illness.  An allergy SEE ABOVE.
    Medications: Medication history SEE ABOVE.  Not taking medication for high blood pressure.
    Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [X  ]Yes [ ]No
    2) Is there a complaint of tinnitus that has not been addressed? [ ]Yes [X  ]No
    3) Is there a complaint of changes in hearing since the last hearing test? [ ]Yes [X  ]No
    4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500, 1000 and 2000 Hz that average 30 dB or greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [ ]Yes [ X ]No
    5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12 months? [ ]Yes [ X ]No.
SEE ABOVE.
**Family history**
    No family history of cancer
    Mental illness (not retardation) MATERNAL
    Heart disease PATERNAL
    Diabetes mellitus PATERNAL.
**Physical findings**
**Vital Signs:**
    * Current vital signs reviewed.
**Objective**

Health Record    [ ] Reviewed   [X ] Not available   [ ] Remarkable for:
Dental Classification   [X] Reviewed   [ ] Not available   [ ] See Plan:
Immunization record   [X] Reviewed   [ ] Not available   [ ] See Plan:
**Assessment**
    • Military service status
    IMR Category:
    Fully Medically Ready (X  )
    Partially Medically Ready ( )
    Not Medically Ready ( )
    Medical Readiness Indeterminant ( )
    Comments:
**Therapy**
    • No electronic medical alert pendant in possession as indicated.
**Plan**
    • Referred elsewhere for the options include referral
    [ ] Physical Activity
    [ ] Safety
    [ ] Diabetes Counseling
    [ ] Cholesterol
    [ X ] Nutrition
    [ X ] Sexuality
    [ ] Other:
    • Referred elsewhere for patient counseling
    [ ] Tobacco Use
    [ ] Alcohol Use
    [ ] Weight Management
    [ ] Dental Care

---

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-   DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 841**

**Medical Record**

Anderson, Daniel Dennis      DOB: ████ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 30 Oct 2017

[  ] Mental Health
[  ] Hypertension
[X  ] Other:STRESS MANAGEMENT, SLEEP
Updated DD 2766 Sections:  NO RECORD
 Health counseling performed or scheduled documented on the DD 2766 and for additional topics below:
**Notes**
Follow-up in one year.
**Practice Management**
        Risk factor counseling individual, 30 minutes.


*The following A/P Note Was Overwritten by PARSON,MARSHEA S @ 28 Apr 2015 0943 EDT:*
The A/P section was last updated by PARSON,MARSHEA S @ 28 Apr 2015 0943 EDT - see above.Previous Version of A/P section was entered/updated by
PONDS,BRANDON J @ 28 Apr 2015 0921 EDT.
**1. Visit for: military services physical***(PERIODIC PREVENTION EXAMINATION)*
        Procedure(s):                    -Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S): PONDS,BRANDON J
        Laboratory(ies):                 -HEPATITIS C AB (Routine) Ordered By: PONDS,BRANDON J Ordering Provider: PARSON, MARSHEA S

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**
Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**▮    DoD ID: 1286180538    Created: 30 Oct 2017

### 27 Apr 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES

Encounter ID:    BETH-20600047    Primary Dx:    ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **27 Apr 2015 0824 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

AutoCites Refreshed by REGIS,JAMES @ 29 Apr 2015 0721 EDT
**Problems**
• ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
• MAJOR DEPRESSION RECURRENT
  MODERATE
• ANXIETY DISORDER NOS
• Left ankle joint pain
• NEUROTIC EXCORIATION
• ANKLE SPRAIN LEFT
• ESSENTIAL HYPERTRIGLYCERIDEMIA
• ANOMALIES OF SKIN
• Abdominal pain
• ASTHMA
• POSTSURGICAL STATE OF EYE AND
  ADNEXA
• Difficulty breathing (dyspnea)
• SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
• Removal Of Sutures
• ASTHMA EXTRINSIC
• ROSACEA
• PERIPHERAL RETINAL
  DEGENERATION - LATTICE
• REFRACTIVE ERROR - MYOPIA
• ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 27 Apr 2015 0824 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 27 Apr 2015 0837 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 27 Apr 2015 0824

OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 27 Apr 2015 0837 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ▮▮▮▮▮▮
No vitals taken for SARP Treatment.

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 843**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 27 Apr 2015 0840 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last Updated by PATSOS,ASHLEY N @ 27 Apr 2015 0847 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
        group session from 0900-1100.
        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
        review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
        assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 29 Apr 2015 0721 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Out Patient (OP) group appointment. He is in Week 1, Day 1 of OP Level 1 treatment
which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniels's first day of treatment in group. Daniel did
his introduction to the group which consisted of two other members present; as well as performed a check-in exercise and
elaborated on his weekend.
During the introductions, Daniel stated that he had recently completed Level III Residential treatment at Fort Belvoir hospital and
that he was encouraged by the knowledge and tools that he gained from his stay there. Daniel also stated that he is currently
working on designing a video game which is taking up a lot of his time and that he wants to make sure he's addressing this need he
has to please other people vs himself.
Daniel seemed determined and anxious to address his need to do things for himself and not others. He looked decisive prepared
regarding him sharing the circumstances and events that got him here with the group.  Daniel addressed Problem 3, Objectives 1
through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for OP Level 1 on 29th of April 2015 @ 0900
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 29 Apr 2015 0722
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 29 Apr 2015 1118

| Anderson, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 844**

AR 0889

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 SSN: ***-*▮▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|

### *23 Apr 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:    BETH-20572704    Primary Dx:    GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **23 Apr 2015 0900 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **SPEC**
Provider: **ZEMBRZUSKA,HANNA DOMINIKA**

**AutoCites** Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0853 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**

**20 Apr 2015 0012**

| ETG/ETS, UA (500 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <o> | ng/mL | Cutoff=500 |

**20 Apr 2015 0012 <o>**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |
| Cannabinoids | URINE | not detected <i> | | (Not-detected) |
| Methadone | URINE | not detected <i> | | (Not-detected) |
| Oxycodone | URINE | not detected <i> | | (Not-detected) |

**13 Apr 2015 0548**

| ETG/ETS, UA (500 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=500 |

**13 Apr 2015 0548**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |
| Cannabinoids | URINE | not detected <i> | | (Not-detected) |
| Methadone | URINE | not detected <i> | | (Not-detected) |
| Oxycodone | URINE | not detected <i> | | (Not-detected) |

**06 Apr 2015 0722**

| ETG/ETS, UA (500 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=500 |

**06 Apr 2015 0722**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |
| Cannabinoids | URINE | not detected <i> | | (Not-detected) |
| Methadone | URINE | not detected <i> | | (Not-detected) |
| Oxycodone | URINE | not detected <i> | | (Not-detected) |

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 SSN: ***-*▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 845**

AR 0890

## Medical Record

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-** ████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|

**30 Mar 2015 2236**

**Chlamydia+Gonococcus DNA Panel NAAT**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Neisseria gonorrhoeae DNA | URINE | negative for n.gonorrhoeae <i> | | |
| Chlamydia trachomatis DNA | URINE | negative for c.trachomatis <i> | | (Negative) |

**30 Mar 2015 0805**

**ETG/ETS, UA (500 Cut-Off)**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=500 |

**30 Mar 2015 0805**

**Drug Abuse Screen**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |
| Cannabinoids | URINE | not detected <i> | | (Not-detected) |
| Methadone | URINE | not detected <i> | | (Not-detected) |
| Oxycodone | URINE | not detected <i> | | (Not-detected) |

**27 Mar 2015 2159**

**Urinalysis Panel**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Color | URINE | straw | | (Yellow) |
| Ketones | URINE | neg | mg/dL | (neg) |
| Hemoglobin | URINE | neg | | (neg) |
| Nitrite | URINE | neg | | (neg) |
| pH | URINE | 7.0 | | (5.0-9.0) |
| Protein | URINE | neg | mg/dL | (neg) |
| Appearance | URINE | clear | | (Clear) |
| Leukocyte Esterase | URINE | neg | | (neg) |
| Specific Gravity | URINE | 1.006 | | (1.000-1.035) |
| Urobilinogen | URINE | normal | mg/dL | (norm 0.2-1) |
| Glucose | URINE | neg | mg/dL | (neg) |
| Bilirubin | URINE | neg | | (neg) |

**27 Mar 2015 1630**

**Mephedrone, MDPV, Methylone**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Mephedrone | URINE | negative | | NEGATIVE |
| Methylenedioxypyrovalerone | URINE | negative | | NEGATIVE |
| Methylone | URINE | negative <r> | | NEGATIVE |

**27 Mar 2015 1630**

**Cannabinoids (THC), Synthetic**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Cannabinoids, Synthetic | URINE | negative <r> | | |

**27 Mar 2015 1630**

**Chlamydia+Gonococcus DNA Panel NAAT**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Neisseria gonorrhoeae DNA | URINE | negative for n.gonorrhoeae <i> | | |
| Chlamydia trachomatis DNA | URINE | negative for c.trachomatis <i> | | (Negative) |

**27 Mar 2015 1630**

**ETG/ETS, UA (250 Cut-Off)**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=250 |

**27 Mar 2015 1630**

**Drug Abuse Screen**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |
| Cannabinoids | URINE | not detected <i> | | (Not-detected) |
| Methadone | URINE | not detected <i> | | (Not-detected) |
| Oxycodone | URINE | not detected <i> | | (Not-detected) |

**27 Mar 2015 1630**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-** ████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 846**

AR 0891

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017

| Urinalysis Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Color | URINE | straw | | (Yellow) |
| Ketones | URINE | neg | mg/dL | (neg) |
| Hemoglobin | URINE | neg | | (neg) |
| Nitrite | URINE | neg | | (neg) |
| pH | URINE | 7.0 | | (5.0-9.0) |
| RBC | URINE | < 1 | /HPF | (0-3) |
| Protein | URINE | neg | mg/dL | (neg) |
| Appearance | URINE | clear | | (Clear) |
| Leukocyte Esterase | URINE | mod (H) | | (neg) |
| Specific Gravity | URINE | 1.008 | | (1.000-1.035) |
| Urobilinogen | URINE | normal | mg/dL | (norm 0.2-1) |
| WBC | URINE | 3 (H) | /HPF | (0-2) |
| Glucose | URINE | neg | mg/dL | (neg) |
| Bilirubin | URINE | neg | | (neg) |

**27 Mar 2015 1600**

| Vitamin D, 1,25-Dihydroxy (Calcitriol) Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Vitamin D, 1,25-Dihydroxy | SERUM | 78 <r> | pg/mL | |
| Vitamin D2, 1,25-Dihydroxy | SERUM | <10 | pg/mL | |
| Vitamin D3, 1,25-Dihydroxy | SERUM | 76 | pg/mL | |

**27 Mar 2015 1600**

| Vitamin B1 (Thiamine) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Vitamin B1 (Thiamine) | BLOOD | 193.4 | nmol/L | 66.5-200.0 |

**27 Mar 2015 1600**

| HIV-1/O/2 Ab | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | ****** | | |

**27 Mar 2015 1600**

| Rapid Plasma Reagin | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Reagin Ab | SERUM | nonreactive <i> | | (Non-Reactive) |

**27 Mar 2015 1600**

| Homocysteine | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Homocysteine | SERUM | 9.1 <r> <i> | mcmol/L | (4.0-15.4) |

**27 Mar 2015 1600**

| Vitamin B12 (Cyanocobalamin)+Folate Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 329 <i> | pg/mL | (211-946) |
| Folate | SERUM | >20.00 <i> | ng/mL | (4.6-34.8) |

**27 Mar 2015 1600**

| Magnesium | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Magnesium | SERUM | 2.2 | mg/dL | (1.7-2.6) |

**27 Mar 2015 1600**

| Thyroid Stimulating Hormone | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Thyrotropin | SERUM | 0.757 <i> | mcIU/mL | (0.27-4.20) |

**27 Mar 2015 1600**

| Gamma Glutamyl Transferase | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 40 | U/L | (10-71) |

**27 Mar 2015 1600**

| Comprehensive Metabolic Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Albumin | SERUM | 4.9 | g/dL | (3.5-5.2) |
| Alkaline Phosphatase | SERUM | 71 | U/L | (40-130) |
| Alanine Aminotransferase | SERUM | 29 <i> | U/L | (0-41) |
| Bilirubin | SERUM | 0.3 | mg/dL | (0-1.0) |
| Urea Nitrogen | SERUM | 14 | mg/dL | (6-20) |
| Calcium | SERUM | 10.0 | mg/dL | (8.6-10.2) |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-31) |
| Chloride | SERUM | 98 | mmol/L | (98-107) |
| Creatinine | SERUM | 0.9 | mg/dL | (0.7-1.4) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0892

## Medical Record

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| Glucose | SERUM | 82 | mg/dL | (74-106) |
| Potassium | SERUM | 4.7 | mmol/L | (3.5-5.1) |
| Protein | SERUM | 7.9 | g/dL | (6.4-8.3) |
| Sodium | SERUM | 139 | mmol/L | (135-145) |
| Anion Gap | SERUM | 13 | mmol/L | (8-18) |
| GFR Calculated Non-Black | SERUM | 114.7 | mL/min | (>/=90) |
| GFR Calculated Black | SERUM | 132.6 <i> | mL/min | (>/=90) |
| Aspartate Aminotransferase | SERUM | <5 | U/L | (0-40) |

**27 Mar 2015 1600**

| CBC W/Diff | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| WBC | BLOOD | 6.8 | x10(3)/mcL | (3.6-10.6) |
| RBC | BLOOD | 4.65 | x10(6)/mcL | (4.21-5.92) |
| Hemoglobin | BLOOD | 14.5 | g/dL | (12.8-17.7) |
| Hematocrit | BLOOD | 43.1 | % | (37.5-50.9) |
| MCV | BLOOD | 92.6 | fL | (79.5-96.8) |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) |
| MCHC | BLOOD | 33.6 | g/dL | (32.6-35.0) |
| RDW CV | BLOOD | 12.0 | % | (12.0-16.2) |
| Platelets | BLOOD | 296 | x10(3)/mcL | (162-427) |
| MPV | BLOOD | 8.5 | fL | (7.0-10.9) |
| Neutrophils | BLOOD | 67.0 | % | (40.7-76.4) |
| Lymphocytes | BLOOD | 25.1 | % | (15.9-47.8) |
| Monocytes | BLOOD | 6.7 | % | (4.5-11.8) |
| Eosinophils | BLOOD | 0.9 | % | (0.3-7.1) |
| Basophils | BLOOD | 0.3 | % | (0.2-1.2) |
| ABS Neutrophils | BLOOD | 4.5 | x10(3)/mcL | (1.8-7.5) |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) |
| Differential Review | BLOOD | manual diff not performed | | |

**27 Mar 2015 16**

| Coagulation Panel 1 (PT+APTT) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Protime | PLASMA | 12.5 | Sec | (12.4-14.4) |
| INR | PLASMA | 1.0 <i> | | |
| APTT | PLASMA | 32.9 <i> | Sec | (23.4-36.2) |

**Microbiology Results**
**Urine Culture**

Order #                150327-24502 (NNMC Bethesda)
Filler #               150327 DWB 64394 (NNMC Bethesda)
Status:                Final
Ordering Provider:     CEREMUGA, GEORGE J
Priority:              ROUTINE
Date Ordered:          27 Mar 2015 1557
Date Resulted:         29 Mar 2015 0651
COLLECT_SAMPLE:        URINE/CLEAN CATCH

BACTERIOLOGY RESULT:   03/28/15: LESS THAN 24 HOURS,
                       FURTHER INCUBATION REQUIRED
BACTERIOLOGY RESULT:   03/29/15 URINE CULTURE NEGATIVE

Specimen:              Urine
Collected:             27 Mar 2015 1630

Results:
                       Final report

**Rads**
No Rads Found.

**Reason for Appointment:**
Generalized Anxiety Disorder & Alcohol Use Disorder,Severe
**Appointment Comments:**
ddr

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page 848

AR 0893

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**▮▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Vitals**
**Vitals** Written by ERICKSON,NANCY A @ 23 Apr 2015 0855 EDT
BP: 122/68,   HR: 70,   RR: 16,   T: 96.0 °F,   HT: 5' 9",   WT: 160 lbs,   BMI: 23.63,   BSA: 1.879 square meters
**Comments:** PT weighed in uniform and boots.

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 1113 EDT
**History of present illness**
    The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Navy Information Operations Command (NIOC) at Fort Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder. Pt initially presented to Integrative Care on 16JUN2014 and was diagnosed with GAD and neurotic excoriation (scalp picking when anxious). He was then referred to a LCSW at WRNMMC for therapy and attended therapy sessions until 30OCT2014. He was then command referred to SARP on 17MAR2015 and diagnosed with Alcohol Use Disorder, moderate to severe. SARP referred pt to a 28 day inpatient alcohol rehab at Ft. Belvoir from which the pt was discharged yesterday. SARP would like psychiatrist to evaluate pt for psychotropic medication for his depressed mood, anxiety, and sleep symptoms. Pt reports that every day he experiences either a depressed mood or apathy. He does have moments of happiness when he works on his computer game or cooks, but these moments don't last long. He often wonders what the point of life is and what his purpose in life is. He often worries about the future and tasks he has to complete. He feels that he is always planning and runs through scenarios (good version, bad version) of things in his head. He is frequently irritable, impatient, and judgmental of others. His anxious ruminations lead to initial insomnia. He did sleep well last night, but in rehab he was using Melatonin at bedtime. He has been started on Zoloft, but has not noticed a benefit yet. Denies side effects.

From SARP note: The SM self-referred for SARP evaluation due to his growing concern about his drinking and inability to stop. According to the SM, his alcohol of choice is vodka. He prefers to drink alone at home. His drinking frequency is daily. He reported an increase in his drinking, over the past 8 months, to daily drinking. He described drinking 2 ? 3 self-poured drinks, which has an estimated 4 ounces of alcohol per drink. He described the appeal in terms of the calming effect on his mind, specifically to dampen his anxious ruminations and ?obsessing.? He further reported that drinking helps prepare him for sleep onset (he has had problems with initial insomnia). Clinical interview further revealed evidence for marked tolerance, significant spending on alcohol ($400 - $500 per month), hangovers (every other week), being told that he drinks too much (past girlfriends), drinking despite the consistent worsening of his negative mood state, and unsuccessful efforts to reduce/quit drinking. In his personal reflection, he indicated that he does not like himself relative to his drinking and desires to stop. He recognizes that there are multiple triggers to his drinking and usually these involve longstanding feelings of disappointment, frustration, and loneliness. It should be noted that the SM indicated that he has been engaging in painful introspection, particularly regarding his childhood and family life.

    Medication list reviewed with patient, reconciliation completed, and list given to patient.
    Visit is not deployment-related.
Pain Severity  0 / 10.
**Allergies**
Current Allergies Reviewed. NKDA.
**Current medication**

 Zoloft 50mg daily started on 26MAR2015
Melatonin for insomnia.
**Past medical/surgical history**
**Reported:**
    Recent Events: Medication compliance.
    Medical: Reported medical history Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)
    and psychiatric history
* THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014. She documented Anxiety Disorder, NOS. The SM indicated that he discontinued his participation in treatment due to the limited impact of these visits.
* MEDS: Denies other medication trials
* INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
* SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior.

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 849**

**Medical Record**

Anderson, Daniel Dennis    DOB:▮▮▮ 1985  SSN: ***-**-▮▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

Family history:
F: Alcohol use disorder
M: depression
Sister#1: depression, hx of suicide attempts
Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children
Maternal grandmother: bipolar

**Personal history**
Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6 y/o). He and his two sisters were raised by their father, whose employment challenges qualified them for welfare. There was also a tumultuous home environment. Father was not involved with his children and was emotionally/physically abusive. Pt felt that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself. He left his family abruptly, upon graduation from high school, in 2003. Moved out of state and enrolled in college. He found himself ?bored? with college. He enlisted in the Navy in October, 2005, after dropping out of college, working two jobs, and being on the verge of ?living on the street.? There were mounting debts (rent, college tuition, basic apartment furniture) also at the time. He started as an Aviation Boatswain?s Mate, then cross-rated in 2009 to Cryptologic Technician ? Network. His duty stations have included USS ESSEX, Pensacola, and NIOC Maryland. He has been very successful in his enlisted service thus far, but has been disenchanted at his current Command because everyone is physically separated and it is not a tight knit command.

Pt was engaged to a Filipino girl he met while stationed overseas, but he ended the engagement in 2010 because she was 'crazy.' No kids.

Behavioral: Caffeine use 16 oz tea/day and never a smoker  / Never Used Tobacco Products.
Alcohol: Not using alcohol Not currently. Discharged yesterday from Ft. Belvoir 28 day Residential Alcohol Treatment.
**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person? Denies
Do you feel like you are at risk for workplace violence? Denies

PTSD CHECKLIST (PCL-C)
[ 2 ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[0  ] Repeated, disturbing dreams of a stressful experience from the past?
[0  ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[2  ] Feeling very upset when something reminded you of a stressful experience from the past?
[2  ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[1  ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[1  ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ 0 ] Trouble remembering important parts of a stressful experience from the past?
[0  ] Loss of interest in things that you used to enjoy?
[0  ] Feeling distant or cut off from other people?
[2  ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[0  ] Feeling as if your future will somehow be cut short?
[0  ] Trouble falling or staying asleep?
[1  ] Feeling irritable or having angry outbursts?
[ 1 ] Having difficulty concentrating?
[1  ] Being 'super alert' or watchful on guard?
[ 0 ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =  13         DATE:

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult  [X ] Somewhat difficult  [ ] Very difficult  [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes  [X ] No
If 'Yes', how often?  [ ] Several days  [ ] More than half the days  [ ] Almost everyday.
Depression Screening:

[ 1 ]  1. Little Interest or pleasure in doing things
[ 1 ]  2. Feeling down depressed or hopeless

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 850**

**Medical Record**

Anderson, Daniel Dennis    DOB:███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

[ 0 ]  3.  Trouble sleeping or sleeping too much
[ 1 ]  4.  Feeling tired or little energy
[ 0 ]  5.  Poor appetite or overeating
[ 0 ]  6.  Feeling bad about self
[ 0 ]  7.  Trouble concentrating on things
[ 1 ]  8.  Moving or speaking slowly or being restless
[ 0 ]  9.  Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score = 4

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ X ] Somewhat  [ ] Very  [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 1 ]  1.  Feeling nervous, anxious, or on edge
[ 1 ]  2.  Not being able to stop or control worrying
[ 1 ]  3.  Worrying too much about different things
[ 0 ]  4.  Trouble relaxing
[ 0 ]  5.  Being so restless that it's hard to sit still
[ 2 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 5

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ X ] Somewhat  [ ] Very  [ ] Extremely.

NO Learning Disability, Language or Learning Barriers.
**Review of systems**


No current substance use symptoms
No current cognitive symptoms
No current psychotic symptoms


**Physical findings**
**Psychiatric:**
    Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

    Non-Modifiable:
        Gender (risk factor if male): Y
        H/O Suicide Attempts:Y
        Organized Plan:N
        Chronic Psychiatric Disorder:Y
        Recent Psychiatric Hospitalization: RECENT REHAB
        H/O Abuse or Trauma:Y
        Chronic Physical Illness:N
        Family H/O Suicide/Attempts:Y
        Other Recent Loss:N
        Chronic Pain:N
        Age (risk factor if <25 or >60):N

    Modifiable:
        Suicidal ideation/plans/intent:N
        Access to Lethal Means:N
        Poor Treatment Compliance:N
        Hopelessness:?
        Psychic Pain/Anxiety:Y
        Acute Event:N
        Insomnia:N
        Low Self-Worth:Y
        Impulsivity:N
        Substance Abuse:Y
        Financial Stress:Y, PAYING OFF DEBT
        Legal Stress:N

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 851**

AR 0896

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Protective:
    Strong Therapeutic Alliance:Y
    Positive Coping Skills:Y
    Responsible to/for Family:Y
    Responsible to/for Pet:N
    Frustration Tolerance:Y
    Resilience:Y
    Good Reality Testing:Y
    Amenable to Treatment:Y
    Social Support:Y


Risk of Harm to Others: DENIES

Action Taken Based on Risk Assessment:
  [ X ] Released without limitations. Advised of emergency procedures.
  [  ] SM released to Chain of Command with the following limitations:
  [  ] SM sent to ER for evaluation for admission to inpatient psychiatry
  [  ] Other:

**Therapy**
  • Duration of the encounter 60 min.
**Practice Management**
    Continue assessment and intervention
    Multi-Disciplinary Treatment Plan:

    Treatment Team Members -

    Individual Therapist: SARP
    Medication Prescriber: ZEMBRZUSKA
    Group Therapist: MELTON FOR CBT-I

    Additional Provider and treatment: SARP at Washington Navy Yard

    Date last updated: 23APR2015
    Reviewed with patient on: 23APR2015
    Does patient agree with plan? Yes
    If not, what part?
    Projected date of next treatment plan update: f/u in 3 weeks
    Discussion of assessment and intervention
    Tx Plan cont'd:


    Diagnosis
    Generalized Anxiety Disorder
    Alcohol Use Disorder, moderate to severe

    Active Problem List:
    1. Anxiety, worry, irritability
    2. Depressed/apathetic mood
    3. Insomnia

    Long-Term Goals:

    1. Improve relationship/increase social support from mother and sister
    2. Improve financial knowledge/pay off debts
    Discussion of risk of assessment and intervention
    Interventions Provided at this session:

    Objective 1 (Corresponds to Goal #  ): Anxiety, worry, irritability
    -
    Interventions:
    1. Increase Zoloft from 50mg to 75mg daily. Discussed r/b/se.
    2. Continue SARP.
    3. Will discuss pt being referred for individual therapy for CBT at next session.
    4. R/o OCD.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0897

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-██    DoD ID: 1286180538    Created: 30 Oct 2017

Objective 2 (Corresponds to Goal # ):  Depressed/apathetic mood
-
Interventions:
1. Increase Zoloft from 50mg to 75mg daily. Discussed r/b/se.
2. Continue SARP.
3. Will discuss pt being referred for individual therapy for CBT at next session.

Objective 3 (Corresponds to Goal # ): Insomnia
-
Interventions:
1. Pt to obtain Melatonin OTC to help with insomnia
2. Pt to download free CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and decrease ruminative thoughts
    3. Pt referred to CBT-I group with Ms. Melton at WRNMMC. First group starts Monday, 27 April 13-14:00 for 4 weeks

   Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.


**Lab Result** Cited by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0856 EDT

| Lipid Panel | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| Cholesterol | SERUM | 208 (H) <i> |
| Triglyceride | SERUM | 158 (H) <i> |
| HDL Cholesterol | SERUM | 64.0 (H) |
| LDL Cholesterol | SERUM | 112 <i> |
| VLDL Cholesterol | SERUM | 32 |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 |

**Lab Result** Cited by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0856 EDT

| Hemoglobin A1c | Site/Specimen | 04 Jun 2013 0925 |
|---|---|---|
| Hemoglobin A1c | BLOOD | 5.4 <i> |

**Lab Result** Cited by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0855 EDT

| Lipid Panel | Site/Specimen | 19 Mar 2013 1107 |
|---|---|---|
| Cholesterol | SERUM | 209 (H) <i> |
| Triglyceride | SERUM | 265 (H) <i> |
| HDL Cholesterol | SERUM | 63.0 (H) |
| LDL Cholesterol | SERUM | 93 <i> |
| VLDL Cholesterol | SERUM | 53 (H) |
| Cholesterol/HDL Cholesterol | SERUM | 3.32 |


**A/P** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 1026 EDT
**1. GENERALIZED ANXIETY DISORDER** 300.02
        Procedure(s):        -(90792) Psychiatric Diagnostic Evaluation With Medical Evaluation And Management x 1
**2. ALCOHOL DEPENDENCE (ALCOHOLISM)** 303.90

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 1134 EDT
**Released w/o Limitations**
**Follow up:** 3 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0852 EDT
**Consult Order**
**Referring Provider:**        EDWARDS, OLUSOLA O
**Date of Request:**   15 Apr 2015
**Priority:**        Routine

**Provisional Diagnosis:**

Generalized Anxiety Disorder ~T~ Alcohol Use Disorder,Severe

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Reason for Request:**

Patient will need follow-up appointment for inpatient discharge.  Patientwas diagnosed with generalized anxiety disorder.Patient reported history of physical and emotional abuse from his father.

**Signed By  ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 23 Apr 2015 1134

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 854**

AR 0899

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *22 Apr 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:   BETH-20560323    Primary Dx:    ALCOHOL DEPENDENCE WITH
                                                CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**          Date: **22 Apr 2015 1019 EDT**          Appt Type: **EST**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**              Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**                                                                      **A**
Patient Status: **Inpatient**               Inpatient Location:

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 22 Apr 2015 1113 EDT

**Problems**                                                    **Allergies**
•ALCOHOL DEPENDENCE WITH                                        •OTHER: Unknown (SEE MED RECORD)
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 22 Apr 2015 1019 EDT
OP INTAKE

**Screening** Written by PATSOS,ASHLEY N @ 22 Apr 2015 1031 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 22 Apr 2015 1019

OP INTAKE
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 22 Apr 2015 1031 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ██████
No vitals taken for SARP Treatment.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 855**

AR 0900

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**A/P** Last Updated by PATSOS,ASHLEY N @ 22 Apr 2015 1033 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

Procedure(s):        -BEHAVAL HEALTH SCREEN DETERMINE ELIGIBILY, ADM TX PRGM x 1 - Met with patient one-on-
one from 1030-1130 to discuss Individual Treatment Plan.
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 23 Apr 2015 1333 EDT
**Continued Stay**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his OP
treatment intake. Treatment plan has been developed and Daniel has agreed to the terms and conditions of treatment, to include
abstinence from alcohol and any other drugs starting 22 April 2015. Furthermore, he has agreed to complete the pre-confinement
physical prior to his Tx start date or as soon as he can get an appointment with his PCM. CDP handout binder was provided to
Daniel and he was also given instructions for completing his assignments.
P) Start working on treatment plan issues.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 23 Apr 2015 1333
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 23 Apr 2015 1341

| Anderson, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-**■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 856**

AR 0901

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*23 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20234361    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**        Date: **23 Mar 2015 0909 EDT**        Appt Type: **EST**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**        Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 25 Mar 2015 1411 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 23 Mar 2015 0909 EDT
EST

**Screening** Written by PATSOS,ASHLEY N @ 23 Mar 2015 0909 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 23 Mar 2015 0909
⎯⎯⎯⎯⎯⎯⎯⎯
EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 23 Mar 2015 0909 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ████████
No vitals taken at SARP treatment.

**A/P** Last Updated by PATSOS,ASHLEY N @ 23 Mar 2015 0910 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
        Procedure(s):        -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-

| Anderson, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 857**

AR 0902

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985 SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

on-one from 0800-0900 to review Individual Treatment Plan.
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
review and update the overall SARP Clinical Record. In addition, reviewed additional services to help
assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 25 Mar 2015 1415 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his individual 1-on-1 session with his counselor on Monday 23rd of March 2015 at 08:00.
Daniel was told that his bed was confirmed for him to attend Level 3 Inpatient Treatment at Fort Belvoir Residential Treatment
Center in VA. Daniel stated that he is ready to go to treatment; then mentioned that he was unable to reframe from abstaining from
alcohol this weekend past weekend. Daniel stated that he had a date on Friday night that stood him up. While there waiting for her
at the bar, he felt "upset" and decided to start drinking rum and cokes. After 6 rum and cokes, he decided to stop. Daniel
mentioned that was the 3rd time this week that he's been stood up. He further stated that he went home in a cab and passed
out. He also mentioned that he stayed in his apartment the entire weekend and did nothing.
Daniel appeared miserable and fully aware of how different triggers can lead him to start drinking to mask his discontent. Realizing
that Daniel does not have the necessary tools to handle these deterrence's, Daniel was asked to use a "feelings chart" to describe
how he felt when he was at the bar. Daniel mentioned several to include, frustrated, disappointed, envious (of other couples),
idiotic, enraged, jealous, hurt. This exercise made Daniel understand the importance of acknowledging all of the feelings he is going
through and to understand that it's not just being "upset".
Daniel has not drunk since Friday night and states that he will abstain from alcohol throughout his treatment. He will check in to Fort
Belvoir Level 3 Residential Treatment facilities in VA at 08:30 on Wednesday 25th of March 2015.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel is upon completion of Level 3 Residential Program at Ft Belvoir.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By REGIS, JAMES** (Para-Professional, SARP WNY) @ 25 Mar 2015 1415
**Co-Signed By BROWN, CYNTHIA E** (Paraprofessional) @ 25 Mar 2015 1441

Anderson, Daniel Dennis    DOB: ████ 1985 SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 858**

AR 0903

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓▓ 1985  SSN: ***-**-▓▓▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *20 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

| Encounter ID: | BETH-20216692 | Primary Dx: | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **20 Mar 2015 0737 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **EST**
Provider: **REGIS,JAMES**

<u>AutoCites</u> Refreshed by REGIS,JAMES @ 20 Mar 2015 0806 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

<u>**Reason for Appointment:**</u>Written by PATSOS,ASHLEY N @ 20 Mar 2015 0737 EDT
EST

<u>**Screening**</u> Written by PATSOS,ASHLEY N @ 20 Mar 2015 0737 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 20 Mar 2015 0737

EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

<u>**Vitals**</u>
<u>**Vitals**</u> Written by PATSOS,ASHLEY N @ 20 Mar 2015 0737 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ▓▓▓▓▓▓▓
No vitals taken at SARP treatment.

<u>**A/P**</u> Last Updated by PATSOS,ASHLEY N @ 20 Mar 2015 0739 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
        Procedure(s):        -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-

| Anderson, Daniel Dennis | DOB: ▓▓▓ 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 859**

AR 0904

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

on-one from 0800-0900 to review Individual Treatment Plan.
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 20 Mar 2015 1448 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: Daniel arrived on time for his individual 1-on-1 session with his counselor on Friday 20th of March 2015 at 07:30. Daniel was told that his LIP assessment confirmed the recommendation for him to attend Level 3 Inpatient Treatment. Daniel completed the package for admission to Fort Belvoir Residential Treatment Center. Daniel stated that he is ready to go next week. Daniel then mentioned that he's noticed that he is eating more now than when he was drinking and that he was stood up twice this week; both on Tuesday and on Thursday by the same girl which made him feel disappointed and lonely. Daniel also mentioned that he didn't know what he was doing this weekend but that he did have a date for tonight who already knows that he will not be drinking. Daniel appeared bashful and optimistic regarding his willingness to attend treatment next week. When communicating about being stood up this week, Daniel seemed hurt and perplexed. While expressing his disappointment about being stood up, he seemed in disbelief that this happened to him twice. Regarding his abstaining from alcohol, Daniel gives the impression of being very cautious. Daniel will continue to abstain from alcohol throughout his treatment. He was asked to make a weekend plan which included snowboarding and his 1st AA meeting on Saturday and then going to the gym and another AA meeting on Sunday.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel is on the 23rd of March 2015 @ 07:30
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

---

**Signed By REGIS, JAMES** (Para-Professional, SARP WNY) @ 20 Mar 2015 1448
**Co-Signed By BROWN, CYNTHIA E** (Paraprofessional) @ 20 Mar 2015 1514

---

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 860**

AR 0905

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *19 Mar 2015 at WRNMMC, Substance Abuse NY by ARITA, ANTHONY A*

Encounter ID:    BETH-20203468    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**     Date: **19 Mar 2015 0755 EDT**     Appt Type: **EST**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**     Provider: **ARITA,ANTHONY AKIO**
**NAVY YARD**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by ARITA,ANTHONY A @ 19 Mar 2015 1548 EDT

Allergies
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

<u>Reason for Appointment:</u>Written by PATSOS,ASHLEY N @ 19 Mar 2015 0755 EDT
LIP APPOINTMENT

<u>Screening</u> Written by PATSOS,ASHLEY N @ 19 Mar 2015 0755 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 19 Mar 2015 0755

LIP APPOINTMENT
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
<u>Vitals</u> Written by PATSOS,ASHLEY N @ 19 Mar 2015 0755 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
No vitals taken at SARP treatment.

<u>A/P</u> Written by ARITA,ANTHONY A @ 19 Mar 2015 1549 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
   Procedure(s):        -Psychiatric Diagnostic Evaluation x 1

<u>Disposition</u> Written by ARITA,ANTHONY A @ 19 Mar 2015 1743 EDT
**Released w/o Limitations**

<u>Note</u> Written by ARITA,ANTHONY A @ 19 Mar 2015 1743 EDT

## Washington Navy Yard – Branch Health Clinic
## Substance Abuse Rehabilitation Program (SARP)

| DEMOGRAPHIC/BACKGROUND SNAPSHOT | |
|---|---|
| Patient Name | Merwin, Daniel Dennis  20/█ |
| Rank / Rate/MOS | E-6 / CTN1 (cryptologic technician – network), first class petty officer |
| Duty Station | Navy Information Operations Command (NIOC), Maryland |
| Branch of Service | USN |
| DoB  / Age | ████ 1985 / 30 years old |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**
Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮   DoD ID: 1286180538    Created: 30 Oct 2017

| Marital Status | Single; no children |
|---|---|
| Current Duty Status | Fit for Full Duty |
| Notes | • Primary Language: English<br>• Education: 13<br>• TBI/Concussive Events:<br>  • denied<br>• Medical:<br>  • Recurrent abdominal pains<br>• Psych Health:<br>  • History of intermittent SI<br>  • History of SA (in 10th or 11th grade)<br>  • Alcohol Dependence (documented this visit)<br>  • Anxiety Disorder, NOS (documented 04 AUG 2014) |

**19 MAR 2015**

## Psychological Health Evaluation

**IDENTIFYING DATA AND REASON FOR REFERRAL:** The Service Member (SM) is a 30-year old, single, Caucasian male, E-6/AD/USN, with approximately 9 ½ years continuous active duty service, currently assigned to Navy Information Operations Command (NIOC) at Fort Meade, Maryland. The SM was seen as a self-referral, based on his concern about his drinking.

**CONSENT/PRIVACY:** The SM was given an explanation of the nature and purpose of the present evaluation, as well as the limits of confidentiality and he consented to the procedures. He signed the Privacy Act statement on 17 MAR 2015 – a copy is in his secondary (clinic) file.

**HISTORY OF PRESENT CONCERNS:** The SM self-referred for SARP evaluation due to his growing concern about his drinking and inability to stop. According to the SM, his alcohol of choice is vodka. He prefers to drink alone at home. His drinking frequency is daily. He reported an increase in his drinking, over the past 8 months, to daily drinking. He described drinking 2 – 3 self-poured drinks, which has an estimated 4 ounces of alcohol per drink. He described the appeal in terms of the calming effect on his mind, specifically to dampen his anxious ruminations and "obsessing." He further reported that drinking helps prepare him for sleep onset (he has had problems with initial insomnia). Clinical interview further revealed evidence for marked tolerance, significant spending on alcohol ($400 - $500 per month), hangovers (every other week), being told that he drinks too much (past girlfriends), drinking despite the consistent worsening of his negative mood state, and unsuccessful efforts to reduce/quit drinking. In his personal reflection, he indicated that he does not like himself relative to his drinking and desires to stop. He recognizes that there are multiple triggers to his drinking and usually these involve longstanding feelings of disappointment, frustration, and loneliness. It should be noted that the SM indicated that he has been engaging in painful introspection, particularly regarding his childhood and family life. Over the past couple of years, he has been frustrated in his job (is preparing to leave the Navy at his EAOS in OCT 2015) and disappointed in his romantic life. He reported a longstanding history of intermittent suicidal ideation. He reported a couple of instances of suicide attempts in adolescence. In his adult life, his suicidal ideations, which occur about once per month, might include consideration of various methods, but without intense distress or intent to follow through. He further revealed that the thought of pain associated with any act of self-harm discourages serious consideration of suicide. Additionally, the SM reported that he tends to pick at the hair in particular places on his scalp – he pointed to some visible bald patches at the crown of his head that has become a source of embarrassment to him.

**REVIEW OF RECORDS:** the SM's AHLTA records were reviewed. SM's record was notable for multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014.

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮   DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 862**

She documented Anxiety Disorder, NOS. The SM indicated that he discontinued his participation in treatment due to the limited impact of these visits.

**HISTORY OF HEAD INJURIES AND BLAST EXPOSURE**: The SM denied any history of head or concussive injuries.

**PSYCHIATRIC HISTORY**: Much of his history is reported in sections above. Family history was significant for depression (mother, sister) and Bipolar Disorder (sister, maternal grandmother). SM denied past and present use of illicit substances. He reported abusing his albuterol inhaler during his childhood/adolescence. With regard to conduct problems, the SM described himself as a "good kid," however noted school suspensions due to computer hacking, fighting, and being connected with the presence of stink bombs at school. He denied any past legal problems or history of arrests.

**MEDICAL HISTORY**: The SM reported a history of asthma during childhood, but also that he had an allergic response to pets, which were kept in the home. He used an inhaler throughout his childhood. At times, he had to be hospitalized due to his asthma response and he estimates that, summed together, he spent a total of about 30 days hospitalized. He reported a problem with recurrent intestinal pain that has not yet been definitively diagnosed. This has been a problem since about age 15 and is tied to having to go to the bathroom. He had PRK performed in 2011. He was not taking any prescription or OTC medications at the time of the evaluation. There were no known drug allergies. He denied use of tobacco products. He reported his consumption of caffeinated beverages in terms of 14 oz. of coffee daily, more on weekends.

**PAIN**: The SM reported mild dental pain associated with his orthodontic braces. He reported his pain as a 2 on a scale from 0 – 10 (10 = most excruciating; 0 = none).

**SOCIAL AND FAMILY HISTORY**: The SM was the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler. He and his two sisters were raised by their father, whose employment challenges qualified them for welfare. There was also a tumultuous home environment. The SM indicated that he had few friends. He was often by himself; he was absorbed playing with Legos and watching Star Trek. He left his family abruptly, upon graduation from high school, in 2003. He enlisted in the Navy in October, 2005, after dropping out of college, working two jobs, and being on the verge of "living on the street." There were mounting debts also at the time. He started as an Aviation Boatswain's Mate, then cross-rated in 2009 to Cryptologic Technician – Network. His duty stations have included USS ESSEX, Pensacola, and NIOC Maryland. He has been very successful in his enlisted service thus far, but has been disenchanted at his current Command. He expressed an interest in getting out of the Navy and continuing his current line of work as a civilian contractor.

**MENTAL STATUS AND BEHAVIORAL OBSERVATIONS**: SM was an adequately groomed and dressed, Caucasian male with red hair. He appeared younger than his age of 30. SM was alert and fully oriented. Eye contact was good. He was cooperative with the interview and answered all questions. Behavior and conduct were appropriate to the interview. Affect was subdued, but responsive. He reported his mood as "mixed...crappy...anxious...frustrated." Immediate and remote memory appeared good. Thought processes were clear, coherent, linear, logical, and goal-directed. Speech was of normal rate, rhythm, and volume. There was no evidence for psychosis as indicated by hallucinations, delusions, and bizarre thinking. Intelligence, based on verbal skills and vocabulary, was estimated to be average. Judgment and impulse control appeared intact, without evidence for gross impairment. Treatment motivation was viewed to be good.

**PRIMARY FINDINGS**: The SM's pattern of drinking meets the criteria for Alcohol Dependence. He is unable to manage or control his drinking and has little confidence that he can discontinue on his own. He appreciates the multiple triggers, usually mood related, that make him vulnerable to resumption of drinking. He will require the high structure and controlled environment of a residential setting. Level III care is therefore indicated. He also presents with prominent psychological concerns – persistent dysphoria with intermittent, mild suicidal ideation. There is an anxiety component, obsessive/ruminative

Anderson, Daniel Dennis    DOB:    1985  SSN: ***-**-    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 863**

AR 0908

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 | SSN: ***-*▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

thinking, and compulsions. Trichotillomania may explain his compulsion to pick at his hair (leaving bald patches). A repeat mental health evaluation to specifically address his mood/anxiety symptoms and possible Axis II contributions to his recurrent dysphoria is also appropriate.

**SAFETY ISSUES:** The Service Member is not currently reporting suicidal or homicidal ideation, intentions, or plans. At present, the Service Member has sufficient ego strength and functional capacity to alert others should he experience a crisis. There are no acute signs of distress presently requiring more extensive suicide risk assessment at this time. Neither is there a need to increase his level of care or restrict autonomy.

**FITNESS FOR DUTY AND DISPOSITION:** The Service Member is currently psychologically fit for full duty. There is no psychological condition at present that warrants medical board action. The impact of his psychological symptoms described above have largely been associated with distress, to a lesser degree decrements in functioning

**DIAGNOSIS:**

| | |
|---|---|
| AXIS I: | Alcohol Use Disorder, Moderate – Severe |
| | History of Anxiety Disorder, NOS |
| | R/O Trichotillomania |
| AXIS II: | Cluster C traits |
| AXIS III: | No known contributory physical illnesses |
| AXIS IV: | multiple sources of dissatisfaction |
| AXIS V: | Current GAF: 51 |

**SUMMARY OF FINDINGS AND RECOMMENDATIONS:**

1. Based on the available data, the Service Member meets the criteria for Alcohol Dependence.
2. The Service Member is recommended to attend Level III (Residential) treatment, which will afford him the high structure, monitoring, and support required to sustain his abstinence over the course of treatment. His risk of drinking resumption is unacceptably high on an outpatient basis. Level III care will help equip him with the tools/skills he will need to maintain his sobriety and participate meaningfully in his recovery trajectory following completion of residential care.
3. He is to remain abstinent throughout the period of treatment and continuing care.
4. The Service Member is to attend AA meetings at the frequency recommended by the SARP counselor.
5. The Service Member is recommended to resume mental health care at Walter Reed – Bethesda. He will benefit most from a re-evaluation, particularly for psychotropic medication consultation with regard to his mood, anxiety, and sleep symptoms. Cognitive behavioral therapy for insomnia might also be helpful, given his ruminative style.
6. These findings and recommendations were discussed with the SM, who expressed understanding and willingness to comply.


Anthony A. Arita, PhD
CAPT, MSC, USN
Clinical Psychologist / Neuropsychologist


Signed By **ARITA, ANTHONY A** (Clinical Psychologist/Neuropsychologist) @ 19 Mar 2015 1744

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *17 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:     BETH-20171109     Primary Dx:     Visit for: screening exam alcoholism

Patient: **MERWIN, DANIEL DENNIS**     Date: **17 Mar 2015 0725 EDT**     Appt Type: **SPEC**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**     Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 18 Mar 2015 1505 EDT
**Problems**
• MAJOR DEPRESSION RECURRENT
    MODERATE
• ANXIETY DISORDER NOS
• Left ankle joint pain
• NEUROTIC EXCORIATION
• ANKLE SPRAIN LEFT
• ESSENTIAL HYPERTRIGLYCERIDEMIA
• ANOMALIES OF SKIN
• Abdominal pain
• ASTHMA
• POSTSURGICAL STATE OF EYE AND
    ADNEXA
• Difficulty breathing (dyspnea)
• SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
• Removal Of Sutures
• ASTHMA EXTRINSIC
• ROSACEA
• PERIPHERAL RETINAL
    DEGENERATION - LATTICE
• REFRACTIVE ERROR - MYOPIA
• ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 17 Mar 2015 0725 EDT
ASSESSMENT

**Screening** Written by PATSOS,ASHLEY N @ 17 Mar 2015 0730 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 17 Mar 2015 0725

ASSESSMENT
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (New) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 17 Mar 2015 0730 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
No vitals taken at SARP treatment.

**S/O Note** Written by REGIS,JAMES @ 18 Mar 2015 1506 EDT
**History of present illness**
     The Patient is a 30 year old male.
     He reported: Encounter Background Information: This 30 year old, Single, Male, AD, E-6, USN, NIOC, Fort Meade, MD service
member with 9 years active service, was command self-referred for substance abuse evaluation due to: Pt  states that he has
concerns about his inability to resist drinking; which he feels contributes to his growing lack of motivation.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 865**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

A/P Last Updated by PATSOS,ASHLEY N @ 17 Mar 2015 0731 EDT
**1. Visit for: screening exam alcoholism**
　　　Procedure(s):　　　　-ALCOHOL AND/OR DRUG ASSESSMENT x 1 - The patient arrived at 0730 and was provided a
　　　　　　　　　　　　　screening assessment questionnaire, which he completed at 0830.  The questionnaire was reviewed
　　　　　　　　　　　　　and a face to face conducted from 0845-1030.

Disposition Last Updated by REGIS,JAMES @ 18 Mar 2015 1506 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: The patient was briefed on the screening process with Privacy Act and
Informed Consent reviewed and discussed.  The patient was also briefed on DSM-IV and ASAM/PPC indicating his understanding.
No evidence of HI/SI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

Signed By  **REGIS, JAMES** (Para-Professional, SARP WNY) @ 18 Mar 2015 1509
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 18 Mar 2015 1524

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.　　　　**Page 866**

AR 0911

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *30 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:    BETH-18858979    Primary Dx:    ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **30 Oct 2014 0730 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **EST**
Provider: **NILSEN,LINDA M**

**AutoCites** Refreshed by NILSEN,LINDA M @ 04 Nov 2014 1356 EST

**Family History**
•fraternal history of SUBJECTIVE [Use for
   s.o.a.p. note free text] (Brother)
•family medical history (General FHx)
•paternal grandfather's history of
   preliminary background HPI [use for
   free text] (Paternal Grandfather)
•paternal history of preliminary background
   HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
   for free text] (Paternal Grandmother)
•family history of supplemental HPI [use
   for free text] (General FHx)
•no family history of malignant neoplasm of
   the large intestine (General FHx)
•no family history of malignant neoplasm of
   the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
   (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**S/O Note** Written by NILSEN,LINDA M @ 04 Nov 2014 1357 EST
**History of present illness**
      The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not
sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of
origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following
symptoms: anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has
scraped/picked the hair out in circles.   He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking
at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out
like him
.
Insomnia Severity Index: 8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when
he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse: Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because
he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs. SM used emergency inhaler 3 or 4 X
a day.
.
Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather
than ignore them.

.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 867**

AR 0912

**Medical Record**

Anderson, Daniel Dennis          DOB:     1985  SSN: ***-**-          DoD ID: 1286180538          Created: 30 Oct 2017

10-30-14:  Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder. Patient arrived on time. Patient stated that his sleep is not good.  He wakes up in the middle of the night and sometimes has a hard time going back to sleep. Over the weekend, he had a date with a woman who lives in Harrisburg, PA.  While he was in the area, he also tried to look up a woman he dated several years ago.  He is trying to accept other's points of view.  He did not find the one, and the other didn't turn out. One of his main concerns with women he dates, is he needs alone time to do his own thing (computer programing mainly).
        Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

 Pain Severity  0 / 10  Pain Severity  0 / 10.
**Current medication**

  See ALTHA, per patient, none


**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history
        See ALTHA


   and psychiatric history
   *  THERAPY: Fleet snd Family Aug 2012 for 4 or 5 months
   *  MEDS: none
   *  INPATIENT/RESIDENTIAL CARE: denied
   *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: in H/S, swallowed a whole bottle of aspirin - felt sick, never told
       anyone
     * FPMH: sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar. Father is obese, diabetic, alcoholic? -
       drinks every other or every night - has not seen him since 2009 so is not sure how he is doing

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years. SM is 29, sisters are 27 and 26. All full siblings.
        Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didnt want mother to ever see them.
   Mother left bruises on his sister. Lost full custody. Dad was really more abusive.  Age 8, got step-mother, they were together for 10
        years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could .Before their divorce,
        father started seeing his next wife.  Brought her to patients track events. Dad got divorced from her about 1 yr ago. SM lived
        in Cal until 14.

EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr. He
        lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships. Worked during the
        school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school). Lived with her for 2
        yrs and went to college for 1 semester. Drinking lots, dating crazies, decided to join the military.  Planned on making a career
        of the military, not sure now.  Doesnt want to move anymore.

ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29. They have been together 6 months,
        living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesnt
        want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good. The rest of the
        time was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She
        spent the rest of the time hiding her drinking.  She also was taking anti-depressants and didnt tell him.

SPIRITUAL: none


Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current
        smoker  Used to smoke hooka when overseas - Amt per Day:    Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut
        down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.
**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
 Additional Screening Questions:

Are you having any thoughts about harming another person?  denied

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 868**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Do you feel like you are at risk for workplace violence?  denied

PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response. Total Score =  0      DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult  [ ] Somewhat difficult  [ ] Very difficult  [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way? [ ] Yes  [ ] No
If
'Yes
', how often?  [ ] Several days  [ ] More than half the days   [ ] Almost everyday.
Depression Screening:

[ 1 ] 1. Little interest or pleasure in doing things
[ 0 ] 2. Feeling down depressed or hopeless
[ 2 ] 3. Trouble sleeping or sleeping too much
[ 0 ] 4. Feeling tired or little energy
[ 0 ] 5. Poor appetite or overeating
[ 1 ] 6. Feeling bad about self
[ 1 ] 7. Trouble concentrating on things
[ 2 ] 8. Moving or speaking slowly or being restless
[ 1 ] 9. Thoughts that you would be better off dead
Add point values from each response. Total (PHQ-9) Score = 7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ x ] Somewhat  [ ] Very  [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ] 1. Feeling nervous, anxious, or on edge
[ 1 ] 2. Not being able to stop or control worrying
[ 2 ] 3. Worrying too much about different things
[2  ] 4. Trouble relaxing
[ 1 ] 5. Being so restless that it
's hard to sit still
[ 3 ] 6. Becoming easily annoyed or irritable
[ 0 ] 7. Feeling afraid as if something awful might happen

Add point values from each response. Total (GAD-7) Score = 12/27 on 8-4-14
It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ] Extremely.
**Physical findings**
**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 869**

AR 0914

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Neurological:**
° No disorientation was observed, oriented x3 , oriented x3. ° No hallucinations. ° Memory was unimpaired. ° Remote memory was not impaired. ° Recent memory was not impaired. ° Judgement was not impaired.
Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured. ° Rate was not slowed. ° Not pressured. ° Tone was not a monotone.

**Psychiatric:**
Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and cooperative. ° No psychomotor retardation. ° Behavior demonstrated no psychomotor agitation. ° No decreased eye-to-eye contact was observed.
Mood: ° Euthymic. ° Not depressed. ° Not anxious.
Affect: ° Normal. ° Not labile. ° Not flat. ° Not constricted. ° Showed no irritability.
Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed. ° Attention demonstrated no abnormalities. ° Attention span was not decreased.
Thought Content: ° Insight was intact. ° No delusions. ° No suicidal ideation. ° No suicidal plans. ° No suicidal intent. ° No homicidal ideations. ° No homicidal plans. ° No homicidal intent.
Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
  x   Gender (risk factor if male):
  x   H/O Suicide Attempts: age 17, bottle of asprin
      Organized Plan:
      Chronic Psychiatric Disorder:
      Recent Psychiatric Hospitalization:
  x   H/O Abuse or Trauma:
      Chronic Physical Illness:
  x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
      Other Recent Loss:
      Chronic Pain:
      Age (risk factor if <25 or >60): age 29

Modifiable:
      Suicidal ideation/plans/intent:
  x   Access to Lethal Means: gun in house
      Poor Treatment Compliance:
      Hopelessness:
  x   Psychic Pain/Anxiety: anxiety
      Acute Event:
      Insomnia:
      Low Self-Worth:
  x   Impulsivity:
      Substance Abuse:
  x   Financial Stress: got into debt, working on it
      Legal Stress:

Protective:
      Strong Therapeutic Alliance:
      Positive Coping Skills:
      Responsible to/for Family:
      Responsible to/for Pet:
      Frustration Tolerance: likes to hid his feelings
  x   Resilience:
      Good Reality Testing: can add details that are not true
  x   Amenable to Treatment:
      Social Support: just his girl friend, no one to talk to
      Religious Beliefs Contrary to Suicide:

Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other: Suicide Risk and Protective Factors Review:

Non-Modifiable:
  x   Gender (risk factor if male):
  x   H/O Suicide Attempts: age 17, bottle of asprin

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 870**

AR 0915

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Organized Plan:
Chronic Psychiatric Disorder:
Recent Psychiatric Hospitalization:
x   H/O Abuse or Trauma:
Chronic Physical Illness:
x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
Other Recent Loss:
Chronic Pain:
Age (risk factor if <25 or >60):  age 29

Modifiable:
Suicidal ideation/plans/intent:
x   Access to Lethal Means:  gun in house
Poor Treatment Compliance:
Hopelessness:
x   Psychic Pain/Anxiety:  anxiety
Acute Event:
Insomnia:
Low Self-Worth:
x   Impulsivity:
Substance Abuse:
x   Financial Stress:  got into debt, working on it
Legal Stress:

Protective:
Strong Therapeutic Alliance:
Positive Coping Skills:
Responsible to/for Family:
Responsible to/for Pet:
Frustration Tolerance:  likes to hid his feelings
x   Resilience:
Good Reality Testing:  can add details that are not true
x   Amenable to Treatment:
Social Support: just his girl friend, no one to talk to
Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:

**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English

| | |
|---|---|
| What is your preferred method of learning? | [ ] Verbal  [ ] Written  [ ] Visual  [x] Other |

(Specify): visual and hands on

| | |
|---|---|
| Do you have a learning disability, language barrier, hearing/vision deficit? | [ ] Yes  [x] No  Specify: |
| Behavioral Health Advanced directives completed? | [ ] Yes  [x] No |
| Do you have any cultural or religious beliefs that may affect your care? | [ ] Yes  [x] No |
| Are you enrolled in EFMP? | [ ] Yes  [x] No |
| Do you use a Personal Health Record (PHR)? | [ ] Yes  [x] No  Specify: |

Contact info: ■■■■■■  ANNUAL SCREENING DATE:
Primary language: English

| | |
|---|---|
| What is your preferred method of learning? | [ ] Verbal  [ ] Written  [ ] Visual  [x] Other |

(Specify): visual and hands on

| | |
|---|---|
| Do you have a learning disability, language barrier, hearing/vision deficit? | [ ] Yes  [x] No  Specify: |
| Behavioral Health Advanced directives completed? | [ ] Yes  [x] No |
| Do you have any cultural or religious beliefs that may affect your care? | [ ] Yes  [x] No |
| Are you enrolled in EFMP? | [ ] Yes  [x] No |
| Do you use a Personal Health Record (PHR)? | [ ] Yes  [x] No  Specify: |

Contact info: ■■■■■■
**Therapy**
• Duration of the encounter 60 min.
**Practice Management**
Continue assessment and intervention

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 871**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist:  L Nilsen, LCSW-C

Date last updated:  9-11-14
Reviewed with patient on:  9-11-14
Does patient agree with plan?  yes
If not, what part?
Projected date of next treatment plan update:  12-11-14

 Discussion of assessment and intervention
Tx Plan cont~"d:


Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1. Anxiety
2. Relationship problems


Long-Term Goals:

1.  Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2.  Develop the necessary skills for effective, open communication
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
 supportive therapy
Objective 1 (Corresponds to Goal #1 ):
- The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.


Objective 2 (Corresponds to Goal # 2 ):
- By self report, Increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within
relationships.
Interventions:
1.  Help patient review any new relationships for possible problems.




    Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or
homicidal thoughts develop.
        .


**A/P** Written by NILSEN,LINDA M @ 04 Nov 2014 1359 EST
**1. ANXIETY DISORDER NOS**
        Procedure(s):            -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Written by NILSEN,LINDA M @ 04 Nov 2014 1359 EST
**Released w/o Limitations**
**Follow up:** for therapy 1 to 2 week(s) in the PSYCHIATRY BE clinic.
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| Anderson, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 872**

**Medical Record**

Anderson, Daniel Dennis        DOB: ▆ 1985  SSN: ***-**-▆        DoD ID: 1286180538        Created: 30 Oct 2017

Signed By  **NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 04 Nov 2014 1400

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 873**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### 23 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M

| Encounter ID: | BETH-18795728 | Primary Dx: | ANXIETY DISORDER NOS |

| Patient: **MERWIN, DANIEL DENNIS** | Date: **23 Oct 2014 0730 EDT** | Appt Type: **EST** |
| Treatment Facility: **WALTER REED** | Clinic: **PSYCHIATRY BE** | Provider: **NILSEN,LINDA M** |
| **NATIONAL MILITARY MEDICAL CNTR** | | |
| Patient Status: **Outpatient** | | |

**AutoCites** Refreshed by NILSEN,LINDA M @ 24 Oct 2014 0906 EDT

**Family History**
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- family medical history (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**S/O Note** Written by NILSEN,LINDA M @ 24 Oct 2014 0907 EDT
**History of present illness**
      The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following symptoms:  anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has scraped/picked the hair out in circles.   He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week, has some family issues - father is large, has diabetes - does not want to turn out like him

Insomnia Severity Index:  8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when he has something on his mind.  If he listens to rain and storms it helps him sleep better.          .

.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X a day.
.
Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather than ignore them.

                    .

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 874**

**Medical Record**

Anderson, Daniel Dennis        DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538        Created: 30 Oct 2017

10-23-14: Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder. Patient arrived on time. Patient is re-enlisting for another 4 years. His family (Mom, sister, sister's child and brother) are coming to the event on Dec 12. They are stating at his house. He is not close to his family, but is working on getting closer. Patient is also going home for Christmas. He feels guilty and anxious about them. He feels guilty because if other people knew how little he sees them, they would think less of him. After his parents divorced, he rarely saw his Mom. He says he has probably seen her in total about a year since the divorce. His mother is bi-polar. She has been in therapy in the past. Her mother is also bi-polar and takes meds. Patient likes his mom's side of the family. They were nice to him when he was a child. His grandfather taught him Doss, other computer stuff, and played video games with him. He has not seen his dad for 5 years. Dad now has another family and lives in Cal. Dad's brother was in jail for having sex with an under-aged girlfriend. He was about 20 years older than her and was married at the time. His other brother is disabled and lives with their mom. He is mean. The grandmother is mean too. When he was a child, he stayed with them for several weeks at a time. (He visited his mom for about 2 weeks a summer.) Patient states that his sister seems to have inherited the worst parts of both families-she is bi-polar and is the same kind of mean has his father's mother.

Visit is deployment-related Stress got to him while in Japan and stationed on ship 3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship 3/2006 - 4/2009.

Pain Severity  0 / 10  Pain Severity  0 / 10.
**Current medication**

See ALTHA, per patient, none

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    See ALTHA

  and psychiatric history
  * THERAPY: Fleet snd Family Aug 2012 for 4 or 5 months
  * MEDS: none
  * INPATIENT/RESIDENTIAL CARE: denied
  * SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: in H/S, swallowed a whole bottle of aspirin - felt sick, never told
    anyone
   * FPMH: sister is bi-polar, other sister depressed. Mom and grandmother are bi-polar. Father is obese, diabetic, alcoholic?  -
    drinks every other or every night - has not seen him since 2009 so is not sure how he is doing

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years. SM is 29, sisters are 27 and 26. All full siblings.
  Parents divorced when he was 2 or 3. Dad got full custody immediately. Dad got full custody when his mother to ever see them.
  Mother left bruises on his sister. Lost full custody. Dad was really more abusive. Age 8, got step-mother, they were together for 10
  years. Step-mother later told patient that she stayed with their father for their sakes as long as she could .Before their divorce,
  father started seeing his next wife. Brought her to patients track events. Dad got divorced from her about 1 yr ago. SM lived
  in Cal until 14.

EDUCATION/MILITARY: H/S in NJ. Really awful, started Freshman yr at one school, then they moved again during that yr. He
  lost most of his credits that yr. Got along at school because he was a runner. 2.2 GPA, no scholarships. Worked during the
  school yr and summers. Rented a room from his step-mom (told his dad he was giving away to school). Lived with her for 2
  yrs and went to college for 1 semester. Drinking lots, dating crazies, decided to join the military. Planned on making a career
  of the military, not sure now. Doesnt want to move anymore.

ADULT RELATIONSHIPS: never married, no children. Last relationship - Kristina, age 29. They have been together 6 months,
  living together 4 months. Her lease was up so they moved in together. He thinks he wants to break up with her. She doesnt
  want to talk about anything. The relationship before this one lasted 2 years. The first 6 months were good. The rest of the
  time was rocky. They started out as house mates. She had drinking problems. He tried to help by not drinking either. She
  spent the rest of the time hiding her drinking. She also was taking anti-depressants and didnt tell him.

SPIRITUAL: none

Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more. Tobacco use current
  smoker Used to smoke hooka when overseas - Amt per Day:    Used to smoke hooka when overseas - Amt per Day:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 875**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.

**Subjective**

Additional Screening Questions:

Are you having any thoughts about harming another person? denied
Do you feel like you are at risk for workplace violence? denied
 Additional Screening Questions:

Are you having any thoughts about harming another person? denied
Do you feel like you are at risk for workplace violence? denied

PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response. Total Score =   0      DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult   [ ] Somewhat difficult   [ ] Very difficult   [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes   [ ] No
If
'Yes
', how often?   [ ] Several days   [ ] More than half the days   [ ] Almost everyday.
Depression Screening:

[ 1 ] 1. Little Interest or pleasure in doing things
[ 0 ] 2. Feeling down depressed or hopeless
[ 2 ] 3. Trouble sleeping or sleeping too much
[ 0 ] 4. Feeling tired or little energy
[ 0 ] 5. Poor appetite or overeating
[ 1 ] 6. Feeling bad about self
[ 1 ] 7. Trouble concentrating on things
[ 2 ] 8. Moving or speaking slowly or being restless
[ 1 ] 9. Thoughts that you would be better off dead
Add point values from each response. Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?   [ ] Not at all   [ x ] Somewhat   [ ] Very   [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ] 1. Feeling nervous, anxious, or on edge
[ 1 ] 2. Not being able to stop or control worrying
[ 2 ] 3. Worrying too much about different things
[ 2 ] 4. Trouble relaxing
[ 1 ] 5. Being so restless that it
's hard to sit still

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 876**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

[ 3 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 12/27  on 8-4-14
  It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ] Extremely.

**Physical findings**

**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.

**Neurological:**
    ° No disorientation was observed, oriented x3 , oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote
        memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
    Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone
        was not a monotone.

**Psychiatric:**
    Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and
        cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-
        eye contact was observed.
    Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
    Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
    Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed.
        ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
    Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
        homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
    Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

    Non-Modifiable:
        x    Gender (risk factor if male):
        x    H/O Suicide Attempts:  age 17, bottle of asprin
             Organized Plan:
             Chronic Psychiatric Disorder:
             Recent Psychiatric Hospitalization:
        x    H/O Abuse or Trauma:
             Chronic Physical Illness:
        x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
             Other Recent Loss:
             Chronic Pain:
             Age (risk factor if <25 or >60):  age 29

    Modifiable:
             Suicidal ideation/plans/intent:
        x    Access to Lethal Means:  gun in house
             Poor Treatment Compliance:
             Hopelessness:
        x    Psychic Pain/Anxiety:  anxiety
             Acute Event:
             Insomnia:
             Low Self-Worth:
        x    Impulsivity:
             Substance Abuse:
        x    Financial Stress:  got into debt, working on it
             Legal Stress:

    Protective:
             Strong Therapeutic Alliance:
             Positive Coping Skills:
             Responsible to/for Family:
             Responsible to/for Pet:
             Frustration Tolerance:  likes to hid his feelings
        x    Resilience:
             Good Reality Testing:  can add details that are not true
        x    Amenable to Treatment:
             Social Support:  just his girl friend, no one to talk to
             Religious Beliefs Contrary to Suicide:

    Risk of Harm to Others:  denied

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 877**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other: Suicide Risk and Protective Factors Review:

Non-Modifiable:
  x    Gender (risk factor if male):
  x    H/O Suicide Attempts:  age 17, bottle of asprin
    Organized Plan:
    Chronic Psychiatric Disorder:
    Recent Psychiatric Hospitalization:
  x    H/O Abuse or Trauma:
    Chronic Physical Illness:
  x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
    Other Recent Loss:
    Chronic Pain:
    Age (risk factor if <25 or >60):  age 29

Modifiable:
    Suicidal ideation/plans/intent:
  x    Access to Lethal Means:  gun in house
    Poor Treatment Compliance:
    Hopelessness:
  x    Psychic Pain/Anxiety:  anxiety
    Acute Event:
    Insomnia:
    Low Self-Worth:
  x    Impulsivity:
    Substance Abuse:
  x    Financial Stress:  got into debt, working on it
    Legal Stress:

Protective:
    Strong Therapeutic Alliance:
    Positive Coping Skills:
    Responsible to/for Family:
    Responsible to/for Pet:
    Frustration Tolerance: likes to hid his feelings
  x    Resilience:
    Good Reality Testing:  can add details that are not true
  x    Amenable to Treatment:
    Social Support: just his girl friend, no one to talk to
    Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:

**Assessment**
  • History ANNUAL SCREENING DATE:
  Primary language: English
  What is your preferred method of learning?             [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on
  Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x ] No   Specify:
  Behavioral Health Advanced directives completed?        [ ] Yes  [x ] No
  Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes  [ x ] No
  Are you enrolled in EFMP?                    [ ] Yes  [x] No
  Do you use a Personal Health Record (PHR)?         [ ] Yes  [ x] No   Specify:
  Contact info: ███████ ANNUAL SCREENING DATE:
  Primary language: English
  What is your preferred method of learning?             [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 878**

**Medical Record**

| | | |
|---|---|---|
| Do you have a learning disability, language barrier, hearing/vision deficit? | [ ] Yes  [ x ] No | Specify: |
| Behavioral Health Advanced directives completed? | [ ] Yes  [x ] No | |
| Do you have any cultural or religious beliefs that may affect your care? | [ ] Yes  [ x ] No | |
| Are you enrolled in EFMP? | [ ] Yes  [x ] No | |
| Do you use a Personal Health Record (PHR)? | [ ] Yes  [ x ] No | Specify: |

Contact info: ▓▓▓▓▓▓

**Therapy**
  • Duration of the encounter 60 min.

**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist: L Nilsen, LCSW-C

Date last updated:  9-11-14
Reviewed with patient on:  9-11-14
Does patient agree with plan?  yes
If not, what part?
Projected date of next treatment plan update:  12-11-14

 Discussion of assessment and intervention
Tx Plan cont~"d:

Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1. Anxiety
2. Relationship problems

Long-Term Goals:

1.  Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2.  Develop the necessary skills for effective, open communication
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
 supportive therapy
Objective 1 (Corresponds to Goal #1 ):
- The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.

Objective 2 (Corresponds to Goal # 2 ):
- By self report, increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within relationships.
Interventions:
1. Help patient review any new relationships for possible problems.

Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.
.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**A/P** Written by NILSEN,LINDA M @ 24 Oct 2014 0912 EDT
**1. ANXIETY DISORDER NOS**
    Procedure(s):    -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Written by NILSEN,LINDA M @ 24 Oct 2014 0912 EDT
**Released w/o Limitations**
**Follow up:** for therapy 1 to 2 week(s) in the PSYCHIATRY BE clinic.
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 24 Oct 2014 0912

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 880**

AR 0925

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *22 Oct 2014 at WRNMMC, FLU Cl Ki by JORDAN, TIMOTHY W*

| Encounter ID: | BETH-18765071 | Primary Dx: | Vaccines Prophylactic Need Against Influenza |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **KIMBROUGH AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

Date: **22 Oct 2014 0935 EDT**
Clinic: **SRP CL KI**

Appt Type: **PROC**
Provider: **JORDAN,TIMOTHY W**

<u>AutoCites</u> Refreshed by JORDAN,TIMOTHY W @ 22 Oct 2014 0936 EDT

| **Problems** | **Family History** | **Allergies** |
| No Problems Found. | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) | •OTHER: Unknown (SEE MED RECORD) |
| | •family medical history (General FHx) | |
| | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) | |
| | •paternal history of preliminary background HPI [use for free text] (Father) | |
| | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) | |
| | •family history of supplemental HPI [use for free text] (General FHx) | |
| | •no family history of malignant neoplasm of the large intestine (General FHx) | |
| | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| | •no family history of chronic liver disease (General FHx) | |

**Social History**
No Social History Found.

<u>Reason for Appointment:</u>Written by JORDAN,TIMOTHY W @ 22 Oct 2014 0935 EDT
flu vaccine

<u>Questionnaire AutoCites</u> Refreshed by JORDAN,TIMOTHY W @ 22 Oct 2014 0936 EDT
**Questionnaires**

<u>S/O Note</u> Written by JORDAN,TIMOTHY W @ 22 Oct 2014 0936 EDT
**Reason for Visit**
　Visit for: influenza vaccine.
　Patient identified by Name and Date of Birth or other two forms of indentification.
**Vaccinations**
　• Received dose of influenza live virus vaccine, for intranasal use MEDIMMUNE `FLUMIST`
　Lot#: CK2008　　Expiration Date: 8 Dec2014
　0.2 ML PRE-FILLED, SINGLE-USE, INTRANASAL
　SPRAY;
　FOR IMMUNIZING PERSONS 2 TO 49 YRS. OF AGE;
　PRESERVATIVE-FREE, NOT FOR USE DURING PREGNANCY
　Information Sheet: 19August 2014
　Manufacturer by: MedImmune Biologics
　Date vaccinated: 14 OCT 2014
　Vaccination/injection Site:. IN
**Past medical/surgical history**
**Reported:**
　Recent Events: No active illness.
　Medical: Reviewed no allergies. No allergy to certain foods; and not to eggs. No known drug allergies.
**Review of systems**
**Systemic:** No fever.

AR 0926

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓▓ 1985  SSN: ***-**-▓▓    DoD ID: 1286180538    Created: 30 Oct 2017

A/P Last Updated by JORDAN,TIMOTHY W @ 22 Oct 2014 0937 EDT
**1. Vaccines Prophylactic Need Against Influenza**
     Procedure(s):        -Immunization Admin By Intranasal / Oral Route One Vaccine x 1
                     -Influenza Virus Vaccine Live Intranasal Quadrivalent x 1

**Disposition** Last Updated by JORDAN,TIMOTHY W @ 22 Oct 2014 0937 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the SRP CL KI clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  JORDAN, TIMOTHY W** (Health Care Specialist) @ 22 Oct 2014 0951

Anderson, Daniel Dennis    DOB: ▓▓ 1985  SSN: ***-**-▓▓    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 882**

AR 0927

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *16 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:    BETH-18694226    Primary Dx:    ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **16 Oct 2014 0730 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **EST**
Provider: **NILSEN,LINDA M**

AutoCites Refreshed by NILSEN,LINDA M @ 16 Oct 2014 0946 EDT
**Family History**
•family medical history (General FHx)
•fraternal history of SUBJECTIVE [Use for
    s.o.a.p. note free text] (Brother)
•paternal grandfather's history of
    preliminary background HPI [use for
    free text] (Paternal Grandfather)
•paternal history of preliminary background
    HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
    for free text] (Paternal Grandmother)
•family history of supplemental HPI [use
    for free text] (General FHx)
•no family history of malignant neoplasm of
    the large intestine (General FHx)
•no family history of malignant neoplasm of
    the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
    (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

S/O Note Written by NILSEN,LINDA M @ 16 Oct 2014 0958 EDT
**History of present illness**
        The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
INITIAL ASSESSMENT 8-4-14: 29 year old SWM Navy, E-6, with 9 years TIS, 2 years at NIOC at Ft Meade. 2 years to go, not
sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of
origin is impacting on how he relates to others now that he is an adult. During the past month, he has experienced the following
symptoms: anxiety or worries and difficulty concentrating. Patient "picks" at his scalp. Has several dry patches where he has
scraped/picked the hair out in circles. He has been doing this since 2009. He thinks it is a combination of dry skin and his picking
at the scalp.

Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out
like him
.
Insomnia Severity Index: 8/28 Patient has a hard time getting to sleep, at times it takes 2 hrs. He wakes up during the night when
he has something on his mind. If he listens to rain and storms it helps him sleep better.
.
Abuse: Father was physically abusive of sisters more so than with him. Dad also shaved patient"s head when he was 17 because
he thought Sm"s hair was too long. Patient was allergic to animals,Father kept cats and dogs. SM used emergency inhaler 3 or 4 X
a day.
.
Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather
than ignore them.

.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 883**

AR 0928

**Medical Record**

| Anderson, Daniel Dennis | DOB: █████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

10-16-14: Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder. Patient arrived on time. Pt saw his PCM who excused his PTR, but did not fill out the paper for his regular PT. His ankle is still giving him trouble. He said that she was rude. When asked if he told her, he said no, he does not confront people. He learned as a child to just deal with whatever is going on. He was at sea the first 3 years in the Navy, stationed by Japan. They were on 12 hr shifts, not much down time. He tried to be the "perfect" worker-did his job the best that he could. He does believe this is where some of his anxiety came from. He started pulling his hair out during this time. So he has continued to put up with bad behavior. I encouraged him to tell the providers he finds them rude. He talked about his problems with reading and writing. In the past he has not been able to do well in school. He can handle books on tape and videos. It sounds like he might have a learning disability. We discussed ways he could work around this and on it. Patient stated he is going home to his mom's for X-mas. He said that he jokingly said that they needed to find some girlfriend possibilities for him. He said he was joking, but they have already found someone for him to meet.

Visit is deployment-related Stress got to him while in Japan and stationed on ship 3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship 3/2006 - 4/2009.

Pain Severity  0 / 10  Pain Severity  0 / 10.
**Current medication**

See ALTHA, per patient, none


**Past medical/surgical history**
**Reported:**
　　Medical: Reported medical history
　　　See ALTHA


　　and psychiatric history
　　* THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
　　* MEDS:  none
　　* INPATIENT/RESIDENTIAL CARE:  denied
　　* SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
　　　anyone
　　* FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  -
　　　drinks every other or every night - has not seen him since 2009 so is not sure how he is doing

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years.  SM is 29, sisters are 27 and 26.  All full siblings.
　　Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn
't want mother to ever see them.
　　Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10
　　years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could .Before their divorce,
　　father started seeing his next wife.  Brought her to patient
's track events.  Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.

EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He
　　lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the
　　school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2
　　yrs and went to college for 1 semester.  Drinking lot, dating crazies, decided to join the military.  Planned on making a career of
　　the military, not sure now.  Doesn
't want to move anymore.

ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months,
　　living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn
't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time
　　was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent
　　the rest of the time hiding her drinking.  She also was taking anti-depressants and didn
't tell him.

SPIRITUAL:  none



Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current
　　smoker  Used to smoke hooka when overseas - Amt per Day:    Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut

| Anderson, Daniel Dennis | DOB: █████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 884**

**Medical Record**

| Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017 |

down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.

**Subjective**

Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
 Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied

PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response. Total Score =   0    DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult  [ ] Somewhat difficult  [ ] Very difficult  [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes  [ ] No
If
'Yes
', how often?  [ ] Several days  [ ] More than half the days  [ ] Almost everyday.
Depression Screening:

[ 1 ] 1. Little Interest or pleasure in doing things
[ 0 ] 2. Feeling down depressed or hopeless
[ 2 ] 3. Trouble sleeping or sleeping too much
[ 0 ] 4. Feeling tired or little energy
[ 0 ] 5. Poor appetite or overeating
[ 1 ] 6. Feeling bad about self
[ 1 ] 7. Trouble concentrating on things
[ 2 ] 8. Moving or speaking slowly or being restless
[ 1 ] 9. Thoughts that you would be better off dead
Add point values from each response. Total (PHQ-9) Score = 7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ x ] Somewhat  [ ] Very  [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ] 1. Feeling nervous, anxious, or on edge
[ 1 ] 2. Not being able to stop or control worrying
[ 2 ] 3. Worrying too much about different things
[2  ] 4. Trouble relaxing
[ 1 ] 5. Being so restless that it
's hard to sit still!
[ 3 ] 6. Becoming easily annoyed or irritable

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 885**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

[ 0 ] 7. Feeling afraid as if something awful might happen

Add point values from each response. Total (GAD-7) Score = 12/27  on 8-4-14
 It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ]
Extremely.

**Physical findings**
**General Appearance:**
   ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
   ° No disorientation was observed, oriented x3 , oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote
      memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
   Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone
      was not a monotone.
**Psychiatric:**
   Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and
      cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-
      eye contact was observed.
   Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
   Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
   Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed.
      ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
   Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
      homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
   Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

   Non-Modifiable:
   x    Gender (risk factor if male):
   x    H/O Suicide Attempts: age 17, bottle of asprin
         Organized Plan:
         Chronic Psychiatric Disorder:
         Recent Psychiatric Hospitalization:
   x    H/O Abuse or Trauma:
         Chronic Physical Illness:
   x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
         Other Recent Loss:
         Chronic Pain:
         Age (risk factor if <25 or >60):  age 29

   Modifiable:
         Suicidal ideation/plans/intent:
   x    Access to Lethal Means:  gun in house
         Poor Treatment Compliance:
         Hopelessness:
   x    Psychic Pain/Anxiety:  anxiety
         Acute Event:
         Insomnia:
         Low Self-Worth:
   x    Impulsivity:
         Substance Abuse:
   x    Financial Stress:  got into debt, working on it
         Legal Stress:

   Protective:
         Strong Therapeutic Alliance:
         Positive Coping Skills:
         Responsible to/for Family:
         Responsible to/for Pet:
         Frustration Tolerance: likes to hid his feelings
   x    Resilience:
         Good Reality Testing: can add details that are not true
   x    Amenable to Treatment:
         Social Support: just his girl friend, no one to talk to
         Religious Beliefs Contrary to Suicide:


   Risk of Harm to Others:  denied

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 886**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▉ 1985  SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other: Suicide Risk and Protective Factors Review:

Non-Modifiable:
   x   Gender (risk factor if male):
   x   H/O Suicide Attempts: age 17, bottle of asprin
       Organized Plan:
       Chronic Psychiatric Disorder:
       Recent Psychiatric Hospitalization:
   x   H/O Abuse or Trauma:
       Chronic Physical Illness:
   x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
       Other Recent Loss:
       Chronic Pain:
       Age (risk factor if <25 or >60):  age 29

Modifiable:
       Suicidal ideation/plans/intent:
   x   Access to Lethal Means:  gun in house
       Poor Treatment Compliance:
       Hopelessness:
   x   Psychic Pain/Anxiety:  anxiety
       Acute Event:
       Insomnia:
       Low Self-Worth:
   x   Impulsivity:
       Substance Abuse:
   x   Financial Stress:  got into debt, working on it
       Legal Stress:

Protective:
       Strong Therapeutic Alliance:
       Positive Coping Skills:
       Responsible to/for Family:
       Responsible to/for Pet:
       Frustration Tolerance:  likes to hid his feelings
   x   Resilience:
       Good Reality Testing:  can add details that are not true
   x   Amenable to Treatment:
       Social Support: just his girl friend, no one to talk to
       Religious Beliefs Contrary to Suicide:

Risk of Harm to Others: denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:

**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?               [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on
   Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [x] No  Specify:
   Behavioral Health Advanced directives completed?           [ ] Yes  [x ] No
   Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes  [ x ] No
   Are you enrolled in EFMP?                        [ ] Yes  [x ] No
   Do you use a Personal Health Record (PHR)?          [ ] Yes  [ x] No  Specify:
   Contact info: ▉▉▉ ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?               [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on
   Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x ] No  Specify:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 887**

AR 0932

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████   DoD ID: 1286180538    Created: 30 Oct 2017

Behavioral Health Advanced directives completed?                          [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ x ] No
Are you enrolled in EFMP?                                                  [ ] Yes  [x ] No
Do you use a Personal Health Record (PHR)?                                [ ] Yes  [ x] No  Specify:
Contact info: ████████████

## Therapy
• Duration of the encounter 60 min.

## Practice Management
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist:  L Nilsen, LCSW-C

Date last updated: 9-11-14
Reviewed with patient on:  9-11-14
Does patient agree with plan?  yes
If not, what part?
Projected date of next treatment plan update:  12-11-14

 Discussion of assessment and intervention
Tx Plan cont~"d:


Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF: 65

Active Problem List:
1. Anxiety
2. Relationship problems


Long-Term Goals:

1.  Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2.  Develop the necessary skills for effective, open communication
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
 supportive therapy
Objective 1 (Corresponds to Goal #1 ):
- The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.


Objective 2 (Corresponds to Goal # 2 ):
- By self report, increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within
relationships.
Interventions:
1.  Help patient review any new relationships for possible problems.




Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or
homicidal thoughts develop.



**A/P** Last Updated by NILSEN,LINDA M @ 16 Oct 2014 1001 EDT


Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 888**

**Medical Record**

Anderson, Daniel Dennis _____ DOB: ▇ 1985  SSN: ***-**-▇ _____ DoD ID: 1286180538 _____ Created: 30 Oct 2017

**1. ANXIETY DISORDER NOS**
      Procedure(s):         -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Last Updated by NILSEN,LINDA M @ 16 Oct 2014 1002 EDT
**Released w/o Limitations**
**Follow up:** for therapy 1 to 2 week(s) in the PSYCHIATRY BE clinic.
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 16 Oct 2014 1054

AR 0934

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985 SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *07 Oct 2014 at WRNMMC, Int Med CL C Medical Home BE by RINIS, DONNA L*

Encounter ID:    BETH-18590652    Primary Dx:    Visit for: administrative purpose

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 Oct 2014 0938 EDT**
Clinic: **INT MED MEDICAL HOME CL C BE**

Appt Type: **T-CON\***
Provider: RINIS,DONNA L

Call Back Phone: ■

**AutoCites** Refreshed by RINIS,DONNA L @ 07 Oct 2014 0938 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Telephone Consult:**Written by RINIS,DONNA L @ 07 Oct 2014 0938 EDT
MRI results

**Questionnaire AutoCites** Refreshed by RINIS,DONNA L @ 07 Oct 2014 0938 EDT
**Questionnaires**

**A/P** Written by RINIS,DONNA L @ 07 Oct 2014 0947 EDT
**1. Visit for: administrative purpose**
**2. ANKLE SPRAIN LEFT**

**Disposition** Written by RINIS,DONNA L @ 07 Oct 2014 0947 EDT

**Note** Written by RINIS,DONNA L @ 07 Oct 2014 0946 EDT
PCM _ NP Austin, out of office this week.
RelayHealth sent to patient –
NP Austin is out of the office this week, so I am looking at her lab & xray results.
Below are copies of your recent MRI's, showing evidence of a prior lateral (the outside of the ankle) ankle sprain and, also, mild degenerative changes over the "bunion" area of your foot.

This is just a "FYI". Please keep your pending appointments with NP Austin 10/20/14 and with Physical Therapy 11/4/14, at which times you can review the results again, if needed.

v/r
Dr.Rinis

MERWIN, DANIEL DENNIS    20■    DoD ID: 1286180538   29yo    ■ 1985   M

        ********** MRI, ANKLE LT W OR W/O CON **********
        POC Enc: #E4520771   POC Fac: WRNMMC
               Status: Complete (Amended)

Procedure:              MRI, ANKLE LT W OR W/O CON
Event Date:             26-Sep-2014 13:28:00
Exam #:                 14327823
Exam Date/Time:         05-Oct-2014 14:43:00
Transcription Date/Time:    06-Oct-2014 15:51:00
Provider:               AUSTIN, MARIE
Requesting Location:
     INT MED MEDICAL HOME CL C BE    WRNMMC BETHESDA, MD
Status:                 COMPLETE (Amended)

Amended Result Code:    SEE RADIOLOGIST'S REPORT
Interpreted By:         LUTYNSKI, MATTHEW LEO
Supervised By:          FRANK E. MULLENS, LCDR. MC. USN

| Anderson, Daniel Dennis | DOB: ■ 1985 SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 890**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▌ 1985 SSN: ***-**▌ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Approved By:            LUTYNSKI, MATTHEW LEO
Approved Date:          06-Oct-2014 15:52:00
Supervised By:          206272 FRANK E. MULLENS, LCDR, MC, USN
Supervised By Date:     06-Oct-2014 15:52:00
Amended Report Text:

HISTORY:            Continuous pain following injury

COMPARISONS:
    Left foot and ankle radiographs dated 5/6/14

TECHNIQUE:
    WRNMMC MRI of the left ankle was performed utilizing standard imaging sequences
    (3 plane localizer, axial T1, axial PD fat-sat, coronal T1, coronal PD fat-sat,
    sagittal T1, sagittal PD fat-sat).  No intravenous or intra-articular contrast
    was administered.  Subsequently, MRI of the forefoot was obtained to include 3
    plane localizer, coronal T1, coronal PD fat-sat, axial T1, sagittal T1, axial PD
    fat-sat, sagittal PD fat-sat.

FINDINGS:
    ANKLE: A skin marker was placed along the anterolateral aspect of the lower leg   .
    at the site of symptoms.

Plantar aponeurosis:        within normal limits.

Tendons  Achilles' tendon:   within normal limits.

Peroneal tendons:        within normal limits.

Flexor tendons:
    Apart from minimal fluid accumulation at the knot of Henry, the flexor tendons
    about the ankle are otherwise within normal limits.

Extensor tendons:        within normal limits.

Ligaments:
    Syndesmotic ankle ligaments: within normal limits.

Low lateral ankle ligaments:
    The anterior talofibular ligament appears thickened.  Calcaneofibular and
    posterior talofibular ligaments are within normal limits.

Deltoid ligamentous complex:   within normal limits.

Spring ligamentous complex:   within normal limits.

Lisfranc ligament:        within normal limits.

Sinus tarsi and tarsal tunnel: within normal limits.

Muscle morphology and signal intensity:within normal limits.

Bone morphology and signal intensity:within normal limits.

Chondral surfaces:        within normal limits.

FOREFOOT:
    Tendons:   Distal peroneal tendons: within normal limits.

Distal flexor tendons:      within normal limits.

Distal extensor tendons:      within normal limits.

Ligaments:
    Intermetatarsal ligaments: within normal limits.

Lisfranc ligament:        within normal limits.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 891**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ___ 1985 | SSN: ***-**-___ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

The plantar plate and capsular ligamentous structures about the metatarsal phalangeal and interphalangeal joints of the forefoot are within normal limits.

Recesses and Bursae:
  No evidence of Morton's neuroma or intermetatarsal bursitis.

Muscle morphology and signal intensity:within normal limits.

Bone morphology and signal intensity:
  Mild degenerative changes are seen at the 1st metatarsophalangeal joint.

IMPRESSION:
  Findings suggestive of prior lateral ankle sprain.

Electronically signed by resident:
  Dr. MATTHEW LEO LUTYNSKI Date: 10/06/14 Time:14:23

Electronically signed by:
  FRANK EDWARD MULLENS Department of Radiology Walter Reed National Military Medical Center

Date:          10/06/14 Time:15:52

| MERWIN, DANIEL DENNIS | 20/___ | DoD ID: 1286180538 | 29yo | ___ 1985 | M |

    ********** MRI, FOOT LT W OR W/O CON **********
    POC Enc: #E4520771   POC Fac: WRNMMC
    Status: Complete (Amended)

Procedure:         MRI, FOOT LT W OR W/O CON
Event Date:        26-Sep-2014 13:27:00
Exam #:           14327819
Exam Date/Time:     05-Oct-2014 14:43:00
Transcription Date/Time:  06-Oct-2014 15:51:00
Provider:           AUSTIN, MARIE
Requesting Location:
  INT MED MEDICAL HOME CL C BE   WRNMMC BETHESDA, MD
Status:           COMPLETE (Amended)

Amended Result Code:    SEE RADIOLOGIST'S REPORT
Interpreted By:       LUTYNSKI, MATTHEW LEO
Supervised By:       FRANK E. MULLENS, LCDR, MC, USN
Approved By:        LUTYNSKI, MATTHEW LEO
Approved Date:      06-Oct-2014 15:52:00
Supervised By:       206272 FRANK E. MULLENS, LCDR, MC, USN
Supervised By Date:    06-Oct-2014 15:52:00
Amended Report Text:

HISTORY:          Continuous pain following injury

COMPARISONS:
  Left foot and ankle radiographs dated 5/6/14

TECHNIQUE:
  WRNMMC MRI of the left ankle was performed utilizing standard imaging sequences
  (3 plane localizer, axial T1, axial PD fat-sat, coronal T1, coronal PD fat-sat,

| Anderson, Daniel Dennis | DOB: ___ 1985 | SSN: ***-**-___ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 892**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

sagittal T1, sagittal PD fat-sat).  No intravenous or intra-articular contrast
was administered.  Subsequently, MRI of the forefoot was obtained to include 3
plane localizer, coronal T1, coronal PD fat-sat, axial T1, sagittal T1, axial PD
fat-sat, sagittal PD fat-sat.

FINDINGS:
   ANKLE: A skin marker was placed along the anterolateral aspect of the lower leg
   at the site of symptoms.

Plantar aponeurosis:          within normal limits.

Tendons   Achilles' tendon:   within normal limits.

Peroneal tendons:          within normal limits.

Flexor tendons:
   Apart from minimal fluid accumulation at the knot of Henry, the flexor tendons
   about the ankle are otherwise within normal limits.

Extensor tendons:          within normal limits.

Ligaments:
   Syndesmotic ankle ligaments: within normal limits.

Low lateral ankle ligaments:
   The anterior talofibular ligament appears thickened.  Calcaneofibular and
   posterior talofibular ligaments are within normal limits.

Deltoid ligamentous complex:   within normal limits.

Spring ligamentous complex:   within normal limits.

Lisfranc ligament:          within normal limits.

Sinus tarsi and tarsal tunnel: within normal limits.

Muscle morphology and signal intensity:within normal limits.

Bone morphology and signal intensity:within normal limits.

Chondral surfaces:          within normal limits.

FOREFOOT:
   Tendons:  Distal peroneal tendons: within normal limits.

Distal flexor tendons:      within normal limits.

Distal extensor tendons:      within normal limits.

Ligaments:
   Intermetatarsal ligaments: within normal limits.

Lisfranc ligament:          within normal limits.

The plantar plate and capsular ligamentous structures about the metatarsal
phalangeal and interphalangeal joints of the forefoot are within normal limits.

Recesses and Bursae:
   No evidence of Morton's neuroma or intermetatarsal bursitis.

Muscle morphology and signal intensity:within normal limits.

Bone morphology and signal intensity:
   Mild degenerative changes are seen at the 1st metatarsophalangeal joint.


IMPRESSION:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 893**

AR 0938

**Medical Record**

Anderson, Daniel Dennis     DOB: ██ 1985  SSN: ***-**-██     DoD ID: 1286180538     Created: 30 Oct 2017

Findings suggestive of prior lateral ankle sprain.

Electronically signed by resident:
  Dr. MATTHEW LEO LUTYNSKI Date: 10/06/14 Time:14:23

Electronically signed by:
  FRANK EDWARD MULLENS Department of Radiology Walter Reed National Military
  Medical Center

Date:          10/06/14 Time:15:52

Signed By  RINIS, DONNA L (Physician/Workstation) @ 07 Oct 2014 0948

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 894**

AR 0939

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *01 Oct 2014 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:    BETH-18536263    Primary Dx:    Foot pain (soft tissue)

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **01 Oct 2014 1834 EDT**
Clinic: **INT MED MEDICAL HOME CL C BE**

Appt Type: **T-CON***
Provider: AUSTIN,MARIE

Call Back Phone: ■

<u>AutoCites</u> Refreshed by AUSTIN,MARIE @ 01 Oct 2014 1834 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | SWISH AND SPIT 15 ML TWICE A DAY FOR 2 WEEKS STARTING TOMORROW #0 RF0 | NR | 18 Sep 2014 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

<u>Reason for Telephone Consult:</u>Written by AUSTIN,MARIE @ 01 Oct 2014 1834 EDT
Really health message

<u>Questionnaire AutoCites</u> Refreshed by AUSTIN,MARIE @ 01 Oct 2014 1834 EDT
**Questionnaires**

<u>S/O Note</u> Written by AUSTIN,MARIE @ 01 Oct 2014 1835 EDT
**Subjective**
From Daniel Merwin To Ms. Marie Austin, NPProvider Ms. Marie Austin NPPatient Daniel Merwin Sent Date Sep 30, 2014 8:53 AMSubject Medical Waiver - Foot DetailsMessage I was in to have my ankle looked at and medical waiver signed. Two signatures were missed. I will be at Walter Reed in the morning on 02 October 2014 for another appointment. I will stop by with the paper work.The MRI is scheduled for Sunday October 5th, 2014 and the follow up with Austin, Marie is set for 20 October 2014.A note on my foot. It was definitely swollen yesterday around the area of pain. I was actually able to purposely hurt it along with making a popping/grinding sound when I rotated my ankle within its normal range of motion. i discovered it when i accidently stretched my ankle when lying in bed. So I decided to test it by pointing my toe forward and then rotating it in 360 degrees, each revolution made a sound or two and increased the pain. The pain lasted through the night and still exists this morning at a level of about 3.

<u>A/P</u> Last Updated by AUSTIN,MARIE @ 01 Oct 2014 1835 EDT
**1. Foot pain (soft tissue)** 729.5

<u>Disposition</u> Last Updated by AUSTIN,MARIE @ 01 Oct 2014 1835 EDT

<u>Note</u> Written by AUSTIN,MARIE @ 01 Oct 2014 1835 EDT
Closed a relayhealth message  if he stops by i will see

**Signed By AUSTIN, MARIE** (Nurse Practitioner, WRNMMC) @ 01 Oct 2014 1835

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 895**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *26 Sep 2014 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:    BETH-18481751    Primary Dx:        Left ankle joint pain

Patient: **MERWIN, DANIEL DENNIS**      Date: **26 Sep 2014 1330 EDT**      Appt Type: **EST**
Treatment Facility: **WALTER REED**      Clinic: **INT MED MEDICAL HOME CL C**      Provider: **AUSTIN,MARIE**
**NATIONAL MILITARY MEDICAL CNTR**      **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
Left knee pain/ paper work

**Vitals**
**Vitals** Written by NEWMAN,BRENDA W @ 26 Sep 2014 1249 EDT
BP: 118/76 Left Arm, Adult Cuff,    HR: 84,    RR: 16,    T: 97.8 °F,    HT: 69 in,    WT: 158.4 lbs,    SpO2: 98%,
BMI: 23.39,    BSA: 1.871 square meters,    Tobacco Use: No,    Alcohol Use: Yes,    Pain Scale: 2/10 Mild,    Pain Scale
Comments: Left ankle

**Questionnaire AutoCites** Refreshed by NEWMAN,BRENDA W @ 26 Sep 2014 1306 EDT
**Questionnaires**

Copy of Anxiety & Depression Screening Taken On: 26 Sep 2014
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Nearly every day
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Nearly every day
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Not at all
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Not at all
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself
in some way?: Not at all

**S/O Note** Written by AUSTIN,MARIE @ 02 Oct 2014 0801 EDT
**Chief complaint**
The Chief Complaint is: Scalp issues, PT referral for left ankle and PRT waiver.
**History of present illness**
    The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>

PO1 needed a PARFQ and PRT waiver as a result of injured he sustained in April of 2014. Initial injury occurred while he was
running and stepped into a hole hyperextending his foot. He was  seen in the ER with a negative xray r/o a fx .
He continued to have increased swelling and pain and was  seen and x rayed again no fx seen . He then was sent for traing and has
returned to WR and underwent PT . There is  some improvement in pain . However he continues  to have pain and swelling over the
medial malleolus and is unable to run or walk fast .

PMH is positive for several stress fx in the foot  in his young adult years.

Patient is compliant with medications.
**Current medication**
Motrin but no  OTC meds, vitamins, herbals, etc.

**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history Ankl pain
      .
      Surgical / Procedural: Surgical / procedural history
      none.
**Personal history**
Social history reviewed No tob no etoh.
**Family history**
      Family medical history
      Noncontributory.
**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 896**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▬ 1985 SSN: ***-**-▬    DoD ID: 1286180538    Created: 30 Oct 2017

**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency. No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Not thinking about suicide. No homicidal thoughts.
**Physical findings**
**Vital Signs:**
   • Temperature: Reviewed. • RR: Reviewed. • PR: Reviewed. • Blood pressure: Reviewed.
**General Appearance:**
   ° Normal. ° Well developed. ° Well nourished. ° In no acute distress.
**Neurological:**
   ° Oriented to time, place, and person.
**Psychiatric:**
   Mood: ° Euthymic.
   Affect: ° Normal.
**Practice Management**
   Preventive medicine services Pt is active duty and up to date in all immunization and vaccines.

**Note** Written by AUSTIN,MARIE @ 02 Oct 2014 0805 EDT
pt is back to clinic on 10/2 to get weight and the rest of the paperwork complete . we do
not do that part and I directed them to paul cachon. Command is insiting it be completed
**Rad Result** Cited by AUSTIN,MARIE @ 26 Sep 2014 1320 EDT

**MERWIN, DANIEL DENNIS   20/▬   DoD ID: 1286180538   29yo   ▬ 1985   M**
   ********** FOOT, LT WT BEARING 3 VIEWS **********
      POC Enc: #E4520771   POC Fac: WRNMMC
            Status: Complete

Procedure:              FOOT, LT WT BEARING 3 VIEWS
Event Date:             06-May-2014 14:46:00
Order Comment:          NO BRIEF COMMENT
Reason for Order:
   left foot  pain x  2 weeks following a recent injury, re-evaluate for fracture
Exam #:                 14151531
Exam Date/Time:         06-May-2014 15:03:00
Transcription Date/Time:    06-May-2014 16:04:00
Provider:               UDE, ASSUMPTA O
Requesting Location:    AMHM01AREDKI    KIMBROUGH ACC
Status:                 COMPLETE
Result Code:            SEE RADIOLOGIST'S REPORT
Interpreted By:         MUNTER, FLETCHER M
Approved By:            MUNTER, FLETCHER M
Approved Date:          06-May-2014 15:57:00
Report Text:
   CHCS 14151531

   History: Left foot pain for 2 weeks.

   Technique: AP and lateral weight-bearing images of the left foot were
   performed.

   FINDINGS: No fracture is demonstrated. Osseous alignment and mineralization  are
   normal. The articular surfaces are normal. There are no focal lytic or
   sclerotic lesions. No soft tissue abnormality is identified.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 897**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

IMPRESSION: Normal left foot.

<u>Rad Result</u> Cited by AUSTIN,MARIE @ 26 Sep 2014 1320 EDT

**MERWIN, DANIEL DENNIS   20███   DoD ID: 1286180538   29yo  ███ 1985   M**
          ********** ANKLE, LT 3 VIEWS **********
          POC Enc: #E4520771    POC Fac: WRNMMC
          Status: Complete

Procedure:              ANKLE, LT 3 VIEWS
Event Date:             06-May-2014 14:45:00
Order Comment:          with weight bearing
Reason for Order:
   left lateral ankle pain and swelling 2 weeks following a sprained ankle,
   re-evaluate for fracture
Exam #:                 14151527
Exam Date/Time:         06-May-2014 15:03:00
Transcription Date/Time:    06-May-2014 16:05:00
Provider:               UDE, ASSUMPTA O
Requesting Location:        AMHM01AREDKI     KIMBROUGH ACC
Status:                 COMPLETE
Result Code:            SEE RADIOLOGIST'S REPORT
Interpreted By:         MUNTER, FLETCHER M
Approved By:            MUNTER, FLETCHER M
Approved Date:          06-May-2014 15:58:00
Report Text:
   CHCS 14151527

   History: Ankle sprain 2 weeks ago.

   Technique: 3 images of the left ankle were performed.

   FINDINGS: No fracture is demonstrated. Osseous alignment and mineralization  are
   normal. The articular surfaces are normal. There are no focal lytic or
   sclerotic lesions. There is mild lateral swelling.

   IMPRESSION: No fractures demonstrated.

<u>A/P</u> Last Updated by AUSTIN,MARIE @ 26 Sep 2014 1342 EDT
**1. Left ankle joint pain** 719.47
        Laboratory(ies):           -COMPREHENSIVE METABOLIC PANEL (Routine)
        Radiology(ies):            -MRI, FOOT LT W OR W/O CON (Routine) Impression:  Pt had and ankle sprain in april and continues
                                   to have pain, discomfort and swelling despite conservative treatment
                                   -MRI, ANKLE LT W OR W/O CON (Routine) Impression:  Pt had a L ankle sprain in april and continues
                                   to have pain, discomfort and swelling despite conservative treatment. r/o stress fx

<u>Disposition</u> Written by AUSTIN,MARIE @ 02 Oct 2014 0805 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: parfq and waiver completed
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  AUSTIN, MARIE** (Nurse Practitioner, WRNMMC) @ 02 Oct 2014 0806

CHANGE HISTORY

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**- | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 898**

AR 0943

**Medical Record**

Anderson, Daniel Dennis     DOB: ██████ 1985  SSN: ***-**-████  DoD ID: 1286180538     Created: 30 Oct 2017

**The following S/O Note Was Overwritten** by AUSTIN,MARIE @ 26 Sep 2014 1320 EDT:
S/O Note Written by NEWMAN,BRENDA W @ 26 Sep 2014 1306 EDT
**Chief complaint**
The Chief Complaint is: Scalp issues, PT referral for left ankle and PRT waiver.

AR 0944

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*25 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:    BETH-18459536    Primary Dx:    ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **25 Sep 2014 0730 EDT**
Clinic: **Psychiatry Be**

Appt Type: **EST**
Provider: **NILSEN, LINDA M**

<u>AutoCites</u> Refreshed by NILSEN, LINDA M @ 25 Sep 2014 0936 EDT

**Family History**
•fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
•paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
•paternal history of preliminary background HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
•family medical history (General FHx)
•family history of supplemental HPI [use for free text] (General FHx)
•no family history of malignant neoplasm of the large intestine (General FHx)
•no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
•no family history of chronic liver disease (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

<u>S/O Note</u> Written by NILSEN, LINDA M @ 16 Oct 2014 0822 EDT
**History of present illness**
    The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following symptoms:  anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has scraped/picked the hair out in circles.   He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out like him
.
Insomnia Severity Index:  8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X a day.
.
Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather than ignore them.

.

| Anderson, Daniel Dennis | DOB: ██ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: █████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

9-25-14: Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder. Patient arrived on time. Patient saw a physical therapist yesterday. He has been having problems with his left ankle since April 2014. He wanted to get light limited duty. He found out after he got there that only his PCM can issue light limited duty. They did give him a brace to help immobilize the ankle. He is working on his list of serious dating potentials. So far he has decided he does not want kids and does want someone who is OK with he doing things he likes to do (like computer work for long periods of time).
Focus on sleep problems - mainly getting to sleep. It takes him 1 - 2 hours to get to sleep each night. His mind is very active. He thinks about problems he wants to solve, etc. If he stops thinking about one problem, he starts thinking about another problem. This writer suggested he write down the problem so he can let it go for the night. He said he ould then have to keep rereading what he wrote to make sure he got it right. During the next week, he is going to think about how to set things aside for the night without forgetting them and not getting them quite right when he starts thinking about them the next day.
    Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

Pain Severity  0 / 10   Pain Severity  0 / 10.
**Current medication**

  See ALTHA, per patient, none


**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    See ALTHA


    and psychiatric history
    * THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
    * MEDS:  none
    * INPATIENT/RESIDENTIAL CARE:  denied
    * SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
       anyone
    * FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  -
       drinks every other or every night - has not seen him since 2009 so is not sure how he is doing

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years. SM is 29, sisters are 27 and 26. All full siblings.
    Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn
't want mother to ever see them.
  Mother left bruises on his sister. Lost full custody.  Dad was really more abusive. Age 8, got step-mother, they were together for 10
    years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could .Before their divorce,
    father started seeing his next wife.  Brought her to patient
's track events.  Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.

  EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He
    lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the
    school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2
    yrs and went to college for 1 semester.  Drinking lot, dating crazies, decided to join the military.  Planned on making a career of
    the military, not sure now.  Doesn
't want to move anymore.

  ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months,
    living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn
't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time
    was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent
    the rest of the time hiding her drinking.  She also was taking anti-depressants and didn
't tell him.

  SPIRITUAL:  none


Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current
    smoker  Used to smoke hooka when overseas - Amt per Day:    Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut

**Medical Record**

Anderson, Daniel Dennis        DOB: ██ 1985  SSN: ***-**-██    DoD ID: 1286180538        Created: 30 Oct 2017

down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.

**Subjective**

Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
 Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
.
PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =   0      DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people?  [ ] Not difficult  [ ] Somewhat difficult  [ ] Very difficult  [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes  [ ] No
If
'Yes
', how often?  [ ] Several days  [ ] More than half the days  [ ] Almost everyday.
Depression Screening:

[ 1 ] 1.  Little Interest or pleasure in doing things
[ 0 ] 2.  Feeling down depressed or hopeless
[ 2 ] 3.  Trouble sleeping or sleeping too much
[ 0 ] 4.  Feeling tired or little energy
[ 0 ] 5.  Poor appetite or overeating
[ 1 ] 6.  Feeling bad about self
[ 1 ] 7.  Trouble concentrating on things
[ 2 ] 8.  Moving or speaking slowly or being restless
[ 1 ] 9.  Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ x ] Somewhat  [ ] Very  [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ] 1.  Feeling nervous, anxious, or on edge
[ 1 ] 2.  Not being able to stop or control worrying
[ 2 ] 3.  Worrying too much about different things
[2  ] 4.  Trouble relaxing
[ 1 ] 5.  Being so restless that it
's hard to sit still
[ 3 ] 6.  Becoming easily annoyed or irritable

Anderson, Daniel Dennis        DOB: ██ 1985  SSN: ***-*██    DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 902**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

[ 0 ] 7. Feeling afraid as if something awful might happen

Add point values from each response. Total (GAD-7) Score = 12/27  on 8-4-14
  It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ]
Extremely.
**Physical findings**
**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° No disorientation was observed, oriented x3 , oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote
        memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
    Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone
        was not a monotone.
**Psychiatric:**
    Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and
        cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-
        eye contact was observed.
    Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
    Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
    Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed.
        ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
    Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
        homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.

    Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

    Non-Modifiable:
    x    Gender (risk factor if male):
    x    H/O Suicide Attempts: age 17, bottle of asprin
         Organized Plan:
         Chronic Psychiatric Disorder:
         Recent Psychiatric Hospitalization:
    x    H/O Abuse or Trauma:
         Chronic Physical Illness:
    x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
         Other Recent Loss:
         Chronic Pain:
         Age (risk factor if <25 or >60):  age 29

    Modifiable:
         Suicidal ideation/plans/intent:
    x    Access to Lethal Means:  gun in house
         Poor Treatment Compliance:
         Hopelessness:
    x    Psychic Pain/Anxiety:  anxiety
         Acute Event:
         Insomnia:
         Low Self-Worth:
    x    Impulsivity:
         Substance Abuse:
    x    Financial Stress:  got into debt, working on it
         Legal Stress:

    Protective:
         Strong Therapeutic Alliance:
         Positive Coping Skills:
         Responsible to/for Family:
         Responsible to/for Pet:
         Frustration Tolerance: likes to hid his feelings
    x    Resilience:
         Good Reality Testing: can add details that are not true
    x    Amenable to Treatment:
         Social Support: just his girl friend, no one to talk to
         Religious Beliefs Contrary to Suicide:


    Risk of Harm to Others:  denied

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other: Suicide Risk and Protective Factors Review:

Non-Modifiable:
   x   Gender (risk factor if male):
   x   H/O Suicide Attempts: age 17, bottle of asprin
      Organized Plan:
      Chronic Psychiatric Disorder:
      Recent Psychiatric Hospitalization:
   x   H/O Abuse or Trauma:
      Chronic Physical Illness:
   x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
      Other Recent Loss:
      Chronic Pain:
      Age (risk factor if <25 or >60):  age 29

Modifiable:
      Suicidal ideation/plans/intent:
   x   Access to Lethal Means:  gun in house
      Poor Treatment Compliance:
      Hopelessness:
   x   Psychic Pain/Anxiety:  anxiety
      Acute Event:
      Insomnia:
      Low Self-Worth:
   x   Impulsivity:
      Substance Abuse:
   x   Financial Stress:  got into debt, working on it
      Legal Stress:

Protective:
      Strong Therapeutic Alliance:
      Positive Coping Skills:
      Responsible to/for Family:
      Responsible to/for Pet:
      Frustration Tolerance:  likes to hid his feelings
   x   Resilience:
      Good Reality Testing:  can add details that are not true
   x   Amenable to Treatment:
      Social Support: just his girl friend, no one to talk to
      Religious Beliefs Contrary to Suicide:

Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:
**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?        [ ] Verbal  [ ] Written  [ ] Visual  [ x ] Other
(Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x ] No  Specify:
Behavioral Health Advanced directives completed?      [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes  [ x ] No
Are you enrolled in EFMP?        [ ] Yes  [x ] No
Do you use a Personal Health Record (PHR)?      [ ] Yes  [ x] No  Specify:
Contact info: ████████ ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?        [ ] Verbal  [ ] Written  [ ] Visual  [ x] Other
(Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x ] No  Specify:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.   **Page 904**

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

Behavioral Health Advanced directives completed?                    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ x ] No
Are you enrolled in EFMP?                                            [ ] Yes  [x ] No
Do you use a Personal Health Record (PHR)?                          [ ] Yes  [ x] No  Specify:
Contact info: ████████

**Therapy**
• Duration of the encounter 60 min.

**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist:  L Nilsen, LCSW-C

Date last updated: 9-11-14
Reviewed with patient on: 9-11-14
Does patient agree with plan?  yes
If not, what part?
Projected date of next treatment plan update:  12-11-14

Discussion of assessment and intervention
Tx Plan cont~'d:


Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1. Anxiety
2. Relationship problems


Long-Term Goals:

1.  Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2.  Develop the necessary skills for effective, open communication
Discussion of risk of assessment and intervention
Interventions Provided at this session:
supportive therapy
Objective 1 (Corresponds to Goal #1 ):
- The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.


Objective 2 (Corresponds to Goal # 2 ):
- By self report, increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within relationships.
Interventions:
1.  Help patient review any new relationships for possible problems.



Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.
.


**A/P** Last Updated by NILSEN, LINDA M @ 25 Sep 2014 0939 EDT


Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 905**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**1. ANXIETY DISORDER NOS**
    Procedure(s):         -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Last Updated by NILSEN, LINDA M @ 25 Sep 2014 0940 EDT
**Released w/o Limitations**
**Follow up:** for therapy 1 to 2 week(s) in the PSYCHIATRY BE clinic.
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 16 Oct 2014 0832

---

CHANGE HISTORY
*The following S/O Note Was Overwritten by NILSEN, LINDA M @ 16 Oct 2014 0824 EDT:*
S/O Note Written by NILSEN, LINDA M @ 25 Sep 2014 0936 EDT
History of present Illness
        The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
INITIAL ASSESSMENT 8-4-14: 29 year old SWM Navy, E-6, with 9 years TIS, 2 years at NIOC at Ft Meade. 2 years to go, not sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of origin is impacting on how he relates to others now that he is an adult. During the past month, he has experienced the following symptoms: anxiety or worries and difficulty concentrating. Patient "picks" at his scalp. Has several dry patches where he has scraped/picked the hair out in circles. He has been doing this since 2009. He thinks it is a combination of dry skin and his picking at the scalp.

Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out like him

Insomnia Severity Index: 8/28 Patient has a hard time getting to sleep, at times it takes 2 hrs. He wakes up during the night when he has something on his mind. If he listens to rain and storms it helps him sleep better.

Abuse: Father was physically abusive of sisters more so than with him. Dad also shaved patient's head when he was 17 because he thought Sm's hair was too long. Patient was allergic to animals,Father kept cats and dogs. SM used emergency inhaler 3 or 4 X a day.

Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather than ignore them.


9-25-14: Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder.  Patient arrived on time.  Patient saw a physical therapist yesterday.  He has been having problems with his left ankle since April 2014.  He wanted to get light limited duty.  He found out after he got there that only his PCM can issue light limited duty. They did give him a brace to help immobilize the ankle.  He is working on his list of serious dating potentials.  So far he has no kids and someone who is OK with he doing things he likes to do (like computer work for long periods of time).
Focus on sleep problems - mainly getting to sleep. It takes him 1 - 2 hours to get to sleep each night.  His mind is very active.  He thinks about problems he wants to solve, etc. If he stops thinking about one problem, he starts thinking about another problem.  This writer suggested he write down the problem so he can let it go for the night.  He said he ould than have to keep rereading what he wrote to make sure he got it right.  During the next week, he is going to think about how to set things aside for the night without forgetting them and not getting them quite right when he starts thinking about them the next day.
        Visit is deployment-related Stress got to him while in Japan and stationed on ship 3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship 3/2006 -
4/2009.

Pain Severity  0 / 10  Pain Severity  0 / 10.
**Current medication**

See ALTHA, per patient, none


**Past medical/surgical history**
Reported:
        Medical: Reported medical history
            See ALTHA


    and psychiatric history
    *  THERAPY: Fleet snd Family Aug 2012 for 4 or 5 months
    *  MEDS: none
    *  INPATIENT/RESIDENTIAL CARE: denied
    *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: in H/S, swallowed a whole bottle of asprin - felt sick, never told anyone
    * FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  - drinks every other or every night - has not seen him since 2009 so is not sure how he is doing

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years. SM is 29, sisters are 27 and 26. All full siblings. Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn
't want mother to ever see them.
Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mom, they were together for 10 years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could  Before their divorce, father started seeing his new wife.  Brought her to patient
's track events.  Dad got divorced from her about 1 yr ago. SM lived in Cal until 14.

EDUCATION/MILITARY: H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships. Worked during the school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2 yrs and went to college for 1 semester.  Drinking lot, dating crazies, decided to join the military.  Planned on making a career of the military, not sure now.  Doesn
't want to move anymore.

ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months, living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn
't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time was rocky.  They started out as house mates.

AR 0951

## Medical Record

Anderson, Daniel Dennis    DOB: ▮ 1985 SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

She had drinking problems.  He tried to help by not drinking either.  She spent the rest of the time hiding her drinking.  She also was taking anti-depressants and didn't tell him.

SPIRITUAL:  none

Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current smoker  Used to smoke hooka when overseas -
      Amt per Day:    Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down Liquor - 1-3 drinks, 1 or 2 X a week if
      liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.
**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
  Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
.
PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values for each response. Total Score =  0    DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other
people? [ ] Not difficult  [ ] Somewhat difficult  [ ] Very difficult  [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes  [ ] No
If
'Yes
', how often?  [ ] Several days  [ ] More than half the days  [ ] Almost everyday.
Depression Screening:

[ 1 ]  1.  Little interest or pleasure in doing things
[ 0 ]  2.  Feeling down depressed or hopeless
[ 2 ]  3.  Trouble sleeping or sleeping too much
[ 0 ]  4.  Feeling tired or little energy
[ 0 ]  5.  Poor appetite or overeating
[ 1 ]  6.  Feeling bad about self
[ 1 ]  7.  Trouble concentrating on things
[ 2 ]  8.  Moving or speaking slowly or being restless
[ 1 ]  9.  Thoughts that you would be better off dead
Add point values from each response. Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ x ] Somewhat  [ ] Very  [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 1 ]  2.  Not being able to stop or control worrying
[ 2 ]  3.  Worrying too much about different things
[ 2 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that it
's hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response. Total (GAD-7) Score = 12/27  on 8-4-14
  It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ] Extremely.
**Physical findings**
**General Appearance:**
      * Alert.  * Well developed.  * Well nourished.  * In no acute distress.
**Neurological:**
      * No disorientation was observed, oriented x3 , oriented x3.  * No hallucinations.  * Memory was unimpaired.  * Remote memory was not impaired.  * Recent memory was
            not impaired.  * Judgement was not impaired.
      Speech:  * Normal, regular rate, non-pressured. , regular rate, non-pressured.  * Rate was not slowed.  * Not pressured.  * Tone was not a monotone.
**Psychiatric:**
      Demonstrated Behavior: * Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and cooperative.  * No psychomotor retardation.

Anderson, Daniel Dennis    DOB: ▮ 1985 SSN: ***-**    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 907**

AR 0952

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

* Behavior demonstrated no psychomotor agitation. * No decreased eye-to-eye contact was observed.
Mood: * Euthymic. * Not depressed. * Not anxious.
Affect: * Normal. * Not labile. * Not flat. * Not constricted. * Showed no irritability.
Thought Processes: * Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed. * Attention demonstrated no abnormalities.
* Attention span was not decreased.
Thought Content: * Insight was intact. * No delusions. * No suicidal ideation. * No suicidal plans. * No suicidal intent. * No homicidal ideations. * No homicidal plans.
* No homicidal intent.
Neurovegetative Assessment: * Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
x    Gender (risk factor if male):
x    H/O Suicide Attempts:  age 17, bottle of asprin
      Organized Plan:
      Chronic Psychiatric Disorder:
      Recent Psychiatric Hospitalization:
x    H/O Abuse or Trauma:
      Chronic Physical Illness:
x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
      Other Recent Loss:
      Chronic Pain:
      Age (risk factor if <25 or >60):  age 29

Modifiable:
      Suicidal ideation/plans/intent:
x    Access to Lethal Means: gun in house
      Poor Treatment Compliance:
      Hopelessness:
x    Psychic Pain/Anxiety:  anxiety
      Acute Event:
      Insomnia:
      Low Self-Worth:
x    Impulsivity:
      Substance Abuse:
x    Financial Stress:  got into debt, working on it
      Legal Stress:

Protective:
      Strong Therapeutic Alliance:
      Positive Coping Skills:
      Responsible to/for Family:
      Responsible to/for Pet:
      Frustration Tolerance:  likes to hid his feelings
x    Resilience:
      Good Reality Testing:  can add details that are not true
x    Amenable to Treatment:
      Social Support: just his girl friend, no one to talk to
      Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other: Suicide Risk and Protective Factors Review:

Non-Modifiable:
x    Gender (risk factor if male):
x    H/O Suicide Attempts:  age 17, bottle of asprin
      Organized Plan:
      Chronic Psychiatric Disorder:
      Recent Psychiatric Hospitalization:
x    H/O Abuse or Trauma:
      Chronic Physical Illness:
x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
      Other Recent Loss:
      Chronic Pain:
      Age (risk factor if <25 or >60):  age 29

Modifiable:
      Suicidal ideation/plans/intent:
x    Access to Lethal Means: gun in house
      Poor Treatment Compliance:
      Hopelessness:
x    Psychic Pain/Anxiety:  anxiety
      Acute Event:
      Insomnia:
      Low Self-Worth:
x    Impulsivity:
      Substance Abuse:
x    Financial Stress:  got into debt, working on it
      Legal Stress:

Protective:
      Strong Therapeutic Alliance:
      Positive Coping Skills:
      Responsible to/for Family:
      Responsible to/for Pet:
      Frustration Tolerance:  likes to hid his feelings
x    Resilience:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 908**

AR 0953

**Medical Record**

| Anderson, Daniel Dennis | DOB: ___ 1985 | SSN: ***-**-___ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Good Reality Testing:  can add details that are not true
x   Amenable to Treatment:
Social Support: just his girl friend, no one to talk to
Religious Beliefs Contrary to Suicide:

Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:

**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?                                        [ ] Verbal  [ ] Written  [ ] Visual  [ x] Other (Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x] No  Specify:
Behavioral Health Advanced directives completed?                              [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?       [ ] Yes  [ x ] No
Are you enrolled in EFMP?                                                         [ ] Yes  [x ] No
Do you use a Personal Health Record (PHR)?                                     [ ] Yes  [x] No  Specify:
Contact info: ___ ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?                                        [ ] Verbal  [ ] Written  [ ] Visual  [ x] Other (Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x] No  Specify:
Behavioral Health Advanced directives completed?                              [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?       [ ] Yes  [ x ] No
Are you enrolled in EFMP?                                                         [ ] Yes  [x ] No
Do you use a Personal Health Record (PHR)?                                     [ ] Yes  [x] No  Specify:
Contact info: ___

**Therapy**
• Duration of the encounter 60 min.
**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist: L Nilsen, LCSW-C

Date last updated:  9-11-14
Reviewed with patient on:  9-11-14
Does patient agree with plan?  yes
If not, what part?
Projected date of next treatment plan update:  12-11-14

Discussion of assessment and intervention
Tx Plan cont~'d:

Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1. Anxiety
2. Relationship problems

Long-Term Goals:

1. Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2. Develop the necessary skills for effective, open communication
Discussion of risk of assessment and intervention
Interventions Provided at this session:
supportive therapy
Objective 1 (Corresponds to Goal #1 ):
- The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.

Objective 2 (Corresponds to Goal # 2 ):
- By self report, increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within  relationships.
Interventions:
1. Help patient review any new relationships for possible problems.

Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.
.

*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by NILSEN, LINDA M @ 16 Oct 2014 0822 EDT:*

| Anderson, Daniel Dennis | DOB: ___ 1985 | SSN: ***-* | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 909**

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

Signed NILSEN, LINDA M (LCSW-C, Behavioral Health) @ 25 Sep 2014 0940

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 910**

AR 0955

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *24 Sep 2014 at WRNMMC, Orthotics & Prosthetics Srv Be by ANDERSON, PETER P*

Encounter ID:     BETH-18452120     Primary Dx:        Brace

Patient: **MERWIN, DANIEL DENNIS**        Date: **24 Sep 2014 1201 EDT**        Appt Type: **EST**
Treatment Facility: **WALTER REED**        Clinic: **ORTHOTICS & PROSTHETICS**        Provider: **ANDERSON,PETER P**
**NATIONAL MILITARY MEDICAL CNTR**        **SRV BE**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by TIVEY-ANDERSON,MILAN D @ 24 Sep 2014 1201 EDT
ASO ankle brace

**A/P** Written by ANDERSON,PETER P @ 25 Sep 2014 0834 EDT
**1. Brace:** Pt fit with aso brace.
            Procedure(s):          -Phys Ther Ed Checkout For Ortho/Prosth Use Estab Patient x 1
                                -ANKLE FOOT ORTHOSIS,MULTILIGAMENTUS ANKLE SUPPORT,PREFAB,OTS x 1

**Disposition** Written by ANDERSON,PETER P @ 25 Sep 2014 0835 EDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by ANDERSON,PETER P @ 25 Sep 2014 0835 EDT
Pt received device.

**Signed By  ANDERSON, PETER P** (Physician) @ 25 Sep 2014 0835

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 911**

AR 0956

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓ 1985 SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *24 Sep 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C*

Encounter ID:    BETH-18457059    Primary Dx:    Left ankle joint pain

Patient: **MERWIN, DANIEL DENNIS**    Date: **24 Sep 2014 1100 EDT**    Appt Type: **EST**
Treatment Facility: **WALTER REED**    Clinic: **PHYS THERAPY CL BE**    Provider: **LAI,PHILOMENA C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by LAI,PHILOMENA C @ 24 Sep 2014 1506 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •MAJOR DEPRESSION RECURRENT MODERATE | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) | •OTHER: Unknown (SEE MED RECORD) |
| •ANXIETY DISORDER NOS | •paternal grandfather's history of | |
| •Left ankle joint pain | preliminary background HPI [use for | |
| •NEUROTIC EXCORIATION | free text] (Paternal Grandfather) | |
| •ANKLE SPRAIN LEFT | •paternal history of preliminary background | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | HPI [use for free text] (Father) | |
| •ANOMALIES OF SKIN | •paternal grandmother's history of HPI [use | |
| •Abdominal pain | for free text] (Paternal Grandmother) | |
| •ASTHMA | •family medical history (General FHx) | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | •family history of supplemental HPI [use for free text] (General FHx) | |
| •Difficulty breathing (dyspnea) | •no family history of malignant neoplasm of | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | the large intestine (General FHx) •no family history of malignant neoplasm of | |
| •Removal Of Sutures | the gastrointestinal tract (General FHx) | |
| •ASTHMA EXTRINSIC | •no family history of chronic liver disease | |
| •ROSACEA | (General FHx) | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | | |
| •REFRACTIVE ERROR - MYOPIA | | |
| •ALLERGIC RHINITIS | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| OXYCODONE HCL/ACETAMINOPHEN, 5MG-325MG, TABLET, ORAL | Active | TAKE ONE TABLET EVERY 4-6 HOURS AS NEEDED FOR PAIN #0 RF0 | NR | 18 Sep 2014 |
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | SWISH AND SPIT 15 ML TWICE A DAY FOR 2 WEEKS STARTING TOMORROW #0 RF0 | NR | 18 Sep 2014 |
| IBUPROFEN, 800 MG, TABLET, ORAL | Active | TAKE ONE TABLET THREE TIMES A DAY AS NEEDED FOR PAIN #0 RF0 | NR | 18 Sep 2014 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Appointment Comments:**
tan

Note Written by LAI,PHILOMENA C @ 24 Sep 2014 1547 EDT
**Chief complaint**
The Chief Complaint is: L ankle sprain

Visit for: Re- Evaluation
(9/24/2014)
Subjective: Patient presents to clinic reporting continue L ankle pain since his return doing PT as he has been walking, running, jumping a lot, L ankle swelling resurface, now pain on L ankle even walking for long distance. Patient states he will be doing his PFT in 2 weeks but will not be able to do the running portion of PT.

(8/8/2014)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 912**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Subjective: Patient reports he has no ankle pain with walking, he has done 2-mile walking, doing stairs with no pain, noticed brusing on L ankle and some swelling, L ankle looks slightly different from R, L ankle popping/cracking with movement and there is pain when that happens. Patient reports he has not tried running yet and he will be doing his PFT (1.5 m run) in Oct.
Objective: Observation: very mild swelling L ankle    ROM: L ankle DF 10 deg, PF 45 deg, EV 15 deg, IV 35 deg    Strength: L ankle 5/5 throughout.    Flexibility: mod tightness hamstrings, mild/mod tightness calf
Assessment/Plan: Improved L ankle ROM with full strength, bilateral hamstrings and calf tightness continue. Patient was instructed on continue with ankle ROM, emphasized importance of daily stretching, proper running gait. Patient will gradual progress to jog/run on his own  Follow up in 4 weeks to re-assess.

History of present illness: INITIAL EVALUATION ( 6/27/2014  ): Patient is a  29    y/o M   referred to physical therapy for evaluation and treatment of  L ankle sprain. Patient initially injured L ankle  in April 2014 while he was sprinting during softball game when his L foot went intor the hole.  Since onset, symptoms have  unchanged
Meds: reviewed in AHLTA.
Pain scale 72 hrs:  current 0/10  best 0/10 worst 3/10
Description of pain: comes and goes
Aggravating factors: motion
Mitigating factors: rest, elevation, ice
Day pattern: episodic
Recent/previous treatment: none
Functional limitations: no running at this time, increased throbbing sensation after prolonged walking
Patient goals: to run again (patient used to run 5 miles per day 4-5 time per week).
**Past medical/surgical history**
**Reported:**
    Past medical history reviewed and discussed. Co-morbidities: none
    Diagnostics: x-ray L ankle in AHLTA
    Medical precautions: none
    Job duties: desk primarily.
**Objective**
Observation: genu and tibial varus, normal calcaneus alignment, mild swelling L lateral malleolus area
palpation: TTP lateral L ankle anterior to lateral malleolus
flexibility: mod tightness hamstrings, calf
Joint Mobility: normal L ankle joint mobility
Sensation/Reflex: intact
ROM: ankle: DF L15 deg R 13 deg, PF L 44 deg R 50 deg, IV L 35 deg R 35 deg, EV L12 deg R 15 deg, 1st ray ext L 50 deg R 70 deg, flex L 12 deg R 30 deg
Strength:  DF - 5/5 bil, PF 5/5 bil, IV L 5/5 R 5/5, EV L 5/5 R 5/5
Special Tests: thompson - neg, talar tilt - neg, ant/post drawer
function: gait - no significant deviations, SLS EO - L/R = 30 sec, good ankle stability bil, SLHR L 25/25 R 25/25, no instability noted but fatigue quickly L with pain
**Tests**
Re-evaluation (9/24/2014): Patient with recurrent ankle pain, most likely repeated strain from excessive impact activities .
Recommend patient hold off from jumping, squatting and running activities at this time to allow sufficient time for healing. Patient will need to continue strengthening and stretching program. Provided prescription for ankle brace to provide support.

Assessment (  6/27/2014 ): Patient presented with decreased L ankle ROM s/p ankle sprain, mild weakness of ankle IV and EV with no instability. Patient would benefit from physical therapy home based ex program to inprove ROM and strength.
Rehab prognosis: good

Physical Therapy goals:
STG to be achieved in  3   weeks
Patient to be independent with HEP- met
Patient to increase ROM to: L ankle DF 10 deg, PF 40 deg, IV 35 deg EV 10 deg - met

LTG to be achieved in  6-8    weeks
Decrease pain to: 0/10
Increase MMT to:  5/5 - met
Improve function to: tolerate long distance walking without increased in symptoms
running 1 mile 50% pace with no increased in symptoms

Patient education: Patient educated on his/her condition in reference to pertinent anatomy and biomechanics using anatomical models and illustrations, self care, physical therapy and POC.
HEP instructions and performance (8/8/2014): stretch - hamstrings, calf, joint mobilization for DF/PF, ROM, alphabets

Plan of Care: Continue HEP for stretching and strengthening. Follow up in 5-6 weeks for re-evaluation.

A/P Written by LAI,PHILOMENA C @ 24 Sep 2014 1509 EDT
**1. Left ankle joint pain**

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 913**

AR 0958

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985  SSN: ***-** ▮▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
|---|---|---|---|

Procedure(s):         -Physical Therapy Service Re-Evaluation x 1

**Disposition** Written by LAI,PHILOMENA C @ 24 Sep 2014 1547 EDT
**Released w/o Limitations**
**Follow up:** 5 to 6 week(s) in the PHYS THERAPY CL BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LAI, PHILOMENA C** (Physical Therapist, Walter Reed National Military Medical Center) @ 24 Sep 2014 1548

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 914**

AR 0959

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*18 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:    BETH-18463167    Primary Dx:    ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**    Date: **18 Sep 2014 0730 EDT**    Appt Type: **EST**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **NILSEN,LINDA M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by NILSEN,LINDA M @ 25 Sep 2014 0929 EDT
**Family History**
•fraternal history of SUBJECTIVE [Use for
   s.o.a.p. note free text] (Brother)
•paternal grandfather's history of
   preliminary background HPI [use for
   free text] (Paternal Grandfather)
•paternal history of preliminary background
   HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
   for free text] (Paternal Grandmother)
•family medical history (General FHx)
•family history of supplemental HPI [use
   for free text] (General FHx)
•no family history of malignant neoplasm of
   the large intestine (General FHx)
•no family history of malignant neoplasm of
   the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
   (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

S/O Note Written by NILSEN,LINDA M @ 25 Sep 2014 0930 EDT
**History of present illness**
   The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not
sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of
origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following
symptoms: anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has
scraped/picked the hair out in circles.   He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking
at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out
like him

Insomnia Severity Index:  8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when
he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient''s head when he was 17 because
he thought Sm''s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X
a day.
.
Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather
than ignore them.

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 915**

AR 0960

**Medical Record**

9-18-14:  Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder.  Focus on relationships.  He has turned match.com back on.  He did this before his girlfriend moved out.  Realized he should have talked to her about ending their relationship first.  Pt stated he has had numerous sexual encounters.  He needs to slow down how quickly he gets very involved in a relationship.  Patient is going to work on making a list of the top 10 things he wants in a potential partner.
   Visit is deployment-related Stress got to him while in Japan and stationed on ship 3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

Pain Severity  0 / 10   Pain Severity  0 / 10.
**Current medication**

   See ALTHA, per patient, none

**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history
        See ALTHA

     and psychiatric history
     *  THERAPY: Fleet snd Family Aug 2012 for 4 or 5 months
     *  MEDS: none
     *  INPATIENT/RESIDENTIAL CARE:  denied
     *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
        anyone
      * FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  -
        drinks every other or every night - has not seen him since 2009 so is not sure how he is doing

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years.  SM is 29, sisters are 27 and 26.  All full siblings.
        Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn
't want mother to ever see them.
   Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10
        years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could .Before their divorce,
        father started seeing his next wife.  Brought her to patient
's track events.  Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.

EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He
        lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the
        school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2
        yrs and went to college for 1 semester.  Drinking lot, dating crazies, decided to join the military.  Planned on making a career of
        the military, not sure now.  Doesn
't want to move anymore.

ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months,
        living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn
't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time
        was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent
        the rest of the time hiding her drinking.  She also was taking anti-depressants and didn
't tell him.

SPIRITUAL:  none

Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current
        smoker  Used to smoke hooka when overseas - Amt per Day:    Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut
        down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.
**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 916**

**Medical Record**

Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied

PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =   0     DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult  [ ] Somewhat difficult  [ ] Very difficult  [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes  [ ] No
If
'Yes
', how often?  [ ] Several days  [ ] More than half the days  [ ] Almost everyday.
Depression Screening:

[ 1 ]  1. Little Interest or pleasure in doing things
[ 0 ]  2. Feeling down depressed or hopeless
[ 2 ]  3. Trouble sleeping or sleeping too much
[ 0 ]  4. Feeling tired or little energy
[ 0 ]  5. Poor appetite or overeating
[ 1 ]  6. Feeling bad about self
[ 1 ]  7. Trouble concentrating on things
[ 2 ]  8. Moving or speaking slowly or being restless
[ 1 ]  9. Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ x ] Somewhat  [ ] Very  [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ]  1. Feeling nervous, anxious, or on edge
[ 1 ]  2. Not being able to stop or control worrying
[ 2 ]  3. Worrying too much about different things
[ 2 ]  4. Trouble relaxing
[ 1 ]  5. Being so restless that it
's hard to sit still
[ 3 ]  6. Becoming easily annoyed or irritable
[ 0 ]  7. Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 12/27  on 8-4-14
It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ] Extremely.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Physical findings**
**General Appearance:**
   ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
   ° No disorientation was observed, oriented x3 , oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
   Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
   Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
   Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
   Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
   Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
   Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
   Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

   Non-Modifiable:
   x   Gender (risk factor if male):
   x   H/O Suicide Attempts: age 17, bottle of asprin
      Organized Plan:
      Chronic Psychiatric Disorder:
      Recent Psychiatric Hospitalization:
   x   H/O Abuse or Trauma:
      Chronic Physical Illness:
   x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
      Other Recent Loss:
      Chronic Pain:
      Age (risk factor if <25 or >60):  age 29

   Modifiable:
      Suicidal ideation/plans/intent:
   x   Access to Lethal Means:  gun in house
      Poor Treatment Compliance:
      Hopelessness:
   x   Psychic Pain/Anxiety: anxiety
      Acute Event:
      Insomnia:
      Low Self-Worth:
   x   Impulsivity:
      Substance Abuse:
   x   Financial Stress:  got into debt, working on it
      Legal Stress:

   Protective:
      Strong Therapeutic Alliance:
      Positive Coping Skills:
      Responsible to/for Family:
      Responsible to/for Pet:
      Frustration Tolerance: likes to hid his feelings
   x   Resilience:
      Good Reality Testing:  can add details that are not true
   x   Amenable to Treatment:
      Social Support: just his girl friend, no one to talk to
      Religious Beliefs Contrary to Suicide:

   Risk of Harm to Others:  denied

   Action Taken Based on Risk Assessment:
   [ x ] Released without limitations. Advised of emergency procedures.
   [   ] SM released to Chain of Command with the following limitations:
   [   ] SM sent to ER for evaluation for admission to inpatient psychiatry
   [   ] Other: Suicide Risk and Protective Factors Review:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 918**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

Non-Modifiable:
  x   Gender (risk factor if male):
  x   H/O Suicide Attempts:  age 17, bottle of asprin
      Organized Plan:
      Chronic Psychiatric Disorder:
      Recent Psychiatric Hospitalization:
  x   H/O Abuse or Trauma:
      Chronic Physical Illness:
  x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
      Other Recent Loss:
      Chronic Pain:
      Age (risk factor if <25 or >60):  age 29

Modifiable:
      Suicidal ideation/plans/intent:
  x   Access to Lethal Means:  gun in house
      Poor Treatment Compliance:
      Hopelessness:
  x   Psychic Pain/Anxiety:  anxiety
      Acute Event:
      Insomnia:
      Low Self-Worth:
  x   Impulsivity:
      Substance Abuse:
  x   Financial Stress:  got into debt, working on it
      Legal Stress:

Protective:
      Strong Therapeutic Alliance:
      Positive Coping Skills:
      Responsible to/for Family:
      Responsible to/for Pet:
      Frustration Tolerance:  likes to hid his feelings
  x   Resilience:
      Good Reality Testing:  can add details that are not true
  x   Amenable to Treatment:
      Social Support: just his girl friend, no one to talk to
      Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:

**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English

| | |
|---|---|
| What is your preferred method of learning? | [ ] Verbal  [ ] Written  [ ] Visual  [x] Other |

(Specify): visual and hands on

| | |
|---|---|
| Do you have a learning disability, language barrier, hearing/vision deficit? | [ ] Yes  [ x ] No  Specify: |
| Behavioral Health Advanced directives completed? | [ ] Yes  [x ] No |
| Do you have any cultural or religious beliefs that may affect your care? | [ ] Yes  [ x ] No |
| Are you enrolled in EFMP? | [ ] Yes  [x ] No |
| Do you use a Personal Health Record (PHR)? | [ ] Yes  [ x] No  Specify: |

Contact info: █████████  ANNUAL SCREENING DATE:
Primary language: English

| | |
|---|---|
| What is your preferred method of learning? | [ ] Verbal  [ ] Written  [ ] Visual  [x] Other |

(Specify): visual and hands on

| | |
|---|---|
| Do you have a learning disability, language barrier, hearing/vision deficit? | [ ] Yes  [ x ] No  Specify: |
| Behavioral Health Advanced directives completed? | [ ] Yes  [x ] No |
| Do you have any cultural or religious beliefs that may affect your care? | [ ] Yes  [ x ] No |
| Are you enrolled in EFMP? | [ ] Yes  [x ] No |
| Do you use a Personal Health Record (PHR)? | [ ] Yes  [ x] No  Specify: |

Contact info: █████████

**Therapy**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 919**

AR 0964

**Medical Record**

Anderson, Daniel Dennis    DOB: ▆ 1985  SSN: ***-**▆    DoD ID: 1286180538    Created: 30 Oct 2017

• Duration of the encounter 60 min.
**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist:  L Nilsen, LCSW-C

Date last updated:  9-11-14
Reviewed with patient on:  9-11-14
Does patient agree with plan?  yes
If not, what part?
Projected date of next treatment plan update:  12-11-14

 Discussion of assessment and intervention
Tx Plan cont~"d:


Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1. Anxiety
2. Relationship problems


Long-Term Goals:

1.  Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2.  Develop the necessary skills for effective, open communication
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
 supportive therapy
Objective 1 (Corresponds to Goal #1 ):
- The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.


Objective 2 (Corresponds to Goal # 2 ):
- By self report, Increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within relationships.
Interventions:
1. Help patient review any new relationships for possible problems.




Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.
.



**A/P** Written by NILSEN,LINDA M @ 25 Sep 2014 0934 EDT
**1. ANXIETY DISORDER NOS**
        Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Written by NILSEN,LINDA M @ 25 Sep 2014 0935 EDT
**Released w/o Limitations**
**Follow up:** for therapy 1 to 2 week(s) in the PSYCHIATRY BE clinic.


Anderson, Daniel Dennis    DOB: ▆ 1985  SSN: ***-**▆    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 920**

AR 0965

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 25 Sep 2014 0935

AR 0966

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

*11 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:    BETH-18447431    Primary Dx:    ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**          Date: **11 Sep 2014 0730 EDT**    Appt Type: **EST**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**          Provider: **NILSEN,LINDA M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by NILSEN,LINDA M @ 24 Sep 2014 0918 EDT
**Family History**
- •fraternal history of SUBJECTIVE [Use for
    s.o.a.p. note free text] (Brother)
- •paternal grandfather's history of
    preliminary background HPI [use for
    free text] (Paternal Grandfather)
- •paternal history of preliminary background
    HPI [use for free text] (Father)
- •paternal grandmother's history of HPI [use
    for free text] (Paternal Grandmother)
- •family medical history (General FHx)
- •family history of supplemental HPI [use
    for free text] (General FHx)
- •no family history of malignant neoplasm of
    the large intestine (General FHx)
- •no family history of malignant neoplasm of
    the gastrointestinal tract (General FHx)
- •no family history of chronic liver disease
    (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

<u>S/O Note</u> Written by NILSEN,LINDA M @ 25 Sep 2014 0909 EDT
**History of present illness**
    The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
INITIAL ASSESSMENT  8-4-14: 29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not
sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of
origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following
symptoms: anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has
scraped/picked the hair out in circles.   He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking
at the scalp.

Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out
like him

Insomnia Severity Index:  8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when
he has something on his mind.  If he listens to rain and storms it helps him sleep better.

Abuse: Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because
he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X
a day.

Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather
than ignore them.

.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 922**

AR 0967

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-█        DoD ID: 1286180538        Created: 30 Oct 2017

9-11-14: Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder. Patient trying to decide whether to reenlist or not. He thinks he might be better off owning his own business. If he stays in the military and he advances, he will end up supervising more which he does not like as much. He is more than qualified for his job now. He gets bored easily. His girlfriend moved out. She had been talking to her X. She is not as neat as the SM, he likes to have everything clean again.

Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

Pain Severity  0 / 10   Pain Severity  0 / 10.
**Current medication**

See ALTHA, per patient, none

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
      See ALTHA

    and psychiatric history
    *  THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
    *  MEDS:  none
    *  INPATIENT/RESIDENTIAL CARE:  denied
    *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
        anyone
    * FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  -
        drinks every other or every night - has not seen him since 2009 so is not sure how he is doing

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years. SM is 29, sisters are 27 and 26. All full siblings.
    Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn
't want mother to ever see them.
 Mother left bruises on his sister. Lost full custody. Dad was really more abusive.  Age 8, got step-mother, they were together for 10
    years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could .Before their divorce,
    father started seeing his next wife.  Brought her to patient
's track events. Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.

EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He
    lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the
    school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school). Lived with her for 2
    yrs and went to college for 1 semester. Drinking lot, dating crazies, decided to join the military. Planned on making a career of
    the military, not sure now.  Doesn
't want to move anymore.

ADULT RELATIONSHIPS:  never married, no children. Last relationship - Kristina, age 29.  They have been together 6 months,
    living together 4 months. Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn
't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time
    was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent
    the rest of the time hiding her drinking. She also was taking anti-depressants and didn
't tell him.

SPIRITUAL:  none

Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current
    smoker  Used to smoke hooka when overseas - Amt per Day:    Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut
    down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.
**Subjective**
Additional Screening Questions:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 923**

AR 0968

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
 Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied

PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =   0      DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult   [ ] Somewhat difficult   [ ] Very difficult   [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes  [ ] No
If
'Yes
', how often?   [ ] Several days   [ ] More than half the days   [ ] Almost everyday.
Depression Screening:

[ 1 ]  1.  Little interest or pleasure in doing things
[ 0 ]  2.  Feeling down depressed or hopeless
[ 2 ]  3.  Trouble sleeping or sleeping too much
[ 0 ]  4.  Feeling tired or little energy
[ 0 ]  5.  Poor appetite or overeating
[ 1 ]  6.  Feeling bad about self
[ 1 ]  7.  Trouble concentrating on things
[ 2 ]  8.  Moving or speaking slowly or being restless
[ 1 ]  9.  Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?   [ ] Not at all   [ x ] Somewhat   [ ] Very   [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 1 ]  2.  Not being able to stop or control worrying
[ 2 ]  3.  Worrying too much about different things
[ 2 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that it
's hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 12/27  on 8-4-14
 It is very difficult for him to do his work, take care of things at home, or get along with other people

| Anderson, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 924**

AR 0969

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ] Extremely.

**Physical findings**
**General Appearance:**
° Alert. ° Well developed. ° Well nourished. ° In no acute distress.
**Neurological:**
° No disorientation was observed, oriented x3 , oriented x3. ° No hallucinations. ° Memory was unimpaired. ° Remote memory was not impaired. ° Recent memory was not impaired. ° Judgement was not impaired.
Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured. ° Rate was not slowed. ° Not pressured. ° Tone was not a monotone.
**Psychiatric:**
Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and cooperative. ° No psychomotor retardation. ° Behavior demonstrated no psychomotor agitation. ° No decreased eye-to-eye contact was observed.
Mood: ° Euthymic. ° Not depressed. ° Not anxious.
Affect: ° Normal. ° Not labile. ° Not flat. ° Not constricted. ° Showed no irritability.
Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed. ° Attention demonstrated no abnormalities. ° Attention span was not decreased.
Thought Content: ° Insight was intact. ° No delusions. ° No suicidal ideation. ° No suicidal plans. ° No suicidal intent. ° No homicidal ideations. ° No homicidal plans. ° No homicidal intent.
Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
  x   Gender (risk factor if male):
  x   H/O Suicide Attempts:  age 17, bottle of asprin
      Organized Plan:
      Chronic Psychiatric Disorder:
      Recent Psychiatric Hospitalization:
  x   H/O Abuse or Trauma:
      Chronic Physical Illness:
  x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
      Other Recent Loss:
      Chronic Pain:
      Age (risk factor if <25 or >60):  age 29

Modifiable:
      Suicidal ideation/plans/intent:
  x   Access to Lethal Means:  gun in house
      Poor Treatment Compliance:
      Hopelessness:
  x   Psychic Pain/Anxiety:  anxiety
      Acute Event:
      Insomnia:
      Low Self-Worth:
  x   Impulsivity:
      Substance Abuse:
  x   Financial Stress:  got into debt, working on it
      Legal Stress:

Protective:
      Strong Therapeutic Alliance:
      Positive Coping Skills:
      Responsible to/for Family:
      Responsible to/for Pet:
      Frustration Tolerance:  likes to hid his feelings
  x   Resilience:
      Good Reality Testing:  can add details that are not true
  x   Amenable to Treatment:
      Social Support: just his girl friend, no one to talk to
      Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

[   ] Other: Suicide Risk and Protective Factors Review:

Non-Modifiable:
- x    Gender (risk factor if male):
- x    H/O Suicide Attempts: age 17, bottle of asprin
-      Organized Plan:
-      Chronic Psychiatric Disorder:
-      Recent Psychiatric Hospitalization:
- x    H/O Abuse or Trauma:
-      Chronic Physical Illness:
- x    Family H/O Suicide/Attempts:  both sisters have made attempts – he is surprised one is still alive
-      Other Recent Loss:
-      Chronic Pain:
-      Age (risk factor if <25 or >60):  age 29

Modifiable:
-      Suicidal ideation/plans/intent:
- x    Access to Lethal Means:  gun in house
-      Poor Treatment Compliance:
-      Hopelessness:
- x    Psychic Pain/Anxiety:  anxiety
-      Acute Event:
-      Insomnia:
-      Low Self-Worth:
- x    Impulsivity:
-      Substance Abuse:
- x    Financial Stress:  got into debt, working on it
-      Legal Stress:

Protective:
-      Strong Therapeutic Alliance:
-      Positive Coping Skills:
-      Responsible to/for Family:
-      Responsible to/for Pet:
-      Frustration Tolerance:  likes to hid his feelings
- x    Resilience:
-      Good Reality Testing:  can add details that are not true
- x    Amenable to Treatment:
-      Social Support: just his girl friend, no one to talk to
-      Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:
**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English

| | |
|---|---|
| What is your preferred method of learning? | [ ] Verbal  [ ] Written  [ ] Visual  [x] Other |
| (Specify): visual and hands on | |
| Do you have a learning disability, language barrier, hearing/vision deficit? | [ ] Yes  [ x ] No   Specify: |
| Behavioral Health Advanced directives completed? | [ ] Yes  [x ] No |
| Do you have any cultural or religious beliefs that may affect your care? | [ ] Yes  [ x ] No |
| Are you enrolled in EFMP? | [ ] Yes  [x] No |
| Do you use a Personal Health Record (PHR)? | [ ] Yes  [ x] No   Specify: |

Contact info: ████████  ANNUAL SCREENING DATE:
Primary language: English

| | |
|---|---|
| What is your preferred method of learning? | [ ] Verbal  [ ] Written  [ ] Visual  [ x] Other |
| (Specify): visual and hands on | |
| Do you have a learning disability, language barrier, hearing/vision deficit? | [ ] Yes  [ x ] No   Specify: |
| Behavioral Health Advanced directives completed? | [ ] Yes  [x ] No |
| Do you have any cultural or religious beliefs that may affect your care? | [ ] Yes  [ x ] No |
| Are you enrolled in EFMP? | [ ] Yes  [x] No |
| Do you use a Personal Health Record (PHR)? | [ ] Yes  [ x] No   Specify: |

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-*-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 926**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇ 1985 | SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Contact info: ▇

**Therapy**
• Duration of the encounter 60 min.
**Practice Management**
   Continue assessment and intervention
   Multi-Disciplinary Treatment Plan:

   Treatment Team Members -

   Individual Therapist: L Nilsen, LCSW-C

   Date last updated: 9-11-14
   Reviewed with patient on: 9-11-14
   Does patient agree with plan? yes
   If not, what part?
   Projected date of next treatment plan update: 12-11-14

   Discussion of assessment and intervention
   Tx Plan cont~^d:

   Diagnosis
   I. 300.00 Anxiety D/O NOS
   II. 799.9 deferred
   III. none
   IV. Limited support system, few friends
   V. current GAF: 65

   Active Problem List:
   1. Anxiety
   2. Relationship problems

   Long-Term Goals:

   1. Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
   2. Develop the necessary skills for effective, open communication
   Discussion of risk of assessment and intervention
   Interventions Provided at this session:
   supportive therapy
   Objective 1 (Corresponds to Goal #1 ):
   - The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
   Interventions:
   1. Establish rapport with the client toward building a therapeutic alliance.

   Objective 2 (Corresponds to Goal # 2 ):
   - By self report, Increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within
relationships.
   Interventions:
   1. Help patient review any new relationships for possible problems.

   Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or
homicidal thoughts develop.
   .

**A/P** Written by NILSEN,LINDA M @ 25 Sep 2014 0927 EDT
**1. ANXIETY DISORDER NOS**
     Procedure(s):     -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Written by NILSEN,LINDA M @ 25 Sep 2014 0928 EDT

| Anderson, Daniel Dennis | DOB: ▇ 1985 | SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0972

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538         Created: 30 Oct 2017

**Released w/o Limitations**
**Follow up:**  for therapy 1 to 2 week(s) .
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 25 Sep 2014 0928

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.         **Page 928**

AR 0973

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017

### *21 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:      BETH-18110266      Primary Dx:      MAJOR DEPRESSION RECURRENT MODERATE

Patient: **MERWIN, DANIEL DENNIS**           Date: **21 Aug 2014 0757 EDT**           Appt Type: **T-CON***
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**                Provider: **NILSEN,LINDA M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**                                                        Call Back Phone: ██████████

**AutoCites** Refreshed by NILSEN,LINDA M @ 21 Aug 2014 0914 EDT
                                              **Family History**
                                              •fraternal history of SUBJECTIVE [Use for
                                                s.o.a.p. note free text] (Brother)
                                              •paternal grandfather's history of
                                                preliminary background HPI [use for
                                                free text] (Paternal Grandfather)
                                              •paternal history of preliminary background
                                                HPI [use for free text] (Father)
                                              •paternal grandmother's history of HPI [use
                                                for free text] (Paternal Grandmother)
                                              •family medical history (General FHx)
                                              •family history of supplemental HPI [use
                                                for free text] (General FHx)
                                              •no family history of malignant neoplasm of
                                                the large intestine (General FHx)
                                              •no family history of malignant neoplasm of
                                                the gastrointestinal tract (General FHx)
                                              •no family history of chronic liver disease
                                                (General FHx)

**Reason for Telephone Consult:** Written by AZARRAGA,ANN B @ 21 Aug 2014 0757 EDT
Pt wanted clarification if he is being seen weekly starting on the 28th at 0730.
**Telephone Consult Comments:** Written by AZARRAGA,ANN B @ 21 Aug 2014 0757 EDT
Pt was confused whether he was supposed to see you today or next week. Please phone pt back to clear the confusion.

**Note** Written by NILSEN,LINDA M @ 21 Aug 2014 1407 EDT
**Returned phone call**
This writer called patient back to let him know he missed his appointment this morning, and that he has appointments on Thurdays
throuhg the end of September at 7:30.
**A/P** Written by NILSEN,LINDA M @ 21 Aug 2014 1411 EDT
**1. MAJOR DEPRESSION RECURRENT MODERATE**

**Disposition** Last Updated by NILSEN,LINDA M @ 21 Aug 2014 1411 EDT

**Signed By NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 21 Aug 2014 1412

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 929**

AR 0974

**Medical Record**

| Anderson, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*21 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:     BETH-18110190     Primary Dx:     MAJOR DEPRESSION RECURRENT MODERATE

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **21 Aug 2014 0756 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **T-CON***
Provider: **NILSEN,LINDA M**

Call Back Phone: ⬛

**AutoCites** Refreshed by NILSEN,LINDA M @ 21 Aug 2014 0756 EDT
**Family History**
•fraternal history of SUBJECTIVE [Use for
    s.o.a.p. note free text] (Brother)
•paternal grandfather's history of
    preliminary background HPI [use for
    free text] (Paternal Grandfather)
•paternal history of preliminary background
    HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
    for free text] (Paternal Grandmother)
•family medical history (General FHx)
•family history of supplemental HPI [use
    for free text] (General FHx)
•no family history of malignant neoplasm of
    the large intestine (General FHx)
•no family history of malignant neoplasm of
    the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
    (General FHx)

**Reason for Telephone Consult:**Written by NILSEN,LINDA M @ 21 Aug 2014 0756 EDT
N/S This wrtier called and left a message for patient at 7:45

**A/P** Last Updated by NILSEN,LINDA M @ 21 Aug 2014 0758 EDT
**1. MAJOR DEPRESSION RECURRENT MODERATE**

**Disposition** Last Updated by NILSEN,LINDA M @ 21 Aug 2014 0758 EDT

**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 21 Aug 2014 0758

Anderson, Daniel Dennis     DOB: ⬛ 1985  SSN: ***-**-⬛     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 930**

AR 0975

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▆ 1985 | SSN: ***-**-▆ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## 08 Aug 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C

Encounter ID:    BETH-17983790    Primary Dx:    Left ankle joint pain

Patient: **MERWIN, DANIEL DENNIS**    Date: **08 Aug 2014 0700 EDT**    Appt Type: **EST**
Treatment Facility: **WALTER REED**    Clinic: **PHYS THERAPY CL BE**    Provider: **LAI,PHILOMENA C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by LAI,PHILOMENA C @ 08 Aug 2014 0649 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •ANXIETY DISORDER NOS | •fraternal history of SUBJECTIVE [Use for | •OTHER: Unknown (SEE MED RECORD) |
| •Left ankle joint pain | s.o.a.p. note free text] (Brother) | |
| •NEUROTIC EXCORIATION | •paternal grandfather's history of | |
| •ANKLE SPRAIN LEFT | preliminary background HPI [use for | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | free text] (Paternal Grandfather) | |
| •ANOMALIES OF SKIN | •paternal history of preliminary background | |
| •Abdominal pain | HPI [use for free text] (Father) | |
| •ASTHMA | •paternal grandmother's history of HPI [use | |
| •POSTSURGICAL STATE OF EYE AND | for free text] (Paternal Grandmother) | |
| ADNEXA | •family medical history (General FHx) | |
| •Difficulty breathing (dyspnea) | •family history of supplemental HPI [use | |
| •SKIN NEOPLASM UNCERTAIN | for free text] (General FHx) | |
| BEHAVIOR | •no family history of malignant neoplasm of | |
| •Removal Of Sutures | the large intestine (General FHx) | |
| •ASTHMA EXTRINSIC | •no family history of malignant neoplasm of | |
| •ROSACEA | the gastrointestinal tract (General FHx) | |
| •PERIPHERAL RETINAL | •no family history of chronic liver disease | |
| DEGENERATION - LATTICE | (General FHx) | |
| •REFRACTIVE ERROR - MYOPIA | | |
| •ALLERGIC RHINITIS | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**
est
**Appointment Comments:**
tan

**S/O Note** Written by LAI,PHILOMENA C. @ 08 Aug 2014 0735 EDT
**Chief complaint**
The Chief Complaint is: L ankle sprain

Visit for: Re- Evaluation

Subjective: Patient reports he has no ankle pain with walking, he has done 2-mile walking, doing stairs with no pain, noticed brusing on L ankle and some swelling, L ankle looks slightly different from R, L ankle popping/cracking with movement and there is pain when that happens. Patient reports he has not tried running yet and he will be doing his PFT (1.5 m run) in Oct.
Objective: Observation: very mild swelling L ankle    ROM: L ankle DF 10 deg, PF 45 deg, EV 15 deg, IV 35 deg    Strength: L ankle 5/5 throughout.    Flexibility: mod tightness hamstrings, mild/mod tightness calf
Assessment/Plan: Improved L ankle ROM with full strength, bilateral hamstrings and calf tightness continue. Patient was instructed on continue with ankle ROM, emphasized importance of daily stretching, proper running gait. Patient will gradual progress to jog/run on his own  Follow up in 4 weeks to re-assess.

History of present illness: INITIAL EVALUATION ( 6/27/2014 ): Patient is a  29   y/o M  referred to physical therapy for evaluation and treatment of  L ankle sprain. Patient initially injured L ankle in April 2014 while he was sprinting during softball game when his L foot went intor the hole.  Since onset, symptoms have  unchanged
Meds: reviewed in AHLTA.
Pain scale 72 hrs: current 0/10    best 0/10 worst 3/10
Description of pain: comes and goes

| Anderson, Daniel Dennis | DOB: ▆ 1985 | SSN: ***-**-▆ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 931**

AR 0976

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Aggravating factors: motion
Mitigating factors: rest, elevation, ice
Day pattern: episodic
Recent/previous treatment: none
Functional limitations: no running at this time, increased throbbing sensation after prolonged walking
Patient goals: to run again (patient used to run 5 miles per day 4-5 time per week).

**Past medical/surgical history**
**Reported:**
    Past medical history reviewed and discussed. Co-morbidities: none
    Diagnostics: x-ray L ankle in AHLTA
    Medical precautions: none
    Job duties:  desk primarily.

**Objective**
Observation: genu and tibial varus, normal calcaneus alignment
palpation: no TTP
flexibility: mod tightness hamstrings, calf
Joint Mobility: decreased L TC ant/post mob, STJ med/lat mob
Sensation/Reflex: intact
ROM: ankle: DF L 3 deg R 13 deg, PF L 28 deg R 50 deg, IV L 24 deg R 35 deg, EV L 6 deg R 15 deg, 1st ray ext L 56 deg R 70
deg, flex L 25 deg R 30 deg
Strength:  DF - 5/5 bil, PF 5/5 bil, IV L 4+/5 R 5-/5, EV L 4+/5 R 5/5
Special Tests: thompson - neg, talar tilt - neg, ant/post drawer - neg
function: gait - no significant deviations, SLS EO - L/R = 30 sec, good ankle stability bil, SLHR L 25/25 R 25/25, no instability noted.

**Tests**
Assessment (  6/27/2014 ): Patient presented with decreased L ankle ROM s/p ankle sprain, mild weakness of ankle IV and EV with
no instability. Patient would benefit from physical therapy home based ex program to inprove ROM and strength.
Rehab prognosis: good

Physical Therapy goals:
STG to be achieved in   3   weeks
Patient to be independent with HEP
Patient to increase ROM to: L ankle DF 10 deg, PF 40 deg, IV 35 deg EV 10 deg

LTG to be achieved in  6-8   weeks
Decrease pain to: 0/10
Increase MMT to:  5/5
Improve function to: tolerate long distance walking without increased in symptoms
running 1 mile 50% pace with no increased in symptoms

Patient education: Patient educated on his/her condition in reference to pertinent anatomy and biomechanics using anatomical
models and illustrations, self care, physical therapy and POC.
HEP instructions and performance (15 min): stretch - hamstrings, calf, joint mobilization for DF/PF, ROM, alphabets

Plan of Care: Patient has consented to physical therapy treatment. Patient to perform HEP indep. Follow up in 6 weeks..

**A/P** Written by LAI,PHILOMENA C @ 08 Aug 2014 0653 EDT
**1. Left ankle joint pain**
    Procedure(s):        -Physical Therapy Service Re-Evaluation x 1

**Disposition** Written by LAI,PHILOMENA C @ 08 Aug 2014 0750 EDT
**Released w/o Limitations**
Follow up: 4 week(s) in the PHYS THERAPY CL BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LAI, PHILOMENA C** (Physical Therapist, Walter Reed National Military Medical Center) @ 08 Aug 2014 0751

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *04 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:    BETH-17934643    Primary Dx:    ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**    Date: **04 Aug 2014 1300 EDT**    Appt Type: **ROUT**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **NILSEN,LINDA M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by NILSEN,LINDA M @ 04 Aug 2014 1054 EDT

**Family History**
•paternal grandfather's history of
   preliminary background HPI [use for
   free text] (Paternal Grandfather)
•paternal history of preliminary background
   HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
   for free text] (Paternal Grandmother)
•family medical history (General FHx)
•family history of supplemental HPI [use
   for free text] (General FHx)
•no family history of malignant neoplasm of
   the large intestine (General FHx)
•no family history of malignant neoplasm of
   the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
   (General FHx)

**Reason for Appointment:**
Rout
**Appointment Comments:**
Jnb

<u>**S/O Note**</u> Written by NILSEN,LINDA M @ 04 Aug 2014 1525 EDT
<u>**History of present illness**</u>
   The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
INITIAL ASSESSMENT 8-4-14: 29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not
sure if he wants to stay in – will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of
origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following
symptoms:  anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has
scraped/picked the hair out in circles.   He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking
at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out
like him
.
Insomnia Severity Index: 8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when
he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because
he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X
a day.
.
Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather
than ignore them.
.
   Visit is deployment-related Stress got to him while in Japan and stationed on ship 3/2006 - 4/2009.

Pain Severity  0 / 10.

**Medical Record**

**Current medication**

See ALTHA, per patient, none

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
      See ALTHA
      and psychiatric history
      *  THERAPY: Fleet snd Family Aug 2012 for 4 or 5 months
      *  MEDS:  none
      *  INPATIENT/RESIDENTIAL CARE:  denied
      *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
         anyone
       * FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  -
          drinks every other or every night - has not seen him since 2009 so is not sure how he is doing.

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years. SM is 29, sisters are 27 and 26. All full siblings.
  Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn't want mother to ever see them.
  Mother left bruises on his sister. Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10
  years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could .Before their divorce,
  father started seeing his next wife.  Brought her to patient's track events.  Dad got divorced from her about 1 yr ago.  SM lived
  in Cal until 14.

EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He
  lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the
  school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2
  yrs and went to college for 1 semester.  Drinking lot, dating crazies, decided to join the military.  Planned on making a career of
  the military, not sure now.  Doesn't want to move anymore.

ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months,
  living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn't
  want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the
  time was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She
  spent the rest of the time hiding her drinking.  She also was taking anti-depressants and didn't tell him.

SPIRITUAL:  none

Behavioral: Caffeine use 20 oz a day of coffee - sometimes more.  Current smoker  Used to smoke hooka when overseas - Amt per
  Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut
  down.

**Subjective**

Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 1 ]  2.  Not being able to stop or control worrying
[ 2 ]  3.  Worrying too much about different things
[2  ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that it
's hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 12/27  on 8-4-14
  It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?   [ ] Not at all   [ ] Somewhat   [ ] Very   [ ]
Extremely.
PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

<u>Anderson, Daniel Dennis</u>    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    <u>Created: 30 Oct 2017</u>

[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response. Total Score =    0        DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult  [ ] Somewhat difficult  [ ] Very difficult  [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes   [ ]
No
If
'Yes
', how often?  [ ] Several days  [ ] More than half the days   [ ] Almost everyday.
Depression Screening:

[ 1 ] 1.  Little Interest or pleasure in doing things
[ 0 ] 2.  Feeling down depressed or hopeless
[ 2 ] 3.  Trouble sleeping or sleeping too much
[ 0 ] 4.  Feeling tired or little energy
[ 0 ] 5.  Poor appetite or overeating
[ 1 ] 6.  Feeling bad about self
[ 1 ] 7.  Trouble concentrating on things
[ 2 ] 8.  Moving or speaking slowly or being restless
[ 1 ] 9.  Thoughts that you would be better off dead
Add point values from each response. Total (PHQ-9) Score = 7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ x ] Somewhat  [ ] Very  [ ]
Extremely.
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied

**Physical findings**
**General Appearance:**
  ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
  ° No disorientation was observed, oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not
    impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
  Speech: ° Normal, regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
  Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative.  ° No psychomotor
    retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
  Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
  Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
  Thought Processes: ° Not impaired, they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.
      ° Attention span was not decreased.
  Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
    homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
  Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

  Non-Modifiable:
    x  Gender (risk factor if male):
    x  H/O Suicide Attempts: age 17, bottle of asprin

<u>Anderson, Daniel Dennis</u>    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    <u>Created: 30 Oct 2017</u>
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 935**

AR 0980

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538      Created: 30 Oct 2017

    Organized Plan:
    Chronic Psychiatric Disorder:
    Recent Psychiatric Hospitalization:
x   H/O Abuse or Trauma:
    Chronic Physical Illness:
x   Family H/O Suicide/Attempts: both sisters have made attempts - he is surprised one is still alive
    Other Recent Loss:
    Chronic Pain:
    Age (risk factor if <25 or >60): age 29

Modifiable:
    Suicidal ideation/plans/intent:
x   Access to Lethal Means: gun in house
    Poor Treatment Compliance:
    Hopelessness:
x   Psychic Pain/Anxiety: anxiety
    Acute Event:
    Insomnia:
    Low Self-Worth:
x   Impulsivity:
    Substance Abuse:
  x  Financial Stress: got into debt, working on it
    Legal Stress:

Protective:
    Strong Therapeutic Alliance:
    Positive Coping Skills:
    Responsible to/for Family:
    Responsible to/for Pet:
    Frustration Tolerance: likes to hid his feelings
x   Resilience:
    Good Reality Testing: can add details that are not true
x   Amenable to Treatment:
    Social Support: just his girl friend, no one to talk to
    Religious Beliefs Contrary to Suicide:


Risk of Harm to Others: denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:
**Assessment**
  • History ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?            [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x ] No  Specify:
Behavioral Health Advanced directives completed?          [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes  [x] No
Are you enrolled in EFMP?                              [ ] Yes  [x ] No
Do you use a Personal Health Record (PHR)?            [ ] Yes  [x] No  Specify:
Contact info: ██████████
**Therapy**
  • Duration of the encounter 90 min.
**Practice Management**
  Continue assessment and intervention
  Multi-Disciplinary Treatment Plan:

  Treatment Team Members -

  Individual Therapist: L Nilsen, LCSW-C

  Date last updated:
  Reviewed with patient on:
  Does patient agree with plan?

AR 0981

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

If not, what part?
Projected date of next treatment plan update:
THIS WAS THE FIRST SESSION. WE SPENT THE TIME FILLIING OUT THE ASSESSMENT. NEXT SESSION THE ITP WILL BE FINISHED Discussion of assessment and intervention
Tx Plan cont
'd:


Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF: 65

Active Problem List:
1.
2.
3.

Long-Term Goals:

1.
2.
3 Discussion of risk of assessment and intervention
Interventions Provided at this session:
  supportive therapy
Objective 1 (Corresponds to Goal #  ):
-
Interventions:
1.
2.

Objective 2 (Corresponds to Goal #  ):
-
Interventions:
1.
2.

Objective 3 (Corresponds to Goal #  ):
-
Interventions:
1.
2.


Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.


**A/P** Written by NILSEN,LINDA M @ 04 Aug 2014 1424 EDT
**1. ANXIETY DISORDER NOS**
        Procedure(s):           -Psychiatric Diagnostic Evaluation x 1

**Disposition** Written by NILSEN,LINDA M @ 04 Aug 2014 1536 EDT
**Released w/o Limitations**
**Follow up:** for therapy 1 to  week(s) in the PSYCHIATRY BE clinic.
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
90 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 04 Aug 2014 1537

CHANGE HISTORY
*The following S/O Note Was Overwritten by NILSEN,LINDA M @ 04 Aug 2014 1530 EDT:*
S/O Note Written by NILSEN,LINDA M @ 04 Aug 2014 1055 EDT

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 937**

AR 0982

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-** ████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**History of present illness**
The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade, 2 years to go, not sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of origin is impacting on how he relates to others now that he is an adult. During the past month, he has experienced the following symptoms: anxiety or worries and difficulty concentrating. Patient 'picks' at his scalp. Has several dry patches where he has scraped/picked the hair out in circles.  He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking at the scalp.

Nutrition: tries to eat healthy, goes out 1 X a week, has some family issues - father is large, has diabetes - does not want to turn out like him

Abuse: Father was physically abusive of sisters more so than with him.  Dad also shaved patient's head when he was 17 because he thought Sm's hair was too long. Patient was allergic to animals, Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X a day.

Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather than ignore them.

Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

Pain Severity  0 / 10.
**Current medication**

See ALTHA

**Past medical/surgical history**
Reported:
    Medical: Reported medical history
       See ALTHA
    and psychiatric history
    *  THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
    *  MEDS:  none
    *  INPATIENT/RESIDENTIAL CARE:  denied
    *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of asprin - felt sick, never told anyone
    *  FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  - drinks every other or every night - has not seen him since 2009 so is not sure how he is doing.
**Personal history**
Social history. Born and raised in Riverside, CAL, Dad was in military for 2 years.  SM is 29, sisters are 27 and 26. All full siblings. Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn't want mother to ever see them.
Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10 years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could .Before their divorce, father started seeing his next wife.  Brought her to patient's track events. Dad got divorced from her about 1 yr ago. SM lived in Cal until 14.

EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships. Worked during the school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2 yrs and went to college for 1 semester. Drinking lot, dating crazies, decided to join the military.  Planned on making a career of the military, not sure now.  Doesn't want to move anymore.

ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29. They have been together 6 months, living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent the rest of the time hiding her drinking.  She also was taking anti-depressants and didn't tell him.

SPIRITUAL:  none

Behavioral: Caffeine use 20 oz a day of coffee - sometimes more.  Current smoker  Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.
**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied

**Physical findings**
**General Appearance:**
    *  Alert.  * Well developed.  * Well nourished.  * In no acute distress.
**Neurological:**
    *  No disorientation was observed, oriented x3.  * No hallucinations.  * Memory was unimpaired.  * Remote memory was not impaired.  * Recent memory was not impaired.  * Judgement was not impaired.
    Speech: * Normal, regular rate, non-pressured.  * Rate was not slowed.  * Not pressured.  * Tone was not a monotone.
**Psychiatric:**
    Demonstrated Behavior: * Behavior demonstrated no abnormalities - appropriate and cooperative.  * No psychomotor retardation.  * Behavior demonstrated no psychomotor agitation.  * No decreased eye-to-eye contact was observed.
    Mood: * Euthymic.  * Not anxious.
    Affect: * Normal.  * Not labile.  * Not flat.  * Not constricted.  * Showed no irritability.
    Thought Processes: * Not impaired, they were linear, logical, and goal directed.  * Attention demonstrated no abnormalities.  * Attention span was not decreased.
    Thought Content: * Insight was intact.  * No delusions.  * No suicidal ideation.  * No suicidal plans.  * No suicidal intent.  * No homicidal ideations.  * No homicidal plans.
       * No homicidal intent.
    Neurovegetative Assessment: * Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

    Non-Modifiable:
    x    Gender (risk factor if male):
    x    H/O Suicide Attempts:  age 17, bottle of asprin
         Organized Plan:
         Chronic Psychiatric Disorder:
         Recent Psychiatric Hospitalization:
    x    H/O Abuse or Trauma:
         Chronic Physical illness:

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-** ████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 938**

AR 0983

**Medical Record**

Anderson, Daniel Dennis        DOB: ▅▅ 1985  SSN: ***-**▅▅    DoD ID: 1286180538        Created: 30 Oct 2017

x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
    Other Recent Loss:
    Chronic Pain:
    Age (risk factor if <25 or >60):  age 29

Modifiable:
    Suicidal ideation/plans/intent:
x   Access to Lethal Means:  gun in house
    Poor Treatment Compliance:
    Hopelessness:
x   Psychic Pain/Anxiety:  anxiety
    Acute Event:
    Insomnia:
    Low Self-Worth:
x   Impulsivity:
    Substance Abuse:
x   Financial Stress:  got into debt, working on it
    Legal Stress:

Protective:
    Strong Therapeutic Alliance:
    Positive Coping Skills:
    Responsible to/for Family:
    Responsible to/for Pet:
    Frustration Tolerance:  likes to hid his feelings
x   Resilience:
    Good Reality Testing:  can add details that are not true
x   Amenable to Treatment:
    Social Support: just his girl friend, no one to talk to
    Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[    ] SM released to Chain of Command with the following limitations:
[    ] SM sent to ER for evaluation for admission to inpatient psychiatry
[    ] Other:
**Assessment**
    • History ANNUAL SCREENING DATE:
    Primary language: English
    What is your preferred method of learning?                           [ ] Verbal  [ ] Written  [ ] Visual  [ x] Other (Specify): visual and hands on
    Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x ] No  Specify:
    Behavioral Health Advanced directives completed?                     [ ] Yes  [x ] No
    Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ x ] No
    Are you enrolled in EFMP?                                            [ ] Yes  [x ] No
    Do you use a Personal Health Record (PHR)?                          [ ] Yes  [x ] No  Specify:
    Contact Info: ▅▅▅▅
**Therapy**
    • Duration of the encounter 90 min.
**Practice Management**
    Continue assessment and intervention
    Multi-Disciplinary Treatment Plan:

    Treatment Team Members -

    Individual Therapist:  L Nilsen, LCSW-C

    Date last updated:
    Reviewed with patient on:
    Does patient agree with plan?
    If not, what part?
    Projected date of next treatment plan update:
    THIS WAS THE FIRST SESSION.  WE SPENT THE TIME FILLING OUT THE ASSESSMENT.  NEXT SESSION THE ITP WILL BE FINISHED Discussion of risk of
assessment and intervention
    Interventions Provided at this session:
        supportive therapy
    Objective 1 (Corresponds to Goal #  ):
    -
    Interventions:
    1.
    2.

    Objective 2 (Corresponds to Goal #  ):
    -
    Interventions:
    1.
    2.

    Objective 3 (Corresponds to Goal #  ):
    -
    Interventions:
    1.
    2.


    Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop Discussion of
assessment and intervention
    Tx Plan cont
    'd:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 939**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF: 65

Active Problem List:
1.
2.
3.

Long-Term Goals:

1.
2.
3.

*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by NILSEN,LINDA M @ 04 Aug 2014 1431 EDT:*
Signed **NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 04 Aug 2014 1424

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 940**

AR 0985

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *27 Jun 2014 at WRNMMC, Integrative Hlth & Well BE by YORK, CARLA M*

Encounter ID:    BETH-17580231    Primary Dx:        Anxiety

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **27 Jun 2014 1000 EDT**
Clinic: **HEALTH PROMOTION CL BE**

Appt Type: **EST**
Provider: **YORK,CARLA M.**

**AutoCites** Refreshed by YORK,CARLA M @ 27 Jun 2014 0829 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
F/u
**Appointment Comments:**
anb

**S/O Note** Written by YORK,CARLA M. @ 27 Jun 2014 1007 EDT
**Chief complaint**
The Chief Complaint is: Anxiety.
**Referred here**
By PCM, Thomas S. Clark, FNP.
**History of present illness**
      The Patient is a 29 year old male.
This is the patient's second visit to the IBHC clinic.
Source of information was self.
Feedback was provided to the PCM.
- Pt was given IBHC brochure describing the behavioral health program. Discussed with patient model of service to include the limits of confidentiality (i.e. abuse reporting, suicide intervention, etc.) and short-term intervention focused approach
- Pt indicated understanding.
Patient was seen for 30 minute IBHC appointment.
      Previous history of visit is not deployment-related.  No decrease in concentrating ability.
Pain Severity 0 / 10.

<<Note accomplished in TSWF-IBHC Anxiety tab>>

Progress and barriers in adhering to behavior change plan: work-related stress, on a 30 day assignment to
'fix
' a systems problem; feels that his symptoms have been evident since he was a child and therefore not likely to change with brief intervention

Changes in symptoms and/or functioning: reports some improvement in mood, anxious thoughts; however, that he continues to constantly think about getting tasks done, believes it traces back to his childhood and father
's authoritarian parenting style
....
Anxiety Intervention:

[ ] Trained in relaxation strategies

[ x ] Trained in improving communication skills

[x ] Discussed potential treatments for anxiety (i.e. PE, CPT, CBT)

[x ] Discussed various factors related to the development and maintenance of anxiety
    (including biological, cognitive, behavioral, and environmental factors).

[ ] Developed Crisis Response plan.

[x ] Trained in strategies for increasing balanced thinking.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 941**

**Medical Record**

[ ] Other:
....

__Personal history__
Behavioral: Caffeine use 16 oz. Coffee per day; up to 32 oz. On weekend.  No tobacco use in the last 10 years.
Alcohol: Alcohol use Occasional-approximately 3-5 drinks a week or less.
__Review of systems__
**Systemic:** Feeling tired (fatigue).
**Gastrointestinal:** Normal appetite.
**Neurological:** No disorientation.
**Psychological:** No sleep disturbances.  Normal enjoyment of activities, a desire to continue living, not thinking about suicide, not
    having a suicide plan, and no stated intent to commit suicide.  No homicidal thoughts, not thinking of a way to do it, and without
    a stated intent to kill.  No frequent thoughts of death /morbid ideation and no impulsive behavior.
__Physical findings__
**General Appearance:**
    ° Alert. ° Well developed. ° Well nourished. ° In no acute distress.
**Neurological:**
    ° No disorientation was observed - oriented to place, person, time, and situation. ° No hallucinations. ° Memory was
        unimpaired. ° Remote memory was not impaired. ° Recent memory was not impaired. ° Judgement was not impaired.
    Speech: ° Normal - regular rate, non-pressured. ° Rate was normal. ° Rate was not slowed. ° Not pressured. ° Tone was not
        a monotone. ° Volume was normal. ° No articulation abnormalities. ° No language abnormalities were demonstrated.
**Psychiatric:**
    Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
    Attitude: ° Cooperative.
    Mood: ° Euthymic. ° Not depressed. ° Not anxious.
    Affect: ° Normal. ° Not labile. ° Not flat. ° Not constricted. ° Showed no irritability. ° Congruent with the mood.
    Thought Processes: ° Not impaired - they were linear, logical, and goal directed. ° Evaluation of connectedness showed no
        deficiency. ° Attention demonstrated no abnormalities. ° Attention span was not decreased.
    Thought Content: ° Insight was intact. ° No delusions.
__Tests__
**General:**
Test Results:                                          Value
PHQ-9 Score                                            4
Tests:                                                 Value
GAD-7 Score                                            15
• DEPRESSION SCREENING / MONITORING (PHQ-9)
[0 ] Little Interest or pleasure in doing things
[ 1 ] Feeling down depressed or hopeless
[ 2 ] Trouble sleeping or sleeping too much
[ 0 ] Feeling tired or little energy
[ 0 ] Poor appetite or overeating
[0  ] Feeling bad about self
[ 1 ] Trouble concentrating on things
[ 0 ] Moving or speaking slowly or being restless
[ 0 ] Thoughts that you would be better off dead

Add point values from each response and document in the box below.

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all  [ x ] Somewhat  [ ] Very  [ ] Extremely

Thoughts that you would be better off dead: [ ] Yes  [x ] No

....
                    •
Generalized Anxiety Disorder Screening:

[3  ] 1. Feeling nervous, anxious, or on edge
[ 2 ] 2. Not being able to stop or control worrying
[ 3 ] 3. Worrying too much about different things
[ 2 ] 4. Trouble relaxing
[2  ] 5. Being so restless that its hard to sit still
[ 2 ] 6. Becoming easily annoyed or irritable
[ 1 ] 7. Feeling afraid as if something awful might happen

Add point values from each response and document in the box below.

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all  [x ] Somewhat  [ ] Very  [] Extremely

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 942**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-2▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

....
**Counseling/Education**
Anxiety Recommendations for patient:
Continue with relaxation exercises as previously trained in initial session
Follow through with BH specialty care referral-appointment 4 AUG 14 at 1300-Psychology
F/U IBHC as needed


Anxiety Recommendations for PCM Team:
 Encourage attendance at scheduled BH visit




....
**Practice Management**
Patient exercises-has started with physical therapy; previously was running 5+ miles per day, now starting physical therapy due to ankle sprain.


**A/P** Written by YORK,CARLA M @ 27 Jun 2014 1028 EDT
**1. Anxiety** 300.00: Pt. Presenting with longstanding symptoms of anxiety; he has completed 2 sessions with the IBHC program.
Due to duration of symptoms, patient in agreement with recommendation at this time to participate in specialty BH treatment.
Referral placed and appointment made during session for 4 AUG 14.
          Consult(s):                -Referred To: TBI/DEPLOYMENT BEH HLTH MTF BE (Routine) Specialty: PSYCHOLOGY Clinic:
                                  NEUROPSYCHOL HLTH SVC BE Provisional Diagnosis: Anxiety

**Disposition** Written by YORK,CARLA M @ 27 Jun 2014 1029 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCHOLOGY HEALTH BE clinic. - Comments: 4 AUG 14
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Availability of BH services, including emergency services, was discussed with SM
**Administrative Options:** Consultation requested


**Signed By  YORK, CARLA M** (Clinical Health Psychologist, Walter Reed National Military Medical Center-Bethesda) @ 27 Jun
2014 1029

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 943**

AR 0988

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *27 Jun 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C*

Encounter ID:     BETH-17579298     Primary Dx:        Left ankle joint pain

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **27 Jun 2014 0700 EDT**
Clinic: **PHYS THERAPY CL BE**

Appt Type: **SPEC**
Provider: LAI,PHILOMENA C.

AutoCites Refreshed by LAI,PHILOMENA C @ 27 Jun 2014 0753 EDT

**Problems**
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Family History**
•paternal grandfather's history of
    preliminary background HPI [use for
    free text] (Paternal Grandfather)
•paternal history of preliminary background
    HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
    for free text] (Paternal Grandmother)
•family medical history (General FHx)
•family history of supplemental HPI [use
    for free text] (General FHx)
•no family history of malignant neoplasm of
    the large intestine (General FHx)
•no family history of malignant neoplasm of
    the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
    (General FHx)

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**
ANKLE SPRAIN LEFT
**Appointment Comments:**
snf

**Vitals**
Vitals Written by LAI,PHILOMENA C @ 27 Jun 2014 0753 EDT

**Comments:** Patient has falls in the past 6 months,   minor injury to L ankle. Patient is not a fall risk.

**S/O Note** Written by LAI,PHILOMENA C. @ 27 Jun 2014 1034 EDT
**Chief complaint**
The Chief Complaint is: L ankle sprain

Visit for:  Initial Evaluation

History of present illness: INITIAL EVALUATION ( 6/27/2014  ): Patient is a  29    y/o M  referred to physical therapy for evaluation
and treatment of  L ankle sprain. Patient initially injured L ankle  in April 2014 while he was sprinting during softball game when his L
foot went intor the hole.  Since onset, symptoms have  unchanged
Meds: reviewed in AHLTA.
Pain scale 72 hrs:  current 0/10          best 0/10 worst 3/10
Description of pain: comes and goes
Aggravating factors: motion
Mitigating factors: rest, elevation, ice
Day pattern: episodic
Recent/previous treatment: none
Functional limitations: no running at this time, increased throbbing sensation after prolonged walking
Patient goals: to run again (patient used to run 5 miles per day 4-5 time per week).

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 944**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

**Past medical/surgical history**
**Reported:**
    Past medical history reviewed and discussed. Co-morbidities: none
    Diagnostics: x-ray L ankle in AHLTA
    Medical precautions: none
    Job duties: desk primarily.
**Objective**
Observation: genu and tibial varus, normal calcaneus alignment
palpation: no TTP
flexibility: mod tightness hamstrings, calf
Joint Mobility: decreased L TC ant/post mob, STJ med/lat mob
Sensation/Reflex: intact
ROM: ankle: DF L 3 deg R 13 deg, PF L 28 deg R 50 deg, IV L 24 deg R 35 deg, EV L 6 deg R 15 deg, 1st ray ext L 56 deg R 70
deg, flex L 25 deg R 30 deg
Strength:  DF - 5/5 bil, PF 5/5 bil, IV L 4+/5 R 5-/5, EV L 4+/5 R 5/5
Special Tests: thompson - neg, talar tilt - neg, ant/post drawer - neg
function: gait - no significant deviations, SLS EO - L/R = 30 sec, good ankle stability bil, SLHR L 25/25 R 25/25, no instability noted.
**Tests**
Assessment ( 6/27/2014 ): Patient presented with decreased L ankle ROM s/p ankle sprain, mild weakness of ankle IV and EV with
no instability. Patient would benefit from physical therapy home based ex program to inprove ROM and strength.
Rehab prognosis: good

Physical Therapy goals:
STG to be achieved in  3   weeks
Patient to be independent with HEP
Patient to increase ROM to: L ankle DF 10 deg, PF 40 deg, IV 35 deg EV 10 deg

LTG to be achieved in  6-8   weeks
Decrease pain to: 0/10
Increase MMT to:  5/5
Improve function to: tolerate long distance walking without increased in symptoms
running 1 mile 50% pace with no increased in symptoms

Patient education: Patient educated on his/her condition in reference to pertinent anatomy and biomechanics using anatomical
models and illustrations, self care, physical therapy and POC.
HEP instructions and performance (15 min): stretch - hamstrings, calf, joint mobilization for DF/PF, ROM, alphabets

Plan of Care: Patient has consented to physical therapy treatment. Patient to perform HEP indep. Follow up in 6 weeks..


**A/P** Written by LAI,PHILOMENA C @ 27 Jun 2014 1043 EDT
**1. Left ankle joint pain**
    Procedure(s):        -Physical Therapy Service Evaluation x 1
                        -Physical Therapy: ___ Session Segments, 15 Minutes Each x 1

**Disposition** Written by LAI,PHILOMENA C @ 27 Jun 2014 1043 EDT
**Released w/o Limitations**
**Follow up:** 6 week(s) in the PHYS THERAPY CL BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Note** Written by LAI,PHILOMENA C @ 27 Jun 2014 0753 EDT
**Consult Order**
**Referring Provider:**        DOUGHERTY, DIANA L
**Date of Request:**   04 Jun 2014
**Priority:**        Routine

**Provisional Diagnosis:**

ANKLE SPRAIN LEFT


**Reason for Request:**

29 yo 6 weeks s/p L ankle sprain. Residual pain/swelling, decreased ROM. Please eval and provide exercises to improve strength,
ROM. Please consider soft brace for stability while recovering.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Signed By  LAI, PHILOMENA C (Physical Therapist, Walter Reed National Military Medical Center) @ 27 Jun 2014 1043

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 946**

AR 0991

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *16 Jun 2014 at WRNMMC, Integrative Hlth & Well BE by JARRETT, ERICA M*

Encounter ID:     BETH-17458952     Primary Dx:          GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**       Date: **16 Jun 2014 1300 EDT**       Appt Type: **EST**
Treatment Facility: **WALTER REED**      Clinic: **HEALTH PROMOTION CL BE**   Provider: **JARRETT,ERICA M.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>**AutoCites** Refreshed by TURNER,RHONDA S @ 16 Jun 2014 1241 EDT</u>

                                                                        **Allergies**
                                                                        •OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
anxiety
**Appointment Comments:**
snf

<u>**S/O Note** Written by O'SULLIVAN,ROBIN R @ 16 Jun 2014 1505 EDT</u>
<u>**Chief complaint**</u>
The Chief Complaint is: Anxiety.
<u>**Referred here**</u>
By PCM, Thomas S. Clark, FNP.
<u>**History of present illness**</u>
        The Patient is a 29 year old male.
This is the initial visit to the IBHC clinic.
Source of information was self.
Feedback was provided to the PCM.
- Pt was given IBHC brochure describing the behavioral health program. Discussed with patient model
of service to include the limits of confidentiality (i.e. abuse reporting, suicide intervention, etc.) and
short-term intervention focused approach
- Pt indicated understanding.
Patient was seen for 30 minute IBHC appointment.
        Normal appetite.
        Sleep disturbances.
        Previous history of visit is not deployment-related.  No decrease in concentrating ability.
 Pain Severity  3 / 10 (dental and ankle).
<<Note accomplished in TSWF-IBHC Anxiety tab>>

Description of Symptoms:
Anxiety symptoms include irritable bowel, anxious mood, biting nails, picking hair, attentional difficulties, irritable, insomnia.  No
issue with sleep onset, but difficulty with sleep maintenance (averaging 5 - 8 hours in bed, but awake much of that time; Pt
estimated 3 - 4 hrs sleeping).

Duration of Problem:
Since age 14 has experienced most of symptoms of anxiety listed above, with exception of hair difficulty (began August 2011).

Factors correlated with onset:  Pt described difficult childhood and home environment (father alcoholic & harsh disciplinarian, mother
bipolar).  More recently, Pt spent 850 days at sea over 3 years & had mersa 3xs during this, contributing to scalp/hair picking.
Currently, Pt was selected for new job which is high stress, with increased responsibility, leadership and management duties (would
prefer to do computer work in isolation).  Pt is considering separation (eligible in 2 years) due to dissatisfaction with Navy, but
anxious about alternative future options;

Frequency of symptoms:  daily and pervasive throughout the day.

Severity of symptoms:  Very difficult - able to perform well at work but is uncomfortable by feeling anxious and inability to relax.

Course of problem: slightly worse lately, which Pt attributed to recent dispute with girlfriend and increasing work-related stress.

Psychosocial factors: Stress from work enhances a preexisting anxious tendency; Pt described his relationship with his girlfriend as
conflict avoidant and desires it to have more honest communication.

| Anderson, Daniel Dennis | DOB: ■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 947**

AR 0992

**Medical Record**

<u>Anderson, Daniel Dennis</u>    DOB: ▮ 1985 SSN: ***-**▮    DoD ID: 1286180538    <u>Created: 30 Oct 2017</u>

Aggravating factors: over-planning, anxious ruminating thoughts; obsessively planning procedures to optimize efficiency; rigid with cleaning at home.

Alleviating factors: Drinking coffee is reported to be helpful; Reading technical material and computer programming; alone time and spending time with his girlfriend.

Current tx: Pt stated has he has avoided seeking help for fear of impacting career.

Past tx: Pt received therapy for about 18 months at Ft Meade and found this helpful.

Functional impact: Pt stated it is hard to enjoy free time and is constantly stressed at work.
....
Anxiety Intervention:

[ ] Trained in relaxation strategies

[ x ] Trained in improving communication skills

[x ] Discussed potential treatments for anxiety (i.e. PE, CPT, CBT)

[x ] Discussed various factors related to the development and maintenance of anxiety
    (including biological, cognitive, behavioral, and environmental factors).

[ ] Developed Crisis Response plan.

[x ] Trained in strategies for increasing balanced thinking.

[ ] Other:
....
**Personal history**
Behavioral: Caffeine use 2 - 4 cups / coffee daily, rare energy drinks. No tobacco use in the last 10 years.
Alcohol: Alcohol use 2-3 drinks / week.
**Review of systems**
**Systemic:** Not feeling tired (fatigue).
**Neurological:** No disorientation.
**Psychological:** Normal enjoyment of activities, a desire to continue living, not thinking about suicide, not having a suicide plan, and
    no stated intent to commit suicide. No homicidal thoughts, not thinking of a way to do it, and without a stated intent to kill. No
    frequent thoughts of death /morbid ideation and no impulsive behavior.
**Physical findings**
**General Appearance:**
    ° Alert. ° Well developed. ° Well nourished. ° In no acute distress.
**Neurological:**
    ° No disorientation was observed - oriented to place, person, time, and situation. ° No hallucinations. ° Memory was
        unimpaired. ° Remote memory was not impaired. ° Recent memory was not impaired. ° Judgement was not impaired.
    Speech: ° Normal - regular rate, non-pressured. ° Rate was normal. ° Rate was not slowed. ° Not pressured. ° Tone was not
        a monotone. ° Volume was normal. ° No articulation abnormalities. ° No language abnormalities were demonstrated.
**Psychiatric:**
    Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
    Attitude: ° Cooperative.
    Mood: • Anxious. ° Euthymic. ° Not depressed.
    Affect: ° Normal. ° Not labile. ° Not flat. ° Not constricted. ° Showed no irritability. ° Congruent with the mood.
    Thought Processes: ° Not impaired - they were linear, logical, and goal directed. ° Evaluation of connectedness showed no
        deficiency. ° Attention demonstrated no abnormalities. ° Attention span was not decreased.
    Thought Content: ° Insight was intact. ° No delusions.
**Tests**
**General:**

| Test Results: | Value |
| --- | --- |
| PHQ-9 Score | 5 |
| Test Results: | Value |
| Duke Health Profile Physical Health Score: | 80 |
| Test Results: | Value |
| GAD-7 Score | 15 |
| Test Results: | Value |
| Duke Health Profile Mental Health Score: | 40 |
| Test Results: | Value |
| DUKE HEALTH PROFILE TOTAL GENERAL HEALTH SCORE: | 43 |
| Tests: | Value |
| Duke Health Profile Social Health Score: | 10 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 948**

AR 0993

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

The patient completed the DUKE Health Profile, a 17-item measure of health-related quality of life. On this measure, scores range from 0 to 100, with higher scores indicating better health status.
Mental Health score was 2 standard deviations or more below the mean indicating a lower score than about 98% of others of similar age and gender.
Social Health score was 2 standard deviations or more below the mean indicating a lower score than about 98% of others of similar age and gender.
General Health score was 2 standard deviations or more below the mean indicating a lower score than about 98% of others of similar age and gender.
• DEPRESSION SCREENING / MONITORING (PHQ-9)
[ 0 ]  Little interest or pleasure in doing things
[ 1 ]  Feeling down depressed or hopeless
[ 2 ]  Trouble sleeping or sleeping too much
[ 0 ]  Feeling tired or little energy
[ 0 ]  Poor appetite or overeating
[ 0 ]  Feeling bad about self
[ 0 ]  Trouble concentrating on things
[ 2 ]  Moving or speaking slowly or being restless (circled fidgety & restless)
[ 0 ]  Thoughts that you would be better off dead

Add point values from each response and document in the box below.

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all  [x ] Somewhat  [ ] Very  [ ] Extremely

Thoughts that you would be better off dead:  [ ] Yes  [x ] No

....
                •
Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 2 ]  2.  Not being able to stop or control worrying
[ 3 ]  3.  Worrying too much about different things
[ 3 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that its hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response and document in the box below. 15

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all  [x ] Somewhat  [ ] Very  [] Extremely
....
**Assessment**
    • Depression
    PHQ-9 Score:    5          Date:    16 June 2014          Comments: Mild

....
    • Anxiety disorder NOS

    GAD-7 Score:    15          Date:    16 June 2014          Comments:  Severe

....
**Counseling/Education**
Anxiety Recommendations for patient:

1.  Follow-up with individual psychotherapy and psychiatric consultation at Outpatient Adult Behavioral Health at WRNMMC.

2.  Diaphragmatic breathing (3 x / day, 10 - 20 breathes)

3.  Read handouts on anxiety, disputing cognitive distortions, and relaxation.

4.  Read handout on sleep and download CBT-i Coach app.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 949**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

5. Follow up in two weeks with IBHC (Dr. York, 27 June 2014, 10:00 a.m.)

Anxiety Recommendations for PCM Team:  Support Pt in implementing above recommendations

....

**A/P** Last updated by JARRETT,ERICA M @ 20 Jun 2014 1414 EDT
**1. GENERALIZED ANXIETY DISORDER:** Pt was seen for a 30 minute initial consultation to address symptoms of anxiety.  Pt meets diagnostic criteria for Generalized Anxiety Disorder: (inability to control excessive worry with restlessness, fatigue, difficulty concentrating, irritability, and sleep disturbance more days than not for longer than the past 6 months).  Pt recalls times in his past that he self-isolated and avoided social encounters due to anxiety and feels his chronic worry negatively impacts his functioning.  Pt is in the preparation stage of change in managing his anxiety, to include attending initial consultation with psychiatric and behavioral health providers for further treatment.  In the meantime, Pt received education on relaxation techniques and agreed to implement the following interventions:
1. Follow-up with individual psychotherapy and psychiatric consultation at Outpatient Adult Behavioral Health at WRNMMC.
2. Diaphragmatic breathing (3 x / day, 10 - 20 breaths)
3. Read handouts on anxiety, disputing cognitive distortions, and relaxation.
4. Read handout on sleep and download CBT-i Coach app.
5. Follow up in two weeks with IBHC (Dr. York, 27 June 2014, 10:00 a.m.)
**2. NEUROTIC EXCORIATION:** Per DSM-V, excoriation disorder is a separate diagnosis.  Pt routinely picks his skin on the back of his scalp and has created a bald spot larger than the size of a quarter.  Pt reported this behavior initially began with Folliculitis a few years ago, but has persisted and occurs whenever he feels anxious.

**Disposition** Last Updated by JARRETT,ERICA M @ 20 Jun 2014 1415 EDT
**Released w/o Limitations**
**Follow up:** as needed in 2 week(s) with PCM and/or in the HEALTH PROMOTION CL BE clinic or sooner if there are problems. - Comments: Follow up scheduled for 27 June 2014 at 1000 with Dr. York.
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  JARRETT, ERICA M** (Clinical Health Psychologist, NNMC Bethesda, MD) @ 23 Jun 2014 0715

CHANGE HISTORY
*The following Disposition Note Was Overwritten by JARRETT,ERICA M @ 20 Jun 2014 1415 EDT:*
The Disposition section was last updated by JARRETT,ERICA M @ 20 Jun 2014 1415 EDT - see above.Previous Version of Disposition section was entered/updated by O'SULLIVAN,ROBIN R @ 17 Jun 2014 1320 EDT.
Released w/o Limitations
Follow up: as needed in 2 week(s) with PCM and/or in the HEALTH PROMOTION CL BE clinic or sooner if there are problems. - Comments: Follow up scheduled for 27 June 2014 at 1000 with Dr. York.
Discussed: Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
*The following A/P Note Was Overwritten by JARRETT,ERICA M @ 20 Jun 2014 1413 EDT:*
The A/P section was last updated by JARRETT,ERICA M @ 20 Jun 2014 1413 EDT - see above.Previous Version of A/P section was entered/updated by O'SULLIVAN,ROBIN R @ 19 Jun 2014 1212 EDT.
1. GENERALIZED ANXIETY DISORDER 300.02: Pt was seen for a 30 minute initial consultation to address symptoms of anxiety.  Pt meets diagnostic criteria for Generalized Anxiety Disorder: (inability to control excessive worry with restlessness, fatigue, difficulty concentrating, irritability, and sleep disturbance more days than not for longer than the past 6 months).  Pt recalls times in his past that he self-isolated and avoided social encounters due to anxiety and feels his chronic worry negatively impacts his functioning.  Pt is in the preparation stage of change in managing his anxiety, to include attending initial consultation with psychiatric and behavioral health providers for further treatment.  In the meantime, Pt received education on relaxation techniques and agreed to implement the following interventions:
1. Follow-up with individual psychotherapy and psychiatric consultation at Outpatient Adult Behavioral Health at WRNMMC.
2. Diaphragmatic breathing (3 x / day, 10 - 20 breaths)
3. Read handouts on anxiety, disputing cognitive distortions, and relaxation.
4. Read handout on sleep and download CBT-i Coach app.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 950**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮  DoD ID: 1286180538        Created: 30 Oct 2017

5. Follow up in two weeks with IBHC (Dr. York, 27 June 2014, 10:00 a.m.)

    Procedure(s):                    -(90791) Psychiatric Diagnostic Evaluation Initial x 1 ADDITIONAL PROVIDER(S): O'SULLIVAN,ROBIN R
**2. NEUROTIC EXCORATION** 698.4: Per DSM-V, excoriation disorder is a separate diagnosis.  Pt routinely picks his skin on the back of his scalp and has created a bald spot larger than the size of a quarter.  Pt reported this behavior initially began with Folliculitis a few years ago, but has persisted and occurs whenever he feels anxious.

        Procedure(s):                    -(90791) Psychiatric Diagnostic Evaluation Initial x 1 ADDITIONAL PROVIDER(S): O'SULLIVAN,ROBIN R

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 0996

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *16 Jun 2014 at WRNMMC, Int Med CL A Medical Home BE by CLARK, THOMAS S*

Encounter ID:    BETH-17454981    Primary Dx:    ANKLE SPRAIN LEFT

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **16 Jun 2014 0930 EDT**
Clinic: **INT MED MEDICAL HOME CL A BE**

Appt Type: **EST**
Provider: **CLARK,THOMAS STEPHEN**

**AutoCites** Refreshed by CLARK,THOMAS STEPHEN @ 16 Jun 2014 1003 EDT

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | •family medical history (General FHx) | •OTHER: Unknown (SEE MED RECORD) |
| •ANOMALIES OF SKIN | •family history of supplemental HPI [use | |
| •Abdominal pain | for free text] (General FHx) | |
| •ASTHMA | •no family history of malignant neoplasm of | |
| •POSTSURGICAL STATE OF EYE AND | the large intestine (General FHx) | |
| ADNEXA | •no family history of malignant neoplasm of | |
| •Difficulty breathing (dyspnea) | the gastrointestinal tract (General FHx) | |
| •SKIN NEOPLASM UNCERTAIN | •no family history of chronic liver disease | |
| BEHAVIOR | (General FHx) | |
| •Removal Of Sutures | | |
| •ASTHMA EXTRINSIC | | |
| •ROSACEA | | |
| •PERIPHERAL RETINAL | | |
| DEGENERATION - LATTICE | | |
| •REFRACTIVE ERROR - MYOPIA | | |
| •ALLERGIC RHINITIS | | |

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**
f/u after sprained ankle
**Appointment Comments:**
kcm

**Vitals**
**Vitals** Written by OWENS,ANGELA M @ 16 Jun 2014 0955 EDT
BP: 137/84,   HR: 80,   RR: 18,   T: 98.2 °F,   HT: 69 in,   WT: 155 lbs,   SpO2: 98%,   BMI: 22.89,
BSA: 1.854 square meters,   Tobacco Use: No,   Alcohol Use: Yes,   Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: socially,   Pain Scale: 2/10 Mild,   Pain Scale Comments: left ankle

**S/O Note** Written by CLARK,THOMAS STEPHEN @ 16 Jun 2014 1003 EDT
**Chief complaint**
The Chief Complaint is: Limited Duty Chit.
**History of present illness**
    The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>
29 yo active duty male with 6 week old ankle sprain, consult to PT 12 days ago, he hasn't made appt, needs limited duty chit.
Redirecting to make PT appt.  30d limited duty chit provided.
    Pain localized to one or more joints L ankle pain.

allergy to HPI [use for free text].
 Pain Severity  2 / 10.
**Review of systems**
**Systemic:** No systemic symptoms, no generalized pain, and not feeling tired (fatigue).  No fever, no chills, no night sweats, no
    recent weight loss, and no recent weight gain.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page 952**

AR 0997

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Physical findings**
**Vital Signs:**
   • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
   ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
   Injuries:  ° No evidence of a head injury.
   Appearance:  ° Head normocephalic.
**Eyes:**
   General/bilateral:
      Pupils:  ° PERRL.
      External:  ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
      Sclera:  ° Normal.


**A/P** Written by CLARK,THOMAS STEPHEN @ 16 Jun 2014 1013 EDT
**1. ANKLE SPRAIN LEFT**
   Medication(s):            -DOXYCYCLINE--PO 100MG TAB -  TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS
                                    #60 RF1

**Disposition** Written by CLARK,THOMAS STEPHEN @ 16 Jun 2014 1014 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the INT MED MEDICAL HOME CL A BE clinic. - Comments: f/u with PT
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  CLARK, THOMAS STEPHEN** (Family Nurse Practitioner) @ 16 Jun 2014 1014

| Anderson, Daniel Dennis | DOB: ▮▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 953**

AR 0998

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *04 Jun 2014 at WRNMMC, Int Med Cons/Spec Care Cl Be by DOUGHERTY, DIANA L*

Encounter ID:    BETH-17336631    Primary Dx:    ANKLE SPRAIN LEFT

Patient: **MERWIN, DANIEL DENNIS**    Date: **04 Jun 2014 0632 EDT**    Appt Type: **ACUT**
Treatment Facility: **WALTER REED**    Clinic: **INT MED CONS/SPEC CARE CL**    Provider: **DOUGHERTY,DIANA L**
**NATIONAL MILITARY MEDICAL CNTR**    **BE**
Patient Status: Outpatient

**Reason for Appointment:**Written by PEREZ,DULCE C @ 04 Jun 2014 0632 EDT
left ankle swelling

**Vitals**
**Vitals** Written by PEREZ,DULCE C @ 04 Jun 2014 0633 EDT
BP: 119/82,    HR: 81,    T: 97.9 °F,    HT: 69 in,    WT: 155 lbs,    SpO2: 97%,    BMI: 22.89,    BSA: 1.854 square meters,
Tobacco Use: No,    Alcohol Use: Yes,    Alcohol Comments: occasional,    Pain Scale: 4/10 Moderate,    Pain Scale Comments:
left ankle

**SO Note** Written by DOUGHERTY,DIANA L @ 04 Jun 2014 0855 EDT
**Chief complaint**
The Chief Complaint is: L ankle swelling.
**History of present illness**
    The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>

Pt is 24 yo AD navy who presents with c/o L ankle swelling/pain that has persisted since injury 15April2014. He reports that while
playing softball, he sustained injury that involved forward force of the foot into a hole while playing softball. At that time, he was
evaluated in the ER, found to have no e/o fracture on XR, and given a brace and crutches. He used the brace for approx 2 weeks,
and the crutches for approx 4 at which point he was able to bear weight with minimal pain. Repeat XR obtained by his PCM in early
May continued to demonstrate no e/o fracture.

Today, he presents because of ongoing aching pain at the ankle joint and forefoot, associated with swelling localized to the ankle.
He denies sharp pain or point tenderness, and is able to bear weight. However ROM is limited, and pain exacerbated particularly
with dorsiflexion. He has been unable to obtain a timely appointment with his primary provider, and needs exemption from PT.
    No localized joint pain and no localized joint swelling. No sensory disturbances.
**Current medication**
Ibuprofen prn

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    reviewed, noncontributory.
**Review of systems**
**Musculoskeletal:** No knee symptoms.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure: Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Cardiovascular:**
    Arterial Pulses: ° Dorsalis pedis pulses were normal and PT pulses intact.
**Musculoskeletal System:**
    Knee:
        Right Knee: ° No effusion.  ° No tenderness on palpation.
        Left Knee: ° No effusion.  ° No tenderness on palpation.
    Lower Leg:
        Right Leg: ° Calf was not swollen.  ° Leg exhibited no warmth.  ° No erythema.  ° No tenderness on palpation.
        Left Leg: ° Calf was not swollen.  ° Leg exhibited no warmth.  ° No erythema.  ° No tenderness on palpation.
    Ankle:
        Right Ankle: ° No swelling.  ° No erythema.  ° Ankle was not warm.  ° No misalignment.  ° No tenderness on palpation.

AR 0999

**Medical Record**

    ° Motion was normal. ° No pain was elicited by motion. ° Ankle was not tender on ambulation.

Left Ankle: • Swelling localized to ankle, both medial and lateral aspects. • Tenderness on palpation aching tenderness at both lateral and medial malleoli. No point tenderness. • Motion was abnormal decreased ROM with dorsiflexion, inversion, eversion. • Pain was elicited by motion. • Ankle was tender on ambulation. ° No erythema. ° Ankle was not warm. ° No misalignment.

Foot:
    Right Foot: • Pes planus. ° No erythema. ° No tenderness on palpation.
    Left Foot: • Examined resolving ecchymosis. Foot warm, well perfused with 2+ distal pulses. • Pes planus. • Tenderness on palpation aching tenderness of forefoot. No point tenderness. • No erythema. ° No abnormal warmth. ° No deformity.

Functional Exam:
    General/bilateral: • Mobility was limited.

**Neurological:**
    Motor (Strength): ° No weakness of the right ankle was observed. ° No weakness of the left ankle was observed.


**A/P** Last Updated by DOUGHERTY,DIANA L @ 04 Jun 2014 0939 EDT
**1. ANKLE SPRAIN LEFT**: Residual ankle swelling and limited ROM 6 weeks s/p injury resulting in ankle sprain. It is not unexpected to have these residual symptoms, and XR imaging on 2 occasions has failed to demonstrate fracture. No e/o neurovascular compromise. Patient improving, but not yet back to baseline.

* chit provided for light duty/no PT/no running or prolonged standing walking x7 days
* pt instructed to follow-up with his primary for ongoing treatment and profile, if needed
* physical therapy consult for assistance with re-gaining ROM
* patient counseled to avoid activities which cause pain, and to elevate/ice ankle as needed
    Consult(s):    -Referred To: PHYSICAL THERAPY MTF BE (Routine) Specialty: THERAPY, PHYSICAL Clinic: PHYS THERAPY CL BE Provisional Diagnosis: ANKLE SPRAIN LEFT


**Disposition** Last Updated by DOUGHERTY,DIANA L @ 04 Jun 2014 0941 EDT
**Released w/ Work/Duty Limitations**
**Follow up:** 1 week(s) with PCM or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested
20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By DOUGHERTY, DIANA L** (Physician) @ 04 Jun 2014 0941
**Co-Signed By SALUJA, SHUCHI M** (Physician, General Internal Medicine,WRAMC) @ 10 Jun 2014 1826

**Note** Written by SALUJA,SHUCHI M @ 10 Jun 2014 1826 EDT
**(Added after encounter was signed.)**
discussed pt with Dr Daugherty, agree with above


**CHANGE HISTORY**
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by SALUJA,SHUCHI M @ 10 Jun 2014 1825 EDT:*

**Medical Record**
Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017

### *30 May 2014 at WRNMMC, AMH M01A Red Ki by COLEMAN, AUDREY G*

Encounter ID:    BETH-17298002    Primary Dx:    Left ankle joint pain

Patient: **MERWIN, DANIEL DENNIS**        Date: **30 May 2014 1141 EDT**        Appt Type: **T-CON***
Treatment Facility: **KIMBROUGH**         Clinic: **AMHM01AREDKI**              Provider: **COLEMAN,AUDREY G**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**                                                 Call Back Phone: ___

**AutoCites** Refreshed by COLEMAN,AUDREY G @ 30 May 2014 1410 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •ESSENTIAL HYPERTRIGLYCERIDEMIA<br>•ANOMALIES OF SKIN<br>•Abdominal pain<br>•ASTHMA<br>•POSTSURGICAL STATE OF EYE AND ADNEXA<br>•Difficulty breathing (dyspnea)<br>•SKIN NEOPLASM UNCERTAIN BEHAVIOR<br>•Removal Of Sutures<br>•ASTHMA EXTRINSIC<br>•ROSACEA<br>•PERIPHERAL RETINAL DEGENERATION - LATTICE<br>•REFRACTIVE ERROR - MYOPIA<br>•ALLERGIC RHINITIS | •family medical history (General FHx)<br>•family history of supplemental HPI [use for free text] (General FHx)<br>•no family history of malignant neoplasm of the large intestine (General FHx)<br>•no family history of malignant neoplasm of the gastrointestinal tract (General FHx)<br>•no family history of chronic liver disease (General FHx) | •OTHER: Unknown (SEE MED RECORD) |

**Reason for Telephone Consult:**Written by ELLIS,KEISHA @ 30 May 2014 1141 EDT
REFERRAL

**Questionnaire AutoCites** Refreshed by COLEMAN,AUDREY G @ 30 May 2014 1410 EDT
Questionnaires

**Note** Written by ELLIS,KEISHA @ 30 May 2014 1142 EDT
PATIENT STATES THAT HE WAS INSTRUCTED CALL BACK IN REGARDS TO HIS LEFT ANKLE HE IS STILL HAVING THE SAME PROBLEM.

PCM: UDE

CB#: (850)696-7239 (CELL)
**Note** Written by COLEMAN,AUDREY G @ 30 May 2014 1416 EDT
SPOKE WITH PT NAME AND DOB VERIFIED,PT STATES THAT LEFT FOOT SWOLLEN TODAY.HE HAS BEEN USING CRUTCHES OFO /ON FOR WEIGHT BEARING. HAVE NOT BEEN ABLE TO EVLEVATE FOOT AT WORK SITTING AT DESK. WILL DISCUSS WITH PROVIDER AND CALL THE THE PT BACK.
**Note** Written by COLEMAN,AUDREY G @ 30 May 2014 1458 EDT
SPOKE WITH PT NAME AND DOB VERIFIED, INFORMED PT THAT HE NEED TO MAKE A F/U APPT FOR LEFT ANKLE PER PROVIDER. PT STATED THAT HE WOULD RATHER CALL BACK TO SCHEDULE APPT. HE DON'T HAVE HIS SCHEDULE IN FRONT OF HIM.
**A/P** Last Updated by COLEMAN,AUDREY G @ 30 May 2014 1501 EDT
**1. Left ankle joint pain**

**Disposition** Last Updated by ELLIS,KEISHA @ 30 May 2014 1142 EDT

**Signed By  COLEMAN, AUDREY G** (LPN,Family Practice Red Team, KACC,Ft. Meade Md) @ 30 May 2014 1502

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-*___    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 956**

AR 1001

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 957

AR 1002

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

### 19 May 2014 at WRNMMC, AMH M01A Red Ki by UDE, ASSUMPTA O

Encounter ID:    BETH-17164995    Primary Dx:    Visit for: military services physical

Patient: **MERWIN, DANIEL DENNIS**    Date: **19 May 2014 1150 EDT**    Appt Type: **EST**
Treatment Facility: **KIMBROUGH**    Clinic: **AMHM01AREDKI**    Provider: UDE,ASSUMPTA O
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

AutoCites Refreshed by COLEMAN,AUDREY G @ 16 May 2014 0945 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | •family medical history (General FHx) | •Other: OTHER: Unknown (SEE MED |
| •IMPAIRED FASTING GLUCOSE | •family history of supplemental HPI [use | RECORD) |
| •ANOMALIES OF SKIN | for free text] (General FHx) | |
| •Abdominal pain | •no family history of malignant neoplasm of | |
| •ASTHMA | the large intestine (General FHx) | |
| •POSTSURGICAL STATE OF EYE AND | •no family history of malignant neoplasm of | |
| ADNEXA | the gastrointestinal tract (General FHx) | |
| •Difficulty breathing (dyspnea) | •no family history of chronic liver disease | |
| •SKIN NEOPLASM UNCERTAIN | (General FHx) | |
| BEHAVIOR | | |
| •Removal Of Sutures | | |
| •ASTHMA EXTRINSIC | | |
| •ROSACEA | | |
| •PERIPHERAL RETINAL | | |
| DEGENERATION - LATTICE | | |
| •REFRACTIVE ERROR - MYOPIA | | |
| •ALLERGIC RHINITIS | | |

**Reason for Appointment:**
PHA/NAVY/NIOC
**Appointment Comments:**
eed ▮▮▮▮▮▮▮

**Screening** Written by SNOWDEN,HEATHER @ 19 May 2014 1142 EDT
**Reason For Appointment:** PHA/NAVY/NIOC

Allergen information verified by SNOWDEN, HEATHER @ 19 May 2014 1142 EDT

**Vitals**
**Vitals** Written by SNOWDEN,HEATHER @ 19 May 2014 1149 EDT
BP: 127/68 Right Arm,  Adult Cuff,   HR: 66,   RR: 16,   T: 98.3 °F,   HT: 69 in Stated,  Without Shoes,
WT: 153.6 lbs Upright Scale,  Actual,  Without Shoes,   Uncorr OD: 20/30,   Uncorr OS: 20/50,   Uncorr OU: 20/50,   BMI:
22.68,    BSA: 1.846 square meters,
Tobacco Use: No,    Alcohol Use: Yes,    Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: 2-3 month,    Pain Scale: 0 Pain Free

**S/O Note** Written by UDE,ASSUMPTA O @ 19 May 2014 1331 EDT
**Chief complaint**
The Chief Complaint is: PHA.
**History of present illness**
     The Patient is a 29 old male.

<<Note accomplished in TSWF-CORE>>
29 Y/O ADSM HERE FOR PHA-NO HEALTH CONCERNS EXCEPT FOR RESOVLING LT ANKLE SPRAIN

A PHA has been completed in past year.  Date: 5/19/2014.
     General overall feeling /health - Very Good.
     Pain localized to one or more joints.

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 958**

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-███     DoD ID: 1286180538      Created: 30 Oct 2017

Visit is not deployment-related.
Pain Severity  0 / 10.
PHQ-2 Depression Screen Negative.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient is compliant with medications.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Current Allergies:  Cats  updated 19 MAY 2014.
**Current medication**

IBUPROPHEN 800MG

**Past medical/surgical history**
**Reported:**
    Recent Events: Medication compliance.
    Medical: Reported medical history
    Asthma - last affected in 2005.
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease

    .
    Surgical / Procedural: Surgical / procedural history
    PRK eyes -  2011
    tonsillectomy - 2004
    colonoscopy 2012.
**Personal history**
Annual Questions Date: 19 MAY 2014.
Social history reviewed single, no children
AD Navy
Non smoker
Occasional drinker.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 19MAY 2014.
History
ANNUAL SCREENING DATE:  6 MAY 2014
What is your preferred method of learning?    [ X ] Verbal   [X ] Written   [X ] Visual   [  ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [  ] Yes   [ X ] No   Specify:
Do you have any cultural or religious beliefs that may affect your care?    [  ] Yes   [X ] No
Are you enrolled in EFMP?     [  ] Yes   [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes   [ x ] No
Contact info: ████████
PCM: UDE.
**Family history**
    Family medical history
    Father with DM, CAD.
**Review of systems**
**Systemic:** No systemic symptoms, no fever, no chills, and no recent weight loss.
**Head:** No head symptoms and no headache.
**Neck:** No neck symptoms.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms, no earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore
    throat.
**Breasts:** No breast symptoms.
**Cardiovascular:** No cardiovascular symptoms and no chest pain or discomfort.
**Pulmonary:** No pulmonary symptoms, no dyspnea, and no cough.
**Gastrointestinal:** No gastrointestinal symptoms, no nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no
    diarrhea, and no constipation.
**Genitourinary:** No genitourinary symptoms, no change in urinary frequency, and no feelings of urinary urgency.  No dysuria.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No hematologic symptoms.
**Musculoskeletal:** No musculoskeletal symptoms and no back pain.
**Neurological:** No neurological symptoms and no lightheadedness.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.
**Physical findings**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 959**

AR 1004

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

**Vital Signs:**
 • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
 ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
 Appearance: ° Head normocephalic.
**Neck:**
 Appearance: ° Of the neck was normal.
**Eyes:**
 General/bilateral:
  Pupils: ° PERRL.
  External: ° Eyelids showed no abnormalities.
**Ears:**
 General/bilateral:
  Outer Ear: ° Normal.
  External Auditory Canal: ° External auditory meatus normal.
**Nose:**
 General/bilateral:
  External Deformities: ° No external nose deformities.
  Sinus Tenderness: ° No sinus tenderness.
**Oral Cavity:**
 Lips: ° Showed no abnormalities.
**Lungs:**
 ° Respiration rhythm and depth was normal.  ° Clear to auscultation.
**Musculoskeletal System:**
 Other:
  General/bilateral: ° No muscle tenderness.
**Neurological:**
 ° Oriented to time, place, and person.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement
  was not impaired.
 Balance: ° Normal.
 Gait And Stance: ° Normal.
**Psychiatric:**
 Mood: ° Euthymic.
 Affect: ° Normal.
**Skin:**
 ° No skin lesions.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 2 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0  ] 0=1 to 2 or doesn
't drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[0  ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[X  ] Negative AUDIT-C
[ ] Positive AUDIT-C *      >>Provider Alerted<<
    [ ] Alcohol use exceeds maximum recommended limits
      Men > 14 drinks/week or >4 drinks/occasion
      Women > 7 drinks/week or >3 drinks/occasion
[ ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use
after counseling OR AUDIT-C >= 8)
.............. .
Tests:                                                Value
AUDIT-C Score                                         2
**Practice Management**
Patient's BMI < 30.  Date: 19 MAY 2014.
    Preventive medicine services
    Lipid Screening - APR 2014
    Blood Sugar Screening -    5.4  June 2013
    Aspirin Prophylaxis - No
    HIV Screen - APR 2014
    Colonoscopy - 2012

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 960**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▇▇ 1985  SSN: ***-**-▇▇    DoD ID: 1286180538    Created: 30 Oct 2017

Tetanus (Td/Tdap) - MAR 2013
Influenza - NOV 2013
Zoster - No record of titer or vaccine
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -
G6pd- Nov 2005
Sickle cell- nov 2005
blood tye- O +
hearing exam- march 2013
vision exam - no record

Patient exercises for at least 30 minutes a day.

**Lab Result** Cited by UDE,ASSUMPTA O @ 19 May 2014 1210 EDT

| Basic Metabolic Panel | Site/Specimen | 04 Jun 2013 0925 |
|---|---|---|
| Urea Nitrogen | SERUM | 12 |
| Carbon Dioxide | SERUM | 30 |
| Chloride | SERUM | 102 |
| Creatinine | SERUM | 1.0 |
| Glucose | SERUM | 94 <i> |
| Potassium | SERUM | 4.3 |
| Sodium | SERUM | 140 |
| Calcium | SERUM | 9.7 |
| Anion Gap | SERUM | 8 |
| GFR Calculated Non-Black | SERUM | 102.0 |
| GFR Calculated Black | SERUM | 117.9 <i> |

**Lab Result** Cited by UDE,ASSUMPTA O @ 19 May 2014 1208 EDT

| HIV-1/O/2 Ab | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> |

**Lab Result** Cited by UDE,ASSUMPTA O @ 19 May 2014 1208 EDT

| Lipid Panel | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| Cholesterol | SERUM | 208 (H) <i> |
| Triglyceride | SERUM | 158 (H) <i> |
| HDL Cholesterol | SERUM | 64.0 (H) |
| LDL Cholesterol | SERUM | 112 <i> |
| VLDL Cholesterol | SERUM | 32 |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 |

**Lab Result** Cited by COLEMAN,AUDREY G @ 16 May 2014 0944 EDT

| HIV-1/O/2 Ab | Site/Specimen | 10 Apr 2014 0951 | Units | Ref Rng |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

| Lipid Panel | Site/Specimen | 10 Apr 2014 0951 | Units | Ref Rng |
|---|---|---|---|---|
| Cholesterol | SERUM | 208 (H) <i> | mg/dL | (50-200) |
| Triglyceride | SERUM | 158 (H) <i> | mg/dL | (40-150) |
| HDL Cholesterol | SERUM | 64.0 (H) | mg/dL | (40-60) |
| LDL Cholesterol | SERUM | 112 <i> | mg/dL | (0-129) |
| VLDL Cholesterol | SERUM | 32 | mg/dL | (2-49) |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 | | |

**A/P** Last updated by UDE,ASSUMPTA O @ 19 May 2014 1334 EDT
**1. Visit for: military services physical**(*PERIODIC PREVENTION EXAMINATION*): AGE AND GENDER APPROPRIATE
PREVENTIVE TASK FORCE REQUIRED COUNSELLING GIVEN, SEE MRRS AND NAVMED 6120/4 FOR READINESS AND
VACCINE UPDATES

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 961**

AR 1006

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇ 1985 | SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**2. ESSENTIAL HYPERTRIGLYCERIDEMIA**: SIG REDUCTION OF TRIG-CONTINUE lifestle mod
      Laboratory(ies):      -GLUCOSE FASTING (Routine) Start Date: 06/01/2014

**Disposition** Written by UDE,ASSUMPTA O @ 19 May 2014 1334 EDT
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: MEDICATIONS RECONCILED, LIST GIVEN TO PATIENT, MASTER PROBLEM LIST REVIEWED AND
RECONCILED WITH PATIENT.

---

**Signed By  UDE, ASSUMPTA O** (NP, KIMBROUGH AMBULATORY CARE CENTER,FT MEADE, MD) @ 19 May 2014 1334

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by UDE,ASSUMPTA O @ 19 May 2014 1316 EDT:*
The A/P section was last updated by UDE,ASSUMPTA O @ 19 May 2014 1316 EDT - see above.Previous Version of A/P section was entered/updated by COLEMAN,AUDREY
G @ 16 May 2014 0942 EDT.
*The following S/O Note Was Overwritten by UDE,ASSUMPTA O @ 19 May 2014 1212 EDT:*
S/O Note Written by SNOWDEN,HEATHER @ 19 May 2014 1144 EDT
**Chief complaint**
The Chief Complaint is: PHA.
**History of present illness**
      The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>
29 Y/O ADSM HERE FOR PHA

A PHA has been completed in past year.  Date: 5/19/2014.
      General overall feeling /health - Very Good.
      Visit is not deployment-related.
 Pain Severity 0 / 10.
PHQ-2 Depression Screen Negative.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
Patient is compliant with medications.
**Allergies**
Current Allergies:  Cats  updated 19 MAY 2014.
**Current medication**

IBUPROPHEN 800MG

**Past medical/surgical history**
**Reported:**
      Recent Events: Medication compliance.
      Medical: Reported medical history
      Asthma - last affected in 2005.
      Skin neoplasm of uncertain behavior
      Rosacea
      Lattice peripheral retinal degeneration
      Myopia
      Allergic rhinitis
      Exposure to venereal disease

      Surgical / Procedural: Surgical / procedural history
      PRK eyes -  2011
      tonsillectomy - 2004
      colonoscopy 2012.
**Personal history**
Annual Questions Date: 19 MAY 2014.
Social history reviewed single, no children
AD Navy
Non smoker
Occasional drinker.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 19MAY 2014.
History
ANNUAL SCREENING DATE:  6 MAY 2014
What is your preferred method of learning?   [ X ] Verbal  [X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [  ] Yes  [ X ] No  Specify:
Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes  [X ] No
Are you enrolled in EFMP?   [  ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?   [X ] Yes  [ x ] No
Contact info:  850-696-7239
PCM: UDE.
**Family history**
      Family medical history
      Father with DM, CAD.
**Tests**
ALCOHOL SCREENING
How often did you have a -
drink containing alcohol in the past year?
[ 2 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮▮▮ 1985  SSN: ***-**▮▮▮▮   DoD ID: 1286180538    Created: 30 Oct 2017

How many drinks did you have on a typical day when you were drinking in the past year?
[0 ] 0=1 to 2 or doesn
't drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[0 ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[X ] Negative AUDIT-C
[ ] Positive AUDIT-C *      >>Provider Alerted<<
      [ ] Alcohol use exceeds maximum recommended limits
            Men > 14 drinks/week or >4 drinks/occasion
            Woman > 7 drinks/week or >3 drinks/occasion
[ ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)
.............. *

AUDIT-C Score                     2
**Practice Management**
Patient's BMI < 30. Date: 19 MAY 2014.
      Preventive medicine services
      Lipid Screening - APR 2014
      Blood Sugar Screening -    5.4  June 2013
      Aspirin Prophylaxis - No
      HIV Screen - APR 2014
      Colonoscopy - 2012

      Tetanus (Td/Tdap) - MAR 2013
      Influenza -  NOV 2013
      Zoster - No record of titer or vaccine
      Pneumococcal -
      HPV -

      Men:
      Aortic Aneurysm Screen -
      G6pd- Nov 2005
      Sickle cell- nov 2005
      blood tye- O +
      hearing exam- march 2013
      vision exam - no record

Patient exercises for at least 30 minutes a day.

*The following SO Note Was Overwritten by SNOWDEN,HEATHER @ 19 May 2014 1149 EDT:*
SO Note Written by COLEMAN,AUDREY G @ 16 May 2014 0942 EDT
**Chief complaint**
The Chief Complaint is: PHA.
**History of present illness**
      The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>
29 YO ADSM HERE FOR PHA

A PHA has been completed in past year.  Date: 5/19/2014.
      General overall feeling /health - Very Good.
      Visit is not deployment-related.
PHQ-2 Depression Screen Negative.
Patient is NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Current Allergies: Cats  updated 15 MAY 2014.
**Current medication**

IBUPROPHEN 800MG

**Past medical/surgical history**
Reported:
      Recent Events: Medication compliance.
      Medical: Reported medical history
      Asthma - last effected in 2005.
      Skin neoplasm of uncertain behavior
      Rosacea
      Lattice peripheral retinal degeneration
      Myopia
      Allergic rhinitis
      Exposure to venereal disease

      Surgical / Procedural: Surgical / procedural history
      PRK eyes - 2011
      tonsillectomy - 2004
      colonoscopy 2012.
**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 6 MAY 2014.
History
ANNUAL SCREENING DATE: 6 MAY 2014
What is your preferred method of learning?   [ X ] Verbal  [X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ X ] No  Specify:
Advance directives completed?  [ ] Yes  [ X ] No

Anderson, Daniel Dennis    DOB: ▮▮▮▮ 1985  SSN: ***-**▮▮▮▮   DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 963

AR 1008

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Is a copy of the Advance directive in the record?    [ ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [ x ] No
Contact info:
PCM: UDE,
Annual Questions Date: 6 MAY 2014.
**Family history**
       Family medical history
       Father with DM, CAD.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 2 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0  ] 0=1 to 2 or doesn
't drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[0  ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[X ] Negative AUDIT-C
[ ] Positive AUDIT-C *        >>Provider Alerted<<
       [ ] Alcohol use exceeds maximum recommended limits
               Men > 14 drinks/week or >4 drinks/occasion
               Women > 7 drinks/week or >3 drinks/occasion
[ ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)
...................

| Tests: | Value |
|---|---|
| AUDIT-C Score | 2 |

**Practice Management**
       Preventive medicine services
       Lipid Screening - APR 2014
       Blood Sugar Screening -    5.4  June 2013
       Aspirin Prophylaxis -
       HIV Screen - APR 2014
       Colonoscopy -

       Tetanus (Td/Tdap) - MAR 2013
       Influenza  -  NOV 2013
       Zoster -
       Pneumococcal -
       HPV -

       Men:
       Aortic Aneurysm Screen -
       _____

Patient exercises for at least 30 minutes a day.
Patient's BMI < 30.  Date: 6 MAY 2014.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 964**

AR 1009

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *06 May 2014 at WRNMMC, AMH M01A Red Ki by UDE, ASSUMPTA O*

| Encounter ID: | BETH-17036973 | Primary Dx: | ANKLE SPRAIN LEFT |

Patient: **MERWIN, DANIEL DENNIS**      Date: **06 May 2014 1430 EDT**      Appt Type: **EST**
Treatment Facility: **KIMBROUGH**      Clinic: **AMHM01AREDKI**      Provider: **UDE,ASSUMPTA O**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by SMITH,PRISCILLA E @ 05 May 2014 1133 EDT

| **Problems** | **Family History** | **Allergies** |
| • ESSENTIAL HYPERTRIGLYCERIDEMIA | • family medical history (General FHx) | • OTHER: Unknown (SEE MED RECORD) |
| • IMPAIRED FASTING GLUCOSE | • no family history of malignant neoplasm of | |

•ESSENTIAL HYPERTRIGLYCERIDEMIA
•IMPAIRED FASTING GLUCOSE
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
  ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
  DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS
•Visit for: military services physical

**Family History**
•family medical history (General FHx)
•no family history of malignant neoplasm of
  the large intestine (General FHx)
•no family history of malignant neoplasm of
  the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
  (General FHx)

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**
UDE-F/U FROM ER
**Appointment Comments:**
KLS/KACC

<u>Screening</u> Written by COLEMAN,AUDREY G @ 06 May 2014 1419 EDT
**Reason For Appointment:** UDE-F/U FROM ER

Allergen information verified by COLEMAN, AUDREY G @ 06 May 2014 1419 EDT

**Vitals**
<u>Vitals</u> Written by COLEMAN,AUDREY G @ 06 May 2014 1409 EDT
BP: 130/82 Left Arm,   HR: 79,   RR: 18,   T: 97.5 °F,   HT: 69 in Stated,   WT: 153 lbs Upright Scale,  Actual,  With Shoes,
SpO2: 97%,   BMI: 22.59,   BSA: 1.843 square meters,   Tobacco Use: No,   Alcohol Use: Yes,   Pain Scale: 3/10 Mild,
Pain Scale Comments: LEFT ANKLE
**Comments: UNIFORM**

<u>S/O Note</u> Written by UDE,ASSUMPTA O @ 06 May 2014 1426 EDT
**Chief complaint**
The Chief Complaint is: F/U ER VISIT.
**History of present illness**
      The Patient is a 29 old year old male.

<<Note accomplished in TSWF-CORE>>

29YO MALE, ADSM FOR F/U ER VISIT while he was sprinting during softball game, and his  foot went into the hole while he was
running-2 weeks ago, Reports not using crutches currently. On morin pen, pain is 3/10.
      Good general overall feeling /health.
      Pain localized to one or more joints and joint swelling localized to one or more joints.
      Visit is not deployment-related.

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page 965**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985 SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Pain assessment
Location: LEFT ANKLE
Duration:
Quality: AHARP/THROBBING
Factors that correlate with onset:
Frequency: CONSTANT
Average level: 3
Worst level: 7-8
Least level: 3
What makes it better: ELEVATION
What makes it worse: PRESSURE,STANDING,FULL EXSTENSION

..............
 Pain Severity 3  / 10.
PHQ-2 Depression Screen Negative.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has received other care since their last visit with this clinic 19 APR 2014 BETHESDA.
**Allergies**
Current Allergies:  Cats  updated 6 MAY 2014.
**Current medication**

IBUPROPHEN 800MG

.
**Past medical/surgical history**
**Reported:**
        Recent Events: Medication compliance.
        Medical: Reported medical history
        Asthma - last affected in 2005.
        Skin neoplasm of uncertain behavior
        Rosacea
        Lattice peripheral retinal degeneration
        Myopia
        Allergic rhinitis
        Exposure to venereal disease

        .
        Surgical / Procedural: Surgical / procedural history
        PRK eyes -  2011
        tonsillectomy - 2004
        colonoscopy 2012.
**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 6 MAY 2014.
History
ANNUAL SCREENING DATE:  6 MAY 2014
What is your preferred method of learning?    [ X ] Verbal  [X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No  Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [ x ] No
Contact info:
PCM: UDE.
Annual Questions Date: 6 MAY 2014.
**Family history**
        Family medical history
        Father with DM, CAD.
**Review of systems**
**Systemic:** No systemic symptoms.
**Musculoskeletal:** No muscle aches and no limb pain.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 966**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Musculoskeletal System:**
Ankle:
  Left Ankle: • Swelling. • Tenderness on palpation. • Pain was elicited by motion. • Ankle was tender on ambulation. ° No erythema. ° Ankle was not warm. ° Motion was normal. ° No crepitus on motion was noted.
Foot:
  Left Foot: • Tenderness on palpation. ° No erythema. ° No pain was elicited by motion.
Functional Exam:
  General/bilateral: • Mobility was limited.
Other:
  General/bilateral: • Muscle tenderness.
**Neurological:**
° Oriented to time, place, and person. ° Remote memory was not impaired. ° Recent memory was not impaired. ° Judgement was not impaired.
Motor (Strength): ° No weakness of the left ankle was observed.
**Psychiatric:**
Mood: ° Euthymic.
Affect: ° Normal.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 2 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0 ] 0=1 to 2 or doesn't drink, 1=3 to 4,2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[ 0 ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SXCREENING for Alcohol Use (AUDIT-C)
[ ] Negative AUDIT-C
[ ] Positive AUDIT-C *       >>Provider Alerted<<
     [ ] Alcohol use exceeds maximum recommended limits
        Men > 14 drinks/week or >4 drinks/occasion
        Women > 7 drinks/week or >3 drinks/occasion
[ ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)
...............  .

| Tests: | Value |
| AUDIT-C Score | 2 |

**Practice Management**
   Preventive medicine services
Lipid Screening - 19 MAR 2013
Blood Sugar Screening -   5.4  June 2013
Aspirin Prophylaxis -
HIV Screen - 19 MAR 2013.
Colonoscopy -

Tetanus (Td/Tdap) - 08 NOV 2005
Influenza  -
Zoster -
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -
_____
      .
Patient exercises for at least 30 minutes a day.
Patient's BMI < 30.  Date: 6 MAY 2014.

**Rad Result** Cited by UDE,ASSUMPTA O @ 06 May 2014 1443 EDT

**MERWIN, DANIEL DENNIS   20/▮   DoD ID: 1286180538  29yo  ▮ 1985  M**
         ********** ANKLE, LT 3 VIEWS **********

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 967**

AR 1012

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

POC Enc: #E4520771    POC Fac: WRNMMC
Status: Complete (Amended)

Procedure:              ANKLE, LT 3 VIEWS
Event Date:             19-Apr-2014 15:38:00
Exam #:                 14130312
Exam Date/Time:         19-Apr-2014 15:42:00
Transcription Date/Time:   20-Apr-2014 19:41:00
Provider:               PIRRI, MICHAEL P
Requesting Location:
   EMERGENCY RM BE    WRNMMC BETHESDA, MD
Status:                 COMPLETE (Amended)


**Amended Result Code:        SEE RADIOLOGIST'S REPORT**
Interpreted By:         NIELSEN, NATHAN S
Supervised By:          KENRIC T. ABAN, MD. LCDR, MC, USN.
Approved By:            ABAN, KENRIC T
Approved Date:          20-Apr-2014 19:40:00
Supervised By:
   122645 KENRIC T. ABAN, MD. LCDR, MC, USN.
Supervised By Date:     20-Apr-2014 19:40:00
Amended Report Text:

History:
   Running and stepped in hole c/o left ankle/foot pain and swelling. R/o fx

Technique:
   Frontal, oblique, and lateral radiographs of the left foot and ankle

Comparison:          None available

Findings:

   No acute fracture or dislocation. Osseous alignment and mineralization is
   normal. Joint spaces are preserved. The ankle mortise and talar dome are intact.
   A small developing plantar calcaneal spur is identified. No significant
   degenerative or erosive changes are seen. There is mild soft tissue edema
   overlying the lateral malleolus.

Impression:

   Mild soft tissue edema overlying the lateral malleolus without evidence of acute
   osseous abnormality. _____

Electronically signed by resident:
   Dr. NATHAN S NIELSEN Date: 04/19/14 Time:19:41


Electronically signed by:
   Dr. Kenric T Aban Date: 04/20/14 Time:19:40

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 968**

AR 1013

Rad Result Cited by UDE,ASSUMPTA O @ 06 May 2014 1443 EDT

**MERWIN, DANIEL DENNIS   20/▮▮▮   DoD ID: 1286180538   29yo   ▮▮▮ 1985   M**
********** FOOT, LT 3 VIEWS **********
POC Enc: #E4520771   POC Fac: WRNMMC
Status: Complete (Amended)

Procedure:          FOOT, LT 3 VIEWS
Event Date:         19-Apr-2014 15:38:00
Exam #:             14130311
Exam Date/Time:     19-Apr-2014 15:42:00
Transcription Date/Time:   20-Apr-2014 19:41:00
Provider:           PIRRI, MICHAEL P
Requesting Location:
  EMERGENCY RM BE   WRNMMC BETHESDA, MD
Status:             COMPLETE (Amended)


**Amended Result Code:      SEE RADIOLOGIST'S REPORT**
Interpreted By:         NIELSEN, NATHAN S
Supervised By:          KENRIC T. ABAN, MD. LCDR, MC, USN.
Approved By:            ABAN, KENRIC T
Approved Date:          20-Apr-2014 19:40:00
Supervised By:
  122645 KENRIC T. ABAN, MD. LCDR, MC, USN.
Supervised By Date:     20-Apr-2014 19:40:00
Amended Report Text:

History:
  Running and stepped in hole c/o left ankle/foot pain and swelling. R/o fx

Technique:
  Frontal, oblique, and lateral radiographs of the left foot and ankle

Comparison:          None available

Findings:

  No acute fracture or dislocation. Osseous alignment and mineralization is
  normal. Joint spaces are preserved. The ankle mortise and talar dome are intact.
  A small developing plantar calcaneal spur is identified. No significant
  degenerative or erosive changes are seen. There is mild soft tissue edema
  overlying the lateral malleolus.

Impression:

  Mild soft tissue edema overlying the lateral malleolus without evidence of acute
  osseous abnormality. _____

Electronically signed by resident:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 969**

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-*▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Dr. NATHAN S NIELSEN Date: 04/19/14 Time:19:41

Electronically signed by:
   Dr. Kenric T Aban Date: 04/20/14 Time:19:40

**A/P** Written by UDE,ASSUMPTA O @ 06 May 2014 1448 EDT
**1. ANKLE SPRAIN LEFT:** CONTINUE REST, ICE, MOIST HEAT, NSAID AND ELEVATE, USE CRUTCHES FOR LONG DISTANCE WALK PRN
         Radiology(ies):         -ANKLE, LT 3 VIEWS (Routine) Impression:  left lateral ankle pain and swelling 2 weeks following a spr
                                  Comment:  with weight bearing
**2. Visit for: exam following treatment**
         Radiology(ies):         -FOOT, LT WT BEARING 3 VIEWS (Routine) Impression:  left foot  pain x  2 weeks following a recent
                                  injury, re-eva
**3. ARMED FORCES FITNESS FOR DUTY EXAM**(FITNESS FOR DUTY EXAMINATION): NO JUMPING/RUNNING/CARDIO X 30DAYS-RECENT SPRAINED ANKLE-SEE DD689

**Disposition** Written by UDE,ASSUMPTA O @ 06 May 2014 1448 EDT
**Released w/o Limitations**
**Follow up:**  with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - **Comments:** MEDICATIONS RECONCILED, LIST GIVEN TO PATIENT, MASTER PROBLEM LIST REVIEWED AND RECONCILED WITH PATIENT.

**Signed By  UDE, ASSUMPTA O** (NP, KIMBROUGH AMBULATORY CARE CENTER,FT MEADE, MD) @ 06 May 2014 1449

CHANGE HISTORY
*The following S/O Note Was Overwritten by UDE,ASSUMPTA O @ 06 May 2014 1442 EDT:*
S/O Note Written by COLEMAN,AUDREY G @ 06 May 2014 1422 EDT
**Chief complaint**
The Chief Complaint is: F/U VISIT.
**History of present illness**
         The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>

29YO MALE,  ADSM FOR F/U ER VISIT.
         Good general overall feeling /health.
         Visit is not deployment-related.
Pain assessment
Location: LEFT ANKLE
Duration:
Quality: AHARP/THROBBING
Factors that correlate with onset:
Frequency: CONSTANT
Average level: 3
Worst level: 7-8
Least level: 3
What makes it better: ELEVATION
What makes it worse: PRESSURE,STANDING,FULL EXSTENSION
..............
 Pain Severity 3  / 10.
PHQ-2 Depression Screen Negative.
Patient iS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has received other care since their last visit with this clinic 19 APR 2014 BETHESDA.
**Allergies**
Current Allergies: Cats  updated 6 MAY 2014.
**Current medication**

IBUPROPHEN 800MG

**Past medical/surgical history**
Reported:
         Recent Events: Medication compliance.
         Medical: Reported medical history
         Asthma - last affected in 2005.
         Skin neoplasm of uncertain behavior
         Rosacea

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-*▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 970**

AR 1015

**Medical Record**

Anderson, Daniel Dennis        DOB: ██████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 30 Oct 2017

Lattice peripheral retinal degeneration
Myopia
Allergic rhinitis
Exposure to venereal disease

Surgical / Procedural: Surgical / procedural history
PRK eyes - 2011
tonsillectomy - 2004
colonoscopy 2012.

**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 6 MAY 2014.
History
ANNUAL SCREENING DATE:  6 MAY 2014
What is your preferred method of learning?   [ X ] Verbal  [X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ X ] No  Specify:
Advance directives completed?   [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?   [ ] Yes  [ X ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [X ] No
Are you enrolled in EFMP?   [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?   [X ] Yes  [ x ] No
Contact info:
PCM: UDE.
Annual Questions Date: 6 MAY 2014.
**Family history**
Family medical history
Father with DM, CAD.
**Tests**
ALCOHOL SCREENING
How often did you have a -
drink containing alcohol in the past year?
[ 2 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0  ] 0=1 to 2 or doesn't drink, 1=3 to 4,2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[ 0 ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SXCREENING for Alcohol Use (AUDIT-C)
[ ] Negative AUDIT-C
[ ] Positive AUDIT-C *      >>Provider Alerted<<
     [ ] Alcohol use exceeds maximum recommended limits
          Men > 14 drinks/week or >4 drinks/occasion
          Women > 7 drinks/week or >3 drinks/occasion
[ ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)
............. ·

AUDIT-C Score                    2
**Practice Management**
     Preventive medicine services
     Lipid Screening - 19 MAR 2013
     Blood Sugar Screening -    5.4  June 2013
     Aspirin Prophylaxis -
     HIV Screen - 19 MAR 2013.
     Colonoscopy -

     Tetanus (Td/Tdap) - 08 NOV 2005
     Influenza -
     Zoster -
     Pneumococcal -
     HPV -

     Men:
     Aortic Aneurysm Screen -


Patient exercises for at least 30 minutes a day.
Patient's BMI < 30.  Date: 6 MAY 2014.


*The following SO Note Was Overwritten by COLEMAN,AUDREY G @ 06 May 2014 1422 EDT:*
**SO Note** Written by SMITH,PRISCILLA E @ 05 May 2014 1129 EDT
**Chief complaint**
The Chief Complaint is: F/U ER VISIT.
**History of present illness**
     The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>

29YO MALE,  ADSM FOR F/U ER VISIT.
     Good general overall feeling /health.
     Visit is not deployment-related.
PHQ-2 Depression Screen Negative.
Patient is NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Current Allergies: Cats  updated 6 MAY 2014.
**Current medication**

Anderson, Daniel Dennis        DOB: ██████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 971**

AR 1016

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■ 1985  SSN: ***-**-■■  DoD ID: 1286180538    Created: 30 Oct 2017

NONE

**Past medical/surgical history**
**Reported:**
Recent Events: Medication compliance.
Medical: Reported medical history
Asthma - last affected in 2005.
Skin neoplasm of uncertain behavior
Rosacea
Lattice peripheral retinal degeneration
Myopia
Allergic rhinitis
Exposure to venereal disease

Surgical / Procedural: Surgical / procedural history
PRK eyes - 2011
tonsillectomy - 2004
colonoscopy 2012.
**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 6 MAY 2014.
History
ANNUAL SCREENING DATE: 6 MAY 2014
What is your preferred method of learning?    [ X ] Verbal  [X  ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No  Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [ X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X  ] Yes  [ x ] No
Contact info:
PCM: UDE.
Annual Questions Date: 6 MAY 2014.
**Family history**
Family medical history
Father with DM, CAD.
**Practice Management**
Preventive medicine services
Lipid Screening - 19 MAR 2013
Blood Sugar Screening -    5.4  June 2013
Aspirin Prophylaxis -
HIV Screen - 19 MAR 2013.
Colonoscopy -

Tetanus (Td/Tdap) - 08 NOV 2005
Influenza  -
Zoster -
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -

Patient's BMI < 30.  Date: 6 MAY 2014.
Patient exercises for at least 30 minutes a day.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 972**

AR 1017

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-█ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *30 Dec 2013 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C*

Encounter ID:    BETH-15820677    Primary Dx:    Visit for: administrative purpose

| | | |
|---|---|---|
| Patient: **MERWIN, DANIEL DENNIS** | Date: **30 Dec 2013 0802 EST** | Appt Type: **T-CON\*** |
| Treatment Facility: **WALTER REED** | Clinic: **GI CL BE** | Provider: **COPSEY,HELEN C** |
| **NATIONAL MILITARY MEDICAL CNTR** | | |
| Patient Status: **Outpatient** | | Call Back Phone: ███████ |

**Reason for Telephone Consult:**Written by COPSEY,HELEN C @ 30 Dec 2013 0802 EST
Called pt

**SO Note** Written by COPSEY,HELEN C @ 30 Dec 2013 0803 EST
**Subjective**
Called patient this morning- no answer. LM that if he has new issues, he should make a follow-up appoitnment in the GI clinic, as he
was last seen by me well over a year ago. If he has any trouble getting an appointment or needs immediate attention he was given
my direct phone number. _____From: Burleson, Ronald A CIV US WRNMMCSent: Friday, December 27, 2013
12:14 PMTo: Hopkins, Ida E CIV US WRNMMCSubject: RE: vmail msgs for your actionPls call mr merwin, ███ dob███85,
███████ f-up. Has some medical issues now.

**A/P Last Updated by COPSEY,HELEN C @ 30 Dec 2013 0803 EST**
**1. visit for: administrative purpose**

**Disposition** Last Updated by COPSEY,HELEN C @ 30 Dec 2013 0803 EST

**Signed By  COPSEY, HELEN C** (PA-C, MSHS, WRAMC- GI Clinic) @ 30 Dec 2013 0803

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 973**

AR 1018

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017

### *07 Aug 2013 at WRNMMC, AMH M01A Red Ki by SLOAN, DAWN M*

Encounter ID:    BETH-14393823    Primary Dx:    Visit for: military services physical

Patient: **MERWIN, DANIEL DENNIS**    Date: **07 Aug 2013 1450 EDT**    Appt Type: **EST**
Treatment Facility: **KIMBROUGH**    Clinic: **AMHM01AREDKI**    Provider: **SLOAN,DAWN M**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

**Reason for Appointment:**
TIO HIGH RISK MEDICAL SCREENING
**Appointment Comments:**
rar█████████

**Screening** Written by SMITH,PRISCILLA E @ 07 Aug 2013 1454 EDT
**Reason For Appointment:** TIO HIGH RISK MEDICAL SCREENING

Allergen information verified by SMITH, PRISCILLA E @ 07 Aug 2013 1454 EDT

**Vitals**
**Vitals** Written by SMITH,PRISCILLA E @ 07 Aug 2013 1449 EDT
BP: 106/60 Left Arm, Adult Cuff,    HR: 88 Regular,  Radial Artery,    RR: 14,    T: 98.1 °F Oral,    HT: 69 in Stated,
WT: 149 lbs Upright Scale,  Actual,  With Shoes,    SpO$_2$: 96%,    BMI: 22,    BSA: 1.823 square meters

**Questionnaire AutoCites** Refreshed by SLOAN,DAWN M @ 07 Aug 2013 1539 EDT
**Questionnaires**

MEADE MEDCOM E774-I Version: 2 Completed On: 07 Aug 2013
 1. SECTION I    Feeling down, depressed, or hopeless.: No
 2. Little interest or pleasure in doing things.: No
 3. SECTION II    Had any nightmares about it or thought about it when you did not want to?: No
 4. Tried hard not to think about it or went out of your way to avoid situations that remind you of it?: No
 5. Were constantly on guard, watchful, or easily startled?: No
 6. Felt numb or detached from others, activities, or your surroundings?: No
 7. PHQ-9 Severity  Score  or click Not Administered: NOT ADMINISTERED PHQ-9
 8. Suicide Risk Score Item 1i  or click Not Administered: NOT ADMINISTERED PHQ-9
 9. PCL Severity Score  or click Not Administered: Not Administered (PCL)
 10. Risk Score Item #19 of PCL or click Not Administered.: Not Administered PCL
 **11. MEDCOM 774 Results:  SELECT ALL THAT APPLY——IF NEGATIVE FOR BOTH ——STOP/DONE unless otherwise**
**indicated.  (CLICK DONE AND AUTOCITE): Negative for both;**

**SO Note** Written by SLOAN,DAWN M @ 11 Aug 2013 2245 EDT
**Chief complaint**
The Chief Complaint is: High Risk Medical Screening.
**History of present illness**
      The Patient is a 28 year old male.

<<Note accomplished in TSWF-CORE>>

28yo Male presented for TIO  High risk medical screening. Has form for review.
Does have hx of asthma as child, last episode in 2005 requiring albuterol. No episodes despite exposure to cats and dogs since,
which were his trigger in the past. Notes hospitalization for 'bowel obstruction' last Oct with neg colonoscopy. No abdominal issues
since stopping coffee and watching diary.
      Medication list reviewed, reconciled and list given to patient.
      Currently on active duty.  Visit is not deployment-related.
      Good general overall feeling.

Pain assessment:  denies.
 Pain Severity  0 / 10.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies:  Cats  updated 7 Aug 2013.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Current medication**
NONE.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    Asthma - last affected in 2005.
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease

    Surgical / Procedural: Surgical / procedural history
    PRK eyes - 2011
    tonsillectomy - 2004
    colonoscopy 2012.
    Medications: No medication noncompliance.
**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 18 JAN 2013
What is your preferred method of learning?    [ X ] Verbal  [X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No   Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [ x ] No
Contact info:
PCM:
**Family history**
    Family medical history
    Father with DM, CAD.
**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage, and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Eyes:**
    General/bilateral:
        External: ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.
        ° No rales/crackles were heard.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° Normal S1 and S2.  ° No S3 heard.  ° No gallop was heard.  ° No pericardial friction rub heard.
    Murmurs: ° No murmurs were heard.
    Edema: ° Not present.
**Neurological:**
    Balance: ° Normal.
    Gait And Stance: ° Normal.
**Psychiatric:**
    Mood: ° Euthymic.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 975**

**Medical Record**

| Anderson, Daniel Dennis    DOB:██████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017 |

Affect: ° Normal.
**Practice Management**
   Preventive medicine services
   Lipid Screening - 19 MAR 2013
   Blood Sugar Screening -    5.4  June 2013
   Aspirin Prophylaxis -
   HIV Screen - 19 MAR 2013.
   Colonoscopy -

   Tetanus (Td/Tdap) - 08 NOV 2005
   Influenza  -
   Zoster -
   Pneumococcal -
   HPV -

   Men:
   Aortic Aneurysm Screen -

Patient exercises for at least 30 minutes a day.

**A/P** Written by SLOAN,DAWN M @ 11 Aug 2013 2253 EDT
**1. visit for: military services physical***(OCCUPATIONAL EXAMINATION):* Pt in good condition currently. Has had health issues in the past which he seems to be managing well with diet changes and exercise. Signed off on form noting previous health issues and discussed with pt.

**Disposition** Written by SLOAN,DAWN M @ 11 Aug 2013 2254 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: No medication reconciliation needed. Master problem List reconciled

**Note** Written by JORDAN,TIMOTHY W @ 07 Aug 2013 1616 EDT
**TIO High Risk Screening Form**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 976**

**Medical Record**

Anderson, Daniel Dennis        DOB: ▮▮ 1985  SSN: ***-**-▮▮▮▮  DoD ID: 1286180538        Created: 30 Oct 2017

For Official Use ONLY -Privacy Act Information

**TIO PROGRAM HIGH RISK MEDICAL SCREENING FORM**

| Name: (Last, First Middle Initial) | | | Rate/Rank: | SSN: |
|---|---|---|---|---|
| **MERWIN, DANIEL D** | | | CTN1 / E-6 | ▮▮▮▮ |

| Date: | Age: | Weight: | Unit: |
|---|---|---|---|
| 07 Aug 13 | 28 | 150 | NIOC MARYLAND |

Rate your current health? (circle)   Poor   Good   Excellent   **Outstanding**

List current medications:
**NONE**

**PLEASE ANSWER THE FOLLOWING QUESTIONS (circle one answer)**

| | Yes | No |
|---|---|---|
| 1. Do you have any fractures, sprains, splints or casts? | Yes | **No** |
| 2. Do you have a hernia? | Yes | **No** |
| 3. Do you have pneumonia, bronchitis, or asthma? | Yes | **No** |
| 4. Do you have nasal congestion or an ear/nose/throat condition? | Yes | **No** |
| 5. Do you have any allergies? | **Yes** | No |
| 6. Have you had high blood pressure, heart disease, stress related chest pains, or are you currently being treated or monitored for any of these? | Yes | **No** |
| 7. Have you had any surgery or post-operative procedure within the past 10-years? | **Yes** | No |
| 8. Do you have hypotension (low blood pressure) or hypoglycemia (low blood sugar)? | Yes | **No** |
| 9. Do you have a history of heat related illnesses/injuries? | Yes | **No** |
| 10. Have you had any cold weather related injuries? | Yes | **No** |
| 11. Have you tested positive for Sickle Cell or G6PD? | Yes | **No** |
| 12. Are you claustrophobic? | Yes | **No** |
| 13. Have you seen a Mental Health Professional for any reason? | Yes | **No** |
| 14. Do you have a history of heat related illnesses/injuries? | Yes | **No** |
| 15. Do you have any existing condition or injury that might preclude you from participating in high risk training that may include temperature extremes, emotional and physical stress, or risk of death? | Yes | **No** |

Please explain any "YES" answers above in the space provided below.

5 CATS "ITCHY"
7 - PRK "eyes" 20/20 2911
16 ÷ ...ILL...

I have completed this form to the best of my ability. I will notify the Detailer and TIO Recruiter of any changes in my medical standing.

| SIGNATURE | DATE |
|---|---|
| [signature] | 07 Aug 13 |
| MEDICAL OFFICER | |

Comments
Hx of asthma as child in the past treatment of shortness of breath in 2005 no residual issues since adjusting diet

DAWN SLOAN, MD
MAJ, MC, USA

I have reviewed the medical record of individual ▮▮▮▮▮▮▮▮ capable of entering the Tactical Information Operations (TIO) program.

| SIGNATURE | DATE |
|---|---|
| [signature] | 07 Aug 13 |

---

**Signed By SLOAN, DAWN M (Family Medicine Physician) @ 11 Aug 2013 2254**

**CHANGE HISTORY**
*The following SO Note Was Overwritten by SLOAN,DAWN M @ 07 Aug 2013 1545 EDT:*
SO Note Written by SMITH,PRISCILLA E @ 07 Aug 2013 1454 EDT
**Chief complaint**
The Chief Complaint is: High Risk Medical Screening.
**History of present illness**
    The Patient is a 28 year old male.

<<Note accomplished in TSWF-CORE>>

---

AR 1022

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓▓▓ 1985  SSN: ***-**-▓▓▓  DoD ID: 1286180538     Created: 30 Oct 2017

28yo Male presented fo High risk medical screening

    Medication list reviewed, reconciled and list given to patient.
    Currently on active duty.  Visit is not deployment-related.
    Good general overall feeling.

Pain Severity  0 / 10.
Pain assessment:  denies.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies:  Cats  updated 7 Aug 2013.
**Current medication**
NONE.
**Past medical/surgical history**
**Reported:**
    Recent Events: Medication compliance.
    Medical: Reported medical history Asthma
    Dyspnea
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease

    Surgical / Procedural: Surgical / procedural history
    PRK eyes - 2011
    tonsillectomy - 2004.
**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE:  18 JAN 2013
What is your preferred method of learning?     [ X ] Verbal  [X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No  Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [ x ] No
Contact info:
PCM:
**Practice Management**
    Preventive medicine services
    Lipid Screening - 19 MAR 2013
    Blood Sugar Screening -    5.4  June 2013
    Aspirin Prophylaxis -
    HIV Screen - 19 MAR 2013.
    Colonoscopy -

    Tetanus (Td/Tdap) - 08 NOV 2005
    Influenza -
    Zoster -
    Pneumococcal -
    HPV -

    Men:
    Aortic Aneurysm Screen -
    _____

Patient exercises for at least 30 minutes a day.

AR 1023

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

## *05 Aug 2013 at WRNMMC, Immunization Kimbrough by WRAY, KIM D*

Encounter ID:    BETH-14383762    Primary Dx:    Vaccines Prophylactic Need Against Bacterial Diseases

Patient: **MERWIN, DANIEL DENNIS**                Date: **05 Aug 2013 0903 EDT**              Appt Type: **PROC**
Treatment Facility: **KIMBROUGH**                   Clinic: **IMMUNIZATION KI**                Provider: **WRAY,KIM D**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by RYAN,LINDSEY O @ 05 Aug 2013 0903 EDT
update imm

**SO Note** Written by WRAY,KIM D @ 05 Aug 2013 0917 EDT
**Vaccinations**
    • Received dose of vaccines: Vaccines/Immunizations recorded in Immunization Record of CHCS II includes details of
vaccines given location dosage and adverse events
**Therapy**
    • Risks, benefits, and limitations discussed and understood Hard copy of signed document and statement of understanding
filed in paper Outpatient Record.
**Practice Management**
    Patient information sheet: Given to _x_Patient___Parent___Guardian on Vaccination Information Statement(s)

**A/P** Last Updated by WRAY,KIM D @ 05 Aug 2013 0931 EDT
**1. Vaccines Prophylactic Need Against Bacterial Diseases**
    Procedure(s):              -Meningococcal Oligosaccharide Diphtheria Toxoid Conjugate Vaccine x 1 - Meningococcal A,C,Y,W-
                  135 Diphtheria Conj; Series #: 1; .5 mL; IM; Right Arm; Mfg: Sanofi Pasteur; Lot: U4575BA; VIS given
                  (Ver: 10/14/11).
                  -Immunization Administration One Vaccine x 1

**Disposition** Last Updated by WRAY,KIM D @ 05 Aug 2013 0931 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  WRAY, KIM D** (LPN, Kimbrough Ambulatory Care Center, Ft Meade, MD) @ 05 Aug 2013 0932

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.              **Page 979**

AR 1024

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *10 Apr 2013 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O*

Encounter ID:     BETH-13259945     Primary Dx:        Visit for: military services physical

Patient: **MERWIN, DANIEL DENNIS**        Date: **10 Apr 2013 1130 EDT**        Appt Type: **WELL**
Treatment Facility: **KIMBROUGH**         Clinic: **AMHM01BBLUEKI**             Provider: UDE,ASSUMPTA O
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

AutoCites Refreshed by OLAWUMI,OMOWUMI D @ 09 Apr 2013 1620 EDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | •No family history of malignant neoplasm | •OTHER: Unknown (SEE MED RECORD) |
| •Visit for: ears/hearing exam | of the large intestine (General FHx) | |
| •Abdominal pain | •No family history of malignant neoplasm | |
| •Conditions influencing health status | of the gastrointestinal tract (General | |
| •Asthma | FHx) | |
| •Postsurgical state of eye and adnexa | •No family history of chronic liver disease | |
| •Dyspnea | (General FHx) | |
| •Skin neoplasm of uncertain behavior | •Family medical history (General FHx) | |
| •Removal of sutures | | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Visit for: administrative purposes | | |
| •Inquiry and counseling about | | |
| contraceptive practices | | |
| **Acute:** | | |
| •Visit for: follow-up exam | | |
| •Visit for: screening for pulmonary | | |
| tuberculosis | | |
| •Need for DTP and TAB vaccination | | |
| •Need for typhoid vaccination | | |

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**
navy pha
**Appointment Comments:**
rks 8506028501

Screening Written by OLAWUMI,OMOWUMI D @ 09 Apr 2013 1620 EDT
**Reason For Appointment:** navy pha

Allergen information verified by OLAWUMI, OMOWUMI D @ 09 Apr 2013 1620 EDT

**Vitals**
Vitals Written by OLAWUMI,OMOWUMI D @ 10 Apr 2013 1131 EDT
BP: 110/72 Left Arm,  Adult Cuff,    HR: 77 Regular,  Radial Artery,    RR: 16,    T: 98.7 °F Oral,    HT: 69 in Stated,
WT: 153.4 lbs Upright Scale,  Actual,  With Shoes,    $SpO_2$: 98%,    BMI: 22.65,    BSA: 1.845 square meters,
Tobacco Use: No,    Alcohol Use: Yes,    Pain Scale: 0 Pain Free

SO Note Written by UDE,ASSUMPTA O @ 10 Apr 2013 1413 EDT
**Chief complaint**
The Chief Complaint is: NAVY PHA.
**History of present illness**
    The Patient is a 28 year old male.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 980**

AR 1025

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

A PHA has been completed in past year.  Date: 10 APR 2013.

<<Note accomplished in TSWF-CORE>> PRESENTS FOR ANNUAL PHA, NO HEALTH CONCERNS TODAY, FLAKINESS OF SCALP AND SOLE OF FEET, NON ITCHY BUT COMES AND GOES , HE HAS TRIED ANTIFANGAL TOPICAL WITH NO IMPROVEMNT

.

    In the Navy and currently on active duty.  Visit is not deployment-related.
    Good general overall feeling.
    Skin lesion:

 Pain Severity  0 / 10.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history Asthma
    Dyspnea
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 18 JAN 2013
What is your preferred method of learning?    [ X ] Verbal  [X ] Written  [ X ] Visual  [  ] Other (Specify:
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No  Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [  ] No
Contact info:
PCM:
**Review of systems**
**Systemic:** No systemic symptoms, no fever, no chills, and no recent weight loss.
**Head:** No head symptoms and no headache.
**Neck:** No neck symptoms.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms, no earache, no nasal discharge, no nasal passage blockage, and no sore throat.
**Breasts:** No breast symptoms.
**Cardiovascular:** No cardiovascular symptoms and no chest pain or discomfort.
**Pulmonary:** No pulmonary symptoms, no dyspnea, and no cough.
**Gastrointestinal:** No gastrointestinal symptoms, no nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no
    diarrhea, and no constipation.
**Genitourinary:** No genitourinary symptoms, no change in urinary frequency, and no feelings of urinary urgency.  No dysuria.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No hematologic symptoms.
**Musculoskeletal:** No musculoskeletal symptoms and no back pain.
**Neurological:** No neurological symptoms and no lightheadedness.
**Psychological:** No psychological symptoms.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
    Appearance: ° Of the neck was normal.

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 981**

AR 1026

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Palpation: ° No tenderness of the neck.
Thyroid: ° Showed no abnormalities.
**Eyes:**
General/bilateral:
Pupils: ° PERRL.
Sclera: ° Normal.
**Ears:**
General/bilateral:
Outer Ear: ° Normal.
Right Ear:
Tympanic Membrane: ° No bulging tympanic membrane.
Left Ear:
Tympanic Membrane: ° No bulging tympanic membrane.
**Nose:**
General/bilateral:
Cavity: ° Nasal mucosa normal.
Sinus Tenderness: ° No sinus tenderness.
**Pharynx:**
Oropharynx: ° Normal.
**Lymph Nodes:**
° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes
were not enlarged.
**Breasts:**
General/bilateral:
° Appearance of the breast was normal.  ° Palpation of the breast revealed no abnormalities.
**Lungs:**
° Respiration rhythm and depth was normal.  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.
° No rales/crackles were heard.
**Cardiovascular:**
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° Normal S1 and S2.  ° No S3 heard.
Murmurs: ° No murmurs were heard.
Edema: ° Not present.
**Abdomen:**
Visual Inspection: ° Abdomen was not distended.
Auscultation: ° Bowel sounds were not diminished or absent.
Palpation: ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
Liver: ° Normal to palpation.
Spleen: ° Normal to palpation.
**Musculoskeletal System:**
General/bilateral: ° Normal movement of all extremities.
Other:
General/bilateral: ° No muscle tenderness.
**Neurological:**
Sensation: ° No sensory exam abnormalities were noted.  ° Monofilament wire test of the foot did not show decreased
sensation.
Motor: ° Strength was normal.
Coordination / Cerebellum: ° No coordination/cerebellum abnormalities were noted.
Balance: ° Normal.
Gait And Stance: ° Normal.
Reflexes: ° Deep tendon reflexes were normal.
**Psychiatric:**
Mood: ° Euthymic.
Affect: ° Normal.
**Skin:**
• Skin: MILD SCALY REDNESS, SOLE OF FEET AND ONE SPOT ON THE SCALP,  • Lesions.  ° Showed no ecchymosis.
° Temperature was normal.
**Practice Management**
Preventive medicine services
Lipid Screening - 19 MAR 2013
Blood Sugar Screening -
Aspirin Prophylaxis -
HIV Screen - 19 MAR 2013.
Colonoscopy -

Tetanus (Td/Tdap) - 08 NOV 2005
Influenza  -
Zoster -

AR 1027

**Medical Record**

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017

Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -
_____

Patient exercises for at least 30 minutes a day.

**Lab Result** Cited by UDE,ASSUMPTA O @ 10 Apr 2013 1213 EDT

| Lipid Panel | Site/Specimen | 22 Feb 2012 1006 <o> |
|---|---|---|
| Cholesterol | PLASMA | 207 (H) <i> |
| HDL Cholesterol | PLASMA | 60 <i> |
| Triglyceride | PLASMA | 183 (H) <i> |
| LDL Cholesterol | PLASMA | 110 (H) <i> |

**Lab Result** Cited by UDE,ASSUMPTA O @ 10 Apr 2013 1209 EDT

| Basic Metabolic Panel | Site/Specimen | 12 Oct 2012 0434 |
|---|---|---|
| Urea Nitrogen | SERUM | 5 (L) |
| Carbon Dioxide | SERUM | 27 |
| Chloride | SERUM | 107 |
| Creatinine | SERUM | 0.80 |
| Glucose | SERUM | 113 (H) |
| Potassium | SERUM | 4.0 |
| Sodium | SERUM | 141 |
| Calcium | SERUM | 9.2 |
| Anion Gap | SERUM | 8 |
| GFR | SERUM | >60 <i> |

**Lab Result** Cited by UDE,ASSUMPTA O @ 10 Apr 2013 1208 EDT

| Lipid Panel | Site/Specimen | 19 Mar 2013 1107 |
|---|---|---|
| Cholesterol | SERUM | 209 (H) <i> |
| Triglyceride | SERUM | 265 (H) <i> |
| HDL Cholesterol | SERUM | 63.0 (H) |
| LDL Cholesterol | SERUM | 93 <i> |
| VLDL Cholesterol | SERUM | 53 (H) |
| Cholesterol/HDL Cholesterol | SERUM | 3.32 |

**A/P** Written by UDE,ASSUMPTA O @ 10 Apr 2013 1223 EDT
**1. visit for: military services physical***(PERIODIC PREVENTION EXAMINATION)*: I have reviewed all formatted and free text responses on the DD Form 2766. A review of age and gender appropriate preventive medicine task force items were discussed with SM. Included are cancer screening/prevention, CAD, and injury prevention . IN order to  reduce TRIGLYCERIDE AND FBS in prediabetes, It was recommended to exercise 160 minutes per week at 80% of the Max heart rate minimum, this does not count warm up and cool down.

**2. ANOMALIES OF SKIN:** REFERRAL TO DERM
        Consult(s):              -Referred To: DERMATOLOGY MTF KI (Routine) Specialty: DERMATOLOGY Clinic: DERMATOLO CL
                            KI Primary Diagnosis: visit for: military services physical
**3. IMPAIRED FASTING GLUCOSE:** PER 10/12, SIG FAM HX OF T2DM, A1C AND FBG RECHECK
        Laboratory(ies):        -BASIC METABOLIC PANEL (Routine); HEMOGLOBIN A1C (Routine)
**4. ESSENTIAL HYPERTRIGLYCERIDEMIA**

**Disposition** Written by UDE,ASSUMPTA O @ 10 Apr 2013 1416 EDT
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: MED REC NOT INDICATED
**Administrative Options:** Consultation requested

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

---

**Signed By UDE, ASSUMPTA O** (NP, KIMBROUGH AMBULATORY CARE CENTER,FT MEADE, MD) @ 10 Apr 2013 1416

---

**CHANGE HISTORY**
*The following SO Note Was Overwritten by UDE,ASSUMPTA O @ 10 Apr 2013 1214 EDT:*
SO Note Written by OLAWUMI,OMOWUMI D @ 10 Apr 2013 1134 EDT
**Chief complaint**
The Chief Complaint is: NAVY PHA.
**History of present illness**
    The Patient is a 28 year old male.
A PHA has been completed in past year. Date: 10 APR 2013.
    In the Navy and currently on active duty. Visit is not deployment-related.
    Good general overall feeling.


 Pain Severity  0 / 10.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history Asthma
    Dyspnea
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease


**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 18 JAN 2013
What is your preferred method of learning?    [ X ] Verbal   [ X ] Written   [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes   [ X ] No   Specify:
Advance directives completed?    [ ] Yes   [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes   [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes   [X ] No
Are you enrolled in EFMP?    [ ] Yes   [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes   [ ] No
Contact info:
PCM:
**Practice Management**
    Preventive medicine services
    Lipid Screening - 19 MAR 2013
    Blood Sugar Screening -
    Aspirin Prophylaxis -
    HIV Screen - 19 MAR 2013.
    Colonoscopy -

    Tetanus (Td/Tdap) - 08 NOV 2005
    Influenza -
    Zoster -
    Pneumococcal -
    HPV -

    Men:
    Aortic Aneurysm Screen -

Patient exercises for at least 30 minutes a day.

---

| Anderson, Daniel Dennis | DOB: ▓▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 984**

AR 1029

**Medical Record**

Anderson, Daniel Dennis     DOB: ▮ 1985  SSN: ***-**-▮     DoD ID: 1286180538     Created: 30 Oct 2017

*21 Mar 2013 at WRNMMC, Immunization Kimbrough by AHLTA SYSTEM*
*ADMINISTRATOR*

Encounter ID:     BETH-13070095     Primary Dx:     Visit for: follow-up exam

Patient: **MERWIN, DANIEL DENNIS**          Date: **21 Mar 2013 0914 EDT**          Appt Type: **PROC**
Treatment Facility: **KIMBROUGH**          Clinic: **IMMUNIZATION KI**          Provider: **MASON,HAZEL J**
**AMBULATORY CARE CENTER**
Patient Status: **Inpatient**          Inpatient Location: **ABAA**

**AutoCites** Refreshed by MASON,HAZEL J @ 21 Mar 2013 1042 EDT
**Problems**                                                                                      **Allergies**
**Chronic:**                                                                                       •OTHER: Unknown (SEE MED RECORD)
•Visit for: ears/hearing exam
•Abdominal pain
•Conditions influencing health status
•Asthma
•Postsurgical state of eye and adnexa
•Dyspnea
•Skin neoplasm of uncertain behavior
•Removal of sutures
•Extrinsic asthma
•Rosacea
•Lattice peripheral retinal degeneration
•Myopia
•Allergic rhinitis
•Visit for: occupational health/fitness exam
•Parent education about immunizations
•Visit for: military services physical
•Exposure to venereal disease
•Visit for: administrative purposes
•Inquiry and counseling about
   contraceptive practices
**Acute:**
•Visit for: screening for pulmonary
   tuberculosis
•Need for DTP and TAB vaccination
•Need for typhoid vaccination

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**Written by RYAN,LINDSEY O @ 21 Mar 2013 0914 EDT
ppd check

**A/P** Written by MASON,HAZEL J @ 21 Mar 2013 1157 EDT
**1. visit for: follow-up exam**: PPD  check today, noted to be negative  0mm, reinforce to  patient on the negative  reaction versus
the positive, verbalize understanding

**Disposition** Written by MASON,HAZEL J @ 21 Mar 2013 1201 EDT
**Continued Stay**
**Follow up:** as needed with PCM. - Comments: PPD  check today, noted to be negative  0mm, reinforce to  patient on the negative
reaction versus the positive, verbalize understanding
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  MASON, HAZEL J** (LPN, NNMC Bethesda, MD) @ 21 Mar 2013 1201

Anderson, Daniel Dennis     DOB: ▮ 1985  SSN: ***-**-▮     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 985**

**Medical Record**

Anderson, Daniel Dennis        DOB: ▮▮ 1985  SSN: ***-**-▮▮     DoD ID: 1286180538        Created: 30 Oct 2017

*19 Mar 2013 at WRNMMC, Hearing Conservation Kimbrough by AHLTA SYSTEM*
*ADMINISTRATOR*

Encounter ID:     BETH-13045263     Primary Dx:     Visit for: occupational health / fitness exam

Patient: **MERWIN, DANIEL DENNIS**        Date: **19 Mar 2013 1225 EDT**        Appt Type: **SPEC**
Treatment Facility: **KIMBROUGH**        Clinic: **HEARING CONS KI**        Provider: **PERRY, CHARLES**
**AMBULATORY CARE CENTER**
Patient Status: **Inpatient**        Inpatient Location: **ABAA**

AutoCites Refreshed by PERRY,CHARLES @ 19 Mar 2013 1357 EDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | •No family history of malignant neoplasm | •OTHER: Unknown (SEE MED RECORD) |
| •Abdominal pain | of the large intestine (General FHx) | |
| •Conditions influencing health status | •No family history of malignant neoplasm | |
| •Asthma | of the gastrointestinal tract (General | |
| •Postsurgical state of eye and adnexa | FHx) | |
| •Dyspnea | •No family history of chronic liver disease | |
| •Skin neoplasm of uncertain behavior | (General FHx) | |
| •Removal of sutures | •Family medical history (General FHx) | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Inquiry and counseling about | | |
| contraceptive practices | | |
| •Visit for: administrative purposes | | |
| **Acute:** | | |
| •Visit for: screening for pulmonary | | |
| tuberculosis | | |
| •Need for DTP and TAB vaccination | | |
| •Need for typhoid vaccination | | |

**Active Medications**
No Active Medications Found.

**Reason for Appointment:** Written by PERRY,CHARLES @ 19 Mar 2013 1225 EDT
ANNAUL HEARING EXAM

**SO Note** Written by PERRY,CHARLES @ 19 Mar 2013 1357 EDT
**Reason for Visit**
      Visit for: occupational health/fitness exam
      [  ] New Hire
      [  ] Periodic Medical Survelliance
      [ X ] Military hearing
      [  ] Deployment
      Following tests were ordered:
      [ X ] Audio exam
      [  ] DD 2215
      [ X ] DD 2216
      [  ] 4700
      [  ] Termination


      Results:
      [ X ] No STS noted
      [  ] STS noted. Scheduled for a follow-up exam.
      [  ] Referred to audiologist.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 986**

AR 1031

**Medical Record**

Anderson, Daniel Dennis     DOB: █████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

[  ] New Hire
[  ] Periodic Medical Survelliance
[ X ] Military hearing
[  ] Deployment
[  ] Post Deployment
Results:
[ X ] No STS noted
[  ]STS noted. Scheduled for a follow-up exam- #1 [  ]; #2 [  ]
[  ]Referred to audiologist
[  ] Ear wax noted. Moderate amount of wax does not preclude testing. Patient advised to     talk with his
physician/pharmacist about cleaning of ear/s.

To continue annual job related medical surveillance.

DISCUSSED THE FOLLOWING:
[ X ] Counseled on symptoms of occupational illnesses, wearing of protective equipment     and need for medical
surveillance.
[X  ] Discussed effects of noise on hearing; hearing protection - its purpose, advantages,     and disadvantages; various
types of ear protection, sizes, uses, and care, testing and     today's testing results, and hearing conservation.
[ X ] Employee verbalized understanding of above counseling.

A/P Written by PERRY,CHARLES @ 19 Mar 2013 1358 EDT
**1. visit for: occupational health / fitness exam***(PERIODIC PREVENTION EXAMINATION)*
**2. visit for: ears / hearing exam***(OTHER EXAMINATION OF EARS AND HEARING, OTOSCOPIC EXAM DONE)*
         Procedure(s):          -Threshold Audiogram (Pure Tone) x 1

**Disposition** Written by PERRY,CHARLES @ 19 Mar 2013 1358 EDT
**Continued Stay**

**Signed By  PERRY, CHARLES** (Physician/Workstation) @ 19 Mar 2013 1358

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page 987**

AR 1032

**Medical Record**

Anderson, Daniel Dennis      DOB:████ 1985  SSN: ***-**-████   DoD ID: 1286180538      Created: 30 Oct 2017

*19 Mar 2013 at WRNMMC, Immunization Kimbrough by AHLTA SYSTEM ADMINISTRATOR*

Encounter ID:      BETH-13039226      Primary Dx:        Need For Vaccination Typhoid

Patient: **MERWIN, DANIEL DENNIS**        Date: **19 Mar 2013 0852 EDT**
Treatment Facility: **KIMBROUGH**         Clinic: **IMMUNIZATION KI**
**AMBULATORY CARE CENTER**
Patient Status: **Inpatient**            Inpatient Location: **ABAA**

Appt Type: **PROC**
Provider: **WRAY,KIM D**

<u>AutoCites</u> Refreshed by WRAY,KIM D @ 19 Mar 2013 0853 EDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | •No family history of malignant neoplasm | •OTHER: Unknown (SEE MED RECORD) |
| •Abdominal pain | of the large intestine (General FHx) | |
| •Conditions influencing health status | •No family history of malignant neoplasm | |
| •Asthma | of the gastrointestinal tract (General | |
| •Postsurgical state of eye and adnexa | FHx) | |
| •Dyspnea | •No family history of chronic liver disease | |
| •Skin neoplasm of uncertain behavior | (General FHx) | |
| •Removal of sutures | •Family medical history (General FHx) | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Inquiry and counseling about | | |
| contraceptive practices | | |
| •Visit for: administrative purposes | | |

**Procedures**
•CASE MANAGEMENT, EACH 15
  MINUTES (12 Oct 2012)
•COORDINATED CARE FEE,
  MAINTENANCE RATE (12 Oct 2012)
•Scanning Computerized Ophthalmic
  Diagnostic Imaging Anterior Segment,
  Unilateral (29 Mar 2011)
•Pulmonary Function Carbon Monoxide
  Diffusion % (DLCO) (24 Mar 2011)

**Active Medications**
No Active Medications Found.

<u>Reason for Appointment:</u>Written by WRAY,KIM D @ 19 Mar 2013 0852 EDT
imm update

<u>Questionnaire AutoCites</u> Refreshed by WRAY,KIM D @ 19 Mar 2013 0853 EDT
**Questionnaires**

<u>SO Note</u> Written by WRAY,KIM D @ 19 Mar 2013 0855 EDT
**Vaccinations**
    • Received dose of vaccines: Vaccines/Immunizations recorded in Immunization Record of CHCS II includes details of
vaccines given location dosage and adverse events
**Therapy**
    • Risks, benefits, and limitations discussed and understood Hard copy of signed document and statement of understanding
filed in paper Outpatient Record.
**Practice Management**
    Patient information sheet: Given to _x_Patient___Parent___Guardian on Vaccination Information Statement(s)

Anderson, Daniel Dennis      DOB:████ 1985  SSN: ***-**-████   DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page 988**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

A/P Last Updated by WRAY,KIM D @ 19 Mar 2013 0856 EDT
**1. Need For Vaccination Typhoid**
    Procedure(s):    -Typhoid Vaccine Vi Capsular Polysaccharide, For Intramus Use x 1 - Typhoid, ViCPs; Series #: 1; .5
        mL; IM; Right Arm; Mfg: Sanofi Pasteur; Lot: H1481; VIS given (Ver: 05/29/12).
        -Immunization Administration One Vaccine x 1
**2. Need For Vaccination DTP + TAB**
    Procedure(s):    -Tdap Vaccine x 1 - Tdap; Series #: 1; .5 mL; IM; Left Arm; Mfg: Sanofi Pasteur; Lot: U4422AA; VIS
        given (Ver: 01/24/12).
        -Immunization Administration Each Additional Vaccine x 1
**3. visit for: screening exam pulmonary tuberculosis**
    Procedure(s):    -Skin Test Anergy Tuberculin Intradermal x 1 - IPPD; Series #: 1; .1 mL; ID; Left Arm; Mfg: Other; Lot:
        293239; VIS given.

**Disposition** Last Updated by WRAY,KIM D @ 19 Mar 2013 0856 EDT
**Continued Stay**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  WRAY, KIM D** (LPN, Kimbrough Ambulatory Care Center, Ft Meade, MD) @ 19 Mar 2013 0908

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 989**

AR 1034

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *28 Jan 2013 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O*

| Encounter ID: | BETH-12473998 | Primary Dx: | Visit for: screening exam STD |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **KIMBROUGH AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

Date: **28 Jan 2013 1020 EST**
Clinic: **FAM PRACTICE KI**

Appt Type: **ROUT**
Provider: UDE,ASSUMPTA O

<u>AutoCites</u> Refreshed by OLAWUMI,OMOWUMI D @ 23 Jan 2013 0904 EST

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | •No family history of malignant neoplasm of the large intestine (General FHx) | •OTHER: Unknown (SEE MED RECORD) |
| •Abdominal pain | •No family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| •Conditions influencing health status | | |
| •Asthma | | |
| •Postsurgical state of eye and adnexa | •No family history of chronic liver disease (General FHx) | |
| •Dyspnea | | |
| •Skin neoplasm of uncertain behavior | •Family medical history (General FHx) | |
| •Removal of sutures | | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Inquiry and counseling about contraceptive practices | | |
| •Visit for: administrative purposes | | |

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**
Ude  Personal
**Appointment Comments:**
agm/kacc

<u>Screening</u> Written by OLAWUMI,OMOWUMI D @ 23 Jan 2013 0905 EST
**Reason For Appointment:** Ude  Personal

Allergen information verified by OLAWUMI, OMOWUMI D @ 23 Jan 2013 0905 EST

**Vitals**
<u>Vitals</u> Written by OLAWUMI,OMOWUMI D @ 28 Jan 2013 1019 EST
BP: 124/72 Right Arm,  Adult Cuff,   HR: 73 Radial Artery,   RR: 18,   T: 97.3 °F Oral,   HT: 69 in Stated,
WT: 156.4 lbs Upright Scale,  Actual,  With Shoes,   SpO$_2$: 97%,   BMI: 23.1,   BSA: 1.861 square meters,
Tobacco Use: No,   Alcohol Use: Yes,   Pain Scale: 0 Pain Free

<u>SO Note</u> Written by UDE,ASSUMPTA O @ 28 Jan 2013 1049 EST
**Chief complaint**
The Chief Complaint is: STD SCREENING.
**History of present illness**
    The Patient is a 27 year old male.

<<Note accomplished in TSWF-CORE>> PRESENTS FOR STD SCREENING, POSSIBLE EXPOSURE TO HERPES, 15 PARTNERS IN PAST 1 YR

    Currently on active duty.  Visit is not deployment-related.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.  **Page 990**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

General overall feeling - Very Good.

Pain Severity  0 / 10.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history Asthma
      Dyspnea
      Skin neoplasm of uncertain behavior
      Rosacea
      Lattice peripheral retinal degeneration
      Myopia
      Allergic rhinitis
      Exposure to venereal disease
         .
**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 18 JAN 2013
What is your preferred method of learning?    [ X ] Verbal  [X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No  Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [ ] No
Contact info:
PCM:
**Review of systems**
**Systemic:** No generalized pain and not feeling tired (fatigue).  No fever, no chills, no night sweats, no recent weight loss, and no
      recent weight gain.
**Head:** No headache.
**Neck:** No neck pain and no swollen glands in the neck.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage, and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea, no cough, and no wheezing.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No hematuria, no change in urinary frequency, and no feelings of urinary urgency.  No urinary loss of control, no
      dysuria, and no pain in the flank.  No abnormal urethral discharge.
**Endocrine:** No inadequacy of penile erection.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Skin:** No skin lesions and no rash.
**Physical findings**
**Vital Signs:**
      • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
      ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Abdomen:**
      Visual Inspection: ° Abdomen was not distended.
      Auscultation: • Bowel sounds were diminished or absent.
      Palpation: ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
      Liver: ° Normal to palpation.
      Spleen: ° Normal to palpation.
**Psychiatric:**
      Mood: ° Euthymic.
      Affect: ° Normal.
**Skin:**
      ° Showed no ecchymosis.  ° Temperature was normal.  ° No skin lesions.
**Practice Management**
      Preventive medicine services

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 991**

AR 1036

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

Lipid Screening - 22 FEB 2012.
Blood Sugar Screening -
Aspirin Prophylaxis -
HIV Screen - 22 FEB 2012.
Colonoscopy -

Tetanus (Td/Tdap) - 08 NOV 2005
Influenza  -
Zoster -
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -

Patient exercises for at least 30 minutes a day.

**Lab Result** Cited by UDE,ASSUMPTA O @ 28 Jan 2013 1037 EST

| **HIV-1/O/2 Ab** | **Site/Specimen** | **22 Feb 2012 1006** |
|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <o> |

**A/P** Written by UDE,ASSUMPTA O @ 28 Jan 2013 1049 EST
**1. visit for: screening exam venereal disease**
        Laboratory(ies):        -HIV-1/O/2 (Routine); URINALYSIS PANEL (Routine); RAPID PLASMA REAGIN (Routine);
                        GC/CHLAMYDIA NAAT (Routine); HERPES SIMPLEX VIRUS IGG 1+2 (Routine)
**2. Anticipatory Guidance: Unsafe Sexual Practices**: MULTIPLE SEX PARTNERS IN 1 YR, INC RISK FOR STD, 100PERCENT
USE OF CONDOM ADVISED

**Disposition** Written by UDE,ASSUMPTA O @ 28 Jan 2013 1104 EST
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: MED REC NOT INDICATED

**Signed By UDE, ASSUMPTA O** (NP, KIMBROUGH AMBULATORY CARE CENTER,FT MEADE, MD) @ 28 Jan 2013 1104

CHANGE HISTORY
*The following SO Note Was Overwritten by UDE,ASSUMPTA O @ 28 Jan 2013 1034 EST:*
SO Note Written by OLAWUMI,OMOWUMI D @ 28 Jan 2013 1026 EST
**Chief complaint**
The Chief Complaint is: STD SCREENING.
**History of present illness**
        The Patient is a 27 year old male.
        He reported: Currently on active duty.  Visit is not deployment-related.
        General overall feeling - Very Good.

 Pain Severity  0 / 10.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history Asthma
        Dyspnea
        Skin neoplasm of uncertain behavior
        Rosacea
        Lattice peripheral retinal degeneration
        Myopia
        Allergic rhinitis
        Exposure to venereal disease

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 992**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

ANNUAL SCREENING DATE:  18 JAN 2013
What is your preferred method of learning?    [ X ] Verbal  [X ] Written   [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No  Specify:
Advance directives completed?    [ ] Yes   [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [ ] No
Contact info:
PCM:
**Practice Management**
　　Preventive medicine services
　　Lipid Screening - 22 FEB 2012.
　　Blood Sugar Screening -
　　Aspirin Prophylaxis -
　　HIV Screen - 22 FEB 2012.
　　Colonoscopy -

　　Tetanus (Td/Tdap) - 08 NOV 2005
　　Influenza -
　　Zoster -
　　Pneumococcal -
　　HPV -

　　Men:
　　Aortic Aneurysm Screen -
　　─────────────────

Patient exercises for at least 30 minutes a day.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 993**

AR 1038

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*30 Nov 2012 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O*

Encounter ID:    BETH-11987536    Primary Dx:    FOLLICULITIS

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **KIMBROUGH AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

Date: **30 Nov 2012 0840 EST**
Clinic: **FAM PRACTICE KI**

Appt Type: **ACUT**
Provider: **UDE,ASSUMPTA O**

AutoCites Refreshed by OLAWUMI,OMOWUMI D @ 29 Nov 2012 1403 EST

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | •No family history of malignant neoplasm of the large intestine (General FHx) | •OTHER: Unknown (SEE MED RECORD) |
| •Abdominal pain | •No family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| •Conditions influencing health status | | |
| •Asthma | | |
| •Postsurgical state of eye and adnexa | •No family history of chronic liver disease (General FHx) | |
| •Dyspnea | | |
| •Skin neoplasm of uncertain behavior | •Family medical history (General FHx) | |
| •Removal of sutures | | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Inquiry and counseling about contraceptive practices | | |
| •Visit for: administrative purposes | | |
| **Acute:** | | |
| •Need for prophylactic measure | | |

**Active Medications**

| Active Medications | Status | | Sig | Refills Left | Last Filled |
|---|---|---|---|---|---|
| Enoxaparin Sodium 40mg, Solution, Injection | New | Q DAY | | NR | Not Recorded |
| Acetaminophen 10mg/mL Solution, Intravenous | New | PRNQ6H | | NR | Not Recorded |
| Hydromorphone 1mg/mL, Syringe, Intravenous | New | PRNQ2H | | NR | Not Recorded |
| Ondansetron 2mg/mL, Syringe, Intravenous | New | PRNQ4H | | NR | Not Recorded |

**Reason for Appointment:**
UDE: ACNE
**Appointment Comments:**
TCB

Screening Written by OLAWUMI,OMOWUMI D @ 29 Nov 2012 1353 EST
**Reason For Appointment:** UDE: ACNE

Allergen information verified by OLAWUMI, OMOWUMI D @ 29 Nov 2012 1353 EST

**Vitals**
Vitals Written by OLAWUMI,OMOWUMI D @ 30 Nov 2012 0830 EST
BP: 120/76 Left Arm,  Adult Cuff,   HR: 66 Radial Artery,   RR: 18,   T: 97.5 °F Oral,   HT: 69 in Stated,   WT: 145 lbs Stated,
SpO2: 100%,   BMI: 21.41,   BSA: 1.802 square meters,   Tobacco Use: No,   Alcohol Use: Yes,
Pain Scale: 0 Pain Free

SO Note Written by UDE,ASSUMPTA O @ 30 Nov 2012 0845 EST
**Chief complaint**
The Chief Complaint is: RASH.
**History of present illness**
     The Patient is a 27 year old male.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-** | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page 994**

AR 1039

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

<<Note accomplished in TSWF-CORE>> ACTIVE DUTY PRESENTS FOR 2 WEEKS OF INFLAMED PUSTULAR FLUCTUANT RASHES ALONG THE BEARD THAT POPS OUT WITH HAIR FOLLICULES AND PUSSY DRAINAGE, HE SHAVES WITH SHAVING CREAM AND BLADE, NO OTHER AREA OF SKIN AFFECTED.

Currently on active duty.  Visit is not deployment-related.
Good general overall feeling.
Rash:

Pain Severity   0 / 10.
PHQ-2 Depression Screen Negative.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
**Reported:**
Medical: Reported medical history

Asthma
Dyspnea
Skin neoplasm of uncertain behavior
Rosacea
Lattice peripheral retinal degeneration
Myopia
Allergic rhinitis
Exposure to venereal disease

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 11/29/2012
What is your preferred method of learning?   [ X ] Verbal  [X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ X ] No   Specify:
Advance directives completed?   [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?   [ ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ X ] No
Are you enrolled in EFMP?   [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?   [X ] Yes  [ ] No
Contact info:
PCM:
**Review of systems**
**Systemic:** No generalized pain and not feeling tired (fatigue).  No fever, no chills, no night sweats, and no recent weight gain.
**Endocrine:** No flushing.
**Skin:** No pruritus.  No skin lesions.
**Physical findings**
**Vital Signs:**
• Temperature: Reviewed. • RR: Reviewed. • PR: Reviewed. • Blood pressure: Reviewed.
**General Appearance:**
° Well developed. ° Well nourished. ° In no acute distress.
**Musculoskeletal System:**
Other:
General/bilateral: • Muscle tenderness.
**Skin:**
• Skin: TENDER INFLAMED BUMP AND MULTIPLE OPEN SCARS FROM OLD PUSTULAR RASH ALONG THE BEARD.
• Showed ecchymosis. • Lesions. ° Temperature was normal.
**Practice Management**
Preventive medicine services
Lipid Screening - 22 FEB 2012.
Blood Sugar Screening -
Aspirin Prophylaxis -
HIV Screen - 22 FEB 2012.
Colonoscopy -

Tetanus (Td/Tdap) - 08 NOV 2005

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 995**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▇ 1985 SSN: ***-**-▇    DoD ID: 1286180538    Created: 30 Oct 2017

Influenza -
Zoster –
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -

Patient exercises for at least 30 minutes a day.

**A/P** Written by UDE,ASSUMPTA O @ 30 Nov 2012 1434 EST
**1. FOLLICULITIS:** Afebrile, PUSTULAR PER SELF REPORT, on exam non pustular nodular  tender lesion- TOPICAL AND ORAL
ANTIBIOTIC
　　　　　　Medication(s):　　　　-SKIN CLEANSING LOTION--TOP LOTN - USE INSTEAD OF SOAP UD #1 RF0 Qt: 1 Rf: 0
　　　　　　　　　　　　　　　-CLINDAMYCIN--TOP 1% GEL - APPLY TO RASH AREA ALONG THE BEARD BID X 7DAYS #1 RF0
　　　　　　　　　　　　　　　Qt: 1 Rf: 0
　　　　　　　　　　　　　　　-TRIMETHOPRIM/SULFAM--PO 160/800MG TAB - 1 TAB PO BID #20 RF0 Qt: 20 Rf: 0

**Disposition** Written by UDE,ASSUMPTA O @ 30 Nov 2012 1434 EST
**Released w/o Limitations**
**Follow up:**  with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: MED REC DONE AND LIST GIVEN TO PT

**Signed By  UDE, ASSUMPTA O** (NP, KIMBROUGH AMBULATORY CARE CENTER,FT MEADE, MD) @ 30 Nov 2012 1434

**CHANGE HISTORY**
*The following SO Note was Overwritten by UDE,ASSUMPTA O @ 30 Nov 2012 0848 EST:*
SO Note Written by OLAWUMI,OMOWUMI D @ 30 Nov 2012 0837 EST
**Chief complaint**
The Chief Complaint is: RASH/ ACNE.
**History of present illness**
　　　　The Patient is a 27 year old male.
　　　　He reported: Currently on active duty.  Visit is not deployment-related.
　　　　Good general overall feeling.

　Pain Severity  0 / 10.
PHQ-2 Depression Screen Negative.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
Reported:
　　　　Medical: Reported medical history

　　　　Asthma
　　　　Dyspnea
　　　　Skin neoplasm of uncertain behavior
　　　　Rosacea
　　　　Lattice peripheral retinal degeneration
　　　　Myopia
　　　　Allergic rhinitis
　　　　Exposure to venereal disease

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 11/29/2012
What is your preferred method of learning?　[ X ] Verbal　[X ] Written　[ X ] Visual　[ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?　[ ] Yes　[X ] No　Specify:
Advance directives completed?　[ ] Yes　[ X ] No
Is a copy of the Advance directive in the record?　[ ] Yes　[X ] No
Do you have any cultural or religious beliefs that may affect your care?　[ ] Yes　[X ] No
Are you enrolled in EFMP?　[ ] Yes　[X ] No
Are you registered for Relay Health/Secure Messaging?　[X ] Yes　[ ] No
Contact Info:
PCM:
**Practice Management**
　　　　Preventive medicine services
　　　　Lipid Screening - 22 FEB 2012.
　　　　Blood Sugar Screening -
　　　　Aspirin Prophylaxis -
　　　　HIV Screen - 22 FEB 2012.

Anderson, Daniel Dennis    DOB: ▇ 1985 SSN: ***-**-▇    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.　　　**Page 996**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538     Created: 30 Oct 2017

Colonoscopy -

Tetanus (Td/Tdap) - 08 NOV 2005
Influenza -
Zoster -
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -

Patient exercises for at least 30 minutes a day.

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-██  DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 997**

AR 1042

**Medical Record**

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017

*05 Nov 2012 at WRNMMC, AMH M01B Blue Ki by DING, YIMING*

Encounter ID:    BETH-11743237    Primary Dx:    Need For Prophylactic Measure

Patient: **MERWIN, DANIEL DENNIS**    Date: **05 Nov 2012 0820 EST**    Appt Type: **EST**
Treatment Facility: **KIMBROUGH**    Clinic: **FAM PRACTICE Ki**    Provider: **DING,YIMING**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

AutoCites Refreshed by SPINKS,JEAN M @ 05 Nov 2012 0845 EST

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | •No family history of malignant neoplasm | •OTHER: Unknown (SEE MED RECORD) |
| •Abdominal pain | of the large intestine (General FHx) | |
| •Conditions influencing health status | •No family history of malignant neoplasm | |
| •Asthma | of the gastrointestinal tract (General | |
| •Postsurgical state of eye and adnexa | FHx) | |
| •Dyspnea | •No family history of chronic liver disease | |
| •Skin neoplasm of uncertain behavior | (General FHx) | |
| •Removal of sutures | •Family medical history (General FHx) | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Inquiry and counseling about | | |
| contraceptive practices | | |
| •Visit for: administrative purposes | | |
| **Acute:** | | |
| •Nonspecific abnormal imaging findings | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Enoxaparin Sodium 40mg, Solution, Injection | New | Q DAY | NR | Not Recorded |
| Acetaminophen 10mg/mL Solution, Intravenous | New | PRNQ6H | NR | Not Recorded |
| Hydromorphone 1mg/mL, Syringe, Intravenous | New | PRNQ2H | NR | Not Recorded |
| Ondansetron 2mg/mL, Syringe, Intravenous | New | PRNQ4H | NR | Not Recorded |

**Reason for Appointment:**
Ude  Discuss Vasectomy
**Appointment Comments:**
agm/kacc

Screening Written by SPINKS,JEAN M @ 05 Nov 2012 0838 EST
**Reason For Appointment:** Ude  Discuss Vasectomy

Allergen information verified by SPINKS, JEAN M @ 05 Nov 2012 0838 EST

**Vitals**
Vitals Written by SPINKS,JEAN M @ 05 Nov 2012 0842 EST
BP: 122/84 Right Arm, Adult Cuff,   HR: 65,   RR: 18,   T: 97.7 °F,   SpO2: 97%
Vitals Written by SPINKS,JEAN M @ 05 Nov 2012 0841 EST
HT: 69 in Stated,  Without Shoes,   WT: 152 lbs Upright Scale, Actual,  With Shoes,   BMI: 22.45,   BSA: 1.838 square
meters,   Tobacco Use: No,
Alcohol Use: Yes,   Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: 1 DRINK A DAY,   Pain Scale: 0 Pain Free

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 998**

**SO Note** Written by DING,YIMING @ 05 Nov 2012 1131 EST
**Chief complaint**
The Chief Complaint is: DISCUSS VASECTOMY.
**History of present illness**
     The Patient is a 27 year old male.

<<Note accomplished in TSWF-CORE>> 27 Y/O MALE IS HERE FOR REFERRAL. FOR VASECTOMY.


A PHA has been completed in past year. Date: FEB 2012.
     Medication list reviewed with patient, reconciliation completed.
     Currently on active duty. Visit is not deployment-related.
     Good general overall feeling.

Pain Severity 0 / 10.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Current medication**
NO CURRENT MEDS.
**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 11/05/2012
What is your preferred method of learning?   [ X ] Verbal   [X ] Written   [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes   [ X ] No   Specify:
Advance directives completed?   [ ] Yes   [ X ] No
Is a copy of the Advance directive in the record?   [ ] Yes   [X ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes   [X ] No
Are you enrolled in EFMP?   [ ] Yes   [X ] No
Are you registered for Relay Health/Secure Messaging?   [X ] Yes   [ ] No
Contact info:
PCM:
**Review of systems**
**Systemic:** No fever and no chills.
**Neck:** No neck pain and no swollen glands in the neck.
**Cardiovascular:** No palpitations.
**Pulmonary:** No paroxysmal nocturnal dyspnea, no orthopnea, and no wheezing.
**Gastrointestinal:** No nausea, no vomiting, and no abdominal pain.
**Musculoskeletal:** No limb swelling.
**Physical findings**
**Vital Signs:**
     • Temperature: Reviewed. • RR: Reviewed. • PR: Reviewed. • Blood pressure: Reviewed.
**General Appearance:**
     * Oriented to time, place, and person.
**Lungs:**
     ° Clear to auscultation.
**Cardiovascular:**
     Heart Rate And Rhythm: ° Normal.
**Abdomen:**
     Visual Inspection: * Abdomen was not distended.
     Auscultation: * Bowel sounds were not diminished or absent.
     Palpation: * No abdominal tenderness. ° No mass was palpated in the abdomen.
     Liver: * Normal to palpation.
     Spleen: ° Normal to palpation.
**Psychiatric:**
     Mood: ° Euthymic.
     Affect: ° Normal.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[4 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0 ] 0=1 to 2 or doesn't drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page 999**

AR 1044

How often did you have six or more drinks on one occasion in the past year?
[0 ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
AUDIT-C Score=  4      DATE ACCOMPLISHED: 11/05/2012
[ X ] Negative AUDIT-C
[   ] Positive AUDIT-C *        >>Provider Alerted<<
        [   ] Alcohol use exceeds maximum recommended limits
               Men > 14 drinks/week or >4 drinks/occasion
               Women > 7 drinks/week or >3 drinks/occasion
[   ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)

**Practice Management**
Patient exercises for at least 30 minutes a day.

**A/P** Written by DING, YIMING @ 05 Nov 2012 0853 EST
**1. Need For Prophylactic Measure**
        Consult(s):                    -Referred To: UROLOGY MTF KI (Routine) Specialty: UROLOGY Clinic: UROLOGY CL KI Primary
                                         Diagnosis: Need For Prophylactic Measure

**Disposition** Written by DING, YIMING @ 05 Nov 2012 1134 EST
**Released w/o Limitations**
Follow up: as needed with PCM and/or in the FAM PRACTICE KI clinic. - Comments: Med rec not indicated, Master Problem list reconciliation completed.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Signed By  DING, YIMING (MD, KACC) @ 05 Nov 2012 1134**
CHANGE HISTORY
*The following SO Note Was Overwritten by DING, YIMING @ 05 Nov 2012 1031 EST:*
SO Note Written by SPINKS, JEAN M @ 05 Nov 2012 0838 EST
**Chief complaint**
The Chief Complaint is: DISCUSS VASECTOMY.
**History of present illness**
        The Patient is a 27 year old male.
A PHA has been completed in past year. Date: FEB 2012.
        Medication list reviewed with patient, reconciliation completed.
        Currently on active duty. Visit is not deployment-related.
        Good general overall feeling.

 Pain Severity  0 / 10.
PHQ-2 Depression Screen Negative.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
Patient feels safe at home.
**Current medication**
NO CURRENT MEDS.
**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 11/05/2012
What is your preferred method of learning?    [ X ] Verbal  [X ] Written  [ X ] Visual  [  ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [  ] Yes  [ X ] No  Specify:
Advance directives completed?   [  ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [  ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?   [  ] Yes  [X ] No
Are you enrolled in EFMP?   [  ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [  ] No
Contact Info:
PCM:
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[4 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0 ] 0=1 to 2 or doesn't drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?

AR 1045

[0 ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
AUDIT-C Score=   4      DATE ACCOMPLISHED: 11/05/2012
[ X ] Negative AUDIT-C
[   ] Positive AUDIT-C *        >>Provider Alerted<<
      [   ] Alcohol use exceeds maximum recommended limits
            Men > 14 drinks/week or >4 drinks/occasion
            Women > 7 drinks/week or >3 drinks/occasion
[   ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)

**Practice Management**
Patient exercises for at least 30 minutes a day.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1046

### 24 Oct 2012 at WRNMMC, FLU Cl Ki by AHLTA SYSTEM ADMINISTRATOR

| Encounter ID: | BETH-11655430 | Primary Dx: | Vaccines Prophylactic Need Against Influenza |
|---|---|---|---|

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **HQS IMCOM G1 ARMY SUBSTANCE ABUSE PROGRAM**
Patient Status: **Inpatient**

Date: **24 Oct 2012 0848 EDT**
Clinic: **SRP CL Ki**

Inpatient Location: **ABAA**

Appt Type: **PROC**
Provider: JACOBS,MILLASENT J

**Reason for Appointment:** FLU MIST

**AutoCites** Refreshed by JACOBS,MiLLASENT J @ 26 Oct 2012 1135 EDT

**Problems**
**Chronic:**
- Abdominal pain
- Conditions influencing health status
- Asthma
- Postsurgical state of eye and adnexa
- Dyspnea
- Skin neoplasm of uncertain behavior
- Removal of sutures
- Extrinsic asthma
- Rosacea
- Lattice peripheral retinal degeneration
- Myopia
- Allergic rhinitis
- Visit for: occupational health/fitness exam
- Parent education about immunizations
- Visit for: military services physical
- Exposure to venereal disease
- Inquiry and counseling about contraceptive practices
- Visit for: administrative purposes
**Acute:**
- Nonspecific abnormal imaging findings

**Family History**
- No Family History of malignant neoplasm of the large intestine  (General FHx)
- No Family History of malignant neoplasm of the gastrointestinal tract  (General FHx)
- No Family History of chronic liver disease (General FHx)
- Family medical history  (General FHx)

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Enoxaparin Sodium 40mg, Solution, Injection | New | Q DAY | NR | Not Recorded |
| Acetaminophen 10mg/mL Solution, Intravenous | New | PRNQ6H | NR | Not Recorded |
| Hydromorphone 1mg/mL, Syringe, Intravenous | New | PRNQ2H | NR | Not Recorded |
| Ondansetron 2mg/mL, Syringe, Intravenous | New | PRNQ4H | NR | Not Recorded |

**SO Note** Written by RIKAS,MEGAN M @ 24 Oct 2012 0849 EDT
**Reason for Visit**
    Visit for: influenza vaccine.
    Patient identified by Name and Date of Birth or other two forms of indentification.
**History of present illness**
    The Patient is a 27 year old male. Source of patient information was patient. Past medical history reviewed.
**Allergies**
    Reviewed no allergies.  No allergy to certain foods; Chicken and not to eggs.  No known drug allergies.
**Vaccinations**
    • Received dose of influenza live virus vaccine, for intranasal use .FLUMIST
    MANUFACTURED BY:  MEDIMMUNE LLC
    LOT #:  AH2139  EXPIRATION DT:  3DEC2012
    DOSE GIVEN:  0.2ML (0.1ML PER NOSTRIL)
    INJECTION GIVEN INTRANASAL
**Past medical/surgical history**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1047

Anderson, Daniel Dennis    DOB: ■■■ 1985   SSN: ***-**-■■■    DoD ID: 1286180538    Created: 30 Oct 2017

**Reported History:**
    Recent events: No active illness.
**Review of systems**
**Systemic symptoms:** No fever.
**Counseling/Education**

    • Patient education about adverse reactions to medication Patient instructed to remain in clinic for 20 minutes post vaccination. Patient educated regarding possible side effects:  soreness\ redness\ or swelling at the site of injection\ Fever\

**A/P** Written by RIKAS,MEGAN M @ 24 Oct 2012 0850 EDT
**1. Vaccines Prophylactic Need Against Influenza**
     Procedure(s):       -Influenza Virus Vaccine Live Intranasal x 1
                        -Immunization Administration One Vaccine x 1
                        -Immunization Admin By Intranasal / Oral Route One Vaccine x 1

**Disposition** Last updated by JACOBS,MILLASENT J @ 26 Oct 2012 1138 EDT
**Continued Stay**
**Follow up:**  as needed .
**Discussed:** Medication(s)/Treatment(s), Potential Side Effects with Patient who indicated understanding.

**Signed By  JACOBS, MILLASENT J** (Physician/Workstation) @ 26 Oct 2012 1138

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by JACOBS,MILLASENT J @ 26 Oct 2012 1137 EDT:*
The Disposition section was last updated by JACOBS,MILLASENT J @ 26 Oct 2012 1137 EDT - see above.Previous Version of Disposition section was entered/updated by RIKAS,MEGAN M @ 24 Oct 2012 0850 EDT.
**Continued Stay**
**Follow up:** as needed with PCM.
**Discussed:** Medication(s)/Treatment(s), Potential Side Effects with Patient who indicated understanding.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page**
1003

AR 1048

## 23 Oct 2012 at WRNMMC, GI Inflam Bowel Dis Be by COPSEY, HELEN C

Encounter ID:    BETH-11637615    Primary Dx:    Imaging Studies Nonspecific Abnormal Findings

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: Outpatient

Date: **23 Oct 2012 0800 EST**
Clinic: **GI Inflam Bowel Dis Be**

Appt Type: **SPEC**
Provider: COPSEY, HELEN C

**AutoCites** Refreshed by COPSEY, HELEN C @ 23 Oct 2012 0756 EST

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | •Family medical history (General FHx) | •OTHER: Unknown (SEE MED RECORD) |
| •Conditions influencing health status | | |
| •Asthma | | |
| •Postsurgical state of eye and adnexa | | |
| •Dyspnea | | |
| •Skin neoplasm of uncertain behavior | | |
| •Removal of sutures | | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Visit for: administrative purposes | | |
| •Inquiry and counseling about contraceptive practices | | |

**Vitals**
**Vitals** Written by FARRINGTON,SHAUN C @ 23 Oct 2012 0739 EDT
BP: 114/66,   HR: 79,   T: 95.4 °F,   HT: 5' 9",   WT: 147 lbs,   SpO2: 97%,   BMI: 21.71,   BSA: 1.812 square meters,
Tobacco Use: No,   Alcohol Use: Yes,   Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: COUPLE DRINKS/WEEK,   Pain Scale: 0 Pain Free

**SO Note** Written by COPSEY, HELEN C @ 24 Oct 2012 0936 EST
**Reason for Visit**
      Visit for: R/O of IBD.
**History of present illness**
      The Patient is a 27 year old male.
This is a WM, AD PO2, who presents for R/O of IBD. He reports a long history of presumed IBS presenting with intermittent lower abdominal cramping that occurs several times per week, and is triggered by dairy intake, anxiety, and physical activity. This can be associated with looser stool and mild urgency, although in general he reports a soft stool each day. An evaluation for these symptoms along with isolated BRBPR in 2005 (IL) includes a CT scan showing moderate stool retention in the colon, and a flex sig that was reportedly limited d/t patient discomfort. He denies any rectal bleeding since that time. He does endorse occasional oral aphthi but otherwise denies any additional complaints. His weight has been stable.

Earlier this month he experienced worsening of his baseline abdominal pain, possibly precipitated by consuming a milk-shake. A CT in the ER showed focal colitis at the right colon (hepatic flexure) with fecalization of the small bowel, concerning for IBD. CRP was 1.2, labs otherwise nl. A follow-up colonoscopy with Dr. McNally showed cogested appearing mucosa in the left colon. Images of the right colon/ cecum are limited due to liquid stool, and the TI was not intubated per report. Biopsies are pending. The patient reports self-resolution of the pain, and has since been feeling back to baseline.
**Allergies**
ASA- (nausea).
**Past medical/surgical history**
Reported:

AR 1049

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

Past medical history
- Allergic asthma (cats); Headache, NOS

Surgical / Procedural: Prior surgery
- PRK, Tonsillectomy

Medications: Medication history
- Albuterol, Aleve prn (less than once per week)
(I personally reviewed the medication history, allergy history and compliance with medications with this patient)

**Surgical:**
Pre-op ASA class 1
**Previous therapy**
History of possible limitations and risks do not include complications from anesthesia
**Personal history**

Tob: (-)
Etoh: (2 drinks every other day)
Drug use: (-)

**Family history**
No chronic liver disease
No malignant neoplasm of the large intestine
No malignant neoplasm of the gastrointestinal tract
No known FH of IBD, autoimmune diseases.
**Review of systems**
**Systemic:** Not feeling tired (fatigue).  No fever, no chills, no night sweats, and no recent weight loss.
**Head:** No headache.
**Eyes:** No vision problems.
**Otolaryngeal:** No hoarseness, no lump in the throat, and no mouth sores.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No dysphagia, no pain on swallowing, no heartburn, no regurgitation, no early satiety, no nausea, no vomiting, no hematemesis, no hematemesis ('coffee grounds'), no abdominal swelling, no jaundice, no recent increase in bowel frequency, and not decrease.  No tenesmus, no melena, no hematochezia, no acholic stools, no steatorrhea, and stool diameter is not smaller.  No change in consistency of stool and no nocturnal diarrhea.  No rectal pain.
**Genitourinary:** No urinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No tendency for easy bruising.
**Musculoskeletal:** No arthralgias, new.  No nonspecific pain, swelling, and stiffness.
**Neurological:** No confusion and no memory lapses or loss.
**Psychological:** Mood was euthymic and no sleep complaints.
**Skin:** No pruritus, no change in skin texture, new, and no rash, new.
**Physical findings**
**Vital Signs:**
° Current vital signs reviewed.
**Standard Measurements:**
° Patient was not observed to be obese.
**General Appearance:**
° Awake. ° Alert. ° Oriented to time, place, and person. ° Well developed. ° Well nourished. ° In no acute distress. ° Patient did not appear uncomfortable. ° Not acutely ill. ° Not chronically ill.
**Neck:**
Appearance: ° Of the neck was normal.
**Eyes:**
General/bilateral:
Sclera: ° Showed no icterus.
**Oral Cavity:**
° Normal OP clear, Mallampati score = 1.
**Chest:**
° Visual inspection revealed no abnormalities.
**Lungs:**
° Normal CTA B.
**Cardiovascular:**
° System: normal RRR, no M or G.
**Abdomen:**
° Normal soft, NT/ND, +BS.
**Neurological:**
° Level of consciousness was normal.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page**

AR 1050

Speech: ° Normal.
Gait And Stance: ° Normal.
**Psychiatric:**
Mood: ° Euthymic.
Affect: ° Normal.
Thought Processes: ° Not impaired.
**Skin:**
° General appearance was normal. ° No jaundice. ° No skin lesions.
**Therapy**
• Medical regimen review – medication reconciliation performed.

**Lab Result** Cited by COPSEY, HELEN C @ 24 Oct 2012 0957 EST

| **ESR** | **Site/Specimen** | **12 Oct 2012 1209** |
|---|---|---|
| ESR | BLOOD | 10 |

| **C-Reactive Protein** | **Site/Specimen** | **12 Oct 2012 1209** |
|---|---|---|
| C-Reactive Protein | SERUM | **1.206 (H)** |

| **Magnesium** | **Site/Specimen** | **12 Oct 2012 0434** |
|---|---|---|
| Magnesium | SERUM | 2.1 |

| **Phosphorus** | **Site/Specimen** | **12 Oct 2012 0434** |
|---|---|---|
| Phosphate | SERUM | 3.5 |

| **Basic Metabolic Panel** | **Site/Specimen** | **12 Oct 2012 0434** |
|---|---|---|
| Urea Nitrogen | SERUM | **5 (L)** |
| Carbon Dioxide | SERUM | 27 |
| Chloride | SERUM | 107 |
| Creatinine | SERUM | 0.80 |
| Glucose | SERUM | **113 (H)** |
| Potassium | SERUM | 4.0 |
| Sodium | SERUM | 141 |
| Calcium | SERUM | 9.2 |
| Anion Gap | SERUM | 8 |
| GFR | SERUM | >60 <i> |

| **CBC W/o Diff** | **Site/Specimen** | **12 Oct 2012 0434** |
|---|---|---|
| WBC | BLOOD | 5.5 |
| RBC | BLOOD | **4.02 (L)** |
| Hemoglobin | BLOOD | 13.1 |
| Hematocrit | BLOOD | 38.1 |
| MCV | BLOOD | 94.9 |
| MCH | BLOOD | 32.6 |
| MCHC | BLOOD | 34.3 |
| Platelets | BLOOD | 264 |
| RDW CV | BLOOD | 13.1 |
| MPV | BLOOD | 7.8 |

| **Neutrophil Cytoplasmic Ab (ANCA)** | **Site/Specimen** | **11 Oct 2012 1147** |
|---|---|---|
| Myeloperoxidase Ab | SERUM | <0.2 <i> |
| Proteinase 3 Ab | SERUM | <0.2 <i> |

| **Neutrophil Cytoplasmic Ab (ANCA) Screen W/Reflex Titer** | **Site/Specimen** | **11 Oct 2012 1147** |
|---|---|---|
| Neutrophil Cytoplasmic Ab Cytoplasmic | SERUM | Titer not indicated-ANCA screen Negative |
| Neutrophil Cytoplasmic Ab Perinuclear | SERUM | Titer not indicated-ANCA screen Negative |
| Neutrophil Cytoplasmic Ab | SERUM | Negative |
| Neutrophil Cytoplasmic Ab Perinuclear Atypical | SERUM | Titer not indicated-ANCA screen |
| Negative <r> <i> | | |

| **Carcinoembryonic Ag** | **Site/Specimen** | **11 Oct 2012 1147** |
|---|---|---|
| Carcinoembryonic Ag | SERUM | 0.9 <i> |

| **Magnesium** | **Site/Specimen** | **11 Oct 2012 1147** |
|---|---|---|
| Magnesium | SERUM | 2.3 |

| **Amylase** | **Site/Specimen** | **11 Oct 2012 1147** |
|---|---|---|

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page**
1006

AR 1051

| Amylase | SERUM | 49 |
|---|---|---|

| Comprehensive Metabolic Panel | Site/Specimen | 11 Oct 2012 1147 |
|---|---|---|
| Albumin | SERUM | 4.7 |
| Alkaline Phosphatase | SERUM | 56 |
| Alanine Aminotransferase | SERUM | 33 |
| Aspartate Aminotransferase | SERUM | 29 |
| Bilirubin | SERUM | 0.5 |
| Urea Nitrogen | SERUM | 9 |
| Calcium | SERUM | 9.5 |
| Carbon Dioxide | SERUM | 29 |
| Chloride | SERUM | 101 |
| Creatinine | SERUM | 0.85 |
| Glucose | SERUM | 82 |
| Potassium | SERUM | 4.0 |
| Protein | SERUM | 7.3 |
| Sodium | SERUM | 139 |
| Anion Gap | SERUM | 9 |
| GFR | SERUM | >60 <i> |

| Lipase | Site/Specimen | 11 Oct 2012 1147 |
|---|---|---|
| Triacylglycerol Lipase | SERUM | 19 |

| Phosphorus | Site/Specimen | 11 Oct 2012 1147 |
|---|---|---|
| Phosphate | SERUM | 3.5 |

| CBC W/Diff | Site/Specimen | 11 Oct 2012 1147 |
|---|---|---|
| WBC | BLOOD | 6.4 |
| RBC | BLOOD | 4.30 |
| Hemoglobin | BLOOD | 14.1 |
| Hematocrit | BLOOD | 41.0 |
| MCV | BLOOD | 95.4 |
| MCH | BLOOD | 32.6 |
| MCHC | BLOOD | 34.2 |
| RDW CV | BLOOD | 13.1 |
| Platelets | BLOOD | 268 |
| MPV | BLOOD | 8.3 |
| Neutrophils | BLOOD | 72.7 |
| Lymphocytes | BLOOD | 18.1 |
| Monocytes | BLOOD | 7.1 |
| Eosinophils | BLOOD | 1.8 |
| Basophils | BLOOD | 0.3 |
| Neutrophils | BLOOD | 4.6 |
| Lymphocytes | BLOOD | 1.2 |
| Monocytes | BLOOD | 0.5 |
| Eosinophils | BLOOD | 0.1 |
| Basophils | BLOOD | 0.0 |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED |

Rad Result Cited by COPSEY, HELEN C @ 24 Oct 2012 0957 EST

**MERWIN, DANIEL DENNIS   20/█████   27yo  █████ 1985   M**
********* CT, ABD/PELVIS W/ CONTRAST *********
POC Enc: #E923164   POC Fac: NH Great Lakes IL
Status: Complete

Procedure:          CT, ABD/PELVIS W/ CONTRAST
Event Date:         22-Nov-2005 10:48:00
Order Comment:      NO BRIEF COMMENT
Reason for Order:
    20y/o male dot 2-5 with intermittent abdominal pain x 4-5 years with rectal
bleeding on 19th of NOV.Had normal sigmoidoscopy to proximal transverse colon

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page
1007

AR 1052

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

and mild int hemorrhoids done on Nov 21.
Exam #:                05050343
Exam Date/Time:        23-Nov-2005 09:26:00
Transcription Date/Time:   29-Nov-2005 10:02:00
Provider:              ARTATES, NEMESIA F
Requesting Location:
   COURAGE (WHITE) 1007    NBHC 1007/1017
Status:                COMPLETE
Result Code:           SEE RADIOLOGIST'S REPORT
Interpreted By:        MARINBERG, BORIS V
Approved By:           MARINBERG, BORIS V
Approved Date:         29-Nov-2005 12:25:00
Report Text:
   ba/DICTATION DATE: 23 November 2005

   CT SCAN OF THE ABDOMEN AND PELVIS WITH CONTRAST:

   Technique: 7.5 mm cross-sectional images of the abdomen and pelvis were
   obtained following oral and intravenous introduction of contrast.

   Findings: There is a normal appearance of the liver, spleen, and pancreas.
   There is no gallstones. No dilatation of biliary ducts or pancreatic duct
   identified. There is no enlargement of the adrenal glands. There is no
   hydronephrosis. No renal stones are seen. There is no lymphadenopathy. No
   abnormal collection of fluid in the abdomen or pelvis identified. Moderate
   amount of fecal material noted throughout the colon. There is no changes of
   appendicitis. No aneurysmal dilatation of the abdominal aorta noted. There is
   no signs of bowel obstruction.

   IMPRESSION: NORMAL COMPUTED TOMOGRAPHY OF THE ABDOMEN AND PELVIS.

      MODERATE AMOUNT OF FECAL MATERIAL THROUGHOUT THE COLON.

Rad Result Cited by COPSEY, HELEN C @ 24 Oct 2012 0956 EST


  **MERWIN, DANIEL DENNIS   20/▓   27yo   ▓ 1985  M**
      ********** CT, ABDOMEN / PELVIS WITH (PG) **********
          POC Enc: #E4520771   POC Fac: WRNMMC
          Status: Complete (Amended)

Procedure:             CT, ABDOMEN / PELVIS WITH (PG)
Event Date:            11-Oct-2012 01:30:00
Exam #:                12343907
Exam Date/Time:        11-Oct-2012 00:30:00
Transcription Date/Time:   12-Oct-2012 07:00:00
Provider:              HARDWARE, LESLIE
Requesting Location:
   EMERGENCY RM BE   WRNMMC BETHESDA, MD
Status:                COMPLETE (Amended)


**Amended Result Code:      SEE RADIOLOGIST'S REPORT**
Interpreted By:        MOLLURA, JOSEPH G

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page
1008

Supervised By:          BERNARD, JACQUELINE, MD, CDR, USN
Approved By:            BERNARD, JACQUELINE M
Approved Date:          11-Oct-2012 08:16:00
Supervised By:          BERNARD, JACQUELINE, MD, CDR, USN
Supervised By Date:     11-Oct-2012 08:16:00
Amended Report Text:

ADDITIONAL HISTORY: Abdominal pain.

TECHNIQUE: CT of the abdomen and pelvis was performed under standard abdomen/pelvis CT protocol with 5 mm axial helically acquired images obtained from the level of the diaphragm to the level of the pubic symphysis after the intravenous administration of 110 mL Isovue 370 and oral contrast. Coronal and sagittal reformatted images were also obtained.

COMPARISONS: Acute abdominal series 10/10/12.

FINDINGS:

Lung bases are clear.

Liver parenchyma and vasculature is unremarkable. Normal biliary tree without intra-or extrahepatic biliary ductal dilatation. Pancreas, spleen, adrenals, and kidneys are normal. No identifiable ureteral abnormalities. Fluid-filled urinary bladder is unremarkable.

Enteric contrast visualized to the level of the mid ileum. Stomach is normal. There is fecal material and air noted within the distal ileum extending to a mildly distended stool filled cecum. The appendix is identified and is normal. There is a focal area of vascular prominence involving the mesentery at the level of the hepatic flexure. The colon wall at this level appears mildly thickened but otherwise decompressed. The colon distal to the hepatic flexure is decompressed and normal in appearance.

Shotty subcentimeter mesenteric lymph nodes about the upper abdomen. No intra-abdominal mass or fluid collection. Vascular structures are normal in configuration.

Pelvic organs are unremarkable. No free pelvic fluid. No pelvic or inguinal lymphadenopathy.

Soft tissues, muscles, and osseous structures are unremarkable.

IMPRESSION:

Focal colitis at the level of the hepatic flexure with proximal stool retention and fecalization of small bowel. Findings are nonspecific and may be representative of an acute infection or inflammatory etiology such as Crohn's disease. Clinical correlation is recommended.


Note: Findings above were discussed with Dr. Hardware, via telephone at 0450 hours on 10/11/12. _____

Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 10/11/12

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1054

**Medical Record**

Time:07:22

_____

Electronically signed by:Dr. Jacqueline M Bernard Date: 10/11/12 Time:08:16

A/P Last Updated by COPSEY, HELEN C @ 24 Oct 2012 1002 EST
**1. Imaging Studies Nonspecific Abnormal Findings**: CT concerning for colitis and fecalization of SB ? radiographic artifact, constipation, acute vs. chronic inflammation, stenosis. Colonoscopy with limited evaluation of right colon, ICV, distal ileum. Recommend MRE for further evaluation of small bowel as d/w Dr. Kikendall. He may ultimately require repeat colonoscopy, however will await biopsy results prior to determining next steps. Patient voices understanding/ agreement.
**2. abdominal pain**: Patient with long history of intermittent abdominal pain ? due to IBS vs. dietary intolerance vs. inflammatory. Will proceed with evaluation to r/o IBD, however if negative encouraged patient to continue f/u with GI for management of chronic symptoms.

**Disposition** Last Updated by COPSEY, HELEN C @ 24 Oct 2012 1003 EST
**Released w/o Limitations**
**Follow up:** in the GI INFLAM BOWEL DIS BE clinic. - Comments: Will call pt 850-602-8501 after obtaining pathology and discussing need for repeat colonoscopy with IBD staff.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments:
45 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Note** Written by BROWN, CANDICE C @ 23 Oct 2012 0738 EST
**Consult Order**
**Referring Provider:**       SALTER, CAROLYN A
**Date of Request:**   12 Oct 2012
**Priority:**        ASAP

**Provisional Diagnosis:**

IBD vs mass

**Reason for Request:**

27 y/o male w/ ascending colon inflammation s/p colonoscopy 12 OCT.  Pt needsGI f/u to discuss results.

_____

**Signed By COPSEY, HELEN C** (PA-C, MSHS, WRAMC- GI Clinic) @ 24 Oct 2012 1003

**Note** Written by COPSEY, HELEN C @ 24 Oct 2012 1004 EST
**(Added after encounter was signed.)**
**PATH**
**PATH**
Spoke with Dr. Barner re: patient's pathology results- not yet placed into CHCS. Biopsies of left-colon show benign colonic mucosa, without active inflammation, chronicity or architectural distortion.

**Note** Written by COPSEY,HELEN C @ 08 Nov 2012 1503 EST
**(Added after encounter was signed.)**
**MRE results**
MRE d/w patient- essentially nl specifically right colon/TI, will review at IBD conference. Pt denies any continued pain. Will defer repeat COLO for now, however reconsider pending progress. Would re-check CRP, which should be down from hospitalization. Pt v/u.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.       Page
1010

## *12 Oct 2012 at WRNMMC, Wounded Warrior GWOT by AGOSTO, ROBERT*

Encounter ID:    BETH-11525944    Primary Dx:    Conditions influencing health status

| | | |
|---|---|---|
| Patient: **MERWIN, DANIEL DENNIS** | Date: **12 Oct 2012 0805 EDT** | Appt Type: **ACUT** |
| Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR** | Clinic: **WOUNDED WARRIOR GWOT** | Provider: **AGOSTO,ROBERT** |
| Patient Status: **Inpatient** | Inpatient Location: **ABAA** | |

**Reason for Appointment:**Written by AGOSTO,ROBERT @ 12 Oct 2012 0805 EDT
Admission screening for CM services

**A/P Last Updated by AGOSTO,ROBERT @ 12 Oct 2012 0808 EDT**
**1. Conditions influencing health status**(*OTHER SPECIFIED CONDITIONS INFLUENCING HEALTH STATUS OTHER*):
WRNMMC Case Management Department reviews active duty inpatient admissions to assess potential need for case management
services. In reviewing this ADSM medical record we have determined case management services by WRNMMC staff are not
indicated at this time because: Patient is enrolled to Kimbrough and we have contacted that MTF's NCM ms deborah Jolissaint,RN
via email to advise of admission; .
Robert Agosto, LPN
Case Management Assistant, WRNMMC
301-295-0657

Procedure(s):        -COORDINATED CARE FEE, MAINTENANCE RATE x 1
                     -CASE MANAGEMENT, EACH 15 MINUTES x 1

**Disposition** Last Updated by AGOSTO,ROBERT @ 12 Oct 2012 0809 EDT
**Continued Stay**

---

**Signed By AGOSTO, ROBERT** (LPN Case Management Assisstant) @ 12 Oct 2012 0809
**Co-Signed By MELENDEZ-WARREN, DORIS J** (RN Case Manager, NNMC Bethesda) @ 12 Oct 2012 0920

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1011

AR 1056

## *14 May 2012 at NH Pensacola FL, Corry MHP by BRADLEY, RACHAEL NAOMI*

Encounter ID:      PENS-6872482      Primary Dx:      VIRAL SYNDROME

Patient: **MERWIN, DANIEL DENNIS**      Date: **14 May 2012 0855 CDT**      Appt Type: **ACUT**
Treatment Facility: **NBHC NTTC**      Clinic: **CORRY MED HOME CLINIC**      Provider: **BRADLEY,RACHAEL NAOMI**
**Pensacola**
Patient Status: **Outpatient**

AutoCites Refreshed by BRADLEY,RACHAEL N @ 14 May 2012 0901 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | •Family medical history (General FHx) | •OTHER: Unknown (SEE MED RECORD) |

**Chronic:**
•Asthma
•Postsurgical state of eye and adnexa
•Dyspnea
•Skin neoplasm of uncertain behavior
•Removal of sutures
•Extrinsic asthma
•Rosacea
•Lattice peripheral retinal degeneration
•Myopia
•Allergic rhinitis
•Visit for: occupational health/fitness exam
•Parent education about immunizations
•Visit for: military services physical
•Exposure to venereal disease
•Visit for: administrative purposes
•Inquiry and counseling about
   contraceptive practices
**Acute:**
•Viral syndrome

**Reason for Appointment:**
cough/fever
**Appointment Comments:**
mrr

**Vitals**
Vitals Written by GARZA,OMAR @ 14 May 2012 0844 CDT
BP: 120/76,   HR: 90,   RR: 14,   T: 98.5 °F,   HT: 69 in,   WT: 146 lbs,   BMI: 21.56,   BSA: 1.807 square meters,
Tobacco Use: No,   Alcohol Use: Yes,
Pain Scale: 0 Pain Free
**Comments:** NKDA
POC -8506028501

**SO Note** Written by BRADLEY,RACHAEL NAOMI @ 15 May 2012 1520 CDT
**Chief complaint**
The Chief Complaint is: Cough/vomiting.
**History of present illness**
   The Patient is a 27 year old male.
27 ADM presents to medical due to Cough/vomiting x 3 weeks.Pt is taking mucinex, is eating and drinking normally.Pt vomited at
0700 14MAY12 from coughing. Cough has been gradually worsening.  No blood noted.  Also has some nasal congestion.  No ear
pain, mild sore throat.
<<Note accomplished in TSWF CORE>>

      .
      Currently on active duty.  Visit is not deployment-related.
      Good general overall feeling, fever, and chills.
      Cough.
      Nausea and vomiting.

PHQ-2 Depression Screen Negative.
Patient feels safe at home.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page**

AR 1057

**Medical Record**

**Current medication**
Mucinex.
**Past medical/surgical history**
**Reported:**
  Medical: Reported medical history
  none.
  Surgical / Procedural: Surgical / procedural history
  none.
**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use  Screening Date:
History.
**Review of systems**
**Systemic:** No night sweats.
**Head:** Headache.
**Eyes:** No vision problems, no blurred vision, and no eye pain.
**Otolaryngeal:** No hearing loss and no earache.  Nasal discharge.  No sore throat.
**Pulmonary:** No dyspnea and no wheezing.
**Gastrointestinal:** No abdominal pain, no bright red blood per rectum, and no diarrhea.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
  • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
  ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
  Appearance: ° Of the neck was normal.
  Palpation: ° No tenderness of the neck.
**Eyes:**
  General/bilateral:
    Pupils: ° PERRL.
    External: ° Conjunctiva exhibited no abnormalities.
    Sclera: ° Normal.
**Ears:**
  General/bilateral:
    Tympanic Membrane: ° Normal.
**Nose:**
  General/bilateral:
    Cavity: ° Nasal mucosa normal.
    Sinus Tenderness: ° No sinus tenderness.
**Pharynx:**
  Oropharynx: • Posterior pharyngeal wall was abnormal + PND.  ° Tonsils showed no abnormalities.
**Lymph Nodes:**
  ° Cervical lymph nodes were not enlarged.
**Lungs:**
  ° Respiration rhythm and depth was normal.  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.
    ° No rales/crackles were heard.
**Cardiovascular:**
  Heart Rate And Rhythm: ° Normal.


**Lab Result** Cited by BRADLEY,RACHAEL N @ 15 May 2012 1526 CDT
**Throat Culture**

|  |  |
|---|---|
| Order # | 120510-04943 (NH Pensacola) |
| Filler # | 120510 MI 3241 (NH Pensacola) |
| Status: | Final |
| Ordering Provider: | GUNTER, ROGER WILLIAM |
| Priority: | ASAP |
| Date Ordered: | 10 May 2012 1652 |
| Date Resulted: | 11 May 2012 0845 |
| COLLECT_SAMPLE: | PHARYNX |
|  |  |
| BACTERIOLOGY RESULT: | FINAL REPORT RESULTS: NORMAL FLORA |
|  |  |
| Specimen: | Pharynx |
| Collected: | 10 May 2012 1248 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page**

AR 1058

Results:

Final report

**Lab Result** Cited by BRADLEY,RACHAEL N @ 15 May 2012 1526 CDT

| Streptococcus Group A Ag Rapid | Site/Specimen | 10 May 2012 1248 |
|---|---|---|
| Streptococcus pyogenes Ag Rapid Strep | PHARYNX | NEGATIVE, INTERNAL CONTROL ACCEPTABLE |

**Lab Result** Cited by BRADLEY,RACHAEL N @ 15 May 2012 1526 CDT

| CBC | Site/Specimen | 10 May 2012 1248 |
|---|---|---|
| WBC | BLOOD | 6.3 |
| RBC | BLOOD | 4.73 |
| Hemoglobin | BLOOD | 14.8 |
| Hematocrit | BLOOD | 43.0 |
| MCV | BLOOD | 90.9 |
| MCH | BLOOD | 31.3 |
| MCHC | BLOOD | 34.4 |
| RDW CV | BLOOD | 12.5 |
| Platelets | BLOOD | 315 |
| MPV | BLOOD | 10.6 |
| Neutrophils | BLOOD | 63.9 |
| Lymphocytes | BLOOD | 23.9 |
| Monocytes | BLOOD | 10.5 |
| Eosinophils | BLOOD | 1.4 |
| Basophils | BLOOD | 0.3 |
| Neutrophils | BLOOD | 4.0 |
| Lymphocytes | BLOOD | 1.5 |
| Monocytes | BLOOD | 0.7 |
| Eosinophils | BLOOD | 0.1 |
| Basophils | BLOOD | 0.0 |

**Lab Result** Cited by BRADLEY,RACHAEL N @ 15 May 2012 1526 CDT

| Infectious Mononucleosis Screen | Site/Specimen | 10 May 2012 1248 |
|---|---|---|
| Heterophile Ab | SERUM | NEGATIVE, INTERNAL CONTROL ACCEPTABLE |

**A/P** Written by BRADLEY,RACHAEL N @ 15 May 2012 1527 CDT
**1. VIRAL SYNDROME:** Labs drawn on 10 May all normal. Lungs sounds clear. Instructed to continue Mucinex PSE, hydrate and RTC if sx's persist or worsen.

**Disposition** Written by BRADLEY,RACHAEL N @ 15 May 2012 1527 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY MED HOME CLINIC clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By BRADLEY, RACHAEL N** (Independent Duty Corpsman) @ 15 May 2012 1527

CHANGE HISTORY
*The following SO Note Was Overwritten by BRADLEY,RACHAEL N @ 14 May 2012 1011 CDT:*
SO Note Written by GARZA,OMAR @ 14 May 2012 0849 CDT
Chief complaint
The Chief Complaint is: Cough/vomiting.
History of present Illness
        The Patient is a 27 year old male.
27 ADM presents to medical due to Cough/vomiting x 3 weeks.Pt is taking mucinex, is eating and drinking normally.Pt vomited at 0700 14MAY12, cough and fever have worsen
in the past week.
<<Note accomplished in TSWF CORE>>

.
        Currently on active duty. Visit is not deployment-related.
        Good general overall feeling, fever, and chills.
        Chest pain or discomfort.
        Dyspnea and cough.
        Nausea and vomiting.
        No lightheadedness.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Current medication

AR 1059

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

Mucinex.

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    none.
    Surgical / Procedural: Surgical / procedural history
    none.

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use  Screening Date:
History.

**Review of systems**
**Otolaryngeal:** No sore throat.
**Gastrointestinal:** No abdominal pain, no bright red blood per rectum, and no diarrhea.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.

**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    * Well developed.  * Well nourished.  * In no acute distress.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page**

AR 1060

**Medical Record**
Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

## *10 May 2012 at NH Pensacola FL, Corry MHP by GUNTER, ROGER WILLIAM*

Encounter ID:    PENS-6859398    Primary Dx:    VIRAL SYNDROME

Patient: **MERWIN, DANIEL DENNIS**    Date: **10 May 2012 1235 CDT**    Appt Type: **EST**
Treatment Facility: **NBHC NTTC**    Clinic: **CORRY MED HOME CLINIC**    Provider: **GUNTER,ROGER WILLIAM**
Pensacola
Patient Status: **Outpatient**

AutoCites Refreshed by GUNTER,ROGER WILLIAM @ 10 May 2012 1238 CDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
chronic fever feelings
**Appointment Comments:**
aaw

**Vitals**
Vitals Written by RATHBUN,TONYA @ 10 May 2012 1226 CDT
 BP: 112/68,   HR: 72,   RR: 12,   T: 98.4 °F,   HT: 69 in,   WT: 146 lbs,   BMI: 21.56,   BSA: 1.807 square meters,
Tobacco Use: No,   Alcohol Use: Yes,
 Pain Scale: 0 Pain Free
**Comments:** NKDA
POC:850-602-8501

SO Note Written by GUNTER,ROGER WILLIAM @ 10 May 2012 1646 CDT
**Chief complaint**
The Chief Complaint is: Viral malaise, fever.
**History of present illness**
     The Patient is a 27 year old male.
27yo ADM reports to medical with a cough and hot flashes x 1 month. Symptoms began with hot flashes and a cough then recently
about two weeks ago he began having congestion as well. Pt has taken Dayquil and Nyquil which he states was a minimally
effective.
<<Note accomplished in TSWF CORE>>

     Medication list reviewed with patient, reconciliation completed, and list given to patient.
     Currently on active duty.  Visit is not deployment-related.
     Good general overall feeling and chills.
     Headache.
     Nasal discharge, nasal passage blockage, and sore throat.
     Cough.

PHQ-2 Depression Screen Negative.
Patient feels safe at home.
**Current medication**
Dayquil
Nyquil
Albuterol.
**Past medical/surgical history**
**Reported:**
     Medical: Reported medical history none

     Surgical / Procedural: Surgical / procedural history none

     Medications: No medication noncompliance.
**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use  Screening Date:
History.

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1016

**Medical Record**

Anderson, Daniel Dennis    DOB: ■ 1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017

**Review of systems**
**Systemic:** No fever.
**Otolaryngeal:** No earache.
**Gastrointestinal:** No nausea and no vomiting.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
    Appearance: ° Of the neck was normal.
    Palpation: ° No tenderness of the neck.
    Thyroid: ° Showed no abnormalities.
**Ears:**
    General/bilateral:
        Tympanic Membrane: ° Normal.
**Nose:**
    General/bilateral:
        Cavity: ° Nasal mucosa normal.
**Pharynx:**
    Oropharynx: ° Posterior pharyngeal wall was normal.
**Lymph Nodes:**
    ° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes
        were not enlarged.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.
        ° No rales/crackles were heard.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° Normal S1 and S2.  ° No S3 heard.  ° No gallop was heard.  ° No pericardial friction rub heard.
    Murmurs: ° No murmurs were heard.
    Edema: ° Not present.


**A/P** Written by GUNTER,ROGER WILLIAM @ 10 May 2012 1649 CDT
**1. VIRAL SYNDROME:** Exam is completely normal.  No lymphadenopathy or objective findings on exam.  Will continue on his OTC
meds for symptom control as needed.  I will obtain some basic labs to rule out Mono and strep but suspect he has a viral syndrome.
HIV drawn in FEB this year was negative.
        Laboratory(ies):        -CBC PROFILE (Routine); MONONUCLEOSIS SCREEN (Routine); RAPID STREP A (Routine)


**Disposition** Written by GUNTER,ROGER WILLIAM @ 10 May 2012 1653 CDT
**Released w/o Limitations**
**Follow up:** as needed in 1 week(s) with PCM and/or in the CORRY MED HOME CLINIC clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  GUNTER, ROGER WILLIAM** (Physician, JACC NBHC Corry Station, Pensacola, FL) @ 10 May 2012 1654

**CHANGE HISTORY**
*The following SO Note Was Overwritten by GUNTER,ROGER WILLIAM @ 10 May 2012 1649 CDT:*
SO Note Written by RATHBUN,TONYA @ 10 May 2012 1228 CDT
**History of present illness**
        The Patient is a 27 year old male.
27yo ADM reports to medical with a cough and hot flashed x 1 month.  Pt began condition with hot flashes and a cough then recently about two weeks ago he began having
congestion.  Pt has taken Dyquil and Nyquil which he states was a little effective.
<<Note accomplished in TSWF CORE>>


    Currently on active duty.  Visit is not deployment-related.
    Good general overall feeling and chills.
    Headache.
    Nasal discharge, nasal passage blockage, and sore throat.
    Cough.

PHQ-2 Depression Screen Negative.
Patient feels safe at home.
**Current medication**
Dyquil


Anderson, Daniel Dennis    DOB: ■ 1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page

AR 1062

Nyquil
Albuterol.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history none

    Surgical / Procedural: Surgical / procedural history none

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use  Screening Date:
History.
**Review of systems**
**Systemic:** No fever.
**Otolaryngeal:** No earache.
**Gastrointestinal:** No nausea and no vomiting.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
    * Temperature: Reviewed.  * RR: Reviewed.  * PR: Reviewed.  * Blood pressure:  Reviewed.
**General Appearance:**
    * Well developed.  * Well nourished.  * In no acute distress.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                **Page**
1018

AR 1063

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *06 Mar 2012 at NH Pensacola FL, Readiness Center by TREVEN, LAUREN A*

Encounter ID:     PENS-5802127     Primary Dx:     Visit for: occupational health / fitness exam

Patient: **MERWIN, DANIEL DENNIS**          Date: **06 Mar 2012 1330 CDT**          Appt Type: **WELL**
Treatment Facility: **NH Pensacola**          Clinic: **DEPLOYMENT HEALTH CLINIC**          Provider: **TREVEN,LAUREN A**
Patient Status: **Outpatient**

**Reason for Appointment:** PHA PART II / VA
**Appointment Comments:**
CAC-DBM

**AutoCites** Refreshed by JOHNSONCRUTCHFIELD,ANDREA C @ 06 Mar 2012 1328 CDT
                                                                 **Allergies**
                                                                 • OTHER: Unknown (SEE MED RECORD)

**Screening** Written by JOHNSONCRUTCHFIELD,ANDREA C @ 06 Mar 2012 1328 CDT
**Reason For Appointment:** PHA PART II / VA
**Reason(s) For Visit (Chief Complaint):** visit for: occupational health / fitness exam (New) : pha;

**Vitals**
**Vitals** Written by JOHNSONCRUTCHFIELD,ANDREA C @ 06 Mar 2012 1337 CST
 BP: 110/70 Left Arm, Adult Cuff, HR: 70 Regular, Radial Artery, RR: 17, HT: 69 in, WT: 151 lbs
 Upright Scale, Actual, With Shoes, BMI: 22.3,
 BSA: 1.833 square meters, Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by JOHNSONCRUTCHFIELD,ANDREA C @ 06 Mar 2012 1334 CDT
**History of present illness**
      The Patient is a 27 year old male.
      He reported: Currently on active duty.  Visit is not deployment-related.
      Good general overall feeling.

Patient feels safe at home.
**Allergies**
Current Allergies Reviewed.
**Current medication**
None.
**Past medical/surgical history**
**Reported History:**
      Medical: Reported medical history
      -Diabetes- no
      -Cancer- no
      -HTN- no
      -High Cholesterol- no
      -Heart Disease- no
      -Metal issues- no
      -Kidney issue- no
      -Seizures- no
      Obesity - no
      Heart attack - no
      Asthma - self
      .
      Surgical / procedural: Surgical / procedural history
      none.
**Personal history**
Social history reviewed none.
Behavioral history: No tobacco use in the last 10 years.
Alcohol: Not using alcohol  Screening Date:
History ANNUAL SCREENING DATE:

What is your preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**▮ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No  Specify:
Advanced directives completed?    [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?    [ ] Yes  [ x ] No
Do you use a Personal Health Record (PHR)?    [ x ] Yes  [ ] No  Specify:
Contact info:
**Family history**
    Family medical history
    -Diabeties- father side of family
    -Cancer- no
    -HTN- no
    -High Cholesterol- no
    -Heart Disease- father side of family
    -Metal issues- no
    -Kidney issue- no
    -Seizures- no
    Obesity - side of family
    Heart attack - no
    Asthma - no

**SO Note** Written by TREVEN,LAUREN A @ 06 Mar 2012 1344 CDT
**Chief complaint**
The Chief Complaint is: PHA, works at NIOC.
**History of present illness**
    The Patient is a 27 year old male.

<<Note accomplished in TSWF CORE>>

Presents for PHA. Denies complaints or concerns.
**Review of systems**
**Systemic symptoms:** No fever and no chills.
**Head symptoms:** No headache.
**Cardiovascular symptoms:** No chest pain or discomfort.
**Pulmonary symptoms:** No cough.
**Gastrointestinal symptoms:** No nausea, no vomiting, no abdominal pain, no diarrhea, and no constipation.

**A/P** Written by TREVEN,LAUREN A @ 06 Mar 2012 1524 CDT
**1. visit for: occupational health / fitness exam**(PERIODIC PREVENTION EXAMINATION): Annual TB risk assessment
completed with responses determined to be minimal risk. No further testing recommended. See NAVMED 6224/8.
Record review completed. Reviewed deployment health history and individual medical readiness. Counseling on avoidable health
risk factors and screening per clinical preventive service guidelines provided.
Member completed Fleet and Marine Corps Health Risk Assessment. Counseled on identified risks.

Counseled on lab results for PHA and discussed at length ways to improve through lifestyle changes; exercise, weight
management, supplements and better nutrition. Teaching materials given. Encouraged follow-up with PCM for any health problems
or concerns as needed.
Medically fit for full duty.
PHA complete

**Disposition** Written by TREVEN,LAUREN A @ 06 Mar 2012 1524 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.

**Signed By TREVEN, LAUREN A** (Physician Assistant, Deployment Health Clinic) @ 06 Mar 2012 1524

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page**
1020

## *02 Nov 2011 at NH Pensacola FL, Corry MHP by GRIMM, CHRISTOPHER T*

| | | |
|---|---|---|
| Encounter ID:  PENS-4417339 | Primary Dx: | Vaccines Prophylactic Need Against Influenza |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC NTTC Pensacola**
Patient Status: Outpatient

Date: **02 Nov 2011 1101 CST**
Clinic: **CORRY MED HOME CLINIC**

Appt Type: **WELL**
Provider: GRIMM,CHRISTOPHER TODD

**Reason for Appointment:** flu SHOT

**Vitals**
Vitals Written by STANDLEY,CHAD J @ 02 Nov 2011 1424 CDT

Comments: N/A

SO Note Written by STANDLEY,CHAD J @ 02 Nov 2011 1424 CST
**History of present illness**
　　The Patient is a 26 year old male.
Barriers to learning were identified as: None.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.

**Current medication**
See med list.
**Past medical/surgical history**
Reported History:
　　Reported medications: No medication history including current prescription medications; over-the-counter medications; nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
　　. Taking medication and no contraindications to live vaccine were noted on medication reconciliation.

**Physical findings**
Patient monitored 15 minutes for adverse reaction/complications.
**Counseling/Education**
Education appropriate to the patient's needs was provided regarding the care/treatment/services provided. The patient or guardian voiced understanding and all questions were answered.
　Appropriate Vaccine Information Statements were given. Patient was identified using two forms of identification (name and prefix and sponsor's social security number)
Pain control was discussed.
The patient or guardian was instructed to wait for 15 minutes in the waiting room after vaccines were administered.
　.

**A/P** Last Updated by STANDLEY,CHAD J @ 02 Nov 2011 1425 CST
**1. Vaccines Prophylactic Need Against Influenza**
　　Procedure(s):　　　-Immunization Administration One Vaccine x 1
　　　　　　　　　　　　-Influenza Split Virus Vacc Age 3+ Years IM Preservative Free x 1

**Disposition** Last Updated by STANDLEY,CHAD J @ 02 Nov 2011 1425 CST
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY MED HOME CLINIC clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By GRIMM, CHRISTOPHER T** (Physician/Workstation) @ 02 Nov 2011 1518

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1066

## 07 Oct 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D

| Encounter ID: | PENS-4182237 | Primary Dx: | POSTSURGICAL STATE OF EYE AND ADNEXA |
|---|---|---|---|

Patient: **MERWIN, DANIEL DENNIS**     Date: **07 Oct 2011 0800 CDT**     Appt Type: **EST**
Treatment Facility: **NH Pensacola**     Clinic: **Ophthalmology Clinic**     Provider: **ROPP, CORBY D**
Patient Status: **Outpatient**

**Reason for Appointment:**

A/P Last Updated by ROPP, CORBY D @ 07 Oct 2011 0836 CDT
**1. Postsurgical state of eye and adnexa**
    Procedure(s):          -Ophthalmological Prior Patient Start Comprehensive Care x 1
                           -Determination Of Refractive State x 1
**2. Aftercare Following Surgery Of Sense Organs**

**Disposition** Last Updated by ROPP, CORBY D @ 07 Oct 2011 0836 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

**Signed By  ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 07 Oct 2011 0836

**Note** Written by CEPEDA,SERGIO JAVIER @ 10 Oct 2011 0517 CDT
**(Added after encounter was signed.)**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     **Page**

AR 1067

## Medical Record

Anderson, Daniel Dennis    DOB: [redacted] 1985  SSN: ***-**-[redacted]    DoD ID: 1286180538    Created: 30 Oct 2017

### USAF REFRACTIVE SURGERY (USAF-RS) POST-OP FORM

This form and other USAF-RS Tools are available on AF Knowledge Exchange (DoDAF) https://www.my.af.mil/USAF-RS or Public Access http://www.airforcemedicine.afms.mil/USAF-RS

**Examination Date** 7 Oct 2011

#### PATIENT INFORMATION

| Last Name | McCusin | First Name | Daniel | | M | B |
| Grade / Rank | Reg | SSN (Last 4) | 04 B 9 | Management Group | | AASD | | Warfighter |

#### SURGERY INFORMATION

| RS Treatment Location | Keesler | | Post-Op Visit | | | |
| RS | OD | PPK | Surgery | OD | Mar 11 | Post-Op Time | OD | weeks | 6 months |
| Treatment | OS | PPK | Date | OS | Mar 11 | | OS | weeks | 6 months |

#### SUBJECTIVE INFORMATION

Chief Complaint / Interim History  PRK

(1) Retro bulbar HA I
computer use

Post-Op Medication
If currently using: indicate name and dosage
☐ Steroid
☐ IOP Control
☑ Artificial Tears  new
☐ Other  Restasis

| SYMPTOMS | NONE | MILD | MOD | SEVERE | | Post-Op Complications | | |
| | OD OS | OD OS | OD OS | OD OS | | | OD OS |
| Glare / Halo | ☐☐ | ☐☐ | ☐☐ | ☐☐ | | | ☐☐ |
| Ghosting/Doubling | ☐☐ | ☐☐ | ☐☐ | ☐☐ | Corneal Scarring | ☐☐ Diffuse Lamellar Keratitis | ☐☐ |
| Hazy / Foggy Vision | ☐☐ | ☐☐ | ☐☐ | ☐☐ | Corneal Infiltrate/Ulcer | ☐☐ Irregular Flap/Buttonhole/Striae | ☐☐ |
| Reduced Night Vision | ☐☐ | ☐☐ | ☐☐ | ☐☐ | Flap / Haze | ☐☐ Corneal Flap Complications | ☐☐ |
| Dry Eye Discomfort | -AM ☐☐ | ☐☐ | PRK ☐☐ | ☐☐ | DLK/Epithelial Ingrowth by IOI | ☐☐ Epithelial Ingrowth | ☐☐ |
| Other | ☐☐ | ☐☐ | ☐☐ | ☐☐ | BDN <20/25 | ☐☐ Other  dark | ☐☐ |

| Post-Op Use of Optical Correction | ☑ None | ☐ Distance Only | ☐ Near Only | ☐ Both Distance & Near |
| Refraction: ☐ 0% ☐ <25% ☐ 26-50% ☐ 51-75% ☐ >75% | | ☐ 0% ☐ <25% ☐ 26-50% ☐ 51-75% ☐ >75% |

#### OBJECTIVE INFORMATION

| | Uncorrected DVA | MVA | Manifest Refraction to BEST Visual Acuity | | ADD |
| OD | 20/15 -1 | 20/20 | OD | pl | - 0.25 x 018 | 20/15 | + | 20/ |
| OS | 20/15 | 20/20 | OS | pl | - 0.0 x — | 20/15 | + | 20/ |

NERWIN, DANIEL DENNIS
20/[redacted]
7 Oct 2011, 0721



Anderson, Daniel Dennis    DOB: [redacted] 1985  SSN: ***-**-[redacted]    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page

SLIT LAMP EXAM

| OD | hi | Abn | FINDINGS |
|---|---|---|---|
| Lids / Lashes / Lac | ☐ | ☐ | |
| Conjunctiva | ☐ | ☐ | |
| Cornea | ☐ | ☐ | |
| Haze ☐0☐:☐2☐☐4 | | | |
| A/C | ☐ | ☐ | |
| Iris | ☐ | ☐ | |
| Lens | ☐ | ☐ | |
| IOP | | | |

| OS | hi | Abn | FINDINGS |
|---|---|---|---|
| Lids / Lashes / Lac | ☐ | ☐ | |
| Conjunctiva | ☐ | ☐ | |
| Cornea | ☐ | ☐ | |
| Haze ☐0☐:☐2☐☐4 | | | |
| A/C | ☐ | ☐ | |
| Iris | ☐ | ☐ | |
| Lens | ☐ | ☐ | |
| IOP | | | |

**TOPOGRAPHY**   OD  OS  
Not Performed ☐ ☐  
Normal ☐ ☐  
Abnormal ☐ ☐

**FUNDUS**   OD  OS  
Not Performed ☐ ☐  
DFE ☐ ☐  
Non-DFE ☐ ☐  
Normal ☐ ☐  
Abnormal ☐ ☐

**IMPRESSION / PLAN**

A) Lt. no post-op.
   mild DES
   c̄ migraine Sx.

P.) ↑ Refresh care.
   Try OTC migraine Rx → F/L c̄
                              PCM.
   F/L bm
   at Sooner
   PRN

Eye Care Provider Recommendation — Aviator Meets AF Flight Vision Standards ☐ Yes ☐ No  
Worldwide Standard Duty Vision Standards ☑ Yes ☐ No  ☑ Full Duty ☐ Restricted

Eye Care Provider: SR O'Connell, MD  
Rank/Rate: CAPT MC USN  
Base: Naval Hospital Pensacola  
DSN: ___  FAX: ___  
E-mail: stephen.oconnell@med.navy.mil

Flight Surgeon Stamp/Signature

C RMW

LCDR ___
WSW ███

**MERWIN, DANIEL DENNIS**
20████ ████
7 Oct 2011, 0721

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1024

AR 1069

**Medical Record**

## *27 Jul 2011 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P*

Encounter ID:      PENS-3154362      Primary Dx:      FOLLICULITIS

Patient: **MERWIN, DANIEL D**      Date: **27 Jul 2011 0845 CDT**      Appt Type: **EST$**
Treatment Facility: **NH Pensacola**      Clinic: **DERMATOLOGY CLINIC**      Provider: **BRUMWELL,ERIC**
Patient Status: Outpatient

**Reason for Appointment:** f/u skin check

AutoCites Refreshed by BRUMWELL,ERIC @ 27 Jul 2011 0851 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

**Chronic:**
• Asthma
• Postsurgical state of eye and adnexa
• Dyspnea
• Skin neoplasm of uncertain behavior
• Removal of sutures
• Extrinsic asthma
• Folliculitis
• Rosacea
• Lattice peripheral retinal degeneration
• Myopia
• Allergic rhinitis
• Visit for: occupational health/fitness
  exam
• Parent education about immunizations
• Visit for: military services physical
• Exposure to venereal disease
• Visit for: administrative purposes
• Inquiry and counseling about
  contraceptive practices

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Polyvinyl Alcohol + Povidone, (Refresh), Solution, Ophthalmic | Active | INSTILL 1 DROP IN EACH EYE EVERY 5 TO 10 MINUTES AS NEEDED X 5 DAYS, THEN AS NEEDED | 5 of 6 | 04 May 2011 |
| Cyclosporine 0.05%, Emulsion, Ophthalmic | Active | INS 1 GTT OU BID UD #2 RF3 | 3 of 3 | 14 Apr 2011 |
| Moxifloxacin Hydrochloride 0.5%, Solution, Ophthalmic | Active | INS 1 G OU QID X 7 DAYS #1 RF1 | 1 of 1 | 14 Apr 2011 |
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |

**Vitals**
Vitals Written by CONLEY,KARLA E @ 27 Jul 2011 0842 CDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

Anderson, Daniel Dennis      DOB: ███ 1985 SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017

Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by BRUMWELL,ERIC @ 27 Jul 2011 0852 CDT
**Chief complaint**
The Chief Complaint is: F/U PHOT OR HEAT INDUCED FOLLICULITIS– PT HAD PROBLEM LAST YEAR AND RECENTLY HAD RECURRENCE 2 WEEKS AGO AFTER WORKING IN YARD–TNTC SMALL PUSTULES ON FACE/NECK AND UPPER BACK THAT LASTED A FEW SAYS THEN WENT AWAY–NO TOPICALS USED OTHER THAN VASELINE LOTION, NO MEDS TAKEN.
**Reason for Visit**
　　Visit for: screening for dermatological disorders.
**Referred here**
From Primary Care.
**History of present illness**
　　The Patient is a 26 year old male.
　　He reported: Military service.
　　Concerns about cosmetic appearance.
**Allergies**
　　An allergy to drugs.
**Current medication**
current medication [Use for free text].
**Past medical/surgical history**
**Reported History:**
　　Reviewed.
　　Reported medications: Taking medication MEDICINE RECONCILIATION PERFORMED.
**Review of systems**
**Systemic symptoms:** No systemic symptoms and not feeling tired (fatigue). No chills.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Physical findings**
**Vital signs:**
　　• Pain level (0-10) 0.
**Neurological:**
　　Speech: ° Normal.
**Psychiatric Exam:**
　　Affect: ° Congruent with the mood.
**Skin:**
　　° Normal except as noted EXAM ESSENTIALLY NORMAL–NO ACTIVE SKIN DISEASE.  ° No lesions on the scalp.  ° No lesions on the ear.  ° No lesions on the face.  ° No lesions on the neck.  ° No lesions on the shoulders.  ° No lesions on the upper extremities.

**A/P** Written by BRUMWELL,ERIC @ 27 Jul 2011 0857 CDT
**1. FOLLICULITIS:** PREVIOUSLY BIOPSY AND DIAGNOSIS C/W PITYROSPORUM FOLLICULITIS HOWEVER HISTORY SEEMS MUCH BETTER FOR MILIARIA

ADVISED PT TO START TOPICAL KETOCONAZOLE AGAIN FOR PITYROSPORUM AND WILL ADD LAC HYDRIN AND CLINDA TOPICALLY TO TREAT CONCURRENTLY FOR MILIARIA AND BACTERIAL FOLLICULITIS.  ADVISED PT TO WEAR LOOSE SUN PROTEXCTIVE CLOTHING AND TO COOL OFF IMMEDIATELY AFTER HOT ACTIVITY

WILL F/U W/ NEXT EPISODE FOR REPEAT BIOPSY/CULTURE WHEN ABLE

　　　　Medication(s):　　　　-AMMONIUM LACTATE–TOP 12% LOTN - AAA TRUNK AND NECK DAILY #2 RF4 Qt: 2 Rf: 4
　　　　　　　　　　　　　　-CLINDAMYCIN–TOP 1% SOLN - APPLY TO UPPER TRUNK AND NECK DAILY– THIS IS THE
　　　　　　　　　　　　　　ANTIBIOTIC #2 RF3 Qt: 2 Rf: 3
　　　　Patient instruction(s):　-Anticipatory Guidance: Outdoor Safety Avoiding Sun Exposure
　　　　　　　　　　　　　　-Avoid Exposure Bright Sunlight
　　　　　　　　　　　　　　-Education And Counseling
　　　　　　　　　　　　　　-Instructions For Patient

**Disposition** Written by BRUMWELL,ERIC @ 27 Jul 2011 0857 CDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Parent who indicated understanding.

**Signed By BRUMWELL, ERIC** (Department Head/Staff Physician, Dermatology Clinic, Naval Hospital Pensacola) @ 27 Jul 2011 0858

Anderson, Daniel Dennis      DOB: ███ 1985 SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.　　　Page

AR 1071

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017

**Medical Record**

**CHANGE HISTORY**
**The following SO Note Was Overwritten** by BRUMWELL,ERIC @ 27 Jul 2011 0852 CDT:
**SO Note** Written by CONLEY,KARLA E @ 27 Jul 2011 0843 CDT:
**Chief complaint**
The Chief Complaint is: F/u skin check.
**Current medication**
current medication [Use for free text].

AR 1072

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

### *26 Jul 2011 at NH Pensacola FL, Pulmonary Disease Clinic by LEWIS, CHRISTOPHER T*

Encounter ID:    PENS-3141764    Primary Dx:    ASTHMA

Patient: **MERWIN, DANIEL D**          Date: **26 Jul 2011 1100 CDT**          Appt Type: **EST**
Treatment Facility: **NH Pensacola**    Clinic: **PULMONARY DISEASE CLINIC**    Provider: **LEWIS,CHRISTOPHER T**
Patient Status: Outpatient

**Reason for Appointment:**  PULM/LAB RESULTS/MEDS/20MIN
**Appointment Comments:**
CAC BD

**Screening** Written by CURRY,JEREMY T @ 26 Jul 2011 1104 CDT
**Reason For Appointment:** PULM/LAB RESULTS/MEDS/20MIN

Allergen information verified by CURRY, JEREMY T @ 26 Jul 2011 1103 CDT

**Vitals**
**Vitals** Written by CURRY,JEREMY T @ 26 Jul 2011 1104 CDT
BP: 104/64, HR: 72, RR: 16, T: 98.0 °F, HT: 68 in, WT: 150 lbs, SpO2: 96%, BMI: 22.81,
BSA: 1.809 square meters, Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by LEWIS,CHRISTOPHER T @ 26 Jul 2011 1127 CDT
**Chief complaint**
The Chief Complaint is: Follow up PFTs.
**History of present illness**
    The Patient is a 26 year old male.
    He reported: Feeling fine, Excellent, Very Good or Good.

 Pain Severity  0 / 10.
Pt is a 26 yo male who presents for follow up of pulmonary function tests.  He was last seen in March 2011.  Since that time he has
done well.  He exercises regularly without difficulty.  He will have occassional chest tightness when around cats, but other wise is
assymptomatic.  He presents today for routine follow up.
Patient feels safe at home.
**Allergies**
Current Allergies Reviewed.
**Current medication**
Advair diskus prn.
**Past medical/surgical history**
**Reported History:**
    Past medical history Past Medical History:
    1) childhood asthma
    2) allergies.
**Personal history**
-Tob: none
-EtOH: none.
Behavioral history: No tobacco use in the last 10 years.
Alcohol: Not using alcohol  Screening Date:
History ANNUAL SCREENING DATE:

What is Your Preferred Method of Learning?                          [ x ] Verbal    [ ] Written    [ ] Visual    [ ] Other
    (Specify):
Learning Disability, Language or Learning Barriers?                 [ ] Yes    [ x ] No
Advanced Directives Completed?                                     [ ] Yes    [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes    [ x ] No
Are you enrolled in EFMP?                                          [ ] Yes    [ x ] No
Contact Info:
**Review of systems**
**Systemic symptoms:** Not feeling tired or poorly, not tiring easily, and no lethargy.  No fever and no chills.
**Head symptoms:** No sinus pain.
**Pulmonary symptoms:** No dyspnea, no cough, and no wheezing.
**Physical findings**
**Vital signs:**
    ° Current vital signs reviewed.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page

AR 1073

**General appearance:**
° Well-appearing.  ° Awake.  ° Alert.  ° In no acute distress.

**Tests**

**Laboratory studies:**

Pulmonary Function Tests:
Pulmonary function tests were performed on 17MAR11 and revealed normal spirometry, very mild decrease in TLC, and a normal DLCO. Following the administration of 16mg/ml of methacholine there was a significant decrease in FEV1 consistent with a positive methacholine challenge.

**A/P** Written by LEWIS,CHRISTOPHER T @ 26 Jul 2011 1135 CDT

**1. ASTHMA**(ASTHMA, UNSPECIFIED, MILD): Pt with a symptom complex and positive high dose methacholine challenge test consistent with mild intermittent asthma. His symptoms are confined to allergen exposure, particularly to cats. Given the mild intermittent nature of his disease, he does not require a controller medicine, and will be treated with prn albuterol alone. He was counseled on allergen avoidance. No further workup is required. He is FIT FOR FULL DUTY WITHOUT RESTRICTIONS, and FIT FOR WORLD WIDE DEPLOYMENT WITHOUT RESTRICTIONS. Follow up in 6 months.

**Disposition** Written by LEWIS,CHRISTOPHER T @ 26 Jul 2011 1135 CDT
**Released w/o Limitations**

**Signed By  LEWIS, CHRISTOPHER T** (Physician, NH Pensacola FL) @ 26 Jul 2011 1135

CHANGE HISTORY
*The following SO Note Was Overwritten by LEWIS,CHRISTOPHER T @ 26 Jul 2011 1127 CDT:*
**SO Note** Written by CURRY,JEREMY T @ 26 Jul 2011 1105 CDT
**History of present illness**
The Patient is a 26 year old male.
He reported: Feeling fine, Excellent, Very Good or Good.

Pain Severity  0 / 10.
Patient feels safe at home.
**Allergies**
Current Allergies Reviewed.
**Current medication**
Advair diskus.
**Personal history**
Behavioral history: No tobacco use in the last 10 years.
Alcohol: Not using alcohol  Screening Date:
History ANNUAL SCREENING DATE:

| | | | |
|---|---|---|---|
| What Is Your Preferred Method of Learning? | [ x ] Verbal | { } Written | [ ] Visual    [ ] Other (Specify): |
| Learning Disability, Language or Learning Barriers? | [ ] Yes | [ x ] No | |
| Advanced Directives Completed? | { } Yes | [ x ] No | |
| Do you have any cultural or religious beliefs that may affect your care? | [ ] Yes | [ x ] No | |
| Are you enrolled in EFMP? | [ ] Yes | [ x ] No | |
| Contact Info: | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1074

## *06 Jun 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D*

| Encounter ID: | PENS-2275325 | Primary Dx: | POSTSURGICAL STATE OF EYE AND ADNEXA |
|---|---|---|---|

Patient: **MERWIN, DANIEL D**
Treatment Facility: **NH Pensacola**
Patient Status: **Outpatient**

Date: **06 Jun 2011 0815 CDT**
Clinic: **OPHTHALMOLOGY CLINIC**

Appt Type: **EST**
Provider: **ROPP,CORBY D**

**Reason for Appointment:** prk f/u
**Appointment Comments:**
sjc

AutoCites Refreshed by ROPP,CORBY D @ 06 Jun 2011 0822 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

**Chronic:**
- Postsurgical state of eye and adnexa
- Dyspnea
- Skin neoplasm of uncertain behavior
- Removal of sutures
- Extrinsic asthma
- Folliculitis
- Rosacea
- Lattice peripheral retinal degeneration
- Myopia
- Allergic rhinitis
- Visit for: occupational health/fitness exam
- Parent education about immunizations
- Visit for: military services physical
- Exposure to venereal disease
- Visit for: administrative purposes
- Inquiry and counseling about contraceptive practices

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Polyvinyl Alcohol + Povidone, (Refresh), Solution, Ophthalmic | Active | INSTILL 1 DROP IN EACH EYE EVERY 5 TO 10 MINUTES AS NEEDED X 5 DAYS, THEN AS NEEDED | 5 of 6 | 04 May 2011 |
| Cyclosporine 0.05%, Emulsion, Ophthalmic | Active | INS 1 GTT OU BID UD #2 RF3 | 3 of 3 | 14 Apr 2011 |
| Moxifloxacin Hydrochloride 0.5%, Solution, Ophthalmic | Active | INS 1 G OU QID X 7 DAYS #1 RF1 | 1 of 1 | 14 Apr 2011 |
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS | 6 of 6 | 20 Jul 2010 |

AR 1075

```
NO SOAP) #2 RF6
```

**A/P** Written by ROPP,CORBY D @ 06 Jun 2011 0829 CDT
**1. Postsurgical state of eye and adnexa**
      Procedure(s):      -Postoperative Visit, Without Charge x 1
**2. Aftercare Following Surgery Of Sense Organs**

**Disposition** Written by ROPP,CORBY D @ 06 Jun 2011 0829 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

**Signed By ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 06 Jun 2011 0829

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1076

## *06 Jun 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D*

| | | | |
|---|---|---|---|
| Encounter ID: | PENS-2273083 | Primary Dx: | POSTSURGICAL STATE OF EYE AND ADNEXA |

Patient: **MERWIN, DANIEL D**          Date: **06 Jun 2011 0757 CDT**          Appt Type: **EST**
Treatment Facility: **NH Pensacola**     Clinic: **Ophthalmology Clinic**      Provider: **ROPP, CORBY D**
Patient Status: **Outpatient**

**Reason for Appointment:**

A/P Last Updated by ROPP, CORBY D @ 06 Jun 2011 1243 CDT
**1. Postsurgical state of eye and adnexa**
     Procedure(s):      -Postoperative Visit, Without Charge x 1
**2. Aftercare Following Surgery Of Sense Organs**

Disposition Last Updated by ROPP, CORBY D @ 06 Jun 2011 1243 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

---

**Signed By ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 06 Jun 2011 1243

Note Written by CEPEDA,SERGIO JAVIER @ 07 Jun 2011 1305 CDT
**(Added after encounter was signed.)**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page**

AR 1077

USAF REFRACTIVE SURGERY (USAF-RS) POST-OP FORM

**PATIENT INFORMATION**

**SURGERY INFORMATION**

**SUBJECTIVE INFORMATION**

Chief Complaint / Pertinent History: PRK

Dry eye sx.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.     Page
1033

AR 1078



AR 1079

## 04 May 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D

| Encounter ID: | PENS-1912953 | Primary Dx: | SUPERFICIAL INJURY - ABRASION OF CORNEA |
|---|---|---|---|

Patient: **MERWIN, DANIEL D**
Treatment Facility: NH Pensacola
Patient Status: **Outpatient**

Date: **04 May 2011 0817 CDT**
Clinic: **OPHTHALMOLOGY CLINIC**

Appt Type: **EST**
Provider: **ROPP,CORBY D**

**Reason for Appointment:** prk f/u

A/P Last Updated by ROPP,CORBY D @ 04 May 2011 0859 CDT
**1. SUPERFICIAL INJURY - ABRASION OF CORNEA**
          Procedure(s):          -Ophthalmological Prior Patient Start Comprehensive Care x 1

Disposition Last Updated by ROPP,CORBY D @ 04 May 2011 0900 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

Signed By  ROPP, CORBY D (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 04 May 2011 0900

Note Written by CEPEDA,SERGIO JAVIER @ 04 May 2011 1053 CDT
**(Added after encounter was signed.)**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1080

USAF REFRACTIVE SURGERY DATABASE POST-OP FORM

### PATIENT INFORMATION

### SURGERY INFORMATION

### SUB-JECTIVE INFORMATION

Chief Complaint / Interval History

Sees streaks by day left eye
Scratched
- last night 10 p.m.
~ 10/10 pain 5/10 now

**SYMPTOMS**

**Post-Op Use of Optical Correction**

MERWIN, DANIEL D
20/███████
4 May 2011, 0███

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

1036

Page

AR 1081



MERWIN, DANIEL D
20/▮▮▮▮
4 May 2011, 0818

AR 1082

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017

### *26 Apr 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D*

| | | |
|---|---|---|
| Encounter ID: | PENS-1783025 | Primary Dx: | Aftercare Following Surgery Of Sense Organs |

Patient: **MERWIN, DANIEL D**         Date: **26 Apr 2011 0755 CDT**      Appt Type: **EST**
Treatment Facility: **NH Pensacola**   Clinic: **OPHTHALMOLOGY CLINIC**   Provider: **ROPP,CORBY D**
Patient Status: **Outpatient**

**Reason for Appointment:** 1 WEEK PRK F/U

A/P Last Updated by ROPP,CORBY D @ 26 Apr 2011 0819 CDT
**1. Aftercare following surgery of the sense organs**
            Procedure(s):          -Postoperative Visit, Without Charge x 1
**2. Postsurgical state of eye and adnexa**

Disposition Last Updated by ROPP,CORBY D @ 26 Apr 2011 0819 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

Signed By **ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 26 Apr 2011 0820

Note Written by CEPEDA,SERGIO JAVIER @ 26 Apr 2011 1518 CDT
**(Added after encounter was signed.)**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page**
1038

AR 1083

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

## Keesler Post Operative Form

| SURGERY DATE: | POD _1_ Date: | POD _3_ Date: | |
|---|---|---|---|
| 21APR | | 26APR | |
| UCVA | OD 20 | OS 20 | OD 20/50+2 | OS 20/30 |
| CHIEF COMPLAINT | | | Tears PKK HO Blurriness OD | |
| Pain 0–10 (0 = None) | | | Ø+10 | |

MEDICATIONS

| Antbc 4xDay Nevanac | Yes / No | Yes / No | ☑Yes / No | ☑Yes / No |
|---|---|---|---|---|
| Vigamox / Zymar 4xDay | Yes / No | Yes / No | ☑Yes / No | Yes / No |
| PF 1% (PML) | | | QID | |
| Antibiotic Tabs | | | Refresh Q30min PRN | |
| Maxis | | | BID | |
| Percocet | | | ∅ | |
| Phenergan | | | ∅ | |
| Other: | | | Bactrim #14 | |

SLE   Lid Edema

| Conj. Injection | | | ∅ | ∅ |
|---|---|---|---|---|
| Cornea | ☐1/4 ☐1/2 ☐3/4 ☐Full | ☐1/4 ☐1/2 ☐3/4 ☐Full | ☐1/4 ☐1/2 ☐3/4 ☐Full | ☐1/4 ☐1/2 ☐3/4 ☐Full |
| Edema | | | ∅ | |
| Immune Cells | | | ∅ | |
| Infection | Yes / No | Yes / No | Yes / ☑No | Yes / ☑No |
| A/C Reaction | | | ∅ | |
| IOL | Present Absent / Centered Displaced | Present Absent / Centered Displaced | Present ☑Absent / Centered Displaced | Present ☑Absent / Centered Displaced |
| BCL | AV Oasys  8.4 | AV Oasys  8.4 | AV Oasys  8.4 | AV Oasys  8.4 |

ASSESSMENT / PLAN:

| Antbc 4xDay | Continue / Stop | Continue / Stop | ☑Continue 2 days then stop / Stop | ☑Continue 2 days then stop / Stop |
|---|---|---|---|---|
| PF / Mxis 4xDay | Continue / Tapering | Continue / Tapering | ☑Continue / Tapering | Continue / Tapering |
| Controlled Tears | Continue / Stop | Continue / Stop | ☑Continue / Stop | Continue / Stop |
| Oral Meds as directed | Continue / Stop | Continue / Stop | Continue / ☑Stop | Continue / ☑Stop |
| Antbc | Continue / Stop | Continue / Stop | Continue / ☑Stop | Continue / ☑Stop |
| Other: Refresh | Continue / Stop | Continue / Stop | Continue / ☑Stop | Continue / ☑Stop |
| FOLLOW UP | 1 2 3 4 6 9 12 Day Week Month / 6 Week Taper 6 Month Taper | | 1 2 3 4 6 9 12 Day Week Month / 6 Week Taper 6 Month Taper | |

**MERWIN, DANIEL D**
20/███
26 Apr 2011, 0756

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page
1039

AR 1084

## *22 Apr 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D*

Encounter ID:    PENS-1748025      Primary Dx:     POSTSURGICAL STATE OF EYE AND ADNEXA

Patient: **MERWIN, DANIEL D**      Date: **22 Apr 2011 0800 CDT**      Appt Type: **EST**
Treatment Facility: **NH Pensacola**      Clinic: **Ophthalmology Clinic**      Provider: **ROPP, CORBY D**
Patient Status: **Outpatient**

**Reason for Appointment:**

A/P Last Updated by ROPP, CORBY D @ 22 Apr 2011 0934 CDT
**1. POSTSURGICAL STATE OF EYE AND ADNEXA**
     Procedure(s):         -Postoperative Visit, Without Charge x 1
**2. Aftercare Following Surgery Of Sense Organs**

Disposition Last Updated by ROPP, CORBY D @ 22 Apr 2011 0934 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

**Signed By ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 22 Apr 2011 0935

**Note** Written by CEPEDA,SERGIO JAVIER @ 25 Apr 2011 1213 CDT
**(Added after encounter was signed.)**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page**
1040

AR 1085

**Keesler Post Operative Form**

| SURGERY DATE: ZLAXXZH | POD __1__ Date: | | POD __3__ Date: | |
|---|---|---|---|---|
| UCVA / PH | OD 20/30±2  OS 20/40±1 | | OD 20/  OS 20/ | |
| CHIEF COMPLAINT | blurriness | blurriness | | |
| Pain 0—10 (0 = None) | 4 | 1 | | |
| **MEDICATIONS** | Yes / No | Yes / No | Yes / No | Yes / No |
| Aculor 4xDay | ☒Yes ☐No | ☒Yes ☐No | ☐Yes ☐No | ☐Yes ☐No |
| Vigamox / Zymar 4xDay | ☒Yes ☐No | ☒Yes ☐No | ☐Yes ☐No | ☐Yes ☐No |
| (IOP) Pre/Post | B-O | | | |
| Ambient Time | Ranoge YBH | | | |
| Mobile | 4 | | | |
| Forceset | 0 | | | |
| Phenogen | 4 | | | |
| Other: Omnip | | | | |
| SLE    Lid Edem | 4 | 0 | | |
| Conk. Injection | 0 | 0 | | |
| Cornea | D- Indiv/Lat ☐ IH ☐1/4 ☐1/2 ☐3/4 ☐Full | D- Indiv/Lat ☒1/4 ☐1/2 ☐3/4 ☐Full | D- Indiv/Lat ☐1/4 ☐1/2 ☐3/4 ☐Full | D- Indiv/Lat ☐1/4 ☐1/2 ☐3/4 ☐Full |
| Edema | 0 | 4 | | |
| Immune Cells | 0 | 0 | | |
| Infection | ☐Yes ☒No | ☐Yes ☐No | ☐Yes ☐No | ☐Yes ☐No |
| A/C Reaction | 0 | 0 | | |
| BCL | ☒Present ☐Removed/Replaced | ☒Present ☐Removed/Replaced | ☐Present ☐Removed/Replaced | ☐Present ☐Removed/Replaced |
| | AV Gtaps   8.4 | AV Gtaps   8.4 | AV Gtaps   8.4 | AV Gtaps   8.4 |
| **ASSESSMENT / PLAN:** | | | | |
| Zymar 4xDay  Vig 4x/D | ☒Continue ☐Stop | ☒Continue ☐Stop | ☐Continue 2 days then stop | ☐Continue 2 days then stop |
| FT (1/2) 4xDay | ☒Continue ☐Taper/Stop | ☒Continue ☐Taper/Stop | ☐Continue ☐Taper/Stop | ☐Continue ☐Taper/Stop |
| Artificial Tears | ☒Continue ☐Stop | ☒Continue ☐Stop | ☐Continue ☐Stop | ☐Continue ☐Stop |
| Oral Meds as directed | ☒Continue ☐Stop | ☐Continue ☐Stop | ☐Continue ☐Stop | ☐Continue ☐Stop |
| Aculor  Nexium | ☒Continue ☐Stop | ☒Continue ☐Stop | ☐Continue ☐Stop | ☐Continue ☐Stop |
| Other: | ☐Continue ☐Stop | ☐Continue ☐Stop | ☐Continue ☐Stop | ☐Continue ☐Stop |
| FOLLOW UP | 1 3 5 ⑥ 9 12 Day Week Month  6 Week Taper  4 Month Taper | | 1 2 3 4 6 9 12 Day Week Month  6 Week Taper  4 Month Taper | |

F C. Pop
me w
1 DAY Pink FU

**MERWIN, DANIEL D**
2█████████
22 Apr 2011, 0717

AR 1086

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 30 Oct 2017

## *21 Apr 2011 at 81st Medical Group, Refractive Surgery by ROPP, CORBY D*

Encounter ID:    KSLR-874047       Primary Dx:      REFRACTIVE ERROR - MYOPIA

Patient: **MERWIN, DANIEL D**          Date: **21 Apr 2011 0928 CDT**        Appt Type: **PROC**
Treatment Facility: **81ST MEDICAL**    Clinic: **REFRACTIVE SURGERY**     Provider: **ROPP,CORBY D**
**GROUP**
Patient Status: **Outpatient**

**Reason for Appointment:**  PRK Sx

**AutoCites** Refreshed by SCHOEMANN,LINDA CIV @ 21 Apr 2011 1113 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

**Chronic:**
- Dyspnea
- Skin neoplasm of uncertain behavior
- Removal of sutures
- Extrinsic asthma
- Folliculitis
- Rosacea
- Lattice peripheral retinal degeneration
- Myopia
- Allergic rhinitis
- Visit for: occupational health/fitness exam
- Parent education about immunizations
- Visit for: military services physical
- Exposure to venereal disease
- Inquiry and counseling about contraceptive practices
- Visit for: administrative purposes

**Acute:**
- Visit for: preoperative exam

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Nepafenac 0.1%, Suspension, Ophthalmic | Active | INS 1 G OU TID - QID  NR PRN SEVERE PAIN #1 RF0 | | 14 Apr 2011 |
| IBUPROFEN, 800 MG, TABLET, ORAL | Active | T1 TAB PO Q8H PF #30  NR RF0 | | 14 Apr 2011 |
| Cyclosporine 0.05%, Emulsion, Ophthalmic | Active | INS 1 GTT OU BID UD #2 3 of 3 RF3 | | 14 Apr 2011 |
| Polyvinyl Alcohol + Povidone, (Refresh), Solution, Ophthalmic | Active | INS 1 G OU EVERY 5-10 6 of 6 MIN PRN X 5 DAYS, THEN PRN | | 14 Apr 2011 |
| Moxifloxacin Hydrochloride 0.5%, Solution, Ophthalmic | Active | INS 1 G OU QID X 7  1 of 1 DAYS #1 RF1 | | 14 Apr 2011 |
| Fluorometholone 0.1%, Suspension, Ophthalmic | Active | INSTILL 1 DROP OU QID NR X 1 WEEK, THEN TID X 1 WEEK, THEN BID X 2 WEEKS, THEN DAILY X 2 WEEKS AND STOP #2 RF0 | | 14 Apr 2011 |
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5  5 of 5 | | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN  3 of 3 EACH NOSTRIL ONCE A DAY #1 RF3 | | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY 0 of 1 BID #1 RF1 | | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP 4 of 4 BID AS DIRECTED | | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2%  4 of 4 SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY | | 13 Oct 2010 |

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-██    DoD ID: 1286180538        Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        Page
1042

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 30 Oct 2017

| | | | | |
|---|---|---|---|---|
| | AS DIRECTED #2 RF4 | | | |
| Albuterol Sulfate 90mcg, Aerosol | Active | INH 2 PF PO Q4H FOR | 1 of 1 | 01 Sep |
| powder, Inhalation, HFA | | WHEEZING #1 RF1 | | 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, | Active | T1 TAB PO QD F | 2 of 2 | 25 Aug |
| ORAL | | ALLERGIES UD #30 RF2 | | 2010 |
| Cetaphil/Aquanil Cleanser Lotion | Active | INSTEAD OF SOAP UD | 6 of 6 | 20 Jul |
| Topical | | (BUT THE BEST SOAP IS | | 2010 |
| | | NO SOAP) #2 RF6 | | |

**A/P** Written by SCHOEMANN,LINDA CIV @ 21 Apr 2011 1114 CDT
**1. Myopia**
　　　Procedure(s):　　　-PHOTOREFRACTIVE KERATECTOMY (PRK) x 1 (50-BILATERAL PROCEDURE)

**Disposition** Written by SCHOEMANN,LINDA CIV @ 21 Apr 2011 1114 CDT
**Released w/o Limitations**

**Note** Written by SCHOEMANN,LINDA CIV @ 21 Apr 2011 1114 CDT

AR 1088

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017
**Medical Record**

# ALLEGRETTO       WaveLight

*Treatment report*

**MERWIN**████ **DANIEL**                           **OD**
████-1985
**Male**                    **ID: 125100386    Status:  Finished**

| Treatment | |
|---|---|
| Type:  WFoptimized S 001   Date:  04-21-2011 | |
| Correction: | -2.75 D  -0.50 D @ 100° |
| Clinical: | -2.75 D ^ -0.50 D @ 100° |
| Target Ref.: | 0.00 D ^ 0.00 D @ 100° |
| Optical Zone: | 6.50 mm |
| Transition Zone: | 1.25 mm |
| Ablation zone : | 9.00 mm |
| Vertex Distance: | 12.0 mm |
| K-reading (K1): | 40.50 D @ 83° |
| K-reading (K2): | 40.75 D @ 173° |
| Pupil Diameter: | 7.00 mm |
| Applied Drugs: | |
| Entry made by : | BLG |
| Surgeon: | ROPP |
| Confirmed by: | |

**Ablation Profile**



| | |
|---|---|
| Maximum Depth: | 49.14 µm |
| Central Depth: | 49.14 µm |
| Corneal Thickness | 583 µm |
| Device: | |
| Flap Thickness: | 60 µm |
| Stroma: | 483 µm |

*Memo and postOP-Comments*

S- PO CORDOVA  L- BRIAN  ?- 70  H-43

Mit omi2 7. applied 15 sec

*(signature)*

RE 20/20.

WaveLight AG
Am Wolfsmantel 5
D-91058 Erlangen - Germany
Phone: ++49 (0)9180 *(illegible)*

Note Written by SCHOEMANN,LINDA CIV @ 21 Apr 2011 1115 CDT

AR 1089

**Medical Record**
Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017

# ALLEGRETTO  WaveLight

*Treatment report*

MERWIN-███ DANIEL                                    **OS**
████ 1985
Male                              ID: 125100386    Status: Finished

| Treatment | |
|---|---|
| Type: WFoptimized S 001    Date: 04-21-2011 | |
| Correction: | -2.75 D -0.25 D @ 75° |
| Clinical: | -2.75 D ^ -0.25 D @ 75° |
| Target Ref.: | 0.00 D ^ 0.00 D @ 75° |
| Optical Zone: | 6.50 mm |
| Transition Zone: | 1.25 mm |
| Ablation zone : | 9.00 mm |
| Vertex Distance: | 12.0 mm |
| K-reading (K1): | 40.50 D @ 82° |
| K-reading (K2): | 40.75 D @ 172° |
| Pupil Diameter: | 7.00 mm |
| Applied Drugs: | |
| Entry made by : | BLG |
| Surgeon: | ROPP |
| Confirmed by: | |

**Ablation Profile**



| | |
|---|---|
| Maximum Depth: | 45.47 µm |
| Central Depth: | 45.47 µm |
| Corneal Thickness: | 577 µm |
| Device: | |
| Flap Thickness: | 50 µm |
| Stroma: | 481 µm |

**Memo and postOP-Comments**

S- PO CORSODVA  L- 8BS4N  T- 70  H-43

mmc  0.02%  x 15 sec

Ropop

ex uyal

WaveLight AG
Am Wolfsmantel 5
D-91058 Erlangen · Germany
Phone: ++49 (0)180 4556657

Signed By ROPP, CORBY D (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 21 Apr 2011 1456

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
1045                                                                      Page

AR 1090

## 29 Mar 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D

Encounter ID:    PENS-1494230    Primary Dx:    Visit for: preoperative exam

Patient: **MERWIN, DANIEL DENNIS**    Date: **29 Mar 2011 1330 CDT**    Appt Type: **SPEC**
Treatment Facility: **NH Pensacola**    Clinic: **OPHTHALMOLOGY CLINIC**    Provider: **ROPP,CORBY D**
Patient Status: Outpatient

**Reason for Appointment:** PRK Screen
**Appointment Comments:**
CJC

**AutoCites** Refreshed by ROPP,CORBY D @ 29 Mar 2011 1335 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

Chronic:
• Dyspnea
• Skin neoplasm of uncertain behavior
• Removal of sutures
• Extrinsic asthma
• Folliculitis
• Rosacea
• Lattice peripheral retinal degeneration
• Myopia
• Allergic rhinitis
• Visit for: occupational health/fitness exam
• Parent education about immunizations
• Visit for: military services physical
• Exposure to venereal disease
• Inquiry and counseling about contraceptive practices
• Visit for: administrative purposes

### Active Medications

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formualary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**A/P** Written by ROPP,CORBY D @ 29 Mar 2011 1446 CDT
**1. visit for: preoperative exam**: The risks and benefits and CRS alternatives eligible for this patient were discussed including PRK/LASIK options.

PRK was discussed as use of a brush to create a large abrasion like defect which will take several days to heal with aid of a CL. Potential of pain/discomfort was mentioned. Risks of haze which may cause loss of best vision was discussed. Significantly slower visual recovery than LASIK (up to 6 months) worsening of dry eye or causing dry eye, and infection were discussed. Glare and

AR 1091

halos, new dry eye that may persist for 6 months or longer was mentioned. The use of MMC as surgeon preference in order to minimize risk of corneal haze development was discussed as well as it's unknown long -term affects on the cornea and that it is not FDA approved for CRS. It was mentioned that the Navy has a long history of successful application of MMC with much less haze formation and minimal side effects.

The LASIK option was discussed as creation of a corneal flap which establishes a thinner corneal structure than PRK, but faster and less painful visual recovery. The lesser risk of haze was mentioned. The potential for re-lifting the flap if necessary for debri, folds, or re-treatment and risk for epithelial down-growth was discussed. The risk of flap dislocation although small was discussed. The risk for flap infection although small was discussed. The risk of worsening or creation of dry eye symptoms due to the corneal incision, as well as glare and halos at night during the healing process were discussed. The risk of worsened dry eye with age was also discussed, and that its long-term affects not known. The risk for multiple suction loss events, even during flap creation w/ potential for resultant aberrations was discussed.

It was mentioned that people who have either PRK or LASIK are generally happy and most would recommend to a friend w/ a few exceptions

After a discussion of the risks and benefits the patient elected to have PRK with MMC application.

Procedure(s):     -Ophthalmological New Patient Start Comprehensive Care x 1
-Determination Of Refractive State x 1
-Corneal Pachymetry Both Eyes x 1
-Scanning Computerized Ophthalmic Diagnostic Imaging Anterior Segment, Unilateral x 2 (50-BILATERAL PROCEDURE) - Wavescan, low RMS, okay for Allegretto
PentaCam - nl A/P floats and Belin-Ambrosio scans ou - Hard copy on file on system - no printer ink
-Computerized Corneal Topography x 1

**2. REFRACTIVE ERROR - MYOPIA**

**Disposition** Written by ROPP,CORBY D @ 29 Mar 2011 1446 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by CORDOVA,CARLOS @ 29 Mar 2011 1219 CDT
**Consult Order**
**Referring Provider:**     ZENT, JOHN W
**Date of Request:**   16 Mar 2011
**Priority:**        Routine

**Provisional Diagnosis:**

Lattice peripheral retinal degeneration

**Reason for Request:**

Clinic will make appointment.CRS, please eval peripheral retinal lesion OD for correct diagnosis and possible laser retinopexy.

**Signed By ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 29 Mar 2011 1447

AR 1092

### *17 Mar 2011 at NH Pensacola FL, Pulmonary Function Lab by LEWIS, CHRISTOPHER T*

Encounter ID:    PENS-1447190    Primary Dx:    Difficulty breathing (dyspnea)

Patient: **MERWIN, DANIEL DENNIS**    Date: **17 Mar 2011 1300 CDT**    Appt Type: **PROC$**
Treatment Facility: **NH Pensacola**    Clinic: **PULMONARY FUNCTION LAB**    Provider: **LEWIS,CHRISTOPHER T**
Patient Status: **Outpatient**

**Reason for Appointment:** difficulty breathing (dyspnea)
**Appointment Comments:**
LHM

A/P Last Updated by MCGEE,LINDA H @ 24 Mar 2011 1225 CDT
**1. difficulty breathing (dyspnea)**
        Procedure(s):        -Special Dr. Services Analysis Of Computerized Data x 1
                                     -Pulse Oximetry x 1
                                     -Pulmonary Function MVV x 1
                                     -Pulmonary Function FRC (% Predicted Normal) x 1
                                     -Pulmonary Function Carbon Monoxide Diffusion % (DLCO) x 1
                                     -Bronchial Challenge With Methacholine x 1
                                     -Spirometry Pre-bronchodilator x 1
                                     -Spirometry Post-bronchodilator x 1

**Disposition** Last Updated by MCGEE,LINDA H @ 24 Mar 2011 1225 CDT
**Released w/o Limitations**

**Note** Written by DAW,PAMELA J @ 17 Mar 2011 1300 CDT
**Consult Order**
**Referring Provider:**        LEWIS, CHRISTOPHER T
**Date of Request:**  16 Feb 2011
**Priority:**              Routine

**Provisional Diagnosis:**

difficulty breathing (dyspnea)

**Reason for Request:**

clinic will schedule.  Per Ms Mcgee.Pt is a 26 yo male with chest tightness and dyspnea.  Please evaluate with baseline PFTs and a
methacholine challange study if necessary to rule out asthma.

**Note** Written by MCGEE,LINDA H @ 24 Mar 2011 1224 CDT

AR 1093

Pulmonary ████

Patient MERWIN, DANIEL
Id ███████
Physician LEWIS, CHRISTOPHER
Room BAAA
Any Info NAVY/AD
Diagnosis Dyspnea
Date: 03/17/11

| Age 26 | Smoker Yes |
| Gender Male | How Long 1 |
| Height(in) 69 | Quit Yes |
| Weight(lb) 153 | Stopped 2 |
| Race CAUCASIAN | |

| Spiro | | Ref | Pre Meas | Pre % Ref |
|---|---|---|---|---|
| FVC | Liters | 5.25 | 4.28 | 81 |
| FEV1 | Liters | 4.21 | 3.53 | 84 |
| FEV1/FVC | % | 79 | 83 | |
| FEF25-75% | L/sec | 4.56 | 3.60 | 79 |
| FEF50% | L/sec | 5.41 | 4.71 | 87 |
| PEF | L/sec | 9.62 | 7.66 | 79 |
| MVV | L/min | 178 | 124 | 70 |
| | | | | |
| TLC | Liters | 6.81 | 5.36 | 79 |
| RV | Liters | 1.69 | 1.10 | 65 |
| RV/TLC | % | 26 | 20 | |
| FRC N2 | Liters | 3.72 | 2.50 | 67 |
| | | | | |
| DLCO | mL/min-mmHg | 29.0 | 30.0 | 103 |
| DLCO/VA | mL/min/mmHg/L | 4.79 | 5.23 | 109 |
| DLVA Adj | mL/min/mmHg/L | | 5.23 | |
| VA | Liters | 6.82 | 5.74 | 84 |

AR 1094



PULMONARY LABORATORY
NAVY HOSPITAL PENSACOLA
6000 Highway 98 West
Pensacola Florida 32512  850 505-6580

## *Bronchochallenge Report*

PC 20 FEV1  0.766

120
100
80
60
40
20
0

AR 1095

Any Info: NAVY AC          (I) 415 12 2489          Name: MERWIN, DANIEL

Pre:

Comments

Interpretation

Robert Marquez, CPT MC USN, Pulmonology Internal Medicine
Christopher Lewis, CDR MC USN, Pulmonologist
Wendell Colberg, M.O. Allergist, Allergy Clinic

Page 3

**Signed By LEWIS, CHRISTOPHER T (Physician, NH Pensacola FL) @ 25 Mar 2011 1117**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1096

## *16 Mar 2011 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W*

Encounter ID:    PENS-1434732    Primary Dx:    REFRACTIVE ERROR - MYOPIA

Patient: **MERWIN, DANIEL DENNIS**    Date: **16 Mar 2011 0900 CDT**    Appt Type: **SPEC**
Treatment Facility: **NBHC NAS Pensacola**    Clinic: **NASP OPTOMETRY CLINIC**    Provider: **ZENT,JOHN W**
Patient Status: Outpatient

**Reason for Appointment:** NASP/EVAL PRK/NO CONTACTS 30 DAYS/20/UNIF/MED LIST
**Appointment Comments:**
cac-mam

**AutoCites** Refreshed by ZENT,JOHN W @ 16 Mar 2011 1348 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

**Chronic:**
- Dyspnea
- Skin neoplasm of uncertain behavior
- Removal of sutures
- Extrinsic asthma
- Folliculitis
- Rosacea
- Lattice peripheral retinal degeneration
- Myopia
- Allergic rhinitis
- Visit for: occupational health/fitness exam
- Parent education about immunizations
- Visit for: military services physical
- Exposure to venereal disease
- Inquiry and counseling about contraceptive practices
- Visit for: administrative purposes

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**Screening** Written by SCHUSTER,ELIZABETH D @ 16 Mar 2011 0852 CDT
**Reason For Appointment:** NASP/EVAL PRK/NO CONTACTS 30 DAYS/20/UNIF/MED LIST

Allergen information verified by SCHUSTER, ELIZABETH D @ 16 Mar 2011 0852 CDT

**Vitals**

AR 1097

Anderson, Daniel Dennis   DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538   Created: 30 Oct 2017

**Vitals** Written by SCHUSTER,ELIZABETH D @ 16 Mar 2011 0852 CDT
Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by SCHUSTER,ELIZABETH D @ 16 Mar 2011 0852 CDT
**Reason for Visit**
Visit for: military services physical.
**History of present illness**
The Patient is a 26 year old male. Source of patient information was patient.
Barriers to learning were identified as: None
Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
Reliability of source of patient information was good.
In the Navy and currently on active duty. Visit is not deployment-related. Paygrade E5.
**Past medical/surgical history**
**Reported History:**
Surgical / procedural: Surgical / procedural history reviewed and updated in Patient's Problem List.
Reported medications: Medication history reviewed and updated in Medication module.
Physical trauma: No trauma to the eye.
**Diagnosis History:**
No glaucoma.
No hypertension.
No hyperlipidemia.
No diabetes mellitus
**Family history**
Family medical history: Reviewed in Problem List.
**Review of systems**
**Cardiovascular symptoms:** No cardiovascular symptoms.
**Pulmonary symptoms:** No pulmonary symptoms.
**Physical findings**
**Eyes:**
General/bilateral:
Visual Assessment: • Lensometry:
OD: -2.25 -0.50 x103
OS: -2.50 -0.25 x069.
Right eye:

| Visual Assessment: | Value |
|---|---|
| Distance right acuity with current Rx: 20/ | 20 |

Left eye:

| Visual Assessment: | Value |
|---|---|
| Distance left acuity with current Rx: 20/ | 20 |

**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided. The patient voices
understanding and all questions were answered.


**A/P** Last Updated by ZENT,JOHN W @ 16 Mar 2011 1351 CDT
**1. Myopia**
Procedure(s):        -Ophthalmological Prior Patient Start Intermediate Level Care x 1
-Determination Of Refractive State x 1
**2. Lattice peripheral retinal degeneration:** Likely flat retnoschesis, difficulty observing today even with 3-mirror fundoscopy. Best
view with BIO/scleral depression.
Consult(s):        -Referred To: OPHTHALMOLOGY CONSULT (Routine) Specialty: OPHTHALMOLOGY Clinic:
OPHTHALMOLOGY CLINIC Primary Diagnosis: Lattice peripheral retinal degeneration

**Disposition** Written by ZENT,JOHN W @ 16 Mar 2011 1404 CDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Note** Written by SIMIEN,LATOSHA D @ 16 Mar 2011 1000 CDT

AR 1098

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-██████    DoD ID: 1286180538    Created: 30 Oct 2017



Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-██    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1054

AR 1099

Date: _____

| Manifest | | X | | 20' | | | X | | 20 |
|---|---|---|---|---|---|---|---|---|---|
| Cyclo | | X | | 20 | | | X | | 20 |
| WAMR | | X | | 20' | | | X | | 20 |
| | PTRRLA ☐ | | TA | @ | | PERRLA ☐ | | TA | |

Assessment · Plan

A ① myopia OU
② Peripheral flat retroschesis OD

P ①+② recommend retinal consult pre CRS.

LT Zent, John W. OD USN   [signature]

| CONTRAINDICATIONS / WARNINGS (per FDA) | | |
|---|---|---|
| > 0.50 D change in sph or cyl in past 12 mos | YES | NO |
| Pregnant | YES | NO |
| Nursing during last 6 months | YES | NO |
| Autoimmune disease / immunodeficiency | YES | NO |
| Diabetes Mellitus | YES | NO |
| Keratoconus or corneal ectasia | YES | NO |
| History of HSV / HZV keratitis | YES | NO |
| Current use of: | YES | NO |
| | Isotretin (Accutane) | YES | NO |
| | Amiodarone (Cordarone) | YES | NO |
| | Sumatriptan (Imitrex) | YES | NO |
| | Steroids | YES | NO |
| | other | YES | NO |
| Severe dry eye / sicca disease | YES | NO |
| Glaucoma | YES | NO |
| Visually significant cataract | YES | NO |
| Active ophthalmic disease | YES | NO |
| Corneal thickness | YES | NO |
| Abnormal topography/corneal shape | YES | NO |
| Hx of prior refractive surgery | YES | NO |
| CONTRAINDICATIONS / WARNINGS (per USAF Policy) | | |
| Age < 21 | YES | NO |
| SCP > 22 / excess prescription in Rx survey | YES | NO |
| Steroid Glaucoma | YES | NO |

Name:
Last 4:
DOB:

---

Signed By  ZENT, JOHN W (Physician/Workstation) @ 16 Mar 2011 1404

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## *17 Feb 2011 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W*

Encounter ID:    PENS-1189878    Primary Dx:    REFRACTIVE ERROR - MYOPIA

Patient: **MERWIN, DANIEL DENNIS**    Date: **17 Feb 2011 1000 CST**    Appt Type: **SPEC**
Treatment Facility: **NBHC NAS Pensacola**    Clinic: **NASP OPTOMETRY CLINIC**    Provider: **ZENT,JOHN W**
Patient Status: **Outpatient**

**Reason for Appointment:** NASP 3600/ROUT EYE EXAM/ME DLIST/CTD/20/REC/UOD
**Appointment Comments:**
CAC-EH

**AutoCites** Refreshed by KIRK,CAMERON P @ 17 Feb 2011 0947 CST

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

**Chronic:**
- Dyspnea
- Skin neoplasm of uncertain behavior
- Removal of sutures
- Extrinsic asthma
- Folliculitis
- Rosacea
- Lattice peripheral retinal degeneration
- Myopia
- Allergic rhinitis
- Visit for: occupational health/fitness exam
- Parent education about immunizations
- Visit for: military services physical
- Exposure to venereal disease
- Inquiry and counseling about contraceptive practices
- Visit for: administrative purposes

**Social History**
No Social History Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**Registry Items**

**Screening** Written by KIRK,CAMERON P @ 17 Feb 2011 0947 CST
**Reason For Appointment:** NASP 3600/ROUT EYE EXAM/ME DLIST/CTD/20/REC/UOD

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1056

AR 1101

Allergen information verified by KIRK, CAMERON P @ 17 Feb 2011 0947 CST

**Vitals**
**Vitals** Written by KIRK,CAMERON P @ 17 Feb 2011 0947 CST
Tobacco Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by KIRK,CAMERON P @ 17 Feb 2011 0947 CST
**Reason for Visit**
    Visit for: military services physical.
**History of present illness**
    The Patient is a 26 year old male.  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
    Reliability of source of patient information was good.
    In the Navy and currently on active duty.  Visit is not deployment-related.  Paygrade E5.
**Past medical/surgical history**
**Reported History:**
    Surgical / procedural: Surgical / procedural history reviewed and updated in Patient's Problem List.
    Reported medications: Medication history reviewed and updated in Medication module.
    Physical trauma: No trauma to the eye.
**Diagnosis History:**
    No cataract
    No macular degeneration
    No glaucoma.
    No hypertension.
    No hyperlipidemia.
    No diabetes mellitus
**Family history**
    Family medical history: Reviewed in Problem List.
**Review of systems**
**Cardiovascular symptoms:** No cardiovascular symptoms.
**Pulmonary symptoms:** No pulmonary symptoms.
**Physical findings**
**Eyes:**
    General/bilateral:
        Visual Assessment: • Lensometry:
        OD: -2.25  -0.50  x096
        OS: -2.50  -0.25  x080.
    Right eye:

| | Value |
|---|---|
| Visual Assessment: | |
| Distance right acuity with current Rx: 20/ | 20 |
| Right eye: | |
| Intraocular Pressure: | |
| | 15 mmHg |
| | |
| Left eye: | |
| Visual Assessment: | Value |
| Distance left acuity with current Rx: 20/ | 20 |
| Left eye: | |
| Intraocular Pressure: | Value |
| | 16 mmHg |

**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices
understanding and all questions were answered.
.

**A/P** Written by ZENT,JOHN W @ 17 Feb 2011 1043 CST
**1. Myopia:** Pt. educated about CRS and its complications/benefits/alternatives.  PRK and LASIK were discussed.  Pt. K reading are
near limit for CRS.
    Procedure(s):    -Ophthalmological Prior Patient Start Comprehensive Care x 1
                -Corneal Pachymetry Both Eyes x 1

**Disposition** Written by ZENT,JOHN W @ 17 Feb 2011 1044 CST
**Released w/o Limitations**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579).  UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW.  VIOLATORS WILL BE PROSECUTED.     **Page**

AR 1102

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

**Follow up:** 1 to 2 month(s) or sooner if there are problems. - Comments: complete screening after 30 days out of CLs
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Note Written by ZENT,JOHN W @ 17 Feb 2011 1042 CST

| Chief Complaint: | Pt. here for CRS screening, no visual or astenopic complaints. 1.5 year retainability, wore CLs today |
|---|---|
| Significant History: | (see above) -f/f, -dryness, -itch, -burn |

| Confrontation Fields: | FTFC Central & Peripheral OD, OS | Cover Test: | cc | Ortho  distance | Ortho' near |
|---|---|---|---|---|---|
| Extraocular Muscles: | Smooth, Accurate, Full, No Pain | Pupils: | Equal  Round  4+ Reactivity | -APD | |

| auto | Sphere | Cylinder | Axis | | DVA | | | | Drops: | @ |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | -2.50 | -0.50 | 099 | OD | 20/20 | 20/20 | | | 0.5% Proparacaine | |
| OS | -2.50 | -0.50 | 070 | OS | 20/20 | | | | 0.5% Tropicamide | |
| | Prism | | Add | | NVA | | | | 2.5% Phenylephrine | |
| OD | | | OD | | OD | 20/20 | 20/20 | | 1% Cyclopentolate | |
| OS | | | OS | | OS | 20/20 | | | 0.25%/0.4% Fluress | |

| Slit Lamp: | | 90D | Undilated | **Ancillary Testing** |
|---|---|---|---|---|
| | **OD** | **OS** | | PACHYMETRY: OD 586 OS 576 |
| L/L | Clear | Clear | | Auto Ks: OD 40.25 @ 084 40.75 @174 |
| Conj. | Clear | Clear | | OS 40.75 sphere |
| Cornea | Clear | Clear | | |
| Tear Layer | Clear | Clear | | |

| | OD | | OS | | **Final Spec Rx** | | No SpRx Released | | Add |
|---|---|---|---|---|---|---|---|---|---|
| A/C | D & Q | 4X4 | 4X4 | D & Q | | | | | |
| Iris | Clear | | | Clear | OD | -2.50 | -0.50 | 099 | pl |
| Lens | Clear | | Clear | | OS | -2.50 | -0.50 | 070 | pl |
| Vitreous | Clear | | Clear | | | | | | PD |
| C/D | .3/.3 | | .3/.3 | | **No CL Fitting** | | | Sol'n: | Clear Care |
| Margins | Pink/Distinct | | Pink/Distinct | | *Brand* | OD: | 0 | | OS: | 0 |
| Macula | +FR, Clear | | +FR, Clear | | OD | | | pl | sph | 0 |
| A/V | 2/3 | | 2/3 | | OS | | | pl | sph | 0 |
| Periphery | Not Assessed | | Not Assessed | | Replace: | | | Continuous Wear: | No |

Notes    -Medication reconciliation was performed.  However, no new medications were added and no old
medications have been discontinued by the provider. Pt was offered a copy of med list.

Pt ed @ S/S ret tear/detach

**Signed By  ZENT, JOHN W** (Physician/Workstation) @ 17 Feb 2011 1044

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page

AR 1103

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### *16 Feb 2011 at NH Pensacola FL, Pulmonary Disease Clinic by LEWIS, CHRISTOPHER T*

Encounter ID:    PENS-1168201    Primary Dx:    Difficulty breathing (dyspnea)

Patient: **MERWIN, DANIEL DENNIS**          Date: **16 Feb 2011 0830 CST**          Appt Type: **SPEC**
Treatment Facility: **NH Pensacola**         Clinic: **PULMONARY DISEASE CLINIC**    Provider: **LEWIS,CHRISTOPHER T**
Patient Status: **Outpatient**

**Reason for Appointment:** ASTHMA EXTRINSIC/CTD/MED/REC/15/PULMN
**Appointment Comments:**
CAC-CN

**Screening** Written by LEE,BRANDON G @ 16 Feb 2011 0803 CST
**Reason For Appointment:** ASTHMA EXTRINSIC/CTD/MED/REC/15/PULMN

Allergen information verified by LEE, BRANDON G @ 16 Feb 2011 0803 CST

**Vitals**
**Vitals** Written by LEE,BRANDON G @ 16 Feb 2011 0803 CST
  BP: 123/74, HR: 85, RR: 15, HT: 69 in, WT: 157 lbs, SpO$_2$: 98%, BMI: 23.18, BSA: 1.864 square meters,
  Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0905 CST
**Chief complaint**
The Chief Complaint is: Chest tightness.
**History of present illness**
     The Patient is a 26 year old male.
     He reported: General overall feeling Good

     No military duty-related information  - (Not on PRP/SCI/PSP).  No depression Screen:  Negative PHQ-2 (Score < 3).
Pt is a 26 yo male with a history of allergies and childhood asthma.  He notes a history of asthma in childhood which was associated
with allergic symptoms.  He remarks on 1 hospitalization for his asthma as a child but none since.  Since the age of 8 he has been
donig well and was not maintained on any inhalers.  He is very active and is an active marathoner.  Recently he has noted
increased symptoms of chest tightness associated with exposure to cats and dogs.  He was briefly treated with advair, but is
currently being maintained on zyrtec and flonase as well as allergen avoidance with excellent control of his symptoms.  He will have
onec weekly chest tightness and albuterol use, but is otherwise doing well, and recently completed a marathon.  He presents for
routine follow up.
 Pain Severity  0 / 10.
**Past medical/surgical history**
**Reported History:**
     Past Medical History:
     1) childhood asthma
     2) allergies.
     Medical: Reported medical history N/A.
     Surgical / procedural: Surgical / procedural history 1) T&A.
     Reported medications: Medication history Zrytec t1 tab po qd
     Flonase.
**Personal history**
-Tob: none
-EtOH: none
Originally from California. Lived in PA and NJ.  USN for 5 years.  Works as a cryptologist.  Deployed to Japan recently, but no other
travel or occupational exposure.
Behavioral history: Never a smoker  / Never Used Tobacco Products.
Alcohol: No consumption of alcohol.
Habits: Exercising regularly  (Engaged in Routine / Regular Activity to Improve Your Health)

**Family history**
     Family medical history N/A.
**Review of systems**
**Military service:** Visit is not deployment-related  Location:                    Date:
**Systemic symptoms:** Not feeling tired or poorly, not tiring easily, and no lethargy.  No fever and no chills.
**Pulmonary symptoms:** No dyspnea, not coughing up sputum, no hemoptysis, and no wheezing.
**Gastrointestinal symptoms:** No heartburn, no nausea, and no vomiting.
**Physical findings**

**Vital signs:**
 ° Current vital signs reviewed.
**General appearance:**
 ° Well-appearing.  ° Awake.  ° Alert.  ° In no acute distress.
**Neck:**
 Palpation: ° Of the neck revealed no abnormalities.
**Nose:**
 General/bilateral:
  Nasal Discharge: ° No nasal discharge seen.
  Sinus Tenderness: ° No sinus tenderness.
**Pharynx:**
 Oropharynx: ° Uvula was not enlarged.  ° Tonsils were not enlarged.
**Lymph Nodes:**
 ° Cervical lymph nodes were not enlarged.  ° Supraclavicular lymph nodes were not enlarged.
**Lungs:**
 ° No wheezing was heard.  ° No rhonchi were heard.  ° No prolonged expiratory time.  ° No rales/crackles were heard.
**Cardiovascular system:**
 Jugular Venous Pressure: ° JVP was normal.
 Jugular Venous Distention: ° JVD not increased.
 Heart Rate And Rhythm: ° Normal.
 Heart Sounds: ° S1 normal.  ° S2 normal.  ° No S3 heard.  ° No S4 heard.  ° No pericardial friction rub heard.
 Murmurs: ° No murmurs were heard.
**Abdomen:**
 Palpation: • Abdomen was not soft.  ° No abdominal tenderness.
**Skin:**
 ° No generalized cyanosis.

**A/P** Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0930 CST
**1. difficulty breathing (dyspnea):** Pt is a 26 yo male with a history of childhood asthma and allergy type symptoms.  His clinical history is suggestive of mild intermittent asthma, and his symptoms are under excellent control with control of his allergies with zyrtec and flonase.  He will continue on these medications and prn albuterol for now, and will be referred for baseline PFTs and methacholine challenge study to definitive rule in/out asthma.  Even with a positive study, his symptoms are under excellent control on his current therapy, and if needed he can be successful controlled with an inhaled steroid.  He is highly functional, and even if a diagnosis of asthma is established this in no way should impact upon his fitness for duty.  He is currently fit for duty and fit for world wide deployment.  He will follow up in 3-4 weeks to review the results of his PFTs.
     Consult(s):          -Referred To: PULMONARY FUNCTION STUDIES (Routine) Specialty: PULMONARY DISEASE Clinic:
                         PULMONARY FUNCTION LAB Primary Diagnosis: difficulty breathing (dyspnea)

**Disposition** Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0931 CST
**Released w/o Limitations**
**Administrative Options:** Consultation requested

**Note** Written by AEPPLI,CAROL @ 16 Feb 2011 0755 CST
**Consult Order**
**Referring Provider:**        BROWN, TRAVIS S
**Date of Request:**  08 Feb 2011
**Priority:**          Routine

**Provisional Diagnosis:**

ASTHMA EXTRINSIC

**Reason for Request:**

LVM ON CELL PHONE25 yo AD male has a history of childhood asthma, with improvement in symptoms as he reached adulthood.  However he continues to have problems with tightness in his chest on occasion.  States some things in the environment (dogs and cats for example) trigger his symptoms and may last for days.  Denies any problems with routine exercise.  He has been taking Zyrtec and Flonase daily however do not seem to be very effective.  He was recently given Albuterol and Advair inhaler which he uses prn with good results.  Please evaluate, treat and let me know his deployment status.  Are there other environmental factors that could be an issue while on deployment.  thank you.  contact phone # 850 292 7149

**Signed By LEWIS, CHRISTOPHER T** (Physician, NH Pensacola FL) @ 16 Feb 2011 0931

CHANGE HISTORY

AR 1105

Anderson, Daniel Dennis     DOB:     1985  SSN: ***-**-     DoD ID: 1286180538     Created: 30 Oct 2017

*The following SD Note Was Overwritten by LEWIS,CHRISTOPHER T.@ 16 Feb 2011 0905 CST.*
SD Note Written by LEE,BRANDON G.@ 16 Feb 2011 0806 CST
**Chief complaint**
The Chief Complaint is: ASTHMA.
**History of present illness**
    The Patient is a 26 year old male.
    He reported: General overall feeling Good

    No military duty-related information  - (Not on PRP/SCI/PSP).  No depression Screen:  Negative PHQ-2  (Score < 3).
 Pain Severity  0 / 10.
**Past medical/surgical history**
**Reported History:**
    Medical: Reported medical history N/A.
    Surgical / procedural: Surgical / procedural history N/A.
    Reported medications: Medication history Zrytec t1 tab po qd
    Flonase.
**Personal history**
Behavioral history: Never a smoker  / Never Used Tobacco Products.
Alcohol: No consumption of alcohol.
Habits: Exercising regularly  (Engaged in Routine / Regular Activity to Improve Your Health)

**Family history**
    Family medical history N/A.
**Review of systems**
**Military service:** Visit is not deployment-related  Location:                    Date:

AR 1106

## *08 Feb 2011 at NH Pensacola FL, Readiness Center by BROWN, TRAVIS S*

Encounter ID:   PENS-1057895   Primary Dx:   Visit for: occupational health / fitness exam

Patient: **MERWIN, DANIEL DENNIS**   Date: **08 Feb 2011 0830 CST**   Appt Type: **WELL**
Treatment Facility: **NH Pensacola**   Clinic: **DEPLOYMENT HEALTH CLINIC**   Provider: **BROWN,TRAVIS SCOTT**
Patient Status: Outpatient

**Reason for Appointment:** pha/jacc/15 min/rec/rx/ct
**Appointment Comments:**
cac-cjm

AutoCites Refreshed by JOHNSONCRUTCHFIELD,ANDREA C @ 08 Feb 2011 0836 CST

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |
| • Skin neoplasm of uncertain behavior | | |
| • Removal of sutures | | |
| • Extrinsic asthma | | |
| • Folliculitis | | |
| • Rosacea | | |
| • Lattice peripheral retinal degeneration | | |
| • Myopia | | |
| • Allergic rhinitis | | |
| • Visit for: occupational health/fitness exam | | |
| • Parent education about immunizations | | |
| • Visit for: military services physical | | |
| • Exposure to venereal disease | | |
| • Inquiry and counseling about contraceptive practices | | |
| • Visit for: administrative purposes | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulaary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**Screening** Written by JOHNSONCRUTCHFIELD,ANDREA C @ 08 Feb 2011 0836 CST
**Reason For Appointment:** pha/jacc/15 min/rec/rx/ct

Allergen information verified by JOHNSONCRUTCHFIELD, ANDREA C @ 08 Feb 2011 0836 CST
**Reason(s) For Visit (Chief Complaint):** visit for: occupational health / fitness exam (New) : pha;

**Vitals**

Anderson, Daniel Dennis   DOB: ■ 1985  SSN: ***-**■   DoD ID: 1286180538   Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
1052   Page

AR 1107

**Vitals** Written by JOHNSONCRUTCHFIELD,ANDREA C @ 08 Feb 2011 0835 CST
BP: 120/74 Left Arm, Adult Cuff, HR: 58 Regular, Radial Artery, RR: 20, HT: 69 in Actual, With Shoes,
WT: 156 lbs Upright Scale, Actual, With Shoes, Corr OD: 20/25, Corr OS: 20/25, Corr OU: 20/25,
BMI: 23.04, BSA: 1.859 square meters,
Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by BROWN,TRAVIS SCOTT @ 08 Feb 2011 1027 CST
**Chief complaint**
The Chief Complaint is: PHA.
**History of present illness**
     The Patient is *a 25 year old male.*
Barriers to learning were identified as: None

Barriers considered were, social, cultural, emotional, motivational, physical, religious, cognitive and language.
     Problem list reviewed.

Member has a history of childhood asthma, with improvement in symptoms as he reached adulthood. However he continues to have problems with tightness in his chest on occasion. States some things in the environment (dogs and cats for example) trigger his symptoms and may last for days. Denies any problems with routine exercise. He has been taking Zyrtec and Flonase daily however do not seem to be very effective. He was recently given Albuterol and Advair inhaler which he uses prn with good results.
**Current medication**
Albuterol HFA inhaler prn
Advair prn
Zyrtec
Flonase

**Past medical/surgical history**
**Reported History:**
     Past Medical History:
     Fracture of right 5th phalanyx 2008 - resolved.
     Surgical / procedural: Surgical / procedural history Past Surgical History:
     noncontributory.
**Review of systems**
**Cardiovascular symptoms:** No cardiovascular symptoms.
**Gastrointestinal symptoms:** No gastrointestinal symptoms.
**Genitourinary symptoms:** No genitourinary symptoms.
**Musculoskeletal symptoms:** No musculoskeletal symptoms.
**Psychological symptoms:** No psychological symptoms.

**A/P** Written by BROWN,TRAVIS S @ 08 Feb 2011 1031 CST
**1. visit for: occupational health / fitness exam***(PERIODIC PREVENTION EXAMINATION):* Annual TB risk assessment
completed with responses determined to be minimal risk. No further testing recommended. See NAVMED 6224/8.
Record review completed. Reviewed deployment health history and individual medical readiness. Counseling on avoidable health
risk factors and screening per clinical preventive service guidelines provided.
Counseled on triglyceride results from PHA and discussed at length ways to improve through lifestyle changes; exercise, weight
management, supplements and better nutrition. Teaching materials given.
No recent fasting glucose done, will repeat lipids in 2 months after he makes lifestyle modifications and get fasting glucose at that
time.
Contact phone # 850 292 7149
Medically fit for full duty.
     Laboratory(ies):      -GLUCOSE FASTING (Routine) Ordered By: BROWN,TRAVIS S Ordering Provider: BROWN, TRAVIS
         SCOTT; LIPID PANEL (HDL,LDL,CHOL,TRIG (Routine) Ordered By: BROWN,TRAVIS S Ordering
         Provider: BROWN, TRAVIS SCOTT
**2. ASTHMA EXTRINSIC***(EXTRINSIC ASTHMA, UNSPECIFIED, MILD):* Pulmonary consult placed to determine diagnosis,
treatment recommendations and any deployment limiting concerns.
     Consult(s):      -Referred To: PULMONARY DISEASES CONSULT (Routine) Specialty: PULMONARY DISEASE Clinic:
         PULMONARY DISEASE CLINIC Primary Diagnosis: ASTHMA EXTRINSIC

**Disposition** Written by BROWN,TRAVIS S @ 08 Feb 2011 1032 CST
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

Anderson, Daniel Dennis    DOB: ▮ 1985   SSN: ***-**▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page**
1063

AR 1108

**Medical Record**

Anderson, Daniel Dennis _____ DOB: ____ 1985  SSN: ***-**-____ DoD ID: 1286180538 _____ Created: 30 Oct 2017

Signed By  **BROWN, TRAVIS S** (NP-C, NH Pensacola FL) @ 08 Feb 2011 1032

Anderson, Daniel Dennis _____ DOB: ____ 1985  SSN: ***-**-____ DoD ID: 1286180538 _____ Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED. **Page**
**1064**

AR 1109

**Medical Record**

| Anderson, Daniel Dennis | DOB: ___ 1985 SSN: ***-**-___ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

### 24 Jan 2011 at NH Pensacola FL, Corry Prime Care by WIEDL, ERICA KITCHELL

Encounter ID:    PENS-927132        Primary Dx:        ALLERGIC RHINITIS

Patient: **MERWIN, DANIEL DENNIS**       Date: **24 Jan 2011 1250 CST**        Appt Type: **ACUT**
Treatment Facility: **NBHC NTTC**          Clinic: **CORRY PRIME CARE**        Provider: **MILLER,ERICA KITCHELL**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:** MED REFILL
**Appointment Comments:**
CSW

**AutoCites** Refreshed by MILLER,ERICA K @ 24 Jan 2011 1312 CST

| Problems | Allergies |
|---|---|
| **Chronic:** | • OTHER: Unknown (SEE MED RECORD) |
| • Skin neoplasm of uncertain behavior | |
| • Removal of sutures | |
| • Extrinsic asthma | |
| • Folliculitis | |
| • Rosacea | |
| • Lattice peripheral retinal degeneration | |
| • Myopia | |
| • Allergic rhinitis | |
| • Visit for: occupational health/fitness exam | |
| • Parent education about immunizations | |
| • Visit for: military services physical | |
| • Exposure to venereal disease | |
| • Inquiry and counseling about contraceptive practices | |
| • Visit for: administrative purposes | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formualary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 1 of 1 | 01 Sep 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**Vitals**
**Vitals** Written by STANDLEY,CHAD J @ 24 Jan 2011 1313 CST
 BP: 120/60, HR: 64, RR: 14, T: 98.3 °F, HT: 69 in, WT: 147 lbs, BMI: 21.71, BSA: 1.812 square
meters, Tobacco Use: No, Alcohol Use: No,
 Pain Scale: 0 Pain Free

**Questionnaire AutoCites** Refreshed by MILLER,ERICA K @ 24 Jan 2011 1312 CST
**Questionnaires**

**SO Note** Written by STANDLEY,CHAD J @ 24 Jan 2011 1320 CST
**Chief complaint**

| Anderson, Daniel Dennis | DOB: ___ 1985 SSN: ***-**-___ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        Page

The Chief Complaint is: Med refill.

**History of present illness**

The Patient is a 25 year old male.

25yo ADM arrived to medical for a refill on advair. pt states that he has no negative reactions to the medication. pt states that he only uses advair once a day.

In the Navy and currently on active duty. Visit is not deployment-related and visit is not GWOT-related.

**Current medication**

Advair, albuterol

**Past medical/surgical history**

**Reported History:**

Medical: Reported medical history: Reviewed

allergies, asthma. No previous hospitalizations that are associated with the reason for this encounter: and no previous emergency room visit that are associated with the reason for this encounter:

Surgical / procedural: Surgical / procedural history: Reviewed

Reported medications: Not taking OTC medications, no dietary supplements, and no vitamin supplements.

Reported prior tests: No prior tests were performed at non-MHS facility that relate to this encounter includes:

**Personal history**

Social history: Reviewed

Behavioral history: No tobacco use.

Alcohol: Not using alcohol.

**Family history**

Family medical history: Reviewed

**Review of systems**

**Systemic symptoms:** No fever and no chills.

**Gastrointestinal symptoms:** No nausea and no vomiting.

**Psychological symptoms:** Not thinking about suicide. No homicidal thoughts.

**Physical findings**

**Vital signs:**

Vital Signs/Measurements                  Value

Blood pressure: Reviewed

• Temperature: Reviewed. • RR: Reviewed. • PR: Reviewed.

**General appearance:**

° Normal. ° Oriented to time, place, and person. ° Well developed. ° Well nourished. ° In no acute distress.

**Neurological:**

° No learning disability was noted (barriers to learning).

**Therapy**

• No herbal medicines.

**Counseling/Education**

Patient verbalized understanding and accepted instructions.

**A/P** Written by MILLER,ERICA K @ 24 Jan 2011 1341 CST

**1. ALLERGIC RHINITIS**

Medication(s):         -FLONASE (TYPE)--NAS 0.05% SPRA - INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 Qt: 1 Rf: 3 Ordered By: MILLER,ERICA K Ordering Provider: MILLER, ERICA KITCHELL

-CETIRIZINE (ZYRTEC)--PO 10MG TAB - T1 TAB PO HS #30 RF5 Qt: 30 Rf: 5 Ordered By: MILLER,ERICA K Ordering Provider: MILLER, ERICA KITCHELL

**Disposition** Last updated by MILLER,ERICA K @ 24 Jan 2011 1352 CST

**Released w/o Limitations**

**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail. Patient offered medication list by pharmacy tech. No barriers to learning were identified. Education appropriate to the patient's needs was provided regarding the care, treatment, and services provided. The patient voices understanding and all questions were answered.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 25 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Note** Written by MILLER,ERICA K @ 24 Jan 2011 1344 CST

Pt is a 25 yo AD WM with a hx of childhood SAR/possible asthma sx. His congestion and breathing troubles are triggered by proximity of cats and dogs. Pt had no asthma/SAR sx while overseas for 3 years and not exposed to animals. Pt had return of sx

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1111

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538     Created: 30 Oct 2017

when dating and individual with cats and recently a roommate attained a dog. Pt was aggressively tx with albuterol and high dose advair for resp sx. At the time he was on antihistamines for a derm condition. Over time he was only using one puff of advair daily for sx that occurred only when reclining for the evening. Pt denies any wheezing sx. Pt is s/p tonsilectomy (has adnoids) as a child.

alert AF NAD VSS
heent sinus nt tms wnl nares pale boggy clear drainage
OP healed tonsilectomy no edema
neck supple
skin type one red hair/blue eyes.

Described constellation and continuum of allergy,atopy,asthma. Pt seems to have very good control of sx when not around critters. To rule out severe asthma and possible medical DQ pt will be managed on oral antihistamines and intranasal steroids. If there is further difficulty breathing, pt had albuterol and should report to medical. Consider methacholine challenge and allergen testing if sx are not controlled. consider Adnoidectomy as sx are worst when reclining. Pt understands and agrees with plan. Pt will f/u as needed.

---

**Signed By MILLER, ERICA K** (Physician, NBHC Cherry Point) @ 24 Jan 2011 1352

---

CHANGE HISTORY
*The following Disposition Note Was Overwritten by MILLER,ERICA K @ 24 Jan 2011 1352 CST:*
The Disposition section was last updated by MILLER,ERICA K @ 24 Jan 2011 1352 CST - see above.Previous Version of Disposition section was entered/updated by STANDLEY,CHAD J @ 24 Jan 2011 1312 CST.
**Released w/o Limitations**
Follow up: as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail. Patient offered medication list by pharmacy tech.
No barriers to learning were identified. Education appropriate to the patient's needs was provided regarding the care, treatment, and services provided. The patient voices understanding and all questions were answered.

**Discussed:** Diagnosis, Medication(s)Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

AR 1112

## 24 Nov 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P

Encounter ID:    PENS-807839    Primary Dx:    SKIN NEOPLASM UNCERTAIN BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **24 Nov 2010 0830 CST**    Appt Type: **EST$**
Treatment Facility: **NH Pensacola**    Clinic: **DERMATOLOGY CLINIC**    Provider: **BRUMWELL,ERIC**
Patient Status: **Outpatient**

**Reason for Appointment:** f/u skin check
**Appointment Comments:**
kec

AutoCites Refreshed by BRUMWELL,ERIC @ 24 Nov 2010 0834 CST

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

**Problems**
**Chronic:**
• Removal of sutures
• Extrinsic asthma
• Folliculitis
• Rosacea
• Lattice peripheral retinal degeneration
• Myopia
• Allergic rhinitis
• Visit for: occupational health/fitness exam
• Parent education about immunizations
• Visit for: military services physical
• Exposure to venereal disease
• Visit for: administrative purposes
• Inquiry and counseling about contraceptive practices

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 1 of 1 | 01 Sep 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**SO Note** Written by BRUMWELL,ERIC @ 24 Nov 2010 0834 CST
**Chief complaint**
The Chief Complaint is: PT KNOWN TO ME-- RED HEAD, NUMEROUS EPHILIDES AND H/O SEVERE PROLONGED SUN EXPOSURE W/ NEW DARK LESION ON LOWER MUCOSAL
LIP.
**Reason for Visit**
        Visit for: follow-up exam (Noise Free F/U 1 or F/U2).  Visit for: screening for dermatological disorders.
**Referred here**
Referred by:
**History of present illness**
        The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        Page

AR 1113

**Medical Record**

Anderson, Daniel Dennis     DOB: ▇▇ 1985  SSN: ***-**-▇▇     DoD ID: 1286180538     Created: 30 Oct 2017

Military service.
**Allergies**
An allergy to drugs.
**Current medication**
No meds.
**Past medical/surgical history**
**Reported History:**
Reviewed.
Reported medications: Taking medication MEDICINE RECONCILIATION PERFORMED.
**Diagnosis History:**
No malignant melanoma of the skin
No basal cell carcinoma of the skin
No squamous cell carcinoma of the skin
**Personal history**
: Reviewed.
Behavioral history: Caffeine use. No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Review of systems**
**Systemic symptoms:** No systemic symptoms and not feeling tired (fatigue). No chills.
**Head symptoms:** No concerns about cosmetic appearance.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Physical findings**
**Vital signs:**
• Pain level (0-10): Reviewed.
° Current vital signs reviewed.
**General appearance:**
° Well-appearing. ° Alert. ° Oriented to time, place, and person. ° Well nourished. ° Well hydrated.
**Oral cavity:**
Lips: • Lower lip was abnormal 3MM DARK BROWN MACULE.
**Pharynx:**
Oropharynx: ° Normal.
**Lymph Nodes:**
° No adenopathy IN H/N.
**Neurological:**
Speech: ° Normal.
**Psychiatric Exam:**
Affect: ° Congruent with the mood.
**Skin:**
° Normal except as noted EXAM LIMITED TO HEAD/NECK-- SEE MUCOSAL LIP FINDING.
**Tests**
UNIVERSAL PROTOCOL REQUIREMENTS WERE MET
Shave Biopsy ~
site verified with patient:Time <0830  >~site labeled with surgical marking pen~consent signed~area cleansed/prepped~anesthesia-
1% lidocaine with epi~hemostasis with drysol~closure: <   >~bandage applied~wound care discussed~Estimated Blood Loss: <2 ml
~pt educated on wound care.
**Therapy**
• No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided. The patient voices
understanding and all questions were answered.
.


**A/P** Last Updated by BRUMWELL,ERIC @ 24 Nov 2010 0840 CST
**1. SKIN NEOPLASM UNCERTAIN BEHAVIOR**: LIP LESION APPEARS TO BE AN EPHILIDE/SOLAR LENTIGO HOWEVER H/O
CHANGE WARRANTS BX

    Procedure(s):    -Biopsy Skin x 1
    Laboratory(ies):    -TISSUE EXAM (Routine)
    Patient Instruction(s):    -Anticipatory Guidance: Outdoor Safety Avoiding Sun Exposure
        -Avoid Exposure Bright Sunlight
        -Change Dressing Daily As Instructed
        -Clean Incision As Instructed
        -Education And Counseling
        -Instructions For Patient

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page

AR 1114

-Post-Op Teaching About Wound Care
**2. visit for: screening exam malignant neoplasm skin:** D/W PT ABCDS,MSE, SUN AVOIDANCE, NEW/CHANGING LESIONS

**Disposition** Written by BRUMWELL,ERIC @ 24 Nov 2010 0840 CST
**Released w/o Limitations**
**Follow up:** 1 to 2 week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by KENT,AHMAD J @ 24 Nov 2010 0840 CST

AR 1115

**PRE-PROCEDURE CHECKLIST**
**UNIVERSAL PROTOCOL**

**I. PHYSICIAN'S PRE-PROCEDURE ASSESSMENT**

Procedure: _Staar_

**II. UNIVERSAL PROTOCOL TIMEOUT** Verifying the Correct Patient - Correct Procedure - Correct Procedure Site Checklist.

|   |   | YES |   |
|---|---|-----|---|
| 1 | Pre-procedural verification: Patient states name and DOB which is compared to the following (as appropriate): | ☑ |   |
|   | • Documents- History & Physical, Nursing Assessment |   |   |
|   | • Consent Form |   |   |
|   | • Diagnostic Test Results |   |   |
|   | • Blood Products, Implants, devices, Special Equipment |   |   |

|   |   | YES | N/A |
|---|---|-----|-----|
| 2 | Site Marking: (patient involvement if possible) | ☑ | ☐ |
|   | • By provider doing the procedure | ☐ | ☐ |

**"TIME OUT" CONDUCTED AUDIBLY** wherein

|   | YES | N/A |
|---|-----|-----|
| **A**ntibiotics/fluid for irrigation (if needed) | ☐ | ☑ |
| **P**atient- 2 identifiers (name and DOB) | ☑ |   |
| **P**rocedure- correct procedure documented on consent | ☑ |   |
| **L**aterality- Surgical site marked | ☑ | ☐ |
| **E**quipment- if needed | ☐ | ☑ |
| **P**osition- Verified | ☑ |   |
| **I**mplants- if needed | ☐ | ☑ |
| **E**xams- Diagnostic tests (radiographs etc.) | ☐ | ☑ |
| **S**afety Precautions- Based upon outpatient history and profile | ☑ | ☐ |

Comments (optional) _____

Provider Signature _____   Date/Time ___11/24/1____

Pat Info

---

Signed By  BRUMWELL, ERIC (Physician/Workstation) @ 24 Nov 2010 1124

**CHANGE HISTORY**
*The following SO Note Was Overwritten by BRUMWELL,ERIC @ 24 Nov 2010 0834 CST:*
SO Note Written by BUROKER,JONATHAN G @ 24 Nov 2010 0827 CST
**Chief complaint**
The Chief Complaint is: Chick check.
**Reason for Visit**
    Visit for: follow-up exam (Noise Free F/U 1 or F/U2).
**Referred here**
Referred by:
**History of present illness**
    The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
**Current medication**
No meds.

---

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
1071                                                                 Page

AR 1116

**Personal history**
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
    • Pain level [0-10]: Reviewed.
    • Current vital signs reviewed.
**General appearance:**
    * Well-appearing.  * Alert.  * Oriented to time, place, and person.  * Well nourished.  * Well hydrated.
**Therapy**
    * No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                Page
1072

AR 1117

*15 Nov 2010 at NH Pensacola FL, Corry Prime Care by WILLIAMS, TREVOR MICHAEL*

| | | | |
|---|---|---|---|
| Encounter ID: | PENS-791398 | Primary Dx: | Vaccines Prophylactic Need Against Influenza |

Patient: **MERWIN, DANIEL DENNIS**    Date: **15 Nov 2010 1336 CST**    Appt Type: **WELL**
Treatment Facility: **NBHC NTTC**    Clinic: **CORRY PRIME CARE**    Provider: **WILLIAMS,TREVOR M**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:** flumist
**Appointment Comments:** Written by CRUMPTON,LATAIJA W @ 15 Nov 2010 1336 CST
lwc

**Vitals**
Vitals Written by CRUMPTON,LATAIJA W @ 15 Nov 2010 1339 CST

**Comments:** n/a

**SO Note** Written by CRUMPTON,LATAIJA W @ 15 Nov 2010 1339 CST
**Reason for Visit**
    Visit for: influenza vaccine.
    Patient identified by Name and Date of Birth or other two forms of indentification.
**History of present illness**
    The Patient is a 25 year old male.
    He reported: Past medical history reviewed.
**Allergies**
    Reviewed an allergy. No allergy to certain foods; Chicken and not to eggs. No known drug allergies.
**Vaccinations**
: up to date.
    • Received dose of influenza live virus vaccine, for intranasal use Vaccine lot #, manufacturer, and location given recorded in
Immunization module. Patient provided and reviewed current CDC Vaccine Information Sheet. Vaccine inspected for
discoloration/particulates and Exp Date verified
**Past medical/surgical history**
**Reported History:**
    Recent events: No active illness.
**Review of systems**
**Systemic symptoms:** No fever.

**A/P** Last Updated by CRUMPTON,LATAIJA W @ 15 Nov 2010 1340 CST
1. **Vaccines Prophylactic Need Against Influenza**
2. **Parent Education: Immunizations***(MEDICATION EDUCATION)*
        Procedure(s):      -Influenza Virus Vaccine Live Intranasal x 1
                        -Immunization Administration One Vaccine x 1

**Disposition** Last Updated by CRUMPTON,LATAIJA W @ 15 Nov 2010 1341 CST
**Released w/o Limitations**
**Follow up:** as needed with PCM. - Comments: Med Reconciliation completed, medication history including current prescription
medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were
reviewed with patient in detail. Patient offered medication list by pharmacy tech. No barriers to learning were identified. Education
appropriate to the patient's needs was provided regarding the care, treatment, and services provided. The patient voices
understanding and all questions were answered.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By WILLIAMS, TREVOR M** (Physician/Workstation) @ 15 Nov 2010 1401

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page**
1073

AR 1118

## *13 Oct 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P*

Encounter ID:     PENS-731275     Primary Dx:     FOLLICULITIS

Patient: **MERWIN, DANIEL DENNIS**     Date: **13 Oct 2010 0845 CDT**     Appt Type: **EST$**
Treatment Facility: NH Pensacola     Clinic: **DERMATOLOGY CLINIC**     Provider: **BRUMWELL,ERIC**
Patient Status: **Outpatient**

**Reason for Appointment:** F/u biopsy
**Appointment Comments:**
tjn

**AutoCites** Refreshed by BRUMWELL,ERIC @ 13 Oct 2010 0838 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |
| • Removal of sutures | | |
| • Extrinsic asthma | | |
| • Folliculitis | | |
| • Rosacea | | |
| • Lattice peripheral retinal degeneration | | |
| • Myopia | | |
| • Allergic rhinitis | | |
| • Visit for: occupational health/fitness exam | | |
| • Parent education about immunizations | | |
| • Visit for: military services physical | | |
| • Exposure to venereal disease | | |
| • Visit for: administrative purposes | | |
| • Inquiry and counseling about contraceptive practices | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 1 of 1 | 01 Sep 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**SO Note** Written by BRUMWELL,ERIC @ 13 Oct 2010 0854 CDT
**Chief complaint**
The Chief Complaint is: FOLLICULITIS--NO NEW EPISODES BUT HAS NBOT BEEN OUT IN SUN OR IN WATER LATELY.
**Referred here**
Referred by:
**History of present illness**
    The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as: None. Barriers considered were social; cultural; emotional; motivational; physical; religious; cognitive and language.
    Military service in the Navy, currently on active duty, and paygrade E5.
    Concerns about cosmetic appearance.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
    An allergy to drugs.
**Current medication**
Allegra
albuterol
advair.
**Past medical/surgical history**

AR 1119

**Reported History:**
Reported medications: Including current prescription medications; over-the-counter medications; nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
Currently taking medication MEDICINE RECONCILIATION PERFORMED.

**Personal history**
-Tob:n
-EtOH:y .
: Reviewed.
Behavioral history: Caffeine use. No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.

**Review of systems**
**Systemic symptoms:** No systemic symptoms and not feeling tired (fatigue). No chills.
**Gastrointestinal symptoms:** No nausea and no vomiting.

**Physical findings**
**Vital signs:**
• Pain level (0-10): Reviewed.
° Current vital signs reviewed.
**General appearance:**
° Well-appearing. ° Alert. ° Oriented to time, place, and person. ° Well nourished. ° Well hydrated.
**Neurological:**
Speech: ° Normal.
**Psychiatric Exam:**
Affect: ° Congruent with the mood.
**Skin:**
° Normal except as noted NO ACTIVE SKIN LESIONS.

**Therapy**
• Herbal medicines.

**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided. The patient voices understanding and all questions were answered.


**Lab Result** Cited by BRUMWELL,ERIC @ 13 Oct 2010 0839 CDT
**Tissue Exam**

```
            Date Collected:        28 Sep 2010 0821
            POC Enc:               E847233
            Enc Fac:               NH Pensacola FL
            Clinician:             BRUMWELL, ERIC
            Status:                Certify
            Procedure:             TISSUE EXAM
            Order #:               101005-04215
            Provider:              BRUMWELL, ERIC
            Ordered Date:          05 Oct 2010 1421
            Priority:              ROUTINE
            Specimen:              TISSUE
            Resulted Date:         05 Oct 2010 1421.1-0500
            100929 SP 2595         Col:   28Sep10@0821            TISSUE(TISSUE)
            Hcp:                   BRUMWELL,ERIC        Req Loc: DERMATOL
            TISSUE E           C:  DMR05Oct10@1421
                                   CoPath Report
            Patient:               MERWIN,DANIEL DENNIS          Specimen #:
S10-2595
            Accessioned:           09/29/10
            Pathologist:           DAVID M ROGERS, LT MC USN
            SPECIMEN:
                                   A: SKIN, CHEST, PUNCH BX B: SKIN, BACK, PUNCH BX
            CLINICAL DIAGNOSIS AND HISTORY:
                                   A/B- PUSTULES ON A-CHEST AND B-BACK THAT DEVELOP
AFTER EXPOSURE TO WATER
                                   AND SUN AT BEACH--PT HAS THESE LESIONS ON UPPER
TRUNK AND FACE--HAS
                                   HISTORY OF SEVERE SUNBURN AS A CHILD IN THESE
AREAS
                         PRE-OPERATIVE DIAGNOSIS:
```

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.         **Page**

AR 1120

FUNGAL STAINS AS WELL
    POST-OPERATIVE DIAGNOSIS:

    GROSS DESCRIPTION:

patient's name "Merwin," and

skin excised to a depth

0.3cm creamy-white lesion.

patient's name "Merwin," and

tan skin excised to a

a 0.3cm white-tan area.

    FINAL DIAGNOSIS:
    A) SKIN, "CHEST," PUNCH BIOPSY:
CONSISTENT WITH ACUTE

    B) SKIN, "RIGHT BACK," PUNCH BIOPSY:
CONSISTENT WITH ACUTE

Electronically Signed **

    Comment:

Langerhans' cells with

microabscess cavities is

biopsies from both the

units.  These findings are

stains are

    CPT Codes:

---

MILIARIA PUSTULOSA VS FOLLICULITIS--PLEASE DO

Operative Findings: SAA
Post-operative Diagnosis: SAA

A)  Received in Formalin, labeled with the

designated "Chest" is a 0.4cm punch biopsy of tan

of 0.5cm. The skin surface is remarkable for a

Bisected. 2/1/NG  hh
B)  Received in Formalin, labeled with the

designated "Right Back" is a 0.5cm punch biopsy of

depth of 0.6cm. The skin surface is remarkable for

Bisected. 2/1/NG  hh

  - SKIN WITH INTRAFOLLICULAR MICROABSCESSES,

FOLLICULITIS.
- SEE COMMENT.
  - SKIN WITH INTRAFOLLICULAR MICROABSCESSES,

FOLLICULITIS.
- SEE COMMENT.
dmr/10/05/10    ** Report

DAVID M ROGERS, LT MC USN

A mixture of acute inflammatory cells and

associated necroinflammatory debris forming

present within the infundibulum of follicles in

chest and back, extending into the sebaceous

consistent with an acute folliculitis.  Fungal

non-contributory.
SNOMED CODES
1. P1148; T02424
2. M41780; M47401; T01000
3. E4000
4. P1148; T02450
5. M41780; M47401; T01000
6. E4000

; 88305 ; TISSUE LEVEL IV
; 88305 ; TISSUE LEVEL IV
; 88313 ; SPECIAL STAINS OTHER
; 88313 ; SPECIAL STAINS OTHER

---

**Lab Result Cited by BRUMWELL,ERIC @ 13 Oct 2010 0839 CDT**
**Tissue Culture+Smear**

| | |
|---|---|
| Order # | 100928-00627 (NH Pensacola) |
| Filler # | 100928 MI 3893 (NH Pensacola) |
| Status: | Final |
| Ordering Provider: | BRUMWELL, ERIC |
| Priority: | ROUTINE |
| Date Ordered: | 28 Sep 2010 0827 |
| Date Resulted: | 01 Oct 2010 0918 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.  Page

AR 1121

```
COLLECT_SAMPLE:                    TISSUE
Order Comment:                     PLEASE DO FUNGAL, AFB AND BACTERIAL

BACTERIOLOGY RESULT (CULT TISSUE -- Final): NO GROWTH IN 24 HOURS
BACTERIOLOGY RESULT (CULT TISSUE -- Final): NO GROWTH IN 48 HOURS
BACTERIOLOGY RESULT (CULT TISSUE -- Final): FINAL REPORT RESULTS: NO GROWTH AT 72
HOURS

GRAM STAIN (GRAM STAIN -- Final):   NO WBCs OR ORGANISMS NOTED

Specimen:                          Tissue
Collected:                         28 Sep 2010 0851

Results:
                                   Final report
```

**Lab Result** Cited by BRUMWELL,ERIC @ 13 Oct 2010 0839 CDT
**Acid Fast Bacilli Culture**

```
           Order #                 100928-00798 (NH Pensacola)
           Filler #                100928 STB 48 (NH Pensacola)
           Status:                 Intermediate
           Ordering Provider:      BRUMWELL, ERIC
           Priority:               ROUTINE
           Date Ordered:           28 Sep 2010 0847
           Date Resulted:          30 Sep 2010 0938
           COLLECT_SAMPLE:         TISSUE
           Order Comment:          left back

           MYCOBACTERIUM:          Negative for M. tuberculosis complex rRNA
           MYCOBACTERIUM:          Performed by Fl. Dept. of Health Lab. Jacksonville
           ACID FAST STAIN:        No Acid Fast Bacilli seen on smear.
           ACID FAST STAIN:        Performed by Fl. Dept. of Health Lab. Jacksonville

           Specimen:               Tissue
           Collected:              28 Sep 2010 0851

           Results:
                                   I
```

**Lab Result** Cited by BRUMWELL,ERIC @ 13 Oct 2010 0839 CDT
**Wound Culture+Smear**

```
           Order #                 100928-00865 (NH Pensacola)
           Filler #                100928 MI 3904 (NH Pensacola)
           Status:                 Final
           Ordering Provider:      BRUMWELL, ERIC
           Priority:               ROUTINE
           Date Ordered:           28 Sep 2010 0854
           Date Resulted:          28 Sep 2010 1134
           COLLECT_SAMPLE:         SKIN LESION
           Order Comment:          FROM PUSTULE OF BACK

           GRAM STAIN (GRAM STAIN -- Final):   NO WBCs OR ORGANISMS NOTED

           BACTERIOLOGY RESULT (CULT AEROBIC WOUND -- Final): NO GROWTH IN 24 HOURS
           BACTERIOLOGY RESULT (CULT AEROBIC WOUND -- Final): FINAL REPORT RESULTS: NO
GROWTH IN 48 HOURS

               Specimen:           Skin
               Collected:          28 Sep 2010 0954

               Results:
                                   Final report
```

**A/P** Written by BRUMWELL,ERIC @ 13 Oct 2010 0901 CDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page

AR 1122

**1. FOLLICULITIS**: PATH/LABS SHOW ONLY STERILE FOLLICULITIS-- SUSPECT PITYROSPORUM DUE TO LOCATION

WILL UNDERGO TRIAL OF TOPICAL KETOCONAZOLE SHAMPOO AND HAVE PT F/U FOR FURTHER EVAL AFTER THE HOLIDAYS

| | |
|---|---|
| Medication(s): | -NON-FORMULARY DRUG REQUEST (NFDR)--MISC - KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 Qt: 2 Rf: 4 Start Date: 10/12/2010 |
| | Comment: DERM REQUIRES |
| Patient Instruction(s): | -Instructions For Patient |
| | -Education And Counseling |

**Disposition** Written by BRUMWELL,ERIC @ 13 Oct 2010 0901 CDT
**Released w/o Limitations**
**Follow up:** 3 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

---

**Signed By BRUMWELL, ERIC** (Physician/Workstation) @ 13 Oct 2010 0901

CHANGE HISTORY
*The following SO Note Was Overwritten by BRUMWELL,ERIC @ 13 Oct 2010 0854 CDT:*
**SO Note** Written by GIBSON,CHARLES A @ 13 Oct 2010 0842 CDT
**Chief complaint**
The Chief Complaint is: Fu biopsy.
**Referred here**
Referred by:
**History of present Illness**
     The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None. Barriers considered were social; cultural; emotional; motivational; physical; religious; cognitive and language.
     In the Navy, currently on active duty, and paygrade E5.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.

**Current medication**
Allegra
albuterol
advair.
**Personal history**
-Tobn:n
-ErOH:y
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
     • Pain level (0-10): Reviewed.
     • Current vital signs reviewed.
**General appearance:**
     • Well-appearing.  • Alert.  • Oriented to time, place, and person.  • Well nourished.  • Well hydrated.
**Therapy**
     • Herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
1078                                                                                                          Page

AR 1123

## *04 Oct 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P*

Encounter ID:    PENS-715986    Primary Dx:    Removal Of Sutures

Patient: **MERWIN, DANIEL DENNIS**    Date: **04 Oct 2010 0755 CDT**    Appt Type: **EST$**
Treatment Facility: **NH Pensacola**    Clinic: **DERMATOLOGY CLINIC**    Provider: **BRUMWELL,ERIC**
Patient Status: **Outpatient**

**Reason for Appointment:** Suture Removal

**AutoCites** Refreshed by BRUMWELL,ERIC @ 04 Oct 2010 0837 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

**Chronic:**
- Extrinsic asthma
- Folliculitis
- Rosacea
- Lattice peripheral retinal degeneration
- Myopia
- Allergic rhinitis
- Visit for: occupational health/fitness exam
- Parent education about immunizations
- Visit for: military services physical
- Exposure to venereal disease
- Visit for: administrative purposes
- Inquiry and counseling about contraceptive practices

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 1 of 1 | 01 Sep 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**A/P** Written by BRUMWELL,ERIC @ 04 Oct 2010 0838 CDT
**1. Removal Of Sutures**

**Disposition** Written by BRUMWELL,ERIC @ 04 Oct 2010 0838 CDT
**Released w/o Limitations**
**Follow up:** 2 week(s) or sooner if there are problems. - Comments: TO REVIEW ALL LABS WHEN BACK

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  BRUMWELL, ERIC** (Physician/Workstation) @ 04 Oct 2010 0838

AR 1124

**Medical Record**

Anderson, Daniel Dennis      DOB:███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017

### *28 Sep 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P*

Encounter ID:      PENS-706703      Primary Dx:      FOLLICULITIS

Patient: **MERWIN, DANIEL DENNIS**      Date: **28 Sep 2010 0815 CDT**      Appt Type: **EST$**
Treatment Facility: **NH Pensacola**      Clinic: **DERMATOLOGY CLINIC**      Provider: **BRUMWELL,ERIC**
Patient Status: **Outpatient**

**Reason for Appointment:**  f/u skin check

**AutoCites** Refreshed by BRUMWELL,ERIC @ 28 Sep 2010 0755 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |
| • Extrinsic asthma | | |
| • Folliculitis | | |
| • Rosacea | | |
| • Lattice peripheral retinal degeneration | | |
| • Myopia | | |
| • Allergic rhinitis | | |
| • Visit for: occupational health/fitness exam | | |
| • Parent education about immunizations | | |
| • Visit for: military services physical | | |
| • Exposure to venereal disease | | |
| • Visit for: administrative purposes | | |
| • Inquiry and counseling about contraceptive practices | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 1 of 1 | 01 Sep 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | TI TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**Screening** Written by WEST,ALEXANDER D @ 28 Sep 2010 0800 CDT
**Reason For Appointment:** f/u skin check

Allergen information verified by WEST, ALEXANDER D @ 28 Sep 2010 0800 CDT

**SO Note** Written by BRUMWELL,ERIC @ 28 Sep 2010 0817 CDT
**Chief complaint**
The Chief Complaint is: RECURRENT PUSTULES AND UPPER TRUNK AFTER SWIMMING AT BEACH/BEING IN SUN--DOES NOT OCCUR W/ ONLY SUN EXPOSURE.
**Reason for Visit**
     Visit for: screening for dermatological disorders.
**Referred here**
Referred by:. from Primary Care.
**History of present illness**
     The Patient is a 25 year old male.  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
     Military service in the Navy, currently on active duty, and paygrade E5.
     Concerns about cosmetic appearance.
**Allergies**
     An allergy to drugs.
**Current medication**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      **Page**

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓ 1985  SSN: ***-**-▓    DoD ID: 1286180538    Created: 30 Oct 2017

Cetaphil
allegra
triamcinolone
albuterol
advair.
**Past medical/surgical history**
**Reported History:**
    Reviewed.
    Reported medications: Including current prescription medications; over-the-counter medications; nutraceuticals; herbals;
        supplements and medications not included in AHLTA were reviewed with patient in detail.
    . Taking medication MEDICINE RECONCILIATION PERFORMED.
**Personal history**
-Tob:n
-EtOH:    y.
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Review of systems**
**Systemic symptoms:** No systemic symptoms and not feeling tired (fatigue).  No chills.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Physical findings**
**Vital signs:**
    • Pain level (0-10): Reviewed.
    ° Current vital signs reviewed.
**General appearance:**
    ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Well hydrated.
**Neurological:**
    Speech: ° Normal.
**Psychiatric Exam:**
    Affect: ° Congruent with the mood.
**Skin:**
    • Lesions on the face.  ° Normal except as noted <1MM PUSTULES ON FOREHEAD AND UPPER BACK/CHEST--MANY IN
        VARIOUS STAGES OF EVOLUTION/BEING EXCORIATED.
**Tests**
UNIVERSAL PROTOCOL REQUIREMENTS WERE MET
Shave  Biopsy ~
site verified with patient:Time 0815  >~site labeled with surgical marking pen~consent signed~area cleansed/prepped~anesthesia-
2% lidocaine with epi~hemostasis with drysol~closure: < 4-0PROL  >~bandage applied~wound care discussed~Estimated Blood
Loss: <2 ml~suture removal  10   days~pt educated on wound care.
**Therapy**
    • No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices
understanding and all questions were answered.
    .


**A/P** Written by BRUMWELL,ERIC @ 28 Sep 2010 0854 CDT
**1. FOLLICULITIS:** PER PT ONLY W/ COMBINATION OF HEAT/SUN AND WATER AT BEACH

SUSPECT FOLLICULITIS VS MILIARIA PUSTULOSA- PT TO AVOID SUN/BEACH ENVIRONMENT UNTIL RESULTS
DISCUSSED W/ HIM

BIOPSIES PERFORMED FOR H&E AS WELL AS TRIPLE CULTURE

| | |
|---|---|
| Procedure(s): | -Biopsy Skin x 1 |
| | -Biopsy Skin Each Additional Lesion x 1 |
| Laboratory(ies): | -TISSUE EXAM (Routine); CULTURE TISSUE PANEL (Routine): PLEASE DO FUNGAL, AFB AND |
| | BACTERIAL Start Date: 09/27/2010; CULTURE AEROBIC WOUND PANEL (Routine): FROM |
| | PUSTULE OF BACK Start Date: 09/27/2010 |
| Patient Instruction(s): | -Clean Incision As Instructed |
| | -Education And Counseling |
| | -Instructions For Patient |
| | -Anticipatory Guidance: Outdoor Safety Avoiding Sun Exposure |
| | -Post-Op Teaching About Wound Care |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page**

AR 1126

## Medical Record

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-** ███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**Disposition** Written by BRUMWELL,ERIC @ 28 Sep 2010 0855 CDT
**Released w/o Limitations**
**Follow up:** 10 day(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  BRUMWELL, ERIC** (Physician/Workstation) @ 28 Sep 2010 0855

CHANGE HISTORY
*The following SO Note Was Overwritten by BRUMWELL,ERIC @ 28 Sep 2010 0817 CDT;*
SO Note Written by WEST,ALEXANDER D @ 28 Sep 2010 0803 CDT
**Chief complaint**
The Chief Complaint is: Skin check.
**Referred here**
Referred by:
**History of present illness**
        The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None
  Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
        In the Navy, currently on active duty, and paygrade E5.
**Current medication**
Cetaphil
allegra
triamcinolone
albuterol
advair.
**Past medical/surgical history**
**Reported History:**
        Reported medications: Medication history including current prescription medications; over-the-counter medications; nutraceuticals; herbals; supplements and medications
                not included in AHLTA were reviewed with patient in detail.

**Personal history**
-Tobxn
-EtOH:        y.
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
        • Pain level (0-10): Reviewed.
        • Current vital signs reviewed.
**General appearance:**
        • Well-appearing.  • Alert.  • Oriented to time, place, and person.  • Well nourished.  • Well hydrated.
**Therapy**
        • No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-** ███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page**
1082

AR 1127

**Medical Record**

Anderson, Daniel Dennis    DOB:＿ 1985  SSN: ***-**＿    DoD ID: 1286180538    Created: 30 Oct 2017

*01 Sep 2010 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM*

Encounter ID:    PENS-665023    Primary Dx:    ASTHMA EXTRINSIC

Patient: **MERWIN, DANIEL DENNIS**    Date: **01 Sep 2010 0850 CDT**    Appt Type: **ACUT**
Treatment Facility: **NBHC NTTC**    Clinic: **CORRY PRIME CARE**    Provider: **GUNTER,ROGER WILLIAM**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:** poss. allergic reaction
**Appointment Comments:**
mr.

AutoCites Refreshed by GUNTER,ROGER WILLIAM @ 01 Sep 2010 0848 CDT

**Allergies**
• OTHER: Unknown (SEE MED RECORD)

**Vitals**
Vitals Written by STANDLEY,CHAD J @ 01 Sep 2010 0839 CDT
 BP: 120/84, HR: 76, RR: 16, T: 98.0 °F, HT: 69 in, WT: 145 lbs, BMI: 21.41, BSA: 1.802 square
meters, Tobacco Use: No, Alcohol Use: Yes,
 Pain Scale: 0 Pain Free
Comments: 850-292-7149

**SO Note** Written by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1423 CDT
**Chief complaint**
The Chief Complaint is: Possible allergic reaction.
**History of present illness**
      The Patient is a 25 year old male.
25yo ADM arrived to medical with allergies to cats and dogs which makes it hard for the pt to breathe. If he's in the same room with
these animals, the pt feels tightness in chest. and becomes short of breath.  He has to remove him self and uses an OTC
epinephrine inhaler. pt states that when he does have an onset it can take up to 2days for the symptoms to go away completely.  He
had severe childhood asthma but no symptoms for years since 11 or 12.
      In the Navy and currently on active duty.  Visit is not deployment-related and visit is not GWOT-related.
      Itching of the eyes.
      Dyspnea, paroxysmal nocturnal dyspnea, orthopnea: sleeping upright or with extra pillows, and wheezing.
**Current medication**
Current medications reviewed and reconciled.
fexofenadine HCL 100mg, ceraphil/aquanil.
**Past medical/surgical history**
**Reported History:**
      Medical: Reported medical history: Reviewed
      childhood asthma.  No previous hospitalizations  that are associated with the reason for this encounter: and no previous
            emergency room visit  that are associated with the reason for this encounter:
      Surgical / procedural: Surgical / procedural history: Reviewed
      none.
      Reported medications: Taking OTC medications.  Not taking dietary supplements and no vitamin supplements.
      Reported prior tests: No prior tests were performed  at non-MHS facility that relate to this encounter includes:
**Personal history**
Social history:  Reviewed
none.
Behavioral history: No tobacco use.
Alcohol: Alcohol use.
**Family history**
      Family medical history:  Reviewed
      none.
**Review of systems**
**Systemic symptoms:** No fever and no chills.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Psychological symptoms:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital signs:**

Anderson, Daniel Dennis    DOB:＿ 1985  SSN: ***-**＿    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page**
1083

AR 1128

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 30 Oct 2017

Vital Signs/Measurements                                         Value
Blood pressure: Reviewed
     • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.
**General appearance:**
     ° Normal.  ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
     Palpation: ° No tenderness of the neck.
     Thyroid: ° Showed no abnormalities.
**Eyes:**
     General/bilateral:
          Pupils: ° PERRL.
          External Eye: ° Conjunctiva exhibited no abnormalities.
          Sclera: ° Normal.
**Ears:**
     General/bilateral:
          Tympanic Membrane: ° Normal.
**Pharynx:**
     Oropharynx: ° Posterior pharyngeal wall was normal.
**Lymph Nodes:**
     ° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes
          were not enlarged.
**Lungs:**
     ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
          ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard:  ° No rales/crackles were heard.
**Cardiovascular system:**
     Heart Rate And Rhythm: ° Normal.
     Heart Sounds: ° S1 normal.  ° S2 normal.  ° No S3 heard.  ° No S4 heard.  ° No gallop was heard.  ° No pericardial friction rub
          heard.
     Murmurs: ° No murmurs were heard.
**Neurological:**
     ° No learning disability was noted (barriers to learning).
**Therapy**
     • No herbal medicines.
**Counseling/Education**
Patient verbalized understanding and accepted instructions.


**A/P** Written by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1438 CDT
**1. ASTHMA EXTRINSIC***(EXTRINSIC ASTHMA, UNSPECIFIED, MILD PERSISTENT)*: exposure to cats and dogs.  DC Primatine
Mist.  Patient is already on daily Claritin per Dermatology for skin rash - 1 week so far.  Is supposed to follow up with Derm after 1
month and if no improvement will get skin biopsies.  He's to continue on the Claritin.  Will add a long acting B agonist and Albuterol
for rescue inhaler in case he has any acute exacerbations of his symptoms.  I have advised him to practice avoidance - not be
around cats and dogs as much as possible.  he has none in his home but does visit with people that have pets.  If the Claritin,
avoidance and Advair are not effective will refer to Allergist.
          Medication(s):          -ALBUTEROL *HFA* MDI--INH 90MCG/PUFF AERP - INH 2 PF PO Q4H FOR WHEEZING #1 RF1 Qt:
                                        1 Rf: 1
                                   -ADVAIR 250-50MCG--PO INHA - INHALE 1 PUFF ORALLY BID #1 RF1 Qt: 1 Rf: 1


**Disposition** Last updated by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1439 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed,
medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements
and medications not included in ALTHA were reviewed with patient in detail.  Patient offered medication list by pharmacy tech.
No barriers to learning were identified.  Education appropriate to the patient's needs was provided regarding the care, treatment,
and services provided.  The patient voices understanding and all questions were answered.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  GUNTER, ROGER WILLIAM** (Physician, JACC NBHC Corry Station, Pensacola, FL) @ 01 Sep 2010 1439

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1439 CDT:*
The Disposition section was last updated by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1439 CDT - see above.Previous Version of Disposition section was entered/updated
by STANDLEY,CHAD J @ 01 Sep 2010 0913 CDT.
**Released w/o Limitations**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page**

AR 1129

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**████    DoD ID: 1286180538    Created: 30 Oct 2017

**Follow up:** as needed with PCM and/or the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail. Patient offered medication list by pharmacy tech.

No barriers to learning were identified. Education appropriate to the patient's needs was provided regarding the care, treatment, and services provided. The patient voices understanding and all questions were answered.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
*The following SO Note Was Overwritten by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1423 CDT:*
SO Note Written by STANDLEY,CHAD J @ 01 Sep 2010 1002 CDT
**Chief complaint**
The Chief Complaint is: Possible allergic reaction.
**History of present illness**
    The Patient is a 25 year old male.
25yo ADM arrived to medical with complaints of allergic reaction. pt has allergies to cats and dogs which makes it hard for the pt to breath. pt feels tightness in chest. when this happens the pt has to remove him self and use a epinephrine inhaler. pt states that when he does have an onset it can take up to 2days for the symptoms to go away.  pt also mentioned that he also gets headaches.
    In the Navy and currently on active duty.  Visit is not deployment-related and visit is not GWOT-related.
    Itching of the eyes.
    Dyspnea, paroxysmal nocturnal dyspnea, orthopnea; sleeping upright or with extra pillows, and wheezing.
**Current medication**
Current medications reviewed and reconciled.
fexofenadine HCL 100mg, cerephil/aquanil.
**Past medical/surgical history**
**Reported History:**
    Medical: Reported medical history: Reviewed
    childhood asthma.  No previous hospitalizations  that are associated with the reason for this encounter; and no previous emergency room visit  that are associated with
        the reason for this encounter:
    Surgical / procedural: Surgical / procedural history: Reviewed
    none.
    Reported medications: Taking OTC medications.  Not taking dietary supplements and no vitamin supplements.
    Reported prior tests: No prior tests were performed  at non-MHS facility that relate to this encounter includes:
**Personal history**
Social history: Reviewed
none.
Behavioral history: No tobacco use.
Alcohol: Alcohol use.
**Family history**
    Family medical history:  Reviewed
    none.
**Review of systems**
**Systemic symptoms:** No fever and no chills.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Psychological symptoms:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital signs:**
Vital Signs/Measurements                                                        Value
Blood pressure: Reviewed
    • Temperature: Reviewed. • RR: Reviewed. • PR: Reviewed.
**General appearance:**
    * Normal.  * Oriented to time, place, and person.  * Well developed.  * Well nourished.  * In no acute distress.
**Lungs:**
    * Respiration rhythm and depth was normal.  * Exaggerated use of accessory muscles for inspiration was not observed.  * Clear to auscultation.  * No wheezing was
        heard.  * No rhonchi were heard.  * No rales/crackles were heard.
**Neurological:**
    * No learning disability was noted (barriers to learning).
**Therapy**
    * No herbal medicines.
**Counseling/Education**
Patient verbalized understanding and accepted instructions.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**████    DoD ID: 1286180538    Created: 30 Oct 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017

*25 Aug 2010 at NH Pensacola FL, Dermatology Clinic by SMITH, ERIC P*

Encounter ID:    PENS-653628    Primary Dx:    FOLLICULITIS

Patient: **MERWIN, DANIEL DENNIS**    Date: **25 Aug 2010 0830 CDT**    Appt Type: **EST$**
Treatment Facility: **NH Pensacola**    Clinic: **DERMATOLOGY CLINIC**    Provider: **SMITH,ERIC P**
Patient Status: Outpatient

**Reason for Appointment:** f/u skin check

AutoCites Refreshed by SMITH,ERIC P @ 25 Aug 2010 0850 CDT
**Problems**                                                        **Allergies**
 **Chronic:**                                                        • OTHER: Unknown (SEE MED RECORD)
 • Folliculitis
 • Rosacea
 • Lattice peripheral retinal degeneration
 • Myopia
 • Allergic rhinitis
 • Visit for: occupational health/fitness
   exam
 • Parent education about immunizations
 • Visit for: military services physical
 • Exposure to venereal disease
 • Visit for: administrative purposes
 • Inquiry and counseling about
   contraceptive practices

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |
| Sodium Fluoride, Cream, Dental | Active | BRUSH FOR 5 MINUTES BEFORE BEDTIME. DO NOT RINSE. #2 RF3 | 3 of 3 | 18 Sep 2009 |

**Screening** Written by WEST,ALEXANDER D @ 25 Aug 2010 0842 CDT
**Reason For Appointment:** f/u skin check

Allergen information verified by WEST, ALEXANDER D @ 25 Aug 2010 0842 CDT

**SO Note** Written by SMITH,ERIC P @ 25 Aug 2010 0908 CDT
**Chief complaint**
The Chief Complaint is: Fu skin check.
**Referred here**
Referred by:
**History of present illness**
    The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
    In the Navy, currently on active duty, and paygrade E5.

Presents in follow-up.  He was seen for a papular follicular-based rash that appeared to occur when exposed to sunlight, primarily
on the weekends.  After his last visit he stopped using his soaps and use Cetaphil for two weeks.  He also switched to a
nonchemical sunscreen but did not notice any improvement in his symptoms overall.  He has subsequently returned to using his
antibacterial soap or old spice, and has used a chemical sunscreen (baby sunscreen SPF 70) and states that this weekend he did
not have a breakout at all, in spite of being in the sun 11 to two.
He states that the rash has characteristically only lasted for about two to 3 days before going away without sequelae.  It is tender but
not necessarily itchy.  He has pictures of his breakout which occurred primarily on his neck face and upper chest.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
**Current medication**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

Claritan.
## Past medical/surgical history
**Reported History:**
    Reported medications: Medication history including current prescription medications; over-the-counter medications;
      nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.

## Personal history
-Tob:    n
-EtOH:   y.
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
## Physical findings
**Vital signs:**
    • Pain level (0-10): Reviewed.
    ° Current vital signs reviewed.
**General appearance:**
    ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Well hydrated.
**Skin:**
    • Lesions: No rash today.  No evidence of scarring.
    Photographs showed demonstrate raised erythematous papules on his chest with several that appear to be pustular.
      ° General appearance was normal.
## Therapy
    • No herbal medicines.
## Counseling/Education
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices
understanding and all questions were answered.
.

**A/P** Written by SMITH,ERIC P @ 25 Aug 2010 0911 CDT
**1. FOLLICULITIS:** Recurrent short-lived folliculitis.  Discussed that switching to Cetaphil for only two weeks may not have been long
enough to reduce chemical exposure from other soaps.  There is still no clear etiology for his rash although it does appear to be sun
related.  Discussed trying to avoid histamine release as well symptomatically treatment.
Plan:
Start Allegra one tablet daily for 30 days.
Triamcinolone cream two to 3 times a day for two to 3 days at onset of his rash.
Return in one month, sooner as needed.
    Medication(s):    -FEXOFENADINE (ALLEGRA) –PO 180MG TAB - T1 TAB PO QD F ALLERGIES UD #30 RF2 Qt: 30
                Rf: 2
                -TRIAMCINOLONE 0.025%–TOP 80GM CREA - AAA BID TO TID FOR 2-3 DAYS AT ONSET OF
                RASH UD #1 RF0 Qt: 1 Rf: 0

**Disposition** Written by SMITH,ERIC P @ 25 Aug 2010 0912 CDT
**Released w/o Limitations**
**Follow up:** 1 month(s) in the DERMATOLOGY CLINIC clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  SMITH, ERIC P** (Physician, NH Pensacola FL) @ 25 Aug 2010 0912

CHANGE HISTORY
*The following SO Note Was Overwritten by SMITH,ERIC P @ 25 Aug 2010 0908 CDT:*
SO Note Written by WEST,ALEXANDER D @ 25 Aug 2010 0843 CDT
**Chief complaint**
The Chief Complaint is: Fu skin check.
**Referred here**
Referred by:
**History of present illness**
    The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None
Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
    In the Navy, currently on active duty, and paygrade E5.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
**Current medication**
Claritan.

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page**

AR 1132

**Medical Record**

Anderson, Daniel Dennis     DOB: ▒ 1985  SSN: ***-**-▒     DoD ID: 1286180538     Created: 30 Oct 2017

**Past medical/surgical history**
**Reported History:**
    Reported medications: Medication history including current prescription medications; over-the-counter medications; nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.

**Personal history**
-Tob:    n
-EtOH:    y.
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
    • Pain level (0-10): Reviewed.
    ° Current vital signs reviewed.
**General appearance:**
    * Well-appearing.  * Alert.  * Oriented to time, place, and person.  * Well nourished.  * Well hydrated.
**Therapy**
    • No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1133

**Medical Record**

Anderson, Daniel Dennis      DOB: ▓▓ 1985  SSN: ***-**-▓▓     DoD ID: 1286180538      Created: 30 Oct 2017

### *20 Jul 2010 at NH Pensacola FL, Dermatology Clinic by SMITH, ERIC P*

Encounter ID:    PENS-597452        Primary Dx:        FOLLICULITIS

Patient: **MERWIN, DANIEL DENNIS**       Date: **20 Jul 2010 0920 CDT**       Appt Type: **SPEC**
Treatment Facility: **NH Pensacola**     Clinic: **DERMATOLOGY CLINIC**       Provider: **SMITH,ERIC P**
Patient Status: Outpatient

**Reason for Appointment:**  ROSACEA/DERM-NHP/MED LIST/CTD/20/RECORDS/UNIFORM
**Appointment Comments:**
CAC-EH

**AutoCites** Refreshed by SMITH,ERIC P @ 20 Jul 2010 0948 CDT

| Problems | Allergies |
|---|---|
| **Chronic:** | • OTHER: Unknown (SEE MED RECORD) |
| • Rosacea | |
| • Lattice peripheral retinal degeneration | |
| • Myopia | |
| • Allergic rhinitis | |
| • Visit for: occupational health/fitness exam | |
| • Parent education about immunizations | |
| • Visit for: military services physical | |
| • Exposure to venereal disease | |
| • Visit for: administrative purposes | |
| • Inquiry and counseling about contraceptive practices | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Sodium Fluoride, Cream, Dental | Active | BRUSH FOR 5 MINUTES BEFORE BEDTIME.  DO NOT RINSE. #2 RF3 | 3 of 3 | 18 Sep 2009 |

**SO Note** Written by SMITH,ERIC P @ 20 Jul 2010 1115 CDT
**Chief complaint**
The Chief Complaint is: Rosacea.
**Referred here**
Referred by:
**History of present illness**
      The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None. Barriers considered were social; cultural; emotional; motivational; physical; religious; cognitive and language.
      In the Navy and currently on active duty.  Visit is not deployment-related /deployment-related.  Paygrade E5.

Presents for evaluation of her recurrent rash that has been occurring over the past two summers.  He states that when he spends time in the sun and especially in the water he will develop crops of pustules across his forehead, cheeks, and somewhat on his back and chest.  These are typically painful and he tends to puncture these or pick them.  He did that this morning and does not have any significant acute lesions.  He denies breakouts on other sun exposed areas of his skin.
He has tried many different types of sunscreens, but most recently used a baby sunscreen that one time helped prevent a breakout and the other time did not.
He does not take medications regularly, though occasionally takes Aleve.
He does relate that he had MRSA 3 times, and has been using an antibacterial soap on all of his skin since April of 2009.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
**Current medication**
Pt is not taking meds at this time.
**Past medical/surgical history**
**Reported History:**
      Reported medications: Medication history including current prescription medications; over-the-counter medications; nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.

**Personal history**
.

Anderson, Daniel Dennis      DOB: ▓▓ 1985  SSN: ***-**-▓▓     DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      Page

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985 SSN: ***-**-███     DoD ID: 1286180538     Created: 30 Oct 2017

: Reviewed.
Behavioral history: Caffeine use. No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
  • Pain level (0-10): Reviewed.
  ° Current vital signs reviewed.
**General appearance:**
  ° Well-appearing. ° Alert. ° Oriented to time, place, and person. ° Well nourished. ° Well hydrated.
**Skin:**
  • Lesions: See add note for details.
  Also noted to have very fair skin and fairly moderate photo damage with hundreds of ephelids. ° General appearance was
  normal.
**Therapy**
  • No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided. The patient voices
understanding and all questions were answered.
.


**A/P** Last Updated by SMITH,ERIC P @ 20 Jul 2010 1643 CDT
**1. FOLLICULITIS:** Appears to developing pustules of unclear etiology. The sudden onset following sun exposure may point towards
a photosensitive reaction which could be photo drug or photo toxic or photoallergic. He only takes Aleve occasionally, and this
could be a potential cause of pseudo-porphyria though he has no lesions on the back of his hands and no milia. It would be atypical
for acne, even though he complains of blackheads, as the sun tends to be more immunosuppressive rather than causing acne
breakouts.
He may have a reaction to sunscreen products, though states that he is broken out even when not wearing sunscreen. There does
not appear to be a likely interaction between water in his skin. These lesions are not urticarial.
There may be a relationship to him starting his antibacterial soap and the onset of this rash. Discussed the importance of good skin
care without damaging the surface.
Pitryosporum folliculitis is also in the differential diagnosis.
Recommended:
Stop antibacterial soap.
Start Dove or Cetaphil for washing his body.
They tried different sunscreens on his skin to see if there is a relationship between outbreaks.
Return 3 to 6 weeks for reevaluation
    Medication(s):        -CETAPHIL (AQUANIL)CLNSR 240ML –TOP SOAP - INSTEAD OF SOAP UD (BUT THE BEST SOAP
                          IS NO SOAP) #2 RF6 Qt: 2 Rf: 6

**Disposition** Written by SMITH,ERIC P @ 20 Jul 2010 1645 CDT
**Released w/o Limitations**
**Follow up:** 2 to 6 week(s) in the DERMATOLOGY clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by NEWTON,TYLER JEROME @ 20 Jul 2010 0916 CDT
**Consult Order**
**Referring Provider:**        GUNTER, ROGER WILLIAM
**Date of Request:**   14 Jun 2010
**Priority:**           Routine

**Provisional Diagnosis:**

ROSACEA


**Reason for Request:**

1ST L/M ON VM25 yo male active duty member with 9 months of facial break outs - pustules, papules on forehead, nose and
cheeks with any sun exposure. Patient has tried every sun screen he knows but every time he goes out to the beach or has any
outdoor time for 4 or more hours he'll break out. Clears after about 2-4 days but comes back every time he gets sun exposure. It
has some features of Rosacea but a very unusual onset and resolution. Please evaluate and treat definitively.

**Note** Written by NEWTON,TYLER JEROME @ 20 Jul 2010 1154 CDT

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 30 Oct 2017

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|---|

**DERMATOLOGY CLINIC, NH PENSACOLA FL**

Date: 6/17/2010
Doctor: Smith
Appointment time: 0920
Time in:
Drug allergies: None  Other

Pt has a reaction where goes to the beach a break out appear on his face, chest, and back. white head pimples, last 3-4 days

Erythematous papule ≤1 mm.
No pustules

(R) trim minute pimples

20 Jul 201000920
KERNTH DANIEL DENN
20 ███████

SPEC
PO2

CHRONOLOGICAL DERMATOLOGIC CLINIC
Medical SMITH ERIC P
STANDARD FORM 600 (REV 6-97)

Signed By SMITH, ERIC P (Physician, NH Pensacola FL) @ 20 Jul 2010 1646

**CHANGE HISTORY**
*The following SO Note Was Overwritten by SMITH,ERIC P @ 20 Jul 2010 1115 CDT;*
SO Note Written by MATTHEWS,KARLA M @ 20 Jul 2010 0923 CDT
**Chief complaint**
The Chief Complaint is: Rosacea.
**Referred here**
Referred by:
**History of present illness**
    The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None. Barriers considered were social; cultural; emotional; motivational; physical; religious; cognitive and language.
    In the Navy and currently on active duty.  Visit is not deployment-related /deployment-related.  Paygrade E5.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.

**Current medication**
Pt is not taking meds at this time.

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**     DoD ID: 1286180538     Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page
1091

# Medical Record

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538          Created: 30 Oct 2017

**Past medical/surgical history**
**Reported History:**
   Reported medications: Medication history including current prescription medications; over-the-counter medications; nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
   .
**Personal history**
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
   • Pain level (0-10): Reviewed.
   • Current vital signs reviewed.
**General appearance:**
   * Well-appearing.  * Alert.  * Oriented to time, place, and person.  * Well nourished.  * Well hydrated.
**Therapy**
   • No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.
.

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538          Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page**
1092

AR 1137

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

*14 Jun 2010 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM*

| Encounter ID: | PENS-547172 | Primary Dx: | ROSACEA |

| Patient: **MERWIN, DANIEL DENNIS** | Date: **14 Jun 2010 1010 CDT** | Appt Type: **ACUT** |
| Treatment Facility: **NBHC NTTC Pensacola** | Clinic: **CORRY PRIME CARE** | Provider: **GUNTER,ROGER WILLIAM** |
| Patient Status: **Outpatient** | | |

**Reason for Appointment:** allergic reaction
**Appointment Comments:**
mso

<u>AutoCites Refreshed by GUNTER,ROGER WILLIAM @ 14 Jun 2010 1012 CDT</u>

**Allergies**
• OTHER: Unknown (SEE MED RECORD)

**Vitals**
<u>Vitals Written by STANDLEY,CHAD J @ 14 Jun 2010 0953 CDT</u>
  BP: 114/68, HR: 72, RR: 16, T: 98.5 °F, HT: 69 in, WT: 145 lbs, BMI: 21.41, BSA: 1.802 square meters, Tobacco Use: No, Alcohol Use: Yes,
  Pain Scale: 5/10 Moderate, Pain Scale Comments: forehead
**Comments:** 850-292-7149

<u>SO Note Written by GUNTER,ROGER WILLIAM @ 14 Jun 2010 1236 CDT</u>
**Chief complaint**
The Chief Complaint is: Allergic reaction.
**History of present illness**
    The Patient is a 25 year old male.
25yo ADM arrived to medical with complaints of allergic reaction x1year. pt stated that when he first arrived to florida he was fine for x2months. now every time he goes outside he breaks out with pustules all over his face. pt has tried using sunscreen with no success. pt denies taking any medication to treat the reaction.pt does notice more pustules when in the sun but he still gets them when its cloudy outside.  No problems with alcohol or hot beverages.  No history of Rosacea though he's had acne since he was a teen - that's cleared for the most part and hasn't had any problems of this kind untill he got to floriday about 9 months ago. Originally from California and has spent his whole life out doors in the sun.
    In the Navy and currently on active duty.  Visit is not deployment-related and visit is not GWOT-related.
**Current medication**
Current medications reviewed and reconciled.
none.
**Past medical/surgical history**
**Reported History:**
    Medical: Reported medical history: Reviewed
    allergic all outdoor items and pets.  No previous hospitalizations  that are associated with the reason for this encounter: and no
        previous emergency room visit  that are associated with the reason for this encounter:
    Surgical / procedural: Surgical / procedural history: Reviewed
    none.
    Reported medications: Not taking OTC medications, no dietary supplements, and no vitamin supplements.
    Reported prior tests: No prior tests were performed  at non-MHS facility that relate to this encounter includes:
**Personal history**
Social history:  Reviewed
none.
Behavioral history: No tobacco use.
Alcohol: Alcohol use.
**Family history**
    Family medical history:  Reviewed
    none.
**Review of systems**
**Systemic symptoms:** No fever and no chills.
**Pulmonary symptoms:** No dyspnea, no cough, and no wheezing.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Psychological symptoms:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**

| Anderson, Daniel Dennis | DOB: ▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.  **Page**

## Medical Record

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮▮    DoD ID: 1286180538    Created: 30 Oct 2017

**Vital signs:**
Vital Signs/Measurements                                                Value
Blood pressure: Reviewed
 • Temperature: Reviewed. • RR: Reviewed. • PR: Reviewed.
**General appearance:**
 • General appearance: • Not oriented to time, place, and person pustules all over pt face. ° Well developed. ° Well nourished.
   ° In no acute distress.
**Neurological:**
 ° No learning disability was noted (barriers to learning).
**Skin:**
 • Showed erythema entire face is red and dusky. Three hours of sun exposure with sun screen. • Pustules were seen on
   forehead and nose primarily.
**Therapy**
 • No herbal medicines.
**Counseling/Education**
Patient verbalized understanding and accepted instructions.


**A/P** Written by GUNTER,ROGER WILLIAM @ 14 Jun 2010 1239 CDT
**1. ROSACEA**: Some features of Rosacea but may just be an acniform eruption.  Patient insists there are no triggers other than
prolonged sun exposure.  Will refer to Dermatology for evaluation and treatment.
        Consult(s):          -Referred To: DERMATOLOGY CONSULT (Routine) Specialty: DERMATOLOGY Clinic: UTILIZATION
                             MANAGEMENT OFFICE Primary Diagnosis: ROSACEA


**Disposition** Written by GUNTER,ROGER WILLIAM @ 14 Jun 2010 1239 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested


**Signed By GUNTER, ROGER WILLIAM** (Physician, JACC NBHC Corry Station, Pensacola, FL) @ 14 Jun 2010 1240

CHANGE HISTORY
*The following SO Note Was Overwritten by GUNTER,ROGER WILLIAM @ 14 Jun 2010 1226 CDT:*
SO Note Written by STANDLEY,CHAD J @ 14 Jun 2010 0957 CDT
**Chief complaint**
The Chief Complaint is: Allergic reaction.
**History of present illness**
    The Patient is a 25 year old male.
25yo ADM arrived to medical with complaints of allergic reaction x1year. pt stated that when he first arrived to florida he was fine for x2months. now every time he goes outside
he breaks out with pustules all over his face. pt has tried using sunscreen with no success. pt denies taking any medication to treat the reaction.pt does notice more pustules
when in the sun but he still gets them when its cloudy outside.
    in the Navy and currently on active duty.  Visit is not deployment-related and visit is not GWOT-related.
**Current medication**
Current medications reviewed and reconciled.
none.
**Past medical/surgical history**
**Reported History:**
    Medical: Reported medical history: Reviewed
    allergic all outdoor items and pets.  No previous hospitalizations  that are associated with the reason for this encounter; and no previous emergency room visit  that are
        associated with the reason for this encounter:
    Surgical / procedural: Surgical / procedural history: Reviewed
    none.
    Reported medications: Not taking OTC medications, no dietary supplements, and no vitamin supplements.
    Reported prior tests: No prior tests were performed  at non-MHS facility that relate to this encounter includes:
**Personal history**
Social history: Reviewed
none.
Behavioral history: No tobacco use.
Alcohol: Alcohol use.
**Family history**
    Family medical history:  Reviewed
    none.
**Review of systems**
**Systemic symptoms:** No fever and no chills.
**Pulmonary symptoms:** No dyspnea, no cough, and no wheezing.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Psychological symptoms:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital signs:**
Vital Signs/Measurements                                                Value
Blood pressure: Reviewed
 • Temperature: Reviewed. • RR: Reviewed. • PR: Reviewed.
**General appearance:**
 • General appearance:  • Not oriented to time, place, and person pustules all over pt face.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**

Anderson, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮▮    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page**

Anderson, Daniel Dennis        DOB: ███████ 1985  SSN: ***-**-███    **Medical Record**    DoD ID: 1286180538        Created: 30 Oct 2017

* No learning disability was noted (barriers to learning).

**Skin:**
* Pustules were seen.

**Therapy**
* No herbal medicines.

**Counseling/Education**
Patient verbalized understanding and accepted instructions.

AR 1140

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

## *21 Apr 2010 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W*

| Encounter ID: | PENS-468299 | Primary Dx: | REFRACTIVE ERROR - MYOPIA |

Patient: **MERWIN, DANIEL DENNIS**      Date: **21 Apr 2010 0800 CDT**      Appt Type: **SPEC**
Treatment Facility: **NBHC NAS Pensacola**   Clinic: **NASP OPTOMETRY CLINIC**   Provider: **ZENT,JOHN W**
Patient Status: **Outpatient**

**Reason for Appointment:** EYE EXAM-CONSULT FOR PRK/BLD 3600/UOD/REC/MEDS/GLASSES/CDT/20MINS
**Appointment Comments:**
CAC-ANT

AutoCites Refreshed by MERRELL,SHAUNTE T @ 21 Apr 2010 0806 CDT

| Problems | Family History | Allergies |
|---|---|---|
| Chronic: | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |
| • Allergic rhinitis | | |
| • Visit for: occupational health/fitness exam | | |
| • Parent education about immunizations | | |
| • Visit for: military services physical | | |
| • Exposure to venereal disease | | |
| • Visit for: administrative purposes | | |
| • Inquiry and counseling about contraceptive practices | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| LORATADINE, 10 MG, TABLET, ORAL | Active | T 1 TABLET PO QD PRN FOR ALLERGIES #100 RF0 | NR | 17 Mar 2010 |
| Sodium Fluoride, Cream, Dental | Active | BRUSH FOR 5 MINUTES BEFORE BEDTIME. DO NOT RINSE. #2 RF3 | 3 of 3 | 18 Sep 2009 |

Screening Written by MERRELL,SHAUNTE T @ 21 Apr 2010 0806 CDT
**Reason For Appointment:** EYE EXAM-CONSULT FOR PRK/BLD 3600/UOD/REC/MEDS/GLASSES/CDT/20MINS

Allergen information verified by MERRELL, SHAUNTE T @ 21 Apr 2010 0806 CDT

**Vitals**
Vitals Written by MERRELL,SHAUNTE T @ 21 Apr 2010 0806 CDT
  Pain Scale: 0 Pain Free

**SO Note** Written by MERRELL,SHAUNTE T @ 21 Apr 2010 0806 CDT
**Reason for Visit**
    Visit for: routine eye exam.
**Referred here**
referred here.
**History of present illness**
    The Patient is a 25 year old male. Source of patient information was patient.
Barriers to learning were identified as:  None
Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
    Reliability of source of patient information was good.
    In the Navy, currently on active duty, and paygrade E5.
    No eye pain.
**Past medical/surgical history**
**Reported History:**
    Reported medications: Medication history including current prescription medications; over-the-counter medications;
        nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
    .
    Physical trauma: No trauma to the eye.
**Diagnosis History:**
    No Iritis / Uveitis
    No cataract

| Anderson, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-██ | DoD ID: 1286180538 | Created: 30 Oct 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page
1096

**Medical Record**

No macular degeneration
No glaucoma.
No hypertension.
No hyperlipidemia.
No diabetes mellitus

**Review of systems**
**Cardiovascular symptoms:** No cardiovascular symptoms.
**Pulmonary symptoms:** No pulmonary symptoms.
**Physical findings**
**Eyes:**

General/bilateral:
Visual Assessment: • Lensometry:
OD:-2.00-0.25x090
OS:-1.75sph.
Intraocular Pressure: ° Normal NCT IOP.
Visual Fields Exam: • A limited visual fields exam was performed. ° Peripheral vision was full to confrontation.
Right eye:

| | Value |
|---|---|
| Visual Assessment: | |
| Distance right acuity with current Rx: 20/ | 20 |

Right eye:

| | Value |
|---|---|
| Intraocular Pressure: | 12 mmHg |

Left eye:

| | Value |
|---|---|
| Visual Assessment: | |
| Distance left acuity with current Rx: 20/ | 30 |

Left eye:

| | Value |
|---|---|
| Intraocular Pressure: | 13 mmHg |

**Drawing/Image** Written by ZENT,JOHN W @ 23 Apr 2010 1644 CDT
**1. pigmented crescent with no holes or tears**



**A/P** Written by ZENT,JOHN W @ 23 Apr 2010 1644 CDT
**1. REFRACTIVE ERROR - MYOPIA**
Procedure(s):          -Ophthalmological New Patient Start Comprehensive Care x 1
-Spectacles Services Fitting Monofocals (Not For Aphakia) x 1
-Determination Of Refractive State x 1
-Prescription & Fitting Bilateral Corneal Lenses (Not Aphakia x 1
**2. PERIPHERAL RETINAL DEGENERATION - LATTICE:** abnormal apperance OS, possibly lattice, or very flat typical
retinoschisis.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 30 Oct 2017

**Disposition** Written by ZENT,JOHN W @ 23 Apr 2010 1645 CDT
**Released w/o Limitations**
Follow up: 12 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by SIMIEN,LATOSHA D @ 21 Apr 2010 1301 CDT



**Note** Written by ZENT,JOHN W @ 23 Apr 2010 1642 CDT

| Chief Complaint: | | | Pt. here for CRS screening, no visual or astenopic complaints | | | | | |
|---|---|---|---|---|---|---|---|---|
| Significant History: | | (see above) -f/f, -dryness, -itch, -burn | | | | | | |
| Confrontation Fields: | | FTFC Central & Peripheral OD, OS | | Cover Test: | cc | Ortho' distance | | Ortho' near |
| Extraocular Muscles: | | Smooth, Accurate, Full, No Pain | | Pupils: | Equal  Round  4+ Reactivity | | -APD | |

| MRx | Sphere | Cylinder | Axis | | DVA | | | Drops: | @ 0820 |
|---|---|---|---|---|---|---|---|---|---|
| OD | -2.25 | -0.50 | 098 | OD | 20/20 | 20/20 | | 0.5% Proparacaine | |
| OS | -2.50 | -0.25 | 083 | OS | 20/20 | | | 1gt OU 0.5% Tropicamide | |
| | Prism | | Add | | NVA | | | 1gt OU 2.5% Phenylephrine | |
| OD | | | OD | OD | 20/20 | 20/20 | | 1% Cyclopentolate | |
| OS | | | OS | OS | 20/20 | | | 0.25%/0.4% Fluress | |

| Slit Lamp: | | | 78D & 20D | Dilated | Ancillary Testing | | | |
|---|---|---|---|---|---|---|---|---|
| | OD | | OS | | Pt. educated that too large of an Rx change for CRs | | | |
| L/L | Clear | | Clear | | | | | |
| Conj. | Clear | | Clear | | | | | |
| Cornea | Clear | | Clear | | | | | |
| Tear Layer | Clear | | Clear | | | | | |
| A/C | D & Q | 4X4 | 4X4 | D & Q | **Final Spec Rx** | **Full Time Wear** | | **Add** |
| Iris | Clear | | | Clear | OD  -2.25 | -0.50  098 | | pl |

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
1098                                                                                    Page

## Medical Record

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017

| Lens | Clear | Clear | OS | -2.50 | -0.25 | 083 | pl |
|---|---|---|---|---|---|---|---|
| Vitreous | Clear | Clear | | | | | PD |
| C/D | .3/.3 | .3/.3 | *No CL Fitting* | | Sol'n: | Opti-Free Replenish | |
| Margins | Pink/Distinct | Pink/Distinct | *Brand* | OD: | AV Oasys | OS: | AV Oasys |
| Macula | +FR, Clear | +FR, Clear | OD | 8.4 | 14.0 | -2.50 | sph | 0 |
| A/V | 2/3 | 2/3 | OS | 8.4 | 14.0 | -2.50 | sph | 0 |
| Periphery | see drawing | -Holes,tears,breaks 360° | Replace: | | Bi-weekly | Continuous Wear: | No |
| Notes | | -Medication reconciliation was performed.  However, no new medications were added and no old medications have been discontinued by the provider. Pt was offered a copy of med list. | | | | | |
| | Pt ed @ S/S ret tear/detach | | | | | | |

| Contact Lenses: | | No CL Fitting | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Brand | BC | Diam | Power | Cyl | Axis | VA | OD | OS |
| OD | AV Oasys | 8.4 | 14.0 | -2.50 | | | 20/20 | Coverage | 360 degrees | 360 degrees |
| OS | AV Oasys | 8.4 | 14.0 | -2.50 | | | 20/20 | Centration | Centered | Centered |
| | Over-Refraction: | | OD: | pl | | | 20/20 | Movement | 0.5-1.0 mm | 0.5-1.0 mm |
| | | | OS: | pl | | | 20/20 | Rotation | | |

Signed By  ZENT, JOHN W (Physician/Workstation) @ 23 Apr 2010 1645

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1144

**Medical Record**

## *17 Mar 2010 at NH Pensacola FL, Readiness Center by BROWN, TRAVIS S*

Encounter ID:    PENS-413309    Primary Dx:    Visit for: occupational health / fitness exam

Patient: **MERWIN, DANIEL DENNIS**    Date: **17 Mar 2010 0730 CDT**    Appt Type: **WELL**
Treatment Facility: **NH Pensacola**    Clinic: **DEPLOYMENT HEALTH CLINIC**    Provider: **BROWN,TRAVIS SCOTT**
Patient Status: **Outpatient**

**Reason for Appointment:** PHA PART 2/LABS DONE/JACC/UOD/RECORDS/20MIN/CTD
**Appointment Comments:**
cac-jab

**AutoCites** Refreshed by WHITE,PAMELA J @ 17 Mar 2010 0727 CDT

Allergies
• OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Sodium Fluoride, Cream, Dental | Active | BRUSH FOR 5 MINUTES BEFORE BEDTIME.  DO NOT RINSE. #2 RF3 | 3 of 3 | 18 Sep 2009 |

**Screening** Written by WHITE,PAMELA J @ 17 Mar 2010 0731 CDT
**Reason For Appointment:** PHA PART 2/LABS DONE/JACC/UOD/RECORDS/20MIN/CTD

Allergen information verified by WHITE, PAMELA J. @ 17 Mar 2010 0730 CDT
**Reason(s) For Visit (Chief Complaint):** visit for: occupational health / fitness exam (New) : PHA PART 2;

**Vitals**
**Vitals** Written by WHITE,PAMELA J @ 17 Mar 2010 0731 CDT
 BP: 102/60, HR: 72, RR: 20, HT: 69.5 in Actual, With Shoes, WT: 150 lbs Upright Scale, Actual,
 With Shoes, Corr OD: 20/30, Corr OS: 20/20,
 Corr OU: 20/20, BMI: 21.83, BSA: 1.838 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol
 Comments: OCC., Pain Scale: 0 Pain Free

**SO Note** Written by BROWN,TRAVIS SCOTT @ 17 Mar 2010 0807 CDT
**Chief complaint**
The Chief Complaint is: PHA.
**History of present illness**
     The Patient is a 25 year old male.
Barriers to learning were identified as:  None

Barriers considered were, social, cultural, emotional, motivational, physical, religious, cognitive and language.
     Problem list reviewed.
     Head symptoms States he has a history of allergy to dogs and cats.  Approximately 3 weeks ago he was at a friend's house who had a dog.  since that time, he has had problems with head and nasal congestion and sneezing.  Also reports one episode of shortness of breath when running approximately 2 weeks ago.  States he has been using Primatene OTC.  No other meds.  On exam today the pharynx and nasal septum with mild erythema, no inflammation or drainage.  Lungs clear to auscultation over all fields bilaterally.  No wheezing noted.
**Current medication**
Primatene - OTC

**Past medical/surgical history**
**Reported History:**
     Past Medical History:
     Fracture of right 5th phalanyx - 2008 -Resolved

     Surgical / procedural: Surgical / procedural history Past Surgical History:
     noncontributory.
**Review of systems**
**Neck symptoms:** No neck symptoms.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
1100                                                                                    Page

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

**Eye symptoms:** No eye symptoms.
**Otolaryngeal symptoms:** No otolaryngeal symptoms.
**Cardiovascular symptoms:** No cardiovascular symptoms.
**Pulmonary symptoms:** No pulmonary symptoms.
**Gastrointestinal symptoms:** No gastrointestinal symptoms.
**Genitourinary symptoms:** No genitourinary symptoms.
**Musculoskeletal symptoms:** No musculoskeletal symptoms.
**Psychological symptoms:** No psychological symptoms.

A/P Written by BROWN,TRAVIS S @ 17 Mar 2010 0815 CDT
**1. visit for: occupational health / fitness exam***(PERIODIC PREVENTION EXAMINATION)*: Annual TB risk assessment
completed.  He has been in Asia over the past year.  Recommend placing PPD today.  See NAVMED 6224/8.

Counseled on lab results, triglycerides and discussed at length ways to improve through lifestyle changes; exercise, supplements
and better nutrition.  Teaching materials given.
Medically fit for full duty.

**2. ALLERGIC RHINITIS:** Place him on claritin and mucinex.  f/u with PCM if symptoms not improved in 3-4 days.  member states
he was treated by an allergist as a child.  Explained he could discuss this with his PCM if symptoms remain persistent.

    Medication(s):    -LORATADINE (CLARITIN)--PO 10MG TAB - T 1 TABLET PO QD PRN FOR ALLERGIES #100 RF0
    Qt: 100 Rf: 0 Ordered By: BROWN,TRAVIS S Ordering Provider: BROWN, TRAVIS SCOTT
    -GUAIFENESIN PSE --PO 600MG-60MG TAB - TAKE ONE TABLET TWICE DAILY **MAX 50 TABS
    PER FILL** #40 RF0 Qt: 40 Rf: 0 Ordered By: BROWN,TRAVIS S Ordering Provider: BROWN, TRAVIS
    SCOTT

Disposition Written by BROWN,TRAVIS S @ 17 Mar 2010 0817 CDT
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Signed By  BROWN, TRAVIS S (NP-C, NH Pensacola FL) @ 17 Mar 2010 0817

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ▇▇ 1985  SSN: ***-**-▇▇    DoD ID: 1286180538    Created: 30 Oct 2017

## 09 Mar 2010 at NH Pensacola FL, Corry Prime Care by THOMAS, JOSHUA L

| | | |
|---|---|---|
| Encounter ID: | PENS-400052 | Primary Dx: |

Vaccine needed prophylactically against bacterial diseases

Patient: **MERWIN, DANIEL DENNIS**      Date: **09 Mar 2010 0824 CDT**      Appt Type: **ACUT**
Treatment Facility: **NBHC NTTC**      Clinic: **CORRY PRIME CARE**      Provider: **THOMAS,JOSHUA L**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:** Anthrax Vaccine
**Appointment Comments:** Written by THOMAS,JOSHUA L @ 09 Mar 2010 0824 CDT
jlt

**Vitals**
**Vitals** Written by WILLIAMS,TREVOR M @ 09 Mar 2010 1505 CST

**Comments:** n/a

**SO Note** Written by WILLIAMS,TREVOR M @ 09 Mar 2010 1505 CDT
**History of present illness**
        The Patient is a 25 year old male.
Barriers to learning were identified as:  None.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
**Current medication**
See med list.
**Past medical/surgical history**
**Reported History:**
        Reported medications: Medication history including current prescription medications; over-the-counter medications;
                nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
        . Not taking medication and no contraindications to live vaccine were noted on medication reconciliation.

**Counseling/Education**
Education appropriate to the patient's needs was provided regarding the care/treatment/services provided.  The patient or guardian
voiced understanding and all questions were answered.
 Appropriate Vaccine Information Statements were given.  Patient was identified using two forms of identification (name and prefix
and sponsor's social security number)
Pain control was discussed.
 The patient or guardian was instructed to wait for 15 minutes in the waiting room after vaccines were administered.
.

**A/P** Last Updated by WILLIAMS,TREVOR M @ 09 Mar 2010 1504 CDT
**1. Vaccine needed prophylactically against bacterial diseases**
        Procedure(s):              -Anthrax Vaccine, For Subcutaneous Use x 1

**Disposition** Last Updated by WILLIAMS,TREVOR M @ 09 Mar 2010 1505 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed,
medication history including current
prescription medications, over the counter medications, nutraceuticals,
herbals, supplements and medications not included in ALTHA were reviewed
with patient in detail.  Patient offered medication list by pharmacy tech.
No barriers to learning were identified.  Education appropriate to the
patient's needs was provided regarding the care, treatment, and services
provided.  The patient voices understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Anderson, Daniel Dennis    DOB: ▇▇ 1985  SSN: ***-**-▇▇    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      Page

**Medical Record**

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___  DoD ID: 1286180538    Created: 30 Oct 2017

**Signed By THOMAS, JOSHUA L** (Physician/Workstation) @ 09 Mar 2010 1512

AR 1148

**Medical Record**

### *22 Dec 2009 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM*

Encounter ID:     PENS-281825        Primary Dx:        Parent Education: Immunizations

Patient: **MERWIN, DANIEL DENNIS**        Date: **22 Dec 2009 1100 CST**        Appt Type: **OPAC**
Treatment Facility: **NBHC NTTC**        Clinic: **CORRY PRIME CARE**        Provider: **GUNTER,ROGER WILLIAM**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:** H1N1
**Appointment Comments:** Written by LINVILLE,TREVOR S @ 22 Dec 2009 1100 CST
TSL

**Vitals**
**Vitals** Written by SYDA,KRISTIE LYNN @ 22 Dec 2009 1114 CST

Comments: n/a

**SO Note** Written by SYDA,KRISTIE LYNN @ 22 Dec 2009 1114 CST
**History of present illness**
     The Patient is a 24 year old male.
Barriers to learning were identified as:  None.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
**Current medication**
See med list.
**Past medical/surgical history**
**Reported History:**
     Reported medications: Medication history including current prescription medications; over-the-counter medications;
          nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
     . Not taking medication and no contraindications to live vaccine were noted on medication reconciliation.
     .
**Counseling/Education**
Education appropriate to the patient's needs was provided regarding the care/treatment/services provided.  The patient or guardian
voiced understanding and all questions were answered.
 Appropriate Vaccine Information Statements were given.  Patient was identified using two forms of identification (name and prefix
and sponsor's social security number)
Pain control was discussed.
 The patient or guardian was instructed to wait for 15 minutes in the waiting room after vaccines were administered.
.

**A/P** Last Updated by SYDA,KRISTIE LYNN @ 22 Dec 2009 1115 CST
**1. Parent Education: Immunizations***(MEDICATION EDUCATION)*
     Procedure(s):          -Immunization Administration One Vaccine x 1
                         -Influenza Virus Vaccine Pandemic Formulation x 1

**Disposition** Last Updated by SYDA,KRISTIE LYNN @ 22 Dec 2009 1115 CST
**Released w/o Limitations**
Follow up: as needed with PCM. - Comments: Med Reconciliation completed, medication history including current prescription
medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in AHLTA were
reviewed with patient in detail.  Patient offered medication list by pharmacy tech.  No barriers to learning were identified.  Education
appropriate to the patient's needs was provided regarding the care, treatment, and services provided.  The patient voices
understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  GUNTER, ROGER WILLIAM** (Physician, JACC NBHC Corry Station, Pensacola, FL) @ 22 Dec 2009 1201

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 1149

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

### *23 Sep 2009 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM*

Encounter ID:    PENS-140818    Primary Dx:    Vaccines Prophylactic Need Against Influenza

Patient: **MERWIN, DANIEL DENNIS**    Date: **23 Sep 2009 1438 CDT**    Appt Type: **OPAC**
Treatment Facility: **NBHC NTTC**    Clinic: **CORRY PRIME CARE**    Provider: **GUNTER,ROGER WILLIAM**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:** influenza
**Appointment Comments:** Written by SYDA,KRISTIE LYNN @ 23 Sep 2009 1438 CDT
kis

**AutoCites** Refreshed by BELKNAP, CHARLES HOWARD @ 23 Sep 2009 1529 CDT

| Problems | Active Family History | Allergies |
|---|---|---|
| • visit for: administrative purpose | No Active Family History Found. | • OTHER: Unknown (SEE MED RECORD) |
| • Inquiry And Counseling: Contraceptive Practices | | |
| • exposed to venereal disease | | |
| • visit for: military services physical | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Sodium Fluoride, Cream, Dental | Active | BRUSH FOR 5 MINUTES BEFORE BEDTIME. DO NOT RINSE. #2 RF3 | 3 of 3 | 18 Sep 2009 |

**Vitals**
**Vitals** Written by BELKNAP, CHARLES HOWARD @ 23 Sep 2009 1529 CDT

**Comments:** n/a

**SO Note** Written by BELKNAP,CHARLES HOWARD @ 23 Sep 2009 1529 CDT
**Reason for Visit**
    Visit for: influenza vaccine.
    Patient identified by Name and Date of Birth or other two forms of indentification.
**History of present illness**
    The Patient is a 24 year old male. Source of patient information was patient. Past medical history reviewed.
**Allergies**
    Reviewed an allergy. No allergy to certain foods; Chicken and not to eggs. No known drug allergies.
**Vaccinations**
: up to date.
    • Received dose of influenza live virus vaccine, for intranasal use Vaccine lot #, manufacturer, and location given recorded in Immunization module. Patient provided and reviewed current CDC Vaccine Information Sheet. Vaccine inspected for discoloration/particulates and Exp Date verified
**Past medical/surgical history**
**Reported History:**
    Recent events: No active illness.
**Review of systems**
**Systemic symptoms:** No fever.
**Counseling/Education**

    • Patient education about adverse reactions to medication Patient instructed to remain in clinic for 20 minutes post vaccination. Patient educated regarding possible side effects: soreness\\, redness\\, or swelling at the site of injection, Fever\\

**A/P** Last Updated by BELKNAP, CHARLES HOWARD @ 23 Sep 2009 1529 CDT
**1. Vaccines Prophylactic Need Against Influenza**
    Procedure(s):    -Influenza Virus Vaccine Live Intranasal x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 30 Oct 2017

-Immunization Administration One Vaccine x 1
**2. Parent Education: Immunizations**(*MEDICATION EDUCATION*)

**Disposition** Last Updated by BELKNAP, CHARLES HOWARD @ 23 Sep 2009 1529 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail.  Patient offered medication list by pharmacy tech.  No barriers to learning were identified.  Education appropriate to the patient?s needs was provided regarding the care, treatment, and services provided.  The patient voices understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  GUNTER, ROGER WILLIAM** (Physician, NH Jacksonville, FL) @ 23 Sep 2009 1532

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017

### *16 Sep 2009 at NH Pensacola FL, Corry Phys Exams by GUNTER, ROGER WILLIAM*

Encounter ID:    PENS-128312    Primary Dx:    Visit for: military services physical

Patient: **MERWIN, DANIEL DENNIS**    Date: **16 Sep 2009 1430 CDT**    Appt Type: **WELL**
Treatment Facility: **NBHC NTTC**    Clinic: **CORRY PHYS EXAMS**    Provider: **GUNTER,ROGER WILLIAM**
Pensacola
Patient Status: **Outpatient**

**Reason for Appointment:** re-enlistment Phy
**Appointment Comments:**
clw

AutoCites Refreshed by THORNTON,JAMES M @ 16 Sep 2009 1454 CDT
**Problems**                **Family History**                **Allergies**
**Chronic:**                No Family History Found.            • OTHER: Unknown (SEE MED RECORD)
 • Exposure to venereal disease
 • Inquiry about counseling about
   contraceptive practices
 • Visit for: administrative purposes

**Active Medications**
No Active Medications Found.

SO Note Written by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1541 CDT
**History of present illness**
        The Patient is a 24 year old male.
        He reported: Encounter Background Information: 24 y/o adm coming to medical for re-enlistment pe.  Last PE greater than 2 years so will repeat his full physical to include 2808 and 2807.  Labs recorded.  Audiogram completed today.  Eye exam was done in town but patient will bring in a copy.  No changes in health history since last PE.  PHA was done on ship in FEB 09 as an annual flight deck PE.  Complete in scope.  See DD 2808 and 2807 for details of PE.  Fit for reenlistment.
**Physical findings**
**General appearance:**
        ° Well-appearing.  ° Patient did not appear uncomfortable.

Lab Result Cited by THORNTON,JAMES M @ 16 Sep 2009 1454 CDT

| Rapid Plasma Reagin | Site/Specimen | 20 Aug 2009 1007 | Units | Ref Rng |
|---|---|---|---|---|
| Reagin Ab | SERUM | NON-REACTIVE | | |

Lab Result Cited by THORNTON,JAMES M @ 16 Sep 2009 1454 CDT

| Lipid Profile | Site/Specimen | 15 Sep 2009 0724 <o> | | Units | Ref Rng |
|---|---|---|---|---|---|
| Cholesterol | PLASMA | 190 <i> | | mg/dL | (25-199) |
| HDL Cholesterol | PLASMA | 56 <i> | | mg/dL | |
| Triglyceride | PLASMA | 221 (H) <i> | | mg/dL | (20-150) |
| LDL Cholesterol | PLASMA | 90 <i> | | mg/dL | (25-100) |

A/P Written by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1543 CDT
**1. visit for: military services physical***(ARMED FORCES MEDICAL EXAMINATION)*: Reenlistment PE.  Fit for reenlistment.  See DD 2808 and 2807 in health record.  Unable to scan into AHLTA.

Disposition Last updated by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1543 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PHYS EXAMS clinic. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail.  Patient offered medication list by pharmacy tech.  No barriers to learning were identified.  Education appropriate to the patient?s needs was provided regarding the care, treatment, and services provided.  The patient voices understanding and all questions were answered.

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1107

**Medical Record**

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-██  DoD ID: 1286180538    Created: 30 Oct 2017

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By GUNTER, ROGER WILLIAM** (Physician, NH Jacksonville, FL) @ 16 Sep 2009 1544

CHANGE HISTORY
*The following Disposition Note Was Overwritten by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1543 CDT:*
The Disposition section was last updated by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1543 CDT - see above.Previous Version of Disposition section was entered/updated by THORNTON,JAMES M @ 16 Sep 2009 1457 CDT.
**Released w/o Limitations**
**Follow up:** as needed by PCM. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail. Patient offered medication list by pharmacy tech. No barriers to learning were identified. Education appropriate to the patient?s needs was provided regarding the care, treatment, and services provided. The patient voices understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
*The following SO Note Was Overwritten by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1541 CDT:*
SO Note Written by THORNTON,JAMES M @ 16 Sep 2009 1455 CDT
**History of present illness**
      The Patient is a 24 year old male.
      He reported: Encounter Background Information: 24 y/o adm coming to medical for re-enlistment pe.
**Physical findings**
General appearance:
      * Well-appearing.  * Patient did not appear uncomfortable.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017

## *20 Aug 2009 at NH Pensacola FL, Corry Prime Care by HEDARIA, ELIZABETH A*

Encounter ID:    PENS-94296    Primary Dx:    Exposure to STD

Patient: **MERWIN, DANIEL DENNIS**    Date: **20 Aug 2009 0930 CDT**    Appt Type: **ACUT**
Treatment Facility: **NH Pensacola**    Clinic: **CORRY PRIME CARE**    Provider: **HEDARIA,ELIZABETH A**
Patient Status: **Outpatient**

**Reason for Appointment:** REQUEST FOR LABS/JACC/20/MED LIST/CTD
**Appointment Comments:**
CAC-AJB

**Vitals**
**Vitals** Written by COLE,ASHLEY @ 20 Aug 2009 0923 CDT
 BP: 120/79, HR: 82, RR: 16, T: 98.2 °F, HT: 68 in, WT: 145 lbs, BMI: 22.05, BSA: 1.783 square
 meters, Tobacco Use: No, Alcohol Use: Yes,
 Pain Scale: 0 Pain Free
**Comments:** aac

**SO Note** Written by HEDARIA,ELIZABETH A @ 20 Aug 2009 1522 CDT
**Chief complaint**
The Chief Complaint is: Pt would like a male examinaiton.
**History of present illness**
      The Patient is a 24 year old male.
      He reported: Encounter Background Information: Denies painful urination or discharge from penis.
**Subjective**
Pt is a 24 yo active duty male who reports to medical for yearly male examination.Pt states that he would prefer blood wrk if
possible.
**Physical findings**
**Vital signs:**
      ° Normal.
**General appearance:**
      ° Normal.
**Eyes:**
      General/bilateral:
            ° Eyes: normal.
**Ears, Nose, Throat:**
      ° ENT: normal.
**Lymph Nodes:**
      ° Normal.
**Urinary system:**
      ° Normal.
      ° Genital findings were normal.
**Genitalia:**
      ° Normal.

**A/P** Written by HEDARIA,ELIZABETH A @ 20 Aug 2009 1003 CDT
**1. exposed to venereal disease**
      Laboratory(ies):        -CHLAMYDIA/GC NAAT PANEL (Routine); RAPID PLASMA REAGIN (Routine)

**Disposition** Last updated by HEDARIA,ELIZABETH A @ 20 Aug 2009 1523 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed,
medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements
and medications not included in ALTHA were reviewed with patient in detail. Patient offered medication list by pharmacy tech. No
barriers to learning were identified. Education appropriate to the patient's needs was provided regarding the care, treatment, and
services provided. The patient voices understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By HEDARIA, ELIZABETH A** (NURSE PRACTITIONER, NH Pensacola FL) @ 20 Aug 2009 1532

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page
1109

## Medical Record

| Anderson, Daniel Dennis | DOB: ___ 1985 | SSN: ***-**-___ | DoD ID: 1286180538 | Created: 30 Oct 2017 |

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by HEDARIA,ELIZABETH A @ 20 Aug 2009 1523 CDT:*
The Disposition section was last updated by HEDARIA,ELIZABETH A @ 20 Aug 2009 1523 CDT - see above.Previous Version of Disposition section was entered/updated by COLE,ASHLEY @ 20 Aug 2009 0927 CDT.
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail. Patient offered medication list by pharmacy tech. No barriers to learning were identified. Education appropriate to the patient's needs was provided regarding the care, treatment, and services provided. The patient voices understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
15 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
*The following SO Note Was Overwritten by HEDARIA,ELIZABETH A @ 20 Aug 2009 1522 CDT:*
*SO Note Written by COLE,ASHLEY @ 20 Aug 2009 0922 CDT*
**Chief complaint**
The Chief Complaint is: Pt would like a male examinaiton.
**Subjective**
Pt is a 24 yo active duty male who reports to medical for yearly male examination.Pt states that he would prefer blood wrk if possible.

Anderson, Daniel Dennis    DOB: ___ 1985  SSN: ***-**-___    DoD ID: 1286180538    Created: 30 Oct 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page**
1110

AR 1155

**Medical Record**

## *07 May 2009 at NH Pensacola FL, Corry Health Promotion And Wel by LINVILLE, TREVOR S*

Encounter ID:    CDR-64692598    Primary Dx:    Patient Education - HIV

Patient: **MERWIN, DANIEL DENNIS**    Date: **07 May 2009 1355 CDT**    Appt Type: **WELL**
Treatment Facility: **NBHC NTTC**    Clinic: **CORRY COMMUNITY HEALTH**    Provider: **LINVILLE,TREVOR S**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:** indoc
**Appointment Comments:**
Notes Entered by: THORNTON, JAMES M 07 May 2009 1355

jmt

**AutoCites** Refreshed by THORNTON, JAMES M @ 07 May 2009 1355 CDT
**Problems**                          **Active Family History**          **Allergies**
• feared medical condition not         No Active Family History Found.    • OTHER: Unknown (SEE MED RECORD)
  demonstrated
• visit for: issue medical certificate fitness

**Active Medications**
No Active Medications Found.

**Vitals**
**Vitals** Written by THORNTON, JAMES M @ 07 May 2009 1356 CDT

**Comments:** n/a

**SO Note** Written by THORNTON,JAMES M @ 07 May 2009 1356 CDT
**Referred here**
Referred by:
**History of present illness**
      The Patient is a 24 year old male

Patient participated in a 60 minute group education and counseling session on medical and dental wellness and access to care.
Topics include occupational and local hazards. Specifically, MRSA, STDs, sun hazards, hydration birth control. No barriers to
learning were identified. Education appropriate to the patient's needs was provided regarding the care, treatment, and services
provided. The patient voices understanding and all questions were answered.

**A/P** Written by THORNTON, JAMES M @ 07 May 2009 1356 CDT
**1. Patient Education - HIV**
**2. Anticipatory Guidance: Unsafe Sexual Practices**
**3. visit for: administrative purpose**
**4. Inquiry And Counseling: Contraceptive Practices**

**Disposition** Written by THORNTON, JAMES M @ 07 May 2009 1356 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM. - Comments: Med Reconciliation completed, medication history including current prescription
medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were
reviewed with patient in detail. Patient offered medication list by pharmacy tech. No barriers to learning were identified. Education
appropriate to the patient?ns needs was provided regarding the care, treatment, and services provided. The patient voices
understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
15 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By LINVILLE, TREVOR S** (Physician/Workstation, NH Pensacola FL) @ 07 May 2009 1412

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page**

**Medical Record**

### 06 Mar 2006 at NH Pensacola FL, NATTC MHP by MAYNARD, PENELOPE A

Encounter ID:    17628314    Primary Dx:    Feared medical condition not demonstrated

Patient: **MERWIN, DANIEL DENNIS**    Date: **06 Mar 2006 0815 CST**    Appt Type: **ROUT**
Facility: **Pensacola NH, FL**    Clinic: **NATTC SICK CALL**    Provider: **MAYNARD,PENELOPE A**

**Reason for Appointment:**  abdominal pain
**Appointment Comments:**
cac-ebc

**AutoCites** Refreshed by MAYNARD,PENELOPE A @ 06 Mar 2006 0843 CST

**Allergies**
OTHER (SEE MED RECORD)

**Active Medications**
No Active Medications Found.

**Vitals**
**Vitals** Written by MILLER,KATHERINE R @ 06 Mar 2006 0804 CST
 BP: 120/64, HR: 60, RR: 12, T: 97.6 °F, HT: 5' 8", WT: 126 lbs, BMI: 19.16, BSA: 1.679 square meters, Tobacco Use: No, Alcohol
Use: No,  Pain Scale: 0 Pain Free, Pain Scale Comments: none
**Comments:** allergies:nkda

**SO Text Note** Written by MAYNARD,PENELOPE A @ 06 Mar 2006 0843 CST
SEE NOTE FOR RECORD

**A/P** Written by MAYNARD,PENELOPE A @ 06 Mar 2006 0844 CST
**1. feared medical condition not demonstrated:** ABD PAIN RESOLVED- NO  PATHOLOGY
**2. visit for: issue medical certificate fitness**

**Disposition** Written by MAYNARD,PENELOPE A @ 06 Mar 2006 0844 CST
**Released w/o Limitations**
**Follow up:**  as needed .
**Discussed:** Diagnosis with Patient who indicated understanding.

**Signed By  MAYNARD,PENELOPE A** (MD. GS-14, GMO, Pensacola) @ 06 Mar 2006 0844

***** End of Previous Encounters *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1112

Daniel ANDERSON

**CONFIDENTIAL**

# Personal Health Information

**Daniel ANDERSON**
Date of birth: ███ 1985

Created on 24 Jan 2018 @ 1237 CST

You are seeing portions of your own personal health data information (PHI) or your family member's immunization information as stored in the military Electronic Health Record (EHR).  The PHI displayed from your EHR cannot be modified using TRICARE Online. If you have additional information not included in your EHR, note an error, or have questions regarding your PHI, please inform your Health Care team.





**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

## *ENCOUNTERS HISTORY*

Date Range: 24 Jan 1988 - 24 Jan 2018

Sorted By: Encounter Date (Descending)

Filter: Last 500 records

| | | | | |
|---|---|---|---|---|
| **Reason for Visit** | | | | |
| **Encounter Date** | 22 Jan 2018 @ 0900 | **Clinic** | ATS Adult BE | |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC | |
| **Diagnosis** | Alcohol dependence, uncomplicated | | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 22 Jan 2018 | |

| | | | | |
|---|---|---|---|---|
| **Reason for Visit** | dbt skills and process | | | |
| **Encounter Date** | 16 Jan 2018 @ 1137 | **Clinic** | ATS Adult BE | |
| **Provider** | BURTON, CARA N | **Facility** | WRNMMC | |
| **Diagnosis** | Alcohol dependence, uncomplicated | | | |
| **Procedure** | Psychiatric Therapy Group Interactive | **Procedure Date** | 16 Jan 2018 | |

| | | | | |
|---|---|---|---|---|
| **Reason for Visit** | f/u | | | |
| **Encounter Date** | 16 Jan 2018 @ 1106 | **Clinic** | BH Multi-D Psy Ki | |
| **Provider** | HEBERT, CANDICE | **Facility** | WRNMMC | |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | | |
| **Procedure** | Psychometric Emotional / Behavioral Assessment | **Procedure Date** | 17 Jan 2018 | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 17 Jan 2018 | |

| | | | | |
|---|---|---|---|---|
| **Reason for Visit** | dbt skills and process | | | |
| **Encounter Date** | 11 Jan 2018 @ 1507 | **Clinic** | ATS Adult BE | |
| **Provider** | DELEON, PATRICK D. | **Facility** | WRNMMC | |
| **Diagnosis** | Alcohol dependence, uncomplicated | | | |
| **Procedure** | Psychiatric Therapy Group Interactive | **Procedure Date** | 11 Jan 2018 | |

| | | | | |
|---|---|---|---|---|
| **Reason for Visit** | f/u | | | |
| **Encounter Date** | 09 Jan 2018 @ 0837 | **Clinic** | ATS Adult BE | |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC | |
| **Diagnosis** | Alcohol dependence, uncomplicated | | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 09 Jan 2018 | |

| | | | | |
|---|---|---|---|---|
| **Reason for Visit** | Pain in knee when pressure applied or used. | | | |
| **Encounter Date** | 05 Jan 2018 @ 0839 | **Clinic** | Int Med CL E Medical Home BE | |
| **Provider** | HENRY, JAMIE LEE | **Facility** | WRNMMC | |
| **Diagnosis** | Pain in right knee | | | |

**Reason for Visit**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Encounter Date** | 03 Jan 2018 @ 1145 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 03 Jan 2018 |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 03 Jan 2018 @ 0920 | **Clinic** | Beh Hlth Psychiatry Be |
| **Provider** | TOBAR, EDEN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management | **Procedure Date** | 04 Jan 2018 |

**Reason for Visit** DBt skills and process

| | | | |
|---|---|---|---|
| **Encounter Date** | 02 Jan 2018 @ 1419 | **Clinic** | ATS Adult BE |
| **Provider** | DELEON, PATRICK D. | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Group Interactive | **Procedure Date** | 02 Jan 2018 |

**Reason for Visit** f/u

| | | | |
|---|---|---|---|
| **Encounter Date** | 15 Dec 2017 @ 1248 | **Clinic** | BH Multi-D Psy Ki |
| **Provider** | HEBERT, CANDICE | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychometric Emotional / Behavioral Assessment | **Procedure Date** | 20 Dec 2017 |
| **Procedure** | Psychiatric Diagnostic Evaluation | **Procedure Date** | 20 Dec 2017 |

**Reason for Visit** f/u

| | | | |
|---|---|---|---|
| **Encounter Date** | 15 Dec 2017 @ 0832 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 15 Dec 2017 |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 15 Dec 2017 @ 0649 | **Clinic** | Psychiatry Be |
| **Provider** | PAUL, SHERIN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 15 Dec 2017 |

**Reason for Visit** f/u

| | | | |
|---|---|---|---|
| **Encounter Date** | 06 Dec 2017 @ 1216 | **Clinic** | ATS Adult BE |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 06 Dec 2017 |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 06 Dec 2017 @ 0900 | **Clinic** | Psychiatry Be |
| **Provider** | PAUL, SHERIN | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 06 Dec 2017 |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 06 Dec 2017 @ 1309 | **Clinic** | GI Clinic Bethesda |
| **Provider** | BHUSHAN, ANITA | **Facility** | WRNMMC |
| **Diagnosis** | Irritable bowel syndrome with diarrhea | | |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 05 Dec 2017 @ 0810 | **Clinic** | Psychiatry Be |
| **Provider** | TOBAR, EDEN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |

**Reason for Visit**    Notes Entered by: NGUYEN,TO-VAN T 04 Dec 2017 1005
PFT

| | | | |
|---|---|---|---|
| **Encounter Date** | 04 Dec 2017 @ 1005 | **Clinic** | Pulmonary Function Lab |
| **Provider** | BROWNING, ROBERT F | **Facility** | WRNMMC |
| **Diagnosis** | Unspecified asthma, uncomplicated | | |
| **Procedure** | Spirometry Pre-bronchodilator | **Procedure Date** | 04 Dec 2017 |

**Reason for Visit**    Unspecified asthma, uncomplicated

| | | | |
|---|---|---|---|
| **Encounter Date** | 04 Dec 2017 @ 0923 | **Clinic** | Pulmonary Disease Clinic Bethesda |
| **Provider** | BROWNING, ROBERT F | **Facility** | WRNMMC |
| **Diagnosis** | Mild intermittent asthma, uncomplicated | | |

**Reason for Visit**    Security Clearance Evaluation

| | | | |
|---|---|---|---|
| **Encounter Date** | 28 Nov 2017 @ 1305 | **Clinic** | BH Multi-D Psy Ki |
| **Provider** | HEBERT, CANDICE | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Diagnostic Evaluation Comprehensive Examination | **Procedure Date** | 29 Nov 2017 |

**Reason for Visit**    f/u

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                                          **CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Encounter Date** | 28 Nov 2017 @ 0843 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 28 Nov 2017 |
| **Reason for Visit** | f/u | | |
| **Encounter Date** | 22 Nov 2017 @ 1324 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 22 Nov 2017 |
| **Reason for Visit** | | | |
| **Encounter Date** | 22 Nov 2017 @ 1023 | **Clinic** | Pain Mgmt Clinic Bethesda |
| **Provider** | SPEVAK, CHRISTOHER J | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Reason for Visit** | IOP | | |
| **Encounter Date** | 22 Nov 2017 @ 0919 | **Clinic** | ATS Adult BE |
| **Provider** | DELEON, PATRICK D. | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 27 Nov 2017 |
| **Reason for Visit** | IOP | | |
| **Encounter Date** | 20 Nov 2017 @ 1057 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 20 Nov 2017 |
| **Reason for Visit** | IOP | | |
| **Encounter Date** | 17 Nov 2017 @ 1150 | **Clinic** | ATS Adult BE |
| **Provider** | HARDIN, JAMES G | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 20 Nov 2017 |
| **Reason for Visit** | f/u | | |
| **Encounter Date** | 15 Nov 2017 @ 1328 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 15 Nov 2017 |
| **Reason for Visit** | IOP | | |
| **Encounter Date** | 15 Nov 2017 @ 1133 | **Clinic** | ATS Adult BE |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                **CONFIDENTIAL**

| | |
|---|---|
| **Provider** DELEON, PATRICK D. | **Facility** WRNMMC |
| **Diagnosis** Alcohol dependence, uncomplicated | |
| **Procedure** Intensive outpatient psychiatric services, per diem | **Procedure Date** 16 Nov 2017 |

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** 15 Nov 2017 @ 1039 | **Clinic** Pain Mgmt Clinic Bethesda |
| **Provider** SPEVAK, CHRISTOHER J | **Facility** WRNMMC |
| **Diagnosis** Chronic pain syndrome | |

| | |
|---|---|
| **Reason for Visit** IOP | |
| **Encounter Date** 13 Nov 2017 @ 1055 | **Clinic** ATS Adult BE |
| **Provider** BURTON, CARA N | **Facility** WRNMMC |
| **Diagnosis** Alcohol dependence, uncomplicated | |
| **Procedure** Intensive outpatient psychiatric services, per diem | **Procedure Date** 13 Nov 2017 |

| | |
|---|---|
| **Reason for Visit** Notes Entered by: ALLISON,WILLIAM F 09 Nov 2017 1027 Call about a limited duty memorandum request | |
| **Encounter Date** 09 Nov 2017 @ 1029 | **Clinic** Psychiatry Be |
| **Provider** PAUL, SHERIN | **Facility** WRNMMC |
| **Diagnosis** Generalized anxiety disorder | |

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** 08 Nov 2017 @ 0854 | **Clinic** Psychiatry Be |
| **Provider** PAUL, SHERIN | **Facility** WRNMMC |
| **Diagnosis** Generalized anxiety disorder | |
| **Procedure** Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** 09 Nov 2017 |

| | |
|---|---|
| **Reason for Visit** IOP | |
| **Encounter Date** 08 Nov 2017 @ 1326 | **Clinic** ATS Adult BE |
| **Provider** RAGLAND, MARY | **Facility** WRNMMC |
| **Diagnosis** Alcohol dependence, uncomplicated | |
| **Procedure** Intensive outpatient psychiatric services, per diem | **Procedure Date** 13 Nov 2017 |

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** 08 Nov 2017 @ 1026 | **Clinic** Pain Mgmt Clinic Bethesda |
| **Provider** SPEVAK, CHRISTOHER J | **Facility** WRNMMC |
| **Diagnosis** Alcohol dependence, uncomplicated | |

| | |
|---|---|
| **Reason for Visit** f/u | |
| **Encounter Date** 06 Nov 2017 @ 1338 | **Clinic** ATS Adult BE |
| **Provider** HANGEMANOLE, DESPINA C | **Facility** WRNMMC |
| **Diagnosis** Alcohol dependence, uncomplicated | |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                          **CONFIDENTIAL**

Page 7 of 67

| | |
|---|---|
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes |
| **Procedure Date** | 06 Nov 2017 |
| **Reason for Visit** | IOP |
| **Encounter Date** | 06 Nov 2017 @ 1021 |
| **Clinic** | ATS Adult BE |
| **Provider** | BURTON, CARA N |
| **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated |
| **Procedure** | Intensive outpatient psychiatric services, per diem |
| **Procedure Date** | 06 Nov 2017 |
| **Reason for Visit** | IOp |
| **Encounter Date** | 03 Nov 2017 @ 1023 |
| **Clinic** | ATS Adult BE |
| **Provider** | LESKO, STACEY B |
| **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated |
| **Procedure** | Intensive outpatient psychiatric services, per diem |
| **Procedure Date** | 03 Nov 2017 |
| **Reason for Visit** | rec therapy |
| **Encounter Date** | 02 Nov 2017 @ 1105 |
| **Clinic** | Occup Therap TBI Be |
| **Provider** | NAVARRO, CARA A |
| **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate |
| **Procedure** | Phys Ther Ed Community Reintegration Training - Per 15 Min |
| **Procedure Date** | 02 Nov 2017 |
| **Reason for Visit** | Notes Entered by: KIRBY,JAMAYA K 02 Nov 2017 1040 |
| | Patient would like you to call him about medication. |
| **Encounter Date** | 02 Nov 2017 @ 1043 |
| **Clinic** | GI Clinic Bethesda |
| **Provider** | BRIDGES, EDWARD E |
| **Facility** | WRNMMC |
| **Diagnosis** | Irritable bowel syndrome with diarrhea |
| **Reason for Visit** | IOP |
| **Encounter Date** | 01 Nov 2017 @ 1306 |
| **Clinic** | ATS Adult BE |
| **Provider** | DELEON, PATRICK D. |
| **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated |
| **Procedure** | Intensive outpatient psychiatric services, per diem |
| **Procedure Date** | 03 Nov 2017 |
| **Reason for Visit** | |
| **Encounter Date** | 01 Nov 2017 @ 1235 |
| **Clinic** | Psychiatry Be |
| **Provider** | TOBAR, EDEN |
| **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management |
| **Procedure Date** | 02 Nov 2017 |
| **Reason for Visit** | |
| **Encounter Date** | 01 Nov 2017 @ 1116 |
| **Clinic** | Pain Mgmt Clinic Bethesda |
| **Provider** | SPEVAK, CHRISTOHER J |
| **Facility** | WRNMMC |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

| | |
|---|---|
| **Diagnosis** | Alcohol dependence, uncomplicated |

**Reason for Visit**    Notes Entered by: BILODEAU,NATALIE C 30 Oct 2017 1556

Called with results of sleep study

| | | | |
|---|---|---|---|
| **Encounter Date** | 30 Oct 2017 @ 1557 | **Clinic** | Sleep (Pulm) Cl Be |
| **Provider** | BILODEAU, NATALIE C | **Facility** | WRNMMC |
| **Diagnosis** | Obstructive sleep apnea (adult) (pediatric) | | |

**Reason for Visit**    f/u

| | | | |
|---|---|---|---|
| **Encounter Date** | 30 Oct 2017 @ 1355 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 30 Oct 2017 |

**Reason for Visit**    IOP

| | | | |
|---|---|---|---|
| **Encounter Date** | 30 Oct 2017 @ 0937 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 30 Oct 2017 |

**Reason for Visit**    Notes Entered by: ANDRADA,TEOTIMO F 24 Oct 2017 1021

psg interpretation

| | | | |
|---|---|---|---|
| **Encounter Date** | 24 Oct 2017 @ 1021 | **Clinic** | Sleep (Pulm) Cl Be |
| **Provider** | KHRAMTSOV, ANDREI N | **Facility** | WRNMMC |
| **Diagnosis** | Obstructive sleep apnea (adult) (pediatric) | | |
| **Procedure** | Polysomnography With 4+ Add'l Sleep Parameters Age 6 Years Or Older | **Procedure Date** | 24 Oct 2017 |

**Reason for Visit**    Notes Entered by: CHELLAPPA,MARY R 20 Oct 2017 1237

TMS

| | | | |
|---|---|---|---|
| **Encounter Date** | 20 Oct 2017 @ 1237 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 20 Oct 2017 |

**Reason for Visit**    IOP

| | | | |
|---|---|---|---|
| **Encounter Date** | 20 Oct 2017 @ 1233 | **Clinic** | ATS Adult BE |
| **Provider** | HARDIN, JAMES G | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 25 Oct 2017 |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

Page 9 of 67

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 19 Oct 2017 1158 |
| | TMS |

| | | | |
|---|---|---|---|
| **Encounter Date** | 19 Oct 2017 @ 1159 | | |
| **Provider** | LANDE, RAYMOND G. | **Clinic** | Psych Day Hosp Be |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | **Facility** | WRNMMC |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 19 Oct 2017 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | | | |
| **Encounter Date** | 18 Oct 2017 @ 1325 | **Clinic** | Pain Mgmt Clinic Bethesda |
| **Provider** | SPEVAK, CHRISTOHER J | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | IOp | | |
| **Encounter Date** | 18 Oct 2017 @ 1146 | **Clinic** | ATS Adult BE |
| **Provider** | DELEON, PATRICK D. | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 23 Oct 2017 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: TEKELENBURG,JAAP 18 Oct 2017 0627 | | |
| | Care coordination | | |
| **Encounter Date** | 18 Oct 2017 @ 0627 | **Clinic** | Psychiatry Be |
| **Provider** | TEKELENBURG, JAAP | **Facility** | WRNMMC |
| **Diagnosis** | Encounter for other administrative examinations | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Cats Allergies, Asthma | | |
| **Encounter Date** | 17 Oct 2017 @ 0904 | **Clinic** | Int Med CL E Medical Home BE |
| **Provider** | MEYERS, NANCY | **Facility** | WRNMMC |
| **Diagnosis** | Unspecified asthma, uncomplicated | | |
| **Diagnosis** | Irritable bowel syndrome with diarrhea | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 16 Oct 2017 1114 | | |
| | TMS | | |
| **Encounter Date** | 16 Oct 2017 @ 1115 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 16 Oct 2017 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: AGUGLIARO,ANTHONY J 16 Oct 2017 1110 | | |
| | flu shot | | |
| **Encounter Date** | 16 Oct 2017 @ 1111 | **Clinic** | Immunization Clinic Be |
| **Provider** | AGUGLIARO, ANTHONY J | **Facility** | WRNMMC |
| **Diagnosis** | Encounter for immunization | | |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Procedure** | Influenza Split Virus Vaccine 0.5mL Dosage IM Preserv Free Quadrivalent | **Procedure Date** | 16 Oct 2017 |
| **Procedure** | Immunization Administration One Vaccine | **Procedure Date** | 16 Oct 2017 |

**Reason for Visit**  IOP

| | | | |
|---|---|---|---|
| **Encounter Date** | 16 Oct 2017 @ 1110 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 16 Oct 2017 |

**Reason for Visit**  Notes Entered by: TOBAR,EDEN 16 Oct 2017 1047

meds

| | | | |
|---|---|---|---|
| **Encounter Date** | 16 Oct 2017 @ 1047 | **Clinic** | Psychiatry Be |
| **Provider** | TOBAR, EDEN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 16 Oct 2017 @ 1044 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 30 Minutes | **Procedure Date** | 16 Oct 2017 |

**Reason for Visit**  IOP

| | | | |
|---|---|---|---|
| **Encounter Date** | 13 Oct 2017 @ 1303 | **Clinic** | ATS Adult BE |
| **Provider** | HARDIN, JAMES G | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 19 Oct 2017 |

**Reason for Visit**  Notes Entered by: CHELLAPPA,MARY R 13 Oct 2017 1213

TMS

| | | | |
|---|---|---|---|
| **Encounter Date** | 13 Oct 2017 @ 1213 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 13 Oct 2017 |

**Reason for Visit**  f/u

| | | | |
|---|---|---|---|
| **Encounter Date** | 12 Oct 2017 @ 1258 | **Clinic** | Psychiatry Be |
| **Provider** | PAUL, SHERIN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 13 Oct 2017 |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                          **CONFIDENTIAL**

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 12 Oct 2017 1204<br>TMS |
| **Encounter Date** | 12 Oct 2017 @ 1204 |
| **Provider** | LANDE, RAYMOND G. |
| **Diagnosis** | Major depressive disorder, recurrent, moderate |
| **Procedure** | Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation |

Clinic  Psych Day Hosp Be
Facility  WRNMMC
Procedure Date  12 Oct 2017

| | |
|---|---|
| **Reason for Visit** | Major depressive disorder, recurrent, moderate |
| **Encounter Date** | 11 Oct 2017 @ 1247 |
| **Provider** | NAVARRO, CARA A |
| **Diagnosis** | Major depressive disorder, recurrent, moderate |
| **Procedure** | Phys Ther Ed Community Reintegration Training - Per 15 Min |

Clinic  Occup Therap TBI Be
Facility  WRNMMC
Procedure Date  12 Oct 2017

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 11 Oct 2017 1158<br>TMS |
| **Encounter Date** | 11 Oct 2017 @ 1159 |
| **Provider** | LANDE, RAYMOND G. |
| **Diagnosis** | Major depressive disorder, recurrent, moderate |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation |

Clinic  Psych Day Hosp Be
Facility  WRNMMC
Procedure Date  11 Oct 2017

| | |
|---|---|
| **Reason for Visit** | IOP |
| **Encounter Date** | 11 Oct 2017 @ 1140 |
| **Provider** | DELEON, PATRICK D. |
| **Diagnosis** | Alcohol dependence, uncomplicated |
| **Procedure** | Intensive outpatient psychiatric services, per diem |

Clinic  ATS Adult BE
Facility  WRNMMC
Procedure Date  17 Oct 2017

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** | 11 Oct 2017 @ 1044 |
| **Provider** | SPEVAK, CHRISTOHER J |
| **Diagnosis** | Alcohol dependence, uncomplicated |

Clinic  Pain Mgmt Clinic Bethesda
Facility  WRNMMC

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 10 Oct 2017 1059<br>TMS |
| **Encounter Date** | 10 Oct 2017 @ 1059 |
| **Provider** | BAHROO, BHAGWAN A |
| **Diagnosis** | Major depressive disorder, recurrent, moderate |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation |

Clinic  Psych Day Hosp Be
Facility  WRNMMC
Procedure Date  10 Oct 2017

| | |
|---|---|
| **Reason for Visit** | process grou |
| **Encounter Date** | 06 Oct 2017 @ 1330 |

Clinic  ATS Adult BE

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Provider** | LESKO, STACEY B | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Group Interactive | **Procedure Date** | 06 Oct 2017 |

**Reason for Visit** Notes Entered by: BLOBERG,BRIAN 06 Oct 2017 0854

TMS

| | | | |
|---|---|---|---|
| **Encounter Date** | 06 Oct 2017 @ 0855 | **Clinic** | Psych Day Hosp Be |
| **Provider** | BAHROO, BHAGWAN A | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 06 Oct 2017 |

**Reason for Visit** Generalized anxiety disorder

| | | | |
|---|---|---|---|
| **Encounter Date** | 06 Oct 2017 @ 0732 | **Clinic** | Occup Therap TBI Be |
| **Provider** | NAVARRO, CARA A | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Phys Ther Ed Community Reintegration Training - Per 15 Min | **Procedure Date** | 06 Oct 2017 |

**Reason for Visit** Notes Entered by: ABRAHAM,FENOTE 05 Oct 2017 1349

Medical Record Release

| | | | |
|---|---|---|---|
| **Encounter Date** | 05 Oct 2017 @ 1350 | **Clinic** | Psychiatry Be |
| **Provider** | ABRAHAM, FENOTE | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Psychiatric Diagnostic Evaluation Review of Records and Reports | **Procedure Date** | 05 Oct 2017 |

**Reason for Visit** Notes Entered by: CHELLAPPA,MARY R 05 Oct 2017 1158

TMS

| | | | |
|---|---|---|---|
| **Encounter Date** | 05 Oct 2017 @ 1200 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 05 Oct 2017 |

**Reason for Visit** split w 3% per Dr. K

| | | | |
|---|---|---|---|
| **Encounter Date** | 05 Oct 2017 @ 0419 | **Clinic** | Sleep (Pulm) Cl Be |
| **Provider** | KHRAMTSOV, ANDREI N | **Facility** | WRNMMC |
| **Diagnosis** | Sleep disorder, unspecified | | |
| **Procedure** | Polysomnography With 4+ Add'l Sleep Parameters Age 6 Years Or Older | **Procedure Date** | 05 Oct 2017 |

**Reason for Visit**

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Encounter Date** | 04 Oct 2017 @ 0858 | **Clinic** | Psychiatry Be |
| **Provider** | PAUL, SHERIN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 06 Oct 2017 |
| **Reason for Visit** | F/U | | |
| **Encounter Date** | 04 Oct 2017 @ 1324 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 04 Oct 2017 |
| **Reason for Visit** | Notes Entered by: POURZAND,MIRIAM 04 Oct 2017 1235 TMS | | |
| **Encounter Date** | 04 Oct 2017 @ 1235 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 04 Oct 2017 |
| **Reason for Visit** | process group | | |
| **Encounter Date** | 04 Oct 2017 @ 1007 | **Clinic** | ATS Adult BE |
| **Provider** | RAGLAND, MARY | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Group Interactive | **Procedure Date** | 05 Oct 2017 |
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 03 Oct 2017 1147 TMS | | |
| **Encounter Date** | 03 Oct 2017 @ 1148 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 03 Oct 2017 |
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 02 Oct 2017 1146 TMS | | |
| **Encounter Date** | 02 Oct 2017 @ 1147 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 02 Oct 2017 |
| **Reason for Visit** | R/o obstructive sleep apnea | | |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Encounter Date** | 02 Oct 2017 @ 0928 | **Clinic** | Sleep (Pulm) Cl Be |
| **Provider** | KHRAMTSOV, ANDREI N | **Facility** | WRNMMC |
| **Diagnosis** | Sleep disorder, unspecified | | |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 29 Sep 2017 @ 1149 | **Clinic** | GI Clinic Bethesda |
| **Provider** | BRIDGES, EDWARD E | **Facility** | WRNMMC |
| **Diagnosis** | Irritable bowel syndrome with diarrhea | | |

**Reason for Visit** ANORECTAL MANOMETRY/BALLOON EXPULSION STUDY

| | | | |
|---|---|---|---|
| **Encounter Date** | 29 Sep 2017 @ 0843 | **Clinic** | GI Proc Cl BE |
| **Provider** | DAMIANO, MARK N | **Facility** | WRNMMC |
| **Diagnosis** | Fecal urgency | | |
| **Diagnosis** | Fecal smearing | | |
| **Procedure** | Manometry Rectal | **Procedure Date** | 29 Sep 2017 |
| **Procedure** | Rectal Balloon Distension Test | **Procedure Date** | 29 Sep 2017 |

**Reason for Visit** f/u

| | | | |
|---|---|---|---|
| **Encounter Date** | 29 Sep 2017 @ 0841 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 29 Sep 2017 |

**Reason for Visit** Notes Entered by: SANTIAGO,HANNAH L 28 Sep 2017 1304

TMS

| | | | |
|---|---|---|---|
| **Encounter Date** | 28 Sep 2017 @ 1304 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 28 Sep 2017 |

**Reason for Visit** IOP Discharge

| | | | |
|---|---|---|---|
| **Encounter Date** | 27 Sep 2017 @ 1011 | **Clinic** | Psychiatry Be |
| **Provider** | PAUL, SHERIN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 27 Sep 2017 |

**Reason for Visit** Notes Entered by: CHELLAPPA,MARY R 27 Sep 2017 1144

TMS

| | | | |
|---|---|---|---|
| **Encounter Date** | 27 Sep 2017 @ 1145 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                                   **CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 27 Sep 2017 |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 27 Sep 2017 @ 1011 | **Clinic** | Psychiatry Be |
| **Provider** | TOBAR, EDEN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |

**Reason for Visit**   IOP Discharge

| | | | |
|---|---|---|---|
| **Encounter Date** | 26 Sep 2017 @ 0938 | **Clinic** | Psychiatry Be |
| **Provider** | DELSESTO, BARBARA S | **Facility** | WRNMMC |
| **Diagnosis** | Encounter for other administrative examinations | | |

**Reason for Visit**   f/u eye surgery/wrist pain

| | | | |
|---|---|---|---|
| **Encounter Date** | 26 Sep 2017 @ 0843 | **Clinic** | Int Med CL F Medical Home BE |
| **Provider** | ROBINSON, TYRONE L | **Facility** | WRNMMC |
| **Diagnosis** | Dry eye syndrome of bilateral lacrimal glands | | |
| **Diagnosis** | Ingrowing nail | | |
| **Diagnosis** | Pain in right wrist | | |

**Reason for Visit**   Notes Entered by: POURZAND,MIRIAM 25 Sep 2017 1105

Discharge Summary

| | | | |
|---|---|---|---|
| **Encounter Date** | 25 Sep 2017 @ 1105 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management | **Procedure Date** | 25 Sep 2017 |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes | **Procedure Date** | 25 Sep 2017 |

**Reason for Visit**   Notes Entered by: HANGEMANOLE,DESPINA C 22 Sep 2017 1020

recent slip

| | | | |
|---|---|---|---|
| **Encounter Date** | 22 Sep 2017 @ 1025 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 30 Minutes | **Procedure Date** | 22 Sep 2017 |

**Reason for Visit**   Notes Entered by: CHELLAPPA,MARY R 22 Sep 2017 0902

TMS

| | | | |
|---|---|---|---|
| **Encounter Date** | 22 Sep 2017 @ 0902 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 22 Sep 2017 |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 22 Sep 2017 0857 |
| | IOP |
| **Encounter Date** | 22 Sep 2017 @ 0857 |
| **Provider** | POURZAND, MIRIAM |
| **Diagnosis** | Major depressive disorder, recurrent, moderate |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes |
| **Procedure** | Intensive outpatient psychiatric services, per diem |
| **Procedure** | Psychiatric Therapy Individual Approximately 30 Minutes |

**Clinic** Psych Day Hosp Be
**Facility** WRNMMC

**Procedure Date** 22 Sep 2017
**Procedure Date** 22 Sep 2017
**Procedure Date** 22 Sep 2017

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: BELLE,LAVERN S 21 Sep 2017 1834 |
| | Scheduled patient for an Anorectal Manometry Procedure. |
| **Encounter Date** | 21 Sep 2017 @ 1834 |
| **Provider** | BELLE, LAVERN S |
| **Diagnosis** | Other specified counseling |
| **Procedure** | Non-Physician Phone Call To Pt/Provider Lengthy (21-30 min) |

**Clinic** GI Clinic Bethesda
**Facility** WRNMMC

**Procedure Date** 21 Sep 2017

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CLOPPER,TAMMY J 21 Sep 2017 1353 |
| | CRP |
| **Encounter Date** | 21 Sep 2017 @ 1354 |
| **Provider** | POURZAND, MIRIAM |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Psychiatric Therapy Group Interview |

**Clinic** Psych Day Hosp Be
**Facility** WRNMMC

**Procedure Date** 21 Sep 2017

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 21 Sep 2017 0754 |
| | TMS |
| **Encounter Date** | 21 Sep 2017 @ 0755 |
| **Provider** | LANDE, RAYMOND G. |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation |

**Clinic** Psych Day Hosp Be
**Facility** WRNMMC

**Procedure Date** 21 Sep 2017

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 21 Sep 2017 0751 |
| | IOP |
| **Encounter Date** | 21 Sep 2017 @ 0751 |
| **Provider** | LANDE, RAYMOND G. |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes |
| **Procedure** | Intensive outpatient psychiatric services, per diem |

**Clinic** Psych Day Hosp Be
**Facility** WRNMMC

**Procedure Date** 21 Sep 2017
**Procedure Date** 21 Sep 2017

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: SMITH,JESSICA ANN 20 Sep 2017 1437 |
| | LST |

| | | | |
|---|---|---|---|
| **Encounter Date** | 20 Sep 2017 @ 1437 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes | **Procedure Date** | 20 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: DEUTSCH,ANNE MARIE 20 Sep 2017 1336 |
| | Treatment Plan Review Team A |

| | | | |
|---|---|---|---|
| **Encounter Date** | 20 Sep 2017 @ 1337 | **Clinic** | Psych Day Hosp Be |
| **Provider** | DONKIN, LAURA G | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management | **Procedure Date** | 22 Sep 2017 |
| **Procedure** | Psychiatric Diagnostic Evaluation Review of Records and Reports | **Procedure Date** | 21 Sep 2017 |
| **Procedure** | Psychologic Testing And Report Administered By Computer | **Procedure Date** | 21 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 20 Sep 2017 1142 |
| | CRP |

| | | | |
|---|---|---|---|
| **Encounter Date** | 20 Sep 2017 @ 1143 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Group Interview | **Procedure Date** | 20 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 20 Sep 2017 0758 |
| | TMS |

| | | | |
|---|---|---|---|
| **Encounter Date** | 20 Sep 2017 @ 0759 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 20 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 20 Sep 2017 0757 |
| | IOP |

| | | | |
|---|---|---|---|
| **Encounter Date** | 20 Sep 2017 @ 0758 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 20 Sep 2017 |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes | **Procedure Date** | 20 Sep 2017 |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Reason for Visit** | | | |
| **Encounter Date** | 19 Sep 2017 @ 1100 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 19 Sep 2017 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | follow up | | |
| **Encounter Date** | 19 Sep 2017 @ 1256 | **Clinic** | GI Clinic Bethesda |
| **Provider** | BHUSHAN, ANITA | **Facility** | WRNMMC |
| **Diagnosis** | Irritable bowel syndrome with diarrhea | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 19 Sep 2017 1154 CRP | | |
| **Encounter Date** | 19 Sep 2017 @ 1155 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Group Interview | **Procedure Date** | 19 Sep 2017 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 19 Sep 2017 1154 TMS | | |
| **Encounter Date** | 19 Sep 2017 @ 1154 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 19 Sep 2017 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 19 Sep 2017 0805 IOP | | |
| **Encounter Date** | 19 Sep 2017 @ 0805 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 45 Minutes | **Procedure Date** | 19 Sep 2017 |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 19 Sep 2017 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | PCS understanding sub abuse | | |
| **Encounter Date** | 18 Sep 2017 @ 1300 | **Clinic** | ATS Adult BE |
| **Provider** | LESKO, STACEY B | **Facility** | WRNMMC |
| **Diagnosis** | Encounter for observation for other suspected diseases and conditions ruled out | | |
| **Procedure** | Psychiatric Therapy Group Interactive | **Procedure Date** | 19 Sep 2017 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 18 Sep 2017 1155 TRP | | |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                          **CONFIDENTIAL**                          Page 19 of 67

| | | | |
|---|---|---|---|
| **Encounter Date** | 18 Sep 2017 @ 1156 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes | **Procedure Date** | 18 Sep 2017 |
| **Procedure** | Psychiatric Therapy Group Interview | **Procedure Date** | 18 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 18 Sep 2017 0858 |
| | TMS |

| | | | |
|---|---|---|---|
| **Encounter Date** | 18 Sep 2017 @ 0858 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 18 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 18 Sep 2017 0752 |
| | IOP |

| | | | |
|---|---|---|---|
| **Encounter Date** | 18 Sep 2017 @ 0752 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes | **Procedure Date** | 18 Sep 2017 |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 18 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 15 Sep 2017 1149 |
| | TMS |

| | | | |
|---|---|---|---|
| **Encounter Date** | 15 Sep 2017 @ 1150 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 15 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 15 Sep 2017 1148 |
| | CRP |

| | | | |
|---|---|---|---|
| **Encounter Date** | 15 Sep 2017 @ 1149 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Group Interview | **Procedure Date** | 15 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 15 Sep 2017 0744 |
| | IOP |

| | | | |
|---|---|---|---|
| **Encounter Date** | 15 Sep 2017 @ 0744 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | | |
|---|---|---|---|---|
| **Diagnosis** | Generalized anxiety disorder | | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 15 Sep 2017 | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 45 Minutes | **Procedure Date** | 15 Sep 2017 | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes | **Procedure Date** | 15 Sep 2017 | |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 14 Sep 2017 @ 1327 | **Clinic** | Psychiatry Be |
| **Provider** | PAUL, SHERIN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |

**Reason for Visit** Notes Entered by: CHELLAPPA,MARY R 14 Sep 2017 1238

CRP

| | | | |
|---|---|---|---|
| **Encounter Date** | 14 Sep 2017 @ 1239 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Group Interview | **Procedure Date** | 14 Sep 2017 |
| **Procedure** | Psychiatric Therapy Individual Approximately 30 Minutes | **Procedure Date** | 14 Sep 2017 |

**Reason for Visit** Notes Entered by: CHELLAPPA,MARY R 14 Sep 2017 1141

TMS

| | | | |
|---|---|---|---|
| **Encounter Date** | 14 Sep 2017 @ 1142 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 14 Sep 2017 |

**Reason for Visit** Notes Entered by: CHELLAPPA,MARY R 14 Sep 2017 0756

IOP

| | | | |
|---|---|---|---|
| **Encounter Date** | 14 Sep 2017 @ 0756 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 14 Sep 2017 |
| **Procedure** | Psychiatric Therapy Individual Approximately 30 Minutes | **Procedure Date** | 14 Sep 2017 |

**Reason for Visit** Notes Entered by: DEUTSCH,ANNE MARIE 13 Sep 2017 1552

Treatment Plan Update Team A

| | | | |
|---|---|---|---|
| **Encounter Date** | 13 Sep 2017 @ 1552 | **Clinic** | Psych Day Hosp Be |
| **Provider** | DEUTSCH, ANNE MARIE | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |

| | | | |
|---|---|---|---|
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management | **Procedure Date** | 14 Sep 2017 |
| **Procedure** | Psychiatric Diagnostic Evaluation Review of Records and Reports | **Procedure Date** | 13 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 13 Sep 2017 1159 |
| | LST |

| | | | |
|---|---|---|---|
| **Encounter Date** | 13 Sep 2017 @ 1200 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes | **Procedure Date** | 14 Sep 2017 |
| **Procedure** | Psychiatric Therapy Group Interview | **Procedure Date** | 14 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | f/u |

| | | | |
|---|---|---|---|
| **Encounter Date** | 13 Sep 2017 @ 1149 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 13 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 13 Sep 2017 0752 |
| | TMS |

| | | | |
|---|---|---|---|
| **Encounter Date** | 13 Sep 2017 @ 0753 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 13 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 13 Sep 2017 0750 |
| | IOP |

| | | | |
|---|---|---|---|
| **Encounter Date** | 13 Sep 2017 @ 0750 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management | **Procedure Date** | 13 Sep 2017 |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 13 Sep 2017 |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes | **Procedure Date** | 13 Sep 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 12 Sep 2017 1153 |
| | TRP |

| | | | |
|---|---|---|---|
| **Encounter Date** | 12 Sep 2017 @ 1153 | **Clinic** | Psych Day Hosp Be |

Daniel ANDERSON                                **CONFIDENTIAL**                                Page 22 of 67

| | | | |
|---|---|---|---|
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |

**Reason for Visit**   Notes Entered by: CHELLAPPA,MARY R 12 Sep 2017 1152

TMS

| | | | |
|---|---|---|---|
| **Encounter Date** | 12 Sep 2017 @ 1153 | **Clinic** | Psych Day Hosp Be |
| **Provider** | LANDE, RAYMOND G. | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation | **Procedure Date** | 12 Sep 2017 |

**Reason for Visit**   Notes Entered by: CHELLAPPA,MARY R 12 Sep 2017 0755

IOP

| | | | |
|---|---|---|---|
| **Encounter Date** | 12 Sep 2017 @ 0755 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 12 Sep 2017 |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 12 Sep 2017 |

**Reason for Visit**   Notes Entered by: CHELLAPPA,MARY R 11 Sep 2017 1133

CRP

| | | | |
|---|---|---|---|
| **Encounter Date** | 11 Sep 2017 @ 1134 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes | **Procedure Date** | 11 Sep 2017 |
| **Procedure** | Psychiatric Therapy Group Interview | **Procedure Date** | 11 Sep 2017 |

**Reason for Visit**   Notes Entered by: CHELLAPPA,MARY R 11 Sep 2017 0842

IOP

| | | | |
|---|---|---|---|
| **Encounter Date** | 11 Sep 2017 @ 0843 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes | **Procedure Date** | 11 Sep 2017 |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 11 Sep 2017 |

**Reason for Visit**   Notes Entered by: CLOPPER,TAMMY J 08 Sep 2017 1243

CES

| | | | |
|---|---|---|---|
| **Encounter Date** | 08 Sep 2017 @ 1243 | **Clinic** | Psych Day Hosp Be |
| **Provider** | GRAGNANI, CYNTHIA T | **Facility** | WRNMMC |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

**Diagnosis**   Generalized anxiety disorder

**Procedure**   Psych Ther Indiv Psychophysiological W/ Biofeedback Approx 30 Minutes   **Procedure Date**   08 Sep 2017

**Reason for Visit**   Notes Entered by: CHELLAPPA,MARY R 08 Sep 2017 1202

CRP

**Encounter Date**   08 Sep 2017 @ 1203   **Clinic**   Psych Day Hosp Be

**Provider**   POURZAND, MIRIAM   **Facility**   WRNMMC

**Diagnosis**   Generalized anxiety disorder

**Procedure**   Psychiatric Therapy Group Interview   **Procedure Date**   08 Sep 2017

**Reason for Visit**   F/U Testing

**Encounter Date**   08 Sep 2017 @ 0814   **Clinic**   Psychology Assessment Be

**Provider**   BENTON, JIKESHA R   **Facility**   WRNMMC

**Diagnosis**   Major depressive disorder, recurrent, moderate

**Procedure**   Psychologic Testing And Report Administered By Technician   **Procedure Date**   08 Sep 2017

**Reason for Visit**   Notes Entered by: CHELLAPPA,MARY R 08 Sep 2017 0807

SLEEP ASSESSMENT

**Encounter Date**   08 Sep 2017 @ 0808   **Clinic**   Psych Day Hosp Be

**Provider**   LANDE, RAYMOND G.   **Facility**   WRNMMC

**Diagnosis**   Insomnia, unspecified

**Procedure**   Sleep Study Unattended Record: Heart Rate, O2 Sat, Resp Analysis, Sleep Time   **Procedure Date**   08 Sep 2017

**Reason for Visit**   Notes Entered by: CHELLAPPA,MARY R 08 Sep 2017 0800

IOP

**Encounter Date**   08 Sep 2017 @ 0801   **Clinic**   Psych Day Hosp Be

**Provider**   POURZAND, MIRIAM   **Facility**   WRNMMC

**Diagnosis**   Generalized anxiety disorder

**Procedure**   Intensive outpatient psychiatric services, per diem   **Procedure Date**   08 Sep 2017

**Procedure**   Clinical Social Work Individual Outpatient Counseling 45 Minutes   **Procedure Date**   08 Sep 2017

**Procedure**   Clinical Social Work Individual Outpatient Counseling 30 Minutes   **Procedure Date**   08 Sep 2017

**Reason for Visit**   Notes Entered by: CHELLAPPA,MARY R 07 Sep 2017 1213

CRP

**Encounter Date**   07 Sep 2017 @ 1214   **Clinic**   Psych Day Hosp Be

**Provider**   POURZAND, MIRIAM   **Facility**   WRNMMC

**Diagnosis**   Generalized anxiety disorder

**Procedure**   Psychiatric Therapy Group Interview   **Procedure Date**   07 Sep 2017

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Procedure** | Psychiatric Therapy Individual Approximately 30 Minutes |

**Procedure Date**  07 Sep 2017

**Reason for Visit**  Notes Entered by: CHELLAPPA,MARY R 07 Sep 2017 0649

SLEEP ASSESSMENT

**Encounter Date**  07 Sep 2017 @ 0649

**Provider**  LANDE, RAYMOND G.

**Clinic**  Psych Day Hosp Be

**Facility**  WRNMMC

**Diagnosis**  Insomnia, unspecified

**Procedure**  Sleep Study Unattended Record: Heart Rate, O2 Sat, Resp Analysis, Sleep Time

**Procedure Date**  07 Sep 2017

**Reason for Visit**  Notes Entered by: CHELLAPPA,MARY R 07 Sep 2017 0648

IOP

**Encounter Date**  07 Sep 2017 @ 0648

**Provider**  POURZAND, MIRIAM

**Clinic**  Psych Day Hosp Be

**Facility**  WRNMMC

**Diagnosis**  Generalized anxiety disorder

**Procedure**  Psychiatric Therapy Individual Approximately 30 Minutes

**Procedure Date**  08 Sep 2017

**Procedure**  Intensive outpatient psychiatric services, per diem

**Procedure Date**  07 Sep 2017

**Reason for Visit**  Notes Entered by: DEUTSCH,ANNE MARIE 06 Sep 2017 1355

Treatment Plan Update/BHDP Team A

**Encounter Date**  06 Sep 2017 @ 1355

**Provider**  DEUTSCH, ANNE MARIE

**Clinic**  Psych Day Hosp Be

**Facility**  WRNMMC

**Diagnosis**  Generalized anxiety disorder

**Procedure**  Psychiatric Diagnostic Evaluation Review of Records and Reports

**Procedure Date**  06 Sep 2017

**Reason for Visit**  Notes Entered by: CHELLAPPA,MARY R 06 Sep 2017 1035

LST

**Encounter Date**  06 Sep 2017 @ 1036

**Provider**  POURZAND, MIRIAM

**Clinic**  Psych Day Hosp Be

**Facility**  WRNMMC

**Diagnosis**  Generalized anxiety disorder

**Procedure**  Clinical Social Work Individual Outpatient Counseling 30 Minutes

**Procedure Date**  06 Sep 2017

**Procedure**  Psychiatric Therapy Group Interview

**Procedure Date**  06 Sep 2017

**Reason for Visit**

**Encounter Date**  06 Sep 2017 @ 0915

**Provider**  TOBAR, EDEN

**Clinic**  Psychiatry Be

**Facility**  WRNMMC

**Diagnosis**  Generalized anxiety disorder

**Diagnosis**  Major depressive disorder, single episode, unspecified

**Reason for Visit**  Notes Entered by: CHELLAPPA,MARY R 06 Sep 2017 0739

IOP

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                               **CONFIDENTIAL**

| | |
|---|---|
| **Encounter Date** | 06 Sep 2017 @ 0741 |
| **Provider** | POURZAND, MIRIAM |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management |
| **Procedure** | Intensive outpatient psychiatric services, per diem |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes |

**Clinic** Psych Day Hosp Be
**Facility** WRNMMC

**Procedure Date** 07 Sep 2017
**Procedure Date** 06 Sep 2017
**Procedure Date** 06 Sep 2017

**Reason for Visit**    Notes Entered by: CHELLAPPA,MARY R 05 Sep 2017 1223

IRP

| | |
|---|---|
| **Encounter Date** | 05 Sep 2017 @ 1225 |
| **Provider** | POURZAND, MIRIAM |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Psychiatric Therapy Group Interview |

**Clinic** Psych Day Hosp Be
**Facility** WRNMMC

**Procedure Date** 05 Sep 2017

**Reason for Visit**    Notes Entered by: CHELLAPPA,MARY R 05 Sep 2017 0808

IOP

| | |
|---|---|
| **Encounter Date** | 05 Sep 2017 @ 0808 |
| **Provider** | POURZAND, MIRIAM |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes |
| **Procedure** | Intensive outpatient psychiatric services, per diem |

**Clinic** Psych Day Hosp Be
**Facility** WRNMMC

**Procedure Date** 05 Sep 2017
**Procedure Date** 05 Sep 2017

**Reason for Visit**    Notes Entered by: CHELLAPPA,MARY R 31 Aug 2017 1234

IRP

| | |
|---|---|
| **Encounter Date** | 31 Aug 2017 @ 1235 |
| **Provider** | POURZAND, MIRIAM |
| **Diagnosis** | Major depressive disorder, recurrent, moderate |
| **Procedure** | Psychiatric Therapy Group Interview |

**Clinic** Psych Day Hosp Be
**Facility** WRNMMC

**Procedure Date** 31 Aug 2017

**Reason for Visit**    Notes Entered by: CLOPPER,TAMMY J 31 Aug 2017 0805

CES

| | |
|---|---|
| **Encounter Date** | 31 Aug 2017 @ 0805 |
| **Provider** | POURZAND, MIRIAM |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Psych Ther Indiv Psychophysiological W/ Biofeedback Approx 30 Minutes |

**Clinic** Psych Day Hosp Be
**Facility** WRNMMC

**Procedure Date** 31 Aug 2017

**Reason for Visit**    Notes Entered by: CHELLAPPA,MARY R 31 Aug 2017 0741

IOP

| | |
|---|---|
| **Encounter Date** | 31 Aug 2017 @ 0741 |

**Clinic** Psych Day Hosp Be

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management | **Procedure Date** | 01 Sep 2017 |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 45 Minutes | **Procedure Date** | 31 Aug 2017 |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 31 Aug 2017 |
| **Procedure** | Psychiatric Therapy Individual Approximately 30 Minutes | **Procedure Date** | 31 Aug 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: DEUTSCH,ANNE MARIE 31 Aug 2017 0718 |
| | Treatment Plan Update Team A/BHDP |

| | | | |
|---|---|---|---|
| **Encounter Date** | 31 Aug 2017 @ 0719 | **Clinic** | Psych Day Hosp Be |
| **Provider** | DEUTSCH, ANNE MARIE | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Psychiatric Diagnostic Evaluation Review of Records and Reports | **Procedure Date** | 31 Aug 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: DEUTSCH,ANNE MARIE 30 Aug 2017 1605 |
| | Treatment Plan Update Team A |

| | | | |
|---|---|---|---|
| **Encounter Date** | 30 Aug 2017 @ 1605 | **Clinic** | Psych Day Hosp Be |
| **Provider** | DEUTSCH, ANNE MARIE | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Diagnostic Evaluation Review of Records and Reports | **Procedure Date** | 30 Aug 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 30 Aug 2017 1251 |
| | LST |

| | | | |
|---|---|---|---|
| **Encounter Date** | 30 Aug 2017 @ 1253 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Group Interview | **Procedure Date** | 30 Aug 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CLOPPER,TAMMY J 30 Aug 2017 1031 |
| | CES |

| | | | |
|---|---|---|---|
| **Encounter Date** | 30 Aug 2017 @ 1032 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psych Ther Indiv Psychophysiological W/ Biofeedback Approx 30 Minutes | **Procedure Date** | 30 Aug 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: CHELLAPPA,MARY R 30 Aug 2017 0741 |
| | IOP |

| | | | |
|---|---|---|---|
| **Encounter Date** | 30 Aug 2017 @ 0741 | **Clinic** | Psych Day Hosp Be |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 30 Aug 2017 |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 30 Minutes | **Procedure Date** | 30 Aug 2017 |

**Reason for Visit**   Notes Entered by: CHELLAPPA,MARY R 29 Aug 2017 1202

CRP

| | | | |
|---|---|---|---|
| **Encounter Date** | 29 Aug 2017 @ 1203 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Group Interview | **Procedure Date** | 29 Aug 2017 |

**Reason for Visit**   Notes Entered by: DEUTSCH,ANNE MARIE 29 Aug 2017 0933

TESTING

| | | | |
|---|---|---|---|
| **Encounter Date** | 29 Aug 2017 @ 0933 | **Clinic** | Psych Day Hosp Be |
| **Provider** | DEUTSCH, ANNE MARIE | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychologic Testing And Report Administered By Computer | **Procedure Date** | 29 Aug 2017 |

**Reason for Visit**   Notes Entered by: CHELLAPPA,MARY R 29 Aug 2017 0715

INTAKE

| | | | |
|---|---|---|---|
| **Encounter Date** | 29 Aug 2017 @ 0716 | **Clinic** | Psych Day Hosp Be |
| **Provider** | POURZAND, MIRIAM | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Diagnostic Evaluation With Medical Evaluation And Management | **Procedure Date** | 30 Aug 2017 |
| **Procedure** | Psychiatric Diagnostic Evaluation Initial | **Procedure Date** | 29 Aug 2017 |
| **Procedure** | Intensive outpatient psychiatric services, per diem | **Procedure Date** | 29 Aug 2017 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | | | |
| **Encounter Date** | 22 Aug 2017 @ 0646 | **Clinic** | Psychiatry Be |
| **Provider** | PAUL, SHERIN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 23 Aug 2017 |

**Reason for Visit**   f/u

| | | | |
|---|---|---|---|
| **Encounter Date** | 22 Aug 2017 @ 0845 | **Clinic** | ATS Adult BE |
| **Provider** | HANGEMANOLE, DESPINA C | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes |
| **Procedure Date** | 22 Aug 2017 |

**Reason for Visit**   f/u

**Encounter Date**   16 Aug 2017 @ 1130

**Provider**   DELEON, PATRICK D.     **Clinic**   ATS Adult BE

**Facility**   WRNMMC

**Diagnosis**   Alcohol dependence, uncomplicated

**Procedure**   Psychiatric Therapy Individual Approximately 60 Minutes     **Procedure Date**   16 Aug 2017

**Reason for Visit**

**Encounter Date**   14 Aug 2017 @ 1328

**Provider**   PAUL, SHERIN     **Clinic**   Psychiatry Be

**Facility**   WRNMMC

**Diagnosis**   Generalized anxiety disorder

**Diagnosis**   Major depressive disorder, recurrent, moderate

**Diagnosis**   Alcohol dependence, uncomplicated

**Procedure**   Psychiatric Therapy Individual Approximately 60 Minutes     **Procedure Date**   15 Aug 2017

**Reason for Visit**   Notes Entered by: DELSESTO,BARBARA 14 Aug 2017 1006

Case Management

**Encounter Date**   14 Aug 2017 @ 1006

**Provider**   DELSESTO, BARBARA S     **Clinic**   Psychiatry Be

**Facility**   WRNMMC

**Diagnosis**   Encounter for other administrative examinations

**Reason for Visit**

**Encounter Date**   10 Aug 2017 @ 0801

**Provider**   HANGEMANOLE, DESPINA C     **Clinic**   ATS Adult BE

**Facility**   WRNMMC

**Diagnosis**   Alcohol dependence, uncomplicated

**Procedure**   Non-Physician Phone Call To Patient/Provider Brief (5-10min)     **Procedure Date**   10 Aug 2017

**Reason for Visit**   f/u

**Encounter Date**   09 Aug 2017 @ 0916

**Provider**   HANGEMANOLE, DESPINA C     **Clinic**   ATS Adult BE

**Facility**   WRNMMC

**Diagnosis**   Alcohol dependence, uncomplicated

**Procedure**   Psychiatric Therapy Individual Approximately 60 Minutes     **Procedure Date**   09 Aug 2017

**Reason for Visit**

**Encounter Date**   08 Aug 2017 @ 0920

**Provider**   TOBAR, EDEN     **Clinic**   Psychiatry Be

**Facility**   WRNMMC

**Diagnosis**   Generalized anxiety disorder

**Procedure**   Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management     **Procedure Date**   09 Aug 2017

**Reason for Visit**   IBS-D Follow up

Daniel ANDERSON                                    **CONFIDENTIAL**

**Encounter Date**   07 Aug 2017 @ 0801

**Provider**   LINKER, MARTIN

**Diagnosis**   Major depressive disorder, single episode, moderate

**Diagnosis**   Generalized anxiety disorder

**Diagnosis**   Alcohol dependence, uncomplicated

**Diagnosis**   Irritable bowel syndrome with diarrhea

**Clinic**   Int Med CL F Medical Home BE

**Facility**   WRNMMC

**Reason for Visit**

**Encounter Date**   31 Jul 2017 @ 0900

**Provider**   HANGEMANOLE, DESPINA C

**Diagnosis**   Alcohol dependence, uncomplicated

**Procedure**   Psychiatric Therapy Individual Approximately 60 Minutes

**Clinic**   ATS Adult BE

**Facility**   WRNMMC

**Procedure Date**   01 Aug 2017

**Reason for Visit**   f/u

**Encounter Date**   27 Jul 2017 @ 1226

**Provider**   PAUL, SHERIN

**Diagnosis**   Generalized anxiety disorder

**Diagnosis**   Major depressive disorder, recurrent, moderate

**Procedure**   Psychiatric Therapy Individual Approximately 60 Minutes

**Clinic**   Psychiatry Be

**Facility**   WRNMMC

**Procedure Date**   27 Jul 2017

**Reason for Visit**   med board

**Encounter Date**   27 Jul 2017 @ 0847

**Provider**   LINKER, MARTIN

**Diagnosis**   Generalized anxiety disorder

**Diagnosis**   Major depressive disorder, single episode, moderate

**Diagnosis**   Irritable bowel syndrome with diarrhea

**Clinic**   Int Med CL F Medical Home BE

**Facility**   WRNMMC

**Reason for Visit**

**Encounter Date**   27 Jul 2017 @ 0726

**Provider**   TOBAR, EDEN

**Diagnosis**   Generalized anxiety disorder

**Procedure**   Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management

**Clinic**   Psychiatry Be

**Facility**   WRNMMC

**Procedure Date**   28 Jul 2017

**Reason for Visit**   Intake

**Encounter Date**   25 Jul 2017 @ 0905

**Provider**   HANGEMANOLE, DESPINA C

**Diagnosis**   Alcohol dependence, uncomplicated

**Procedure**   Psychiatric Diagnostic Evaluation

**Clinic**   ATS Adult BE

**Facility**   WRNMMC

**Procedure Date**   25 Jul 2017

**Reason for Visit**   Notes Entered by: DELSESTO,BARBARA 20 Jul 2017 0848

Case Management

**Encounter Date**   20 Jul 2017 @ 0849

**Clinic**   Psychiatry Be

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                         **CONFIDENTIAL**

| | |
|---|---|
| **Provider** | DELSESTO, BARBARA S |
| **Diagnosis** | Encounter for other administrative examinations |

**Facility**  WRNMMC

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 18 Jul 2017 @ 0735 | **Clinic** | Psychiatry Be |
| **Provider** | PAUL, SHERIN | **Facility** | WRNMMC |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 19 Jul 2017 |

**Reason for Visit**  follow up

| | | | |
|---|---|---|---|
| **Encounter Date** | 18 Jul 2017 @ 1203 | **Clinic** | Psychiatry Be |
| **Provider** | TOBAR, EDEN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |

**Reason for Visit**  irritable bowel syndrome

| | | | |
|---|---|---|---|
| **Encounter Date** | 13 Jul 2017 @ 0924 | **Clinic** | Int Med CL F Medical Home BE |
| **Provider** | RODAK, COLLEEN M | **Facility** | WRNMMC |
| **Diagnosis** | Encounter for other administrative examinations | | |

**Reason for Visit**  IBS diet

| | | | |
|---|---|---|---|
| **Encounter Date** | 12 Jul 2017 @ 0813 | **Clinic** | Integrative Hlth & Well BE |
| **Provider** | THOMAS, LAUREN A | **Facility** | WRNMMC |
| **Diagnosis** | Irritable bowel syndrome with diarrhea | | |
| **Procedure** | Medical Nutrition Therapy Initial Assessment, Intervention | **Procedure Date** | 12 Jul 2017 |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 10 Jul 2017 @ 0758 | **Clinic** | Psychiatry Be |
| **Provider** | PAUL, SHERIN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 11 Jul 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: TOBAR,EDEN 10 Jul 2017 1231 |
| | ED follow up |

| | | | |
|---|---|---|---|
| **Encounter Date** | 10 Jul 2017 @ 1231 | **Clinic** | Psychiatry Be |
| **Provider** | TOBAR, EDEN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy For Crisis Intervention | **Procedure Date** | 12 Jul 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: DELSESTO,BARBARA 10 Jul 2017 0918 |
| | Case Management |

| | | |
|---|---|---|
| **Encounter Date** | 10 Jul 2017 @ 0919 | **Clinic**  Psychiatry Be |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                     **CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Provider** | DELSESTO, BARBARA S | **Facility** | WRNMMC |
| **Diagnosis** | Encounter for other administrative examinations | | |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: MEADOR,KRISTINE P 07 Jul 2017 0815 |
| | PCM: RODAK |

| | | | |
|---|---|---|---|
| **Encounter Date** | 07 Jul 2017 @ 0817 | **Clinic** | Int Med CL F Medical Home BE |
| **Provider** | GROEMPING, KRISTINE P | **Facility** | WRNMMC |
| **Diagnosis** | Encounter for other administrative examinations | | |
| **Procedure** | Non-Physician Phone Call To Patient/Provider Brief (5-10min) | **Procedure Date** | 10 Jul 2017 |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 07 Jul 2017 @ 0816 | **Clinic** | Psychiatry Be |
| **Provider** | WISE, JOSEPH E | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: WORKS,LINDSAY K 06 Jul 2017 2027 |
| | safety check |

| | | | |
|---|---|---|---|
| **Encounter Date** | 06 Jul 2017 @ 2027 | **Clinic** | Psychiatry Consult Liaison Be |
| **Provider** | WORKS, LINDSAY K | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Diagnosis** | Major depressive disorder, recurrent, moderate | | |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: DELSESTO,BARBARA 06 Jul 2017 1030 |
| | Case Management |

| | | | |
|---|---|---|---|
| **Encounter Date** | 06 Jul 2017 @ 1031 | **Clinic** | Psychiatry Be |
| **Provider** | DELSESTO, BARBARA S | **Facility** | WRNMMC |
| **Diagnosis** | Encounter for other administrative examinations | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | f/u | | |
| **Encounter Date** | 27 Jun 2017 @ 1456 | **Clinic** | Psychiatry Be |
| **Provider** | PAUL, SHERIN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 28 Jun 2017 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | | | |
| **Encounter Date** | 21 Jun 2017 @ 1204 | **Clinic** | Dermatology Clinic Bethesda |
| **Provider** | FINK, CAITLIN M | **Facility** | WRNMMC |
| **Diagnosis** | Epidermal cyst | | |
| **Procedure** | Excision Of Lesion Trunk Benign Up to .5cm | **Procedure Date** | 21 Jun 2017 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Follow up for IBS. Notify the doctor of Physical Training and Smell trigger | | |
| **Encounter Date** | 19 Jun 2017 @ 0904 | **Clinic** | Int Med CL F Medical Home BE |
| **Provider** | RODAK, COLLEEN M | **Facility** | WRNMMC |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Diagnosis** | Encounter for other administrative examinations |
| **Reason for Visit** | Anogenital (venereal) warts |
| **Encounter Date** | 16 Jun 2017 @ 1154 |
| **Provider** | NICHOLAS, LUKE C |
| **Diagnosis** | Anogenital (venereal) warts |
| **Diagnosis** | Epidermal cyst |
| **Procedure** | Destruction Of Benign Lesion By Cryosurgery |

**Clinic** Dermatology Clinic Bethesda
**Facility** WRNMMC

**Procedure Date** 16 Jun 2017

| | |
|---|---|
| **Reason for Visit** | Follow up |
| **Encounter Date** | 13 Jun 2017 @ 0653 |
| **Provider** | PAUL, SHERIN |
| **Diagnosis** | Major depressive disorder, recurrent, moderate |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes |

**Clinic** Psychiatry Be
**Facility** WRNMMC

**Procedure Date** 14 Jun 2017

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** | 13 Jun 2017 @ 0858 |
| **Provider** | PAUL, SHERIN |
| **Diagnosis** | Generalized anxiety disorder |
| **Diagnosis** | Major depressive disorder, recurrent, moderate |

**Clinic** Psychiatry Be
**Facility** WRNMMC

| | |
|---|---|
| **Reason for Visit** | Depression and Anxiety |
| **Encounter Date** | 12 Jun 2017 @ 0838 |
| **Provider** | RODAK, COLLEEN M |
| **Diagnosis** | Mixed irritable bowel syndrome |

**Clinic** Int Med CL F Medical Home BE
**Facility** WRNMMC

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** | 08 Jun 2017 @ 1137 |
| **Provider** | PAUL, SHERIN |
| **Diagnosis** | Generalized anxiety disorder |

**Clinic** Psychiatry Be
**Facility** WRNMMC

| | |
|---|---|
| **Reason for Visit** | F/U skin testing |
| **Encounter Date** | 07 Jun 2017 @ 1006 |
| **Provider** | PETERSEN, MAUREEN MICHELE |
| **Diagnosis** | Allergic rhinitis due to animal (cat) (dog) hair and dander |
| **Procedure** | Allergy Percutaneous tests - allergenic extracts |

**Clinic** Allergy Clinic Bethesda
**Facility** WRNMMC

**Procedure Date** 10 Jun 2017

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: DUVALL,MICHAEL R 06 Jun 2017 1409 PCM/DR. RODAK - RELAY HEALTH |
| **Encounter Date** | 06 Jun 2017 @ 1410 |
| **Provider** | SMITH, MICKALYNN J |
| **Diagnosis** | Encounter for other administrative examinations |

**Clinic** Int Med CL C Medical Home BE
**Facility** WRNMMC

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Procedure** | Internet Med Svc Qual Nonphys Healthcare Prof Estab Patient | **Procedure Date** | 07 Jun 2017 |
| **Procedure** | Non-Physician Phone Call To Patient/Provider Brief (5-10min) | **Procedure Date** | 07 Jun 2017 |
| **Procedure** | Non-Physician Phone Call To Pt/Provider Intermed (11-20 min) | **Procedure Date** | 06 Jun 2017 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: KAMARA,KADIDJA B 01 Jun 2017 1159 |
| | Correspondance with Gastroenterology |
| **Encounter Date** | 01 Jun 2017 @ 1201 |
| **Provider** | RODAK, COLLEEN M |
| **Diagnosis** | Other specified counseling |
| **Diagnosis** | Irritable bowel syndrome with diarrhea |

**Clinic** Int Med CL F Medical Home BE
**Facility** WRNMMC

| | |
|---|---|
| **Reason for Visit** | Encounter for other general examination |
| **Encounter Date** | 25 May 2017 @ 0953 |
| **Provider** | BANKS, TAYLOR ALLEN |
| **Diagnosis** | Dyspnea, unspecified |
| **Procedure** | Spirometry Pre-bronchodilator |

**Clinic** Allergy Clinic Bethesda
**Facility** WRNMMC
**Procedure Date** 25 May 2017

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: RODAK,COLLEEN M 23 May 2017 0843 |
| | Lipid panel |
| **Encounter Date** | 23 May 2017 @ 0844 |
| **Provider** | RODAK, COLLEEN M |
| **Diagnosis** | Other hyperlipidemia |

**Clinic** Int Med CL F Medical Home BE
**Facility** WRNMMC

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: RAYMOND,KEVIN D 22 May 2017 1022 |
| | message sent via relayhealth - rodak |
| **Encounter Date** | 22 May 2017 @ 1023 |
| **Provider** | RODAK, COLLEEN M |
| **Diagnosis** | Other specified counseling |

**Clinic** Int Med CL F Medical Home BE
**Facility** WRNMMC

| | |
|---|---|
| **Reason for Visit** | referral  allergy testing |
| **Encounter Date** | 17 May 2017 @ 1341 |
| **Provider** | RODAK, COLLEEN M |
| **Diagnosis** | Encounter for other general examination |
| **Diagnosis** | Irritable bowel syndrome with diarrhea |
| **Diagnosis** | Anogenital (venereal) warts |

**Clinic** Int Med CL F Medical Home BE
**Facility** WRNMMC

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** | 16 May 2017 @ 1106 |
| **Provider** | PAUL, SHERIN |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes |

**Clinic** Psychiatry Be
**Facility** WRNMMC
**Procedure Date** 19 May 2017

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** | 16 May 2017 @ 0926 |
| **Provider** | TOBAR, EDEN |
| **Diagnosis** | Generalized anxiety disorder |

Clinic   Psychiatry Be
Facility   WRNMMC

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: RAYMOND,KEVIN D 19 Apr 2017 1152 |
| | referral request sent via relayhealth - rodak |
| **Encounter Date** | 19 Apr 2017 @ 1200 |
| **Provider** | SMITH, MICKALYNN J |
| **Diagnosis** | Encounter for other administrative examinations |
| **Procedure** | Non-Physician Phone Call To Pt/Provider Intermed (11-20 min) |

Clinic   Int Med CL F Medical Home BE
Facility   WRNMMC

Procedure Date   21 Apr 2017

| | |
|---|---|
| **Reason for Visit** | follow up |
| **Encounter Date** | 13 Apr 2017 @ 1449 |
| **Provider** | WONG, ROY KWOCK |
| **Diagnosis** | Irritable bowel syndrome with diarrhea |

Clinic   GI Clinic Bethesda
Facility   WRNMMC

| | |
|---|---|
| **Reason for Visit** | pha/navy |
| **Encounter Date** | 05 Apr 2017 @ 1031 |
| **Provider** | RENTA, DANA K |
| **Diagnosis** | Other specified counseling |
| **Procedure** | BMI is documented within normal parameters and no follow-up plan is required |
| **Procedure** | Annual depression screening, 15 minutes |
| **Procedure** | Pulse Oximetry |
| **Procedure** | Screening Test Of Visual Acuity, Quantitative, Bilateral |

Clinic   Medical Readiness Clinic Bethesda
Facility   WRNMMC

Procedure Date   07 Apr 2017
Procedure Date   05 Apr 2017
Procedure Date   05 Apr 2017
Procedure Date   05 Apr 2017

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: COPSEY,HELEN C 16 Mar 2017 1156 |
| | Patient email |
| **Encounter Date** | 16 Mar 2017 @ 1157 |
| **Provider** | COPSEY, HELEN C |
| **Diagnosis** | Irritable bowel syndrome with diarrhea |

Clinic   GI Clinic Bethesda
Facility   WRNMMC

| | |
|---|---|
| **Reason for Visit** | FOLLOW UP |
| **Encounter Date** | 01 Mar 2017 @ 1001 |
| **Provider** | PAUL, SHERIN |
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes |

Clinic   Psychiatry Be
Facility   WRNMMC

Procedure Date   02 Mar 2017

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** | 01 Mar 2017 @ 0748 |

Clinic   Psychiatry Be

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Provider** | TOBAR, EDEN | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management | **Procedure Date** | 02 Mar 2017 |

**Reason for Visit**  Dx Interview

**Encounter Date**  08 Feb 2017 @ 0603

| | | | |
|---|---|---|---|
| **Provider** | BENTON, JIKESHA R | **Clinic** | Psychology Assessment Be |
| | | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychologic Testing And Report Administered By Physician | **Procedure Date** | 10 Feb 2017 |
| **Procedure** | Psychiatric Diagnostic Evaluation Comprehensive Examination | **Procedure Date** | 10 Feb 2017 |

**Reason for Visit**  Generalized anxiety disorder

**Encounter Date**  02 Feb 2017 @ 1446

| | | | |
|---|---|---|---|
| **Provider** | BENTON, JIKESHA R | **Clinic** | Psychology Assessment Be |
| | | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychologic Testing And Report Administered By Physician | **Procedure Date** | 07 Feb 2017 |

**Reason for Visit**  F/U

**Encounter Date**  01 Feb 2017 @ 1249

| | | | |
|---|---|---|---|
| **Provider** | PAUL, SHERIN | **Clinic** | Psychiatry Be |
| | | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 06 Feb 2017 |

**Reason for Visit**

**Encounter Date**  01 Feb 2017 @ 0944

| | | | |
|---|---|---|---|
| **Provider** | TOBAR, EDEN | **Clinic** | Psychiatry Be |
| | | **Facility** | WRNMMC |
| **Diagnosis** | Anxiety disorder, unspecified | | |
| **Diagnosis** | Major depressive disorder, recurrent, unspecified | | |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management | **Procedure Date** | 01 Feb 2017 |

**Reason for Visit**  f/u

**Encounter Date**  04 Jan 2017 @ 1324

| | | | |
|---|---|---|---|
| **Provider** | PAUL, SHERIN | **Clinic** | Psychiatry Be |
| | | **Facility** | WRNMMC |
| **Diagnosis** | Generalized anxiety disorder | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 60 Minutes | **Procedure Date** | 06 Jan 2017 |

**Reason for Visit**

**Encounter Date**  04 Jan 2017 @ 0941

| | | | |
|---|---|---|---|
| **Provider** | TOBAR, EDEN | **Clinic** | Psychiatry Be |
| | | **Facility** | WRNMMC |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Psych Ther Indiv Approx 45 Min W/ Medical Evaluation & Management |

**Procedure Date**   04 Jan 2017

**Reason for Visit**   f/u

**Encounter Date**   06 Dec 2016 @ 0854

**Clinic**   Psychiatry Be

**Provider**   PAUL, SHERIN

**Facility**   WRNMMC

**Diagnosis**   Generalized anxiety disorder

**Procedure**   Psychiatric Therapy Individual Approximately 60 Minutes

**Procedure Date**   08 Dec 2016

**Reason for Visit**

**Encounter Date**   05 Dec 2016 @ 0920

**Clinic**   Psychiatry Be

**Provider**   TOBAR, EDEN

**Facility**   WRNMMC

**Diagnosis**   Major depressive disorder, recurrent, unspecified

**Procedure**   Psych Ther Indiv Approx 60 Min W/ Medical Evaluation & Management

**Procedure Date**   05 Dec 2016

**Reason for Visit**   Notes Entered by: COPSEY,HELEN C 28 Nov 2016 1243

Pt email

**Encounter Date**   28 Nov 2016 @ 1243

**Clinic**   GI Clinic Bethesda

**Provider**   COPSEY, HELEN C

**Facility**   WRNMMC

**Diagnosis**   Irritable bowel syndrome with diarrhea

**Reason for Visit**   spec

**Encounter Date**   15 Nov 2016 @ 1203

**Clinic**   Psychiatry Be

**Provider**   PAUL, SHERIN

**Facility**   WRNMMC

**Diagnosis**   Generalized anxiety disorder

**Diagnosis**   Alcohol dependence, uncomplicated

**Procedure**   Psychiatric Diagnostic Evaluation

**Procedure Date**   16 Nov 2016

**Reason for Visit**

**Encounter Date**   24 Oct 2016 @ 0952

**Clinic**   Psychiatry Be

**Provider**   TOBAR, EDEN

**Facility**   WRNMMC

**Diagnosis**   Anxiety disorder, unspecified

**Procedure**   Psych Ther Indiv Approx 45 Min W/ Medical Evaluation & Management

**Procedure Date**   24 Oct 2016

**Reason for Visit**   Notes Entered by: COPSEY,HELEN C 11 Oct 2016 1145

Pt email

**Encounter Date**   11 Oct 2016 @ 1145

**Clinic**   GI Clinic Bethesda

**Provider**   COPSEY, HELEN C

**Facility**   WRNMMC

**Diagnosis**   Irritable bowel syndrome with diarrhea

**Reason for Visit**   F/U FOR  Helicobacter pylori [H. pylori] as the cause of diseases cla

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Encounter Date** | 04 Oct 2016 @ 1400 |
| **Provider** | COPSEY, HELEN C |
| **Diagnosis** | Irritable bowel syndrome with diarrhea |

**Clinic** GI Clinic Bethesda
**Facility** WRNMMC

**Reason for Visit**

| | |
|---|---|
| **Encounter Date** | 28 Sep 2016 @ 0919 |
| **Provider** | TOBAR, EDEN |
| **Diagnosis** | Anxiety disorder, unspecified |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management |

**Clinic** Psychiatry Be
**Facility** WRNMMC

**Procedure Date** 29 Sep 2016

**Reason for Visit** Notes Entered by: TOBAR,EDEN 08 Sep 2016 1517
prolonged non face-to-face services

| | |
|---|---|
| **Encounter Date** | 08 Sep 2016 @ 1517 |
| **Provider** | TOBAR, EDEN |
| **Diagnosis** | Anxiety disorder, unspecified |

**Clinic** Psychiatry Be
**Facility** WRNMMC

**Reason for Visit** Spec

| | |
|---|---|
| **Encounter Date** | 06 Sep 2016 @ 0753 |
| **Provider** | TOBAR, EDEN |
| **Diagnosis** | Anxiety disorder, unspecified |
| **Procedure** | Psych Ther Indiv Approx 60 Min W/ Medical Evaluation & Management |

**Clinic** Psychiatry Be
**Facility** WRNMMC

**Procedure Date** 08 Sep 2016

**Reason for Visit** counseling

| | |
|---|---|
| **Encounter Date** | 25 Aug 2016 @ 1005 |
| **Provider** | JARRETT, ERICA M |
| **Diagnosis** | Generalized anxiety disorder |

**Clinic** Integrative Hlth & Well BE
**Facility** WRNMMC

**Reason for Visit** Notes Entered by: ATCHERSON,KATHY A 23 Jun 2016 1140
Emergency room  follow up call.

| | |
|---|---|
| **Encounter Date** | 23 Jun 2016 @ 1144 |
| **Provider** | ATCHERSON, KATHY A |
| **Diagnosis** | Encounter for other administrative examinations |

**Clinic** Int Med CL C Medical Home BE
**Facility** WRNMMC

**Reason for Visit** f/u

| | |
|---|---|
| **Encounter Date** | 22 Jun 2016 @ 1019 |
| **Provider** | KWOK, RYAN M |
| **Diagnosis** | Other chest pain |

**Clinic** GI Clinic Bethesda
**Facility** WRNMMC

**Reason for Visit** Notes Entered by: SHAH,NISHA A 15 Jun 2016 1621
Lab results

| | |
|---|---|
| **Encounter Date** | 15 Jun 2016 @ 1621 |
| **Provider** | SHAH, NISHA AMISH |
| **Diagnosis** | Encounter for issue of other medical certificate |

**Clinic** GI Clinic Bethesda
**Facility** WRNMMC

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Reason for Visit** | Unspecified disturbances of smell and taste |
| **Encounter Date** | 07 Jun 2016 @ 1255 |
| **Provider** | XYDAKIS, MICHAEL S |
| **Diagnosis** | Unspecified disturbances of smell and taste |
| **Diagnosis** | Glossitis |
| **Diagnosis** | Gastro-esophageal reflux disease without esophagitis |

**Clinic**   Otolaryngology Clinic Bethesda
**Facility**   WRNMMC

| | |
|---|---|
| **Reason for Visit** | Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere |
| **Encounter Date** | 11 May 2016 @ 0721 |
| **Provider** | LACZEK, JEFFREY T |
| **Diagnosis** | Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere |
| **Diagnosis** | Irritable bowel syndrome with diarrhea |

**Clinic**   GI Clinic Bethesda
**Facility**   WRNMMC

| | |
|---|---|
| **Reason for Visit** | pha/navy |
| **Encounter Date** | 22 Apr 2016 @ 0854 |
| **Provider** | TACKIE, DIANE A |
| **Diagnosis** | Counseling, unspecified |
| **Procedure** | BMI is documented within normal parameters and no follow-up plan is required |
| **Procedure** | Screening Test Of Visual Acuity, Quantitative, Bilateral |

**Clinic**   Medical Readiness Clinic Bethesda
**Facility**   WRNMMC

**Procedure Date**   22 Apr 2016
**Procedure Date**   22 Apr 2016

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** | 18 Apr 2016 @ 1344 |
| **Provider** | THOMPSON, DAVID HERRON |
| **Diagnosis** | Parageusia |

**Clinic**   Otolaryngology Clinic Bethesda
**Facility**   WRNMMC

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** | 12 Apr 2016 @ 1309 |
| **Provider** | THOMPSON, DAVID HERRON |
| **Diagnosis** | Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere |

**Clinic**   Otolaryngology Clinic Bethesda
**Facility**   WRNMMC

| | |
|---|---|
| **Reason for Visit** | change in taste |
| **Encounter Date** | 11 Apr 2016 @ 0907 |
| **Provider** | THOMPSON, DAVID HERRON |
| **Diagnosis** | Unspecified disturbances of smell and taste |
| **Procedure** | Fiberoptic Laryngoscopy Flexible (diagnostic) |

**Clinic**   Otolaryngology Clinic Bethesda
**Facility**   WRNMMC

**Procedure Date**   05 Apr 2016

| | |
|---|---|
| **Reason for Visit** | |
| **Encounter Date** | 05 Apr 2016 @ 0835 |
| **Provider** | BAHR, ROBERT J |
| **Diagnosis** | Pain in left ankle and joints of left foot |
| **Procedure** | Physical Therapy Service Re-Evaluation |

**Clinic**   Phys Therapy CL BE
**Facility**   WRNMMC

**Procedure Date**   05 Apr 2016

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

**Reason for Visit**

| | |
|---|---|
| **Encounter Date** | 07 Mar 2016 @ 0823 |
| **Provider** | BAHR, ROBERT J |
| **Diagnosis** | Pain in left ankle and joints of left foot |

**Clinic**  Phys Therapy CL BE
**Facility**  WRNMMC

| | | | |
|---|---|---|---|
| **Procedure** | Physical Therapy Service Re-Evaluation | **Procedure Date** | 07 Mar 2016 |
| **Procedure** | Physical Therapy: ___ Session Segments, 15 Minutes Each | **Procedure Date** | 07 Mar 2016 |

**Reason for Visit**  Notes Entered by: CONRAD,ALLEN C 29 Feb 2016 0849

Call pt with test reults

| | |
|---|---|
| **Encounter Date** | 29 Feb 2016 @ 0850 |
| **Provider** | AUSTIN, MARIE R |
| **Diagnosis** | Parageusia |

**Clinic**  Int Med CL C Medical Home BE
**Facility**  WRNMMC

**Reason for Visit**  Sprain of other ligament of left ankle, subsequent encounter

| | |
|---|---|
| **Encounter Date** | 24 Feb 2016 @ 1324 |
| **Provider** | MARQUART, JASON DANIEL |
| **Diagnosis** | Anogenital (venereal) warts |

**Clinic**  Dermatology Clinic Bethesda
**Facility**  WRNMMC

| | | | |
|---|---|---|---|
| **Procedure** | Destruction Of Benign Lesion By Cryosurgery | **Procedure Date** | 24 Feb 2016 |

**Reason for Visit**  Sprain of other ligament of left ankle, subsequent encounter

| | |
|---|---|
| **Encounter Date** | 19 Feb 2016 @ 0703 |
| **Provider** | BAHR, ROBERT J |
| **Diagnosis** | Acquired absence of right leg below knee |

**Clinic**  Phys Therapy CL BE
**Facility**  WRNMMC

| | | | |
|---|---|---|---|
| **Procedure** | Physical Therapy: ___ Session Segments, 15 Minutes Each | **Procedure Date** | 19 Feb 2016 |
| **Procedure** | Physical Therapy Service Evaluation | **Procedure Date** | 19 Feb 2016 |

**Reason for Visit**

| | |
|---|---|
| **Encounter Date** | 16 Feb 2016 @ 1438 |
| **Provider** | ZEMBRZUSKA, HANNA DOMINIKA |
| **Diagnosis** | Encounter for issue of repeat prescription |

**Clinic**  Psychiatry Be
**Facility**  WRNMMC

**Reason for Visit**  Ankle - Extreme pain from previous injury location

| | |
|---|---|
| **Encounter Date** | 16 Feb 2016 @ 0721 |
| **Provider** | WILSON, BRYAN J |
| **Diagnosis** | Other skin changes |
| **Diagnosis** | Sprain of other ligament of left ankle, subsequent encounter |
| **Diagnosis** | Parageusia |

**Clinic**  Int Med CL C Medical Home BE
**Facility**  WRNMMC

**Reason for Visit**  SARP/LABS

| | |
|---|---|
| **Encounter Date** | 05 Feb 2016 @ 1517 |
| **Provider** | AILOR, LYNNE P |

**Clinic**  Behavioral Health Qu
**Facility**  WRNMMC

Daniel ANDERSON

**CONFIDENTIAL**

**Diagnosis**   Alcohol dependence, uncomplicated

**Procedure**   Psychiatric Diagnostic
Evaluation Review of Records
and Reports                                    **Procedure Date**   05 Feb 2016

**Reason for Visit**   Notes Entered by: MAPLES,MICHAEL J 02 Feb 2016 1208

CC GROUP/ CLOSE OUT

**Encounter Date**   02 Feb 2016 @ 1209

**Provider**   BROWN, CYNTHIA E                          **Clinic**   Substance Abuse NY

**Diagnosis**   Alcohol dependence, uncomplicated          **Facility**   WRNMMC

**Procedure**   Alcohol and/or drug services;
case management                                 **Procedure Date**   02 Feb 2016

**Procedure**   Alcohol and/or drug services;
group counseling by a clinician                **Procedure Date**   02 Feb 2016

**Reason for Visit**   Notes Entered by: BROWN,CYNTHIA E 19 Jan 2016 1208

CC Group/Individual

**Encounter Date**   19 Jan 2016 @ 1208

**Provider**   BROWN, CYNTHIA E                          **Clinic**   Substance Abuse NY

**Diagnosis**   Alcohol dependence, uncomplicated          **Facility**   WRNMMC

**Procedure**   Alcohol and/or drug services;
case management                                 **Procedure Date**   19 Jan 2016

**Procedure**   Behavioral health counseling
and therapy, per 15 minutes                    **Procedure Date**   19 Jan 2016

**Procedure**   Alcohol and/or drug services;
group counseling by a clinician                **Procedure Date**   19 Jan 2016

**Reason for Visit**   SARP/LABS

**Encounter Date**   13 Jan 2016 @ 1532

**Provider**   AILOR, LYNNE P                            **Clinic**   Behavioral Health Qu

**Diagnosis**   Alcohol dependence, uncomplicated          **Facility**   WRNMMC

**Procedure**   Psychiatric Diagnostic
Evaluation Review of Records
and Reports                                    **Procedure Date**   13 Jan 2016

**Reason for Visit**   SARP/LABS

**Encounter Date**   08 Jan 2016 @ 0846

**Provider**   AILOR, LYNNE P                            **Clinic**   Behavioral Health Qu

**Diagnosis**   Alcohol dependence, uncomplicated          **Facility**   WRNMMC

**Procedure**   Psychiatric Diagnostic
Evaluation Review of Records
and Reports                                    **Procedure Date**   08 Jan 2016

**Reason for Visit**   SARP/LABS

**Encounter Date**   06 Jan 2016 @ 0731

**Provider**   AILOR, LYNNE P                            **Clinic**   Behavioral Health Qu

**Diagnosis**   Alcohol dependence, uncomplicated          **Facility**   WRNMMC

**Procedure**   Psychiatric Diagnostic
Evaluation Review of Records
and Reports                                    **Procedure Date**   06 Jan 2016

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: MAPLES,MICHAEL J 05 Jan 2016 1230 |
| | CC GROUP |
| **Encounter Date** | 05 Jan 2016 @ 1230 |
| **Provider** | BROWN, CYNTHIA E |
| **Diagnosis** | Alcohol dependence, uncomplicated |
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician |

**Clinic** Substance Abuse NY
**Facility** WRNMMC

**Procedure Date** 05 Jan 2016
**Procedure Date** 05 Jan 2016

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: MAPLES,MICHAEL J 29 Dec 2015 1223 |
| | CC GROUP |
| **Encounter Date** | 29 Dec 2015 @ 1223 |
| **Provider** | GONZALEZZARAZUA, JORGE A |
| **Diagnosis** | Alcohol dependence, uncomplicated |
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician |

**Clinic** Substance Abuse NY
**Facility** WRNMMC

**Procedure Date** 29 Dec 2015
**Procedure Date** 29 Dec 2015

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: MAPLES,MICHAEL J 22 Dec 2015 1243 |
| | CC GROUP |
| **Encounter Date** | 22 Dec 2015 @ 1244 |
| **Provider** | HILL, LARRY D |
| **Diagnosis** | Alcohol dependence, uncomplicated |
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician |

**Clinic** Substance Abuse NY
**Facility** WRNMMC

**Procedure Date** 22 Dec 2015
**Procedure Date** 22 Dec 2015

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: MAPLES,MICHAEL J 15 Dec 2015 1223 |
| | CC GROUP |
| **Encounter Date** | 15 Dec 2015 @ 1223 |
| **Provider** | GONZALEZZARAZUA, JORGE A |
| **Diagnosis** | Alcohol dependence, uncomplicated |
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician |

**Clinic** Substance Abuse NY
**Facility** WRNMMC

**Procedure Date** 15 Dec 2015
**Procedure Date** 15 Dec 2015

| | |
|---|---|
| **Reason for Visit** | SARP/LABS |
| **Encounter Date** | 14 Dec 2015 @ 0726 |
| **Provider** | AILOR, LYNNE P |
| **Diagnosis** | Alcohol dependence, uncomplicated |
| **Procedure** | Psychiatric Diagnostic Evaluation Review of Records and Reports |

**Clinic** Behavioral Health Qu
**Facility** WRNMMC

**Procedure Date** 14 Dec 2015

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

**Reason for Visit**  SARP/LABS

**Encounter Date**  08 Dec 2015 @ 1534

**Clinic**  Behavioral Health Qu

**Provider**  AILOR, LYNNE P

**Facility**  WRNMMC

**Diagnosis**  Alcohol dependence, uncomplicated

**Procedure**  Psychiatric Diagnostic Evaluation Review of Records and Reports

**Procedure Date**  08 Dec 2015

**Reason for Visit**  Notes Entered by: MAPLES,MICHAEL J 08 Dec 2015 1155
CC GROUP

**Encounter Date**  08 Dec 2015 @ 1155

**Clinic**  Substance Abuse NY

**Provider**  GONZALEZZARAZUA, JORGE A

**Facility**  WRNMMC

**Diagnosis**  Alcohol dependence, uncomplicated

**Procedure**  Alcohol and/or drug services; case management

**Procedure Date**  08 Dec 2015

**Procedure**  Alcohol and/or drug services; group counseling by a clinician

**Procedure Date**  08 Dec 2015

**Reason for Visit**  Notes Entered by: MAPLES,MICHAEL J 01 Dec 2015 1226
CC GROUP

**Encounter Date**  01 Dec 2015 @ 1228

**Clinic**  Substance Abuse NY

**Provider**  REGIS, JAMES

**Facility**  WRNMMC

**Diagnosis**  Alcohol dependence, uncomplicated

**Procedure**  Alcohol and/or drug services; case management

**Procedure Date**  01 Dec 2015

**Procedure**  Alcohol and/or drug services; group counseling by a clinician

**Procedure Date**  01 Dec 2015

**Reason for Visit**  Notes Entered by: MAPLES,MICHAEL J 24 Nov 2015 1218
CC GROUP

**Encounter Date**  24 Nov 2015 @ 1219

**Clinic**  Substance Abuse NY

**Provider**  GONZALEZZARAZUA, JORGE A

**Facility**  WRNMMC

**Diagnosis**  Alcohol abuse, uncomplicated

**Procedure**  Alcohol and/or drug services; case management

**Procedure Date**  24 Nov 2015

**Procedure**  Alcohol and/or drug services; group counseling by a clinician

**Procedure Date**  24 Nov 2015

**Reason for Visit**  SARP/LABS

**Encounter Date**  20 Nov 2015 @ 1556

**Clinic**  Behavioral Health Qu

**Provider**  AILOR, LYNNE P

**Facility**  WRNMMC

**Diagnosis**  Alcohol dependence, uncomplicated

**Procedure**  Psychiatric Diagnostic Evaluation Review of Records and Reports

**Procedure Date**  23 Nov 2015

**Reason for Visit**  Notes Entered by: MAPLES,MICHAEL J 17 Nov 2015 1326
CC GROUP

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Encounter Date** | 17 Nov 2015 @ 1327 | **Clinic** | Substance Abuse NY |
| **Provider** | GONZALEZZARAZUA, JORGE A | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol abuse, uncomplicated | | |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 17 Nov 2015 |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 17 Nov 2015 |

**Reason for Visit**   Notes Entered by: MAPLES,MICHAEL J 12 Nov 2015 0756

INDIVIDUAL SESSION

| | | | |
|---|---|---|---|
| **Encounter Date** | 12 Nov 2015 @ 0756 | **Clinic** | Substance Abuse NY |
| **Provider** | GONZALEZZARAZUA, JORGE A | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol abuse, uncomplicated | | |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 12 Nov 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 12 Nov 2015 |

**Reason for Visit**   Notes Entered by: MAPLES,MICHAEL J 10 Nov 2015 1300

CC GROUP

| | | | |
|---|---|---|---|
| **Encounter Date** | 10 Nov 2015 @ 1300 | **Clinic** | Substance Abuse NY |
| **Provider** | GONZALEZZARAZUA, JORGE A | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol abuse, uncomplicated | | |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 10 Nov 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 10 Nov 2015 |

**Reason for Visit**   lost taste

| | | | |
|---|---|---|---|
| **Encounter Date** | 09 Nov 2015 @ 1050 | **Clinic** | Int Med CL C Medical Home BE |
| **Provider** | AUSTIN, MARIE R | **Facility** | WRNMMC |
| **Diagnosis** | Parageusia | | |

**Reason for Visit**   Notes Entered by: MAPLES,MICHAEL J 03 Nov 2015 1226

CC GROUP

| | | | |
|---|---|---|---|
| **Encounter Date** | 03 Nov 2015 @ 1227 | **Clinic** | Substance Abuse NY |
| **Provider** | GONZALEZZARAZUA, JORGE A | **Facility** | WRNMMC |
| **Diagnosis** | Alcohol dependence, uncomplicated | | |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 03 Nov 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 03 Nov 2015 |

**Reason for Visit**   est

| | | | |
|---|---|---|---|
| **Encounter Date** | 03 Nov 2015 @ 1033 | **Clinic** | Psychiatry Be |
| **Provider** | ZEMBRZUSKA, HANNA DOMINIKA | **Facility** | WRNMMC |

**Personal Data – Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Diagnosis** | Generalized anxiety disorder |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management |

**Procedure Date**  03 Nov 2015

**Reason for Visit**  Notes Entered by: MAPLES,MICHAEL J 27 Oct 2015 1245

CC GROUP

**Encounter Date**  27 Oct 2015 @ 1246          **Clinic**  Substance Abuse NY

**Provider**  GONZALEZZARAZUA, JORGE A          **Facility**  WRNMMC

**Diagnosis**  Alcohol dependence, uncomplicated

**Procedure**  Alcohol and/or drug services; case management          **Procedure Date**  27 Oct 2015

**Procedure**  Alcohol and/or drug services; group counseling by a clinician          **Procedure Date**  27 Oct 2015

**Reason for Visit**  follow-up

**Encounter Date**  01 Oct 2015 @ 1305          **Clinic**  Psychiatry Be

**Provider**  ZEMBRZUSKA, HANNA DOMINIKA          **Facility**  WRNMMC

**Diagnosis**  Generalized anxiety disorder

**Procedure**  Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management          **Procedure Date**  01 Oct 2015

**Reason for Visit**  Notes Entered by: CUNNINGHAM,RACHEL E 30 Sep 2015 1027

lab

**Encounter Date**  30 Sep 2015 @ 1027          **Clinic**  Dermatology Clinic Bethesda

**Provider**  FALKNER, RACHEL E          **Facility**  WRNMMC

**Diagnosis**  visit for: administrative purpose

**Reason for Visit**  SARP/LABS

**Encounter Date**  29 Sep 2015 @ 1318          **Clinic**  Behavioral Health Qu

**Provider**  MANTANONALEE, CHRISTY LIA          **Facility**  WRNMMC

**Diagnosis**  Laboratory Studies

**Procedure**  Psychiatric Diagnostic Evaluation Review of Records and Reports          **Procedure Date**  29 Sep 2015

**Reason for Visit**  MOLLUSCUM CONTAGIOSUM

**Encounter Date**  29 Sep 2015 @ 0955          **Clinic**  Dermatology Clinic Bethesda

**Provider**  MARQUART, JASON DANIEL          **Facility**  WRNMMC

**Diagnosis**  SKIN NEOPLASM GROIN

**Diagnosis**  FOLLICULITIS DECALVANS

**Reason for Visit**  Followup, Genital Warts / Herpes and Broncitis

**Encounter Date**  28 Sep 2015 @ 1027          **Clinic**  Int Med CL C Medical Home BE

**Provider**  AUSTIN, MARIE R          **Facility**  WRNMMC

**Diagnosis**  MOLLUSCUM CONTAGIOSUM

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Diagnosis** | CHRONIC BRONCHITIS |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Sleep Pathways II | | |
| **Encounter Date** | 23 Sep 2015 @ 1326 | | |
| | | **Clinic** | Integrative Hlth & Well BE |
| **Provider** | JARRETT, ERICA M | **Facility** | WRNMMC |
| **Diagnosis** | sleep disturbances | | |
| **Procedure** | Health And Behav Intervention, Each 15 Min Grp (2 Or More) | | |
| | | **Procedure Date** | 23 Sep 2015 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | SARP/LABS | | |
| **Encounter Date** | 18 Sep 2015 @ 1212 | | |
| | | **Clinic** | Behavioral Health Qu |
| **Provider** | MANTANONALEE, CHRISTY LIA | **Facility** | WRNMMC |
| **Diagnosis** | Laboratory Studies | | |
| **Diagnosis** | PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I | | |
| **Procedure** | Psychiatric Diagnostic Evaluation Review of Records and Reports | | |
| | | **Procedure Date** | 18 Sep 2015 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | sleep pathway I | | |
| **Encounter Date** | 17 Sep 2015 @ 0858 | | |
| | | **Clinic** | Integrative Hlth & Well BE |
| **Provider** | CORSO, MEGHAN L | **Facility** | WRNMMC |
| **Diagnosis** | lack of adequate sleep | | |
| **Procedure** | Health And Behav Intervention, Each 15 Min Grp (2 Or More) | | |
| | | **Procedure Date** | 17 Sep 2015 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 15 Sep 2015 1205 CC GROUP | | |
| **Encounter Date** | 15 Sep 2015 @ 1205 | | |
| | | **Clinic** | Substance Abuse NY |
| **Provider** | BROWN, CYNTHIA E | **Facility** | WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE (ALCOHOLISM) | | |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | | |
| | | **Procedure Date** | 15 Sep 2015 |
| **Procedure** | Alcohol and/or drug services; case management | | |
| | | **Procedure Date** | 15 Sep 2015 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: HERNANDEZ,DARROCQUES D 08 Sep 2015 0724 fever, swollen knee | | |
| **Encounter Date** | 08 Sep 2015 @ 0727 | | |
| | | **Clinic** | Int Med Cons/Spec Care Cl Be |
| **Provider** | FIACCO, NICHOLAS RYAN | **Facility** | WRNMMC |
| **Diagnosis** | penile lesion | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Follow-up | | |
| **Encounter Date** | 27 Aug 2015 @ 1319 | | |
| | | **Clinic** | Psychiatry Be |
| **Provider** | ZEMBRZUSKA, HANNA DOMINIKA | **Facility** | WRNMMC |
| **Diagnosis** | GENERALIZED ANXIETY DISORDER | | |
| **Diagnosis** | ALCOHOL DEPENDENCE (ALCOHOLISM) | | |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Diagnosis** | Patient Education - Medication | | |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management | **Procedure Date** | 27 Aug 2015 |

**Reason for Visit**    Notes Entered by: PATSOS,ASHLEY N 25 Aug 2015 1218
CC GROUP

| | | | |
|---|---|---|---|
| **Encounter Date** | 25 Aug 2015 @ 1218 | | |
| **Provider** | HILL, LARRY D | **Clinic** | Substance Abuse NY |
| **Diagnosis** | ALCOHOL DEPENDENCE (ALCOHOLISM) | **Facility** | WRNMMC |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 25 Aug 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 25 Aug 2015 |

**Reason for Visit**    Notes Entered by: PATSOS,ASHLEY N 18 Aug 2015 1224
CC GROUP

| | | | |
|---|---|---|---|
| **Encounter Date** | 18 Aug 2015 @ 1225 | | |
| **Provider** | HILL, LARRY D | **Clinic** | Substance Abuse NY |
| **Diagnosis** | ALCOHOL DEPENDENCE (ALCOHOLISM) | **Facility** | WRNMMC |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 18 Aug 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 18 Aug 2015 |

**Reason for Visit**    Notes Entered by: PATSOS,ASHLEY N 11 Aug 2015 1232
CC GROUP

| | | | |
|---|---|---|---|
| **Encounter Date** | 11 Aug 2015 @ 1232 | | |
| **Provider** | BROWN, CYNTHIA E | **Clinic** | Substance Abuse NY |
| **Diagnosis** | ALCOHOL DEPENDENCE (ALCOHOLISM) | **Facility** | WRNMMC |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 12 Aug 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 12 Aug 2015 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | STD Screening/Possible Genetal Warts | | |
| **Encounter Date** | 11 Aug 2015 @ 1008 | | |
| **Provider** | AUSTIN, MARIE R | **Clinic** | Int Med CL C Medical Home BE |
| **Diagnosis** | PENILE WARTS | **Facility** | WRNMMC |
| **Diagnosis** | MAJOR DEPRESSION RECURRENT MODERATE | | |
| **Diagnosis** | ORGANIC SLEEP APNEA | | |

**Reason for Visit**    Notes Entered by: PATSOS,ASHLEY N 28 Jul 2015 1158
CC GROUP

| | | | |
|---|---|---|---|
| **Encounter Date** | 28 Jul 2015 @ 1158 | | |
| **Provider** | BROWN, CYNTHIA E | **Clinic** | Substance Abuse NY |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | **Facility** | WRNMMC |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 28 Jul 2015 |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure Date** | 28 Jul 2015 |

**Reason for Visit**   Notes Entered by: PATSOS,ASHLEY N 21 Jul 2015 1219

CC GROUP

| | | | |
|---|---|---|---|
| **Encounter Date** | 21 Jul 2015 @ 1219 | | |
| **Provider** | BROWN, CYNTHIA E | **Clinic** | Substance Abuse NY |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | **Facility** | WRNMMC |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 21 Jul 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 21 Jul 2015 |

**Reason for Visit**   Notes Entered by: PATSOS,ASHLEY N 15 Jul 2015 0711

CC GROUP

| | | | |
|---|---|---|---|
| **Encounter Date** | 15 Jul 2015 @ 0711 | | |
| **Provider** | BROWN, CYNTHIA E | **Clinic** | Substance Abuse NY |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | **Facility** | WRNMMC |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 15 Jul 2015 |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 15 Jul 2015 |

**Reason for Visit**

| | | | |
|---|---|---|---|
| **Encounter Date** | 08 Jul 2015 @ 1923 | | |
| **Provider** | TAYLOR, BRADLEY MICHAEL | **Clinic** | Dermatology Clinic Bethesda |
| **Diagnosis** | visit for: administrative purpose | **Facility** | WRNMMC |

**Reason for Visit**   Notes Entered by: PATSOS,ASHLEY N 30 Jun 2015 1157

CC GROUP

| | | | |
|---|---|---|---|
| **Encounter Date** | 30 Jun 2015 @ 1202 | | |
| **Provider** | HILL, LARRY D | **Clinic** | Substance Abuse NY |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | **Facility** | WRNMMC |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 30 Jun 2015 |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 30 Jun 2015 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Procedure - SARP LABS | | |
| **Encounter Date** | 26 Jun 2015 @ 1119 | | |
| **Provider** | AILOR, LYNNE P | **Clinic** | Behavioral Health Qu |
| **Diagnosis** | Laboratory Studies | **Facility** | WRNMMC |
| **Diagnosis** | PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I | | |
| **Procedure** | Psychiatric Diagnostic Evaluation Review of Records and Reports | **Procedure Date** | 26 Jun 2015 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Procedure - SARP LABS | | |
| **Encounter Date** | 25 Jun 2015 @ 1024 | **Clinic** | Behavioral Health Qu |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Provider** | AILOR, LYNNE P |
| | **Facility** WRNMMC |
| **Diagnosis** | Laboratory Studies |
| **Diagnosis** | PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I |
| **Procedure** | Psychiatric Diagnostic Evaluation Review of Records and Reports |
| | **Procedure Date** 25 Jun 2015 |

**Reason for Visit**    Notes Entered by: PATSOS,ASHLEY N 23 Jun 2015 1203
CC GROUP

| | |
|---|---|
| **Encounter Date** | 23 Jun 2015 @ 1205 |
| | **Clinic** Substance Abuse NY |
| **Provider** | HILL, LARRY D |
| | **Facility** WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician |
| | **Procedure Date** 23 Jun 2015 |
| **Procedure** | Alcohol and/or drug services; case management |
| | **Procedure Date** 23 Jun 2015 |

**Reason for Visit**    alopecia areata

| | |
|---|---|
| **Encounter Date** | 23 Jun 2015 @ 0722 |
| | **Clinic** Dermatology Clinic Bethesda |
| **Provider** | STEARNS, LAUREL R |
| | **Facility** WRNMMC |
| **Diagnosis** | Alopecia |
| **Procedure** | Biopsy Skin Each Additional Lesion |
| | **Procedure Date** 23 Jun 2015 |
| **Procedure** | Biopsy Skin |
| | **Procedure Date** 23 Jun 2015 |

**Reason for Visit**    Notes Entered by: PATSOS,ASHLEY N 16 Jun 2015 1202
CC GROUP

| | |
|---|---|
| **Encounter Date** | 16 Jun 2015 @ 1203 |
| | **Clinic** Substance Abuse NY |
| **Provider** | HILL, LARRY D |
| | **Facility** WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE (ALCOHOLISM) |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician |
| | **Procedure Date** 16 Jun 2015 |
| **Procedure** | Alcohol and/or drug services; case management |
| | **Procedure Date** 16 Jun 2015 |

**Reason for Visit**    follow up

| | |
|---|---|
| **Encounter Date** | 11 Jun 2015 @ 0902 |
| | **Clinic** Psychiatry Be |
| **Provider** | ZEMBRZUSKA, HANNA DOMINIKA |
| | **Facility** WRNMMC |
| **Diagnosis** | GENERALIZED ANXIETY DISORDER |
| **Diagnosis** | ALCOHOL DEPENDENCE (ALCOHOLISM) |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management |
| | **Procedure Date** 12 Jun 2015 |

**Reason for Visit**    Notes Entered by: PATSOS,ASHLEY N 09 Jun 2015 1200
CC GROUP

| | |
|---|---|
| **Encounter Date** | 09 Jun 2015 @ 1200 |
| | **Clinic** Substance Abuse NY |
| **Provider** | HILL, LARRY D |
| | **Facility** WRNMMC |

Daniel ANDERSON

**CONFIDENTIAL**

| | | |
|---|---|---|
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** 09 Jun 2015 |
| **Procedure** | Behavioral health counseling and therapy, per 15 minutes | **Procedure Date** 09 Jun 2015 |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** 09 Jun 2015 |

| | | |
|---|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 02 Jun 2015 0935 | |
| | CC INTAKE/CC GROUP | |
| **Encounter Date** | 02 Jun 2015 @ 0936 | **Clinic** Substance Abuse NY |
| **Provider** | BROWN, CYNTHIA E | **Facility** WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE (ALCOHOLISM) | |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** 02 Jun 2015 |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** 02 Jun 2015 |
| **Procedure** | Behavioral health screening to determine eligibility for admission to treatment program | **Procedure Date** 02 Jun 2015 |

| | | |
|---|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 27 May 2015 0859 | |
| | OP GROUP | |
| **Encounter Date** | 27 May 2015 @ 0859 | **Clinic** Substance Abuse NY |
| **Provider** | GONZALEZZARAZUA, JORGE A | **Facility** WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE (ALCOHOLISM) | |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** 27 May 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** 27 May 2015 |

| | | |
|---|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 22 May 2015 0849 | |
| | OP GROUP | |
| **Encounter Date** | 22 May 2015 @ 0849 | **Clinic** Substance Abuse NY |
| **Provider** | REGIS, JAMES | **Facility** WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** 22 May 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** 22 May 2015 |

| | | |
|---|---|---|
| **Reason for Visit** | Procedure - SARP LABS | |
| **Encounter Date** | 21 May 2015 @ 0824 | **Clinic** Behavioral Health Qu |
| **Provider** | AILOR, LYNNE P | **Facility** WRNMMC |
| **Diagnosis** | Laboratory Studies | |
| **Diagnosis** | PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I | |
| **Procedure** | Psychiatric Diagnostic Evaluation Review of Records and Reports | **Procedure Date** 21 May 2015 |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 20 May 2015 0804 |
| | OP GROUP/EST |

| | | | |
|---|---|---|---|
| **Encounter Date** | 20 May 2015 @ 0804 | | |
| **Provider** | REGIS, JAMES | **Clinic** | Substance Abuse NY |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | **Facility** | WRNMMC |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 20 May 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 20 May 2015 |
| **Procedure** | Behavioral health counseling and therapy, per 15 minutes | **Procedure Date** | 20 May 2015 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | CBT-i | | |
| **Encounter Date** | 18 May 2015 @ 0820 | | |
| **Provider** | MELTON, APRIL M | **Clinic** | Psychiatry Be |
| **Diagnosis** | GENERALIZED ANXIETY DISORDER | **Facility** | WRNMMC |
| **Procedure** | Psychiatric Therapy Group Interactive | **Procedure Date** | 19 May 2015 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 18 May 2015 0848 |
| | OP GROUP |

| | | | |
|---|---|---|---|
| **Encounter Date** | 18 May 2015 @ 0848 | | |
| **Provider** | REGIS, JAMES | **Clinic** | Substance Abuse NY |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | **Facility** | WRNMMC |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 18 May 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 18 May 2015 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 15 May 2015 0818 |
| | OP GROUP |

| | | | |
|---|---|---|---|
| **Encounter Date** | 15 May 2015 @ 0818 | | |
| **Provider** | REGIS, JAMES | **Clinic** | Substance Abuse NY |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | **Facility** | WRNMMC |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 15 May 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 15 May 2015 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | est | | |
| **Encounter Date** | 14 May 2015 @ 0903 | | |
| **Provider** | ZEMBRZUSKA, HANNA DOMINIKA | **Clinic** | Psychiatry Be |
| **Diagnosis** | GENERALIZED ANXIETY DISORDER | **Facility** | WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE (ALCOHOLISM) | | |
| **Procedure** | Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management | **Procedure Date** | 15 May 2015 |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| Reason for Visit | Notes Entered by: PATSOS,ASHLEY N 13 May 2015 0800 |
| | OP GROUP/EST |

| | | | |
|---|---|---|---|
| Encounter Date | 13 May 2015 @ 0801 | | |
| Provider | REGIS, JAMES | Clinic | Substance Abuse NY |
| | | Facility | WRNMMC |
| Diagnosis | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | | |
| Procedure | Alcohol and/or drug services; case management | Procedure Date | 13 May 2015 |
| Procedure | Behavioral health counseling and therapy, per 15 minutes | Procedure Date | 13 May 2015 |
| Procedure | Alcohol and/or drug services; group counseling by a clinician | Procedure Date | 13 May 2015 |

| | | | |
|---|---|---|---|
| Reason for Visit | CBT-i | | |
| Encounter Date | 11 May 2015 @ 1134 | | |
| Provider | MELTON, APRIL M | Clinic | Psychiatry Be |
| | | Facility | WRNMMC |
| Diagnosis | GENERALIZED ANXIETY DISORDER | | |
| Procedure | Psychiatric Therapy Group Interactive | Procedure Date | 12 May 2015 |

| | |
|---|---|
| Reason for Visit | Notes Entered by: BROWN,CYNTHIA E 11 May 2015 1055 |
| | OP GROUP |

| | | | |
|---|---|---|---|
| Encounter Date | 11 May 2015 @ 1055 | | |
| Provider | REGIS, JAMES | Clinic | Substance Abuse NY |
| | | Facility | WRNMMC |
| Diagnosis | ALCOHOL DEPENDENCE (ALCOHOLISM) | | |
| Procedure | Alcohol and/or drug services; case management | Procedure Date | 11 May 2015 |
| Procedure | Alcohol and/or drug services; group counseling by a clinician | Procedure Date | 11 May 2015 |

| | |
|---|---|
| Reason for Visit | Notes Entered by: PATSOS,ASHLEY N 08 May 2015 0853 |
| | OP GROUP |

| | | | |
|---|---|---|---|
| Encounter Date | 08 May 2015 @ 0855 | | |
| Provider | GONZALEZZARAZUA, JORGE A | Clinic | Substance Abuse NY |
| | | Facility | WRNMMC |
| Diagnosis | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | | |
| Procedure | Alcohol and/or drug services; case management | Procedure Date | 08 May 2015 |
| Procedure | Alcohol and/or drug services; group counseling by a clinician | Procedure Date | 08 May 2015 |

| | | | |
|---|---|---|---|
| Reason for Visit | Physical Exam (SARP Related - Navy Yard), Dermatology issue as well | | |
| Encounter Date | 07 May 2015 @ 1302 | | |
| Provider | ARGUINZONI, JUAN B. | Clinic | Int Med CL C Medical Home BE |
| | | Facility | WRNMMC |
| Diagnosis | ALCOHOL ABUSE - IN REMISSION | | |
| Diagnosis | GENERALIZED ANXIETY DISORDER | | |
| Diagnosis | ALOPECIA AREATA | | |

| | |
|---|---|
| Reason for Visit | Notes Entered by: PATSOS,ASHLEY N 06 May 2015 0911 |
| | OP GROUP |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Encounter Date** | 06 May 2015 @ 0911 |
| **Clinic** | Substance Abuse NY |
| **Provider** | GONZALEZZARAZUA, JORGE A |
| **Facility** | WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician |
| **Procedure Date** | 06 May 2015 |
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure Date** | 06 May 2015 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 06 May 2015 0808 |
| | EST |
| **Encounter Date** | 06 May 2015 @ 0808 |
| **Clinic** | Substance Abuse NY |
| **Provider** | REGIS, JAMES |
| **Facility** | WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure Date** | 06 May 2015 |
| **Procedure** | Behavioral health counseling and therapy, per 15 minutes |
| **Procedure Date** | 06 May 2015 |

| | |
|---|---|
| **Reason for Visit** | PROCEDURE - SARP LABS |
| **Encounter Date** | 05 May 2015 @ 0841 |
| **Clinic** | Behavioral Health Qu |
| **Provider** | AILOR, LYNNE P |
| **Facility** | WRNMMC |
| **Diagnosis** | Laboratory Studies |
| **Diagnosis** | PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I |
| **Procedure** | Psychiatric Diagnostic Evaluation Review of Records and Reports |
| **Procedure Date** | 05 May 2015 |

| | |
|---|---|
| **Reason for Visit** | CBT-i |
| **Encounter Date** | 04 May 2015 @ 1411 |
| **Clinic** | Psychiatry Be |
| **Provider** | MELTON, APRIL M |
| **Facility** | WRNMMC |
| **Diagnosis** | GENERALIZED ANXIETY DISORDER |
| **Procedure** | Psychiatric Therapy Group Interactive |
| **Procedure Date** | 05 May 2015 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 04 May 2015 0846 |
| | OP GROUP |
| **Encounter Date** | 04 May 2015 @ 0846 |
| **Clinic** | Substance Abuse NY |
| **Provider** | REGIS, JAMES |
| **Facility** | WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician |
| **Procedure Date** | 04 May 2015 |
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure Date** | 04 May 2015 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 01 May 2015 0758 |
| | OP GROUP/EST |
| **Encounter Date** | 01 May 2015 @ 0759 |
| **Clinic** | Substance Abuse NY |
| **Provider** | GONZALEZZARAZUA, JORGE A |
| **Facility** | WRNMMC |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | | |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 01 May 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 01 May 2015 |
| **Procedure** | Behavioral health counseling and therapy, per 15 minutes | **Procedure Date** | 01 May 2015 |

**Reason for Visit**   CBT-i

| | | | |
|---|---|---|---|
| **Encounter Date** | 30 Apr 2015 @ 1031 | **Clinic** | Psychiatry Be |
| **Provider** | MELTON, APRIL M | **Facility** | WRNMMC |
| **Diagnosis** | GENERALIZED ANXIETY DISORDER | | |
| **Procedure** | Psychiatric Therapy Group Interactive | **Procedure Date** | 30 Apr 2015 |

**Reason for Visit**   Notes Entered by: PATSOS,ASHLEY N 29 Apr 2015 0854

OP GROUP

| | | | |
|---|---|---|---|
| **Encounter Date** | 29 Apr 2015 @ 0854 | **Clinic** | Substance Abuse NY |
| **Provider** | REGIS, JAMES | **Facility** | WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | | |
| **Procedure** | Alcohol and/or drug services; case management | **Procedure Date** | 29 Apr 2015 |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 29 Apr 2015 |

**Reason for Visit**   pha/navy

| | | | |
|---|---|---|---|
| **Encounter Date** | 28 Apr 2015 @ 0901 | **Clinic** | Medical Readiness Clinic Bethesda |
| **Provider** | PARSON, MARSHEA S | **Facility** | WRNMMC |
| **Diagnosis** | visit for: military services physical | | |
| **Diagnosis** | ASTHMA | | |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | | |
| **Diagnosis** | MAJOR DEPRESSION RECURRENT MODERATE | | |
| **Diagnosis** | ANXIETY DISORDER NOS | | |
| **Diagnosis** | ESSENTIAL HYPERTRIGLYCERIDEMIA | | |
| **Diagnosis** | POSTSURGICAL STATE OF EYE AND ADNEXA | | |
| **Diagnosis** | Patient Education | | |
| **Diagnosis** | ROSACEA | | |
| **Procedure** | Screening Test Of Visual Acuity, Quantitative, Bilateral | **Procedure Date** | 28 Apr 2015 |

**Reason for Visit**   Notes Entered by: PATSOS,ASHLEY N 27 Apr 2015 0824

OP GROUP

| | | | |
|---|---|---|---|
| **Encounter Date** | 27 Apr 2015 @ 0824 | **Clinic** | Substance Abuse NY |
| **Provider** | REGIS, JAMES | **Facility** | WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | | |
| **Procedure** | Alcohol and/or drug services; group counseling by a clinician | **Procedure Date** | 27 Apr 2015 |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure Date** | 27 Apr 2015 |

| | |
|---|---|
| **Reason for Visit** | Generalized Anxiety Disorder & Alcohol Use Disorder,Severe |
| **Encounter Date** | 23 Apr 2015 @ 0852 |
| **Clinic** | Psychiatry Be |
| **Provider** | ZEMBRZUSKA, HANNA DOMINIKA |
| **Facility** | WRNMMC |
| **Diagnosis** | GENERALIZED ANXIETY DISORDER |
| **Diagnosis** | ALCOHOL DEPENDENCE (ALCOHOLISM) |
| **Procedure** | Psychiatric Diagnostic Evaluation With Medical Evaluation And Management |
| **Procedure Date** | 23 Apr 2015 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 22 Apr 2015 1019 |
| | OP INTAKE |
| **Encounter Date** | 22 Apr 2015 @ 1022 |
| **Clinic** | Substance Abuse NY |
| **Provider** | GONZALEZZARAZUA, JORGE A |
| **Facility** | WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure Date** | 22 Apr 2015 |
| **Procedure** | Behavioral health screening to determine eligibility for admission to treatment program |
| **Procedure Date** | 22 Apr 2015 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 23 Mar 2015 0909 |
| | EST |
| **Encounter Date** | 23 Mar 2015 @ 0909 |
| **Clinic** | Substance Abuse NY |
| **Provider** | REGIS, JAMES |
| **Facility** | WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |
| **Procedure** | Behavioral health counseling and therapy, per 15 minutes |
| **Procedure Date** | 23 Mar 2015 |
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure Date** | 23 Mar 2015 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 20 Mar 2015 0737 |
| | EST |
| **Encounter Date** | 20 Mar 2015 @ 0737 |
| **Provider** | REGIS, JAMES |
| **Facility** | WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |
| **Procedure** | Alcohol and/or drug services; case management |
| **Procedure Date** | 20 Mar 2015 |
| **Procedure** | Behavioral health counseling and therapy, per 15 minutes |
| **Procedure Date** | 20 Mar 2015 |

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 19 Mar 2015 0755 |
| | LIP APPOINTMENT |
| **Encounter Date** | 19 Mar 2015 @ 0755 |
| **Clinic** | Substance Abuse NY |
| **Provider** | ARITA, ANTHONY A |
| **Facility** | WRNMMC |
| **Diagnosis** | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |

**Personal Data – Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Procedure** | Psychiatric Diagnostic Evaluation | **Procedure Date** | 19 Mar 2015 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: PATSOS,ASHLEY N 17 Mar 2015 0725 | | |
| | ASSESSMENT | | |
| **Encounter Date** | 17 Mar 2015 @ 0726 | **Clinic** | Substance Abuse NY |
| **Provider** | REGIS, JAMES | **Facility** | WRNMMC |
| **Diagnosis** | visit for: screening exam alcoholism | | |
| **Procedure** | Alcohol and/or drug assessment | **Procedure Date** | 17 Mar 2015 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | est | | |
| **Encounter Date** | 30 Oct 2014 @ 0730 | **Clinic** | Psychiatry Be |
| **Provider** | NILSEN, LINDA M | **Facility** | WRNMMC |
| **Diagnosis** | ANXIETY DISORDER NOS | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 45 Minutes | **Procedure Date** | 04 Nov 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | est | | |
| **Encounter Date** | 23 Oct 2014 @ 0745 | **Clinic** | Psychiatry Be |
| **Provider** | NILSEN, LINDA M | **Facility** | WRNMMC |
| **Diagnosis** | ANXIETY DISORDER NOS | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 45 Minutes | **Procedure Date** | 24 Oct 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: JORDAN,TIMOTHY W 22 Oct 2014 0935 | | |
| | flu vaccine | | |
| **Encounter Date** | 22 Oct 2014 @ 0935 | **Clinic** | FLU Cl Ki |
| **Provider** | JORDAN, TIMOTHY W | **Facility** | WRNMMC |
| **Diagnosis** | Vaccines Prophylactic Need Against Influenza | | |
| **Procedure** | Influenza Virus Vaccine Live Intranasal Quadrivalent | **Procedure Date** | 22 Oct 2014 |
| **Procedure** | Immunization Admin By Intranasal / Oral Route One Vaccine | **Procedure Date** | 22 Oct 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | est | | |
| **Encounter Date** | 16 Oct 2014 @ 0709 | **Clinic** | Psychiatry Be |
| **Provider** | NILSEN, LINDA M | **Facility** | WRNMMC |
| **Diagnosis** | ANXIETY DISORDER NOS | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 45 Minutes | **Procedure Date** | 16 Oct 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: RINIS,DONNA L 07 Oct 2014 0938 | | |
| | MRI results | | |
| **Encounter Date** | 07 Oct 2014 @ 0938 | **Clinic** | Int Med CL C Medical Home BE |
| **Provider** | RINIS, DONNA L | **Facility** | WRNMMC |
| **Diagnosis** | visit for: administrative purpose | | |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Diagnosis** | ANKLE SPRAIN LEFT |

**Reason for Visit**  Notes Entered by: AUSTIN,MARIE 01 Oct 2014 1834

Really health message

| | | | |
|---|---|---|---|
| **Encounter Date** | 01 Oct 2014 @ 1834 | | |
| **Provider** | AUSTIN, MARIE R | **Clinic** | Int Med CL C Medical Home BE |
| | | **Facility** | WRNMMC |
| **Diagnosis** | foot pain (soft tissue) | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Left knee pain/ paper work | | |
| **Encounter Date** | 26 Sep 2014 @ 1246 | | |
| **Provider** | AUSTIN, MARIE R | **Clinic** | Int Med CL C Medical Home BE |
| | | **Facility** | WRNMMC |
| **Diagnosis** | left ankle joint pain | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | est | | |
| **Encounter Date** | 25 Sep 2014 @ 0706 | | |
| **Provider** | NILSEN, LINDA M | **Clinic** | Psychiatry Be |
| | | **Facility** | WRNMMC |
| **Diagnosis** | ANXIETY DISORDER NOS | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 45 Minutes | **Procedure Date** | 25 Sep 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | | | |
| **Encounter Date** | 24 Sep 2014 @ 1506 | | |
| **Provider** | LAI, PHILOMENA C | **Clinic** | Phys Therapy CL BE |
| | | **Facility** | WRNMMC |
| **Diagnosis** | left ankle joint pain | | |
| **Procedure** | Physical Therapy Service Re-Evaluation | **Procedure Date** | 24 Sep 2014 |

**Reason for Visit**  Notes Entered by: TIVEY-ANDERSON,MILAN D 24 Sep 2014 1201

ASO ankle brace

| | | | |
|---|---|---|---|
| **Encounter Date** | 24 Sep 2014 @ 1202 | | |
| **Provider** | ANDERSON, PETER P | **Clinic** | Orthotics & Prosthetics Srv Be |
| | | **Facility** | WRNMMC |
| **Diagnosis** | Brace | | |
| **Procedure** | Ankle foot orthosis, multiligamentous ankle support, prefabricated, off-the-shelf | **Procedure Date** | 25 Sep 2014 |
| **Procedure** | Phys Ther Ed Checkout For Ortho/Prosth Use Estab Patient | **Procedure Date** | 25 Sep 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | est | | |
| **Encounter Date** | 18 Sep 2014 @ 0710 | | |
| **Provider** | NILSEN, LINDA M | **Clinic** | Psychiatry Be |
| | | **Facility** | WRNMMC |
| **Diagnosis** | ANXIETY DISORDER NOS | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 45 Minutes | **Procedure Date** | 25 Sep 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | est | | |
| **Encounter Date** | 11 Sep 2014 @ 0735 | **Clinic** | Psychiatry Be |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Provider** | NILSEN, LINDA M | **Facility** | WRNMMC |
| **Diagnosis** | ANXIETY DISORDER NOS | | |
| **Procedure** | Clinical Social Work Individual Outpatient Counseling 45 Minutes | **Procedure Date** | 25 Sep 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: AZARRAGA,ANN B 21 Aug 2014 0757 — Pt wanted clarification if he is being seen weekly starting on the 28th at 0730. | | |
| **Encounter Date** | 21 Aug 2014 @ 0758 | **Clinic** | Psychiatry Be |
| **Provider** | NILSEN, LINDA M | **Facility** | WRNMMC |
| **Diagnosis** | MAJOR DEPRESSION RECURRENT MODERATE | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: NILSEN,LINDA M 21 Aug 2014 0756 N/S This wrtier called and left a message for patient at 7:45 | | |
| **Encounter Date** | 21 Aug 2014 @ 0756 | **Clinic** | Psychiatry Be |
| **Provider** | NILSEN, LINDA M | **Facility** | WRNMMC |
| **Diagnosis** | MAJOR DEPRESSION RECURRENT MODERATE | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | est | | |
| **Encounter Date** | 08 Aug 2014 @ 0649 | **Clinic** | Phys Therapy CL BE |
| **Provider** | LAI, PHILOMENA C | **Facility** | WRNMMC |
| **Diagnosis** | left ankle joint pain | | |
| **Procedure** | Physical Therapy Service Re-Evaluation | **Procedure Date** | 08 Aug 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Rout | | |
| **Encounter Date** | 04 Aug 2014 @ 0932 | **Clinic** | Psychiatry Be |
| **Provider** | NILSEN, LINDA M | **Facility** | WRNMMC |
| **Diagnosis** | ANXIETY DISORDER NOS | | |
| **Procedure** | Psychiatric Diagnostic Evaluation | **Procedure Date** | 04 Aug 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | F/u | | |
| **Encounter Date** | 27 Jun 2014 @ 0829 | **Clinic** | Integrative Hlth & Well BE |
| **Provider** | YORK, CARLA M | **Facility** | WRNMMC |
| **Diagnosis** | anxiety | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | ANKLE SPRAIN LEFT | | |
| **Encounter Date** | 27 Jun 2014 @ 0753 | **Clinic** | Phys Therapy CL BE |
| **Provider** | LAI, PHILOMENA C | **Facility** | WRNMMC |
| **Diagnosis** | left ankle joint pain | | |
| **Procedure** | Physical Therapy: ___ Session Segments, 15 Minutes Each | **Procedure Date** | 27 Jun 2014 |
| **Procedure** | Physical Therapy Service Evaluation | **Procedure Date** | 27 Jun 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | anxiety | | |
| **Encounter Date** | 16 Jun 2014 @ 1238 | **Clinic** | Integrative Hlth & Well BE |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Provider** | JARRETT, ERICA M | **Facility** | WRNMMC |
| **Diagnosis** | GENERALIZED ANXIETY DISORDER | | |
| **Diagnosis** | NEUROTIC EXCORIATION | | |
| **Procedure** | Psychiatric Therapy Individual Approximately 30 Minutes | **Procedure Date** | 20 Jun 2014 |
| **Procedure** | Psychiatric Diagnostic Evaluation | **Procedure Date** | 19 Jun 2014 |
| **Procedure** | Psychiatric Diagnostic Evaluation Initial | **Procedure Date** | 16 Jun 2014 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | f/u after sprained ankle | | |
| **Encounter Date** | 16 Jun 2014 @ 0955 | **Clinic** | Int Med CL A Medical Home BE |
| **Provider** | CLARK, THOMAS STEPHEN | **Facility** | WRNMMC |
| **Diagnosis** | ANKLE SPRAIN LEFT | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: PEREZ,DULCE C 04 Jun 2014 0632 left ankle swelling | | |
| **Encounter Date** | 04 Jun 2014 @ 0633 | **Clinic** | Int Med Cons/Spec Care Cl Be |
| **Provider** | DOUGHERTY, DIANA L | **Facility** | WRNMMC |
| **Diagnosis** | ANKLE SPRAIN LEFT | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: ELLIS,KEISHA 30 May 2014 1141 REFERRAL | | |
| **Encounter Date** | 30 May 2014 @ 1141 | **Clinic** | AMH M01A Red Ki |
| **Provider** | COLEMAN, AUDREY G | **Facility** | WRNMMC |
| **Diagnosis** | left ankle joint pain | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | PHA/NAVY/NIOC | | |
| **Encounter Date** | 19 May 2014 @ 1141 | **Clinic** | AMH M01A Red Ki |
| **Provider** | UDE, ASSUMPTA O | **Facility** | WRNMMC |
| **Diagnosis** | ESSENTIAL HYPERTRIGLYCERIDEMIA | | |
| **Diagnosis** | visit for: military services physical | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | UDE-F/U FROM ER | | |
| **Encounter Date** | 06 May 2014 @ 1408 | **Clinic** | AMH M01A Red Ki |
| **Provider** | UDE, ASSUMPTA O | **Facility** | WRNMMC |
| **Diagnosis** | ARMED FORCES FITNESS FOR DUTY EXAM | | |
| **Diagnosis** | ANKLE SPRAIN LEFT | | |
| **Diagnosis** | visit for: exam following treatment | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: COPSEY,HELEN C 30 Dec 2013 0802 Called pt | | |
| **Encounter Date** | 30 Dec 2013 @ 0802 | **Clinic** | GI Clinic Bethesda |
| **Provider** | COPSEY, HELEN C | **Facility** | WRNMMC |
| **Diagnosis** | visit for: administrative purpose | | |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Reason for Visit** | TIO HIGH RISK MEDICAL SCREENING |
| **Encounter Date** | 07 Aug 2013 @ 1416 |
| **Provider** | SLOAN, DAWN M |
| **Diagnosis** | visit for: military services physical |

**Clinic** AMH M01A Red Ki
**Facility** WRNMMC

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: RYAN,LINDSEY O 05 Aug 2013 0903 |
| | update imm |
| **Encounter Date** | 05 Aug 2013 @ 0903 |
| **Provider** | WRAY, KIM D |
| **Diagnosis** | Vaccines Prophylactic Need Against Bacterial Diseases |
| **Procedure** | Meningococcal Oligosaccharide Diphtheria Toxoid Conjugate Vaccine |
| **Procedure** | Immunization Administration One Vaccine |

**Clinic** Immunization Kimbrough
**Facility** WRNMMC
**Procedure Date** 05 Aug 2013
**Procedure Date** 05 Aug 2013

| | |
|---|---|
| **Reason for Visit** | navy pha |
| **Encounter Date** | 10 Apr 2013 @ 1058 |
| **Provider** | UDE, ASSUMPTA O |
| **Diagnosis** | IMPAIRED FASTING GLUCOSE |
| **Diagnosis** | ESSENTIAL HYPERTRIGLYCERIDEMIA |
| **Diagnosis** | visit for: military services physical |
| **Diagnosis** | ANOMALIES OF SKIN |

**Clinic** AMH M01B Blue Ki
**Facility** WRNMMC

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: RYAN,LINDSEY O 21 Mar 2013 0914 |
| | ppd check |
| **Encounter Date** | 21 Mar 2013 @ 0914 |
| **Provider** | MASON, HAZEL J |
| **Diagnosis** | visit for: follow-up exam |

**Clinic** Immunization Kimbrough
**Facility** WRNMMC

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: PERRY,CHARLES 19 Mar 2013 1225 |
| | ANNAUL HEARING EXAM |
| **Encounter Date** | 19 Mar 2013 @ 1226 |
| **Provider** | PERRY, CHARLES |
| **Diagnosis** | visit for: occupational health / fitness exam |
| **Diagnosis** | visit for: ears / hearing exam |
| **Procedure** | Threshold Audiogram (Pure Tone) |

**Clinic** Hearing Conservation Kimbrough
**Facility** WRNMMC
**Procedure Date** 19 Mar 2013

| | |
|---|---|
| **Reason for Visit** | Notes Entered by: WRAY,KIM D 19 Mar 2013 0852 |
| | imm update |
| **Encounter Date** | 19 Mar 2013 @ 0852 |
| **Provider** | WRAY, KIM D |
| **Diagnosis** | Need For Vaccination Typhoid |
| **Diagnosis** | Need For Vaccination DTP + TAB |
| **Diagnosis** | visit for: screening exam pulmonary tuberculosis |

**Clinic** Immunization Kimbrough
**Facility** WRNMMC

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                                   **CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Procedure** | Immunization Administration One Vaccine | **Procedure Date** | 19 Mar 2013 |
| **Procedure** | Immunization Administration Each Additional Vaccine | **Procedure Date** | 19 Mar 2013 |
| **Procedure** | Skin Test Anergy Tuberculin Intradermal | **Procedure Date** | 19 Mar 2013 |
| **Procedure** | Typhoid Vaccine Vi Capsular Polysaccharide, For Intramus Use | **Procedure Date** | 19 Mar 2013 |
| **Procedure** | Tdap Vaccine | **Procedure Date** | 19 Mar 2013 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Ude  Personal | | |
| **Encounter Date** | 28 Jan 2013 @ 1012 | **Clinic** | AMH M01B Blue Ki |
| **Provider** | UDE, ASSUMPTA O | **Facility** | WRNMMC |
| **Diagnosis** | Guidance: Concerns About Unsafe Sexual Practices | | |
| **Diagnosis** | visit for: screening exam STD | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | UDE: ACNE | | |
| **Encounter Date** | 30 Nov 2012 @ 0826 | **Clinic** | AMH M01B Blue Ki |
| **Provider** | UDE, ASSUMPTA O | **Facility** | WRNMMC |
| **Diagnosis** | FOLLICULITIS | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Ude  Discuss Vasectomy | | |
| **Encounter Date** | 05 Nov 2012 @ 0835 | **Clinic** | AMH M01B Blue Ki |
| **Provider** | DING, YIMING | **Facility** | WRNMMC |
| **Diagnosis** | Need For Prophylactic Measure | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | FLU MIST | | |
| **Encounter Date** | 24 Oct 2012 @ 0849 | **Clinic** | FLU Cl Ki |
| **Provider** | JACOBS, MILLASENT J. | **Facility** | WRNMMC |
| **Diagnosis** | Vaccines Prophylactic Need Against Influenza | | |
| **Procedure** | Immunization Admin By Intranasal / Oral Route One Vaccine | **Procedure Date** | 24 Oct 2012 |
| **Procedure** | Influenza Virus Vaccine Live Intranasal | **Procedure Date** | 24 Oct 2012 |
| **Procedure** | Immunization Administration One Vaccine | **Procedure Date** | 24 Oct 2012 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | IBD vs mass | | |
| **Encounter Date** | 23 Oct 2012 @ 0738 | **Clinic** | GI Inflam Bowel Dis Be |
| **Provider** | COPSEY, HELEN C | **Facility** | WRNMMC |
| **Diagnosis** | Imaging Studies Nonspecific Abnormal Findings | | |
| **Diagnosis** | abdominal pain | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | Notes Entered by: AGOSTO,ROBERT 12 Oct 2012 0805 <br> Admission screening for CM services | | |
| **Encounter Date** | 12 Oct 2012 @ 0806 | **Clinic** | Wounded Warrior GWOT |
| **Provider** | AGOSTO, ROBERT | **Facility** | WRNMMC |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | |
|---|---|---|
| **Diagnosis** | CONDITIONS INFLUENCING HEALTH STATUS | |
| **Procedure** | Case Management, each 15 minutes | **Procedure Date** 12 Oct 2012 |
| **Procedure** | Coordinated care fee, maintenance rate | **Procedure Date** 12 Oct 2012 |

**Reason for Visit** cough/fever

**Encounter Date** 14 May 2012 @ 0846     **Clinic** Corry MHP

**Provider** BRADLEY, RACHAEL NAOMI     **Facility** NH Pensacola, FL

**Diagnosis** VIRAL SYNDROME

**Reason for Visit** chronic fever feelings

**Encounter Date** 10 May 2012 @ 1220     **Clinic** Corry MHP

**Provider** GUNTER, ROGER WILLIAM     **Facility** NH Pensacola, FL

**Diagnosis** VIRAL SYNDROME

**Reason for Visit** PHA PART II / VA

**Encounter Date** 06 Mar 2012 @ 1328     **Clinic** Readiness Center

**Provider** TREVEN, LAUREN A     **Facility** NH Pensacola, FL

**Diagnosis** visit for: occupational health / fitness exam

**Reason for Visit** flu SHOT

**Encounter Date** 02 Nov 2011 @ 1101     **Clinic** Corry MHP

**Provider** GRIMM, CHRISTOPHER T     **Facility** NH Pensacola, FL

**Diagnosis** Vaccines Prophylactic Need Against Influenza

**Procedure** Immunization Administration One Vaccine     **Procedure Date** 02 Nov 2011

**Procedure** Influenza Split Virus Vaccine 0.5mL Dosage Intramuscular Preservative Free     **Procedure Date** 02 Nov 2011

**Reason for Visit** 6 mo f/u

**Encounter Date** 07 Oct 2011 @ 0750     **Clinic** Ophthalmology Clinic

**Provider** ROPP, CORBY D     **Facility** NH Pensacola, FL

**Diagnosis** POSTSURGICAL STATE OF EYE AND ADNEXA

**Diagnosis** Aftercare Following Surgery Of Sense Organs

**Procedure** Determination Of Refractive State     **Procedure Date** 07 Oct 2011

**Procedure** Ophthalmological Prior Patient Start Comprehensive Care     **Procedure Date** 07 Oct 2011

**Reason for Visit** f/u skin check

**Encounter Date** 27 Jul 2011 @ 0826     **Clinic** Dermatology Clinic

**Provider** BRUMWELL, ERIC P     **Facility** NH Pensacola, FL

**Diagnosis** FOLLICULITIS

**Reason for Visit** PULM/LAB RESULTS/MEDS/20MIN

**Encounter Date** 26 Jul 2011 @ 1054     **Clinic** Pulmonary Disease Clinic

Daniel ANDERSON

**CONFIDENTIAL**

| | |
|---|---|
| **Provider** | LEWIS, CHRISTOPHER T |
| **Diagnosis** | ASTHMA |

**Facility** NH Pensacola, FL

| | |
|---|---|
| **Reason for Visit** | prk f/u |
| **Encounter Date** | 06 Jun 2011 @ 0822 |
| **Provider** | ROPP, CORBY D |
| **Diagnosis** | POSTSURGICAL STATE OF EYE AND ADNEXA |
| **Diagnosis** | Aftercare Following Surgery Of Sense Organs |
| **Procedure** | Postoperative Visit, Without Charge |

**Clinic** Ophthalmology Clinic
**Facility** NH Pensacola, FL
**Procedure Date** 06 Jun 2011

| | |
|---|---|
| **Reason for Visit** | 1 month PRK F/u |
| **Encounter Date** | 06 Jun 2011 @ 0758 |
| **Provider** | ROPP, CORBY D |
| **Diagnosis** | POSTSURGICAL STATE OF EYE AND ADNEXA |
| **Diagnosis** | Aftercare Following Surgery Of Sense Organs |
| **Procedure** | Postoperative Visit, Without Charge |

**Clinic** Ophthalmology Clinic
**Facility** NH Pensacola, FL
**Procedure Date** 06 Jun 2011

| | |
|---|---|
| **Reason for Visit** | prk f/u |
| **Encounter Date** | 04 May 2011 @ 0818 |
| **Provider** | ROPP, CORBY D |
| **Diagnosis** | SUPERFICIAL INJURY - ABRASION OF CORNEA |
| **Procedure** | Ophthalmological Prior Patient Start Comprehensive Care |

**Clinic** Ophthalmology Clinic
**Facility** NH Pensacola, FL
**Procedure Date** 04 May 2011

| | |
|---|---|
| **Reason for Visit** | 1 WEEK PRK F/U |
| **Encounter Date** | 26 Apr 2011 @ 0756 |
| **Provider** | ROPP, CORBY D |
| **Diagnosis** | Aftercare Following Surgery Of Sense Organs |
| **Diagnosis** | POSTSURGICAL STATE OF EYE AND ADNEXA |
| **Procedure** | Postoperative Visit, Without Charge |

**Clinic** Ophthalmology Clinic
**Facility** NH Pensacola, FL
**Procedure Date** 26 Apr 2011

| | |
|---|---|
| **Reason for Visit** | 1 DAY PRK F/U |
| **Encounter Date** | 22 Apr 2011 @ 0733 |
| **Provider** | ROPP, CORBY D |
| **Diagnosis** | POSTSURGICAL STATE OF EYE AND ADNEXA |
| **Diagnosis** | Aftercare Following Surgery Of Sense Organs |
| **Procedure** | Postoperative Visit, Without Charge |

**Clinic** Ophthalmology Clinic
**Facility** NH Pensacola, FL
**Procedure Date** 22 Apr 2011

| | |
|---|---|
| **Reason for Visit** | PRK Sx |
| **Encounter Date** | 21 Apr 2011 @ 0928 |
| **Provider** | ROPP, CORBY D |
| **Diagnosis** | REFRACTIVE ERROR - MYOPIA |

**Clinic** Refractive Surgery
**Facility** 81st Medical Group

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Procedure** | Photorefractive keratectomy (PRK) | **Procedure Date** | 21 Apr 2011 |

| | |
|---|---|
| **Reason for Visit** | PRK Screen |
| **Encounter Date** | 29 Mar 2011 @ 1219 |
| **Provider** | ROPP, CORBY D |
| **Diagnosis** | REFRACTIVE ERROR - MYOPIA |
| **Diagnosis** | visit for: preoperative exam |

**Clinic**   Ophthalmology Clinic
**Facility**   NH Pensacola, FL

| | | | |
|---|---|---|---|
| **Procedure** | Computerized Corneal Topography | **Procedure Date** | 29 Mar 2011 |
| **Procedure** | Scanning Computerized Ophthalmic Diagnostic Imaging Anterior Segment, Unilateral | **Procedure Date** | 29 Mar 2011 |
| **Procedure** | Corneal Pachymetry Both Eyes | **Procedure Date** | 29 Mar 2011 |
| **Procedure** | Determination Of Refractive State | **Procedure Date** | 29 Mar 2011 |
| **Procedure** | Ophthalmological New Patient Start Comprehensive Care | **Procedure Date** | 29 Mar 2011 |

| | |
|---|---|
| **Reason for Visit** | difficulty breathing (dyspnea) |
| **Encounter Date** | 17 Mar 2011 @ 1300 |
| **Provider** | LEWIS, CHRISTOPHER T |
| **Diagnosis** | difficulty breathing (dyspnea) |

**Clinic**   Pulmonary Function Lab
**Facility**   NH Pensacola, FL

| | | | |
|---|---|---|---|
| **Procedure** | Pulmonary Function Carbon Monoxide Diffusion % (DLCO) | **Procedure Date** | 24 Mar 2011 |
| **Procedure** | Bronchial Challenge With Methacholine | **Procedure Date** | 24 Mar 2011 |
| **Procedure** | Spirometry Pre-bronchodilator | **Procedure Date** | 24 Mar 2011 |
| **Procedure** | Spirometry Post-bronchodilator | **Procedure Date** | 24 Mar 2011 |
| **Procedure** | Special Dr. Services Analysis Of Computerized Data | **Procedure Date** | 24 Mar 2011 |
| **Procedure** | Pulse Oximetry | **Procedure Date** | 24 Mar 2011 |
| **Procedure** | Pulmonary Function MVV | **Procedure Date** | 24 Mar 2011 |
| **Procedure** | Pulmonary Function FRC (% Predicted Normal) | **Procedure Date** | 24 Mar 2011 |

| | |
|---|---|
| **Reason for Visit** | NASP/EVAL PRK/NO CONTACTS 30 DAYS/20/UNIF/MED LIST |
| **Encounter Date** | 16 Mar 2011 @ 0851 |
| **Provider** | ZENT, JOHN W |
| **Diagnosis** | PERIPHERAL RETINAL DEGENERATION - LATTICE |
| **Diagnosis** | REFRACTIVE ERROR - MYOPIA |

**Clinic**   NASP Optometry
**Facility**   NH Pensacola, FL

| | | | |
|---|---|---|---|
| **Procedure** | Determination Of Refractive State | **Procedure Date** | 16 Mar 2011 |
| **Procedure** | Ophthalmological Prior Patient Start Intermediate Level Care | **Procedure Date** | 16 Mar 2011 |

| | |
|---|---|
| **Reason for Visit** | NASP 3600/ROUT EYE EXAM/ME DLIST/CTD/20/REC/UOD |
| **Encounter Date** | 17 Feb 2011 @ 0946 |
| **Provider** | ZENT, JOHN W |
| **Diagnosis** | REFRACTIVE ERROR - MYOPIA |

**Clinic**   NASP Optometry
**Facility**   NH Pensacola, FL

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                    **CONFIDENTIAL**                    Page 64 of 67

| | | | | |
|---|---|---|---|---|
| **Procedure** | Corneal Pachymetry Both Eyes | | **Procedure Date** | 17 Feb 2011 |
| **Procedure** | Ophthalmological Prior Patient Start Comprehensive Care | | **Procedure Date** | 17 Feb 2011 |
| | | | | |
| **Reason for Visit** | ASTHMA EXTRINSIC/CTD/MED/REC/15/PULMN | | | |
| **Encounter Date** | 16 Feb 2011 @ 0755 | | **Clinic** | Pulmonary Disease Clinic |
| **Provider** | LEWIS, CHRISTOPHER T | | **Facility** | NH Pensacola, FL |
| **Diagnosis** | difficulty breathing (dyspnea) | | | |
| | | | | |
| **Reason for Visit** | pha/jacc/15 min/rec/rx/ct | | | |
| **Encounter Date** | 08 Feb 2011 @ 0824 | | **Clinic** | Readiness Center |
| **Provider** | BROWN, TRAVIS S | | **Facility** | NH Pensacola, FL |
| **Diagnosis** | visit for: occupational health / fitness exam | | | |
| **Diagnosis** | ASTHMA EXTRINSIC | | | |
| | | | | |
| **Reason for Visit** | MED REFILL | | | |
| **Encounter Date** | 24 Jan 2011 @ 1244 | | **Clinic** | Corry Prime Care |
| **Provider** | WIEDL, ERICA KITCHELL | | **Facility** | NH Pensacola, FL |
| **Diagnosis** | ALLERGIC RHINITIS | | | |
| | | | | |
| **Reason for Visit** | f/u skin check | | | |
| **Encounter Date** | 24 Nov 2010 @ 0814 | | **Clinic** | Dermatology Clinic |
| **Provider** | BRUMWELL, ERIC P | | **Facility** | NH Pensacola, FL |
| **Diagnosis** | SKIN NEOPLASM UNCERTAIN BEHAVIOR | | | |
| **Diagnosis** | visit for: screening exam malignant neoplasm skin | | | |
| **Procedure** | Biopsy Skin | | **Procedure Date** | 24 Nov 2010 |
| | | | | |
| **Reason for Visit** | flumist | | | |
| **Encounter Date** | 15 Nov 2010 @ 1337 | | **Clinic** | Corry Prime Care |
| **Provider** | WILLIAMS, TREVOR MICHAEL | | **Facility** | NH Pensacola, FL |
| **Diagnosis** | Vaccines Prophylactic Need Against Influenza | | | |
| **Diagnosis** | Parent Education: Immunizations | | | |
| **Procedure** | Immunization Administration One Vaccine | | **Procedure Date** | 15 Nov 2010 |
| **Procedure** | Influenza Virus Vaccine Live Intranasal | | **Procedure Date** | 15 Nov 2010 |
| | | | | |
| **Reason for Visit** | F/u biopsy | | | |
| **Encounter Date** | 13 Oct 2010 @ 0837 | | **Clinic** | Dermatology Clinic |
| **Provider** | BRUMWELL, ERIC P | | **Facility** | NH Pensacola, FL |
| **Diagnosis** | FOLLICULITIS | | | |
| | | | | |
| **Reason for Visit** | Suture Removal | | | |
| **Encounter Date** | 04 Oct 2010 @ 0756 | | **Clinic** | Dermatology Clinic |
| **Provider** | BRUMWELL, ERIC P | | **Facility** | NH Pensacola, FL |
| **Diagnosis** | Removal Of Sutures | | | |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| **Reason for Visit** | f/u skin check | | |
| **Encounter Date** | 28 Sep 2010 @ 0748 | **Clinic** | Dermatology Clinic |
| **Provider** | BRUMWELL, ERIC P | **Facility** | NH Pensacola, FL |
| **Diagnosis** | FOLLICULITIS | | |
| **Procedure** | Biopsy Skin | **Procedure Date** | 28 Sep 2010 |
| **Procedure** | Biopsy Skin Each Additional Lesion | **Procedure Date** | 28 Sep 2010 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | poss. allergic reaction | | |
| **Encounter Date** | 01 Sep 2010 @ 0824 | **Clinic** | Corry Prime Care |
| **Provider** | GUNTER, ROGER WILLIAM | **Facility** | NH Pensacola, FL |
| **Diagnosis** | ASTHMA EXTRINSIC | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | f/u skin check | | |
| **Encounter Date** | 25 Aug 2010 @ 0824 | **Clinic** | Dermatology Clinic |
| **Provider** | SMITH, ERIC P | **Facility** | NH Pensacola, FL |
| **Diagnosis** | FOLLICULITIS | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | ROSACEA/DERM-NHP/MED LIST/CTD/20/RECORDS/UNIFORM | | |
| **Encounter Date** | 20 Jul 2010 @ 0916 | **Clinic** | Dermatology Clinic |
| **Provider** | SMITH, ERIC P | **Facility** | NH Pensacola, FL |
| **Diagnosis** | FOLLICULITIS | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | allergic reaction | | |
| **Encounter Date** | 14 Jun 2010 @ 0932 | **Clinic** | Corry Prime Care |
| **Provider** | GUNTER, ROGER WILLIAM | **Facility** | NH Pensacola, FL |
| **Diagnosis** | ROSACEA | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | EYE EXAM-CONSULT FOR PRK/BLD 3600/UOD/REC/MEDS/GLASSES/CDT/20MINS | | |
| **Encounter Date** | 21 Apr 2010 @ 0755 | **Clinic** | NASP Optometry |
| **Provider** | ZENT, JOHN W | **Facility** | NH Pensacola, FL |
| **Diagnosis** | REFRACTIVE ERROR - MYOPIA | | |
| **Diagnosis** | PERIPHERAL RETINAL DEGENERATION - LATTICE | | |
| **Procedure** | Determination Of Refractive State | **Procedure Date** | 23 Apr 2010 |
| **Procedure** | Prescription & Fitting Bilateral Corneal Lenses (Not Aphakia | **Procedure Date** | 23 Apr 2010 |
| **Procedure** | Spectacles Services Fitting Monofocals (Not For Aphakia) | **Procedure Date** | 23 Apr 2010 |
| **Procedure** | Ophthalmological New Patient Start Comprehensive Care | **Procedure Date** | 23 Apr 2010 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | PHA PART 2/LABS DONE/JACC/UOD/RECORDS/20MIN/CTD | | |
| **Encounter Date** | 17 Mar 2010 @ 0727 | **Clinic** | Readiness Center |
| **Provider** | BROWN, TRAVIS S | **Facility** | NH Pensacola, FL |
| **Diagnosis** | visit for: occupational health / fitness exam | | |
| **Diagnosis** | ALLERGIC RHINITIS | | |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                                    **CONFIDENTIAL**                                    Page 66 of 67

| | | | |
|---|---|---|---|
| **Reason for Visit** | Anthrax Vaccine | | |
| **Encounter Date** | 09 Mar 2010 @ 0824 | **Clinic** | Corry Prime Care |
| **Provider** | THOMAS, JOSHUA L | **Facility** | NH Pensacola, FL |
| **Diagnosis** | Vaccines Prophylactic Need Against Bacterial Diseases | | |
| **Procedure** | Anthrax Vaccine, For Subcutaneous Use | **Procedure Date** | 09 Mar 2010 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | H1N1 | | |
| **Encounter Date** | 22 Dec 2009 @ 1100 | **Clinic** | Corry Prime Care |
| **Provider** | GUNTER, ROGER WILLIAM | **Facility** | NH Pensacola, FL |
| **Diagnosis** | Parent Education: Immunizations | | |
| **Procedure** | Influenza Virus Vaccine Pandemic Formulation | **Procedure Date** | 22 Dec 2009 |
| **Procedure** | Immunization Administration One Vaccine | **Procedure Date** | 22 Dec 2009 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | influenza | | |
| **Encounter Date** | 23 Sep 2009 @ 1440 | **Clinic** | Corry Prime Care |
| **Provider** | GUNTER, ROGER WILLIAM | **Facility** | NH Pensacola, FL |
| **Diagnosis** | Vaccines Prophylactic Need Against Influenza | | |
| **Diagnosis** | Parent Education: Immunizations | | |
| **Procedure** | Immunization Administration One Vaccine | **Procedure Date** | 23 Sep 2009 |
| **Procedure** | Influenza Virus Vaccine Live Intranasal | **Procedure Date** | 23 Sep 2009 |

| | | | |
|---|---|---|---|
| **Reason for Visit** | re-enlistment Phy | | |
| **Encounter Date** | 16 Sep 2009 @ 0805 | **Clinic** | Corry Phys Exams |
| **Provider** | GUNTER, ROGER WILLIAM | **Facility** | NH Pensacola, FL |
| **Diagnosis** | visit for: military services physical | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | REQUEST FOR LABS/JACC/20/MED LIST/CTD | | |
| **Encounter Date** | 20 Aug 2009 @ 0915 | **Clinic** | Corry Prime Care |
| **Provider** | HEDARIA, ELIZABETH A | **Facility** | NH Pensacola, FL |
| **Diagnosis** | exposure to STD | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | indoc | | |
| **Encounter Date** | 07 May 2009 @ 1355 | **Clinic** | Corry Health Promotion And Wel |
| **Provider** | LINVILLE, TREVOR S | **Facility** | NH Pensacola, FL |
| **Diagnosis** | Patient Education - HIV | | |
| **Diagnosis** | Guidance: Concerns About Unsafe Sexual Practices | | |
| **Diagnosis** | visit for: administrative purpose | | |
| **Diagnosis** | Inquiry And Counseling: Contraceptive Practices | | |

| | | | |
|---|---|---|---|
| **Reason for Visit** | abdominal pain | | |
| **Encounter Date** | 06 Mar 2006 @ 0759 | **Clinic** | NATTC MHP |

**Personal Data - Privacy Act of 1974 (PL 93-579)**

Daniel ANDERSON                                **CONFIDENTIAL**                                        Page 67 of 67

**Provider**  MAYNARD, PENELOPE A                    **Facility**   NH Pensacola, FL

**Diagnosis**   feared medical condition not demonstrated

**Diagnosis**   visit for: issue medical certificate fitness



**Personal Data - Privacy Act 1974 (PL 93-579)**
**For Official Use Only (FOUO)**
TRICARE Online (TOL) is a Department of Defense (DoD) computer system.  Use of this site is governed by
multiple DoD policies and terms summarized in the TRICARE Online Security Policy.  Many of these policies
are designed to protect the privacy of your personal information.  We encourage you to review these policies.

Subject: Medical Board - Request for Formal Board

Summary of medical symptoms how they effect my work and why I have been promotable and advanced even through the severity. This is from my perspective and on the fly my doctors may have more conclusive evidence. I have such chronic pain that the GI clinic cannot treat it while in the military. The pain is so bad that I have been granted a Maryland Medicinal Certification to relieve my chronic pain. The military says I am ok because I have advanced and served. I cannot put up with the pain for another 4 years.

IBS with Diarrhea:
- Symptoms: Pain (6-10 on the pain scale), Spasms, Urgency, Soiling of Pants
- Frequency: 2-10 episodes daily 5-30 minutes in length each
- Causes: Anxiety, Stress, Intestinal Pressure (Uniforms, Gas, Food), Physical Training, Specific Scents and Specific Foods/Derivatives.
- Other: Due to traffic; long drives to Fort Meade and Walter Reed soiling of pants has occurred. In some occurrences, soiling at work has occurred due to emergency urgency and being unable to remove my uniform in time or stuck on watch without a fast-enough relief. (At home this isn't an issue as I wear sweats and easily removable clothing). The pain has been treated in many ways but as of the last Gastroenterology appointment no military approved method has worked to treat my daily pain. I have advanced and been successful because of fear and my mental health conditions and because of being worried about life outside of the military. I may have done well so far but I am tired of forcing myself through extra pain and embarrassment from this condition which makes me suicidal on a regular basis.


Mental Health (Depression, Anxiety and Trauma):
- Symptoms: Inability to get along with coworkers and family, Seclusion, Under or Over exertion of task.
- Frequency: Daily
- Causes: Security Clearance, Military Life, Childhood Trauma which resulted in wrong career path choices and not being compatible with the military, IBS-D
- Other: These mental health conditions are what have made me successful but at the expense of my health. In attempt to over compensate and to earn peoples praise I have only led my life in a way to be praised for being successful, I.E. Promotions and working well. I do not have my own identity or normalization of relationships from friendships to even family; this has required heavy therapy to try and bring some sense of normalization to my thought patterns as well as to prevent suicidal ideation which I find would be my way out of the insurmountable overexertion that I find necessary to live and because of military life which has prevented me from moving on and healing as a person.

Respectfully,
Daniel Anderson

01/25/18



**Walter Reed National Military Medical Center**

Sherin Paul Psy.D.
Clinical Psychologist
Adult Behavioral Health Clinic - Outpatient
Walter Reed National Military Medical Center
(WRNMMC)
8901 Wisconsin Ave., Bethesda, MD 20889-5600

19 February 2018

TO:    CTN2 Anderson, Daniel Dennis (⬛)

THRU: Lieutenant Commander Bryan Pyle, Chief Adult Behavioral Health Clinic- Outpatient
Service, WRNMMC

SUBJECT: Unfitting Conditions for CTN2 Daniel Anderson

1. The purpose of this memorandum is to provide the Physical Evaluation Board (PEB) with information concerning the fitness of CTN2 Daniel Anderson to continue to serve as a Cryptologic Networking Technician (CNT) from a behavioral health perspective.

2. CTN2 Anderson has received behavioral health services at the Adult Outpatient Behavioral Health Clinic at Walter Reed National Military Medical Center since 04 August 2014 and consistently on a weekly basis with this provider since 15 November 2016. CTN2 Anderson was initially treated in 2014 for a diagnosis of Anxiety Disorder Not Other Wise Specified which was then revised to a diagnosis of Generalized Anxiety Disorder (GAD) in 2015. CTN2 Anderson also has a concurrent diagnosis of Major Depressive Disorder (MDD). Additionally, per available records, CTN2 Anderson also completed a 28-day inpatient program in March 2015 for a diagnosis of Alcohol Use Disorder and has maintained follow up outpatient treatment on this issue.

3. Despite long term compliance with treatment recommendations CTN2 Anderson's GAD and MDD diagnoses cause him various symptoms that limit his ability to serve in the military, including but not limited to the following: 1) consistent anxiety or depression affecting the ability to function independently, appropriately and effectively; 2) difficulty in adapting to stressful circumstances, including work or a work-like setting; and 3) and difficulty developing healthy coping skills to manage life stressors.

4. The above limitations prevent CTN2 Anderson from performing either his basic military duties or the duties of his rating. As a CNT, CTN2 Anderson works daily in a stressful position that requires him to maintain complex Information Technology (IT) networks containing secure, classified information. CTN2 Anderson's continued service would place at risk not only his mental health but also his sensitive work product, as his symptoms will likely continue to negatively interfere with his ability to efficiently, effectively, and accurately perform his duties.

5. In my professional medical opinion, CTN2 Anderson's GAD and MDD diagnoses, individually and when taken together, leave him unable to safely and reliably perform the duties required of a Cryptologic Networking Technician.

This document may contain information covered under the Privacy Act, 5 USC522(a), and/or the Health Insurance Portability and Accountability Act (PL104-191) and the various implementing regulations and must be protected in accordance with those provisions.


**Walter Reed
National Military
Medical Center**

6.  Questions regarding this memo can be directed to the undersigned at (301) 295-0500
    and/or <u>sherin.paul.ctr@mail.mil</u> .

Sherin Paul, Psy.D.
Clinical Psychologist
WRNMMC

This document may contain information covered under the Privacy Act, 5 USC522(a), and/or the Health Insurance Portability and Accountability Act (PL104-191) and the various implementing regulations and must be protected in accordance with those provisions.

# LATHAM&WATKINS LLP

## MEMORANDUM

Date:   February 12, 2017

From:   Tae Hee (Tamara) Kim, Esq. and Eugene Elrod, Esq., of Latham & Watkins LLP, on behalf of CTN2 Daniel Anderson

To:   President, Department of Navy Physical Evaluation Board (PEB)
Attention: Ms. Ton Jua Howard (TDRL)
720 Kennon Street
BLDG 36 STE 309
Washington Navy Yard, DC 20374-5023

Subj:   CTN2 Daniel Anderson's Request for Informal Reconsideration

Ref:   (a) SECNAVINST 1850.4E

(b) DoDI 1332.18

Encl:   Abbreviated Medical Evaluation Board Report dated June 13, 2017 (Exhibit A)

Abbreviated Medical Evaluation Board Report dated December 6, 2017 (Exhibit B)

Consolidated NARSUM (Exhibit C)

Compensation and Pension Exam Report for DBQ PSYCH Mental disorders Exam dated October 26, 2017 (Exhibit D)

Non-Medical Assessment (NMA) dated October 27, 2017 (Exhibit E)

Medical Record created October 30, 2017 at WRNMMC (Exhibit F)

Personal Health Information created on January 24, 2018 from the Military Electronic Health Record (Exhibit G)

Personal Summary of Medical Symptoms by Daniel Anderson (Exhibit H)

February 12, 2018
Page 2

**LATHAM&WATKINS**LLP

1. The purpose of this memorandum is to file the non-concurrence of CTN2 Daniel Anderson (hereafter, "Anderson") with the findings of the Informal Physical Evaluation Board (IPEB) and to request that the IPEB find his Irritable Bowel Syndrome (IBS), Generalized Anxiety Disorder (GAD) and Major Depressive Disorder (MDD) to be unfitting conditions.

2. Pursuant to SECNAVINST 1850.4E, the military disability retirement system is based on fitness for duty. Under SECNAVINST 1850.4E §3304, a member may be determined Unfit as a result of the overall effect of two or more impairments even though each of them, standing alone, would not cause the member to be referred into the DES or be found Unfit because of physical disability. Under §3306, if a preponderance (more than 50 percent) of the evidence indicates unfitness, a finding must be made to that effect. Under SECNAVINST 1850.4E §3306, each case is considered by relating the nature and degree of physical disability of the member to the requirements and duties that member may reasonably be expected to perform in his or her office, grade, rank or rating.

3. Under Appendix 2 of DoDI 1332.18, a Service member will be considered unfit when the evidence establishes that the member, due to disability, is unable reasonably to perform duties of his or her office, grade, rank, or rating, including those during a remaining period of Reserve obligation. A Service member may also be considered unfit when the evidence establishes that: 1) the Service member's disability represents a decided medical risk to the health of the member or to the welfare or safety of other members; or 2) the Service member's disability imposes unreasonable requirements on the military to maintain or protect the Service member.

4. On October 27, 2017, the Commanding Officer of the Cyber Strike Activity Sixty Three completed a Non-Medical Assessment (NMA) in Anderson's case, confirming the following facts: 1) considering Anderson's current physical condition, he is not worldwide assignable; and 2) he does not have good potential for continued service in his present physical and mental condition. Exhibit E, at 2-3. The NMA is the Commanding Officer's unbiased and accurate comments describing how the medical condition impacts the service member's ability to function within his/her rank and MOS/rating. *Id.*, at 1.

5. On November 6, 2017, the Medical Evaluation Board (MEB) at Walter Reed National Military Medical Center released a consolidated NARSUM finding the following diagnoses to fail the medical retention standards of the Navy: MDD, GAD, and IBS with Diarrhea. Exhibit C.

6. On December 6, 2017, after the IPEB found Anderson fit for duty, medical officers proposed in the Abbreviated Medical Evaluation Board Report that Anderson should continue on limited duty for his GAD, MDD and IBS.. Exhibit B. The clinical information provided by the medical officers stated:  1) that Anderson has anxiety, depression, and co-morbid medical condition that have significantly negatively impacted his ability to function at home and in his social environment; and 2) that the GI confirmed the IBS-D/P to be of such severity that it interferes with military activities of daily living (ADLs). *Id.*

7. In light of these facts, Anderson respectfully requests the PEB find him unfit for duty based on the following conditions:

February 12, 2018
Page 3

LATHAM&WATKINS LLP

**I. Irritable Bowel Syndrome (IBS), Fecal Urgency and Fecal Smearing**

8. Anderson requests that his IBS be found unfitting because it causes pain, spasms, fecal urgency, fecal leaking, fecal smearing, and soiling of pants. Exhibit H.

9. Anderson has reported a long history of GI symptoms dating back to childhood, but symptoms have been more frequent and disruptive over the past few years. Exhibit C. In 2016, Anderson was repeatedly diagnosed with "IBS with Diarrhea" on May 11, October 4, October 11 and November 28. Exhibit G. In 2017, Anderson continued to be diagnosed with "IBS with Diarrhea" at every one of the following doctor's appointments: on March 16, April 13, May 17, June 1, July 12, June 27, August 7, 2017, September 19, September 29, October 17, November 2, and December 6. *Id.* Similarly, Anderson was diagnosed with "Mixed Irritable Bowel Syndrome" on June 12, 2017, and with "Irritable Bowel Syndrome" (IBS) on July 13, 2017. *Id.* Finally, Anderson was diagnosed with Fecal Urgency and Soiling on September 19, 2017, and with Fecal Urgency and Fecal Smearing on September 29, 2017. Exhibit F.

10. On June 14, 2017, Anderson was placed on Limited Duty due to his IBS being of such "severity that it daily interferes with military Activities of Daily Living (ADLs)." Exhibit A. As part of Anderson's placement on limited duty, the military was required to allow him to be in "close proximity" to the bathroom at all times. Anderson's Limited Duty was extended on December 6, 2017. Exhibit B.

11. On November 6, 2017, the Medical Evaluation Board determined that Anderson's IBS failed medical retention standards due to his experiencing "generalized sharp, crampy abdominal pain about every 1-2 days that peaks prior to defecation," which is "triggered by physical activity, anxiety, and stress." Exhibit C. The MEB also based its decision on the fact that Anderson's IBS precluded both his deployment to an austere environment and his return to full duty in the next 12 months.

12. Anderson's IBS is incompatible with military service, permanently duty limiting, and thus unfitting for duty. Anderson's IBS, which is exacerbated by "physical activity and with increased anxiety/stress," is incompatible with general Navy life. Exhibit C. Anderson is unable to take a basic Navy physical fitness assessment, work in a deployed environment, or work in a high-stress, fast-paced unit without worsening his condition. Moreover, Anderson's fecal urgency and soiling is incompatible with his rating of Cryptologic Networking Technician (CNT). As a CNT, working in a secured facility, Anderson has soiled his pants on more than one occasion due to fecal urgency that left him unable to get to bathroom and remove his uniform in a timely fashion. Exhibit H.

**II. Generalized anxiety disorder (GAD) and Major depressive disorder (MDD)**

13. Anderson requests that his GAD and MDD, individually and when taken together, be found unfitting because the symptoms prevent him from performing, safely and reliably, the duties of his rating or even his basic military duties.

February 12, 2018
Page 4

LATHAM&WATKINS LLP

14. Anderson has been in mental health treatment regularly, with weekly visits to his psychiatrist since August of 2012. Exhibit D, at 5. Anderson was hospitalized in 2015 for 30 days at Fort Belvoir for inpatient treatment. *Id.*

15. Despite being in treatment for several years and on Limited Duty for over 6 months, Anderson's MDD and GAD continue to cause significant symptoms and limitations as illustrated by his NARSUM and VA DBQ PSYCH Mental disorders Exam (Psych DBQ) dated September 25, 2017. Exhibit D. Specifically, Anderson's NARSUM notes that his MDD results in sad mood, feelings of helplessness, feelings of hopelessness, low energy, anhedonia, and chronic suicidal ideation and that his GAD manifests in worry thoughts, rumination, restlessness, sleep disturbance, and panic attacks. Exhibit C.

16. Anderson's GAD and MDD create numerous symptoms that directly limit his ability to serve in the military and to function in the larger world. For example, Anderson's Psych DBQ states that he has "near-continuous panic or depression affecting the ability to function independently, appropriately and effectively," "difficulty in adapting to stressful circumstances, including work or a worklike setting," and "obsessional rituals which interfere with routine activities." Exhibit D.

17. Anderson's limitations not only prevent him from performing his basic military duties and the duties of his rating, but also place an undue risk and burden on both himself and the military. As a CNT, Anderson works daily in a stressful job that requires him to maintain complex Information Technology (IT) networks containing secure, classified information. Therefore, should the PEB find Anderson fit and Anderson were to continue service, the Navy would be placing at risk not only his mental health, but also its own secure documentation and information systems. This is because Anderson's continued work is likely to cause difficulty adapting, panic and depression, thereby resulting in mistakes, poor judgment, and limited functioning on his part.

18. Anderson's command believes that his medical conditions render him unfit for military service and prevent his further service. His commander personally endorsed the suspension of Anderson's access to TTS/SCI materials and facilities, and states that his mental health condition "has prompted a review by Department of the Navy Central Adjudication Facility to see if the member can retain his current level of security clearance," preventing him from completing regular CNT duties. Exhibit E, at 3-4. Moreover, since Anderson's condition, according to his NARSUM, is not likely to improve in the next 12 to 36 months, it appears that he will be disqualified from obtaining the security clearance required to do his job for an indefinite period. Exhibit C.

19. Perhaps the best evidence of Anderson's lack of fitness for duty in light of his MDD and GAD is his most recent Abbreviated MEB. In sharp contrast to the IPEB's finding that Anderson is fit for duty, the most recent Abbreviated MED placed him on his second period of limited duty. Exhibit B. From a mental health perspective, Anderson's second period of limited duty is even more limiting than was his first period of limited duty. The second period requires him to remain at Walter Reed for "extensive medical care," removing him indefinitely from his work as a CNT. In addition, Anderson's second period of limited duty precludes his participation in "late

**February 12, 2018**
**Page 5**

**LATHAM&WATKINS**LLP

night or overnight duty," excluding him from shift work that is common for a sailor serving as a CNT. *Id.* Moreover, Anderson's second period of limited duty prevents him from living on a boat, deploying, and from firing and carrying a weapon. *Id.*

## V. Conclusion

20. Contrary to what the PEB claimed in its IPEB response, all evidence in Anderson's medical records illustrate that his IBS, GAD and MDD limit his continued military service. There is no indication that Anderson is limited in his duties simply because his command does not trust him. In fact, as illustrated by his commander's NMA, his command documents that his medical conditions cause him to miss 30 hours of work per week and caused him to lose the clearance required to do his job as a CNT.

21. For the reasons set forth above and evidence enclosed herewith, Anderson respectfully requests that the PEB find his IBS, GAD, and MDD, individually and when taken together, render him unfit for continued military service.


    /s/ Tamara Kim
**Tae Hee (Tamara) Kim, Esq.**


    /s/ Gene Elrod
**Eugene Elrod, Esq.**

This work card is a space for PEB members to make notes and does not reflect their thoughts or analysis of the case.
The rationale alone represents their judgments.

# IDES FIT FPEB REQUEST

## ANDERSON, DANIEL ▮

### FORMAL HEARING DENIAL COMMENTS

| | FORMAL BOARD DENIED |
|---|---|

PRESIDING OFFICER:

2nd LINE OFFICER:

MEDICAL OFFICER:

**REVIEWED**
By John Reeser, President PEB at 1:33 pm, Feb 22, 2018

1. **WAS NEW INFORMATION RECEIVED?**    ⦿ Yes    ◯ No

2. **CHANGE TO UNFIT (revote in JDETS)?**    ◯ Yes    ⦿ No

NOTES:

Member's inability to perform is due to conduct not medical.
No change from informal findings.
Formal Board not recommended.

**REVIEWED**
By CAPT David McLean, MC, USN at 7:02 am, Feb 20, 2018

Reviewed, concur w/MO.  No change to IPEB, Fit.  Do not recommend formal board.

**REVIEWED**
By Col William Berris, USMC at 7:33 am, Feb 20, 2018

Reviewed, concur w/ IPEB findings.  Formal board not recommended.

**REVIEWED**
By CDR Diana Tersak, USN at 10:11 am, Feb 20, 2018

This work card is a space for PEB members to make notes and does not reflect their thoughts or analysis of the case.
The rationale alone represents their judgments.

that don't require patient authorization.  You, the recipient, are obligated
to maintain it in a safe, secure and confidential manner.  Redisclosure
without additional patient consent, or as permitted by law, is prohibited.
Unauthorized redisclosure or failure to maintain confidentiality subjects
you to application of appropriate sanction.  If you have received this
correspondence in error, please notify the sender at once and destroy any
copies you have made."

See below:



**DEPARTMENT OF THE NAVY**
SECRETARY OF THE NAVY COUNCIL OF REVIEW BOARDS
720 KENNON STREET SE STE 309
WASHINGTON NAVY YARD DC 20374-5023

IN REPLY REFER TO
1850
CORB:003
9 Jul 15

From:  Director, Secretary of the Navy Council of Review Boards
To:    President, Physical Evaluation Board

Subj:  DELEGATION OF AUTHORITY

Ref:   (a) SECNAVINST 1850.4E

1.  Pursuant to reference (a), § 4109, You are hereby delegated
authority to deny requests for formal hearings from service
members found fit for continued naval service by the Informal
Physical Evaluation Board.

J. A. RIEHL

Copy to:
Counsel

On 27 Jul 2015, DES Counsel PM informed CORB counsel that the attorneys would continue to press the
issue (see attached email).   S:\WNYD\JAG\JAG 16\DES DROP\A NEW DES DRIVE\DES
PROCESS\Authority to Deny Formal Request after FIT finding\RE  Formal requests post FIT finding.msg

Thanks for the heads-up.  As an aside, I subscribe to that principle of
administrative law that states powers can be delegated unless specifically
prohibited by law.  No such language is in the SECNAVINST.  However, we will
clarify in the instruction's revision and consider a fix in the interim.

RC

RCS BUPERS 1610-1

| | | 3. Date | | 4. SSN |
|---|---|---|---|---|
| | ON 2 | TW/SW | | |

| | | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|
| OFFICER DIRECT 63 | | REGULAR | 16SEP15 |

| | | | Period of Report | | |
|---|---|---|---|---|---|
| 12. Periodic | 13. Special | 14. From: 17JUL21 | | 15. To: 18MAR15 |

| | 20. Physical Readiness | 21. Billet Subcategory (if any) |
|---|---|---|
| 18. Concurrent | W | NA |

| | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| | CDR | 1810 | CO | 37700 | 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 |

...personnel, expertise, and equipment to conduct Offensive and ...rations in support of U.S. Cyber Command (USCYBERCOM) and the Cyber ...ONet) Defend the Nation (DTN) missions.

(...ary duty abbreviation in box.)
...: GARRISON SUPPORT-8. Provides personnel support to Cryptologic ...-6: TEMADD: 17AUG29-17SEP26. WATCH: OFFICER OF THE DECK-8. PFA:

| ...ting EVAL, ...sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 17OCT06 | JORDAN, S C | |

...standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0
...s; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| 1.0*  Below Standards | 2.0 Pro- gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|
| ...dge of rating, specialty ...apply knowledge to solve ...advancement/PQS | - | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. [X] | - | -Recognized expert, sought out by all for technical knowledge -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction |
| ...nsive supervision. ...frequently needs rework. ...wasteful of resources. | - | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. [X] | - | - Needs no supervision - Always produces exceptional work. No rework required - Maximizes resources. |
| ...counter to Navy's retention/ ...encouraging or professional ...te ...under and ...affect Command/ ...ory behavior. Fails ...n) | - | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy [X] | - | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader exemplary mentor. Involved in subordinates' personal development leading to professional growth sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| ...rance ...plying in ...nces ...rd ...ards Navy ...COURAGE | - | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | - | - Exemplary personal appearance - Model of conduct, on and off duty - A leader in physical readiness - Exemplifies Navy Core Values HONOR, COURAGE, COMMITMENT |
| ...manance ...ardless of ...qualifications | - | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. [X] | - | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. |

EVALUATION REPORT (E1-E6) (cont'd)

RCS BUPERS 1610-1

| | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|
| | Supports others' efforts, meets team's goals. | | - Team builder, inspires cooperation and progress. |
| | Reliable team member, employs good teamwork techniques. | | - Focuses goals and techniques for teams. |
| | Accepts and offers team direction. | X | - The best at accepting and offering team direction. |
| | - Effectively stimulates growth/development in subordinates. | | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. |
| | - Organizes successfully, implementing process improvements and efficiencies. | | - Superb organizer, great foresight, develops process improvements and efficiencies. |
| | - Sets/achieves useful, realistic goals that support command mission. | | - Leadership achievements dramatically further command mission and vision. |
| | - Performs well in stressful situations. | | - Perseveres through the toughest challenges and inspires others |
| | - Clear, timely communicator. | | - Exceptional communicator. |
| | - Ensures safety of personnel and equipment. | X | - Makes subordinates safety-conscious, maintains top safety record |
| | | | - Constantly improves the personal and professional lives of others |

Qualified this individual for (maximum of two): Assignment in Rating, Promotion, Above Special Programs, Commissioning Programs, Officer Programs, Rating Instructor Duty, Other (Be specific)

NONE

42. Signature of Rater (Typed Name & Rate)  I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0

SPRAGUE, T L, ISC            Date: 16 MAR 18

PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable to period only. Use upper and lower case.

Anderson reassigned to CWG-6/CSA-63 holding department in a limited duty capacity addressing medical treatment requirements approximately 3-4 days a week.

TRAINER.  Provided 18 hours of EIWS training to 15 personnel to include four First Class Petty Officers, three Second Class Petty Officers and eight junior Sailors that these Sailors completing EIWS Books 1 and 2.

SUPPORTER.  Assisted in the completion of a Standard Operating Procedure for Garrison Division, which assisted leadership establishing overall processes and vision for the 15 Sailor Garrison Division.

Anderson is not recommended for retention or advancement.

ACHIEVEMENTS - Education, awards, community involvement, etc., during this period

| | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention |
|---|---|---|---|---|---|---|
| | | X | | | | Not Recommended [X]   Recommended [ ] |
| | 0 | 1 | 0 | 1 | 0 | |

48. Reporting Senior Address
COMMANDING OFFICER
CYBERSTRKACT 63
9800 SAVAGE RD, SUITE 6235
FT MEADE, MD 20755-6585

Grade/Rate: I have reviewed the evaluation of this member and provided written explanation to support the marks of 1.0 and 5.0.
Date: 16 MAR 18

50. Signature of Reporting Senior
Deb Yndllo            Date: 16 MAR 18

Summary Group Average   3.50

52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

I have seen this report, been apprised of my performance/statement.
[ ] I intend to submit a statement.  [X] I do not intend to submit a statement.
Date: 2 MAR 18

FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 1236

**LATHAM&WATKINS**LLP

Code 16
02 04 2018

MEMORANDUM THRU Physical Evaluation Board Liaison Office, NMC Portsmouth, VA

FOR Mr. Jeffrey Riehl, Director, SECNAVCORB, 720 Kennon Street SE, Suite 309, Washington Navy Yard, Washington DC, 20734-5106

SUBJECT: SECNAVCORB Petition for Relief for CTN2 Daniel Anderson

1. Our client, CTN2 Daniel Anderson (hereafter "Anderson"), is a Sailor undergoing evaluation in IDES.  On 02 04 18. PEB President J.D. Reeser denied Anderson's request for a Formal Physical Evaluation Board (FPEB) Hearing.

2. **Request for Relief:**

   a. Undersigned counsel for Anderson ("Counsel") submit that it was improper for the PEB President to deny Anderson's request for a Formal PEB Hearing. Counsel respectfully request that you revisit this decision.

   b. Counsel further submit that Anderson is unfit to continue on active duty. Accordingly, Counsel respectfully request that a Formal Hearing be scheduled with personal appearance and Counsel to present this matter for consideration on the merits.

3. Regarding the Authority to Deny a Formal Hearing:

   a. SECNAVINST 1850.4E, Encl. 4 § 4109 clearly dictates the role of the PEB in the Formal Hearing process:

      i. "The President, PEB, may grant a request for a hearing before a Formal PEB or recommend to the DIRNCPB, that the request be denied.  The DIRNCPB, upon review of the case may grant the request  for a hearing or deny it.  The decision of the Director in any case will not be subject to appeal."

   b. SECNAV explicitly withheld from the PEB President authority to deny a Formal Hearing, specifying instead the PEB President may only "recommend" a denial. This bifurcated appeal process ensures that the member receives due process, rather than appealing to the same entity whose proposed findings are in dispute.

   c. SECNAVCORBINST  5216.1G, as illustrated by its title ("Authority to Sign... ") and sub-headings ("Signatory Authority"), merely delegates clerical authority to "sign" correspondence.  It does not delegate decision-making authority.

LATHAM&WATKINS LLP

    i.  The same is true of SECNAVINST M-5216.5 CORRESPONDENCE MANUAL (Jun 2015), superseding SECNAVINST 5216.50 (Aug 1996), which some cite to support the position that that an officer may sub-delegate authority delegated to him or her, unless the delegation restricts sub-delegation. This also applies only to signatory authority (see§ 2- 2(5)(b)(1) and title, "Delegation of Signature Authority").

d.  Furthermore, SECNAVCORBINST 5216.1G fails to meet the specificity requirement of SECNAV M-5216.5:

    i.  Per SECNAV M-5216.5 §2-2(5)(b)(1): "For each individual that the delegation of authority applies, a letter so delegating that authority to the individual, by name, will be prepared."

    ii.  SECNAVORBINST 5216.1G fails to specify Mr. Reeser by name, listing instead "President or Executive Secretary PED (own title)."

e.  With respect to the SECNAVCORB delegation memorandum, Counsel respectfully submit that it is improper for SECNAVCORB to re-delegate this authority.

    i.  The Secretary explicitly made his wishes clear in SECNAVINST 1850.4E, Encl. 4 § 4109. The PEB President may "recommend to the DIRNCPB, that the request [for a Formal Hearing] be denied."

    ii.  It is not logically sound that the PEB President would "recommend to [DIRSECNAVCORB] that the request be denied" if the PEB President were making the decision himself.

    iii.  Nor does it follow that the Secretary would direct the PEB President to recommend to a third party that a Formal Hearing be denied, if the Secretary intended for the PEB President have authority to deny a Formal Hearing.

    iv.  DIRSECNAVCORB's delegation counteracts the expressed intent of the Secretary. SECNAVINST § 4109 established a process which allows the PEB President to grant and reconsider his own decision, but requires *another* authority to review and ultimately deny (without further appeal) the PEB President's proposal. Because the Secretary required the CORB to review the decisions of the PEB, it is illogical that CORB, without approval from the Secretary of the Navy, would delegate power to the PEB President to uphold his own decision without an avenue for appeal.

f.  Even if DIRSECNAVCORB believed that it were appropriate to re-delegate authority originally delegated to him by SECNAV, he may not re-delegate such authority to the PEB President.

**LATHAM&WATKINS**LLP

     i.  The Secretary was explicit in his intentions that the PEB may only "recommend" denial, and a third party must review and implement.

     ii.  Because the Secretary explicitly limited the PEB President to recommending a course of action, delegation of ultimate authority to the PEB President without appeal is contrary to SECNAVINST 1850.4E, Encl. 4 § 4109.

  g.  Finally, even if DIRSECNAVCORB believed that it were appropriate to re-delegate the authority to deny a Formal Hearing, he would remain responsible for ensuring that any such denial was proper.

     i.  US Navy Regulations § 1022 (1990), Delegations of Authority, states that:

        1.  "The delegation of authority and the issuance of orders and instructions by a person in the naval service shall not relieve such person from any responsibility imposed upon him or her. He or she shall ensure that the delegated authority is properly exercised and that his or her orders and instructions are properly executed."

  h.  In filing this appeal, Counsel respectfully request that DIRSECNAVCORB "ensure that the delegated authority [was] properly exercised" in the denial of my Formal Hearing request.

4.  Regarding the Informal (FIT/UNFIT) Findings of the PEB:

  a.  For the aforementioned reasons, Counsel respectfully request that a Formal Hearing be scheduled with personal appearance and assigned Counsel to present this matter for a Formal Hearing on the merits.

  b.  POC is Michael S. Yedinak, DES Counsel, NMC Portsmouth, VA 23708, 757-953-5877, michael.s.yedinak.mil@mail.mil.

Respectfully submitted,

Tae Hee (Tamara) Kim and Eugene Elrod
Latham & Watkins
555 11th St NW Suite 1000
Washington DC 20004

*Counsel for CTN2 Daniel Anderson*



**DEPARTMENT OF THE NAVY**
SECRETARY OF THE NAVY COUNCIL OF REVIEW BOARDS
720 KENNON STREET SE STE 309
WASHINGTON NAVY YARD DC 20374-5023

IN REPLY REFER TO

1850
PEB Index N21800148
08 Mar 2018

From:    President, Physical Evaluation Board
To:      Chief of Naval Personnel

Subj:    NOTIFICATION OF DECISION

Ref:     (a) SECNAVINST 1850.4E

1.  Per reference (a), the President, Physical Evaluation Board acting for the Secretary of the Navy has considered the physical condition of the following members of the Naval Service as referred by a medical board to determine each individual's fitness for duty.

2.  FINDING.   In each instance the member is found **FIT** to perform the duties of his/her office, grade, or rank on active duty

3.  DISPOSITION.   You are requested to take appropriate action to **CONTINUE THESE SERVICE MEMBERS ON ACTIVE DUTY** until such active duty is terminated under other provisions of law or regulation.

Member                                           SSN

CTN2 Daniel D ANDERSON, USN                      ███████

/s/B. B. Fortney
PEB Enbloc Department
By direction

AR 1240

This work card is a space for PEB members to make notes and does not reflect their thoughts or analysis of the case.
The rationale alone represents their judgments.

See attachments for signed
FB Denial Letter

# IDES FIT FPEB REQUEST

███████

## FORMAL HEARING DENIAL COMMENTS

PRESIDING OFFICER:

2nd LINE OFFICER:

MEDICAL OFFICER:

**1. WAS NEW INFORMATION RECEIVED?**    ⦿ Yes    ○ No

**2. CHANGE TO UNFIT (revote in JDETS)?**    ○ Yes    ⦿ No

**NOTES:**

Member's inability to perform is due to conduct not medical.
No change from informal findings.
Formal Board not recommended.



Reviewed, concur w/MO.  No change to IPEB, Fit.  Do not recommend formal board.



Reviewed, concur w/ IPEB findings.  Formal board not recommended.

This work card is a space for PEB members to make notes and does not reflect their thoughts or analysis of the case.
The rationale alone represents their judgments.



## Integrated Disability Evaluation System (IDES)
### IPEB Election of Options (EOO)

1/24/18

Date

From | Daniel Anderson E-5  | WRNMMC

Rank/Name | Last 4 | Hospital

To:     President, Physical Evaluation Board

Subj:   **IDES ELECTION OF OPTIONS**

Ref:    (a) OUSD Directive-Type Memoranda (DTM) dtd 19 Dec 2011
        (b) SECNAVINST 1850.4E

1.   I acknowledge receipt of my Physical Evaluation Board (PEB) findings and appropriate counseling regarding my IDES Election of Options. I understand my PEB Findings and options, and choose the following option(s) in accordance with references (a) and (b). I understand the PEB will finalize my case (as *Presumed Acceptance*) if I do not choose an option within ten (10) calendar days from the day I received my findings.

2.   <u>Right to legal counsel</u>. I understand my right to consult with an attorney prior to completing this form. Upon my request, a government lawyer (at no charge) will be assigned to represent me. I also have the right to be represented by private counsel, but at my sole expense.

   Note: I understand my right to consult with an attorney does not delay my ten (10) day period to decide my option(s).

3.   <u>eBenefits</u> – I am aware of the eBenefit web portal; a veteran and family gateway web portal to benefit information. eBenefits provides a central location for veterans, service members, and their families to research, find, access, manage benefits and personal information. I may access eBenefits web portal at https://www.ebenefits.va.gov/ebenefits-portal/ebenefits.portal.

4.   <u>Compensation and Benefits Handbook</u> – I am aware of the *TurboTap* Transition Assistant Program and the <u>Compensation and Benefits Handbook for Seriously Ill and Injured Members of the Armed Forces</u> web portal at: http://turbotap.org/register.tpp.

5.   "<u>*Quick Series*</u>" Guide – I have received my *Quick Series: Guide to the IDES* to ensure that I understand the basic components of the IDES and where to go for help.

6.   <u>VA Vocational Rehabilitation and Employment (VRE)</u> – I am aware of the VA Vocational Rehabilitation and Employment web portal that provides a central location for service members & their families to research, & gather information on VA VRE benefits. I may access the VRE portal at http://www.vba.va.gov/bln/vre/.

7.   <u>Service obligation for Military Officers</u>. I understand that Service Headquarters will determine my obligated service requirements.

To ensure my choice is accurately understood, I will <u>initial</u> the bottom of each page and the appropriate sections:

Initials

**INFORMAL PEB FINDINGS**

I. _____ I accept / do not accept *(initial and circle your decision)* **the Informal PEB's fitness determination.**

- *If accepting, proceed to section II.*
- *If contesting, proceed to section III.*

# SECTION II (Accept)

II. **I ACCEPT the Informal PEB's finding(s). I *do not* request a Formal PEB hearing, *waive my right* to submit new and/or additional information, and (*Select the Following*):**

- Note: Options A and B are not available for members enrolled in PLD.

A._____ I request to remain on active duty in a Permanent Limited Duty (PLD) status until _____. I understand I am responsible for sending my PLD Request (with justification and Command endorsement) within fifteen (15) calendar days from today's counseling date, to COMNAVPERSCOM (PERS-4821) or CMC (MMSR-4) with concurrent notification to the PEB. I understand the PEB does not approve my PLD.

B. _____ (For UNFIT Navy members only) I request my separation/retirement date be on _____. Requested date must be no less than 30 days, but not more than 60 days from the day, I received notice of my PEB findings. I understand the PEB does not determine my separation/retirement date.

C. _____ Request the Department of Veterans Affairs (VA) reconsider my disability rating percentage(s).

Note: I understand that:
1. The VA will ONLY reconsider the disability rating(s) for the condition(s) the PEB determined were Unfitting.
2. The request for a VA disability rating reconsideration *must* include new medical evidence or sufficient justification of an error to warrant reconsideration.
3. I understand the PEB will finalize my case (without forwarding for a VA Reconsideration) if I fail to submit new medical evidence or sufficient justification of an error to warrant reconsideration within ten (10) calendar days from the day I received my findings.
4. Upon receipt of the VA Reconsideration, the PEB will immediately finalize my case, notify my service headquarters, and send me the VA's Reconsideration.
5. Although I am permitted only a one-time VA disability rating reconsideration while in the DES, upon my separation/retirement I may appeal my disability ratings directly to the VA per 38 CFR Part 3. Additionally, I understand I have the opportunity to be represented before the VA by a VA-accredited attorney, agent, or representative of a VA-recognized Service organization.

_____
Initials

_____ The following list contain the condition(s), together with the supporting documentation, I desire the PEB to forward to the VA for reconsideration on my disability rating percentage(s).

_____ Provided documentation:  ☐ Yes:  ☐ No

_____ Provided documentation:  ☐ Yes:  ☐ No

_____ Provided documentation:  ☐ Yes:  ☐ No

_____ Provided documentation:  ☐ Yes:  ☐ No

Please explain and/or provide statement:

_____

_____

_____

_____

_____

_____

Note: Attachment including medical and/or non-medical documentation justifying an error warranting reconsideration must be included together with this EOO.

_____
Initials

## SECTION III (Contest)

**III.**   **I DO NOT ACCEPT and CONTEST the Informal PEB's finding(s), and**:

_DA_   I request a Formal PEB hearing to contest only my fitness determination.
*(For a VA Reconsideration refer to paragraph II (C))*

Note: I understand that:
1. The PEB will ONLY consider the fitness determination (Fit or Unfit), and will not consider the disability rating percentage(s); Rating percentage(s) will be determined by the VA.  (Not applicable for TDRL)
2. Because a Formal Hearing is a "*de novo*" proceeding, my previous PEB findings can change.
3. I am entitled and strongly encouraged to submit a statement clearly indicating the reason(s) for contesting the Informal PEB's fitness determination.  This statement should include the final PEB result I desire.
4. This formal hearing will be a full and fair hearing, and I will be appointed a government lawyer (at no charge) to represent me.  I also have the right to be represented by private counsel, but at my sole expense.

Select and initial as applicable:

_DA_   Per SECNAVINST 1850.4E §§ 3202, 3302, I request that the PEB determine the following diagnosis(es) as unfitting:

| | Provided documentation: | Yes: | No |
|---|---|---|---|
| MAJOR DEPRESSIVE DISORDER | Provided documentation: ☒ Yes: | ☐ No |
| GENERALIZED ANXIETY DISORDER W/ PANIC DISORDER W/ DIARRHEA | Provided documentation: ☒ Yes: | ☐ No |
| IRRITABLE BOWEL SYNDROME W/ | Provided documentation: ☒ Yes: | ☐ No |
| _____ | Provided documentation: ☐ Yes: | ☐ No |
| _____ | Provided documentation: ☐ Yes: | ☐ No |

Please explain and/or provide statement:

_____

_____

_____

_____

Note: Attachment including medical and/or non-medical documentation justifying an error warranting reconsideration may be included together with this EOO.

_DA_
Initials

# Member's local mailing address/telephone number:

Address where service member will by flying from

ADDRESS: ████████████████████████

GLEN   BURNIE  , MD

████████████

AIRPORT NAME: _____

DATE OF BIRTH: ████████████ 85

PHONE #s:

HOME ████████████         ORK: (____) _____

CELL: (____) _____     FAX: (____) _____

EMAIL ADDRESS: ████████████ @ GMAIL.com

**Admin/PSD address:** (*Complete Address Required*) COMMANDING OFFICER (SA63)
9800   SAVAGE  ROAD
FORT   GEORGE  G   MEADE  MD    20755

DANIEL ANDERSON          [signature]          2 - 13-18
Member's name (Printed)        Signature                Date

........................................................................................

## PEBLO CERTIFICATION/SIGNATURE

I certify upon the penalty of perjury that I fulfilled the counseling requirements in accordance with references (a) through (b), and that I forwarded the Member's election of options to the Physical Evaluation Board.

Lakeisha Brower          [signature]          1/24/18
PEBLO NAME                Signature                Date

[initials]
Initials

# LATHAM&WATKINS LLP

## MEMORANDUM

Date:    February 12, 2017

From:    Tae Hee (Tamara) Kim, Esq. and Eugene Elrod, Esq., of Latham & Watkins LLP, on behalf of CTN2 Daniel Anderson

To:      President, Department of Navy Physical Evaluation Board (PEB)
         Attention: Ms. Ton Jua Howard (TDRL)
         720 Kennon Street
         BLDG 36 STE 309
         Washington Navy Yard, DC 20374-5023

Subj:    CTN2 Daniel Anderson's Request for Informal Reconsideration

Ref:     (a) SECNAVINST 1850.4E

         (b) DoDI 1332.18

Encl:    Abbreviated Medical Evaluation Board Report dated June 13, 2017 (Exhibit A)

         Abbreviated Medical Evaluation Board Report dated December 6, 2017 (Exhibit B)

         Consolidated NARSUM (Exhibit C)

         Compensation and Pension Exam Report for DBQ PSYCH Mental disorders Exam dated October 26, 2017 (Exhibit D)

         Non-Medical Assessment (NMA) dated October 27, 2017 (Exhibit E)

         Medical Record created October 30, 2017 at WRNMMC (Exhibit F)

         Personal Health Information created on January 24, 2018 from the Military Electronic Health Record (Exhibit G)

         Personal Summary of Medical Symptoms by Daniel Anderson (Exhibit H)

LATHAM&WATKINS LLP

1. The purpose of this memorandum is to file the non-concurrence of CTN2 Daniel Anderson (hereafter, "Anderson") with the findings of the Informal Physical Evaluation Board (IPEB) and to request that the IPEB find his Irritable Bowel Syndrome (IBS), Generalized Anxiety Disorder (GAD) and Major Depressive Disorder (MDD) to be unfitting conditions.

2. Pursuant to SECNAVINST 1850.4E, the military disability retirement system is based on fitness for duty. Under SECNAVINST 1850.4E §3304, a member may be determined Unfit as a result of the overall effect of two or more impairments even though each of them, standing alone, would not cause the member to be referred into the DES or be found Unfit because of physical disability. Under §3306, if a preponderance (more than 50 percent) of the evidence indicates unfitness, a finding must be made to that effect. Under SECNAVINST 1850.4E §3306, each case is considered by relating the nature and degree of physical disability of the member to the requirements and duties that member may reasonably be expected to perform in his or her office, grade, rank or rating.

3. Under Appendix 2 of DoDI 1332.18, a Service member will be considered unfit when the evidence establishes that the member, due to disability, is unable reasonably to perform duties of his or her office, grade, rank, or rating, including those during a remaining period of Reserve obligation. A Service member may also be considered unfit when the evidence establishes that: 1) the Service member's disability represents a decided medical risk to the health of the member or to the welfare or safety of other members; or 2) the Service member's disability imposes unreasonable requirements on the military to maintain or protect the Service member.

4. On October 27, 2017, the Commanding Officer of the Cyber Strike Activity Sixty Three completed a Non-Medical Assessment (NMA) in Anderson's case, confirming the following facts: 1) considering Anderson's current physical condition, he is not worldwide assignable; and 2) he does not have good potential for continued service in his present physical and mental condition. Exhibit E, at 2-3. The NMA is the Commanding Officer's unbiased and accurate comments describing how the medical condition impacts the service member's ability to function within his/her rank and MOS/rating. *Id.*, at 1.

5. On November 6, 2017, the Medical Evaluation Board (MEB) at Walter Reed National Military Medical Center released a consolidated NARSUM finding the following diagnoses to fail the medical retention standards of the Navy: MDD, GAD, and IBS with Diarrhea. Exhibit C.

6. On December 6, 2017, after the IPEB found Anderson fit for duty, medical officers proposed in the Abbreviated Medical Evaluation Board Report that Anderson should continue on limited duty for his GAD, MDD and IBS.. Exhibit B. The clinical information provided by the medical officers stated:  1) that Anderson has anxiety, depression, and co-morbid medical condition that have significantly negatively impacted his ability to function at home and in his social environment; and 2) that the GI confirmed the IBS-D/P to be of such severity that it interferes with military activities of daily living (ADLs). *Id.*

7. In light of these facts, Anderson respectfully requests the PEB find him unfit for duty based on the following conditions:

LATHAM&WATKINS LLP

## I. Irritable Bowel Syndrome (IBS), Fecal Urgency and Fecal Smearing

8. Anderson requests that his IBS be found unfitting because it causes pain, spasms, fecal urgency, fecal leaking, fecal smearing, and soiling of pants. Exhibit H.

9. Anderson has reported a long history of GI symptoms dating back to childhood, but symptoms have been more frequent and disruptive over the past few years. Exhibit C. In 2016, Anderson was repeatedly diagnosed with "IBS with Diarrhea" on May 11, October 4, October 11 and November 28. Exhibit G. In 2017, Anderson continued to be diagnosed with "IBS with Diarrhea" at every one of the following doctor's appointments: on March 16, April 13, May 17, June 1, July 12, June 27, August 7, 2017, September 19, September 29, October 17, November 2, and December 6. *Id.* Similarly, Anderson was diagnosed with "Mixed Irritable Bowel Syndrome" on June 12, 2017, and with "Irritable Bowel Syndrome" (IBS) on July 13, 2017. *Id.* Finally, Anderson was diagnosed with Fecal Urgency and Soiling on September 19, 2017, and with Fecal Urgency and Fecal Smearing on September 29, 2017. Exhibit F.

10. On June 14, 2017, Anderson was placed on Limited Duty due to his IBS being of such "severity that it daily interferes with military Activities of Daily Living (ADLs)." Exhibit A. As part of Anderson's placement on limited duty, the military was required to allow him to be in "close proximity" to the bathroom at all times. Anderson's Limited Duty was extended on December 6, 2017. Exhibit B.

11. On November 6, 2017, the Medical Evaluation Board determined that Anderson's IBS failed medical retention standards due to his experiencing "generalized sharp, crampy abdominal pain about every 1-2 days that peaks prior to defecation," which is "triggered by physical activity, anxiety, and stress." Exhibit C. The MEB also based its decision on the fact that Anderson's IBS precluded both his deployment to an austere environment and his return to full duty in the next 12 months.

12. Anderson's IBS is incompatible with military service, permanently duty limiting, and thus unfitting for duty. Anderson's IBS, which is exacerbated by "physical activity and with increased anxiety/stress," is incompatible with general Navy life. Exhibit C. Anderson is unable to take a basic Navy physical fitness assessment, work in a deployed environment, or work in a high-stress, fast-paced unit without worsening his condition. Moreover, Anderson's fecal urgency and soiling is incompatible with his rating of Cryptologic Networking Technician (CNT). As a CNT, working in a secured facility, Anderson has soiled his pants on more than one occasion due to fecal urgency that left him unable to get to bathroom and remove his uniform in a timely fashion. Exhibit H.

## II. Generalized anxiety disorder (GAD) and Major depressive disorder (MDD)

13. Anderson requests that his GAD and MDD, individually and when taken together, be found unfitting because the symptoms prevent him from performing, safely and reliably, the duties of his rating or even his basic military duties.

LATHAM&WATKINS LLP

14. Anderson has been in mental health treatment regularly, with weekly visits to his psychiatrist since August of 2012. Exhibit D, at 5. Anderson was hospitalized in 2015 for 30 days at Fort Belvoir for inpatient treatment. *Id.*

15. Despite being in treatment for several years and on Limited Duty for over 6 months, Anderson's MDD and GAD continue to cause significant symptoms and limitations as illustrated by his NARSUM and VA DBQ PSYCH Mental disorders Exam (Psych DBQ) dated September 25, 2017. Exhibit D. Specifically, Anderson's NARSUM notes that his MDD results in sad mood, feelings of helplessness, feelings of hopelessness, low energy, anhedonia, and chronic suicidal ideation and that his GAD manifests in worry thoughts, rumination, restlessness, sleep disturbance, and panic attacks. Exhibit C.

16. Anderson's GAD and MDD create numerous symptoms that directly limit his ability to serve in the military and to function in the larger world. For example, Anderson's Psych DBQ states that he has "near-continuous panic or depression affecting the ability to function independently, appropriately and effectively," "difficulty in adapting to stressful circumstances, including work or a worklike setting," and "obsessional rituals which interfere with routine activities." Exhibit D.

17. Anderson's limitations not only prevent him from performing his basic military duties and the duties of his rating, but also place an undue risk and burden on both himself and the military. As a CNT, Anderson works daily in a stressful job that requires him to maintain complex Information Technology (IT) networks containing secure, classified information. Therefore, should the PEB find Anderson fit and Anderson were to continue service, the Navy would be placing at risk not only his mental health, but also its own secure documentation and information systems. This is because Anderson's continued work is likely to cause difficulty adapting, panic and depression, thereby resulting in mistakes, poor judgment, and limited functioning on his part.

18. Anderson's command believes that his medical conditions render him unfit for military service and prevent his further service. His commander personally endorsed the suspension of Anderson's access to TTS/SCI materials and facilities, and states that his mental health condition "has prompted a review by Department of the Navy Central Adjudication Facility to see if the member can retain his current level of security clearance," preventing him from completing regular CNT duties. Exhibit E, at 3-4. Moreover, since Anderson's condition, according to his NARSUM, is not likely to improve in the next 12 to 36 months, it appears that he will be disqualified from obtaining the security clearance required to do his job for an indefinite period. Exhibit C.

19. Perhaps the best evidence of Anderson's lack of fitness for duty in light of his MDD and GAD is his most recent Abbreviated MEB. In sharp contrast to the IPEB's finding that Anderson is fit for duty, the most recent Abbreviated MED placed him on his second period of limited duty. Exhibit B. From a mental health perspective, Anderson's second period of limited duty is even more limiting than was his first period of limited duty. The second period requires him to remain at Walter Reed for "extensive medical care," removing him indefinitely from his work as a CNT. In addition, Anderson's second period of limited duty precludes his participation in "late

**LATHAM&WATKINS** LLP

night or overnight duty," excluding him from shift work that is common for a sailor serving as a CNT. *Id.* Moreover, Anderson's second period of limited duty prevents him from living on a boat, deploying, and from firing and carrying a weapon. *Id.*

## V. Conclusion

20. Contrary to what the PEB claimed in its IPEB response, all evidence in Anderson's medical records illustrate that his IBS, GAD and MDD limit his continued military service. There is no indication that Anderson is limited in his duties simply because his command does not trust him. In fact, as illustrated by his commander's NMA, his command documents that his medical conditions cause him to miss 30 hours of work per week and caused him to lose the clearance required to do his job as a CNT.

21. For the reasons set forth above and evidence enclosed herewith, Anderson respectfully requests that the PEB find his IBS, GAD, and MDD, individually and when taken together, render him unfit for continued military service.

　　　　　　　　/s/ Tamara Kim　　　　　
**Tae Hee (Tamara) Kim, Esq.**

　　　　　　　　/s/ Gene Elrod　　　　　　
**Eugene Elrod, Esq.**

## PRIVACY ACT WAIVER

In order to waive my rights under the Privacy Act, 5 U.S.C. 552a(b), and under any other federal or state law or regulation which controls access to my records, I give my prior written consent to the U.S. Department of Veterans Affairs (VA); U.S Departments of Defense, Army, Navy, Marine Corps, and Air Force; and any other public or private custodian of (including, but not limited to, hospitals, clinics, and current and former treating physicians), or agency that possesses or controls, my military personnel, military medical, VA claims file, VA medical, mental health, drug or alcohol treatment, Discharge Review Board, Board for Correction of Military or Naval Records, or Physical Disability Board of Review records and files, to disclose fully and promptly to National Veterans Legal Services Program employees **Daniella Furey, Dorrie Popovski,** and/or attorneys **Ronald B. Abrams, Rochelle Bobroff, Patrick Berkshire, Katy Clemens, Christine Cote, Jill Davenport, Jenna A. Goldberg, Alexis Ivory, Ray Kim, Esther N. Leibfarth, Erin Mee, Caitlin Milo, Thomas A. Moore, Amy F. Odom, Paul Schwen, David Sonenshine, Richard V. Spataro, Barton F. Stichman, Stacy Tromble, and Bernadette Valdellon,** and any agents, attorneys, legal interns or law clerks working under their supervision or any other person or law firm designated by any of the attorneys named above, any and all records, documents, or files that pertain to me which they may request.

If these records include information protected under 38 U.S.C. § 7332 about drug abuse, infection with human immunodeficiency virus (HIV), alcoholism or alcohol abuse or sickle cell anemia, I specifically consent to that disclosure as well.

Name: Anderson, Daniel D
(Last, First, Middle Initial)

Date of Birth: 1985█          Last 4 Digits of Social Security #: █
(YYYYMMDD)

VA Claims File # (if known): _____

Address: █          Glen Burnie, MD █
(Street, City, State and Zip Code)

Signature: _____          Today's Date: 20180125
(Please provide a handwritten signature)                                      (YYYYMMDD)

Standard Form 180 (Rev. 11/2015) (Page 1)
Prescribed by NARA (36 CFR 1233.18 (d))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029 Expires 04/30/2018

# REQUEST PERTAINING TO MILITARY RECORDS

**Requests from veterans or deceased veteran's next-of-kin may be submitted online by using eVetRecs at http://www.archives.gov/veterans/military-service-records/**
To ensure the best possible service, please thoroughly review the accompanying instructions before filling out this form. PLEASE PRINT LEGIBLY OR TYPE BELOW.

## SECTION I - INFORMATION NEEDED TO LOCATE RECORDS *(Furnish as much information as possible.)*

| 1. NAME USED DURING SERVICE (last, first, full middle) | 2. SOCIAL SECURITY # | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|
| Anderson, Daniel Dennis | ▮▮▮ | ▮▮▮ 1985 | Riverside, California |

**5. SERVICE, PAST AND PRESENT** *(For an effective records search, it is important that ALL service be shown below.)*

| | BRANCH OF SERVICE | DATE ENTERED | DATE RELEASED | OFFICER | ENLISTED | SERVICE NUMBER (If unknown, write "unknown") |
|---|---|---|---|---|---|---|
| **a. ACTIVE** | USN-US Navy | 01NOV05 | | ☐ | ✔ | DOD# 1286180538 |
| **b. RESERVE** | – | | | | | |
| **c. STATE NATIONAL GUARD** | – | | | ☐ | ☐ | |

**6. IS THIS PERSON DECEASED?** ✔ NO    ☐ YES - *MUST provide Date of Death if veteran is deceased:* _____

**7. DID THIS PERSON RETIRE FROM MILITARY SERVICE?** ✔ NO    ☐ YES

## SECTION II – INFORMATION AND/OR DOCUMENTS REQUESTED

**1. CHECK THE ITEM(S) YOU ARE REQUESTING:**

✔ **DD Form 214 or equivalent.** Year(s) in which form(s) issued to veteran: _____

This form contains information normally needed to verify military service. A copy may be sent to the veteran, the deceased veteran's next-of-kin, or other persons or organizations, if authorized in Section III, below. **An UNDELETED DD214 is ordinarily required to determine eligibility for benefits.** If you request a DELETED copy, the following items will be blacked out: authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and, for separations after June 30, 1979, character of separation and dates of time lost.
*An UNDELETED copy will be sent UNLESS YOU SPECIFY A DELETED COPY by checking this box:* ☐ I want a DELETED copy.

✔ **Medical Records** Includes Service Treatment Records, Health (outpatient) and Dental Records. *IF HOSPITALIZED (inpatient) the FACILITY NAME and DATE (month and year) for EACH admission MUST be provided:* _____

✔ **Other** (Specify): Please include ALL documents in my OMPF; do NOT send an extract.

**2. PURPOSE:** (Providing information about the purpose of the request is **strictly voluntary**; however, it may help to provide the best possible response and may result in a faster reply. Information provided will in no way be used to make a decision to deny the request.)

☑ Benefits (explain)  ☐ Employment  ☐ VA Loan Programs  ☐ Medical  ☐ Genealogy  ☐ Correction  ☐ Personal  ☐ Other (explain)

Explain here: benefits claim assistance

## SECTION III - RETURN ADDRESS AND SIGNATURE

**1. REQUESTER NAME:** Anderson, Daniel Dennis

**2.** ☑ I am the MILITARY SERVICE MEMBER OR VETERAN identified in Section I, above.
☐ I am the DECEASED VETERAN'S NEXT-OF-KIN *(MUST submit Proof of Death. See item 2a on instruction sheet.)*
–
*(Relationship to deceased veteran)*

☐ I am the VETERAN'S LEGAL GUARDIAN *(MUST submit copy of Court Appointment)* or AUTHORIZED REPRESENTATIVE *(MUST submit copy of Authorization Letter or Power of Attorney)*
☐ OTHER
_____
*(Specify type of Other)*

**3. SEND INFORMATION/DOCUMENTS TO:**
*(Please print or type. See item 4 on accompanying instructions.)*

National Veterans Legal Services Program
Name

1600 K Street NW, Suite 500
Street                                          Apt.

Washington          DC          20006
City          State          Zip Code

**4. AUTHORIZATION SIGNATURE: I declare** (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section III is true and correct and that I authorize the release of the requested information. *(See items 2a or 3a accompanying instruction sheet. Without the Authorization Signature of the veteran, next-of-kin of deceased veteran, veteran's legal guardian, authorized government agent, or other authorized representative, only limited information can be released unless the request is archival. No signature is required if the request if for archival records.)*

*(signature)*                                          25JAN18

Signature Required - Do not print          Date

▮▮▮▮▮▮

▮▮▮▮▮▮ @gmail.com
Daytime phone          Fax Number
          Email address

\* This form is available at *http://www.archives.gov/veterans-military-service-records/standard-form-180.pdf* on the National Archives and Records Administration (NARA) web site. \*

AR 1253

| INFORMAL | | Findings of the Physical Evaluation Board Proceedings | Ref. # F217nm13426 |
|---|---|---|---|
| Date Printed 17 Jan 2018 | | | Page 1 |

### PERSONNEL DATA

| 1. Name ANDERSON, Daniel D | 2. ▮▮▮▮▮ | 3. Rate/Rank CTN2 | 4. Service USN | 5. Desig. | 6. LOS 12 yrs. 0 mos. |
|---|---|---|---|---|---|

### PHYSICAL EVALUATION BOARD

7. The Board convened at: NCPB, Washington DC, 17 Jan 2018 to consider the MedBoard originated at: Bethesda, MD

Board Membership Consisted of:
    CAPT, USN, Medical Officer
    CAPT, USNR, Line Officer
    N/A, N/A, Third Officer

### FINDINGS

| 8. Finding | 9. Recommended Disposition | 10. Combined Disability Rating |
|---|---|---|
| Fit | Fit to Continue on Active Duty | |

S. D. Hull
By direction

| INFORMAL | Findings of the Physical Evaluation Board Proceedings | Ref. # F217nm13426 |
|---|---|---|
| Date Printed 17 Jan 2018 | | Page 2 |

| PERSONNEL DATA | | | | | |
|---|---|---|---|---|---|
| 1. Name ANDERSON, Daniel D | 2 ███████ | 3. Rate/Rank CTN2 | 4. Service USN | 5. Desig. | 6. LOS 12 yrs. 0 mos. |

## AUTHENTICATION

### PHYSICAL EVALUATION BOARD MEMBERSHIP

Medical Officer: E. X. Ferrara,  CAPT, USN, Medical Officer

Presiding Officer: S. D. Hull,  CAPT, USNR, Line Officer

Third Officer: Third Member Vote,  N/A, N/A, Third Officer

### FINDINGS COMMENTS

**MedicalOfcr**

**2018-01-16 13:39:41  exf**

**The member has a diagnosis of OSA, IBS, anxiety, and depression based on medical documentation.  Based on the evidence contained within the case file, specifically the medical notes that document adequate treamten of his OSA with CPAP and a long standing history of IBS, depression, and anxiety that in spite of, the member has successfully served in rate and promoted.  His inability to work in rate at this time is due to loss of confidence by his command for violations of the UCMJ, not because of his diagnoses such that the Informal Board has determined that the member's condition does not preclude him from the reasonable performance of his duties. Therefore, the Board finds that the member is fit to continue naval service and that he is reasonably able to perform the duties of his rating.**

**The Department of the Navy considered the combined effect of all conditions when making its fitness determination and applied this to the final adjudication.**

**PresidingOfcr**

**2018-01-17 06:31:13 sdh**
**The evidence establishes that the member is able to reasonably perform duties of his office, grade, rank, or rating.**

AR 1255

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| MERWIN, DANIEL D | CTN1 | IW/SW | |

| 5. ACT X FTS INACT AT/ADSW/ 265 | 6. UIC 37700 | 7. Ship/Station CYBERSTRKACT 63 | | 8. Promotion Status REGULAR | 9. Date Reported 16SEP15 |
|---|---|---|---|---|---|

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic | 11. Detachment of Individual | 12. Promotion/ Frocking | 13. Special X | 14. From: 16NOV16 | 15. To: 17JUL20 |

| 16. Not Observed Report | Type of Report 17. Regular X | 18. Concurrent | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) YUSKO, D B | 23. Grade CDR | 24. Desig 1810 | 25. Title CO | 26. UIC 37700 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Provide and deploy trained personnel, expertise, and equipment to conduct Offensive and Defensive Cyberspace Operations in support of U.S. Cyber Command (USCYBERCOM) and the Cyber National Mission Force (CNMF) Defend the Nation missions.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**
NWCP   NETWORK WARFARE CYBER PLANNER-10. Creates and submits detailed cyber plans in support of 02 National Mission Team (02 NMT) and Cyber National Mission Force (CNMF) objectives. COLL: DEPT CAREER COUNSELOR-7; FULL SPEED AHEAD FACILITATOR-3. PFA: 17-1.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 17MAY15 | 31. Counselor FISHER, C M | 32. Signature of Individual Counseled |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro- gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. | - | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. | - | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. |
| NOB | | | X | | |
| 34. QUALITY OF WORK: Standard of work; value of end product. | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. | - | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. | - | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. |
| NOB | | | X | | |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | - | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | - | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| NOB | X | | | | |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| NOB | X | | | | |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. | - | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. | - | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. |
| NOB | | | X | | |

AR 1256

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| MERWIN, DANIEL D | CTN1 | IW/SW | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [X] | [ ] | -Reinforces others' efforts, meets commitments to team. -Understands goals, employs good teamwork techniques. -Accepts and offers team direction. [ ] | [ ] | -Team builder, inspires cooperation and progress. -Focuses goals and techniques for teams. -The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for others. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. [X] | [ ] | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful, realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. [ ] | [ ] | -Inspiring motivator and trainer, subordinates reach highest level of growth and development. -Superb organizer, great foresight, develops process improvements and efficiencies. -Leadership achievements dramatically further command mission and vision. -Perseveres through the toughest challenges and inspires others. -Exceptional communicator. -Makes subordinates safety-conscious, maintains top safety record. -Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. total of trait points divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 1.86 | NONE | [signature] Date: 1 AUG 17 FISHER, C M, CTNC (IW/AW) |

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Submitted upon member's reduction in rate to E-5.

- Member found guilty at Commanding Officer's Nonjudicial Punishment held on 20 July 2017 for violation of UCMJ Article 92 (Violation of a Lawful General Regulation, two specifications).

Concluding date:  27 July 2017.

- Member relieved of all positions of leadership and trust, to include Department Career Counselor and Full Speed Ahead collaterals.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [X]  Recommended [ ] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | X | | | | | 48. Reporting Senior Address COMMANDING OFFICER CYBERSTRKACT 63 9800 SAVAGE RD FT MEADE, MD 20755-6585 |
| 46. SUMMARY | | 1 | 0 | 0 | 0 | 0 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. | 50. Signature of Reporting Senior |
|---|---|
| Brian Worden [signature] Date: 1 AUG 17 WORDEN, B P, LCDR | DebYudeo [signature]  Summary Group Average: 1.86  Date: 28 JUL 17 |

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. [ ]   I do not intend to submit a statement. [X] DPM [signature] Daniel Merwin  Date: 02 JUL 17  02 AUG 17 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report. Date: |
|---|---|

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

Page 1 of 1

## JDETS Findings and Recommended Disposition Work Card

*Review:* Informal                    Printed: 11/28/2017          *Date of board action:*

| Name ANDERSON, Daniel D | SSN ▉▉▉▉ | Service USN | Rate/Rank CTN2 | Grade E6 | MOS/Desig. | PFit Eligible | Eligible Reservist |
|---|---|---|---|---|---|---|---|

| Hospital Bethesda, MD | LOS 12 yrs. 0 mos. | EAOS 2021.10.31 | Age 33 | DOB 1985▉ | Gender M | Expedite ☐ **DEATH IMMINENT** |
|---|---|---|---|---|---|---|

| Date to PEB 2017.11.14 | MEB Date 2017.09.08 | Current Location Screening Ready (Digi Files) | People/Finding Keys P217nm05114 F217nm13426 | Spec. Interest ▨ Trainee ▨ CongIn ▨ PastEAOS 208806 |
|---|---|---|---|---|

| Degree of Impairment | Limited Duty | Recommended Disposition | | Combat Related |
|---|---|---|---|---|
| Competent | Proximate Result | LOS Voids EPTE | Disability Rating | *Instrument of War* *War/NatEmergency* *Armed Conflict* |
| Unemployable | Incurred since 9/15/78 | Minority Opinion | Fit | *Hazardous Service* *Period of War/Nat'l Emergency* |

| RNR. | Br. # | Cat | ICD9 | Description | % | VASRD Codes | Pct. | NC | EP - | Adj Pct | BF | Left / Right | Major / Minor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | | irritable bowel syndrome w/diarrhea | n/a | | | | | | | | |
| | | 3 | | generalized anxiety d/o | n/a | | | | | | | | |
| | | 3 | | major depressive d/o, recurrent, moderate | n/a | | | | | | | | |
| | | 3 | | obstructive sleep apnea | n/a | | | | | | | | |

This work card is a space for PEB members to make notes and does not reflect their thoughts to analysis of the case.
The rationale alone represents their judgments.

# Medical Officer

SM: ▮

| MEBR | NMA |
|---|---|

**MEBR**

33 year old CT with 12 years TIS
ref: IBS, anx, MDD, OSA

MBR: 11/6/17
h/o childhood trauma
suicide attempt by OD at age 17 PTS
h/o anxious mood, IBS, and attention probs
since age 14
anx while on ship 2006-09, trying to be perfect
trichotillomania
increased drinking
MH care 6-10/2014 then d/c'd
self referred to SARP 3/2015, level 1
then residential tx 3-4/2015
meds start stop start
SI
harassment allegation against him, lost rank
addiction treatment 7/17
TMS 10/17
stressors are financial, lack of social support,
legal stressors (misconduct)
reactive attachment disorder
borderline personality traits

IBS since childhood
ext w/u neg for organic dx
low FODMAP diet helps
effexor helps
abd cramps

OSA
CPAP rec

**NMA**

- (●) Out of Rate      ( ) In Rate
- (●) Unable      ( ) Able
- (●) NOT WWA      ( ) WWA
- (●) No Potential      ( ) Has Potential
- (●) No Desire      ( ) Desires to Stay

Hours missing work / week: 30

Date of last PFA: 3/17

( ) NO CO      ( ) YES CO

no PLD
no OEF/OIF
TS/SCI clearance suspended following
NJP and LIMDU
eval 7/17 SP
relieved from positions of leadership and
trust per 7/17 eval not due to medical
condition

LIMDU 7/13/17

[✔] C & P Exam Reviewed

| Overall Ruling | Stability | PEB PLD Endorsement | Adjudicator Stamp |
|---|---|---|---|
| FIT | | | |

This work card is a space for PEB members to make notes and does not reflect their thoughts or analysis of the case.
The rationale alone represents their judgments.

This work card is a space for PEB members to make notes and does not reflect their thoughts to analysis of the case.
The rationale alone represents their judgments.

# Presiding Officer

SM: ▅▅▅▅▅

| FIT | |
|---|---|
| **Overall Ruling**<br>(FIT/UNFIT/PFIT; PQ/NPQ; EPTS-SA/EPTS-NR) | **Combat Conditions**<br>CR/NCR; CZ/NCZ |

**MEBR:**

MEB WRNMC:
"Discussion: The VA DBQ examiner did not establish a diagnosis related to the following claims, and there is no evidence of impact on duty in available medical records: left wrist condition, anal fissure, and anal spasms. The SM claimed mental health condition to include schizoid effect. Per an AHLTA Psychology Assessment Be note dated 08 February 2017, PO2 Anderson underwent psychological testing which yielded the impression that he had a pattern consistent with Schizoid personality traits but did not formally diagnoses the SM with a personality disorder. Personality traits do not constitute a ratable condition. The SM claimed sleep disturbance to include insomnia which is subsumed under the diagnosis of Major Depressive Disorder, Recurrent, Moderate as diagnosed by the VA and supported by the medical record.
Diagnoses:
1. Major Depressive Disorder (MDD), Recurrent, Moderate (ICD10: F33.1)
2. Generalized Anxiety Disorder (GAD) (ICD 10: F41.1)
3. Irritable bowel syndrome with diarrhea (ICD10 Code: K58.0)
4. Obstructive sleep apnea (ICD10 Code: G47.33)"

NMA:

| | ⬆ | ⬇ | ⬅➡ |
|---|---|---|---|
| Working in Rate? | ○ | ○ | ○ |
| Able or Not? | ○ | ⦿ | ○ |
| PFT/PRT/CFT?; last taken | ○ | ⦿ | ○ |
| Within HT/WT standards | ⦿ | ○ | |
| # Hours away from work / wk | 30 | | |
| Worldwide assignable? | ○ | ⦿ | ○ |
| Potential? | ○ | ⦿ | ○ |
| Service Member Desire | ○ Remain | ⦿ Separate | |
| PLD? | ○ | ⦿ | |

Additional Comments:

NMA:  "Upon receipt of CTN2 Anderson's LIMDU paperwork and July 2017 NJP, assigned Special Security Officer (SSO) recommended and I endorsed service member's TS/SCI classified access and classified facility access badge be suspended, Security Access Eligibility Report (SAER) released, and process initiated for DoD Clearance Adjudication Facility (CAF) to determine if he should maintain a clearance. Final outcome of this decision is pending."

Adjudicator Stamp:

This work card is a space for PEB members to make notes and does not reflect their thoughts or analysis of the case.
The rationale alone represents their judgments.

This work card is a space for PEB members to make notes and does not reflect their thoughts to analysis of the case. The rationale alone represents their judgments.

# Third Officer

SM: █████████

| Overall Ruling | Combat Conditions |
|---|---|
| (FIT/UNFIT/PFIT; PQ/NPQ; EPTS-SA/EPTS-NR) | CR/NCR; CZ/NCZ |

MEBR:

NMA:

Working in Rate? ○↑ ○↓ ○↔

Able or Not? ○↑ ○↓ ○↔

PFT/PRT/CFT?; last taken ○↑ ○↓ ○↔

Within HT/WT standards ○↑ ○↓

\# Hours away from work / wk

Worldwide assignable? ○↑ ○↓ ○↔

Potential? ○↑ ○↓ ○↔

Service Member Desire ○ Remain ○ Separate

PLD? ○↑ ○↓

Additional Comments:

Adjudicator Stamp:

Version 2.2

This work card is a space for PEB members to make notes and does not reflect their thoughts or analysis of the case. The rationale alone represents their judgments.



**DEPARTMENT OF THE NAVY**
SECRETARY OF THE NAVY COUNCIL OF REVIEW BOARDS
720 KENNON STREET SE STE 309
WASHINGTON NAVY YARD DC 20374-5023

IN REPLY REFER TO

Dear TDRL Periodic Re-examiner,

A medically retired Sailor or Marine has been assigned to your clinic for a Temporary Disability Retired List (TDRL) re-evaluation exam.  The Physical Evaluation Board (PEB) is required to rate the service member based on the VA Schedule for Rating Disabilities.  Although the required information for rating may not be consistent with how you would typically review an interim history or conduct a physical, please be aware that the information requested in the paragraph below is required by Title 10, U. S. Code so that the PEB can adequately assess and assign a rating to the service member.

If the required information below is not received by the PEB, the service member may have to return for repeated examinations.  Please recognize that this delays the process and may even lead to some members losing benefits while their service headquarters reissue Temporary Additional Duty orders. Thank you for your time and attention in helping this Sailor or Marine.

Very Respectfully,


For the Physical Evaluation Board

AR 1262

# Orthopedic Conditions (Codes 5000-5500)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.  Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

### Arthritis (Codes 5002 & 5025)
**Evaluator:  Rheumatology**
- Discuss number of flares in the past 12 months.
- Discuss response to therapy.
- Discuss limitation of motion of individual joints.

### Prosthetic Implants and Amputations (Codes 5051-5199)
**Evaluator:  Orthopedics**
- Date of Surgery.
- Document level of amputation.
- Document fitting of prosthesis (if applicable).
- Discuss current symptoms and function.

### Examination of Joints:  (Codes 5200-5299)
**Evaluator:  Orthopedics or Sports Medicine, Physical Therapy may document ranges of motion**
For rating purposes, the Veterans Administration REQUIRES that ranges of motion in all planes be repeated three times and measured with a goniometer.  ***All three measurements MUST be recorded in your note and the statement that they were measured with a goniometer must be included***.

- Address ankylosis (if present) and document angle of ankylosis.
- Address instability.
- If there is impairment due to direct bony defect, address defect.
- If there is a deformity, address the deformity.
- Document pain with ranges of motion and where pain begins.

### Examination of Muscle Groups (Codes 5300-5399)
**Evaluator:  Orthopedics or Sports Medicine**
- Address motor strength.
- Address atrophy and measure muscle circumference, if possible.

# Organs of Special Sense (Codes 6000-6299)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

## Eyes

**Evaluator:  Ophthalmology**
- Anatomic loss of either or both eyes.
- Visual acuity in both eyes.
- Visual fields assessment using 8 points (every 45 degrees).
- Incapacitating episodes – periods of time in which the patient was prescribed bed rest by a physician.  Be specific with time in days or weeks over the past 12 months.

## Ears

**Evaluator: Otolaryngology (ENT) and Audiology**
- Audiogram with frequencies 1000, 2000, 3000, 4000 Hz.
- Speech Discrimination %.
- Episodes of dizziness.

## Smell

**Evaluator: Otolaryngology (ENT)**
- Document substances used to assess.
- Document pathologic or anatomic basis for loss.

## Taste

**Evaluator: Otolaryngology (ENT)**
- Document substances used to assess.
- Document pathologic or anatomic basis for loss.

# Infectious Diseases and Immune Disorders (Codes 6300-6360)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

## Chronic Fatigue Syndrome

**Evaluator:  Rheumatology**
- What is the decrease in activity level as a percentage of pre-illness level of function?
- Do the symptoms wax and wane?
- Are the symptoms constant?

## Infectious Diseases

**Evaluator:  Infectious Disease**
- Is the disease active?
- What are the current signs/symptoms of the active disease?
- Are there any residual impacts of the disease?
- What is the current treatment?

# Respiratory System (Codes 6500-6900)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

**Evaluator:  Pulmonology**

<u>Diseases of the Lungs</u>
- Patient needs a current Pulmonary Function Test.
- Has the patient had any incapacitating episodes in which a physician has prescribed bed rest?
- What medications is the patient actually taking?
- How often does the patient use a rescue inhaler?

<u>Pulmonary Vascular Disease</u>
- Does the patient have pulmonary hypertension?
- Does the patient require constant uses of anticoagulants (not aspirin)?

# Cardiovascular System (Codes 7000-7199)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

**Evaluator:  Cardiology**

<u>Diseases of the Heart</u>

- An evaluation that characterizes the patient's workload in METs.
- If a stress test is contraindicated, a targeted level of activity questions will suffice:
    - How far can the patient walk before sitting down?
    - Can the patient carry grocery bags?
    - Can the patient mow the lawn?
    - Can the patient climb a flight of stairs (and how many)?
    - Other questions as needed.

- For arrhythmias an ECG is required.
- Cardiomyopathies must be documented with an ECHO, ECG or Chest X-ray. (one will suffice)
- ECHO – needed if diastolic dysfunction is known or suspected.
- Has the patient had episodes of heart failure?

# Digestive System (Codes 7200-7400)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

**Evaluator:  Gastroenterology**

- Frequency of flares.
- Duration of flares.
- Health between flares.
- GI bleeding.
- Incontinence to stool.
- Weight and weight loss/gain.
- Endoscopy as appropriate.

# Nephrology Conditions (Codes 7500-7599)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

**Evaluator:  Nephrology**

### For renal dysfunction

- Is the member on dialysis?
- When did they start dialysis?
- Are they pending a transplant?
- Has the member had a transplant?
- When was the transplant done?  If not on dialysis, what is their stage of CKD?
- What is their BUN?
- What is their creatinine?
- What is their blood pressure trend?
- Do they have weight loss or gain?
- Do they have lethargy, weakness, anorexia?
- Do they have edema?  How often?
- Do they have proteinuria (please quantitate based on first morning urine pro/crea ratio or 24 hour urine collection, confirmed adequacy by creatinine excretion)?
- What does their urine sediment contain?

### For voiding dysfunction or obstructive uropathy

- Do they have a ureterostomy or vesicosotmy?
- If on a cathing regimen, how often do they cath and are they compliant?
- If they have incontinence, how often must they change the absorbent materials per day?
- If appropriate, what is their post void residual in mLs?
- If appropriate, what is their peak flow rate measured in mLs/sec?
- Do they have culture confirmed infections?  How often and what organisms?
- Are they on prophylaxis and are they compliant with this treatment?
- Do they have a stricture disease that requires dilatation? How often?

### For kidney stones

- How often do they get stones?
- What types of intervention are needed for treatment?
- What is their recommended therapy for stone prevention?
- Are they compliant with therapy?
- Do they have hydronephrosis?  If so, have they had pyonephrosis or attacks of colic with infection?

### For hydronephrosis and urinary tract infections

- Please include current imaging results to describe degree of hydronephrosis.
- Do they require drainage intervention?
- Do they have culture confirmed urinary tract infections?  How often, what organisms?
- Do they require oral or intravenous antibiotic treatment?
- Do they require hospitalization?  How frequently per year?

### or post surgical renal or urologic conditions

- Describe what surgery was done and what residual organs or portions thereof remain.
- If there is associated functional limitation due to urologic surgery, please describe.

## Gynecologic and Breast Disorders (Codes 7600-7699)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

**Evaluator:  Gynecology**

- Any surgically removed organs?
- Discuss laparoscopic findings, if performed (particularly for endometriosis).

# Hemic and Lymphatic Systems (Codes 7700-7799)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

**Evaluator:  Hematology and Oncology**

Issues to discuss:
- CBC.
- Bone marrow biopsy (if done).
- Bone marrow transplant.

- For cancers:
    - Surgical interventions.
    - Radiation.
    - Chemotherapy.
    - Current staging.
    - Prognosis.

# The Skin (Codes 7800-7899)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

**Evaluator:  Dermatology**

Issues to discuss:
- Area of body surface affected,  as a percentage.
- Area of exposed body surface affected, as a percentage.
- Use of steroids (oral and topical).
- Other immunosuppressive medications.
- Phototherapy.
- Duration of flares (days, weeks, months).

## The Endocrine System (Codes 7900-7999)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

**Evaluator:  Endocrinology**

Issues to address:
- For thyroid disorders:
  - TSH.
  - Weight.
  - Cardiac involvement (if any).
  - Symptoms of fatigue, constipation, mental dysfunction, weakness.

- For diabetics:
  - Hemoglobin A1C.
  - Insulin.
  - Hypoglycemic episodes.
  - DKA.
  - Exercise patterns and level of activities.
  - Specific restrictions that the patient absolutely CANNOT do.
  - Inpatient admissions.
  - ER visits.

# Neurologic Conditions (Codes 8000-8999)

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

**Evaluator:  Neurology**

### General Neurologic Conditions

- Frequency of flares.
- Residual deficits as a result of the neurologic condition.

### Traumatic Brain Injury

- Memory, subjective and objective findings.
- Judgment.
- Social Interaction.
- Orientation.
- Motor Activity.
- Visual Spatial Orientation.
- Subjective Symptoms.
- Neurobehavioral Effects.
- Communication.

### Migraines

- Frequency of headaches.
- Prostrating headaches.

### Peripheral Nerves

- Motor strength.
- Sensory deficits.
- Pain levels.

### Seizure Disorders

- Frequency of seizures.
- Major vs. Minor seizures.
- Driving.
- Antiepileptic Medication Levels (if appropriate).

## Mental Health Conditions (Codes 9200-9599)

**Evaluator:  Mental Health (must be Psychiatrist or PhD level Psychologist)**

By law, the PEB uses the Department of Veterans Affairs Schedule for Rating Disabilities (VASRD) to review and adjust, if warranted, percentages for unfitting conditions for Sailors and Marines on the Temporary Disability Retired List.  To assess conditions, the VASRD has specific areas that must be addressed to obtain a proper rating.   Evaluations should contain the initial history, specific interventions or treatments for the condition, and any medications for the specific condition.  There should be an interval history from the time of retirement and a statement of current condition.

For rating purposes, the Veterans Administration REQUIRES an objective assessment of social and occupational functioning.  For mental health conditions, please summarize the original incident leading to the mental health injury (if there is one), confirmed by primary source documents (i.e. PDHA, PDHRA, the initial mental health assessment), a history of mental health interventions tried to date, compliance with treatment, and a history of the medications trialed to date with a review of the prescription profile refills (please print from AHLTA or VISTA, which will include even civilian pharmacy fills if paid for by the DoD; scan into AddNote at the end of your assessment).

Since being placed on TDRL, has the service member been employed in or out of the home (this includes being self-employed or being a home-maker)? How long did they hold each job?  Why did they leave or are they still employed in that field?  Have they gone to school?  Did they obtain a degree or technical training?

Since being placed on TDRL, has the service member dated, been engaged, gotten married, broken up or gotten divorced?  Have they had any children?  Do they have friends that they talk to on the phone or see in person?

What do they do in their downtime?  Are they able to do activities of daily living (dress, feed themselves, maintain their personal hygiene, pay bills)?

If the answer is yes to any of the below questions, please provide concrete examples of support
- Do they have any gross impairment in thought processes or communication?
- Do they have persistent delusions of hallucinations?
- Do they have any grossly inappropriate behavior that has led to self-harm or injury to others?
- Are they disoriented to their own name, location, or time?
- Do they have obsessional rituals?
- Do they have obsessional rituals which interfere with routine activities?
- Is their speech intermittently illogical, obscure, or irrelevant?
- Do they have panic or depression affecting the ability to function independently, appropriately and effectively?  How often does this occur?
- Do they have impaired impulse control?
- Are they able to understand complex commands?
- Do they have sleep impairment?  Please describe.

## Mental Health Conditions (cont.) (Codes 9200-9599)

- Do they have objective evidence of short term or long-term memory deficiencies?  If there is concern, please refer the member for neuropsychiatric testing.
- Please describe their affect, speech, judgment, abstract thinking, motivation, mood, ability to have a conversation with you.
- Is the member competent to handle finances?
- If the member is working, do they have any special requirements (weapons handling, security of information, etc.) which could be a danger to self or public?
- What specific medications is the member prescribed?
- If the member suffers from a TBI, headaches, or has had a previously abnormal NPE how many days are lost from work or school?  Please include an updated NPE within the last 12 months.

# IDES CASE

ID#:   N-208806

## LAST NAME: <u>**ANDERSON (FORMERLY MERWIN**</u>

LAST 4:   

_____
PEB Receive Date

*Lakeisha Brower*
_____

**11/13/17**

AR 1277

# Integrated Disability Evaluation System Package Checklist

**Instructions:** Please use this form to confirm all necessary contents are submitted with the case to the physical evaluation board. Please fill out and attach this form to the submitted case file.

| Daniel Anderson (formerly Merwin) | E5/USN | LAST 4 SSN ▮▮▮ | DOB: ▮▮▮/1985 |
|---|---|---|---|
| MTF<br>WRNMMC | RESERVES<br>NO | IDES NUMBER<br>208806 | |
| PEBLO/CASE MANGER NAME<br>LAKEISHA M. BROWER | EAOS<br>20211031 | MOS/DESIGNATOR    CTN | |
| PEBLO/CASE MANAGER PHONE<br>301-400-0059 | | LAKEISHA.M.BROWER.CTR@MAIL.MIL | |
| PEBLO/CASE MANAGER SIGNATURE *Lakeisha Brower* | | CURRENT DATE  11/13/2017 | |

| Place Case in this Order: (Initial Yes/No Box) | Yes | No | Remarks |
|---|---|---|---|
| **1. IDES Package Checklist (This Form)** | X | | |
| **2. IDES Legal counsultation and IDES EnrollmentRequest** (DES Counsel form) | X | | |
| **3. NAVMED 1850/1** Legacy disability Evaluation System Enrollment Request | | X | |
| **4. NAVMED1850/2** Initial Entry TrainginLegacy Disabilityevaluation System Enrollment | | X | |
| **5. VA Pilot Referral Sheet** | | X | |
| **6. VA 21-0819** | X | | |
| **7. NAVMED 6100/ 1 (Cover Sheet):** 2 MD Signatures & Date, CA Signature & Date, P Signature if indicated | X | | |
| **8. MEBR/NARSUM:** Name & Last 4 SSN Match, MD Signature (PA/NP must have MD co-sign), Referred diagnosis listed clearly - Must be dated within 6 months | X | | |
| **9. NAVMED 6100/2 (for MEBR/NARSUM):** Circle intent, date, & initial, SNM signature, memo (if no SNM signature) | X | | |
| **10. Rebuttal (as required):** Sign & Date | | X | |
| **11. Surrebuttal (as required):** Sign & Date, Address each item of the rebuttal | | X | |
| **12. Addendum(s):** Name & Last 4 SSN Match, MD Signature (PA/NP must have MD co-sign), Referred diagnosis listed clearly - Must be dated within 6 months | | X | |
| **13. NAVMED 6100/2 for Addendum(s):** Circle intent, date, & initial, SNM signature, memo (if no SNM signature) | | X | |
| **14. Non Medical Assessment:** Name & Last 4 SSN, OIF/OEF, EAOS, Rate, Designator, CO signature & comments, LIMDU papers, ADSD - Must be dated within 6 months | X | | |
| **15. Fitness Reports/EVALs:** Previous 2 years only | X | | |
| **16. Statement (by Member if desired)** | | X | |
| **17. LODI & LODD (Line of Duty Determination):** SF600 signed by CO & MO or LODI & LODD w/ Gen court martial CA signature | | X | |
| **18. C&P Exam:** Name matches on each page, all pages & one sided - Must be dated within 12 months | X | | |
| **19. LODB (Line of Duty Benefits for Reservists):** MCMEDs (Marines) or Line of Duty Benefits letter or Active Duty orders covering period of injury | | X | |
| **20. Credentials (2100 Medical Corps only)** | | X | AR 1278 |

| | | | |
|---|---|---|---|
| **21. All Medical Treatment Records:** AHLTA records of radiology, medical encounters, prescriptions, inpatient stay records, all AHLTA and civilain medical notes | X | | **Altha print, entrance exam, all medical records.** |

**Disability Evaluation System Counsel Program IDES and LDES Fact Sheet**

You have been referred into the Disability Evaluation System (DES) so that the Physical Evaluation Board (PEB) may evaluate your fitness for continued military service. The DES determines: 1) fitness for continued military service, and 2) appropriate benefits for service members who are medically separated or retired because of a compensable disability.

There are two Disability Evaluation System processes your case may proceed through: the Integrated Disability Evaluation System (IDES), and the Legacy Disability Evaluation System (LDES). Each process has its pros and its cons, however the primary decisions (fitness and stability of the condition(s) if determined to be unfit) for both IDES and LDES cases are decided by the same Physical Evaluation Board, and afford Service members the same due process rights (i.e., legal counsel, impartial review, rebuttal, formal board). You are automatically enrolled in IDES unless you waive your right to IDES and request LDES.

**Integrated (IDES):** Congress mandated the creation of IDES to increase transparency, eliminate redundancies and discrepancies between service disability evaluations and VA disability claims, and to decrease the time between separation and the start of VA disability benefits. IDES is the default enrollment option. You are automatically enrolled in IDES unless you waive your right to IDES and request LDES. **Certain members considered to be in initial entry training may be directed into LDES by their commanding officer on a case-by-case basis, even if they desire to remain in IDES.**

- Pros: The VA disability rating determination is integrated into the process, and you will receive VA Compensation and Pension (C&P) Examinations. You will be assigned a VA Medical Service Coordinator (MSC), who is a VA employee assigned to serve as your liaison throughout the VA disability evaluation and claims process. The VA will examine all of your claimed conditions before you leave active duty, even ones the Service does not consider unfitting. If the PEB finds you to be medically unfit because of any compensable condition(s), the VA will rate all your all of your conditions and the PEB must accept the ratings assigned by the VA for your unfitting condition(s). You will also have the right to request a one-time VA rating reconsideration for your unfitting condition(s) if you disagree with the ratings assigned to those conditions by the VA. If you are separated/retired due to your disability, both your DoD and VA disability ratings will have already been assigned, and receipt of your VA compensation benefits should not be delayed.
  Cons: If you desire to leave active service quickly, IDES cases may take longer to process than Legacy cases.

**Legacy (LDES):** You may waive your right to IDES, and request to be enrolled in LDES if you do so within 10 days of your referral date. This request must be approved by your Commanding Officer.

- Pros: If you desire to leave active service quickly, LDES cases may take less time to process than IDES cases.
- Cons: Your VA disability rating and compensation benefits are not calculated in LDES, so you will not receive VA benefits or compensation automatically for all conditions if you are found Unfit. You will be advised about available VA benefits; but you will have to file your own VA claims, either within 180 days of an approved separation date or after attaining veteran status and signing your DD214. Electing LDES may delay receipt of VA compensation benefits. The only rating you receive during LDES will be a rating calculated by the PEB for the condition(s) they determine to be unfitting and you will not receive a rating for any additional conditions. The PEB rating for your unfitting condition(s) may be different from the rating the VA ultimately provides for the same condition(s). A primary reason Congress mandated IDES was because many Service members were rated 20% or less by DoD for conditions that the VA then rated 30% or higher, forcing those veterans to file appeals for correction of military records to seek medical retirement, often years after discharge. IDES was created to eliminate the discrepancy between PEB and VA rating percentages.

PRINTED NAME: DANIEL MARWIN

DATE: 11 AUG 17

MEMBER'S SIGNATURE

AR 1280

**IDES Legal Consultation and IDES Enrollment or IDES Waiver and LDES Enrollment Request**

DATE: 11 Aug 17

Ref: (a) Assistant Secretary of the Navy (Manpower and Reserve Affairs) memo dated March 3, 2016.
    (b) Deputy Assistant Secretary of the Navy (Military Manpower and Personnel) memo dated May 16, 2016.
Encl: (1) DES Counsel IDES and LDES Facts Sheet

1. I have been referred into the Disability Evaluation System (DES) so that the Physical Evaluation Board may evaluate my fitness for continued military service. The DES determines: 1) fitness for continued military service, and 2) appropriate benefits for service members who are medically separated or retired because of a compensable disability. There are two Disability Evaluation System processes: the Integrated Disability Evaluation System (IDES), and the Legacy Disability Evaluation System (LDES).

2. Pursuant to reference (a), if requested by a Service member, the Service member's Commanding Officer (CO) can authorize the Service member's request to waive IDES processing and enroll in the Legacy Disability Evaluation System (LDES). I understand that if I do not waive IDES processing and elect LDES within 10 days of referral, I will remain in IDES to receive comprehensive disability evaluation of all my claimed condition(s), to include findings of service connection and assignment of appropriate VA benefits, before I leave active service. I understand that if I do request LDES, I need to inform my Commanding Officer of my request and ensure that my PEBLO receives my request within 10 days of referral. Once administratively enrolled in either IDES or LDES, I understand that I will not be allowed to switch options if I am later dissatisfied. **I have also been advised that certain members considered to be in initial entry training may be directed into LDES by their commanding officer on a case-by-case basis, even if they desire to remain in IDES.**

3. Per reference (b), I have consulted with legal counsel regarding the substantive and procedural differences between the Integrated and Legacy Disability Evaluation System options. I have been provided with a copy of enclosure (1) and a DES Counsel attorney has explained it to me. I am fully satisfied with the legal consultation provided and I understand the differences in my rights and potential benefits due to the procedural and substantive differences between IDES and LDES.

4. By my initial in the appropriate box and signature below, I am indicating my desire to remain enrolled into IDES or my desire to waive IDES and be enrolled in LDES. I also understand that if I am considered to be in initial entry training status, even if I desire to remain in IDES, my Commanding Officer may, on a case-by-case basis, direct me into LDES.

I elect to remain in IDES: ☒

I waive IDES and request LDES: ☐

5. If I waived IDES and have requested LDES, my command-endorsed LDES request must be returned to my PEBLO no later than _____ (10 business days from DES referral). I understand that by entering LDES I am waiving all my rights to be processed by the DoD and VA Integrated Disability Evaluation System (IDES) and am requesting instead to have my case processed through the DoD-only Legacy Disability Evaluation System (LDES). This request must be approved by my Commanding Officer (CO); once my CO has approved my request, it is not reversible.

6. I understand that I am ultimately responsible for delivering this document to my PEBLO, but by my signature below, I authorize the DES Counsel Program Office, which assisted me in this legal consultation, to transfer this signed and completed document to my PEBLO.

_____
MEMBERS SIGNATURE
PRINTED NAME: Daniel Merwin

_____
LEGAL COUNSEL SIGNATURE
PRINTED NAME: Stephen M. Lyons
Member received required legal counseling

AR 1281

VA # - 208806

NCRBG372
WRNMMC BETHESDA
IDES & TRANSITION

OMB Approved No. 2900-0704
Respondent Burden: 30 minutes
Expiration Date: 7/31/2019

**Department of Veterans Affairs**

## VA/DOD JOINT DISABILITY EVALUATION BOARD CLAIM

2017 AUG 22  AM 11: 59

VA DATE STAMP
(DO NOT WRITE IN THIS SPACE)

IMPORTANT - Please read the Privacy Act and Respondent Burden on the back before completing the form.

**Section I:** To be completed by Military Treatment Facility referring Service member to Disability Evaluation System *(DES)*

| SERVICE MEMBER NAME *(First, middle, last)* | GRADE |
|---|---|
| DANIEL ANDERSON | CTN1/E-6 |

| COMPONENT | UNIT ADDRESS |
|---|---|
| US NAVY ACTIVE | NIOC MARYLAND  FT. MEADE |

| SOCIAL SECURITY NUMBER | DATE OF BIRTH *(MM,DD,YYYY)* | SEX |
|---|---|---|
|  | 1985 | ☒ MALE  ☐ FEMALE |

| NAME AND PHONE NUMBER OF ASSIGNED PHYSICAL EVALUATION BOARD LIAISON OFFICER *(PEBLO)* | | NAME OF REFERRING MILITARY TREATMENT FACILITY *(MTF)* | DATE OF REFERRAL TO MEDICAL EVALUATION BOARD *(MEB)* *(MM,DD,YYYY)* |
|---|---|---|---|
| *(First, MI, Last)* | *(Include Area Code)* | | |
| LAKEISHA BROWER | 301-400-0059 | WRNMMC | 08/14/2017 |

MEDICAL CONDITIONS TO BE CONSIDERED AS THE BASIS OF FITNESS FOR DUTY DETERMINATION *(List only conditions referred by physician)*:
IBS D/P K58.0
GENERALIZED ANXIETY DISORDER 300.02
MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE 296.32

| PREPARED BY | DATE PREPARED |
|---|---|
| MARIO F. GOLLE, JR., MD, Director of IDES | 21 Aug, 2017 |

**Section II:** Tell us about yourself. Please provide a contact name and address. If you are on Temporary Duty, please indicate that on the VA Form 21-4138, Statement in Support of Claim available on the internet at www.va.gov/vaforms

| 1. WHAT IS YOUR ADDRESS? | 2. WHAT ARE YOUR TELEPHONE NUMBERS? *(Include Area Code)* |
|---|---|
| Street address, rural route, or P.O. Box        Apt. number | Daytime |
| | Evening |
| City        State   ZIP Code        Country | Cell phone |

3. WHAT IS YOUR E-MAIL ADDRESS *(If applicable)*

| 4. HAVE YOU EVER FILED A CLAIM WITH VA? | 5. POINT OF CONTACT NAME AND ADDRESS |
|---|---|
| ☐ YES  ☐ NO | |
| *(If "Yes," provide file number)* | |
| *(VA File Number)* | |

| 6A. DID YOU SERVE UNDER ANOTHER NAME? | 6B. PLEASE LIST OTHER NAME(S) YOU SERVED UNDER |
|---|---|
| ☐ YES  *(If "Yes," go to Item 6b)*    ☐ NO  *(If "No," go to Item 7)* | |

| 7. I ENTERED THIS CURRENT PERIOD OF ACTIVE SERVICE ON | 8. PLACE OF ENTRY |
|---|---|
| | |

**Section III:** Tell us about your military service. Enter complete information for your service.
Tell us about your reserve duty or National Guard Duty

| 9. ARE YOU CURRENTLY ASSIGNED TO AN ACTIVE RESERVE UNIT OR NATIONAL GUARD UNIT? | 10A. WHAT IS THE NAME AND MAILING ADDRESS OF YOUR CURRENT UNIT? | 10B. WHAT IS THE TELEPHONE NUMBER OF YOUR CURRENT UNIT? *(Include Area Code)* |
|---|---|---|
| ☐ YES  *(If "Yes," provide date of activation below)*  ☐ NO | | |

| VA FORM  JUL 2016  **21-0819** | SUPERSEDES VA FORM 21-0819, OCT 2009,  WHICH WILL NOT BE USED. | |
|---|---|---|

AR 1282

*ASSOCIATED WITH 21-526EZ Received 8-30-17*

OMB Control No. 2900-0747
Respondent Burden: 25 minutes
Expiration Date: 11/30/2017

**VA** Department of Veterans Affairs

## APPLICATION FOR DISABILITY COMPENSATION AND RELATED COMPENSATION BENEFITS

**VA DATE STAMP**
**(DO NOT WRITE IN THIS SPACE)**

2017 AUG 30 PM 12:29

**IMPORTANT:** Please read the Privacy Act and Respondent Burden on page 10 before completing the form.

### SECTION I: IDENTIFICATION AND CLAIM INFORMATION

**1. VETERAN/SERVICE MEMBER NAME** *(First, Middle Initial, Last)*

D A N I E L      A N D E R S O N

**2. VETERAN'S SOCIAL SECURITY NUMBER**

[redacted]

**3. HAVE YOU EVER FILED A CLAIM WITH VA?**

☐ YES   ☒ NO   *(If "Yes," provide your file number in Item 4)*

**4. VA FILE NUMBER**

**5. DATE OF BIRTH (MM,DD,YYYY)**

Month   Day   Year
[redacted] - 1 9 8 5

**6. SEX**

☒ MALE   ☐ FEMALE

**7. VETERAN'S SERVICE NUMBER** *(If applicable)*

**8A. ARE YOU CURRENTLY HOMELESS OR AT RISK OF BECOMING HOMELESS?**

☐ YES   ☒ NO   *(If "Yes," complete Items 8B & 8C)*

**8B. POINT OF CONTACT** *(Name of person that VA can contact in order to get in touch with you)*

**8C. POINT OF CONTACT TELEPHONE NUMBER** *(Include Area Code)*

**9A. SERVICE** *(Check all that apply)*

☐ ARMY   ☒ NAVY   ☐ MARINE CORPS   ☐ AIR FORCE   ☐ COAST GUARD

**9B. COMPONENT** *(Check all that apply)*

☒ ACTIVE   ☐ RESERVES   ☐ NATIONAL GUARD

**10A. CURRENT MAILING ADDRESS** *(Number and street or rural route, P.O. Box, City, State, ZIP Code and Country)*

[redacted]

Apt./Unit Number          City   G L E N   B U R N I E

State/Province   M D   Country        ZIP Code/Postal Code   [redacted] -

**10B. FORWARDING ADDRESS AND EFFECTIVE DATE** *(Provide the date you will be living at this address)*

No. & Street

Apt./Unit Number          City

State/Province   Country        ZIP Code/Postal Code

*EFFECTIVE DATE:*

Month   -   Day   -   Year

**11. PREFERRED TELEPHONE NUMBER**

[redacted]

**12A. PREFERRED E-MAIL ADDRESS** *(If applicable)*

[redacted]GMAIL.COM

**12B. ALTERNATE E-MAIL ADDRESS** *(If applicable)*

VA FORM FEB 2016   **21-526EZ**   SUPERSEDES VA FORM 21-526EZ, MAY 2015, WHICH WILL NOT BE USED.

ASSOCIATED WITH 21-0819 Received 8-22-17

VETERANS SOCIAL SECURITY NO. | 6 | 1 | 5 | — | 1 | 2 | — | 2 | 4 | 8 | 9 |

13. LIST THE DISABILITY(IES) YOU ARE CLAIMING (*If applicable, identify whether a disability is due to a service-connected disability, is due to confinement as a Prisoner of War, is due to exposure to Agent Orange, Asbestos, Mustard Gas, Ionizing Radiation, or Gulf War Environmental Hazards, or is related to benefits under 38 U.S.C. 1151).*

Please list your contentions below. See the following examples, for more information:
- Example 1: Hearing loss
- Example 2: Diabetes-Agent Orange (exposed 12/72, Da Nang)
- Example 3: Left knee - secondary to right knee

### DISABILITIES

1. SEE ATTACHED VA FORM 21-4138
2. FOR CLAIMED CONDITIONS
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.

14. LIST VA MEDICAL CENTER(S) (VAMC) AND DEPARTMENT OF DEFENSE (DOD) MILITARY TREATMENT FACILITIES (MTF) WHERE YOU RECEIVED TREATMENT AFTER DISCHARGE FOR YOUR CLAIMED DISABILITY(IES) AND PROVIDE TREATMENT DATES:

| A. NAME *AND* LOCATION | B. DATE(S) OF TREATMENT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

VA FORM 21-526EZ, FEB 2016

OMB Approved No. 2900-0075
Respondent Burden: 15 minutes

| VA Department of Veterans Affairs | STATEMENT IN SUPPORT OF CLAIM |
|---|---|

PRIVACY ACT INFORMATION: The VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, Code of Federal Regulations 1.576 for routine uses (i.e., civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA Programs and delivery of VA benefits, verification of identity and status, and personnel administration) as identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, and Vocational Rehabilitation and Employment Records - VA, published in the Federal Register. Your obligation to respond is required to obtain or retain benefits. VA uses your SSN to identify your claim file. Providing your SSN will help ensure that your records are properly associated with your claim file. Giving us your SSN account information is voluntary. Refusal to provide your SSN by itself will not result in the denial of benefits. The VA will not deny an individual benefits for refusing to provide his or her SSN unless the disclosure of the SSN is required by Federal Statute of law in effect prior to January 1, 1975, and still in effect. The requested information is considered relevant and necessary to determine maximum benefits under the law. The responses you submit are considered confidential (38 U.S.C. 5701). Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: We need this information to obtain evidence in support of your claim for benefits (38 U.S.C. 501(a) and (b)). Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 15 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at www.reginfo.gov/public/do/PRAMain. If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN *(Type or print)* | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| DANIEL ANDERSON | | C/CSS - |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

CONTINUATION OF VA FORM 21-526EZ PAGE 8

1.  IBS D/P
2.  GENERALIZED ANXIETY DISORDER
3.  MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
4.  HAIR LOSS
5.  MENTAL HEALTH CONDITION TO INCLUDE SCHIZOID EFFECT, SLEEP DISTURBACNE TO INCLUDE INSOMNIA
6.  ASTHMA
7.  ALERGIC TO CATS
8.  HEMMORHOIDS, ANAL FISURES, ANUS SPASMS
9.  HAND CONDITION RIGHT HAND NUCKEL CONDITION
10  ANKLE CONDITION LEFT
11. SCARRING FROM MERSA BACK OF NECK AND TOP OF HEAD
12. DRY EYE SYNDROME
13. DENTAL CONDITION S/P SURGERY IN MOUTH AND JAW
14. WRIST CONDITION BILATERAL
15. SKIN CONDITION TO INCLUDE SCROTAL CYST, INGROWN TOE NAIL LEFT FOOT
16. GERD
17. SLEEP PARALISYS (SLEEP STUDY DATES 10/02/2017)
18. HEADACHES /MIGRAINES


1. I HAVE NO LEAVE OR SURGERIES FOR THE NEXT 60 DAYS.I HAVE A SLEEP STUDY SCHEDULED 10/02/2017 PLEASE DO NOT SCHEDULE ME THAT DAY OR THE DAY AFTER.
2. I HAVE PROVIDED ALL MEDICAL RECORDS IN MY POSSESSION TO MY PEBLO.
3. I HAVE BEEN ADVISED THAT IF I MISS, OR ARE LATE TO A VA EXAMINATION I MUST CONTACT MY MSC AND PEBLO PRIOR TO THE EXAM, WITH AN EXPLANATION WHY I MISSED MY EXAM. IF THE MSC HAS NOT BEEN CONTACTED THE EXAM MAY NOT BE RESCHEDULED. IF EXAMS NEED TO BE RESCHEDULED, THE VAMC CAN REQUIRE A MILITARY ESCORT.
4. I HAVE BEEN ADVISED THAT ANY CONDITION CLAIMED AFTER TODAY WILL BE WORKED AFTER I LEAVE SERVICE AND WILL NOT BE INCLUDED IN THE MEB\PEB PROCESS.

I WILL TURN IN A COPY OF MY DENAL RECORDS WITHIN THE NEXT 15 DAY.

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| SIGNATURE | DATE SIGNED |
|---|---|
| *David Anderson* | 30 AUG 17 |

| ADDRESS | TELEPHONE NUMBERS *(Include Area Code)* | |
|---|---|---|
| GLEN BURNIE MD | DAYTIME | EVENING |

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

| VA FORM AUG 2011    **21-4138** | EXISTING STOCKS OF VA FORM 21-4138, AUG 2004, WILL BE USED | CONTINUE ON REVERSE |
|---|---|---|

VETERANS SOCIAL SECURITY NO. ███-██-████

**NOTE:** IF YOU WISH TO CLAIM ANY OF THE FOLLOWING, COMPLETE AND ATTACH THE REQUIRED FORM(S) AS STATED BELOW (VA forms are available at www.va.gov/vaforms).

| For: | Required Form(s): |
|---|---|
| Dependents | VA Form 21-686c and, if claiming a child aged 18-23 years and in school, VA Form 21-674 |
| Individual Unemployability | VA Form 21-8940 and 21-4192 |
| Post-Traumatic Stress Disorder | VA Form 21-0781 and 21-0781a |
| Specially Adapted Housing or Special Home Adaptation | VA Form 26-4555 |
| Auto Allowance | VA Form 21-4502 |
| Veteran/Spouse Aid and Attendance benefits | VA Form 21-2680 or, if based on nursing home attendance, VA Form 21-0779 |

## SECTION II: SERVICE INFORMATION

**15A. DID YOU SERVE UNDER ANOTHER NAME?**

[X] YES  *(If "Yes," complete Item 15B)*    [ ] NO  *(If "No," skip to Item 16A)*

**15B. PLEASE LIST THE OTHER NAME(S) YOU SERVED UNDER:**
**DANIEL DENNIS MERWIN**

**16A. MOST RECENT ACTIVE SERVICE ENTRY DATE** (MM,DD,YYYY)

| Month | Day | Year |
|---|---|---|
| 1 1 | 0 1 | 2 0 0 5 |

**16B. RELEASE DATE OR ANTICIPATED DATE OF RELEASE FROM ACTIVE SERVICE** (MM,DD,YYYY)

| Month | Day | Year |
|---|---|---|
| | | |

**16C. DID YOU SERVE IN A COMBAT ZONE SINCE 9-11-2001?**

[ ] YES  [X] NO

**16D. PLACE OF LAST OR ANTICIPATED SEPARATION**

**17A. ARE YOU CURRENTLY SERVING OR HAVE YOU EVER SERVED IN THE RESERVES OR NATIONAL GUARD?**

[ ] YES  [X] NO  *(If "Yes," complete Items 17B thru 17F)*
*(If "No," skip to Item 18A)*

**17B. COMPONENT**

[ ] NATIONAL GUARD
[ ] RESERVES

**17C. OBLIGATION TERM OF SERVICE**

|  | Month | Day | Year |
|---|---|---|---|
| From: | | | |
| To: | | | |

**17D. CURRENT OR LAST ASSIGNED NAME AND ADDRESS OF UNIT:**

**17E. CURRENT OR ASSIGNED PHONE NUMBER OF UNIT** *(Include Area Code)*
( )

**17F. ARE YOU CURRENTLY RECEIVING INACTIVE DUTY TRAINING PAY?**
[ ] YES  [ ] NO

**18A. ARE YOU CURRENTLY ACTIVATED ON FEDERAL ORDERS WITHIN THE NATIONAL GUARD OR RESERVES?**

[ ] YES  [X] NO

*(If "Yes," complete Items 18B & 18C)*

**18B. DATE OF ACTIVATION:** (MM,DD,YYYY)

| Month | Day | Year |
|---|---|---|
| | | |

**18C. ANTICIPATED SEPARATION DATE:** (MM,DD,YYYY)

| Month | Day | Year |
|---|---|---|
| | | |

**19A. HAVE YOU EVER BEEN A PRISONER OF WAR?**

[ ] YES  [X] NO

*(If "Yes," complete Item 19B)*

**19B. DATES OF CONFINEMENT (MM,DD,YYYY)**

| From: | | | To: | | |
|---|---|---|---|---|---|
| Month | Day | Year | Month | Day | Year |
| | | | | | |

## SECTION III: SERVICE PAY

**20A. DID/DO YOU RECEIVE ANY TYPE OF SEPARATION/SEVERANCE/RETIRED PAY?**

[ ] YES  [ ] NO  *(If "Yes," complete Items 20B and 20C)*

**20B. LIST AMOUNT** *(If known)*
$

**20C. LIST TYPE** *(If known)*

**IMPORTANT:** Submission of this application constitutes an election of VA compensation in lieu of military retired pay if it is determined you are entitled to both benefits. If you are entitled to receive military retired pay, your retired pay may be reduced by the amount of any VA compensation that you are awarded. VA will notify the Military Retired Pay Center of all benefit changes. Receipt of military retired pay or Voluntary Separation Incentive (VSI) and VA compensation at the same time may result in an overpayment, which may be subject to collection. However, if you *do not* want to receive VA compensation in lieu of military retired pay, you should check the box in **Item 21**. Please note that if you check the box in **Item 21**, you *will not* receive VA compensation, if granted.

[ ] **21. I want military retired pay instead of VA compensation**

**IMPORTANT:** You may elect to keep the training pay for inactive duty training days you received from the military service department. However, to be legally entitled to keep your training pay, you must waive VA benefits for the number of days equal to the number of days for which you received training pay. In most instances, it will be to your advantage to waive your VA benefits and keep your training pay.

If you waive VA benefits to receive training pay by checking the box in **Item 22**, VA will adjust your VA award to withhold future benefits equal to the total number of inactive duty for training days waived and at the monthly rate in effect for the fiscal year period for which you received training pay. Your normal VA rate will be restored when the sufficient numbers of days' benefits have been withheld.

[ ] **22. I elect to waive VA benefits for the days I accrued inactive duty training pay in order to retain my inactive duty training pay.**

VA FORM 21-526EZ, FEB 2016

**Page 9**

AR 1286

VETERANS SOCIAL SECURITY NO.

## SECTION IV: DIRECT DEPOSIT INFORMATION

The Department of Treasury requires all Federal benefit payments be made by electronic funds transfer (EFT), also called direct deposit. Please attach a voided personal check or deposit slip or provide the information requested below in *Items 23, 24 and 25* to enroll in direct deposit. If you do not have a bank account, you must receive your payment through Direct Express Debit MasterCard. To request a Direct Express Debit MasterCard you must apply at www.usdirectexpress.com or by telephone at 1-800-333-1795. If you elect not to enroll, you must contact representatives handling waiver requests for the Department of Treasury at 1-888-224-2950. They will encourage your participation in EFT and address any questions or concerns you may have.

**23. ACCOUNT NUMBER** *(Check the appropriate box and provide the account number, or simply write "Established" if you have a direct deposit with VA)*

[X] CHECKING     [ ] SAVINGS     [ ] I CERTIFY THAT I DO NOT HAVE AN ACCOUNT WITH A FINANCIAL INSTITUTION OR CERTIFIED PAYMENT AGENT

Account No.: ▮▮▮▮▮     Account No.:

**24. NAME OF FINANCIAL INSTITUTION** *(Please provide the name of the bank where you want your direct deposit)*

**25. ROUTING OR TRANSIT NUMBER** *(The first nine numbers located at the bottom left of your check)*

## SECTION V: CLAIM CERTIFICATION AND SIGNATURE

I certify and authorize the release of information. I certify that the statements in this document are true and complete to the best of my knowledge. I authorize any person or entity, including but not limited to any organization, service provider, employer, or government agency, to give the Department of Veterans Affairs any information about me, and I waive any privilege which makes the information confidential.

I certify I have received the notice attached to this application titled, *Notice to Veteran/Service Member of Evidence Necessary to Substantiate a Claim for Veterans Disability Compensation and Related Compensation Benefits.*

I certify I have enclosed all the information or evidence that will support my claim, to include an identification of relevant records available at a Federal facility such as a VA medical center; **OR**, I have no information or evidence to give VA to support my claim; **OR**, I have checked the box in Item 26, indicating that I do not want my claim considered for rapid processing in the Fully Developed Claim (FDC) Program because I plan to submit further evidence in support of my claim.

**ALTERNATE SIGNER:** By signing on behalf of the claimant, I certify that I am a court-appointed representative; **OR**, an attorney in fact or agent authorized to act on behalf of a claimant under a durable power of attorney; **OR**, a person who is responsible for the care of the claimant, to include but not limited to a spouse or other relative; **OR**, a manager or principal officer acting on behalf of an institution which is responsible for the care of an individual; **AND**, that the claimant is under the age of 18; **OR**, is mentally incompetent to provide substantially accurate information needed to complete the form, or to certify that the statements made on the form are true and complete; **OR**, is physically unable to sign this form.

I understand that I may be asked to confirm the truthfulness of the answers to the best of my knowledge under penalty of perjury. I also understand that VA may request further documentation or evidence to verify or confirm my authorization to sign or complete an application on behalf of the claimant if necessary. Examples of evidence which VA may request include: Social Security Number (SSN) or Taxpayer Identification Number (TIN); a certificate or order from a court with competent jurisdiction showing your authority to act for the claimant with a judge's signature and date/time stamp; copy of documentation showing appointment of fiduciary; durable power of attorney showing the name and signature of the claimant and your authority as attorney in fact or agent; health care power of attorney, affidavit or notarized statement from an institution or person responsible for the care of the claimant indicating the capacity or responsibility of care provided; or any other documentation showing such authorization.

**26.** The FDC Program is designed to rapidly process compensation or pension claims received with the evidence necessary to decide the claim. VA will automatically consider a claim submitted on this form for rapid processing under the FDC Program. Check the box below **ONLY if you DO NOT want your claim considered for rapid processing** under the FDC Program because you plan on submitting further evidence in support of your claim.

[X] **I DO NOT want my claim considered for rapid processing** under the FDC Program because I plan to submit further evidence in support of my claim.

| 27A. VETERAN/SERVICE MEMBER/ALTERNATE SIGNER SIGNATURE **(REQUIRED)** | 27B. DATE SIGNED |
| --- | --- |
| *David Amion* | 08/30/2017 |

## SECTION VI: WITNESSES TO SIGNATURE

| 28A. SIGNATURE OF WITNESS *(If veteran signed above using an "X")* | 28B. PRINTED NAME AND ADDRESS OF WITNESS |
| --- | --- |
| 29A. SIGNATURE OF WITNESS *(If veteran signed above using an "X")* | 29B. PRINTED NAME AND ADDRESS OF WITNESS |

## SECTION VII: POWER OF ATTORNEY (POA) SIGNATURE

I certify that the claimant has authorized the undersigned representative to file this supplemental claim on behalf of the claimant and that the claimant is aware and accepts the information provided in this document. I certify that the claimant has authorized the undersigned representative to state that the claimant certifies the truth and completion of the information contained in this document to the best of claimant's knowledge.

NOTE: A POA's signature *will not* be accepted unless at the time of submission of this claim a valid VA Form 21-22, *Appointment of Veterans Service Organization as Claimant's Representative*, or VA Form 21-22a, *Appointment of Individual As Claimant's Representative*, indicating the appropriate POA is of record with VA.

| 30A. POA/AUTHORIZED REPRESENTATIVE SIGNATURE | 30B. DATE SIGNED |
| --- | --- |

**PRIVACY ACT NOTICE:** The form will be used to determine allowance for compensation benefits (38 U.S.C. 5101). The responses you submit are considered confidential (38 U.S.C. 5701). VA may disclose the information that you provide, including Social Security numbers, outside VA if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, and Vocational Rehabilitation and Employment Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies. VA may make a "routine use" disclosure for: civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA programs and delivery of VA benefits, verification of identity and status, and personnel administration. Your obligation to respond is required in order to obtain or retain benefits. Information that you furnish may be utilized in computer matching programs with other Federal or State agencies for the purpose of determining your eligibility to receive VA benefits, as well as to collect any amount owed to the United States by virtue of your participation in any benefit program administered by the Department of Veterans Affairs. Social Security information: You are required to provide the Social Security number requested under 38 U.S.C. 5101(c)(1). VA may disclose Social Security numbers as authorized under the Privacy Act, and specifically may disclose them for purposes stated above.

**RESPONDENT BURDEN:** We need this information to determine your eligibility for compensation. Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 25 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at www.reginfo.gov/public/do/PRAMain. If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.

VA FORM 21-526EZ, FEB 2016

# Medical Board Report Cover Sheet

FROM: WRNMMC Bethesda, MD      NAME: ANDERSON, DANIEL

*TO:*    PEB Washington, DC      *DUTY STATION:* WRNMMC

VIA:    CONVENING AUTHORITY     SSN: ▮▮▮

SEX: MALE    RACE: UNKNOWN

LENGTH OF SERVICE:    YR 12    MON 0    GRADE/RANK: CTN1-E-6    SERVICE: NAVY

    DOB: ▮▮ 1985

RPT UIC: _____    DUTY UIC: 0068    PSD UIC: _____

MTO: 0000     EAOS: 20211031

CAUSE OF INJURY: ILLNESS

| ICD-10-CM | DIAGNOSIS | EPTE (ORIGIN) |
|---|---|---|
| **1:** F33.1 | Major Depressive Disorder (MDD), Recurrent, Moderate | NONE |
| **2:** F41.1 | Generalized Anxiety Disorder | NONE |
| **3:** K58.0 | Irritable bowel syndrome with diarrhea | NONE |
| **4:** G47.33 | Obstructive sleep apnea | NONE |
| **5:** | | |
| **6:** | | |
| **7:** | | |
| **8:** | | |
| **9:** | | |

ENTRANCE PHYSICAL EXAMINATIONS: _____

ADMITTED TO SICK LIST      DATE OF DISPOSITION: _____

LOD: YES ☐    NO ☒

BOARD DATE: 20170908      DISCIPLINARY ACTION    PENDING: ☐

D/R/M: _____

More than 10 Diagnosis ☐ _____

Indicated Disposition: REFER TO PEB

Limited Duty Expires on: _____

Board Members      Signature

Senior Member: Huma Chaudhery, MD      CHAUDHERY.HUMA.JAHAN.1379738385 *Digitally signed by CHAUDHERY.HUMA.JAHAN.1379738385 DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=CHAUDHERY.HUMA.JAHAN.1379738385 Date: 2017.11.07 16:47:36 -05'00'*

Junior Member: Sharon K. Moore, MD (P)      MOORE.SHARON.K.15 22132450 *Digitally signed by MOORE.SHARON.K.1522132450 DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, cn=MOORE.SHARON.K.1522132450 Date: 2017.11.07 10:42:13 -05'00'*

Alternate Member: _____      _____

NAVMED 6100/1 (rev. 08/2004)

ENCLOSURES:

- [x] SIGNED NAVMED 6100/2
- [ ] 6100/2- ADDENDA
- [ ] SIGNED NAVMED 6100/3
- [ ] SIGNED NAVMED 6100/4
- [ ] SIGNED NAVMED 6100/5
- [ ] MEMBER'S REBUTTAL
- [ ] MEMBER'S SUR-REBUTTAL
- [x] COPY OF HEALTH RECORD
- [x] PHYSICAL EXAMINATION
- [ ] INCAPACITATION BOARD

- [ ] NOTICE OF ELIGIBILITY (NOE)
- [ ] LOD INVESTIGATION
- [ ] CLINICAL INPATIENT RECORD
- [x] NON MEDICAL ASSESSMENT
- [ ] HIV TEST

Additional Enclosures: _____

Approved
Administrative Involuntary Separation Pending: _____

Date: __08 NOV 2017_____

Convening Authority Signature: ___Mario F. Golle, Jr., MD____ DIRECTOR IDES  GOLLE.MARIO.FLO RES.JR.1183828343  Digitally signed by GOLLE.MARIO.FLORES.JR.1183828343 DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, cn=DHA, cn=GOLLE.MARIO.FLORES.JR.1183828343 Date: 2017.11.08 08:56:27 -05'00'

MEMO ENDORSEMENT UPON REEVALUATION: MEMBER EXAMINED THIS DATE_____
THE RESULTS AND FINDINGS ARE:

Member counseled this date of the finding:

_____  _____  _____
DATE        Signature              Grade/Corps/Service

Exam Physician: _____

Member: _____

Head of Department: _____

MEMBER AWAITING ACTION AT: _____

NAVMED 6100/1 (rev. 08/2004)



**DEFENSE HEALTH AGENCY**
**WALTER REED NATIONAL MILITARY MEDICAL CENTER**
**WRNMMC Consolidated NARSUM**

This consolidated NARSUM incorporates specialty consults and review of VA medical records,
precluding the need for specialty addenda, and is an Administrative Document, *not* to be used as source
documentation for medical decisions.

NAME: ANDERSON, DANIEL DENNIS
SSN/DOB: ███████████ 1985
STATUS: PO2/USN
DATE: 06 November 2017

**Identification:** PO2 Anderson is a 32 y/o USN with 12 years length of service. MOS is CTN. He was
referred to the IDES on 21 August 2017 for Irritable bowel syndrome, Generalized anxiety disorder and
Major depressive disorder recurrent moderate.

**History of Present Illness:** Per review of medical records available in AHLTA, ESSENTRIS, and JLV,
the following diagnoses are referred to the Navy Central Physical Evaluation Board as duty limiting:

**Diagnoses 1-3**

1.  **Diagnosis 1: Major Depressive Disorder (MDD), Recurrent, Moderate (ICD10: F33.1)**
    **Diagnosis 2: Generalized Anxiety Disorder (GAD) (ICD 10: F41.1)**
    **Diagnosis 3: Alcohol Use Disorder, Moderate, in early remission (not ratable)**

2.  **Diagnostic Reasoning:** Per the VA DBQ PSYCH Mental disorders Exam dated 25 September 2017,
    PO2 Anderson had a history of childhood trauma, had attempted suicide at age 17 which he did not disclose
    at the time by taking a bottle of aspirin (detail AHLTA Psychiatry Be note dated 04 August 2014), but no
    history of behavioral health diagnosis or treatment prior to entry into military service in 2005. Per an
    AHLTA Integrative Health & Wellness Be note dated 16 June 2014, he had anxious mood, irritable bowel,
    attentional difficulties, nail biting, irritability and insomnia since around age 14. He noted anxiety had also
    been a problem when he was stationed on a ship in Japan from 2006 to 2009, where he had little down
    time, worked 12 hour shifts and tried to be the "perfect" worker and he began picking out circular patches
    of hair in his scalp. In 2014, he was selected for a new job with increased responsibility including
    leadership and management duties while he noted that he would prefer to do computer work in isolation.
    He reported at that time that he drank up to 3 drinks, one to two times per week, and would binge, 6 or
    more drinks once per month or less frequently, but had tried to cut down (AHLTA Psychiatry Be note dated
    16 October 2014). He had concerns about his inability to resist daily drinking to manage his, insomnia,
    anxious ruminations and obsessions despite his growing lack of motivation, worsening mood, and (AHLTA
    Substance Abuse NY notes dated 17 and 19 March 2015). He had persistent dysphoric mood, intermittent
    suicidal ideation, irritability, apathy and continued anxiety (AHLAT PSYCHIATRY BE note dated 23
    April 2015). He had some benefit to his mood from medication and noted he was more focused and
    productive but still had anxiety (AHLTA Psychiatry Be note dated 14 May 2015). However, his medication
    caused excessive sleepiness when the dose was increased and he asked to be tapered off. During times of
    increased stress, he had anxiety including physical tension, increased heart rate and nausea, and mood
    swings with suicidal ideation and on one occasion thought about jumping off a roof related to juggling
    multiple work responsibilities (AHLTA Psychiatry Be note dated 06 September 2016). In addition, guilt
    about how he functioned in interpersonal relationships led him to feel suicidal. Though he drank less during
    active alcohol dependence treatment, he resumed regular drinking of 3to 4 drinks three to four times per
    week with binge drinking when he was not working (AHLTA Psychiatry Be note dated 04 January 2017).
    He stopped taking medication after a change in medication left him feeling flat, but later resumed.
    However, he noted that his anxiety overwhelmed him and was negatively impacting his ability to be a
    Sailor (AHLTA Psychiatry Be T-Con note dated 08 June 2017). He had a Command directed safety
    evaluation after voicing suicidal thoughts and researching methods of suicide on-line, in response to the
    aftermath of a harassment allegation against him (AHLTA Psychiatry Consult Liaison Be note dated 06
    July 2017) which resulted in a loss of rank. When his personal and career circumstances were discussed
    without his knowledge in front of 150 Service members in an all hands meeting, furthering his

estrangement from Command, he noted increased anxiety and depression with suicidal thoughts of jumping off of a roof (AHLTA Psychiatry be note dated 06 September 2017). At his most recent follow up, he noted no significant improvement in dysphoric mood, no drinking, and he had continued medication side effects (AHLTA Psychiatry Be note dated 01 November 2017).

**3.    Treatment History:** PO2 Anderson was evaluated for anxiety at Walter Reed National Military Medical Center (WRNMMC) and participated in therapy June to October 2014 but discontinued due to limited impact of visits (AHLTA Substance Abuse at NY note dated 19 March 2015). He self- referred to Substance Abuse Recovery Program Washington Navy Yard in March 2015 for problematic drinking and participated in Level 1 and Continuing Care group therapy until February 2016. He was referred to the Ft. Belvoir Community Residential Treatment Center from 25 March 2015 to 23 April 2015.  He was referred to medication management at W RNMMC and Cognitive Behavioral Group therapy for insomnia beginning in 2015. He began Addiction Treatment Services (ATS) at WRNMMC in July 2017 and continued with outpatient individual and group therapy through ATS. He attended the WRNMMC Intensive Outpatient Program from 31 August 2017 to 22 September 2017.  He had Transcranial Magnetic Stimulation seven sessions as of 10 October 2017. He continued in behavioral health treatment modalities of individual and occupational therapy and medication management. Medication trials included Escitalopram, Sertraline, and Venlafaxine ER for mood, Melatonin and Ramelteon for insomnia, and Naltrexone for alcohol dependence.  Most recent medication included Duloxetine 60mg daily for mood and Eszopiclone 2 mg nightly for insomnia.

**4.    Symptomatology and Objective Findings:** Per the VA DBQ PSYCH Mental disorders Exam dated 25 September 2017, PO2 Anderson had the following symptoms consistent with MDD which included sad mood, feelings of helplessness, feelings of hopelessness, low energy, anhedonia, and chronic suicidal ideation. He had symptoms consistent with GAD which included worry thoughts, rumination, restlessness, sleep disturbance, and panic attacks. His symptoms of Alcohol Use Disorder included a maladaptive pattern of alcohol use, excessive use and tolerance, and of interpersonal or occupational problems occurring as a result of use. His most recent mental status was notable for dysphoric mood, full affect, circumstantial thought processes and no suicidal ideation intent or plan (AHLTA Psychiatry Be note dated 01 November 2017).

**5.    Limitations and Prognosis:** The NMA dated 27October 2017 stated, "The conditions listed in his LIMDU paperwork and the extensive range of medical appointments CTN2 Anderson's medical practitioners have recommended/assigned for his treatment prevent him from conducting his assigned mission for his MOS/Rate."

PO2 Anderson requires ongoing behavioral health treatment at a fixed MTF. He cannot deploy nor carry and fire a weapon from a behavioral health perspective. The prognosis is guarded. It is not likely that the SM will significantly improve sufficiently to be returned to fully duty in the next 12 to 36 months. The above condition is likely to remain stable over the next 12 months.

**6.    VA DBQ Findings:** C&P exams have been reviewed.

**Diagnoses 4**

**1.    Diagnosis: Irritable bowel syndrome with diarrhea (ICD10 Code: K58.0)**

**2.    Diagnostic Reasoning:** 32 y/o AD male was diagnosed with IBS manifested by chronic intermittent abdominal pain in 2012. He has reported a long history of GI symptoms dating back to childhood, but symptoms have been more disruptive over the past few years.  In 2012 he underwent a CT abdomen/pelvis, which showed focal wall-thickening at the hepatic flexure with proximal stool retention. Colonoscopy in 2012 showed mild congestion in the sigmoid, but biopsies were unremarkable. A subsequent MRE was normal.  In Sept2017 anorectal manometry was normal.  He has had frequent follow up with GI since 2016. Symptoms include generalized sharp, crampy abdominal pain about every 1-2 days that peaks prior to defecation and is relieved after bowel movements. He typically has 1-2 soft or liquid stools per day, infrequently with urgency. Abdominal pain is worse with intake of insoluble fibers; however, insoluble

fibers resolve his liquid stools. Abdominal pain is also worse during physical activity and with increased anxiety/stress.  Low FODMAP diet has provided partial relief in frequency of pain and fecal urgency.   GI evaluation dated 19Sept17 noted "IBS-D predominant symptoms complicated fecal urgency/soiling, with some element of FODMAP associated osmotic diarrhea.  Comprehensive evaluation has otherwise been unremarkable."

**3.   Treatment History:** dietary modification as noted, including low FODMOP and low fructose, peppermint oil 200mg daily for his abdominal cramping, Citrucel, Effexor

**4.   Symptomatology and Objective Findings:** Stools have become more formed over the past few months since starting Effexor and continuing a low FODMAP diet.  However, he has ongoing abdominal cramps, which continue to be triggered by physical activity, anxiety, and stress.

**5.   Limitations and Prognosis:** Limited in ability to deploy to austere environment.  NMA unavailable at this time.
Continued treatment is unlikely to return Soldier to full duty in 12 months. Condition is stable over 12-36 months.   Will require ongoing GI and PCM follow-up and support.

**6.   VA DBQ Findings:**  Reviewed and concur.

**Diagnoses 5**

**1.   Diagnosis: Obstructive sleep apnea (ICD10 Code: G47.33)**

**2.   Diagnostic Reasoning:** Polysomnogram was performed on 04Oct17 at WRNMMC.  SM was diagnosed with mild obstructive sleep apnea with AHI of 6/hr.  CPAP was recommended.

**3.   Treatment History:** CPAP

**4.   Symptomatology and Objective Findings:** Apnea hypopnea index (AHI) of 7/hr.

**5.   Limitations and Prognosis:**  Limited in ability to deploy to austere environment due to need for electricity and fresh water.  SM should not engage in any hazardous activities (such as driving) if excessively sleepy.  While this condition does not limit his ability to perform his MOS, continued treatment is unlikely to return Soldier to full duty in 12 months. Condition is stable over 12-36 months. SM requires treatment with CPAP.

**6.   VA DBQ Findings:**  Reviewed and concur.

**Conditions evaluated at the VA DBQ Exam that are not duty limiting, alone or in combination with the SM's other conditions:**

3.   **Subjective tinnitus**, with normal hearing bilaterally.
4.   **Disturbance in sensation, cranial nerve V2**, residual OIF orthognathic surgery, improving and not duty limiting.
5.   **Epidermal cysts of the scrotum**, s/p excision.
6.   **Left neck folliculitis**, inactive, no residual scar per VA DBQ examiner.
7.   **Scarring alopecia**, not duty limiting.
8.   **Dry eye syndrome**, not duty limiting.
9.   **Left ankle sprain**, resolved with no residual per VA DBQ examiner.
10.   **Paronychia left hallux**, not duty limiting.
11.   **Right wrist tendinitis**, VA diagnosis, with normal Rom on exam, not duty limiting.
12.   **Right hand 5th proximal phalanx fracture 2008**, well healed without residual per VA DBQ examiner, no pathology found.
13.   **Hemorrhoids**, not duty limiting.

PO2 Anderson, Daniel D.

06 November 2017

14. **GERD**, managed with PPI.
15. **Migraine headaches,** onset 2008, treated with Alleve or Excedrin.
16. **Allergic rhinitis**, not duty limiting.
17. **Asthma**, not listed as a diagnosis by the VA DBQ examiner, diagnosis confirmed in the medical record. Pulmonary function tests were performed on 17Mar11 and revealed normal spirometry, very mild decrease in TLC, and a normal DLCO. Following the administration of methacholine there was a significant decrease in FEV1 consistent with a positive methacholine challenge. Pulmonary noted "symptom complex and positive high dose methacholine challenge test consistent with mild intermittent asthma. HIs symptoms are confined to allergen exposure, particularly to cats. Given the mild intermittent nature of his disease, he does not require a controller medicine, and will be treated with prn albuterol alone. He was counseled on allergen avoidance. No further workup is required. He is FIT FOR FULL DUTY WITHOUT RESTRICTIONS, and FIT FOR WORLD WIDE DEPLOYMENT WITHOUT RESTRICTIONS." Albuterol was last refilled 18May17.


**Competency Statement**: SM is deemed mentally competent for pay purposes and is capable of cooperating in and understanding the nature of PEB proceedings.
**Past Medical History, Social History, Family History and Review of Systems:**
Discussed above, otherwise not pertinent.
**Discussion**: The VA DBQ examiner did not establish a diagnosis related to the following claims, and there is no evidence of impact on duty in available medical records: left wrist condition, anal fissure, and anal spasms. The SM claimed mental health condition to include schizoid effect. Per an AHLTA Psychology Assessment Be note dated 08 February 2017, PO2 Anderson underwent psychological testing which yielded the impression that he had a pattern consistent with Schizoid personality traits but did not formally diagnoses the SM with a personality disorder. Personality traits do not constitute a ratable condition. The SM claimed sleep disturbance to include insomnia which is subsumed under the diagnosis of Major Depressive Disorder, Recurrent, Moderate as diagnosed by the VA and supported by the medical record.


**Diagnoses:**

1. **Major Depressive Disorder (MDD), Recurrent, Moderate (ICD10: F33.1)**
2. **Generalized Anxiety Disorder (GAD) (ICD 10: F41.1)**
3. **Irritable bowel syndrome with diarrhea (ICD10 Code: K58.0)**
4. **Obstructive sleep apnea (ICD10 Code: G47.33)**


**Recommendations:**

The Medical Board recommends that case be referred to the Central Physical Evaluation Board for the above diagnoses. Conditions did not exist prior to entry into the service. This Service Member has received maximum benefit of military medical treatment.

CHAUDHERY.HU
MA.JAHAN.13797
38385
Digitally signed by CHAUDHERY.HUMA.JAHAN.1379738385
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=CHAUDHERY.HUMA.JAHAN.1379738385
Date: 2017.11.08 16:56:28 -05'00'

Huma Chaudhery, MD
Internist, MEB Division
WRNMMC

MOORE.SHARO
N.K.1522132450
Digitally signed by MOORE.SHARON.K.1522132450
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, cn=MOORE.SHARON.K.1522132450
Date: 2017.11.07 08:57:42 -05'00'

Sharon Moore, MD
Psychiatrist, MEB Division
WRNMMC

PO2 Anderson, Daniel D.

06 November 2017
Page 4

**For Official Use Only – Privacy Act Protected**

MEDICAL BOARD STATEMENT OF PATIENT
NAVMED 6100/2 (AUTOMATED VERSION) (1-91)

# WRNMMC BETHESDA, MD

### STATEMENT OF PATIENT
### CONCERNING THE FINDINGS OF A MEDICAL BOARD

I have been informed that it is the recommendation of the Medical Board of National Naval Medical Center Bethesda, MD (00168) that: my case be referred to the Director, Secretary of the Navy Council of Review Boards.

**LIMITATIONS ARE:**

Having been informed of the contents, opinion(s) and recommendation(s) of the Medical Board I DO/ DO NOT desire to submit a statement in rebuttal. I understand that this Medical Board report with my rebuttal, if any, will become part of my official military records. I further understand that the opinion(s) expressed by the Medical Board are not binding upon the military, and that my case may be subjected to review and final disposition by higher authority.

Signed: _____
Anderson, Daniel
XXX-XX-████

**CURRENT ADDRESS**
709 Millhouse Drive
Glen Burnie, MD 21060

I CERTIFY THAT I AM / AM NOT PROCESSING FOR SEPARATION / RETIREMENT:

Witnessed: _Lakeisha Brown_

Date: _11/13/17_

NAVMED 6100/2 (AUTOMATED VERSION) (REVISED 1-91)

AR 1295



**DEPARTMENT OF THE NAVY**
CYBER STRIKE ACTIVITY SIXTY THREE
FORT GEORGE G MEADE MARYLAND 20755-6585

1850
Ser N00/017
27 Oct 17

From: Commanding Officer, Cyber Strike Activity SIXTY THREE
To:    President, Physical Evaluation Board

Subj: NON-MEDICAL ASSESSMENT (NMA) IN THE CASE OF CTN2 ANDERSON,
      DANIEL, XXX-XX-███ USN/ACTIVE DUTY

Ref:   (a) SECNAVINST 1850.4E, "Department of the Navy (DON) Disability Evaluation
       Manual," April 30, 2002

1. <u>PURPOSE</u>: The Non-Medical Assessment (NMA) is vital to the timely, fair, and transparent determination of whether a Marine or Sailor is Fit (or Unfit) for continued Naval service. The NMA is not a Fitness Report highlighting military character, but is the Commanding Officer's unbiased and accurate comments describing how the medical condition impacts the service member's ability to function within his/her rank and MOS/rating.

  a. Part I, the "Questionnaire," collects required facts regarding the service member.

  b. Part II, the "Commanding Officer's Comments," is where the PEB relies on the Commanding Officer's comments to explain how the member performs the duties of his/her MOS/Rate with their underlying medical condition(s). The NMA must be signed by the Commanding Officer or acting by direction.

2. <u>PART I - QUESTIONNAIRE</u>: The following assessment to assist the PEB in their determination of Fitness/Unfitness in the case of SNM: PO2 ANDERSON, DANIEL, XXX-XX-███ USN/ACTIVE DUTY.

  a. Service member's MOS/Primary Specialty; Rate/NEC: <u>CTN/0000.</u>

  b. Member's current position or assignment: Non-working patient.

  c. Is the member currently working outside of his/her specialty because of the medical condition? (Yes ☒ No ☐). If the member is working outside of his/her specialty, could the member perform in his/her rating? (Yes ☐ No ☒).

  d. When did the member last pass a "full" PRT/PFT/CFT: March / 2017.

  e. Did the member take the most recent PRT/PFT/CFT? (Yes ☐ No ☒ Partial ☐).

  • If "No," why didn't the member take the PRT/PFT/CFT? Member's LIMITED DUTY paperwork is being considered for a waiver from PRT.

AR 1296

- If "Partial PRT/PFT/CFT," what events were waived and why? Pending CWG-6 medical waiver review.

f. Member's height and weight: <u>72in 189lbs</u>. If not within weight standards, what is the member's body fat percentage? N/A.

g. Is the member within weight and body fat standards? (Yes ☒ No ☐). If "No," is the member on an official weight control program? (Yes ☐ No ☐ NA ☒).

h. To your knowledge, is the member fully attending all appointments and complying with all recommended treatments? (Yes ☒ No ☐).

- Has the member complied in the past? (Yes ☒ No ☐).
- If non-compliant, did the appropriate authority advise the member in writing of the medically proper course of treatment, therapy, medication, or restriction? (Yes ☐ No ☐).
- If the member is non-compliant, please explain why. N/A

i. What is the average number of work hours per week that the member's condition required the member to be away from his/her current duties for treatment, evaluation, and/or recuperation? 30 hours.

j. Is the member being processed for separation due to misconduct at a court-martial or administrative separation board proceeding? (Yes ☐ No ☒). [If "Yes," do not submit the case to the PEB until all misconduct proceedings are complete per ref (a) 3203(f)(6) because separation due to misconduct supersedes disability processing. If "No" proceed to paragraph k.]

- If "Yes" to the above, please identify the type of proceeding: ☐ Administrative Separation Board; ☐ Board of Inquiry; ☐ Summary Court-Martial; ☐ Special Court-Martial; or ☐ General Court-Martial and state the expected completion date: _____).
- Has the Commanding Officer notified PERS/MMSR-4 this member is being processed for separation due to misconduct? (Yes ☐ No ☐ NA ☒).
- Does PERS/MMSR-4 request disability processing for this member concurrent to the misconduct proceedings? (Yes ☐ No ☐ NA ☒). (Concurrent Processing requires submission to the ASN (M&RA) for ultimate disposition in accordance with ref (a) 3403(c))

k. What is the member's current length of service and date of entry into active/reserve

- LOS:  11 <u>years</u> /  11 <u>months</u>; ADSD/AFADBD: November / 2005.
- EAOS/EAS: October / 2021.
- Active Duty Years: 11 years / 11 months.
- Reserve Satisfactory Years: <u>N/A.</u>
- Reserve Retirement Eligible (Yes ☐ No ☒).
- Approved Retirement Date (if applicable): N/A.

l. Considering the member's current physical condition, is he/she worldwide assignable? (Yes ☐ No ☒).

2

m. Does the member have good potential for continued service in his/her present physical and mental condition?  (Yes ☐ No ☒).  If "No," please explain why not.

Member's medical condition has prompted a review by Department of the Navy Central Adjudication Facility to see if the member can retain his currently level of security clearance, which prevents him from performing the regular duties as a Cryptologic Technician Networks (CTN).  Also, the member's current schedule of appointments and required treatment does not allow enough time in the normal course of a week to execute the requirements of his assigned duties.

n. Does the member desire to continue his/her military service; the PEB will not judge the member's request to separate (or remain) as a negative reflection of his/her dedication to serve in the naval service?  (Yes ☐ No ☒).  (Please personally obtain the member's express desire). The member desires to discontinue his military service.

o. Regarding Permanent Limited Duty (PLD) of active duty members, would you recommend that Naval Personnel Command/Headquarters Marine Corps (MMSR-4) authorize the member's retention on active duty in a Permanent Limited Duty (PLD) status, if found Unfit? (Yes ☐ No ☒).

- Has the member ever served in a PLD status? (Yes ☐ No ☒).
- Do you recommend PLD unconditionally?  (Yes ☐ No ☒); or
- Do you recommend PLD only to complete retirement eligibility? (Yes ☐ No ☒ NA ☐); or
- Do you recommend PLD only to complete EAS? (Yes ☐ No ☒ NA ☐).
- If "No" to any of the PLD recommendations above, please explain why.

p. Has the member ever forward deployed in support of Operation Enduring Freedom, Operation Iraqi Freedom, or other Combat Operations?  (Yes ☐ No ☒).

q. For Combat Zone determination purposes, did the member's injury occur in a combat-zone tax exclusion area as defined in DoD Financial Management Regulation, Vol. 7A, Chapter 44, Section 440103(a) [Available at http://www.defenselink.mil/comptroller/fmr]?  (Yes ☐ No ☒).

- If "Yes," please state where and how the injury or illness occurred.  Additionally, please state what document(s) identify the geographic location of the member's injury.

r. For Combat-Related determination purposes, did the cause of the member's injury occur:

(i)  as a direct result of armed conflict, (Yes ☐ No ☒);
(ii)  while engaged in extra hazardous service, (Yes ☐ No ☒);
(iii)  under conditions simulating war; (Yes ☐ No ☒);
(iv)  by an instrumentality of war. (Yes ☐ No ☒).

- If "Yes," to any of the above, please state where and how the injury or illness occurred. Additionally, please state what document(s) identify the cause of the member's injury.  N/A

s. Please provide the member's Defense Travel Service (DTS) Agency Program Coordinator's (APC) name Jim Potter; phone: 667-812-2258; and email jepotte@nsa.gov.

3. <u>PART II – COMMANDING OFFICER'S COMMENTS</u>: The NMA is a critical element of the Physical Evaluation Board's (PEB) adjudication. The PEB relies on your comments to explain how your Marine/Sailor's medical condition impacts his/her ability to perform the duties of his/her MOS/Rate, and the resulting impact on the command. Please note, the NMA is not an evaluation for promotion, and remains in the member's medical record. To ensure a comprehensive NMA, you must comment on all of the member's referred medical conditions and you are encouraged to comment on any of the member's VA claimed conditions. Please use additional pages as necessary.

a. The Commanding Officer submits the following comments so the PEB can make determination of Fitness/Unfitness for this member: PO2 ANDERSON, DANIEL, XXX-XX-▮▮▮▮ USN/ACTIVE DUTY.

b. How does the medical condition(s) impact the member's work capacity in relation to his/her MOS/RATE? (MOS/RATE requirements can be found in MCO 1200.17A (4 Jun 09) for Marines; Volume 1 of NAVPERS 18068F October 2010 for Sailors).

Upon receipt of CTN2 Anderson's LIMDU paperwork and July 2017 NJP, assigned Special Security Officer (SSO) recommended and I endorsed service member's TS/SCI classified access and classified facility access badge be suspended, Security Access Eligibility Report (SAER) released, and process initiated for DoD Clearance Adjudication Facility (CAF) to determine if he should maintain a clearance. Final outcome of this decision is pending. The conditions listed in his LIMDU paperwork and the extensive range of medical appointments CTN2 Anderson's medical practitioners have recommended/assigned for his treatment prevent him from conducting his assigned mission for his MOS/RATE. Specifically, not having classified material/facility access prevents him from conducting his assign mission. Should his clearance be revoked, he would likely be required to cross-rate.

c. Include an explanation on what Mission Essential Tasks the member substantively can or cannot do regarding the primary duties of his/her MOS/Rate.

Without TS/SCI classified access and with his classified facility access badge suspended, Security Access Eligibility Report (SAER) released, and DoD Clearance Adjudication Facility (CAF) assessment for clearance eligibility pending, CTN2 Anderson is currently limited in his ability to complete primary duties assigned of his MOS/Rate and is unable to complete Mission Essential Tasks associated with his MOS/Rate. He is however, contributing approximately 10 hours weekly in a general mission capacity that is not specific to his MOS/Rate outside of classified facilities at this time.

d. Submit Performance Evaluations/Fitness Reports (or Proficiency & Conduct Marks) for the two years immediately prior to the date the MEB was initiated.

14NOV16-15NOV15-Promotable, 15NOV16-16SEP01-Early Promote, 16SEP02-16NOV15-Non-observed, 16NOV16-17JUL20-Significant Problems.

4

e. Submit any pertinent information in reference to line of duty determinations and investigations that affect the member's unfitting condition(s).

Upon receipt of CTN2 Anderson's LIMDU paperwork and July 2017 NJP, assigned Special Security Officer (SSO) recommended and I endorsed service member's TS/SCI classified access and classified facility access badge be suspended, Security Access Eligibility Report (SAER) released, and process initiated for DoD Clearance Adjudication Facility (CAF) to determine if he should maintain a clearance. Final outcome of this decision is pending.

4. CONTACT INFO. For follow-on questions concerning this NMA, the POC at this command is Herbert M. Lamb, CTNCM, Command Senior Enlisted Leader, Cyber Strike Activity SIXTY THREE; (Commercial) 443-479-6065; hmlamb@cybercom.mil (email).

D. B. YUSKO

AR 1300

# ABBREVIATED MEDICAL EVALUATION BOARD REPORT

## SECTION 1: CLINICAL INFORMATION (TO BE COMPLETED BY MEDICAL OFFICERS)

Date: 7/12/17    Patient Name: Daniel Dennis Merwin    Patient SSN: ███████

Proposed start date for limited duty: 7/13/17    Proposed end date (≤ 6 months): 12/13/2017

This period of limited duty is for: (Select one)

[X] 1st LIMDU (≤6 months) Enlisted ADSM (no referral to service headquarters necessary).

[ ] 2nd LIMDU (≤6 months) Enlisted ADSM (no referral to service headquarters necessary). Note that the first and second TLD periods cannot exceed 12 months cumulatively from the date of the first TLD period.

[ ] 1st LIMDU (≤6 months) Officer ADSM (referral to service headquarters necessary).

[ ] 2nd LIMDU (≤6 months) Officer ADSM (referral to service headquarters necessary).

[ ] 3rd or subsequent LIMDU periods on Navy and Marine ADSM involving a distinctly different condition than that responsible for the first and second TLD periods (for referral to service headquarters for "departmental review").

[X] Placement on LIMDU – if the patient is not already in a LIMDU status - at the same time the patient's case is referred to the physical evaluation board for adjudication.

Diagnosis: (1) IBS - D/P    ICD-9 CM Code K58.0

(2) GAD    ICD-9 CM Code 296.32

(3) MDD recurrent mod    ICD-9 CM Code

Circumstances of injury/illness: The pt is a 32 y/o male who has anxiety, depression and comorbid medical conditions that have significantly negatively impacted his ability to function at home, work & in his social environment.

Treatment plan: The GI confirmed IBS-D is of such severity that it only interferes with military ADL's. Pt referred to IOP (mental health Rx) he is on multiple bowel

Limitations from full duty (including whether transfer/TEMDU for treatment is indicated, and any PRT limitations): medications & his IBS-D/P severity requires that 1) access to all med appointments / no PT 2) ensure opportunity for 8 consecutive hr sleep/24h he has close proximity 3) no access to weapons 4) no PCS/deploy / or he to BBR at all times (noted in austere environment)

Printed MEB Member Name and Signature/Date: MARTIN R. LINKERMD    13 JUL 2017    [signatures] RYAN SAFFORD STAFFORD, MD CAPT, MC, USNR    Printed CA Name and Signature/Date: LARRY GRUBB 8/8/17

## SECTION 2: PATIENT INFORMATION, TO BE COMPLETED BY PATIENT

I have received full information on the proposed Limited Duty period from my provider. I understand that this period of limited duty is not effective until approved by the MTF Convening Authority, and that the MTF will report this LIMDU action to my parent command. I understand I may be returned to duty prior to the date appearing above as my clinical condition warrants and upon action by my attending provider.

Patient Signature/Date: [signature]

## SECTION 3: TO BE COMPLETED BY PATIENT ADMINISTRATION OFFICER/MEDICAL BOARDS OFFICER

The following actions have been completed:

[X] Completion of Patient Information Sheet

[X] Notification to PSD/Personnel Office

[ ] LODD Requested from Parent Command (if LODD required)

[ ] Entry into MedBOLT?

[X] Briefing to Patient on Limited Duty/MEBs

[X] Notification to MTF LIMDU Coordinator

[X] Notification to Parent Command

Patient Administration Officer/Medical Boards Official Printed Name, Signature, and Date: [signature]

ROUTING: Original to Patient Health Record; copies to Patient, Parent Command, PSD, MEBR Case File, and PERS-4821 or MMSR-4

NAVMED 6100/5 (Rev. 08-2004)
PREVIOUS EDITIONS OBSOLETE

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | | | | 2. Rate | 3. Desig | | 4. SSN |
|---|---|---|---|---|---|---|---|
| MERWIN, DANIEL D | | | | CTN1 | IW/SW | | |

| 5. ACT | FTS | INACT | AT/ADSW/ | 6. UIC | 7. Ship/Station | | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|---|
| X | | | 265 | 62936 | NIOC MARYLAND | | REGULAR | 16SEP01 |

| Occasion for Report | | Period of Report | |
|---|---|---|---|
| 10. Periodic [X] | 11. Detachment of Individual [ ] | Promotion/ 12. Frocking [ ] | 13. Special [ ] |

| 14. From: 16SEP02 | 15. To: 16NOV15 |
|---|---|

| 16. Not Observed Report [X] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| YUSKO, D B | CDR | 1810 | DIR HEAD | 62936 | |

**28. Command employment and command achievements.**

To conduct cyber and information operations and provide cryptologic and related capability to fleet, joint and national commanders as well as support to all Department of the Navy members assigned to Fort Meade.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

DNEA     DIGITAL NETWORK EXPLOITATION ANALYST-2. Provides digital network analysis and target development in support of USCYBERCOM and Cyber National Mission Force (CNMF) operations. PFA: 16-2.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro- gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. | - | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. | - | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. |
| NOB [X] | [ ] | | [ ] | | [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. | - | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. | - | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. |
| NOB [X] | [ ] | | [ ] | | [ ] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | - | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | - | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| NOB [X] | [ ] | | [ ] | | [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherance to Navy Core Values. | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| NOB [X] | [ ] | | [ ] | | [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. | - | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. | - | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. |
| NOB [X] | [ ] | | [ ] | | [ ] |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 1302

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix)<br>MERWIN, DANIEL D | 2. Rate<br>CTN1 | 3. Desig<br>IW/SW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0*<br>Below Standards | 2.0<br>Pro-gressing | 3.0<br>Meets Standards | 4.0<br>Above Standards | 5.0<br>Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results.<br><br>NOB [X] | -Creates conflict, unwilling to work with others, puts self above team.<br>-Fails to understand team goals or teamwork techniques.<br>-Does not take direction well.<br><br>[ ] | - <br>- <br>[ ] | -Reinforces others' efforts, meets commitments to team.<br>-Understands and, employs good teamwork techniques.<br>-Accepts and offers team direction. | - <br><br>[ ] | -Team builder, inspires cooperation and progress.<br>-Focuses goals and techniques for teams.<br><br>-The best at accepting and offering team direction.<br>[ ] |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals.<br><br><br><br>NOB [X] | -Neglects growth/development or welfare of subordinates.<br>-Fails to organize, creates problems for subordinates.<br>-Does not set or achieve goals relevant to command mission and vision.<br>-Lacks ability to cope with or tolerate stress.<br>-Inadequate communicator.<br>-Tolerates hazards or unsafe practices.<br>[ ] | - <br>- <br>- <br>- <br>[ ] | -Effectively stimulates growth/development in subordinates.<br>-Organizes successfully, implementing process improvements and efficiencies.<br>-Sets/achieves useful, realistic goals that support command mission.<br>-Performs well in stressful situations.<br>-Clear, timely communicator.<br>-Ensures safety of personnel and equipment. | - <br>- <br>- <br>[ ] | -Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>-Superb organizer, great foresight, develops process improvements and efficiencies.<br>-Leadership achievements dramatically further command mission and vision.<br>-Perseveres through the toughest challenges and inspires others.<br>-Exceptional communicator.<br>-Makes subordinates safety-conscious, maintains top safety record.<br>-Constantly improves the personal and professional lives of others.<br>[ ] |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits.<br><br>[0.00] | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.<br><br>*(signature)*  Date: 12DEC14<br>TRAYLOR, M R, CTNC(IW/EXW) |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

   Member on board less than 90 days.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention:  Not Recommended [ ]   Recommended [ ] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | X | | | | | | |
| 46. SUMMARY | | [X] | 0 | 0 | 0 | 0 | 48. Reporting Senior Address<br>COMMANDING OFFICER<br>NAVIOCOM MARYLAND<br>FT MEADE, MD 20755-5290 |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks 1.0 and 5.0.<br><br>*Brian Worden*   Date: 9 DEC 16<br>WORDEN, B P, LCDR | 50. Signature of Reporting Senior<br><br>*(signature)*   Date: 28NOV16<br>Summary Group Average: [0.00] |
|---|---|
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."<br>I intend to submit a statement. [ ]   I do not intend to submit a statement. [X]<br><br>*(signature)*   Date: 09 DEC 16 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report<br><br><br>Date: |

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate CTN1 | 3. Desig IW/SW | 4. SSN ▮▮▮▮ |
|---|---|---|---|---|
| 5. ACT [X]  FTS [ ]  INACT [ ]  AT/ADSW/ [ ] 265 | 6. UIC 62936  7. Ship/Station NIOC MARYLAND | | 8. Promotion Status REGULAR | 9. Date Reported 13JUL22 |

| Occasion for Report | | | Period of Report | |
|---|---|---|---|---|
| 10. Periodic [ ] | 11. Detachment of Individual [X] | 12. Promotion/ Frocking [ ]   13. Special [ ] | 14. From: 15NOV16 | 15. To: 16SEP01 |

| 16. Not Observed Report [ ] | Type of Report 17. Regular [X]   18. Concurrent [ ] | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA |
|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) YUSKO, D B | 23. Grade CDR | 24. Desig 1810 | 25. Title DIR HEAD | 26. UIC 62936 | 27. SSN ▮▮▮▮ |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
To conduct cyber and information operations and provide cryptologic and related capability to fleet, joint and national commanders as well as support to all Department of the Navy members assigned to Fort Meade.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**
CYBER ANALYST   CYBER INTELLIGENCE ANALYST-11.  Responsible for conducting research, analysis and multi-organization collaboration in support of USCYBERCOM.  COLL: ASSISTANT DEPARTMENT DAPA-5.  PFA: 16-1.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 15MAY16 | 31. Counselor KELLY, A J | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. [ ] | - | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. [ ] | - [X] | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. [ ] | - | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. [ ] | - [X] | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. [ ] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | - | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | - | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal/professional growth leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | - | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. [ ] | - | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. [ ] | - [X] | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 1304

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix)<br>MERWIN, DANIEL D | 2. Rate<br>CTN1 | 3. Desig<br>IW/SW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0*<br>Below Standards | 2.0<br>Pro-gressing | 3.0<br>Meets Standards | 4.0<br>Above Standards | 5.0<br>Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK:<br>Contributions to team building and team results.<br><br>NOB | -Creates conflict, unwilling to work with others, puts self above team.<br>-Fails to understand team goals or teamwork techniques.<br>-Does not take direction well. | - | -Reinforces others' efforts, meets commitments to team.<br>-Understands goals, employs good teamwork techniques.<br>-Accepts and offers team direction.<br><br>X | - | -Team builder, inspires cooperation and progress.<br>-Focuses goals and techniques for teams.<br>-The best at accepting and offering team direction. |
| 39. LEADERSHIP:<br>Organizing, motivating and developing others to accomplish goals.<br><br><br><br><br><br>NOB | -Neglects growth/development or welfare of subordinates.<br>-Fails to organize, creates problems for subordinates.<br>-Does not set or achieve goals relevant to command mission and vision.<br>-Lacks ability to cope with or tolerate stress.<br>-Inadequate communicator.<br>-Tolerates hazards or unsafe practices. | - | -Effectively stimulates growth/development in subordinates.<br>-Organizes successfully, implementing process improvements and efficiencies.<br>-Sets/achieves useful, realistic goals that support command mission.<br>-Performs well in stressful situations.<br>-Clear, timely communicator.<br>-Ensures safety of personnel and equipment. | - | -Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>-Superb organizer, great foresight, develops process improvements and efficiencies.<br>-Leadership achievements dramatically further command mission and vision.<br>-Perseveres through the toughest challenges and inspires others.<br>-Exceptional communicator.<br>-Makes subordinates safety-conscious, maintains top safety record.<br>-Constantly improves the personal and professional lives of others.<br><br>X |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits.<br><br>3.43 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)<br><br>LPO          SPECIAL<br>          PROGRAMS | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.<br><br>SACZYNSKI, C T, CTRC(IW/EXW)     Date: 01SEP16 |
|---|---|---|

**43. COMMENTS ON PERFORMANCE:** * All 1.0 marks, three 2.0 marks, and 2.0 mark in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Submitted upon transfer to 02 National Mission Team.  Executing a local UIC swap.

- Deckplate leader.  Led seven joint-service analysts in the review of 4,000 technical documents which produced 180 intelligence reports.  Production resulted in the creation of 25 tailored defensive cyber options for USCYBERCOM's Cyber Protection Teams (CPT).
- Outstanding Sailor.  Dedicated over 300 hours to the establishment of USCYBERCOM's operational planning team in support of multiple CPTs.  Collaborated with multiple National Security Agency offices and Joint organizations to create over 25 Defensive Cyber Operations for USCYBERCOM's J3, leading to seven TASKORDs directing CPT operations.
- Subject matter expert.  Developed procedures to respond to 347 requests for information.  Efforts led to the review of 57,000 documents and identified 25 critical information gaps.
- Devoted mentor.  Provided 40 hours of computer network exploitation training to nine joint-service cyber analysts.  Qualified 7 of 9 personnel, resulting in an 80 percent increase in qualified analysts.
- Command impact.  Dedicated 40 hours of training to 260 Sailors on the Command's drug and alcohol program.  Additionally provided Chart the Course training to 84 Sailors within his department meeting fleet standards ahead of required deadline.
Highly recommended for advancement to Chief Petty Officer.

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.

COMPLETED:  AREA1120.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention:<br>Not Recommended ☐   Recommended ☒ |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | | X | 48. Reporting Senior Address<br>COMMANDING OFFICER<br>NAVIOCOM MARYLAND<br>FT MEADE, MD 20755-5290 |
| 46. SUMMARY | | 0 | 0 | 0 | 0 | 1 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed this evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.<br><br>UNAVAILABLE<br>CUMMINGS, B D, LCDR          Date: | 50. Signature of Reporting Senior<br><br>Deborah Justus<br>Summary Group Average:   3.43     Date: 01SEP16 |
|---|---|
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."<br>I intend to submit a statement. ☐   I do not intend to submit a statement. ☒<br><br>Date: 01 SEP 16 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report<br><br><br>Date: |

NAVPERS 1616/26 (08-16) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|---|
| MERWIN, DANIEL D | | CTN1 | IDW/SW | |

| 5. ACT [X] FTS [ ] INACT [ ] AT/ADSW/ [ ] 265 | 6. UIC 62936 | 7. Ship/Station NIOC MARYLAND | | 8. Promotion Status REGULAR | 9. Date Reported 13JUL22 |
|---|---|---|---|---|---|

| Occasion for Report | | Promotion/ | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic [X] | 11. Detachment of Individual [ ] | 12. Frocking [ ] | 13. Special [ ] | 14. From: 14NOV16 | 15. To: 15NOV15 |

| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 20. Physical Readiness PP | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) SCHEIDT, J S | 23. Grade CAPT | 24. Desig 1810 | 25. Title CO | 26. UIC 62936 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**

To conduct cyber and information operations and provide cryptologic and related capability to fleet, joint and national commanders as well as support to all Department of the Navy members assigned to Fort Meade.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

DNEA    Digital Network Exploitation Analyst-5; Expolitation Analyst(EA)-7. COLL: Asst Dept DAPA-4. WATCH: OOD-12. Peforms global network analysis, target development, and network topology mapping. TEMDUINS: 15MAR25-15APR22. PFA: 15-1/15-2.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 15MAY15 | 31. Counselor LEITNER, R C | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0♦ Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. | - | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. | - [X] | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. | - | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. | - [X] | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. [ ] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | - | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | - | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | - | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. | - | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. | - [X] | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 1306

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | 2. Rate CTN1 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. | - | - Reinforces others' efforts, meets commitments to team.<br>- Understands goals, employs good teamwork techniques.<br>- Accepts and offers team direction.<br>[X] | - | - Team builder, inspires cooperation and progress.<br>- Focuses goals and techniques for teams.<br>- The best at accepting and offering team direction. |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. | - | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. | - [X] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits.  **3.43** | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)  LPO    SPECIAL PROGRAMS | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.  _[signature]_    Date: 8 JAN 16  LEITNER, R C, CTNC(IDW) |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments only. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Talented FCPO performing at an advanced technical level.
- Mission focused. Led more than 20 hours of interactive operations, conducted over 40 hours of analysis; efforts resulted in expanded capabilities and acquisition of critical intelligence in support of Cyber National Mission Force(CNMF) and national priorities.
- Technical expert. Devoted over 80 hours to on-the-job training; qualified two weeks ahead of schedule as a Digital Network Exploitation Analyst and database auditor. Efforts led to greater impact in target development and increased mission capability by 15%.
- Dedicated mentor. Provided 26 hours of mentorship for two junior Sailors on Navy career progression, short and long-term goals, and benefits of special programs.
- Command involved. Facilitated 20 hours of training on identification of alcohol and substance abuse problems and available assistance programs to 100 Sailors leading to increased substance abuse knowledge and command DAPA program awareness.
- Selfless volunteer. Dedicated 56 off-duty hours to organizing and personally transporting two junior Sailors to Alcoholic Anonymous(AA) meetings; ensured 100% AA meeting attendance for 28 sessions.
Reclassified to DNEA work-role; failed to meet EA work-role qualification requirements.
Recommended for advancement.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
COMPLETED:  Introduction to Python; CPO 365 Phase I PQS.  QUALIFIED:  DNEA.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ]  Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | 48. Reporting Senior Address COMMANDING OFFICER NAVIOCOM MARYLAND FT MEADE, MD 20755-5290 |
| 46. SUMMARY | [X] | 3 | 0 | 188 | 149 | 77 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.  _Brian D. Cummings_  CUMMINGS, B D, LCDR    Date: 7 Jan 2016 | 50. Signature of Reporting Senior  _[signature]_  Summary Group Average:  **3.51**    Date: 12/01/2015 |
|---|---|
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. [ ]   I do not intend to submit a statement. [ ]  CERTIFIED COPY PROVIDED    Date: | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report.  Date: |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

```
Date: OCT 26,2017    Compensation and Pension Exam Report         Page: 1
                          WASHINGTON.VA.GOV
                             ** FINAL **
                         Processing time: 54
                 For DBQ DENTAL Dental & oral (other than TMJ) Exam
===============================================================================

   Name: ANDERSON,DANIEL DENNIS               SSN: ██████ (██████
                                          C-Number: ██████ ████
                                               DOB: ██████ 1985

      Address: ████████████

   City,State,Zip+4:                    Res Phone: ████████████
      GLEN BURNIE  MARYLAND  ██████     Bus Phone:

Entered active service: NOV 1,2005      Last rating exam date:
Released active service: Not specified

Priority of exam: Unknown
===============================================================================
Examining provider: 4319
Examined on: SEP 25,2017@08:00
===============================================================================

   Examination results:

 LOCAL TITLE: COMPENSATION ASSESSMENT COPY
STANDARD TITLE: C & P EXAMINATION NOTE
DATE OF NOTE: SEP 25, 2017@08:00      ENTRY DATE: SEP 25, 2017@08:55:52
     AUTHOR: REDMAN,ROBERT S      EXP COSIGNER:
 INSTITUTION: WASHINGTON VA MEDICAL CENTER
    DIVISION: WASHINGTON VAMC
     URGENCY:                               STATUS: COMPLETED


                       Dental and Oral Conditions
                    including Mouth, Lips and Tongue
               (other than Temporomandibular Disorder Conditions)
                     Disability Benefits Questionnaire

    Name of patient/Veteran:   Anderson, Daniel Dennis

    Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
    Request?
    [X] Yes  [ ] No


    Acceptable Clinical Evidence (ACE)
    ----------------------------------
    Indicate method used to obtain medical information to complete this document:

    [X] In-person examination



Continued on next page
VA Form 2507
```

```
C&P Final Report                                           Page: 2

Name: ANDERSON,DANIEL DENNIS        SSN: ████████       C-number: ████████
For DBQ DENTAL Dental & oral (other than TMJ) Exam
================================================================================


Exam Results Continued


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] VA e-folder (VBMS or Virtual VA)
    [X] Other (please identify other evidence reviewed):
        The C-File was reviewed via VBMS. Dental records show the the pt.
        underwent orthodontic treatment 2015-2017 in conjunction with a LeForte
        single piece advancement of the maxilla 04/27/2017, with early residual
        of V2 hypoesthesia.


    SECTION I: Diagnoses
    ====================
    1. Diagnosis
    ------------
    Does the Veteran now have or has he/she ever been diagnosed with an oral or
    dental condition? (This is the condition the Veteran is claiming or for which
    an exam has been requested)
    [X] Yes   [ ] No

       [X] Other, specify:

           Other diagnosis #1:   Disturbance in sensation ,part of V2, residual oif
           orthognathic surgery
           ICD code:  R20.8
           Date of diagnosis:   09/25/2017

    SECTION II: Medical/Dental History
    ==================================
    Describe the history (including onset and course) of the Veteran's oral
    and/or dental condition:
      DENTAL C&P EXAMINATION

      Form 21-2507 lists "Dental condition--S/P surgery in mouth and jaw" as the
      item for C&P Dental evaluation.

      SUBJECTIVE:
      CC: Pt. has had a Class III malocclusion corrected vua orthodontic
      treatemnt and orthognathic surgery, the latter in April, 2017. His upper
      front gingiva and was, but no longer is, numb. Part of the face bilaterally
      is numb, and a small part of the upper front gingiva is swollen, but these


Continued on next page
VA Form 2507
```

AR 1309

```
C&P Final Report                                            Page: 3

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ████████
For DBQ DENTAL Dental & oral (other than TMJ) Exam
================================================================================


Exam Results Continued
      problems are much improved and still slowly improving. He reports thet he
      is gradually getting used to the new position of his front teeth.


      SECTION III: Dental and Oral Conditions
      ========================================
      Does the Veteran have any of the following dental or oral conditions?
      [X] Yes   [ ] No

         [X] Other dental or oral conditions, pertinent physical findings or scars
             due to dental or oral conditions

      1. Mandible, including anatomical loss or bony injury (NOT due to edentulous
         atrophy or periodontal disease)
         ----------------------------------------------------------------------
         Not Applicable

      2. Maxilla, including anatomical loss or bony injury (NOT due to edentulous
         atrophy or periodontal disease)
         ----------------------------------------------------------------------
         Not Applicable

      3. Teeth, including anatomical loss or bony injury leading to loss of any
         teeth (other than that due to the loss of the alveolar process as a result
         of periodontal disease)
         ----------------------------------------------------------------------
         Not Applicable

      4. Mouth, lips, tongue and disfiguring scars to the mouth or lips (anatomical
loss
      or injury)

--------------------------------------------------------------------------------
-----------
         Not Applicable

      5. Osteomyelitis/osteoradionecrosis/osteonecrosis of the jaw
         ----------------------------------------------------------------------
         Not Applicable

      6. Tumors and neoplasms
         ----------------------
         Not Applicable


Continued on next page
VA Form 2507
```

```
C&P Final Report                                        Page: 4

Name: ANDERSON,DANIEL DENNIS          SSN: ██████        C-number: ██████
For DBQ DENTAL Dental & oral (other than TMJ) Exam
================================================================================


Exam Results Continued
    7. Other pertinent physical findings, complications, conditions, signs,
       symptoms and scars
       ---------------------------------------------------------------
    a. Does the veteran have any other pertinent physical findings,
       complications, conditions, signs or symptoms related to the conditions
       listed in the diagnosis section above?
       [X] Yes  [ ] No

            If yes, describe (brief summary):
                Occlusion is WNL. Interdental papilla #8 and 9 is slightly swollen
                and erythematous but not sensitive or painful. Teeth # 5 through 12
                hav enormal sensation. Portions od the facial skin over # 5 and 12
                are numb to the touch. This is further addressed under DBBQ Neuro
                Cranial Nerves.


    b. Does the veteran have any scars (surgical or otherwise) related to any
       conditions or to the treatment of any conditions listed in the Diagnosis
       Section above?
       [ ] Yes  [X] No

    c. Comments, if any:
       No response provided.

    SECTION IV: Diagnostic Testing
    ==============================
    a. Have imaging studies or procedures been performed?
       [X] Yes   [ ] No

       [X] Panographic / intraoral imaging to demonstrate loss of teeth, mandible
           or maxilla
           Date:  09/25/2017
           Results:
               Four L-shaped plates are attached to the anterior maxilla via
               screws, two each on the left and right, and two pins also ar noyted
               in the maxiall, one each on the left and right.  The TMJs are WNL.
               Teeth # 1, 16, 17, and 32 are missing, and tooth # 12 is S/P RCT, no
               residual periapical radiolucency.


    SECTION V: Functional Impact
    ============================
    1. Functional Impact
    --------------------


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 5

Name: ANDERSON,DANIEL DENNIS          SSN: ██████        C-number: ██████
For DBQ DENTAL Dental & oral (other than TMJ) Exam
================================================================================


Exam Results Continued
    Does the Veteran's oral or dental condition impact his or her ability to
    work?
    [ ] Yes   [X] No

    2. Remarks (If any):
    --------------------
        No remarks provided.


    Questions for Historical Rating Criteria
    ========================================

    Is the Veteran's date of claim or date of intent to file, if applicable, on
       or prior to September 9, 2017?
       [X] Yes    [ ] No

       If yes, please answer the additional questions below.


    Historical 1a. Has the Veteran lost any part of the mandible to include the
       ramus (not due to edentulous atrophy or periodontal disease)?
       [ ] Yes    [X] No

       If yes, indicate severity (check all that apply):
            No response provided.


    Historical 1d. Has the Veteran had an injury resulting in malunion or
       nonunion of the mandible?
       [ ] Yes    [X] No

       If yes, indicate severity:
            No response provided.


    Historical 2e. Has the Veteran had an injury resulting in malunion or
       nonunion of the maxilla?
       [ ] Yes   [X] No

       If yes, indicate severity:
         No response provided.




Continued on next page
VA Form 2507
```

```
C&P Final Report                                          Page: 6

Name: ANDERSON,DANIEL DENNIS        SSN: ██████       C-number: ██████
For DBQ DENTAL Dental & oral (other than TMJ) Exam
===============================================================================


Exam Results Continued

****************************************************************************


                        Cranial Nerve Conditions
                     Disability Benefits Questionnaire

    Name of patient/Veteran:  Anderson, Daniel Dennis

    Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
    Request?
    [X] Yes  [ ] No


    ACE and Evidence Review
    -----------------------
    Indicate method used to obtain medical information to complete this document:

    [X] In-person examination


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] VA e-folder (VBMS or Virtual VA)
    [X] Other (please identify other evidence reviewed):
        The C-File was reviewed via VBMS. Dental records show the the pt.
        underwent orthodontic treatment 2015-2017 in conjunction with a LeForte
        single piece advancement of the maxilla 04/27/2017, with early residual
        of V2 hypoesthesia.



    1. Diagnosis
    ------------
    Does the Veteran now have or has he/she ever been diagnosed with a cranial
    nerve condition? (This is the condition the Veteran is claiming or for which
    an exam has been requested)
    [X] Yes   [ ] No

        Diagnosis #1:  Disturbance in Sensation, Crainial Nerev V2, bilaterally,
        residual of orthoganthic surgery
             ICD code:  R20.8
      Date of diagnosis:  09/25/2017


Continued on next page
VA Form 2507
```

AR 1313

```
C&P Final Report                                           Page: 7

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ████████
For DBQ DENTAL Dental & oral (other than TMJ) Exam
===============================================================================


Exam Results Continued

    2. Medical History
    ------------------
    a. Describe the history (including etiology, onset and course) of the
       Veteran's cranial nerve condition (brief summary):
       DENTAL C&P EXAMINATION

       Form 21-2507 lists "Dental condition--S/P surgery in mouth and jaw" as the
       item for C&P Dental evaluation.

       SUBJECTIVE:
       CC: Pt. has had a Class III malocclusion corrected vua orthodontic
       treatemnt and orthognathic surgery, the latter in April, 2017. His upper
       front gingiva and was, but no longer is, numb. Part of the face
       bilaterally is numb, and a small part of the upper front gingiva is
       swollen, but these problems are much improved and still slowly improving.


    b. Indicate the cranial nerves affected by the Veteran's condition (check all
       that apply):
       [X] Cranial nerve V (trigeminal)

    3. Findings, signs and symptoms
    -------------------------------
    Does the Veteran have findings, signs or symptoms attributable to any
    conditions affecting cranial nerves V, VII, and/or IX-XII?
    [X] Yes   [ ] No

      [X] Numbness
          Mid face
              Right: [X] Mild   [ ] Moderate   [ ] Severe
               Left: [X] Mild   [ ] Moderate   [ ] Severe

    For all checked findings, signs or symptoms, indicate cranial nerve involved:
    V2


    4. Muscle strength testing
    --------------------------
    No response provided.

    5. Sensory exam
    ---------------


Continued on next page
VA Form 2507
```

```
C&P Final Report                                           Page: 8

Name: ANDERSON,DANIEL DENNIS        SSN:                C-number:
For DBQ DENTAL Dental & oral (other than TMJ) Exam
===============================================================================


Exam Results Continued

        Mid face:
           Right: [ ] Normal   [X] Decreased   [ ] Absent
           Left:  [ ] Normal   [X] Decreased   [ ] Absent
     6. Cranial nerve summary evaluation
     ----------------------------------
   [X] Cranial nerve V (trigeminal):
        Right:
              [ ] Not affected
              [X] Incomplete, moderate
              [ ] Incomplete, severe
              [ ] Complete
        Left:
              [ ] Not affected
              [X] Incomplete, moderate
              [ ] Incomplete, severe
              [ ] Complete

     7. Other pertinent physical findings, scars, complications, conditions,
        signs, symptoms and scars
     -------------------------------------------------------------------
   No response provided.

     8. Diagnostic testing
     ---------------------
   a. Have imaging or other diagnostic studies been performed and are the
      results available?
      [X] Yes   [ ] No

      If yes, provide type of study, date and results:
      Panoramic dental radiograph 09/25/2017 shows plates, screws and pins in
      the anterior maxilla consistent with s/p maxillary advancement surgery and
      resulting areas of V2 numbness.


   b. Are there any other significant diagnostic test findings and/or results?
      [X] Yes   [ ] No

      If yes, provide type of test or procedure, date and results (brief
      summary):
      Brushing wirh a wooden tognue depressor reveals complete numbness of the
      surface of the skin in an oval area 2.0 x 1.0 cm of the left and right
      face over teeth # 5-6 and 11-12. The gingiva, lip, labial and buccal
      mucosae, and teeth have normal sensation. His inter-incisal ROM is 42 mm
      vertically and 20 mm laterally (i.e., WNL) and painless.


Continued on next page
VA Form 2507
```

```
C&P Final Report                                          Page: 9

Name: ANDERSON,DANIEL DENNIS        SSN: ████████        C-number: ████████
For DBQ DENTAL Dental & oral (other than TMJ) Exam
===============================================================================


Exam Results Continued


    9. Functional impact
    --------------------
    Does the Veteran's cranial nerve condition impact his or her ability to work?
    [ ] Yes   [X] No

    10. Remarks, if any:
    --------------------
    Further improvement of the loss of sensation might well occur.



****************************************************************************

                        Miscellaneous
                Disability Benefits Questionnaire


    Name of patient/Veteran:    Anderson, Daniel Dennis


    Please use this DBQ to address 1151 requests, or other issues that are not
    specifically addressed by specific DBQs such as Individual Unemployability
    (UI).

    Subspecialty - Separation Health Assessment
                    Disability Benefits Questionnaire
                    * Internal VA or DoD Use Only*

        Name of patient/Service member and FULL SSN:

        Anderson, Daniel Dennis; ████████

        Was a DD Form 2807-1, Report of Medical History, completed by the
        Service member and available for review at the time of this examination?
        [ ] Yes [ ] No  [X] N/A

        Any changes to his/her health status since DD 2807-1 completed?
        [ ] Yes [ ] No [X] N/A

        (Proposed) Date of separation from active service:  09/24/2018.


Continued on next page
VA Form 2507
```

AR 1316

```
C&P Final Report                                          Page: 10

Name: ANDERSON,DANIEL DENNIS        SSN: ▮▮▮▮▮▮       C-number: ▮▮▮▮▮▮▮
For DBQ DENTAL Dental & oral (other than TMJ) Exam
==============================================================================


Exam Results Continued


        1.  Medical record review
        ------------------------
        Was the Veteran's VA claims file reviewed?.
        [ ] Yes [ ] No

The C-File was reviewed via VBMS. Dental records show the the pt. underwent
orthodontic treatment 2015-2017 in conjunction with a LeForte single piece
advancement of the maxilla 04/27/2017, with early residual of V2
hypoesthesia.


        2. Medical history (Review of Systems): For each claimed condition you
are addressing, please provide the following:
        ---------------------------------------

#1. Claimed Condition as per 2507: "Dental condition--S/P surgery in mouth
and jaw"
        Onset: 04/2017
        Diagnosis: Disturbance in sensation, V2
Rationale: Per his report and my tests, supported by findings with a
dental panograph.
        Prognosis: Improvement might well continue.


        6. Remarks, if any:

        -------------------


All additional DBQs found to be necessary completed as appropriate at time
of signing this DBQ?
        [x] Yes [ ] No




/es/ ROBERT S. REDMAN
DDS, ORAL PATHOLOGIST
Signed: 09/25/2017 08:55




        This exam has been reviewed and approved by the examining provider.

VA Form 2507
```

```
Date: OCT 26,2017    Compensation and Pension Exam Report          Page: 1
                              WASHINGTON.VA.GOV
                                 ** FINAL **
                            Processing time: 54
                          For DBQ Medical SHA Exam
===============================================================================

   Name: ANDERSON,DANIEL DENNIS                  SSN: ████████ (██████
                                             C-Number: ████████
                                                  DOB: █████1985

       Address: ████████████████

   City,State,Zip+4:                       Res Phone: █████████████
       GLEN BURNIE  MARYLAND  ████████     Bus Phone:

 Entered active service: NOV 1,2005      Last rating exam date:
 Released active service: Not specified

 Priority of exam: Unknown
===============================================================================
 Examining provider: 776087
 Examined on: SEP 29,2017@16:15
===============================================================================

   Examination results:

  LOCAL TITLE: COMPENSATION ASSESSMENT COPY
 STANDARD TITLE: C & P EXAMINATION NOTE
 DATE OF NOTE: SEP 29, 2017@16:15    ENTRY DATE: OCT 19, 2017@14:27:06
      AUTHOR: ARORA,MANISH S       EXP COSIGNER:
 INSTITUTION: WASHINGTON VA MEDICAL CENTER
    DIVISION: WASHINGTON VAMC
     URGENCY:                              STATUS: COMPLETED


                  General Medical - Separation Health Assessment
                      Disability Benefits Questionnaire
                       * Internal VA or DoD Use Only*

     Name of claimant/Servicemember: ANDERSON,DANIEL DENNIS
     SSN: ████████

     Diagnosis Summary

     NOTE: Neuro exams/reports pending

     CLAIMED CONDITION: generalized anxiety disorder
     DIAGNOSIS: Generalized Anxiety Disorder (per psych C&P)

     CLAIMED CONDITION: major depressive disorder, recurrent, moderate
     DIAGNOSIS: Major Depressive Disorder, Recurrent, Moderate (per psych C&P)

     CLAIMED CONDITION: mental health condition to include schizoid effect, sleep


 Continued on next page
 VA Form 2507
```

```
C&P Final Report                                              Page: 2

Name: ANDERSON,DANIEL DENNIS          SSN: ████████      C-number: ████████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

    disturbance to include insomnia
    DIAGNOSIS: No diagnosis (per psych C&P)

    CLAIMED CONDITION:        skin condition to include scrotal cyst,
    DIAGNOSIS:  epidermal cyst of the scrotum (per derm C&P)

    CLAIMED CONDITION: scarring from MRSA back of neck and top of head
    DIAGNOSIS: a) left neck - folliculitis, inactive, no residual scar; b) scalp
    - please refer to hair loss below (per derm C&P)

    CLAIMED CONDITION: hair loss
    DIAGNOSIS: scarring alopecia - folliculitis decalvans (per derm C&P)

    CLAIMED CONDITION: sleep paralysis (sleep study dates 10/02/2017)
    DIAGNOSIS: see neuro C&P

    CLAIMED CONDITION: headaches /migraines
    DIAGNOSIS: see neuro C&P

    CLAIMED CONDITION: dry eye syndrome
    DIAGNOSIS: Dry eye syndrome (per ophthal C&P)

    CLAIMED CONDITION: dental condition s/p surgery in mouth and jaw
    DIAGNOSIS: Disturbance in sensation, V2 (per dental C&P)

    CLAIMED CONDITION: ankle condition left
    DIAGNOSIS: Left ankle sprain resolved with no residual (per podiatry C&P)

    CLAIMED CONDITION: ingrown toe nail left foot
    DIAGNOSIS: Paronychia left hallux (per podiatry C&P)

    CLAIMED CONDITION: wrist condition bilateral
    DIAGNOSIS: (1) R. wrist tendinitis (2) No pathology found, L. wrist

    CLAIMED CONDITION: hand condition right hand knuckle condition
    DIAGNOSIS: R. hand 5th proximal phalanx, well healed without residual (no
    active pathology found)

    CLAIMED CONDITION: IBS d/p
    DIAGNOSIS: IBS

    CLAIMED CONDITION: hemorrhoids, anal fissures, anus spasms
    DIAGNOSIS: (1) hemorrhoids (2) no pathology found, anal fissure (3) anal
    spasms work up ongoing, no pathology found for now


Continued on next page
VA Form 2507
```

```
C&P Final Report                                             Page: 3

Name: ANDERSON,DANIEL DENNIS      SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued


    CLAIMED CONDITION: GERD
    DIAGNOSIS: GERD

    CLAIMED CONDITION: allergic to cats
    DIAGNOSIS: allergic rhinitis

    CLAIMED CONDITION: asthma
    DIAGNOSIS:  no pathology found, work up incomplete


    List of Symptomatic Systems:
      b. Nose:
      f. Eyes:
      h. Lungs and Chest:
      j. Vascular (Varicosities, hypertension, etc.):
      k. Anus and Rectum (Hemorrhoids, Fistulae, Prostate):
      l. Abdomen and Viscera (include hernia):
      m. Genitourinary:
      n. Upper Extremities:
      p. Feet:
      q. Spine:
      r. Miscellaneous musculoskeletal conditions:
          Fracture(s)
      s. Identifying body marks, scars, tattoos:
      t. Skin, Lymphatic:
      u. Neurologic:
      v. Psychiatric:


    List of Abnormal Findings:
      2. Identifying body marks, scars, tattoos
      3. Skin
      7. Dental defects and disease
      8. Eyes - General (Visual acuity and refraction to be completed on Eye DBQ
      if appropriate)
      9. Ophthalmoscopic
      10. Pupils (Equality and reaction)
      11. Ocular motility (Associated parallel movements, nystagmus)
      22. Feet (other than arch)
      23. Feet (arch) (X-rays are not required to evaluate arch)
      24. Spine and other musculoskeletal conditions (including ribs, clavicle,
      etc.)
      26. Neurologic


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 4

Name: ANDERSON,DANIEL DENNIS        SSN: ██████       C-number: ██████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued
      27. Psychiatric (Specify any personality deviation)


    Was a DD Form 2807-1, Report of Medical History, completed by the
    Servicemember and available for review at the time of this examination?
    [ ] Yes  [X] No  [ ] N/A

    Any changes to his/her health status since DD 2807-1 completed?
    [ ] Yes  [X] No  [ ] N/A

    (Proposed) Date of separation from active service:  n/a

    1. Evidence Review
    ------------------
    Evidence reviewed (check all that apply):

    [X] Other (please identify other evidence reviewed):
          Online STRs thru Janus system were reviewed
          VBMS



    2. Medical history (Review of Systems)
    ---------------------------------------
    a. Head, face, neck and scalp:
       [ ] Yes  [X] No

    b. Nose:
       [X] Yes  [ ] No

        If Yes:
          allergic rhinitis, triggered by cats


    c. Sinuses:
       [ ] Yes  [X] No

    d. Mouth and Throat:
       [ ] Yes  [X] No

    e. Ears:
       [ ] Yes  [X] No

    f. Eyes:



Continued on next page
VA Form 2507
```

AR 1321

```
C&P Final Report                                          Page: 5

Name: ANDERSON,DANIEL DENNIS        SSN: ███████       C-number: ███████
For DBQ Medical SHA Exam
==============================================================================
```

Exam Results Continued

```
        [X] Yes  [ ] No

          If Yes:
            See C&P subspecialty exam / DBQ


  g. Heart:
     [ ] Yes  [X] No

  h. Lungs and Chest:
     [X] Yes  [ ] No

          If Yes:
            shortness of breath w/ exposure to cats


  i. Breasts:
     [ ] Yes  [X] No

  j. Vascular (Varicosities, hypertension, etc.):
     [X] Yes  [ ] No

          If Yes:
            "It's been fluctuating between high and low"


  k. Anus and Rectum (Hemorrhoids, Fistulae, Prostate):
     [X] Yes  [ ] No

          If Yes:
            rectal spasms and fecal leakage 2/2 IBS.  work up ongoing


  l. Abdomen and Viscera (include hernia):
     [X] Yes  [ ] No

          If Yes:
            diarrhea predominant IBS
            GERD, mild


  m. Genitourinary:
     [X] Yes  [ ] No
```

Continued on next page
VA Form 2507

```
C&P Final Report                                          Page: 6

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

        If Yes:
          genital warts and cysts


    n. Upper Extremities:
       [X] Yes  [ ] No

        If Yes:
          Dorsal R. wrist pain w/ using mouse and keyboard x 2 years


    o. Lower Extremities:
       [ ] Yes  [X] No

    p. Feet:
       [X] Yes  [ ] No

        If Yes:
          See C&P subspecialty exam / DBQ


    q. Spine:
       [X] Yes  [ ] No

        If Yes:
          See C&P subspecialty exam / DBQ


    r. Miscellaneous musculoskeletal conditions:
       [X] Yes  [ ] No

       [X] Fracture(s)
          Traumatic fracture R. 5th proximal phalanx in 2008


    s. Identifying body marks, scars, tattoos:
       [X] Yes  [ ] No

        If Yes:
          See C&P subspecialty exam / DBQ


    t. Skin, Lymphatic:
       [X] Yes  [ ] No


Continued on next page
VA Form 2507
```

```
C&P Final Report                                           Page: 7

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued


        If Yes:
           See C&P subspecialty exam / DBQ


    u. Neurologic:
       [X] Yes  [ ] No

        If Yes:
           See C&P subspecialty exam / DBQ


    v. Psychiatric:
       [X] Yes  [ ] No

        If Yes:
           See C&P subspecialty exam / DBQ


    w. Gynecologic: (excluding breasts)
       [ ] Yes  [X] No

    x. Endocrine:
       [ ] Yes  [X] No

    y. Infectious disease, immune disorder or nutritional deficiency:
       [ ] Yes  [X] No

    z. Miscellaneous conditions:
       [ ] Yes  [X] No

    3.  Physical Exam
    -----------------
    a. Dominant hand
       [X] Right  [ ] Left  [ ] Ambidextrous

    b. Vital signs and Labs
       Blood pressure #1:  136/90

       Blood pressure #2:  134/85

       Blood pressure #3:  141/85

       Pulse:  77


Continued on next page
VA Form 2507
```

```
C&P Final Report                                             Page: 8

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

        Respiratory rate:  12

        Height:  69"

        Weight:  160 lbs

   c. Visual Acuity:
      Near:
         Right Eye Corrected 20/See C&P subspecialty exam / DBQ


   1. Head, face, neck and scalp
      [X] Normal  [ ] Abnormal  [ ] Not examined

   2. Identifying body marks, scars, tattoos
      [ ] Normal  [X] Abnormal  [ ] Not examined

         If abnormal:
            See C&P subspecialty exam / DBQ


   3. Skin
      [ ] Normal  [X] Abnormal  [ ] Not examined

          If abnormal:
            See C&P subspecialty exam / DBQ


   4. Nose
      [X] Normal  [ ] Abnormal  [ ] Not examined

   5. Sinuses
      [X] Normal  [ ] Abnormal  [ ] Not examined

   6. Mouth and throat
      [X] Normal  [ ] Abnormal  [ ] Not examined

   7. Dental defects and disease
      [ ] Normal  [X] Abnormal  [ ] Not examined

          If abnormal:
            See C&P subspecialty exam / DBQ




Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 9

Name: ANDERSON,DANIEL DENNIS        SSN: ██████         C-number: ██████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued
     8. Eyes - General (Visual acuity and refraction to be completed on Eye DBQ if
        appropriate)
        [ ] Normal  [X] Abnormal  [ ] Not examined

         If abnormal:
           See C&P subspecialty exam / DBQ


     9. Ophthalmoscopic
        [ ] Normal  [X] Abnormal  [ ] Not examined

         If abnormal:
           See C&P subspecialty exam / DBQ


    10. Pupils (Equality and reaction)
        [ ] Normal  [X] Abnormal  [ ] Not examined

         If abnormal:
           See C&P subspecialty exam / DBQ


    11. Ocular motility (Associated parallel movements, nystagmus)
        [ ] Normal  [X] Abnormal  [ ] Not examined

         If abnormal:
           See C&P subspecialty exam / DBQ


    12. Ears - External ear and canal
        [X] Normal  [ ] Abnormal  [ ] Not examined

    13. Tympanic membranes (Perforation)
        [X] Normal  [ ] Abnormal  [ ] Not examined

    14. Heart (Thrust, size, rhythm, sounds)
        [X] Normal  [ ] Abnormal  [ ] Not examined

    15. Lungs and chest (Include breasts)
        [X] Normal  [ ] Abnormal  [ ] Not examined

    16. Vascular system (Varicosities, etc.)
        [X] Normal  [ ] Abnormal  [ ] Not examined



Continued on next page
VA Form 2507
```

AR 1326

C&P Final Report                                           Page: 10

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ Medical SHA Exam
================================================================================

Exam Results Continued
    17. Abdomen and viscera (Include hernia)
        [X] Normal  [ ] Abnormal  [ ] Not examined

    18. Anus and rectum (Hemorrhoids, fistulae, prostate if indicated)
        [X] Normal  [ ] Abnormal  [ ] Not examined

    19. Genitourinary (Male and female)
        [ ] Normal  [ ] Abnormal  [X] Not examined

    20. Upper extremities
        [X] Normal  [ ] Abnormal  [ ] Not examined

    21. Lower extremities (Except feet)
        [X] Normal  [ ] Abnormal  [ ] Not examined

    22. Feet (other than arch)
        [ ] Normal  [X] Abnormal  [ ] Not examined

        If abnormal:
          See C&P subspecialty exam / DBQ

    23. Feet (arch) (X-rays are not required to evaluate arch)
        [ ] Normal  [X] Abnormal  [ ] Not examined

        If abnormal:
          See C&P subspecialty exam / DBQ

    24. Spine and other musculoskeletal conditions (including ribs, clavicle,
        etc.)
        [ ] Normal  [X] Abnormal  [ ] Not examined

        If abnormal:
          See C&P subspecialty exam / DBQ

    25. Lymphatic
        [X] Normal  [ ] Abnormal  [ ] Not examined

    26. Neurologic
        [ ] Normal  [X] Abnormal  [ ] Not examined

        If abnormal:


Continued on next page
VA Form 2507

```
C&P Final Report                                          Page: 11

Name: ANDERSON,DANIEL DENNIS        SSN: ██████      C-number: ██████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

          See C&P subspecialty exam / DBQ


     27. Psychiatric (Specify any personality deviation)
         [ ] Normal  [X] Abnormal  [ ] Not examined

         If abnormal:
           See C&P subspecialty exam / DBQ


     28. Pelvic and external genitalia (Females only)
         [ ] Normal  [ ] Abnormal  [X] Not examined

     29. Breast
         [ ] Normal  [ ] Abnormal  [X] Not examined

     30. Endocrine
         [X] Normal  [ ] Abnormal  [ ] Not examined

     31. Other, describe:
         No response provided.

     32. Air Conduction Threshold Audiogram
         Has an audiogram been completed in the last 30 days?
         [X] Yes  [ ] No

         If yes, provide date:  10/5/17
```

                         RIGHT EAR

| A | B | C | D | E | F | G | |
|---|---|---|---|---|---|---|---|
| 500 Hz* | 1000 Hz | 2000 Hz | 3000 Hz | 4000 Hz | 6000 Hz | 8000 Hz | Avg Hz (B-E)** |
| | | | | | | | |

                         LEFT EAR

| A | B | C | D | E | F | G | |
|---|---|---|---|---|---|---|---|
| 500 Hz* | 1000 Hz | 2000 Hz | 3000 Hz | 4000 Hz | 6000 Hz | 8000 Hz | Avg Hz (B-E)** |

```
Continued on next page
VA Form 2507
```

AR 1328

```
C&P Final Report                                            Page: 12

Name: ANDERSON,DANIEL DENNIS         SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

    |========+========+========+========+========+========+========+========|
    |        |        |        |        |        |        |        |        |
    +========================================================================+

         May paste results of audiogram here if more convenient
           see remarks, below


   33. Tinnitus:
       Are you bothered by noises in your head or ears such as ringing, roaring,
       buzzing, crickets, or a humming tone?
       [ ] Yes  [X] No

   4. Lab Studies:
   ---------------
      No response provided.

   5. Diagnosis:
   -------------
   [X] Diagnosis/diagnoses are listed on additional DBQs (This is just a
       reminder to please fill out the DBQs as needed for VA rating purposes)

   Comments, if any:
     No comments provided.

   6. Remarks, if any:
   -------------------
   NOTE: Neuro exams/reports pending

   LOCAL TITLE: COMPENSATION ASSESSMENT COPY
   STANDARD TITLE: C & P EXAMINATION NOTE
   DATE OF NOTE: SEP 10, 2017@09:30    ENTRY DATE: SEP 18, 2017@14:18:19
        AUTHOR: THAI,MINHTAM           EXP COSIGNER:
   URGENCY:                            STATUS: COMPLETED



                               Miscellaneous
                      Disability Benefits Questionnaire


         Name of patient/Veteran:   Anderson, Daniel Dennis ███████



Continued on next page
VA Form 2507
```

```
C&P Final Report                                           Page: 13

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

    Please use this DBQ to address 1151 requests, or other issues that are
    not
    specifically addressed by specific DBQs such as Individual
    Unemployability
        (UI).

                        Subspecialty - Separation Health Assessment
                           Disability Benefits Questionnaire
                            * Internal VA or DoD Use Only*


            Was a DD Form 2807-1, Report of Medical History, completed by the
    Servicemember and available for review at the time of this
    examination?
            [ ] Yes [ ] No [ ] N/A

            Any changes to his/her health status since DD 2807-1 completed?
            [ ] Yes [ ] No [ ] N/A

            (Proposed) Date of separation from active service:

            1.  Medical record review
            -------------------------
            Was the Veteran's VA claims file reviewed?
            [x ] Yes[ ] No

            2. Medical claims: For each claimed condition you are
                Addressing as per 2507, please provide the following:
            --------------------------------------

            #1.Claimed Condition: ankle condition left.
                Onset: 2013 and 2014
                Diagnosis: Left ankle sprain resolved with no residual.
                Rationale: history, xrays, MRI, exam.
                Prognosis: good.

             #2.Claimed Condition: ingrown toe nail left foot.
                Onset: unknown.
                Diagnosis: Paronychia left hallux.
                Rationale: history, exam.
                Prognosis: stable.

        ***Veteran was strongly recommended to follow up with PCM for
        treatment/referral for this condition.



Continued on next page
VA Form 2507
```

```
C&P Final Report                                        Page: 14

Name: ANDERSON,DANIEL DENNIS      SSN: ██████████    C-number: ██████████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued


    ****************************************
    Miscellaneous
                    Disability Benefits Questionnaire


       Name of patient/Veteran:   Anderson, Daniel Dennis


    Please use this DBQ to address 1151 requests, or other issues that are
    not
    specifically addressed by specific DBQs such as Individual
    Unemployability
       (UI).

       Subspecialty - Separation Health Assessment
                        Disability Benefits Questionnaire
                        * Internal VA or DoD Use Only*

          Name of patient/Service member and FULL SSN:

          Anderson, Daniel Dennis; ██████████

          Was a DD Form 2807-1, Report of Medical History, completed by the
    Service member and available for review at the time of this
    examination?
          [ ] Yes [ ] No  [X] N/A

          Any changes to his/her health status since DD 2807-1 completed?
          [ ] Yes [ ] No [X] N/A

          (Proposed) Date of separation from active service:  09/24/2018.

          1.  Medical record review
          -------------------------
          Was the Veteran's VA claims file reviewed?.
          [ ] Yes [ ] No

    The C-File was reviewed via VBMS. Dental records show the the pt.
    underwent
    orthodontic treatment 2015-2017 in conjunction with a LeForte single
    piece
          advancement of the maxilla 04/27/2017, with early residual of V2


Continued on next page
VA Form 2507
```

AR 1331

```
C&P Final Report                                              Page: 15

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

        hypoesthesia.


     2. Medical history (Review of Systems): For each claimed condition
you
        are addressing, please provide the following:
           --------------------------------------

     #1. Claimed Condition as per 2507: "Dental condition--S/P surgery in
mouth
        and jaw"
           Onset: 04/2017
           Diagnosis: Disturbance in sensation, V2
        Rationale: Per his report and my tests, supported by findings with a
        dental panograph.
           Prognosis: Improvement might well continue.

             6. Remarks, if any:

           -------------------

     All additional DBQs found to be necessary completed as appropriate at
time
        of signing this DBQ?
           [x] Yes [ ] No



     /es/ ROBERT S. REDMAN
     DDS, ORAL PATHOLOGIST
     Signed: 09/25/2017 08:55

     **************************************************


                          Addendum / Clarification
                        Disability Benefits Questionnaire


        Name of patient/Veteran:   Anderson, Daniel Dennis;  c-file: ████ ████


     Please utilize this form when responding to VBA requests for either
     addendums


Continued on next page
VA Form 2507
```

AR 1332

```
C&P Final Report                                      Page: 16

Name: ANDERSON,DANIEL DENNIS        SSN: ██████      C-number: ██████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

        or clarifications of prior VHA examination reports.


                        Mental health - Separation Health Assessment
                            Disability Benefits Questionnaire
                             * Internal VA or DoD Use Only*


        Was a DD Form 2807-1, Report of Medical History, completed by the
Servicemember and available for review at the time of this
examination?

        [ ] Yes [X ] No [ ] N/A

        Any changes to his/her health status since DD 2807-1 completed?
        [ ] Yes [ ] No [X ] N/A

(Proposed) Date of separation from active service:  No response
provided.

        1.  Medical record review
        -------------------------
        Was the Veteran's VA claims file reviewed?
        [X ] Yes [ ] No

        2. Medical history (Review of Systems)
        --------------------------------------

        1. Psychiatric:
          [ X] Yes [ ] No


            #1.  Claimed Condition:  Generalized Anxiety Disorder
                 Onset:  unknown
                 History:  chronic
                 Prognosis:  uncertain

            #2.  Claimed Condition:  Major Depressive Disorder, Recurrent, Moderate
                 Onset:  unknown
                 History:  recurrent
                 Prognosis:  uncertain


Continued on next page
VA Form 2507
```

```
C&P Final Report                                          Page: 17

Name: ANDERSON,DANIEL DENNIS         SSN: ██████████     C-number: ██████████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued
            #3.  Claimed Condition:  Mental Health Condition to Include Schizoid
      Effect,
      Sleep Disturbances to Include Insomnia
                  Onset:  n/a
                  History:
                  Prognosis:

            #4.  Claimed Condition:  Sleep Paralysis
                  Onset:  n/a
                  History:
                  Prognosis:


            (Please follow format if more claims are being addressed)


                  PTSD SCREEN PC-PTSD
                  -------------------
                  In your life, have you ever had any experience that was so
      frightening, horrible, or upsetting that, in the past month,
      you:

      1. Have had nightmares about it or thought about it when you
      did
                  not want to?
                  [ ] Yes [X ] No

      2. Tried hard not to think about it or went out of your way
      to
                  avoid situations that reminded you of it?
                  [ ] Yes [X ] No

                  3. Were constantly on guard, watchful, or easily startled?
                  [ ] Yes [X ] No

                  4. Felt numb or detached from others, activities, or your
                  surroundings?
                  [ ] Yes [X ] No

                  Depression screen: PHQ2
                  -----------------------
      Over the past two weeks, how often have you been bothered by
      any
                  of the following problems?


Continued on next page
VA Form 2507
```

```
C&P Final Report                                          Page: 18

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued


                Little interest or pleasure in doing things.
        [ ] 0 = Not at all [ ] 1 = Several days [ ] 2 = More than
        half
                        the days [X ] 3 = Nearly every day

                Feeling down, depressed, or hopeless.
        [ ] 0 = Not at all [ ] 1 = Several days [X ] 2 = More than
        half
                        the days [ ] 3 = Nearly every day

            Total Point Score:   5

            Brief Suicide Risk Assessment
            -----------------------------
            - (Perform if score positive on Depression or PTSD screens)

            Are you feeling hopeless about the present or future?
                [X ] Yes [ ] No

    Have you had thoughts about taking your life - if yes - when
    did
you have these thoughts and do you have a plan to take
your
                        life?
        [X ] Yes [ ] No - no current suicidal plan or intent was
        reported

                Have you ever had a suicide attempt?
                    [X ] Yes [ ] No


        3.  Physical Exam
        -----------------

        1. Psychiatric (Specify any personality deviation)
            [ X] Normal [ ] Abnormal [ ] Not examined

        5. Diagnosis:
        -------------

                #1.  Claimed condition: Generalized Anxiety Disorder
                    Diagnosis/Rationale:  Generalized Anxiety Disorder - the
        service


Continued on next page
VA Form 2507
```

```
C&P Final Report                                         Page: 19

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

        member meets full DSM-5 criteria for this diagnosis


                #2.  Claimed condition:  Major Depressive Disorder, Recurrent,
        Moderate
                        Diagnosis/Rationale:  Major Depressive Disorder, Recurrent,
        Moderate -
        the service member meets full DSM-5 criteria for this diagnosis

                #3.  Claimed condition: Mental Health Condition to Include
Schizoid
        Effect,
        Sleep Disturbances to Include Insomnia
                        Diagnosis/Rationale:  No diagnoses - symptoms of a Mental
        Health
    Condition to Include Schizoid Effect, Sleep Disturbances to Include
    Insomnia
        can be considered part of the Major Depressive Disorder and Generalized
        Anxiety Disorder and do not warrant a separate diagnosis

                #4.  Claimed condition:  Sleep Paralysis
                        Diagnosis/Rationale:  No diagnosis - symptoms of Sleep
        Paralysis can
    be considered part of the Generalized Anxiety Disorder and do not warrant
    a
        separate diagnosis

                    (for additional Claim/diagnosis, please follow above format)

            6. Remarks, if any:
            -------------------


        All additional DBQs found to be necessary completed as appropriate at
        time
            of signing this DBQ?
        [X] Yes [ ] No


    /es/ MEGAN K RAVE LANKENAU
    PSYCHOLOGIST
    Signed: 09/25/2017 11:56

     Miscellaneous


Continued on next page
VA Form 2507
```

```
C&P Final Report                                          Page: 20

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ Medical SHA Exam
=============================================================================
```

Exam Results Continued

Disability Benefits Questionnaire


Name of patient/Veteran:   Anderson, Daniel Dennis


Please use this DBQ to address 1151 requests, or other issues that are
not
specifically addressed by specific DBQs such as Individual
Unemployability
(UI).

Normal hearing bilaterally.
Subjective Tinnitus.  Veteran reports tinnitus effects his ability to
sleep
and uses a white noise machine to mask it out.


RIGHT EAR

```
+==========================================================+
| A  | B   | C   | D   | E   | F   | G   |
|========+========+========+========+========+========+========+|
| 500  | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 | Avg
Hz
| Hz*  | Hz  | Hz  | Hz  | Hz  | Hz  | Hz  |
(B-E)**

|========+========+========+========+========+========+========|
|  5  |  10  |  10  |  15  |  10  |  15  |  10  |
11

+==========================================================+
```

LEFT EAR

```
+==========================================================+
| A  | B   | C   | D   | E   | F   | G   |
|========+========+========+========+========+========+========+|
| 500  | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 | Avg
Hz
| Hz*  | Hz  | Hz  | Hz  | Hz  | Hz  | Hz  |
(B-E)**
```


Continued on next page
VA Form 2507

```
C&P Final Report                                          Page: 21

Name: ANDERSON,DANIEL DENNIS       SSN: ████████      C-number: ████████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

   |========+========+========+========+========+========+========+========|
   |  10  |  15  |  15  |  25  |  15  |  25  |  15  |
   18
       +======================================================================+


   **************************************
    LOCAL TITLE: EYE C&P NOTE
   STANDARD TITLE: EYE C & P EXAMINATION CONSULT
   DATE OF NOTE: OCT 12, 2017@09:00    ENTRY DATE: OCT 12, 2017@09:49:35
        AUTHOR: BELKIN,SAMUEL S     EXP COSIGNER:
   URGENCY:                         STATUS: COMPLETED



                          Eye Conditions
                   Disability Benefits Questionnaire


       Name of patient/Veteran:  Daniel Anderson

   Is this DBQ being completed in conjunction with a VA 21-2507, C&P
   Examination
       Request?
       [X] Yes   [ ] No


       ACE and Evidence Review
       -----------------------
   Indicate method used to obtain medical information to complete this
   document:

       [X] In-person examination


       Evidence Review
       ---------------
       Evidence reviewed (check all that apply):

       [X] Other (please identify other evidence reviewed):
           JLV- AHALTA


       SECTION I: Diagnoses
       --------------------



Continued on next page
VA Form 2507
```

```
C&P Final Report                                            Page: 22

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

        NOTE: The diagnosis section should be filled out AFTER the clinician has
              completed the examination

        Does the Veteran now have or has he/she ever been diagnosed with an eye
        condition (other than congenital or developmental errors of refraction)?
        [X] Yes   [ ] No

           If yes, provide only diagnoses that pertain to eye conditions:

              Diagnosis #1: Dry eye syndrome
              ICD code(s): H04.123
              Date of diagnosis: years

        SECTION II: Medical history
        ----------------------------
Describe the history (including onset and course) of the Veteran's current
eye condition(s) (brief summary): 1. Current 2507 requests assessment for Dry
        eye syndrome.

        2. S/P PRK completed while active duty, 2011

        3. Requires dry eye drops daily.

        REVIEW OF OLD NOTES:

        S/P PRK completed 2011

        SECTION III: Physical examination
        ----------------------------------
        1. Visual acuity
        ----------------
        a. Uncorrected distance:

Right: [ ] 5/200 or worse [ ] 5/200   [ ] 10/200 [ ] 15/200 [ ]
20/200
              [ ] 20/100        [ ] 20/70  [ ] 20/50  [X] 20/40 or better

Left:  [ ] 5/200 or worse [ ] 5/200   [ ] 10/200 [ ] 15/200 [ ]
20/200
              [ ] 20/100        [ ] 20/70  [ ] 20/50  [X] 20/40 or better

        b. Uncorrected near:


Continued on next page
VA Form 2507
```

```
C&P Final Report                                          Page: 23

Name: ANDERSON,DANIEL DENNIS        SSN: ████████        C-number: ████████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

     Right: [ ] 5/200 or worse  [ ] 5/200   [ ] 10/200  [ ] 15/200  [ ]
     20/200
                  [ ] 20/100         [ ] 20/70   [ ] 20/50   [X] 20/40 or better

     Left: [ ] 5/200 or worse  [ ] 5/200   [ ] 10/200  [ ] 15/200  [ ]
     20/200
                  [ ] 20/100         [ ] 20/70   [ ] 20/50   [X] 20/40 or better

        c. Corrected distance:

     Right: [ ] 5/200 or worse  [ ] 5/200   [ ] 10/200  [ ] 15/200  [ ]
     20/200
                  [ ] 20/100         [ ] 20/70   [ ] 20/50   [X] 20/40 or better

     Left: [ ] 5/200 or worse  [ ] 5/200   [ ] 10/200  [ ] 15/200  [ ]
     20/200
                  [ ] 20/100         [ ] 20/70   [ ] 20/50   [X] 20/40 or better

        d. Corrected near:

     Right: [ ] 5/200 or worse  [ ] 5/200   [ ] 10/200  [ ] 15/200  [ ]
     20/200
                  [ ] 20/100         [ ] 20/70   [ ] 20/50   [X] 20/40 or better

     Left: [ ] 5/200          [ ] 5/200   [ ] 10/200  [ ] 15/200  [ ]
     20/200
                  [ ] 20/100         [ ] 20/70   [ ] 20/50   [X] 20/40 or better

        2. Difference in corrected visual acuity for distance and near vision
        ------------------------------------------------------------------
     Does the Veteran have a difference equal to two or more lines on the
     Snellen
     test type chart or its equivalent between distance and near corrected
     vision,
        with the near vision being worse?
        [ ] Yes   [X] No

        3. Pupils
        ---------
        a. Pupil diameter:  Right: 4 mm      Left: 4 mm

        b. [X] Pupils are round and reactive to light
```

Continued on next page
VA Form 2507

```
C&P Final Report                                            Page: 24

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued
        c. Is an afferent pupillary defect present?
        [ ] Yes   [X] No

        d. [ ] Other, describe:

        No answer provided

    4. Anatomical loss, light perception only, extremely poor vision or
    blindness
    --------------------------------------------------------------------------
    Does the Veteran have anatomical loss, light perception only, extremely
    poor
        vision or blindness of either eye?
        [ ] Yes   [X] No

        5. Astigmatism
        --------------
    Does the Veteran have a corneal irregularity that results in severe
    irregular
        astigmatism?
        [ ] Yes   [X] No

        6. Diplopia
        -----------
        Does the Veteran have diplopia (double vision)?
        [ ] Yes   [X] No

        7. Tonometry
        ------------
        a. If tonometry was performed, provide results:
            Right eye pressure: 15    Left eye pressure: 16

        b. Tonometry method used:

            [X] Goldmann applanation
            [ ] Other, describe:

        8. Slit lamp and external eye exam
        ----------------------------------
        a. External exam/lids/lashes:
            Right   [X] Normal   [ ] Other, describe:
            Left    [X] Normal   [ ] Other, describe:



Continued on next page
VA Form 2507
```

AR 1341

```
C&P Final Report                                          Page: 25

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued
        b. Conjunctiva/sclera:
           Right  [X] Normal  [ ] Other, describe:
           Left   [X] Normal  [ ] Other, describe:

        c. Cornea:
           Right  [X] Normal  [ ] Other, describe:
           Left   [X] Normal  [ ] Other, describe:

        d. Anterior chamber:
           Right  [X] Normal  [ ] Other, describe:
           Left   [X] Normal  [ ] Other, describe:

        e. Iris:
           Right  [X] Normal  [ ] Other, describe:
           Left   [X] Normal  [ ] Other, describe:

        f. Lens:
           Right  [X] Normal  [ ] Other, describe:
           Left   [X] Normal  [ ] Other, describe:

        9. Internal eye exam (fundus)
        --------------------
        Fundus:

           [X] Normal bilaterally
           [ ] Abnormal

        10. Visual fields
        -----------------
        Does the Veteran have a visual field defect (or a condition that may
result
           in visual field defect)?
           [ ] Yes   [X] No

        a. Was visual field testing performed?
           [X] Yes   [ ] No

                Results:
                   [X] Other, describe:
        CONFRONTATION VF FULL -- confirms that formal Visual
        Field
                        is NOT required




Continued on next page
VA Form 2507
```

AR 1342

```
C&P Final Report                                           Page: 26

Name: ANDERSON,DANIEL DENNIS      SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued
        b. Does the Veteran have contraction of a visual field?
           [ ] Yes   [X] No

        c. Does the Veteran have loss of a visual field?
           [ ] Yes   [X] No

        d. Does the Veteran have a scotoma?
           [ ] Yes   [X] No

    e. Does the Veteran have legal (statutory) blindness (visual field
    diameter
           of 20 degrees or less in the better eye, even if the corrected visual
           acuity is 20/20) based upon visual field loss?
           [ ] Yes   [X] No

        SECTION IV:  Eye conditions
        ----------------------------
        1. Conditions
        -------------
        Does the Veteran have any of the following eye conditions?
        [X] Yes   [ ] No

           If yes, check all that apply:

           [X] Other eye conditions

        14. Other eye conditions, pertinent physical findings, complications,
           conditions, signs and symptoms
           -------------------------------------------------------------------
        Does the Veteran have any other eye conditions, pertinent physical
        findings,
           complications, conditions, signs or symptoms related to the condition at
           hand?
           [X] Yes   [ ] No

           If yes, describe: 1. Current 2507 requests assessment for Dry eye
           syndrome.

    2. S/P PRK completed while active duty, 2011, mild residual
    refractive
           error, correctable to good vision both eyes.

           3. Dry eye syndrome, uses daily eyedrops in past, not visually
           significant at this time.


Continued on next page
VA Form 2507
```

AR 1343

```
C&P Final Report                                                Page: 27

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued


        4. No other active ocular pathology seen at this time

    SECTION V:  Scarring and disfigurement
    ---------------------------------------
    Does the Veteran have scarring or disfigurement attributable to any eye
    condition?
    [ ] Yes   [X] No

    SECTION VI:  Incapacitating episodes
    ------------------------------------
During the past 12 months, has the Veteran had any incapacitating
episodes
    attributable to any eye conditions?
    [ ] Yes   [X] No

    SECTION VII
    -----------
    1. Functional impact
    --------------------
    Does the Veteran's eye condition(s) impact his or her ability to work?
    [ ] Yes   [X] No

    2. Remarks, if any:
    -------------------

    ****************************************************
    PATIENT IS ACTIVE DUTY/IDES/QUICKSTART

        Was a DD Form 2807-1, Report of Medical History, completed by the
        Service member and available for review at the time of this
        examination?
        []Yes [X]No  []N/A

        PHYSICAL EXAM: All[Eyes, Ophthalmoscope, Pupils, ocular motility]
         Normal except:

    ASSESSMENT:
    #1.  Claimed Condition:Dry eye syndrome
         Onset: years
         History:ongoing
         Prognosis: Unable to estimate
         Diagnosis/Rationale: Dry eye syndrome


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 28

Name: ANDERSON,DANIEL DENNIS      SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued




     /es/ SAMUEL S BELKIN
     ATTENDING PHYSICIAN
     Signed: 10/12/2017 09:49

      LOCAL TITLE: COMPENSATION ASSESSMENT COPY
     STANDARD TITLE: C & P EXAMINATION NOTE
     DATE OF NOTE: OCT 18, 2017@13:00    ENTRY DATE: OCT 18, 2017@11:34:24
          AUTHOR: CHEU,TAMMY MEI-CHEN  EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED


                         Miscellaneous
                  Disability Benefits Questionnaire


          Name of patient/Veteran:   ANDERSON, DANIEL DENNIS  ████ ████


     Please use this DBQ to address 1151 requests, or other issues that are
     not
     specifically addressed by specific DBQs such as Individual
     Unemployability
       (UI).

         SUBSPECIALTY - Separation Health Assessment (SHA)
               Disability Benefits Questionnaire
                 * Internal VA or DOD Use Only*

         Name of Claimant/Service member:  ANDERSON, DANIEL DENNIS
         SSN: ███████ ████

         MEDICAL RECORD REVIEW:
         No physical VA claims file was received for review.
         VBMS was reviewed.
         JLV (Joint Legacy Viewer) reviewed.
         Other records reviewed: CPRS, DOD REMOTE DATA.

         SUBSPECIALTY SHA
         SKIN/SCAR
```

Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 29

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

        MEDICAL HISTORY OF CLAIMED CONDITION(S):
SM Anderson is a 32 y.o. Caucasian male who is undergoing the IDES
process @
        the DC VAMC C&P Clinic. He presents to this appointment for the Skin and
        Scars portion of the examination.

        Active Duty Service Dates - Navy:  11/01/2005 to present.

        Pertinent Medical Hx of Claimed Conditions:

        1.  ALLERGIC TO CATS
        Reported history of allergies to dogs and cats since childhood. Improved
        after joining the military, especially during the 3 years on ship duty as
there were no exposure to pets.  Recurrence of symptoms around 2010 when
SM
Anderson was exposed to cats again, from "staying over at friend's with
cats
and parents' house".  Symptoms included "skin itching, and I started
having
issues breathing."  He takes Zyrtec and "over the counter inhalers".  In
the
last 30 days, has had to take Zyrtec twice and one day use of inhaler due
to
        overnight stay at a friend's house who has cats.

        2.  "SCARRING FROM MERSA BACK OF NECK AND TOP OF HEAD"
        Reported history of "a large bump on my neck...started having a fever" in
        2007 while on ship duty.  Records review confirmed onset of abscess in
January of 2007. Please refer to handwritten Chronological Record of
Medical
Care dated 01/24/2007 as well as multiple subsequent STRs through to
March
        2007.  Abscess on left neck and scalp were treated with oral antibiotics,
topical antibiotics and I & D. SM reported recurrence of mild abscess on
the
        left side of neck with every other haircut.  Self-treats with over the
counter antibiotic ointment with effective outcome.  Lesion resolves in
few
        days.  Residual scars asymptomatic and stable.

        3.  HAIR LOSS
SM reported noticing dry and flaky scalp in 2007 after MRSA abscess of
the
        scalp.  Since then, patch of alopecia on the crown of scalp has been


Continued on next page
VA Form 2507
```

```
C&P Final Report                                                     Page: 30

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ Medical SHA Exam
================================================================================
```

Exam Results Continued

gradually enlarging.  Status post evaluation by Dermatology and biopsies in
    2015.  Currently no interventions nor treatment.

    RECORDS REVIEW GLEANING:
- 06/22/2015.  WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY CL.
"...The Chief Complaint is: Scalp. History of pre sent illness The Patient is
a 30 year old male. 30 y/o male. Per patient, has history of MRSA infection
on scalp about 5 to 6 years ago. Hair has never completely grown back. More
recently has started to develop scale in same area as well as other areas of
    scalp. Unsure if area has remained the same size. He feels it has been
getting larger...Physical findings...Skin:  Skin: Scalp: Approx 1.5 to 2 cm
annular patch of noticeably decreased hair density on posterior apex scalp.
Smaller but also annular area next to it. Slightly raised scar like plaque.
Follicle drop and tufting of hair noted. Mild erythema and scale...A/P Last
Updated by T AYLOR,BRADLEY M @ 23 Jun 2015 1135 EDT.  1. Alopecia: Tufted,
    scarring alopecia on scalp after reported infection about 6 years ago.
Patient feels it is slowly progressing. Mild erythema and some scale which
    feel most likely represents overlying mild seb derm but cannot completely
rule out active scarring process. Discussed options with patient to include
    treating for seb derm and monitoring response vs biopsy for further
    evaluation.  Patient elected to proceed with biopsy. Two punch biopsies
completed today. Perilesional and normal posterior scalp. Tolerated well..."

- 07/02/2015.  Lab Test: Tissue Exam Specimen Source: TISSUE.
"...SPECIMEN:
A: Skin, Scalp, Punch B: Skin, Left scalp, Punch.  FINAL DIAGNOSIS:  A. SKIN,
    SCALP, PUNCH BIOPSY: - MILD EARLY CHANGES OF ANDROGENETIC ALOPECIA.  (SEE
    COMMENT).
    B. SKIN, LEFT SCALP, PUNCH BIOPSY:  - NORMAL SCALP.


Continued on next page
VA Form 2507

```
C&P Final Report                                               Page: 31

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

        COMMENT: The sections were difficult to interpret due to processing and
    orientation. In part A, the sections show a normal number of terminal
    hair
    follicles with a slightly increased number of vellus hairs. Mild
    superficial
        perifollicular lymphocytic inflammation is present. Evidence of scarring
    alopecia is not present in multiple additional step sections.  If
    clinically
        indicated additional biopsies may be helpful..."

    - 09/29/2015.  WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY
    CL.
        "...Physical findings...Skin:  Multiple skin lesions.  Lesions located.
    Lesions on the scalp Vertex scalp with short vellus hairs, mild bogginess
    of
    scalp and mild erythema with generalized mild scale. Pustule on R
    parietal
    scalp...A/P Last Updated by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT...
    2.
        FOLLICULITIS DECALVANS: Tufted folliculitis in the past on biopsy with
    scarring alopecia from inflammation and manipulation. Continued reports
    of
    itching, flaking and occasional pustules. Will use topical steroid
    solution
    daily as needed with antifungal shampoo.  Medication(s):
    -FLUOCINOLONE--TOP
        0.01% SOLN - APPLY TO SCALP EVERY DAY AS NEEDED #1 RF3 Ordered..."

    4.  SKIN CONDITION TO INCLUDE SCROTAL CYST
        SM reported recurrent cysts on scrotum since 2011.  Has had as many as 6
    lesions   at the same time.  Was evaluated by Dermatology in June 2017
    and 3
        lesions were excised and biopsied.

    RECORDS REVIEW GLEANING:
    - 09/29/2015.  WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY
    CL.
    "...The Chief Complaint is: Rash...30 yo M with 1 month hx of painful
    eroded
        papules in the groin and on the penis, ST D workup negative per PCM and
        previous course of valtrex did not improve. Has hx of multiple sexual
    partners. Here for further evaluation, notes he does have hx of genital
    warts
    and uses aldara on them but has not been using it on the areas in
```

Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 32

Name: ANDERSON,DANIEL DENNIS      SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================
```

Exam Results Continued

    question.
    Partner currently does not have any ST D or similar rash. Uses condoms.
Has
    recently had bronchitis with subjective fevers which began before the
papules
    appeared. HIV testing recently negative...Physical findings...Skin:
Multiple
    skin lesions.  Lesions located.  Lesions on the scalp Vertex scalp with
short
    vellus hairs, mild bogginess of scalp and mild erythema with generalized
mild
        scale. Pustule on R parietal scalp.  Perineal lesions.  Lesions in the
    inguinal region.  Punched out erythematous eroded papules on L and R
groin
    without papules on the penis or scrotum on exam.  Lesions on the right
side
        of the groin.  Lesions on the left side of the groin...Specimen: Groin,
    Left...Results:  Final report.  A/P Last Updated by CUNNINGHAM,RACHEL E @
29
        Sep 2015 1037 EDT  1. SKIN NEOPLASM GROIN: Given punched out erosions on
        groin hx of multiple sexual partners, will get DFA today to rule out HSV
    infection. Previous tests showed non acute phase of HSV (IgG positive,
IgM
    negative). Has had course of valtrex 500 twice daily for 10 days 1 month
ago
        but did not resolve, may not have been correct treatment or may represent
        atypical presentation of another herpetic infection. Rest of STD workup
        negative...2. FOLLICULITIS DECALVANS: Tufted folliculitis in the past on
    biopsy with scarring alopecia from inflammation and manipulation.
Continued
    reports of itching, flaking and occasional pustules. Will use topical
steroid
        solution daily as needed with antifungal shampoo.  Medication(s):
        -FLUOCINOLONE--TOP 0.01% SOLN - APPLY TO SCALP EVERY DAY AS NEEDED #1 RF3
        Ordered..."

    - 06/21/2017. WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY CL.
    "...The Chief Complaint is: Excision. The Patient is a 32 year old male.
32
    y/o male presents for excision of scrotal cysts.  In the Navy and
currently
    on active duty.  No systemic symptoms, not feeling tired or poorly, no
fever,
    and no chills. No skin symptoms - No skin symptoms other than described

Continued on next page
VA Form 2507
```

```
C&P Final Report                                            Page: 33

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

    in
        the HPI...Physical findings...Skin:: On exam the following lesions were
    identified and examined:  Multiple round subcutaneous cysts on the
    scrotum. *
    Complexion type II.  A/P Last Updated by DIBLASI,DANIEL R @ 21 Jun 2017
    1540
        EDT.  1. Epidermal cyst: 32 y/o male with multiple EICs on the scrotum. 3
        lesions excised. Patient tolerated the procedure..."

    - 06/27/2017.  Tissue Exam Specimen Source: TISSUE.  "...SPECIMEN:
    Excision,
        scrotum. FINAL DIAGNOSIS:  SKIN, SCROTUM, EXCISION: - CALCINOSIS
        CUTIS...CLINICAL DIAGNOSIS AND HISTORY: 32 year old male with several
    subcutaneous cysts on the scrotum. Three lesions excised. One was
    performed
        using punch biopsy..."

        Ingrown Toenail Left foot:  Please refer to Podiatry.

        Body marks, tattoos:  Not examined.

        SKIN conditions of the Head, face, neck and scalp:  Please refer to DBQ
        Skin/Scar template.

        SKIN condition of the trunk, upper extremities, and/or lower extremities:
        Please refer to DBQ Skin/Scar template.

        SCARS conditions of the Head, face, neck and scalp: Please refer to DBQ
        Skin/Scar template.

        SCARS of the trunk, upper extremities, and/or lower extremities:  Please
        refer to DBQ Skin/Scar template.

        DIAGNOSIS

        Claimed condition (Verbatim from 2507):  ALLERGIC TO CATS
        Diagnosis:  ALLERGY TO CATS AND DOGS (ICD Code L23.81)
        Date of Dx:  History of Allergies to Cats and Dogs since childhood
        Rationale: Please refer to med hx
        Prognosis: With allergen exposure

    Claimed condition (Verbatim from 2507):  "SCARRING FROM MERSA BACK OF
    NECK
        AND TOP OF HEAD"


Continued on next page
VA Form 2507
```

```
C&P Final Report                                           Page: 34

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ Medical SHA Exam
==============================================================================


Exam Results Continued

    Diagnosis:  a) LEFT NECK - FOLLICULITIS, INACTIVE, NO RESIDUAL SCAR; b)
    SCALP
        - PLEASE REFER TO HAIR LOSS BELOW (ICD Code L73.91)
        Date of Dx:  1/18/2017
        Rationale: Please refer to med hx and physical exam
        Prognosis: N/A

        Claimed condition (Verbatim from 2507):  HAIR LOSS
        Diagnosis:  SCARRING ALOPECIA - FOLLICULITIS DECALVANS (ICD Code L66.2)
        Date of Dx: 09/29/2015
        Rationale: Please refer to med hx and physical exam
        Prognosis: Ongoing

    Claimed condition (Verbatim from 2507):  SKIN CONDITION TO INCLUDE
    SCROTAL
        CYST
        Diagnosis:  EPIDERMAL CYST OF THE SCROTUM (ICD Code L72.0)
        Date of Dx:  06/21/2017
        Rationale:  Please refer to med hx and physical exam
        Prognosis: Improved

        RELEVANT LAB TESTS:  Please refer to med hx


    ************************************



    All additional DBQs found to be necessary completed as appropriate at time of
    signing this DBQ?
    [X] Yes  [ ] No


    [X] Designated VA materials regarding military sexual trauma (MST) were
        provided to the Veteran/Servicemember.


*****************************************************************************


                        Wrist Conditions
                    Disability Benefits Questionnaire



Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 35

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

    Name of patient/Veteran:  ANDERSON,DANIEL DENNIS


    Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
    Request?
    [X] Yes   [ ] No


    ACE and Evidence Review
    -----------------------
    Indicate method used to obtain medical information to complete this document:

    [X] In-person examination


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] Other (please identify other evidence reviewed):
          Online STRs thru Janus system were reviewed
          VBMS



    1. Diagnosis
    ------------
    a. List the claimed condition(s) that pertain to this DBQ: wrist condition
    bilateral

    b. Select diagnoses associated with the claimed condition(s)  (Check all that
       apply):

       [X] Other (specify)
           Other diagnosis #1:  R. wrist tendinitis
           ICD code:  799.9
           Side affected: [X] Right   [ ] Left   [ ] Both
           Date of diagnosis: Right: 9/2017 (today)

           Other diagnosis #2:  No pathology found, L. wrist
           ICD code:  799.9
           Side affected: [ ] Right   [X] Left   [ ] Both
           Date of diagnosis: Left: today



Continued on next page
VA Form 2507
```

```
C&P Final Report                                                  Page: 36

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued
     c. Comments (if any):
        No answer provided.

     d. Was an opinion requested about this condition (internal VA only)?
        [ ] Yes   [X] No   [ ] N/A

  2. Medical history
  ------------------
  a. Describe the history  (including onset and course) of the Veteran's wrist
     condition  (brief summary):
     Dorsal R. wrist pain w/ using mouse and keyboard x 2 years.  No rest pain
     or functional limitation.  No paresthesias.  States he was seen by primary
     care 2 days ago and advised activity modification.  No diagnosis or
     imaging.

     SM denies any issues with his left wrist.

     Bilat wrist exam today is normal.


  b. Dominant hand:
     [X] Right   [ ] Left   [ ] Ambidextrous

  c. Does the Veteran report flare-ups of the wrist?
     [ ] Yes   [X] No

  d. Does the Veteran report having any functional loss or functional
     impairment of the joint or extremity being evaluated on this DBQ
     (regardless of repetitive use)?
     [ ] Yes   [X] No

  3. Range of motion (ROM) and functional limitations
  ---------------------------------------------------
  a. Initial range of motion

     Right Wrist
     -----------
     [X] All Normal
     [ ] Abnormal or outside of normal range
     [ ] Unable to test (please explain)
     [ ] Not indicated (please explain)

        Palmar Flexion (0-80):     0 to 80 degree
        Dorsiflexion (0-70):       0 to 70 degree


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 37

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

          Ulnar Deviation (0-45):   0 to 45 degree
          Radial Deviation (0-20):  0 to 20 degree

          Description of pain (select best response):
            No pain noted on exam

    Is there evidence of pain with weight bearing? [ ] Yes   [X] No

    Is there objective evidence of localized tenderness or pain on palpation
    of the joint or associated soft tissue? [ ] Yes   [X] No

    Is there objective evidence of crepitus? [ ] Yes   [X] No

    Left Wrist
    ----------
    [X] All Normal
    [ ] Abnormal or outside of normal range
    [ ] Unable to test (please explain)
    [ ] Not indicated (please explain)

          Palmar Flexion (0-80):    0 to 80 degree
          Dorsiflexion (0-70):      0 to 70 degree
          Ulnar Deviation (0-45):   0 to 45 degree
          Radial Deviation (0-20):  0 to 20 degree

          Description of pain (select best response):
            No pain noted on exam

    Is there evidence of pain with weight bearing? [ ] Yes   [X] No

    Is there objective evidence of localized tenderness or pain on palpation
    of the joint or associated soft tissue? [ ] Yes   [X] No

    Is there objective evidence of crepitus? [ ] Yes   [X] No

b. Observed repetitive use

    Right Wrist
    -----------
    Is the Veteran able to perform repetitive use testing with at least three
    repetitions? [X] Yes   [ ] No

        Is there additional loss of function or range of motion after three
        repetitions? [ ] Yes   [X] No


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 38

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued


        Left Wrist
        ----------
        Is the Veteran able to perform repetitive use testing with at least three
        repetitions? [X] Yes   [ ] No

            Is there additional loss of function or range of motion after three
            repetitions? [ ] Yes   [X] No


    c. Repeated use over time

        Right Wrist
        -----------
        Is the Veteran being examined immediately after repetitive use over time?
        [ ] Yes   [X] No

            If the examination is not being conducted immediately after repetitive
            use over time:
            [ ] The examination is medically consistent with the Veteran's
                statements describing functional loss with repetitive use over
                time.
            [ ] The examination is medically inconsistent with the Veteran's
                statements describing functional loss with repetitive use over
                time.  Please explain.
            [X] The examination is neither medically consistent or inconsistent
                with the Veteran's statements describing functional loss with
                repetitive use over time.

        Does pain, weakness, fatigability or incoordination significantly limit
        functional ability with repeated use over a period of time?
        [ ] Yes   [ ] No   [X] Unable to say w/o mere speculation

            If unable to say w/o mere speculation, please explain:
                Pt is not being examined after repeated use over time


        Left Wrist
        ----------
        Is the Veteran being examined immediately after repetitive use over time?
        [ ] Yes   [X] No

            If the examination is not being conducted immediately after repetitive


Continued on next page
VA Form 2507
```

AR 1355

```
C&P Final Report                                              Page: 39

Name: ANDERSON,DANIEL DENNIS        SSN: ████████     C-number: ████████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued
        use over time:
        [ ] The examination is medically consistent with the Veteran's
            statements describing functional loss with repetitive use over
            time.
        [ ] The examination is medically inconsistent with the Veteran's
            statements describing functional loss with repetitive use over
            time.  Please explain.
        [X] The examination is neither medically consistent or inconsistent
            with the Veteran's statements describing functional loss with
            repetitive use over time.

        Does pain, weakness, fatigability or incoordination significantly limit
        functional ability with repeated use over a period of time?
        [ ] Yes   [ ] No   [X] Unable to say w/o mere speculation

            If unable to say w/o mere speculation, please explain:
              Pt is not being examined after repeated use over time


    d. Flare-ups: Not applicable

    e. Additional factors contributing to disability

        Right Wrist
        -----------
        In addition to those addressed above, are there additional contributing
        factors of disability?  Please select all that apply and describe:
          None

        Left Wrist
        ----------
        In addition to those addressed above, are there additional contributing
        factors of disability?  Please select all that apply and describe:
          None

    4. Muscle strength testing
    --------------------------
    a. Muscle strength - rate strength according to the following scale:

        0/5 No muscle movement
        1/5 Palpable or visible muscle contraction, but no joint movement
        2/5 Active movement with gravity eliminated
        3/5 Active movement against gravity
        4/5 Active movement against some resistance
```

Continued on next page
VA Form 2507

```
C&P Final Report                                        Page: 40

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

        5/5 Normal strength

        Right Wrist:
          Flexion Rate Strength 5/5
          Extension Rate Strength 5/5

          Is there a reduction in muscle strength?
          [ ] Yes   [X] No

        Left Wrist:
          Flexion Rate Strength 5/5
          Extension Rate Strength 5/5

          Is there a reduction in muscle strength?
          [ ] Yes   [X] No

   b. Does the Veteran have muscle atrophy?
      [ ] Yes   [X] No

   c. Comments, if any:
      No answer provided.

   5. Ankylosis
   ------------
   a. Indicate severity of ankylosis and side affected (check all that apply):

       Right side:

       [X] No ankylosis

       Left side:

       [X] No ankylosis

   b. Comments, if any:
      No answer provided.

   6. Surgical procedures
   ----------------------
   No answer provided.

   7. Other pertinent physical findings, complications, conditions, signs,
      symptoms and scars
      ----------------------------------------------------------------------


Continued on next page
VA Form 2507
```

C&P Final Report                                                    Page: 41

Name: ANDERSON,DANIEL DENNIS         SSN: ████████        C-number: ████████
For DBQ Medical SHA Exam
================================================================================

Exam Results Continued

    a. Does the Veteran have any other pertinent physical findings,
       complications, conditions, signs or symptoms related to any conditions
       listed in the Diagnosis Section above?
       [ ] Yes   [X] No

    b. Does the Veteran have any scars (surgical or otherwise) related to any
       conditions or to the treatment of any conditions listed in the Diagnosis
       Section above?
       [ ] Yes   [X] No

    c. Comments, if any:
       No response provided

8. Assistive devices
--------------------
a. Does the Veteran use any assistive devices?
   [ ] Yes   [X] No

b. If the Veteran uses any assistive devices, specify the condition and
   identify the assistive device used for each condition:
   No response provided.

9. Remaining effective function of the extremities
--------------------------------------------------
Due to the Veteran's wrist conditions, is there functional impairment of an
extremity such that no effective functions remain other than that which would
be equally well served by an amputation with prosthesis? (Function of the
upper extremity include grasping, manipulation, etc., while functions for the
lower extremity include balance and propulsion, etc.)

[ ] Yes, functioning is so diminished that amputation with prosthesis would
    equally serve the Veteran.
[X] No

10. Diagnostic testing
----------------------
a. Have imaging studies of the wrist been performed and are the results
   available?
   [ ] Yes   [X] No

b. Are there any other significant diagnostic test findings and/or results?
   [ ] Yes   [X] No

c. If any test results are other than normal, indicate relationship of

Continued on next page
VA Form 2507

```
C&P Final Report                                        Page: 42

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
==============================================================================
```

Exam Results Continued
     abnormal findings to diagnosed conditions:
      No answer provided.

11. Functional impact
---------------------
Regardless of the Veteran's current employment status, do the condition(s)
listed in the Diagnosis Section impact his or her ability to perform any type
of occupational task (such as standing, walking, lifting, sitting, etc.)?
[ ] Yes   [X] No

12. Remarks, if any:
--------------------

    Is the contralateral joint uninjured / normal?
    Claimed condition is bilateral

    Pain with non-weight bearing (at rest)?
       None noted on exam.

    Pain with passive ROM?
       None noted on exam.

    Pain with weight bearing?
       None noted on exam


**************************************************************************

                   Hand and Finger Conditions
                Disability Benefits Questionnaire

   Name of patient/Veteran:   ANDERSON,DANIEL DENNIS

   Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
Request?
[X] Yes   [ ] No


   ACE and Evidence Review
   -----------------------
   Indicate method used to obtain medical information to complete this document:


Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 43

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued


    [X] In-person examination


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] Other (please identify other evidence reviewed):
          Online STRs thru Janus system were reviewed
          VBMS



    1. Diagnosis
    ------------
    a. List the claimed condition(s) that pertain to this DBQ:
       hand condition right hand knuckle condition

    b. Select diagnoses associated with the claimed condition(s) (check all that
       apply):

       [X] Other (specify)
           Other diagnosis #1:R. hand 5th proximal phalanx, well healed without
           residual (no active pathology found)
           ICD Code: 799.9
           Side affected: Right
           Date of diagnosis: Right 2008

    c. Comments, if any:
       No response provided

    d. Was an opinion requested about this condition (internal VA only)?
       [ ] Yes   [X] No   [ ] N/A

    2. Medical history
    ------------------
    a. Describe the history (including onset and course) of the Veteran's hand,
       finger or thumb condition (brief summary):
       Traumatic fracture R. 5th proximal phalanx in 2008.  Now well healed
       without clinically significant residuals.  Bilat hand exam today is
       normal.



Continued on next page
VA Form 2507
```

```
C&P Final Report                                          Page: 44

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued
      b. Dominant hand:
         [X] Right   [ ] Left   [ ] Ambidextrous

      c. Does the Veteran report flare-ups of the hand, finger or thumb joints?
         [ ] Yes   [X] No

      d. Does the Veteran report having any functional loss or functional
         impairment of the joint or extremity being evaluated on this DBQ,
         including but not limited to repeated use over time?
         [ ] Yes   [X] No

      3. Range of motion (ROM) and functional limitations
      ---------------------------------------------------
      a. Initial range of motion

         Right Hand
         ----------
         [X] All normal
         [ ] Abnormal or outside of normal range
         [ ] Unable to test (please explain)
         [ ] Not indicated (please explain)

               Index finger
               ------------
               Max extension to:
                           MCP  0 deg
                           PIP  0 deg
                           DIP  0 deg
                  Max flexion to:
                           MCP  90 deg
                           PIP  100 deg
                           DIP  70 deg
               Long finger
               -----------
               Max extension to:
                           MCP  0 deg
                           PIP  0 deg
                           DIP  0 deg
                  Max flexion to:
                           MCP  90 deg
                           PIP  100 deg
                           DIP  70 deg
               Ring finger
               -----------


Continued on next page
VA Form 2507
```

C&P Final Report                                              Page: 45

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

            Max extension to:
                        MCP  0 deg
                        PIP  0 deg
                        DIP  0 deg
            Max flexion to:
                        MCP  90 deg
                        PIP  100 deg
                        DIP  70 deg
        Little finger
        -------------
            Max extension to:
                        MCP  0 deg
                        PIP  0 deg
                        DIP  0 deg
            Max flexion to:
                        MCP  90 deg
                        PIP  100 deg
                        DIP  70 deg
        Thumb
        -----
            Max extension to:
                        MCP  0 deg
                        IP  0 deg
            Max flexion to:
                        MCP  100 deg
                        IP  90 deg

        Is there a gap between the pad of the thumb and the fingers?
        [ ] Yes
        [X] No

        Is there a gap between the finger and proximal transverse crease of
        the hand on maximal finger flexion?
        [ ] Yes   [X] No

        Description of pain (select best response):
          No pain noted on exam


    Is there evidence of pain with use of the hand? [ ] Yes   [X] No

    Is there objective evidence of localized tenderness or pain on palpation
    of the joint or associated soft tissue? [ ] Yes   [X] No



Continued on next page
VA Form 2507

AR 1362

C&P Final Report                                              Page: 46

Name: ANDERSON,DANIEL DENNIS          SSN: ████████      C-number: ████████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

        Left Hand
        ---------
        [X] All normal
        [ ] Abnormal or outside of normal range
        [ ] Unable to test (please explain)
        [ ] Not indicated (please explain)

            Index finger
            ------------
             Max extension to:
                            MCP  0 deg
                            PIP  0 deg
                            DIP  0 deg
               Max flexion to:
                            MCP  90 deg
                            PIP  100 deg
                            DIP  70 deg
            Long finger
            -----------
             Max extension to:
                            MCP  0 deg
                            PIP  0 deg
                            DIP  0 deg
               Max flexion to:
                            MCP  90 deg
                            PIP  100 deg
                            DIP  70 deg
            Ring finger
            -----------
             Max extension to:
                            MCP  0 deg
                            PIP  0 deg
                            DIP  0 deg
               Max flexion to:
                            MCP  90 deg
                            PIP  100 deg
                            DIP  70 deg
            Little finger
            -------------
             Max extension to:
                            MCP  0 deg
                            PIP  0 deg
                            DIP  0 deg
               Max flexion to:

Continued on next page
VA Form 2507

C&P Final Report                                         Page: 47

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ Medical SHA Exam
==============================================================================


Exam Results Continued

                              MCP  90 deg
                              PIP  100 deg
                              DIP  70 deg
              Thumb
              -----
               Max extension to:
                              MCP  0 deg
                               IP  0 deg
                  Max flexion to:
                              MCP  100 deg
                               IP  90 deg

          Is there a gap between the pad of the thumb and the fingers?
          [ ] Yes
          [X] No

          Is there a gap between the finger and proximal transverse crease of
          the hand on maximal finger flexion?
          [ ] Yes   [X] No

          Description of pain (select best response):
            No pain noted on exam


      Is there evidence of pain with use of the hand? [ ] Yes   [X] No

      Is there objective evidence of localized tenderness or pain on palpation
      of the joint or associated soft tissue? [ ] Yes   [X] No

   b. Observed repetitive use

      Right Hand
      ----------

      Is the Veteran able to perform repetitive use testing with at least three
      repetitions? [X] Yes   [ ] No

         Is there additional functional loss or range of motion after three
         repetitions? [ ] Yes   [X] No


      Left Hand
      ---------


Continued on next page
VA Form 2507

AR 1364

```
C&P Final Report                                              Page: 48

Name: ANDERSON,DANIEL DENNIS        SSN: ████████    C-number: ████████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

        Is the Veteran able to perform repetitive use testing with at least three
        repetitions? [X] Yes   [ ] No

          Is there additional functional loss or range of motion after three
          repetitions? [ ] Yes   [X] No


    c. Repeated use over time

       Right Hand
       ----------

       Is the Veteran being examined immediately after repetitive use over time?
       [ ] Yes   [X] No

          If the examination is not being conducted immediately after repetitive
          use over time:
          [ ] The examination is medically consistent with the Veteran's
              statements describing functional loss with repetitive use over
              time.
          [ ] The examination is medically inconsistent with the Veteran's
              statements describing functional loss with repetitive use over
              time.  Please explain.
          [X] The examination is neither medically consistent or inconsistent
              with the Veteran's statements describing functional loss with
              repetitive use over time.

       Does pain, weakness, fatigability or incoordination significantly limit
       functional ability with repeated use over a period of time?
       [ ] Yes   [ ] No   [X] Unable to say w/o mere speculation

          If unable to say w/o mere speculation, please explain:
          Pt is not being examined after repetitive use over time



       Left Hand
       ---------

       Is the Veteran being examined immediately after repetitive use over time?
       [ ] Yes   [X] No

          If the examination is not being conducted immediately after repetitive


Continued on next page
VA Form 2507
```

```
C&P Final Report                                               Page: 49

Name: ANDERSON,DANIEL DENNIS       SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued
          use over time:
          [ ] The examination is medically consistent with the Veteran's
              statements describing functional loss with repetitive use over
              time.
          [ ] The examination is medically inconsistent with the Veteran's
              statements describing functional loss with repetitive use over
              time.  Please explain.
          [X] The examination is neither medically consistent or inconsistent
              with the Veteran's statements describing functional loss with
              repetitive use over time.

          Does pain, weakness, fatigability or incoordination significantly limit
          functional ability with repeated use over a period of time?
          [ ] Yes   [ ] No   [X] Unable to say w/o mere speculation

          If unable to say w/o mere speculation, please explain:
          Pt is not being examined after repetitive use over time




   d. Flare-ups
      Not applicable

   e. Additional factors contributing to disability

      Right Hand
      ----------
      In addition to those addressed above, are there additional contributing
      factors of disability?  Please select all that apply and describe: None

      Left Hand
      ---------
      In addition to those addressed above, are there additional contributing
      factors of disability?  Please select all that apply and describe: None

4. Muscle strength testing
   -------------------------

a. Rate strength according to the following scale:
   0/5 No muscle movement
   1/5 Palpable or visible muscle contraction, but no joint movement
   2/5 Active movement with gravity eliminated
   3/5 Active movement against gravity
   4/5 Active movement against some resistance
```

```
C&P Final Report                                              Page: 50

Name: ANDERSON,DANIEL DENNIS        SSN: ███████       C-number: ███████
For DBQ Medical SHA Exam
================================================================================
```

Exam Results Continued

      5/5 Normal strength

      Hand grip:
        Right: 5/5

        Left: 5/5

  b. Does the Veteran have muscle atrophy?
    [ ] Yes   [X] No

  c. Comments, if any:
    No response provided

5. Ankylosis
------------
Complete this section if Veteran has ankylosis of any thumb or finger joints.

  a. Indicate location, severity and side affected (check all that apply):

    Right hand:
      [X] No ankylosis

    Left hand:
      [X] No ankylosis

  b. Does the ankylosis result in limitation of motion of other digits or
    interference with overall function of the hand?
    [ ] Yes   [X] No

  c. Comments, if any:
    No response provided

6. Other pertinent physical findings, complications, conditions, signs,
   symptoms and scars
   --------------------------------------------------------------------
  a. Does the Veteran have any other pertinent physical findings,
    complications, conditions, signs or symptoms related to any conditions
    listed in the Diagnosis Section above?
    [ ] Yes   [X] No

  b. Does the Veteran have any scars (surgical or otherwise) related to any
    conditions or to the treatment of any conditions listed in the Diagnosis
    Section above?
    [ ] Yes   [X] No

Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 51

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

    c. Comments, if any:
       No response provided

    7. Assistive devices
    --------------------
    a. Does the Veteran use any assistive devices?
       [ ] Yes   [X] No

    b. If the Veteran uses any assistive devices, specify the condition and
       identify the assistive device used for each condition:
       No response provided

    8. Remaining effective function of the extremities
    --------------------------------------------------
       Due to the Veteran's hand, finger or thumb conditions, is there functional
       impairment of an extremity such that no effective function remains other
       than that which would be equally well served by an amputation with
       prosthesis? (Functions of the upper extremity include grasping,
       manipulation, etc., while functions for the lower extremity include
       balance and propulsion, etc.)

       [ ] Yes, functioning is so diminished that amputation with prosthesis
           would equally serve the Veteran.
       [X] No

    9.  Diagnostic Testing
    ----------------------
    a. Have imaging studies of the hands been performed and are the results
       available?
       [ ] Yes   [X] No

    b. Are there any other significant diagnostic test findings or results?
       [ ] Yes   [X] No

    c. If any test results are other than normal, indicate relationship of
       abnormal findings to diagnosed conditions:
       No response provided

    10. Functional impact
    ---------------------
    Regardless of the Veteran's current employment status, do the condition(s)
    listed in the Diagnosis Section impact his or her ability to perform any type
    of occupational task (such as standing, walking, lifting, sitting, etc.)?


Continued on next page
VA Form 2507
```

```
C&P Final Report                                        Page: 52

Name: ANDERSON,DANIEL DENNIS       SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

    [ ] Yes   [X] No

    11. Remarks, if any:
    --------------------
        Is the contralateral joint uninjured / normal?
        YES

        Pain with non-weight bearing (at rest)?
            None noted on exam.

        Pain with passive ROM?
            None noted on exam.

        Pain with weight bearing?
            None noted on exam



    ***************************************************************************


                        Esophageal Conditions
            (Including gastroesophageal reflux disease (GERD), hiatal hernia
                        and other esophageal disorders)
                    Disability Benefits Questionnaire

    Name of patient/Veteran:  ANDERSON,DANIEL DENNIS

    Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
    Request?
    [X] Yes   [ ] No


    ACE and Evidence Review
    -----------------------
    Indicate method used to obtain medical information to complete this document:

    [X] In-person examination


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 53

Name: ANDERSON,DANIEL DENNIS         SSN: ██████        C-number: ██████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued


    [X] Other (please identify other evidence reviewed):
        Online STRs thru Janus system were reviewed
        VBMS



    Diagnosis
    ---------
    Does the Veteran now have or has he/she ever been diagnosed with an
    esophageal condition? Yes
       Gastroesophageal reflux disease (GERD)
                        ICD code: R69        Date of diagnosis: 2016

    Medical history
    ---------------
    Description of the history (including onset and course) of the Veteran's
    esophageal conditions: Heartburn in 2016, triggered by alcohol and sleeping
    shortly after eating, now resolved with avoidance of triggers.  Last episode
    2 months ago.  Not on any meds.  No red flag s/s or prior EGD.

    Does the Veteran's treatment plan include taking continuous medication for
    the diagnosed condition? No

    Signs and symptoms
    ------------------
    Does the Veteran have any of the following signs or symptoms due to any
    esophageal conditions (including GERD)? Yes
       Sign and Symptoms:
         Pyrosis
         Reflux

    Esophageal stricture, spasm and diverticula
    -------------------------------------------
    Does the Veteran have an esophageal stricture, spasm of esophagus
    (cardiospasm or achalasia), or an acquired diverticulum of the esophagus? No

    Other pertinent physical findings, complications, conditions, signs, symptoms and
    scars
    --------------------------------------------------------------------------
    Does the Veteran have any other pertinent physical findings, complications,
    conditions, signs or symptoms related to any conditions listed in the
    Diagnosis Section above? No



Continued on next page
VA Form 2507
```

```
C&P Final Report                                            Page: 54

Name: ANDERSON,DANIEL DENNIS      SSN: ████████      C-number: ████████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

    Does the Veteran have any scars (surgical or otherwise) related to any
    conditions or to the treatment of any conditions listed in the Diagnosis
    Section above? No

    Diagnostic Testing
    ------------------
    Have diagnostic imaging studies or other diagnostic procedures been
    performed? No

    Has laboratory testing been performed? No

    Are there any other significant diagnostic test findings and/or results? No

    Functional impact
    -----------------
    Do any of the Veteran's esophageal conditions impact on his or her ability to
    work? No

    Remarks, if any: No response provided
    -----------------

    NOTE: VA may request additional medical information, including additional
          examinations if necessary to complete VA's review of the Veteran's
          application.


*****************************************************************************

                Rectum and Anus Conditions (including Hemorrhoids)
                      Disability Benefits Questionnaire

    Name of patient/Veteran:  ANDERSON,DANIEL DENNIS

    Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
    Request?
    [X] Yes   [ ] No


    ACE and Evidence Review
    -----------------------
    Indicate method used to obtain medical information to complete this document:

    [X] In-person examination


Continued on next page
VA Form 2507
```

```
C&P Final Report                                           Page: 55

Name: ANDERSON,DANIEL DENNIS        SSN: �" "        C-number: ▮▮▮▮
For DBQ Medical SHA Exam
===============================================================================
```

Exam Results Continued


Evidence Review
---------------
Evidence reviewed (check all that apply):

[X] Other (please identify other evidence reviewed):
     Online STRs thru Janus system were reviewed
     VBMS


1. Diagnosis
------------
Does the Veteran now have or has he/she ever had any condition of the rectum
or anus?
[X] Yes   [ ] No

    [X] Internal or external hemorrhoids
         ICD code:  799.9
         Date of diagnosis:  2005

    [X] Other, specify below:

         Other diagnosis #1:  no pathology found, "anal fissures"
                    ICD code:  799.9
          Date of diagnosis:  today

         Other diagnosis #2:  no pathology found, "anal spasms" (work up
         ongoing)
                    ICD code:  799.9
          Date of diagnosis:  today

2. Medical History
------------------
a. Describe the history (including onset and course) of the Veteran's rectum
   or anus conditions (brief summary):
      CLAIM: hemorrhoids, anal fissures, anus spasms

      Intermittent blood on toilet paper since 2010, diagnosed per SM as
      internal hemorrhoids by colonoscopy in 2005.  Currently bleeding is
      infrequent.  Not on any treatments.

      Anal spasms are likely part of his IBS, however work up is ongoing.


Continued on next page
VA Form 2507

AR 1372

```
C&P Final Report                                            Page: 56

Name: ANDERSON,DANIEL DENNIS      SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

          Anorectal manometry testing completed earlier today, results pending.
          For now, no pathology found.

          SM has not been diagnosed with anal fissures.


   b. Does the Veteran's treatment plan include taking continuous medication for
      the diagnosed conditions?
      [ ] Yes   [X] No

   3. Signs and Symptoms
   ---------------------
   Does the Veteran have any findings, signs or symptoms attributable to any of
   the diagnoses in Section 1?
   [X] Yes   [ ] No

      [X] a. Internal or external hemorrhoids

              If checked, indicate severity (check all that apply):
                 [X] Other, describe:
                        intermittent blood on TP


   4. Exam
   -------
   Provide results of examination of rectal/anal area: (check all that apply)
      [X] Normal; no external hemorrhoids, anal fissures or other abnormalities

   5. Other pertinent physical findings, complications, conditions, signs,
      symptoms and scars
      --------------------------------------------------------------------------
   a. Does the Veteran have any other pertinent physical findings,
      complications, conditions, signs or symptoms related to any conditions
      listed in the Diagnosis Section above?
      [ ] Yes   [X] No

   b. Does the Veteran have any scars (surgical or otherwise) related to any
      conditions or to the treatment of any conditions listed in the Diagnosis
      Section above?
      [ ] Yes   [X] No

   c. Comments, if any:
      No response provided



Continued on next page
VA Form 2507
```

```
C&P Final Report                                          Page: 57

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued
    6. Diagnostic testing
    ---------------------

    a. Has laboratory testing been performed?
       [ ] Yes   [X] No

    b. Have imaging studies or diagnostic procedures been performed and are the
       results available?
       [X] Yes   [ ] No

            If yes, provide type of test or procedure, date and results (brief
            summary):
               Anorectal manometry testing completed earlier today, results
               pending


    c. Are there any other significant diagnostic test findings and/or results?
       [ ] Yes   [X] No

    7. Functional impact
    --------------------
    Does the Veteran's rectum or anus condition impact his or her ability to
    work?
    [ ] Yes   [X] No

    8. Remarks, if any:
    -------------------
    No remarks provided.


****************************************************************************


        Sinusitis, Rhinitis and Other Conditions of the Nose, Throat,
                          Larynx and Pharynx
                    Disability Benefits Questionnaire

    Name of patient/Veteran:   ANDERSON,DANIEL DENNIS

    Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
    Request?
    [X] Yes[ ] No
```

Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 58

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

    ACE and Evidence Review
    -----------------------
    Indicate method used to obtain medical information to complete this document:

    [X] In-person examination


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] Other (please identify other evidence reviewed):
            Online STRs thru Janus system were reviewed
            VBMS


    SECTION I: Diagnosis:
    ---------------------
    Does the Veteran now have or has he/she ever been diagnosed with a sinus,
    nose, throat, larynx, or pharynx condition?  (This is the condition the
    Veteran is claiming or for which an exam has been requested)
    [X] Yes   [ ] No

        [X] Allergic rhinitis       ICD code: 477.8   Date of diagnosis: 2017

    SECTION II: Medical history
    ---------------------------

    6/2017 allergy clinic notes reviewed.

    Pt w/ hx of childhood cat allergy which resolved and returned in ~2011.  Pt
    reports nasal congestion, sneezing, itching, and shortness of breath w/
    exposure to cats.

    Allergy skin tested in 6/2017 and found to be allergic to cats only of all
    allergens tested.  He was diagnosed with allergic rhinitis and advised daily
    Zyrtec which he uses prn.

    SECTION III: Nose, throat, larynx or pharynx conditions
    -------------------------------------------------------
    Does the Veteran have any of the following nose, throat, larynx or pharynx
    conditions?


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 59

Name: ANDERSON,DANIEL DENNIS        SSN: ███████       C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

   [X] Yes   [ ] No

      [X] Rhinitis

   2. Rhinitis
   -----------
   a. Is there greater than 50% obstruction of the nasal passage on both sides
      due to rhinitis?
      [ ] Yes   [X] No

   b. Is there complete obstruction on the left side due to rhinitis?
      [ ] Yes   [X] No

   c. Is there complete obstruction on the right side due to rhinitis?
      [ ] Yes   [X] No

   d. Is there permanent hypertrophy of the nasal turbinates?
      [ ] Yes   [X] No

   e. Are there nasal polyps?
      [ ] Yes   [X] No

   f. Does the Veteran have any of the following granulomatous conditions?
      [ ] Yes   [X] No

      If yes, check all that apply:
      [ ] Granulomatous rhinitis    [ ] Rhinoscleroma
      [ ] Wegener's granulomatosis   [ ] Lethal midline granuloma
      [ ] Other granulomatous infection, describe:

   6. Other pertinent physical findings, complications, conditions, signs,
      symptoms and scars
      ------------------------------------------------------------------
   a. Does the Veteran have any other pertinent physical findings,
      complications, conditions, signs or symptoms related to the conditions
      listed in the Diagnosis Section above?
      [ ] Yes[X] No

   b. Does the Veteran have any scars (surgical or otherwise) related to any
      conditions or to the treatment of any conditions listed in the Diagnosis
      Section above?
      [ ] Yes[X] No

   c. Comments, if any:


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 60

Name: ANDERSON,DANIEL DENNIS        SSN: ████████    C-number: ████████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

        No answer provided

    d. Does the Veteran have loss of part of the nose or other scars of the nose
       exposing both nasal passages?
       [ ] Yes[X] No

    e. Does the Veteran have loss of part of the nose or other scars causing loss
       of part of one ala?
       [ ] Yes[X] No

    f. Does the Veteran have loss of part of the nose or other scars causing
       other obvious disfigurement?
       [ ] Yes[X] No

    SECTION IV: Diagnostic testing
    ------------------------------
    a. Have imaging studies of the sinuses or other areas been performed?
       [ ] Yes[X] No

    b. Has endoscopy been performed?:  No

    c. Has the Veteran had a biopsy of the larynx or pharynx?:  No

    d. Has the Veteran had pulmonary function testing to assess for upper airway
    obstruction due to laryngeal stenosis?:  No

    e. Are there any other significant diagnostic test findings and/or results?:  No

    SECTION V: Functional impact and remarks
    ----------------------------------------
    1. Functional impact
    --------------------
    Does the Veteran's sinus, nose, throat, larynx or pharynx condition impact
    his or her ability to work?
    [ ] Yes    [X] No

    2. Remarks, if any:
    -------------------
    No answer provided


********************************************************************************



Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 61

Name: ANDERSON,DANIEL DENNIS        SSN: ▇▇▇▇▇▇     C-number: ▇▇▇▇▇▇
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

                              Miscellaneous
                    Disability Benefits Questionnaire


      Name of patient/Veteran:   ANDERSON,DANIEL DENNIS


      Please use this DBQ to address 1151 requests, or other issues that are not
      specifically addressed by specific DBQs such as Individual Unemployability
      (UI).

      CLAIM: asthma

      2017 allergy notes reviewed

      SM has not been diagnosed with adult asthma.  SM had childhood asthma.  He
      now reports dyspnea and chest tightness on exposure to cats, dogs, and grass
      since ~2011.

      Per allergy note 5/2017:

      "History and symptoms could be consistent with allergic asthma, however,
      could also be due to VCD.  If SPT negative, would consider referral to
      pulmonology for consideration of MCCT vs laryngoscopy to evaluate for asthma
      and VCD"

      This further work up was never initiated and definitive diagnosis of dyspnea
      not made.

      Based on above, no pathology found.  SM was advised to re-file if/when a
      definitive diagnosis is made.


    ****************************************************************************


            Intestinal Conditions (other than surgical or infectious),
         including irritable bowel syndrome, Crohn's disease, ulcerative
                            colitis and diverticulitis
                      Disability Benefits Questionnaire

      Name of patient/Veteran:  ANDERSON,DANIEL DENNIS
```

Continued on next page
VA Form 2507

```
C&P Final Report                                        Page: 62

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

    Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
    Request?
    [X] Yes    [ ] No


    ACE and Evidence Review
    -----------------------
    Indicate method used to obtain medical information to complete this document:

    [X] In-person examination


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] Other (please identify other evidence reviewed):
          Online STRs thru Janus system were reviewed
          VBMS


    1. Diagnosis
    ------------
    Does the Veteran now have or has he/she ever been diagnosed with an
    intestinal condition (other than surgical or infectious)?
    [X] Yes    [ ] No

        [X] Irritable bowel syndrome
              ICD code: 799.9
              Date of diagnosis:  2012

    2. Medical history
    ------------------
    a. Describe the history (including onset and course) of the Veteran's
       intestinal condition (brief summary):
           This is one of the med board referred conditions.  2017 GI notes
           reviewed.

           Long hx of GI symptoms since childhood, worse x several years.  IBS
           diagnosed in 2012, diarrhea predominant.  Colonoscopy and follow up MRI
           at that time were ultimately unrevealing with negative biopsies.

           Presently loose stools several times a week, improved since starting
```

Continued on next page
VA Form 2507

AR 1379

```
C&P Final Report                                        Page: 63

Name: ANDERSON,DANIEL DENNIS      SSN: ████████    C-number: ████████
For DBQ Medical SHA Exam
================================================================================
```

Exam Results Continued

        venlafaxine ~4 months ago.  Abd cramping several times a week relieved
        by BM.  Triggered by strong smells, anxiety, and physical activity.

        Pain after PT, rectal pain and spasms.  Fecal leakage and 5-15 min
        urgency before every defication.  Intermittent blood on toilet paper
        attributed to hemorrhoids.

        He has previously failed hyocyamine.  Currently managed w/ low fodmap
        diet, venlafaxine.  He was seen earlier today by GI and plan is to try
        citrucel and peppermint oil.

        Anorectal manometry testing completed earlier today, results pending

b. Is continuous medication required for control of the Veteran's intestinal
   condition?
   [X] Yes   [ ] No

       If yes, list only those medications required for the intestinal
       condition:
          see history

c. Has the Veteran had surgical treatment for an intestinal condition?
   [ ] Yes   [X] No

3. Signs and symptoms
---------------------
Does the Veteran have any signs or symptoms attributable to any non-surgical
non-infectious intestinal conditions?
[X] Yes   [ ] No

       If yes, check all that apply:

       [X] Other, describe:
          see history

4. Symptom episodes, attacks and exacerbations
-----------------------------------------------
Does the Veteran have episodes of bowel disturbance with abdominal distress,
or exacerbations or attacks of the intestinal condition?
[X] Yes   [ ] No

Continued on next page
VA Form 2507

```
C&P Final Report                                          Page: 64

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

            If yes, indicate severity and frequency: (check all that apply)

        [X] Episodes of bowel disturbance with abdominal distress

                If checked, indicate frequency:
                    [ ] Occasional episodes
                    [X] Frequent episodes
                    [ ] More or less constant abdominal distress

    5. Weight loss
    --------------
    Does the Veteran have weight loss attributable to an intestinal condition
    (other than surgical or infectious condition)?
    [ ] Yes   [X] No

    6. Malnutrition, complications and other general health effects
    --------------------------------------------------------------
    Does the Veteran have malnutrition, serious complications or other general
    health effects attributable to the intestinal condition?
    [ ] Yes   [X] No

    7. Tumors and neoplasms
    -----------------------
    a. Does the Veteran have a benign or malignant neoplasm or metastases related
       to any of the diagnoses in the Diagnosis section?
       [ ] Yes   [X] No

    8. Other pertinent physical findings, complications, conditions, signs,
       symptoms and scars
    ---------------------------------------------------------------------------
    a. Does the Veteran have any other pertinent physical findings,
       complications, conditions, signs or symptoms related to any conditions
       listed in the Diagnosis Section above?
       [ ] Yes   [X] No

    b. Does the Veteran have any scars (surgical or otherwise) related to any
       conditions or to the treatment of any conditions listed in the Diagnosis
       Section above?
       [ ] Yes   [X] No

    c. Comments, if any:

    9. Diagnostic testing
    ---------------------



Continued on next page
VA Form 2507
```

AR 1381

```
C&P Final Report                                        Page: 65

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued
        a. Has laboratory testing been performed?
           [ ] Yes   [X] No

        b. Have imaging studies or diagnostic procedures been performed and are the
           results available?
           [X] Yes   [ ] No

                If yes, provide type of test or procedure, date and results (brief
                summary):
                    see history

        c. Are there any other significant diagnostic test findings and/or results?
           [X] Yes   [ ] No

                If yes, provide type of test or procedure, date and results (brief
                summary):
                    see history


        10. Functional impact
        ---------------------
        Does the Veteran's intestinal condition impact his or her ability to work?
        [X] Yes   [ ] No

                If yes, describe the impact of each of the Veteran's intestinal
                conditions, providing one or more examples:
                    abdominal pain with physical training, increased tardiness and
                    absenteesim.


        11. Remarks, if any:
        --------------------


                Exam Date/Time
                 11/02/2012 07:18
                Procedure Name
                 MRI, ABD/PEL ENTEROCLYSIS (GI ONLY)
                Report
                 MRI, ABD/PEL ENTEROCLYSIS (GI ONLY)

                 Exm Date: 11/02/2012 07:18
                 Req Phys:       Pat Loc:
```

Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 66

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

                              Img Loc: GSURG GI APU BE      WRNMMC BETHESDA, MD
                              Service:

      Exam:  MRI, ABD/PEL ENTEROCLYSIS (GI ONLY)       CPT:

      Report Status: FINAL      Date Verified: 11/05/2012 09:48
      Reason For Order:
      Procedure:MRI, ABD/PEL ENTEROCLYSIS (GI ONLY)
      20121023155400
      Exam #:12359730
      Exam Date/Time:20121102071800
      Transcription Date/Time:20121105095600
      Provider:173827 COPSEY, HELEN C
      Requesting Location:GSURG GI APU BE       WRNMMC BETHESDA, MD
      Status:COMPLETE
      <E>
      Amended Result Code: 9 SEE RADIOLOGIST'S REPORT
      Interpreted By:179340 MOLLURA, JOSEPH G
      Supervised By:115455 MARCIA JAVITT, MD
      Approved By: 115455 JAVITT, MARCIA C
      Approved Date:20121105094800
      Supervised By: 115455 MARCIA JAVITT, MD
      Supervised By Date:20121105094800
      Report Text:  ADDITIONAL HISTORY: CT examination with right-sided
      colonic thickening and equalization of small bowel.  Recent
      colonoscopy and without lesion the terminal ileum a concern stenosis or
      inflammation of the distal ileum.


      TECHNIQUE: Standard MR enterocleisis protocol; Three plane localizer,
      coronal FIESTA, axial T2 SS FSE, axial and coronal T2 SS FSE,
      axial and coronal FIESTA fat sat, axial SPGR in and out of phase, axial
      and coronal LAVA pre-and postcontrast MRI of the abdomen.


       COMPARISONS: CT abdomen/pelvis 10/11/12

       FINDINGS:

      Bowel loops are adequately distended without focal stenosis,
      stricturing, or luminal narrowing.  There is normal bowel peristalsis
      and motion observed on the cinematic images.  Minimal mural thickening
      of the mid jejunum observed at the left upper quadrant
      without corresponding abnormal mucosal enhancement, stricturing or
```

Continued on next page
VA Form 2507

C&P Final Report                                          Page: 67

Name: ANDERSON,DANIEL DENNIS        SSN: ██████       C-number: ██████
For DBQ Medical SHA Exam
=====================================================================

Exam Results Continued

        stenosis.


        The liver and gallbladder are normal without intra-or extrahepatic
        biliary ductal dilatation.  The spleen, pancreas, adrenals, and
        kidneys are normal.


        No intra-abdominal mass or fluid collection.  No enlarged abdominal or
        pelvic lymph nodes.

        Osseous marrow signal is nonpathologic.

        IMPRESSION:

        No abnormal areas of enhancement or mural thickening within the
        gastrointestinal system, specifically evidence of active
        inflammation at the site of previously observed colitis on CT
        examination 10/11/12.  Correlate with patient's symptomatology.


        *************************************__

        Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 11/05/12
        Time:09:20

        *************************************__

        Electronically signed by:Dr. Marcia Javitt Date: 11/05/12 Time:09:48


        SEE RADIOLOGIST'S REPORT
        Facility: WRNMMC
        =====================================================================
        ======

        Exam Date/Time
        10/11/2012 00:30
        Procedure Name
        CT, ABDOMEN / PELVIS WITH (PG)
        Report
        CT, ABDOMEN / PELVIS WITH (PG)

        Exm Date: 10/11/2012 00:30


Continued on next page
VA Form 2507

```
C&P Final Report                                          Page: 68

Name: ANDERSON,DANIEL DENNIS        SSN: ████████        C-number: ████████
For DBQ Medical SHA Exam
===============================================================================


Exam Results Continued

         Req Phys:        Pat Loc:
                                   Img Loc: EMERGENCY RM BE      WRNMMC BETHESDA, MD
                          Service:

         Exam:  CT, ABDOMEN / PELVIS WITH (PG)      CPT:

         Report Status: FINAL      Date Verified: 10/11/2012 08:16
         Reason For Order:
         Procedure:CT, ABDOMEN / PELVIS WITH (PG)
         20121011013000
         Exam #:12343907
         Exam Date/Time:20121011003000
         Transcription Date/Time:20121012070000
         Provider:21472 HARDWARE, LESLIE
         Requesting Location:EMERGENCY RM BE      WRNMMC BETHESDA, MD
         Status:COMPLETE
         <E>
         Amended Result Code: 9 SEE RADIOLOGIST'S REPORT
         Interpreted By:179340 MOLLURA, JOSEPH G
         Supervised By:61813 BERNARD, JACQUELINE, MD, CDR, USN
         Approved By: 61813 BERNARD, JACQUELINE M
         Approved Date:20121011081600
         Supervised By: 61813 BERNARD, JACQUELINE, MD, CDR, USN
         Supervised By Date:20121011081600
         Report Text:  ADDITIONAL HISTORY: Abdominal pain.

         TECHNIQUE: CT of the abdomen and pelvis was performed under standard
         abdomen/pelvis CT protocol with 5 mm axial helically acquired
         images obtained from the level of the diaphragm to the level of the
         pubic symphysis after the intravenous administration of 110 mL
         Isovue 370 and oral contrast.  Coronal and sagittal reformatted images
         were also obtained.


          COMPARISONS: Acute abdominal series 10/10/12.

          FINDINGS:

          Lung bases are clear.

          Liver parenchyma and vasculature is unremarkable.  Normal biliary tree
          without intra-or extrahepatic biliary ductal dilatation.
          Pancreas, spleen, adrenals, and kidneys are normal.  No identifiable
          ureteral abnormalities.  Fluid-filled urinary bladder is
```

Continued on next page
VA Form 2507

```
C&P Final Report                                           Page: 69

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
================================================================================


Exam Results Continued

        unremarkable.


        Enteric contrast visualized to the level of the mid ileum.  Stomach is
        normal.  There is fecal material and air noted within the
        distal ileum extending to a mildly distended stool filled cecum.  The
        appendix is identified and is normal.  There is a focal area
        of vascular prominence involving the mesentery at the level of the
        hepatic flexure.  The colon wall at this level appears mildly
        thickened but otherwise decompressed.  The colon distal to the hepatic
        flexure is decompressed and normal in appearance.


        Shotty subcentimeter mesenteric lymph nodes about the upper abdomen. No
        intra-abdominal mass or fluid collection.  Vascular
         structures are normal in configuration.


        Pelvic organs are unremarkable.  No free pelvic fluid.  No pelvic or
        inguinal lymphadenopathy.

         Soft tissues, muscles, and osseous structures are unremarkable.

         IMPRESSION:

        Focal colitis at the level of the hepatic flexure with proximal stool
        retention and fecalization of small bowel.  Findings are
        nonspecific and may be representative of an acute infection or
        inflammatory etiology such as Crohn's disease.  Clinical correlation
         is recommended.



        Note: Findings above were discussed with Dr.  Hardware, via telephone at
        0450 hours on 10/11/12.
         *************************************__


        Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 10/11/12
        Time:07:22

         *************************************__



Continued on next page
VA Form 2507
```

```
C&P Final Report                                           Page: 70

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ Medical SHA Exam
======================================================================


Exam Results Continued

        Electronically signed by:Dr. Jacqueline M Bernard Date: 10/11/12
        Time:08:16


        SEE RADIOLOGIST'S REPORT
        Facility: WRNMMC
        ==============================================================
        ======
```

/es/ MANISH S ARORA
Attending Physician, Internal Medicine
Signed: 10/19/2017 14:27

        This exam has been reviewed and approved by the examining provider.

VA Form 2507

```
Date: OCT 26,2017    Compensation and Pension Exam Report         Page: 1
                            WASHINGTON.VA.GOV
                              ** FINAL **
                          Processing time: 54
                          For DBQ OPHTH Eye Exam
==============================================================================

   Name: ANDERSON,DANIEL DENNIS            SSN: ████████ (█████
                                      C-Number: ████████
                                           DOB: █████1985

   Address: ████████████████

   City,State,Zip+4:                  Res Phone: ██████████
     GLEN BURNIE  MARYLAND  ████████   Bus Phone:

 Entered active service: NOV 1,2005      Last rating exam date:
 Released active service: Not specified

 Priority of exam: Unknown
==============================================================================
 Examining provider: 1822
 Examined on: OCT 12,2017@09:00
==============================================================================

   Examination results:

  LOCAL TITLE: EYE C&P NOTE
 STANDARD TITLE: EYE C & P EXAMINATION CONSULT
 DATE OF NOTE: OCT 12, 2017@09:00     ENTRY DATE: OCT 12, 2017@09:49:35
      AUTHOR: BELKIN,SAMUEL S     EXP COSIGNER:
 INSTITUTION: WASHINGTON VA MEDICAL CENTER
    DIVISION: WASHINGTON VAMC
    URGENCY:                          STATUS: COMPLETED


                          Eye Conditions
                   Disability Benefits Questionnaire

   Name of patient/Veteran:  Daniel Anderson

   Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
   Request?
   [X] Yes   [ ] No


   ACE and Evidence Review
   -----------------------
   Indicate method used to obtain medical information to complete this document:

   [X] In-person examination


   Evidence Review


 Continued on next page
 VA Form 2507
```

```
C&P Final Report                                              Page: 2

Name: ANDERSON,DANIEL DENNIS        SSN: ████████        C-number: ████████
For DBQ OPHTH Eye Exam
===============================================================================


Exam Results Continued
    ---------------
    Evidence reviewed (check all that apply):

    [X] Other (please identify other evidence reviewed):
        JLV- AHALTA


    SECTION I: Diagnoses
    --------------------
    NOTE: The diagnosis section should be filled out AFTER the clinician has
        completed the examination

    Does the Veteran now have or has he/she ever been diagnosed with an eye
    condition (other than congenital or developmental errors of refraction)?
    [X] Yes   [ ] No

        If yes, provide only diagnoses that pertain to eye conditions:

            Diagnosis #1:  Dry eye syndrome
            ICD code(s):  H04.123
            Date of diagnosis:  years

    SECTION II:  Medical history
    ----------------------------
    Describe the history (including onset and course) of the Veteran's current
    eye condition(s) (brief summary): 1. Current 2507 requests assessment for Dry
    eye syndrome.

    2. S/P PRK completed while active duty, 2011

    3. Requires dry eye drops daily.

    REVIEW OF OLD NOTES:

    S/P PRK completed 2011

    SECTION III: Physical examination
    ---------------------------------
    1. Visual acuity
    ----------------
    a. Uncorrected distance:

        Right: [ ] 5/200 or worse  [ ] 5/200   [ ] 10/200 [ ] 15/200 [ ] 20/200
               [ ] 20/100          [ ] 20/70   [ ] 20/50  [X] 20/40 or better


Continued on next page
VA Form 2507
```

AR 1389

```
C&P Final Report                                          Page: 3

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ OPHTH Eye Exam
===============================================================================


Exam Results Continued

        Left:  [ ] 5/200 or worse  [ ] 5/200    [ ] 10/200  [ ] 15/200  [ ] 20/200
               [ ] 20/100          [ ] 20/70    [ ] 20/50   [X] 20/40 or better

    b. Uncorrected near:

        Right: [ ] 5/200 or worse  [ ] 5/200    [ ] 10/200  [ ] 15/200  [ ] 20/200
               [ ] 20/100          [ ] 20/70    [ ] 20/50   [X] 20/40 or better

        Left:  [ ] 5/200 or worse  [ ] 5/200    [ ] 10/200  [ ] 15/200  [ ] 20/200
               [ ] 20/100          [ ] 20/70    [ ] 20/50   [X] 20/40 or better

    c. Corrected distance:

        Right: [ ] 5/200 or worse  [ ] 5/200    [ ] 10/200  [ ] 15/200  [ ] 20/200
               [ ] 20/100          [ ] 20/70    [ ] 20/50   [X] 20/40 or better

        Left:  [ ] 5/200 or worse  [ ] 5/200    [ ] 10/200  [ ] 15/200  [ ] 20/200
               [ ] 20/100          [ ] 20/70    [ ] 20/50   [X] 20/40 or better

    d. Corrected near:

        Right: [ ] 5/200 or worse  [ ] 5/200    [ ] 10/200  [ ] 15/200  [ ] 20/200
               [ ] 20/100          [ ] 20/70    [ ] 20/50   [X] 20/40 or better

        Left:  [ ] 5/200          [ ] 5/200    [ ] 10/200  [ ] 15/200  [ ] 20/200
               [ ] 20/100          [ ] 20/70    [ ] 20/50   [X] 20/40 or better

    2. Difference in corrected visual acuity for distance and near vision
    ------------------------------------------------------------------
    Does the Veteran have a difference equal to two or more lines on the Snellen
    test type chart or its equivalent between distance and near corrected vision,
    with the near vision being worse?
    [ ] Yes   [X] No

    3. Pupils
    ---------
    a. Pupil diameter:  Right: 4 mm     Left: 4 mm

    b. [X] Pupils are round and reactive to light

    c. Is an afferent pupillary defect present?
    [ ] Yes   [X] No
```

Continued on next page
VA Form 2507

C&P Final Report                                                    Page: 4

Name: ANDERSON,DANIEL DENNIS          SSN: ████████      C-number: ████████
For DBQ OPHTH Eye Exam
================================================================================

Exam Results Continued

    d. [ ] Other, describe:

    No answer provided

    4. Anatomical loss, light perception only, extremely poor vision or blindness
    --------------------------------------------------------------------------
    Does the Veteran have anatomical loss, light perception only, extremely poor
    vision or blindness of either eye?
    [ ] Yes  [X] No

    5. Astigmatism
    --------------
    Does the Veteran have a corneal irregularity that results in severe irregular
    astigmatism?
    [ ] Yes  [X] No

    6. Diplopia
    -----------
    Does the Veteran have diplopia (double vision)?
    [ ] Yes  [X] No

    7. Tonometry
    ------------
    a. If tonometry was performed, provide results:
         Right eye pressure: 15    Left eye pressure: 16

    b. Tonometry method used:

       [X] Goldmann applanation
       [ ] Other, describe:

    8. Slit lamp and external eye exam
    ----------------------------------
    a. External exam/lids/lashes:
         Right   [X] Normal  [ ] Other, describe:
         Left    [X] Normal  [ ] Other, describe:

    b. Conjunctiva/sclera:
         Right   [X] Normal  [ ] Other, describe:
         Left    [X] Normal  [ ] Other, describe:

    c. Cornea:
         Right   [X] Normal  [ ] Other, describe:
         Left    [X] Normal  [ ] Other, describe:


Continued on next page
VA Form 2507

```
C&P Final Report                                          Page: 5

Name: ANDERSON,DANIEL DENNIS          SSN: ███████      C-number: ███████
For DBQ OPHTH Eye Exam
================================================================================


Exam Results Continued


    d. Anterior chamber:
        Right    [X] Normal   [ ] Other, describe:
        Left     [X] Normal   [ ] Other, describe:

    e. Iris:
        Right    [X] Normal   [ ] Other, describe:
        Left     [X] Normal   [ ] Other, describe:

    f. Lens:
        Right    [X] Normal   [ ] Other, describe:
        Left     [X] Normal   [ ] Other, describe:

    9. Internal eye exam (fundus)
    --------------------
    Fundus:

        [X] Normal bilaterally
        [ ] Abnormal

    10. Visual fields
    -----------------
    Does the Veteran have a visual field defect (or a condition that may result
    in visual field defect)?
    [ ] Yes   [X] No

    a. Was visual field testing performed?
       [X] Yes   [ ] No

            Results:
                [X] Other, describe:
                    CONFRONTATION VF FULL -- confirms that formal Visual Field
                    is NOT required


    b. Does the Veteran have contraction of a visual field?
       [ ] Yes   [X] No

    c. Does the Veteran have loss of a visual field?
       [ ] Yes   [X] No

    d. Does the Veteran have a scotoma?
       [ ] Yes   [X] No



Continued on next page
VA Form 2507
```

AR 1392

```
C&P Final Report                                              Page: 6

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ OPHTH Eye Exam
================================================================================


Exam Results Continued
     e. Does the Veteran have legal (statutory) blindness (visual field diameter
        of 20 degrees or less in the better eye, even if the corrected visual
        acuity is 20/20) based upon visual field loss?
        [ ] Yes   [X] No

     SECTION IV:  Eye conditions
     ---------------------------
     1. Conditions
     -------------
     Does the Veteran have any of the following eye conditions?
     [X] Yes   [ ] No

         If yes, check all that apply:

         [X] Other eye conditions

     14. Other eye conditions, pertinent physical findings, complications,
         conditions, signs and symptoms
         ------------------------------------------------------------------
     Does the Veteran have any other eye conditions, pertinent physical findings,
     complications, conditions, signs or symptoms related to the condition at
     hand?
     [X] Yes   [ ] No

         If yes, describe: 1. Current 2507 requests assessment for Dry eye
         syndrome.

         2. S/P PRK completed while active duty, 2011, mild residual refractive
         error, correctable to good vision both eyes.

         3. Dry eye syndrome, uses daily eyedrops in past, not visually
         significant at this time.

         4. No other active ocular pathology seen at this time

     SECTION V:  Scarring and disfigurement
     --------------------------------------
     Does the Veteran have scarring or disfigurement attributable to any eye
     condition?
     [ ] Yes   [X] No

     SECTION VI:  Incapacitating episodes
     ------------------------------------
     During the past 12 months, has the Veteran had any incapacitating episodes


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 7

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ OPHTH Eye Exam
===============================================================================
```

Exam Results Continued

```
    attributable to any eye conditions?
    [ ] Yes   [X] No

    SECTION VII
    -----------
    1. Functional impact
    --------------------
    Does the Veteran's eye condition(s) impact his or her ability to work?
    [ ] Yes   [X] No

    2. Remarks, if any:
    -------------------

    ****************************************************
    PATIENT IS ACTIVE DUTY/IDES/QUICKSTART

        Was a DD Form 2807-1, Report of Medical History, completed by the
        Service member and available for review at the time of this
        examination?
        []Yes [X]No  []N/A

        PHYSICAL EXAM: All[Eyes, Ophthalmoscope, Pupils, ocular motility]
         Normal except:

    ASSESSMENT:
    #1.  Claimed Condition:Dry eye syndrome
         Onset: years
         History:ongoing
         Prognosis: Unable to estimate
         Diagnosis/Rationale: Dry eye syndrome




/es/ SAMUEL S BELKIN
ATTENDING PHYSICIAN
Signed: 10/12/2017 09:49
```

```
        This exam has been reviewed and approved by the examining provider.

VA Form 2507
```

```
Date: OCT 26,2017    Compensation and Pension Exam Report        Page: 1
                              WASHINGTON.VA.GOV
                                 ** FINAL **
                            Processing time: 54
                      For DBQ PSYCH Mental disorders Exam
===========================================================================

   Name: ANDERSON,DANIEL DENNIS              SSN: ████████ (██████
                                        C-Number: ████ ████
                                             DOB: ███ ██ 1985

      Address: ██████████████████

   City,State,Zip+4:                    Res Phone: ██████████████
      GLEN BURNIE  MARYLAND  ██████     Bus Phone:

   Entered active service: NOV 1,2005     Last rating exam date:
   Released active service: Not specified

   Priority of exam: Unknown
===========================================================================
   Examining provider: 773016
   Examined on: SEP 25,2017@09:00
===========================================================================

   Examination results:

    LOCAL TITLE: COMPENSATION ASSESSMENT COPY
    STANDARD TITLE: C & P EXAMINATION NOTE
    DATE OF NOTE: SEP 25, 2017@09:00    ENTRY DATE: SEP 25, 2017@11:56:17
        AUTHOR: RAVE LANKENAU,MEGAN  EXP COSIGNER:
    INSTITUTION: WASHINGTON VA MEDICAL CENTER
       DIVISION: WASHINGTON VAMC
        URGENCY:                         STATUS: COMPLETED


                            Mental Disorders
                   (other than PTSD and Eating Disorders)
                     Disability Benefits Questionnaire

      Name of patient/Veteran:  Anderson, Daniel Dennis;  c-file: ████ ████

      Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
      Request?
      [X] Yes  [ ] No


                            SECTION I:
                            ----------

      1. Diagnosis
      ------------
      a. Does the Veteran now have or has he/she ever been diagnosed with a mental
         disorder(s)?
         [X] Yes  [ ] No


   Continued on next page
   VA Form 2507
```

```
C&P Final Report                                          Page: 2

Name: ANDERSON,DANIEL DENNIS       SSN: ███████      C-number: ███████
For DBQ PSYCH Mental disorders Exam
===============================================================================


Exam Results Continued


        ICD code: F41.1

        If the Veteran currently has one or more mental disorders that conform to
        DSM-5 criteria, provide all diagnoses:

        Mental Disorder Diagnosis #1: Generalized Anxiety Disorder
        ICD code: F41.1

        Mental Disorder Diagnosis #2: Major Depressive Disorder, Recurrent,
        Moderate
        ICD code: F33.1

        Mental Disorder Diagnosis #3: Alcohol Use Disorder, Moderate, in early
        remission
        ICD code: F10.20

   b.  Medical diagnoses relevant to the understanding or management of the
       Mental Health Disorder (to include TBI): Irritable Bowel Syndrome,
       Headaches


   2.  Differentiation of symptoms
   -------------------------------
   a.  Does the Veteran have more than one mental disorder diagnosed?
       [X] Yes  [ ] No

   b.  Is it possible to differentiate what symptom(s) is/are attributable to
       each diagnosis?
       [X] Yes  [ ] No  [ ] Not applicable (N/A)

           If yes, list which symptoms are attributable to each diagnosis and
           discuss whether there is any clinical association between these
           diagnoses:
           Symptoms of Major Depressive Disorder include chronic suicidal
           ideation, sad mood, low energy, feelings of helplessness and
           hopelessness, and anhedonia.  Symptoms of Generalized Anxiety
           Disorder include worry thoughts, rumination, restlessness, sleep
           disturbance, and panic attacks.  Symptoms of Alcohol Use Disorder
           include a maladaptive pattern of substance use, excessive use of
           alcohol, tolerance, and interpersonal/occupational problems as a
           result of use.



Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 3

Name: ANDERSON,DANIEL DENNIS        SSN: ████████    C-number: ████████
For DBQ PSYCH Mental disorders Exam
===============================================================================


Exam Results Continued
    c. Does the Veteran have a diagnosed traumatic brain injury (TBI)?
       [ ] Yes  [X] No  [ ] Not shown in records reviewed

    3. Occupational and social impairment
    -------------------------------------
    a. Which of the following best summarizes the Veteran's level of occupational
       and social impairment with regards to all mental diagnoses? (Check only
       one)

       [X] Occupational and social impairment with deficiencies in most areas,
           such as work, school, family relations, judgment, thinking and/or mood

    b. For the indicated level of occupational and social impairment, is it
       possible to differentiate what portion of the occupational and social
       impairment indicated above is caused by each mental disorder?
       [ ] Yes  [X] No  [ ] No other mental disorder has been diagnosed

           If no, provide reason that it is not possible to differentiate what
           portion of the indicated level of occupational and social impairment
           is attributable to each diagnosis:
               Symptoms of Major Depressive Disorder and Generalized Anxiety
               Disorder both significantly contribute to the service member's level
               of occupational and social impairment, to the extent that it is not
               possible to tease out how each contributes independently of the
               other.  Symptoms of Alcohol Use Disorder are in early remission.


    c. If a diagnosis of TBI exists, is it possible to differentiate what portion
       of the occupational and social impairment indicated above is caused by the
       TBI?
       [ ] Yes  [ ] No  [X] No diagnosis of TBI

                              SECTION II:
                              -----------
                           Clinical Findings:
                           ------------------
    1. Evidence Review
    ------------------
    Evidence reviewed (check all that apply):

    [X] VA e-folder (VBMS or Virtual VA)
    [X] Other (please identify other evidence reviewed):
            JLV



Continued on next page
VA Form 2507
```

AR 1397

```
C&P Final Report                                              Page: 4

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ PSYCH Mental disorders Exam
===============================================================================
```

Exam Results Continued


    2. History
    ----------
    a. Relevant Social/Marital/Family history (pre-military, military, and
       post-military):

        The service member grew up in California.  His parents divorced when the
        service member was young and he was raised by his father.  He has two
        sisters with whom he grew up.  He also has a half brother and a half
        sister.  He reported that his childhood was unstable;  his father was
        verbally abusive during childhood and "sometimes physically" [abusive].

        The service member is single and has never been married.  He is not
        currently dating anyone.  No children.  Socially, the service member
        reported that he has one good friend to whom he keeps in touch via text
        but he has few other social connections.  He just started talking to his
        mother and sisters again this past year, "I've been living in
        isolation".  He is not particularly close with anyone.  The service
        member spends his free time alone, watching TV and doing programming.


    b. Relevant Occupational and Educational history (pre-military, military, and
       post-military):

        The service member did not do well in school.  He typically got Ds and
        stated that, "I don't learn that well in school".  He denied that he was
        ever tested for a learning disability.  He graduated high school and
        moved out of state, he tried to go to college and started working.  He
        joined the Navy at age 20.

        The service member joined the Navy in November 2005.  Rank is E5, rate
        is cryptologic technician networking.  He is currently stationed at Ft.
        Meade where he has been since August 2012.  He has also been stationed
        in Pensacola, Florida and USS Essex.  No combat deployments.


    c. Relevant Mental Health history, to include prescribed medications and
       family mental health (pre-military, military, and post-military):

        No history of mental health treatment prior to the period of military
        service was reported.

        The service member first began participating in mental health treatment

Continued on next page
VA Form 2507

```
C&P Final Report                                                Page: 5

Name: ANDERSON,DANIEL DENNIS        SSN: ██████         C-number: ██████
For DBQ PSYCH Mental disorders Exam
===============================================================================
```

Exam Results Continued

    in August 2012.  He has been in treatment regularly for the last several
years.  Current medications are Effexor, Rozerem, and Naltrexone.  He
just completed the Intensive Outpatient Program which he had done for 30
days.  He meets with his psychiatrist weekly.  He also participates in
weekly individual therapy.  He was hospitalized in 2015 for 30 days at
Ft. Belvoir for inpatient substance abuse treatment.  No other
psychiatric hospitalizations.

    According to the c-file, the service member has been diagnosed with
Major Depressive Disorder, Generalized Anxiety Disorder and Alcohol USe
Disorder.

  d. Relevant Legal and Behavioral history (pre-military, military, and
     post-military):

    None

  e. Relevant Substance abuse history (pre-military, military, and
     post-military):

    The service member stated that he has been sober for 70 days.  Prior to
this, he would have approximately 5 ounces of liquor per day and 2 beers
daily.  He started to drink heavily while he was stationed in Japan.  He
is currently going to substance abuse treatment at Walter Reed National
Military Medical Center.

  f. Other, if any:

    None

3. Symptoms
-----------
For VA rating purposes, check all symptoms that actively apply to the
Veteran's diagnoses:

  [X] Depressed mood
  [X] Anxiety
  [X] Near-continuous panic or depression affecting the ability to function
     independently, appropriately and effectively
  [X] Chronic sleep impairment

Continued on next page
VA Form 2507

C&P Final Report                                         Page: 6

Name: ANDERSON,DANIEL DENNIS        SSN: ████████        C-number: ████████
For DBQ PSYCH Mental disorders Exam
================================================================================


Exam Results Continued

        [X] Flattened affect
        [X] Disturbances of motivation and mood
        [X] Difficulty in establishing and maintaining effective work and social
            relationships
        [X] Difficulty in adapting to stressful circumstances, including work or a
            worklike setting
        [X] Suicidal ideation
        [X] Obsessional rituals which interfere with routine activities

    4. Behavioral observations
    --------------------------
    The service member reported that he started to have problems with anxiety
    while on the USS Essex.  He stated that he experiences "anticipation anxiety"
    and he worries about "everything".  He is worrying about scheduled
    appointments, uniform inspections, evaluations, "at the moment, it's been
    mostly work related".  He stated that he picks his hair, he bites his nails,
    he is often fidgety.  He stated that he feels restless, he feels tense and is
    "stressed out overall".  He stated that he worrying 50-70% of the day and he
    has a hard time controlling the worry.

    The service member also endorsed symptoms of depression.  He has times when
    he will sleep most of the day, he will not want to engage in activities.  He
    feels tired, experiences low motivation.  He often feels flat and "I try not
    to think about the things that make me sad...if I do, I start to feel
    suicidal".  He rated his mood at a 3 or 4 on a 10 point scale (with 10 being
    high).  Appetite is low, in part due to medical issues (irritable bowel
    syndrome).  Energy levels are low.  He stated that he experiences anhedonia,
    he has times when he no longer engages in activities but he is trying to do
    programming more regularly.  He reported feelings of helplessness and
    hopelessness about his life, his future.  He stated that he had a time when
    he felt suicidal, he wondered about the purpose of life, why does he get up
    every day.  He reported ongoing suicidal ideation, but he denied current
    suicidal plan or intent.  He noted that when he is drinking, he experiences
    more frequent suicidal ideation.  He had a suicide attempt at age 16 where he
    swallowed a bottle of aspirin, but he denied any other suicide attempts.

    The service member endorsed sleep disturbances.  He has an upcoming sleep
    study scheduled to rule out sleep apnea.  He reported that he typically goes
    to bed at 10pm;  he denied frequent sleep onset problems.  Once asleep, the
    service member wakes up during the night, "there's usually three or four
    times a night".  He might be awake for only "minutes" but he can fall right
    back asleep.  He gets out of bed at 6am.  He is bed for 7-8 hours but his
    sleep is restless.  The service member also endorsed mild episodes of sleep
    paralysis which occur two or three times a week;  he stated that it might

Continued on next page
VA Form 2507

```
C&P Final Report                                            Page: 7

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ PSYCH Mental disorders Exam
===============================================================================
```

Exam Results Continued

    happen for a few minutes and then he falls right to sleep.  He also reported
    anxiety related nightmares.

    5. Other symptoms
    -----------------
    Does the Veteran have any other symptoms attributable to mental disorders
    that are not listed above?
    [ ] Yes  [X] No

    6. Competency
    -------------
    Is the Veteran capable of managing his or her financial affairs?
    [X] Yes  [ ] No

    7. Remarks (including any testing results), if any:
    ----------------------------------------------------
    No remarks provided.


****************************************************************************

                  Addendum / Clarification
            Disability Benefits Questionnaire


    Name of patient/Veteran:   Anderson, Daniel Dennis;  c-file: ██████


    Please utilize this form when responding to VBA requests for either addendums
    or clarifications of prior VHA examination reports.


            Mental health - Separation Health Assessment
            Disability Benefits Questionnaire
               * Internal VA or DoD Use Only*


    Was a DD Form 2807-1, Report of Medical History, completed by the
    Servicemember and available for review at the time of this examination?


Continued on next page
VA Form 2507

```
C&P Final Report                                          Page: 8

Name: ANDERSON,DANIEL DENNIS       SSN: ██████        C-number: ██████
For DBQ PSYCH Mental disorders Exam
================================================================================


Exam Results Continued

        [ ] Yes [X] No [ ] N/A

        Any changes to his/her health status since DD 2807-1 completed?
        [ ] Yes [ ] No [X ] N/A

        (Proposed) Date of separation from active service:  No response provided.

        1.  Medical record review
        -------------------------
        Was the Veteran's VA claims file reviewed?
        [X ] Yes [ ] No

        2. Medical history (Review of Systems)
        ---------------------------------------

        1. Psychiatric:
           [ X] Yes [ ] No


        #1.   Claimed Condition:  Generalized Anxiety Disorder
               Onset:  unknown
               History:  chronic
               Prognosis:  uncertain

        #2.   Claimed Condition:  Major Depressive Disorder, Recurrent, Moderate
               Onset:  unknown
               History:  recurrent
               Prognosis:  uncertain

        #3.   Claimed Condition:  Mental Health Condition to Include Schizoid
        Effect,
        Sleep Disturbances to Include Insomnia
               Onset:  n/a
               History:
               Prognosis:

        #4.   Claimed Condition:  Sleep Paralysis
               Onset:  n/a
               History:
               Prognosis:


        (Please follow format if more claims are being addressed)


Continued on next page
VA Form 2507
```

```
C&P Final Report                                           Page: 9

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ PSYCH Mental disorders Exam
===============================================================================


Exam Results Continued


                PTSD SCREEN PC-PTSD
                -------------------
                    In your life, have you ever had any experience that was so
        frightening, horrible, or upsetting that, in the past month,
        you:

        1. Have had nightmares about it or thought about it when you
        did
                        not want to?
                        [ ] Yes [X ] No

                2. Tried hard not to think about it or went out of your way to
                   avoid situations that reminded you of it?
                   [ ] Yes [X ] No

                3. Were constantly on guard, watchful, or easily startled?
                   [ ] Yes [X ] No

                4. Felt numb or detached from others, activities, or your
                   surroundings?
                   [ ] Yes [X ] No

                Depression screen: PHQ2
                -----------------------
        Over the past two weeks, how often have you been bothered by
        any
                of the following problems?

                    Little interest or pleasure in doing things.
        [ ] 0 = Not at all [ ] 1 = Several days [ ] 2 = More than
        half
                        the days [X ] 3 = Nearly every day

                    Feeling down, depressed, or hopeless.
        [ ] 0 = Not at all [ ] 1 = Several days [X ] 2 = More than
        half
                        the days [ ] 3 = Nearly every day

                Total Point Score:   5

                Brief Suicide Risk Assessment
                -----------------------------


Continued on next page
VA Form 2507
```

```
C&P Final Report                                               Page: 10

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ PSYCH Mental disorders Exam
================================================================================


Exam Results Continued
                    - (Perform if score positive on Depression or PTSD screens)

                    Are you feeling hopeless about the present or future?
                        [X] Yes [ ] No

Have you had thoughts about taking your life - if yes - when
did
                    you have these thoughts and do you have a plan to take your
                    life?
[X ] Yes [ ] No - no current suicidal plan or intent was
reported

                    Have you ever had a suicide attempt?
                        [X] Yes [ ] No


    3.  Physical Exam
    ------------------

    1. Psychiatric (Specify any personality deviation)
        [ X] Normal [ ] Abnormal [ ] Not examined

    5. Diagnosis:
    -------------

            #1.  Claimed condition: Generalized Anxiety Disorder
                 Diagnosis/Rationale:  Generalized Anxiety Disorder - the
service
member meets full DSM-5 criteria for this diagnosis


            #2.  Claimed condition:  Major Depressive Disorder, Recurrent,
Moderate
                 Diagnosis/Rationale:  Major Depressive Disorder, Recurrent,
Moderate -
the service member meets full DSM-5 criteria for this diagnosis

            #3.  Claimed condition: Mental Health Condition to Include Schizoid
Effect,
Sleep Disturbances to Include Insomnia
                 Diagnosis/Rationale:  No diagnosos - symptoms of a Mental
Health
Condition to Include Schizoid Effect, Sleep Disturbances to Include Insomnia
can be considered part of the Major Depressive Disorder and Generalized


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 11

Name: ANDERSON,DANIEL DENNIS        SSN: ██████████    C-number: ██████████
For DBQ PSYCH Mental disorders Exam
===============================================================================


Exam Results Continued

    Anxiety Disorder and do not warrant a separate diagnosis

            #4.   Claimed condition:  Sleep Paralysis
                  Diagnosis/Rationale:  No diagnosis - symptoms of Sleep
    Paralysis can
    be considered part of the Generalized Anxiety Disorder and do not warrant a
    separate diagnosis

                  (for additional Claim/diagnosis, please follow above format)

        6. Remarks, if any:
        -------------------


    All additional DBQs found to be necessary completed as appropriate at
    time
        of signing this DBQ?
    [X ] Yes [ ] No


/es/ MEGAN K RAVE LANKENAU
PSYCHOLOGIST
Signed: 09/25/2017 11:56
```

This exam has been reviewed and approved by the examining provider.

VA Form 2507

```
Date: OCT 26,2017    Compensation and Pension Exam Report          Page: 1
                            WASHINGTON.VA.GOV
                              ** FINAL **
                         Processing time: 54
                   For DBQ AUDIO Hearing loss & tinnitus Exam
==============================================================================

   Name: ANDERSON,DANIEL DENNIS                  SSN: ████ █████ (████
                                              C-Number: ████ ████
                                                   DOB: ███ ██ 1985

       Address: ██████████████

   City,State,Zip+4:                      Res Phone: ████████████
     GLEN BURNIE  MARYLAND  ███████       Bus Phone:

   Entered active service: NOV 1,2005      Last rating exam date:
   Released active service: Not specified

   Priority of exam: Unknown
==============================================================================
   Examining provider: 2952104
   Examined on: OCT 5,2017@09:00
==============================================================================

    Examination results:

    LOCAL TITLE: C&P AUDIOLOGY NOTE
   STANDARD TITLE: C & P EXAMINATION NOTE
   DATE OF NOTE: OCT 05, 2017@09:00      ENTRY DATE: OCT 05, 2017@09:04:26
        AUTHOR: MAHMOOD,SALLY L      EXP COSIGNER:
   INSTITUTION: WASHINGTON VA MEDICAL CENTER
      DIVISION: WASHINGTON VAMC
       URGENCY:                          STATUS: COMPLETED


                              Miscellaneous
                     Disability Benefits Questionnaire


      Name of patient/Veteran:   Anderson, Daniel Dennis


      Please use this DBQ to address 1151 requests, or other issues that are not
      specifically addressed by specific DBQs such as Individual Unemployability
      (UI).

      Normal hearing bilaterally.
      Subjective Tinnitus.  Veteran reports tinnitus effects his ability to sleep
      and uses a white noise machine to mask it out.


                                 RIGHT EAR
        +===========================================================+
```

Continued on next page
VA Form 2507

```
C&P Final Report                                           Page: 2

Name: ANDERSON,DANIEL DENNIS          SSN: ███████       C-number: ███████
For DBQ AUDIO Hearing loss & tinnitus Exam
==================================================================================
```

Exam Results Continued

| A | B | C | D | E | F | G | |
|---|---|---|---|---|---|---|---|
| 500 Hz* | 1000 Hz | 2000 Hz | 3000 Hz | 4000 Hz | 6000 Hz | 8000 Hz | Avg Hz (B-E)** |
| 5 | 10 | 10 | 15 | 10 | 15 | 10 | 11 |

LEFT EAR

| A | B | C | D | E | F | G | |
|---|---|---|---|---|---|---|---|
| 500 Hz* | 1000 Hz | 2000 Hz | 3000 Hz | 4000 Hz | 6000 Hz | 8000 Hz | Avg Hz (B-E)** |
| 10 | 15 | 15 | 25 | 15 | 25 | 15 | 18 |

******************************************************************************

                        Hearing Loss and Tinnitus
                      Disability Benefits Questionnaire

    Name of patient/Veteran:  Anderson, Daniel Dennis

    Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
    Request?
    [X] Yes   [ ] No


    ACE and Evidence Review
    -----------------------
    Indicate method used to obtain medical information to complete this document:

    [X] In-person examination


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] Not requested


Continued on next page
VA Form 2507
```

```
C&P Final Report                                                 Page: 3

Name: ANDERSON,DANIEL DENNIS          SSN: ████████      C-number: ████████
For DBQ AUDIO Hearing loss & tinnitus Exam
===============================================================================


Exam Results Continued

    [X] Other (please identify other evidence reviewed):
          IDES; Per VA 21-2507, Service member entered duty on  11/1/05 and is
          currently on active duty, pending MEB.  Service member is
          claiming/reporting tinnitus today.  Hearing is within normal limits
          bilaterall and Tinnitus is found today (see CAPRI report).



    This exam is for: Hearing loss and/or tinnitus (audiologist, performing
    current exam)

                      SECTION 1:  HEARING LOSS (HL)
                      -----------------------------

    1. Objective Findings
    ---------------------
    a. Puretone thresholds in decibels (air conduction):

                              RIGHT EAR
    +=========================================================================+
    |   A   |   B   |   C   |   D   |   E   |   F   |   G   |                   |
    |=======+=======+=======+=======+=======+=======+=======+=======+=========+|
    |  500  |  1000 |  2000 |  3000 |  4000 |  6000 |  8000 | Avg Hz            |
    |  Hz*  |   Hz  |   Hz  |   Hz  |   Hz  |   Hz  |   Hz  | (B-E)**           |
    |=======+=======+=======+=======+=======+=======+=======+=========+=========|
    |   5   |   10  |   10  |   15  |   10  |   15  |   10  |    11             |
    +=========================================================================+

                              LEFT EAR
    +=========================================================================+
    |   A   |   B   |   C   |   D   |   E   |   F   |   G   |                   |
    |=======+=======+=======+=======+=======+=======+=======+=======+=========+|
    |  500  |  1000 |  2000 |  3000 |  4000 |  6000 |  8000 | Avg Hz            |
    |  Hz*  |   Hz  |   Hz  |   Hz  |   Hz  |   Hz  |   Hz  | (B-E)**           |
    |=======+=======+=======+=======+=======+=======+=======+=========+=========|
    |   10  |   15  |   15  |   25  |   15  |   25  |   15  |    18             |
    +=========================================================================+

      * The puretone threshold at 500 Hz is not used in determining the
        evaluation but is used in determining whether or not a ratable hearing
        loss exists.
     ** The average of B, C, D, and E.
    *** CNT - Could Not Test


Continued on next page
VA Form 2507
```

AR 1408

```
C&P Final Report                                              Page: 4
```

Name: ANDERSON,DANIEL DENNIS          SSN: ███████        C-number: ███████
For DBQ AUDIO Hearing loss & tinnitus Exam
================================================================================


Exam Results Continued


    b. Were there one or more frequency(ies) that could not be tested: No

    c. Validity of puretone test results: Test results are valid for rating
    purposes.

    d. Speech Discrimination Score (Maryland CNC word list):
        +========================+
        |  RIGHT EAR  |   100%   |
        |=============+==========|
        |  LEFT EAR   |   100%   |
        +========================+

    e. Appropriateness of Use of Word Recognition Score (Maryland CNC word list):
        Right Ear:
        Is Word Discrimination Score available? Yes
          Word Discrimination Score appropriateness:
            Use of word recognition score is appropriate for this Veteran.

        Left Ear:
        Is Word Discrimination Score available? Yes
          Word Discrimination Score appropriateness:
            Use of word recognition score is appropriate for this Veteran.

    f. Audiologic Findings
    Summary of Immittance (Tympanometry) Findings:

| | | RIGHT EAR | LEFT EAR |
|---|---|---|---|
| Acoustic immittance | | [X] Normal  [ ] Abnormal | [X] Normal  [ ] Abnormal |
| Ipsilateral Acoustic Reflexes | | [X] Normal  [ ] Abnormal | [X] Normal  [ ] Abnormal |
| Contralateral Acoustic Reflexes | | [X] Normal  [ ] Abnormal | [X] Normal  [ ] Abnormal |
| Unable to interpret reflexes due to artifact | | [ ] | [ ] |
| Unable to obtain/ maintain seal | | [ ] | [ ] |

Continued on next page
VA Form 2507

```
C&P Final Report                                                Page: 5

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ AUDIO Hearing loss & tinnitus Exam
================================================================================


Exam Results Continued


   2. Diagnosis
   ------------

   RIGHT EAR
   ---------
      [X] Normal hearing

      [ ] Conductive hearing loss           ICD code:

      [ ] Mixed hearing loss                ICD code:

      [ ] Sensorineural hearing loss (in the frequency range of 500-4000 Hz)*
                                            ICD code:
      [ ] Sensorineural hearing loss (in the frequency range of 6000 Hz or
          higher frequencies)**             ICD code:
      [ ] Significant changes in hearing thresholds in service***

   LEFT EAR
   --------
      [X] Normal hearing

      [ ] Conductive hearing loss           ICD code:

      [ ] Mixed hearing loss                ICD code:

      [ ] Sensorineural hearing loss (in the frequency range of 500-4000 Hz)*
                                            ICD code:
      [ ] Sensorineural hearing loss (in the frequency range of 6000 Hz or
          higher frequencies)**             ICD code:
      [ ] Significant changes in hearing thresholds in service***

   NOTES:
      * The Veteran may have hearing loss at a level that is not considered to be
        a disability for VA purposes.  This can occur when the auditory
        thresholds are greater than 25 dB at one or more frequencies in the
        500-4000 Hz range.

     ** The Veteran may have impaired hearing, but it does not meet the criteria
        to be considered a disability for VA purposes.  For VA purposes, the
        diagnosis of hearing impairment is based upon testing at frequency ranges
        of 500, 1000, 2000, 3000, and 4000 Hz.  If there is no HL in the 500-4000
        Hz range, but there is HL above 4000 Hz, check this box.



Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 6

Name: ANDERSON,DANIEL DENNIS         SSN: ████████      C-number: ████████
For DBQ AUDIO Hearing loss & tinnitus Exam
===============================================================================


Exam Results Continued

    *** The Veteran may have a significant change in hearing threshold in
        service, but it does not meet the criteria to be considered a disability
        for VA purposes.  (A significant change in hearing threshold may indicate
        noise exposure or acoustic trauma.)

    3. Etiology
    -----------
       [X] Etiology opinion not indicated as:

          [X] VBA did not request etiology

    4. Functional impact of hearing loss
    -------------------------------------
    Does the Veteran's hearing loss impact ordinary conditions of daily life,
    including ability to work: No

    5. Remarks, if any, pertaining to hearing loss:
    -----------------------------------------------
       Veteran reports he is in the Navy (2005 to present).  Veteran reports from
       2005 to 2009 he worked as an aviation boatsman on the flight deck and from
       2009 to present works as cryptologic technician networking.  Contralateral
       acoustic reflexes were not performed bilaterally; DBQ could not be
       completed without filling in these sections.


                          SECTION 2:  TINNITUS
                          --------------------
    1. Medical history
    ------------------
    Does the Veteran report recurrent tinnitus: Yes
       Date and circumstances of onset of tinnitus: Veteran reports tinnitus
       began in 2010.  Circumstance of onset of tinnitus is reportedly unknown.

    2. Etiology of tinnitus
    -----------------------
       [X] Etiology opinion not indicated as:

          [X] VBA did not request etiology

    3. Functional impact of tinnitus
    --------------------------------
    Does the Veteran's tinnitus impact ordinary conditions of daily life,
    including ability to work: Yes
       If yes, describe impact in the Veteran's own words: Veteran reports
```

Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 7

Name: ANDERSON,DANIEL DENNIS        SSN: ███████    C-number: ███████
For DBQ AUDIO Hearing loss & tinnitus Exam
===============================================================================


Exam Results Continued

    tinnitus effects his sleep and uses white noise machine to mask it out.

4. Remarks, if any, pertaining to tinnitus:
--------------------------------------------
    Bilateral and intermittent.

NOTE:  VA may request additional medical information, including additional
       examinations if necessary to complete VA's review of the Veteran's
       application.


/es/ Sally L Mahmood, Au.D.
AUDIOLOGIST
Signed: 10/05/2017 09:04
```

```
        This exam has been reviewed and approved by the examining provider.

VA Form 2507
```

```
Date: OCT 26,2017    Compensation and Pension Exam Report              Page: 1
                           WASHINGTON.VA.GOV
                             ** FINAL **
                          Processing time: 54
                        For DBQ DERM Skin Exam
==============================================================================

   Name: ANDERSON,DANIEL DENNIS                    SSN: ███████ (█████
                                                C-Number: ███████
                                                     DOB: █████,1985
      Address: ██████████████

   City,State,Zip+4:                          Res Phone: ████████████
      GLEN BURNIE  MARYLAND  ███████          Bus Phone:

   Entered active service: NOV 1,2005     Last rating exam date:
   Released active service: Not specified

   Priority of exam: Unknown
==============================================================================
   Examining provider: 792958
   Examined on: OCT 18,2017@13:00
==============================================================================

   Examination results:

    LOCAL TITLE: COMPENSATION ASSESSMENT COPY
    STANDARD TITLE: C & P EXAMINATION NOTE
    DATE OF NOTE: OCT 18, 2017@13:00    ENTRY DATE: OCT 18, 2017@11:34:24
        AUTHOR: CHEU,TAMMY MEI-CHEN  EXP COSIGNER:
    INSTITUTION: WASHINGTON VA MEDICAL CENTER
       DIVISION: WASHINGTON VAMC
        URGENCY:                          STATUS: COMPLETED


                           Miscellaneous
                   Disability Benefits Questionnaire


      Name of patient/Veteran:   ANDERSON, DANIEL DENNIS  ███████ ██████


      Please use this DBQ to address 1151 requests, or other issues that are not
      specifically addressed by specific DBQs such as Individual Unemployability
      (UI).

      SUBSPECIALTY - Separation Health Assessment (SHA)
            Disability Benefits Questionnaire
             * Internal VA or DOD Use Only*

      Name of Claimant/Service member:  ANDERSON, DANIEL DENNIS
      SSN: ██████ ██████
```

Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 2

Name: ANDERSON,DANIEL DENNIS        SSN:  ███████     C-number:  ███████
For DBQ DERM Skin Exam
===============================================================================
```

Exam Results Continued

    MEDICAL RECORD REVIEW:
    No physical VA claims file was received for review.
    VBMS was reviewed.
    JLV (Joint Legacy Viewer) reviewed.
    Other records reviewed: CPRS, DOD REMOTE DATA.

    SUBSPECIALTY SHA
    SKIN/SCAR

    MEDICAL HISTORY OF CLAIMED CONDITION(S):
    SM Anderson is a 32 y.o. Caucasian male who is undergoing the IDES process @
    the DC VAMC C&P Clinic. He presents to this appointment for the Skin and
    Scars portion of the examination.

    Active Duty Service Dates - Navy:  11/01/2005 to present.

    Pertinent Medical Hx of Claimed Conditions:

    1.  ALLERGIC TO CATS
    Reported history of allergies to dogs and cats since childhood. Improved
    after joining the military, especially during the 3 years on ship duty as
    there were no exposure to pets.  Recurrence of symptoms around 2010 when SM
    Anderson was exposed to cats again, from "staying over at friend's with cats
    and parents' house".  Symptoms included "skin itching, and I started having
    issues breathing."  He takes Zyrtec and "over the counter inhalers".  In the
    last 30 days, has had to take Zyrtec twice and one day use of inhaler due to
    overnight stay at a friend's house who has cats.

    2.  "SCARRING FROM MERSA BACK OF NECK AND TOP OF HEAD"
    Reported history of "a large bump on my neck...started having a fever" in
    2007 while on ship duty.  Records review confirmed onset of abscess in
    January of 2007. Please refer to handwritten Chronological Record of Medical
    Care dated 01/24/2007 as well as multiple subsequent STRs through to March
    2007.  Abscess on left neck and scalp were treated with oral antibiotics,
    topical antibiotics and I & D. SM reported recurrence of mild abscess on the
    left side of neck with every other haircut.  Self-treats with over the
    counter antibiotic ointment with effective outcome.  Lesion resolves in few
    days.  Residual scars asymptomatic and stable.

    3.  HAIR LOSS
    SM reported noticing dry and flaky scalp in 2007 after MRSA abscess of the
    scalp.  Since then, patch of alopecia on the crown of scalp has been
    gradually enlarging.  Status post evaluation by Dermatology and biopsies in
    2015.  Currently no interventions nor treatment.

Continued on next page
VA Form 2507

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ DERM Skin Exam
================================================================================

Exam Results Continued

RECORDS REVIEW GLEANING:
- 06/22/2015.  WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY CL.
"...The Chief Complaint is: Scalp. History of pre sent illness The Patient is
a 30 year old male. 30 y/o male. Per patient, has history of MRSA infection
on scalp about 5 to 6 years ago. Hair has never completely grown back. More
recently has started to develop scale in same area as well as other areas of
scalp. Unsure if area has remained the same size. He feels it has been
getting larger...Physical findings...Skin:  Skin: Scalp: Approx 1.5 to 2 cm
annular patch of noticeably decreased hair density on posterior apex scalp.
Smaller but also annular area next to it. Slightly raised scar like plaque.
Follicle drop and tufting of hair noted. Mild erythema and scale...A/P Last
Updated by T AYLOR,BRADLEY M @ 23 Jun 2015 1135 EDT.  1. Alopecia: Tufted,
scarring alopecia on scalp after reported infection about 6 years ago.
Patient feels it is slowly progressing. Mild erythema and some scale which
feel most likely represents overlying mild seb derm but cannot completely
rule out active scarring process. Discussed options with patient to include
treating for seb derm and monitoring response vs biopsy for further
evaluation.  Patient elected to proceed with biopsy. Two punch biopsies
completed today. Perilesional and normal posterior scalp. Tolerated well..."

- 07/02/2015.  Lab Test: Tissue Exam Specimen Source: TISSUE.  "...SPECIMEN:
A: Skin, Scalp, Punch B: Skin, Left scalp, Punch.  FINAL DIAGNOSIS:  A. SKIN,
SCALP, PUNCH BIOPSY: - MILD EARLY CHANGES OF ANDROGENETIC ALOPECIA.  (SEE
COMMENT).
B. SKIN, LEFT SCALP, PUNCH BIOPSY:  - NORMAL SCALP.
COMMENT: The sections were difficult to interpret due to processing and
orientation. In part A, the sections show a normal number of terminal hair
follicles with a slightly increased number of vellus hairs. Mild superficial
perifollicular lymphocytic inflammation is present. Evidence of scarring
alopecia is not present in multiple additional step sections.  If clinically
indicated additional biopsies may be helpful..."

- 09/29/2015.  WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY CL.
"...Physical findings...Skin:  Multiple skin lesions.  Lesions located.
Lesions on the scalp Vertex scalp with short vellus hairs, mild bogginess of
scalp and mild erythema with generalized mild scale. Pustule on R parietal
scalp...A/P Last Updated by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT... 2.
FOLLICULITIS DECALVANS: Tufted folliculitis in the past on biopsy with
scarring alopecia from inflammation and manipulation. Continued reports of
itching, flaking and occasional pustules. Will use topical steroid solution
daily as needed with antifungal shampoo.  Medication(s): -FLUOCINOLONE--TOP
0.01% SOLN - APPLY TO SCALP EVERY DAY AS NEEDED #1 RF3 Ordered..."

Continued on next page
VA Form 2507

```
C&P Final Report                                                 Page: 4

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ DERM Skin Exam
================================================================================
```

Exam Results Continued

    4.  SKIN CONDITION TO INCLUDE SCROTAL CYST
    SM reported recurrent cysts on scrotum since 2011.  Has had as many as 6
    lesions   at the same time.  Was evaluated by Dermatology in June 2017 and 3
    lesions were excised and biopsied.

    RECORDS REVIEW GLEANING:
    - 09/29/2015.  WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY CL.
    "...The Chief Complaint is: Rash...30 yo M with 1 month hx of painful eroded
    papules in the groin and on the penis, ST D workup negative per PCM and
    previous course of valtrex did not improve. Has hx of multiple sexual
    partners. Here for further evaluation, notes he does have hx of genital warts
    and uses aldara on them but has not been using it on the areas in question.
    Partner currently does not have any ST D or similar rash. Uses condoms. Has
    recently had bronchitis with subjective fevers which began before the papules
    appeared. HIV testing recently negative...Physical findings...Skin:  Multiple
    skin lesions.  Lesions located.  Lesions on the scalp Vertex scalp with short
    vellus hairs, mild bogginess of scalp and mild erythema with generalized mild
    scale. Pustule on R parietal scalp.  Perineal lesions.  Lesions in the
    inguinal region.  Punched out erythematous eroded papules on L and R groin
    without papules on the penis or scrotum on exam.  Lesions on the right side
    of the groin.  Lesions on the left side of the groin...Specimen: Groin,
    Left...Results: Final report.  A/P Last Updated by CUNNINGHAM,RACHEL E @ 29
    Sep 2015 1037 EDT  1. SKIN NEOPLASM GROIN: Given punched out erosions on
    groin hx of multiple sexual partners, will get DFA today to rule out HSV
    infection. Previous tests showed non acute phase of HSV (IgG positive, IgM
    negative). Has had course of valtrex 500 twice daily for 10 days 1 month ago
    but did not resolve, may not have been correct treatment or may represent
    atypical presentation of another herpetic infection. Rest of STD workup
    negative...2. FOLLICULITIS DECALVANS: Tufted folliculitis in the past on
    biopsy with scarring alopecia from inflammation and manipulation. Continued
    reports of itching, flaking and occasional pustules. Will use topical steroid
    solution daily as needed with antifungal shampoo.  Medication(s):
    -FLUOCINOLONE--TOP 0.01% SOLN - APPLY TO SCALP EVERY DAY AS NEEDED #1 RF3
    Ordered..."

    - 06/21/2017. WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY CL.
    "...The Chief Complaint is: Excision. The Patient is a 32 year old male.  32
    y/o male presents for excision of scrotal cysts.  In the Navy and currently
    on active duty.  No systemic symptoms, not feeling tired or poorly, no fever,
    and no chills. No skin symptoms - No skin symptoms other than described in
    the HPI...Physical findings...Skin:: On exam the following lesions were
    identified and examined:  Multiple round subcutaneous cysts on the scrotum. *
    Complexion type II.  A/P Last Updated by DIBLASI,DANIEL R @ 21 Jun 2017 1540
    EDT.  1. Epidermal cyst: 32 y/o male with multiple EICs on the scrotum. 3

C&P Final Report                                                    Page: 5

Name: ANDERSON,DANIEL DENNIS          SSN: ████████      C-number: ████████
For DBQ DERM Skin Exam
================================================================================

Exam Results Continued

    lesions excised. Patient tolerated the procedure..."

    - 06/27/2017.  Tissue Exam Specimen Source: TISSUE.  "...SPECIMEN: Excision,
    scrotum.  FINAL DIAGNOSIS:  SKIN, SCROTUM, EXCISION: - CALCINOSIS
    CUTIS...CLINICAL DIAGNOSIS AND HISTORY: 32 year old male with several
    subcutaneous cysts on the scrotum. Three lesions excised. One was performed
    using punch biopsy..."

    Ingrown Toenail Left foot:  Please refer to Podiatry.

    Body marks, tattoos:  Not examined.

    SKIN conditions of the Head, face, neck and scalp:  Please refer to DBQ
    Skin/Scar template.

    SKIN condition of the trunk, upper extremities, and/or lower extremities:
    Please refer to DBQ Skin/Scar template.

    SCARS conditions of the Head, face, neck and scalp: Please refer to DBQ
    Skin/Scar template.

    SCARS of the trunk, upper extremities, and/or lower extremities:  Please
    refer to DBQ Skin/Scar template.

    DIAGNOSIS

    Claimed condition (Verbatim from 2507):  ALLERGIC TO CATS
    Diagnosis:  ALLERGY TO CATS AND DOGS (ICD Code L23.81)
    Date of Dx:  History of Allergies to Cats and Dogs since childhood
    Rationale: Please refer to med hx
    Prognosis: With allergen exposure

    Claimed condition (Verbatim from 2507):  "SCARRING FROM MERSA BACK OF NECK
    AND TOP OF HEAD"
    Diagnosis:  a) LEFT NECK - FOLLICULITIS, INACTIVE, NO RESIDUAL SCAR; b) SCALP
    - PLEASE REFER TO HAIR LOSS BELOW (ICD Code L73.91)
    Date of Dx:  1/18/2017
    Rationale: Please refer to med hx and physical exam
    Prognosis: N/A

    Claimed condition (Verbatim from 2507):  HAIR LOSS
    Diagnosis:  SCARRING ALOPECIA - FOLLICULITIS DECALVANS (ICD Code L66.2)
    Date of Dx: 09/29/2015
    Rationale: Please refer to med hx and physical exam

Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 6

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ DERM Skin Exam
===============================================================================


Exam Results Continued

    Prognosis: Ongoing

    Claimed condition (Verbatim from 2507):  SKIN CONDITION TO INCLUDE SCROTAL
    CYST
    Diagnosis:  EPIDERMAL CYST OF THE SCROTUM (ICD Code L72.0)
    Date of Dx:  06/21/2017
    Rationale:  Please refer to med hx and physical exam
    Prognosis: Improved

    RELEVANT LAB TESTS:  Please refer to med hx


*****************************************************************************


                              Skin Diseases
                    Disability Benefits Questionnaire

    Name of patient/Veteran:  ANDERSON, DANIEL DENNIS    ██████ █████

    Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
    Request?
    [X] Yes   [ ] No


    ACE and Evidence Review
    -----------------------
    Indicate method used to obtain medical information to complete this document:

    [X] In-person examination


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] VA e-folder (VBMS or Virtual VA)
    [X] CPRS
    [X] Other (please identify other evidence reviewed):
          JLV (Joint Legacy Viewer)


    Evidence Comments:
      Please refer to Med hx.



Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 7

Name: ANDERSON,DANIEL DENNIS      SSN: ████████    C-number: ████████
For DBQ DERM Skin Exam
===============================================================================


Exam Results Continued
        FYI, name change court documentation available in VBMS.  Name changed from
        Daniel Dennis Merwin to Daniel Anderson, court document signed 04/07/2017.


     1. Diagnosis:
     -------------
     Does the Veteran now have or has he/she ever had a skin condition?
     [X] Yes   [ ] No

          [X] Alopecia
                ICD code: L66.2        Date of diagnosis: 09/29/2015

          [X] Other skin condition
                Other diagnosis #1: ALLERGY TO CATS AND DOGS
                ICD code: L23.81        Date of diagnosis: History of Allergies to
                cats and dogs since childhood

                Other diagnosis #2: LEFT NECK - FOLLICULITIS, INACTIVE
                ICD code: L73.91    Date of diagnosis: 01/24/2007

                Other diagnosis #3: EPIDERMAL CYST OF THE SCROTUM
                ICD code: L72.0     Date of diagnosis: 06/21/2017

     2. Medical History
     ------------------
     a. Describe the history (including onset and course) of the Veteran's skin
        conditions (brief summary):
                SM Anderson is a 32 y.o. Caucasian male who is undergoing the IDES
                process @ the DC VAMC C&P Clinic. He presents to this appointment for
                the Skin and Scars portion of the examination.

                Active Duty Service Dates - Navy:  11/01/2005 to present.

                Pertinent Medical Hx of Claimed Conditions:

                1.  ALLERGIC TO CATS
                Reported history of allergies to dogs and cats since childhood.
                Improved after joining the military, especially during the 3 years on
                ship duty as there were no exposure to pets.  Recurrence of symptoms
                around 2010 when SM Anderson was exposed to cats again, from "staying
                over at friend's with cats and parents' house".  Symptoms included
                "skin itching, and I started having issues breathing."  He takes Zyrtec
                and "over the counter inhalers".  In the last 30 days, has had to take
                Zyrtec twice and one day use of inhaler due to overnight stay at a
```

Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 8

Name: ANDERSON,DANIEL DENNIS        SSN: ████████    C-number: ████████
For DBQ DERM Skin Exam
================================================================================
```

Exam Results Continued

     friend's house who has cats.

     2.  "SCARRING FROM MERSA BACK OF NECK AND TOP OF HEAD"
     Reported history of "a large bump on my neck...started having a fever"
     in 2007 while on ship duty.  Records review confirmed onset of abscess
     in January of 2007. Please refer to handwritten Chronological Record of
     Medical Care dated 01/24/2007 as well as multiple subsequent STRs
     through to March 2007.  Abscess on left neck and scalp were treated
     with oral antibiotics, topical antibiotics and I & D. SM reported
     recurrence of mild abscess on the left side of neck with every other
     haircut.  Self-treats with over the counter antibiotic ointment with
     effective outcome.  Lesion resolves in few days.  Residual scars
     asymptomatic and stable.

     3.  HAIR LOSS
     SM reported noticing dry and flaky scalp in 2007 after MRSA abscess of
     the scalp.  Since then, patch of alopecia on the crown of scalp has
     been gradually enlarging.  Status post evaluation by Dermatology and
     biopsies in 2015.  Currently no interventions nor treatment.

     RECORDS REVIEW GLEANING:
     - 06/22/2015.  WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY
     CL.  "...The Chief Complaint is: Scalp. History of pre sent illness The
     Patient is a 30 year old male. 30 y/o male. Per patient, has history of
     MRSA infection on scalp about 5 to 6 years ago. Hair has never
     completely grown back. More recently has started to develop scale in
     same area as well as other areas of scalp. Unsure if area has remained
     the same size. He feels it has been getting larger...Physical
     findings...Skin:  Skin: Scalp: Approx 1.5 to 2 cm annular patch of
     noticeably decreased hair density on posterior apex scalp. Smaller but
     also annular area next to it. Slightly raised scar like plaque.
     Follicle drop and tufting of hair noted. Mild erythema and scale...A/P
     Last Updated by T AYLOR,BRADLEY M @ 23 Jun 2015 1135 EDT.  1. Alopecia:
     Tufted, scarring alopecia on scalp after reported infection about 6
     years ago. Patient feels it is slowly progressing. Mild erythema and
     some scale which feel most likely represents overlying mild seb derm
     but cannot completely rule out active scarring process. Discussed
     options with patient to include treating for seb derm and monitoring
     response vs biopsy for further evaluation.  Patient elected to proceed
     with biopsy. Two punch biopsies completed today. Perilesional and
     normal posterior scalp. Tolerated well..."

     - 07/02/2015.  Lab Test: Tissue Exam Specimen Source: TISSUE.
     "...SPECIMEN:

Continued on next page
VA Form 2507

C&P Final Report                                                    Page: 9

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ DERM Skin Exam
================================================================================


Exam Results Continued

        A: Skin, Scalp, Punch B: Skin, Left scalp, Punch.  FINAL DIAGNOSIS:  A.
        SKIN, SCALP, PUNCH BIOPSY: - MILD EARLY CHANGES OF ANDROGENETIC
        ALOPECIA.  (SEE COMMENT).
        B. SKIN, LEFT SCALP, PUNCH BIOPSY:  - NORMAL SCALP.
        COMMENT: The sections were difficult to interpret due to processing and
        orientation. In part A, the sections show a normal number of terminal
        hair follicles with a slightly increased number of vellus hairs. Mild
        superficial perifollicular lymphocytic inflammation is present.
        Evidence of scarring alopecia is not present in multiple additional
        step sections.  If clinically indicated additional biopsies may be
        helpful..."

        - 09/29/2015.  WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY
        CL.  "...Physical findings...Skin:  Multiple skin lesions.  Lesions
        located.  Lesions on the scalp Vertex scalp with short vellus hairs,
        mild bogginess of scalp and mild erythema with generalized mild scale.
        Pustule on R parietal scalp...A/P Last Updated by CUNNINGHAM,RACHEL E @
        29 Sep 2015 1037 EDT... 2. FOLLICULITIS DECALVANS: Tufted folliculitis
        in the past on biopsy with scarring alopecia from inflammation and
        manipulation. Continued reports of itching, flaking and occasional
        pustules. Will use topical steroid solution daily as needed with
        antifungal shampoo.  Medication(s): -FLUOCINOLONE--TOP 0.01% SOLN -
        APPLY TO SCALP EVERY DAY AS NEEDED #1 RF3 Ordered..."

        4.  SKIN CONDITION TO INCLUDE SCROTAL CYST
        SM reported recurrent cysts on scrotum since 2011.  Has had as many as
        6 lesions   at the same time.  Was evaluated by Dermatology in June
        2017 and 3 lesions were excised and biopsied.

        RECORDS REVIEW GLEANING:
        - 09/29/2015.  WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY
        CL.  "...The Chief Complaint is: Rash...30 yo M with 1 month hx of
        painful eroded papules in the groin and on the penis, ST D workup
        negative per PCM and previous course of valtrex did not improve. Has hx
        of multiple sexual partners. Here for further evaluation, notes he does
        have hx of genital warts and uses aldara on them but has not been using
        it on the areas in question. Partner currently does not have any ST D
        or similar rash. Uses condoms. Has recently had bronchitis with
        subjective fevers which began before the papules appeared. HIV testing
        recently negative...Physical findings...Skin:  Multiple skin lesions.
        Lesions located.  Lesions on the scalp Vertex scalp with short vellus
        hairs, mild bogginess of scalp and mild erythema with generalized mild
        scale. Pustule on R parietal scalp.  Perineal lesions.  Lesions in the
        inguinal region.  Punched out erythematous eroded papules on L and R


Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 10

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ████████
For DBQ DERM Skin Exam
================================================================================
```

Exam Results Continued

      groin without papules on the penis or scrotum on exam.  Lesions on the
      right side of the groin.  Lesions on the left side of the
      groin...Specimen: Groin, Left...Results:  Final report.  A/P Last
      Updated by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT  1. SKIN NEOPLASM
      GROIN: Given punched out erosions on groin hx of multiple sexual
      partners, will get DFA today to rule out HSV infection. Previous tests
      showed non acute phase of HSV (IgG positive, IgM negative). Has had
      course of valtrex 500 twice daily for 10 days 1 month ago but did not
      resolve, may not have been correct treatment or may represent atypical
      presentation of another herpetic infection. Rest of STD workup
      negative...2. FOLLICULITIS DECALVANS: Tufted folliculitis in the past
      on biopsy with scarring alopecia from inflammation and manipulation.
      Continued reports of itching, flaking and occasional pustules. Will use
      topical steroid solution daily as needed with antifungal shampoo.
      Medication(s): -FLUOCINOLONE--TOP 0.01% SOLN - APPLY TO SCALP EVERY DAY
      AS NEEDED #1 RF3 Ordered..."

      - 06/21/2017. WALTER REED NATIONAL MILITARY MEDICAL CNTR DERMATOLOGY
      CL. "...The Chief Complaint is: Excision. The Patient is a 32 year old
      male.  32 y/o male presents for excision of scrotal cysts.  In the Navy
      and currently on active duty.  No systemic symptoms, not feeling tired
      or poorly, no fever, and no chills. No skin symptoms - No skin symptoms
      other than described in the HPI...Physical findings...Skin:: On exam
      the following lesions were identified and examined:  Multiple round
      subcutaneous cysts on the scrotum. * Complexion type II.  A/P Last
      Updated by DIBLASI,DANIEL R @ 21 Jun 2017 1540 EDT.  1. Epidermal cyst:
      32 y/o male with multiple EICs on the scrotum. 3 lesions excised.
      Patient tolerated the procedure..."

      - 06/27/2017.  Tissue Exam Specimen Source: TISSUE.  "...SPECIMEN:
      Excision, scrotum. FINAL DIAGNOSIS:  SKIN, SCROTUM, EXCISION:  -
      CALCINOSIS CUTIS...CLINICAL DIAGNOSIS AND HISTORY: 32 year old male
      with several subcutaneous cysts on the scrotum. Three lesions excised.
      One was performed using punch biopsy..."

      Ingrown Toenail Left foot:  Please refer to Podiatry.


  b. Do any of the Veteran's skin conditions cause scarring (regardless of
    location), or disfigurement of the head, face or neck?
    [ ] Yes   [X] No

  c. Does the Veteran have any benign or malignant skin neoplasms (including
    malignant melanoma)?


Continued on next page
VA Form 2507

```
C&P Final Report                                          Page: 11

Name: ANDERSON,DANIEL DENNIS        SSN: ████████    C-number: ████████
For DBQ DERM Skin Exam
==============================================================================


Exam Results Continued

     [ ] Yes    [X] No

  d. Does the Veteran have any systemic manifestations due to any skin diseases
     (such as fever, weight loss or hypoproteinemia associated with skin
     conditions such as erythroderma)?
     [ ] Yes    [X] No

  e. Comments, if any:
        No response provided.

  3. Treatment
  ------------
  a. Has the Veteran been treated with oral or topical medications in the past
     12 months for any skin condition?
     [X] Yes    [ ] No

        [X] Antihistamines
              If checked, list medication(s): ZYRTEC
              Specify condition medication used for: Environmental Allergies to
                 cats
              Total duration of medication use in past 12 months:
                 [X] < 6 weeks
                 [ ] 6 weeks or more, but not constant
                 [ ] Constant/near-constant

  b. Has the Veteran had any treatments or procedures other than systemic or
     topical medications in the past 12 months for exfoliative dermatitis or
     papulosquamous disorders?
     [ ] Yes    [X] No

  4. Debilitating and non-debilitating episodes
  ---------------------------------------------
  a. Has the Veteran had any debilitating episodes in the past 12 months due to
     urticaria, primary cutaneous vasculitis, erythema multiforme, or toxic
     epidermal necrolysis?
     [ ] Yes    [X] No

  b. Has the Veteran had any non-debilitating episodes of urticaria, primary
     cutaneous vasculitis, erythema multiforme, or toxic epidermal necrolysis
     in the past 12 months?
     [ ] Yes    [X] No

  5. Physical exam
  ----------------


Continued on next page
VA Form 2507
```

AR 1423

```
C&P Final Report                                              Page: 12

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ DERM Skin Exam
================================================================================


Exam Results Continued
     a. Indicate the Veteran's visible skin conditions; indicate the approximate
        total body area and approximate total EXPOSED body area (face, neck and
        hands) affected on current examination (check all that apply):

        [X] The Veteran does not have any of the above listed visible skin
            conditions

     6. Specific Skin Conditions
     ---------------------------
     Indicate the Veteran's specific skin conditions and complete all applicable
     subsequent questions (check all that apply):

     [X] Scarring alopecia

          If checked, indicate percent of scalp affected:
             [X] < 20%   [ ] 20 to 40%   [ ] > 40%

     7. Tumors and neoplasms
     -----------------------
     a. Does the Veteran have a benign or malignant neoplasm or metastases related
        to any of the diagnoses in the Diagnosis section?
        [ ] Yes   [X] No

     8. Other pertinent physical findings, complications, conditions, signs or
        symptoms
     --------------------------------------------------------------------------
     a. Does the Veteran have any other pertinent physical findings,
        complications, conditions, signs or symptoms related to any conditions
        listed in the Diagnosis Section above?
        [X] Yes   [ ] No

             If yes, describe:

                Claimed condition (Verbatim from 2507):  ALLERGIC TO CATS
                - No active lesions found on today's exam.  No active exposure
                today.
                - % total body area affected:  0%
                - % exposed area affected:  0%
                - Severity:  Inactive on today's exam
                - DIAGNOSIS:  ALLERGY TO CATS AND DOGS (ICD Code L23.81)
                Date of Dx:  History of Allergies to Cats and Dogs since childhood
                Rationale: Please refer to med hx
                Prognosis: With allergen exposure


Continued on next page
VA Form 2507
```

```
C&P Final Report                                            Page: 13

Name: ANDERSON,DANIEL DENNIS         SSN: ██████        C-number: ██████
For DBQ DERM Skin Exam
===============================================================================


Exam Results Continued

          Claimed condition (Verbatim from 2507):  "SCARRING FROM MERSA BACK
          OF NECK AND TOP OF HEAD"
          - LEFT LATERAL NECK:  No scarring found for measurement.  Mobile
          nodule of 0.5 cm or less, flesh color, non-erythematous,
          non-pustular.
          - CROWN OF SCALP:  Please refer to Hair Loss condition below.
          - % total body area affected:  <5%
          - % exposed area affected:  <5%
          - Severity:  Inactive Folliculitis of the left neck
          - DIAGNOSIS:  a) LEFT NECK - FOLLICULITIS, INACTIVE, NO RESIDUAL
          SCAR (ICD Code L73.91); b) SCALP - PLEASE REFER TO HAIR LOSS BELOW
          (ICD Code Please see Hair Loss Condition)
          Date of Dx:  1/18/2017
          Rationale: Please refer to med hx and physical exam
          Prognosis: N/A

          Claimed condition (Verbatim from 2507):  HAIR LOSS
          - Vertex Scalp:  Patch alopecia measuring approx 2.5 cm x 2 cm.
          Smooth surface with absence of follicular orifice with the exception
          of a few tufting of hair within the alopecia patch.  Mild scaling
          and erythema on periphery of alopecia.  No active pustules noted on
          this exam.
          - % total body area affected:  <5%
          - % exposed area affected:  <5%
          - Severity:  Measures 2.5 cm x 2 cm on today's exam.  Last
          measurement on 06/22/2015 was ~1.5 to 2 cm patch.
          - DIAGNOSIS:  SCARRING ALOPECIA - FOLLICULITIS DECALVANS (ICD Code
          L66.2)
          Date of Dx: 09/29/2015
          Rationale: Please refer to med hx and physical exam
          Prognosis: Ongoing

          Claimed condition (Verbatim from 2507):  SKIN CONDITION TO INCLUDE
          SCROTAL CYST
          - Three subcutaneous, flesh color, non-erythematous, non-tender,
          non-draining, mobile cysts of less than 0.3 cm noted on right
          scrotum.
          - % total body area affected:  <5%
          - % exposed area affected:  0%
          - Severity:  Mild
          - DIAGNOSIS:  EPIDERMAL CYST OF THE SCROTUM (ICD Code L72.0)
          Date of Dx:  06/21/2017
          Rationale:  Please refer to med hx and physical exam
          Prognosis: Improved



Continued on next page
VA Form 2507
```

```
C&P Final Report                                             Page: 14

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ DERM Skin Exam
===============================================================================


Exam Results Continued


    b. Comments, if any:
         No response provided.

    9. Functional impact
    --------------------
    Do any of the Veteran's skin conditions impact his or her ability to work?
    [ ] Yes   [X] No

    10. Remarks, if any:
    --------------------
       No remarks provided.


****************************************************************************


                         Scars/Disfigurement
                    Disability Benefits Questionnaire

    Name of patient/Veteran:  ANDERSON, DANIEL DENNIS    ██████ █████

    Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
    Request?
    [X] Yes   [ ] No


    ACE and Evidence Review
    -----------------------
    Indicate method used to obtain medical information to complete this document:

    [X] In-person examination


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] VA e-folder (VBMS or Virtual VA)
    [X] CPRS
    [X] Other (please identify other evidence reviewed):
         JLV (Joint Legacy Viewer)



Continued on next page
VA Form 2507
```

```
C&P Final Report                                          Page: 15

Name: ANDERSON,DANIEL DENNIS      SSN: ██████       C-number: ██████
For DBQ DERM Skin Exam
================================================================================


Exam Results Continued


     Evidence Comments:
       Please refer to Med hx.
       FYI, name change court documentation available in VBMS.  Name changed from
       Daniel Dennis Merwin to Daniel Anderson, court document signed 04/07/2017.


     1. Diagnosis
     ------------
     Does the Veteran have one or more scars anywhere on the body, or
     disfigurement of the head, face, or neck? No

     Does the Veteran have any scars on the trunk or extremities (regions other
     than the head, face or neck): No

     Does the Veteran have any scars or disfigurement of the head, face or neck:
     No

     SECTION I:  Scars of the trunk and extremities: No response provided
     -------------------------------------------------

     SECTION II:  Scars or other disfigurement of the head, face, or neck: No response
     provided
     --------------------------------------------------------------------

     SECTION III:  Miscellaneous
     ---------------------------
     1. Limitation of function/other conditions
     ------------------------------------------
     Do any of the scars (regardless of location) or disfigurement of the head,
     face, or neck result in limitation of function? No

     Does the Veteran have any other pertinent physical findings, complications,
     conditions, signs or symptoms (such as muscle or nerve damage) associated
     with any scar (regardless of location) or disfigurement of the head, face, or

     neck? No

     Comments, if any: No residual scar found on left lateral neck for
     measurement.  Please refer to DBQ Skin for Left neck folliculitis finding and
     documentation.

     2. Color photographs
     --------------------
     Color photographs for any scars or disfiguring conditions of the head, face,
```

Continued on next page
VA Form 2507

```
C&P Final Report                                          Page: 16

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ DERM Skin Exam
===============================================================================


Exam Results Continued

    or neck: Photographs not indicated

    3. Functional impact
    --------------------
    Does the Veteran's scar(s) (regardless of location) or disfigurement of the
    head, face, or neck impact his or her ability to work? No

    4. Remarks, if any: No response provided
    --------------------

    NOTE:  VA may request additional medical information, including additional
           examinations if necessary to complete VA's review of the Veteran's
           application.


/es/ TAMMY MEI-CHENG CHEU
NURSE PRACTITIONER
Signed: 10/18/2017 11:34
```

             This exam has been reviewed and approved by the examining provider.

VA Form 2507

```
Date: OCT 26,2017    Compensation and Pension Exam Report        Page: 1
                            WASHINGTON.VA.GOV
                             ** FINAL **
                        Processing time: 54
                       For DBQ MUSC Ankle Exam
==============================================================================

   Name: ANDERSON,DANIEL DENNIS              SSN: ██████ █ (████
                                        C-Number: ██████ ███
                                             DOB: ██████1985

      Address: ██████████████████

   City,State,Zip+4:                   Res Phone: ███████████
      GLEN BURNIE  MARYLAND  █████     Bus Phone:

Entered active service: NOV 1,2005      Last rating exam date:
Released active service: Not specified

Priority of exam: Unknown
==============================================================================
Examining provider: 2964755
Examined on: SEP 10,2017@09:30
==============================================================================

   Examination results:

 LOCAL TITLE: COMPENSATION ASSESSMENT COPY
 STANDARD TITLE: C & P EXAMINATION NOTE
 DATE OF NOTE: SEP 10, 2017@09:30    ENTRY DATE: SEP 18, 2017@14:18:19
      AUTHOR: THAI,MINHTAM        EXP COSIGNER:
 INSTITUTION: WASHINGTON VA MEDICAL CENTER
      DIVISION: WASHINGTON VAMC
      URGENCY:                         STATUS: COMPLETED


                         Miscellaneous
                 Disability Benefits Questionnaire


   Name of patient/Veteran:   Anderson, Daniel Dennis ████████████


   Please use this DBQ to address 1151 requests, or other issues that are not
   specifically addressed by specific DBQs such as Individual Unemployability
   (UI).

              Subspecialty - Separation Health Assessment
                  Disability Benefits Questionnaire
                   * Internal VA or DoD Use Only*


   Was a DD Form 2807-1, Report of Medical History, completed by the
   Servicemember and available for review at the time of this examination?


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 2

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ MUSC Ankle Exam
===============================================================================


Exam Results Continued

        [ ] Yes [ ] No [ ] N/A

        Any changes to his/her health status since DD 2807-1 completed?
        [ ] Yes [ ] No [ ] N/A

        (Proposed) Date of separation from active service:

        1.  Medical record review
        -------------------------
        Was the Veteran's VA claims file reviewed?
        [x ] Yes[ ] No

        2. Medical claims: For each claimed condition you are
           Addressing as per 2507, please provide the following:
        --------------------------------------

        #1.Claimed Condition: ankle condition left.
           Onset: 2013 and 2014
           Diagnosis: Left ankle sprain resolved with no residual.
           Rationale: history, xrays, MRI, exam.
           Prognosis: good.

        #2.Claimed Condition: ingrown toe nail left foot.
           Onset: unknown.
           Diagnosis: Paronychia left hallux.
           Rationale: history, exam.
           Prognosis: stable.

    ***Veteran was strongly recommended to follow up with PCM for
    treatment/referral for this condition.


****************************************************************************


                         Ankle Conditions
                  Disability Benefits Questionnaire

  Name of patient/Veteran:    Anderson, Daniel Dennis ████████

    Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
    Request?
    [X] Yes    [ ] No
```

Continued on next page
VA Form 2507

AR 1430

```
C&P Final Report                                             Page: 3

Name: ANDERSON,DANIEL DENNIS        SSN: ████████    C-number: ████████
For DBQ MUSC Ankle Exam
===============================================================================


Exam Results Continued

    ACE and Evidence Review
    -----------------------
    Indicate method used to obtain medical information to complete this document:

    [X] In-person examination


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] VA e-folder (VBMS or Virtual VA)
    [X] CPRS


 1. Diagnosis
 ------------
 a. List the claimed condition(s) that pertain to this DBQ: ankle condition
    left.

 b. Select diagnoses associated with the claim condition(s) (Check all that
    apply):

 [X] Other (specify):

    Other diagnosis: Left ankle sprain resolved with no residual.
    ICD Code: 799.9
    Side affected: Left
    Date of diagnosis: Left:9/10/2017
    *********************************************************************


 c. Comments (if any): No response provided

 d. Was an opinion requested about this condition (Internal VA only)?
    [ ] Yes   [X] No   [ ] N/A

 2. Medical History
 ------------------
 a. Describe the history (including onset and course) of the Veteran's ankle
    condition (brief summary): Claimed Condition: ankle condition left.

    Veteran stated that his left ankle "hurts" and "cracks" with he walks on it.


Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 4

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ MUSC Ankle Exam
===============================================================================
```

Exam Results Continued

     He started having this prolem around 2014.  He was treated with physical
     therapy.  Besides physical therapy he has not had any other treatment so
     far.

     ***STRs:  Reviewed of STRs showed that veteran was treated for left ankle
     sprain in November 2013 and June 2014.  These injuries resolved with no
     residual. There was no problem related to left ankle documented on Medical
     Evaluation Board Reported dated 7/13/2017.

  b. Does the Veteran report flare-ups of the ankle?
     [ ] Yes   [X] No

  c. Does the Veteran report having any functional loss or functional impairment
     of the joint or extremity being evaluated on this DBQ (regardless of
     repetitive use)?
     [X] Yes   [ ] No

     If yes, document the Veteran's description of functional loss or functional
     impairment in his or her own words:
       Veteran stated that he cannot be active as before due to left ankle pain.

  3. Range of motion (ROM) and functional limitations
  ----------------------------------------------------
  a. Initial range of motion

     Right ankle
     -----------
     [X] All Normal
     [ ] Abnormal or outside of normal range
     [ ] Unable to test (please explain)
     [ ] Not indicated (please explain)

         Dorsiflexion (0-20):    0 to 20 degrees
         Plantar Flexion (0-45): 0 to 45 degrees

     Description of pain (select best response):
       No pain noted on exam

     Is there evidence of pain with weight bearing? [ ] Yes   [X] No

     Is there objective evidence of localized tenderness or pain on palpation of
     the joint or associated soft tissue? [ ] Yes   [X] No

     Is there objective evidence of crepitus?  [ ] Yes   [X] No


Continued on next page
VA Form 2507
```

C&P Final Report                                              Page: 5

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ MUSC Ankle Exam
================================================================================


Exam Results Continued


    Left ankle
    ----------
    [X] All Normal
    [ ] Abnormal or outside of normal range
    [ ] Unable to test (please explain)
    [ ] Not indicated (please explain)

        Dorsiflexion (0-20):    0 to 20 degrees
        Plantar Flexion (0-45): 0 to 45 degrees

    Description of pain (select best response):
      No pain noted on exam

    Is there evidence of pain with weight bearing? [ ] Yes   [X] No

    Is there objective evidence of localized tenderness or pain on palpation of
    the joint or associated soft tissue? [ ] Yes   [X] No

    Is there objective evidence of crepitus?  [ ] Yes   [X] No


  b. Observed repetitive use

    Right ankle
    -----------
    Is the Veteran able to perform repetitive use testing with at least three
    repetitions? [X] Yes   [ ] No

      Is there additional loss of function or range of motion after three
      repetitions? [ ] Yes   [X] No

    Left ankle
    ----------
    Is the Veteran able to perform repetitive use testing with at least three
    repetitions? [X] Yes   [ ] No

      Is there additional loss of function or range of motion after three
      repetitions? [ ] Yes   [X] No

  c. Repeated use over time



Continued on next page
VA Form 2507

```
C&P Final Report                                              Page: 6

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ MUSC Ankle Exam
================================================================================


Exam Results Continued

     Right ankle
     -----------
     Is the Veteran being examined immediately after repetitive use over time?
     [X] Yes    [ ] No

     Does pain, weakness, fatigability or incoordination significantly limit
     functional ability with repeated use over a period of time?
     [ ] Yes   [X] No   [ ] Unable to say w/o mere speculation


     Left ankle
     ----------
     Is the Veteran being examined immediately after repetitive use over time?
     [X] Yes    [ ] No

     Does pain, weakness, fatigability or incoordination significantly limit
     functional ability with repeated use over a period of time?
     [ ] Yes   [X] No   [ ] Unable to say w/o mere speculation


  d. Flare-ups: Not applicable

  e. Additional factors contributing to disability

     Right ankle
     -----------
     In addition to those addressed above, are there additional contributing
     factors of disability?  Please select all that apply and describe:
        None

     Left ankle
     ----------
     In addition to those addressed above, are there additional contributing
     factors of disability?  Please select all that apply and describe:
        None

  4. Muscle strength testing
  --------------------------
  a. Muscle strength - rate strength according to the following scale

     0/5 No muscle movement
     1/5 Palpable or visible muscle contraction, but no joint movement
     2/5 Active movement with gravity eliminated
     3/5 Active movement against gravity


Continued on next page
VA Form 2507
```

```
C&P Final Report                                         Page: 7

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ MUSC Ankle Exam
===============================================================================


Exam Results Continued

        4/5 Active movement against some resistance
        5/5 Normal strength

        Right ankle:
           Rate Strength:    Plantar Flexion:  5/5
                             Dorsiflexion:     5/5

           Is there a reduction in muscle strength? [ ] Yes   [X] No


        Left ankle:
           Rate Strength:    Plantar Flexion:  5/5
                             Dorsiflexion:     5/5

           Is there a reduction in muscle strength? [ ] Yes   [X] No


   b. Does the Veteran have muscle atrophy? [ ] Yes   [X] No



   c. Comments, if any:
      No response provided

   5. Ankylosis
   ------------
   Complete this section if Veteran has ankylosis of the ankle

   a. Indicate severity of ankylosis and side affected (check all that apply):

        Right side:                      Left side:
          [ ] In plantar flexion          [ ] In plantar flexion
          [ ] In dorsiflexion             [ ] In dorsiflexion
          [ ] With an abduction deformity [ ] With an abduction deformity
          [ ] With an inversion deformity [ ] With an inversion deformity
          [ ] With an eversion deformity  [ ] With an eversion deformity
          [ ] In good weight-bearing position [ ] In good weight-bearing position
          [ ] In poor weight-bearing position [ ] In poor weight-bearing position
          [X] No ankylosis                [X] No ankylosis

   b. Comments, if any:
      No response provided

   6. Joint stability



Continued on next page
VA Form 2507
```

AR 1435

C&P Final Report                                              Page: 8

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ MUSC Ankle Exam
===============================================================================

Exam Results Continued

-------------------
 Right ankle
   Is ankle instability or
   dislocation suspected?              [ ] Yes   [X] No

 Left ankle
   Is ankle instability or
   dislocation suspected?              [ ] Yes   [X] No

 7. Additional comments
 ----------------------
 Does the Veteran now have or has he or she ever had "shin splints", stress
 fractures, achilles tendonitis, achilles tendon rupture, malunion of calcaneus
 (os calcis) or talus (astragalus), or has the Veteran had a talectomy
 (astragalectomy)? [ ] Yes   [X] No

 8. Surgical procedures
 ----------------------
    No response provided

 9. Other pertinent physical findings, complications conditions, signs, symptoms
    and scars
    ---------------------------------------------------------------------------
 a. Does the Veteran have any other pertinent physical findings, complications,
    conditions, signs or symptoms related to any conditions listed in the
    Diagnosis Section above? [ ] Yes   [X] No

 b. Does the Veteran have any scars (surgical or otherwise) related to any
    conditions or to the treatment of any conditions listed in the Diagnosis
    Section above? [ ] Yes   [X] No

 c. Comments, if any:
    No response provided

 10. Assistive devices
 ---------------------
 a. Does the Veteran use any assistive devices as a normal mode of locomotion,
    although occasional locomotion by other methods may be possible?
    [ ] Yes   [X] No

 b. If the Veteran uses any assistive devices, specify the condition and
    identify the assistive device used for each condition:

```
C&P Final Report                                              Page: 9

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ MUSC Ankle Exam
===============================================================================
```

Exam Results Continued

      No response provided

11. Remaining effective function of the extremities
------------------------------------------------------
Due to the Veteran's ankle condition, is there functional impairment of an
extremity such that no effective functions remain other than that which would
be equally well served by an amputation with prosthesis? (Functions of the
upper extremity include grasping, manipulation, etc., while functions for the
lower extremity include balance and propulsion, etc.)
[ ] Yes, functioning is so diminished that amputation with prosthesis would
    equally serve the Veteran.
[X] No


12. Diagnostic testing
-----------------------
a. Have imaging studies of the ankle been performed and are the results
   available? [X] Yes   [ ] No

     If yes, is degenerative or traumatic arthritis documented?
     [ ] Yes   [X] No


b. Are there any other significant diagnostic test findings or results?
    [X] Yes   [ ] No

       If yes, provide type of test or procedure, date and results (brief
       summary):
       Exam Date/Time
        02/16/2016 14:10
       Procedure Name
        ANKLE, LT 3 VIEWS
       Report
        ANKLE, LT 3 VIEWS

        Exm Date: 02/16/2016 14:10
        Req Phys:        Pat Loc:
        Img Loc: INT MED MEDICAL HOME CL C BE
        WRNMMC BETHESDA, MD
                  Service:

        Exam:  ANKLE, LT 3 VIEWS     CPT:

        Report Status: FINAL     Date Verified: 02/16/2016 14:54


Continued on next page
VA Form 2507

```
C&P Final Report                                               Page: 10

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ MUSC Ankle Exam
===============================================================================


Exam Results Continued

              Reason For Order:
              Procedure:ANKLE, LT 3 VIEWS
              20160216140700
              Exam #:16054521
              Exam Date/Time:20160216141000
              Transcription Date/Time:20160216145500
              Provider:243469 WILSON, BRYAN JAMES
              Requesting Location:INT MED MEDICAL HOME CL C BE     WRNMMC
              BETHESDA, MD
               Status:COMPLETE
               <E>
               Amended Result Code: 9 SEE RADIOLOGIST'S REPORT
               Interpreted By:92925 FISHER, ZACHARY ETHAN
               Supervised By:92925 ZACHARY E FISHER,MAJ, MC, Dept of Radiology
               Approved By: 92925 FISHER, ZACHARY ETHAN
               Approved Date:20160216145400
               Supervised By: 92925 ZACHARY E FISHER,MAJ, MC, Dept of Radiology
               Supervised By Date:20160216145400
               Report Text:  Comparison: MRI October 5, 2014 and prior radiographs
               May 6, 2014

               Findings: Routine radiographs of the ankle were obtained.  Normal
               alignment is present without evidence for acute fracture or
               dislocation.  There is mild lateral soft tissue swelling present.
               The ankle mortise and talar dome are intact.  The joint spaces
                are preserved without significant degenerative changes.


               Impression: Lateral soft tissue swelling without evidence for acute
               bony abnormality

               *************************************__

               Electronically signed by:Dr. ZACHARY ETHAN FISHER Department of
               Radiology Walter Reed National Military Medical Center

                Date: 02/16/16 Time:14:54


                SEE RADIOLOGIST'S REPORT

                Primary Diagnostic Code: NONE
                Secondary Diagnostic Codes:



Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 11

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ MUSC Ankle Exam
===============================================================================


Exam Results Continued


            Facility: WRNMMC
            ===============================================================
            ==========

            Exam Date/Time
             10/05/2014 14:43
            Procedure Name
             MRI, ANKLE LT W OR W/O CON
            Report
             MRI, ANKLE LT W OR W/O CON

             Exm Date: 10/05/2014 14:43
             Req Phys:       Pat Loc:
            Img Loc: INT MED MEDICAL HOME CL C BE
            WRNMMC BETHESDA, MD
                                    Service:

             Exam:  MRI, ANKLE LT W OR W/O CON        CPT:

             Report Status: FINAL      Date Verified: 10/06/2014 15:52
             Reason For Order:
             Procedure:MRI, ANKLE LT W OR W/O CON
             20140926132800
             Exam #:14327823
             Exam Date/Time:20141005144300
             Transcription Date/Time:20141006155100
             Provider:87746 AUSTIN, MARIE
            Requesting Location:INT MED MEDICAL HOME CL C BE    WRNMMC
            BETHESDA, MD
             Status:COMPLETE
             <E>
             Amended Result Code: 9 SEE RADIOLOGIST'S REPORT
             Interpreted By:180048 LUTYNSKI, MATTHEW LEO
             Supervised By:206272 FRANK E. MULLENS, LCDR, MC, USN
             Approved By: 180048 LUTYNSKI, MATTHEW LEO
             Approved Date:20141006155200
             Supervised By: 206272 FRANK E. MULLENS, LCDR, MC, USN
             Supervised By Date:20141006155200
             Report Text:

             HISTORY: Continuous pain following injury

             COMPARISONS: Left foot and ankle radiographs dated 5/6/14


Continued on next page
VA Form 2507
```

AR 1439

```
C&P Final Report                                            Page: 12

Name: ANDERSON,DANIEL DENNIS      SSN: ███████      C-number: ███████
For DBQ MUSC Ankle Exam
=============================================================================


Exam Results Continued

        TECHNIQUE: WRNMMC MRI of the left ankle was performed utilizing
        standard imaging sequences (3 plane localizer, axial T1, axial PD
        fat-sat, coronal T1, coronal PD fat-sat, sagittal T1, sagittal PD
        fat-sat).  No intravenous or intra-articular contrast was
        administered.  Subsequently, MRI of the forefoot was obtained to
        include 3 plane localizer, coronal T1, coronal PD fat-sat, axial
        T1, sagittal T1, axial PD fat-sat, sagittal PD fat-sat.


        FINDINGS: ANKLE: A skin marker was placed along the anterolateral
        aspect of the lower leg at the site of symptoms.

         Plantar aponeurosis: within normal limits.

         Tendons   Achilles' tendon: within normal limits.

           Peroneal tendons: within normal limits.

        Flexor tendons: Apart from minimal fluid accumulation at the knot
        of Henry, the flexor tendons about the ankle are otherwise
         within normal limits.


           Extensor tendons: within normal limits.

         Ligaments:   Syndesmotic ankle ligaments: within normal limits.

        Low lateral ankle ligaments: The anterior talofibular ligament
        appears thickened.  Calcaneofibular and posterior talofibular
         ligaments are within normal limits.


           Deltoid ligamentous complex: within normal limits.

           Spring ligamentous complex: within normal limits.

           Lisfranc ligament: within normal limits.

         Sinus tarsi and tarsal tunnel: within normal limits.

         Muscle morphology and signal intensity: within normal limits.

         Bone morphology and signal intensity: within normal limits.


Continued on next page
VA Form 2507
```

AR 1440

```
C&P Final Report                                           Page: 13

Name: ANDERSON,DANIEL DENNIS       SSN: ███████      C-number: ███████
For DBQ MUSC Ankle Exam
================================================================================


Exam Results Continued


          Chondral surfaces: within normal limits.

          FOREFOOT: Tendons:   Distal peroneal tendons: within normal limits.

            Distal flexor tendons: within normal limits.

            Distal extensor tendons: within normal limits.

          Ligaments:   Intermetatarsal ligaments: within normal limits.

            Lisfranc ligament: within normal limits.

          The plantar plate and capsular ligamentous structures about the
          metatarsal phalangeal and interphalangeal joints of the forefoot are
           within normal limits.


          Recesses and Bursae:  No evidence of Morton's neuroma or
          intermetatarsal bursitis.

           Muscle morphology and signal intensity: within normal limits.

          Bone morphology and signal intensity: Mild degenerative changes are
          seen at the 1st metatarsophalangeal joint.


          IMPRESSION: Findings suggestive of prior lateral ankle sprain.
          **************************************__

           Electronica
          lly signed by resident: Dr. MATTHEW LEO LUTYNSKI Date: 10/06/14
          Time:14:23



   c. If any test results are other than normal, indicate relationship of abnormal
      findings to diagnosed conditions:
         No response provided


   13. Functional impact



Continued on next page
VA Form 2507
```

```
C&P Final Report                                                 Page: 14

Name: ANDERSON,DANIEL DENNIS        SSN: ████████        C-number: ████████
For DBQ MUSC Ankle Exam
================================================================================


Exam Results Continued
   --------------------
   Regardless of the Veteran's current employment status, do the condition(s)
   listed in the Diagnosis Section impact his or her ability to perform any type
   of occupational task (such as standing, walking, lifting, sitting, etc.)?
   [ ] Yes   [X] No


   14. Remarks, if any
   -------------------
   Claimed Condition: ankle condition left.
   Onset: 2013 and 2014
   Diagnosis: Left ankle sprain resolved with no residual.

   ***STRs:  Reviewed of STRs showed that veteran was treated for left ankle
   sprain in November 2013 and June 2014.  These injuries resolved with no
   residual. There was no problem related to left ankle documented on Medical
   Evaluation Board Reported dated 7/13/2017.


   Correia Criteria:
   1. Is there evidence of pain on left ankle's ROM testing: No.
   2. Is there evidence of pain when left ankle joint is used in non-weight
   bearing? No.


   *****************************************************************************


               Foot Conditions, including Flatfoot (Pes Planus)
                     Disability Benefits Questionnaire

   Name of patient/Veteran:   Anderson, Daniel Dennis ████████

   Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
   Request?
   [X] Yes   [ ] No


   ACE and Evidence Review
   -----------------------
   Indicate method used to obtain medical information to complete this document:

   [X] In-person examination



Continued on next page
VA Form 2507
```

```
C&P Final Report                                           Page: 15

Name: ANDERSON,DANIEL DENNIS        SSN: ████████    C-number: ████████
For DBQ MUSC Ankle Exam
================================================================================


Exam Results Continued


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] VA e-folder (VBMS or Virtual VA)
    [X] CPRS


 1. Diagnosis
 ------------
 a. List the claimed condition(s) that pertain to this DBQ:

    ingrown toe nail left foot.

 b. Select diagnoses associated with the claimed condition(s):

    [X] Other (specify):

        Other diagnosis: Paronychia left hallux.
        Side affected:   Left
        ICD code:        388983002
        Date of diagnosis (left side):  9/10/2017
        *******************************************************************


 c. Comments (if any):
    No response provided

 d. Was an opinion requested about this condition (internal VA only)?
    [ ] Yes   [X] No   [ ] N/A


 2. Medical history
 ------------------
 a. Describe the history (including onset and course) of the Veteran's foot
    condition (brief summary):
    Claimed Condition: ingrown toe nail left foot.

    Veteran stated that he dropped a weight on top of his left foot while on the
    ship around 2007.  Since then he developed ingrown nail problem in left big
    toe.  He has tried to self treat it with neosporin oitment so far.




Continued on next page
VA Form 2507
```

AR 1443

```
C&P Final Report                                              Page: 16

Name: ANDERSON,DANIEL DENNIS        SSN: ██████        C-number: ██████
For DBQ MUSC Ankle Exam
================================================================================


Exam Results Continued
   b. Does the Veteran report pain of the foot being evaluated on this DBQ?
      [ ] Yes   [X] No


   c. Does the Veteran report that flare-ups impact the function of the foot?
      [ ] Yes   [X] No


   d. Does the Veteran report having any functional loss or functional impairment
      of the foot being evaluated on this DBQ (regardless of repetitive use)?
      [ ] Yes   [X] No



   3. Flatfoot (pes planus)
   -------------------------
   No response provided

   4. Morton's neuroma (Morton's disease) and metatarsalgia
   --------------------------------------------------------
   No response provided

   5. Hammer toe
   -------------
   No response provided

   6. Hallux valgus
   ----------------
   No response provided

   7. Hallux rigidus
   -----------------
   No response provided

   8. Acquired pes cavus (clawfoot)
   --------------------------------
   No response provided

   9. Malunion or nonunion of tarsal or metatarsal bones
   -----------------------------------------------------
   No response provided



Continued on next page
VA Form 2507
```

```
C&P Final Report                                          Page: 17

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ MUSC Ankle Exam
===============================================================================
```

Exam Results Continued

   10. Foot injuries and other conditions
   ---------------------------------------
   a. Does the Veteran have any foot injuries or other foot conditions not already
      described?
      [ ] Yes    [X] No

   b. Indicate severity and side affected:
      No response provided

   c. Does the foot condition chronically compromise weight bearing?
      No response provided

   d. Does the foot condition require arch supports, custom orthotic inserts or
      shoe modifications?
      No response provided

   e. Comments: No comments provided

   11. Surgical procedures
   -----------------------
   a. Has the Veteran had foot surgery (arthroscopic or open)?
      [ ] Yes    [X] No

   b. Does the Veteran have any residual signs or symptoms due to arthroscopic or
      other foot surgery?
      No response provided

   12. Pain
   --------
   RIGHT FOOT:

      Is there pain on physical exam?
      [ ] Yes    [X] No

         If no, but the Veteran reported pain in his/her medical history, please
         provide rationale below.
         No response provided


   LEFT FOOT:

      Is there pain on physical exam?
      [ ] Yes    [X] No



Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 18

Name: ANDERSON,DANIEL DENNIS        SSN: ███████      C-number: ███████
For DBQ MUSC Ankle Exam
===============================================================================


Exam Results Continued

        If no, but the Veteran reported pain in his/her medical history, please
        provide rationale below.
        No response provided

  13. Functional loss and limitation of motion
  --------------------------------------------
  a. Contributing factors of disability (check all that apply and indicate side
     affected):

     [X] No functional loss for left lower extremity attributable to claimed
         condition

     [X] No functional loss for right lower extremity attributable to claimed
         condition


  Contributing factors of disability associated with limitation of motion:

  b. Is there pain, weakness, fatigability, or incoordination that significantly
     limits functional ability during flare-ups or when the foot is used
     repeatedly over a period of time?

     RIGHT FOOT:  [ ] Yes   [X] No

     LEFT FOOT:  [ ] Yes   [X] No


  c. Is there any other functional loss during flare-ups or when the foot is used
     repeatedly over a period of time?

     RIGHT FOOT:  [ ] Yes   [X] No

     LEFT FOOT:  [ ] Yes   [X] No

  14. Other pertinent physical findings, complications, conditions, signs,
     symptoms and scars
     ----------------------------------------------------------------------
  a. Does the Veteran have any other pertinent physical findings, complications,
     conditions, signs or symptoms related to any conditions listed in the
     Diagnosis section above?
     [X] Yes   [ ] No

        If yes, describe (brief summary):


Continued on next page
VA Form 2507
```

```
C&P Final Report                                           Page: 19

Name: ANDERSON,DANIEL DENNIS        SSN: ████████       C-number: ████████
For DBQ MUSC Ankle Exam
===============================================================================


Exam Results Continued

          Left hallux:  mild edema and erythema on both medial and lateral nail
          fold.


  b. Does the Veteran have any scars (surgical or otherwise) related to any
     conditions or to the treatment of any conditions listed in the Diagnosis
     section above?
     [ ] Yes   [X] No

  c. Comments: No comments provided

  15. Assistive devices
  ---------------------
  a. Does the Veteran use any assistive devices as a normal mode of locomotion,
     although occasional locomotion by other methods may be possible?
     [ ] Yes   [X] No


  b. If the Veteran uses any assistive devices, specify the condition and
     identify the assistive device used for each condition:
     No response provided.

  16. Remaining effective function of the extremities
  ---------------------------------------------------
  Due to the Veteran's foot condition, is there functional impairment of an
  extremity such that no effective function remains other than that which would
  be equally well served by an amputation with prosthesis?  (Functions of the
  upper extremity include grasping, manipulation, etc., while functions for the
  lower extremity include balance and propulsion, etc.)

  [ ] Yes, functioning is so diminished that amputation with prosthesis would
      equally serve the Veteran.
  [X] No

  17. Diagnostic testing
  ----------------------
  a. Have imaging studies of the foot been performed and are the results
     available?
     [ ] Yes   [X] No

  b. Are there any other significant diagnostic test findings or results?
     [ ] Yes   [X] No

  c. If any test results are other than normal, indicate relationship of abnormal


Continued on next page
VA Form 2507
```

```
C&P Final Report                                            Page: 20

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ MUSC Ankle Exam
================================================================================


Exam Results Continued

      findings to diagnosed condition:
      No response provided

   18. Functional impact
   ---------------------
   Regardless of the Veteran's current employment status, do the condition(s)
   listed in the Diagnosis section impact his or her ability to perform any type
   of occupational task (such as standing, walking, lifting, sitting, etc.)?
   [ ] Yes   [X] No

   19. Remarks, if any:
   --------------------
   Claimed Condition: ingrown toe nail left foot.
   Diagnosis: Paronychia left hallux.
   Onset: unknown.

   Veteran was strongly recommended to follow up with PCM for treatment/referral
   for this condition.




/es/ MINHTAM THAI
PHYSICIAN
Signed: 09/18/2017 14:18
```

          This exam has been reviewed and approved by the examining provider.

VA Form 2507

```
Date: OCT 26,2017    Compensation and Pension Exam Report        Page: 1
                              WASHINGTON.VA.GOV
                                ** FINAL **
                           Processing time: 54
             For DBQ NEURO Headaches (including migraine headaches) Exam
=============================================================================

   Name: ANDERSON,DANIEL DENNIS                    SSN:
                                               C-Number:
                                                    DOB:          1985

      Address:

   City,State,Zip+4:                        Res Phone:
      GLEN BURNIE  MARYLAND                  Bus Phone:

   Entered active service: NOV 1,2005      Last rating exam date:
   Released active service: Not specified

   Priority of exam: Unknown
=============================================================================
   Examining provider: 6452
   Examined on: OCT 18,2017@12:00
=============================================================================

   Examination results:

    LOCAL TITLE: COMPENSATION ASSESSMENT COPY
   STANDARD TITLE: C & P EXAMINATION NOTE
   DATE OF NOTE: OCT 18, 2017@12:00     ENTRY DATE: OCT 25, 2017@16:15:48
        AUTHOR: LEVINE,BARBARA       EXP COSIGNER:
   INSTITUTION: WASHINGTON VA MEDICAL CENTER
       DIVISION: WASHINGTON VAMC
        URGENCY:                            STATUS: COMPLETED


                              Miscellaneous
                     Disability Benefits Questionnaire


      Name of patient/Veteran:   Anderson, Daniel Dennis -


      Please use this DBQ to address 1151 requests, or other issues that are not
   specifically addressed by specific DBQs such as Individual Unemployability
   (UI).

      SUBSPECIALTY - Separation Health Assessment (SHA)
          Disability Benefits Questionnaire
            * Internal VA or DOD Use Only*

      Name of patient/Service member: ANDERSON,DANIEL DENNIS
      SSN:



   Continued on next page
   VA Form 2507
```

```
C&P Final Report                                               Page: 2
```

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ NEURO Headaches (including migraine headaches) Exam
================================================================================


Exam Results Continued

     MEDICAL RECORD REVIEW:
     The VA claims file was reviewed.
     VBMS was reviewed.
     Other records reviewed: CPRS AND VBMS

     SUBSPECIALTY SHA
     NEUROLOGY

     MEDICAL HISTORY OF CLAIMED CONDITION(s):
     sleep paralysis (sleep study date 10/4/2017)
     migraines/headaches

     Additional history of OTHER Headache, Head Trauma, Neurological conditions?
     No

     PHYSICAL EXAM:

     Head (to include HA, Head Trauma):   Please refer to DBQ HEADACHES
     templates.

     Neck, Thoracolumbar, and/or Sacral Spine:   Normal

     Upper and Lower Extremities Neuro condtions (except feet):   Normal

     Sleep Apnea claimed on 2507: YES - SLEEP STUDY ON 10/4/2017; RESULTS ON
     10-24-17 SHOW MILD OBSTRUCTIVE SLEEP APNEA


     DIAGNOSIS:

     Claimed condition (Verbatim from 2507):sleep paralysis (sleep study date
     10/4/2017)
     Diagnosis: MILD OBSTRUCTIVE SLEEP APNEA, NO SLEEP PARALYSIS
     Rationale:  REVIEW OF STRS, SLEEP CLINIC  NOTES, SLEEP STUDY RESULTS
     Prognosis:  STABLE

     Claimed condition (Verbatim from 2507): headaches/migraines
     Diagnosis:  MIGRAINE HEADACHES NOT INTRACTABLE
     Rationale: REVIEW OF STRS, HISTORY, PHYSICAL
     Prognosis:  CHRONIC




Continued on next page
VA Form 2507

```
C&P Final Report                                               Page: 3

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ NEURO Headaches (including migraine headaches) Exam
================================================================================


Exam Results Continued

****************************************************************************


                    Headaches (including Migraine Headaches)
                         Disability Benefits Questionnaire

     Name of patient/Veteran:  Anderson, Daniel Dennis - ███████

     Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
     Request?
     [X] Yes   [ ] No


     ACE and Evidence Review
     -----------------------
     Indicate method used to obtain medical information to complete this document:

     [X] In-person examination


     Evidence Review
     ---------------
     Evidence reviewed (check all that apply):

     [X] VA e-folder (VBMS or Virtual VA)
     [X] CPRS


     1. Diagnosis
     ------------
     Does the Veteran now have or has he/she ever been diagnosed with a headache
     condition?
     [X] Yes   [ ] No

        [X] Migraine including migraine variants
              ICD code: G43.909          Date of diagnosis: active duty
     2. Medical History
     ------------------
     a. Describe the history (including onset and course) of the Veteran's
        headache conditions (brief summary):
           claimed condition: headaches/migraines
           This 32 year old SM first began to experience headaches in 2008. There
           was no head injury or trauma. Headaches would be present upon awakening
           and then sometimes during the day I would sometimes get a headache.


Continued on next page
VA Form 2507
```

```
C&P Final Report                                           Page: 4

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ NEURO Headaches (including migraine headaches) Exam
================================================================================


Exam Results Continued

        The location of headache is over the crown of the head and in back of
        the head
        and sometimes behind the eye.
        Currently the frequency of these headaches is 2-3 headaches a week.
        Intensity is 7-8/10. Will lay in bed if it gets too bad. Sometimes
        Alleve will work; the duration is usually 4-5 hours long; cannot do
        anything when I have a headache; if at home goes to bed or waits until
        it goes away; it hurts to move (due to headache); if at work just stares
        at screen;
        Sometimes is aware of when headache is about to happen - gets twitching
        in left eye.
        Takes alleve or excedrin for relief as needed

    b. Does the Veteran's treatment plan include taking medication for the
    diagnosed condition?
    [X] Yes   [ ] No

    If yes, describe treatment (list only those medications used for the
    diagnosed condition):
        uses alleve and excedrin as needed

    3. Symptoms
    -----------
    a. Does the Veteran experience headache pain?
    [X] Yes   [ ] No
    [X] Pulsating or throbbing head pain
    [X] Pain on both sides of the head
    [X] Pain worsens with physical activity
    [X] Other, describe:
            pain is in the middle of the head, not left or right either in front
            or back of head

    b. Does the Veteran experience non-headache symptoms associated with
    headaches? (including symptoms associated with an aura prior to headache
    pain)
    [X] Yes   [ ] No
    [X] Nausea
    [X] Sensitivity to light
    [X] Sensitivity to sound
    c. Indicate duration of typical head pain
    [X] Less than 1 day
    d. Indicate location of typical head pain
    [X] Both sides of head



Continued on next page
VA Form 2507
```

```
C&P Final Report                                            Page: 5

Name: ANDERSON,DANIEL DENNIS        SSN: ███████       C-number: ███████
For DBQ NEURO Headaches (including migraine headaches) Exam
================================================================================


Exam Results Continued
    4. Prostrating attacks of headache pain
    ------------------------------------------
    a. Migraine / Non-Migraine- Does the Veteran have characteristic prostrating
       attacks of migraine / non-migraine headache pain?
       [X] Yes   [ ] No

       If yes, indicate frequency, on average, of prostrating attacks over the
       last several months:
       [X] Once every month

    b. Does the Veteran have very prostrating and prolonged attacks of
       migraines/non-migraine pain productive of severe economic inadaptability?
       [ ] Yes   [X] No

    5. Other pertinent physical findings, complications, conditions, signs,
       symptoms and scars
    ---------------------------------------------------------------------
    a. Does the Veteran have any other pertinent physical findings,
       complications, conditions, signs or symptoms related to any conditions
       listed in the Diagnosis Section above?
       [ ] Yes   [X] No

    b. Does the Veteran have any scars (surgical or otherwise) related to any
       conditions or to the treatment of any conditions listed in the Diagnosis
       Section above?
       [ ] Yes   [X] No

    c. Comments, if any:
          No response provided.

    6. Diagnostic testing
    ---------------------
    Are there any other significant diagnostic test findings and/or results?
    [X] Yes   [ ] No

       If yes, provide type of test or procedure, date and results (brief
       summary):
         Exam Date/Time
          04/15/2016 04:48
         Procedure Name
          MRI, BRAIN W W/O CON


         Exm Date: 04/15/2016 04:48



Continued on next page
VA Form 2507
```

```
C&P Final Report                                                    Page: 6

Name: ANDERSON,DANIEL DENNIS          SSN:                  C-number:
For DBQ NEURO Headaches (including migraine headaches) Exam
================================================================================


Exam Results Continued

        Req Phys:          Pat Loc:
                               Img Loc: OTOLARYNG CL BE      WRNMMC BETHESDA, MD
                               Service:

        Exam:  MRI, BRAIN W W/O CON        CPT:

        Report Status: FINAL     Date Verified: 04/15/2016 08:18
        Reason For Order:
        Procedure:MRI, BRAIN W W/O CON

        Report Text:  Brain MRI without and with gadolinium: 04/15/16 04:48:00.

        History: 31 y/o M with acute onset distortion taste, Please evaluate
        olfactory nerves for pathology, and brain for possible
         pathology, please use gad.


        Technique: Sagittal T1, axial and coronal T2, axial T2 FLAIR, axial DWI,
        axial GRE, axial T1, axial post T1 FS, coronal post 3D SPGR
        of the brain. A total of 16 mL of ProHance was given intravenously as
        part of the study.


        FINDINGS: No focal mass lesion or abnormal enhancement along the
        expected course of either olfactory bulb or groove is seen. There
         is normal appearance of both olfactory bulb and nerves.


        Acute: No hemorrhage, herniation, or hydrocephalus.  No evidence of
        acute ischemia.

        Brain: Brain parenchyma is within normal limits in signal and volume for
        age.

        Vessels: No abnormal intravascular signal to suggest thrombosis. There
        is note of a tubular enhancing structure posteriorly in the
        left cerebellar hemisphere compatible with an incidental developmental
        venous anomaly


         Bones: No suspicious lesion in the calvarium or skull base.

         Other: Extracranial soft tissues are unremarkable.



Continued on next page
VA Form 2507
```

```
C&P Final Report                                              Page: 7

Name: ANDERSON,DANIEL DENNIS        SSN: ██████████      C-number: ██████████
For DBQ NEURO Headaches (including migraine headaches) Exam
================================================================================


Exam Results Continued

        IMPRESSION:

     1.  No enhancing mass lesions along the expected course of either
     olfactory bulb or groove is seen. Both olfactory bulbs and nerves
      appear to be normally developed.


     2. No intracranial pathology.  No abnormal enhancement.


   7. Functional impact
   --------------------
   Does the Veteran's headache condition impact his or her ability to work?
   [X] Yes   [ ] No

     If yes, describe the impact of the Veteran's headache condition, providing
     one or more examples:
       cannot think or function when I have a headache - so impacts for duration
       of the headache -  takes alleve, excedrin, or lays down for relief.

   8. Remarks, if any:
   -------------------
      No remarks provided.



   **************************************************************************


                         Sleep Apnea
                   Disability Benefits Questionnaire

     Name of patient/Veteran:  Anderson, Daniel Dennis - ████████████

     Is this DBQ being completed in conjunction with a VA 21-2507, C&P Examination
     Request?
     [X] Yes   [ ] No


     ACE and Evidence Review
     -----------------------
     Indicate method used to obtain medical information to complete this document:

     [X] In-person examination
```

```
C&P Final Report                                               Page: 8

Name: ANDERSON,DANIEL DENNIS        SSN: ████████      C-number: ████████
For DBQ NEURO Headaches (including migraine headaches) Exam
===============================================================================


Exam Results Continued


    Evidence Review
    ---------------
    Evidence reviewed (check all that apply):

    [X] VA e-folder (VBMS or Virtual VA)
    [X] CPRS


    1. Diagnosis
    ------------
    Does the Veteran have or has he/she ever had sleep apnea?
    [X] Yes   [ ] No

        [X] Obstructive
            ICD code: G47.33           Date of diagnosis: 10-24-17

    2. Medical history
    ------------------
    a. Describe the history (including onset and course) of the Veteran's sleep
       disorder condition (brief summary):
           claimed condition: sleep paralysis (sleep study date 10/4/2017)
           In 2012, this 32 year old SM began to experience excessive daytime
           sleepiness, morning headaches, gasping awake, frequent awakenings, at
           least 3-4 times per night, no difficulty falling back to sleep, no
           difficulty falling asleep.
           Often feels like dozing even while driving; no vehicular accidents due
           to dozing
           When going to sleep, I can feel my body jerking to sleep, but unable to
           move body, happens about 50% of the time, (sleep paralysis); sometimes
           my jerking will wake me from sleep; no symptoms of restless legs;
           sometimes will wake up with sleep paralysis, stuck in a position  and
           cannot move; I have to force myself awake to be able to move; sometimes
           feels like woken up but not really - thinks awake but really not.
           No cataplexy; no hypnogogic hallucinations;
           Goes to sleep at 10 pm and wakes at 6-7 am; feels like sleep is
           non-refreshing;
           Falls asleep sitting at desk job currently.
           Sitting and reading  3- high chance of dozing
           watching TV - 2 -moderate chance of dozing
           sitting inactive in public place - 2
           as a passenger in a car - 3
           lying down in afternoon - 3


Continued on next page
VA Form 2507
```

C&P Final Report                                                    Page: 9

Name: ANDERSON,DANIEL DENNIS          SSN: ███████        C-number: ███████
For DBQ NEURO Headaches (including migraine headaches) Exam
================================================================================


Exam Results Continued

        sitting and talking to someone - 2
        sitting quietly post lunch - 3
        in a car, while stopped for a few minutes in traffic - 3
        Epworth sleepiness scale score is 21/24

        Was seen in sleep clinic at Walter Reed:

        12 Oct 2017 1254

            The Chief Complaint is:
            Difficulty  staying asleep.eg
            History of present illness g2
            The Patient is a 32 year old male.
            He reported: Military service in the Navy and currently on
            active duty.

            Patient reports gasping , witnessed apnea, difficulty
            staying asleep , non
            refreshing sleep, hypersomnia, feeling tired,

        Assessment/Plan: The patient presents with some symptoms
            suggestive of
            Obstructive Sleep Apnea. y. Polysomnography/split has been
            ordered.
            Discussed with patient OSA, Insufficient Sleep Syndrome
            (ISS) and nasal
            congestion. The patient was counseled to maintain an ideal
            body weight to
            reduce the severity of the disease and related
            complications. The risks of
            alcohol and other sedatives were discussed. The patient was
            educated on
            positional therapy. The patient was counseled to avoid
            driving while
            excessively sleepy.(was stressed to patient with
            hypersomnia) !!!eg
        SLEEP STUDY REPORT RESULTS:

        MILD OBSTRUCTIVE SLEEP APNEA WITH AHI OF 6/HR (SEE FULL REPORT IN THE
        RESULTS SECTION)

    b. Is continuous medication required for control of a sleep disorder
    condition?
    [X] Yes  [ ] No


Continued on next page
VA Form 2507

```
C&P Final Report                                                  Page: 10

Name: ANDERSON,DANIEL DENNIS          SSN: ███████        C-number: ███████
For DBQ NEURO Headaches (including migraine headaches) Exam
================================================================================
```

Exam Results Continued

        If yes, list only those medications required for the Veteran's sleep
        disorder condition:
          melatonin

    c. Does the Veteran require the use of a breathing assistance device?
       [ ] Yes   [X] No

    d. Does the Veteran require the use of a continuous positive airway pressure
       (CPAP) machine?
       [X] Yes   [ ] No

    3. Findings, signs and symptoms
    -------------------------------
    Does the Veteran currently have any findings, signs or symptoms attributable
    to sleep apnea?
    [X] Yes   [ ] No

        If yes, check all that apply:
        [X] Persistent daytime hypersomnolence
        [X] Other, describe:  DIAGNOSIS OF SLEEP APNEA WAS MADE ON OCTOBER
                24,2017. AT THIS TIME SMs SLEEP APNEA IS UNTREATED.


    4. Other pertinent physical findings, complications, conditions, signs,
       symptoms and scars
    ---------------------------------------------------------------------
    a. Does the Veteran have any other pertinent physical findings,
       complications, conditions, signs or symptoms related to any conditions
       listed in the Diagnosis Section above?
       [ ] Yes   [X] No

    b. Does the Veteran have any scars (surgical or otherwise) related to any
       conditions or to the treatment of any conditions listed in the Diagnosis
       Section above?
       [ ] Yes   [X] No

    c. Comments, if any:
       No response provided.

    5. Diagnostic testing
    ---------------------
    a. Has a sleep study been performed?
       [X] Yes   [ ] No


Continued on next page
VA Form 2507
```

C&P Final Report                                                    Page: 11

Name: ANDERSON,DANIEL DENNIS          SSN: ██████          C-number: ██████
For DBQ NEURO Headaches (including migraine headaches) Exam
===============================================================================


Exam Results Continued

            If yes, does the Veteran have documented sleep disorder breathing?
            [X] Yes   [ ] No

            Date of sleep study:  October 4, 2017

            Facility where sleep study performed, if known:  Walter Reed

            Results:
              Note Text
               Patient: ANDERSON, DANIEL DENNIS
               Date: 24 Oct 2017 1021 EDT
               Appt Type: PROC
               Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTR
               Clinic: SLEEP (PULM) CL BE
               Provider: KHRAMTSOV,ANDREI N.
               Patient Status: Outpatient


              Reason for Appointment:Written by ANDRADA,TEOTIMO F @ 24 Oct 2017
              1021 EDT
               psg interpretation


              POLYSOMNOGRAM REPORT

               Technical Description:
              Physiologic data were collected using a computerized
              Sensormedics polygraph interfaced with Somnostar Z4 amplifiers. The
              recording montage consisted of central, frontal and occipital EEG,
              EOG, chin EMG, thermocouple and pressure transducer airflow,
              chest and diaphragmatic movement, combined leg EMG, tracheal sounds
              and pulse oximetry. The patient was monitored throughout the
              study via infrared CCTV and recorded for review. Respiratory events
              and limb movements were scored according to The AASM Manual for
              the Scoring of Sleep and Associated Events,Version 2.3.

               Polysomnographic Data:
              The patient took 3mgs Eszopiclone prior to the study. The
              study duration was 419.5 minutes. The recorded total sleep time was
              367.5 minutes with a sleep efficiency of 87.6%. The patients
              latency to sleep was 16.5 minutes. The REM latency was 174.5


Continued on next page
VA Form 2507

```
C&P Final Report                                          Page: 12

Name: ANDERSON,DANIEL DENNIS         SSN:              C-number:
For DBQ NEURO Headaches (including migraine headaches) Exam
================================================================================


Exam Results Continued
         minutes.
         Sleep stage distribution revealed 12.9% Stage N1, 58.1% Stage N2,
         16.1% Stage N3, 12.9% Stage REM and wake after sleep onset was 35
         minutes. There were 100 arousals and 0 awakenings resulting in a
         total arousal index (TAI) of 16.3/hour of sleep.
         There were 0 apneas (0 obstructive, 0 centrals, 0 mixed) and 37
         hypopneas with an apnea hypopnea index(AHI) of 6./hour. The
         apnea hypopnea index during supine sleep(88 minutes) was 19/hour
         and 2/hour during non-supine sleep(280 minutes). The hypopnea index
         was 6./hour. The Central apnea index was 0/hour. Hypopneas were
         scored using nasal pressure signal drop by at least 30% followed by
          arousal or 3% oxygen desaturation..
         Oxygen saturation was normal at baseline. Oxygen saturation
         remained between 86% and 97% with mean value of 95% throughout the
         study. During the study the oxygen saturation was below 90% for 1
         percent of the total sleep time. The average heart rate was 73
         beats per minute. There were 0 PLMS and 0 PLMS with arousals with a
         PLMS index of 0/hour and a PLMS arousal index of 0/hour.

          Medical Interpretation:
         The patient underwent a Diagnostic PSG: Epworth Sleepiness
         Scale was 20/24. Sleep efficiency was good and there was adequate
         total sleep time to establish a diagnosis. Sleep architecture was
         disrupted. The patient had an AHI consistent with mild sleep
          apnea. The EKG did not demonstrate arrhythmias.

          Diagnosis:

          1.Obstructive Sleep Apnea(G47.33)

          Suggestions for Clinical Care:
         1.AutoPAP titration with pressures of  6-15 cm H20 and close
         clinical follow up.
         2.Recommend sleeping in the lateral position, obtaining 7-8 hours
         of sleep per night, avoid of alcohol or other sedatives and
         maintaining an ideal body weight as these can improve sleep
         quality.
         3.The patient should be counseled- as is done with all patients
         directly seen at this SDC- not to engage in any hazardous
         activities (such as driving) if excessively sleepy. Such sleepiness
         is to be reported to their physicians for further evaluation and
         treatment.

   b. Are there any other significant diagnostic test findings and/or results?


Continued on next page
VA Form 2507
```

```
C&P Final Report                                          Page: 13

Name: ANDERSON,DANIEL DENNIS        SSN: ███████        C-number: ███████
For DBQ NEURO Headaches (including migraine headaches) Exam
================================================================================


Exam Results Continued

        [ ] Yes   [X] No


    6. Functional impact
    --------------------
    Does the Veteran's sleep apnea impact his or her ability to work?
    [X] Yes   [ ] No

        If yes, describe impact of the Veteran's sleep apnea, providing one or
        more examples:
          excessive daytime sleepiness impacts ability to stay awake at work and
          be able to focus  and concentrate

    7. Remarks, if any:
    -------------------
        No remarks provided.


/es/ BARBARA LEVINE
PHYSICIAN
Signed: 10/25/2017 16:15
```

```
        This exam has been reviewed and approved by the examining provider.

VA Form 2507
```

# REPORT OF MEDICAL EXAMINATION

| 1. DATE OF EXAMINATION (YYYYMMDD) | 2. SOCIAL SECURITY NUMBER |
|---|---|
| 20051013 | ▮▮▮▮▮ |

## PRIVACY ACT STATEMENT

**AUTHORITY:** 10 USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397.

**PRINCIPAL PURPOSE(S):** To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members from the Armed Forces.

**ROUTINE USE(S):** None.

**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

| 3. LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | 4. HOME ADDRESS (Street, Apartment Number, City, State and ZIP Code) | 5. HOME TELEPHONE NUMBER |
|---|---|---|
| MERWIN DANIEL DENNIS | BETHLEHEM, PA ▮▮▮ | ▮▮▮ |

| 6. GRADE | 7. DATE OF BIRTH (YYYYMMDD) | 8. AGE | 9. SEX | 10.a. RACIAL CATEGORY (X one or more) | b. ETHNIC CATEGORY |
|---|---|---|---|---|---|
| CIVILIAN | 1985▮▮ | (20) | Female / Male [X] | American Indian or Alaska Native / Asian / Black or African American / Native Hawaiian or Other Pacific Islander / White [X] | Hispanic/Latino / Not Hispanic/Latino [X] |

| 11. TOTAL YEARS GOVERNMENT SERVICE | | 12. AGENCY (Non-Service Members Only) | 13. ORGANIZATION UNIT AND UIC/CODE |
|---|---|---|---|
| a. MILITARY ○ | b. CIVILIAN ○ | DN | |

| 14.a. RATING OR SPECIALTY (Aviators Only) | b. TOTAL FLYING TIME | c. LAST SIX MONTHS |
|---|---|---|
| | | |

| 15.a. SERVICE | b. COMPONENT | c. PURPOSE OF EXAMINATION | 16. NAME OF EXAMINING LOCATION, AND ADDRESS (Include ZIP Code) |
|---|---|---|---|
| Army / Navy [X] / Marine Corps / Air Force / Coast Guard | Active Duty [X] / Reserve / National Guard | Enlistment [X] / Commission / Retention / Separation / Medical Board / Retirement / U.S. Service Academy / ROTC Scholarship Program / Other | HARRISBURG MEPS 4641 Westport Drive Mechanicsburg, PA 17055-4843 |

## CLINICAL EVALUATION (Check each item in appropriate column. Enter "NE" if not evaluated.)

| | Normal | Abnorm | NE |
|---|---|---|---|
| 17. Head, face, neck, and scalp | ✓ | | |
| 18. Nose | ✓ | | |
| 19. Sinuses | ✓ | | |
| 20. Mouth and throat | ✓ | | |
| 21. Ears - General (Int. and ext. canals/Auditory acuity under item 71) | ✓ | | |
| 22. Drums (Perforation) | ✓ | | |
| 23. Eyes - General (Visual acuity and refraction under items 61 - 63) | ✓ | | |
| 24. Ophthalmoscopic | ✓ | | |
| 25. Pupils (Equality and reaction) | ✓ | | |
| 26. Ocular motility (Associated parallel movements, nystagmus) | ✓ | | |
| 27. Heart (Thrust, size, rhythm, sounds) | ✓ | | |
| 28. Lungs and chest (Include breasts) | ✓ | | |
| 29. Vascular system (Varicosities, etc.) | ✓ | | |
| 30. Anus and rectum (Hemorrhoids, Fistulae) (Prostate if indicated) | ✓ | | |
| 31. Abdomen and viscera (Include hernia) | ✓ | | |
| 32. External genitalia (Genitourinary) | ✓ | | |
| 33. Upper extremities | ✓ | | |
| 34. Lower extremities (Except feet) | ✓ | | |
| 35. Feet (See Item 35 Continued) | ✓ | | |
| 36. Spine, other musculoskeletal | ✓ | | |
| 37. Identifying body marks, scars, tattoos | ✓ | | |
| 38. Skin, lymphatics | ✓ | | |
| 39. Neurologic | ✓ | | |
| 40. Psychiatric (Specify any personality deviation) | ✓ | | |
| 41. Pelvic (Females only) | | | |
| 42. Endocrine | ✓ | | |

**44. NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

**35. FEET (Continued) (Circle category)**

| N - Normal Arch | 1 - Mild | A - Asymptomatic |
|---|---|---|
| C - Pes Cavus | 2 - Moderate | |
| P - Pes Planus | 3 - Severe | S - Symptomatic |

**43. DENTAL DEFECTS AND DISEASE** (Please explain. Use dental form if completed by dentist. If dental examination not done by dental officer, explain in item 44.)

- [✓] Acceptable
- [ ] Not Acceptable    Class _____

**DD FORM 2808, OCT 2005**

DoD exception to SF 88 approved by ICMR, August 3, 2000.
PREVIOUS EDITION IS OBSOLETE.

DESIGNED USING MIRS, USMEPCOM; OUSD(P&R)
OVERPRINT/EXCEPTION APPROVED, MAY 7, 2001

Page 1 of 4 Pages

| LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | | DNR | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| **MERWIN, DANIEL DENNIS** | | | |

**LABORATORY FINDINGS**

| 45. URINALYSIS | | 46. URINE HCG | 47. H/H | 48. BLOOD TYPE |
|---|---|---|---|---|
| a. Albumin | NEG | | | |
| b. Sugar | NEG | | | |

| TESTS | RESULTS | | | | SECOND SPECIMEN ID LABEL |
|---|---|---|---|---|---|
| | FIRST TEST | CODE | SECOND TEST | CODE | |
| **49. HIV** | | | | | |
| **50. DRUGS** | | | | | |
| **51. ALCOHOL** | | | | | |
| **52. OTHER** | | | | | |
| a. PAP SMEAR | | | | | |
| b. EKG | | | | | |
| c. CXR | | | | | |

06095320   Initial:

20051013
( YYYYMMDD )

**MEASUREMENTS AND OTHER FINDINGS**

| 53. HEIGHT | 54. WEIGHT | 55.a. MIN WGT - MAX WGT | 55.b. ACTUAL BF % - MAX BF % | 56. TEMPERATURE | 57. PULSE |
|---|---|---|---|---|---|
| 6 800 | 110 lbs. | - 181 | - | | 96 |

| 58. BLOOD PRESSURE | | | 59. RED/GREEN (Army Only) | 60. OTHER VISION TEST: | |
|---|---|---|---|---|---|
| a. 1ST | b. 2ND | c. 3RD | | a. COLOR HAIR | b. COLOR EYES |
| SYS. 131 | SYS. | SYS. | | Red | Right: |
| DIAS. 74 | DIAS. | DIAS. | | | Left: Other |

| 61. DISTANT VISION | 62. REFRACTION BY AUTOREFRACTION OR MANIFEST | 63. NEAR VISION |
|---|---|---|
| Right 20/ 40    Corr. to 20/ 20 | By -1.00  S. +050  CX 180 | Right 20/ 20    Corr. to 20/    by |
| Left 20/ 50    Corr. to 20/ 20 | By -075  S. +00  CX 180 | Left 20/ 20    Corr. to 20/    by |

| 64. HETEROPHORIA (Specify distance) | | | | | |
|---|---|---|---|---|---|
| ES°    EX°    R.H.    L.H.    Prism div.    Prism Conv CT    NPR    PD | | | | | |

| 65. ACCOMMODATION | | 66. COLOR VISION (Test used and result) | 67. DEPTH PERCEPTION (Test used and score) AFVT |
|---|---|---|---|
| Right | Left | PIP  PASSED  Ø  /14 | Uncorrected    Corrected |

| 68. FIELD OF VISION | 69. NIGHT VISION (Test used and score) | 70. INTRAOCULAR TENSION |
|---|---|---|
| | | O.D.    O.S. |

| 71a. AUDIOMETER | Unit Serial Number 11042539 | | 71b. Unit Serial Number | | | 72a. READING ALOUD |
|---|---|---|---|---|---|---|
| Date Calibrated (YYYYMMDD) 250 4111 | | | Date Calibrated (YYYYMMDD) | | | TEST |

| HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | SAT | UNSAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 05 | 10 | 15 | 15 | 15 | 05 | Right | | | | | | | | |
| Left | 10 | 15 | 15 | 20 | 10 | 15 | Left | | | | | | | 72b. VALSALVA | |
| | | | | | | | | | | | | | | SAT | UNSAT |

**73. NOTES** (Continued) AND SIGNIFICANT OR INTERVAL HISTORY (Use additional sheets if necessary.)

**DD FORM 2808, OCT 2005**

| LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | DNR | SOCIAL SECURITY NUMBER |
|---|---|---|
| **MERWIN, DANIEL DENNIS** | | |

**74.a.** EXAMINEE/APPLICANT (check one)

- [x] IS QUALIFIED FOR SERVICE IN SPF    DNR
- [ ] IS NOT QUALIFIED FOR SERVICE

**75.** I have been advised of my disqualifying condition. I have been advised to see my private medical care provider within 24-48-72 hours/30 days / Routine Follow-up (circle one) for further evaluation and/or treatment.

**a. SIGNATURE OF EXAMINEE**     **b. DATE (YYYYMMDD)**

**b. PHYSICAL PROFILE**

| P | U | L | H | E | S | X | PROFILER INITIALS | DATE (YYYYMMDD) |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | | | 20051013 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**76. SIGNIFICANT OR DISQUALIFYING DEFECTS**

| ITEM NO. | MEDICAL CONDITION/DIAGNOSIS | ICD CODE | PROFILE SERIAL | RBJ DATE (YYYYMMDD) | QUALI-FIED | DIS-QUALI-FIED | EXAMINER INITIALS | WAIVER RECEIVED SERVICE | WAIVER RECEIVED DATE (YYYYMMDD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**77. SUMMARY OF DEFECTS AND DIAGNOSES** (List diagnoses with item numbers)(Use additional sheets if necessary.)

**78. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED** (Specify) (Use additional sheets if necessary.)

**79. MEPS WORKLOAD** (For MEPS use only)

| WKID | ST | DATE (YYYYMMDD) | INITIAL | WKID | ST | DATE (YYYYMMDD) | INITIAL |
|---|---|---|---|---|---|---|---|
| 7 | P | 20051013 | | | | | |
| | | 20051101 | | | | | |

**80. MEDICAL INSPECTION DATE** 20051101

| HT | WT | %BF | MAX WT | HCG | QUAL | DISQ | PHYSICIAN'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| 69.50 | 116 | | | | ✓ | | |
| | | | | | | | |
| | | | | | | | |

**81.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER**
DEANNE S. ENDY, D.O.

**b. SIGNATURE** 20051013

**82.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER**

**b. SIGNATURE**

**83.a. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN** (Indicate which)

**b. SIGNATURE**

**84.a. TYPED OR PRINTED NAME OF REVIEWING OFFICER/APPROVING AUTHORITY**
JOSEPH A. NOTARO, M.D.    20051013
Chief Medical Officer

**b. SIGNATURE**

**85. This examination has been administratively reviewed for completeness and accuracy.**

| a. SIGNATURE | b. GRADE | c. DATE (YYYYMMDD) |
|---|---|---|
| | 6504 | 20051013 |

**86. WAIVER GRANTED** (If yes, date and by whom)

- [ ] YES
- [ ] NO

**87. NUMBER OF ATTACHED SHEETS**
AR 1464

**DD FORM 2808, OCT 2005**

| LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | DNR | SOCIAL SECURITY NUMBER |
|---|---|---|
| MERWIN, DANIEL DENNIS | | |

88. Additional Remarks (extension of blocks 77 or 78).

DESIGNED USING MIRS, USMEPCOM; OUSD(P&R)
OVERPRINT/EXCEPTION APPROVED MAY 7, 2001
Page 4 of 4 Pages

## IMPARTIAL PROVIDER REVIEW REQUEST (IPR)

I have reviewed the contests of the MEB packet and reviewed the attached Form 6100/1, NARSUM and the LIMDU (Form 6100/5). I have been granted **FIVE** (5) calendar days to concur, non-concur or request and IPR.

The PEBLO has provided me with the information on the IPR. The IPR is designed to provide the service member with an impartial review of his/her medical board findings. The review will ensure the MEB adequately reflected the complete spectrum of the service member injuries and/or illnesses.

**Please circle and initial your selection below:**

    a. **No,** I do not request an impartial medical review of my MEB.

    b. **Yes,** I request an impartial medical review of my MEB

(1) An impartial health care provider (not associated with your MEB) will be assigned to review your medical board to ensure the complete spectrum of injuries and/or illnesses has been addressed.

(2) After assignment, the impartial healthcare provider will have five calendar days to review your case and provide you feedback.

(3) After the review with the impartial healthcare provider you will have the opportunity to concur with the findings of the medical board or submit an appeal.

(4) Upon review of your MEB and IPR findings with your PEBLO you will be allotted **seven** (7) calendar days to make an election and to submit your appeal.

Signature _____  Date 13 Nov 17

_____

Print Name/Rank/Service

# MEDICAL RECORD

For
Anderson, Daniel Dennis

### *Report Criteria*

From: 16 Aug 2017  To: 13 Nov 2017
Operator: Diggs,Sheereena
Created On 13 Nov 2017 17:36:20
at WRNMMC

Comprehensive Information Report; INCLUDE HIV Lab Results: Requested

### *Report Summary*

| Sections | Domain Requested | Record Counts | Warnings |
|---|:---:|---:|---:|
| Allergies | ✔ | 1 | 0 |
| Problems | ✔ | 0 | 0 |
| Diagnosis History | ✔ | 134 | 0 |
| Medications | ✔ | 11 | 0 |
| Procedures | ✔ | 0 | 0 |
| Family History | ✔ | 22 | 0 |
| Resulted Labs | ✔ | 28 | 0 |
| Radiology | ✔ | 0 | 0 |
| Immunizations | ✔ | 1 | 0 |
| Previous Encounters | ✔ | 128 | 0 |
| Clinical Notes | ✔ | 25 | 0 |
| Vitals | ✔ | 7 | 0 |
| | | | *0 |

*Report generated with no warnings.*

# Table Of Contents

MEDICAL RECORD ...................................................................................................................1
  Report Criteria ........................................................................................................................1
  Report Summary .....................................................................................................................1
Table Of Contents .....................................................................................................................2
Demographics ...........................................................................................................................7
Allergies ....................................................................................................................................8
  Nka ..........................................................................................................................................8
Problems ...................................................................................................................................9
  Active Problems .....................................................................................................................9
  Inactive Problems ...................................................................................................................9
Diagnosis History ...................................................................................................................10
Medications ............................................................................................................................14
  Active Medications ..............................................................................................................14
  Discontinued Medications ....................................................................................................14
  Expired Medications ............................................................................................................15
Procedures ..............................................................................................................................16
Family History ........................................................................................................................17
    Family medical history on 17 Oct 2017 ............................................................................17
    Paternal aunt's history of reason for visit [use for free text] on 29 Aug 2017 ..................17
    Not maternal uncle's history of referred here on 29 Aug 2017 .........................................17
    Family history of supplemental HPI [use for free text] on 13 Jul 2017 ............................17
    No family history of malignant melanoma of the skin on 21 Jun 2017 ............................17
    Family history of cancer on 05 Apr 2017 ..........................................................................17
    Family history of heart disease on 05 Apr 2017 ................................................................18
    Family history of father is alive on 05 Apr 2017 ...............................................................18
    Family history of mother is alive on 05 Apr 2017 .............................................................18
    No family history of malignant neoplasm of the gastrointestinal tract on 04 Oct 2016 ....18
    No family history of malignant neoplasm of large intestine on 04 Oct 2016 ....................18
    Paternal grandmother's history of HPI [use for free text] on 25 Aug 2016 ......................18
    Paternal history of preliminary background HPI [use for free text] on 25 Aug 2016........19
    Paternal grandfather's history of preliminary background HPI [use for free text] on 25 Aug 2016 ...19
    Paternal grandmother's history of preliminary background HPI [use for free text] on 25 Aug 2016 ...............19
    Family history of test conclusions [Use for free text] on 11 Aug 2015 .............................19
    Family history of the options include referral on 28 Apr 2015 .........................................20
    Family history of diabetes mellitus on 28 Apr 2015 .........................................................20
    Family history of patient counseling on 28 Apr 2015 .......................................................20
    Family history of mental illness (not retardation) on 28 Apr 2015 ...................................20
    Fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] on 23 Apr 2015 ........20
    No family history of chronic liver disease on 24 Oct 2012 ...............................................20
Resulted Labs ..........................................................................................................................22
    ETG/ETS, UA (250 Cut-Off) on 07 Nov 2017 .................................................................22
    Drug Abuse Screen on 07 Nov 2017 .................................................................................22
    ETG/ETS, UA (250 Cut-Off) on 31 Oct 2017 ..................................................................23
    Drug Abuse Screen on 31 Oct 2017 ..................................................................................24
    Comment on 30 Oct 2017 ..................................................................................................25
    Transferrin Carbohydrate Deficient on 30 Oct 2017 .........................................................26
    Gamma Glutamyl Transferase on 30 Oct 2017 .................................................................26
    Lipid Panel on 30 Oct 2017 ...............................................................................................26
    ETG/ETS, UA (250 Cut-Off) on 17 Oct 2017 ..................................................................28
    Drug Abuse Screen on 17 Oct 2017 ..................................................................................29
    ETG/ETS, UA (250 Cut-Off) on 10 Oct 2017 ..................................................................30

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

Drug Abuse Screen on 10 Oct 2017 .................................................................................30
ETG/ETS, UA (250 Cut-Off) on 03 Oct 2017 ................................................................32
Drug Abuse Screen on 03 Oct 2017 .................................................................................32
ETG/ETS, UA (250 Cut-Off) on 26 Sep 2017 ...............................................................34
Drug Abuse Screen on 26 Sep 2017 ................................................................................34
ETG/ETS, UA (250 Cut-Off) on 22 Sep 2017 ...............................................................36
Drug Abuse Screen on 22 Sep 2017 ................................................................................36
ETG/ETS, UA (250 Cut-Off) on 19 Sep 2017 ...............................................................38
Drug Abuse Screen on 19 Sep 2017 ................................................................................38
ETG/ETS, UA (250 Cut-Off) on 12 Sep 2017 ...............................................................39
Drug Abuse Screen on 12 Sep 2017 ................................................................................40
ETG/ETS, UA (250 Cut-Off) on 05 Sep 2017 ...............................................................41
Drug Abuse Screen on 05 Sep 2017 ................................................................................42
ETG/ETS, UA (250 Cut-Off) on 29 Aug 2017 ..............................................................43
Drug Abuse Screen on 29 Aug 2017 ...............................................................................43
ETG/ETS, UA (250 Cut-Off) on 22 Aug 2017 ..............................................................45
Drug Abuse Screen on 22 Aug 2017 ...............................................................................45
Radiology ..........................................................................................................................48
Immunizations ...................................................................................................................49
Previous Encounters ..........................................................................................................50
08 Nov 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J ...........50
08 Nov 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN.....................................53
08 Nov 2017 at WRNMMC, ATS Adult BE by RAGLAND, MARY ..............................58
06 Nov 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ...........60
06 Nov 2017 at WRNMMC, ATS Adult BE by BURTON, CARA N ...............................61
03 Nov 2017 at WRNMMC, ATS Adult BE by LESKO, STACEY B ..............................63
02 Nov 2017 at WRNMMC, GI Clinic Bethesda by BRIDGES, EDWARD E .................65
02 Nov 2017 at WRNMMC, Occup Therap TBI Be by NAVARRO, CARA A ................66
01 Nov 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN .....................................69
01 Nov 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J ...........78
01 Nov 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D. ........................81
30 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by BILODEAU, NATALIE C ..............83
30 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C .............85
30 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C .............87
24 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N ............89
20 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ................91
20 Oct 2017 at WRNMMC, ATS Adult BE by HARDIN, JAMES G ...............................94
19 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ................96
18 Oct 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J ...........99
18 Oct 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D. ........................102
18 Oct 2017 at WRNMMC, Psychiatry Be by TEKELENBURG, JAAP ........................103
17 Oct 2017 at WRNMMC, Int Med CL E Medical Home BE by MEYERS, NANCY ...104
16 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..............110
16 Oct 2017 at WRNMMC, Immunization Clinic Be by AGUGLIARO, ANTHONY J ...113
16 Oct 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN .....................................114
16 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ...........115
16 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ...........116
13 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..............118
13 Oct 2017 at WRNMMC, ATS Adult BE by HARDIN, JAMES G .............................121
12 Oct 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN.....................................123
12 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..............128
11 Oct 2017 at WRNMMC, Occup Therap TBI Be by NAVARRO, CARA A ..............130
11 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ..............133
11 Oct 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J ...........135
11 Oct 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D. ........................137

**Medical Record**

10 Oct 2017 at WRNMMC, Psych Day Hosp Be by BAHROO, BHAGWAN A ................................................139
06 Oct 2017 at WRNMMC, Psych Day Hosp Be by BAHROO, BHAGWAN A ................................................141
06 Oct 2017 at WRNMMC, ATS Adult BE by LESKO, STACEY B ................................................................143
05 Oct 2017 at WRNMMC, Psychiatry Be by ABRAHAM, FENOTE ..............................................................144
05 Oct 2017 at WRNMMC, Occup Therap TBI Be by NAVARRO, CARA A ...................................................146
05 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................150
04 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N ...............................................153
04 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................154
04 Oct 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................157
04 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ..................................................159
04 Oct 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .....................................................................160
04 Oct 2017 at WRNMMC, ATS Adult BE by RAGLAND, MARY ..................................................................165
03 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................167
03 Oct 2017 at WRNMMC, Psychiatry Be by ABRAHAM, FENOTE ..............................................................169
02 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................170
02 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N ...............................................173
29 Sep 2017 at WRNMMC, GI Clinic Bethesda by BRIDGES, EDWARD E ....................................................181
29 Sep 2017 at WRNMMC, GI Proc Cl BE by DAMIANO, MARK N ..............................................................182
29 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ..................................................185
28 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................186
27 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................188
27 Sep 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN ....................................................................190
27 Sep 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .....................................................................199
26 Sep 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S ........................................................204
26 Sep 2017 at WRNMMC, Int Med CL F Medical Home BE by ROBINSON, TYRONE L ...........................206
25 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................210
22 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ..................................................215
22 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................216
22 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................219
21 Sep 2017 at WRNMMC, GI Clinic Bethesda by BELLE, LAVERN S .........................................................224
21 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................226
21 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................230
21 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................233
20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................237
20 Sep 2017 at WRNMMC, Psych Day Hosp Be by DONKIN, LAURA G .......................................................240
20 Sep 2017 at WRNMMC, Psych Day Hosp Be by DONKIN, LAURA G .......................................................241
20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................245
20 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................246
20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................249
19 Sep 2017 at WRNMMC, GI Clinic Bethesda by BHUSHAN, ANITA .........................................................253
19 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................256
19 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................259
19 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ..................................................264
19 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................265
18 Sep 2017 at WRNMMC, ATS Adult BE by LESKO, STACEY B ................................................................269
18 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................270
18 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................275
18 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................278
15 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................283
15 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................286
15 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................290
14 Sep 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .....................................................................295
14 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................296
14 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ....................................................300
14 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM .....................................................303

**Medical Record**

Anderson, Daniel Dennis     DOB: ■■■ 1985  SSN: ***-**-■■■     DoD ID: 1286180538     Created: 13 Nov 2017

13 Sep 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE ...........................................308
13 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................313
13 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ...........................................317
13 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ...........................................318
13 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................321
12 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................326
12 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ...........................................329
12 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................332
11 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................336
11 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................339
08 Sep 2017 at WRNMMC, Psych Day Hosp Be by GRAGNANI, CYNTHIA T ...........................................343
08 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................344
08 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................345
08 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ...........................................349
08 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................351
08 Sep 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R ...........................................355
07 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................360
07 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G. ...........................................364
07 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................366
06 Sep 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE ...........................................369
06 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................372
06 Sep 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN ...........................................376
06 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................384
05 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................388
05 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................392
31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................397
31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................400
31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................402
31 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE ...........................................406
30 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE ...........................................409
30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................412
30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................416
30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................418
29 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................422
29 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE ...........................................425
29 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM ...........................................428
22 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C ...........................................436
22 Aug 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN ...........................................437
Clinical Notes...........................................442
08 Nov 2017 1330 GMT at  by RAGLAND, MARY ...........................................442
06 Nov 2017 1900 GMT at  by HANGEMANOLE, DESPINA C ...........................................445
06 Nov 2017 1330 GMT at  by BURTON, CARA N ...........................................447
03 Nov 2017 1230 GMT at  by LESKO, STACEY B ...........................................451
02 Nov 2017 1400 GMT at  by NAVARRO, CARA A ...........................................455
01 Nov 2017 1230 GMT at  by DELEON, PATRICK D. ...........................................458
30 Oct 2017 1700 GMT at  by HANGEMANOLE, DESPINA C ...........................................461
30 Oct 2017 1230 GMT at  by HANGEMANOLE, DESPINA C ...........................................463
20 Oct 2017 1230 GMT at  by HARDIN, JAMES G ...........................................466
18 Oct 2017 1230 GMT at  by DELEON, PATRICK D. ...........................................469
16 Oct 2017 1230 GMT at  by HANGEMANOLE, DESPINA C ...........................................471
13 Oct 2017 1230 GMT at  by HARDIN, JAMES G ...........................................474
11 Oct 2017 1900 GMT at  by NAVARRO, CARA A ...........................................477
11 Oct 2017 1230 GMT at  by DELEON, PATRICK D. ...........................................480
06 Oct 2017 1230 GMT at  by LESKO, STACEY B ...........................................483
05 Oct 2017 1800 GMT at  by NAVARRO, CARA A ...........................................485

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

05 Oct 2017 0100 GMT at  by KHRAMTSOV, ANDREI N .......................................................................489
04 Oct 2017 1600 GMT at  by HANGEMANOLE, DESPINA C ...........................................................491
04 Oct 2017 1230 GMT at  by RAGLAND, MARY ...........................................................................493
02 Oct 2017 1500 GMT at  by KHRAMTSOV, ANDREI N .......................................................................495
29 Sep 2017 1300 GMT at  by HANGEMANOLE, DESPINA C ...........................................................501
19 Sep 2017 2030 GMT at  by BHUSHAN, ANITA ...........................................................................503
13 Sep 2017 1600 GMT at  by HANGEMANOLE, DESPINA C ...........................................................508
08 Sep 2017 1300 GMT at  by BENTON, JIKESHA R ...........................................................................510
22 Aug 2017 1300 GMT at  by HANGEMANOLE, DESPINA C ...........................................................516

Vitals ...........................................................................................................................................519

# Demographics

Name: Anderson, Daniel Dennis
SSN: ***-**-███
DoD ID: 1286180538
FMP/Sponsor SSN: 20/***-**-███
Date of Birth: ███ 1985
Sex: M
Race: White
Marital Status: Single, Never Married
Branch: N11 - United States Navy (USN) Active Duty (AD)
Rank: PETTY OFFICER SECOND CLASS (E5)
Medicare:
Religion: No Preference
PCM Location: 87832-HP0067

Addresses:
709 MILLHOUSE DR

....
GLEN BURNIE, MD  21060-8583

***** End of Demographics *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**
Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

# Allergies

## Nka

| | | | |
|---|---|---|---|
| Reaction: | | | |
| Onset: | 25 May 2017 | Info Source: | |
| Clinician: | ZZMIDTIER, GREAT | Facility: | WRNMMC |
| Allergy Type: | No known allergies | Origin: | Department of Defense |
| Comment: | | | |

***** End of Allergies *****

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

# Problems

*Active Problems*

*Inactive Problems*

***** End of Problems *****

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 13 Nov 2017

# Diagnosis History

## Alcohol dependence, uncomplicated (F10.20)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 08 Nov 2017 | Pain Mgmt Clinic Bethesda | SPEVAK, CHRISTOHER J | WRNMMC |
| 08 Nov 2017 | ATS Adult BE | RAGLAND, MARY | WRNMMC |
| 06 Nov 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 06 Nov 2017 | ATS Adult BE | BURTON, CARA N | WRNMMC |
| 03 Nov 2017 | ATS Adult BE | LESKO, STACEY B | WRNMMC |
| 01 Nov 2017 | Pain Mgmt Clinic Bethesda | SPEVAK, CHRISTOHER J | WRNMMC |
| 01 Nov 2017 | ATS Adult BE | DELEON, PATRICK D. | WRNMMC |
| 30 Oct 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 30 Oct 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 20 Oct 2017 | ATS Adult BE | HARDIN, JAMES G | WRNMMC |
| 18 Oct 2017 | Pain Mgmt Clinic Bethesda | SPEVAK, CHRISTOHER J | WRNMMC |
| 18 Oct 2017 | ATS Adult BE | DELEON, PATRICK D. | WRNMMC |
| 16 Oct 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 16 Oct 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 13 Oct 2017 | ATS Adult BE | HARDIN, JAMES G | WRNMMC |
| 11 Oct 2017 | Pain Mgmt Clinic Bethesda | SPEVAK, CHRISTOHER J | WRNMMC |
| 11 Oct 2017 | ATS Adult BE | DELEON, PATRICK D. | WRNMMC |
| 06 Oct 2017 | ATS Adult BE | LESKO, STACEY B | WRNMMC |
| 04 Oct 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 04 Oct 2017 | ATS Adult BE | RAGLAND, MARY | WRNMMC |
| 29 Sep 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 22 Sep 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 19 Sep 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 13 Sep 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 22 Aug 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |

## Dry eye syndrome of bilateral lacrimal glands (H04.123)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 26 Sep 2017 | Int Med CL F Medical Home BE | ROBINSON, TYRONE L | WRNMMC |

## Encounter for immunization (Z23)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 16 Oct 2017 | Immunization Clinic Be | AGUGLIARO, ANTHONY J | WRNMMC |

## Encounter for observation for other suspected diseases and conditions ruled out (Z03.89)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 18 Sep 2017 | ATS Adult BE | LESKO, STACEY B | WRNMMC |

## Encounter for other administrative examinations (Z02.89)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 18 Oct 2017 | Psychiatry Be | TEKELENBURG, JAAP | WRNMMC |
| 26 Sep 2017 | Psychiatry Be | DELSESTO, BARBARA S | WRNMMC |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

## Fecal smearing (R15.1)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 29 Sep 2017 | GI Proc Cl BE | DAMIANO, MARK N | WRNMMC |

## Fecal urgency (R15.2)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 29 Sep 2017 | GI Proc Cl BE | DAMIANO, MARK N | WRNMMC |

## Generalized anxiety disorder (F41.1)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 08 Nov 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 01 Nov 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 16 Oct 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 12 Oct 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 05 Oct 2017 | Psychiatry Be | ABRAHAM, FENOTE | WRNMMC |
| 04 Oct 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 27 Sep 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 27 Sep 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 25 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 22 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 22 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 21 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 21 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 21 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 20 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 20 Sep 2017 | Psych Day Hosp Be | DONKIN, LAURA G | WRNMMC |
| 20 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 20 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 20 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 19 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 19 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 18 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 18 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 18 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 15 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 15 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 15 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 14 Sep 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 14 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 14 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 14 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 13 Sep 2017 | Psych Day Hosp Be | DEUTSCH, ANNE MARIE | WRNMMC |
| 13 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 13 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 13 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 12 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 12 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 11 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 08 Sep 2017 | Psych Day Hosp Be | GRAGNANI, CYNTHIA T | WRNMMC |
| 08 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 08 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 07 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 07 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 06 Sep 2017 | Psych Day Hosp Be | DEUTSCH, ANNE MARIE | WRNMMC |
| 06 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 06 Sep 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 06 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 05 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 05 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 31 Aug 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 31 Aug 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 30 Aug 2017 | Psych Day Hosp Be | DEUTSCH, ANNE MARIE | WRNMMC |
| 30 Aug 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 30 Aug 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 30 Aug 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 29 Aug 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | |
|---|---|---|---|
| 29 Aug 2017 | Psych Day Hosp Be | DEUTSCH, ANNE MARIE | WRNMMC |
| 29 Aug 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 22 Aug 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |

## Ingrowing nail (L60.0)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 26 Sep 2017 | Int Med CL F Medical Home BE | ROBINSON, TYRONE L | WRNMMC |

## Insomnia, unspecified (G47.00)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 08 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 07 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |

## Irritable bowel syndrome with diarrhea (K58.0)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 02 Nov 2017 | GI Clinic Bethesda | BRIDGES, EDWARD E | WRNMMC |
| 17 Oct 2017 | Int Med CL E Medical Home BE | MEYERS, NANCY | WRNMMC |
| 29 Sep 2017 | GI Clinic Bethesda | BRIDGES, EDWARD E | WRNMMC |
| 19 Sep 2017 | GI Clinic Bethesda | BHUSHAN, ANITA | WRNMMC |

## Major depressive disorder, recurrent, moderate (F33.1)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 02 Nov 2017 | Occup Therap TBI Be | NAVARRO, CARA A | WRNMMC |
| 20 Oct 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 19 Oct 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 16 Oct 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 13 Oct 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 12 Oct 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 11 Oct 2017 | Occup Therap TBI Be | NAVARRO, CARA A | WRNMMC |
| 11 Oct 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 10 Oct 2017 | Psych Day Hosp Be | BAHROO, BHAGWAN A | WRNMMC |
| 06 Oct 2017 | Psych Day Hosp Be | BAHROO, BHAGWAN A | WRNMMC |
| 05 Oct 2017 | Psychiatry Be | ABRAHAM, FENOTE | WRNMMC |
| 05 Oct 2017 | Occup Therap TBI Be | NAVARRO, CARA A | WRNMMC |
| 05 Oct 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 04 Oct 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 04 Oct 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 03 Oct 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 02 Oct 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 28 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 27 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 27 Sep 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 22 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 19 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 12 Sep 2017 | Psych Day Hosp Be | LANDE, RAYMOND G. | WRNMMC |
| 11 Sep 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 08 Sep 2017 | Psychology Assessment Be | BENTON, JIKESHA R | WRNMMC |
| 31 Aug 2017 | Psych Day Hosp Be | POURZAND, MIRIAM | WRNMMC |
| 31 Aug 2017 | Psych Day Hosp Be | DEUTSCH, ANNE MARIE | WRNMMC |
| 22 Aug 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |

## Major depressive disorder, single episode, unspecified (F32.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 06 Sep 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |

## Obstructive sleep apnea (adult) (pediatric) (G47.33)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 30 Oct 2017 | Sleep (Pulm) Cl Be | BILODEAU, NATALIE C | WRNMMC |
| 24 Oct 2017 | Sleep (Pulm) Cl Be | KHRAMTSOV, ANDREI N | WRNMMC |

## Other specified counseling (Z71.89)

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓ 1985  SSN: ***-**-▓     DoD ID: 1286180538     Created: 13 Nov 2017

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 21 Sep 2017 | GI Clinic Bethesda | BELLE, LAVERN S | WRNMMC |

## Pain in right wrist (M25.531)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 26 Sep 2017 | Int Med CL F Medical Home BE | ROBINSON, TYRONE L | WRNMMC |

## Sleep disorder, unspecified (G47.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 04 Oct 2017 | Sleep (Pulm) Cl Be | KHRAMTSOV, ANDREI N | WRNMMC |
| 02 Oct 2017 | Sleep (Pulm) Cl Be | KHRAMTSOV, ANDREI N | WRNMMC |

## Unspecified asthma, uncomplicated (J45.909)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 17 Oct 2017 | Int Med CL E Medical Home BE | MEYERS, NANCY | WRNMMC |

**\*\*\*\*\* End of Diagnosis History \*\*\*\*\***

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

# Medications

## *Active Medications*

| Rx # | Drug | Status | Quantity | Fill Date | Refills Left |
|------|------|--------|----------|-----------|--------------|
| JP7503166 | Duloxetine Hcl, 60 Mg, Capsule Dr, Oral Take One Capsule By Mouth Every Day | Active | 30 | 02 Nov 2017 | 0 of 1 |
| JP3069936 | Eszopiclone, 2 Mg, Tablet, Oral Take One Tablet By Mouth Every Night *Take For Two Weeks When You Start Cpap * | Active | 14 | 02 Nov 2017 | NR |
| JP7511369 | Hydroxyzine Hcl, 10 Mg, Tablet, Oral Take 1 To 2 Tablets By Mouth Twice A Day As Needed Nausea/Anxiety | Active | 30 | 16 Oct 2017 | 1 of 1 |
| JP7502289 | Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic Instill 1 Drop In Each Eye Four Times A Day As Needed For Dryness | Active | 1 | 27 Sep 2017 | 2 of 2 |
| BC7174607 | Omega-3/Dha/Epa/Fish Oil, 1000 Mg, Capsule, Oral Take 2 By Mouth Every Day | Active | 180 | 06 Sep 2017 | 2 of 3 |

## *Discontinued Medications*

| Rx # | Drug | Status | Quantity | Fill Date | Refills Left |
|------|------|--------|----------|-----------|--------------|
| JP7511362 | Venlafaxine Hcl, 37.5 Mg, Cap Er 24H, Oral Take One Capsule By Mouth Every Morning | Discontinued | 30 | 16 Oct 2017 | NR |
| HC6025947 | Ramelteon, 8 Mg, Tablet, Oral Take One Tablet By Mouth Every Night For Sleep | Discontinued | 30 | 18 Sep 2017 | 2 of 2 |
| JP7479252 | Naltrexone Hcl, 50 Mg, Tablet, Oral Take One Tablet By Mouth Every Day | Discontinued | 30 | 06 Sep 2017 | 0 of 1 |
| JP7479249 | Venlafaxine Hcl, 150 Mg, Cap Er 24H, Oral Take One Capsule By Mouth Every Day | Discontinued | 30 | 06 Sep 2017 | 0 of 1 |
| JP7492679 | Venlafaxine Hcl, 75 Mg, Cap Er 24H, Oral Take One Capsule With One 150 Mg Capsule For A Total Of 225 Mg By Mouth Every | Discontinued | 30 | 06 Sep 2017 | 3 of 3 |

**Medical Record**

| Morning |
|---------|

### *Expired Medications*

| Rx # | Drug | Status | Quantity | Fill Date | Refills Left |
|------|------|--------|----------|-----------|--------------|
| NB3256386 | Eszopiclone, 3 Mg, Tablet, Oral Take One Tablet By Mouth Every Night As Needed For Sleep | Expired | 1 | 02 Oct 2017 | NR |

***** End of Medications *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

# Procedures

***** End of Procedures *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

# Family History

## Family medical history on 17 Oct 2017

| Date Onset: | 17 Oct 2017 | Date Reported: | 17 Oct 2017 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | ~M -- Well~F -- DM.  MI / stent at age 40.  Melanoma.~ | | |

## Paternal aunt's history of reason for visit [use for free text] on 29 Aug 2017

| Date Onset: | 31 Aug 2017 | Date Reported: | 29 Aug 2017 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Paternal Aunt |
| Status: | Active | | |
| Comment: | Limits of confidentiality reviewed with the patient who verbally expressed an understanding, signature was obtained.  (See [Add Note] for any scanned in documents.) | | |

## Not maternal uncle's history of referred here on 29 Aug 2017

| Date Onset: | 31 Aug 2017 | Date Reported: | 29 Aug 2017 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Maternal Uncle |
| Status: | Active | | |
| Comment: | Patient was not escorted. | | |

## Family history of supplemental HPI [use for free text] on 13 Jul 2017

| Date Onset: | 14 Jul 2017 | Date Reported: | 13 Jul 2017 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | Patient has received other care since their last visit with this clinic | | |

## No family history of malignant melanoma of the skin on 21 Jun 2017

| Date Onset: | 21 Jun 2017 | Date Reported: | 21 Jun 2017 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | | | |

## Family history of cancer on 05 Apr 2017

| Date Onset: | 07 Apr 2017 | Date Reported: | 05 Apr 2017 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | Dad- melanoma; | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

## Family history of heart disease on 05 Apr 2017

| Date Onset: | 07 Apr 2017 | Date Reported: | 05 Apr 2017 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | dad/PGF- CAD; dad- stent 2v  (alcohol); Dad/PGM/PGF/sister- DM,~ Dad- AMI (s/p heart surgery); no CVA | | |

## Family history of father is alive on 05 Apr 2017

| Date Onset: | 07 Apr 2017 | Date Reported: | 05 Apr 2017 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | not in contact | | |

## Family history of mother is alive on 05 Apr 2017

| Date Onset: | 07 Apr 2017 | Date Reported: | 05 Apr 2017 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | No DM, No CAD. healthy | | |

## No family history of malignant neoplasm of the gastrointestinal tract on 04 Oct 2016

| Date Onset: | 04 Oct 2016 | Date Reported: | 04 Oct 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | | | |

## No family history of malignant neoplasm of large intestine on 04 Oct 2016

| Date Onset: | 04 Oct 2016 | Date Reported: | 04 Oct 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | | | |

## Paternal grandmother's history of HPI [use for free text] on 25 Aug 2016

| Date Onset: | 25 Aug 2016 | Date Reported: | 25 Aug 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Paternal Grandmother |
| Status: | Active | | |
| Comment: | <<Note accomplished in TSWF-IBHC Anxiety tab>>~ ~Description of Symptoms: Extreme mood swings with depression and anxiety, irritability, concentration problems, poor sleep, fatigue, racing heart and thoughts, trouble relaxing, and worrying. PT reported dry heaving episodes for the past 2 years and pulling the hair off a spot on his scalp since 2008. Several times a week he has a "tingling sensation" with a mood change where he will suddenly smile or frown. PT has an appointment with Dr. Tobar in outpatient behavioral health on 06SEP16.~ ~PT reported having passive SI since he was a child. He reported 2 prior suicide attempts when he was in high school: one by overdosing on OTC medicine and one by overdosing on alcohol. His last plan was to overdose on helium before self-referring to substance abuse treatment last year. | | |

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

He last had passive SI("why even bother") 3 weeks ago, with no plans or intent. PT denied any current SI, plans, or intent. ~ ~Duration of Problem: PT has experienced symptoms since his first ship tour in 2006. Symptoms have worsened since he re-enlisted last October.~ ~Factors correlated with onset: Anxiety started after PT joined the Navy in 2006. He regrets re-enlisting last October, and because he waited so long to re-enlist he had last pick for orders. Subsequently he was stationed in the same same environment with the same work stress.~ ~Frequency of symptoms: Symptoms occur every day.~ ~Severity of symptoms: Depression symptoms from PHQ-9 are in the mild range. Anxiety symptoms from GAD-7 are in the moderate range.~ ~Psychosocial factors: Occupational stress and minimal social support.~ ~Aggravating/alleviating factors: Aggravating factors include occupational stress and feeling disconnected from others. Alleviating factors include cooking and programming.~ ~Current tx: None~ ~Past tx: PT began behavioral health treatment in 2012. ~ ~Functional impact: Symptoms negatively impact PT's functioning at home and work.~.....

## Paternal history of preliminary background HPI [use for free text] on 25 Aug 2016

| Date Onset: | 25 Aug 2016 | Date Reported: | 25 Aug 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Father |
| Status: | Active | | |
| Comment: | - Pt was given IBHC brochure describing the behavioral health program. Discussed with patient model~of service to include the limits of confidentiality (i.e. abuse reporting, suicide intervention, etc.) and~short-term intervention focused approach~- Pt indicated understanding | | |

## Paternal grandfather's history of preliminary background HPI [use for free text] on 25 Aug 2016

| Date Onset: | 25 Aug 2016 | Date Reported: | 25 Aug 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Paternal Grandfather |
| Status: | Active | | |
| Comment: | Patient was seen for 30 minute IBHC appointment | | |

## Paternal grandmother's history of preliminary background HPI [use for free text] on 25 Aug 2016

| Date Onset: | 25 Aug 2016 | Date Reported: | 25 Aug 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Paternal Grandmother |
| Status: | Active | | |
| Comment: | Patient was seen by a trainee under the supervision of a licensed mental health professional. Patient indicated an understanding of this.~..... | | |

## Family history of test conclusions [Use for free text] on 11 Aug 2015

| Date Onset: | 18 Aug 2015 | Date Reported: | 11 Aug 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | A written list of medications was given to the patient | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis       DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538       Created: 13 Nov 2017

## Family history of the options include referral on 28 Apr 2015

| Date Onset: | 28 Apr 2015 | Date Reported: | 28 Apr 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | ~[  ] Physical Activity~[  ] Safety~[  ] Diabetes Counseling~[  ] Cholesterol~[ X ] Nutrition~[ X ] Sexuality~[  ] Other: | | |

## Family history of diabetes mellitus on 28 Apr 2015

| Date Onset: | 28 Apr 2015 | Date Reported: | 28 Apr 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | PATERNAL GF and Father | | |

## Family history of patient counseling on 28 Apr 2015

| Date Onset: | 28 Apr 2015 | Date Reported: | 28 Apr 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | ~[  ] Tobacco Use~[  ] Alcohol Use~[  ] Weight Management ~[  ] Dental Care~[  ] Mental Health~[  ] Hypertension ~[ X  ] Other:STRESS MANAGEMENT, SLEEP | | |

## Family history of mental illness (not retardation) on 28 Apr 2015

| Date Onset: | 28 Apr 2015 | Date Reported: | 28 Apr 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | MATERNAL | | |

## Fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] on 23 Apr 2015

| Date Onset: | 23 Apr 2015 | Date Reported: | 23 Apr 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Brother |
| Status: | Active | | |
| Comment: | Depression Screening:~ ~[ 1  ] 1. Little Interest or pleasure in doing things~[ 1  ] 2. Feeling down depressed or hopeless~[ 0  ] 3. Trouble sleeping or sleeping too much~[ 1  ] 4. Feeling tired or little energy~[ 0  ] 5. Poor appetite or overeating~[ 0  ] 6. Feeling bad about self~[ 0  ] 7. Trouble concentrating on things~[ 1  ] 8. Moving or speaking slowly or being restless~[ 0  ] 9. Thoughts that you would be better off dead~Add point values from each response.  Total (PHQ-9) Score = 4~  ~Difficulty doing work, taking care of things at home, or getting along with other people?  [  ] Not at all  [ X ] Somewhat  [  ] Very  [  ] Extremely | | |

## No family history of chronic liver disease on 24 Oct 2012

| Date Onset: | 24 Oct 2012 | Date Reported: | 24 Oct 2012 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

***** End of Family History *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

# Resulted Labs

## ETG/ETS, UA (250 Cut-Off) on 07 Nov 2017

Collection Date:          07 Nov 2017                    Site/Specimen:          URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
**This test was developed and its performance characteristics**
**determined by LabCorp. It has not been cleared or approved**
**by the Food and Drug Administration.**

## Drug Abuse Screen on 07 Nov 2017

Collection Date:          07 Nov 2017                    Site/Specimen:          URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Phencyclidine, UA** | NEGATIVE | | (Negative) | |

**Interpretation:**
**>25 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**
**------------------------------------------------**

| | | | | |
|------|-------|-------|-------|----------|
| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
**>1000 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**------------------------------------------------**

| | | | | |
|------|-------|-------|-------|----------|
| **Barbiturates** | NEGATIVE | | (Negative) | |

**Interpretation:**
**> 200 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**------------------------------------------------**

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

---

**Benzodiazepines**             NEGATIVE                    (Negative)

**Interpretation:**
**>200 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**
   --------------------------------------------------

**Cocaine**                    NEGATIVE                    (Negative)

**Interpretation:**
**>300 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**

   --------------------------------------------------

**Opiates**                    NEGATIVE                    (Negative)

**Interpretation:**
**>300 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**

   --------------------------------------------------

**Cannabinoids**               NEGATIVE                    (Negative)

**Interpretation:**
**>50 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**
   --------------------------------------------------

**Methadone**                  NEGATIVE                    (Negative)

**Interpretation:**
**>300 ng/mL reported as positive. Unconfirmed screening results must not be**
   **used for non-medical purposes.**

**Oxycodone**                  NEGATIVE        ng/mL       (Negative)

**Interpretation:**
**Reporting limit 100 ng/mL**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**

**Methodology:  Immunoassay**

# ETG/ETS, UA (250 Cut-Off) on 31 Oct 2017

Collection Date:          31 Oct 2017                    Site/Specimen:        URINE
Ordering Clinician:       LANDE, RAYMOND G.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ▊ 1985  SSN: ***-**-▊    DoD ID: 1286180538    Created: 13 Nov 2017

Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Ethyl Glucuronide | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
**This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.**

## Drug Abuse Screen on 31 Oct 2017

Collection Date:        31 Oct 2017                           Site/Specimen:       URINE
Ordering Clinician:     LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Methadone | NEGATIVE | | (Negative) | |

**Interpretation:**
**>300 ng/mL reported as positive. Unconfirmed screening results must not be
used for non-medical purposes.**

| | | | | |
|------|-------|-------|-------|----------|
| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
**>1000 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.**

------------------------------------------------

| | | | | |
|------|-------|-------|-------|----------|
| Barbiturates | NEGATIVE | | (Negative) | |

**Interpretation:**
**> 200 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.**

------------------------------------------------

| | | | | |
|------|-------|-------|-------|----------|
| Benzodiazepines | NEGATIVE | | (Negative) | |

**Interpretation:**
**>200 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.**

------------------------------------------------

| | | | | |
|------|-------|-------|-------|----------|
| Cocaine | NEGATIVE | | (Negative) | |

**Interpretation:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538    Created: 13 Nov 2017

>300 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

------------------------------------------------

Opiates                    NEGATIVE                        (Negative)

Interpretation:
>300 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

------------------------------------------------

Phencyclidine, UA          NEGATIVE                        (Negative)

Interpretation:
>25 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.
------------------------------------------------

Cannabinoids               NEGATIVE                        (Negative)

Interpretation:
>50 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.
------------------------------------------------

Oxycodone                  NEGATIVE        ng/mL           (Negative)

Interpretation:
Reporting limit 100 ng/mL
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

Methodology:  Immunoassay


## Comment on 30 Oct 2017

Collection Date:           30 Oct 2017              Site/Specimen:        SERUM
Ordering Clinician:        LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Comment 15 | COMMENT | | | |

Interpretation:
A Carbohydrate Deficient Transferrin (CDT) result <1.4% is considered
to be normal and is consistent with low or no alcohol use during the

**Medical Record**

Anderson, Daniel Dennis        DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮        DoD ID: 1286180538        Created: 13 Nov 2017

previous two weeks.

## Transferrin Carbohydrate Deficient on 30 Oct 2017

Collection Date:        30 Oct 2017                                      Site/Specimen:        SERUM
Ordering Clinician:        LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Transferrin Carbohydrate Deficient/Transferrin Total | 0.7 | % | 0.0-1.3 | |

**Interpretation:**

        **Normal        <1.4**
        **Inconclusive   1.4 - 1.6**
        **Elevated      >1.6**
    **Clinical use only. Not specific for medico-legal purposes.**
    **This test is not suitable for the evaluation of patients suspected of having congenital glycosylation disorders.**

## Gamma Glutamyl Transferase on 30 Oct 2017

Collection Date:        30 Oct 2017                                      Site/Specimen:        SERUM
Ordering Clinician:        LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Gamma-Glutamyl Transferase | 80 | U/L | (10.0-71.0) | Higher Than Normal |

## Lipid Panel on 30 Oct 2017

Collection Date:        30 Oct 2017                                      Site/Specimen:        SERUM
Ordering Clinician:        RODAK, COLLEEN M
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Cholesterol | 235 | mg/dL | | |

**Interpretation:**
 **Adults: ages 18 and up**
    **Desirable: <200 mg/dL**
    **Borderline High: 200-239 mg/dL**
    **High: > or = 240 mg/dL**

 **Pediatric: ages 2-17**
    **Acceptable: <170 mg/dL**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

---

**Borderline High: 170-199 mg/dL**
**High > or = 200 mg/dL**

**Triglyceride**                128              mg/dL

**Interpretation:**
 **Adults: ages 18 and up**
        **Desirable: <150 mg/dL**
        **Borderline High: 150-199 mg/dL**
        **High: 200-499 mg/dL**
        **Very High: > or = 500 mg/dL**

 **Pediatric: ages 2-9**
        **Acceptable: <75 mg/dL**
        **Borderline High: 75-99 mg/dL**
        **High: > or = 100 mg/dL**

 **Pediatric: ages 10-17**
        **Acceptable: <90 mg/dL**
        **Borderline High: 90-129 mg/dL**
        **High: > or = 130 mg/dL**

**HDL Cholesterol**             62              mg/dL

**Interpretation:**
 **Adults: ages 18 and up**
        **Desirable: > or = 60 mg/dL**
        **Low: <40 mg/dL**

**An HDL cholesterol less than 40 mg/dL is low and constitutes a coronary heart**
**disease risk factor.  An HDL cholesterol greater than 60 mg/dL is a negative**
**risk factor for coronary heart disease.**

 **Pediatric: ages 2-17**
        **Acceptable: >45 mg/dL**
        **Borderline Low: 40-45 mg/dL**
        **Low: <40 mg/dL**

**Cholesterol/HDL**             3.8             ratio
**Cholesterol**
**LDL Cholesterol Direct**      161             mg/dL

**Interpretation:**
 **Adults: ages 18 and up**
        **Optimal: <100 mg/dL**
        **Near Optimal: 100-129 mg/dL**
        **Borderline High: 130-159 mg/dL**
        **High: 160-189 mg/dL**
        **Very High: > or = 190 mg/dL**

 **Pediatric: ages 2-17**
        **Acceptable: <110 mg/dL**
        **Borderline High: 110-129 mg/dL**
        **High: > or = 130 mg/dL**

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | |
|---|---|---|---|
| **Cholesterol Non-HDL** | 173 | mg/dL | |

**Interpretation:**
 **Adults: ages 18 and up**
  **Desirable: <130 mg/dL**
  **Above Desirable: 130-159 mg/dL**
  **Borderline High: 160-189 mg/dL**
  **High: 190-219**
  **Very High: > or = 220 mg/dL**

 **Non-HDL cholesterol is a secondary target of therapy in persons with high
 serum triglycerides (geater than 199 mg/dL).  The goal for non-HDL
 cholesterol in persons with high triglycerides is 30 mg/dL higher than their
 LDL cholesterol goal.**

 **Pediatric: ages 2-17**
  **Acceptable: <120 mg/dL**
  **Borderline High: 120-144 mg/dL**
  **High: > or = 145 mg/dL**

 **Source:**
 **-Third Report of the National Cholesterol Education Program (NCEP) Expert
 Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in
 Adults (Adult Treatment Panel III) Final Report.  Circulation 2002 Dec
 17;106(25):3143-421.**
 **-National Lipid Association Recommendations for Patient-Centered Management
 of Dyslipidemia: Part 1-Full Report.  Journal of Clinical Lipidology 2015; In
 Press.**
 **-Expert Panel on Integrated Guidelines for Cardiovascular Health and Risk
 Reduction in Children and Adolescents; National Heart, Lung, and Blood
 Institute. Pediatrics.  2011 Dec;128 Suppl 5:S213-56.**
 **-NCEP Expert Panel of Blood Cholesterol Levels in Children and Adolescents.
 National Cholesterol Education Program (NCEP): Highlights of the Report of
 the Expert Panel on Blood Cholesterol Levels in Children and Adolescents.
 Pediatrics 1992;89:495-501.**
 **-Srinivasan SR, Myers L, Berenson GS.  Distribution and correlates of
 non-high-density lipoprotein cholesterol in children: the Bogalusa Heart
 Study.  Pediatrics 2002;110(3):e29.**

# ETG/ETS, UA (250 Cut-Off) on 17 Oct 2017

Collection Date:        17 Oct 2017                    Site/Specimen:        URINE
Ordering Clinician:     LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

 **Interpretation:**
 **This test was developed and its performance characteristics
 determined by LabCorp. It has not been cleared or approved**

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

by the Food and Drug Administration.

## Drug Abuse Screen on 17 Oct 2017

Collection Date:          17 Oct 2017                     Site/Specimen:        URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Cocaine | NEGATIVE | | (Negative) | |

**Interpretation:**
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 ------------------------------------------------

| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
 >1000 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 ------------------------------------------------

| Barbiturates | NEGATIVE | | (Negative) | |

**Interpretation:**
 > 200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 ------------------------------------------------

| Benzodiazepines | NEGATIVE | | (Negative) | |

**Interpretation:**
 >200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 ------------------------------------------------

| Opiates | NEGATIVE | | (Negative) | |

**Interpretation:**
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 ------------------------------------------------

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Phencyclidine, UA**           NEGATIVE                          (Negative)

**Interpretation:**
**>25 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  **------------------------------------------------**

**Cannabinoids**           NEGATIVE                          (Negative)

**Interpretation:**
**>50 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  **------------------------------------------------**

**Methadone**           NEGATIVE                          (Negative)

**Interpretation:**
**>300 ng/mL reported as positive. Unconfirmed screening results must not be**
**used for non-medical purposes.**

**Oxycodone**           NEGATIVE           ng/mL           (Negative)

**Interpretation:**
**Reporting limit 100 ng/mL**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**Methodology:  Immunoassay**


## ETG/ETS, UA (250 Cut-Off) on 10 Oct 2017

Collection Date:           10 Oct 2017                          Site/Specimen:           URINE
Ordering Clinician:        LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
**This test was developed and its performance characteristics**
**determined by LabCorp. It has not been cleared or approved**
**by the Food and Drug Administration.**


## Drug Abuse Screen on 10 Oct 2017

Collection Date:           10 Oct 2017                          Site/Specimen:           URINE
Ordering Clinician:        LANDE, RAYMOND G.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Cocaine | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -------------------------------------------

| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>1000 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -------------------------------------------

| Barbiturates | NEGATIVE | | (Negative) | |

**Interpretation:**
 **> 200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -------------------------------------------

| Benzodiazepines | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  -------------------------------------------

| Opiates | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -------------------------------------------

| Phencyclidine, UA | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>25 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  -------------------------------------------

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| Cannabinoids | NEGATIVE | | (Negative) |

**Interpretation:**
>50 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  -----------------------------------------------

| Methadone | NEGATIVE | | (Negative) |

**Interpretation:**
>300 ng/mL reported as positive. Unconfirmed screening results must not be
used for non-medical purposes.

| Oxycodone | NEGATIVE | ng/mL | (Negative) |

**Interpretation:**
Reporting limit 100 ng/mL
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

**Methodology:  Immunoassay**

## ETG/ETS, UA (250 Cut-Off) on 03 Oct 2017

Collection Date:         03 Oct 2017                    Site/Specimen:        URINE
Ordering Clinician:      LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.

## Drug Abuse Screen on 03 Oct 2017

Collection Date:         03 Oct 2017                    Site/Specimen:        URINE
Ordering Clinician:      LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Methadone** | NEGATIVE | | (Negative) | |

**Interpretation:**
>300 ng/mL reported as positive. Unconfirmed screening results must not be
used for non-medical purposes.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

---

**Amphetamines**               NEGATIVE                    (Negative)

Interpretation:
 >1000 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -----------------------------------------------

**Barbiturates**               NEGATIVE                    (Negative)

Interpretation:
 > 200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -----------------------------------------------

**Benzodiazepines**            NEGATIVE                    (Negative)

Interpretation:
 >200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -----------------------------------------------

**Cocaine**                    NEGATIVE                    (Negative)

Interpretation:
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -----------------------------------------------

**Opiates**                    NEGATIVE                    (Negative)

Interpretation:
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -----------------------------------------------

**Phencyclidine, UA**          NEGATIVE                    (Negative)

Interpretation:
 >25 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -----------------------------------------------

**Cannabinoids**               NEGATIVE                    (Negative)

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 13 Nov 2017

**Interpretation:**
>50 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.
-----------------------------------------------

| | | | | |
|---|---|---|---|---|
| **Oxycodone** | NEGATIVE | ng/mL | | (Negative) |

**Interpretation:**
Reporting limit 100 ng/mL
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

**Methodology:  Immunoassay**

## ETG/ETS, UA (250 Cut-Off) on 26 Sep 2017

Collection Date:              26 Sep 2017                              Site/Specimen:        URINE
Ordering Clinician:          LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.

## Drug Abuse Screen on 26 Sep 2017

Collection Date:              26 Sep 2017                              Site/Specimen:        URINE
Ordering Clinician:          LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Amphetamines** | NEGATIVE | | (Negative) | |

**Interpretation:**
>1000 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

-----------------------------------------------

| | | | | |
|---|---|---|---|---|
| **Barbiturates** | NEGATIVE | | (Negative) | |

**Interpretation:**
> 200 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used

**Medical Record**

for non-medical purposes.

-------------------------------------------------

| Benzodiazepines | NEGATIVE | (Negative) |

Interpretation:
 >200 ng/mL reported as positive
   For medical screening only. Unconfirmed screening results must not be used
   for non-medical purposes.
-------------------------------------------------

| Cocaine | NEGATIVE | (Negative) |

Interpretation:
 >300 ng/mL reported as positive
   For medical screening only. Unconfirmed screening results must not be used
   for non-medical purposes.

-------------------------------------------------

| Opiates | NEGATIVE | (Negative) |

Interpretation:
 >300 ng/mL reported as positive
   For medical screening only. Unconfirmed screening results must not be used
   for non-medical purposes.

-------------------------------------------------

| Phencyclidine, UA | NEGATIVE | (Negative) |

Interpretation:
 >25 ng/mL reported as positive
   For medical screening only. Unconfirmed screening results must not be used
   for non-medical purposes.
-------------------------------------------------

| Cannabinoids | NEGATIVE | (Negative) |

Interpretation:
 >50 ng/mL reported as positive
   For medical screening only. Unconfirmed screening results must not be used
   for non-medical purposes.

-------------------------------------------------

| Methadone | NEGATIVE | (Negative) |

Interpretation:
 >300 ng/mL reported as positive. Unconfirmed screening results must not be
 used for non-medical purposes.

| Oxycodone | NEGATIVE | ng/mL | (Negative) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Interpretation:**
**Reporting limit 100 ng/mL**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**Methodology:  Immunoassay**

## ETG/ETS, UA (250 Cut-Off) on 22 Sep 2017

Collection Date:            22 Sep 2017                          Site/Specimen:          URINE
Ordering Clinician:        LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
**This test was developed and its performance characteristics**
**determined by LabCorp. It has not been cleared or approved**
**by the Food and Drug Administration.**

## Drug Abuse Screen on 22 Sep 2017

Collection Date:            22 Sep 2017                          Site/Specimen:          URINE
Ordering Clinician:        LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Phencyclidine, UA** | NEGATIVE | | (Negative) | |

**Interpretation:**
**>25 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**
**-----------------------------------------------**

| | | | | |
|------|-------|-------|-------|----------|
| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
**>1000 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**-----------------------------------------------**

| | | | | |
|------|-------|-------|-------|----------|
| **Barbiturates** | NEGATIVE | | (Negative) | |

**Interpretation:**
**> 200 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 13 Nov 2017

for non-medical purposes.

-------------------------------------------------

**Benzodiazepines**              NEGATIVE                              (Negative)

**Interpretation:**
 **>200 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**
   -------------------------------------------------

**Cocaine**                      NEGATIVE                              (Negative)

**Interpretation:**
 **>300 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**

   -------------------------------------------------

**Opiates**                      NEGATIVE                              (Negative)

**Interpretation:**
 **>300 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**

   -------------------------------------------------

**Cannabinoids**                 NEGATIVE                              (Negative)

**Interpretation:**
 **>50 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**
   -------------------------------------------------

**Methadone**                    NEGATIVE                              (Negative)

**Interpretation:**
 **>300 ng/mL reported as positive. Unconfirmed screening results must not be**
 **used for non-medical purposes.**

**Oxycodone**                    NEGATIVE          ng/mL              (Negative)

**Interpretation:**
 **Reporting limit 100 ng/mL**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**

 **Methodology:  Immunoassay**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

## ETG/ETS, UA (250 Cut-Off) on 19 Sep 2017

Collection Date:        19 Sep 2017                           Site/Specimen:        URINE
Ordering Clinician:     LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Ethyl Glucuronide | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
**This test was developed and its performance characteristics**
**determined by LabCorp. It has not been cleared or approved**
**by the Food and Drug Administration.**

## Drug Abuse Screen on 19 Sep 2017

Collection Date:        19 Sep 2017                           Site/Specimen:        URINE
Ordering Clinician:     LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Opiates | NEGATIVE | | (Negative) | |

**Interpretation:**
**>300 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**------------------------------------------------**

| | | | | |
|------|-------|-------|-------|----------|
| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
**>1000 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**------------------------------------------------**

| | | | | |
|------|-------|-------|-------|----------|
| Barbiturates | NEGATIVE | | (Negative) | |

**Interpretation:**
**> 200 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**------------------------------------------------**

| | | | | |
|------|-------|-------|-------|----------|
| Benzodiazepines | NEGATIVE | | (Negative) | |

**Interpretation:**

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

>200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  ------------------------------------------------

| **Cocaine** | NEGATIVE | (Negative) |

**Interpretation:**
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ------------------------------------------------

**Phencyclidine, UA**    NEGATIVE    (Negative)

**Interpretation:**
 >25 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  ------------------------------------------------

| **Cannabinoids** | NEGATIVE | (Negative) |

**Interpretation:**
 >50 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  ------------------------------------------------

**Methadone**    NEGATIVE    (Negative)

**Interpretation:**
 >300 ng/mL reported as positive. Unconfirmed screening results must not be
 used for non-medical purposes.

| **Oxycodone** | NEGATIVE | ng/mL | (Negative) |

**Interpretation:**
 Reporting limit 100 ng/mL
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

**Methodology:  Immunoassay**

# ETG/ETS, UA (250 Cut-Off) on 12 Sep 2017

Collection Date:          12 Sep 2017              Site/Specimen:        URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 13 Nov 2017

| Ethyl Glucuronide | Negative | ng/mL | Cutoff=250 |
|---|---|---|---|

**Interpretation:**
**This test was developed and its performance characteristics**
**determined by LabCorp. It has not been cleared or approved**
**by the Food and Drug Administration.**

## Drug Abuse Screen on 12 Sep 2017

Collection Date:          12 Sep 2017                          Site/Specimen:          URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Opiates | NEGATIVE | | (Negative) | |

**Interpretation:**
**>300 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**-------------------------------------------------**

| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
**>1000 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**-------------------------------------------------**

| Barbiturates | NEGATIVE | | (Negative) | |

**Interpretation:**
**> 200 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**-------------------------------------------------**

| Benzodiazepines | NEGATIVE | | (Negative) | |

**Interpretation:**
**>200 ng/mL reported as positive**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**
**-------------------------------------------------**

| Cocaine | NEGATIVE | | (Negative) | |

**Interpretation:**

**Medical Record**

>300 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

----------------------------------------------

| | | |
|---|---|---|
| Phencyclidine, UA | NEGATIVE | (Negative) |

Interpretation:
>25 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

----------------------------------------------

| | | |
|---|---|---|
| Cannabinoids | NEGATIVE | (Negative) |

Interpretation:
>50 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

----------------------------------------------

| | | |
|---|---|---|
| Methadone | NEGATIVE | (Negative) |

Interpretation:
>300 ng/mL reported as positive. Unconfirmed screening results must not be
used for non-medical purposes.

| | | | |
|---|---|---|---|
| Oxycodone | NEGATIVE | ng/mL | (Negative) |

Interpretation:
Reporting limit 100 ng/mL
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

Methodology:  Immunoassay

# ETG/ETS, UA (250 Cut-Off) on 05 Sep 2017

| | | | |
|---|---|---|---|
| Collection Date: | 05 Sep 2017 | Site/Specimen: | URINE |
| Ordering Clinician: | LANDE, RAYMOND G. | | |
| Comment: | | | |
| Chem | | | |

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Ethyl Glucuronide | Negative | ng/mL | Cutoff=250 | |

Interpretation:
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

## Drug Abuse Screen on 05 Sep 2017

Collection Date:          05 Sep 2017                          Site/Specimen:        URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Cocaine | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -----------------------------------------------

| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>1000 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -----------------------------------------------

| Barbiturates | NEGATIVE | | (Negative) | |

**Interpretation:**
 **> 200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -----------------------------------------------

| Benzodiazepines | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  -----------------------------------------------

| Methadone | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>300 ng/mL reported as positive. Unconfirmed screening results must not be**
 **used for non-medical purposes.**

| Opiates | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

-----------------------------------------------

| | | | |
|---|---|---|---|
| **Phencyclidine, UA** | NEGATIVE | | (Negative) |

**Interpretation:**
 >25 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  -----------------------------------------------

| | | | |
|---|---|---|---|
| **Cannabinoids** | NEGATIVE | | (Negative) |

**Interpretation:**
 >50 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  -----------------------------------------------

| | | | |
|---|---|---|---|
| **Oxycodone** | NEGATIVE | ng/mL | (Negative) |

**Interpretation:**
  Reporting limit 100 ng/mL
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  **Methodology:  Immunoassay**


## ETG/ETS, UA (250 Cut-Off) on 29 Aug 2017

Collection Date:          29 Aug 2017                    Site/Specimen:      URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
 **This test was developed and its performance characteristics**
 **determined by LabCorp. It has not been cleared or approved**
 **by the Food and Drug Administration.**


## Drug Abuse Screen on 29 Aug 2017

Collection Date:          29 Aug 2017                    Site/Specimen:      URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Cocaine** | NEGATIVE | | (Negative) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Interpretation:**
>300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ------------------------------------------------

**Amphetamines**                NEGATIVE                        (Negative)

**Interpretation:**
>1000 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ------------------------------------------------

**Barbiturates**                NEGATIVE                        (Negative)

**Interpretation:**
> 200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ------------------------------------------------

**Benzodiazepines**             NEGATIVE                        (Negative)

**Interpretation:**
>200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  ------------------------------------------------

**Opiates**                     NEGATIVE                        (Negative)

**Interpretation:**
>300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ------------------------------------------------

**Phencyclidine, UA**           NEGATIVE                        (Negative)

**Interpretation:**
>25 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  ------------------------------------------------

**Cannabinoids**                NEGATIVE                        (Negative)

**Interpretation:**
>50 ng/mL reported as positive

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.
-----------------------------------------------

| | | | |
|---|---|---|---|
| Methadone | NEGATIVE | | (Negative) |

**Interpretation:**
>300 ng/mL reported as positive. Unconfirmed screening results must not be
used for non-medical purposes.

| | | | | |
|---|---|---|---|---|
| Oxycodone | NEGATIVE | ng/mL | | (Negative) |

**Interpretation:**
Reporting limit 100 ng/mL
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

**Methodology:  Immunoassay**

## ETG/ETS, UA (250 Cut-Off) on 22 Aug 2017

Collection Date:          22 Aug 2017                    Site/Specimen:        URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Ethyl Glucuronide | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.

## Drug Abuse Screen on 22 Aug 2017

Collection Date:          22 Aug 2017                    Site/Specimen:        URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Cocaine | NEGATIVE | | (Negative) | |

**Interpretation:**
>300 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

-----------------------------------------------

| | | | |
|---|---|---|---|
| Amphetamines | NEGATIVE | | (Negative) |

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017

---

Interpretation:
>1000 ng/mL reported as positive
 For medical screening only. Unconfirmed screening results must not be used
 for non-medical purposes.

 ---------------------------------------------

| Barbiturates | NEGATIVE | (Negative) |
|---|---|---|

Interpretation:
 > 200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ---------------------------------------------

| Benzodiazepines | NEGATIVE | (Negative) |
|---|---|---|

Interpretation:
 >200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  ---------------------------------------------

| Opiates | NEGATIVE | (Negative) |
|---|---|---|

Interpretation:
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ---------------------------------------------

| Phencyclidine, UA | NEGATIVE | (Negative) |
|---|---|---|

Interpretation:
 >25 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  ---------------------------------------------

| Cannabinoids | NEGATIVE | (Negative) |
|---|---|---|

Interpretation:
 >50 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  ---------------------------------------------

| Methadone | NEGATIVE | (Negative) |
|---|---|---|

Interpretation:
 >300 ng/mL reported as positive. Unconfirmed screening results must not be
  used for non-medical purposes.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis         DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538         Created: 13 Nov 2017

**Oxycodone**                    NEGATIVE          ng/mL                  (Negative)

**Interpretation:**
  **Reporting limit 100 ng/mL**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  **Methodology:  Immunoassay**

***** End of Resulted Labs *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

# Radiology

***** End of Radiology *****

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

# Immunizations

| Vaccine | Series | VISVersion | Date | Manufacturer | Lot No. | Dose/Site | Exemption | Administered By |
|---|---|---|---|---|---|---|---|---|
| Influenza Seasonal, injectable quadrivalent - preservative free | 1 | 8/7/2015 | 16 Oct 2017 | SmithKline | P5472 | .5 mL/Right Arm | None | AGUGLIARO, ANTHONY J |

***** End of Immunizations *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ██ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

# Previous Encounters

## *08 Nov 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J*

Encounter ID:    BETH-30260377    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**       Date: **08 Nov 2017 1026 EST**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PAIN MGMT CL BE**        Provider: **SPEVAK,CHRISTOPHER J**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by SPEVAK,CHRISTOPHER J @ 08 Nov 2017 1027 EST

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
- not maternal uncle's history of referred here (Maternal Uncle)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant melanoma of the skin (General FHx)
- family history of father is alive (General FHx)
- family history of heart disease (General FHx)
- family history of cancer (General FHx)
- family history of mother is alive (General FHx)
- no family history of malignant neoplasm of large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- paternal history of preliminary background HPI [use for free text] (Father)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- no family history of chronic liver disease (General FHx)

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| ESZOPICLONE, 2 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY | NR | 02 Nov 2017 |

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ██ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 50**
AR 1516

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | MOUTH EVERY NIGHT *TAKE FOR TWO WEEKS WHEN YOU START CPAP * #0 RF0 |  |  |
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 02 Nov 2017 |
| HYDROXYZINE HCL, 10 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #0 RF1 | 1 of 1 | 16 Oct 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active |  | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active |  | NR | 05 Oct 2015 |

**A/P** Written by SPEVAK,CHRISTOHER J @ 08 Nov 2017 1027 EST

**1. Alcohol dependence, uncomplicated**: S:  The SM participated in a weekly group discussion about medical perspectives on substance use disorders. Topics of this group range from the history of substance use, psychoeducation on substance use disorders, recent medical advances in understanding substance use disorders and treatments. Participants were also encouraged to discuss their own personal perspectives on the topics discussed.
O: SM arrived on time for group and was dressed appropriately for the setting. The SM was oriented x3
Appearance: neat and clean    Behavior: Appropriate, engaged in group
Speech: WNL        Thoughts: WNL
Mood:  Good        Affect: Congruent
Insight: Fair        Judgment: Fair
SI/HI/AVH: None Reported    Med/Pain Issues: None Reported
A: SM actively participated in group. Participants were respectful of each other's perspectives and exhibited understanding of the topic as evidenced by group discussions. Participants were encouraged to ask questions and were answered accordingly.
P:  Next medical group to will continue to build upon the topics already discussed and explore new approaches to treatment. Participants will follow up with their primary psychiatric/medical providers with any specific concerns about their personalized treatment plans.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

**Disposition** Written by SPEVAK,CHRISTOHER J @ 08 Nov 2017 1027 EST
**Released w/o Limitations**
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  SPEVAK, CHRISTOHER J** (Physician) @ 08 Nov 2017 1027

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

---

*08 Nov 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-30278125    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **08 Nov 2017 0900 EST**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Note Written by PAUL,SHERIN @ 09 Nov 2017 1129 EST

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:    Daniel Anderson (previously Merwin)
Patient last 4:    0538
Appt #:    Intake + 16
Therapy time:    60 minutes
E&M time:    60 minutes

## Identifying Data:    32-year-old, Single, Caucasian, Male

## Military Data:
Branch:    USN
Rank:    PO1
MOS:    CTN
TIS:    11-years
Deployments:    N/A
Deployment Related:    N/A
Trauma:    N/A
WTU:    N/A
MEB in progress:    N/A
AdmSep in progress:    N/A
Special Clearance:    Yes

## Presenting Problem:

Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|-----------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: CBT**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He stated that he missed his last appointment due to complications with GI issues. Patient reported that he is feeling less depressed this week. He attributes this to positive interactions with dating partner and developing new interests. Patient stated that he and his dating partner have been spending a lot of time together and she plans to move in with him. Therapist and patient discussed impulsive decision making but patient feels that this is a positive thought out direction forward. He stated that it helps him socialize and is a source of emotional support. Patient expressed interest in gardening and identified wanting to develop a hydroponic system for growing plans indoors. Patient has also been pursing treatment with medical marijuana for anxiety and GI issues.

**Response to treatment:** [ ] None   **[ X ] Some**   [ ] Significant   [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No suicidal/homicidal thought/intent/plan reported.

## ASSESSMENT

### Diagnosis:
Axis I:    Generalized Anxiety Disorder

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 54**
AR 1520

**Medical Record**

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-████   DoD ID: 1286180538       Created: 13 Nov 2017

Major Depressive Disorder, Single Episode, Moderate
Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**


## Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | No |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

History of Harm to Others:  No history of harm to others.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High

# TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

***Setting:*** **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

***Safety Plan:***
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

***Treatment Team:***
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

***Date last updated:*** 27 September 2017
***Reviewed with patient on:*** 27 September 2017
***Does patient agree with plan?*** Yes

***Problem #1*** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient does not report any suicidal ideation.**

***Problem #2*** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors. He reports less depressive symptoms.**

***Follow-up's scheduled:*** 2-weeks

***Referrals made today:***
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

***Military Specific Interventions:***
1. The Command **WAS** directly notified of the current condition of the patient.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

**Patient going through MEB.**

**A/P** Written by PAUL,SHERIN @ 09 Nov 2017 1129 EST
**1. Generalized anxiety disorder**
            Procedure(s):              -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 09 Nov 2017 1130 EST
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 09 Nov 2017 1130

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *08 Nov 2017 at WRNMMC, ATS Adult BE by RAGLAND, MARY*

Encounter ID:    BETH-30265161    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **08 Nov 2017 0730 EST**    Appt Type: **GRP**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **RAGLAND,MARY**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOP
**Appointment Comments:**
ctc

**S/O Note** Written by DAVIS,KRISTEN KATHLEEN @ 08 Nov 2017 1418 EST
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: Process Group (0730-0845)
      S: Topics discussed: Introductions; differences between military branches, communities and commands; the impact of alcohol use on stress. SM discussed with other group members the differences between their commands and feelings of frustration regarding administrative procedures. SM shared in detail what brought him to ATS this time and the first time. SM acknowledged that his alcohol use contributed to the work stress he experienced prior to entering treatment. The session ended with group members sharing their plans for the holiday weekend and if they had concerns to present to the group. SM stated that he is having friends over this weekend and identified grilling as one of his triggers. He reported that his house is dry and that his girlfriend is no longer drinking.

      O: SM arrived late to group. SM was oriented x3.

      Appearance: Appropriate  Behavior: Appropriate
      Speech: WNL            Thoughts: WNL
      Mood: Stable           Affect: Congruent
      Insight: Good          Judgment: Good
      SI/HI: None Current         Med/Pain Issues: None expressed

      A: SM is sharing openly and honestly with the group. SM provides appropriate feedback and appears committed to his recovery.

      P: SM will continue with group as assigned.
      .

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 09 Nov 2017 0834 EST
**History of present illness**
      The Patient is a 32 year old male.
SM was not present for Finding Meaning group 1000-1045.

**Note** Written by RAGLAND,MARY @ 08 Nov 2017 1326 EST
## Mind-Body Group, Session #1: Meditation    1100-1155
**S:** Psychoeducation re: meditation. This therapist taught definition and principles of meditation. Facilitator instructed participants in three basic sitting postures with variations. Practiced 20 minutes of sitting meditation, participants instructed to focus on counting their breath while maintaining erect yet relaxed posture. Discussed this experience.
**O:** Ct arrived on time for group. Alert/oriented x 3.
            Appearance:  Clean            Behavior:  Appropriate
            Speech:  WNL                Thoughts:  Logical
            Mood:  Stable                Affect:  Congruent

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 58**
AR 1524

Insight: Good                          Judgment: Good
SI/HI:  None                           Med/Pain Issues: None

**A:** Ct participated appropriately in discussion and activity.

**P**: Ct will attend next group as scheduled.

A/P Written by RAGLAND,MARY @ 13 Nov 2017 0949 EST
**1. Alcohol dependence, uncomplicated**
    Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

Disposition Written by RAGLAND,MARY @ 13 Nov 2017 0950 EST
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic.

---

Signed By  **RAGLAND, MARY** (Physician) @ 13 Nov 2017 0950

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *06 Nov 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-30228910    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **06 Nov 2017 1300 EST**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
ctc

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 06 Nov 2017 1352 EST
**History of present illness**
       The Patient is a 32 year old male.
Focus Of Session: Judgement & Fellowship
S) SM stated he had been thinking about a gardening invention and planned to spend some time working on this in the future. SM stated he has found himself being more productive and distracted by healthy hobbies recently. SM reported that he doesn't feel he's getting as much out of IOP due to the redundancy. SM and this writer discussed ways to reframe this thought as to stay as engaged as possible. SM acknowledged that redundancy is necessary for learning and that something was missing from his first effort at recovery which is why he was unable to sustain it. SM identified that missing piece as support and stated that he now has support from his family, girlfriend and a couple friends. SM reported that he was unsure as to why sober support specifically is important in recovery but agreed to think about it and have some thoughts to discuss next session. SM denied any alcohol use or thoughts about drinking. SM denied SI/HI.
O) SM reported to session on time and was dressed casually. His mood was euthymic in session, affect congruent. SM's thoughts and behavior were appropriate.
A) SM is thoughtful when discussing his support system and relationships. SM demonstrates a lack of knowledge of parts of recovery as evidenced by his inability to identify why sober support is necessary in recovery, however, SM demonstrates good judgement in offering to brainstorm on this for homework.
Alcohol Use D/O, Severe
P) SM will follow up with social worker next week. SM will begin continue with ATS groups as scheduled.
.


**A/P** Written by HANGEMANOLE,DESPINA C @ 06 Nov 2017 1340 EST
**1. Alcohol dependence, uncomplicated**
          Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by HANGEMANOLE,DESPINA C @ 06 Nov 2017 1342 EST
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 06 Nov 2017 1352

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

---

### *06 Nov 2017 at WRNMMC, ATS Adult BE by BURTON, CARA N*

Encounter ID:    BETH-30222571    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**        Date: **06 Nov 2017 0730 EST**        Appt Type: **GRP**
Treatment Facility: **WALTER REED**        Clinic: **ATS ADULT BE**        Provider: **BURTON,CARA N**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOP
**Appointment Comments:**
ctc

**S/O Note** Written by BURTON,CARA N @ 06 Nov 2017 1021 EST
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Morning Process Group (0730-0845):
    S: Today's session was begun by completing introductions as there were two new group members beginning the IOP Program today. Each group member took turns sharing their names, military history as well as what led to their engagement in substance abuse treatment. Additional time was spent discussing attendance at meetings, including both AA and SMART Recovery. Group members also spent some time sharing how their mental health symptoms (such as PTSD, depression and anxiety) have increased in early sobriety. Group members engaged easily with one another and appeared to relate well and share spontaneously throughout the session. This SM shared openly about his titration off his medicine and also shared about potential triggers with drinking. He was actively engaged throughout the session.
    O: SM arrived on time for group and was oriented x3.
    Appearance: Neat, clean, dressed appropriately to season in civilian clothing
    Behavior: Appropriate, engaged, talkative
    Speech: WNL
    Thoughts: WNL
    Mood: Euthymic, stable
    Affect: Congruent
    Insight: Fair
    Judgment: Fair
    SI/HI: None reported
    Med/Pain Issues: None expressed
    A: SM is engaged during sessions and can sometimes go off topic for some time but is easily redirected. He appears motivated to maintain abstinence.
    P:  SM will continue with IOP groups as scheduled.

**S/O Note** Written by LESKO,STACEY BETH @ 07 Nov 2017 0731 EST
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Risky Drinking Group: 1115-1200
    S: The group reviewed the concept of risky drinking and what constitutes 'low risk' drinking vs. 'high risk' drinking.  Group members watched the second part of HBO's documentary 'Risky Drinking' that highlighted a man's struggle with excessive drinking and the impact on his family and overall wellbeing.  Group members discussed what they viewed in relation to the consequences of high-risk drinking and related it to their own life experiences.
    O: SM arrived on time for group. SM was oriented x3.
    Appearance: Appropriate Behavior: Appropriate
    Speech: WNL                    Thoughts: WNL
    Mood:  Euthymic                Affect: Congruent
    Insight: Good                  Judgment: Good
    SI/HI: None Current            Med/Pain Issues: None expressed
    A: SM actively engaged in discussion and provided and received feedback appropriately.
    P:  SM will continue with IOP as planned.

**S/O Note** Written by FOBIZSHI,MACANGELO M @ 07 Nov 2017 1146 EST
**History of present illness**
    The Patient is a 32 year old male.

---

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

He reported: Encounter Background Information: Seeking Safety Group
Group 1000-1115:
S: SM actively participated in the seeking safety group.  SM reviewed coping skills, and commitments made at the previous group session. SM denies substance use or any unsafe behavior since the last group session. Today's group topic was focused identifying healthy and unhealthy relationship beliefs and learning how to cultivate a healthy relationship. The group members reviewed the relationship beliefs listed in the handout and discussed the ones that they could relate to. SM reports poor communication skills in the past. SM states that he never took time to understand situations and make better decisions. SM states that this affected his relationship with his roommate. SM reports effort to improve communication skills and healthy relationship. The group discussed how to change some of the unhealthy belief to improve their relationship and fortify their recovery. At the end of the group session, the group members were asked to fill out a commitment sheet: good coping skills and a commitment they will complete before the next group session.
O: Group member reported on time. SM was interactive in the group.
Behavior: Appropriate
Psychosis:  None evident
Speech:  WNL
Thoughts: Clear, organized
Mood:  Positive
Affect:  Congruent
SI/HI:  None expressed
Pain:  None indicated
A: SM appeared open to the training environment and attempted to execute commands.  No evidence of SI/HI.P.


**S/O Note** Written by HARDIN,JAMES G @ 09 Nov 2017 1009 EST
**History of present illness**
    The Patient is a 32 year old male.
Relapse Prevention Group~Focus of Session: Managing Stress
S) SM participated in the group discussion about stress, coping with stress, and how stress can impact physical/psychological health and decision making.  We discussed the idea of having a "background" stress level and how to decrease it.  SM talked about past experiences with meditation and how it has helped.  We discussed how by making a consistent effort we can improve our stress levels so that we are less likely to experience difficult events as a crisis.~O) Appearance: uniform          Behavior: Appropriate

|  |  |
|---|---|
| Speech: WNL | Thoughts: WNL |
| Mood: fair | Affect: Congruent |
| Insight: Fair/good | Judgment: fair/good |
| SI/HI: None Current | Med/Pain Issues: None |

A) SM seems invested in the group at this time.
P)  Next relapse prevention group will discuss effective communication
.


**A/P** Last Updated by BURTON,CARA N @ 06 Nov 2017 1028 EST
**1. Alcohol dependence, uncomplicated**
    Procedure(s):        -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Last Updated by BURTON,CARA N @ 06 Nov 2017 1028 EST
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will continue attending groups.


**Signed By  BURTON, CARA N** (Licensed Clinical Social Worker) @ 09 Nov 2017 1102

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *03 Nov 2017 at WRNMMC, ATS Adult BE by LESKO, STACEY B*

Encounter ID:    BETH-30204077    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **03 Nov 2017 0730 EST**    Appt Type: **GRP**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **LESKO,STACEY BETH**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LESKO,STACEY B @ 03 Nov 2017 1024 EST

**Allergies**
•No Known Allergies

**Reason for Appointment:**
IOp
**Appointment Comments:**
ctc

**S/O Note** Written by LESKO,STACEY BETH @ 03 Nov 2017 1024 EST
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: Process Group: 0730-0845
　　S: The group discussed several topics today to include job challenges, incorporating a community program into one's recovery, and the impact of a life changing event (suicide attempt and car accident) on their thinking moving forward.  Lastly, some discussion around the idea of putting oneself in high risk situations and how eventually the ability to abstain may get harder and harder.
　　O: SM arrived on time for group. SM was oriented x3.
　　Appearance: Appropriate Behavior: Appropriate
　　Speech: WNL　　　　　　　Thoughts: WNL
　　Mood:  Euthymic　　　　　Affect: Congruent
　　Insight: Fair　　　　　　　Judgment: Fair
　　SI/HI: None Current　　　　Med/Pain Issues: None expressed
　　A: SM participated appropriately in group today, both giving and receiving feedback.
　　P:  SM will continue with IOP groups as planned.

**S/O Note** Written by LESKO,STACEY BETH @ 03 Nov 2017 1024 EST
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: Educational Group:  Recovery Toolbox 0900-0945
　　Session #1: Types of Community Recovery Support Meetings
　　S: Psychoeducation re: what are Community Recovery Support Group meetings, types of 12-step groups, SMART Recovery and Celebrate Recovery. Lists of available meetings provided, as well as how to locate meetings. Discussed purpose of Community Recovery Support Groups, differences between treatment and Community Recovery Support Groups, and members' prior experiences with Community Recovery Support Groups.
　　O: SM arrived on time for group.
　　Appearance:  Clean　　　　　Behavior:  Appropriate
　　Speech:  WNL　　　　　　　Thoughts: Logical
　　Mood:  Stable　　　　　　　Affect:  Congruent
　　Insight: Good　　　　　　　Judgment: Good
　　SI/HI:  None　　　　　　　Med/Pain Issues: None
　　A: SM interacted effectively with the group. SM gave and accepted feedback positively. SM demonstrates commitment to recovery.
　　P: SM will attend next group as scheduled.

**S/O Note** Written by FOBIZSHI,MACANGELO M @ 06 Nov 2017 0654 EST
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: Encounter Background Information: Creative Art Therapy Group

---

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 63**
AR 1529

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

Group 1115 - 1200:

S: SM actively participated in the Creative Art Therapy Group.  The group activity was painting. The Instructor explained how painting could be used as therapeutic recreation to release emotions and tension. The instructor provided art material and allowed the group member time to paint. The group discussed their individual paintings and its significance.

O: Group member reported on time. SM was interactive in the group.

Behavior: Appropriate

Psychosis:  None evident

Speech:  WNL

Thoughts: Clear, organized

Mood:  Positive

Affect:  Congruent

SI/HI:  None expressed

Pain:  None indicated

A: SM appeared open to the training environment and attempted to execute commands.  No evidence of SI/HI.P: SM will continue group next week.

**S/O Note** Written by DELEON,PATRICK D. @ 08 Nov 2017 1156 EST

**History of present illness**

The Patient is a 32 year old male.

S: Intensive Outpatient Program Seeking Safety group, topic "Healing from Anger." Time 1000-1100. Discussion of constructive vs. destructive forms of anger, unmet needs that often/usually underlie anger, skills and strategies for managing anger without acting out in ways that make it worse. SM reports ongoing sobriety, identifies himself as having a significant anger problem both towards others and towards himself. SM discussed manageable level of stress with girlfriend moving into his apartment, communication about potential issues, set commitment to cook, plan meals for the week, finish painting rooms in his house over the weekend.

O: Client arrived on time to session. Alert and oriented x 3.

Appearance: Appropriate

Behavior: Appropriate

Speech: Within Normal Limits

Thoughts: Logical, linear, goal-directed

Mood: Anxious

Affect: Congruent

Insight: Fair

Judgment: Fair

SI/HI: None reported

Med/Pain Issues: Irritable Bowel Syndrome

A: SM actively engaged in group discussion, thoughtful about larger causes of anger and childhood experiences and trauma that influence him today, as well as specific strategies to address present.

P: Continue in Intensive Outpatient Program, next Seeking Safety group 6 Nov.

**A/P** Last Updated by LESKO,STACEY B @ 03 Nov 2017 1027 EST

**1. Alcohol dependence, uncomplicated** F10.20

Procedure(s):        -(S9480) INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Written by LESKO,STACEY B @ 08 Nov 2017 1346 EST

**Released w/o Limitations**

**Follow up:**  in the ATS ADULT BE clinic.

**Signed By  LESKO, STACEY B** (Medical Social Worker, 301-319-7824) @ 08 Nov 2017 1346

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *02 Nov 2017 at WRNMMC, GI Clinic Bethesda by BRIDGES, EDWARD E*

Encounter ID:  BETH-30188360  Primary Dx:  Irritable bowel syndrome with diarrhea

Patient: **ANDERSON, DANIEL DENNIS**  Date: **02 Nov 2017 1040 EST**  Appt Type: **T-CON***
Treatment Facility: **WALTER REED**  Clinic: **GI CL BE**  Provider: **BRIDGES,EDWARD E**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**  Call Back Phone: ███████

**Reason for Telephone Consult:**Written by KIRBY,JAMAYA K @ 02 Nov 2017 1040 EST
Patient would like you to call him about medication.

**A/P** Written by BRIDGES,EDWARD E @ 03 Nov 2017 1843 EST
**1. Irritable bowel syndrome with diarrhea**: 32M with history of IBS-D.  He reports his psychiatrist is taking him off all medications now and is requesting marinol for his diarrhea based off his review of research.  I told him to send me his research and we would re-assess.

**Disposition** Written by BRIDGES,EDWARD E @ 03 Nov 2017 1843 EST

---

Signed By  BRIDGES, EDWARD E (Physician) @ 03 Nov 2017 1843

---

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 65**
AR 1531

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■ 1985  SSN: ***-**-■■    DoD ID: 1286180538    Created: 13 Nov 2017

---

## *02 Nov 2017 at WRNMMC, Occup Therap TBI Be by NAVARRO, CARA A*

| | | |
|---|---|---|
| Encounter ID:     BETH-30189154 | Primary Dx: | Major depressive disorder, recurrent, moderate |

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **02 Nov 2017 0900 EST**
Clinic: **OCCUP THERAP TBI BE**

Appt Type: **PROC**
Provider: **NAVARRO,CARA A**

**AutoCites** Refreshed by NAVARRO,CARA A @ 02 Nov 2017 1105 EST

**Family History**
•family medical history (General FHx)
•paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
•not maternal uncle's history of referred here (Maternal Uncle)
•family history of supplemental HPI [use for free text] (General FHx)
•no family history of malignant melanoma of the skin (General FHx)
•family history of father is alive (General FHx)
•family history of heart disease (General FHx)
•family history of cancer (General FHx)
•family history of mother is alive (General FHx)
•no family history of malignant neoplasm of large intestine (General FHx)
•no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
•paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
•paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
•paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
•paternal history of preliminary background HPI [use for free text] (Father)
•family history of test conclusions [Use for free text] (General FHx)
•family history of diabetes mellitus (General FHx)
•family history of mental illness (not retardation) (General FHx)
•family history of the options include referral (General FHx)
•family history of patient counseling (General FHx)
•fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
•no family history of chronic liver disease (General FHx)

**Reason for Appointment:**
rec therapy
**Appointment Comments:**
can

---

**Medical Record**

Anderson, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 13 Nov 2017

**Questionnaire AutoCites** Refreshed by NAVARRO,CARA A @ 02 Nov 2017 1105 EST
**Questionnaires**

**A/P** Written by NAVARRO,CARA A @ 02 Nov 2017 1122 EST
**1. Major depressive disorder, recurrent, moderate**
          Procedure(s):          -Phys Ther Ed Community Reintegration Training - Per 15 Min x 2

**Disposition** Written by NAVARRO,CARA A @ 02 Nov 2017 1125 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: continue with services

**Note** Written by NAVARRO,CARA A @ 02 Nov 2017 1122 EST
**Recreational Therapy**
**Recreational Therapy Program**
**Name: Anderson, Daniel P02**
**Date: 02 Nov 2017**
**Time:** 97537 x  30 MIN
**Place:** Occupational Therapy Clinic
**Intervention:** Recreational Therapy Initial assessment
**Diagnosis:**  MDD
**Pain:**  SM reports 4/10 in intestinal/stomach due to IBS
**Fall Risk: no**
**Education/ Counseling:** Patient educated on sports and recreation adaptive equipment,
techniques and resources pre and post rehabilitation.


**Referring Provider: Dr. Paul**
**Provisional Diagnosis: Major depressive disorder, recurrent, moderate**
**Reason for Request:  Patient would benefit from additional coping skills and building
 positive monitored socialization skills**


Phone: ████████
Email: ████████gmail.com
Branch / Rank:  Navy/ P02

**SM arrives on time, groomed well and presents in a pleasant mood.
SM discusses current stressors and strategies he is using for managing himself.  SM
declines Recreational Therapy services at this time due to the stress of travel and trying
to implement lifestyle changes on his own.  SM was provided with community
recommendations and mindfulness app to try on his phone.  SM appreciated resources
and has Rec Therapist contact information if needing services in the future.**



**PLAN:**

1.  Patient will not receive Recreational Therapy services at this time.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

---

**Signed By  NAVARRO, CARA A** (Certified Therapeutic Recreation Specialist, Occupational Therapy WRNMMC) @ 02 Nov 2017 1126

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*01 Nov 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-30174458     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **01 Nov 2017 1300 EST**
Clinic: **PSYCHIATRY BE**

Appt Type: **FTR**
Provider: **TOBAR,EDEN T**

<u>AutoCites</u> Refreshed by TOBAR,EDEN @ 01 Nov 2017 1322 EST

**Allergies**
•No Known Allergies

**Vitals**
<u>Vitals</u> Written by LO,BAO-KHANG CONG @ 01 Nov 2017 1239 EDT
 BP: 132/70, HR: 82, RR: 16, HT: 70 in, WT: 200 lbs, BMI: 28.7, BSA: 2.087 square meters, Tobacco Use: No, Alcohol Use: No,
Pain Scale: 0 Pain Free

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
<u>Vitals</u> Written by LO,BAO-KHANG C @ 01 Nov 2017 1239 EDT
 BP: 132/70,   HR: 82,   RR: 16,   HT: 70 in,   WT: 200 lbs,   BMI: 28.7,   BSA: 2.087 square meters,   Tobacco Use: No,
Alcohol Use: No,   Pain Scale: 0 Pain Free

<u>Note</u> Written by TOBAR,EDEN @ 01 Nov 2017 1652 EST
**Followup Note**

Patient: Daniel Anderson (previously Merwin)     Gender:   M
DOB: ███ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #14
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy          Rank:               MOS: CTN              TIS: 11 yrs
UIC:          Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No     # Deployments: 1     Months Deployed: 36
WTU: No          MEB: No               AdmSep: No
Special Clearance: Yes               Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes               Work Colleague Problems: No
Anger Problems: Yes                    Spouse/Sig Other Problems: No
Legal Problems: No                    Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 69**
AR 1535

**Medical Record**

Anderson, Daniel Dennis      DOB:      1985  SSN: ***-**-      DoD ID: 1286180538      Created: 13 Nov 2017

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                        Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up appt.  We last met five weeks ago, at which time we initiated a cross-taper of Effexor xr 225 mg po qam to Cymbalta 60 mg po daily as pt didn't think Effexor was helpful and GI had suggested he try Cymbalta to also help his IBS instead.  Two weeks ago pt called this provider and stated he was having withdrawal symptoms from coming off of Effexor after taper so we restarted Effexor xr 37.5 mg po qam.  Today pt states the withdrawal brain zaps went away after he resumed the 37.5 mg daily but he started taking it every other day on 29OCT and the zaps have returned.  He doesn't think Cymbalta 60 mg  has been helpful, though he continues to take it. He had TMS and completed his course of treatment with it at IOP.  HE is not sure if it was helpful. Reviewed phq9 and gad7 scores which are virtually unchanged from last visit. HE does think he is feeling a little better since starting a romantic relationship with a woman about 10 years older than him who has a 16 year old daughter. He finds spending time with them enjoyable and helps his mood.  He has not drank since we last met and hasnot been taking naltrexone. He denies cravings. HE tried hydroxyzine 10 mg prn anxiety and didn't find it helpful for acute anxiety.  He denies suicidal thoughts.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.' He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. He says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min             Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18
19JUL17 phq9= 20 (#9=1); gad7= 18
27JUL17 phq9= 16 (#9=0); gad7= 16
09AUG17 phq9= 15 (#9=0); gad7= 16
06SEP17 phq9= 19 (#9=1); gad7= 19
27SEP17 phq9= 18 (#9=0); gad7= 17
01NOV17 phq9= 18 (#9=0); gad7= 16

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                              Yes
Over lifetime, Suicidal Thoughts?                                            Yes
Over lifetime, Suicidal Thoughts with Method?        Yes
Over lifetime, Suicidal Intent?                                               Yes
Over lifetime, Suicide Intent with Specific Plan?     Yes
Over lifetime, Suicide Behavior?                              Yes        Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                       1-3 months ago
Suicidal Thoughts Duration?                                            Less than 1 hour
Suicidal Thought Frequency?                                            Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male                                     [ ] History of family/friend suicide
[ ] Chronic medical conditions      [ x ] Impulsivity
[x ] History of abuse                      [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                       [x  ] Active treatment engagement
[ ] Good coping/problem solving skills    [x  ] Hopefulness present

**Medical Record**

[ ] Faith/religion commitment        [ ] Positive future orientation

**Allergies:**nkda

**Medications:**
HYDROXYZINE HCL, 10 MG, TABLET, ORAL        TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY
AS NEEDED NAUSEA/ANXIETY        1        Active    16 Oct 2017@0001
DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL  TAKE ONE CAPSULE BY MOUTH EVERY DAY    1        Ordered
Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic    INSTILL 1 DROP IN EACH EYE FOUR
TIMES A DAY AS NEEDED FOR DRYNESS        2        Ordered   27 Sep 2017@0001
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL  TAKE 2 BY MOUTH EVERY DAY        2        Active
PROBIOTIC (VSL#3) DS--PO PACK        TAKE ONE PACKET BY MOUTH EVERY DAY        1
        Active    06 Jun 2017@0001
SIMETHICONE, 80 MG, TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY
AS NEEDED FOR GAS        2        Active    18 May 2017@0001
HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL        DISSOLVE 1 TABLET UNDER
TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN        3        Active
        10 May 2017@0001
Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral        TAKE ONE SCOOP EVERY DAY MIXED
IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY  3        Active    10 May
2017@0001
IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL    DRINK 20ML (400MG) EVERY FOUR HOURS FOR
BASELINE PAIN CONTROL    1        Active    28 Apr 2017@0001

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin
Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and
Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol
and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost
custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
        Neurotic excoriation (scalp picking when anxious)
        Asthma during childhood
        Allergic response to pets
        Recurrent intestinal pain (possibly lactose intolerance)
        PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes        Cups/Day Equivalent: 4
Tobacco/e-cigs: none        PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine
per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were
divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.

Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.

Highest level of education achieved is: High School graduate.

Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.

Patient reports religion, faith or spirituality DO NOT play an important role in life.

Social support reported as satisfactory.

Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**

Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure

Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)

Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**

Community Resources Used: None

Patient denies treatment team needs to be aware of specific ethnic/cultural issues.

Learns best by: Pictures. Learning is adversely affected by: None.

Patient would not like family members involved in care.

Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**

Appearance: Neatly groomed in casual clothing.

Behavior/Orientation: Polite, and cooperative.

Abnormal Movements:normal gait. No abnormal movements apparent.

Rapport:fair

Speech:talkative

Mood:dysphoric

Affect:full

Thought Process: circumstantial

Thought Content: denies current suicidal intent/HI/AVH

Judgment: fair

Insight:fair

Impulsivity: none at time of interview

Cognition:grossly intact

Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM    49 | U/L    (10.0-71.0) | | |

| Hepatic Function Panel | | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin    SERUM    4.9 | g/dL | (3.5-5.2) | | | |
| Alkaline Phosphatase | SERUM    58 | U/L    (40-129) | | | |
| Alanine Aminotransferase | SERUM    34 | U/L    (0-41) | | | |
| Aspartate Aminotransferase | SERUM    24 | U/L    (0-40) | | | |
| Bilirubin    SERUM    0.3 | mg/dL | (0.15-1.2) | | | |
| Bilirubin Direct    SERUM | <0.2 | mg/dL    (0.0-0.3) | | | |
| Protein    SERUM    7.6 | g/dL | (6.6-8.7) | | | |

| Basic Metabolic Panel | | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen    SERUM | 14.8 | mg/dL | (6-20) | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) |
| Chloride | SERUM | 98 | mmol/L | (98-107) |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) |
| Glucose | SERUM | 89 | mg/dL | (74-106) |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) |
| Sodium | SERUM | 139 | mmol/L | (136-145) |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) |

| CBC W/Diff | | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng | |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: █████ 1985  SSN: ***-**-████   DoD ID: 1286180538        Created: 13 Nov 2017

Bilirubin   SERUM   0.4       mg/dL     (0.15-1.2)
Urea Nitrogen        SERUM   13.8      mg/dL     (6-20)
Calcium   SERUM   9.7       mg/dL     (8.6-10.2)
Carbon Dioxide      SERUM   29        mmol/L    (22-29)
Chloride   SERUM   98        mmol/L    (98-107)
Creatinine SERUM   0.96      mg/dL     (0.7-1.2)
Glucose   SERUM   89        mg/dL     (74-106)
Potassium            SERUM   4.4       mmol/L    (3.5-5.1)
Protein   SERUM   7.6       g/dL      (6.6-8.7)
Sodium   SERUM   141       mmol/L    (136-145)
Anion Gap            SERUM   14        mmol/L    (7-16)
GFR Calculated Non-Black      SERUM   105.6     mL/min    (60->=60)
GFR Calculated Black          SERUM   122.1 <i> mL/min    (60->=60)
Aspartate Aminotransferase    SERUM   20        U/L       (0-40)

ETG/ETS, UA (250 Cut-Off)    Site/Specimen      02 Feb 2016 1406   Units      Ref Rng
Ethyl Glucuronide   URINE   Negative <i>       ng/mL      Cutoff=250

Drug Abuse Screen  Site/Specimen    02 Feb 2016 1406   Units      Ref Rng
Amphetamines        URINE   NEGATIVE <i>              (Negative)
Barbiturates          URINE   NEGATIVE <i>              (Negative)
Benzodiazepines     URINE   NEGATIVE <i>              (Negative)
Cocaine   URINE   NEGATIVE <i>         (Negative)
Opiates   URINE   NEGATIVE <i>         (Negative)
Phencyclidine, UA   URINE   NEGATIVE <i>              (Negative)
Cannabinoids         URINE   NEGATIVE <i>              (Negative)
Methadone            URINE   NEGATIVE <i>              (Not-Detected)
Oxycodone            URINE   NEGATIVE <i>       ng/mL      (Negative)

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[ x  ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 13 Nov 2017

Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will continue medication
Interventions:   Stop taking Effexor XR 37.5 mg po qam.  Continue Cymbalta 60 mg daily.  Consider taper off at next visit if it still is not helpful.  May increase hydroxyzine to 20 mg po daily prn anxiety since he has not tried this dose yet, though I told him he could .
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm-met
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will abstain from drinking
Objective: pt will refrain from alcohol use
Intervention: discontinue naltrexone 50 mg po daily, which he has already stopped taking a month ago.  Normal b12 panel drawn after July 2017 visit.  He continues with ATS.
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [  ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of medication plan with patient who stated understanding and agreement with plan. Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Follow-up: one month
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.


**A/P** Written by TOBAR,EDEN @ 02 Nov 2017 1011 EST
**1. Generalized anxiety disorder**: Med management 25 minutes; supportive therapy 25 minutes
        Procedure(s):          -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1


**Disposition** Written by TOBAR,EDEN @ 02 Nov 2017 1011 EST
**Released w/o Limitations**
**Follow up:** 1 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Note** Written by TOBAR,EDEN @ 01 Nov 2017 1359 EST
**Additional A/P Information:**
Discontinued NALTREXONE--PO 50MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY
**Note** Written by TOBAR,EDEN @ 01 Nov 2017 1359 EST
**Additional A/P Information:**
Discontinued VENLAFAXINE XR--PO 37.5MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY MORNING


**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 02 Nov 2017 1012

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985   SSN: ***-**-███   DoD ID: 1286180538     Created: 13 Nov 2017

**Medical Record**

| | | |
|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538   Created: 13 Nov 2017 |

*01 Nov 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J*

Encounter ID:   BETH-30172775      Primary Dx:      Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**      Date: **01 Nov 2017 1115 EST**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PAIN MGMT CL BE**      Provider: **SPEVAK,CHRISTOPHER J**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by SPEVAK,CHRISTOHER J @ 01 Nov 2017 1116 EST

| Problems | Family History | Allergies |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •family medical history (General FHx) | •No Known Allergies |
| •Counseling, unspecified Z71.9 | •paternal aunt's history of reason for visit | |
| •EXAM/ASSESSMENT, | [use for free text] (Paternal Aunt) | |
| OCCUPATIONAL, SERVICE | •not maternal uncle's history of referred | |
| MEMBER PERIODIC HEALTH | here (Maternal Uncle) | |
| ASSESSMENT (PHA) DOD0225 | •family history of supplemental HPI [use | |
| •ALCOHOL DEPENDENCE WITH | for free text] (General FHx) | |
| CONTINUOUS DRINKING | •no family history of malignant melanoma | |
| BEHAVIOR | of the skin (General FHx) | |
| •MAJOR DEPRESSION RECURRENT | •family history of father is alive (General | |
| MODERATE | FHx) | |
| •ANXIETY DISORDER NOS | •family history of heart disease (General | |
| •Left ankle joint pain | FHx) | |
| •NEUROTIC EXCORIATION | •family history of cancer (General FHx) | |
| •ANKLE SPRAIN LEFT | •family history of mother is alive (General | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | FHx) | |
| •ANOMALIES OF SKIN | •no family history of malignant neoplasm of | |
| •Abdominal pain | large intestine (General FHx) | |
| •ASTHMA | •no family history of malignant neoplasm of | |
| •POSTSURGICAL STATE OF EYE AND | the gastrointestinal tract (General FHx) | |
| ADNEXA | •paternal grandfather's history of | |
| •Difficulty breathing (dyspnea) | preliminary background HPI [use for | |
| •SKIN NEOPLASM UNCERTAIN | free text] (Paternal Grandfather) | |
| BEHAVIOR | •paternal grandmother's history of | |
| •Removal Of Sutures | preliminary background HPI [use for | |
| •ASTHMA EXTRINSIC | free text] (Paternal Grandmother) | |
| •ROSACEA | •paternal grandmother's history of HPI [use | |
| •PERIPHERAL RETINAL | for free text] (Paternal Grandmother) | |
| DEGENERATION - LATTICE | •paternal history of preliminary background | |
| •REFRACTIVE ERROR - MYOPIA | HPI [use for free text] (Father) | |
| •ALLERGIC RHINITIS | •family history of test conclusions [Use for | |
| | free text] (General FHx) | |
| | •family history of diabetes mellitus | |
| | (General FHx) | |
| | •family history of mental illness (not | |
| | retardation) (General FHx) | |
| | •family history of the options include | |
| | referral (General FHx) | |
| | •family history of patient counseling | |
| | (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for | |
| | s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease | |
| | (General FHx) | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| HYDROXYZINE HCL, 10 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #0 RF1 | 1 of 1 | 16 Oct 2017 |
| VENLAFAXINE HCL, 37.5 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY MORNING | NR | 16 Oct 2017 |

| | | |
|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538   Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 78
AR 1544

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

#0 RF0

| | | | | |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**A/P** Written by SPEVAK,CHRISTOHER J @ 01 Nov 2017 1116 EST
**1. Alcohol dependence, uncomplicated:** S:  The SM participated in a weekly group discussion about medical perspectives on substance use disorders. Topics of this group range from the history of substance use, psychoeducation on substance use disorders, recent medical advances in understanding substance use disorders and treatments. Participants were also encouraged to discuss their own personal perspectives on the topics discussed.
O: SM arrived on time for group and was dressed appropriately for the setting. The SM was oriented x3
Appearance: neat and clean   Behavior: Appropriate, engaged in group
Speech: WNL          Thoughts: WNL
Mood:  Good          Affect: Congruent
Insight: Fair          Judgment: Fair
SI/HI/AVH: None Reported     Med/Pain Issues: None Reported
A: SM actively participated in group. Participants were respectful of each other's perspectives and exhibited understanding of the topic as evidenced by group discussions. Participants were encouraged to ask questions and were answered accordingly.
P:  Next medical group to will continue to build upon the topics already discussed and explore new approaches to treatment. Participants will follow up with their primary psychiatric/medical providers with any specific concerns about their personalized treatment plans.

**Disposition** Written by SPEVAK,CHRISTOHER J @ 01 Nov 2017 1117 EST
**Released w/o Limitations**
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 79**
AR 1545

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

---

**Signed By  SPEVAK, CHRISTOHER J** (Physician) @ 01 Nov 2017 1117

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*01 Nov 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D.*

Encounter ID:    BETH-30175360    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **01 Nov 2017 0730 EST**    Appt Type: **GRP**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **DELEON,PATRICK D.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOP
**Appointment Comments:**
ctc

**S/O Note** Written by DAVIS,KRISTEN KATHLEEN @ 03 Nov 2017 0756 EST
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Process Group (0730-0845)
        S: Topics discussed: Introductions, recovery programs and goals for recovery. Group members discussed the different aspects of their recovery programs, if they are currently being developed or goals they have regarding recovery. SM arrived late to group and stated it was because of health reasons. SM was engaged in the group for the remainder of the session, offering constructive feedback to other group members. SM stated that right now in his recovery process, he is looking to deepen his relationships and is working to prevent opportunities of isolation.

        O: SM arrived 30 minutes late for group. SM was oriented x3.

        Appearance: Appropriate Behavior: Appropriate
        Speech: WNL            Thoughts: WNL
        Mood:  Stable          Affect: Congruent
        Insight: Good          Judgment: Good
        SI/HI: None Current        Med/Pain Issues: None expressed

        A: SM arrived late for group and was engaged in the group for the remainder of the session. SM is sharing openly and honestly with the group. SM gives appropriate feedback and appears dedicated to his recovery.

        P:  SM will continue with group as assigned.
        .

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 03 Nov 2017 0844 EST
**History of present illness**
        The Patient is a 32 year old male.
Educational Group:  Finding Meaning 1000-1045
Focus of Session: Defining Spirituality~S: The group discussed what spirituality means to them. SM explored basic issues of spirituality and how addiction affects spirituality. He shared that his definition of spirituality are similar to military values such as honesty and integrity. SM explored the practical applications of spirituality and acknowledged that practicing spirituality may be beneficial for recovery.
O: SM arrived on time for group.
Appearance:  Clean          Behavior:  Appropriate
Speech:  WNL            Thoughts:  Logical
Mood:  Stable            Affect:  Congruent
Insight: Good            Judgment: Good
SI/HI:  None            Med/Pain Issues: None~A: SM interacted effectively with the group. SM gave and accepted feedback positively. SM demonstrates commitment to recovery.~P: SM will attend next group as scheduled.
.

**Note** Written by RAGLAND,MARY @ 01 Nov 2017 1306 EST
**Mind-Body Group, Session #6: Walking Meditation 1100-1145**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**S:** Psychoeducation re: purposes of walking meditation, how walking and sitting meditation differ and compare. Watched video of Thich Nhat Hanh describing walking meditation. Group then went to lawn north of America Building to practice walking meditation for 20 min. Group discussed experience of walking meditation.
**O:** SM arrived on time for session. SM alert and oriented x 3.

Appearance: Appropriate for weather /situation
Behavior: Appropriate, engaged
Speech: WNL
Thoughts: WNL
Mood: Euthymic
Affect: Congruent
Insight: Intact
Judgment: Intact
SI/HI: None reported
Med/Pain Issues: None reported

**A:** SM participated in exercise and discussion.

**P:** SM to continue with group/IOP Tx.

**A/P** Written by DELEON,PATRICK D. @ 03 Nov 2017 1509 EST
**1. Alcohol dependence, uncomplicated** F10.20
      Procedure(s):     -(S9480) INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Written by DELEON,PATRICK D. @ 03 Nov 2017 1509 EST
**Released w/o Limitations**
**Follow up:**  in the ATS ADULT BE clinic. - Comments: Continue in Intensive Outpatient Program, next groups 3 Nov

**Signed By  DELEON, PATRICK D.** (Social Work Case Manager) @ 03 Nov 2017 1509

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*30 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by BILODEAU, NATALIE C*

Encounter ID:    BETH-30146266    Primary Dx:    Obstructive sleep apnea (adult) (pediatric)

Patient: **ANDERSON, DANIEL DENNIS**    Date: **30 Oct 2017 1556 EDT**    Appt Type: **T-CON***
Treatment Facility: **WALTER REED**    Clinic: **SLEEP (PULM) CL BE**    Provider: **BILODEAU,NATALIE C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**    Call Back Phone: ███████

**Reason for Telephone Consult:** Written by BILODEAU,NATALIE C @ 30 Oct 2017 1556 EDT
Called with results of sleep study
**Telephone Consult Comments:** Written by BILODEAU,NATALIE C @ 30 Oct 2017 1556 EDT
Very mild osa    hx depression  would like to try cpap

**A/P** Last Updated by BILODEAU,NATALIE C @ 30 Oct 2017 1609 EDT
**1. Obstructive sleep apnea (adult) (pediatric)**: Pt aware of sleep study results  very mild OSA  overall.

Reviewed treatment therapy  OA vs CPAP   He would like to try cpap. For excessive daytime sleepiness

Advised not to drive if sleepy.
    Medication(s):    -ESZOPICLONE--PO 2MG TAB - TAKE ONE TABLET BY MOUTH EVERY NIGHT TAKE FOR TWO
                         WEEKS WHEN YOU START CPAP #14 RF0
    Consult(s):    -Referred To: DME & MEDICAL SUPPLIES NET BE (Routine) Specialty: FAMILY PRACTICE/PRIMARY
                         CARE Clinic: REFERRAL MGMT CTR BE Provisional Diagnosis: Obstructive sleep apnea (adult)
                         (pediatric)

**Disposition** Last Updated by BILODEAU,NATALIE C @ 03 Nov 2017 1507 EST
**Administrative Options:** Consultation requested

**Note** Written by BILODEAU,NATALIE C @ 30 Oct 2017 1605 EDT
:

# VENDOR  BP GAMMA

      You have been diagnosed with obstructive sleep apnea (OSA). Treating your OSA with continuous positive airway pressure (CPAP) will improve your quality of sleep. You will need to combine the use of your CPAP with at least 7-8 of sleep 7 nights a week.
      Treating your sleep apnea will improve:  Memory, blood pressure, blood sugar, mood, daytime sleepiness, heartburn and erectile dysfunction.

# 1. How to get your CPAP machine

1.  Your provider has placed a DME order (Durable Medical Equipment) for a CPAP and supplies.

2.  In 3 business days BP GAMMA, your DME Vendor, will contact you. If they have not contacted you, you can call **their office at 301 874 3390 or 1 800 624 4134  to confirm that this CPAP order was approved and to coordinate pick up and/or delivery of this device.**  The Walter Reed CPAP Concierge office ( 301 400 1412)  will fax over needed paper work.

3.  Once you have a confirmed date for pick up, contact the clinic to schedule an appointment for a CPAP start up class.

# 1. CPAP START UP CLASS

A 2-3 hour group session held once a week where will receive education on your new diagnosis of sleep apnea and go over general information about CPAP while addressing issues you may have encountered. We encourage you to bring your CPAP machine to class.

**To schedule this appt:  Call 301 400 1412 or contact us via our website:** Internet search  >Sleep Disorder Walter Reed> Contact Sleep Medicine Staff located on the right side of webpage> Enter your contact info> Type of appointment> CPAP START UP".

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page 83**
AR 1549

**Medical Record**

Anderson, Daniel Dennis    DOB: ■ 1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 13 Nov 2017

Begin using your CPAP a few days before this scheduled class.

The use of a sleep aid, such as Ambien (zolpidem) or Lunesta (eszopiclone), is usually recommended for the first two weeks of CPAP use.  It is recommended that you treat any nasal congestion. If you have chronic nasal congestion from allergies, use Flonase(fluticasone nasal spray). If you have acute nasal congestion from a cold, over the counter Afrin (oxymetazoline nasal spray)  for a few night can be helpful.

# 2. Schedule follow-up

After the CPAP start up class, you will be scheduled into a CPAP follow appointment to evaluate CPAP data after 4-6 weeks of use.

*If you will **NOT** be attending this class, we recommend you call 301 295 6289 and schedule a CPAP follow up with CPAP follow up provider.*

## Other important information:

– Bring you CPAP data card to all CPAP appointments.

– CPAP therapy is recommended as a lifetime treatment unless otherwise changed by your sleep provider.

– An annual follow up is recommended to renew CPAP supplies for all patients.

**Signed By  BILODEAU, NATALIE C** (Physician/Workstation) @ 03 Nov 2017 1507

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *30 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-30142543    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**       Date: **30 Oct 2017 1200 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**       Clinic: **ATS ADULT BE**       Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
jbf

**Note** Written by HANGEMANOLE,DESPINA C @ 31 Oct 2017 1204 EDT
Focus Of Session: Work Stress/Risky Behaviors
S) SM stated that he completed TAPS last week and continues to experience stress related to work. SM stated he is experiencing conflict with his chain of command as they are requiring that he drive back and forth between WR and Ft. Meade between appointments. SM stated that he hopes to get transferred to WR to eliminate this stress. SM reported that he has been diagnosed with sleep apnea, which is relieving for him as he has been struggling with sleep issues for years. SM reported that he has moved in with his girlfriend of a few months, who also has an alcohol problem. SM described his relationship as supportive and stated that they have already agreed on a plan if their relationship doesn't work out. SM reported that she has self identified an alcohol problem but has been abstinent from alcohol for an extended time and plans to continue abstinence. SM reported an increased in anxiety related to work stress but a decrease in depressive symptoms since dating this person. SM reported that once IOP is over he will begin taking leave as to avoid having to be at work during his MEB process. SM stated that he will be speaking with a GI provider regarding possibly starting Marinol. SM acknowledged the risks of relapse and cross addiction. SM stated that he continues to have flare ups and nothing he has tried so far has worked to alleviate his discomfort. SM reported his pain as a 4/10 from his IBS. SM reported he attended one AA meeting this week and plans to return to Smart Recovery meetings now that he is back in the Glen Burnie area. SM denied any alcohol use or thoughts about drinking. SM denied SI/HI.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts and behavior were appropriate.
A) SM is thoughtful when discussing his support system and relationships. SM demonstrates good judgement by attending all appointments and participating appropriately. SM lacks insight in some of his decisions around his relationship and his IBS treatment. SM will be at greater risk of relapse if he begins taking Marinol, and given that SM was unable to sustain sobriety after his last treatment this appears to be high risk behavior.
Alcohol Use D/O, Severe
P) SM will follow up with social worker next week. SM will begin continue with ATS groups as scheduled.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 30 Oct 2017 1357 EDT
**1. Alcohol dependence, uncomplicated**
          Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 30 Oct 2017 1357 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 85**
AR 1551

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 31 Oct 2017 1204

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*30 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:   BETH-30133906   Primary Dx:   Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**       Date: **30 Oct 2017 0730 EDT**       Appt Type: **GRP**
Treatment Facility: **WALTER REED**       Clinic: **ATS ADULT BE**       Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOP
**Appointment Comments:**
ctc

**S/O Note** Written by FOBIZSHI,MACANGELO M @ 31 Oct 2017 0628 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Seeking Safety Group
    Group 1000-1115:
    S: SM actively participated in the seeking safety group. SM reviewed coping skills, and commitments made at the previous
group session. SM denies substance use or any unsafe behavior since the last group session.
    Today's group topic was "signs of danger versus safety". The group session was focused identifying red flags during their
recovery process, as well as, green flags that will further their recovery. The group members selected both red and green flags from
the handout that they could relate to. The provider asked the group members to create a safety plan for the red flags they selected.
At the end of the group session, the group members were asked to fill out a commitment sheet: good coping skills and a
commitment they will complete before the next group session.
    O: Group member reported on time. SM was interactive in the group.
    Behavior: Appropriate
    Psychosis:  None evident
    Speech:  WNL
    Thoughts: Clear, organized
    Mood:  Positive
    Affect:  Congruent
    SI/HI:  None expressed
    Pain:  None indicated
    A: SM appeared open to the training environment and attempted to execute commands.  No evidence of SI/HI.P.

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 31 Oct 2017 0712 EDT
**History of present illness**
    The Patient is a 32 year old male.
S: The group discussed drinking history and meetings. SM introduced himself to the group stating that he has finally been
diagnosed with sleep apnea, after years of having sleep problems. SM gave a brief but detailed history of his alcohol use over his
lifetime, sharing that his alcohol use became out of control when he moved to the area a few years ago secondary to depression
and anxiety. SM discussed his MEB starting, and the some of the decisions he's made regarding his career thus far. SM reported
that he enjoys SMART recovery meetings more than AA meetings but does relate to the 12 Step philosophy as a whole. ~O: SM
arrived on time for group. SM was oriented x3.~Appearance: Appropriate        Behavior: Appropriate
Speech: WNL                            Thoughts: WNL
Mood:  Euthymic        Affect: Congruent
Insight: Fair                        Judgment: Good
SI/HI: None Current        Med/Pain Issues: None expressed~A: SM is sharing openly and honestly with the group. SM gave
appropriate feedback and asked thoughtful questions of other group members. SM is open to community recovery, though it is not
clear why SM does not enjoy AA meetings. ~P:  SM will continue with IOP groups as scheduled.
.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 30 Oct 2017 0955 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):            -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 30 Oct 2017 0956 EDT
**Released w/o Limitations**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will continue with groups as scheduled.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 03 Nov 2017 0732

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*24 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N*

Encounter ID:    BETH-30067722    Primary Dx:    Obstructive sleep apnea (adult) (pediatric)

Patient: **ANDERSON, DANIEL DENNIS**         Date: **24 Oct 2017 1021 EDT**         Appt Type: **PROC**
Treatment Facility: **WALTER REED**          Clinic: **SLEEP (PULM) CL BE**         Provider: **KHRAMTSOV,ANDREI N.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:** Written by ANDRADA,TEOTIMO F @ 24 Oct 2017 1021 EDT
psg interpretation

**A/P** Last Updated by ANDRADA,TEOTIMO F @ 24 Oct 2017 1022 EDT
**1. Obstructive sleep apnea (adult) (pediatric)**
          Procedure(s):        -Polysomnography With 4+ Add'l Sleep Parameters Age 6 Years Or Older x 1 (26-PROFESSIONAL
                                         COMPONENT)

**Disposition** Last Updated by ANDRADA,TEOTIMO F @ 24 Oct 2017 1022 EDT
**Released w/o Limitations**
**Follow up:** as needed .

**Note** Written by ANDRADA,TEOTIMO F @ 24 Oct 2017 1022 EDT
**Walter Reed National Military Medical Center**
**Sleep Disorders Center**
*8901 Rockville Pike*               **Patient Name**: Anderson, Daniel
*Bethesda, MD  20889*              **SSN**: ▮
*Phone: 301-295-4547 Fax: 301-319-8197*   **Study Date**: 10/4/2017
                                          **Scorer**: L. Davis, RPSGT
                                          **Referring Provider**: Dr. Khramtsov

### *POLYSOMNOGRAM REPORT*

**Technical Description:**
    Physiologic data were collected using a computerized Sensormedics polygraph interfaced with
Somnostar Z4 amplifiers. The recording montage consisted of central, frontal and occipital EEG, EOG,
chin EMG, thermocouple and pressure transducer airflow, chest and diaphragmatic movement, combined
leg EMG, tracheal sounds and pulse oximetry. The patient was monitored throughout the study via
infrared CCTV and recorded for review. Respiratory events and limb movements were scored according
to *The AASM Manual for the Scoring of Sleep and Associated Events,Version 2.3.*

**Polysomnographic Data:**
    The patient took 3mgs Eszopiclone prior to the study. The study duration was 419.5 minutes. The
recorded total sleep time was 367.5 minutes with a sleep efficiency of 87.6%. The patient's latency to
sleep was 16.5 minutes. The REM latency was 174.5 minutes. Sleep stage distribution revealed 12.9%
Stage N1, 58.1% Stage N2, 16.1% Stage N3, 12.9% Stage REM and wake after sleep onset was 35
minutes. There were 100 arousals and 0 awakenings resulting in a total arousal index (TAI) of 16.3/hour
of sleep.
    There were 0 apneas (0 obstructive, 0 centrals, 0 mixed) and 37 hypopneas with **an apnea hypopnea
index(AHI) of 6./hour.** The apnea hypopnea index during supine sleep(88 minutes) was 19/hour and
2/hour during non-supine sleep(280 minutes). The hypopnea index was 6./hour. The Central apnea index
was 0/hour. Hypopneas were scored using nasal pressure signal drop by at least 30% followed by
arousal or 3% oxygen desaturation..
    Oxygen saturation was normal at baseline. Oxygen saturation remained between 86% and 97% with
mean value of 95% throughout the study. During the study the oxygen saturation was below 90% for 1
percent of the total sleep time. The average heart rate was 73 beats per minute. There were 0 PLMS and

**Medical Record**

Anderson, Daniel Dennis      DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮   DoD ID: 1286180538      Created: 13 Nov 2017

0 PLMS with arousals with a PLMS index of 0/hour and a PLMS arousal index of 0/hour.

**Medical Interpretation:**
    The patient underwent a Diagnostic PSG: Epworth Sleepiness Scale was 20/24. Sleep efficiency was good and there was adequate total sleep time to establish a diagnosis. Sleep architecture was disrupted. The patient had an AHI consistent with mild sleep apnea. The EKG did not demonstrate arrhythmias.

**Diagnosis:**

1.  Obstructive Sleep Apnea(G47.33)

**Suggestions for Clinical Care:**
1.  AutoPAP titration with pressures of  6-15 cm H20 and close clinical follow up.
2.  Recommend sleeping in the lateral position, obtaining 7-8 hours of sleep per night, avoid of alcohol or other sedatives and maintaining an ideal body weight as these can improve sleep quality.
3.  The patient should be counseled- as is done with all patients directly seen at this SDC- not to engage in any hazardous activities (such as driving) if excessively sleepy. Such sleepiness is to be reported to their physicians for further evaluation and treatment.

**Interpreted by:**


 Andrei Khramtsov, MD
 Diplomate, Sleep Medicine
 Staff Physician, Sleep Disorders Center
 WS#:5

---

**Signed By  KHRAMTSOV, ANDREI N** (Staff Physician, Sleep Disorders Center, WRAMC) @ 24 Oct 2017 1042

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

---

### *20 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

| | | |
|---|---|---|
| Encounter ID:    BETH-30033585 | Primary Dx: | Major depressive disorder, recurrent, moderate |

| | | |
|---|---|---|
| Patient: **ANDERSON, DANIEL DENNIS** | Date: **20 Oct 2017 1237 EDT** | Appt Type: **FTR** |
| Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR** | Clinic: **PSYCH DAY HOSP BE** | Provider: **LANDE,RAYMOND G.** |
| Patient Status: **Outpatient** | | |

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 20 Oct 2017 1245 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| HYDROXYZINE HCL, 10 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #0 RF1 | 1 of 1 | 16 Oct 2017 |
| VENLAFAXINE HCL, 37.5 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY MORNING #0 RF0 | NR | 16 Oct 2017 |
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY | 1 of 1 | 06 Jun 2017 |

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | | |
|---|---|---|---|---|
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | MOUTH EVERY DAY #0 RF1 CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS 2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 20 Oct 2017 1237 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 20 Oct 2017 1239 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for depression session #13 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 20.10 minutes.  A procedural time out was done during which settings and patient were re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 13 with MT level at therapeutic level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN:Data is reviewed with treatment team and after discussion with the team, it was decided today will be SM last TMS appointment, as SM will be away on training for some time.ZUNG depression = 45, PHQ 9=13.

**S/O Note** Written by LANDE,RAYMOND G. @ 20 Oct 2017 1245 EDT
**Reason for Visit**
    Visit for: Attending Note: A procedural time out was done during which settings and patient were re-identified.
    45 minutes
    Purpose of visit was for session of Transcranial Magnetic Stimulation. SM is receiving treatment for depression.
    Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
    Patient arrived for TMS without evidence of distress.  Confirmed that there was no metal above the neck. Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes. WRNMMC PAO with SM's permission in room.
**Objective**
Plan: SM next session scheduled.

**A/P** Last Updated by LANDE,RAYMOND G. @ 20 Oct 2017 1247 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

**1. Major depressive disorder, recurrent, moderate**
      Procedure(s):       -Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1

**Disposition** Last Updated by LANDE,RAYMOND G. @ 20 Oct 2017 1248 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 20 Oct 2017 1248

**Note** Written by BRAGGS,DEBORAH C. @ 20 Oct 2017 1333 EDT
**(Added after encounter was signed.)**
nursing note
SM enrolled for TMS for anxiety due to reports of reoccurrence of panic attacks. SM enrolled in TMS due to treatment resistant depression.  SM start date for TMS was 9/12/17. SM end date for TMS  10/20/17. SM had #13 treatments for depression with at therapeutic level.  SM had #10 for anxiety.   SM will continue to follow up with outpatient behavioral health for behavioral health care. SM offers no c/o pain and no distress note.

| PHQ 9=scores | GAD 7=scores | ZUND depression=scores | ZUNG anxiety=scores |
|---|---|---|---|
| | 9/15=18 | | 9/15=4 |
| | 9/22=15 | | 9/22=50 |
| 10/6=15 | | 10/6=51 | |
| 10/13=16 | | 10/13=56 | |
| 10/20=13 | | 1/20=45 | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *20 Oct 2017 at WRNMMC, ATS Adult BE by HARDIN, JAMES G*

Encounter ID:    BETH-30033488    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**      Date: **20 Oct 2017 0730 EDT**      Appt Type: **GRP**
Treatment Facility: **WALTER REED**       Clinic: **ATS ADULT BE**            Provider: **HARDIN,JAMES G**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOP
**Appointment Comments:**
ctc

**S/O Note** Written by FOBIZSHI,MACANGELO M @ 23 Oct 2017 0621 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Encounter Background Information: Creative Art Therapy Group
     Group 1115 - 1200:
     S: SM actively participated in the Creative Art Therapy Group.  The group activity was poetry. The Instructor explained how
poetry could be used as a platform to express emotions and thoughts. The instructor asked the group to write a poem or free writing,
to express their thoughts and emotions. The group members shared their individual art and how they felt after expressing those
emotions in writing.
     O: Group member reported on time. SM was interactive in the group.
     Behavior: Appropriate
     Psychosis:  None evident
     Speech:  WNL
     Thoughts: Clear, organized
     Mood:  Positive
     Affect:  Congruent
     SI/HI:  None expressed
     Pain:  None indicated
     A: SM appeared open to the training environment and attempted to execute commands.  No evidence of SI/HI.P: SM will
continue group next week.

**S/O Note** Written by HARDIN,JAMES G @ 25 Oct 2017 1015 EDT
**History of present illness**
     The Patient is a 32 year old male.
Process group: 0730-0845
                         Focus of Session: weekend planning, role of sponsors
S)  The group discussed their plans for the weekend and the need to keep their time structured.  We talked about the dangers of
boredom and too much free time.  Members talked about their relationships with others in the self-help community and the role of
sponsors.  SM fully participated in the discussion.
O) Appearance: normal        Behavior: Appropriate
                             Speech: WNL              Thoughts: WNL
                             Mood:  calm              Affect: consistent
                             Insight: fair            Judgment: fair
                             SI/HI: None Current      Med/Pain Issues: None
A) SM was invested in group today.
P)  Next process group will be same time Monday.
.

**Note** Written by RAGLAND,MARY @ 24 Oct 2017 0725 EDT
## Educational Group:  Recovery Toolbox
## Session #5: Sponsorship in Community Recovery Support Groups

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 94**
AR 1560

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

**S:** Psychoeducation re: what is sponsorship, how does one obtain a sponsor, ways to work with a sponsor for recovery. Participants discussed prior experiences with sponsors.

**O:** SM arrived on time for group.

| | |
|---|---|
| Appearance:  Clean | Behavior:  Appropriate |
| Speech:  WNL | Thoughts: Logical |
| Mood:  Stable | Affect:  Congruent |
| Insight: Good | Judgment: Good |
| SI/HI:  None | Med/Pain Issues: None |

**A:** SM interacted effectively with the group. SM gave and accepted feedback positively. SM demonstrates commitment to recovery.

**P:** SM will attend next group as scheduled.

**A/P** Last Updated by HARDIN,JAMES G @ 25 Oct 2017 1016 EDT
**1. Alcohol dependence, uncomplicated**
      Procedure(s):      -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Last Updated by HARDIN,JAMES G @ 25 Oct 2017 1016 EDT
**Released w/o Limitations**
**Follow up:**  in the ATS ADULT BE clinic.

---

**Signed By  HARDIN, JAMES G** (Clinical Social Worker, Army Substance Abuse Program, WRAMC) @ 25 Oct 2017 1016

---

**Note** Written by DELEON,PATRICK D. @ 25 Oct 2017 1042 EDT
**(Added after encounter was signed.)**
S: Intensive Outpatient Program Seeking Safety group, topic "Honesty." Time 1000-1100. Discussion of the role of honesty in recovery, ways in which honesty gets impacted in active substance abuse, and situations which make honesty more difficult. Particular discussion of honesty with children and with therapists, and both the difficulties and benefits of open direct communication when emotions are high. SM actively engaged in group discussion, processed difficulties with AA, spoke about feeling judged and that things get oversimplified in AA. Peers and this SW acknowledging 'absolute' talk in AA while also reframing that as having basic principles which are helpful in time of crisis, and that can be explored more fully and individually in treatment and/or with sponsor.~
O: Client arrived on time to session. Alert and oriented x 3.~
Appearance: Appropriate~
Behavior: Appropriate~
Speech: Within Normal Limits~
Thoughts: Logical, linear, goal-directed~
Mood: Depressed~
Affect: Congruent~
Insight: Fair~
Judgment: Fair~
SI/HI: None reported~
Med/Pain Issues: Irritable Bowel Syndrome~
A: SM active participant in group, open to feedback~
P: Continue in Intensive Outpatient Program, next Seeking Safety group 23 Oct

---

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ■■■■ 1985 SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *19 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:   BETH-30017293   Primary Dx:   Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **19 Oct 2017 1158 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 19 Oct 2017 1321 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| HYDROXYZINE HCL, 10 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #0 RF1 | 1 of 1 | 16 Oct 2017 |
| VENLAFAXINE HCL, 37.5 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY MORNING #0 RF0 | NR | 16 Oct 2017 |
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ■■■■ 1985 SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 96**
AR 1562

**Medical Record**

| | | | | |
|---|---|---|---|---|
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 19 Oct 2017 1158 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 19 Oct 2017 1223 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for depression session #12 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 20.09 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 12 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 19 Oct 2017 1318 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic Stimulation for Depression (12:35-13:20).
**Subjective**
Attending Note: A procedural time out was done during which settings and patient  was re-identified.
    Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
    Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
    SM was not anxious at start of procedure.  At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
    After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
    Adjustments were made to accommodate comfort.
    This session number 22/ # 12 at 120% MT.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

**A/P** Last Updated by BAHROO,BHAGWAN A @ 19 Oct 2017 1322 EDT
**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):      -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                   PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Written by LANDE,RAYMOND G. @ 19 Oct 2017 1325 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 19 Oct 2017 1326

---

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten*** *by BAHROO,BHAGWAN A @ 19 Oct 2017 1322 EDT:*
The Disposition section was last updated by BAHROO,BHAGWAN A @ 19 Oct 2017 1322 EDT - see above.Previous Version of Disposition section was entered/updated by
LANDE,RAYMOND G. @ 19 Oct 2017 1321 EDT.
**Released w/o Limitations**
**Follow up:**  in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 98**
AR 1564

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *18 Oct 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J*

Encounter ID:    BETH-30002526    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**     Date: **18 Oct 2017 1325 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PAIN MGMT CL BE**     Provider: **SPEVAK,CHRISTOPHER J**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by SPEVAK,CHRISTOHER J @ 18 Oct 2017 1325 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •family medical history (General FHx) | •No Known Allergies |
| •Counseling, unspecified Z71.9 | •paternal aunt's history of reason for visit | |
| •EXAM/ASSESSMENT, | [use for free text] (Paternal Aunt) | |
| OCCUPATIONAL, SERVICE | •not maternal uncle's history of referred | |
| MEMBER PERIODIC HEALTH | here (Maternal Uncle) | |
| ASSESSMENT (PHA) DOD0225 | •family history of supplemental HPI [use | |
| •ALCOHOL DEPENDENCE WITH | for free text] (General FHx) | |
| CONTINUOUS DRINKING | •no family history of malignant melanoma | |
| BEHAVIOR | of the skin (General FHx) | |
| •MAJOR DEPRESSION RECURRENT | •family history of father is alive (General | |
| MODERATE | FHx) | |
| •ANXIETY DISORDER NOS | •family history of heart disease (General | |
| •Left ankle joint pain | FHx) | |
| •NEUROTIC EXCORIATION | •family history of cancer (General FHx) | |
| •ANKLE SPRAIN LEFT | •family history of mother is alive (General | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | FHx) | |
| •ANOMALIES OF SKIN | •no family history of malignant neoplasm of | |
| •Abdominal pain | large intestine (General FHx) | |
| •ASTHMA | •no family history of malignant neoplasm of | |
| •POSTSURGICAL STATE OF EYE AND | the gastrointestinal tract (General FHx) | |
| ADNEXA | •paternal grandfather's history of | |
| •Difficulty breathing (dyspnea) | preliminary background HPI [use for | |
| •SKIN NEOPLASM UNCERTAIN | free text] (Paternal Grandfather) | |
| BEHAVIOR | •paternal grandmother's history of | |
| •Removal Of Sutures | preliminary background HPI [use for | |
| •ASTHMA EXTRINSIC | free text] (Paternal Grandmother) | |
| •ROSACEA | •paternal grandmother's history of HPI [use | |
| •PERIPHERAL RETINAL | for free text] (Paternal Grandmother) | |
| DEGENERATION - LATTICE | •paternal history of preliminary background | |
| •REFRACTIVE ERROR - MYOPIA | HPI [use for free text] (Father) | |
| •ALLERGIC RHINITIS | •family history of test conclusions [Use for | |
| | free text] (General FHx) | |
| | •family history of diabetes mellitus | |
| | (General FHx) | |
| | •family history of mental illness (not | |
| | retardation) (General FHx) | |
| | •family history of the options include | |
| | referral (General FHx) | |
| | •family history of patient counseling | |
| | (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for | |
| | s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease | |
| | (General FHx) | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| HYDROXYZINE HCL, 10 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #0 RF1 | 1 of 1 | 16 Oct 2017 |
| VENLAFAXINE HCL, 37.5 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY MORNING | NR | 16 Oct 2017 |

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 99**
AR 1565

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | #0 RF0 | | |
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**A/P** Written by SPEVAK,CHRISTOHER J @ 18 Oct 2017 1326 EDT
**1. Alcohol dependence, uncomplicated:** S: The SM participated in a weekly group discussion about medical
perspectives on substance use disorders. Topics of this group range from the
history of substance use, psychoeducation on substance use disorders, recent
medical advances in understanding substance use disorders and treatments.
Participants were also encouraged to discuss their own personal perspectives
on the topics discussed.
O: SM arrived on time for group and was dressed appropriately for the
setting. The SM was oriented x3
Appearance: neat and clean    Behavior: Appropriate, engaged in group
Speech: WNL            Thoughts: WNL
Mood: Good            Affect: Congruent
Insight: Fair            Judgment: Fair
SI/HI/AVH: None Reported        Med/Pain Issues: None Reported
A: SM actively participated in group. Participants were respectful of each
other's perspectives and exhibited understanding of the topic as evidenced
by group discussions. Participants were encouraged to ask questions and were
answered accordingly.
P:  Next medical group to will continue to build upon the topics already
discussed and explore new approaches to treatment. Participants will follow
up with their primary psychiatric/medical providers with any specific
concerns about their personalized treatment plans.

**Disposition** Written by SPEVAK,CHRISTOHER J @ 18 Oct 2017 1327 EDT
**Released w/o Limitations**
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

**Signed By  SPEVAK, CHRISTOHER J** (Physician) @ 18 Oct 2017 1327

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *18 Oct 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D.*

Encounter ID:    BETH-29999838    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**        Date: **18 Oct 2017 0730 EDT**        Appt Type: **GRP**
Treatment Facility: **WALTER REED**          Clinic: **ATS ADULT BE**              Provider: **DELEON,PATRICK D.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOp
**Appointment Comments:**
ctc

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 18 Oct 2017 1146 EDT
**History of present illness**
     The Patient is a 32 year old male.
SM was not in Finding Meaning Group 1000-1045.

**S/O Note** Written by DAVIS,KRISTEN KATHLEEN @ 18 Oct 2017 1338 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Process Group          0730 - 0845

     S: Topics discussed: Introductions, feeling words, and six categories of emotion. Group members described how they are
feeling and where these feelings would fall in the six categories (mad, glad, sad, hurt, afraid and guilt/shame). SM identified feeling
mad/sad for having to work last night and glad that the process is moving along for him to sell his house. SM helped orient new
members when making introductions.
     O: SM arrived late to group. SM was oriented x3.

     Appearance: Appropriate  Behavior: Appropriate
     Speech: WNL             Thoughts: WNL
     Mood: Stable            Affect: Congruent
     Insight: Fair           Judgment: Fair
     SI/HI: None Current            Med/Pain Issues: None expressed

     A: SM participated appropriately in discussion. SM demonstrates commitment to sobriety/recovery.

     P: SM will continue with groups as assigned.
     .

**Note** Written by RAGLAND,MARY @ 19 Oct 2017 0959 EDT
## Mind-Body Group, Session #4: Yoga   1100-1155
## SM did not attend this group.
**A/P** Written by DELEON,PATRICK D. @ 23 Oct 2017 0729 EDT
**1. Alcohol dependence, uncomplicated** F10.20
        Procedure(s):        -(S9480) INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Written by DELEON,PATRICK D. @ 23 Oct 2017 0730 EDT
**Released w/o Limitations**
**Follow up:**  in the ATS ADULT BE clinic. - Comments: Continue in Intensive Outpatient Program, next groups 20 Oct

---

**Signed By  DELEON, PATRICK D.** (Social Work Case Manager) @ 23 Oct 2017 0730

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

## 18 Oct 2017 at WRNMMC, Psychiatry Be by TEKELENBURG, JAAP

Encounter ID:    BETH-29990523    Primary Dx:    Encounter for other administrative examinations

Patient: **ANDERSON, DANIEL DENNIS**    Date: **18 Oct 2017 0627 EDT**    Appt Type: **T-CON***
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **TEKELENBURG,JAAP**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**    Call Back Phone: ███████

**Reason for Telephone Consult:** Written by TEKELENBURG,JAAP @ 18 Oct 2017 0627 EDT
Care coordination

**S/O Note** Written by TEKELENBURG,JAAP @ 18 Oct 2017 0629 EDT
**Subjective**
L/m at 0625 to notify of facility cancelled appointment for today at 0900 with Dr. Paul.  Next scheduled appointment is 25 October at 0800.  Please call for additional assistance 301-295-0500.

**A/P** Last Updated by TEKELENBURG,JAAP @ 18 Oct 2017 0629 EDT
**1. Encounter for other administrative examinations**

**Disposition** Last Updated by TEKELENBURG,JAAP @ 18 Oct 2017 0629 EDT
**Referred for Appointment**

---

**Signed By  TEKELENBURG, JAAP** (Nurse) @ 18 Oct 2017 0629

---

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *17 Oct 2017 at WRNMMC, Int Med CL E Medical Home BE by MEYERS, NANCY*

Encounter ID:    BETH-29976219    Primary Dx:    Unspecified asthma, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR BE**
Patient Status: **Outpatient**

Date: **17 Oct 2017 0915 EDT**
Clinic: **INT MED CL E MEDICAL HOME BE**

Appt Type: **FTR**
Provider: **MEYERS,NANCY NMN**

**Reason for Appointment:**
Cats Allergies, Asthma
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by TASHU,BIRTUKA A @ 17 Oct 2017 0937 EDT
  BP: 141/93 Right Arm,   HR: 98,   RR: 18,   T: 99.6 °F,   HT: 69 in,   WT: 78.6 kg,   SpO$_2$: 96%,   BMI: 25.59,
  BSA: 1.944 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 3/10 Mild,
  Pain Scale Comments: Pt stated that he has asthma/ cat allergies  & irritable bowel pain. repat b/p on left arm 131/93
**Comments:** + Depression / Anxiety

Neg suicidal.

**S/O Note** Written by TASHU,BIRTUKA A @ 17 Oct 2017 0919 EDT
**Chief complaint**
The Chief Complaint is: Asthma/ cat allergies  & irritable bowel pain.
**History of present illness**
     The Patient is a 32 year old male.

 Pain Severity  3  / 10.
Pain assessment
Location:  irritable bowel pain
Duration:  chronic
Quality: 3/10
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:
What makes it better:
What makes it worse:
..............
**Allergies**
Allergies Verified and Updated  on 17 Oct 2017
NKDA
.
**Current medication**
Medication Review on 17 Oct 2017
Probiotic one packet po daily
Simethicone 80 mg po qid prn
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsules po daily
Naltrexone 50 mg po daily
Venlafaxine XR 150 mg po daily
MVI one po daily
.
**Past medical/surgical history**
**Reported:**
     Medical: Reported medical history
     IBS-D
     Generalized anxiety disorder
     Major depressive disorder
     ETOH hx (previous inpatient treatment)
     .
     Surgical / Procedural: Surgical / procedural history
     Tonsillectomy

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

Photorefractive keratectomy
Jaw surgery
.

**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
   doctor or pharmacy?    [ x ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:  Rodak
..............
Annual Questions Date: 9/26/17.
**Family history**
   Family medical history
   M -- Well
   F -- DM.  MI / stent at age 40.  Melanoma.
   .
**Review of systems**
The patient HAS NOT traveled outside of the country in the past 90 days.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per
week.


**S/O Note** Written by MEYERS,NANCY NMN @ 17 Oct 2017 0957 EDT
**Chief complaint**
The Chief Complaint is: Abdominal discomfort, request pulmonary referral.
**History of present illness**
   The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

Presents for referral pumonary. VA has requested pt document allergy to cats as manifest by wheezing, and difficulty breathing.
Treated effectively with albuterol
Presently with and pain and bloating related to IBS
Notes from GI, lab and rad studies reviewed.
Last colo 2012.
Pt currently drinking a cup coffee which he stated he needed to drive
Had formed BM this morning
Denies nausea
Has used Levsin without improvement, attempts to maintain FODMAP diet.
Recently started on cymbalta.

 Pain Severity  3  / 10.
Pain assessment
Location:  abdominal
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:
What makes it better:

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

What makes it worse:
..............

**Allergies**
Allergies Verified and Updated  9/26/17 - NKDA
.

**Current medication**

 Cymbalta 60 qd
Probiotic one packet po daily
Simethicone 80 mg po qid prn
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsules po daily
MVI one po daily

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    IBS-D
    Generalized anxiety disorder
    Major depressive disorder
    ETOH hx (previous inpatient treatment)
    .
    Surgical / Procedural: Surgical / procedural history
    Tonsillectomy
    Photorefractive keratectomy
    Jaw surgery
    .

**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [  ] Other:
Preferred method of learning?    [  ] Verbal  [  ] Written  [ x ] Visual  [  ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [  ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
    doctor or pharmacy?    [ x ] Never  [  ] Rarely  [  ] Sometimes  [  ] Often  [ ] Always
Advance directives completed?    [  ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [  ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [  ] Yes   x[ ] No
Are you enrolled in EFMP?    [  ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes   [  ] No
Contact preference:
PCM:  Rodak
..............
Annual Questions Date: 9/26/17.
**Family history**
    Family medical history
    M -- Well
    F -- DM.  MI / stent at age 40.  Melanoma.
    .
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° Normal S1 and S2.
**Abdomen:**
    Visual Inspection: • Abdomen was distended.
    Auscultation: ° Bowel sounds were not diminished or absent.
    Palpation: • Abdominal tenderness tenderness with palpation.  ° No abdominal guarding.  ° No mass was palpated in the
        abdomen.
**Test conclusions**
Medication list was updated at the beginning of the visit.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

**Practice Management**

Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

**Lab Result** Cited by MEYERS,NANCY @ 17 Oct 2017 0952 EDT

| Comprehensive Metabolic Panel | Site/Specimen | 06 Jul 2017 1520 |
|---|---|---|
| Albumin | SERUM | 5.0 |
| Alkaline Phosphatase | SERUM | 61 |
| Alanine Aminotransferase | SERUM | 39 |
| Bilirubin | SERUM | 0.5 |
| Urea Nitrogen | SERUM | 9.0 |
| Calcium | SERUM | **10.5 (H)** |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 99 |
| Creatinine | SERUM | 0.96 |
| Glucose | SERUM | 87 |
| Potassium | SERUM | 4.3 |
| Protein | SERUM | 7.8 |
| Sodium | SERUM | 141 |
| Anion Gap | SERUM | 14 |
| GFR Calculated Non-Black | SERUM | 104.2 |
| GFR Calculated Black | SERUM | 120.4 <i> |
| Aspartate Aminotransferase | SERUM | 26 |

**Lab Result** Cited by MEYERS,NANCY @ 17 Oct 2017 0951 EDT

| CBC W/Diff | Site/Specimen | 06 Jul 2017 1520 |
|---|---|---|
| WBC | BLOOD | 6.6 |
| RBC | BLOOD | 4.53 |
| Hemoglobin | BLOOD | 14.4 |
| Hematocrit | BLOOD | 41.9 |
| MCV | BLOOD | 92.5 |
| MCH | BLOOD | 31.8 |
| MCHC | BLOOD | 34.4 |
| RDW CV | BLOOD | 12.3 |
| Platelets | BLOOD | 284 |
| MPV | BLOOD | 10.5 |
| Neutrophils | BLOOD | 63.3 |
| Lymphocytes | BLOOD | 26.9 |
| Monocytes | BLOOD | 8.3 |
| Eosinophils | BLOOD | 0.5 |
| Basophils | BLOOD | 0.5 |
| ABS Neutrophils | BLOOD | 4.2 |
| ABS Lymphocytes | BLOOD | 1.8 |
| ABS Monocytes | BLOOD | 0.6 |
| ABS Eosinophils | BLOOD | 0.0 |
| ABS Basophils | BLOOD | 0.0 |
| Nucleated RBC/100 WBC | BLOOD | 0.0 |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED |
| Granulocytes Immature | BLOOD | 0.5 |
| Absolute Immature Granulocytes | BLOOD | 0.03 |

**Rad Result** Cited by MEYERS,NANCY @ 17 Oct 2017 0948 EDT

**ANDERSON, DANIEL DENNIS   20/███   DoD ID: 1286180538  32yo    ███   1985   M**
********** MRI, ABD/PEL ENTEROCLYSIS (GI ONLY) **********
POC Enc: #E4520771   POC Fac: WRNMMC
Status: Complete (Amended)

Procedure:           MRI, ABD/PEL ENTEROCLYSIS (GI ONLY)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 13 Nov 2017

Event Date:                23-Oct-2012 15:54:00
Exam #:                    12359730
Exam Date/Time:            02-Nov-2012 07:18:00
Transcription Date/Time:   05-Nov-2012 09:56:00
Provider:                  COPSEY, HELEN C
Requesting Location:
  GSURG GI APU BE    WRNMMC BETHESDA, MD
Status:                    COMPLETE (Amended)


**Amended Result Code:       SEE RADIOLOGIST'S REPORT**
Interpreted By:          MOLLURA, JOSEPH G
Supervised By:           MARCIA JAVITT, MD
Approved By:             JAVITT, MARCIA C
Approved Date:           05-Nov-2012 09:48:00
Supervised By:           115455 MARCIA JAVITT, MD
Supervised By Date:      05-Nov-2012 09:48:00
Amended Report Text:
   ADDITIONAL HISTORY: CT examination with right-sided colonic thickening and
   equalization of small bowel.  Recent colonoscopy and without lesion the terminal
   ileum a concern stenosis or inflammation of the distal ileum.

   TECHNIQUE: Standard MR enterocleisis protocol; Three plane localizer, coronal
   FIESTA, axial T2 SS FSE, axial and coronal T2 SS FSE, axial and coronal FIESTA
   fat sat, axial SPGR in and out of phase, axial and coronal LAVA pre-and
   postcontrast MRI of the abdomen.

   COMPARISONS: CT abdomen/pelvis 10/11/12

   FINDINGS:

   Bowel loops are adequately distended without focal stenosis, stricturing, or
   luminal narrowing.  There is normal bowel peristalsis and motion observed on the
   cinematic images.  Minimal mural thickening of the mid jejunum observed at the
   left upper quadrant without corresponding abnormal mucosal enhancement,
   stricturing or stenosis.

   The liver and gallbladder are normal without intra-or extrahepatic biliary
   ductal dilatation.  The spleen, pancreas, adrenals, and kidneys are normal.

   No intra-abdominal mass or fluid collection.  No enlarged abdominal or pelvic
   lymph nodes.

   Osseous marrow signal is nonpathologic.

   IMPRESSION:

   No abnormal areas of enhancement or mural thickening within the gastrointestinal
   system, specifically evidence of active inflammation at the site of previously
   observed colitis on CT examination 10/11/12.  Correlate with patient's
   symptomatology.

   _____

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 11/05/12 Time:09:20

_____

Electronically signed by:Dr. Marcia Javitt Date: 11/05/12 Time:09:48

**A/P** Written by MEYERS,NANCY @ 17 Oct 2017 1002 EDT
**1. Unspecified asthma, uncomplicated**: Related to exposure cats. Pt request referral pulmonary per VA for documentation. Sxs are managed with albuterol
    Consult(s):        -Referred To: PULMONARY DISEASE NCR (Routine) Specialty: PULMONARY DISEASE Clinic: RM
                        PULMONARY IR Provisional Diagnosis: Unspecified asthma, uncomplicated
**2. Irritable bowel syndrome with diarrhea**: Referred back to GI. Diarrhea predominant. Consider nortriptyline if Cymbalta not effective in managing pain and sxs

**Disposition** Written by MEYERS,NANCY @ 17 Oct 2017 1002 EDT
**Released w/o Limitations**
**Follow up:** as needed .
**Administrative Options:** Consultation requested

**Signed By  MEYERS, NANCY** (Physician) @ 17 Oct 2017 1003

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 109**
AR 1575

### *16 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29962066    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**    Date: **16 Oct 2017 1114 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: Outpatient

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 16 Oct 2017 1249 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
•MAJOR DEPRESSION RECURRENT MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| HYDROXYZINE HCL, 10 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #0 RF1 | 1 of 1 | 16 Oct 2017 |
| VENLAFAXINE HCL, 37.5 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY MORNING #0 RF0 | NR | 16 Oct 2017 |
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

### Medical Record

| | | | |
|---|---|---|---|
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 16 Oct 2017 1114 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 16 Oct 2017 1150 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
     Procedure: MT 120%. TMS Treatment for depression session #11 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 20.10 minutes.  A procedural time out was done during which settings and patient was re-identified.
     PROGRESS IN MEETING GOALS:
     This is session # 11 with MT level at therapeutic treatment level for entire session.
     Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for Thursday.

**S/O Note** Written by LANDE,RAYMOND G. @ 16 Oct 2017 1249 EDT
**Reason for Visit**
     Visit for: Attending Note:  A procedural time out was done during which settings and patient was re-identified.
     45 minutes
     Purpose of visit was for another session of Transcranial Magnetic Stimulation for depression.
     Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
     Patient arrived for TMS without evidence of significant distress.  Confirmed that there was no metal above the neck. Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
**Objective**
Plan:  SM scheduled for next session.

**A/P** Written by LANDE,RAYMOND G. @ 16 Oct 2017 1251 EDT
**1. Major depressive disorder, recurrent, moderate**
     Procedure(s):          -Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**Disposition** Written by LANDE,RAYMOND G. @ 16 Oct 2017 1251 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 16 Oct 2017 1251

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*16 Oct 2017 at WRNMMC, Immunization Clinic Be by AGUGLIARO, ANTHONY J*

Encounter ID:    BETH-29961946    Primary Dx:    Encounter for immunization

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **16 Oct 2017 1110 EDT**
Clinic: **IMMUNIZATION CLINIC BE**

Appt Type: **PROC**
Provider: **AGUGLIARO,ANTHONY JOHN**

**Reason for Appointment:** Written by AGUGLIARO,ANTHONY J @ 16 Oct 2017 1110 EDT
flu shot

**S/O Note** Written by AGUGLIARO,ANTHONY JOHN @ 16 Oct 2017 1112 EDT
**Reason for Visit**
    Visit for: immunization.
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Previous history of Encounter Background Information:
**Vaccinations**
    • Received dose of vaccines: Vaccines/Immunizations recorded in Immunization Record of CHCS II includes details of vaccines given location dosage and adverse events
**Personal history**
Patient to be vaccinated for influenza is older than 6 months of age. Patient is not sick today and has no allergies to eggs or any component of the vaccine. Patient has not had serious reaction to influenza in the past. Patient has no history of Guillain-Barre syndrome.
**Therapy**
    • The drug reactions/side effects are being monitored: Details -- Patient tolerated vaccinations without significant side effects discharged 15 minutes after administered and no adverse reactions noted.
**Practice Management**
    Patient information sheet: Given to ___Patient___Parent___Guardian on Vaccination Information Statement(s). Risks, benefits and limitations discussed and understood

**A/P** Written by AGUGLIARO,ANTHONY J @ 16 Oct 2017 1113 EDT
**1. Encounter for immunization**
        Procedure(s):        -Influenza Split Virus Vaccine 0.5mL Dosage IM Preserv Free Quadrivalent x 1 - Influenza Seasonal,
                injectable quadrivalent - preservative free; Series #: 1; .5 mL; IM; Right Arm; Mfg: SmithKline; Lot:
                P5472.
                -Immunization Administration One Vaccine x 1

**Disposition** Written by AGUGLIARO,ANTHONY J @ 16 Oct 2017 1113 EDT
**Released w/o Limitations**

**Signed By  AGUGLIARO, ANTHONY J** (Physician) @ 16 Oct 2017 1113

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 113**
AR 1579

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*16 Oct 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:      BETH-29961116      Primary Dx:      Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**      Date: **16 Oct 2017 1047 EDT**      Appt Type: **T-CON***
Treatment Facility: **WALTER REED**      Clinic: **PSYCHIATRY BE**      Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**      Call Back Phone: ▮

**AutoCites** Refreshed by TOBAR,EDEN @ 16 Oct 2017 1047 EDT

**Allergies**
•No Known Allergies

**Vitals**
No Vitals Found.

**Reason for Telephone Consult:**Written by TOBAR,EDEN @ 16 Oct 2017 1047 EDT
meds

**S/O Note** Written by TOBAR,EDEN T @ 18 Oct 2017 0852 EDT
**Subjective**
Received call from pt stating he has been on cymbalta 60 mg for five days after stopping effexor xr 75 mg every morning as per our taper plan prior to that. Pt states the day before his call, he began experiencing brain zaps, was finding it hard to concentrate, and has felt nausea for the two days prior to his call. He finds it hard to focus on driving. He asks what he can do about his effexor withdrawal and about being put on quarters. He is currently attending ATS IOP.  Returned pt's call. We discussed adding back effexor xr 37.5 mg po qam to counteract his effexor withdrawal. Discussed taking it in the morning and his cymbalta at night to minimze drug interaction and potential for serotonin syndrome. Also prescribed hydroxyzine 10 mg , up to two tabs daily for agitation/nausea. Agreed to leave quarters slip at front desk for him to pick up, putting him on quarters until the morning of 18OCT. He has follow up with this provider the week of Oct 30th as he is in transition class next week.

**A/P** Last Updated by TOBAR,EDEN @ 18 Oct 2017 0853 EDT
**1. Generalized anxiety disorder**

**--> Unassociated Orders, Procedures and Injuries/Accidents <--**
VENLAFAXINE XR--PO 37.5MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY MORNING #30 RF0 Ordered By:
TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
hydrOXYzine HCL--PO 10MG TAB - TAKE 1 TO 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED NAUSEA/ANXIETY #30 RF1
Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

**Disposition** Last Updated by TOBAR,EDEN @ 18 Oct 2017 0853 EDT
**Discussed:** Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 18 Oct 2017 0853

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *16 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-29960995    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **16 Oct 2017 1044 EDT**    Appt Type: **ACUT**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1101 EDT
**History of present illness**
      The Patient is a 32 year old male.
SM asked to speak with this writer as he is feeling 'out of it' due to withdrawal from his psychotropic medication Effexor. SM reported having 'brain zaps' in which he forgets his train of thought and has difficulty communicating. SM stated he's having trouble focusing in group. SM stated he is also feeling stressed regarding the pressures his command is putting on him at work. SM shared that he will ask his PCM for updated limdu paperwork to specify that he cannot be on watch and should not be driving back and forth from WR to Ft. Meade unless he has adequate time to do so. SM stated he would call Dr. Tobar for guidance. Sm reported he spoke with Dr. Tobar and she put him on 48 hours SIQ and is re-prescribing a low dose of Effexor. SM stated he will attend TMS appointments and his PCM appointment tomorrow but would otherwise not be at appointments until Wednesday. SM appeared anxious and presented as tearful. SM will reschedule individual appointment for Wednesday.

**A/P** Written by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1109 EDT
**1. Alcohol dependence, uncomplicated**
            Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1

**Disposition** Written by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1109 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will report for groups on Wednesday and reschedule individual appointments.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 16 Oct 2017 1110

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*16 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:   BETH-29961906   Primary Dx:   Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**       Date: **16 Oct 2017 0730 EDT**       Appt Type: **GRP**
Treatment Facility: **WALTER REED**        Clinic: **ATS ADULT BE**              Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOP
**Appointment Comments:**
ctc

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1113 EDT
**History of present illness**
     The Patient is a 32 year old male.
S: The group discussed addictive behaviors, meetings and relationship with command. SM reported that he does not interact as regularly with his command as many others in group but mostly does not get adverse reactions from them about his need for treatment. SM stated that he could understand how many in leadership may not understand addiction or the need for treatment just based on their lack of life experience with it. SM reported that he could understand how people may engage in addictive behaviors other than substance abuse and acknowledged that it's likely an outward manifestation of something going on internally with that person.~O: SM arrived on time for group. SM was oriented x3.~Appearance: Appropriate    Behavior: Appropriate
Speech: WNL                          Thoughts: WNL
Mood:  Anxious                       Affect: Congruent
Insight: Fair                        Judgment: Fair
SI/HI: None Current                  Med/Pain Issues: None expressed~A: SM is sharing openly and honestly with the group. SM gives appropriate feedback and appears engaged in group. SM can be tangential but is conscious of this and appears to be actively working to be more concise. ~P:  SM will continue with IOP groups as scheduled.
.

**S/O Note** Written by FOBIZSHI,MACANGELO M @ 17 Oct 2017 0630 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Seeking Safety Group
     Group 1000-1115:
     S: SM actively participated in the seeking safety group.  SM reviewed coping skills, and commitments made at the previous group session. SM denies substance use or any unsafe behavior since the last group session. The group topic was "Safety". The group focused on learning healthy safe coping skills. The group members identified safe and unsafe coping skills they have been using. The provider explained the three stages of healing from PTSD and substance abuse; safety, mourning and reconnection. The group members discussed what safety means to them and the signs of recovery. The group reviewed the examples of safe coping skills in the handout and identified some safe coping skills to practice. At the end of the group session, the group members were asked to fill out a commitment sheet: good coping skills and a commitment they will complete before the next group session.
     O: Group member reported on time. SM was interactive in the group.
     Behavior: Appropriate
     Psychosis:  None evident
     Speech:  WNL
     Thoughts: Clear, organized
     Mood:  Positive
     Affect:  Congruent
     SI/HI:  None expressed
     Pain:  None indicated
     A: SM appeared open to the training environment and attempted to execute commands.  No evidence of SI/HI.P: SM will continue group next week.

**S/O Note** Written by HARDIN,JAMES G @ 17 Oct 2017 1026 EDT
**History of present illness**
     The Patient is a 32 year old male.
Relapse Prevention Group (0900-0945)
Focus of Session: Identifying Triggers

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

S)  SM participated in a group discussion about identifying triggers. SM reported that both internal and external factors can be triggers, with negative emotions being among the main triggers.  SM listened as other suggested ways to cope and identified attending meetings and therapy appointments as his best ways to cope with triggers.  SM participated actively in the group process.
O) SM arrived on time for group. SM was dressed casually. SM's mood was calm and affect was congruent.
A) SM seems invested in group at this time.
P)  Next relapse prevention group: Managing thoughts
.

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 17 Oct 2017 1202 EDT
**History of present illness**
        The Patient is a 32 year old male.
SM did not attend service dog training as he was put on SIQ orders for symptoms related to withdrawal from his psychotropic medication.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1113 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):        -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1114 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will continue with groups as scheduled.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 17 Oct 2017 1203

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | |
|---|---|---|
| Anderson, Daniel Dennis | DOB: ▓▓ 1985  SSN: ***-**-▓ | DoD ID: 1286180538    Created: 13 Nov 2017 |

### *13 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

| | | |
|---|---|---|
| Encounter ID:    BETH-29945631 | Primary Dx: | Major depressive disorder, recurrent, moderate |

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **13 Oct 2017 1213 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 13 Oct 2017 1336 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 13 Oct 2017 1213 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 13 Oct 2017 1216 EDT
**History of present illness**
    The Patient is a 32 year old male.

Reason for Visit
Visit for: Transcranial magnetic Stimulation for Depression 45 minute session.
Subjective
TMS Session: A procedural time out was done during which settings and patient was re-identified.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS mildly anxious. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was not anxious at start of procedure. At conclusion of the procedure the settings were determined to be: SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94; The headrest settings were: up/down 7.5; front/back 1.0
After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
Adjustments were made to accommodate comfort.
This session number 20/ #10 at 120% MT.
Objective
SM next session scheduled.




.....

.


**S/O Note** Written by BLOBERG,BRIAN @ 13 Oct 2017 1232 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre Procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for depression session #10 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

minutes. A procedural time out was done during which settings and patient was re-identified.

PROGRESS IN MEETING GOALS: This is session #10 for depression with MT level at therapeutic treatment level for entire session.

Post procedure: SM monitored briefly. SM had no reports of distress associated with TMS.

PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review. Next session scheduled for Monday 16OCT2017.

**A/P** Written by LANDE,RAYMOND G. @ 13 Oct 2017 1337 EDT
**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):       -Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1

**Disposition** Written by LANDE,RAYMOND G. @ 13 Oct 2017 1338 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 13 Oct 2017 1338

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017

---

### *13 Oct 2017 at WRNMMC, ATS Adult BE by HARDIN, JAMES G*

Encounter ID:     BETH-29946680     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**     Date: **13 Oct 2017 0730 EDT**     Appt Type: **GRP**
Treatment Facility: **WALTER REED**     Clinic: **ATS ADULT BE**     Provider: **HARDIN,JAMES G**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOP
**Appointment Comments:**
jbf

**S/O Note** Written by FOBIZSHI,MACANGELO M @ 13 Oct 2017 1303 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Seeking Safety Group
    Group 1000-1115:
    S: SM actively participated in the seeking safety group. Patient reviewed the "check in" handout at the start of the session.
Patient shared all coping skills, and commitments completed since the previous group meeting. Patient denies any alcohol or
substance use and any unsafe behaviors since the last group. Today's group today focused on harshness versus compassion. The
group reviewed the handout provided by the therapist. The group members reviewed the examples of harsh self-talk and
compassionate self-talk in the handout and discussed the ones they related to. The therapist discussed how harshness relates to
PTSD and substance abuse. The group collectively talked about how compassion promotes growth and harshness prevents growth.
The patient discussed ways to increase compassion in sobriety. At the end of the group session, the group members filled out a
commitment sheet to be reviewed at the next group session: good coping skills and a commitment they will complete before the next
group session.
    O: Group member reported on time. SM was interactive in the group.
    Behavior: Appropriate
    Psychosis:  None evident
    Speech:  WNL
    Thoughts: Clear, organized
    Mood:  Positive
    Affect:  Congruent
    SI/HI:  None expressed
    Pain:  None indicated
    A: SM appeared open to the training environment and attempted to execute commands.  No evidence of SI/HI.P: SM will
continue group next week.

**S/O Note** Written by FOBIZSHI,MACANGELO M @ 13 Oct 2017 1342 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Encounter Background Information: Creative Art Therapy Group
    Group 1115 - 1200:
    S: SM actively participated in the Creative Art Therapy Group.  The group activity was poetry. The group members discussed
the "What secret we keep" and "Kintsugi" poems. The Instructor explained how creative writing could be used as a platform to
express emotions and thoughts. The group member discussed the poems provided and what it meant to them. The instructor asked
the group to write a poem or free writing, to express their thoughts and emotions. The group members shared their individual art and
how they felt after expressing those emotions in writing.
    O: Group member reported on time. SM was interactive in the group.
    Behavior: Appropriate
    Psychosis:  None evident
    Speech:  WNL
    Thoughts: Clear, organized
    Mood:  Positive
    Affect:  Congruent
    SI/HI:  None expressed
    Pain:  None indicated
    A: SM appeared open to the training environment and attempted to execute commands.  No evidence of SI/HI.P: SM will
continue group next week.

---

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

---

**S/O Note** Written by HARDIN,JAMES G @ 17 Oct 2017 1021 EDT

**History of present illness**

The Patient is a 32 year old male.

Process group: 0730-0845

Focus of Session: motivation, "nature vs nurture" re substance abuse

S)  The group discussed their past experiences in treatment, mostly inpatient treatment, and what worked for them.  We discussed "getting serious" about recovery as opposed to simply sitting in meetings, not paying attention.  We talked about "identifying in" vs. "identifying out".  Members talked about the moment when they realized they truly had an alcohol/drug problem.  SM fully participated in the discussion.

O) Appearance: normal        Behavior: Appropriate

Speech: WNL            Thoughts: WNL

Mood:  calm            Affect: consistent

Insight: fair            Judgment: fair

SI/HI: None Current    Med/Pain Issues: None

A) SM was invested in group today.

P)  Next process group will be same time next week.

.

**A/P** Written by HARDIN,JAMES G @ 19 Oct 2017 0751 EDT

**1. Alcohol dependence, uncomplicated**

Procedure(s):        -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Written by HARDIN,JAMES G @ 19 Oct 2017 0751 EDT

**Released w/o Limitations**

**Follow up:**  in the ATS ADULT BE clinic.

---

**Signed By  HARDIN, JAMES G** (Clinical Social Worker, Army Substance Abuse Program, WRAMC) @ 19 Oct 2017 0751

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

*12 Oct 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:      BETH-29939825      Primary Dx:      Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**      Date: **12 Oct 2017 1500 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCHIATRY BE**      Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
dei

**Note** Written by PAUL,SHERIN @ 13 Oct 2017 0851 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:       Daniel Anderson (previously Merwin)
Patient last 4:     0538
Appt #:             Intake + 15
Therapy time:       60 minutes
E&M time:           60 minutes

## Identifying Data:          32-year-old, Single, Caucasian, Male

## Military Data:
Branch:                  USN
Rank:                    PO1
MOS:                     CTN
TIS:                     11-years
Deployments:             N/A
Deployment Related:                    N/A
Trauma:                  N/A
WTU:                     N/A
MEB in progress:         N/A
AdmSep in progress:                    N/A
Special Clearance:       Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

---

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

## Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|-----------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

## Notes from Today's Session:
**Treatment modality currently used: CBT**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. Therapist and patient discussed recent events in his life. Patient continues to endorse significant frustration related to his interactions with his command. Therapist and patient processed his frustration and problem solved potential solutions. Patient stated that he was able to effectively end interaction with a female he was interested in after recognizing that they were not on the same page about what they wanted. Therapist provided positive reinforcement for this as this is different than his previous behavior. Patient also discussed initial interest in a new romantic partner. Patient is working to identify reasonable next steps for his future.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

## ASSESSMENT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

## Diagnosis:

Axis I:   Generalized Anxiety Disorder
          Major Depressive Disorder, Single Episode, Moderate
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High


# TREATMENT PLAN


Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

***Setting:*** **(X)** Outpatient    ( ) Inpatient    ( ) IOP    ( ) Other:_____

***Safety Plan:***
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

***Treatment Team:***
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

***Date last updated:*** 27 September 2017
***Reviewed with patient on:*** 27 September 2017
***Does patient agree with plan?*** Yes

***Problem #1*** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

***Problem #2*** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

***Follow-up's scheduled:*** 2-weeks

***Referrals made today:***
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ■■■ 1985   SSN: ***-**-■■   DoD ID: 1286180538      Created: 13 Nov 2017

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

## Patient going through MEB.

**A/P** Written by PAUL,SHERIN @ 13 Oct 2017 0852 EDT
**1. Generalized anxiety disorder**
      Procedure(s):       -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 13 Oct 2017 0853 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  PAUL, SHERIN (Clinical Psychologist) @ 13 Oct 2017 0853

**Medical Record**

| | | |
|---|---|---|
| Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*12 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29929434    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: Outpatient

Date: **12 Oct 2017 1204 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 12 Oct 2017 1309 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**
Loading...

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 12 Oct 2017 1204 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 12 Oct 2017 1209 EDT
**History of present illness**
        The Patient is a 32 year old male.

Reason for Visit
Visit for: Transcranial magnetic Stimulation for Depression 45 minute session.
Subjective
TMS Session: A procedural time out was done during which settings and patient  was re-identified.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar =
10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
Adjustments were made to accommodate comfort.
This session number 19/ #9 at 120% MT.
Objective
SM next session scheduled.
.

**S/O Note** Written by BLOBERG,BRIAN @ 12 Oct 2017 1229 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: Pre Procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
      Procedure: MT 120%. TMS Treatment for depression session #9 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09 minutes. A procedural time out was done during which settings and patient was re-identified.
      PROGRESS IN MEETING GOALS: This is session #9 for depression with MT level at therapeutic treatment level for entire session.
      Post procedure: SM monitored briefly. SM had no reports of distress associated with TMS.
      PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**A/P** Written by LANDE,RAYMOND G. @ 12 Oct 2017 1310 EDT
**1. Major depressive disorder, recurrent, moderate**
      Procedure(s):        -Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1

**Disposition** Written by LANDE,RAYMOND G. @ 12 Oct 2017 1310 EDT
**Released w/o Limitations**
**Follow up:**  in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 12 Oct 2017 1310

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017

*11 Oct 2017 at WRNMMC, Occup Therap TBI Be by NAVARRO, CARA A*

| | | |
|---|---|---|
| Encounter ID: | BETH-29912121 | Primary Dx: | Major depressive disorder, recurrent, moderate |

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **11 Oct 2017 1400 EDT**
Clinic: **OCCUP THERAP TBI BE**

Appt Type: **PROC**
Provider: **NAVARRO,CARA A**

**AutoCites** Refreshed by NAVARRO,CARA A @ 12 Oct 2017 1517 EDT

**Family History**
•family medical history (General FHx)
•paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
•not maternal uncle's history of referred here (Maternal Uncle)
•family history of supplemental HPI [use for free text] (General FHx)
•no family history of malignant melanoma of the skin (General FHx)
•family history of father is alive (General FHx)
•family history of heart disease (General FHx)
•family history of cancer (General FHx)
•family history of mother is alive (General FHx)
•no family history of malignant neoplasm of large intestine (General FHx)
•no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
•paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
•paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
•paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
•paternal history of preliminary background HPI [use for free text] (Father)
•family history of test conclusions [Use for free text] (General FHx)
•family history of diabetes mellitus (General FHx)
•family history of mental illness (not retardation) (General FHx)
•family history of the options include referral (General FHx)
•family history of patient counseling (General FHx)
•fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
•no family history of chronic liver disease (General FHx)

**Reason for Appointment:**
Major depressive disorder, recurrent, moderate
**Appointment Comments:**
can

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 130**

**Medical Record**

Anderson, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538          Created: 13 Nov 2017

**Questionnaire AutoCites** Refreshed by NAVARRO,CARA A @ 12 Oct 2017 1517 EDT
**Questionnaires**

**A/P** Written by NAVARRO,CARA A @ 12 Oct 2017 1518 EDT
**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):          -Phys Ther Ed Community Reintegration Training - Per 15 Min x 2

**Disposition** Written by NAVARRO,CARA A @ 12 Oct 2017 1525 EDT
**Released w/o Limitations**
**Follow up:**  as needed . - Comments: continue with services

**Note** Written by PALAD,NOLAN @ 11 Oct 2017 1247 EDT
**Consult Order**
**Referring Provider:**          PAUL, SHERIN
**Date of Request:**   27 Sep 2017
**Priority:**          Routine

**Provisional Diagnosis:**

Major depressive disorder, recurrent, moderate

**Reason for Request:**

Rec Therapy: Patient would benefit from additional coping skills and building positive monitored socialization skills.
**Note** Written by NAVARRO,CARA A @ 12 Oct 2017 1524 EDT
**Recreational Therapy**
**Recreational Therapy Program**
**Name: Anderson, Daniel P02**
**Date: 11 Oct 2017**
**Time: 97537 x  30 MIN**
**Place:** Occupational Therapy Clinic
**Intervention:** Recreational Therapy Initial assessment
**Diagnosis:** MDD
**Pain:**  SM reports 4/10 in intestinal/stomach due to IBS
**Fall Risk: no**
**Education/ Counseling:** Patient educated on sports and recreation adaptive equipment,
techniques and resources pre and post rehabilitation.

**Referring Provider: Dr. Paul**
**Provisional Diagnosis: Major depressive disorder, recurrent, moderate**
**Reason for Request:  Patient would benefit from additional coping skills and building**
 **positive monitored socialization skills**

Phone: ████████
Email: ████████gmail.com
Branch / Rank:  Navy/ P02
**SM arrives on time, groomed well and tired, stating he has not been sleeping well.**
**SM completed homework and reported goals he has to improve interpersonal**
**relationships, decrease isolation and tolerate the community without being**
**overwhelmed.   Due to SM schedule he will not participate in Recreational Therapy**
**programs till November.**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

**Pending Appointments:  02 Nov 2017**


**PLAN**:
1.  Patient will attend follow up session on 02 Nov to set POC

---

**Signed By  NAVARRO, CARA A** (Certified Therapeutic Recreation Specialist, Occupational Therapy WRNMMC) @ 12 Oct 2017 1525

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ▆▆ 1985  SSN: ***-**-▆▆ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *11 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29910949    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **11 Oct 2017 1158 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 11 Oct 2017 1448 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**
Loading...

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 11 Oct 2017 1158 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 11 Oct 2017 1226 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre Procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for depression session #8 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09 minutes. A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS: This is session #7 for depression with MT level at therapeutic treatment level for entire session.
    Post procedure: SM monitored briefly. SM had no reports of distress associated with TMS.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 11 Oct 2017 1416 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic Stimulation for Depression (12:05-12:50).
**Subjective**
Attending Note: A procedural time out was done during which settings and patient  was re-identified.
        Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
        Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
        SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
        After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
        Adjustments were made to accommodate comfort.
        This session number 18/ #8 at 120% MT.
**Objective**
SM next session scheduled.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 11 Oct 2017 1418 EDT
**1. Major depressive disorder, recurrent, moderate**
        Procedure(s):        -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                        PROVIDER(S): BAHROO,BHAGWAN A; POURZAND,MIRIAM

**Disposition** Last updated by LANDE,RAYMOND G. @ 11 Oct 2017 1449 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 10 Oct 2017 1449

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 11 Oct 2017 1449 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 11 Oct 2017 1449 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 11 Oct 2017 1418 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*11 Oct 2017 at WRNMMC, Pain Mgmt Clinic Bethesda by SPEVAK, CHRISTOHER J*

Encounter ID:    BETH-29908707    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **11 Oct 2017 1044 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PAIN MGMT CL BE**    Provider: **SPEVAK,CHRISTOPHER J**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by SPEVAK,CHRISTOHER J @ 11 Oct 2017 1044 EDT

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •family medical history (General FHx) | •No Known Allergies |
| •Counseling, unspecified Z71.9 | •paternal aunt's history of reason for visit | |
| •EXAM/ASSESSMENT, | [use for free text] (Paternal Aunt) | |
| OCCUPATIONAL, SERVICE | •not maternal uncle's history of referred | |
| MEMBER PERIODIC HEALTH | here (Maternal Uncle) | |
| ASSESSMENT (PHA) DOD0225 | •family history of supplemental HPI [use | |
| •ALCOHOL DEPENDENCE WITH | for free text] (General FHx) | |
| CONTINUOUS DRINKING | •no family history of malignant melanoma | |
| BEHAVIOR | of the skin (General FHx) | |
| •MAJOR DEPRESSION RECURRENT | •family history of father is alive (General | |
| MODERATE | FHx) | |
| •ANXIETY DISORDER NOS | •family history of heart disease (General | |
| •Left ankle joint pain | FHx) | |
| •NEUROTIC EXCORIATION | •family history of cancer (General FHx) | |
| •ANKLE SPRAIN LEFT | •family history of mother is alive (General | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | FHx) | |
| •ANOMALIES OF SKIN | •no family history of malignant neoplasm of | |
| •Abdominal pain | large intestine (General FHx) | |
| •ASTHMA | •no family history of malignant neoplasm of | |
| •POSTSURGICAL STATE OF EYE AND | the gastrointestinal tract (General FHx) | |
| ADNEXA | •paternal grandfather's history of | |
| •Difficulty breathing (dyspnea) | preliminary background HPI [use for | |
| •SKIN NEOPLASM UNCERTAIN | free text] (Paternal Grandfather) | |
| BEHAVIOR | •paternal grandmother's history of | |
| •Removal Of Sutures | preliminary background HPI [use for | |
| •ASTHMA EXTRINSIC | free text] (Paternal Grandmother) | |
| •ROSACEA | •paternal grandmother's history of HPI [use | |
| •PERIPHERAL RETINAL | for free text] (Paternal Grandmother) | |
| DEGENERATION - LATTICE | •paternal history of preliminary background | |
| •REFRACTIVE ERROR - MYOPIA | HPI [use for free text] (Father) | |
| •ALLERGIC RHINITIS | •family history of test conclusions [Use for | |
| | free text] (General FHx) | |
| | •family history of diabetes mellitus | |
| | (General FHx) | |
| | •family history of mental illness (not | |
| | retardation) (General FHx) | |
| | •family history of the options include | |
| | referral (General FHx) | |
| | •family history of patient counseling | |
| | (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for | |
| | s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease | |
| | (General FHx) | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |

| Anderson, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 135**
AR 1601

## Medical Record

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-██    DoD ID: 1286180538    Created: 13 Nov 2017

| Medication | Status | Instructions | | Date |
|---|---|---|---|---|
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**A/P** Written by SPEVAK,CHRISTOHER J @ 11 Oct 2017 1045 EDT
**1. Alcohol dependence, uncomplicated**: S: The SM participated in a weekly group discussion about medical perspectives on substance use disorders. Topics of this group range from the history of substance use, psychoeducation on substance use disorders, recent medical advances in understanding substance use disorders and treatments. Participants were also encouraged to discuss their own personal perspectives on the topics discussed.
O: SM arrived on time for group and was dressed appropriately for the setting. The SM was oriented x3
Appearance: neat and clean   Behavior: Appropriate, engaged in group
Speech: WNL     Thoughts: WNL
Mood:  Good        Affect: Congruent
Insight: Fair         Judgment: Fair
SI/HI/AVH: None Reported    Med/Pain Issues: None Reported
A: SM actively participated in group. Participants were respectful of each other's perspectives and exhibited understanding of the topic as evidenced by group discussions. Participants were encouraged to ask questions and were answered accordingly.
P:  Next medical group to will continue to build upon the topics already discussed and explore new approaches to treatment. Participants will follow up with their primary psychiatric/medical providers with any specific concerns about their personalized treatment plans.


**Disposition** Written by SPEVAK,CHRISTOHER J @ 11 Oct 2017 1045 EDT
**Released w/o Limitations**
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  SPEVAK, CHRISTOHER J** (Physician) @ 11 Oct 2017 1045

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*11 Oct 2017 at WRNMMC, ATS Adult BE by DELEON, PATRICK D.*

Encounter ID:     BETH-29910492     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**       Date: **11 Oct 2017 0730 EDT**       Appt Type: **GRP**
Treatment Facility: **WALTER REED**        Clinic: **ATS ADULT BE**              Provider: **DELEON,PATRICK D.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOP
**Appointment Comments:**
jbf

**S/O Note** Written by BURTON,CARA N @ 11 Oct 2017 1217 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Educational Group: Finding Meaning (1000-1100): Spirituality and Personality
    S: The focus of today's session was the connection between personality and spirituality. Group members were encouraged to
assess their personalities during active substance use and at the current point of their recovery. They also reflected on how their
personalities have changed since being sober. This SM shared openly about the ways in which substance use allowed him a
release from his cares or ongoing frustrations. He engaged actively throughout the session and commented on what others shared
appropriately.
    O: SM arrived on time for group, was oriented x4 and engaged actively during the group exercises and discussion.
    Appearance: Neat, clean, dressed appropriately to season
    Behavior: Appropriate, engaged
    Speech: WNL
    Thoughts: Logical, WNL
    Mood: Stable
    Affect: Congruent, full range
    Insight: Fair
    Judgment: Fair
    SI/HI: None reported
    Med/Pain Issues: None reported
    A: SM interacted with group members and facilitators. He demonstrated an understanding of the concepts presented.
    P: SM will attend the next group as scheduled.

**Note** Written by RAGLAND,MARY @ 16 Oct 2017 0952 EDT
## Process Group          0730-0845
**S:** Topics discussed: Introductions (Name, relationship to the military, substance of choice, sobriety date, and what brought Ct to ATS), Review of Group Rules/Expectations.  Demonstrated understanding of Group Rules and assisted in explaining to new group members. Ct again spoke of his father's emotional abandonment of him and it's impact on his emotions--did not connect this to his substance use..
**O:** Ct arrived over 30 minutes late for group. Ct alert and oriented x 3.

Appearance: Appropriate for weather /situation
Behavior: Appropriate, engaged
Speech: Within Normal Limits
Thoughts: Logical, Linear, Goal-Directed
Mood: Euthymic
Affect: Congruent
Insight: Intact

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 137**
AR 1603

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538        Created: 13 Nov 2017

Judgment: Intact
SI/HI: None reported
Med/Pain Issues: None reported

**A:** Ct participated appropriately in discussion. Ct demonstrates commitment to sobriety/recovery.

**P:** Ct to continue with groups as assigned.

Note Written by RAGLAND,MARY @ 16 Oct 2017 1156 EDT
**Mind-Body Group, Session #3: Breath Work    1100-1150**
**S:** Psychoeducation re: purposes of using breath work (slowing thought process, slowing physiological processes, increase focus and concentration relaxation, linking body and mind), types of breath work (Counting, Mantras, Body focus, Guided/Imagery, Breathing while moving intentionally). Practiced several different types of breath work chosen by participants.
**O:** SM arrived on time for group. Alert/oriented x 3.

| | |
|---|---|
| Appearance:  Clean | Behavior:  Appropriate |
| Speech:  WNL | Thoughts: Logical |
| Mood:  Stable | Affect:  Congruent |
| Insight: Good | Judgment: Good |
| SI/HI:  None | Med/Pain Issues: None |

**A:** SM participated appropriately in discussion and activity.

**P**: SM will attend next group as scheduled.

A/P Written by DELEON,PATRICK D. @ 17 Oct 2017 0921 EDT
**1. Alcohol dependence, uncomplicated** F10.20
        Procedure(s):        -(S9480) INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

Disposition Written by DELEON,PATRICK D. @ 17 Oct 2017 0921 EDT
**Released w/o Limitations**
**Follow up:** in the ATS ADULT BE clinic. - Comments: Continue in Intensive Outpatient Program, next groups 13 Oct

Signed By  DELEON, PATRICK D. (Social Work Case Manager) @ 17 Oct 2017 0922

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇▇ 1985 | SSN: ***-**-▇▇ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *10 Oct 2017 at WRNMMC, Psych Day Hosp Be by BAHROO, BHAGWAN A*

Encounter ID:  BETH-29890663    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**    Date: **10 Oct 2017 1059 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **BAHROO,BHAGWAN A**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

---

**AutoCites** Refreshed by BAHROO,BHAGWAN A @ 10 Oct 2017 1231 EDT

**Allergies**
•No Known Allergies

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 10 Oct 2017 1059 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 10 Oct 2017 1130 EDT
**History of present illness**
        The Patient is a 32 year old male.

Visit for: Transcranial magnetic Stimulation for Depression (1100-1135).
        Subjective
TMS session: A procedural time out was done during which settings and patient  was re-identified.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was not anxious at start of procedure.  At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09 minutes.
Adjustments were made to accommodate comfort.
This session number #7  at 120% MT.
Objective
Next session was scheduled.

.

**S/O Note** Written by BLOBERG,BRIAN @ 10 Oct 2017 1133 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Pre Procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
        Procedure: MT 120%. TMS Treatment for depression session #7 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09 minutes. A procedural time out was done during which settings and patient re-identified.
        PROGRESS IN MEETING GOALS: This is session #7 for depression with MT level at therapeutic treatment level for entire session.
        Post procedure: SM monitored briefly. SM had no reports of distress associated with TMS.
        PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**A/P** Written by BAHROO,BHAGWAN A @ 10 Oct 2017 1232 EDT

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):         -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                          PROVIDER(S): POURZAND,MIRIAM; BLOBERG,BRIAN

**Disposition** Written by BAHROO,BHAGWAN A @ 10 Oct 2017 1232 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  BAHROO, BHAGWAN A** (MD, Staff Psychiatrist, WRAMC) @ 10 Oct 2017 1232

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓ 1985  SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *06 Oct 2017 at WRNMMC, Psych Day Hosp Be by BAHROO, BHAGWAN A*

Encounter ID:     BETH-29871173     Primary Dx:     Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**        Date: **06 Oct 2017 0854 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**         Clinic: **PSYCH DAY HOSP BE**          Provider: **BAHROO,BHAGWAN A**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BAHROO,BHAGWAN A @ 06 Oct 2017 1201 EDT

**Allergies**
•No Known Allergies

**Reason for Appointment:**Written by BLOBERG,BRIAN @ 06 Oct 2017 0854 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 06 Oct 2017 0946 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Reason for Visit
     Visit for: Transcranial magnetic Stimulation for Depression (0900-0935).
     Subjective
     Attending Note: A procedural time out was done during which settings and patient  was re-identified.
     Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
     Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
     SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
     After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 20.09 minutes.
     Adjustments were made to accommodate comfort.
     This session number #6 at 120% MT.
     Objective
     Next session was scheduled.

**S/O Note** Written by BRAGGS,DEBORAH C @ 06 Oct 2017 0955 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
     Procedure: MT 120%. TMS Treatment for depression session #6; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 20.09 minutes.  A procedural time out was done during which settings and patient re-identified.
     PROGRESS IN MEETING GOALS:
     This is session # 6 with MT level at therapeutic treatment level for entire session.
     Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for Tuesday. ZUNG depression=51, PHQ 9=15.

**A/P** Written by BAHROO,BHAGWAN A @ 06 Oct 2017 1202 EDT
**1. Major depressive disorder, recurrent, moderate**
          Procedure(s):          -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL

---

| Anderson, Daniel Dennis | DOB: ▓▓ 1985  SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 141**
AR 1607

## Medical Record

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

PROVIDER(S): POURZAND,MIRIAM; BRAGGS,DEBORAH C

**Disposition** Written by BAHROO,BHAGWAN A @ 06 Oct 2017 1203 EDT
**Released w/o Limitations**
**Follow up:** as needed in 4 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  BAHROO, BHAGWAN A** (MD, Staff Psychiatrist, WRAMC) @ 06 Oct 2017 1203

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *06 Oct 2017 at WRNMMC, ATS Adult BE by LESKO, STACEY B*

Encounter ID:     BETH-29877815     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**      Date: **06 Oct 2017 0730 EDT**      Appt Type: **GRP**
Treatment Facility: **WALTER REED**      Clinic: **ATS ADULT BE**      Provider: **LESKO,STACEY BETH**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LESKO,STACEY B @ 06 Oct 2017 1330 EDT

**Allergies**
•No Known Allergies

**Reason for Appointment:**
process grou
**Appointment Comments:**
ctc

**S/O Note** Written by LESKO,STACEY BETH @ 06 Oct 2017 1330 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: S: The group discussed several topics today to include the how childhood family dynamics has impacted their addiction and recovery.  Group members talked about trying new community support meetings and what they liked/didn't like about them.  Lastly, members shared what they were doing over the 3-day weekend to stay safe and support their sobriety.
     O: SM arrived on time for group. SM was oriented x3.
     Appearance: Appropriate Behavior: Appropriate
     Speech: WNL                          Thoughts: WNL
     Mood:  Euthymic                     Affect: Congruent
     Insight: Good                        Judgment: Good
     SI/HI: None Current               Med/Pain Issues: None expressed
     A: SM participated appropriately in group today, both giving and receiving feedback.
     P:  SM will continue with process groups as planned.

**A/P** Written by LESKO,STACEY B @ 06 Oct 2017 1332 EDT
**1. Alcohol dependence, uncomplicated** F10.20
          Procedure(s):          -(90853) Psychiatric Therapy Group Interactive x 1

**Disposition** Written by LESKO,STACEY B @ 06 Oct 2017 1333 EDT
**Released w/o Limitations**
**Follow up:**  in the ATS ADULT BE clinic.

**Signed By  LESKO, STACEY B** (Medical Social Worker, 301-319-7824) @ 06 Oct 2017 1333

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 143**
AR 1609

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*05 Oct 2017 at WRNMMC, Psychiatry Be by ABRAHAM, FENOTE*

Encounter ID:    BETH-29863837    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **05 Oct 2017 1349 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **ABRAHAM,FENOTE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by ABRAHAM,FENOTE @ 05 Oct 2017 1407 EDT
**Problems**                                                                            **Allergies**
•Generalized anxiety disorder F41.1                                  •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Reason for Appointment:**Written by ABRAHAM,FENOTE @ 05 Oct 2017 1349 EDT
Medical Record Release
**Appointment Comments:** Written by ABRAHAM,FENOTE @ 05 Oct 2017 1349 EDT
per medical records office  AKA Merwin, Daniel D

**Questionnaire AutoCites** Refreshed by ABRAHAM,FENOTE @ 05 Oct 2017 1407 EDT
**Questionnaires**

**Note** Written by ABRAHAM,FENOTE @ 05 Oct 2017 1407 EDT
Medical record screened IAW the signed authorization of patient submitted through Medical
Correspondence office.  Patient not present.
Psychiatry records are sensitive, and screening was done diagnostically to determine whether it
is appropriate to release this sensitive information to the patient as requested.  In certain
circumstances it can be unsafe for patient to read sensitive psychiatry notes.  Record was
carefully screened.  Patient noted to have been diagnosed with MDD recurrent Moderate and
GAD

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 144**
AR 1610

**Medical Record**

Anderson, Daniel Dennis        DOB: ■■■ 1985  SSN: ***-**-■■■        DoD ID: 1286180538        Created: 13 Nov 2017

No concerns arose during this screening about patient safety or the safety of others should patient read these records.  Patient psychiatry records for ABHC clinic WR-Bethesda written by Paul, Tobar, Wise, Zembrzuska, Melton and Nilsen are authorized to be released as requested.

**A/P** Written by ABRAHAM,FENOTE @ 05 Oct 2017 1408 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**
    Procedure(s):    -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by ABRAHAM,FENOTE @ 05 Oct 2017 1411 EDT
**Released w/o Limitations**

**Signed By  ABRAHAM, FENOTE** (Psychiatrist, WNMMC) @ 05 Oct 2017 1411

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *05 Oct 2017 at WRNMMC, Occup Therap TBI Be by NAVARRO, CARA A*

Encounter ID:    BETH-29868902    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **05 Oct 2017 1300 EDT**
Clinic: **OCCUP THERAP TBI BE**

Appt Type: **SPEC**
Provider: **NAVARRO,CARA A**

**AutoCites** Refreshed by NAVARRO,CARA A @ 06 Oct 2017 0732 EDT

**Family History**
•family medical history (General FHx)
•paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
•not maternal uncle's history of referred here (Maternal Uncle)
•family history of supplemental HPI [use for free text] (General FHx)
•no family history of malignant melanoma of the skin (General FHx)
•family history of father is alive (General FHx)
•family history of heart disease (General FHx)
•family history of cancer (General FHx)
•family history of mother is alive (General FHx)
•no family history of malignant neoplasm of large intestine (General FHx)
•no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
•paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
•paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
•paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
•paternal history of preliminary background HPI [use for free text] (Father)
•family history of test conclusions [Use for free text] (General FHx)
•family history of diabetes mellitus (General FHx)
•family history of mental illness (not retardation) (General FHx)
•family history of the options include referral (General FHx)
•family history of patient counseling (General FHx)
•fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
•no family history of chronic liver disease (General FHx)

**Reason for Appointment:**
Generalized anxiety disorder
**Appointment Comments:**
can

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 146**
AR 1612

**Medical Record**

Anderson, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 13 Nov 2017

**Questionnaire AutoCites** Refreshed by NAVARRO,CARA A @ 06 Oct 2017 0732 EDT
**Questionnaires**

**A/P** Last Updated by NAVARRO,CARA A @ 06 Oct 2017 0753 EDT
**1. Major depressive disorder, recurrent, moderate**
  Procedure(s):  -Phys Ther Ed Community Reintegration Training - Per 15 Min x 6

**Disposition** Written by NAVARRO,CARA A @ 06 Oct 2017 0814 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: continue with services

**Note** Written by NAVARRO,CARA A @ 06 Oct 2017 0732 EDT
**Consult Order**
**Referring Provider:**  POURZAND, MIRIAM
**Date of Request:**  13 Sep 2017
**Priority:**  Routine

**Provisional Diagnosis:**

Generalized anxiety disorder

**Reason for Request:**

SM suffers from signficant anxiety with avodiance would benefit from recreation therapy program please evaluate. sm cell ███
███
**Note** Written by NAVARRO,CARA A @ 06 Oct 2017 0814 EDT
**Recreational Therapy**
## SUBJECT
**Recreational Therapy Program**
**Name: Anderson, Daniel P02**
**Last 4:** ███
**Date: 05 Oct 2017**
**Time: 97537 x  90MIN**
**Place: Occupational Therapy Clinic**
**Intervention: Recreational Therapy Initial assessment**
**Diagnosis:  MDD**
**Pain:  SM reports 4/10 in intestinal/stomach due to IBS**
**Fall Risk: no**
**Education/ Counseling:** Patient educated on sports and recreation adaptive equipment,
techniques and resources pre and post rehabilitation.

**Referring Provider: Dr. Paul**
**Provisional Diagnosis: Major depressive disorder, recurrent, moderate**
**Reason for Request:  Patient would benefit from additional coping skills and building**
 **positive monitored socialization skills**

Phone: ███
Email: ███gmail.com
Branch / Rank:  Navy/ P02

## OBJECTIVE

**Medical Record**

Anderson, Daniel Dennis      DOB: ████ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

Patient was seen today for education, planning and training in prep for participation in Recreational Therapy programs.

## ACTION
Patient was educated on application, agenda, safety, and program expectations for participation in upcoming Recreational Therapy programs. SM's homework is to write goals for Recreational therapy and what programs he can use to best practice the skills he is developing/learning. Patient was receptive to education and motivated with TX. Patient is in agreement with plan.
**Assessment**: Alert and oriented x 4. Presents to be in a pleasant mood although displayed signs of anxiety as evidenced by excessive talking and having scattered thoughts.  SM was not able to identify personal goals for post military and has homework to complete prior to next session. SM relates challenges back to his childhood and contradicts self with what does and does not matter to him.  SM was educated on what the scope of practice is for Recreational Therapy and how writer is not able to change or help SM with certain areas of his life.   During conversation SM requires redirection to answer questions.        Learning style- Combined
Patient tolerated session well.


    *Barriers to learning: none*
    *Community Reintegration:* **Isolates self in his home, refuses to go to a gym because "it's dirty"**
    *Leisure Barriers:* **social avoidance due to indifference towards others, IBS challenges**
**Pending Appointments:  11 Oct 2017**
**Leisure interests include: cooking, video games, movies, TV shows**
**Learning Style: combined**
**Precautions: pain**

**Interventions Recommended:**
_x__Aquatic            _x__Relaxation            ___Physical conditioning    ___ Horticulture
___Arts & Craft            ___Adaptive Sports            ___1:1 session
    _x__ Social Activities
_x__Outdoor Activities        _x__Leisure counseling            ___Cognitive Activities        ___Paddling
__x_Yoga                ___Archery                _x__Community Reintegration
___Hunting/Fishing        ___Cooking Group            ___Therapeutic Riding


**Adaptive Equipment Utilized and/or recommended:**
___Scissors (loop)        ___Pencil Grip            ___Knives/spoons/fork ___Cookware
___Magnifying glass        ___Talking books            ___Ski/snowboard
    ___Bicycle
___Prosthetics            ___W/C, Rollator            ___Assistive Tech
    ___Vehicle
___Lift Systems(s)        ___IDEO Brace

**Leisure & Community Reintegration Barriers:**

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

___Cognitive Skills       _x__Social Skills                    ___Communication
          ___Paralysis
___Financial              ___General Weakness                  ___ROM limitations
          ___Mobility
___Perceptual Prob        ___Grasp / Release                   _x__Fears / Phobias
          ___Hearing Deficits
___Visual Acuity          _x__Motivation                       ___Spasticity
          _x__Pain
_x__Attitude              _x__Self-confidence                  ___Transportation


**PLAN:**
   1.  Patient will attend follow up session on 11 Oct with completed homework and set POC
**Discharge Recommendations:**
___Utilization of Community Resources
___Adaptive equipment requested
___Continue program at home
_x__Encouragement of social / leisure participation


**Signed By  NAVARRO, CARA A** (Certified Therapeutic Recreation Specialist, Occupational Therapy WRNMMC) @ 06 Oct 2017 0815

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *05 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

| Encounter ID: | BETH-29861230 | Primary Dx: | Major depressive disorder, recurrent, moderate |

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: Outpatient

Date: **05 Oct 2017 1158 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 05 Oct 2017 1314 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 05 Oct 2017 1158 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 05 Oct 2017 1242 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for depression session #5 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 20.09 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 5 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review.Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 05 Oct 2017 1301 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic Stimulation for Depression (12:05-12:50).
**Subjective**
Attending Note: A procedural time out was done during which settings and patient  was re-identified.
        Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
        Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
        SM was not anxious at start of procedure.  At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
        After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
        Adjustments were made to accommodate comfort.
        This session number 15/ #5 at 120% MT.
**Objective**
Next session was scheduled.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 05 Oct 2017 1303 EDT
**1. Major depressive disorder, recurrent, moderate**
        Procedure(s):        -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                        PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**Disposition** Last updated by LANDE,RAYMOND G. @ 05 Oct 2017 1314 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 05 Oct 2017 1315

---

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten** by LANDE,RAYMOND G. @ 05 Oct 2017 1314 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 05 Oct 2017 1314 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 05 Oct 2017 1304 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *04 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N*

Encounter ID:    BETH-29852335    Primary Dx:    Sleep disorder, unspecified

Patient: **ANDERSON, DANIEL DENNIS**    Date: **04 Oct 2017 2000 EDT**    Appt Type: **PROC**
Treatment Facility: **WALTER REED**    Clinic: **SLEEP (PULM) CL BE**    Provider: **KHRAMTSOV,ANDREI N.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
split w 3% per Dr. K

**A/P** Last Updated by IRVINE,RAYMOND W @ 05 Oct 2017 0423 EDT
**1. Sleep disorder, unspecified**
      Procedure(s):    -Polysomnography With 4+ Add'l Sleep Parameters Age 6 Years Or Older x 1 (TC-TECHNICAL
            COMPONENT) ADDITIONAL PROVIDER(S): PETRI,ROEL - This note pertains to polysomnography
            data collection only. The physician interpretation is appended to a separate procedure note. If there are
            no additional procedure notes visible within the electronic medical record, please call 301-295-4547 and
            ask to speak with one of the physician staff.

**Disposition** Last Updated by IRVINE,RAYMOND W @ 05 Oct 2017 0423 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Please don't drive if sleepy.

**Note** Written by IRVINE,RAYMOND W @ 05 Oct 2017 0419 EDT
**Consult Order**
**Referring Provider:**    TOBAR, EDEN
**Date of Request:**  27 Jul 2017
**Priority:**      Routine

**Provisional Diagnosis:**

R/o obstructive sleep apnea

**Reason for Request:**

32 y/o USN PO2 with chronic daytime fatigue despite adequate sleep time. Also intermittent headaches.  Please evaluate for sleep
disorder. Thank you.

**Signed By  KHRAMTSOV, ANDREI N** (Staff Physician, Sleep Disorders Center, WRAMC) @ 05 Oct 2017 0826

---

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 153**
AR 1619

**Medical Record**

| Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-█████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *04 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:     BETH-29846543      Primary Dx:      Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**        Date: **04 Oct 2017 1235 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCH DAY HOSP BE**        Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: Outpatient

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 05 Oct 2017 0703 EDT

**Problems**                                                                          **Allergies**
•Generalized anxiety disorder F41.1                                                   •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis          DOB: ██████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by POURZAND,MIRIAM @ 04 Oct 2017 1235 EDT
TMS

**S/O Note** Written by POURZAND,MIRIAM @ 04 Oct 2017 1236 EDT
**History of present illness**
     The Patient is a 32 year old male.

<<Note accomplished in the TSWF BH Spec AIM form>>
TMS session: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
Procedure: MT 120%. TMS Treatment for depression session #4 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of  20:10 minutes.  A procedural time out was done during which settings and patient was re-identified.
PROGRESS IN MEETING GOALS:
This is session # 4 with MT level at therapeutic treatment level for entire session.
Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

.....

.

**S/O Note** Written by BAHROO,BHAGWAN A @ 04 Oct 2017 1334 EDT
**Reason for Visit**
     Visit for: Transcranial magnetic Stimulation for Depression (12:01-12:45).
**Subjective**
Attending Note: A procedural time out was done during which settings and patient  was re-identified.
          Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
          Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
          SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
          After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

---

Adjustments were made to accommodate comfort.
This session number 14/ #4 at 120% MT.

**Objective**

Next session was scheduled

.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 04 Oct 2017 1341 EDT
**1. Major depressive disorder, recurrent, moderate**
Procedure(s):       -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1 ADDITIONAL
PROVIDER(S): BAHROO,BHAGWAN A; POURZAND,MIRIAM

**Disposition** Last updated by LANDE,RAYMOND G. @ 05 Oct 2017 0704 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 05 Oct 2017 0704

---

CHANGE HISTORY
***The following Disposition Note Was Overwritten*** *by LANDE,RAYMOND G. @ 05 Oct 2017 0704 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 05 Oct 2017 0704 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 04 Oct 2017 1341 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

---

*04 Oct 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29846244    Primary Dx:

Patient: **ANDERSON, DANIEL DENNIS**    Date: **04 Oct 2017 1217 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 04 Oct 2017 1341 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| | EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active    TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active    DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by GARDINER,DELACIE E @ 04 Oct 2017 1217 EDT
LST

## Appointment Cancelled by Facility
 Encounter Cancelled by POURZAND,MIRIAM @ 04 Oct 2017 1341 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*04 Oct 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-29847918    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**          Date: **04 Oct 2017 1100 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**              Clinic: **ATS ADULT BE**                Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
F/U
**Appointment Comments:**
CTC

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 04 Oct 2017 1324 EDT
**History of present illness**
      The Patient is a 32 year old male.
Focus Of Session: CBT/Work Stress
S) SM reported that he has been feeling bad the last two days due to some stress with his direct supervisor. SM stated that he feels
angry but was able to identify feeling disrespected as the main reason for his anger. SM and this writer used CBT techniques to
work through the beliefs and emotional consequences of the conflict at work. SM explored how he can use cognitive reframing and
expectation adjustment to reduce the stress around this conflict. SM stated that he had forgotten to do his gratitude list for the last
couple days until his family reminded him to do it and stated he was happy for the accountability. SM reported group went well and
he attended one SMART recovery meeting last week which he enjoyed. SM denied any alcohol use or thoughts about drinking. SM
denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts
and behavior were appropriate.
A) SM was cooperative and friendly. SM appears to be thinking critically about his recovery and is open to feedback. SM seems to
be open minded to using concrete techniques to address his depression and anxiety and is reflective and thoughtful in session.
Alcohol Use D/O, Severe
P) SM will follow up with social worker in two weeks. SM will begin continue with ATS groups as scheduled.
.

**A/P** Written by HANGEMANOLE,DESPINA C @ 04 Oct 2017 1325 EDT
**1. Alcohol dependence, uncomplicated**
          Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by HANGEMANOLE,DESPINA C @ 04 Oct 2017 1325 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker in two weeks.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 04 Oct 2017 1326

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 159**
AR 1625

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

---

*04 Oct 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:        BETH-29868491        Primary Dx:        Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**        Date: **04 Oct 2017 0900 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**        Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Note** Written by PAUL,SHERIN @ 06 Oct 2017 0704 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:        Daniel Anderson (previously Merwin)
Patient last 4:        0538
Appt #:        Intake + 14
Therapy time:        60 minutes
E&M time:        60 minutes

## Identifying Data:        32-year-old, Single, Caucasian, Male

## Military Data:
Branch:        USN
Rank:        PO1
MOS:        CTN
TIS:        11-years
Deployments:        N/A
Deployment Related:        N/A
Trauma:        N/A
WTU:        N/A
MEB in progress:        N/A
AdmSep in progress:        N/A
Special Clearance:        Yes

## Presenting Problem:

Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

## Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|------------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

## Notes from Today's Session:
**Treatment modality currently used: CBT**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. Therapist and patient discussed recent events in his life. He identified positive changes he was attempting to make. Therapist worked with patient to identify small concrete steps toward these changes. Therapist reminded patient not to shift from extremes. For example, patient, typically rigid, expressed a desire to sell his house and have no attachments to anything. Therapist worked with patient on reasonable changes. Further conversation focused on patient's interactional style with people.

**Response to treatment:** [ ] None   **[ X ] Some**   [ ] Significant   [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

## ASSESSMENT

## Diagnosis:
Axis I:   Generalized Anxiety Disorder

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 161**
AR 1627

**Medical Record**

Anderson, Daniel Dennis    DOB: ■    1985  SSN: ***-**-■    DoD ID: 1286180538    Created: 13 Nov 2017

Major Depressive Disorder, Single Episode, Moderate
Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**


## Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

History of Harm to Others:  No history of harm to others.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 13 Nov 2017

This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High


# TREATMENT PLAN


Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 27 September 2017
*Reviewed with patient on:* 27 September 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

3. A new/revised profile **HAS** been written for patient by this writer today.

**Patient going through MEB.**

**A/P** Written by PAUL,SHERIN @ 06 Oct 2017 0705 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 06 Oct 2017 0705 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 06 Oct 2017 0706

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇▇ 1985 | SSN: ***-**-▇▇ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*04 Oct 2017 at WRNMMC, ATS Adult BE by RAGLAND, MARY*

Encounter ID:   BETH-29842898    Primary Dx:   Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**        Date: **04 Oct 2017 0730 EDT**         Appt Type: **GRP**
Treatment Facility: **WALTER REED**         Clinic: **ATS ADULT BE**              Provider: **RAGLAND,MARY**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
process group
**Appointment Comments:**
ctc

**Note** Written by RAGLAND,MARY @ 04 Oct 2017 1007 EDT
**Process Group        0730-0845**
**S:** Topics discussed: Introductions, stressors which impacted drinking and/or recovery.
Ct shared openly about his prior treatment experiences for alcohol, his recent relapse
episode which led to this ATS referral. Ct shared very openly about negative childhood
experiences related to being the child of divorced parents. Ct described recent trouble
for "sexual harrassment" presented in a way as warning the other group members not
to"post photos of yourself on social media" or "ask a civilian to speak outside of work".
Ct related to another peer about SMART Recovey and they determined they lived near
each other. Ct suggested they carpool to meetings.
**O:**  Ct arrived on time for group  SM alert and oriented x 3.


Appearance: Appropriate for weather /situation
Behavior: Appropriate, engaged
Speech: Within Normal Limits
Thoughts: Logical, Linear, Goal-Directed
Mood: Euthymic
Affect: Congruent
Insight: Intact
Judgment: Intact
SI/HI: None reported
Med/Pain Issues: None reported


**A:** Ct participated appropriately in discussion. Ct demonstrates commitment to
sobriety/recovery.


**P:** Ct to continue with groups as assigned.


**A/P** Written by RAGLAND,MARY @ 05 Oct 2017 0847 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):         -Psychiatric Therapy Group Interactive x 1

**Disposition** Written by RAGLAND,MARY @ 05 Oct 2017 0847 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic.

| Anderson, Daniel Dennis | DOB: ▇▇ 1985 | SSN: ***-**-▇▇ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 165**
AR 1631

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

---

**Signed By  RAGLAND, MARY** (Physician) @ 05 Oct 2017 0847

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ■■■■ 1985  SSN: ***-**-■■■■     DoD ID: 1286180538     Created: 13 Nov 2017

---

### *03 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:     BETH-29829383     Primary Dx:     Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**     Date: **03 Oct 2017 1147 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCH DAY HOSP BE**     Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 03 Oct 2017 1403 EDT
**Problems**                                              **Allergies**
•Generalized anxiety disorder F41.1                       •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**
Loading...

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 03 Oct 2017 1147 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 03 Oct 2017 1221 EDT
**Reason for Visit**
    Visit for: TransCranial Magnetic Stimulation for depression (12:05-12:50).
**Subjective**
A procedural time out was done during which settings and patient  was re-identified.
        Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
        Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
        SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
        After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
        Adjustments were made to accommodate comfort.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

This session number 13/ #3 at 120% MT.

**Objective**
Plan:  SM next session scheduled.

**S/O Note** Written by BRAGGS,DEBORAH C @ 03 Oct 2017 1226 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information:
Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
Procedure: MT 120%. TMS Treatment for depression session #3 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of  20:10 minutes.  A procedural time out was done during which settings and patient was re-identified.
PROGRESS IN MEETING GOALS:
This is session # 3 with MT level at therapeutic treatment level for entire session.
Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 03 Oct 2017 1223 EDT
**1. Major depressive disorder, recurrent, moderate**
Procedure(s):         -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 03 Oct 2017 1403 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 03 Oct 2017 1403

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 03 Oct 2017 1403 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 03 Oct 2017 1403 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 03 Oct 2017 1223 EDT.
Released w/o Limitations
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| Anderson, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*03 Oct 2017 at WRNMMC, Psychiatry Be by ABRAHAM, FENOTE*

Encounter ID:        BETH-29826711        Primary Dx:

Patient: **ANDERSON, DANIEL DENNIS**        Date: **03 Oct 2017 1014 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**        Provider: **ABRAHAM,FENOTE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by ABRAHAM,FENOTE @ 03 Oct 2017 1014 EDT
Medical Record Release

**Appointment Cancelled by Facility**
 Encounter Cancelled by ABRAHAM,FENOTE @ 03 Oct 2017 1745 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓ 1985 SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *02 Oct 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29812077    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**    Date: **02 Oct 2017 1146 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 02 Oct 2017 1413 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

### Active Medications

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ | 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 02 Oct 2017 1146 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 02 Oct 2017 1248 EDT
**Reason for Visit**
Visit for: TransCranial Magnetic Stimulation for depression (12:05-12:50).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
        Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
        Patient arrived for TMS mildly anxious. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
        SM was not anxious at start of procedure. At conclusion of the procedure the settings were determined to be: SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94; The headrest settings were: updown 7.5; front/back 1.0
        After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
        Adjustments were made to accommodate comfort.
        This session number 12/ #2 at 120% MT.
**Objective**
Plan: SM next session scheduled.

**S/O Note** Written by BRAGGS,DEBORAH C @ 02 Oct 2017 1250 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information:
        Pre procedure: Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos. SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
        Procedure: MT 120%. TMS Treatment for depression session #2 at therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total of stimulation time of 20.09 minutes. A procedural time out was done during which settings and patient was re-identified.
        PROGRESS IN MEETING GOALS:
        This is session # 2 with MT level at therapeutic treatment level for entire session.
        Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time. Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 02 Oct 2017 1252 EDT
**1. Major depressive disorder, recurrent, moderate**
        Procedure(s):        -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

| Anderson, Daniel Dennis | DOB: ████ | 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 171**
AR 1637

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**Disposition** Last updated by LANDE,RAYMOND G. @ 02 Oct 2017 1413 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 02 Oct 2017 1414

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 02 Oct 2017 1413 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 02 Oct 2017 1413 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 02 Oct 2017 1252 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 172**
AR 1638

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *02 Oct 2017 at WRNMMC, Sleep (Pulm) Cl Be by KHRAMTSOV, ANDREI N*

Encounter ID:     BETH-29807781     Primary Dx:          Sleep disorder, unspecified

Patient: **ANDERSON, DANIEL DENNIS**     Date: **02 Oct 2017 1000 EDT**     Appt Type: **SPEC**
Treatment Facility: **WALTER REED**     Clinic: **SLEEP (PULM) CL BE**     Provider: **KHRAMTSOV,ANDREI N.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by KHRAMTSOV,ANDREI N @ 02 Oct 2017 1019 EDT

| Problems | Family History | Allergies |
|---|---|---|
| Loading... | •family medical history (General FHx) | Loading... |
| | •paternal aunt's history of reason for visit [use for free text] (Paternal Aunt) | |
| | •not maternal uncle's history of referred here (Maternal Uncle) | |
| | •family history of supplemental HPI [use for free text] (General FHx) | |
| | •no family history of malignant melanoma of the skin (General FHx) | |
| | •family history of father is alive (General FHx) | |
| | •family history of heart disease (General FHx) | |
| | •family history of cancer (General FHx) | |
| | •family history of mother is alive (General FHx) | |
| | •no family history of malignant neoplasm of large intestine (General FHx) | |
| | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) | |
| | •paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother) | |
| | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) | |
| | •paternal history of preliminary background HPI [use for free text] (Father) | |
| | •family history of test conclusions [Use for free text] (General FHx) | |
| | •family history of diabetes mellitus (General FHx) | |
| | •family history of mental illness (not retardation) (General FHx) | |
| | •family history of the options include referral (General FHx) | |
| | •family history of patient counseling (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease (General FHx) | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |

---

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Medication | Status | Instructions | Refills | Date |
|---|---|---|---|---|
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Labs**

**26 Sep 2017 0736**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**26 Sep 2017 0736**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Negative) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**22 Sep 2017 0745**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**22 Sep 2017 0745**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Negative) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**19 Sep 2017 0720**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|---|

| Ethyl Glucuronide | | URINE | negative <i> | | ng/mL | Cutoff=250 |
|---|---|---|---|---|---|---|

**19 Sep 2017 0720**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Negative) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**12 Sep 2017 0819**
**ETG/ETS, UA (250 Cut-Off)**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**12 Sep 2017 0819**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Negative) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**05 Sep 2017 0915**
**ETG/ETS, UA (250 Cut-Off)**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**05 Sep 2017 0915**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Negative) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**Vitals**
**Vitals** Written by VELMA,SHEDRICK D @ 02 Oct 2017 0940 EDT
 BP: 132/88, HR: 79, RR: 14, HT: 69 in, WT: 160 lbs, SpO$_2$: 95%, BMI: 23.63, BSA: 1.879 square meters,
 Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free
 Comments: Allergic to cats
**Vitals** Written by MARCIULIONIS,MANTAS @ 29 Sep 2017 0958 EDT
 BP: 133/94, HR: 72, T: 97.5 °F, HT: 69 in, WT: 163 lbs, SpO$_2$: 96%, BMI: 24.07, BSA: 1.894 square meters,

 Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free
**Vitals** Written by NDEGWAH,DOROTHY J @ 27 Sep 2017 1054 EDT
 BP: 137/93, HR: 82, RR: 16, T: 97.9 °F, HT: 69 in, WT: 160 lbs, BMI: 23.63, BSA: 1.879 square meters, Tobacco Use: No, Alcohol
Use: No,
 Pain Scale: 0 Pain Free
**Vitals** Written by WESLEY,LATASHA @ 26 Sep 2017 0859 EDT
 BP: 135/94, HR: 79, RR: 18, T: 97.9 °F, HT: 69 in, WT: 160 lbs, SpO$_2$: 96%, BMI: 23.63,
 BSA: 1.879 square meters, Tobacco Use: No, Alcohol Use: No, Pain Scale: 7/10 Severe, Pain Scale Comments: headache- dull


**Reason for Appointment:**
R/o obstructive sleep apnea
**Appointment Comments:**

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 175**
AR 1641

**Medical Record**

dttp/irmac pt waived atc

**Vitals**
**Vitals** Written by VELMA,SHEDRICK D @ 02 Oct 2017 0940 EDT
BP: 132/88,    HR: 79,    RR: 14,    HT: 69 in,    WT: 160 lbs,    $SpO_2$: 95%,    BMI: 23.63,    BSA: 1.879 square meters,
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Allergic to cats

**S/O Note** Written by KHRAMTSOV,ANDREI N. @ 12 Oct 2017 1254 EDT
**Chief complaint**
The Chief Complaint is:
Difficulty staying asleep.
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Military service in the Navy and currently on active duty.


Patient reports gasping , witnessed apnea, difficulty staying asleep , non refreshing sleep, hypersomnia, feeling tired,  See paper note .
**Past medical/surgical history**
**Diagnoses:**
     No coronary artery disease
     No congestive heart failure.
     No hypertension
     No pulmonary hypertension.
     No diabetes mellitus.
     Cerebral artery thrombosis - without cerebral infarction.
     Depression Anxiety, Patient denies suicidal or homicidal ideation
**Personal history**
Behavioral:  No caffeine use mild excessive and not a current smoker.
Alcohol: Alcohol use H/o EOH abuse.
**Review of systems**
**Encounter Background Information:** Medication list reviewed.
**Otolaryngeal:** No nasal passage blockage (stuffiness), no snoring, and snoring not exacerbated by nasal congestion.
**Gastrointestinal:** Heartburn.
**Genitourinary:** Nocturia.
**Endocrine:** Decreased libido.
**Musculoskeletal:** The legs do not feel restless.
**Psychological:** Total Epworth Sleepiness score for likelihood of falling asleep during the day 19/24   Driving problems secondary
     EDS.- yes and middle-night awakening with a choking sensation.
See paper note.
**Physical findings**
**Vital Signs:**
     ° Current vital signs reviewed.
**General Appearance:**
     ° Awake.  ° Alert.  ° In no acute distress.
**Neck:**
     Appearance: • Neck circumference 38 cm.
**Obstructions:**
     Obstructions: • Airway was partially obstructed Mallampati class 2.
**Lungs:**
     ° Clear to auscultation is without wheezes, rales or ronchi.
**Cardiovascular:**
     Heart Rate And Rhythm: ° Normal are normal, no murmurs, gallops or rubs appreciated.
     Edema: ° Pretibial pitting edema not bilateral.
**Neurological:**
     • Not oriented to time, place, and person.  ° System: normal is grossly normal.  Normal gait.
**Objective**
Assessment/Plan:  The patient presents with  some symptoms suggestive of Obstructive Sleep Apnea. y.  Polysomnography/split has been ordered. Discussed with patient  OSA, Insufficient Sleep Syndrome (ISS) and nasal congestion. The patient was counseled to maintain an ideal body weight to reduce the severity of the disease and related complications.  The risks of alcohol and other sedatives were discussed.  The patient was educated on positional therapy.  The patient was counseled to avoid driving while excessively sleepy.(was stressed to patient with hypersomnia) !!!


**A/P** Written by KHRAMTSOV,ANDREI N @ 02 Oct 2017 1033 EDT
**1. Sleep disorder, unspecified**
     Medication(s):          -ESZOPICLONE--PO 3MG TAB - TAKE ONE TABLET BY MOUTH EVERY NIGHT AS NEEDED FOR

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

SLEEP #1 RF0

**Disposition** Written by KHRAMTSOV,ANDREI N @ 12 Oct 2017 1302 EDT
**Released w/o Limitations**
**Follow up:** as needed in the SLEEP (PULM) CL BE clinic. - Comments: meds. recon/immun.add
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Given the multidisciplinary variables that have been considered in the
evaluation and management of this patient's sleep complaints the medical
decision making is of moderate to high complexity.  The diagnostic
procedures and therapeutic interventions are of high technical complexity
thereby the overall data complexity for this patient's evaluation is
moderate to high.  At least 30 minutes were spent face to face with this
patient (10 minutes reviewing questionnaire and history, 5 minutes reviewing
medical record, 10 minutes educating and counseling on good sleep practices
and strategies and 5 minutes coordinating care).  PATIENT COUNSELED NOT TO OPERATE MOTOR VEHICLES IF FEELING
TIRED.


**Note** Written by WILLIAMS,FELICIA P @ 02 Oct 2017 0928 EDT
**Consult Order**
**Referring Provider:**          TOBAR, EDEN
**Date of Request:**   27 Jul 2017
**Priority:**            Routine

**Provisional Diagnosis:**

R/o obstructive sleep apnea


**Reason for Request:**

32 y/o USN PO2 with chronic daytime fatigue despite adequate sleep time. Also intermittent headaches.  Please evaluate for sleep
disorder. Thank you.
**Note** Written by TERRY,SETH M @ 12 Oct 2017 1100 EDT
**Questionnaire**

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 177**
AR 1643

**Medical Record**



WALTER REED NATIONAL MILITARY MEDICAL CENTER
SLEEP DISORDERS CENTER
Building 9, 2ND Floor, Arrowhead Zone
8901 Wisconsin Ave, Bethesda, MD 20889
PHONE: 301-295-4547 FAX: 301-319-8197

*See DD FORM 2005 for Privacy Act Statement*

### General Information
Patient Name: DANIEL ANDERSON          SS#: ██████████
Age: 32  Gender: M  Height: 69"  Weight: 160 lbs.
Status: ☒Active Duty ☐Retired ☐Dependant ☐National Guard/Reserve
Branch of Service: ☐Army ☐Air Force ☒Navy ☐Marine Corps ☐Other: _____

### Chief Complaint
*Please briefly describe the reason for your Sleep Medicine evaluation*
NOT SLEEPING /REM.
INITIAL SLEEP STUDY WAS 11 AWAKE 2 REM
ALWAY TIRED

### Medical History
1. Do you have any of the following medical conditions? (select all that apply)
☐ High Blood pressure  ☐ Diabetes  ☐ Depression  ☐ Fibromyalgia
☐ Heart failure  ☐ Stroke  ☐ Hypothyroidism  ☐ High cholesterol
☐ GERD (heartburn/reflux) ☐ COPD  ☐ Asthma  ☐ Erectile Dysfunction
☐ Chronic Sinus Disease  ☐ Peripheral vascular disease  ☐ Heart Disease/heart attack

2. Please list any additional current or past medical problems
MAJOR DEPRESSION, ANXIETY (DISORDER)
CHRONIC IBS-D (IRRITABLE BOWEL SYNDROME) DIARRHEA

3. Please list any medications you take on a regular basis:
| Name | Dose (if known) | Reason for Taking |
|---|---|---|
| EFFEXOR | 150 MG | DEPRESSION |
| NALTREXON | 50MG | ALCHOL — SWON TO BE STOPPED |

4. Have you ever smoked cigarettes? ☒No ☐ Yes
• At what age did you start: ___ Number of Packs/day: ___ Number of years: ___

5. As a child, did you have any of the following? (select all that apply)
☐ Chronic sinus congestion/nasal allergies ☐ Tonsillectomy/Adenoidectomy
☐ Parents that smoked cigarettes         ☐ Overweight
CHRONIC ASTMA
6. Do you have any family members with a sleep disorder (i.e. obstructive sleep apnea, narcolepsy)
DO NOT KNOW

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

7. Do you experience the following (select all that apply)
   - ☐ Heartburn/Reflux Disease   ☒ Headaches   ☐ Sinus congestion/nasal allergies
   - ☐ Shortness of breath   ☐ Erectile dysfunction   ☒ Decreased libido (sex drive)
   - ☒ Irritability or moodiness   ☒ Urinating more than once per night

8. Have you had surgery on your upper airway? (tonsillectomy, septoplasty, UPPP, sinuses, etc)
   Type of Operation          Year
   _Tonsillectomy_        _2002_
   _left ?_               _2017_

## Sleep-Related Symptoms

| Symptom | Yes | No | Symptom | Yes | No |
|---|---|---|---|---|---|
| Difficulty falling asleep | ☐ | ☒ | Uncontrollable urge to sleep | ☒ | ☐ |
| Difficulty staying asleep | ☒ | ☐ | Muscle weakness w/ emotional experience | ☐ | ☒ |
| Wake up frequently at night | ☒ | ☐ | Sleep paralysis (can't move on awakening) | ☒ | ☐ |
|  |  |  | Sleep attacks (fall asleep unexpectedly) | ☐ | ☒ |
| Snoring | ☐ | ☒ | Dreaming/hallucinations at sleep onset | ☐ | ☐ |
| Non-refreshing sleep | ☒ | ☐ |  |  |  |
| Daytime sleepiness | ☒ | ☐ | Legs feel restless | ☐ | ☒ |
| Stop breathing at night | ☐ | ☐ | Unpleasant sensation in legs | ☐ | ☒ |
| Urinating frequently at night | ☒ | ☐ | Sensation is worse at night | ☐ | ☒ |
| Waking up short of breath | ☐ | ☒ | Sensation worse with inactivity | ☐ | ☒ |
| Waking up choking/gasping | ☒ | ☐ | Sensation improves with movement | ☐ | ☒ |
| Heartburn at night | ☐ | ☒ |  |  |  |
| Nasal congestion disrupts sleep | ☐ | ☒ | Sleep walking | ☐ | ☒ |
| Sweaty at night | ☐ | ☒ | Sleep talking | ☐ | ☒ |
| Dry mouth in the morning | ☐ | ☒ | Unusual movements during sleep | ☐ | ☒ |
| Restless sleep | ☒ | ☐ | Dream enacting behavior | ☐ | ☒ |

## Sleep Hygiene

1. What is your typical sleep period?
   - Weekdays – Average Bedtime: _10 PM_ Average Wake Time: _6 AM_ Average Duration: _8_ hours
   - Weekends – Average Bedtime: _10 PM_ Average Wake Time: _7 AM_ Average Duration: _9_ hours

2. How long does it usually take you to fall asleep? _5-15_ minutes

3. Do you take naps during the day?   ☐ Yes   ☒ No
   - If yes: How many days/week? _____, How long? _____ minutes

4. Do you routinely exercise each day? ☒ Yes   ☐ No
   - If yes, at what time: _3 pm_

5. Do you do any of the following?
   - Drink caffeine (coffee, tea, soda) within 2-3 hours of bedtime?   ☐ Yes ☒ No
   - Drink alcohol within 2-3 hours of bedtime?   ☐ Yes ☒ No
   - Watch TV or read in bed?   ☐ Yes ☒ No
   - Take prescription or over the counter stimulants?   ☐ Yes ☒ No
   - Do you try to go to bed and wake up at the same time every day?   ☒ Yes ☐ No

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017



### Epworth Sleepiness Scale:

*How likely are you to fall asleep in the following situations.*
*0 = never    1 = slight chance    2 = moderate chance    3 = high chance*

| Situation | Chance of Dozing |
|---|---|
| Sitting and reading | 2 |
| Watching TV | 2 |
| Sitting, inactive in a public place (e.g. theater or a meeting) | 1 |
| As a passenger in a car for an hour without a break | 3 |
| Lying down to rest in the afternoon when circumstances permit | 3 |
| Sitting and talking to someone | 1 |
| Sitting quietly after a lunch without alcohol | 3 |
| In a car, while stopped for a few minutes in the traffic | 2 |

**TOTAL:** 16

### Fatigue

*Please circle the number below that describes your fatigue over the past 2 weeks.*



| FUNCTIONAL OUTCOMES OF SLEEP QUESTIONNAIRE (FOSQ) | (0) I don't do this activity for other reasons | (4) No difficulty | (3) Yes, a little difficulty | (2) Yes, moderate difficulty | (1) Yes, extreme difficulty |
|---|---|---|---|---|---|
| 1. Do you have difficulty concentrating because you are sleepy or tired? | □ | □ | □ | □ | ☒ |
| 2. Do you have difficulty remembering things because you are sleepy or tired? | □ | □ | □ | ☒ | □ |
| 3. Do you have difficulty driving short distances (<100 miles) because you're tired? | □ | □ | □ | ☒ | □ |
| 4. Do you have difficulty driving long distances (>100 miles) because you're tired? | □ | □ | □ | □ | ☒ |
| 5. Do you have difficulty visiting with your family or friends in their home because you become sleepy or tired? | □ | □ | □ | ☒ | □ |

---

**Signed By  KHRAMTSOV, ANDREI N** (Staff Physician, Sleep Disorders Center, WRAMC) @ 12 Oct 2017 1302

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*29 Sep 2017 at WRNMMC, GI Clinic Bethesda by BRIDGES, EDWARD E*

Encounter ID:    BETH-29797254    Primary Dx:    Irritable bowel syndrome with diarrhea

Patient: **ANDERSON, DANIEL DENNIS**          Date: **29 Sep 2017 1149 EDT**          Appt Type: **T-CON***
Treatment Facility: **WALTER REED**              Clinic: **GI CL BE**                          Provider: **BRIDGES,EDWARD E**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**                                                                    Call Back Phone: ███████

**A/P** Written by BRIDGES,EDWARD E @ 29 Sep 2017 1153 EDT
**1. Irritable bowel syndrome with diarrhea**: 32M with history of IBS-D, now with more formed stools since starting Effexor 3
months ago but persistent abdominal crampsing.
-Will retrial peppermint oil 200mg daily for his abdominal cramping, with concurrent 4 week trial of protonix 40 mg daily to offset
heartburn risk.  We may increase peppermint oil to twice daily if clinically effective and tolerated.  The patient will also continue to
avoid heartburn triggers, including fatty meals, ETOH, coffee, spicy foods, and late night meals.
-Regarding other spasmodics: (1) He has previously failed hyocyamine, (2) He is a poor candidate for dicyclomine given its CNS
effects, which may exacerbate his underlying psychiatric condition and pharmacotherapy
-Continue Effexor or transition to cymbalta per psychiatry
-Continue low fodmap diet, including no beer, no wine, no rum, no brocolli, no lettuce, no onions, no garlic, no beans, no spinach, no
cabbage, no aspsaragus, no fruits, no sausage, no chorizo, no eggs, no polyols, and no dairy
-Additional recommendations to follow final anorectal manometry testing today.

**Disposition** Written by BRIDGES,EDWARD E @ 29 Sep 2017 1153 EDT

**Signed By  BRIDGES, EDWARD E** (Physician) @ 29 Sep 2017 1154

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-██     DoD ID: 1286180538     Created: 13 Nov 2017 |

*29 Sep 2017 at WRNMMC, GI Proc Cl BE by DAMIANO, MARK N*

Encounter ID:      BETH-29794499      Primary Dx:      Fecal urgency

Patient: **ANDERSON, DANIEL DENNIS**          Date: **29 Sep 2017 1000 EDT**          Appt Type: **PROC**
Treatment Facility: **WALTER REED**          Clinic: **GI PROC CL BE**          Provider: **DAMIANO,MARK N**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
ANORECTAL MANOMETRY/BALLOON EXPULSION STUDY
**Appointment Comments:**
CGBM

**Vitals**
**Vitals** Written by MARCIULIONIS,MANTAS @ 29 Sep 2017 0958 EDT
BP: 133/94,    HR: 72,    T: 97.5 °F,    HT: 69 in,    WT: 163 lbs,    $SpO_2$: 96%,    BMI: 24.07,    BSA: 1.894 square meters,
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

**A/P** Last Updated by BRIDGES, EDWARD E @ 29 Sep 2017 1158 EDT
**1. Fecal urgency**
        Procedure(s):          -Rectal Balloon Distension Test x 1 ADDITIONAL PROVIDER(S): BRIDGES,EDWARD E;
                              BELLE,LAVERN S
                              -Manometry Rectal x 1 ADDITIONAL PROVIDER(S): BRIDGES,EDWARD E; BELLE,LAVERN S

**2. Fecal smearing**

**Disposition** Last Updated by BRIDGES, EDWARD E @ 29 Sep 2017 1158 EDT
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

---

**Signed By  DAMIANO, MARK N** (Gastroenterology Staff, Walter Reed NMMC Bethesda) @ 29 Sep 2017 1211

---

**Note** Written by BRIDGES,EDWARD E @ 26 Oct 2017 1232 EDT
**(Added after encounter was signed.)**

# Walter Reed National Military Medical Center
## Gastroenterology
### Rectal Manometry Report

**Patient Name:**  Daniel Dennis Anderson  **SSN:** ████          **Date:**  9/29/2017
**Age**: 32    **Sex**: Male        **Race**: Caucasian        **Phone #:** 4105625345        **Referring**
**Provider**: Bridges, Edward

**Reason for study:**  The patient is a 32 y/o active duty male, with a history of substance abuse, anxiety, and depression, referred for rectal manometry in evaluation of fecal urgency and rare fecal smearing.  He also reports a history of IBS-D dating to childhood, with daily abdominal cramping that peaks prior to defecation and is relieved after bowel movements.  Historically, he has experienced 1 large volume liquid brown stool (BSS#7) per day, however, his stools have become more formed (BSS#4) over the past 3 months since starting Effexor and continuing a low FODMAP diet.  Unfortunately, there has been no concurrent resolution of his abdominal cramps, which continue to be triggered by physical activity, anxiety, and stress.  Peppermint oil was previously trialed for his cramps but discontinued shortly after starting due to heartburn, which resolved with peppermint oil cessation.  He reports 5 to 15 minute urgency before

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

defecating on every occasion and 2 episodes of trace fecal smearing in the setting diarrhea within the last year.  He denies post stool leakage.  His psychiatrist is currently considering transition to Cymbalta from Effexor.

CT A&P 2012 (evaluation of abdominal pain): Focal wall-thickening at the hepatic flexure with proximal stool retention.
Colonoscopy (McNally) in 2012: Mild congestion in the sigmoid but no masses or polyps; biopsies were unremarkable.
MRE 2012: Normal.

1. **Physical Exam:**
   a. **Appearance**: No internal/external hemorrhoids. Normal surrounding skin. No anal fissure.
   b. **Neurological exam**: Normal sensation to sharp/dull with cutaneous sphincter reflex not elicited.
   c. **DRE resting internal sphincter tone**: Normal
   d. **DRE pubo-rectalis sling**: Normal descent **with paradoxical sqeeze of external sphincter.**
   e. **DRE external sphincter squeeze press**: Normal

2. **Manometry findings:**
   a. **Sensory threshold to rectal distention:** 15 ml *(NL ≤ 20ml)*
   b. **Internal/External Resting Pressure (IAS): 81 mmHg** *(NL= 59-74 mmHg)*
   c. **External Sphincter Contractile Pressure (EAS):** 318 mmHg *(NL > 100 mmHg)*
   d. **Internal Sphincter relaxation with rectal distention:**  Normal
   e. **Graduated relaxation:**

   | Bolus (ml) | Relaxation (mmHg) |
   | --- | --- |
   | 15 | 10 |
   | 20 | 18 |
   | 30 | 34 |
   | 40 | 33 |
   | 50 | 54 |

3. **Findings:**
   – Normal external sphincter squeeze pressure and normal descent of pubo-rectalis on DRE.
   – Normal internal sphincter relaxation with balloon distension.
   – Manometric evidence of elevated internal anal sphincter resting and normal external sphincter contractile pressure.
   – Normal sensory threshold.
   – Normal balloon expulsion test (able to expel 60mL water filled balloon within 60 seconds).

4. **Impression:**
   – The patient's normal anorectal manometry is not consistent with a defacatory disorder.

5. **Recommendations** :
   – Treat for IBS-D.
   – Follow up with referring provider, Dr Bridges.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 13 Nov 2017

*RVU code – 91120, 91122*                                **Reporting Dr. Bridges /Dr. Damiano**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*29 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-29792215    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**     Date: **29 Sep 2017 0800 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **ATS ADULT BE**     Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
ctc

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 29 Sep 2017 1133 EDT
**History of present illness**
        The Patient is a 32 year old male.
Focus Of Session: Treatment Planning
S) SM reported that he has been busy with appointments and will be finishing up with the VA this week. SM stated he had a sleep study on Monday and acknowledged he will be starting IOP process groups on Wednesday and then full IOP on 11 October. SM stated that he went to an AA meeting but walked out and spent time in his car trying to figure out why he had such a problem with AA. SM expressed that he felt the people in AA were of lower intelligence and didn't have much motivation to work on their problems behaviorally, though they verbalized a desire to change. SM stated he then went to a SMART recovery meeting and felt much more engaged there. SM stated he appreciates the CBT focus. SM was encouraged to keep an open mind about AA and he acknowledged there were many things about AA philosophy that he agreed with but that the meetings just didn't resonate with him. SM stated that he would need to be vigilant regarding the tendency to rationalize a return to drinking when he is "feeling better". SM stated that he feels he is working on the spiritual bankruptcy of addiction by connecting with his family and trying to connect more with friends. SM and this writer reviewed treatment planning goals. SM denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed casually. His mood was euthymic in session, affect congruent. SM's thoughts and behavior were appropriate.
A) SM was cooperative and friendly. SM was insightful in developing his treatment plan. SM appears to be thinking critically about his recovery and is open to feedback.
Alcohol Use D/O, Severe
P) SM will follow up with social worker next week. SM will begin ATS groups on 4 October.
.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 29 Sep 2017 0842 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 29 Sep 2017 0843 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 29 Sep 2017 1133

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

## *28 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29784961    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**    Date: **28 Sep 2017 1304 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 28 Sep 2017 1419 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 27 Sep 2017 |
| Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic | Ordered | INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 | 2 of 2 | 27 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by SANTIAGO,HANNAH L @ 28 Sep 2017 1304 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 28 Sep 2017 1333 EDT
**Reason for Visit**
    Visit for: TransCranial Magnetic Stimulation for depression (12:05-12:50).
**Subjective**
A procedural time out was done during which settings and patient  was re-identified.
    Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
    Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
    SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
    After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
    Adjustments were made to accommodate comfort.
    This session number 11/ #1 at 120% MT.
**Objective**
Plan:  SM next session scheduled.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 28 Sep 2017 1335 EDT
**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):        -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                PROVIDER(S): BAHROO,BHAGWAN A; SANTIAGO, HANNAH L

**Disposition** Last updated by LANDE,RAYMOND G. @ 28 Sep 2017 1419 EDT
**Released w/o Limitations**
**Follow up:** as needed in 4 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 28 Sep 2017 1419

CHANGE HISTORY
*The following Disposition Note Was Overwritten by LANDE,RAYMOND G. @ 28 Sep 2017 1419 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 28 Sep 2017 1419 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 28 Sep 2017 1336 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 4 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Medical Record**

| | | |
|---|---|---|
| Anderson, Daniel Dennis   DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *27 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:   BETH-29768079   Primary Dx:   Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: Outpatient

Date: **27 Sep 2017 1144 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 27 Sep 2017 1354 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
•MAJOR DEPRESSION RECURRENT MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Active Medications**
Loading...

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 27 Sep 2017 1144 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 27 Sep 2017 1216 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 80% up to 120%. TMS Treatment for depression session #1at non therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total of stimulation time of 21.21 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 1 with MT level at non- therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with

---

| | | |
|---|---|---|
| Anderson, Daniel Dennis   DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 188**
AR 1654

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 27 Sep 2017 1241 EDT
**Reason for Visit**
    Visit for: Initial session for TransCranial Magnetic Stimulation for depression (11:50-12:30)
    Motor threshold was determined on 12 September 2017 and SM has so far received a total of 9 sessions for Anxiety.
**Subjective**
A procedural time out was done during which settings and patient  was re-identified.
    Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
    Patient arrived for TMS mildly anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
    SM was not anxious at start of procedure.   At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
    After finding level and location the first treatment was administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 26 second intervals for a total stimulation time of 37.5 minutes.
    Adjustments were made to accommodate comfort.
    This session number 10/initial session started at 80% and ended with 120% MT.
**Objective**
Plan:  SM next session scheduled.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 27 Sep 2017 1253 EDT
**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):    -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 27 Sep 2017 1354 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 27 Sep 2017 1355

CHANGE HISTORY
***The following Disposition Note Was Overwritten*** *by LANDE,RAYMOND G. @ 27 Sep 2017 1354 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 27 Sep 2017 1354 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 27 Sep 2017 1253 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*27 Sep 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-29765423    Primary Dx:         Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**       Date: **27 Sep 2017 1100 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**              Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 27 Sep 2017 1120 EDT

                                                                          **Allergies**
                                                                          •No Known Allergies

**Vitals**
**Vitals** Written by NDEGWAH,DOROTHY J @ 27 Sep 2017 1054 EDT
 BP: 137/93, HR: 82, RR: 16, T: 97.9 °F, HT: 69 in, WT: 160 lbs, BMI: 23.63, BSA: 1.879 square meters, Tobacco Use: No, Alcohol
Use: No,
 Pain Scale: 0 Pain Free

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
**Vitals** Written by NDEGWAH,DOROTHY J @ 27 Sep 2017 1054 EDT
 BP: 137/93,   HR: 82,   RR: 16,   T: 97.9 °F,   HT: 69 in,   WT: 160 lbs,   BMI: 23.63,   BSA: 1.879 square meters,
Tobacco Use: No,    Alcohol Use: No,
 Pain Scale: 0 Pain Free

**Note** Written by TOBAR,EDEN @ 27 Sep 2017 1543 EDT
                                                        **Followup Note**

Patient: Daniel Anderson (previously Merwin)        Gender:   M
DOB: ☐ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #13
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy        Rank:              MOS: CTN            TIS: 11 yrs
UIC:        Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No      # Deployments: 1    Months Deployed: 36
WTU: No        MEB: No              AdmSep: No
Special Clearance: Yes              Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes                  Work Colleague Problems: No
Anger Problems: Yes                           Spouse/Sig Other Problems: No
Legal Problems: No                            Financial Problems: Yes

| Anderson, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
                                                                          **Page 190**
                                                                          AR 1656

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                                  Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up appt.  We last met three weeks ago, at which time we increased his Effexor xr to 225 mg po qam.  Today pt states he doesn't think it has been helpful.  He completed IOP last Thursday.  He is going through the MEB process, getting his VA appts done.  He is starting TMS with IOP today.  He has a sleep study coming up.  He was prescribed ramelteon during IOP which he didn't think was helpful.  He has tried taking melatonin 10 mg OTC which is more helpful.  He officially had his name changed and is working with his therapist on trying to figure out what he wants from here.  He states he forgot to ask her about being referred to a sexual trauma group as he disucsses a male cousin tried to force himself on pt when pt was age five but pt says he was able to get away.  He describes another incident when he was older and at a sleepover at a friend's and the friend tried to force himself sexually on pt so pt fled.  We discussed he should bring this up with his individual therapist before considering pursuing group therapy.  He continues to take naltrexone but admits he did drink half a beer once. He is still in ATS and told them.   He continues to have IBS symptoms and states GI suggested discussing switching his SNRI to Cymbalta with me.   He denies suicidal thoughts.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist.  Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay his off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

| Anderson, Daniel Dennis | DOB: ▓▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 191**
AR 1657

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min                Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18
19JUL17 phq9= 20 (#9=1); gad7= 18
27JUL17 phq9= 16 (#9=0); gad7= 16
09AUG17 phq9= 15 (#9=0); gad7= 16
06SEP17 phq9= 19 (#9=1); gad7= 19
27SEP17 phq9= 18 (#9=0); gad7= 17

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                    Yes
Over lifetime, Suicidal Thoughts?                                  Yes
Over lifetime, Suicidal Thoughts with Method?      Yes
Over lifetime, Suicidal Intent?                                      Yes
Over lifetime, Suicide Intent with Specific Plan?   Yes
Over lifetime, Suicide Behavior?                        Yes        Number of events: 3
Most recent Suicidal Thoughts/Behaviors?              1-3 months ago
Suicidal Thoughts Duration?                                    Less than 1 hour
Suicidal Thought Frequency?                                    Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                      [ ] History of family/friend suicide
[ ] Chronic medical conditions      [ x ] Impulsivity
[x  ] History of abuse                     [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                        [x  ] Active treatment engagement

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

[ ] Good coping/problem solving skills      [x ] Hopefulness present
[ ] Faith/religion commitment              [ ] Positive future orientation

**Allergies:** nkda

**Medications:**
VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL  TAKE ONE CAPSULE WITH ONE 150 MG
CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING   3         Ordered   06 Sep
2017@0001
NALTREXONE HCL, 50 MG, TABLET, ORAL       TAKE ONE TABLET BY MOUTH EVERY DAY       0         Refill
VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL            TAKE ONE CAPSULE BY MOUTH EVERY
DAY     0      Active    06 Sep 2017@0001
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL  TAKE 2 BY MOUTH EVERY DAY        2         Active
Chlorhexidine Gluconate 0.12%, Solution, Oral     RINSE BY MOUTH ONE TIME PER DAY FOR 14
DAYS.    0      Active    09 Aug 2017@0001
SIMETHICONE, 80 MG, TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY
AS NEEDED FOR GAS      2       Active    18 May 2017@0001
Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral        TAKE ONE SCOOP EVERY DAY MIXED
IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY  3      Active    10 May
2017@0001

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin
Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and
Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol
and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost
custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes            Cups/Day Equivalent: 4
Tobacco/e-cigs: none            PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine
per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were
divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt
states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive
to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.

Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in casual clothing.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:fair
Speech:talkative
Mood:stable
Affect:full
Thought Process: circumstantial
Thought Content: denies current suicidal intent/HI/AVH
Judgment: fair
Insight:fair
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | | 04 Jan 2017 1232 | Units | | Ref Rng |
|---|---|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | | U/L | (10.0-71.0) | |

| Hepatic Function Panel | | Site/Specimen | | 04 Jan 2017 1232 | Units | | Ref Rng |
|---|---|---|---|---|---|---|---|
| Albumin | SERUM | 4.9 | g/dL | (3.5-5.2) | | | |
| Alkaline Phosphatase | | SERUM | 58 | U/L | (40-129) | | |
| Alanine Aminotransferase | | SERUM | 34 | U/L | (0-41) | | |
| Aspartate Aminotransferase | | SERUM | 24 | U/L | (0-40) | | |
| Bilirubin | SERUM | 0.3 | mg/dL | (0.15-1.2) | | | |
| Bilirubin Direct | | SERUM | <0.2 | mg/dL | (0.0-0.3) | | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | | | |

| Basic Metabolic Panel | | Site/Specimen | | 22 Jun 2016 1240 | Units | | Ref Rng |
|---|---|---|---|---|---|---|---|
| Urea Nitrogen | | SERUM | 14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide | | SERUM | 28 | mmol/L | (22-29) | | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | | | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███  1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | | |
|---|---|---|---|---|---|
| Glucose   SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium   SERUM | 139 | mmol/L | (136-145) | | |
| Calcium   SERUM | 10.1 | mg/dL | (8.6-10.2) | | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | | SERUM | 99.8 | mL/min | (60->=60) |
| GFR Calculated Black | | SERUM | 115.4 <i> | mL/min | (60->=60) |

| CBC W/Diff | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | | |
| Basophils BLOOD | 0.4 | % | (0.2-1.2) | | | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | | |

| Lyme Disease Ab Total Screen | | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Treponema pallidum Ab | | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid Site/Specimen | | | | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| HIV-1/O/2 Ab | | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Homocysteine | | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| Comprehensive Metabolic Panel | | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Albumin   SERUM | 4.7 | g/dL | (3.5-5.2) | | | |
| Alkaline Phosphatase | | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | | SERUM | 17 | U/L | (0-41) | |
| Bilirubin   SERUM | 0.4 | mg/dL | (0.15-1.2) | | | |
| Urea Nitrogen | | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium   SERUM | 9.7 | mg/dL | (8.6-10.2) | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | | | |
|---|---|---|---|---|---|---|
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | | SERUM | 105.6 | mL/min | (60->=60) | |
| GFR Calculated Black | | SERUM | 122.1 <i> | mL/min | (60->=60) | |
| Aspartate Aminotransferase | | SERUM | 20 | U/L | (0-40) | |

| | | | | | |
|---|---|---|---|---|---|
| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng | |
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| | | | | | |
|---|---|---|---|---|---|
| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng | |
| Amphetamines | URINE | NEGATIVE <i> | (Negative) | | |
| Barbiturates | URINE | NEGATIVE <i> | (Negative) | | |
| Benzodiazepines | URINE | NEGATIVE <i> | (Negative) | | |
| Cocaine | URINE | NEGATIVE <i> | (Negative) | | |
| Opiates | URINE | NEGATIVE <i> | (Negative) | | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | (Negative) | | |
| Cannabinoids | URINE | NEGATIVE <i> | (Negative) | | |
| Methadone | URINE | NEGATIVE <i> | (Not-Detected) | | |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) | |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will continue medication
Intervention:  since pt is not finding Effexor helpful, agreed to cross taper of Effexor to Cymbalta as

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538       Created: 13 Nov 2017

follows:
Week 1: Decrease Effexor XR from 225 mg to 150 mg every day.
Week 2:  Decrease Effexor XR from 150 mg to 75 mg every day.
Week 3:  Stop taking Effexor XR 75 mg.  In its place, start Cymbalta 60 mg daily.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will abstain from drinking
Objective: pt will refrain from alcohol use
Intervention: continue naltrexone 50 mg po daily.    Normal b12 panel drawn after July 2017 visit.
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [  ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of medication plan with patient who stated understanding and agreement with plan. Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Follow-up: three weeks

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.


**A/P** Written by TOBAR,EDEN @ 27 Sep 2017 1544 EDT
**1. Generalized anxiety disorder**
        Medication(s):          -DULoxetine--po 60MG CPDR - TAKE ONE CAPSULE BY MOUTH EVERY DAY #30 RF1 Ordered By:
                                TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

**Disposition** Written by TOBAR,EDEN @ 27 Sep 2017 1544 EDT
**Released w/o Limitations**
**Follow up:** 1 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TOBAR,EDEN @ 27 Sep 2017 1130 EDT
**Additional A/P Information:**
Discontinued VENLAFAXINE XR--PO 75MG CPSR 24H - TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING
**Note** Written by TOBAR,EDEN @ 27 Sep 2017 1130 EDT
**Additional A/P Information:**
Discontinued VENLAFAXINE XR--PO 150MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY DAY
**Note** Written by TOBAR,EDEN @ 27 Sep 2017 1130 EDT
**Additional A/P Information:**

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

Discontinued RAMELTEON--PO 8MG TAB -
**Note** Written by TOBAR,EDEN @ 27 Sep 2017 1130 EDT
**Additional A/P Information:**
Discontinued PSEUDOEPHEDRINE--PO 30MG/5ML SOLN -

---

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 27 Sep 2017 1544

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

*27 Sep 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-29771713     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**          Date: **27 Sep 2017 1000 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**               Clinic: **PSYCHIATRY BE**                  Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IOP Discharge
**Appointment Comments:**
bsd

**Note** Written by PAUL,SHERIN @ 27 Sep 2017 1404 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:        Daniel Anderson (previously Merwin)
Patient last 4:       0538
Appt #:              Intake + 13
Therapy time:        60 minutes
E&M time:            60 minutes

## Identifying Data:        32-year-old, Single, Caucasian, Male

## Military Data:
Branch:              USN
Rank:                PO1
MOS:                 CTN
TIS:                 11-years
Deployments:         N/A
Deployment Related:              N/A
Trauma:              N/A
WTU:                 N/A
MEB in progress:     N/A
AdmSep in progress:              N/A
Special Clearance:   Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

---

| Anderson, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 199**
AR 1665

**Medical Record**

Anderson, Daniel Dennis        DOB:        1985  SSN: ***-**-        DoD ID: 1286180538        Created: 13 Nov 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

## Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

## Notes from Today's Session:
**Treatment modality currently used: Treatment Planning**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. Patient was last seen 14 August 2017.  Patient recently completed IOP. He stated that he learned a lot of new tools from IOP and had things he knew refreshed. Patient is hopeful about the future and the potential options he has about paths. Patient relayed his ideas to the therapist. Therapist encouraged patient to work on breaking down larger goals into small concrete goals. This includes personal well-being and mental health. Patient will be referred to OT and Rec Therapy to work on coping and increasing life functioning. Therapist and patient discussed next steps in MEB. He is almost complete with VA appointments. Therapist and patient discussed patient's schedule and appointment load.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538        Created: 13 Nov 2017

## ASSESSMENT

## Diagnosis:

Axis I:   Generalized Anxiety Disorder
           Major Depressive Disorder, Single Episode, Moderate
           Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

Social Support:                     No
Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low    ( ) Intermediate   ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

***Setting:*** **(X)** Outpatient    ( ) Inpatient    ( ) IOP    ( ) Other:_____

***Safety Plan:***
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

***Treatment Team:***
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

***Date last updated:*** 27 September 2017
***Reviewed with patient on:*** 27 September 2017
***Does patient agree with plan?*** Yes

***Problem #1*** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

***Problem #2*** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

***Follow-up's scheduled:*** 2-weeks

***Referrals made today:***
Patient would **NOT** like information on the following at this appointment:
          Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

## Patient going through MEB.

**A/P** Last updated by PAUL,SHERIN @ 27 Sep 2017 1420 EDT
**1. Generalized anxiety disorder**
    Consult(s):        -Referred To: OCCUPATIONAL THERAPY MTF BE (Routine) Specialty: THERAPY, OCCUPATIONAL
                            Clinic: OCCUP THERAP BE Provisional Diagnosis: Major depressive disorder, recurrent, moderate
**2. Major depressive disorder, recurrent, moderate**
      Procedure(s):      -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Last updated by PAUL,SHERIN @ 27 Sep 2017 1420 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Administrative Options:** Consultation requested
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  PAUL, SHERIN (Clinical Psychologist) @ 27 Sep 2017 1420

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by PAUL,SHERIN @ 27 Sep 2017 1420 EDT:*
The Disposition section was last updated by PAUL,SHERIN @ 27 Sep 2017 1420 EDT - see above.Previous Version of Disposition section was entered/updated by
PAUL,SHERIN @ 27 Sep 2017 1405 EDT.
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
*The following A/P Note Was Overwritten by PAUL,SHERIN @ 27 Sep 2017 1420 EDT:*
The A/P section was last updated by PAUL,SHERIN @ 27 Sep 2017 1420 EDT - see above.Previous Version of A/P section was entered/updated by PAUL,SHERIN @ 27 Sep
2017 1405 EDT.
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**
      Procedure(s):      -Psychiatric Therapy Individual Approximately 60 Minutes x 1
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by PAUL,SHERIN @ 27 Sep 2017 1417 EDT:*
**Signed PAUL, SHERIN** (Clinical Psychologist) @ 27 Sep 2017 1405

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis       DOB: ▓▓ 1985  SSN: ***-**-▓▓    DoD ID: 1286180538        Created: 13 Nov 2017

---

*26 Sep 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S*

| | | |
|---|---|---|
| Encounter ID: | BETH-29747424 | Primary Dx: |

Encounter for other administrative examinations

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **26 Sep 2017 1000 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **GRP**
Provider: **DELSESTO,BARBARA SUE**

**AutoCites** Refreshed by DELSESTO,BARBARA S @ 26 Sep 2017 1127 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

IOP Discharge
**Appointment Comments:**
bsd

**S/O Note** Written by DELSESTO,BARBARA SUE @ 26 Sep 2017 1127 EDT
**Reason for Visit**
    Visit for: Case Management.  Patient came in to meet with CM about his plan ahead after discharge from IOP.  He will see Dr. Paul 27 Sep at 1000 and Dr Tobar at 1100.  He interested in an occupational therapy consult for more group activity and support dogs information.  We discussed his duty assignment and a possible PCS LIMDU.  CM to contact Command about a possible reassignment and a fresh start after the IOP.
    .

**History of present illness**
    The Patient is a 32 year old male.
    He reported: Military service Profile Type:  LIMDU permanent
       MEB status: Patient has been assigned to a PEBLO and has started his VA appointments.
    Not thinking about suicide .  Patient reports no S.I/H.I or any safety issues.  CM information provided to him for any further questions or issues.
CM to work on a plan of care to include his Commander's input for a new duty assignment.  SM seems hopeful about his future plans to include going back to school and voc rehab upon transition from the NAVY.

**A/P** Written by DELSESTO,BARBARA S @ 26 Sep 2017 1135 EDT
**1. Encounter for other administrative examinations**

**Disposition** Written by DELSESTO,BARBARA S @ 26 Sep 2017 1136 EDT
**Released w/o Limitations**
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  DELSESTO, BARBARA S** (Nurse Case Manager, Walter Reed National Military Medical Center) @ 26 Sep 2017 1136

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*26 Sep 2017 at WRNMMC, Int Med CL F Medical Home BE by ROBINSON, TYRONE L*

Encounter ID:     BETH-29745556     Primary Dx:          Ingrowing nail

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **26 Sep 2017 0845 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **FTR**
Provider: **ROBINSON,TYRONE LEHMON**

**Reason for Appointment:**
f/u eye surgery/wrist pain
**Appointment Comments:**
jsn

**Vitals**
**Vitals** Written by WESLEY,LATASHA @ 26 Sep 2017 0859 EDT
 BP: 135/94,   HR: 79,   RR: 18,   T: 97.9 °F,   HT: 69 in,   WT: 160 lbs,   SpO$_2$: 96%,   BMI: 23.63,
 BSA: 1.879 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 7/10 Severe,   Pain Scale Comments:
headache- dull

**S/O Note** Written by ROBINSON,TYRONE LEHMON @ 27 Sep 2017 1535 EDT
**Chief complaint**
The Chief Complaint is: PRT waiver- Sore Rt wrist, Dry eyes.
**History of present illness**
     The Patient is a 32 year old male.
32 year old male pt, here today for PTR waiver-sore Rt wrist, and continous dry eyes- corrective surgery 2011. Doing well today.
See depression screen.


Right wrist pain: occurs multiple times a week, lasts for several minutes while typing on computer, no specific prior injury or trauma.
No numbness or tingling, no weakness. No morning pains.

IBS-D: currently on limdu, unable to participate in physical activity due to IBS symptoms, LIMDU/med board initiated Jul2017.

Dry eyes, also reports vision worsening.

Ingrown toenail: recurrent infections approx 3-4 times past year. Currently no signs of infection.


.
     Good general overall feeling /health.

Pain assessment 9/26/17
Location: Headache
Duration:  intermittant
Quality: moderate
Factors that correlate with onset: unknown
Frequency:  intermittant
Average level:
Worst level:  10/10
Least level:
What makes it better:  unknown
What makes it worse:
.............
 Pain Severity    7/ 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated  9/26/17 - NKDA
.
**Current medication**


Probiotic one packet po daily
Simethicone 80 mg po qid prn

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsules po daily
Naltrexone 50 mg po daily
Venlafaxine XR 150 mg po daily
MVI one po daily
.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    IBS-D
    Generalized anxiety disorder
    Major depressive disorder
    ETOH hx (previous inpatient treatment)
    .
    Surgical / Procedural: Surgical / procedural history
    Tonsillectomy
    Photorefractive keratectomy
    Jaw surgery

**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
    doctor or pharmacy?    [x ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes   [ ] No
Contact preference:
PCM:  Rodak
..............
Annual Questions Date: 9/26/17.
**Family history**
    Family medical history
    M -- Well
    F -- DM.  MI / stent at age 40.  Melanoma.
    .

**Review of systems**
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the
future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
        ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
    Murmurs: ° No murmurs were heard.
**Nails:**
    • Nails: 1st toe nail with erythema lateral edge, mild swelling, no pus or drainage.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per
week.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

___

**A/P** Written by ROBINSON,TYRONE L @ 27 Sep 2017 1542 EDT
**1. Ingrowing nail**: Recurrent left 1st toe ingrowing and paronychia, currently no indication for abx or drainage, will refer to podiatry for permanent removal

    Consult(s):      -Referred To: PODIATRY NCR (Routine) Specialty: PODIATRY Clinic: RM PODIATRY IR Provisional Diagnosis: Ingrowing nail

**2. Dry eye syndrome of bilateral lacrimal glands**

    Medication(s):      -CARBOXYMETHYLCELLULOSE--OPT 0.5% SOLN - INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #1 RF2 Ordered By: ROBINSON,TYRONE L Ordering Provider: ROBINSON, TYRONE LEHMON

**3. Pain in right wrist**: No paresthesias or tenderness, no signs of nerve impingement or ganglion, advised using hand pad while using computer and moving hands frequently.

**Disposition** Written by ROBINSON,TYRONE L @ 27 Sep 2017 1543 EDT
**Released w/ Work/Duty Limitations**:  Profile: Ingrowing nail L60.0 from 27 Sep 2017 to 27 Sep 2017; Comment: updated PRT waiver for IBS-D issue and toenail
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

___

**Signed By  ROBINSON, TYRONE L** (Physician) @ 27 Sep 2017 1544
___

**CHANGE HISTORY**
***The following S/O Note Was Overwritten** by ROBINSON,TYRONE L @ 26 Sep 2017 0925 EDT:*
**S/O Note** Written by WESLEY,LATASHA @ 26 Sep 2017 0848 EDT
**Chief complaint**
The Chief Complaint is: PRT waiver- Sore Rt wrist, Dry eyes.
**History of present illness**
      The Patient is a 32 year old male.
32 year old male pt, here today for PTR waiver-sore Rt wrist, and continous dry eyes- corrective surgery 2011. Doing well today. See depression screen.
<<Note accomplished in TSWF-CORE>>

.
      Good general overall feeling /health.

Pain Severity   7 / 10.
Pain assessment 9/26/17
Location:  Headache
Duration:  intermittant
Quality: moderate
Factors that correlate with onset: unknown
Frequency:  intermittant
Average level:
Worst level:  10/10
Least level:
What makes it better:  unknown
What makes it worse:
...............
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated  9/26/17 - NKDA
.
**Current medication**

Probiotic one packet po daily
Simethicone 80 mg po qid prn
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsules po daily
Naltrexone 50 mg po daily
Venlafaxine XR 150 mg po daily
MVI one po daily
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history
      IBS-D
      Generalized anxiety disorder
      Major depressive disorder
      ETOH hx (previous inpatient treatment)
      .
      Surgical / Procedural: Surgical / procedural history
      Tonsillectomy
      Photorefractive keratectomy
      Jaw surgery

**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none

___

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ▓▓▓ 1985  SSN: ***-**-▓▓▓     DoD ID: 1286180538     Created: 13 Nov 2017

Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?    [ x ] Never  [ ]
    Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:  Rodak
...............
Annual Questions Date: 9/26/17.
**Family history**
    Family medical history
    M -- Well
    F -- DM.  MI / stent at age 40.  Melanoma.

**Review of systems**
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the future.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|

## *25 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29733883    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **25 Sep 2017 1105 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 25 Sep 2017 1105 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ | 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by POURZAND,MIRIAM @ 25 Sep 2017 1105 EDT
Discharge Summary

**S/O Note** Written by POURZAND,MIRIAM @ 25 Sep 2017 1105 EDT
**History of present illness**
     The Patient is a 32 year old male.

S/O Note Written by DONKIN,LAURA G @ 22 Sep 2017 1122 EDT
History of present illness
The Patient is a 32 year old male.
He reported: Encounter Background Information: Social Work Discharge Summary
Admission Date:  29 August, 2017
Discharge Date:  22 September, 2017
While at Psychiatry Continuity Services (PCS), in the Intensive Outpatient Program (IOP) and the Comprehensive Recovery Program (CRP), patient PO2, has been involved in psycho-educational groups and individual therapy.  He was compliant with his medication management. He also has been receiving TMS treatments for anxiety, and may continue with TMS to treat his depression post discharge.
PO2 will return to duty at Ft Meade, but will attend medical/mental health appointments most days.  SM is to start the IOP at Addictions Treatment Service (ATS) on Monday.  This program is 3 days per week.  SM will also return to the care of Dr. Paul and Dr. Tobar, both at WRNMMC Outpatient Behavioral Health. PO2 has made progress in his treatment and reports a reduction in anxiety.  In his future mental health treatment, he would like to move forward from processing his childhood trauma and accept who he is.  PO2 has also focused on learning about his personality traits and how to form meaningful relationships. No SI/HI plan or intent present.

.

**S/O Note** Written by POURZAND,MIRIAM @ 25 Sep 2017 1320 EDT
**Chief complaint**
The Chief Complaint is: Met with SM for 30 minutes for discharge meeting.
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Feeling tired (fatigue).
     Sleep disturbances.

<<Note accomplished in the TSWF BH Spec AIM form>>

HISTORY OF PRESENT ILLNESS: adapted from intake note from 8/29/17: Pt is a 32 y/o single Caucasian male ADN E5 with

| Anderson, Daniel Dennis | DOB: ███ | 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 211**
AR 1677

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985 SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

almost 12 years TIS, HDS: Ft. Meade, MOS: Network Intelligence, referred to PCS by outpatient provider at WRNMMC d/t continued symptoms of anxiety and depression. SM reports he has not worked in one month, has lost access to the building, and was demoted from E6 to E5 in 7/2017 d/t social media sexual harassment sent to a female co-worker. SM reports having anxiety symptoms as far back as childhood d/t his father. In 2008, SM started picking his scalp (neurotic excoriation) while deployed aboard a ship d/t stress and anxiety. SM also developed MRSA. SM reports in 2010 he had a bad 2 year relationship breakup with a woman whom was an alcoholic and taking medication. SM states in 2012 he started seeing behavioral health d/t having suicidal ideation, being discontent with life, and the bad breakup. SM endorses guilt, decreased appetite and fear of gaining weight and losing 10 lbs. in the last month (stating he does not want to look like his father as well as end up with diabetes as he has), states feels as though he has sleep paralysis and at times sleeps too much but other times difficulty falling and staying asleep, +anxiety and worrying, reports being hypersexual stating he could have intercourse daily as well as ejaculate three times a day, +anger/irritability, +isolation, states does not like sun exposure, fantasizes about life-space things, watches television a lot which in turn creates increased anxiety (example: watches Game of Thrones and Walking dead but does not look at it as just a TV show, fantasizes that it is real).  SM states he works on computer gaming and enjoys cooking. Reports he was in debt for $35,000 but sold one of his homes and now debt has decreased to $19,000. States his debt was from buying his brother a car and giving his family money.


...
**Personal history**
PAST MEDICAL HISTORY
 IBS; PRK; tonsillectomy; childhood asthma; neurotic excoriation (scalp picking);

...
PSYCHIATRIC HISTORY

Suicide attempt as a child by taking bottle of aspirin d/t conflict with father, vomited but no treatment; age 17 suicide attempt via consuming large quantity of alcohol, no treatment; 6/16/2014 Integrated Health WRNMMC x 2 visits d/t anxiety; 8/2014-10/2014 WRNMMC outpatient BH d/t anxiety; 4/2015-11/2015 WRNMMC outpatient BH d/t depression/anxiety, also attended CBTI group; 8/2016 Integrative Health WRNMMC d/t mood swings/anxiety x 1 visit; 9/2016 started seeing outpatient BH WRNMMC d/t mood swings/anxiety.  MEDICATIONS HAVE BEEN RECONCILED to include current medications, OTC, and supplements. Previously trialed meds: Zoloft (increased fatigue), melatonin, lexapro (felt flat), Unisom, Wellbutrin XL (increased anxiety), and Lunesta (ineffective). SM currently taking: Effexor 225  mg daily and Naltrexone 50 mg daily, Rozerem 8 mg qhs.


...
SOCIAL / DEVELOPMENTAL / SPIRITUAL HISTORY

 Pt is 32 you single Caucasian male with almost 12 yrs TIS, Navy E-5 (recently demoted from E-6), MOS cyber security.  Pt reports that he was born in California to very young, unmarried parents, who later married and then divorced.  Pt reports that he has 2 sisters, who are ages 30 and 29.  He also has a half brother, and half sister who he does not have contact with.  Pt reports that father had custody for most of childhood, and mother had to pay support.  Both parents were physically abusive.  Father was on welfare and frequently negligent of his parental duties.  Pt states that father's excessive disciple was to make them fearful. Pt reports 2 incidents of sexual trauma from unwanted contact.  Once by older cousin and an other time in middle school with friend grabbing him.  Pt was moved numerous times during childhood.  Pt said that there were times when he was living in a ghetto due to father living off welfare and spending all their money.  Pt appears to currently have emotional support from mother and sisters.  He has a very contentious relationship with father, thus recently changing his name.  Pt said that he barely passed high school, and had a 2.2 GPA.  He attributes this to his struggle with IBS, excessive running schedule and not doing homework.  He joined the Navy immediately following high school.  He has difficulty with relationships and is not currently in one.  He denies religious affiliation.


...
**Family history**
FAMILY PSYCHIATRIC, SUBSTANCE USE AND MEDICAL HISTORY
 Mother is diagnosed with Bipolar disorder.  Younger sister also diagnosed with Bipolar disorder.  Youngest sister diagnosed with depression.  Both sisters have had multiple suicide attempts.  Maternal grandmother also Bipolar.
...
**Review of systems**
**Head:** No headache.
**Gastrointestinal:** No constipation.
**Musculoskeletal:** No localized joint pain, no localized joint swelling, and no limb pain.
**Neurological:** No dizziness, no motor disturbances, and no gait abnormality.  No sensory disturbances.
**Psychological:** No social isolation.
**Physical findings**
**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° No disorientation was observed - oriented to place, person, time, and situation.  ° No hallucinations.  ° Memory was
        unimpaired - recent and remote memories are intact.  ° Judgement was not impaired.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

Speech: ° Normal - Regular rate, rhythm, tone, volume; non-pressured.

**Psychiatric:**
Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
Attitude: ° Cooperative.
Mood: ° Euthymic.
Affect: ° Normal . Full range. stabile, appropriate to situation, normal intensity, congruent with mood.
Thought Processes: ° Not impaired - they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.
Thought Content: ° Insight was intact. ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
    homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.

## Plan

TREATMENT GOALS AND OBJECTIVES

Patients goals
1. Figure out how to cope with prior life events- partially met
2. Move on from things- partially met

Treatment objectives
1. Improve psychological functioning-partially met
2. Decrease number of episodes of trichotillomania- partially met reports for 2 days
3. Reduction in symptoms as evidence by self reported measures BHDP by 20% post completion of program -unmet

DISCHARGE TREATMENT PLAN AND STRATEGY

Medication:Effexor 225 mg daily, naltrexone50 mg daily, Rozerem 8mg qhs

Psychotherapy:  continue inout pt

Referrals: watch pad sleep study-completed, Alpha-Stim-completed, TMS treatment for anxiety completed reports not effective,
TMS for depression treatment to start , SM completed extensive psychological testing

Estimated Frequency and Duration of Treatment: sm requires continued BHC

Other:

[ x ] Treatment Options and Education:  Diagnosis and treatment options - including risks,
    benefits, side effects, and choice to decline treatment, were discussed with the patient
    who expressed an understanding of the diagnosis and plan.
[ x ] Treatment plan was collaboratively discussed with the patient.

[ x ] Yes [  ] No...Patient agrees with plan?  If not, what part?

DATE:9/22/17

.

## Notes

RISK LEVEL

I assessed warning signs, risk factors, and protective factors.  After considering these
factors in the context of this patients clinical presentation, I consider this patient to be a:
[  ] HIgh Acute Risk for Suicide
[  ] Intermediate Acute Risk Suicide
[  ] Low Acute Risk for Suicide
[ X ] No Elevated Acute Risk Suicide

[ X ] Patient is not considered to be a risk of harm toward others.

....

**A/P** Written by POURZAND,MIRIAM @ 25 Sep 2017 1320 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms. Sm
completed program , discharged today.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 1
                     -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1

**Disposition** Written by POURZAND,MIRIAM @ 25 Sep 2017 1322 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 25 Sep 2017 1322

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 214**
AR 1680

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

*22 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-29717413    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**          Date: **22 Sep 2017 1020 EDT**          Appt Type: **ACUT**
Treatment Facility: **WALTER REED**          Clinic: **ATS ADULT BE**          Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:** Written by HANGEMANOLE,DESPINA C @ 22 Sep 2017 1020 EDT
recent slip

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 02 Oct 2017 0913 EDT
**History of present illness**
      The Patient is a 32 year old male.
SM reported to clinic and requested to speak to this writer. SM stated that he had half a beer the other night due to being emotional.
SM reported that he is still committed to sobriety. SM acknowledged that a higher level of care would need to be explored if it was
determined that SM could not maintain abstinence in an outpatient setting. SM stated he did not feel he needed Level III care at this
time. SM agreed to start IOP process groups on 4 October and full IOP on 11 October.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 22 Sep 2017 1030 EDT
**1. Alcohol dependence, uncomplicated**
            Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 22 Sep 2017 1030 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will continue with group.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 02 Oct 2017 0942

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### 22 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.

Encounter ID:    BETH-29714923    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **22 Sep 2017 0902 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 22 Sep 2017 1400 EDT
**Problems**                                                                 **Allergies**
•Generalized anxiety disorder F41.1                                          •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 22 Sep 2017 0902 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 22 Sep 2017 1257 EDT
**History of present illness**
       The Patient is a 32 year old male.
       He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
       Procedure: MT 120%. TMS Treatment for anxiety session #9 and #7 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.04 minutes.  A procedural time out was done during which settings and patient were re-identified.
       PROGRESS IN MEETING GOALS:
       This is session # 9 and # 7 with MT level at therapeutic treatment level for entire session.
       Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and after discussion with the team, it was decided today will be SM last appointment for anxiety and SM will begin treatment for depression on return to clinic Wednesday September 27.Next session scheduled for Wednesday.  ZUNG anxiety=50, GAD 7=15.

**S/O Note** Written by BAHROO,BHAGWAN A @ 22 Sep 2017 1332 EDT
**Reason for Visit**
       Visit for: Transcranial magnetic stimulation for Anxiety (12:00-12:40).
**Subjective**
A procedural time out was done during which settings and patient were re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 9 was the # 7 session at 120% MT.
**Objective**
Next session scheduled.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017

---

**A/P** Last Updated by BAHROO,BHAGWAN A @ 22 Sep 2017 1334 EDT
**1. Generalized anxiety disorder**
Procedure(s):        -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                            PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 22 Sep 2017 1400 EDT
**Released w/o Limitations**
**Follow up:** as needed in 5 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 22 Sep 2017 1401

---

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten** by LANDE,RAYMOND G. @ 22 Sep 2017 1400 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 22 Sep 2017 1400 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 22 Sep 2017 1334 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 5 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *22 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29714760     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**     Date: **22 Sep 2017 0857 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCH DAY HOSP BE**     Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 22 Sep 2017 1009 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 219**
AR 1685

**Medical Record**

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538       Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 22 Sep 2017 0857 EDT
IOP

**S/O Note** Written by EARLEY,KERRIE GLYN @ 22 Sep 2017 1004 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Mindfulness (0800-0850) Facilitated by Kerrie Earley, LCSW
     Purpose: Educate in the practice of Mindfulness, including the rationale for incorporating this as a practice into daily life as a means of improving effectiveness in in using other skills and managing difficult situations. Living with awareness in the present moment (neither ruminating on in the past, nor worrying about the future), focusing on one thing at a time in a non-judgmental way and doing what works are some of the core concepts of Mindfulness practice that will be repeated and encouraged throughout the course of treatment.
     Today patients discussed what mindfulness is and what it is not- emphasizing the role of practice, its use in understanding emotions and improving memory, how it can be used in different situations, etc. Group members discussed emotion/rational/wise minds to consider how to navigate awareness of thoughts without pushing away emotions. Group then practiced mindfulness activities and discussed their ability to participate in the activities as well as implications for improving daily life.
     This patient arrived late in the session, but actively tried each exercise and engaged in discussion about how effective it was in the moment. He was thoughtful about how the skills play out in certain areas of his life.
     There was no indication of S/I or H/I present. Next mindfulness group scheduled for 29 September.

**S/O Note** Written by CLOPPER,TAMMY J @ 22 Sep 2017 1050 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: IOP Guest Speaker Group 0900-0950:  Facilitator:  Chaplain Edwards, Dr. Gragnani, and Ms. Buford, RN
     PURPOSE:  The purpose of this group is to have guest speakers bring various topics that would be relevant to group members and their treatment/recover.  Group topics range from finance experts, VA experts, Chaplin, and Med Board experts.
      TOPIC: Today, Chaplain Clifton Edwards from the Pastoral Care Department discussed what is Spirituality, what it should be, what is your spirituality/what makes you come alive, then had an open forum discussion.  Group members discussed what they consider to be their connection to the spiritual world or what motivates them.
     PARTICPATION:  SM attended group, was attentive to facilitator, and participated in group discussion. No evidence of SI/HI. Next group 29Sept2017.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1052 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: 0840  Check in to PCS Team A.  Late due to ATS appt this a.m.  Denied SI/HI.  SM will be discharged from PCS today.

**S/O Note** Written by SMITH,JESSICA ANN @ 22 Sep 2017 1112 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES: This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1518 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: Check out note:  SM was discharged from program today; did not check out with this writer.

**A/P** Last updated by POURZAND,MIRIAM @ 25 Sep 2017 1103 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms. Sm completed program , discharged today.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):        -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S):
                            DONKIN,LAURA G
**2. Major depressive disorder, recurrent, moderate**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1

**Disposition** Written by POURZAND,MIRIAM @ 25 Sep 2017 1104 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 25 Sep 2017 1105

CHANGE HISTORY
*The following S/O Note Was Deleted by POURZAND,MIRIAM @ 25 Sep 2017 1102 EDT:*
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: Social Work Discharge Summary
Admission Date:  29 August, 2017
Discharge Date:  22 September, 2017
While at Psychiatry Continuity Services (PCS), in the Intensive Outpatient Program (IOP) and the Comprehensive Recovery Program (CRP), patient PO2, has been involved in psycho-educational groups and individual therapy.  He was compliant with his medication management. He also has been receiving TMS treatments for anxiety, and may continue with TMS to treat his depression post discharge.
PO2 will return to duty at Ft Meade, but will attend medical/mental health appointments most days.  SM is to start the IOP at Addictions Treatment Service (ATS) on

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985   SSN: ***-**-████   DoD ID: 1286180538    Created: 13 Nov 2017

Monday.  This program is 3 days per week.  SM will also return to the care of Dr. Paul and Dr. Tobar, both at WRNMMC Outpatient Behavioral Health. PO2 has made progress in his treatment and reports a reduction in anxiety.  In his future mental health treatment, he would like to move forward from processing his childhood trauma and accept who he is.  PO2 has also focused on learning about his personality traits and how to form meaningful relationships. No SI/HI plan or intent present.

*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 25 Sep 2017 1102 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 25 Sep 2017 1102 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 22 Sep 2017 1124 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):                      -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): DONKIN,LAURA G
                                   -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 1
**2. Major depressive disorder, recurrent, moderate**
        Procedure(s):            -Psychiatric Therapy Individual Approximately 30 Minutes x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 22 Sep 2017 1124 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 22 Sep 2017 1124 EDT - see above.Previous Version of A/P section was entered/updated by SMITH,JESSICA ANN @ 22 Sep 2017 1113 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


        Procedure(s):                      -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
**2. Major depressive disorder, recurrent, moderate**
        Procedure(s):            -Psychiatric Therapy Individual Approximately 30 Minutes x 1
*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 22 Sep 2017 1113 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 22 Sep 2017 1113 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1053 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


**2. Major depressive disorder, recurrent, moderate**
        Procedure(s):            -Psychiatric Therapy Individual Approximately 30 Minutes x 1
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1053 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1053 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 22 Sep 2017 1050 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ██ 1985  SSN: ***-**-██        DoD ID: 1286180538        Created: 13 Nov 2017

*__The following A/P Note Was Overwritten__* by CLOPPER,TAMMY J @ 22 Sep 2017 1050 EDT:
The A/P section was last updated by CLOPPER,TAMMY J @ 22 Sep 2017 1050 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 22 Sep 2017 1010 EDT.
**1. Generalized anxiety disorder**

Anderson, Daniel Dennis        DOB: ██ 1985  SSN: ***-**-██        DoD ID: 1286180538        Created: 13 Nov 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|

*21 Sep 2017 at WRNMMC, GI Clinic Bethesda by BELLE, LAVERN S*

Encounter ID:    BETH-29711562    Primary Dx:    Other specified counseling

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **21 Sep 2017 1834 EDT**
Clinic: **GI CL BE**

Appt Type: **T-CON***
Provider: **BELLE,LAVERN S**

Call Back Phone: ███████

**AutoCites** Refreshed by BELLE,LAVERN S @ 21 Sep 2017 1834 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
- not maternal uncle's history of referred here (Maternal Uncle)
- family medical history (General FHx)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant melanoma of the skin (General FHx)
- family history of father is alive (General FHx)
- family history of heart disease (General FHx)
- family history of cancer (General FHx)
- family history of mother is alive (General FHx)
- no family history of malignant neoplasm of large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- paternal history of preliminary background HPI [use for free text] (Father)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- no family history of chronic liver disease (General FHx)

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY | 3 of 3 | 06 Sep 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| | | MOUTH EVERY MORNING #0 RF3 | | |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Telephone Consult:** Written by BELLE,LAVERN S @ 21 Sep 2017 1834 EDT
Scheduled patient for an Anorectal Manometry Procedure.

**S/O Note** Written by BELLE,LAVERN S @ 21 Sep 2017 1835 EDT
**Subjective**
Scheduled patient for an Anorectal Manometry Procedure, to be conducted on 29 September 2017 at 1000 hrs. Patient was educated about pre-procedure details, which includes use of an enema prior to procedure, and what she should expect during the procedure. Patient will be given an enema in clinic 10-45 minutes before procedure.  Patient verbalized understanding of all given instructions.

**A/P** Written by BELLE,LAVERN S @ 21 Sep 2017 1836 EDT
**1. Other specified counseling**
    Procedure(s):        -Non-Physician Phone Call To Pt/Provider Lengthy (21-30 min) x 1

**Disposition** Last Updated by BELLE,LAVERN S @ 21 Sep 2017 1836 EDT
**Referred for Appointment**

**Signed By  BELLE, LAVERN S** (Physician/Workstation) @ 21 Sep 2017 1836

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

### *21 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29708145    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**　　　Date: **21 Sep 2017 1353 EDT**　　　Appt Type: **FTR**
Treatment Facility: **WALTER REED**　　　Clinic: **PSYCH DAY HOSP BE**　　　Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 22 Sep 2017 0746 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB:        1985  SSN: ***-**-        DoD ID: 1286180538        Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CLOPPER,TAMMY J @ 21 Sep 2017 1353 EDT
CRP
**Appointment Comments:** Written by CLOPPER,TAMMY J @ 21 Sep 2017 1353 EDT
TB

**S/O Note** Written by CLOPPER,TAMMY J @ 21 Sep 2017 1354 EDT
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information: Check IN PM - Intensive Outpatient Program (IOP) Team A

   Check- In Time:  121200
   Afternoon Track: CRP
   Appointments Reported this afternoon:  1200 TMS
   Pain level Reported (0-10):   Denies
   Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.

**S/O Note** Written by CLOPPER,TAMMY J @ 21 Sep 2017 1431 EDT
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information: Check OUT PM - Intensive Outpatient Program (IOP) Team A

   CHECKOUT TIME:  1423
   Afternoon Track:  CRP
   Appointments Reported for Friday:  TMS 1200; Discharging
   Pain level Reported (0-10):  Denies
   Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 1431 EDT
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information: Life Skills Group
   1230-1330. Facilitator:  Laura Donkin, LCSW-C . This CRP group addresses behaviors which promote a healthy and independent life style. Topics include: strategies for time management, building a support network, resilience, and relapse prevention.  Today's topic was, "Getting Others to Support Your Recovery."  After reviewing the hand-out, group members shared

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

who is helpful in their recovery and how to get others to help. This SM actively contributed to group discussion.        No SI/HI plan or intent present. The next group will be on 28 September, 2017.

**S/O Note** Written by GHOLSON,GEORICA K @ 21 Sep 2017 1440 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: COMMUNICATION SKILLS 1330-1430.
    FACILITATORS: Dr. Georica Gholson, psychologist and Mrs. Delacie Gardiner, psychiatric technician
    Purpose of communication skills group is to explore and discuss components of communication among co-workers, peers, family, and friends, and to use effective communication strategies to enhance and improve relationships.
    Intervention: Discuss and identify passive, passive aggressive, aggressive, and assertive communication strategies. Discuss impact of each communication style on the listener and when each communication style is appropriate. Group discussed how emotions affect behaviors related to the various communication styles. SM participated in group. SM was able to identify characteristics of all three communication styles. Additionally, he identified his style as passive and discussed how feedback from others has impacted how he communicates with other people.
    No indication of SI/HI.
    Next group scheduled for October 5, 2017.

**A/P** Last updated by GHOLSON,GEORICA K @ 21 Sep 2017 1441 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):        -Psychiatric Therapy Group Interview x 1

**Disposition** Written by POURZAND,MIRIAM @ 22 Sep 2017 0747 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS, WRNMMC) @ 22 Sep 2017 0747

CHANGE HISTORY
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 21 Sep 2017 1441 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 21 Sep 2017 1441 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 21 Sep 2017 1432 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.

Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Psychiatric Therapy Group Interview x 1

***The following A/P Note Was Overwritten** by DONKIN,LAURA G @ 21 Sep 2017 1432 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 21 Sep 2017 1432 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 21 Sep 2017 1355 EDT.

**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:

At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:

The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.

Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|

## *21 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29699149    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **21 Sep 2017 0754 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 21 Sep 2017 1409 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 230**
AR 1696

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 21 Sep 2017 0754 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 21 Sep 2017 1229 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session #8 and #6 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 28.52 minutes.  A procedural time out was done during which settings and patient were re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 8 and # 6 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and after discussion with the team, it was decided that tomorrow will be service member last TMS appointment as SM has medical appointments next week which will keep him from coming in for treatments. Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 21 Sep 2017 1407 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:00-12:40).
**Subjective**
A procedural time out was done during which settings and patient were re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment continued using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 8 was the # 6 session at 120% MT.
**Objective**
Next session scheduled.

**Medical Record**

**A/P** Last updated by LANDE,RAYMOND G. @ 21 Sep 2017 1410 EDT
**1. Generalized anxiety disorder**
　　　Procedure(s):          -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
　　　　　　　　　　　　　PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 21 Sep 2017 1410 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 21 Sep 2017 1410

---

**CHANGE HISTORY**
***The following A/P Note Was Overwritten*** *by LANDE,RAYMOND G. @ 21 Sep 2017 1410 EDT:*
The A/P section was last updated by LANDE,RAYMOND G. @ 21 Sep 2017 1410 EDT - see above.Previous Version of A/P section was entered/updated by
BAHROO,BHAGWAN A @ 21 Sep 2017 1407 EDT.
**1. Generalized anxiety disorder**
　　　Procedure(s):          -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL PROVIDER(S): BAHROO,BHAGWAN A;
　　　　　　　　　　　　　BRAGGS,DEBORAH C
***The following Disposition Note Was Overwritten*** *by LANDE,RAYMOND G. @ 21 Sep 2017 1409 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 21 Sep 2017 1409 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 21 Sep 2017 1407 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇ 1985 | SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

### *21 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:      BETH-29699044      Primary Dx:      Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**        Date: **21 Sep 2017 0751 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCH DAY HOSP BE**          Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 21 Sep 2017 1411 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 21 Sep 2017 0751 EDT
IOP

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 1021 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
    INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 1113 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
      5 min Check-In  at :0755

      0 Pain level (0-10)
    Psychiatric Exam:
    Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 1114 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
      5 min Check-Out  at :1055

      Immediate Future Plans:
      ( x ) Comprehensive Recovery Program (CRP)  1230-1430
      ( ) Interpersonal Recovery Program (IRP)  1230-1430
      ( ) Trauma Recovery Program (TRP)  1230-1430
      ( ) Attend IOP Program tomorrow morning

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017

( ) Other  -
Disposition: ( x )  Released without limitations.
0 Pain level (0-10)
Psychiatric Exam:
Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.

**S/O Note** Written by MILLER,PENNY E @ 21 Sep 2017 1248 EDT
**Reason for Visit**
  Visit for: (0915-1050) - Intensive Outpatient Program-"Improv Worshop"  (Staff: Penny Miller, recreation therapist, Helen Lowenstein, social worker and Lisa Banks-Williams, advanced practice nurse) -
  Objective: To provide an opportunity for creativity, self-expression and socialization through verbal and non-verbal improv activities.
  Activity: This workshop was facilitated by Amelia Baine, a special guest, comedian and Seema Reza, WRNMMC hospital recreational arts coordinator. Patients were introduced to the activity of improve, used during this session as the intervention for this session. This session patients learned strategies to and were encouraged to take an active role. Patients were provided with directives in order to participate in several activities. Participation in the provided activities facilitated team work, socialization and an opportunity for enjoyment. A safe supportive environment was provided offering patients a structured experience for exploration and a chance to step out of their comfort zones. This writer served as activity coordinator as well as an emotional support, facilitating the group end of activity processing component.
  Participation: This patient willingly participated during the session. He disclosed that he is typically shy and serious, however today he did something out of his comfort zone. He reported that he enjoyed his improve experience and is motivated to participate in the future. Pt was supportive of others and interacted well with staff and peers. A total of 11 patients attended this group. The next creative writing session is scheduled for Thursday September 28, 2017.
  This note was written by Penny Miller, recreation therapist.

**A/P** Last updated by DONKIN,LAURA G @ 21 Sep 2017 1115 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                               -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2

**Disposition** Written by LANDE,RAYMOND G. @ 21 Sep 2017 1412 EDT
**Released w/o Limitations**
**Follow up:**  in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 21 Sep 2017 1412

CHANGE HISTORY
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 21 Sep 2017 1022 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 21 Sep 2017 1022 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 21 Sep 2017 0754 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ■■■■ 1985  SSN: ***-**-■■■■        DoD ID: 1286180538        Created: 13 Nov 2017

relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:  BETH-29695182  Primary Dx:  Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**     Date: **20 Sep 2017 1437 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCH DAY HOSP BE**     Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 22 Sep 2017 0905 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 237**

AR 1703

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by SMITH,JESSICA ANN @ 20 Sep 2017 1437 EDT
LST

**S/O Note** Written by SMITH,JESSICA ANN @ 20 Sep 2017 1438 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
        Reason for Visit
    Check in for Afternoon Programming 1230-1430
        5 min Check in at:1230
        Program Track:
        (x ) Comprehensive Recovery Program (CRP)
        ( ) Interpersonal Recovery Program (IRP)
        ( ) Trauma Recovery Program (TRP)
        0 Pain level (0-10) 0
    Psychiatric Exam:
        Thought Content: ? Homicidal Ideations ( ) Yes (x ) No  Suicidal Ideation ( ) Yes ( x ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 20 Sep 2017 1507 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Afternoon Programming  1230-1430
        5 min Check out at:1400
        Plan for Next Day of Programming
        (x ) Attend IOP Program tomorrow morning
        ( ) Other
        Disposition: (x ) Released without limitations.
        0 Pain level (0-10) 0
    Psychiatric Exam:
        Thought Content: ? Homicidal ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes ( x ) No.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ▓ | 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**S/O Note** Written by VANFOSSEN,MALLORY B @ 20 Sep 2017 1526 EDT
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information: Art Therapy (1230-1400) Facilitated by Mallory Van Fossen ATR-BC, LCPAT, Art Therapist; and Maggie Hardy, LCSW-C, Social Worker. This session provided pts with the opportunity to visually process thoughts, emotions and therapeutic concepts, and to utilize art making as a means of grounding. This session also allowed pts to explore the cycle of an intense emotional experience. Pts were lead in a discussion the wave skill from DBT that describes the means of experiencing emotion, according the symbol of a wave in the sea. Pts were then asked to render their own emotional wave using art media, to show us the experience of an evolving emotional state. 2D materials were used, consisting of pastels, chalks, and various types of paint on large paper. Pts were given 60 minutes to independently work. Discussion followed, in order to process any issues or content that may have been prompted by artmaking. Topics consisted of: how we can use the art process to understand the wave skill, how the process of art making can engage us to feel emotions as we create them visually, how this process of feeling emotion in real time can be channeled into a "safe" action, such as art making, rather than acting on them through other means, and how the depiction of the wave can be described objectively (or separately from self) to further our understanding of emotional experiences, rather than naming and discussing individual feelings. There was no indication of SI/HI. Next art therapy session will be held Thursday 21 September, 2017.

**A/P** Last updated by POURZAND,MIRIAM @ 22 Sep 2017 0906 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

          Procedure(s):          -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 22 Sep 2017 0906 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 22 Sep 2017 0906

CHANGE HISTORY
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 22 Sep 2017 0906 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 22 Sep 2017 0906 EDT - see above.Previous Version of A/P section was entered/updated by SMITH,JESSICA ANN @ 20 Sep 2017 1508 EDT.
**1. Generalized anxiety disorder**
          Procedure(s):          -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ▓ | 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 239**
AR 1705

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*20 Sep 2017 at WRNMMC, Psych Day Hosp Be by DONKIN, LAURA G*

Encounter ID:        BETH-29693494        Primary Dx:

Patient: **ANDERSON, DANIEL DENNIS**        Date: **20 Sep 2017 1338 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCH DAY HOSP BE**        Provider: **DONKIN,LAURA G**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by DEUTSCH,ANNE MARIE @ 20 Sep 2017 1338 EDT
Treatment Plan Review Team A

**Appointment Cancelled by Facility**
 Encounter Cancelled by DEUTSCH,ANNE MARIE @ 20 Sep 2017 1404 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**- ☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*20 Sep 2017 at WRNMMC, Psych Day Hosp Be by DONKIN, LAURA G*

Encounter ID:    BETH-29693459    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **20 Sep 2017 1336 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **DONKIN,LAURA G**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by DEUTSCH,ANNE MARIE @ 20 Sep 2017 1336 EDT
Treatment Plan Review Team A

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 0838 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Daniel Anderson
        20 SEPT 2017
        Follow-Up Data Only
        Psychological testing -  Reviewed and  interpreted  psychological tests from
        BHDP.  These are only one source of data and should be interpreted in the
        context of the patient's entire presentation.  The BHDP scales are reported
        and briefly interpreted as follows.
        Behavioral Health Vitals (patient reported):
        Overall health reported as: Good
        Pain Level (0-10): 0                Currently treated: N/A
        Suicidal Ideation Risk - C-SSRS score: 3        Past/Prep Behavior last 3
        months: Yes
        # past attempts as of 09/06/2016: 3
        Most recent Suicidal Ideation: 1-2 weeks ago
        Suicidal Ideation Duration: Fleeting - a few seconds or minutes
        Suicidal Ideation Frequency: 2-5 times a week
        Protective Elements Stopping Suicidal Actions:  Family, Fear of failing
        Harm Others Risk over next week as of 9/20/2017 - None    Active Plan: N/A
        Patient with access to weapons: No
        Recent Outcome Measures (last 30 days)
        BASIS24 - Score: 2.52 - High levels of general distress reported (9/20/2017)
        PHQ9 - Score: 20 - Severe depressive symptoms reported. Evaluation
        indicated. (9/20/2017)
        GAD7 - Score: 17 - Moderate anxiety symptoms reported. Evaluation indicated.
        (9/20/2017)
        PCL-5 - Score: 54 - Moderate PTSD symptoms reported (9/20/2017)
        PCL-C: N/A
        AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP
        referral (8/29/2017)
        CSI - Score: -2 - Pt reports no significant other - no score (9/13/2017)
        ISI - Score: 23 - Clinical insomnia (severe) (9/20/2017)
        BAM: Risk/Protection/Use (subscales) - Score:  14/16/0 - Moderate-High
        Protection (8/29/2017).

**S/O Note** Written by DONKIN,LAURA G @ 21 Sep 2017 0850 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Treatment Progress/Goals
        problem #1: anxiety
        Goal: reduction
        Objective: sxs reduction by 20% next BHDP screening
        Intervention: TMS
        Measure: GAD score 17 9/20/17 indicating moderate anxiety
        Progress: SM had 15% reduction in anxiety
        Problem #2: depression
        Goal: reduction
        Objective: sxs reduction by 20% next BHDP screening

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Intervention: medication increase Effexor 150 mg to 225 mg on 9/6/17
Measure:PHQ9 severe 20 depression score 9/20/17
Progress: sm reports increase severity due to returning to work
Pt was present ( ) was not present (x ) during review of treatment plan.  Pt present during review with Dr. Pourzand.


**S/O Note** Written by POURZAND,MIRIAM @ 22 Sep 2017 1048 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Met with SM to complete BHDP from 940-0950. Sm completed program, discharged today. Returning only for TMS treatment for depression and anxiety.



**Note** Written by POURZAND,MIRIAM @ 22 Sep 2017 1048 EDT
NOTES FROM TODAY'S SESSION:
Treatment modality currently used: Not Set
Response to treatment: [ ] None    [ x ] Some     [ ] Significant     [ ] Marked

RISK ASSESSMENT:
Clinician-determined risk level at start of appointment - No risk level set

MEDICATIONS:
Current side effects: daytime fatigue
Current response: doesn't feel any changes  with Effexor, reports  rozerem effective
Allergies were reviewed as indicated. Allergic to cats and dogs

OBJECTIVE (O):


MENTAL STATUS EXAM:
Appearance: well-kept
Behavior/Orientation: x4, appropriate
Abnormal Movements: trichotillomania-back of hair picking- 25% of waking hours-reports less past few days
Rapport: appropriate
Speech: non pressured
Mood: grumpy per report, but presents pleasant
Affect: full ranging
Thought Process: clear, direct, oriented
Thought Content: non delusional
Judgment: good
Insight:good
Impulsivity: none impulse- hx of ETOH
Cognition: Average
Fund of Knowledge: well

OTHER OBJECTIVE FINDINGS/LAB RESULTS:
ASSESSMENT (A):
DIAGNOSIS: anxiety d/o
SAFETY RISK:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated  [ x ] Low  [ ] Intermediate  [ ] High
Harm to Others: [ ] Not Elevated  [x  ] Low  [ ] Intermediate  [ ] High
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

LEARNING/NEEDS ASSESSMENT:
Patient would like the following information at this appointment: none

PLAN (P):


Patient was educated about and stated understanding of the diagnosis and treatment options. Patient collaborated on and agreed to the following treatment plan:
High Interest Case? No

Setting: [x  ] Outpatient  [ ] Inpatient  [ ] IOP  [ ] Other:_____

Labs: [x ] CBC  [ x ] LFTs  [ x ] TSH  [ x ] Chem 8  [ ] Lipids
[x ] Fasting Glucose  [x ] HCG  [x ] UDS  [ x ] Vit B12  [ ] _____

Safety Plan:
Patient is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.



Medication:
Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.
Patient reports taking medications as prescribed:  Yes/No
Patient reports following changes in medication:

MED            SIG        Target Dose      Target Symptoms
Effexor XR 225 mg daily , for depression and anxiety treatment
Rozerem 8 mg qhs for sleep
Naltrexone 50 mg daily- prevent ETOH cravings

Other Interventions (Social, Occupational, Case Management): recreation therapy referral entered 9/13/17

Prognosis:
[ ] Excellent    [ ] Good    [ ] Fair    [ x ] Guarded    [ ] Poor

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

Follow-up: PSYCHIATRY/WRNMMC         KEMEZIS,PAT 26Sep2017@1000  GRP/90
PENDING

PSYCHIATRY BE/WRNMMC        PAUL,SHERIN 27Sep2017@1000  FTR/60
PSYCHIATRY BE/WRNMMC        TOBAR,EDEN  27Sep2017@1100  FTR/30
Sm scheduled to be discharged from PCS 9/21, will continue to present for TMS only

Referrals: recreation therapy, TMS

Occupational:
1. The Command WAS NOT directly notified of the current condition of the patient.
2. Patient HAS NOT granted permission to discuss HIPAA-protected information to the
Command.
3. A new/revised profile HAS NOT been written for patient by this writer today.

Profile:
SM in process of MEB
Is Service Member able to carry and fire weapon, from a Behavioral Health perspective
(safety)?  No
Is Service Member able to have access to sensitive information (to the level of current
clearance)?  Yes
Is Service Member able to deploy?  No
Can Service Member perform MOS duties?  N
**A/P** Last updated by POURZAND,MIRIAM @ 22 Sep 2017 1049 EDT
**1. Generalized anxiety disorder**
        Procedure(s):         -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
                              -Psychologic Testing And Report Administered By Computer x 1
                              -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1

**Disposition** Written by DEUTSCH,ANNE MARIE @ 22 Sep 2017 1056 EDT
**Released w/o Limitations**
**Follow up:**  in the PSYCH DAY HOSP BE clinic.

**Signed By  DONKIN, LAURA G** (Physician) @ 22 Sep 2017 1056

**CHANGE HISTORY**
**_The following A/P Note Was Overwritten_** _by POURZAND,MIRIAM @ 22 Sep 2017 1049 EDT:_
The A/P section was last updated by POURZAND,MIRIAM @ 22 Sep 2017 1049 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G
@ 21 Sep 2017 0859 EDT.
**1. Generalized anxiety disorder**
        Procedure(s):         -Psychologic Testing And Report Administered By Computer x 1
                              -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29690929     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**     Date: **20 Sep 2017 1142 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCH DAY HOSP BE**     Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 20 Sep 2017 1142 EDT
CRP

**S/O Note** Written by HARDY,MARGARET L @ 20 Sep 2017 1451 EDT
**History of present illness**
    The Patient is a 32 year old male.

Art Therapy (1230-1430) Facilitated by: Mallory Van Fossen, ATR-BC, LCPAT, Art Therapist;
Co-facilitated by Margaret Hardy, LCSW-C, Social Worker
This writer co-facilitated art therapy in order to provide clinical support, contribute to discussion by offering therapeutic feedback, and provide additional resources in order to assist service members manage stressors and prevent crisis situations.
    OBJECTIVE- This session provided pts with the opportunity to visually process thoughts, emotions and therapeutic concepts, and to utilize art making as a means of grounding.
    PROMPT: Create a wave.  Name the art and be present mindfully while creating - without judgment.
    PARTICIPATION:  There was no indication of SI/HI.  SM drew to the prompt and participated in group discussion integrating the process of doing the art and the symbolic meanings uncovered.
    FOLLOW-UIP:  Next Art Therapy session will be Tuesday, 26 SEP 2017 at 0900 hours.  SM will have safety check-out with their assigned Treatment Team prior to leaving for the day.
**Therapy**
Intervention: Art Therapy
.
Group Therapy
.

**A/P** Last Updated by HARDY,MARGARET L @ 20 Sep 2017 1458 EDT
**1. Generalized anxiety disorder** F41.1: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  SM reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. SM presents for additional support and to learn and implement safe/ Positive coping mechanisms.

        Procedure(s):        -(90853) Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): HARDY,MARGARET L; VANFOSSEN,MALLORY B

**Disposition** Written by POURZAND,MIRIAM @ 22 Sep 2017 1049 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 22 Sep 2017 1050

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 245**
AR 1711

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538    Created: 13 Nov 2017

---

### *20 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29684296    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **20 Sep 2017 0758 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 20 Sep 2017 1441 EDT

**Problems**                                                    **Allergies**
•Generalized anxiety disorder F41.1                             •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 20 Sep 2017 0758 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 20 Sep 2017 1227 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session #7 and # 5 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.04 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 7 and # 5 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 20 Sep 2017 1409 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:00-12:40).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment coil administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 7 was the # 5 session at 120% MT.
**Objective**
Next session scheduled.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**A/P** Last Updated by BAHROO,BHAGWAN A @ 20 Sep 2017 1411 EDT
**1. Generalized anxiety disorder**
      Procedure(s):      -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1 ADDITIONAL
                            PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 20 Sep 2017 1441 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 20 Sep 2017 1441

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten** by LANDE,RAYMOND G. @ 20 Sep 2017 1441 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 20 Sep 2017 1441 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 20 Sep 2017 1412 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 248**
AR 1714

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

---

## *20 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29684270     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**      Date: **20 Sep 2017 0757 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**     Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 22 Sep 2017 0717 EDT
**Problems**                                                          **Allergies**
•Generalized anxiety disorder F41.1                                   •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
     OCCUPATIONAL, SERVICE
     MEMBER PERIODIC HEALTH
     ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
     CONTINUOUS DRINKING
     BEHAVIOR
•MAJOR DEPRESSION RECURRENT
     MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
     ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
     BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
     DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 20 Sep 2017 0757 EDT
IOP

**S/O Note** Written by GHOLSON,GEORICA K @ 20 Sep 2017 1018 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: IOP Group: Sensible Thinking: 0900-0950: Group facilitators: Dr. Gholson, Ph.D. Co-facilitators: Finis Taylor, MD, Alex Yilmaz, MS4, and Chelsea Schifferle, MS3. Purpose:  To provide psycho education on cognitive behavioral therapy and application.  Facilitate discussion on how thoughts influence behavior and helpful/unhelpful thinking patterns. Today patients explored the relation between activating events, beliefs and consequences and how they can dispute their beliefs and adopt effective new beliefs. Intervention: Discussion of the ABCDE model and addressing distressing events in their lives. Group members focused on the ABC portion of the ABCDEF model. Patients discussed a distressing situation, emotions from the situation and the beliefs and thoughts associated with the emotion. Patients also discussed the origin of these thoughts and beliefs.  Participation:  Patient was attentive throughout psycho education and participated in group discussion. SM was open in discussing a distressing situation related to his military experience. He discussed how his beliefs and automatic thoughts were changed due to life experiences and maturity. He also expressed how challenging it can be to reflect on his emotions and alter his automatic thoughts.
　　No evidence of SI/HI. Next group session is 27 September 2017.

**S/O Note** Written by DONKIN,LAURA G @ 20 Sep 2017 1037 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: Positive Psychology Group 0800-0900 facilitated by Laura Donkin, LCSW and Dr. Deutsch.  The purpose of the group is to assist patients in viewing themselves and their situations based on their strengths, rather than weaknesses or symptoms, with the aim of helping them flourish and live a fulfilling life.  Today's group was focused on reviewing the factors identified by Dr. Martin Seligman, which are present in people who describe themselves as happy.  The discussion was focused on Engagement.  There were 2 hand-outs.  One hand-out introduced Dr. Seligman's ideas.  Another identified  the 10 qualifiers of FLOW  by Mihaly Czikszentmihalyi.  SM actively contributed to group discussion.　　　The next group will be held @ 0800 on 27 July.  No SI/HI plan or intent present.

**S/O Note** Written by FRIEDLANDER,JOSHUA N. @ 20 Sep 2017 1052 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: Group Therapy Grounding 1000-1100:  Instructed group in the definition of

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 250**
AR 1716

**Medical Record**

Anderson, Daniel Dennis        DOB: ████  1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

grounding and identified different types of grounding skills and how to use them.  Pts asked to practice at least one grounding skill this week for review at next week's session.   Handouts provided.   Pt participated actively.  No evidence of SI/HI.

**S/O Note** Written by SMITH,JESSICA ANN @ 20 Sep 2017 1418 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Reason for Visit
                Check in for Intensive Outpatient Program (IOP) 0800-1100
                5 min Check-In  at :0800

                0 Pain level (0-10)  0
                Psychiatric Exam:
                Thought Content: ?  Homicidial Ideations (  ) Yes (x )  No  Suicidal Ideation ( ) Yes  ( x
        ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 20 Sep 2017 1422 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Reason for Visit
                Check out for Intensive Outpatient Program (IOP) 0800-1100
                5 min Check-Out  at :1050

                Immediate Future Plans:
                (x  ) Comprehensive Recovery Program (CRP)  1230-1430
                ( ) Interpersonal Recovery Program (IRP)  1230-1430
                ( ) Trauma Recovery Program (TRP)  1230-1430
                ( ) Attend IOP Program tomorrow morning
                ( ) Other  -
                Disposition: (x  )  Released without limitations.
                0 Pain level (0-10)  0
                Psychiatric Exam:
                Thought Content: ?  Homicidial ideations (  ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
        ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 20 Sep 2017 1434 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:
This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**A/P** Last updated by SMITH,JESSICA ANN @ 20 Sep 2017 1423 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this

Anderson, Daniel Dennis        DOB: ████  1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ▓▓ 1985  SSN: ***-**-▓▓       DoD ID: 1286180538       Created: 13 Nov 2017

information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S):
                     SMITH,JESSICA ANN
                     -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S):
                     SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 22 Sep 2017 0718 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 22 Sep 2017 0718

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 20 Sep 2017 1423 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 20 Sep 2017 1423 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 20 Sep 2017 0800 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*19 Sep 2017 at WRNMMC, GI Clinic Bethesda by BHUSHAN, ANITA*

| Encounter ID: | BETH-29676953 | Primary Dx: | Irritable bowel syndrome with diarrhea |

Patient: **ANDERSON, DANIEL DENNIS**       Date: **19 Sep 2017 1530 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **GI CL BE**                Provider: **BHUSHAN,ANITA**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
follow up
**Appointment Comments:**
dtp/irmac pt waived atc

**Vitals**
**Vitals** Written by NG,ANDREW J @ 19 Sep 2017 1515 EDT
 BP: 137/87,   HR: 76,   RR: 14,   T: 97.9 °F,   HT: 69 in,   WT: 164.2 lbs,   SpO$_2$: 95%,   BMI: 24.25,
 BSA: 1.9 square meters,    Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

**S/O Note** Written by BRIDGES,EDWARD E @ 19 Sep 2017 1549 EDT
**History of present illness**
      The Patient is a 32 year old male.
32 y/o AD male returns to the GI clinic for f/u regarding IBS manifested by chronic intermittent abdominal pain. He reports a long
history of GI symptoms, dating back to childhood, but symptoms have been more disruptive over the past few years. Notes
generalized sharp, crampy abdominal pain about every 1-2 days, that peaks prior to defecation and is relieved after bowel
movements. Typically has 1-2 soft or liquid stools per day, infrequently with urgency. Abdominal pain is worse with intake of
insoluble fibers, although, this regimen does resolves his liquid stools producing semi formed stools. Also worse during physical
activity and with increased anxiety/stress. He has seen nutrition, adopted a low fodmap diet (no beer, no wine, no rum, no brocolli,
no lettuce, no onions, no garlic, no beans, no spinach, no cabbage, no aspsaragus, no fruits, no sausage, no chorizo, no eggs), and
found partial relief in frequency of pain and fecal urgency. He also reports similar relief in symptom frequency with avoiding dairy,
caffeine, and sugar-substitutes. He reports reduced stool output with decreased oral intake. He previously tested for celiac
serologies and inflammatory markers. Denies EIM's of IBD, as well family h/o IBD. Reports fecal staining twice in the setting
diarrhea. Reports 5-15 minute urgency before defecating on every occasion. Denies post defecatory leakage.

Of note, patient underwent CT A&P in 2012 for the same abdominal pain, which showed focal wall-thickening at the hepatic flexure
with proximal stool retention. Colonoscopy (McNally) in 2012 showed mild congestion in the sigmoid, but biopsies were
unremarkable. A subsequent MRE was completely normal.

He was also previously noted to have a +serum AB to H.pylori. He was treated with triple therapy, and a stool test confirmed
eradication in 2016.
.
**Allergies**
Allergies Verified and Updated

NKDA
.
**Current medication**
Including OTC meds, vitamins, herbals, etc.
 Effexor - started after previously diagnosed IBS-D (used for Anxiety/Depression)
Naltrexone started after previously diagnosed IBS-D (used for ETOH avoidance)
Simethicone qid.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history
      Anxiety/depression
      IBS-D
      .
      Surgical / Procedural: Surgical / procedural history
      Tonsillectomy
      PRK
      LaForte1 May 2017.
**Personal history**
Social history reviewed
 Tob:  (-)
 Etoh:  (1-2 glasses of wine/ day)

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 253**
AR 1719

**Medical Record**

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538       Created: 13 Nov 2017

.

**Family history**
    Family medical history
    No malignant neoplasm of the gastrointestinal tract.
.

**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
    Appearance: ° Of the neck was normal.
**Eyes:**
    General/bilateral:
        Sclera: ° Normal.
**Lymph Nodes:**
    ° Submandibular lymph nodes were not enlarged.
**Lungs:**
    ° Respiration rhythm and depth was normal.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
**Abdomen:**
    Visual Inspection: ° Abdomen was not distended.
**Musculoskeletal System:**
    Functional Exam:
        General/bilateral: ° Mobility was not limited.
    Other:
        General/bilateral: ° No muscle tenderness.
**Neurological:**
    ° Oriented to time, place, and person.
**Psychiatric:**
    Mood: ° Euthymic.
    Affect: ° Normal.
**Skin:**
    ° Showed no ecchymosis.  ° Temperature was normal.  ° No skin lesions.

**Lab Result** Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1611 EDT

| Tissue Transglutaminase Ab IgA+IgG Panel | Site/Specimen | 06 Oct 2016 1307 |
|---|---|---|
| Tissue Transglutaminase Ab IgA | SERUM | <2 <i> |
| Tissue Transglutaminase Ab IgG | SERUM | <2 <i> |

**Lab Result** Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1610 EDT

| IgA | Site/Specimen | 06 Oct 2016 1307 |
|---|---|---|
| IgA | SERUM | 256 |

**Lab Result** Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1610 EDT

**Helicobacter pylori Ag EIA**

| | |
|---|---|
| Order # | 160511-04658 (NNMC Bethesda) |
| Filler # | 160606 NBL 374 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | SHAH, NISHA AMISH |
| Priority: | ROUTINE |
| Date Ordered: | 11 May 2016 0843 |
| Date Resulted: | 10 Jun 2016 0857 |
| COLLECT_SAMPLE: | STOOL |
| Order Comment: | to be done two weeks after stopping protonix |
| | |
| BACTERIOLOGY RESULT: | OBSERVATION: Negative |
| | |
| Specimen: | Feces |
| Collected: | 06 Jun 2016 1312 |
| | |
| Results: | |
| | Final report |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ▓▓ 1985  SSN: ***-**-▓▓        DoD ID: 1286180538        Created: 13 Nov 2017

---

**Lab Result** Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1610 EDT
**ESR**                                Site/Specimen        11 Apr 2016 1043
ESR                                    BLOOD                5

**Lab Result** Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1300 EDT
**Helicobacter pylori Ag EIA**
                     Order #                      160511-04658 (NNMC Bethesda)
                     Filler #                     160606 NBL 374 (NNMC Bethesda)
                     Status:                      Final
                     Ordering Provider:           SHAH, NISHA AMISH
                     Priority:                    ROUTINE
                     Date Ordered:                11 May 2016 0843
                     Date Resulted:               10 Jun 2016 0857
                     COLLECT_SAMPLE:              STOOL
                     Order Comment:               to be done two weeks after stopping protonix

                     BACTERIOLOGY RESULT:         OBSERVATION: Negative

                     Specimen:                    Feces
                     Collected:                   06 Jun 2016 1312

                     Results:
                                                  Final report

**A/P** Last Updated by BRIDGES,EDWARD E @ 19 Sep 2017 1646 EDT
**1. Irritable bowel syndrome with diarrhea**: 32WM with IBS-D predominant symptoms complicated fecal urgency/soiling, with some element of FODMAP associated osmotic diarrhea.  Comprehensive evaluation has otherwise been unremarkable.
- Will refer for ARM, possibly followed by biofeedback given reported history of urgency with every bowel movements and occassional fecal soiling (twice)
- Continue dietary modification as noted, including low fodmap and low fructose
- Will trial OTC citrucel to increase stool bulk
- Would suggest Nortryptiline or cymbalta for psychiatry to prescribe to attenuate his IBS related cramping

**Disposition** Last updated by BHUSHAN,ANITA @ 22 Sep 2017 1218 EDT
**Released w/o Limitations**
**Follow up:**  with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by BHUSHAN,ANITA @ 22 Sep 2017 1218 EDT
I saw and evaluated the patient, and agree with the above findings and plan.
Discussed the plan with patient at length. All questions answered. Pt v/u and agrees.

---

**Signed By  BHUSHAN, ANITA** (Physician) @ 22 Sep 2017 1218

---

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by BHUSHAN,ANITA @ 22 Sep 2017 1218 EDT:*
The Disposition section was last updated by BHUSHAN,ANITA @ 22 Sep 2017 1218 EDT - see above.Previous Version of Disposition section was entered/updated by BRIDGES,EDWARD E @ 19 Sep 2017 1647 EDT.
**Released w/o Limitations**
**Follow up:**  with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
40 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *19 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:      BETH-29675580     Primary Dx:      Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**     Date: **19 Sep 2017 1154 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCH DAY HOSP BE**     Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 19 Sep 2017 1420 EDT

| Problems | Allergies |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 256**
AR 1722

## Medical Record

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 19 Sep 2017 1154 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 19 Sep 2017 1230 EDT
**Reason for Visit**
　　Visit for: Transcranial magnetic stimulation for Anxiety (12:00-12:40).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 6 was the # 4 session at 120% MT.
**Objective**
Next session scheduled.

**S/O Note** Written by BRAGGS,DEBORAH C @ 19 Sep 2017 1232 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
　　Procedure: MT 120%. TMS Treatment for anxiety session 6 and #4 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.05 minutes.  A procedural time out was done during which settings and patient was re-identified.
　　PROGRESS IN MEETING GOALS:
　　This is session # 6 and # 4 with MT level at therapeutic treatment level for entire session.
　　Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ██████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

**A/P** Last Updated by BAHROO,BHAGWAN A @ 19 Sep 2017 1233 EDT
**1. Generalized anxiety disorder**
    Procedure(s):    -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                    PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 19 Sep 2017 1420 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 19 Sep 2017 1420

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten*** *by LANDE,RAYMOND G. @ 19 Sep 2017 1420 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 19 Sep 2017 1420 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 19 Sep 2017 1233 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *19 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29675591    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**      Date: **19 Sep 2017 1154 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**      Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 20 Sep 2017 1038 EDT

**Problems**                                              **Allergies**
•Generalized anxiety disorder F41.1                        •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
     OCCUPATIONAL, SERVICE
     MEMBER PERIODIC HEALTH
     ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
     CONTINUOUS DRINKING
     BEHAVIOR
•MAJOR DEPRESSION RECURRENT
     MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
     ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
     BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
     DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ██ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 19 Sep 2017 1154 EDT
CRP

**S/O Note** Written by VANFOSSEN,MALLORY B @ 19 Sep 2017 1448 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A AFTERNOON CHECK IN:
Pt checked in to afternoon programming at 1155.
Pt denies SI/HI.
Pt reports the following appts this afternoon: none.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 19 Sep 2017 1449 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A AFTERNOON CHECK OUT:
Pt checked out from afternoon program at 1430.
Pt denies SI/HI.
Pt reports following appts on tomorrow, 20 September: none.
Pt will return to program tomorrow at regularly scheduled time.

**S/O Note** Written by DONKIN,LAURA G @ 19 Sep 2017 1518 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Intensive Anger Management Group 1230-1330. 19 September, 2017. Facilitators: Laura Donkin, LCSW-C and Ms. Gardiner.
    Purpose: The purpose of this group is to help people understand the effect that
anger has on their lives. Members will be taught techniques to reduce their anger and learn alternate ways of expressing their thoughts and feelings in a safe and supportive environment.  This will be achieved by encouraging them to learn ways to identify the triggers and precipitants that lead to anger and frustration.
    Topic:  "What's Your Style?"  Members explored where they learned their styles of anger, the consequences, the personal physical effects, and how others are affected by this style of anger. We also explored various styles of expressing anger.  Most members participated in the exercise.  This SM  actively contributed to group discussion.  The next group will be held on Tuesday, 26 August @ 1230.  No indications of suicidal/homicidal ideation, plan or intent.
    .

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538        Created: 13 Nov 2017

**S/O Note** Written by GHOLSON,GEORICA K @ 19 Sep 2017 1540 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: (1330-1420) Comprehensive Recovery Program- Emotional Regulation-
Crisis Management-
    Facilitators:  Penny Miller, recreation therapist and Georica Gholson, PhD, psychologist. PURPOSE: The purpose of this group
is for patients to discuss a crisis or situation they have experienced and have an opportunity to discuss their experience in a safe
supportive environment. This group
    focuses on strategies patients can implement in their lives to develop, utilize and maintain social supports.  ACTIVITY: Today's
group focused on "Who Can You Tell Your Narrative to?" to provide increased awareness about one's social supports and using
their supports before, during and after a crisis. The group discussed individuals they felt comfortable talking with and people they do
not feel comfortable discussing their issues with. Various perspectives were explored in addition to strengths and challenges for
each patient. Each group member was provided with a worksheet to develop a plan to assess who is in their support network.
PARTICIPATION: Patient actively participated in the discussion. No evidence of suicidal ideation, homicidal ideation, plan or intent
noted. Next session is scheduled for
    Tuesday 8/29/17.

**S/O Note** Written by MILLER,PENNY E @ 20 Sep 2017 0942 EDT
**Reason for Visit**
    Visit for: (1330-1420) Comprehensive Recovery Program- Emotional Regulation- Crisis Management- Facilitators:  this writer
Penny Miller, recreation therapist and  Georica Gholson, psychologist.
    PURPOSE: The purpose of this group is for patients to discuss a crisis or situation they have experienced and have an
opportunity to discuss their experience in a safe supportive environment. This group focuses on strategies patients can implement in
their lives to develop, utilize and maintain social supports.
    ACTIVITY: Today's group focused on
"Who Can You Tell Your Narrative to?" to provide increased awareness about one's social supports and using their supports
before, during and after a crisis. The group discussed individuals they felt comfortable talking with and people they do not feel
comfortable discussing their issues with. Various perspectives were explored in addition to strengths and challenges for each
patient. Each group member was provided with a worksheet to develop a plan to assess who is in their support network.
    PARTICIPATION: Patient was  alert, attentive and willingly contributed to the group discussion.  No evidence of suicidal
ideation, homicidal ideation, plan or intent noted. Next session is scheduled for Tuesday 8/29/17.

**S/O Note** Written by POURZAND,MIRIAM @ 20 Sep 2017 1039 EDT
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in the TSWF BH Spec AIM form>>

SUBJECTIVE /NOTE

 1200-1220-met with sm for follow up. Sm requesting tms treatment for depression. Sm currently undergoing tms treatment for
anxiety reports no results. Reviewed BHDP scores-self report with sm and asked sm his current sxs.reporting fleeting suicidal
thoughts (denies at time of assessment)  reports no plan.

FOLLOW UP PLANS

discussed with treatment team sm to follow up with tms treatment team. Scheduled discharge from program on 9/21/17

.....

.
**Physical findings**
**General Appearance:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

° Alert. ° Well developed. ° Well nourished. ° In no acute distress.

**Neurological:**
° No disorientation was observed - oriented to place, person, time, and situation. ° No hallucinations. ° Memory was unimpaired - recent and remote memories are intact. ° Judgement was not impaired.

Speech: ° Normal - Regular rate, rhythm, tone, volume; non-pressured.

**Psychiatric:**
Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
Attitude: ° Cooperative.
Mood: ° Euthymic.
Affect: ° Normal . Full range. stabile, appropriate to situation, normal intensity, congruent with mood.
Thought Processes: ° Not impaired - they were linear, logical, and goal directed. ° Attention demonstrated no abnormalities.
Thought Content: ° Insight was intact. ° No delusions. ° No suicidal ideation. ° No suicidal plans. ° No suicidal intent. ° No homicidal ideations. ° No homicidal plans. ° No homicidal intent.

**A/P** Last updated by GHOLSON,GEORICA K @ 19 Sep 2017 1540 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Psychiatric Therapy Group Interview x 1

**Disposition** Written by POURZAND,MIRIAM @ 20 Sep 2017 1249 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By **POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 20 Sep 2017 1249

CHANGE HISTORY
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 19 Sep 2017 1540 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 19 Sep 2017 1540 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 19 Sep 2017 1519 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 19 Sep 2017 1519 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 19 Sep 2017 1519 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J

**Medical Record**

Anderson, Daniel Dennis        DOB: ███  1985  SSN: ***-**-███      DoD ID: 1286180538        Created: 13 Nov 2017

@ 19 Sep 2017 1245 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*19 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-29679274    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL DENNIS**    Date: **19 Sep 2017 1100 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **ATS ADULT BE**    Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 19 Sep 2017 1411 EDT
**History of present illness**
        The Patient is a 32 year old male.
Focus Of Session: Scheduling
S) SM reported that he continues to have IBS issues. SM and this writer discussed upcoming schedule and SM went over scheduled VA appointments. SM agreed to begin ATS IOP process groups on 4 October and full IOP on 13 October. SM stated he was doing well and had no concerns to discuss. SM denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts and behavior were appropriate. New appointment summary sheet reviewed and signed.
A) SM was cooperative and friendly. SM appears to have significant mental health issues that are being addressed through PCS and BH. SM would benefit from engaging in community recovery.
Alcohol Use D/O, Severe
P) SM will follow up with social worker next week. SM will work on treatment planning goals as homework. SM will begin ATS groups on 4 October.
.

**A/P** Written by HANGEMANOLE,DESPINA C @ 19 Sep 2017 1409 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by HANGEMANOLE,DESPINA C @ 19 Sep 2017 1410 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 19 Sep 2017 1412

**Medical Record**

### *19 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29668633    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL DENNIS**       Date: **19 Sep 2017 0805 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**       Clinic: **PSYCH DAY HOSP BE**       Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 20 Sep 2017 1034 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 19 Sep 2017 0805 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 19 Sep 2017 0952 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
    INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by FRIEDLANDER,JOSHUA N. @ 19 Sep 2017 1056 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Group Therapy Distress Tolerance Skills 1000-1050:  Instructed group in how to identify moments of distress, how to build up motivation to improve their coping skills in those moments, and how to develop coping skills to better tolerate those moments.  Handouts provided.  Pt participated actively.  No evidence of SI/HI.  '.

**S/O Note** Written by HARDY,MARGARET L @ 19 Sep 2017 1059 EDT
**History of present illness**
    The Patient is a 32 year old male.

Creative Writing group (0900 - 1000) Facilitated by Margaret Hardy, LCSW-C, and Seema Reza, Creative Writer. This group is co-led by two providers to address the high acuity of the group members and to have a staff member available should a group member become triggered in the group.  This also allows for the other staff member to monitor behaviors and participation attentively.
    PURPOSE: Introduce patients to writing as a means for self- expression, stress relief, and to increase engagement with treatment. The relationship between writing and healing is evidence-based.  Research supports that writing combines the objective (what happened) with the subjective (how you felt about it).  Writing helps Patients gain insight and process trauma, life events, and gain understanding of their feelings and behavior. Further, research supports that writing for 20 minutes on a consistent basis results in positive effects on white blood cell counts, reduces sick visits, and reduces blood pressures.
    TOPIC:  In today's group of 10 patients, MS Reza explained the purpose and benefit of writing including biological and emotional to include learning to use words rather than actions as well as areas for further exploration in mental health therapy.  Then MS Reza

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ▓▓▓ 1985  SSN: ***-**-▓▓▓▓        DoD ID: 1286180538        Created: 13 Nov 2017

read Wild Geese, by Mary Oliver followed by group discussed of which lines stood out for them followed by reading of 'Permission Granted', by David Allen Sullivan. Writing prompt was to write from the first few words of each stanza.
    PARTICPATION:   Patient participated fully in group.   Provider observed no evidence of SI/HI.
FOLLOW-UP:  Next Creative Writing Group is scheduled for Thursday, 21 SEP 2017 at 0900 hours.  Next IOP group is Distress Tolerance at1000 hours today.

.

**S/O Note** Written by DONKIN,LAURA G @ 19 Sep 2017 1207 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Individual Note.  SW met with SM for individual 1:1 session from 0805-0850.  SM presented in positive mood and stated that he had slept well the previous night.  We discussed pending discharge on Thursday and SM said that he has outpatient behavioral health appointments scheduled but needs to schedule ATS appointments.  SM expressed anxiety about managing multiple appointments and work schedule and seemed especially concerned about all the driving this would entail.  We then discussed his current relationships with 2 different women and what he hopes to gain from these relationships.  We explored his schizoid traits and his emotional needs.  On the one hand he enjoys spending time with women, but then wants no expectations and greatly values his alone time.  We also explored what triggered the escalation in his anxiety level, which he now connects with his deployment on a ship for basically 3 years off the coast of Japan.  SM had very little privacy or shore leave.  SM feels that the military component of his work is especially difficulty given his personality traits.  We will meet again on Thursday for discharge. No SI/HI plan or intent present.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 19 Sep 2017 1445 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A MORNING CHECK IN:
Pt checked in to morning programming at 0800.
Pt denies SI/HI.
Pt reports following appts this morning: none.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 19 Sep 2017 1445 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A MORNING CHECK OUT:
Pt checked out from morning programming at 1050.
Pt denies SI/HI.
Pt will return after lunch.

**A/P** Last updated by POURZAND,MIRIAM @ 20 Sep 2017 1034 EDT
**1. Major depressive disorder, recurrent, moderate**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 13 Nov 2017

Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                               -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Written by POURZAND,MIRIAM @ 20 Sep 2017 1035 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 20 Sep 2017 1035

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 20 Sep 2017 1034 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 20 Sep 2017 1034 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 19 Sep 2017 1216 EDT.
**1. Major depressive disorder, recurrent, moderate**
          Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                                        -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 19 Sep 2017 1216 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 19 Sep 2017 1216 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 19 Sep 2017 0954 EDT.
**1. Major depressive disorder, recurrent, moderate**
          Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

*18 Sep 2017 at WRNMMC, ATS Adult BE by LESKO, STACEY B*

| | | |
|---|---|---|
| Encounter ID: | BETH-29670106 | Primary Dx: | Encounter for observation for other suspected diseases and conditions ruled out |

Patient: **ANDERSON, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **18 Sep 2017 1300 EDT**
Clinic: **ATS ADULT BE**

Appt Type: **GRP**
Provider: **LESKO,STACEY BETH**

AutoCites Refreshed by LESKO,STACEY B @ 19 Sep 2017 0854 EDT

**Allergies**
•No Known Allergies

**Reason for Appointment:**
PCS understanding sub abuse
**Appointment Comments:**
ctc

**S/O Note** Written by LESKO,STACEY BETH @ 19 Sep 2017 0854 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TOPIC:  Understanding Substance Abuse (1230 - 1320)
    S: The group discussed what constitutes low risk drinking vs. high risk drinking (0-1-2-3 rule), standard drink sizes, and national data on adult drinking behaviors.  Further discussion had on the risk of mixing medications with alcohol.  Group members commented and asked questions on material presented.
    O: Appearance: Neat and Clean
    Behavior: Appropriate
    Speech: WNL
    Thoughts: Logical
    Mood: Euthymic
    Affect:  Congruent
    Insight: Fair
    Judgment: Fair
    SI/HI: Convincingly Denies
    A:  SM engaged in discussion both providing and receiving feedback appropriately.
    P: SM will continue with PCS IOP as scheduled.

**A/P** Written by LESKO,STACEY B @ 19 Sep 2017 0854 EDT
**1. Encounter for observation for other suspected diseases and conditions ruled out** Z03.89
        Procedure(s):        -(90853) Psychiatric Therapy Group Interactive x 1

**Disposition** Written by LESKO,STACEY B @ 19 Sep 2017 0855 EDT
**Released w/o Limitations**
**Follow up:**  in the ATS ADULT BE clinic.

Signed By  LESKO, STACEY B (Medical Social Worker, 301-319-7824) @ 19 Sep 2017 0855

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ■ 1985  SSN: ***-**-■     DoD ID: 1286180538     Created: 13 Nov 2017

---

### *18 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29659365     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**          Date: **18 Sep 2017 1155 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCH DAY HOSP BE**          Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 18 Sep 2017 1416 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
     OCCUPATIONAL, SERVICE
     MEMBER PERIODIC HEALTH
     ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
     CONTINUOUS DRINKING
     BEHAVIOR
•MAJOR DEPRESSION RECURRENT
     MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
     ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
     BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
     DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 18 Sep 2017 1155 EDT
TRP

**S/O Note** Written by GHOLSON,GEORICA K @ 18 Sep 2017 1341 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: UNDERSTANDING SUBSTANCE USE:  MONDAY @ 1230-1320. Co-Facilitators: Georica Gholson, PhD  and Stacy Lesko, Additions Counselor
    PURPOSE: The purpose of this group is to help patients gain an understanding about substance use. Additionally, the group educates patients about medication interactions with and physiological impact of illicit substance use.
    TODAY'S INTERVENTION: Group discussion centered on understanding alcohol use. Patients took a substance use quiz and discussed the legal limits, physiological impact, heredity, interaction effects with different medications, and impact of intoxication of alcohol use.
    PARTICIPATION: SM was attentive and actively participated in group. No evidence of SI/HI. Next group session is 2 October 2017.

**S/O Note** Written by POURZAND,MIRIAM @ 18 Sep 2017 1416 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Symptom Management Group: Facilitated by Dr. Pourzand, psychiatric nurse practitioner 1330-1355
    Purpose: Learn to ameliorate and mange symptoms and live a functional and productive life.
    Goals/ Objectives: learn resources to manage symptoms, identify personal symptoms, and identify how to manage symptoms.
    Activity: Symptom management jeopardy -team exercise
    Participation: SM achieved goals/ objectives by participating in activity
    Assessment: No indication of distress. No indication of SI/HI
    Plan: Next group scheduled for Monday  September 25, 2017.

**S/O Note** Written by DONKIN,LAURA G @ 18 Sep 2017 1446 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
        Reason for Visit
    Check in for Afternoon Programming 1230-1430

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538       Created: 13 Nov 2017

5 min Check in at:1155
Program Track:
( x ) Comprehensive Recovery Program (CRP)
( ) Interpersonal Recovery Program (IRP)
( ) Trauma Recovery Program (TRP)
   ( ) Leisure Skills Training (LST)
0 Pain level (0-10)
Psychiatric Exam:
   Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.


**S/O Note** Written by DONKIN,LAURA G @ 18 Sep 2017 1449 EDT
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information: Reason for Visit
      Check out for Afternoon Programming  1230-1430
      5 min Check out at:1400
      Plan for Next Day of Programming
      ( x )  Attend IOP Program tomorrow morning
      ( )  Other
      Disposition: ( x )  Released without limitations.
      0 Pain level (0-10)
      Psychiatric Exam:
      Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.


**A/P** Last updated by DONKIN,LAURA G @ 18 Sep 2017 1450 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


      Procedure(s):      -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): GHOLSON,GEORICA K;
                    DONKIN,LAURA G
                    -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2

**Disposition** Written by POURZAND,MIRIAM @ 19 Sep 2017 1057 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 19 Sep 2017 1057

CHANGE HISTORY
*The following S/O Note Was Deleted by LOWENSTEIN,HELEN @ 18 Sep 2017 1448 EDT:*
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 1330-1420 Therapy Interfering Behaviors Group.  Led by Helen Lowenstein LCSW.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████   DoD ID: 1286180538      Created: 13 Nov 2017

PURPOSE: Provide Education on Therapy Interfering Behaviors for TRP patients. To understand how certain behaviors can cause interference with progress.
TOPIC:  Therapy Interfering Behaviors.  Hand out had 5 blocks to fill out How did the problem develop, Triggers for the recent episode, the problem, things that kept problem going, and positive things that I've got going for me.   This was tied into having patients share what their interfering behaviors have been and what if any are they having now.
PARTICIPATION:  SM was an active participant at times throughout the group. SM shared his anger can get in the way of seeking help and the stigma.  No evidence of S/I or H/I.  Next group to meet 10/02//17 at 1330.
.

*__The following A/P Note Was Overwritten by DONKIN,LAURA G @ 18 Sep 2017 1447 EDT:__*
The A/P section was last updated by DONKIN,LAURA G @ 18 Sep 2017 1447 EDT - see above.Previous Version of A/P section was entered/updated by LOWENSTEIN,HELEN @ 18 Sep 2017 1435 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):            -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): GHOLSON,GEORICA K; LOWENSTEIN,HELEN T
*__The following A/P Note Was Overwritten by LOWENSTEIN,HELEN @ 18 Sep 2017 1435 EDT:__*
The A/P section was last updated by LOWENSTEIN,HELEN @ 18 Sep 2017 1435 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 18 Sep 2017 1416 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):            -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): GHOLSON,GEORICA K
*__The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 18 Sep 2017 1416 EDT:__*
The A/P section was last updated by POURZAND,MIRIAM @ 18 Sep 2017 1416 EDT - see above.Previous Version of A/P section was entered/updated by GHOLSON,GEORICA K @ 18 Sep 2017 1341 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):            -Psychiatric Therapy Group Interview x 1
*__The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 18 Sep 2017 1341 EDT:__*
The A/P section was last updated by GHOLSON,GEORICA K @ 18 Sep 2017 1341 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 18 Sep 2017 1220 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

### *18 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29653480    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**       Date: **18 Sep 2017 0858 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**       Clinic: **PSYCH DAY HOSP BE**       Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 18 Sep 2017 1306 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 275**
AR 1741

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 18 Sep 2017 0858 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 18 Sep 2017 1210 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:00-12:40).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 5 was the # 3 session at 120% MT.
**Objective**
Next session scheduled.

**S/O Note** Written by BRAGGS,DEBORAH C @ 18 Sep 2017 1234 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session #5 and #3 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total stimulation time of 29.05 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 5 and # 3 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 276**
AR 1742

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

**A/P** Last Updated by BAHROO,BHAGWAN A @ 18 Sep 2017 1213 EDT
**1. Generalized anxiety disorder**
    Procedure(s):    -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                          PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 18 Sep 2017 1306 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 18 Sep 2017 1306

---

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten** by LANDE,RAYMOND G. @ 18 Sep 2017 1306 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 18 Sep 2017 1306 EDT - see above.Previous Version of Disposition section was entered/updated by BAHROO,BHAGWAN A @ 18 Sep 2017 1213 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

---

*18 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:      BETH-29651041      Primary Dx:      Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**      Date: **18 Sep 2017 0752 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**      Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 19 Sep 2017 1054 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| RAMELTEON, 8 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY NIGHT FOR SLEEP #0 RF2 | 2 of 2 | 18 Sep 2017 |
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

**Medical Record**

Anderson, Daniel Dennis      DOB: ████ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 18 Sep 2017 0752 EDT
IOP

**S/O Note** Written by HARDY,MARGARET L @ 18 Sep 2017 0936 EDT
**History of present illness**
     The Patient is a 32 year old male.

Seeking Safety:   (Safety)  0800-0850
Facilitators:  This group was co-led by Margaret Hardy, LCSW-C and Penny Miller, CTRS, LCSW-C
   This writer co-facilitated Seeking Safety Group in order to provide clinical support, contribute to discussion by offering therapeutic feedback, and provide additional resources in order to assist service members manage stressors and prevent crisis situations.
   CHECK-IN -  mood today was indifferent.  Patient's stated the following about this weekend: good coping was, pretended to like myself and cooking for others; no unsafe behavior; commitment was met - cooked for others.  Community resource update was to talk with his Social Worker about Command expectation of work while in the IOP Program.  Patient's takeaway was - I need to work on boundaries, saying no and no sharing too much information with everybody.
   PARTICIPATION: Patient participated fully.   There was no indication of SI/HI.
   FOLLOW-UP:  Next Seeking Safety Group will be Monday, 25 SEPT 2017.  The next group today is Common Concerns at 0900 hours.   Please see Penny Miller's note of today for additional information.

.
**Therapy**
Intervention This Appointment - Group Therapy  - Provider normalized ongoing suicidal ideation which began in childhood with recognition that patient knows what to do when things worsen for him, and has sought help.

**S/O Note** Written by DONKIN,LAURA G @ 18 Sep 2017 0949 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
     INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by MILLER,PENNY E @ 18 Sep 2017 0953 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

**Reason for Visit**

Visit for: (0800-0850): IOP Program- Seeking Safety Group: Facilitated by this writer Penny Miller, recreation therapist and Margaret Hardy, social worker.

Purpose: Seeking Safety is a psychoeducational group developed for individuals with co-occuring disorders PTSD and Substance Abuse Disorders  based on five central ideas (1) safety as the priority of this first-stage-treatment (2) integrated treatment of PTSD and substance abuse (3) a focus on ideals (4) four content areas:  cognitive, behavioral, interpersonal, and case management and (5) attention to the therapist processes.

Activity: " Safety", the topic introduced today is described as the first stage of healing form both PTSD and substance abuse, and the foremost guiding principle throughout this treatment. This session the group reviewed samples of unsafe coping verses safe coping, stages of morning, signs of recovery as well as a list of over 80 safe coping skills were provided. A discussion around the topic was facilitated, providing participants with an opportunity to share their personal experiences.

Participation: Pt was attentive and willingly contributed to the group process. Pt disclosed feelings of guilt and resentment regarding issues of neglect he'd experienced from his father, whom was his primary caretaker as a child. He is reading journals provided to him by his mother, and as a result is still coping with the emotional pain. He also disclosed that he feels that he does not have any boundaries and as a result never set boundaries in past relationships. He stated that he notices that when he does not set boundaries in relationships he ends up regretted not doing so. He was encouraged to meet with his individual therapist to further develop in that area.  Next Seeking Safety group is scheduled for Monday 25 September 2017 at 0800.  No evidence of SI/HI plan or intent noted.


**S/O Note** Written by GWIN,KRISTIN MICHELLE @ 18 Sep 2017 0959 EDT
**History of present illness**

The Patient is a 32 year old male.
He reported: Encounter Background Information:

IOP Common Concerns Group:  "Effective Communication" 0900-0950
Facilitator:  Kristin Gwin, LCSW-C and Delacie Gardiner

PURPOSE:  The purpose of this group is for group members to process role of their symptoms and the impact they may or may not have within the following areas:  Marriage and/or Relationship Problems, Parenting Difficulties, Family Function, Social Function.  These general areas bring up group discussions centering on the following areas: Fear and Worry, Depression, Family Roles, and Family Dynamics. Discussion also are had on how Family, Financial Difficulties, Avoidance, and Isolation can have an impact on the symptoms that the group members may be experiencing and how that can be communicated to those they are close to. Skills that are reviewed include Effective Communication, Communication Styles, Identifying Family Roles, Coping Skills, and Setting Appropriate Boundaries.

TOPIC: Today, the group topic was the Communication Traps".  Group members reviewed 10 of the most common communication traps to include Generalizing, Preaching, Mindreading, Dwelling on the Past, Stomping Out, and Labeling.  Group members discussed how they and other around them fall into this trap, and how to negotiate communication in a more effective way by being aware of the traps they most commonly fall into.

PARTICPATION:  Sm had no evidence of homicidal/suicidal ideation. SM was quiet in group however appeared to be actively listening to the group content. Next group is scheduled for 09/25/17.


**S/O Note** Written by DONKIN,LAURA G @ 18 Sep 2017 1443 EDT
**History of present illness**

The Patient is a 32 year old male.
He reported: Encounter Background Information:
Reason for Visit
Check in for Intensive Outpatient Program (IOP) 0800-1100
 5 min Check-In  at :0745


0 Pain level (0-10)
Psychiatric Exam:
Thought Content: ?  Homicidal Ideations (  ) Yes ( x )  No  Suicidal Ideation (  ) Yes  ( x ) No
.


**S/O Note** Written by DONKIN,LAURA G @ 18 Sep 2017 1444 EDT
**History of present illness**

The Patient is a 32 year old male.
He reported: Encounter Background Information: Reason for Visit
Check out for Intensive Outpatient Program (IOP) 0800-1100
 5 min Check-Out  at :1055

**Medical Record**

Anderson, Daniel Dennis       DOB: ████ 1985  SSN: ***-**-████       DoD ID: 1286180538       Created: 13 Nov 2017

Immediate Future Plans:
(x ) Comprehensive Recovery Program (CRP)  1230-1430
( ) Interpersonal Recovery Program (IRP)  1230-1430
( ) Trauma Recovery Program (TRP)  1230-1430
( ) Attend IOP Program tomorrow morning
( ) Other  -
Disposition: ( x )  Released without limitations.
0 Pain level (0-10)
Psychiatric Exam:
Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.

**A/P** Last updated by DONKIN,LAURA G @ 18 Sep 2017 1445 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):       -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                            -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2

**Disposition** Written by POURZAND,MIRIAM @ 19 Sep 2017 1055 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 19 Sep 2017 1055

CHANGE HISTORY
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 18 Sep 2017 1445 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 18 Sep 2017 1445 EDT - see above.Previous Version of A/P section was entered/updated by GWIN,KRISTIN M @ 18 Sep 2017 0959 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

## Medical Record

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

***The following A/P Note Was Overwritten** by GWIN,KRISTIN M @ 18 Sep 2017 0959 EDT:*
The A/P section was last updated by GWIN,KRISTIN M @ 18 Sep 2017 0959 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 18 Sep 2017 0951 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.



Procedure(s):                    -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
***The following A/P Note Was Overwritten** by DONKIN,LAURA G @ 18 Sep 2017 0951 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 18 Sep 2017 0951 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 18 Sep 2017 0936 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

---

### *15 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:     BETH-29643565     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**            Date: **15 Sep 2017 1149 EDT**         Appt Type: **FTR**
Treatment Facility: **WALTER REED**         Clinic: **PSYCH DAY HOSP BE**         Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 15 Sep 2017 1346 EDT

| Problems | Allergies |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3<br>TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP/PF)), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 15 Sep 2017 1149 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 15 Sep 2017 1240 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:15-13:00).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded.  At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 4 was the # 2 session at 120% MT.
**Objective**
Next session scheduled
.



**S/O Note** Written by BRAGGS,DEBORAH C @ 15 Sep 2017 1251 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session #4 and #2 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total stimulation time of  29.04 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 4 and # 2 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for Monday. ZUNG anxiety=54, GAD 7=18.



**A/P** Last Updated by BAHROO,BHAGWAN A @ 15 Sep 2017 1244 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

**1. Generalized anxiety disorder**
Procedure(s):    -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 15 Sep 2017 1347 EDT
**Released w/o Limitations**
**Follow up:** as needed in 3 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 15 Sep 2017 1347

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten** by LANDE,RAYMOND G. @ 15 Sep 2017 1347 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 15 Sep 2017 1347 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 15 Sep 2017 1243 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 3 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ⬛⬛⬛ 1985  SSN: ***-**-⬛⬛ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *15 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29643553    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**    Date: **15 Sep 2017 1148 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 15 Sep 2017 1205 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 15 Sep 2017 1148 EDT
CRP

**S/O Note** Written by CLOPPER,TAMMY J @ 15 Sep 2017 1259 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Check IN PM - Intensive Outpatient Program (IOP) Team A

        Check- In Time:  1230
        Afternoon Track:  CRP
        Appointments Reported this afternoon:  1200 TMS
        Pain level Reported (0-10):  Denies
        Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.


**S/O Note** Written by CLOPPER,TAMMY J @ 15 Sep 2017 1407 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Check OUT PM - Intensive Outpatient Program (IOP) Team A

        CHECKOUT TIME:  1400
        Afternoon Track:  CRP
        Appointments Reported for Monday:  TMS 1200
        Pain level Reported (0-10):  Denies
        Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.


**S/O Note** Written by GRAGNANI,CYNTHIA THERESA @ 15 Sep 2017 1507 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Art Therapy (1230-1350) Staff present: Mallory Van Fossen, ATR-BC, LCPAT, Art Therapist, Dr. Gragnani, Psychologist. Pt attended CRP Art Therapy group. This session provided the patient with opportunity to practice creativity and utilize a new outlet for expression, while focusing on art making as a therapeutic practice. This SM was actively engaged in the activity, openly answered questions, and shared with the group. SM was also able to speak to the art making process and how this informed chosen imagery, as well as the insights that were gained. There was no indication of SI/HI.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**S/O Note** Written by VANFOSSEN,MALLORY B @ 15 Sep 2017 1546 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Art Therapy (1230-1400) Facilitated by Mallory Van Fossen ATR-BC, LCPAT, Art Therapist, Dr Gragnani, Clinical Psychologist. This session provided pts with the opportunity to visually process thoughts, emotions and therapeutic concepts, and to utilize art making as a means of grounding. Pts were encouraged to consider topics or lingering thoughts that they may have been introduced to in other groups, images that may have been triggered lately, or using the art to process or explore concepts that they may feel the need to further investigate. Pts were instructed to focus on the topics that may be difficult to express in words. Materials consisted of pastels, pencils, markers, crayons, chalks, acrylic paints, and various sculptural 3D materials. Pts were given 60 minutes to independently work. Discussion followed, in order to process any issues or content that may have been prompted by artmaking. Topics consisted of coping skills required to focus and allow self to express material visually, persevering through frustration and uncertainty, creating meaning from the process and materials in a way that words alone cannot, the purpose and inclination of self-judgment and criticism  related to art making and other activities. There was no indication of SI/HI. Next art therapy session will be held Monday 18 September, 2017.

**A/P** Last updated by GRAGNANI,CYNTHIA T @ 15 Sep 2017 1508 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


       Procedure(s):       -Psychiatric Therapy Group Interview x 1 ADDITIONAL PROVIDER(S): GRAGNANI,CYNTHIA THERESA

**Disposition** Written by POURZAND,MIRIAM @ 18 Sep 2017 0944 EDT
**Released w/o Limitations**
**Follow up:** 3 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitioner, BHS,  WRNMMC) @ 18 Sep 2017 0944

CHANGE HISTORY
*The following A/P Note Was Overwritten by GRAGNANI,CYNTHIA T @ 15 Sep 2017 1508 EDT:*
The A/P section was last updated by GRAGNANI,CYNTHIA T @ 15 Sep 2017 1508 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 15 Sep 2017 1207 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *15 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:      BETH-29637426      Primary Dx:      Generalized anxiety disorder

Patient: **ANDERSON, DANIEL DENNIS**      Date: **15 Sep 2017 0744 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**      Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 15 Sep 2017 1140 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 15 Sep 2017 0744 EDT
IOP

**S/O Note** Written by EARLEY,KERRIE GLYN @ 15 Sep 2017 1045 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Core Mindfulness Skills: 0800-0850- Facilitated by Kerrie Earley, LCSW
    Purpose: Patients will be provided with information regarding the practice of Mindfulness, including the rationale for incorporating this as a practice into daily life. Mindfulness functions as a foundation for being in "Wise Mind"-a state of mind where individuals are more able to engage in skillful behavior and regulate emotions more effectively. Living with awareness in the present moment (neither ruminating on in the past, nor worrying about the future), focusing on one thing at a time in a non-judgmental way and doing what works are some of the core concepts of Mindfulness practice.
    Today patients discussed concepts of selective attention, multitasking, and focus in the context of mindfulness. Group members watched two videos and discussed the role of mindfulness in day to day life and in using coping. One group member started speaking at length about a recent accident and his reactions. SW asked follow up questions and redirected him to the topic as he was using graphic and violent language, and patient became upset and declined to finish the story. He left the group and other group members presented as anxious and frustration. SW and patients discussed use of mindfulness to understand their emotions and reactions, their coping skills, and their options for moving forward. Group members provided feedback on the group and ideas for future session. This patient was actively engaged throughout the session. He discussed memories of his father having been brought up in the group and noted recent focus on mindful communication with others in his life.
    There was no indication of S/I or H/I present. Next Core Mindfulness Skills group is scheduled for 22 August, 2017.

**S/O Note** Written by GWIN,KRISTIN MICHELLE @ 15 Sep 2017 1100 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:

    IOP Guest Speaker Group 0900-1000:
    Facilitator: Brian Pampino, Kristin Gwin, LCSW-C , Tammy Buford, RN

    PURPOSE: The purpose of this group is to have guest speakers bring various topics that would be relevant to group members and their treatment/recover. Group topics range from finance experts, VA experts, Chaplin, and Med Board experts.
    TOPIC: Today, Mr. Pampino from Fleet and Family Services/Financial Department discussed the Eight Steps to Financial Fitness. He engaged the group to discuss budget planning, retirement planning, the cash flow formula, and spending. Group members engaged actively in discussing how to set themselves up for financial fitness and what needs to be considered to do so.
    PARTICPATION: . SM was actively involved in listening to the presentation of the guest speaker and taking notes, and well as asked clarifying questions to better understand the material. Sm had no evidence of homicidal/suicidal ideation. SM actively participated. Next group is scheduled for 09-22-17.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 291**
AR 1757

**Medical Record**

Anderson, Daniel Dennis          DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮          DoD ID: 1286180538          Created: 13 Nov 2017

---

**S/O Note** Written by DONKIN,LAURA G @ 15 Sep 2017 1244 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
       5 min Check-In  at :0740

    0 Pain level (0-10)
    Psychiatric Exam:
    Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.

**S/O Note** Written by DONKIN,LAURA G @ 15 Sep 2017 1245 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
       5 min Check-Out  at :1050

    Immediate Future Plans:
    ( x ) Comprehensive Recovery Program (CRP)  1230-1430
    ( ) Interpersonal Recovery Program (IRP)  1230-1430
    ( ) Trauma Recovery Program (TRP)  1230-1430
    ( ) Attend IOP Program tomorrow morning
    ( ) Other  -
    Disposition: ( x )  Released without limitations.
    0 Pain level (0-10)
    Psychiatric Exam:
    Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.

**S/O Note** Written by DONKIN,LAURA G @ 15 Sep 2017 1303 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Individual Note.  SW met with SM for individual 1:1 session from 1000-1050.
SM presented in positive mood and was talkative and smiling throughout session.  SM started off session weighing his options for
future jobs.  He admitted to having many options and considers this a positive.  He spent a considerable amount of time discussing
his issues with male/female relationships and comparing the 2 women he is currently seeing.  SM admits that he needs work on
verbal communication and how to be mindful of his word choices.  We also discussed what he is hoping to gain from relationships
and explored his needs in regards to relationships.  SM admitted to having a hard time with male relationships and usually gravitates
towards females.  SM considered that this may have to do with his experiences being bullied as an adolescent.  We discussed his
psychiatric diagnosis and the treatment team's decision not to change it.  He seemed to accept this without a problem  SM is still
contending with his IBS symptoms and shared his frustration.  He will work on word mindfulness this weekend.  We will meet on
Tuesday.  No SI/HI plan or intent present.

**S/O Note** Written by SMITH,JESSICA ANN @ 15 Sep 2017 1317 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:
This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the
morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**A/P** Last updated by SMITH,JESSICA ANN @ 15 Sep 2017 1318 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 13 Nov 2017

with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
                     -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
                     -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 18 Sep 2017 0932 EDT
**Released w/o Limitations**
**Follow up:** 3 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 18 Sep 2017 0933

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 15 Sep 2017 1318 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 15 Sep 2017 1318 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 15 Sep 2017 1311 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
                     -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 15 Sep 2017 1248 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 15 Sep 2017 1248 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 15 Sep 2017 1140 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

**Medical Record**

| Anderson, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

## *14 Sep 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-29632074     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **14 Sep 2017 1327 EDT**          Appt Type: **T-CON***
Treatment Facility: **WALTER REED**       Clinic: **PSYCHIATRY BE**              Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**                                                          Call Back Phone: ☐

**S/O Note** Written by PAUL,SHERIN @ 14 Sep 2017 1330 EDT
**Subjective**
Provider was contacted by Dr. Benton regarding collateral information of patient for assessment purposes. Provider presented observational data based on record review and recall of interactions with patient.

**A/P** Last Updated by PAUL,SHERIN @ 14 Sep 2017 1330 EDT
**1. Generalized anxiety disorder**

**Disposition** Last Updated by PAUL,SHERIN @ 14 Sep 2017 1330 EDT
**Follow up:** in the PSYCHIATRY BE clinic.

---

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 14 Sep 2017 1330

---

| Anderson, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 295**
AR 1761

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *14 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29630836     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **14 Sep 2017 1238 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCH DAY HOSP BE**          Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 14 Sep 2017 1337 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
     OCCUPATIONAL, SERVICE
     MEMBER PERIODIC HEALTH
     ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
     CONTINUOUS DRINKING
     BEHAVIOR
•MAJOR DEPRESSION RECURRENT
     MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
     ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
     BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
     DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 14 Sep 2017 1238 EDT
CRP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1253 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 1145  Check in to afternoon program.  SM denied SI/HI.  Will attend groups this afternoon.

**S/O Note** Written by DONKIN,LAURA G @ 14 Sep 2017 1406 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Life Skills Group
    1230-1330. Facilitator:  Laura Donkin, LCSW-C .  This CRP group addresses behaviors which promote a healthy and independent life style. Topics include: strategies for time management, building a support network, resilience, and relapse prevention.  Today's topic was, "11 Warning Signs of Depression and Relapse."  Group members shared their individual warning signs and explored how they should react.  This SM actively participated in group discussion.          No SI/HI plan or intent present.  The next group will be on 22 September.

**S/O Note** Written by GHOLSON,GEORICA K @ 14 Sep 2017 1442 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: COMMUNICATION SKILLS 1330-1420
    FACILITATORS: Dr. Georica Gholson, psychologist and Mrs. Delacie Gardiner, psychiatric technician
    Purpose: Purpose of communication skills group is to explore and discuss components of communication among co-workers, peers, family, and friends, and to use effective communication strategies to enhance and improve relationships.
    Intervention: Group members were given a handout that discussed 3 different responses to criticism - passive, aggressive, and assertive. Group members learned the differences between the types and discussed which ones they engage in when encountering criticism. Also, group members discussed how the expressed feedback to other people. Lastly, group members discussed how the messenger and delivery style of the message impacts how they receive feedback and criticism.
    Participation: SM participated in group discussion.
    Assessment:  No indication of distress. No indication of SI/HI
    Plan: Next group scheduled for Thursday 21 September 2017.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1541 EDT

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 297**
AR 1763

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: 1430  Check out of PCS for the day.  SM denied SI/HI.  1200 TMS tomorrow - - will report for groups in morning.


**A/P** Last updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1542 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):         -Psychiatric Therapy Individual Approximately 30 Minutes x 2
                      -Psychiatric Therapy Group Interview x 1

**Disposition** Written by POURZAND,MIRIAM @ 15 Sep 2017 0754 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 15 Sep 2017 0754

CHANGE HISTORY
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1542 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1542 EDT - see above.Previous Version of A/P section was entered/updated by GHOLSON,GEORICA K @ 14 Sep 2017 1442 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):         -Psychiatric Therapy Individual Approximately 30 Minutes x 1
                      -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 14 Sep 2017 1442 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 14 Sep 2017 1442 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 14 Sep 2017 1407 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 298**
AR 1764

**Medical Record**

Anderson, Daniel Dennis        DOB: ■■■■ 1985  SSN: ***-**-■■■■        DoD ID: 1286180538        Created: 13 Nov 2017

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

              Procedure(s):              -Psychiatric Therapy Individual Approximately 30 Minutes x 1
                                         -Psychiatric Therapy Group Interview x 1
***The following A/P Note Was Overwritten*** by DONKIN,LAURA G @ 14 Sep 2017 1407 EDT:
The A/P section was last updated by DONKIN,LAURA G @ 14 Sep 2017 1407 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 14 Sep 2017 1337 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

              Procedure(s):              -Psychiatric Therapy Individual Approximately 30 Minutes x 1
***The following A/P Note Was Overwritten*** by POURZAND,MIRIAM @ 14 Sep 2017 1337 EDT:
The A/P section was last updated by POURZAND,MIRIAM @ 14 Sep 2017 1337 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1254 EDT.
**1. Generalized anxiety disorder**
              Procedure(s):              -Psychiatric Therapy Individual Approximately 30 Minutes x 1

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

---

### *14 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29629914    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **14 Sep 2017 1141 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**           Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 14 Sep 2017 1319 EDT

| Problems | Allergies |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3<br>TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 14 Sep 2017 1141 EDT
TMS

**S/O Note** Written by BAHROO,BHAGWAN A @ 14 Sep 2017 1227 EDT
**Reason for Visit**
    Visit for: Transcranial magnetic stimulation for Anxiety (12:15-13:00).
**Subjective**
A procedural time out was done during which settings and patient was re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded.  At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 3 was the first session at 120% MT.

**S/O Note** Written by BRAGGS,DEBORAH C @ 14 Sep 2017 1236 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
    Procedure: MT 120%. TMS Treatment for anxiety session #3 and #1 at therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.45 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 3 and # 1 with MT level at therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 14 Sep 2017 1229 EDT
**1. Generalized anxiety disorder**
        Procedure(s):        -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis       DOB: ████ 1985  SSN: ***-**-████       DoD ID: 1286180538       Created: 13 Nov 2017

**Disposition** Last updated by LANDE,RAYMOND G. @ 14 Sep 2017 1319 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 14 Sep 2017 1319

---

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten*** *by LANDE,RAYMOND G. @ 14 Sep 2017 1319 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 14 Sep 2017 1319 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 14 Sep 2017 1229 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*14 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29623620     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **14 Sep 2017 0756 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**         Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 14 Sep 2017 0921 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| **Active Medications** | **Status** | **Sig** | **Refills Left** | **Last Filled** |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 14 Sep 2017 0756 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 14 Sep 2017 0801 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: 0800  Check in to PCS Team A.  SM denied SI/HI.  No appts scheduled today.

**S/O Note** Written by GHOLSON,GEORICA K @ 14 Sep 2017 1013 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: Interpersonal Effectiveness (0800-0850) Georica Gholson, PhD and Narce Pratt, LCSW-C
        Purpose:  Patients will examine their patterns of relating to others. Patients will begin to explore how to interrupt unhelpful patterns and foster healthy patterns of relating.  Patients will be challenged to find a balance between passivity (as well as passive-aggressive behavior) and aggression. Patients will rehearse ways to effectively ask for what they want, keep relationships they want or need to keep and maintain their self-respect. Developing and maintaining a level of healthy interpersonal boundaries will also be addressed.
        Today group began with introductions and recognition of one way they have helped or been helped by others this week. All patients participated.  Patients were introduced to the idea of identifying the goal of their interactions- getting what they want/need, keeping the relationship, or maintaining self-respect.  Group members considered ways of approaching difficult conversations and were introduced to the DEAR-MAN skills, emphasizing the importance of asking or asserting rather than hinting, and being aware of one's approach.  Group members discussed the idea of how or when this is used as manipulation. Group members discussed approaches to the skill and the idea that sometimes people are not will or able to give them what they want or need.  This patient was actively engaged in the discussion.
        There was no indication of S/I or H/I present. Next interpersonal effectiveness group is scheduled for 21 September 2017.

**S/O Note** Written by DONKIN,LAURA G @ 14 Sep 2017 1036 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
        INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**S/O Note** Written by HARDY,MARGARET L @ 14 Sep 2017 1057 EDT
**History of present illness**
    The Patient is a 32 year old male.

Creative Writing group (0900 - 1000) Facilitated by Margaret Hardy, LCSW-C, and Seema Reza, Creative Writer. This group is co-led by two providers to address the high acuity of the group members and to have a staff member available should a group member become triggered in the group.  This also allows for the other staff member to monitor behaviors and participation attentively.
PURPOSE: Introduce patients to writing as a means for self- expression, self-care, stress relief, and to increase engagement with treatment. The relationship between writing and healing is evidence-based.  Research supports that writing combines the objective (what happened) with the subjective (how you felt about it).  Writing helps Patients gain insight and process trauma, life events, and gain understanding of their feelings and behavior. Further, research supports that writing for 20 minutes on a consistent basis results in positive effects on white blood cell counts, reduces sick visits, and reduces blood pressures.
TOPIC: Ms Reza read - What Secrets We Keep (pg 10-11) by Shinji Moon from his book, The Anatomy of Being (2012). Group participates wrote for 7 minutes from prompt, For so many years I've held words beneath my tongue like ...  The second poem by the same author was Kintsugi (pg 13). Prompt:  We were never taught  ...   Final poem was Joy by Seema Reza from her book, When the World Breaks Open.
PARTICIPATION:  Patient participated fully.  Provider observed no evidence of SI/HI during group.
FOLLOW-UP:  Next Creative Writing Group is scheduled for Thursday, 21 SEP 2017 at 0900 hours. Next IOP group is Recreation Therapy at 1000 hours today.

**S/O Note** Written by PRATT,NARCEDALIA @ 14 Sep 2017 1114 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Interpersonal Effectiveness (0800-0850) Narcedalia Pratt, LCSW-C and Dr. Gholson, Ph.D.
    Purpose:  Patients will examine their patterns of relating to others. Patients will begin to explore how to interrupt unhelpful patterns and foster healthy patterns of relating.  Patients will be challenged to find a balance between passivity (as well as passive-aggressive behavior) and aggression. Patients will rehearse ways to effectively ask for what they want, keep relationships they want or need to keep and maintain their self respect. Developing and maintaining a level of healthy interpersonal boundaries will also be addressed.
    Topic: Today group focused on DEAR-MAN skill for getting what one wants/needs in a relationship. This writer served as co-facilitator of this group, checking on reactions of individual members, following up with members who showed distress or confusion, and checking for safety with members who leave the room.
    Participation: SM was actively engaged in the group discussion.
    There was no indication of S/I or H/I present. Next interpersonal effectiveness group is scheduled for 21 September 2017.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 14 Sep 2017 1233 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    (1000-1050) - Recreation Therapy- "This group was facilitated by Penny Miller, recreation therapist and Helen Lowenstein, social worker LCSW.
    Purpose: To provide an opportunity for healthy communication, problem-solving, encourage teamwork and compromise.
    TOPIC:  Ice breaker/group activity.  Hand out provided that asked patients to identify other group members to Find Someone Who.  There were 20 questions asked such as have you lived in another country, have you lived in the barricks and so forth. Patients were asked to talk with others they normally don't talk with.  This allowed patients to work together and experience team work, utilize communication skills, and movement.
    Participation:   PT was an active participant throughout the group.  No evidence of S/I or H/I.  Next session is scheduled for 9/21/17,1000.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1251 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 1100 Check out of morning program. SM denied Si/HI.  Will return for afternoon groups.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**S/O Note** Written by POURZAND,MIRIAM @ 15 Sep 2017 0748 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: Met with sm for BHDP treatment plan individual encounter placed.

**A/P** Last updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1253 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):       -Psychiatric Therapy Individual Approximately 30 Minutes x 2
                    -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Written by POURZAND,MIRIAM @ 15 Sep 2017 0749 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 15 Sep 2017 0749

CHANGE HISTORY
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1253 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1253 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 14 Sep 2017 1037 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):       -Psychiatric Therapy Individual Approximately 30 Minutes x 1 ADDITIONAL PROVIDER(S): DEUTSCH,ANNE MARIE
                    -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 14 Sep 2017 1037 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 14 Sep 2017 1037 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 14 Sep 2017 0921 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

| Anderson, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 306**
AR 1772

**Medical Record**

Anderson, Daniel Dennis      DOB: ████ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

   Procedure(s):     -Psychiatric Therapy Individual Approximately 30 Minutes x 1 ADDITIONAL PROVIDER(S): DEUTSCH,ANNE MARIE
***The following A/P Note Was Overwritten*** *by POURZAND,MIRIAM @ 14 Sep 2017 0921 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 14 Sep 2017 0921 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 14 Sep 2017 0802 EDT.
**1. Major depressive disorder, recurrent, moderate**
   Procedure(s):     -Psychiatric Therapy Individual Approximately 30 Minutes x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *13 Sep 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE*

Encounter ID:    BETH-29621315    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**            Date: **13 Sep 2017 1552 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCH DAY HOSP BE**        Provider: **DEUTSCH,ANNE MARIE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by DEUTSCH,ANNE MARIE @ 13 Sep 2017 1552 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
- not maternal uncle's history of referred here (Maternal Uncle)
- family medical history (General FHx)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant melanoma of the skin (General FHx)
- family history of father is alive (General FHx)
- family history of heart disease (General FHx)
- family history of cancer (General FHx)
- family history of mother is alive (General FHx)
- no family history of malignant neoplasm of large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- paternal history of preliminary background HPI [use for free text] (Father)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- no family history of chronic liver disease (General FHx)

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by DEUTSCH,ANNE MARIE @ 13 Sep 2017 1552 EDT
Treatment Plan Update Team A

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 13 Sep 2017 1552 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Daniel Anderson
    13 SEPT 2017
    Follow-Up Data Only
    Psychological testing -  Reviewed and  interpreted  psychological tests from BHDP.  These are only one source of data and should be interpreted in the context of the patient's entire presentation. The BHDP scales are reported and briefly interpreted as follows.
    Behavioral Health Vitals (patient reported):
    Overall health reported as: Good
    Pain Level (0-10): 0    Currently treated: N/A
    Suicidal Ideation Risk - C-SSRS score: 3    Past/Prep Behavior last 3 months: No
    # past attempts as of 09/06/2016: 3
    Most recent Suicidal Ideation: Within the past week
    Suicidal Ideation Duration: Fleeting - a few seconds or minutes
    Suicidal Ideation Frequency: Once a week
    Protective Elements Stopping Suicidal Actions:  Family, Fear of failing
    Harm Others Risk over next week as of 9/13/2017 - None    Active Plan: N/A
    Patient with access to weapons: No
    Recent Outcome Measures (last 30 days)
    BASIS24 - Score: 2.63 - High levels of general distress reported (9/13/2017)
    PHQ9 - Score: 21 - Severe depressive symptoms reported. Evaluation indicated. (9/13/2017)
    GAD7 - Score: 20 - Severe anxiety symptoms reported. Evaluation indicated. (9/13/2017)
    PCL-5 - Score: 61 - Significant PTSD symptoms reported (9/13/2017)
    PCL-C: N/A
    AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP referral (8/29/2017)

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▆▆ 1985 | SSN: ***-**-▆▆ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

CSI - Score: -2 - Pt reports no significant other - no score (9/13/2017)
ISI - Score: 25 - Clinical insomnia (severe) (9/13/2017)
BAM: Risk/Protection/Use (subscales) - Score: 14/16/0 - Moderate-High Protection (8/29/2017)
   TREATMENT PLAN  UPDATE    Treatment team met Wednesday 30 AUG to discuss treatment plan for this pt.  Present were Dr. Pourzand, Ms Smith, Ms. Donkin, and Dr. Deutsch.   Medication reconciliation completed per Dr. Pourzand  (see medication list).  SM has been referred to Recreation Therapy and has started TMS treatment for anxiety.  His d ischarge  date from PCS is 21 SEPT.

**S/O Note** Written by POURZAND,MIRIAM @ 14 Sep 2017 0949 EDT
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information: BHDP completed see add note section.

**Note** Written by POURZAND,MIRIAM @ 14 Sep 2017 0949 EDT
**Met with SM to complete BHDP from 0920-0950**

**NOTES FROM TODAY'S SESSION:**
Treatment modality currently used: Not Set
Response to treatment: [ ] None    [ x ] Some    [ ] Significant    [ ] Marked

**RISK ASSESSMENT:**
Clinician-determined risk level at start of appointment - No risk level set

**MEDICATIONS:**
Current side effects: none
Current response: doesn't feel any changes
Allergies were reviewed as indicated. Allergic to cats and dogs

**OBJECTIVE (O):**

**MENTAL STATUS EXAM:**
Appearance: well-kept
Behavior/Orientation: x4, appropriate
Abnormal Movements: trichotillomania-back of hair picking- 25% of waking hours
Rapport: appropriate
Speech: non pressured
Mood: grumpy per report, but presents pleasant
Affect: full ranging
Thought Process: clear, direct, oriented
Thought Content: non delusional
Judgment: good
Insight:good
Impulsivity: none impulse- hx of ETOH
Cognition: Average
Fund of Knowledge: well

**OTHER OBJECTIVE FINDINGS/LAB RESULTS:**

**ASSESSMENT (A):**

**DIAGNOSIS:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

anxiety d/o

**SAFETY RISK:**
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [ x ] Low   [ ] Intermediate   [ ] High
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

**LEARNING/NEEDS ASSESSMENT:**
Patient would like the following information at this appointment: none

**PLAN (P):**


Patient was educated about and stated understanding of the diagnosis and treatment options. Patient collaborated on and agreed to the following treatment plan:
High Interest Case? No

Setting: [x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs: [x ] CBC   [ x ] LFTs   [ x ] TSH   [ x ] Chem 8   [ ] Lipids
[x ] Fasting Glucose   [x ] HCG   [x ] UDS   [ x ] Vit B12   [ ] _____

Safety Plan:
Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1: anxiety
Goal: reduction
Objective: sxs reduction by 20% next BHDP screening
Intervention: TMS
Measure: GAD score 20 9/13/17 indicating severe anxiety
Progress: to be determined sm recently started TMS anxiety treatment on 9/13/17

Problem #2: depression
Goal: reduction
Objective: sxs reduction by 20% next BHDP screening
Intervention: medication increase Effexor 150 mg to 225 mg on 9/6/17
Measure:PHQ9 severe 21 depression score
Progress: sm reports increase severity due to circumstantial due to command stress


Therapy Type: CBT, DBT


Planned Frequency:
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [x ] good insight/judgment, [x  ] a desire to resolve their disorder, [x  ] verbal agreement to the treatment plan

Medication:
Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ██ 1985  SSN: ***-**-██        DoD ID: 1286180538        Created: 13 Nov 2017

alternatives of below medication plan with patient who stated understanding and agreement with plan.
Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects
from meds, patient told not to drive or operate vehicles, including heavy machinery.
Patient reports taking medications as prescribed:  Yes/No
Patient reports following changes in medication:

MED            SIG      Target Dose       Target Symptoms
Effexor XR 225 mg daily , for depression and anxiety treatment
Rozerem 8 mg qhs for sleep –sm has not started medication yet
Naltrexone 50 mg daily- prevent ETOH cravings

Other Interventions (Social, Occupational, Case Management): recreation therapy referral entered
9/13/17

Prognosis:
[ ] Excellent   [ ] Good   [ ] Fair   [ x ] Guarded   [ ] Poor

Follow-up: PSYCHIATRY/WRNMMC        KEMEZIS,PAT 26Sep2017@1000  GRP/90      PENDING

PSYCHIATRY BE/WRNMMC        PAUL,SHERIN 27Sep2017@1000  FTR/60
PSYCHIATRY BE/WRNMMC        TOBAR,EDEN  27Sep2017@1100  FTR/30
Sm scheduled to be discharged from PCS 9/21, will continue to present for TMS only

Referrals: recreation therapy, TMS

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile:
**SM in process of MEB**
Is Service Member able to carry and fire weapon, from a Behavioral Health perspective (safety)?  **No**
Is Service Member able to have access to sensitive information (to the level of current clearance?  **Yes**
Is Service Member able to deploy?  **No**
Can Service Member perform MOS duties?  **No**

**A/P** Last updated by POURZAND,MIRIAM @ 14 Sep 2017 0951 EDT
**1. Generalized anxiety disorder**
          Procedure(s):       -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1 ADDITIONAL
                              PROVIDER(S): POURZAND,MIRIAM
                              -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by DEUTSCH,ANNE MARIE @ 14 Sep 2017 1304 EDT
**Released w/o Limitations**
**Follow up:**  as needed .

---

**Signed By  DEUTSCH, ANNE MARIE** (Clinical Psychologist, WRAMC) @ 14 Sep 2017 1304

CHANGE HISTORY
***The following A/P Note Was Overwritten*** *by POURZAND,MIRIAM @ 14 Sep 2017 0951 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 14 Sep 2017 0951 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE
MARIE @ 13 Sep 2017 1553 EDT.
**1. Major depressive disorder, recurrent, moderate**
          Procedure(s):       -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Medical Record**

| Anderson, Daniel Dennis | DOB: ☐☐☐☐ 1985 | SSN: ***-**-☐☐☐☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*13 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29615608    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **13 Sep 2017 1159 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCH DAY HOSP BE**      Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 13 Sep 2017 1334 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ☐☐☐☐ 1985 | SSN: ***-**-☐☐☐☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 313**
AR 1779

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 13 Sep 2017 1159 EDT
LST

**S/O Note** Written by SMITH,JESSICA ANN @ 13 Sep 2017 1327 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
    Check in for Afternoon Programming 1230-1430
        5 min Check in at: 1230
        Program Track:
        ( x ) Comprehensive Recovery Program (CRP)
        (  ) Interpersonal Recovery Program (IRP)
        (  ) Trauma Recovery Program (TRP)
        0 Pain level (0-10) 0
    Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations (  ) Yes ( x )  No  Suicidal Ideation (  ) Yes  ( x ) No.

**S/O Note** Written by EARLEY,KERRIE GLYN @ 14 Sep 2017 0635 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Service Dog Training Group 1230-1405 -Facilitated by Kerrie Earley, LCSW; SPC Santiago, behavioral health tech Co-Led by Jen Blessing service dog trainer
    Purpose: This group's intent is to provide a therapeutic opportunity for active hands on involvement in process training dogs in the service dog training program. The group reviews the concept of mindfulness and provides an experiential opportunity to incorporate skills into daily life. In attempt to bridge the gap between information and application, this group provides a practical exercise to apply coping skills in action within a safe supportive environment.
    Group members review concepts of mindfulness practice and considered how those skills may be useful with service dog training as well as in other areas of their lives. Patients were asked to be mindfulness about their own moods, reactions, and behaviors in addition to the dogs. Patients were guided through training exercises, and were given time to pet the dogs and ask questions.  Participation: This patient was very motivated and engaged. He reported a strong connection with dogs and had working knowledge of training. He noted the possibility that it is something he wants to pursue further.
    Next opportunity for art, recreational, and off-unit activities will occur next Wednesday. Service Dog Training group is held twice monthly. No suicidal, homicidal, plan or intent present.

**S/O Note** Written by SMITH,JESSICA ANN @ 14 Sep 2017 0843 EDT
**History of present illness**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮▮    DoD ID: 1286180538        Created: 13 Nov 2017

The Patient is a 32 year old male.
He reported: Encounter Background Information: Reason for Visit
    Check out for Afternoon Programming  1230-1430
    5 min Check out at:1420
    Plan for Next Day of Programming
    ( x )  Attend IOP Program tomorrow morning
    (  )  Other
    Disposition: ( x )  Released without limitations.
    0 Pain level (0-10)  0
    Psychiatric Exam:
    Thought Content: ?  Homicidal ideations (  ) Yes ( x )  No  Suicidal Ideation (  ) Yes  (x
) No.

**A/P** Last updated by SMITH,JESSICA ANN @ 14 Sep 2017 0844 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

    Procedure(s):    -Psychiatric Therapy Group Interview x 1
                         -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 14 Sep 2017 1327 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 14 Sep 2017 1327

CHANGE HISTORY
*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 14 Sep 2017 0844 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 14 Sep 2017 0844 EDT - see above.Previous Version of A/P section was entered/updated by EARLEY,KERRIE G @ 14 Sep 2017 0636 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

Procedure(s):              -Psychiatric Therapy Group Interview x 1
***The following A/P Note Was Overwritten** by EARLEY,KERRIE G @ 14 Sep 2017 0636 EDT:*
The A/P section was last updated by EARLEY,KERRIE G @ 14 Sep 2017 0636 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 13 Sep 2017 1334 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*13 Sep 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:     BETH-29615449     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **13 Sep 2017 1100 EDT**
Clinic: **ATS ADULT BE**

Appt Type: **FTR**
Provider: **HANGEMANOLE,DESPINA C**

**Reason for Appointment:**
f/u
**Appointment Comments:**
jbf

**Note** Written by HANGEMANOLE,DESPINA C @ 13 Sep 2017 1227 EDT

Focus Of Session: Recent Cravings

S) SM reported that he has been having less frequent IBS episodes but reported that when they do happen they are more intense. SM stated that he has been doing the gratitude list as a family text and while sometimes it's difficult to find things to be grateful for it is forcing dialogue with his family. SM reported he's been less successful with his "to do list" goals, but agreed to step back from trying to accomplish one goal a day and try to accomplish 2-3 goals per week instead. SM stated he went to one meetings in the last 3 weeks and found it "ok". SM agreed to continue going to one meeting per week. SM reported he is not sure if PCS is helpful and is not learning many new skills but is finding some self discovery through group discussion. SM reported he has two weeks of groups left and then he will continue getting TMS through PCS for another 2 weeks. SM stated he's been having more cravings and shared that his BH provider may switch him from Naltrexone to Campral. SM stated he's been getting through the cravings by eating and sleeping. He stated his anxiety is also increasing and was able to identify some of the reasons this may be happening. SM reported he had a preliminary sleep study which resulted in a consult to the sleep clinic. SM reported he is hopeful that if his sleep improves his anxiety, cravings and concentration issues may also improve.  SM denied any alcohol use or thoughts about drinking. SM denied being in pain.

O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts and behavior were appropriate.

A) SM was cooperative and friendly. SM appears to have significant mental health issues that are being addressed through PCS and BH. SM would benefit from engaging in community recovery. Alcohol Use D/O, Severe

P) Case will be reviewed with treatment team. SM will follow up with social worker next week. SM will work on treatment planning goals as homework.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 13 Sep 2017 1153 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 13 Sep 2017 1159 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 13 Sep 2017 1228

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 317**
AR 1783

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

---

### *13 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29608213    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **13 Sep 2017 0752 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**          Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 13 Sep 2017 1345 EDT

| Problems | Allergies |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 13 Sep 2017 0752 EDT
TMS

**S/O Note** Written by BRAGGS,DEBORAH C @ 13 Sep 2017 1236 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed.
        Procedure: MT 120%. TMS Treatment for anxiety session #2 at none therapeutic level; administered using settings of 1500 pulses given at 1 pulses per second, with 26 second stimulation times, in 4 second intervals for a total of stimulation time of 29.50 minutes.  A procedural time out was done during which settings and patient were re-identified.
        PROGRESS IN MEETING GOALS:
        This is session # 2 with MT level at non-therapeutic treatment level for entire session.
        Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review.Next session scheduled for tomorrow.

**S/O Note** Written by BAHROO,BHAGWAN A @ 13 Sep 2017 1341 EDT
**Reason for Visit**
        Visit for: Transcranial magnetic stimulation for Anxiety (12:15-13:00).
**Subjective**
A procedural time out was done during which settings and patient were re-identified.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 2 started at 95% and ended with 120% MT.
**Objective**
Next session was scheduled.

**A/P** Last Updated by BAHROO,BHAGWAN A @ 13 Sep 2017 1344 EDT
**1. Generalized anxiety disorder**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

Procedure(s):         -Subsequent High Focal Magnetic Pulses For Cortical Neuron Stimulation x 2 ADDITIONAL
                       PROVIDER(S): BAHROO,BHAGWAN A; BRAGGS,DEBORAH C

**Disposition** Last updated by LANDE,RAYMOND G. @ 13 Sep 2017 1345 EDT
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 13 Sep 2017 1346

CHANGE HISTORY
***The following Disposition Note Was Overwritten*** *by LANDE,RAYMOND G. @ 13 Sep 2017 1345 EDT:*
The Disposition section was last updated by LANDE,RAYMOND G. @ 13 Sep 2017 1345 EDT - see above.Previous Version of Disposition section was entered/updated by
BAHROO,BHAGWAN A @ 13 Sep 2017 1345 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 1 day(s) with PCM and/or in the PSYCH DAY HOSP BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 320**
AR 1786

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538    Created: 13 Nov 2017

---

## *13 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

| | | |
|---|---|---|
| Encounter ID: | BETH-29608135    Primary Dx: | Generalized anxiety disorder |

Patient: **ANDERSON, DANIEL D**                    Date: **13 Sep 2017 0750 EDT**              Appt Type: **FTR**
Treatment Facility: **WALTER REED**              Clinic: **PSYCH DAY HOSP BE**          Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 13 Sep 2017 1006 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 13 Sep 2017 0750 EDT
IOP

**S/O Note** Written by HART,DANIEL C @ 13 Sep 2017 1111 EDT
**History of present illness**
        The Patient is a 32 year old male.

Core Beliefs
IOP Group: Sensible Thinking: 0900-0950: Group facilitators: Dr. Gholson, Ph.D. Co-facilitators: Dan Hart, M.D., J.T. Cederberg, D.O., and Sam Woodle, MS4
Purpose:  To provide psycho education on cognitive behavioral therapy and application.  Facilitate discussion on how thoughts influence behavior and helpful/unhelpful thinking patterns. Today patients explored understanding and identifying core beliefs. Patients also discussed how core beliefs are related to their automatic thoughts and emotional experiences. Intervention: Discussion of maladaptive and adaptive core beliefs and how to support/challenge them. Participation:  Patient initially stated that he was "indifferent" at the outset of the group but later was attentive throughout psycho education and participated in group discussion - he volunteered to share his core belief and the rest of his worksheet.  No evidence of SI/HI. Next group session is ABCDE Model.
.

**S/O Note** Written by SMITH,JESSICA ANN @ 13 Sep 2017 1317 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information:
        Reason for Visit
                Check in for Intensive Outpatient Program (IOP) 0800-1100
                5 min Check-In  at :0750

                0 Pain level (0-10)  0
                Psychiatric Exam:
                Thought Content: ?  Homicidal Ideations ( )  Yes ( x )  No  Suicidal Ideation ( )  Yes  ( x
        ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 13 Sep 2017 1321 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Reason for Visit
                Check out for Intensive Outpatient Program (IOP) 0800-1100
                5 min Check-Out  at :1015

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

Immediate Future Plans:
  ( x ) Comprehensive Recovery Program (CRP)  1230-1430
  ( ) Interpersonal Recovery Program (IRP)  1230-1430
  ( ) Trauma Recovery Program (TRP)  1230-1430
  ( ) Attend IOP Program tomorrow morning
  ( ) Other  -
  Disposition: (x  )  Released without limitations.
 0 Pain level (0-10)  0
 Psychiatric Exam:
  Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  (x
) No.


**S/O Note** Written by SMITH,JESSICA ANN @ 13 Sep 2017 1325 EDT
**History of present illness**
  The Patient is a 32 year old male.
  He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:
This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the
morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.


**S/O Note** Written by GHOLSON,GEORICA K @ 13 Sep 2017 1346 EDT
**History of present illness**
  The Patient is a 32 year old male.
  He reported: Encounter Background Information: IOP Group: Sensible Thinking: 0900-0950: Group facilitators: Dr. Gholson,
Ph.D. Co-facilitators: Dan Hart, M.D., J.T. Cederberg, D.O., and Sam Woodle, MS4
  Purpose:  To provide psycho education on cognitive behavioral therapy and application.  Facilitate discussion on how thoughts
influence behavior and helpful/unhelpful thinking patterns. Today patients explored understanding and identifying core beliefs.
Patients also discussed how core beliefs are related to their automatic thoughts and emotional experiences. Intervention: Discussion
of maladaptive and adaptive core beliefs and how to support/challenge them. Participation:  Patient was attentive throughout psycho
education and participated in group discussion.  No evidence of SI/HI. Next group session is 20 September 2017.


**S/O Note** Written by POURZAND,MIRIAM @ 13 Sep 2017 1418 EDT
**History of present illness**
  The Patient is a 32 year old male.

<<Note accomplished in the TSWF BH Spec AIM form>>


SUBJECTIVE /NOTE
0945-1010 met with SM for follow up. Sm reports anxiety and depression remains aware Effexor recently increased from 150 to 225
mg daily. Also aware recently started TMS so TMS and effexor should be benefical in sxs reduction but will take some time. Sm
reports sleep problems taking melatonin in the past and somewhat effective. Rozorem 8 mg qhs ordered reviewed administration
and potential side effects. Sm aware to take medication on an empty stomach. Also discussed discharge planning referral entered
for rec therapy as adjunct treatment. Also gave sm list of discharge appts as sm has end date of 9/21/17 will present only for TMS.


FOLLOW UP PLANS

 end of the week

 .....

 .

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

**Physical findings**
**General Appearance:**
   ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
   ° No disorientation was observed - oriented to place, person, time, and situation.  ° No hallucinations.  ° Memory was
      unimpaired - recent and remote memories are intact.  ° Judgement was not impaired.
   Speech: ° Normal - Regular rate, rhythm, tone, volume; non-pressured.
**Psychiatric:**
   Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
   Attitude: ° Cooperative.
   Mood: ° Euthymic.
   Affect: ° Normal .  Full range. stabile, appropriate to situation, normal intensity, congruent with mood.
   Thought Processes: ° Not impaired - they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.
   Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
      homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.


**S/O Note** Written by DEUTSCH,ANNE MARIE @ 13 Sep 2017 1626 EDT
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Encounter Background Information: 0800-0850:  Positive Psychology group, co-facilitated by Dr. Deutsch,
psychologist and SPC Santiago, psychiatric technician  This group is designed to help members learn ways to increase well-being,
meaning, and joy in their lives using research-based methods of positive psychology.   The model used is that developed by Martin
Seligman, using the PERMA acronym:  positive emotion, engagement, relationships, meaning and accomplishment.  Today's group
was a discussion of positive emotion.  Members discussed "what constitutes a good life?", then identified positive emotions which
come from each of our senses.  This SM  There was no evidence of SI/HI.    Released without limitations to attend 0900 group.
Next Positive Psychology group will meet in one week.


**A/P** Last updated by POURZAND,MIRIAM @ 13 Sep 2017 1423 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


        Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S):
                             SMITH,JESSICA ANN
                             -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S):
                             SMITH,JESSICA ANN
                             -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
        Consult(s):          -Referred To: OCCUPATIONAL THERAPY MTF BE (Routine) Specialty: THERAPY, OCCUPATIONAL
                             Clinic: OCCUP THERAP BE Provisional Diagnosis: Generalized anxiety disorder


**Disposition** Written by POURZAND,MIRIAM @ 14 Sep 2017 1320 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek
treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense
distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 14 Sep 2017 1321

---

**CHANGE HISTORY**
***The following A/P Note Was Overwritten*** *by POURZAND,MIRIAM @ 13 Sep 2017 1423 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 13 Sep 2017 1423 EDT - see above.Previous Version of A/P section was entered/updated by SMITH,JESSICA ANN @ 13 Sep 2017 1325 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


        Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
                                   -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
        Consult(s):        -Referred To: OCCUPATIONAL THERAPY MTF BE (Routine) Specialty: THERAPY, OCCUPATIONAL Clinic: OCCUP THERAP BE
                                   Provisional Diagnosis: Generalized anxiety disorder
***The following A/P Note Was Overwritten*** *by SMITH,JESSICA ANN @ 13 Sep 2017 1322 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 13 Sep 2017 1322 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 13 Sep 2017 1043 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


        Consult(s):        -Referred To: OCCUPATIONAL THERAPY MTF BE (Routine) Specialty: THERAPY, OCCUPATIONAL Clinic: OCCUP THERAP BE
                                   Provisional Diagnosis: Generalized anxiety disorder

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 325**
AR 1791

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *12 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29599553    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **12 Sep 2017 1153 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**          Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 13 Sep 2017 1354 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 326**
AR 1792

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 12 Sep 2017 1153 EDT
TRP

**S/O Note** Written by VANFOSSEN,MALLORY B @ 12 Sep 2017 1336 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A AFTERNOON CHECK IN:
    Pt checked in to afternoon programming at 1150.
    Pt denies SI/HI.
    Pt reports the following appts this afternoon: 1200 TMS. No PM programming.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 12 Sep 2017 1337 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    TEAM A AFTERNOON CHECK OUT:
    Pt checked out from afternoon program at 1300.
    Pt denies SI/HI.
    Pt reports following appts on tomorrow, 13 September: 0900 individual therapy, 1200 TMS.
    Pt will return to program tomorrow at regularly scheduled time.

**A/P** Last Updated by CLOPPER,TAMMY J @ 12 Sep 2017 1306 EDT
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

**Disposition** Written by POURZAND,MIRIAM @ 13 Sep 2017 1357 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 13 Sep 2017 1357

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *12 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

| Encounter ID: | BETH-29599549 | Primary Dx: | Major depressive disorder, recurrent, moderate |

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **12 Sep 2017 1152 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **LANDE,RAYMOND G.**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 12 Sep 2017 1339 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
•MAJOR DEPRESSION RECURRENT MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 329**
AR 1795

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | FOR ABDOMINAL PAIN #0 RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 12 Sep 2017 1152 EDT
TMS

**S/O Note** Written by GHURANI,SAWSAN @ 12 Sep 2017 1324 EDT
**History of present illness**
    The Patient is a 32 year old male.
A procedural time out was done during which settings and patient was re-identified.
60 minutes.
Purpose of visit was for the initial session of Transcranial Magnetic Stimulation to determine level and location.
Thought content was without evidence of suicidal or homicidal ideation and patient behavior during the session was appropriate.
Patient arrived for TMS anxious.  Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos
SM was a bit less anxious as procedure unfolded. At conclusion of the procedure the settings were determined to be:  SOA = 30, AP Bar = 10.7, Coil Angle = 10.0, SMT = 0.94;  The headrest settings were: up/down 7.5; front/back 1.0
Treatment administered using standardized settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 16 second intervals for a total stimulation time of 22.04 mins.
Adjustments were made to accommodate comfort.
This session number 1 ended with 95% MT.
.

**S/O Note** Written by BRAGGS,DEBORAH C @ 12 Sep 2017 1349 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Pre procedure:  Thought content was without evidence of suicidal or homicidal ideation and SM behavior during the session was appropriate; SM arrived for TMS without evidence of distress. Confirmed that there was no metal above the waistline, no history of seizure disorder, no physiologic sensing devices, no metallic facial or neck tattoos.  SM placed ear plugs in his ears. SM was placed into the chair and placed into the Head Support System with guidance tape adhered to the forehead. Laser light used for midline placement and lateral canthus alignment completed. Up/Down 7.5, Side/Side 1, LLC 1.0, MT .94, SOA 30, AP 10.7, Coil +10.4.
    Procedure: MT 80% up to 95%. TMS Treatment for depression session #1 at non therapeutic level; administered using settings of 3000 pulses given at 10 pulses per second, with 4 second stimulation times, in 12 second intervals for a total stimulation time of 22.04 minutes.  A procedural time out was done during which settings and patient was re-identified.
    PROGRESS IN MEETING GOALS:
    This is session # 1 with MT level at non-therapeutic treatment level for entire session.
    Post Procedure: SM monitored briefly. SM had no reports of distress associated with TMS. PLAN: Data is reviewed with treatment team and data did not suggest any changes to treatment plan at this time.  Treatment plan will continue as is pending further review. Next session scheduled for tomorrow.

**A/P** Last Updated by LANDE,RAYMOND G. @ 12 Sep 2017 1339 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):      -Delivery Of High Focal Magnetic Pulses For Cortical Neuron Stimulation x 1

**Disposition** Last Updated by LANDE,RAYMOND G. @ 12 Sep 2017 1339 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 13 Sep 2017 0659

---

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *12 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29592059    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **12 Sep 2017 0755 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**          Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 13 Sep 2017 1350 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 12 Sep 2017 0755 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 12 Sep 2017 0935 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
　　INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.


**S/O Note** Written by DONKIN,LAURA G @ 12 Sep 2017 1117 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information: Individual Note.  SW met with SM for individual 1:1 session from 0900-1000.  SM presented in positive mood.  SM started off discussing his future career, as he has been pondering this.  He feels that his current job with NSA in IT has been  very stressful and wonders whether the financial benefit is worth the anxiety.  SM said that he loves to cook and wonders if that can be turned into a career.  This SW pointed out that a career in computers does not necessarily mean that it will be stressful and that SM is very talented in this field.  SM replied that this is true and will give this some more thought.  SM said that he will be starting VA medical appointments in about a week for his medical board.  We explored the current state of his anxiety and depression.  SM is to start TMS treatments for anxiety today at noon.  SM said that he has learned some new things about himself while in groups and gave some examples.  He mentioned that he talked with estranged sister last Friday and told her that he would like to meet with her and talk about  his sexual molestation of her whn they were adolescents.  SM reported that sister said that she is open to discussion and moving forward.  SM is to think about what he would like to focus on in therapy for his final week at PCS.  We will meet again on Friday.  No SI/HI plan or intent present.


**S/O Note** Written by LOWENSTEIN,HELEN T @ 12 Sep 2017 1210 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information:
　Distress Tolerance Group, (1000-1050).  Facilitated by Ms. Helen Lowenstein,
　　LCSW and  SPC Santiago. Purpose:  To teach patients skills to identify potential distressing events and to teach them to manage negative emotions/negative experiences without exacerbation of a perceived crisis. Patients will also be encouraged to become aware of ways they escape severe emotional pain through destructive behaviors and/or relationships. Time will also be spent helping patients learn to tolerate the distress.
　　Topic:  Self soothing skills ways to incorporate old and new coping patterns for healthier outcomes.  First hand out provided

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 333**
AR 1799

**Medical Record**

was Self Soothing Comforting yourself through the five senses and it listed the five as Touch, Hear, See, Taste, & Smell.  The 2nd hand out provided was the Road to a Life Worth Living.  One side of the pyramid was the problems, and things to decrease, the other side DBT skills and increase.  These hand outs sparked lively discussions on ways to incorporate and adopt healthy coping skills in distressing situations.

PARTICIPATION:  Pt was an quiet throughout most of the group,  however, shared he  uses coffee as his go to coping skill because of the taste and smell and food at times especially love of pizza helps him when in distress to calm down.   No evidence of SI/HI.  Next group to meet 09/19/17 at 1000.

**S/O Note** Written by HARDY,MARGARET L @ 12 Sep 2017 1216 EDT
**Therapy**
Intervention This Appointment - Group Therapy.
Intervention This Appointment - Dialectical Behavior therapy (DBT)- emotion regulation.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 12 Sep 2017 1328 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: TEAM A MORNING CHECK IN:
        Pt checked in to morning programming at 0800.
        Pt denies SI/HI.
        Pt reports following appts this morning: 0900 individual therapy, 1200 TMS, No PM program today.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 12 Sep 2017 1329 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: TEAM A MORNING CHECK OUT:
        Pt checked out from morning programming at 1055
        Pt denies SI/HI.
        Pt will return after lunch.

**A/P** Last updated by DONKIN,LAURA G @ 12 Sep 2017 1127 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):        -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                             -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by POURZAND,MIRIAM @ 13 Sep 2017 1351 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 13 Sep 2017 1351

---

**CHANGE HISTORY**
***The following A/P Note Was Overwritten** by DONKIN,LAURA G @ 12 Sep 2017 1127 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 12 Sep 2017 1127 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 12 Sep 2017 0935 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):                -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
***The following A/P Note Was Overwritten** by DEUTSCH,ANNE MARIE @ 12 Sep 2017 0935 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 12 Sep 2017 0935 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 12 Sep 2017 0757 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 335**
AR 1801

**Medical Record**

### *11 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

| | | |
|---|---|---|
| Encounter ID: | BETH-29582912 | Primary Dx: | Major depressive disorder, recurrent, moderate |

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: Outpatient

Date: **11 Sep 2017 1133 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 12 Sep 2017 1114 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
•MAJOR DEPRESSION RECURRENT MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 11 Sep 2017 1133 EDT
CRP

**S/O Note** Written by GHOLSON,GEORICA K @ 11 Sep 2017 1341 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: EXPLORATION OF STIGMA @1230-1320
    Facilitators: Georica Gholson, PhD, psychologist and Tammy Buford, psychiatric clinical nurse.
    PURPOSE: The purpose of this group is to help patients gain an understanding about mental health stigma. Additionally, the group discusses mental health stigma within the military, their family and friends and in other settings. Also, the group learns about myths and facts related to mental health disorders.
    TOPIC: Group discussion centered on internalized mental health stigma. Group members took a quiz to determine the degree of the own internalized mental health stigma. Group discussed thoughts and beliefs they held about their diagnosis as well as ideas that they disagreed with.
    PARTICIPATION: SM arrived late to group due to a previous appointment. However, he was actively engaged and offered insightful commentary and suggestions to other group members. Also, SM shared a video on depression with the group
    that he said helped him explain his mental illness to those around him. No evidence of SI/HI. Next group session is 25 September 2017.

**S/O Note** Written by DONKIN,LAURA G @ 11 Sep 2017 1518 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
        Reason for Visit
    Check in for Afternoon Programming 1230-1430
        5 min Check in at:1135
        Program Track:
        ( x ) Comprehensive Recovery Program (CRP)
        ( ) Interpersonal Recovery Program (IRP)
        ( ) Trauma Recovery Program (TRP)
            ( ) Leisure Skills Training (LST)
        0 Pain level (0-10)
    Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes  ( x) No.

**S/O Note** Written by DONKIN,LAURA G @ 11 Sep 2017 1520 EDT

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 13 Nov 2017

**History of present illness**
  The Patient is a 32 year old male.
  He reported: Encounter Background Information: Reason for Visit
    Check out for Afternoon Programming  1230-1430
    5 min Check out at:1400
    Plan for Next Day of Programming
    ( x ) Attend IOP Program tomorrow morning
    ( ) Other
    Disposition: ( x ) Released without limitations.
    0 Pain level (0-10)
    Psychiatric Exam:
    Thought Content: ?  Homicidal ideations ( ) Yes ( x ) No  Suicidal Ideation ( ) Yes  ( x ) No.


**A/P** Last updated by POURZAND,MIRIAM @ 12 Sep 2017 1114 EDT
**1. Major depressive disorder, recurrent, moderate**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


    Procedure(s):        -Psychiatric Therapy Group Interview x 1
                         -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2

**Disposition** Written by POURZAND,MIRIAM @ 12 Sep 2017 1114 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 12 Sep 2017 1117

CHANGE HISTORY
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 12 Sep 2017 1114 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 12 Sep 2017 1114 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 11 Sep 2017 1521 EDT.
**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):        -Psychiatric Therapy Group Interview x 1
                         -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 11 Sep 2017 1521 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 11 Sep 2017 1521 EDT - see above.Previous Version of A/P section was entered/updated by GHOLSON,GEORICA K @ 11 Sep 2017 1343 EDT.
**1. Major depressive disorder, recurrent, moderate**
    Procedure(s):        -Psychiatric Therapy Group Interview x 1

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓ 1985  SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*11 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29577207    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **11 Sep 2017 0842 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**          Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 12 Sep 2017 1107 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ | 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 11 Sep 2017 0842 EDT
IOP

**S/O Note** Written by DONKIN,LAURA G @ 11 Sep 2017 1032 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
        INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 11 Sep 2017 1033 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: COMMON CONCERNS GROUP -"  "0900-0950" Facilitators:  This group was co-led by Ms. Lowenstein, LCSW and Ms. Delacie Gardiner.
        PURPOSE:  The purpose of this group is to allow group members to identify and process common emotional states and how to cope with states using various CPT/DBT techniques.  Group members will discuss topics such as anxiety, depression, insomnia, grief, anger, etc, and connect with each other on an emotional level with other group members.   This group consists of all three IOP tracks:  IRP, CRP, TRP.
        TOPIC:   Conflict Resolution Tips.  Patients were provided a hand out with 12 conflict resolution tips.  Each tip was identified and explained in the hand out.  Patients were asked to discuss the steps and how they can adopt healthier skills with conflict.  This opened up a lively discussion on different ways to handle conflict resolution in a more constructive way.
        PARTICPATION:  This group is co-led by two providers to address the high acuity of the group members and to have a staff member available should a group member become triggered in the group.  This also allows for the other staff member to monitor behaviors and participation attentively.  SM was quiet throughout the group.  SM appeared to be listening as evidenced by head nodding, and direct eye contact.  No evidence of S/I or H/I.  Next group scheduled for 09/18/17 at 0900.

**S/O Note** Written by CLOPPER,TAMMY J @ 11 Sep 2017 1057 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Seeking Safety Group:  "Taking Good Care of Yourself" 0800-0850 Facilitators: Dr. Gragnani and Tammy Buford, RN.
        PURPOSE:  The purpose of this group is based on five central ideas (1) safety as the priority of this first-stage-treatment (2) integrated treatment of PTSD and substance abuse (3) a focus on ideals (4) four content areas: cognitive, behavioral, interpersonal, and case management and (5) attention to the therapist processes.

| Anderson, Daniel Dennis | DOB: ███ | 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 340**
AR 1806

**Medical Record**

Anderson, Daniel Dennis        DOB: ███  1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

TOPIC: This group focused on "Taking Good Care of Yourself" in which patients were asked to evaluate whether they are taking good care of themselves.  Patients filled out the questionnaire and discussed their answers.

PARTICIPATION: SM attended group, was attentive to facilitators and participated in group discussion. SM reports feeling grumpy d/t being late this morning from 3 car accidents on the way to programming. States his weekend was ok, stating he went to a friend's house and watched a movie and had dinner. States on Sunday he had to go to the VA for an appointment then went on a date. States he also talked to his family. No evidence of SI/HI. Next group 18Sept2017.


**S/O Note** Written by DEUTSCH,ANNE MARIE @ 11 Sep 2017 1130 EDT

**History of present illness**

The Patient is a 32 year old male.

He reported: Encounter Background Information: 1000-1100:  Sleep Improvement Group in IOP.  Group led by Dr. Deutsch, psychologist.  This was the first session of the 4-week sleep improvement series, which meets to address insomnia  and nightmares from a CBT-I  perspective.   Members were introduced to the topic of sleep as a whole, and were given a National Sleep Foundation quiz on their knowledge about sleep.  Patients were given handouts on sleep architecture and sleep hygiene.   A lively discussion ensued re: the relationship between dreams and anxiety.   This SM was attentive and well-engaged throughout.   No evidence of SI/HI.  Next sleep improvement group will meet in one  week.


**S/O Note** Written by DONKIN,LAURA G @ 11 Sep 2017 1147 EDT

**History of present illness**

The Patient is a 32 year old male.

He reported: Encounter Background Information:

Reason for Visit

Check in for Intensive Outpatient Program (IOP) 0800-1100

 5 min Check-In  at :0805


0 Pain level (0-10)

Psychiatric Exam:

Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.


**S/O Note** Written by DONKIN,LAURA G @ 11 Sep 2017 1147 EDT

**History of present illness**

The Patient is a 32 year old male.

He reported: Encounter Background Information: Reason for Visit

Check out for Intensive Outpatient Program (IOP) 0800-1100

 5 min Check-Out  at : 1055


Immediate Future Plans:

( x ) Comprehensive Recovery Program (CRP)  1230-1430

( ) Interpersonal Recovery Program (IRP)  1230-1430

( ) Trauma Recovery Program (TRP)  1230-1430

( ) Attend IOP Program tomorrow morning

( ) Other  -

Disposition: (  x )  Released without limitations.

0 Pain level (0-10)

Psychiatric Exam:

Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.


**A/P** Last updated by DONKIN,LAURA G @ 11 Sep 2017 1149 EDT

**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:

At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Anderson, Daniel Dennis        DOB: ███  1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB:  ███  1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
                     -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Disposition** Written by POURZAND,MIRIAM @ 12 Sep 2017 1112 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 12 Sep 2017 1112

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 11 Sep 2017 1149 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 11 Sep 2017 1149 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 11 Sep 2017 1104 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


**--> Unassociated Orders, Procedures and Injuries/Accidents <--**
INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
*The following A/P Note Was Overwritten by CLOPPER,TAMMY J @ 11 Sep 2017 1104 EDT:*
The A/P section was last updated by CLOPPER,TAMMY J @ 11 Sep 2017 1104 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 11 Sep 2017 1033 EDT.
**1. Major depressive disorder, recurrent, moderate**
        Procedure(s):        -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

**Medical Record**

| Anderson, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

### *08 Sep 2017 at WRNMMC, Psych Day Hosp Be by GRAGNANI, CYNTHIA T*

Encounter ID:    BETH-29568630    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**         Date: **08 Sep 2017 1243 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**       Provider: **GRAGNANI,CYNTHIA**
**NATIONAL MILITARY MEDICAL CNTR**                                          **THERESA**
Patient Status: **Outpatient**

**Reason for Appointment:** Written by CLOPPER,TAMMY J @ 08 Sep 2017 1243 EDT
CES
**Appointment Comments:** Written by CLOPPER,TAMMY J @ 08 Sep 2017 1243 EDT
TB

**S/O Note** Written by CLOPPER,TAMMY J @ 08 Sep 2017 1244 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: Purpose: Alpha Stim Therapy 1000-1030 Registered Nurse met with the
patient today for a follow-up Alpha-Stim session. The Alpha-Stim device was sought as an alternative therapy to target anxiety,
depression, and insomnia.  The patient was given directions about completing the Alpha-stim session. Before the initiation of the
protocol the patient reported that he slept 7 hours interrupted sleep last.  The intensity was adjusted from 0 uA to 4.0 uA.   After
completion of the session, pt denied side effects (i.e. dizziness, headache). The patient was asked to monitor the amount and
quality of his symptoms that night and report on his progress the following day.  The patient was scheduled for a follow-up
appointment Monday.

**A/P** Last Updated by CLOPPER,TAMMY J @ 08 Sep 2017 1245 EDT
**1. Generalized anxiety disorder**
          Procedure(s):          -Psych Ther Indiv Psychophysiological W/ Biofeedback Approx 30 Minutes x 1 ADDITIONAL
                                  PROVIDER(S): CLOPPER,TAMMY J

**Disposition** Written by GRAGNANI,CYNTHIA T @ 08 Sep 2017 1455 EDT
**Released w/o Limitations**
**Follow up:**  with PCM.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  GRAGNANI, CYNTHIA T** (Physician) @ 08 Sep 2017 1455

---

| Anderson, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 343**
AR 1809

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*08 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29568374    Primary Dx:

Patient: **ANDERSON, DANIEL D**               Date: **08 Sep 2017 1229 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCH DAY HOSP BE**        Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 08 Sep 2017 1229 EDT
TRP

**Appointment Cancelled by Facility**
 Encounter Cancelled by POURZAND,MIRIAM @ 08 Sep 2017 1413 EDT

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 344**
AR 1810

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

---

## *08 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29567981    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**    Date: **08 Sep 2017 1202 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 11 Sep 2017 0817 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 08 Sep 2017 1202 EDT
CRP

**S/O Note** Written by CLOPPER,TAMMY J @ 08 Sep 2017 1248 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Check IN PM - Intensive Outpatient Program (IOP) Team A

        Check- In Time:  1202
        Afternoon Track:  CRP
        Appointments Reported this afternoon:  None
        Pain level Reported (0-10):  Denies
        Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.

**S/O Note** Written by CLOPPER,TAMMY J @ 08 Sep 2017 1412 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Check OUT PM - Intensive Outpatient Program (IOP) Team A

        CHECKOUT TIME:  1403
        Afternoon Track:  CRP
        Appointments Reported for Monday:  None
        Pain level Reported (0-10):  Denies
        Psychiatric Exam: SM denied Suicidal Ideation/Homicidal ideations.

**S/O Note** Written by MILLER,PENNY E @ 08 Sep 2017 1447 EDT
**Reason for Visit**
    Visit for: (1230-1400) Comprehensive Recovery Program- Recreation Therapy- Facilitators: This writer Penny Miller, recreation therapist, Narcedalia Pratt, social worker and Jessica Shipman, WRNMMC Hospital Recreational Arts Coordinator.
    Purpose: This session provided the patients with the opportunity to be creative, self-reflect  and apply safe coping skills.
    Activity:  Patients were introduced to the activity of "Japanese Book Binding". Patients were provided with step-by step instruction in order to complete the process. Steps for book making consisted of cutting, folding, and prepping pages, clamping materials and piercing holes with an awl, and weaving binding thread through to secure pages. Patients were provided with tools, materials, and instructions, and were then given time to independently work. When finished, pts were given the opportunity to share their book with the group and discuss their experience, as well as coping skills used during the process. Patients were encouraged to think about how they can transfer the skills used during the session into their daily lives.
    Participation: This patient was actively involved in the book making process.  Patient used creative abilities to express thoughts

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ■ | 1985 SSN: ***-**-■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

and emotions in a new way. Patient was focused and concentrated and completed the process. Next Comprehensive Recovery Program, Recreation Therapy session is scheduled for Friday September 22, 2017.

**S/O Note** Written by PRATT,NARCEDALIA @ 08 Sep 2017 1459 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: Comprehensive Recovery Program- Recreation Therapy (1230-1400) - Staff present: Penny Miller, recreation therapist, Narcedalia Pratt, social worker and Jessica Shipman, WRNMMC Hospital Recreational Arts Coordinator.
 Purpose: This session provided the SM with the opportunity to practice creativity and utilize a new outlet for expression.
 Activity: "Japanese Book Binding". This writer served as co-facilitator of this group, checking on reactions of individual members, following up with members who showed distress or confusion, and checking for safety with members who leave the room.
 Participation: SM participated in the book making activity. SM used creative abilities to express thoughts and emotions in a new way.
 There was no indication of SI/HI present. The next group session will be held on Friday September 22, 2017.
 .

**A/P** Last updated by PRATT,NARCEDALIA @ 08 Sep 2017 1501 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

   Procedure(s):  -Psychiatric Therapy Group Interview x 1

**Disposition** Written by POURZAND,MIRIAM @ 11 Sep 2017 0817 EDT
**Released w/o Limitations**
**Follow up:** 3 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS, WRNMMC) @ 11 Sep 2017 0817

CHANGE HISTORY
*The following A/P Note Was Overwritten by PRATT,NARCEDALIA @ 08 Sep 2017 1501 EDT:*
The A/P section was last updated by PRATT,NARCEDALIA @ 08 Sep 2017 1501 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 08 Sep 2017 1248 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ■ | 1985 SSN: ***-**-■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 347**
AR 1813

**Medical Record**

movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *08 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:     BETH-29562511     Primary Dx:     Insomnia, unspecified

Patient: **ANDERSON, DANIEL D**                Date: **08 Sep 2017 0807 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCH DAY HOSP BE**       Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 08 Sep 2017 0945 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
   OCCUPATIONAL, SERVICE
   MEMBER PERIODIC HEALTH
   ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 08 Sep 2017 0807 EDT
SLEEP ASSESSMENT

**S/O Note** Written by LANDE,RAYMOND G. @ 08 Sep 2017 0946 EDT
**Reason for Visit**
Visit for: Attending Note:  SM referred for enhanced sleep assessment.
45 minutes.
**History of present illness**
The Patient is a 32 year old male.
He reported: Sleep This was a valid study. Total Sleep time = 6 hours and 16 minutes. The pApnea/Hypopnea index = 8.3, Mean oxygen saturation = 94, Mean heart rate = 67, Rapid eye movement (REM) % = 17.93, Deep Sleep % = 4.92, Light Sleep % = 77.16 Wake % = 18.33, Sleep latency (minutes) 23, REM latency (minutes) 174, Number of Awakenings = 11, BMI=23.5, The SM had two REM episodes. The SM appeared to awaken from light sleep.
**Objective**
Plan: SM has  screening evidence for mild. breathing problems while asleep.  SM has decreased deep sleep and REM sleep latency. Consider referral to sleep clinic.

**A/P** Written by LANDE,RAYMOND G. @ 08 Sep 2017 0948 EDT
**1. Insomnia, unspecified**
Procedure(s):        -Sleep Study Unattended Record: Heart Rate, O2 Sat, Resp Analysis, Sleep Time x 1

**Disposition** Written by LANDE,RAYMOND G. @ 08 Sep 2017 0949 EDT
**Released w/o Limitations**
**Follow up:**  in the PSYCH DAY HOSP BE clinic.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 08 Sep 2017 0949

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

---

## *08 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29562379    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **08 Sep 2017 0800 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 11 Sep 2017 0806 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
•MAJOR DEPRESSION RECURRENT MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

### Medical Record

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 08 Sep 2017 0800 EDT
IOP

**S/O Note** Written by DONKIN,LAURA G @ 08 Sep 2017 1113 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: Reason for Visit
            Check in for Intensive Outpatient Program (IOP) 0800-1100
             5 min Check-In  at :0800


            0 Pain level (0-10)
            Psychiatric Exam:
            Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.



**S/O Note** Written by DONKIN,LAURA G @ 08 Sep 2017 1114 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: Reason for Visit
            Check out for Intensive Outpatient Program (IOP) 0800-1100
             5 min Check-Out  at :1050

            Immediate Future Plans:
            ( x ) Comprehensive Recovery Program (CRP)  1230-1430
            ( ) Interpersonal Recovery Program (IRP)  1230-1430
            ( ) Trauma Recovery Program (TRP)  1230-1430
            ( ) Attend IOP Program tomorrow morning
            ( ) Other  -
            Disposition: ( x )  Released without limitations.
            0 Pain level (0-10)
            Psychiatric Exam:
            Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x ) No.



**S/O Note** Written by DONKIN,LAURA G @ 08 Sep 2017 1246 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: Individual Note.  SW met with SM for individual 1:1 session from 0900-0945.
SM presented in positive mood and was talkative throughout session.  SM had just returned from some psychological testing.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

Additional testing for Austism had been requested by this SW.  We discussed SM behaviors and whether or not he felt that these behaviors meet the criteria for Autism.  SM feels that knowing his diagnosis will be helpful to understand is limitations and to make future plans for his career.  In general SM feels that his anxiety has gone down in the past few days.  He is not sure if this is due to medications or the lessening of stress, as he is not working.  He said that his providers have differing viewpoints as to his future in the military.  Dr. Paul is advocating for SM to be separated from military but Dr. Tobar would like SM to continue to get more mental health treatment.  Dr. Pourzand entered and  joined discussion on treatment for about 10 minutes.  We also discussed SMs Irritable Bowel Syndrome.  SM reported that he has scheduled weekend plans and is pleased that he will not be isolating.  We will meet again on Tuesday.  No SI/HI plan or intent present.

**S/O Note** Written by SMITH,JESSICA ANN @ 08 Sep 2017 1319 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Innovations Group 20 min group-(SM dispersed into individual innovations )facilitated by:  Ms. Buford, Ms. Braggs, Dr. Pourzand, Mrs. Smith.  During this group the SM were given the opportunity to learn about the various types of innovations offered at PCS to include light therapy, Alpha-Stim CES/MET, Brain Computer Interface, MindFlex, MUSE, and temple massager. SM participated in group.  SM  engaged  in  individual innovative activity ( see individual encounter in AHLTA) . No indication of distress.  No indication of SI/HI.  Next group Friday.

**S/O Note** Written by SMITH,JESSICA ANN @ 08 Sep 2017 1517 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES: This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**A/P** Last updated by SMITH,JESSICA ANN @ 08 Sep 2017 1518 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

        Procedure(s):      -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
                              -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
                              -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S):
                              SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 11 Sep 2017 0806 EDT
**Released w/o Limitations**
**Follow up:** 3 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 11 Sep 2017 0807

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

**CHANGE HISTORY**

*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 08 Sep 2017 1518 EDT:*

The A/P section was last updated by SMITH,JESSICA ANN @ 08 Sep 2017 1518 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 08 Sep 2017 1256 EDT.

**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:

At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:

The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.

Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


                 Procedure(s):    -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2
                                  -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 08 Sep 2017 1116 EDT:*

The A/P section was last updated by DONKIN,LAURA G @ 08 Sep 2017 1116 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 08 Sep 2017 0822 EDT.

**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:

At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:

The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.

Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ▇ 1985  SSN: ***-**-▇    DoD ID: 1286180538    Created: 13 Nov 2017

---

*08 Sep 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R*

Encounter ID:    BETH-29562639    Primary Dx:    Major depressive disorder, recurrent, moderate

Patient: **ANDERSON, DANIEL D**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **08 Sep 2017 0800 EDT**
Clinic: **PSYCHOLOGY ASSESSMENT BE**

Appt Type: **PROC**
Provider: **BENTON,JIKESHA R**

---

**AutoCites** Refreshed by BENTON, JIKESHA R @ 08 Sep 2017 1440 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
- not maternal uncle's history of referred here (Maternal Uncle)
- family medical history (General FHx)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant melanoma of the skin (General FHx)
- family history of father is alive (General FHx)
- family history of heart disease (General FHx)
- family history of cancer (General FHx)
- family history of mother is alive (General FHx)
- no family history of malignant neoplasm of large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- paternal history of preliminary background HPI [use for free text] (Father)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- no family history of chronic liver disease (General FHx)

**Allergies**
- No Known Allergies

---

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING | 3 of 3 | 06 Sep 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-*** | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | | | |
|---|---|---|---|---|---|
| | | | #0 RF3 | | |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**
F/U Testing
**Appointment Comments:**
CAC

**S/O Note** Written by BRYANT,JASMINE RESHAE @ 08 Sep 2017 0846 EDT
**Objective**
Assessment: 2 hours. SM was escorted by writer from PDS lobby to RM 4116 for continued DX testing. Testing was completed 8 DEC 2016. SM was sociable, paranoid, and cooperative during testing AEB asking if he could "get into trouble over testing answers?" SM reported "abusing prescribed medications" in order to "feel high" and stated he was worried about "being honest." SM was redirected and continued with testing. SM stated mood was "anxious, energetic, and content" and his affect was bright and congruent with mood. SM reported 2-3 weeks of increased "anxiety" due to "everyday" triggers. SM reported a "normal" appetite with 1-2 small meal consumption throughout the day. SM reports having chronic IBS and is currently MEDBRD out of the military due to its "discomfort." SM reported a significant weight loss of 12lbs within a 60 day period. SM reports he is reframing from alcohol and it could be his "main contributer" to his recent weight loss. SM reported a "poor" sleep pattern with difficulty staying asleep with a possible sleep disorder. SM reports 6-7 hours of restless sleep per night with a medication aid to "slight" effect and relief. SM reported experiencing sleep paralysis on a "frequent" basis and vivid nightmares about "real life situations." SM denied to clarify. SM is currently awaiting a sleep study with the Sleep Clinic here at Walter Reed. SM reports a 2/10 intestinal pain. SM also has a H/O of headaches/migraines but, did not experience any while testing. SM currently denies any SI/HI/AVH. SM escorted himself back to IOP and was advised to speak with social worker before resuming scheduled activities. Writer informed front desk of SM arrival.
**Tests**
PAI, AQ completed today

Testing completed 8 DEC 16 MMPI-II, MCMI, RISB
.
**Plan**
Limits of confidentiality was explained and understood by SM. Original documentation can be found in BLD 10 7C RM 7131. DX Interview to be scheduled and completed by Dr. Benton.

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-*** | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**A/P** Last Updated by BENTON, JIKESHA R @ 08 Sep 2017 1442 EDT
**1. Major depressive disorder, recurrent, moderate**
      Procedure(s):        -Psychologic Testing And Report Administered By Technician x 2

**Disposition** Last Updated by BENTON, JIKESHA R @ 08 Sep 2017 1442 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  BENTON, JIKESHA R** (Physician/Workstation) @ 08 Sep 2017 1442

**Note** Written by BENTON,JIKESHA R @ 14 Sep 2017 1516 EDT
**(Added after encounter was signed.)**
**Psychological Evaluation Addendum**

### WALTER REED NATIONAL MILITARY MEDICAL CENTER

*8901 Rockville Pike, Bethesda, Maryland   20889-5600*

**DEPARTMENT OF BEHAVIORAL HEALTH CONSULTATION AND EDUCATIONAL SERVICES
PSYCHODIAGNOSTIC ASSESSMENT SERVICE
8901 Wisconsin Ave
Bethesda, MD  20889**

**PSYCHOLOGICAL EVALUATION ADDENDUM**

**NAME:** Daniel Anderson (nee Merwin)          **RANK:** PO2
**SSN:**   20/8503                  **DATE:** 01AUG17

**IDENTIFYING AND REFERRAL INFORMATION:**  SM is a 31 year old, single, male, Caucasian, AD USN, PO2, Cryptologist. SM was referred by Ms. Laura Donkin, Social Worker, with Psychiatric Continuity Services for diagnostic clarification of Autism and Borderline Personality Disorder.

It should be noted SM received a psychological evaluation conducted by 2LT Hannah Martinez, Doctoral Practicum Student, with PsychoDiagnostic Assessment Services on 02FEB17.  This writer served as a covering supervisor for the psychological evaluation.  SM was referred for the psychological evaluation by Dr. Sherin Paul, Clinical Psychologist, with Adult Outpatient Behavioral Health for diagnostic clarification. The consult indicated SM has a history of undiagnosed Borderline Personality Disorder and Reactive Attachment Disorder. SM's family history is also significant for Bipolar Disorder.

On 08SEP17, SPC Jasmine Bryant administered the Personality Assessment Inventory (PAI) and Autism Spectrum Quotient (AQ).  2LT Hannah Martinez administered the Minnesota Multiphasic Personality Inventory-2nd edition (MMPI-2), Million Clinical Multiaxial Inventory-Third Edition (MCMI-III), and Rotter Incomplete Sentence Blanks (RISB) on 02FEB17.   This writer conducted a collateral interview with Ms. Despina Hangemanole, Social Worker, with Addiction Treatment Services on 13SEP17.  Dr. Benton conducted a collateral phone interview with Dr. Sherin Paul, Clinical Psychologist, with Adult Outpatient Behavioral Health on 14SEP17.

Please refer to AHLTA records and the original psychological evaluation for a comprehensive background history.

**PSYCHOLOGICAL TEST RESULTS:**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 357**
AR 1823

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

**MMPI-2:** The validity indicators suggested that SM endorsed test items in a manner to cry for help.  SM is likely to present with extreme somatic problems or chronic pain and to complain of being physically ill although there may not be an organic basis to his problems.  He is anxious, tense, nervous, restless, irritable, dysphoric, brooding, and unhappy.  He has a loss of initiative.  He reported depressed mood, social withdrawal, and reclusiveness.  He is self-conscious in talking with others.  Doubts about his abilities are common, as is vacillation and indecision about even minor matters.  SM is hypersensitive to criticism.

**MCMI-III:**  The validity indicators suggested that SM was being open and honest. SM does not have any close friends, so he tends to remain detached and isolated.  There is evidence that SM strongly wishes to be liked and accepted by others on his terms.  He is often guarded and experience social situations negatively.  SM is apprehensive and nervous in social situation.  SM usually avoids relating to others, which forces him to give up the support and affect that the relationship might have brought.  Life is experienced as a conflict between taking a risk and accepting the discomfort of forming a relationship or retreating to the unfulfilling safety of isolation.

**PAI:** The results of the PAI were considered invalid.  SM consistently endorsed items that portrayed him in an especially negative or pathological manner.  The test results involved considerable distortion and does not reflect an inaccurate reflection of SM's psychological functioning.

**AIQ:** The Autism Spectrum Quotient is a questionnaire used to determine the extent to which an adult of normal intelligence has the traits associated with Autism spectrum conditions.  A content analysis of the AIQ indicated SM elevated on the measure due to his endorsement of social avoidance; he did not endorse the developmental criteria of Autism and Asperger's Disorder.

**FINDINGS AND CONCLUSIONS:**  SM is a 31 year old, single, male, Caucasian, AD USN, PO2, Cryptologist. SM was referred by Ms. Laura Donkin, Social Worker, with Psychiatric Continuity Services for diagnostic clarification of Autism and Borderline Personality Disorder.

Given all available information to include psychometric instruments, chart review, diagnostic interview, and collateral interviews, SM does not have Autism or Asperger's Disorder.  SM does have relational apathy or a lack of emotional reciprocity but this is not enough to substantiate the disorder.  SM has the ability to cultivate age appropriate friends and relationships.  Furthermore, there is no impairment in the use of nonverbal behaviors.  There is no impairment in communication particularly selective mutism that is commonly found with these disorders.  There is no evidence of inflexible adherence to routines or rituals.  He has not demonstrated persistent preoccupation with parts of objects.  This writer did not observe repetitive motor mannerisms.   SM's social detachment and emotional numbness could represent a schizoid adjustment, a neurotic reaction, abuse history, or simply a lifestyle preference yet it is not Autism.

There is evidence from testing of Schizoid Personality traits characterized as lack of interest in social relationships, a tendency towards a solitary or sheltered lifestyle, secretiveness, emotional coldness, detachment, and apathy.  There is research to support that Schizoid Personality traits are developed due to an insecure attachment in childhood.  This is consistent with his prior history of Reactive Attachment Disorder.  However, SM grew up in an environment with physical, sexual, and emotional abuse.  He was in a household with a father that had an authoritarian parenting style, which contributed to him being overly controlled, unable to express emotions, and living in fear.  SM's emotional development is stunted due to the childhood environment he was reared.  SM is emotionally immature; emotionally immature people can be extremely challenging to deal with, because their ability to interpret and react to the variety of life's challenges is often impaired. When emotionally immature people do not get their way, they often respond to their circumstances in ways that are irrational. They need to control and this lack of control motivates them to act out. They pout, whine, cry, manipulate, or violate the object of their obsession, all the whilst believing they are entitled to behave this way.

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

SM has mood swings, anger outbursts, hyper sexuality, and suicidal ideations/gestures that can be function of his emotional immaturity. Although these behaviors can be symptoms of Borderline Personality Disorder, psychological test results do not support SM having a personality disorder. The hallmark feature of Borderline Personality Disorder is the fear abandonment. SM does not have a fear of abandonment. SM is introverted, socially withdrawn, and prefers his own company. Typically, SM cuts people off when they become too close to him. This seems to be more of a function of his schizoid personality traits and attachment style. When his personal space is violated, he feels suffocated and desires independence. It should be noted that like individuals with schizoid personality traits, SM is capable of developing relationships when they are based on his terms. His terms do not include emotional intimacy. For example, he desires to connect with his family of origin but with self-imposed boundaries. Additionally, SM indicated he has a relationship with his neighbors in which he can come and go friendly into their home without demands or expectations. This is how he desires all of his interpersonal and romantic relationships. SM is happiest when people place few emotional and intimate demands on him. It is not people that SM wants to avoid, it is the emotions but since there are no emotionless people it is easier to socially withdraw.

**RISK ASSESSMENT:** SM has a history of suicidal ideation occurring approximately once a month since adulthood. His protective factors include his job, his hobby of creating video games, and wanting to find purpose in his life. SM has low social support, but this does not seem to be a significant stressor. SM does not have a history of attempts and denies access to lethal means. He denied current ideation, plan, or intent. SM is currently assessed at a mild risk for suicide, and should continue to be monitored by his healthcare providers.

**DSM-5 Diagnoses:**
Given the level of information obtained for this assessment, the following DSM-5 diagnoses are warranted:

Other Specified Trauma and Stressor Disorder
Schizoid Personality Traits
Reactive Attachment Disorder – By History

If there is a need for further discuss of this case, please feel free to contact the undersigned at 301.400.0591.

Jikesha Benton, Psy.D.
Clinical Psychologist

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *07 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29555227     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**            Date: **07 Sep 2017 1213 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCH DAY HOSP BE**       Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 08 Sep 2017 1240 EDT

**Problems**                                                                      **Allergies**
•Generalized anxiety disorder F41.1                                               •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
     OCCUPATIONAL, SERVICE
     MEMBER PERIODIC HEALTH
     ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
     CONTINUOUS DRINKING
     BEHAVIOR
•MAJOR DEPRESSION RECURRENT
     MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
     ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
     BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
     DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

## Medical Record

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 07 Sep 2017 1213 EDT
CRP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1238 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: 1215  Check in to PCS afternoon program.  SM denied SI/HI.  Will attend afternoon groups.


**S/O Note** Written by DONKIN,LAURA G @ 07 Sep 2017 1414 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: 1230-1330. Intensive Sleep Improvement Group for CRP.  Facilitator:  Laura Donkin, LCSW-C.  This bi-monthly group is meant to be an adjunct to the morning Sleep Improvement Group.  In this group, members will explore their sleep issues in a more personal and intensive way.   We review topics such as: napping, nightmares and sleep hygiene.  Today we focused on the physiological and mental benefits of sleep.  We discussed sleep hygiene and went around the room asking each group member what they're doing right and how they can improve.  Group members discussed benefits of power napping.  The group unanimously agreed to practice power napping for last 10 minutes of the group.  SM actively contributed to group discussion.      We will meet again on 21 September, 2017 .  No SI/HI plan or intent present.


**S/O Note** Written by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1447 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: 1430  Check out of PCS afternoon program.  SM denied SI/HI.  Tomorrow, 0800 psychological testing.


**S/O Note** Written by GHOLSON,GEORICA K @ 07 Sep 2017 1449 EDT
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Encounter Background Information: COMMUNICATION SKILLS
 FACILITATORS: Dr. Georica Gholson, psychologist and Mrs. Delacie Gardiner, psychiatric technician from 1330-1420.
 Purpose of communication skills group is to explore and discuss components of communication among co-workers, peers, family, and friends, and to use effective communication strategies to enhance and improve relationships.
 Intervention: Discuss and identify aspects of "fighting fair/unfair."  Discuss elements of what constitutes a conflict and which behaviors can escalate a conflict. Additionally, group discussed how "unfair fighting" can become abuse and which behaviors are

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis          DOB: ██  1985  SSN: ***-**-██          DoD ID: 1286180538          Created: 13 Nov 2017

considered verbal and emotional abuse. SM participated in group. He discussed how his father's conflict style influenced how he manages arguments. Additionally, he explained that he is passive in arguments and will stockpile. He was able to recognize how stockpiling can damage relationships and expressed how he struggles with confronting others about offenses in the moment
.
No indication of SI/HI.
Next group scheduled for 21 September 2017.

**A/P** Last updated by GHOLSON,GEORICA K @ 07 Sep 2017 1448 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

          Procedure(s):          -Psychiatric Therapy Individual Approximately 30 Minutes x 2
                                  -Psychiatric Therapy Group Interview x 1

**Disposition** Written by POURZAND,MIRIAM @ 08 Sep 2017 1242 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 08 Sep 2017 1242

CHANGE HISTORY
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 07 Sep 2017 1448 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 07 Sep 2017 1448 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1448 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

          Procedure(s):          -Psychiatric Therapy Individual Approximately 30 Minutes x 2
                                  -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1448 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1448 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 07 Sep 2017 1415 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Anderson, Daniel Dennis          DOB: ██  1985  SSN: ***-**-██          DoD ID: 1286180538          Created: 13 Nov 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


     Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1
                          -Psychiatric Therapy Group Interview x 1
***The following A/P Note Was Overwritten* by DONKIN,LAURA G @ 07 Sep 2017 1415 EDT:**
The A/P section was last updated by DONKIN,LAURA G @ 07 Sep 2017 1415 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 07 Sep 2017 1245 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


     Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1
***The following A/P Note Was Overwritten* by CLOPPER,TAMMY J @ 07 Sep 2017 1245 EDT:**
The A/P section was last updated by CLOPPER,TAMMY J @ 07 Sep 2017 1245 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 07 Sep 2017 1240 EDT.
**1. Generalized anxiety disorder**
     Procedure(s):        -Psychiatric Therapy Individual Approximately 30 Minutes x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*07 Sep 2017 at WRNMMC, Psych Day Hosp Be by LANDE, RAYMOND G.*

Encounter ID:    BETH-29546622    Primary Dx:    Insomnia, unspecified

Patient: **ANDERSON, DANIEL D**          Date: **07 Sep 2017 0649 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCH DAY HOSP BE**        Provider: **LANDE,RAYMOND G.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LANDE,RAYMOND G. @ 07 Sep 2017 0706 EDT

**Problems**                                                      **Allergies**
•Generalized anxiety disorder F41.1                               •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 364**
AR 1830

## Medical Record

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | |
|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 07 Sep 2017 0649 EDT
SLEEP ASSESSMENT

**S/O Note** Written by LANDE,RAYMOND G. @ 07 Sep 2017 0720 EDT
**Reason for Visit**
 Visit for: Attending Note:  SM referred for enhanced sleep assessment.
 45 minutes.
**History of present illness**
 The Patient is a 32 year old male.
 He reported: Sleep SM described sleep as follows. SM goes to bed at 2200 and awakens at 0600.  During the night's sleep it takes SM 15 minutes to fall asleep after which SM awakens  2-3 times  " noise, bathroom, dreams".  SM feels "unrested" upon awakening.  SM does not snore, does not talk in sleep and has no morning  headaches.    SM last use of alcohol two weeks ago .  SM  uses no nicotine .
 Epworth = 18      PreSleep = 13/17    PIRS = 37.
**Objective**
Plan: SM instructed in proper use of device. Device passed test. SM instructed to return device tomorrow.

**A/P** Written by LANDE,RAYMOND G. @ 07 Sep 2017 0723 EDT
**1. Insomnia, unspecified**
 Procedure(s):      -Sleep Study Unattended Record: Heart Rate, O2 Sat, Resp Analysis, Sleep Time x 1

**Disposition** Written by LANDE,RAYMOND G. @ 07 Sep 2017 0723 EDT
**Released w/o Limitations**
**Follow up:**  in the PSYCH DAY HOSP BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LANDE, RAYMOND G.** (C,Psychiatry Continuity Service, WRAMC) @ 07 Sep 2017 0724

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538    Created: 13 Nov 2017

---

### *07 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29546619    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**    Date: **07 Sep 2017 0648 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 08 Sep 2017 0852 EDT

| Problems | Allergies |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB | Active | DISSOLVE 1 TABLET | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: | 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | | |
|---|---|---|---|---|
| SUBL, SUBLINGUAL | | UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 07 Sep 2017 0648 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 07 Sep 2017 0745 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 0725  Check in to PCS Team A. morning program.  SM denied SI/HI.  Has 0830 orthodonture appt, which may be short or may be most of the day.  He will call and let us know if it lasts more than an hour.

**S/O Note** Written by POURZAND,MIRIAM @ 08 Sep 2017 0857 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Accountability- sm excused for psych testing.

**A/P** Last updated by POURZAND,MIRIAM @ 08 Sep 2017 0900 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

    Procedure(s):    -Psychiatric Therapy Individual Approximately 30 Minutes x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

---

**Disposition** Written by POURZAND,MIRIAM @ 08 Sep 2017 0900 EDT
**Released w/o Limitations**
Follow up: 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 08 Sep 2017 0901

---

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 08 Sep 2017 0859 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 08 Sep 2017 0859 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 07 Sep 2017 1129 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


    Procedure(s):            -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
*The following S/O Note Was Deleted by POURZAND,MIRIAM @ 08 Sep 2017 0857 EDT:*
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
        INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

*The following S/O Note Was Deleted by POURZAND,MIRIAM @ 08 Sep 2017 0857 EDT:*
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: SM called at 0930 to say he will be at orthodontics longer than expected.  He will come to afternoon groups when he is released.

*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 07 Sep 2017 1129 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 07 Sep 2017 1129 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 07 Sep 2017 1032 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | |
|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538    Created: 13 Nov 2017 |

## *06 Sep 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE*

Encounter ID:    BETH-29542585    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**         Date: **06 Sep 2017 1355 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCH DAY HOSP BE**       Provider: **DEUTSCH,ANNE MARIE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by DEUTSCH,ANNE MARIE @ 06 Sep 2017 1356 EDT

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •paternal aunt's history of reason for visit [use for free text] (Paternal Aunt) | •No Known Allergies |
| •Counseling, unspecified Z71.9 | •not maternal uncle's history of referred here (Maternal Uncle) | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | •family medical history (General FHx) | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •family history of supplemental HPI [use for free text] (General FHx) | |
| •MAJOR DEPRESSION RECURRENT MODERATE | •no family history of malignant melanoma of the skin (General FHx) | |
| •ANXIETY DISORDER NOS | •family history of father is alive (General FHx) | |
| •Left ankle joint pain | •family history of heart disease (General FHx) | |
| •NEUROTIC EXCORIATION | •family history of cancer (General FHx) | |
| •ANKLE SPRAIN LEFT | •family history of mother is alive (General FHx) | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | •no family history of malignant neoplasm of large intestine (General FHx) | |
| •ANOMALIES OF SKIN | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| •Abdominal pain | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) | |
| •ASTHMA | | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | •paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother) | |
| •Difficulty breathing (dyspnea) | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | | |
| •Removal Of Sutures | •paternal history of preliminary background HPI [use for free text] (Father) | |
| •ASTHMA EXTRINSIC | •family history of test conclusions [Use for free text] (General FHx) | |
| •ROSACEA | •family history of diabetes mellitus (General FHx) | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | •family history of mental illness (not retardation) (General FHx) | |
| •REFRACTIVE ERROR - MYOPIA | •family history of the options include referral (General FHx) | |
| •ALLERGIC RHINITIS | •family history of patient counseling (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease (General FHx) | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY | 0 of 1 | 06 Sep 2017 |

| | | |
|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538    Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

| Medication | Status | Instructions | Refills | Date |
|---|---|---|---|---|
| | | MOUTH EVERY DAY #0 RF1 | | |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by DEUTSCH,ANNE MARIE @ 06 Sep 2017 1355 EDT
Treatment Plan Update/BHDP Team A

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 06 Sep 2017 1356 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Daniel Merwin  29 AUG
    Follow-Up Data Only
    Psychological testing -  Reviewed and  interpreted  psychological tests from BHDP.  These are only one source of data and should be interpreted in the context of the patient's entire presentation.  The BHDP scales are reported and briefly interpreted as follows.
    Behavioral Health Vitals (patient reported):
    Overall health reported as: Good
    Pain Level (0-10): 3            Currently treated: Yes
    Suicidal Ideation Risk - C-SSRS score: 3    Past/Prep Behavior last 3 months: No
    # past attempts as of 09/06/2016: 3
    Most recent Suicidal Ideation: 2-4 weeks ago
    Suicidal Ideation Duration: Fleeting - a few seconds or minutes
    Suicidal Ideation Frequency: Once a week
    Protective Elements Stopping Suicidal Actions:  Family, Fear of failing
    Harm Others over next week as of 8/29/2017 - None    Active Plan: N/A
    Patient with access to weapons: No            ~Recent Outcome Measures (last 30 days)
    BASIS24 - Score: 3.1 - High levels of general distress reported (8/29/2017)
    PHQ9 - Score: 22 - Severe depressive symptoms reported. Evaluation indicated. (8/29/2017)
    GAD7 - Score: 21 - Severe anxiety symptoms reported. Evaluation indicated. (8/29/2017)
    PCL-5 - Score: 65 - Significant PTSD symptoms reported (8/29/2017)
    PCL-C: N/A
    AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP referral (8/29/2017)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

CSI: N/A
ISI - Score: 25 - Clinical insomnia (severe) (8/29/2017)
BAM: Risk/Protection/Use (subscales) - Score:  14/16/0 - Moderate-High Protection (8/29/2017)
   TREATMENT PLAN  UPDATE    Treatment team met today to discuss treatment plan for this pt.  Present were Dr. Pourzand, Ms Smith, Ms. Donkin, Ms. Van Fossen, and Dr. Deutsch.    Medication reconciliation completed per Dr. Pourzand  (see medication list).  No changes in treatment plan.


**A/P** Last Updated by DEUTSCH,ANNE MARIE @ 06 Sep 2017 1400 EDT
**1. Generalized anxiety disorder**
          Procedure(s):              -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1


**Disposition** Written by DEUTSCH,ANNE MARIE @ 06 Sep 2017 1401 EDT
**Released w/o Limitations**
**Follow up:**  as needed .


**Signed By  DEUTSCH, ANNE MARIE** (Clinical Psychologist, WRAMC) @ 06 Sep 2017 1401

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 371**
AR 1837

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *06 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29537684    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**          Date: **06 Sep 2017 1035 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**       Clinic: **PSYCH DAY HOSP BE**          Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 06 Sep 2017 1223 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 | 3 of 3 | 06 Sep 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Refill | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 0 of 1 | 06 Sep 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 2 of 3 | 06 Sep 2017 |
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH | 2 of 2 | 18 May 2017 |

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 372**
AR 1838

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 06 Sep 2017 1035 EDT
LST

**S/O Note** Written by GHOLSON,GEORICA K @ 06 Sep 2017 1515 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: (1230-1430) Life Skills Training- Therapeutic Field Exercise (TFX)"Golf Clinic" Staff: Penny Miller,  recreation therapist, PO3 Bryant Seeley, corpsman and Dr. Georica Gholson, psychologist.
        Co-facilitator was present to provide support. Co-facilitator ensured the activity and group members were safe, actively participated, and observed and remediated any disruptive behaviors.
        Today's TFX consisted of transporting the group to Olney Golf Park, Olney MD for a golf instruction sponsored by Salute Military Golf Association (SMGA). The objective was to provide an opportunity for patients to recreate and  to learn golfing fundamentals in a safe supportive environment. The goals for today's golf clinic were: 1) recreation participation 2) socialization and 3) physical activity. Today was the golf clinic consisted of the provision of lunch (sandwich, cookie, chips and water) , golf equipment and golf instruction from professional PGA golfers and SMGA volunteers. Today patients spent time on the driving range where they learned how to grip the club, and swing for short and long distances. At the end of the session a team building competition was provided, enabling patients to work together to reach a common goal. Post activity a group discussion about the experience they created and coping skills used .
        Participation: Pt actively
        participated throughout the session. Pt ate lunch with the group and was receptive to golf instruction. 13 patients attended this TFX No suicidal ideation, homicidal ideation, plan or intent noted. Next LST Therapeutic Field Exercise (TFX) is scheduled for Wednesday October 4, 2017.

**S/O Note** Written by SMITH,JESSICA ANN @ 06 Sep 2017 1532 EDT
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Encounter Background Information: Reason for Visit
        Check in for Afternoon Programming 1230-1430
                5 min Check in at:1115
                Program Track:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

( x ) Comprehensive Recovery Program (CRP)
( ) Interpersonal Recovery Program (IRP)
( ) Trauma Recovery Program (TRP)
0 Pain level (0-10) 0
Psychiatric Exam:
    Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 06 Sep 2017 1542 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Afternoon Programming  1230-1430
        5 min Check out at: 1400
        Plan for Next Day of Programming
        x( ) Attend IOP Program tomorrow morning
        ( ) Other
        Disposition: ( x )  Released without limitations.
        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
) No.

**S/O Note** Written by MILLER,PENNY E @ 06 Sep 2017 1759 EDT
**Reason for Visit**
    Visit for: (1230-1430) Life Skills Training- Therapeutic Field Exercise (TFX)"Golf Clinic" Staff: this writer Penny Miller,
recreation therapist, PO3 Bryant Seeley, corpsman and Dr. Georica Gholson, psychologist.
    Objective: To provide an opportunity to recreate and learn golfing fundamentals in a safe supportive environment.
    Activity: Today's TFX consisted of transporting the group to Olney Golf Park, Olney MD for a golf instruction sponsored by
Salute Military Golf Association (SMGA). The goals for today's golf clinic were: 1) recreation participation 2) socialization and 3)
physical activity. Today was the golf clinic consisted of the provision of lunch (sandwich, cookie, chips and water) , golf equipment
and golf instruction from professional PGA golfers and SMGA volunteers. Patients spent time on the driving range where they
learned how to grip the club, and swing for short and long distances. At the end of the session a team building competition was
provided, enabling patients to work together to reach a common goal. Post participation this writer Penny Miller, recreation therapist
facilitated a group discussion about the experience created and coping skills applied during the process.
    Participation: Pt actively participated throughout the session. Pt ate lunch with the group, socialized with peers and
demonstrated willingness to be actively involved. 13 patients attended this TFX No suicidal ideation, homicidal ideation, plan or
intent noted.
     The next LST Therapeutic Field Exercise (TFX) planned by this writer Penny Miller, recreation therapist is scheduled for
Wednesday October 4, 2017.

**A/P** Last updated by SMITH,JESSICA ANN @ 06 Sep 2017 1543 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

Procedure(s):     -Psychiatric Therapy Group Interview x 1
-Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 07 Sep 2017 1247 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 07 Sep 2017 1247

---

**CHANGE HISTORY**
*The following S/O Note Was Deleted by MILLER,PENNY E @ 06 Sep 2017 1801 EDT:*
**Reason for Visit**
        Visit for: (1230-1430) Life Skills Training- Therapeutic Field Exercise (TFX)"Golf Clinic" Staff: this writer Penny Miller,  recreation therapist, PO3 Bryant Seeley, corpsman and Dr. Georica Gholson, psychologist.
        Objective: To provide an opportunity to recreate and learn golfing fundamentals in a safe supportive environment.
        Activity: Today's TFX consisted of transporting the group to Olney Golf Park, Olney MD for a golf instruction sponsored by Salute Military Golf Association (SMGA). The goals for today's golf clinic were: 1) recreation participation 2) socialization and 3) physical activity. Today was the golf clinic consisted of the provision of lunch (sandwich, cookie, chips and water) , golf equipment and golf instruction from professional PGA golfers and SMGA volunteers. Patients spent time on the driving range where they learned how to grip the club, and swing for short and long distances. At the end of the session a team building competition was provided, enabling patients to work together to reach a common goal. Post participation this writer Penny Miller, recreation therapist facilitated a group discussion about the experience created and coping skills applied during the process.
        Participation: Pt actively participated throughout the session. Pt ate lunch with the group, socialized with peers and demonstrated willingness to be actively involved. 13 patients attended this TFX No suicidal ideation, homicidal ideation, plan or intent noted.
        The next LST Therapeutic Field Exercise (TFX) planned by this writer Penny Miller, recreation therapist is scheduled for Wednesday October 4, 2017.

*The following A/P Note Was Overwritten by SMITH,JESSICA ANN @ 06 Sep 2017 1543 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 06 Sep 2017 1543 EDT - see above.Previous Version of A/P section was entered/updated by GHOLSON,GEORICA K @ 06 Sep 2017 1515 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):     -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 06 Sep 2017 1515 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 06 Sep 2017 1515 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 06 Sep 2017 1224 EDT.
**1. Generalized anxiety disorder:** 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*06 Sep 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-29535723    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **06 Sep 2017 0930 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 06 Sep 2017 0949 EDT

Allergies
•No Known Allergies

Vitals
No Vitals Found.

**Appointment Comments:**
ett/phq9/gad7

**Note** Written by TOBAR,EDEN @ 06 Sep 2017 1135 EDT
**Followup Note**

Patient: Daniel Merwin        Gender:   M
DOB: ▮▮ 1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #12
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy    Rank:        MOS: CTN    TIS: 11 yrs
UIC:    Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No    # Deployments: 1    Months Deployed: 36
WTU: No    MEB: No    AdmSep: No
Special Clearance: Yes    Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes    Work Colleague Problems: No
Anger Problems: Yes    Spouse/Sig Other Problems: No
Legal Problems: No    Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0    Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None    Active Plan: N/A

| Anderson, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 376**
AR 1842

**Medical Record**

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-██    DoD ID: 1286180538    Created: 13 Nov 2017

Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up appt.  We last met four weeks ago, at which time pt was waiting to find out if his command would allow him to attend IOP.  Since that time he was accepted into the program and started it last week. He has been feeling more depressed and anxious and says his phq9 and gad7 scores are higher today because he is answering the questions more honestly now.  He has felt increasingly upset with his command as he finds them very unsupportive.  He cites as examples that they tried to separate him for his ATS enrollment, calling it a treatment failure even though he self-referred. His ATS counselor contacted his command to intervene.  He also states there was an 'all-hands' meeting about him in which the reasons his clearance were revoked and other topics were discussed per pt in front of 150 service members without his knowledge, supposedly to minimize gossip about him.  WE discussed these episodes as triggers for his increased depression and anxiety symptoms.  HE states his MEB referral for IBS was accepted, which he is pleased about.  He is not sure if Effexor xr is helpful.  He still has cravings to drink despite taking naltrexone and feels tired all the time. He has a sleep study coming up. He has cut out all caffeine and has been having headaches, about which I encouraged him to speak to his PCM.  HE states he has a number of medical conditions he wants documented in his chart for his medical board.  He admits he had a thought over the weekend of jumping off a building while sitting on the toilet but denies intent to act.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.' He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work. He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min          Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18
19JUL17 phq9= 20 (#9=1); gad7= 18
27JUL17 phq9= 16 (#9=0); gad7= 16
09AUG17 phq9= 15 (#9=0); gad7= 16
06SEP17 phq9= 19 (#9=1); gad7= 19

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                    Yes
Over lifetime, Suicidal Thoughts?                                  Yes
Over lifetime, Suicidal Thoughts with Method?        Yes
Over lifetime, Suicidal Intent?                                        Yes
Over lifetime, Suicide Intent with Specific Plan?     Yes
Over lifetime, Suicide Behavior?                          Yes            Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                 1-3 months ago
Suicidal Thoughts Duration?                                         Less than 1 hour
Suicidal Thought Frequency?                                       Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                     [ ] History of family/friend suicide
[ ] Chronic medical conditions    [ x ] Impulsivity
[x ] History of abuse                   [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                              [x ] Active treatment engagement
[ ] Good coping/problem solving skills   [x ] Hopefulness present
[ ] Faith/religion commitment                [ ] Positive future orientation

**Allergies:** nkda

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

**Medications:**

VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL  TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING  3          Ordered   06 Sep 2017@0001

NALTREXONE HCL, 50 MG, TABLET, ORAL        TAKE ONE TABLET BY MOUTH EVERY DAY        0          Refill

VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL            TAKE ONE CAPSULE BY MOUTH EVERY DAY       0         Active       06 Sep 2017@0001

OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL  TAKE 2 BY MOUTH EVERY DAY            2          Active

Chlorhexidine Gluconate 0.12%, Solution, Oral      RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS.       0          Active      09 Aug 2017@0001

PROBIOTIC (VSL#3) DS--PO PACK      TAKE ONE PACKET BY MOUTH EVERY DAY        1          Active      06 Jun 2017@0001

SIMETHICONE, 80 MG, TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS       2          Active      18 May 2017@0001

HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL        DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN            3          Active      10 May 2017@0001

Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral        TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY  3          Active      10 May 2017@0001

**Past Behavioral Health History:**

Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.

Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin Dec16 not tolerated.

Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.

Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**

Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**

Caffeine Use: Yes            Cups/Day Equivalent: 4

Tobacco/e-cigs: none              PPD Equivalent:

Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.

Illicit drug use: denied

**Developmental/Social History:**

Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB:  ███  1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in casual clothing.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:fair
Speech:talkative
Mood:dysphoric
Affect:full
Thought Process: circumstantial
Thought Content: denies current suicidal intent/HI/AVH
Judgment: fair
Insight:fair
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM  49 | U/L | (10.0-71.0) | |

| Hepatic Function Panel | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Albumin  SERUM  4.9 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM  58 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM  34 | U/L | (0-41) | |
| Aspartate Aminotransferase | SERUM  24 | U/L | (0-40) | |
| Bilirubin  SERUM  0.3 | mg/dL | (0.15-1.2) | | |
| Bilirubin Direct  SERUM  <0.2 | mg/dL | (0.0-0.3) | | |
| Protein  SERUM  7.6 | g/dL | (6.6-8.7) | | |

| Basic Metabolic Panel | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|
| Urea Nitrogen  SERUM  14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide  SERUM  28 | mmol/L | (22-29) | | |
| Chloride  SERUM  98 | mmol/L | (98-107) | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ■■    1985  SSN: ***-**-■■■    DoD ID: 1286180538        Created: 13 Nov 2017

| | | | | | |
|---|---|---|---|---|---|
| CreatinineSERUM | 1.00 | mg/dL | (0.7-1.2) | | |
| Glucose   SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium   SERUM | 139 | mmol/L | (136-145) | | |
| Calcium   SERUM | 10.1 | mg/dL | (8.6-10.2) | | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | | SERUM | 99.8 | mL/min | (60->=60) |
| GFR Calculated Black | | SERUM | 115.4 <i> | mL/min | (60->=60) |

| CBC W/Diff | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC     BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | | |
| RBC     BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | | |
| Hemoglobin   BLOOD | 15.1 | g/dL | (12.8-17.7) | | |
| Hematocrit   BLOOD | 44.4 | % | (37.5-50.9) | | |
| MCV     BLOOD | 91.4 | fL | (79.5-96.8) | | |
| MCH     BLOOD | 31.1 | pg | (26.2-33.1) | | |
| MCHC    BLOOD | 34.1 | g/dL | (32.6-35.0) | | |
| RDW CV  BLOOD | 12.9 | % | (12.0-16.2) | | |
| Platelets  BLOOD | 272 | x10(3)/mcL | (162-427) | | |
| MPV     BLOOD | 9.0 | fL | (7.0-10.9) | | |
| Neutrophils   BLOOD | 59.4 | % | (40.7-76.4) | | |
| Lymphocytes   BLOOD | 29.8 | % | (15.9-47.8) | | |
| Monocytes   BLOOD | 8.9 | % | (4.5-11.8) | | |
| Eosinophils   BLOOD | 1.5 | % | (0.3-7.1) | | |
| Basophils BLOOD | 0.4 | % | (0.2-1.2) | | |
| ABS Neutrophils   BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | | |
| ABS Lymphocytes   BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | | |
| ABS Monocytes   BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | | |
| ABS Eosinophils   BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | | |
| ABS Basophils   BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | | |
| Differential Review   BLOOD | MANUAL DIFF NOT PERFORMED | | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | (Negative) | |
| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L    0-378 | |

| HIV-1/O/2 Ab | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L  (4.0-15.4) | |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin   SERUM | 4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin   SERUM | 0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Calcium   SERUM | 9.7 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) |
| Chloride   SERUM | 98 | mmol/L | (98-107) | |
| Creatinine SERUM | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose   SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) |
| Protein   SERUM | 7.6 | g/dL | (6.6-8.7) | |
| Sodium   SERUM | 141 | mmol/L | (136-145) | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

| | | | |
|---|---|---|---|
| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 02 Feb 2016 1406   Units | Ref Rng |
| Ethyl Glucuronide   URINE | Negative <i> | ng/mL | Cutoff=250 |

| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine   URINE | NEGATIVE <i> | | (Negative) | |
| Opiates   URINE | NEGATIVE <i> | | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

<u>Safety Risk:</u> This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High

Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**

Generalized Anxiety Disorder per psychologic testing; MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**

Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:   [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will continue medication

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Intervention: increase Effexor to 225 mg po qam, as family members had good response to this medication.  Monitor for emergence of manic symptoms. Counseled pt on risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will abstain from drinking
Objective: pt will refrain from alcohol use
Intervention: continue naltrexone 50 mg po daily.  Consider adding acamprosate in future as pt reports continued cravings, though he has not relapsed.  Normal b12 panel drawn after July 2017 visit.
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of medication plan with patient who stated understanding and agreement with plan. Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Follow-up: three weeks

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

**A/P** Written by TOBAR,EDEN @ 06 Sep 2017 1137 EDT
**1. Generalized anxiety disorder**
    Medication(s):    -VENLAFAXINE XR--PO 75MG CPSR 24H - TAKE ONE CAPSULE WITH ONE 150 MG CAPSULE
                     FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #30 RF3 Ordered By: TOBAR,EDEN
                     Ordering Provider: TOBAR, EDEN T
**2. Major depressive disorder, single episode, unspecified**

**Disposition** Written by TOBAR,EDEN @ 06 Sep 2017 1137 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 06 Sep 2017 1138

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

## *06 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:      BETH-29531948      Primary Dx:      Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**         Date: **06 Sep 2017 0739 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**      Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 06 Sep 2017 0825 EDT
**Problems**                                                        **Allergies**
•Generalized anxiety disorder F41.1                                 •No Known Allergies
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**
Loading...

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 06 Sep 2017 0739 EDT
IOP

**S/O Note** Written by DONKIN,LAURA G @ 06 Sep 2017 0935 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Positive Psychology Group 0800-0900 facilitated by Laura Donkin, LCSW-C
and Ms. Gardiner.  The purpose of  this group is to assist patients in viewing themselves and their situations based on their
strengths, rather than weaknesses or symptoms, with the aim of helping them flourish and live a fulfilling life.  Today's group was
focused on reviewing the factors identified by Dr. Martin Seligman, which are present in people who describe themselves as happy.
Today's discussion was centered on Accomplishment and how this factor can enhance one's feelings of happiness.  SM actively
participated in group discussion. The next group will be held @ 0800 on Wednesday, 13 September.  No SI/HI plan or intent
present.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

**S/O Note** Written by SMITH,JESSICA ANN @ 06 Sep 2017 1358 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-In  at :0745

        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
   ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 06 Sep 2017 1403 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
        5 min Check-Out  at :0900

        Immediate Future Plans:
        (x  ) Comprehensive Recovery Program (CRP)  1230-1430
        ( ) Interpersonal Recovery Program (IRP)  1230-1430
        ( ) Trauma Recovery Program (TRP)  1230-1430
        ( ) Attend IOP Program tomorrow morning
        ( ) Other  -
        Disposition: ( x )  Released without limitations.
        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
   ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 06 Sep 2017 1413 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:
This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the
morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by POURZAND,MIRIAM @ 07 Sep 2017 1124 EDT
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in the TSWF BH Spec AIM form>>

SUBJECTIVE /NOTE
 1000-1020 met with sm for follow up he reports he went to Dr. Tobar for scheduled follow up since appointment was already made.
Sm reports notified Dr. Tobar anxiety and depression measures have increased therefore Effexor increased from 150 mg daily to
225 mg daily. Sm reports no side effects. Also discussed TMS and starting treatment for anxiety next week.

FOLLOW UP PLANS

 end of the week

 .....

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

.

MEDICATION RECONCILIATION AND COMPLIANCE

[ x  ]...Medication reconciliation completed. Risks, benefits, major/common side effects, and
alternatives reviewed with patient who stated an understanding and agreement with plan.

[ x ] Yes.....[  ] No.....Compliant with medications.....Comments:
....

**Current medication**
CURRENT MEDICATIONS and OTCs/Supplements/Herbals


MEDICATION TRACKING

Date    Effexor 225 mg daily            Comments- for mood


...
**Physical findings**
**General Appearance:**
° Alert. ° Well developed. ° Well nourished. ° In no acute distress.
**Neurological:**
° No disorientation was observed - oriented to place, person, time, and situation. ° No hallucinations. ° Memory was
unimpaired - recent and remote memories are intact. ° Judgement was not impaired.
Speech: ° Normal - Regular rate, rhythm, tone, volume; non-pressured.
**Psychiatric:**
Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
Attitude: ° Cooperative.
Mood: ° Euthymic.
Affect: ° Normal . Full range. stabile, appropriate to situation, normal intensity, congruent with mood.
Thought Processes: ° Not impaired - they were linear, logical, and goal directed. ° Attention demonstrated no abnormalities.
Thought Content: ° Insight was intact. ° No delusions. ° No suicidal ideation. ° No suicidal plans. ° No suicidal intent. ° No
homicidal ideations. ° No homicidal plans. ° No homicidal intent.


**A/P** Last updated by POURZAND,MIRIAM @ 07 Sep 2017 1128 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 1 ADDITIONAL PROVIDER(S):
SMITH,JESSICA ANN
-INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S):
SMITH,JESSICA ANN
-Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1


**Disposition** Written by POURZAND,MIRIAM @ 07 Sep 2017 1129 EDT
**Released w/o Limitations**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 07 Sep 2017 1129

---

**CHANGE HISTORY**

***The following A/P Note Was Overwritten** by POURZAND,MIRIAM @ 07 Sep 2017 1128 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 07 Sep 2017 1128 EDT - see above.Previous Version of A/P section was entered/updated by SMITH,JESSICA ANN @ 06 Sep 2017 1404 EDT.

**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):              -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
                           -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN

***The following A/P Note Was Overwritten** by SMITH,JESSICA ANN @ 06 Sep 2017 1404 EDT:*
The A/P section was last updated by SMITH,JESSICA ANN @ 06 Sep 2017 1404 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 06 Sep 2017 0826 EDT.

**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

## *05 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29523988    Primary Dx:    Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**    Date: **05 Sep 2017 1223 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 05 Sep 2017 1324 EDT

| Problems | Allergies |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| | FOR ABDOMINAL PAIN #0 RF3 | | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 05 Sep 2017 1223 EDT
IRP

**S/O Note** Written by DONKIN,LAURA G @ 05 Sep 2017 1405 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Anger Management Group 1230-1330. 5 September, 2017. Facilitator: Laura Donkin, LCSW-C, and Ms. Gardiner
    Purpose: The purpose of this group is to help people understand the effect that
    anger has on their lives. Members will be taught techniques to reduce their anger and learn alternate ways of expressing their thoughts and feelings in a safe and supportive environment.  This will be achieved by encouraging them to learn ways to identify the triggers and precipitants that lead to anger and frustration.
    Topic(s): "Anger Thermometer" Group began with a discussion of personal experiences with anger. A worksheet with a thermometer was used for members to rate their experiences with feelings of anger, and to measure their reactions on a scale from 1 to 10. We then reviewed positive coping skills for stress relief and anger management. Patient participated in group activity and discussion.  No indications of suicidal/homicidal ideation, intent, or plan present. Next group will be held on 11 September, 2017.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 05 Sep 2017 1439 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
    INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 05 Sep 2017 1443 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Comprehensive Recovery Program (CRP), Emotional Regulation, Crisis Management Group (1330-1420) - Staff Present: Narcedalia Pratt, LCSW-C and
    Helen Lowenstein LCSW
        PURPOSE: The purpose of this group is for patients to discuss a
    crisis or situation they have experienced and have an opportunity to discuss
    their experience in a safe supportive environment. This group focuses on
    strategies patients can implement in their lives to develop, utilize and
    maintain social supports.
        TOPIC: Today's group began with introductions and what they did over
    the holiday weekend. All patients participated. Patients were then

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

introduced to today's topic/handout, "Definition of a Crisis" to provide increased awareness about what a crisis is, symptoms of distress and stages of a crisis reaction. Patients also discussed things that helped and hinder during crisis. Each group member was provided with a worksheet outlining the aforementioned.

PARTICIPATION: Patient actively participated in the small and large group discussion. There was no indication of suicidal ideation, homicidal ideation, plan or intent noted. Next session is scheduled for Tuesday 9/12/17.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 05 Sep 2017 1504 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information:
TEAM A AFTERNOON CHECK IN:
Pt checked in to afternoon programming at 1210.
Pt denies SI/HI.
Pt reports the following appts this afternoon: none.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 05 Sep 2017 1504 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: TEAM A AFTERNOON CHECK OUT:
Pt checked out from afternoon program at 1430.
Pt denies SI/HI.
Pt reports following appts on tomorrow, Wednesday 6 September: 0930 outpatient behavioral health.
Pt will return to program tomorrow at regularly scheduled time.

**S/O Note** Written by PRATT,NARCEDALIA @ 05 Sep 2017 1507 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: Comprehensive Recovery Program (CRP), Emotional Regulation, Crisis Management Group (1330-1420) - Staff Present: Narcedalia Pratt, LCSW-C and Penny Miller, CTRS, LCSW-C.

PURPOSE: The purpose of this group is for patients to discuss a crisis or situation they have experienced and have an opportunity to discuss their experience in a safe supportive environment. This group focuses on strategies patients can implement in their lives to develop, utilize and maintain social supports.

TOPIC: Today's group began with introductions and what they did over the holiday weekend. All patients participated. Patients were then introduced to today's topic/handout, "Definition of a Crisis" to provide increased awareness about what a crisis is, symptoms of distress and stages of a crisis reaction. Patients also discussed things that helped and hinder during crisis. Each group member was provided with a worksheet outlining the aforementioned. This writer served as co-facilitator of this group, checking on reactions of individual members, following up with members who showed distress or confusion, and checking for safety with members who leave the room.

PARTICIPATION: Patient actively participated in the small and large group discussion. There was no indication of suicidal ideation, homicidal ideation, plan or intent noted. Next session is scheduled for Tuesday 9/12/17.

**A/P** Last updated by PRATT,NARCEDALIA @ 05 Sep 2017 1508 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017

The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):          -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): PRATT,NARCEDALIA

**Disposition** Written by POURZAND,MIRIAM @ 06 Sep 2017 1254 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 06 Sep 2017 1254

CHANGE HISTORY
*The following A/P Note Was Overwritten by PRATT,NARCEDALIA @ 05 Sep 2017 1508 EDT:*
The A/P section was last updated by PRATT,NARCEDALIA @ 05 Sep 2017 1508 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 05 Sep 2017 1407 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):          -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 05 Sep 2017 1407 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 05 Sep 2017 1407 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 05 Sep 2017 1325 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ██████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017

---

### *05 Sep 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29516510     Primary Dx:     Generalized anxiety disorder

Patient: **ANDERSON, DANIEL D**             Date: **05 Sep 2017 0808 EDT**             Appt Type: **FTR**
Treatment Facility: **WALTER REED**         Clinic: **PSYCH DAY HOSP BE**             Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 05 Sep 2017 0824 EDT

| Problems | Allergies |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis          DOB: ▮▮ 1985  SSN: ***-**-▮▮          DoD ID: 1286180538          Created: 13 Nov 2017

| | | | |
|---|---|---|---|
| | FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 05 Sep 2017 0808 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 05 Sep 2017 0859 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Emotion Regulation (0800-0900) Facilitated by Anne-Marie Deutsch, Ph.D
    Purpose: To introduce patients to Emotion Regulation strategies as ways to: understand the emotions they experience (correctly identify and label emotions); work to reduce emotional vulnerability by increasing pleasant emotions; work to decrease emotional suffering by letting go of painful emotions; and change painful/unpleasant emotions by acting in the opposite manner.
        The content for this session focused on a structure to use in managing emotions, specifically a handout entitled "Recovery Action Plan".  Group members  answered questions such as " What do I notice when I am not doing well?" and others related to maintaining good emotional balance.  SM was late to group -- he was quiet  throughout the session and there were no concerns regarding SI/HI, intent or plan. The next emotional regulation group will be in one week.  SM released without limitations to attend 0900 group.

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 05 Sep 2017 1047 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
    INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 05 Sep 2017 1058 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Distress Tolerance Group, (1000-1050). Facilitated by Ms. Helen Lowenstein, LCSW.
    Purpose:  To teach patients skills to identify potential distressing events and to teach them to manage negative emotions/negative experiences without exacerbation of a perceived crisis.
    Patients will also be encouraged to become aware of ways they escape severe emotional pain through destructive behaviors and/or relationships. Time will also be spent helping patients learn to tolerate the distress.
    Topic:   Distress Tolerance Cheat Sheet Hand out was discussed and discussed self soothing techniques for coping skills in distressing situations and the importance of practicing coping skills without exacerbation of a perceived crisis.  Patients were then asked to come up with a list of coping skills either they tried in the past that were positive and worked or ones they would like to try in the future.  Each patient was provided turns to act or draw a coping skill and tell when it is good to use and why.  The rest of the group was able to guess what the coping skill was. This sparked discussion on adopting healthy new coping skills and

**Medical Record**

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

behavior.
    PARTICIPATION:  PT was an active participant throughout the group.  PT drew his coping skill and explained why it is important.  No evidence of SI/HI.  Next group to meet 09/12/17 at 1000.


**S/O Note** Written by DONKIN,LAURA G @ 05 Sep 2017 1114 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Individual note.  SW met with SM for individual 1:1 session from 0900-0955.  SM described Labor Day holiday as generally difficult and said that he is not drinking but "it was really hard."  SM admitted to spending a lot of the time in bed.  SM said that he has been reading excerpts from his mother's journal over the period of his childhood to help him refresh his memory of abuse from father and to clarify his emotions towards his father.  SM read this SW from the journal and we used these passages as talking points.  As SM was sharing incidents of childhood with this SW, he segued into discussion about sister who was diagnosed as bipolar and acted out in childhood and adolescence.  SM admitted to sexually molesting sister when he was age 15 and she was 15.  He said that father found out and called it "rape" and used it against him.  He was punished for 1 year.  SM did not share his feelings about this incident, but says that he and this sister do not communicate.  SM also said that due to abuse from father, he was in Foster Care for a few weeks and that both sisters had attempted suicide.  SM stated that he has had almost no contact with father over more than 10 years.  This SW explored what SM his hoping for from father.  SM would like some sort of apology for abuse, but at the same time knows that he will never get this.  We also discussed his ambivalence towards father, as he is still hoping for recognition even though he says that he hates father.  SM will think more about maintaining this emotional connection to father and why he finds it so difficult to let go of his need for love from him.  SM admitted to fleeting suicidal ideation over the weekend but said that it was over in a few minutes.  SM currently denies SI/HI plan or intent.  We will meet again on Friday.


**S/O Note** Written by POURZAND,MIRIAM @ 05 Sep 2017 1326 EDT
**History of present illness**
    The Patient is a 32 year old male.


SUICIDE RISK ASSESSMENT
Suicide Risk Factors Review:
Suicide Plan: N
Suicide Preparation:  N
Suicide Rehearsal: N
History of Suicidality: Y, passive intermittent
Single Attempts: Y, during childhood
Multiple Attempts: N
Current Intent: N
Impulsivity: Y
Substance abuse: Y
Significant Loss: N
Interpersonal Isolation: N
Relationship problems: Y
Burden to others: N
Health problems: N
Physical pain:  N
Legal problems: N
Shame: N
Patient's Overall Suicide Risk: low.
.


**S/O Note** Written by VANFOSSEN,MALLORY B @ 05 Sep 2017 1503 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A MORNING CHECK IN:
Pt checked in to morning programming at 0805.
Pt denies SI/HI.
Pt reports following appts this morning: none.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 13 Nov 2017

**S/O Note** Written by VANFOSSEN,MALLORY B @ 05 Sep 2017 1503 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    TEAM A MORNING CHECK OUT:
    Pt checked out from morning programming at 1050.
    Pt denies SI/HI.
    Pt will return after lunch.

**A/P** Last updated by DONKIN,LAURA G @ 05 Sep 2017 1131 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

      Procedure(s):      -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                      -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by POURZAND,MIRIAM @ 06 Sep 2017 1249 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 06 Sep 2017 1249

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 05 Sep 2017 1131 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 05 Sep 2017 1131 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 05 Sep 2017 1048 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

      Procedure(s):      -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 05 Sep 2017 1048 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 05 Sep 2017 1048 EDT - see above.Previous Version of A/P section was entered/updated by POURZAND,MIRIAM @ 05 Sep 2017 0825 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

| Encounter ID: | BETH-29498947 | Primary Dx: | Major depressive disorder, recurrent, moderate |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **31 Aug 2017 1234 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 01 Sep 2017 1421 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
•MAJOR DEPRESSION RECURRENT MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 397**
AR 1863

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| | | EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 31 Aug 2017 1234 EDT
IRP

**S/O Note** Written by DONKIN,LAURA G @ 31 Aug 2017 1401 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Life Skills Group
    1230-1330. Facilitator:  Laura Donkin, LCSW-C.  This CRP group addresses behaviors which promote a healthy and independent life style. Topics include: strategies for time management, building a support network, resilience, and relapse prevention.  Today's topic was, "Treatment Expectations Survey."  Patients filled out survey for their treatment expectations and the most important expectations were discussed by patients.  SM actively participated in group discussion.   The next group will be held on 7 September..
     No SI/HI plan or intent present.

**S/O Note** Written by GHOLSON,GEORICA K @ 31 Aug 2017 1435 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: FORGIVENESS
    RELATIONSHIP SKILLS 1330-1420
    FACILITATORS: Dr. Georica Gholson, psychologist and Mrs. Delacie Gardiner, psychiatric technician
    Purpose: Explore and discuss components of healthy relationships, including peers, family, and friends. The group aims to guide patients into identifying maladaptive and adaptive relationship behaviors. Furthermore, the group aims to help patients apply concepts to their daily lives to strengthen their relationships, cultivate new relationships, and to improve discernment about relationships that may be beneficial or harmful to their recovery process.
    Group task: Group members defined and discussed the concept of forgiveness. Group members described situations in which they forgave others. Additionally, they discussed barriers and challenges to forgiveness.  Participation: SM participated in group discussion
    Assessment:  No indication of distress. No indication of SI/HI
    Plan: Next group scheduled for Thursday 7 September 2017.

**A/P** Last updated by POURZAND,MIRIAM @ 01 Sep 2017 1422 EDT
**1. Major depressive disorder, recurrent, moderate**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):        -Psychiatric Therapy Group Interview x 1

**Disposition** Written by POURZAND,MIRIAM @ 01 Sep 2017 1423 EDT
**Released w/o Limitations**
**Follow up:** 5 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 01 Sep 2017 1424

---

CHANGE HISTORY
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 01 Sep 2017 1422 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 01 Sep 2017 1422 EDT - see above.Previous Version of A/P section was entered/updated by GHOLSON,GEORICA K @ 31 Aug 2017 1435 EDT.
**1. Major depressive disorder, recurrent, moderate**
        Procedure(s):                        -Psychiatric Therapy Group Interview x 1
*The following A/P Note Was Overwritten by GHOLSON,GEORICA K @ 31 Aug 2017 1427 EDT:*
The A/P section was last updated by GHOLSON,GEORICA K @ 31 Aug 2017 1427 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 31 Aug 2017 1403 EDT.
**1. Major depressive disorder, recurrent, moderate**
        Procedure(s):                        -Psychiatric Therapy Group Interview x 1

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇▇▇ 1985  SSN: ***-**-▇▇ | DoD ID: 1286180538 | Created: 13 Nov 2017 |
|---|---|---|---|

*31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:  BETH-29491837    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **31 Aug 2017 0805 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **POURZAND,MIRIAM**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 01 Sep 2017 1400 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
•MAJOR DEPRESSION RECURRENT MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | FOR ABDOMINAL PAIN #0 RF3<br>TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CLOPPER,TAMMY J @ 31 Aug 2017 0805 EDT
CES
**Appointment Comments:** Written by CLOPPER,TAMMY J @ 31 Aug 2017 0805 EDT
TB

**S/O Note** Written by CLOPPER,TAMMY J @ 31 Aug 2017 1126 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Purpose: Alpha Stim Therapy 0800-0830 Registered Nurse met with the patient today for a follow-up Alpha-Stim session. The Alpha-Stim device was sought as an alternative therapy to target anxiety, depression, and insomnia.  The patient was given directions about completing the Alpha-stim session. Before the initiation of the protocol the patient reported that he slept 6 hours interrupted sleep last with nightmares.  Reports taking a 3 hour nap in the evening as well.  The intensity was adjusted from 0 uA to 4.0 uA.  After completion of the session, pt denied side effects (i.e. dizziness, headache). The patient was asked to monitor the amount and quality of his symptoms that night and report on his progress the following day.  The patient was scheduled for a follow-up appointment tomorrow.

**A/P** Last Updated by CLOPPER,TAMMY J @ 31 Aug 2017 1133 EDT
**1. Generalized anxiety disorder**
    Procedure(s):    -Psych Ther Indiv Psychophysiological W/ Biofeedback Approx 30 Minutes x 1 ADDITIONAL
                PROVIDER(S): CLOPPER,TAMMY J

**Disposition** Written by POURZAND,MIRIAM @ 01 Sep 2017 1400 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 01 Sep 2017 1400

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

---

### *31 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29491169    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **31 Aug 2017 0741 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 01 Sep 2017 1352 EDT

| Problems | Allergies |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

---

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | FOR ABDOMINAL PAIN #0 RF3 TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 31 Aug 2017 0741 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0838 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 0740  Check in to PCS Team A.  SM denied SI/HI.  0800 appt with Ms. Donkin.

**S/O Note** Written by DONKIN,LAURA G @ 31 Aug 2017 0935 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
    INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 31 Aug 2017 1343 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: (1000-1050) - Recreation Therapy- "This group was facilitated by Penny Miller, recreation therapist and Helen Lowenstein, social worker LCSW.
    Purpose: To provide an opportunity for healthy communication, problem-solving, encourage teamwork and compromise. Patients were divided into 4 teams two teams played Uno and provided coping skills they utilized in the past that were healthy ones when needed when it was their turn or ones they want to try in the future.  This was a way patients could recreate yet utilize skills to help in distressing situations.  The other two two teams played games and shared coping skills.
    TOPIC:  Leisure planning and recreation. The ice breaker was an activity to get the patients to recreate and learn to work together.  The game musical chairs was played and the group worked together in removing chairs from tables and supporting each other if they didn't make it to the next round.  Then a hand out was provided discussing leisure planning and they were asked to get a partner and share their healthy plans for this weekend.  Two additional hand outs were providing for coping skills list to prepare them in case stressful situations arise over the weekend.
    Participation:  PT was an active participant throughout the group.  No evidence of S/I or H/I.  Next session is scheduled for 9/07/17, 1000.

**S/O Note** Written by DONKIN,LAURA G @ 31 Aug 2017 1412 EDT
**History of present illness**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

The Patient is a 32 year old male.
He reported: Encounter Background Information: Individual Note. SW met with SM for individual 1:1 session from 0810-0900. SM presented in positive mood and was talkative throughout session. This was SM's first individual session and we explored some areas that we will focus on for treatment. SM described himself as very OCD and described some of his behaviors. SM would like to learn to be more flexible in his behaviors and in thought processes. He has difficulty deciding if he is an introvert or extravert and said that he vacillates in between the two. SM said that he has always had difficulty forming lasting friendships which also disturbs him. We spent much of session discussing his relationship with his father, who was generally physically and emotionally abusive during most of childhood. SM did not recognize that he was being abused until later in high school and realized how manipulative father is. He worries that he has many of the same negative qualities as his father. He admits to having fleeting thoughts of suicidal ideation for 30 seconds a few days ago, but currently denies this. SM would also like to form intimate relationships which are not co-dependent, as most have been in past. He is currently working on being more strict with himself on sleep hygiene. No SI/HI plan or intent present. We will meet again on5 September.

**S/O Note** Written by POURZAND,MIRIAM @ 01 Sep 2017 1353 EDT
**History of present illness**
The Patient is a 32 year old male.
He reported: Encounter Background Information: 1000-1020- met with sm for follow up reports adapting well to program. Discussed alternative treatment, sm reports using alpha-stim device. No other changes to treatment plan. No SI/HI. Plan follow up next week.

**A/P** Last updated by POURZAND,MIRIAM @ 01 Sep 2017 1354 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed. Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):      -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                   -Psychiatric Therapy Individual Approximately 30 Minutes x 1
                   -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
                   -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1

**Disposition** Written by POURZAND,MIRIAM @ 01 Sep 2017 1355 EDT
**Released w/o Limitations**
**Follow up:** 5 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 01 Sep 2017 1355

**CHANGE HISTORY**
***The following A/P Note Was Overwritten*** *by POURZAND,MIRIAM @ 01 Sep 2017 1354 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 01 Sep 2017 1354 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 31 Aug 2017 1422 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                       -Psychiatric Therapy Individual Approximately 30 Minutes x 1
                       -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1
*The following A/P Note Was Overwritten by DONKIN,LAURA G @ 31 Aug 2017 0936 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 31 Aug 2017 0936 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0839 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):          -Psychiatric Therapy Individual Approximately 30 Minutes x 1
*The following A/P Note Was Overwritten by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0839 EDT:*
The A/P section was last updated by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0839 EDT - see above.Previous Version of A/P section was entered/updated by CLOPPER,TAMMY J @ 31 Aug 2017 0812 EDT.
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538       Created: 13 Nov 2017

---

### *31 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE*

| | | |
|---|---|---|
| Encounter ID:    BETH-29490746 | Primary Dx: | Major depressive disorder, recurrent, moderate |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **31 Aug 2017 0718 EDT**
Clinic: **PSYCH DAY HOSP BE**

Appt Type: **FTR**
Provider: **DEUTSCH,ANNE MARIE**

**AutoCites** Refreshed by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0719 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant melanoma of the skin (General FHx)
- family history of father is alive (General FHx)
- family history of heart disease (General FHx)
- family history of cancer (General FHx)
- family history of mother is alive (General FHx)
- no family history of malignant neoplasm of large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- paternal history of preliminary background HPI [use for free text] (Father)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- no family history of chronic liver disease (General FHx)

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, | Active | TAKE 2 BY MOUTH EVERY | 3 of 3 | 06 Jun 2017 |

---

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538       Created: 13 Nov 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

| Medication | Status | Instructions | Refill | Date |
|---|---|---|---|---|
| CAPSULE, ORAL |  | DAY #0 RF3 |  |  |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active |  | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active |  | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0718 EDT
Treatment Plan Update Team A/BHDP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0719 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Encounter Background Information:
　　Daniel Anderson
　　Follow-Up Data Only
　　Psychological testing -  Reviewed and  interpreted  psychological tests from BHDP.  These are only one source of data and should be interpreted in the context of the patient's entire presentation.  The BHDP scales are reported and briefly interpreted as follows.
　　Behavioral Health Vitals (patient reported):
　　Overall health reported as: Good
　　Pain Level (0-10): 3　　　　Currently treated: Yes
　　Suicidal Ideation Risk - C-SSRS score: 3　　Past/Prep Behavior last 3 months: No
　　# past attempts as of 09/06/2016: 3
　　Most recent Suicidal Ideation: 2-4 weeks ago
　　Suicidal Ideation Duration: Fleeting - a few seconds or minutes
　　Suicidal Ideation Frequency: Once a week
　　Protective Elements Stopping Suicidal Actions:  Family, Fear of failing
　　Harm Others Risk over next week as of 8/29/2017 - None　　Active Plan: N/A
　　Patient with access to weapons: No
　　Recent Outcome Measures (last 30 days)
　　BASIS24 - Score: 3.1 - High levels of general distress reported (8/29/2017)
　　PHQ9 - Score: 22 - Severe depressive symptoms reported. Evaluation indicated. (8/29/2017)
　　GAD7 - Score: 21 - Severe anxiety symptoms reported. Evaluation indicated. (8/29/2017)
　　PCL-5 - Score: 65 - Significant PTSD symptoms reported (8/29/2017)
　　PCL-C: N/A
　　AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP referral (8/29/2017)
　　CSI: N/A
　　ISI - Score: 25 - Clinical insomnia (severe) (8/29/2017)
　　BAM: Risk/Protection/Use (subscales) - Score:  14/16/0 - Moderate-High Protection (8/29/2017)
　　TREATMENT PLAN  UPDATE    Treatment team met today to discuss treatment plan for this pt.  Present were Dr. Pourzand, Ms Smith, Ms. Donkin, Ms. Van Fossen, Ms. Buford and Dr. Deutsch.   Medication reconciliation completed per Dr. Pourzand  (see

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 13 Nov 2017

medication list).  This SM was admitted t his week.  Treatment was reviewed and there were no changes to present plan.

**A/P** Written by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0720 EDT
**1. Major depressive disorder, recurrent, moderate**
      Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by DEUTSCH,ANNE MARIE @ 31 Aug 2017 0720 EDT
**Released w/o Limitations**
**Follow up:** as needed .

**Signed By  DEUTSCH, ANNE MARIE** (Clinical Psychologist, WRAMC) @ 31 Aug 2017 0721

**Medical Record**

| | | | |
|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ▆▆▆ 1985  SSN: ***-**-▆▆ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *30 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE*

Encounter ID:  **BETH-29489550**   Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**   Date: **30 Aug 2017 1605 EDT**   Appt Type: **FTR**
Treatment Facility: **WALTER REED**   Clinic: **PSYCH DAY HOSP BE**   Provider: **DEUTSCH,ANNE MARIE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1605 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •family medical history (General FHx) | •No Known Allergies |
| •Counseling, unspecified Z71.9 | •family history of supplemental HPI [use | |
| •EXAM/ASSESSMENT, | for free text] (General FHx) | |
| OCCUPATIONAL, SERVICE | •no family history of malignant melanoma | |
| MEMBER PERIODIC HEALTH | of the skin (General FHx) | |
| ASSESSMENT (PHA) DOD0225 | •family history of father is alive (General | |
| •ALCOHOL DEPENDENCE WITH | FHx) | |
| CONTINUOUS DRINKING | •family history of heart disease (General | |
| BEHAVIOR | FHx) | |
| •MAJOR DEPRESSION RECURRENT | •family history of cancer (General FHx) | |
| MODERATE | •family history of mother is alive (General | |
| •ANXIETY DISORDER NOS | FHx) | |
| •Left ankle joint pain | •no family history of malignant neoplasm of | |
| •NEUROTIC EXCORIATION | large intestine (General FHx) | |
| •ANKLE SPRAIN LEFT | •no family history of malignant neoplasm of | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | the gastrointestinal tract (General FHx) | |
| •ANOMALIES OF SKIN | •paternal grandfather's history of | |
| •Abdominal pain | preliminary background HPI [use for | |
| •ASTHMA | free text] (Paternal Grandfather) | |
| •POSTSURGICAL STATE OF EYE AND | •paternal grandmother's history of | |
| ADNEXA | preliminary background HPI [use for | |
| •Difficulty breathing (dyspnea) | free text] (Paternal Grandmother) | |
| •SKIN NEOPLASM UNCERTAIN | •paternal grandmother's history of HPI [use | |
| BEHAVIOR | for free text] (Paternal Grandmother) | |
| •Removal Of Sutures | •paternal history of preliminary background | |
| •ASTHMA EXTRINSIC | HPI [use for free text] (Father) | |
| •ROSACEA | •family history of test conclusions [Use for | |
| •PERIPHERAL RETINAL | free text] (General FHx) | |
| DEGENERATION - LATTICE | •family history of diabetes mellitus | |
| •REFRACTIVE ERROR - MYOPIA | (General FHx) | |
| •ALLERGIC RHINITIS | •family history of mental illness (not | |
| | retardation) (General FHx) | |
| | •family history of the options include | |
| | referral (General FHx) | |
| | •family history of patient counseling | |
| | (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for | |
| | s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease | |
| | (General FHx) | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY | 1 of 1 | 06 Jun 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| | | MOUTH EVERY DAY #0 RF1 | | |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1605 EDT
Treatment Plan Update Team A

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1607 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Daniel Merwin   29 AUG
    Follow-Up Data Only
    Psychological testing -  Reviewed and  interpreted  psychological tests from BHDP.  These are only one source of data and should be interpreted in the context of the patient's entire presentation.  The BHDP scales are reported and briefly interpreted as follows.
    Behavioral Health Vitals (patient reported):
    Overall health reported as: Good
    Pain Level (0-10): 3          Currently treated: Yes
    Suicidal Ideation Risk - C-SSRS score: 3      Past/Prep Behavior last 3 months: No
    # past attempts as of 09/06/2016: 3
    Most recent Suicidal Ideation: 2-4 weeks ago
    Suicidal Ideation Duration: Fleeting - a few seconds or minutes
    Suicidal Ideation Frequency: Once a week
    Protective Elements Stopping Suicidal Actions:  Family, Fear of failing
    Harm Others Risk over next week as of 8/29/2017 - None    Active Plan: N/A
    Patient with access to weapons: No
    Recent Outcome Measures (last 30 days)
    BASIS24 - Score: 3.1 - High levels of general distress reported (8/29/2017)
    PHQ9 - Score: 22 - Severe depressive symptoms reported. Evaluation indicated. (8/29/2017)
    GAD7 - Score: 21 - Severe anxiety symptoms reported. Evaluation indicated. (8/29/2017)
    PCL-5 - Score: 65 - Significant PTSD symptoms reported (8/29/2017)
    PCL-C: N/A
    AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP referral (8/29/2017)
    CSI: N/A
    ISI - Score: 25 - Clinical insomnia (severe) (8/29/2017)
    BAM: Risk/Protection/Use (subscales) - Score:  14/16/0 - Moderate-High Protection (8/29/2017)            TREATMENT PLAN  UPDATE    Treatment team met today to discuss treatment plan for this pt.  Present were Dr. Pourzand, Ms Smith, Ms. Donkin, Ms. Van Fossen, Ms. Buford and Dr. Deutsch.   Medication reconciliation completed per Dr. Pourzand (see medication list).  SM was admitted 29 AUG   No changes in treatment plan.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▇▇ 1985 | SSN: ***-**-▇▇ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**A/P** Written by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1609 EDT
**1. Generalized anxiety disorder**
      Procedure(s):      -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1609 EDT
**Released w/o Limitations**
**Follow up:** as needed .

___

**Signed By  DEUTSCH, ANNE MARIE** (Clinical Psychologist, WRAMC) @ 30 Aug 2017 1609

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538    Created: 13 Nov 2017

---

### *30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29484711    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **30 Aug 2017 1251 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 31 Aug 2017 1400 EDT

**Problems**
- Generalized anxiety disorder F41.1
- Counseling, unspecified Z71.9
- EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
- ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
- MAJOR DEPRESSION RECURRENT
    MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
    ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
    DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

| | | | | |
|---|---|---|---|---|
| | | FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 30 Aug 2017 1251 EDT
LST

**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1445 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information:
          Reason for Visit
     Check in for Afternoon Programming 1230-1430
          5 min Check in at:1230
          Program Track:
          (x ) Comprehensive Recovery Program (CRP)
          ( ) Interpersonal Recovery Program (IRP)
          ( ) Trauma Recovery Program (TRP)
          0 Pain level (0-10) 0
     Psychiatric Exam:
          Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
     ) No.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 30 Aug 2017 1514 EDT
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Encounter Background Information: Art Therapy (1230-1400) Facilitated by Mallory Van Fossen ATR-BC, LCPAT, Art Therapist; and Maggie Hardy, LCSW-C, Social Worker. This session provided pts with the opportunity to visually process thoughts, emotions and therapeutic concepts, and to utilize art making as a means of grounding. Pts were provided with a topic, and then instructed to create the corresponding artwork based upon thoughts and images that came to mind in response. The artwork directive was to "make a drawing containing a door". Pts were asked to consider how the topics of opportunity, obstacles, inside, outside, and functionality could be related to the topic. Pts were also asked to think about how the imagery of a door could depict a theme as a symbol or a metaphor, and focus on making meaning from the topic. Ultimately, pts were encouraged to make their own meaning from the topic, and set their own intention for how they would like to communicate this. 2D materials were used, consisting of pastels, pencils, markers, or chalks. Pts were given 60 minutes to independently work. Discussion followed, in order to process any issues or content that may have been prompted by artmaking. Topics consisted of viewing the door as a barrier versus an opportunity, the nature of having to choose between multiple paths, if keeping things out also functions to keep things in, and whether or not this is ideal, doors relating to protection, and who if anyone- including us- are able to pass through the door we have depicted. There was no indication of SI/HI. Next art therapy session will be held 31 August, 2017.

**S/O Note** Written by HARDY,MARGARET L @ 30 Aug 2017 1523 EDT
**History of present illness**
     The Patient is a 32 year old male.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

Art Therapy (1230-1400) Facilitated by: Mallory Van Fossen, ATR-BC, LCPAT, Art Therapist;
   Co-facilitated by Margaret Hardy, LCSW-C, Social Worker
   OBJECTIVE- This session provided pts with the opportunity to visually process thoughts, emotions and therapeutic concepts, and to utilize art making as a means of grounding.
   SUMMARY OF PROMPT- Group instruction was to create something using any of the materials in the art room with a door.  Pts were encouraged to not only consider the subject matter (what is actually drawn- colors, lines, shapes, symbols) but their approach to the materials (the process of artmaking, technique, organization, apprehension or openness) as being meaningful, and able to provide them with insight.
   This writer co-facilitated art therapy in order to provide clinical support, contribute to discussion by offering therapeutic feedback, and provide additional resources in order to assist service members manage stressors and prevent crisis situations. There was no indication of SI/HI.  Next Art Therapy session will be Thursday, 31 AUG 2017.
.


**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1532 EDT
**History of present illness**
      The Patient is a 32 year old male.
      He reported: Encounter Background Information: Reason for Visit
            Check out for Afternoon Programming  1230-1430
            5 min Check out at:1400
            Plan for Next Day of Programming
            (x  )  Attend IOP Program tomorrow morning
            (  )  Other
            Disposition: (x  )  Released without limitations.
            0 Pain level (0-10)  0
            Psychiatric Exam:
            Thought Content: ?  Homicidal ideations (  ) Yes ( x )  No  Suicidal Ideation (  ) Yes  (x
      ) No.


**A/P** Last updated by POURZAND,MIRIAM @ 31 Aug 2017 1401 EDT
**1. Generalized anxiety disorder:** 1. Generalized anxiety disorder: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.


            Procedure(s):           -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): HARDY,MARGARET L;
                                    VANFOSSEN,MALLORY B


**Disposition** Written by POURZAND,MIRIAM @ 31 Aug 2017 1401 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Medical Record**

Anderson, Daniel Dennis        DOB: ▇▇ 1985  SSN: ***-**-▇▇        DoD ID: 1286180538        Created: 13 Nov 2017

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 31 Aug 2017 1401

**CHANGE HISTORY**
***The following A/P Note Was Overwritten*** *by POURZAND,MIRIAM @ 31 Aug 2017 1401 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 31 Aug 2017 1401 EDT - see above.Previous Version of A/P section was entered/updated by
HARDY,MARGARET L @ 30 Aug 2017 1525 EDT.
**1. Generalized anxiety disorder** F41.1
　　　　Procedure(s):　　　　　-(90853) Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): HARDY,MARGARET L; VANFOSSEN,MALLORY B

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▉ 1985 SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29481531    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**      Date: **30 Aug 2017 1031 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCH DAY HOSP BE**      Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 31 Aug 2017 1354 EDT

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Allergies**
•No Known Allergies

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| | | FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CLOPPER,TAMMY J @ 30 Aug 2017 1031 EDT
CES
**Appointment Comments:** Written by CLOPPER,TAMMY J @ 30 Aug 2017 1031 EDT
TB

**S/O Note** Written by CLOPPER,TAMMY J @ 30 Aug 2017 1215 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Purpose: Alpha Stim Therapy 0950-1020 Registered Nurse met with the SM today for an encounter Alpha-Stim session. The Alpha-Stim device was sought as an alternative therapy to target anxiety, depression, and sleep problems. The pt was given directions about completing the Alpha-Stim session.  Before the initiation of the protocol, SM reported 7 hours of interrupted sleep last night with one nightmare, depression 8/10, anxiety 10/10, 1/10 pain in stomach,  1/10 anger at this time.  During the initial stages of the Alpha-Stim session the intensity was adjusted from 0 uA to 4.0 uA.  After completion of the session, pt denied side effects (i.e. dizziness, headache). The pt was asked to monitor the amount and quality of his symptoms that night and report on his progress the following day. The pt was scheduled for a follow-up appointment tomorrow.

**A/P** Last Updated by CLOPPER,TAMMY J @ 30 Aug 2017 1216 EDT
**1. Generalized anxiety disorder**
    Procedure(s):    -Psych Ther Indiv Psychophysiological W/ Biofeedback Approx 30 Minutes x 1 ADDITIONAL
                PROVIDER(S): CLOPPER,TAMMY J

**Disposition** Written by POURZAND,MIRIAM @ 31 Aug 2017 1354 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 31 Aug 2017 1354

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*30 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:    BETH-29476160    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**         Date: **30 Aug 2017 0741 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCH DAY HOSP BE**      Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 31 Aug 2017 1312 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

| | | | | |
|---|---|---|---|---|
| | | FOR ABDOMINAL PAIN #0 RF3 | | |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 30 Aug 2017 0741 EDT
IOP

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 30 Aug 2017 1025 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: 0800-0850:  Positive Psychology group, cofacilitated by Dr. Deutsch, psychologist, and Ms. Gardner,  psychiatric technician.  This group is designed to help members learn ways to increase well-being, meaning, and joy in their lives using research-based methods of positive psychology.  Today's group was based on the acronym PERMA as developed by Seligman:  Positive Emotion, Engagement, Positive Relationship, Meaning, Accomplishment.  Today's discussion focused on relationships and life meaning.  Members discussed what constitutes a relationship and appreciating the value that they bring to our lives.  We then moved to exploring what brings purpose to our lives.  This SM was attentive and  well engaged in the discussion.  There was no evidence of SI/HI.  Next Positive Psychology group meets in one week.  SM released without limitations.

**S/O Note** Written by MILLER,PENNY E @ 30 Aug 2017 1121 EDT
**Reason for Visit**
    Visit for: (0900 - 0930)  Sensible Thinking Group This group is facilitated by Jessica Smith, social worker and supported by this writer Penny Miller, recreation therapist
    Purpose:  This group teaches the principles of cognitive behavioral therapy and helps patients to reexamine their thoughts and core beliefs in order to exhibit more positive behaviors.
    Activity:  CBT concepts were presented focusing on cognitive distortions. Pt's discussed how to cope with irrational thinking in the military and civilian structure using CBT concepts. This writer served as a support to the group therapy process.
    participation: Pt participated in the group process. Pt left around 0930 and did not return due to being called out of the session by Dr. Pourzand, nurse practitioner. Next Sensible Thinking group is scheduled for Wednesday September 6, 2017.  No indications of suicidal or homicidal ideation, intent, or plan.
    (This note was written by Penny Miller, CTRS, LCSW-C  recreation therapist).

**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1329 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: IOP Group: Sensible Thinking: 0900-0950: Group facilitators: Jessica Smith LCSW and Penny Miller, CTRS LCSW
    Purpose:  To provide psycho education on cognitive behavioral therapy, cognitive distortions, and application to current situations.  Facilitate discussion on how thoughts influence behavior and helpful/unhelpful thinking patterns.  Intervention: Handout provided on common cognitive distortions. Facilitated discussion of negative thinking patterns such as generalization, black and white thinking, personalization, etc and how those thinking patterns influence emotions.  Discussed how thinking patterns can be challenged and adjust to create different emotional responses.  Participation:  Patient was attentive throughout psycho education and participated in group discussion.  Patient was receptive to peer feedback.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1335 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Reason for Visit
        Check in for Intensive Outpatient Program (IOP) 0800-1100
         5 min Check-In  at :0740

        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal Ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  (x
    ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1349 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
    Reason for Visit
        Check out for Intensive Outpatient Program (IOP) 0800-1100
         5 min Check-Out  at :1050

        Immediate Future Plans:
        ( x ) Comprehensive Recovery Program (CRP)  1230-1430
        ( ) Interpersonal Recovery Program (IRP)  1230-1430
        ( ) Trauma Recovery Program (TRP)  1230-1430
        ( ) Attend IOP Program tomorrow morning
        ( ) Other  -
        Disposition: ( x )  Released without limitations.
        0 Pain level (0-10)  0
        Psychiatric Exam:
        Thought Content: ?  Homicidal ideations ( ) Yes ( x )  No  Suicidal Ideation ( ) Yes  ( x
    ) No.

**S/O Note** Written by SMITH,JESSICA ANN @ 30 Aug 2017 1401 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:
This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the
morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**A/P** Last updated by POURZAND,MIRIAM @ 31 Aug 2017 1313 EDT
**1. Generalized anxiety disorder**: 32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft.
Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father.
Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx
of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues
with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute
danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy,
group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical
condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this
information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

Procedure(s):     -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
                               -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN

**Disposition** Written by POURZAND,MIRIAM @ 31 Aug 2017 1347 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 31 Aug 2017 1347

---

**CHANGE HISTORY**
***The following A/P Note Was Overwritten** by POURZAND,MIRIAM @ 31 Aug 2017 1313 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 31 Aug 2017 1313 EDT - see above.Previous Version of A/P section was entered/updated by SMITH,JESSICA ANN @ 30 Aug 2017 1401 EDT.
**1. Generalized anxiety disorder**
       Procedure(s):               -Clinical Social Work Individual Outpatient Counseling 30 Minutes x 2 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN
                                   -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1 ADDITIONAL PROVIDER(S): SMITH,JESSICA ANN

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 421**
AR 1887

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *29 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:      BETH-29468286      Primary Dx:      Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**          Date: **29 Aug 2017 1202 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCH DAY HOSP BE**          Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 30 Aug 2017 1359 EDT

| **Problems** | **Allergies** |
| --- | --- |
| | •No Known Allergies |

**Problems**
•Generalized anxiety disorder F41.1
•Counseling, unspecified Z71.9
•EXAM/ASSESSMENT,
    OCCUPATIONAL, SERVICE
    MEMBER PERIODIC HEALTH
    ASSESSMENT (PHA) DOD0225
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Other PMHs**
No Other PMHs Found.

**Active Medications**
Loading...

**Reason for Appointment:**Written by CHELLAPPA,MARY R @ 29 Aug 2017 1202 EDT
CRP

**S/O Note** Written by DONKIN,LAURA G @ 29 Aug 2017 1353 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Intensive Anger Group 1230-1320 29 August, 2017 Facilitator: Laura Donkin,
LCSW-C and Ms. Gardiner
    Purpose: The purpose of this group is to help people understand the effect that
    anger has on their lives. Members will be taught techniques to reduce their anger and learn alternate ways of expressing their
thoughts and feelings in a safe and supportive environment.  This will be achieved by encouraging them to learn ways to identify the
triggers and precipitants that lead to anger and frustration.
    Topic: "I Know You Are But What Am I?"  Patients were asked to draw a picture that best describes their character when they
are angry. They were then asked to explain their drawings and the characteristics of the animal they chose, to the group. Group
members reacted positively to this exercise, and lively discussion ensued. Patient drew a picture of a cub and a bear.  He said that
when he becomes angry, the cub turns into a bear.  Next group will be held on next Tuesday, 5 September.  No indications of

| Anderson, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 422**
AR 1888

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

suicidal/homicidal ideation, intent, or plan present.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 29 Aug 2017 1442 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Comprehensive Recovery Program (CRP), Emotional Regulation, Stress Management Group (1330-1430) - Staff Present: Narcedalia Pratt, LCSW-C and
Helen Lowenstein LCSW.
    PURPOSE: The purpose of this group is for patients to discuss possible stress triggers as well as strategies or plans to cope with them. This group focuses on methods patients can implement in their lives to reduce stress in short-term and long term situations.
    TOPIC: Today's group focused on "Self-Care Assessment" that explores stress reduction methods consisting of avoid, alter, accept and adapt. This writer served as co-facilitator of this group, checking on reactions of individual members, following up with members who showed distress or confusion, and checking for safety with members who leave the room.
    PARTICIPATION: This writer served as an observer to help with any patients that may be in distress.  No evidence of distress. No evidence of suicidal ideation, homicidal ideation, plan or intent noted. Next session is scheduled for Tuesday 9/5/2017.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 29 Aug 2017 1458 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A AFTERNOON CHECK IN:
Pt checked in to afternoon programming at 1200.
Pt denies SI/HI.
Pt reports the following appts this afternoon: none.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 29 Aug 2017 1459 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information:
TEAM A AFTERNOON CHECK OUT:
Pt checked out from afternoon program at 1430.
Pt denies SI/HI.
Pt reports following appts on tomorrow, Wednesday 30 August: 1100 VA appt in Bldg 11.
Pt will return to program tomorrow at regularly scheduled time.

**S/O Note** Written by PRATT,NARCEDALIA @ 29 Aug 2017 1510 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Comprehensive Recovery Program (CRP), Emotional Regulation, Stress Management Group (1330-1430) - Staff Present: Narcedalia Pratt, LCSW-C and Helen Lowenstein LCSW.
    PURPOSE: The purpose of this group is for patients to discuss possible stress triggers as well as strategies or plans to cope with them. This group focuses on methods patients can implement in their lives to reduce stress in short-term and long term situations.
    TOPIC: Today's group began with introductions and identifying a self-care thing that they have done this week to take care of themselves. All service members participated. Service members were introduced to the "Self-Care Assessment", exploring 3 out of the 6 areas of self-care; physical, psychological, emotional, spiritual, relationship and workplace self-care.  Patients filled in a worksheet for each of the aforementioned domains rating tasks according to how well they think they were doing each. A discussion was facilitated regarding how often each patient participates in each task. Beliefs, values, and barriers to self-care were explored.
    PARTICIPATION: SM actively participated by completing the worksheet and in the group discussion.
    No evidence of suicidal ideation, homicidal ideation, plan or intent noted. Next session is scheduled for Tuesday 9/5/17.

**A/P** Last updated by POURZAND,MIRIAM @ 30 Aug 2017 1359 EDT
**1. Generalized anxiety disorder**: 32 year old single male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship stress. Additionally has hx of alcohol use d/o requiring inpatient detox.  Sm reports anxiety disorder to impair daily functioning, reports poor coping continues

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538        Created: 13 Nov 2017

with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.

Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.

Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

          Procedure(s):        -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): PRATT,NARCEDALIA

**Disposition** Written by POURZAND,MIRIAM @ 30 Aug 2017 1400 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 30 Aug 2017 1400

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by POURZAND,MIRIAM @ 30 Aug 2017 1359 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 30 Aug 2017 1359 EDT - see above.Previous Version of A/P section was entered/updated by PRATT,NARCEDALIA @ 29 Aug 2017 1511 EDT.
**1. Generalized anxiety disorder**
          Procedure(s):              -Psychiatric Therapy Group Interview x 2 ADDITIONAL PROVIDER(S): PRATT,NARCEDALIA
*The following A/P Note Was Overwritten by PRATT,NARCEDALIA @ 29 Aug 2017 1511 EDT:*
The A/P section was last updated by PRATT,NARCEDALIA @ 29 Aug 2017 1511 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 29 Aug 2017 1355 EDT.
**1. Generalized anxiety disorder**
          Procedure(s):              -Psychiatric Therapy Group Interview x 1

**Medical Record**

| Anderson, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *29 Aug 2017 at WRNMMC, Psych Day Hosp Be by DEUTSCH, ANNE MARIE*

Encounter ID:    BETH-29464176    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **29 Aug 2017 0933 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCH DAY HOSP BE**    Provider: **DEUTSCH,ANNE MARIE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0933 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •family medical history (General FHx) | •No Known Allergies |
| •Counseling, unspecified Z71.9 | •family history of supplemental HPI [use | |
| •EXAM/ASSESSMENT, | for free text] (General FHx) | |
|   OCCUPATIONAL, SERVICE | •no family history of malignant melanoma | |
|   MEMBER PERIODIC HEALTH | of the skin (General FHx) | |
|   ASSESSMENT (PHA) DOD0225 | •family history of father is alive (General | |
| •ALCOHOL DEPENDENCE WITH | FHx) | |
|   CONTINUOUS DRINKING | •family history of heart disease (General | |
|   BEHAVIOR | FHx) | |
| •MAJOR DEPRESSION RECURRENT | •family history of cancer (General FHx) | |
|   MODERATE | •family history of mother is alive (General | |
| •ANXIETY DISORDER NOS | FHx) | |
| •Left ankle joint pain | •no family history of malignant neoplasm of | |
| •NEUROTIC EXCORIATION | large intestine (General FHx) | |
| •ANKLE SPRAIN LEFT | •no family history of malignant neoplasm of | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | the gastrointestinal tract (General FHx) | |
| •ANOMALIES OF SKIN | •paternal grandfather's history of | |
| •Abdominal pain | preliminary background HPI [use for | |
| •ASTHMA | free text] (Paternal Grandfather) | |
| •POSTSURGICAL STATE OF EYE AND | •paternal grandmother's history of | |
|   ADNEXA | preliminary background HPI [use for | |
| •Difficulty breathing (dyspnea) | free text] (Paternal Grandmother) | |
| •SKIN NEOPLASM UNCERTAIN | •paternal grandmother's history of HPI [use | |
|   BEHAVIOR | for free text] (Paternal Grandmother) | |
| •Removal Of Sutures | •paternal history of preliminary background | |
| •ASTHMA EXTRINSIC | HPI [use for free text] (Father) | |
| •ROSACEA | •family history of test conclusions [Use for | |
| •PERIPHERAL RETINAL | free text] (General FHx) | |
|   DEGENERATION - LATTICE | •family history of diabetes mellitus | |
| •REFRACTIVE ERROR - MYOPIA | (General FHx) | |
| •ALLERGIC RHINITIS | •family history of mental illness (not | |
| | retardation) (General FHx) | |
| | •family history of the options include | |
| | referral (General FHx) | |
| | •family history of patient counseling | |
| | (General FHx) | |
| | •fraternal history of SUBJECTIVE [Use for | |
| | s.o.a.p. note free text] (Brother) | |
| | •no family history of chronic liver disease | |
| | (General FHx) | |

### Active Medications

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY | 1 of 1 | 06 Jun 2017 |

| Anderson, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 425**
AR 1891

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| | | MOUTH EVERY DAY #0 RF1 | | |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0933 EDT
TESTING

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0933 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Daniel Merwin   29 AUG
    Follow-Up Data Only
    Psychological testing -  Reviewed and  interpreted  psychological tests from BHDP.  These are only one source of data and should be interpreted in the context of the patient's entire presentation.  The BHDP scales are reported and briefly interpreted as follows.

    Behavioral Health Vitals (patient reported):
    Overall health reported as: Good
    Pain Level (0-10): 3            Currently treated: Yes
    Suicidal Ideation Risk - C-SSRS score: 3      Past/Prep Behavior last 3 months: No
    # past attempts as of 09/06/2016: 3
    Most recent Suicidal Ideation: 2-4 weeks ago
    Suicidal Ideation Duration: Fleeting - a few seconds or minutes
    Suicidal Ideation Frequency: Once a week
    Protective Elements Stopping Suicidal Actions:  Family, Fear of failing
    Harm Others Risk over next week as of 8/29/2017 - None    Active Plan: N/A
    Patient with access to weapons: No
    Recent Outcome Measures (last 30 days)
    BASIS24 - Score: 3.1 - High levels of general distress reported (8/29/2017)
    PHQ9 - Score: 22 - Severe depressive symptoms reported. Evaluation indicated. (8/29/2017)
    GAD7 - Score: 21 - Severe anxiety symptoms reported. Evaluation indicated. (8/29/2017)
    PCL-5 - Score: 65 - Significant PTSD symptoms reported (8/29/2017)
    PCL-C: N/A
    AUDIT - Score: 20 - Probable Alcohol Dependence, consider treatment/ASAP referral (8/29/2017)
    CSI: N/A
    ISI - Score: 25 - Clinical insomnia (severe) (8/29/2017)
    BAM: Risk/Protection/Use (subscales) - Score:  14/16/0 - Moderate-High Protection (8/29/2017).

**A/P** Last Updated by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0935 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

**1. Generalized anxiety disorder**
    Procedure(s):      -Psychologic Testing And Report Administered By Computer x 1

**Disposition** Written by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0935 EDT
**Released w/o Limitations**
**Follow up:** as needed .

---

**Signed By  DEUTSCH, ANNE MARIE** (Clinical Psychologist, WRAMC) @ 29 Aug 2017 0935

---

**Medical Record**

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*29 Aug 2017 at WRNMMC, Psych Day Hosp Be by POURZAND, MIRIAM*

Encounter ID:     BETH-29460247     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**     Date: **29 Aug 2017 0715 EDT**     Appt Type: **SPEC**
Treatment Facility: **WALTER REED**     Clinic: **PSYCH DAY HOSP BE**     Provider: **POURZAND,MIRIAM**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by POURZAND,MIRIAM @ 30 Aug 2017 1337 EDT

| **Problems** | **Allergies** |
|---|---|
| •Generalized anxiety disorder F41.1 | •No Known Allergies |
| •Counseling, unspecified Z71.9 | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Other PMHs**
No Other PMHs Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED | 3 of 3 | 10 May 2017 |

| Anderson, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 428**
AR 1894

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

| | | | | |
|---|---|---|---|---|
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | FOR ABDOMINAL PAIN #0 RF3<br>TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by CHELLAPPA,MARY R @ 29 Aug 2017 0715 EDT
INTAKE

**S/O Note** Written by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0906 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: MORNING GROUP THERAPY SUMMARY NOTE 0730-1100:   HCPCS CODE S9480:
    INTENSIVE OUTPATIENT PROGRAM (IOP)-PSYCHIATRIC SERVICES:  This HCPCS code issued per MHS and MEDCOM IOP guidance to capture RVU credit for all group therapy services provided in the morning.  The first half of this daily IOP program is comprised of a full morning program from 0730 to 1130.

**S/O Note** Written by LOWENSTEIN,HELEN T @ 29 Aug 2017 1143 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: Distress Tolerance Group 1000-1050 facilitated by Ms. Helen Lowenstein LCSW .
    Purpose:  To teach patients skills to identify potential distressing events and to teach them to manage negative emotions/negative experiences without exacerbation of a perceived crisis. Patients will also be encouraged to become aware of ways they escape severe emotional pain through destructive behaviors and/or relationships. Time will also be spent helping patients learn to tolerate the distress.
    Topic:  Patients were provided a hand out titled Things that influence Stress Tolerance Level.  It listed five categories:  Support network, sense of control (internal vs external), attitude and outlook, ability to deal withj your emotions (Recognition and recovery), and Knowledge and preparation.  The patients were asked to identify ones they have been utilizing in their life already for positive coping, and areas they may need to incorporate.  Patients went around the room and shared what they have been or need to start to do and what areas cause them more distress than others.   This is to help empower patients that they may have or will have a tool box of coping skills to pull from when in distress and adopt healthier coping patterns and behaviors.
    PARTICIPATION:  PT was an active throughout the group.  PT shared that having set routines is helpful for him with feeling in control and goals.   No evidence of SI/HI.  Next group to meet 09/05/17 at 1000.

**S/O Note** Written by VANFOSSEN,MALLORY B @ 29 Aug 2017 1248 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Encounter Background Information: TEAM A MORNING CHECK OUT:
    Pt is new intake this morning for Team A.
    Pt checked out from morning programming at 1045.
    Pt denies SI/HI.
    Pt will return after lunch.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

---

**S/O Note** Written by DONKIN,LAURA G @ 29 Aug 2017 1518 EDT
**Personal history**
PT CONTACT INFORMATION

        Contact #:███████████
        Email Address:
        Unit/Command:NSA, Ft Meade
        Command Telephone #: 443-479-6067
        CO/OIC/Supervisor:CDR Yuskoe

OCCUPATIONAL / SPECIAL / MILITARY HISTORY

        Branch of Service:Navy E-5, recently demoted from E-6
        Status: [ x  ] Active Duty  [   ] Retired  [   ] Family Member
                 [   ] Other
        Job Description (MOS / AFSC): Network security
        Special Duty:
           [   ]...PRP, SCI, or PSP (describe):
           [   ]...Active Flying Status
           [   ]...Diving Duty
           [   ]...SMOD
           [   ]...Other
DEPLOYMENT HISTORY

        # of Deployments:0
        Locations:
        Total time deployed:
        Job during deployment:
...
SUBSTANCE USE AND TREATMENT HISTORY

        Tobacco and other Nicotine products: denies

        Alcohol:Patient currently seen at ATS at WRNMMC.  Pt admits to alcohol consumption starting in Middle School.  Pt has already had significant alcholo treatment including inpatient at Ft. Belvoir.

        Caffeine:Pt denies recent consumption of coffee or other stimulants.

        Illicit / prescription drug abuse:denies

...
SOCIAL / DEVELOPMENTAL / SPIRITUAL HISTORY
 Pt is 32 you single Caucasian male with almost 12 yrs TIS, Navy E-5 (recently demoted from E-6), MOS cyber security.  Pt reports that he was born in California to very young, unmarried parents, who later married and then divorced.  Pt reports that he has 2 sisters, who are ages 30 and 29.  He also has a half brother, and half sister who he does not have contact with.  Pt reports that father had custody for most of childhood, and mother had to pay support.  Both parents were physically abusive.  Father was on welfare and frequently negligent of his parental duties.  Pt states that father's excessive disciple was to make them fearful.  Pt reports 2 incidents of sexual trauma from unwanted contact.  Once by older cousin and an other time in middle school with friend grabbing him.  Pt was moved numerous times during childhood.  Pt said that there were times when he was living in a ghetto due to father living off welfare and spending all their money.  Pt appears to currently have emotional support from mother and sisters.  He has a very contentious relationship with father, thus recently changing his name.  Pt said that he barely passed high school, and had a 2.2 GPA.  He attributes this to his struggle with IBS, excessive running schedule and not doing homework.  He joined the Navy immediately following high school.  He has difficulty with relationships and is not currently in one.  He denies religious affiliation.

...
LEGAL / DISCIPLINARY / FINANCIAL / OTHER STRESSORS & PROBLEMS
 Pt reports recent demotion due to accusation of social media harrassment of another SM.  Pt also admits to serious financial debt due to excessive spending.

...
SEXUAL HISTORY

 Pt reports history of hypersexuality, but reports Effexor is currently helpful with this.  He states that he does not like being touched in certain ways and has trouble emotionally connecting with partners.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ▆▆▆ 1985  SSN: ***-**-▆▆▆     DoD ID: 1286180538     Created: 13 Nov 2017

...
**Family history**
FAMILY PSYCHIATRIC, SUBSTANCE USE AND MEDICAL HISTORY
 Mother is diagnosed with Bipolar disorder.  Younger sister also diagnosed with Bipolar disorder.  Youngest sister diagnosed with depression.  Both sisters have had multiple suicide attempts.  Maternal grandmother also Bipolar.
...


**S/O Note** Written by POURZAND,MIRIAM @ 30 Aug 2017 1358 EDT
**History of present illness**
　　The Patient is a 32 year old male.
　　He reported: Feeling tired (fatigue).
　　Drowsiness.
　　Insomnia.

MEDICATION RECONCILIATION AND COMPLIANCE

　[x  ]...Medication reconciliation completed. Risks, benefits, major/common side effects, and
　　　alternatives reviewed with patient who stated an understanding and agreement with plan.

　[x  ] Yes.....[  ] No.....Compliant with medications.....Comments:
....
SUICIDE RISK ASSESSMENT:

　　WARNING SIGNS:

　　　[ x ] Yes [  ] No     Suicidal ideation:
　　　[ x ] Yes [  ] No     Suicidal plans: childhood via hanging
　　　[  ] Yes [ x ] No     Suicidal intent:
　　　[  ] Yes [ x ] No     Suicidal communication:
　　　[  ] Yes [ x ] No     Access to lethal means:
　　　[  ] Yes [x  ] No     Seeking access to lethal means:
　　　[  ] Yes [ x ] No     Preparations for suicide:
　　　[ x ] Yes [  ] No     Substance abuse: hx of ETOH to include detox hx
　　　[  ] Yes [ x ] No     Hopelessness:
　　　[  ] Yes [  x ] No     Purposelessness:
　　　[  ] Yes [  x ] No     Anger:
　　　[ x ] Yes [  ] No     Reckless/Impulsive:hx of risky behavior
　　　[  ] Yes [ x ] No     Feeling trapped:
　　　[  ] Yes [ x ] No     Social withdrawal:
　　　[ x ] Yes [  ] No     Anxiety:
　　　[ x ] Yes [  ] No     Mood changes:
　　　[ x ] Yes [  ] No     Sleep disturbance:
　　　[  x ] Yes [  ] No     Guilt or shame:

　　　　Comments:
HOMICIDAL OR VIOLENT THOUGHTS OR ACTIONS

　　　[  ] Yes [ x ] No     Past homicidal thoughts:
　　　[  ] Yes [ x ] No     Past homicidal actions:
　　　[  ] Yes [ x ] No     Current homicidal thoughts:
　　　[  ] Yes [ x ] No     Past violent episodes:
　　　[  ] Yes [ x ] No     Current violent thoughts / urges:
　　　[  ] Yes [ x ] No     Intent to act on thoughts / urges:

　　　COMMENT ON RISK OF HARM TO OTHERS:

...

　　　CONTRIBUTING RISK FACTORS:

　　　[ x ] Yes [  ] No     Family h/o suicide attempts: siblings attempted
　　　[x  ] Yes [  ] No     Family h/o mental Illness:
　　　[  ] Yes [ x ] No     Loss (loved one, relative, relationship, status):
　　　[  ] Yes [  x] No     Suicide of relative/peer/famous person:
　　　[  ] Yes [x  ] No     Stressful life event (acute):
　　　[  ] Yes [ x ] No     Chronic stressors (financial, legal, etc.):
　　　[  ] Yes [  x] No     Psychological trauma (current):

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis          DOB: ■■■ 1985  SSN: ***-**-■■■          DoD ID: 1286180538          Created: 13 Nov 2017

[ x ] Yes  [  ] No    Childhood trauma (sexual, emotional, physical):
[  ] Yes  [ x ] No    Stressful medical condition:
[  ] Yes  [ x ] No    Chronic pain:
[  ] Yes  [ x ] No    Physical functional impairment:
[ x ] Yes  [  ] No    Military related stress:

Comments:

PROTECTIVE:

[ x ] Yes  [  ] No    Good social support system:
[ x ] Yes  [  ] No    Positive personal traits:
[ x ] Yes  [  ] No    Access to health care:

Comments:

...
**Review of systems**
**Systemic:** No recent weight loss and no recent weight gain.
**Head:** No headache.
**Eyes:** No blurry vision.
**Gastrointestinal:** Appetite not decreased.  No diarrhea.
**Endocrine:** No decreased libido.
**Musculoskeletal:** No muscle aches, no localized joint pain, and no limb pain.
**Neurological:** No dizziness, no motor disturbances, and no tremor.  No gait abnormality.  No sensory disturbances.
**Psychological:** No nightmares and no bulimic episodes.  No social isolation.
**Skin:** No rash.
**Assessment**
ASSESSMENT AND DIAGNOSIS


Patients strengths: resilient

Potential obstacles to treatment: anxiety d/o

Prognosis:  [  ] Excellent.....[  ] Good.....[  ] Fair.....[ x ] Guarded.....[  ] Poor


....
PROFILE STATUS:    reports in process of MEB
...
Visit is not deployment-related.
**Plan**
TREATMENT GOALS AND OBJECTIVES

Patients goals
   1. Figure out how to cope with prior life events
   2. Move on from things


Treatment objectives
   1. Improve psychological functioning
   2. Decrease number of episodes of trichotillomania
   3. Reduction in symptoms as evidence by self reported measures BHDP by 20% post completion of program

TREATMENT PLAN AND STRATEGY

Medication:Effexor 150 mg daily

Psychotherapy:  2 x per week

Referrals: watch pad sleep study, Alpha-Stim, BFA

Estimated Frequency and Duration of Treatment: 4 wks

Other:

[  x ] Treatment Options and Education:  Diagnosis and treatment options - including risks,
      benefits, side effects, and choice to decline treatment, were discussed with the patient
      who expressed an understanding of the diagnosis and plan.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

[ x ] Treatment plan was collaboratively discussed with the patient.

[ x ] Yes [  ] No...Patient agrees with plan?  If not, what part?

DATE: 8/29/17

....

**S/O Note** Written by CLOPPER,TAMMY J @ 30 Aug 2017 1414 EDT
**Chief complaint**
The Chief Complaint is:
Continued stress and anxiety.
**Reason for Visit**
NEW EVALUATION.
The Patient was seen by a staff member.
(0900-1000): Present at intake: Dr. Pourzand, Mrs. Donkin, LCSW-C, Ms. Buford, RN.
General overall feeling - Fair.
Difficulty doing work, taking care of things at home, or getting along with other people -- Very difficult.
Limits of confidentiality reviewed with the patient who verbally expressed an understanding, signature was obtained.  (See [Add
Note] for any scanned in documents.).
**Referred here**
Appointment is voluntary.
....
Patient was not escorted.
Referredhere by - Other.
Source of information was self.
**History of present illness**
     The Patient is a 32 year old male.

<<Note accomplished in the TSWF BH Spec AIM form>>

HISTORY OF PRESENT ILLNESS:


Pt is a 32 y/o single Caucasian male ADN E5 with almost 12 years TIS, HDS: Ft. Meade, MOS: Network Intelligence, referred to
PCS by outpatient provider at WRNMMC d/t continued symptoms of anxiety and depression. SM reports he has not worked in one
month, has lost access to the building, and was demoted from E6 to E5 in 7/2017 d/t social media sexual harassment sent to a
female co-worker. SM reports having anxiety symptoms as far back as childhood d/t his father. In 2008, SM started picking his scalp
(neurotic excoriation) while deployed aboard a ship d/t stress and anxiety. SM also developed MRSA. SM reports in 2010 he had a
bad 2 year relationship breakup with a woman whom was an alcoholic and taking medication. SM states in 2012 he started seeing
behavioral health d/t having suicidal ideation, being discontent with life, and the bad breakup. SM endorses guilt, decreased appetite
and fear of gaining weight and losing 10 lbs. in the last month (stating he does not want to look like his father as well as end up with
diabetes as he has), states feels as though he has sleep paralysis and at times sleeps too much but other times difficulty falling and
staying asleep, +anxiety and worrying, reports being hypersexual stating he could have intercourse daily as well as ejaculate three
times a day, +anger/irritability, +isolation, states does not like sun exposure, fantasizes about life-space things, watches television a
lot which in turn creates increased anxiety (example: watches Game of Thrones and Walking dead but does not look at it as just a
TV show, fantasizes that it is real).  SM states he works on computer gaming and enjoys cooking. Reports he was in debt for
$35,000 but sold one of his homes and now debt has decreased to $19,000. States his debt was from buying his brother a car and
giving his family money. SM denies AVH and OCD.
ADDITIONAL HPI


 SM has no religious preference. SM was deployed near Japan on a ship from 3/2006-4/2009 denying combat exposure and stating
he felt safe. SM reports fleeting SI with no plan/intent, currently denying active SI/HI. SM to attend both IOP/CRP programs.


.
PHYSICAL PAIN SEVERITY   3/ 10.
PAIN ASSESSMENT

     Location:  stomach (IBS)
     Duration:
     Quality:
     Factors that correlate with onset:

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

Frequency:
Average level:
Worst level:
Least level:
What makes it better:
What makes it worse:
....
Patient IS NOT currently in a situation where he/she is being verbally or physically hurt, threatened, or made feel afraid.
....

LEARNING / NEEDS ASSESSMENT

Date Updated:

What is your preferred method of learning?.....[   ] Verbal.....[   ] Written.....[   ] Visual.....[ X  ] Other (Specify): hands-on
Preferred Language (written or spoken):.........[  X  ] English....[   ] Other:
[   ] Yes...[ X  ] No...Learning disability, language barrier, hearing/vision deficit.. (If Yes, Specify):
[   ] Yes...[ X  ] No...Cultural or religious beliefs that may affect care............ (If Yes, Specify):
[   ] Yes...[ X  ] No...Patient or a family member is in the EFMP Program ........(If Yes, Specify):
[   ] Yes...[ X  ] No...Patient using community resources (e.g. chaplain, family services, etc.)  (If Yes, Specify):
[   ] Yes...[ X  ] No...Needs help obtaining more community resources/support.  If yes, specify:
[   ] Yes...[ X  ] No...Patient would like family members involved in care.
[   ] Yes...[X  ] No...Advance Directives completed?
[   ] Yes...[ X  ] No...Copy of the Advance Directive in the record?
...

NUTRITIONAL ASSESSMENT

Date Updated:

[   ] Yes...[ X  ] No...Illness or condition has led to a change in kinds or amounts of food or made it hard to eat
[ X  ] Yes...[   ] No...Fewer than two meals per day
[   ] Yes...[ X  ] No...Unintended loss of ten or more pounds in the last six months
...

**Personal history**
PAST MEDICAL HISTORY


IBS; PRK; tonsillectomy; childhood asthma; neurotic excoriation (scalp picking);
PSYCHIATRIC HISTORY


Suicide attempt as a child by taking bottle of aspirin d/t conflict with father, vomited but no treatment; age 17 suicide attempt via consuming large quantity of alcohol, no treatment; 6/16/2014 Integrated Health WRNMMC x 2 visits d/t anxiety; 8/2014-10/2014 WRNMMC outpatient BH d/t anxiety; 4/2015-11/2015 WRNMMC outpatient BH d/t depression/anxiety, also attended CBTI group; 8/2016 Integrative Health WRNMMC d/t mood swings/anxiety x 1 visit; 9/2016 started seeing outpatient BH WRNMMC d/t mood swings/anxiety.  MEDICATIONS HAVE BEEN RECONCILED to include current medications, OTC, and supplements. Previously trialed meds: Zoloft (increased fatigue), melatonin, lexapro (felt flat), Unisom, Wellbutrin XL (increased anxiety), and Lunesta (ineffective). SM currently taking: Effexor 150 mg daily and Naltrexone 50 mg daily.



**A/P** Last updated by POURZAND,MIRIAM @ 30 Aug 2017 1357 EDT
**1. Generalized anxiety disorder**:
32 year old single Caucasian male United States Navy E5, TIS 12 yrs, duty assignment Ft. Meade intel lost access one month ago, currently working in admin. Reports childhood problems primarily related to his father. Reports in 2008 relationship problems, and in 2012 sought behavioral health care for job and relationship issues. Additionally has hx of alcohol use d/o requiring inpatient detox. Sm reports anxiety disorder to impair daily functioning, reports poor coping continues with trichotillomania. Sm presents for additional support and to learn and implement safe/ Positive coping mechanisms.


Competency/Risk:
At the present time, this patient is considered fully competent to be discharged to own custody and does not constitute an acute danger to self or others.


Treatment Plan:
The patient has been educated on various treatment modalities for depression/anxiety/PTSD including individual psychotherapy, group psychotherapy, and medication management.
Medications have been reviewed and reconciliation completed.  Potential adverse side effects including suicide risk, worse clinical condition, sexual dysfunction, involuntary movements and weight gain have been discussed. The patient has acknowledged this

**Medical Record**

Anderson, Daniel Dennis    DOB: ▓▓ 1985  SSN: ***-**-▓▓    DoD ID: 1286180538    Created: 13 Nov 2017

information and indicated agreement with the proposed treatment based on the potential benefits, limitations and risks.

Procedure(s):    -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
-Psychiatric Diagnostic Evaluation Initial x 1
-Psychiatric Diagnostic Evaluation With Medical Evaluation And Management x 1

**Disposition** Last Updated by POURZAND,MIRIAM @ 30 Aug 2017 1359 EDT
**Released w/o Limitations**
**Follow up:** 1 day(s) in the PSYCH DAY HOSP BE clinic or sooner if there are problems. - Comments: The patient agrees to seek treatment at or call the NMMC Emergency Room (301) 295-4810/11 should there be a significant worsening in symptoms, intense distress, or thoughts about harming self or others.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  POURZAND, MIRIAM** (Psychiatric Nurse Practitoner, BHS,  WRNMMC) @ 31 Aug 2017 0742

**CHANGE HISTORY**
***The following A/P Note Was Overwritten*** *by POURZAND,MIRIAM @ 30 Aug 2017 1357 EDT:*
The A/P section was last updated by POURZAND,MIRIAM @ 30 Aug 2017 1357 EDT - see above.Previous Version of A/P section was entered/updated by DONKIN,LAURA G @ 29 Aug 2017 1516 EDT.
**1. Generalized anxiety disorder**
       Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
                              -Psychiatric Diagnostic Evaluation Initial x 1
***The following A/P section was last Overwritten*** *by DONKIN,LAURA G @ 29 Aug 2017 1516 EDT:*
The A/P section was last updated by DONKIN,LAURA G @ 29 Aug 2017 1516 EDT - see above.Previous Version of A/P section was entered/updated by DEUTSCH,ANNE MARIE @ 29 Aug 2017 0907 EDT.
**1. Generalized anxiety disorder**
       Procedure(s):          -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

## *22 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:    BETH-29388088    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**         Date: **22 Aug 2017 0800 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **ATS ADULT BE**              Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
ctc

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 22 Aug 2017 1004 EDT
**History of present illness**
      The Patient is a 32 year old male.
Focus Of Session: Realizations
S) SM reported that he wanted to drink on Friday due to stress from command. He stated that command had a legal representative notify him that they were counting his referral as a command referral and he was at risk for administrative separation due to this being his second referral. Treatment failure processes were reviewed with SM who acknowledged understanding. SM stated he would prefer to continue treatment at WR ATS as opposed to transferring to WNY SARP due to continuity of care and integration of care. SM stated that he went home on Friday and watched a movie and the cravings dissipated. SM discussed his weight loss, decrease in IBS symptoms and financial gains since he quit drinking. SM also stated he is developing a closer relationship with his family now that he is sober. SM reported that he did not go to a meeting last week but committed to attending one this week. SM also stated he would begin making a gratitude list daily to see if this helped to ground him in the present in order to decrease his anxiety.  SM denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts and behavior were appropriate.
A) SM was cooperative and friendly. SM appears to have significant mental health issues that would be best addressed through PCS IOP. SM would benefit from continuing to engage in community recovery.
Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social worker in three weeks.
.


**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 22 Aug 2017 0852 EDT
**1. Alcohol dependence, uncomplicated**
         Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 22 Aug 2017 0856 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker in 3 weeks.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 22 Aug 2017 1004

| Anderson, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 436**
AR 1902

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*22 Aug 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

| Encounter ID: | BETH-29408977 | Primary Dx: | Generalized anxiety disorder |

Patient: **MERWIN, DANIEL DENNIS**      Date: **22 Aug 2017 0700 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCHIATRY BE**      Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Note Written by PAUL,SHERIN @ 23 Aug 2017 1141 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

| Patient Name: | Daniel Merwin |
| Patient last 4: | 0538 |
| Appt #: | Intake + 12 |
| Therapy time: | 60 minutes |
| E&M time: | 60 minutes |

## Identifying Data:      32-year-old, Single, Caucasian, Male

## Military Data:

| Branch: | USN |
| Rank: | PO1 |
| MOS: | CTN |
| TIS: | 11-years |
| Deployments: | N/A |
| Deployment Related: | N/A |
| Trauma: | N/A |
| WTU: | N/A |
| MEB in progress: | N/A |
| AdmSep in progress: | N/A |
| Special Clearance: | Yes |

## Presenting Problem:

Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███    1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: CBT**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he continues to have issues with his command and is concerned about returning to the environment post IOP. He stated that he learned that his department had an all-hands meeting regarding him and why his clearance was removed. He feels that other sailors now have a negative impression of him and has noticed that they interact with him differently. Therapist and patient processed his feelings about this. Patient stated that he has been working on socializing and getting out of his home. Patient relayed recent outings. Therapist expressed concern regarding an outing that patient had with another sailor. Therapist encouraged patient to be mindful of social interactions wither others in his department related to all the concerns they've had about his boundaries and behavior. Patient agreed that this was not a positive outlet for socialization. Further conversation focused on patient's re-investment into his family relationships. He stated that he is working on trying to build normal healthy relationships even though he does not feel innately warm and secure in these relationships. Therapist and patient discussed how to balance internal growth and relationship growth. Patient is identifying future oriented plans. Patient has no suicidal plan or intent but fleeting ideation. Patient will start IOP next week.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

# ASSESSMENT

## Diagnosis:

Axis I:   Generalized Anxiety Disorder
Major Depressive Disorder, Single Episode, Moderate
Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 13 Nov 2017

| | |
|---|---|
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High

# TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 22 August 2017
*Reviewed with patient on:* 22 August 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:

Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

### Provider initiated LimDu for patient.

**A/P** Written by PAUL,SHERIN @ 23 Aug 2017 1144 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**

Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 23 Aug 2017 1144 EDT
**Released w/o Limitations**
**Follow up:** 1 month(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 23 Aug 2017 1144

---

***** End of Previous Encounters *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

# Clinical Notes

### 08 Nov 2017 1330 GMT at  by RAGLAND, MARY

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 08 Nov 2017 1330 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 13 Nov 2017 1455 GMT |
| Facility: | | Document ID: | 9260337592 |
| Clinician: | RAGLAND, MARY | | |

CONSULT REPORT

----------------------------------------------------------------------------------------------------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,


----------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  08 Nov 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  RAGLAND, MARY

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 08 Nov 2017 0730 ESTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS

**Medical Record**

ADULT BEProvider: RAGLAND,MARY
Patient Status: Outpatient
Reason for Appointment:
IOP
Appointment Comments:
ctc
S/O Note Written by DAVIS,KRISTEN KATHLEEN @ 08 Nov 2017 1418 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Process Group (0730-0845)
S: Topics discussed: Introductions; differences between military branches,
communities and commands; the impact of alcohol use on stress. SM discussed
with other group members the differences between their commands and feelings
of frustration regarding administrative procedures. SM shared in detail what
brought him to ATS this time and the first time. SM acknowledged that his
alcohol use contributed to the work stress he experienced prior to entering
treatment. The session ended with group members sharing their plans for the
holiday weekend and if they had concerns to present to the group. SM stated
that he is having friends over this weekend and identified grilling as one of
his triggers. He reported that his house is dry and that his girlfriend is no
longer drinking.
O: SM arrived late to group. SM was oriented x3.
Appearance: AppropriateBehavior: Appropriate
Speech: WNL Thoughts: WNL
Mood:  StableAffect: Congruent
Insight: GoodJudgment: Good
SI/HI: None CurrentMed/Pain Issues: None expressed
A: SM is sharing openly and honestly with the group. SM provides appropriate
feedback and appears committed to his recovery.
P:  SM will continue with group as assigned.
.eg
ebody
ebody
S/O Note Written by HANGEMANOLE,DESPINA C @ 09 Nov 2017 0834 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
SM was not present for Finding Meaning group 1000-1045.eg
ebody
ebody
Note Written by RAGLAND,MARY @ 08 Nov 2017 1326 EST
Mind-Body Group, Session #1: Meditation    1100-1155
S: Psychoeducation re: meditation. This therapist taught definition and
principles of meditation. Facilitator instructed participants in three basic
sitting postures with variations. Practiced 20 minutes of sitting meditation,
participants instructed to focus on counting their breath while maintaining
erect yet relaxed posture. Discussed this experience.
O: Ct arrived on time for group. Alert/oriented x 3.
Appearance:  CleanBehavior:  Appropriate
Speech:  WNL          Thoughts: Logical
Mood:  Stable                  Affect:  Congruent
Insight: Good          Judgment: Good
SI/HI:  None          Med/Pain Issues: None
A: Ct participated appropriately in discussion and activity.
P: Ct will attend next group as scheduled.
A/P Written by RAGLAND,MARY @ 13 Nov 2017 0949 EST

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮    DoD ID: 1286180538    Created: 13 Nov 2017

1. Alcohol dependence, uncomplicated
Procedure(s):  -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
Disposition Written by RAGLAND,MARY @ 13 Nov 2017 0950 EST
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic.
Signed By  RAGLAND, MARY (Physician) @ 13 Nov 2017 0950
Verified by: RAGLAND,MARY          13 Nov 2017@0955

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

*06 Nov 2017 1900 GMT at  by HANGEMANOLE, DESPINA C*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 06 Nov 2017 1900 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 06 Nov 2017 1858 GMT |
| Facility: | | Document ID: | 9247298544 |
| Clinician: | HANGEMANOLE, DESPINA C | | |

CONSULT REPORT

-----------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

-----------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  06 Nov 2017@13:00:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  HANGEMANOLE, DESPINA C

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 06 Nov 2017 1300 ESTAppt Type:
FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: HANGEMANOLE,DESPINA C
Patient Status: Outpatient

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ▓▓ 1985  SSN: ***-**-▓▓   DoD ID: 1286180538      Created: 13 Nov 2017

Reason for Appointment:
f/u
Appointment Comments:
ctc
S/O Note Written by HANGEMANOLE,DESPINA C @ 06 Nov 2017 1352 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
Focus Of Session: Judgement & Fellowship
S) SM stated he had been thinking about a gardening invention and planned to
spend some time working on this in the future. SM stated he has found himself
being more productive and distracted by healthy hobbies recently. SM reported
that he doesn't feel he's getting as much out of IOP due to the redundancy.
SM and this writer discussed ways to reframe this thought as to stay as
engaged as possible. SM acknowledged that redundancy is necessary for
learning and that something was missing from his first effort at recovery
which is why he was unable to sustain it. SM identified that missing piece as
support and stated that he now has support from his family, girlfriend and a
couple friends. SM reported that he was unsure as to why sober support
specifically is important in recovery but agreed to think about it and have
some thoughts to discuss next session. SM denied any alcohol use or thoughts
about drinking. SM denied SI/HI.
O) SM reported to session on time and was dressed casually. His mood was
euthymic in session, affect congruent. SM's thoughts and behavior were
appropriate.
A) SM is thoughtful when discussing his support system and relationships. SM
demonstrates a lack of knowledge of parts of recovery as evidenced by his
inability to identify why sober support is necessary in recovery, however, SM
demonstrates good judgement in offering to brainstorm on this for homework.
Alcohol Use D/O, Severe
P) SM will follow up with social worker next week. SM will begin continue with
ATS groups as scheduled.
.eg
ebody
ebody
A/P Written by HANGEMANOLE,DESPINA C @ 06 Nov 2017 1340 EST
1. Alcohol dependence, uncomplicated
Procedure(s):  -Psychiatric Therapy Individual Approximately 60 Minutes x 1
Disposition Written by HANGEMANOLE,DESPINA C @ 06 Nov 2017 1342 EST
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with
social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Signed By  HANGEMANOLE, DESPINA C (LCSW-C, MAC, Addiction Treatment Services)
@ 06 Nov 2017 1352
Verified by: HANGEMANOLE,DESPINA C      06 Nov 2017@1357

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *06 Nov 2017 1330 GMT at  by BURTON, CARA N*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 06 Nov 2017 1330 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 09 Nov 2017 1607 GMT |
| Facility: | | Document ID: | 9256547506 |
| Clinician: | BURTON, CARA N | | |

CONSULT REPORT

---

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

---

CONSULT RESULT

Appointment Date:  06 Nov 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  BURTON, CARA N

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 06 Nov 2017 0730 ESTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: BURTON,CARA N
Patient Status: Outpatient
Reason for Appointment:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

IOP
Appointment Comments:
ctc
S/O Note Written by BURTON,CARA N @ 06 Nov 2017 1021 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Morning Process Group
(0730-0845):
S: Today's session was begun by completing introductions as there were two
new group members beginning the IOP Program today. Each group member took
turns sharing their names, military history as well as what led to their
engagement in substance abuse treatment. Additional time was spent discussing
attendance at meetings, including both AA and SMART Recovery. Group members
also spent some time sharing how their mental health symptoms (such as PTSD,
depression and anxiety) have increased in early sobriety. Group members
engaged easily with one another and appeared to relate well and share
spontaneously throughout the session. This SM shared openly about his
titration off his medicine and also shared about potential triggers with
drinking. He was actively engaged throughout the session.
O: SM arrived on time for group and was oriented x3.
Appearance: Neat, clean, dressed appropriately to season in civilian clothing
Behavior: Appropriate, engaged, talkative
Speech: WNL
Thoughts: WNL
Mood: Euthymic, stable
Affect: Congruent
Insight: Fair
Judgment: Fair
SI/HI: None reported
Med/Pain Issues: None expressed
A: SM is engaged during sessions and can sometimes go off topic for some time
but is easily redirected. He appears motivated to maintain abstinence.
P:  SM will continue with IOP groups as scheduled.eg
ebody
ebody
S/O Note Written by LESKO,STACEY BETH @ 07 Nov 2017 0731 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Risky Drinking Group:
1115-1200
S: The group reviewed the concept of risky drinking and what constitutes 'low
risk' drinking vs. 'high risk' drinking.  Group members watched the second
part of HBO's documentary 'Risky Drinking' that highlighted a man's struggle
with excessive drinking and the impact on his family and overall wellbeing.
Group members discussed what they viewed in relation to the consequences of
high-risk drinking and related it to their own life experiences.
O: SM arrived on time for group. SM was oriented x3.
Appearance: AppropriateBehavior: Appropriate
Speech: WNL Thoughts: WNL
Mood:  EuthymicAffect: Congruent
Insight: GoodJudgment: Good
SI/HI: None CurrentMed/Pain Issues: None expressed
A: SM actively engaged in discussion and provided and received feedback
appropriately.
P:  SM will continue with IOP as planned.eg

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

ebody
ebody
S/O Note Written by FOBIZSHI,MACANGELO M @ 07 Nov 2017 1146 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Seeking Safety Group
Group 1000-1115:
S: SM actively participated in the seeking safety group.  SM reviewed coping
skills, and commitments made at the previous group session. SM denies
substance use or any unsafe behavior since the last group session. Today's
group topic was focused identifying healthy and unhealthy relationship
beliefs and learning how to cultivate a healthy relationship. The group
members reviewed the relationship beliefs listed in the handout and discussed
the ones that they could relate to. SM reports poor communication skills in
the past. SM states that he never took time to understand situations and make
better decisions. SM states that this affected his relationship with his
roommate. SM reports effort to improve communication skills and healthy
relationship. The group discussed how to change some of the unhealthy belief
to improve their relationship and fortify their recovery. At the end of the
group session, the group members were asked to fill out a commitment sheet:
good coping skills and a commitment they will complete before the next group
session.
O: Group member reported on time. SM was interactive in the group.
Behavior: Appropriate
Psychosis:  None evident
Speech:  WNL
Thoughts: Clear, organized
Mood:  Positive
Affect:  Congruent
SI/HI:  None expressed
Pain:  None indicated
A: SM appeared open to the training environment and attempted to execute
commands.  No evidence of SI/HI.P.eg
ebody
ebody
S/O Note Written by HARDIN,JAMES G @ 09 Nov 2017 1009 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
Relapse Prevention Group~Focus of Session: Managing Stress
S)  SM participated in the group discussion about stress, coping with stress,
and how stress can impact physical/psychological health and decision making.
We discussed the idea of having a "background" stress level and how to
decrease it.  SM talked about past experiences with meditation and how it has
helped.  We discussed how by making a consistent effort we can improve our
stress levels so that we are less likely to experience difficult events as a
crisis.~O) Appearance: uniform   Behavior: Appropriate
    Speech: WNL            Thoughts: WNL
      Mood:  fair              Affect: Congruent
    Insight: Fair/good Judgment: fair/good
    SI/HI: None Current        Med/Pain Issues: None
A) SM seems invested in the group at this time.
P)  Next relapse prevention group will discuss effective communication
.eg
ebody
ebody

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538    Created: 13 Nov 2017

A/P Last Updated by BURTON,CARA N @ 06 Nov 2017 1028 EST
1. Alcohol dependence, uncomplicated
Procedure(s): -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
Disposition Last Updated by BURTON,CARA N @ 06 Nov 2017 1028 EST
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic. - Comments: SM will continue attending groups.
Signed By  BURTON, CARA N (Licensed Clinical Social Worker) @ 09 Nov 2017 1102
Verified by: BURTON,CARA N        09 Nov 2017@1107

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-██      DoD ID: 1286180538      Created: 13 Nov 2017

---

*03 Nov 2017 1230 GMT at  by LESKO, STACEY B*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 03 Nov 2017 1230 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 08 Nov 2017 1851 GMT |
| Facility: | | Document ID: | 9254042961 |
| Clinician: | LESKO, STACEY B | | |

CONSULT REPORT

------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  03 Nov 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  LESKO, STACEY BETH

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 03 Nov 2017 0730 ESTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: LESKO,STACEY BETH
Patient Status: Outpatient
AutoCites Refreshed by LESKO,STACEY B @ 03 Nov 2017 1024 EST

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Allergies
?No Known Allergies
Reason for Appointment:
IOp
Appointment Comments:
ctc
S/O Note Written by LESKO,STACEY BETH @ 03 Nov 2017 1024 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Process Group: 0730-0845
S: The group discussed several topics today to include job challenges,
incorporating a community program into one's recovery, and the impact of a
life changing event (suicide attempt and car accident) on their thinking
moving forward.  Lastly, some discussion around the idea of putting oneself
in high risk situations and how eventually the ability to abstain may get
harder and harder.
O: SM arrived on time for group. SM was oriented x3.
Appearance: AppropriateBehavior: Appropriate
Speech: WNL Thoughts: WNL
Mood:  EuthymicAffect: Congruent
Insight: FairJudgment: Fair
SI/HI: None CurrentMed/Pain Issues: None expressed
A: SM participated appropriately in group today, both giving and receiving
feedback.
P:  SM will continue with IOP groups as planned.eg
ebody
ebody
S/O Note Written by LESKO,STACEY BETH @ 03 Nov 2017 1024 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Educational Group:  Recovery
Toolbox 0900-0945
Session #1: Types of Community Recovery Support Meetings
S: Psychoeducation re: what are Community Recovery Support Group meetings,
types of 12-step groups, SMART Recovery and Celebrate Recovery. Lists of
available meetings provided, as well as how to locate meetings. Discussed
purpose of Community Recovery Support Groups, differences between treatment
and Community Recovery Support Groups, and members' prior experiences with
Community Recovery Support Groups.
O: SM arrived on time for group.
Appearance:  Clean  Behavior:  Appropriate
Speech:  WNL          Thoughts: Logical
Mood:  Stable               Affect:  Congruent
Insight: Good          Judgment: Good
SI/HI:  None          Med/Pain Issues: None
A: SM interacted effectively with the group. SM gave and accepted feedback
positively. SM demonstrates commitment to recovery.
P: SM will attend next group as scheduled.eg
ebody
ebody
S/O Note Written by FOBIZSHI,MACANGELO M @ 06 Nov 2017 0654 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Encounter Background
Information: Creative Art Therapy Group

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Group 1115 - 1200:
S: SM actively participated in the Creative Art Therapy Group.  The group
activity was painting. The Instructor explained how painting could be used as
therapeutic recreation to release emotions and tension. The instructor
provided art material and allowed the group member time to paint. The group
discussed their individual paintings and its significance.
O: Group member reported on time. SM was interactive in the group.
Behavior: Appropriate
Psychosis:  None evident
Speech:  WNL
Thoughts: Clear, organized
Mood:  Positive
Affect:  Congruent
SI/HI:  None expressed
Pain:  None indicated
A: SM appeared open to the training environment and attempted to execute
commands.  No evidence of SI/HI.P: SM will continue group next week.eg
ebody
ebody
S/O Note Written by DELEON,PATRICK D. @ 08 Nov 2017 1156 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
S: Intensive Outpatient Program Seeking Safety group, topic "Healing from
Anger." Time 1000-1100. Discussion of constructive vs. destructive forms of
anger, unmet needs that often/usually underlie anger, skills and strategies
for managing anger without acting out in ways that make it worse. SM reports
ongoing sobriety, identifies himself as having a significant anger problem
both towards others and towards himself. SM discussed manageable level of
stress with girlfriend moving into his apartment, communication about
potential issues, set commitment to cook, plan meals for the week, finish
painting rooms in his house over the weekend.
O: Client arrived on time to session. Alert and oriented x 3.
Appearance: Appropriate
Behavior: Appropriate
Speech: Within Normal Limits
Thoughts: Logical, linear, goal-directed
Mood: Anxious
Affect: Congruent
Insight: Fair
Judgment: Fair
SI/HI: None reported
Med/Pain Issues: Irritable Bowel Syndrome
A: SM actively engaged in group discussion, thoughtful about larger causes of
anger and childhood experiences and trauma that influence him today, as well
as specific strategies to address present.
P: Continue in Intensive Outpatient Program, next Seeking Safety group 6
Nov.eg
ebody
ebody
A/P Last Updated by LESKO,STACEY B @ 03 Nov 2017 1027 EST
1. Alcohol dependence, uncomplicated F10.20
Procedure(s):  -(S9480) INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM
x 1
Disposition Written by LESKO,STACEY B @ 08 Nov 2017 1346 EST
Released w/o Limitations

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Follow up:  in the ATS ADULT BE clinic.
Signed By  LESKO, STACEY B (Medical Social Worker, 301-319-7824) @ 08 Nov 2017
1346
Verified by: LESKO,STACEY BETH        08 Nov 2017@1351

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

---

*02 Nov 2017 1400 GMT at  by NAVARRO, CARA A*

| | | | |
|---|---|---|---|
| Title: | OCCUPATIONAL THERAPY MTF BE | Original Date: | 02 Nov 2017 1400 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 02 Nov 2017 1532 GMT |
| Facility: | | Document ID: | 9239451296 |
| Clinician: | NAVARRO, CARA A | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  PAUL, SHERIN
Requesting Location:  PSYCHIATRY BE
Order ID number:  170927-21861
MCP Referral #:  20171726532
No. of Visits:  1
Referral Authorized Until:  27 Oct 2017
Reason for Consult:
Rec Therapy: Patient would benefit from additional coping skills and building
positive monitored socialization skills.
Priority:  ROUTINE
Provisional Diagnosis:
Major depressive disorder, recurrent, moderate
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

--------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

CONSULT RESULT

Appointment Date:  02 Nov 2017@09:00:00
Requesting HCP:  PAUL, SHERIN
Clinic:  OCCUP THERAP TBI BE
Consulting HCP:  NAVARRO, CARA A

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 02 Nov 2017 0900 ESTAppt Type:
PROC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: OCCUP
THERAP TBI BEProvider: NAVARRO,CARA A
Patient Status: Outpatient
AutoCites Refreshed by NAVARRO,CARA A @ 02 Nov 2017 1105 EST
  Family History
?family medical history (General FHx)
?paternal aunt's history of reason for visit [use for free text] (Paternal

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB:  ███  1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

Aunt)
?not maternal uncle's history of referred here (Maternal Uncle)
?family history of supplemental HPI [use for free text] (General FHx)
?no family history of malignant melanoma of the skin (General FHx)
?family history of father is alive (General FHx)
?family history of heart disease (General FHx)
?family history of cancer (General FHx)
?family history of mother is alive (General FHx)
?no family history of malignant neoplasm of large intestine (General FHx)
?no family history of malignant neoplasm of the gastrointestinal tract
(General FHx)
?paternal grandfather's history of preliminary background HPI [use for free
text] (Paternal Grandfather)
?paternal grandmother's history of preliminary background HPI [use for free
text] (Paternal Grandmother)
?paternal grandmother's history of HPI [use for free text] (Paternal
Grandmother)
?paternal history of preliminary background HPI [use for free text] (Father)
?family history of test conclusions [Use for free text] (General FHx)
?family history of diabetes mellitus (General FHx)
?family history of mental illness (not retardation) (General FHx)
?family history of the options include referral (General FHx)
?family history of patient counseling (General FHx)
?fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
?no family history of chronic liver disease (General FHx)
Reason for Appointment:
rec therapy
Appointment Comments:
can
Questionnaire AutoCites Refreshed by NAVARRO,CARA A @ 02 Nov 2017 1105 EST
Questionnaires
A/P Written by NAVARRO,CARA A @ 02 Nov 2017 1122 EST
1. Major depressive disorder, recurrent, moderate
Procedure(s):  -Phys Ther Ed Community Reintegration Training - Per 15 Min x
2
Disposition Written by NAVARRO,CARA A @ 02 Nov 2017 1125 EST
Released w/o Limitations
Follow up:  as needed . - Comments: continue with services
Note Written by NAVARRO,CARA A @ 02 Nov 2017 1122 EST
Recreational Therapy
Recreational Therapy Program
Name: Anderson, Daniel P02
Date: 02 Nov 2017
Time: 97537 x  30 MIN
Place: Occupational Therapy Clinic
Intervention: Recreational Therapy Initial assessment
Diagnosis:  MDD
Pain:  SM reports 4/10 in intestinal/stomach due to IBS
Fall Risk: no
Education/ Counseling: Patient educated on sports and recreation adaptive
equipment, techniques and resources pre and post rehabilitation.
Referring Provider: Dr. Paul
Provisional Diagnosis: Major depressive disorder, recurrent, moderate
Reason for Request:  Patient would benefit from additional coping skills and
building

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

positive monitored socialization skills

Phone:

Email:                              gmail.com

Branch / Rank:  Navy/ P02

SM arrives on time, groomed well and presents in a pleasant mood.

SM discusses current stressors and strategies he is using for managing himself.  SM declines Recreational Therapy services at this time due to the stress of travel and trying to implement lifestyle changes on his own.  SM was provided with community recommendations and mindfulness app to try on his phone.  SM appreciated resources and has Rec Therapist contact information if needing services in the future.

PLAN:

1.Patient will not receive Recreational Therapy services at this time.

Signed By  NAVARRO, CARA A (Certified Therapeutic Recreation Specialist, Occupational Therapy WRNMMC) @ 02 Nov 2017 1126

Verified by: NAVARRO,CARA A          02 Nov 2017@1132

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*01 Nov 2017 1230 GMT at  by DELEON, PATRICK D.*

| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 01 Nov 2017 1230 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 03 Nov 2017 1915 GMT |
| Facility: | | Document ID: | 9243709820 |
| Clinician: | DELEON, PATRICK D. | | |

CONSULT REPORT

------------------------------------------------------------------------------------------------------------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,


------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  01 Nov 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  DELEON, PATRICK D.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 01 Nov 2017 0730 ESTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: DELEON,PATRICK D.
Patient Status: Outpatient

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Reason for Appointment:
IOP
Appointment Comments:
ctc
S/O Note Written by DAVIS,KRISTEN KATHLEEN @ 03 Nov 2017 0756 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Process Group (0730-0845)
S: Topics discussed: Introductions, recovery programs and goals for recovery.
Group members discussed the different aspects of their recovery programs, if
they are currently being developed or goals they have regarding recovery. SM
arrived late to group and stated it was because of health reasons. SM was
engaged in the group for the remainder of the session, offering constructive
feedback to other group members. SM stated that right now in his recovery
process, he is looking to deepen his relationships and is working to prevent
opportunities of isolation.
O: SM arrived 30 minutes late for group. SM was oriented x3.
Appearance: AppropriateBehavior: Appropriate
Speech: WNL Thoughts: WNL
Mood:  StableAffect: Congruent
Insight: GoodJudgment: Good
SI/HI: None CurrentMed/Pain Issues: None expressed
A: SM arrived late for group and was engaged in the group for the remainder
of the session. SM is sharing openly and honestly with the group. SM gives
appropriate feedback and appears dedicated to his recovery.
P:  SM will continue with group as assigned.
.eg
ebody
ebody
S/O Note Written by HANGEMANOLE,DESPINA C @ 03 Nov 2017 0844 EST
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
Educational Group:  Finding Meaning 1000-1045
Focus of Session: Defining Spirituality~S: The group discussed what
spirituality means to them. SM explored basic issues of spirituality and how
addiction affects spirituality. He shared that his definition of spirituality
are similar to military values such as honesty and integrity. SM explored the
practical applications of spirituality and acknowledged that practicing
spirituality may be beneficial for recovery.
O: SM arrived on time for group.
Appearance:  Clean  Behavior:  Appropriate
Speech:  WNL        Thoughts: Logical
Mood:  Stable            Affect:  Congruent
Insight: Good           Judgment: Good
SI/HI:  None         Med/Pain Issues: None~A: SM interacted effectively
with the group. SM gave and accepted feedback positively. SM demonstrates
commitment to recovery.~P: SM will attend next group as scheduled.
.eg
ebody
ebody
Note Written by RAGLAND,MARY @ 01 Nov 2017 1306 EST
Mind-Body Group, Session #6: Walking Meditation 1100-1145
S: Psychoeducation re: purposes of walking meditation, how walking and sitting
meditation differ and compare. Watched video of Thich Nhat Hanh describing
walking meditation. Group then went to lawn north of America Building to

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

practice walking meditation for 20 min. Group discussed experience of walking meditation.
O: SM arrived on time for session. SM alert and oriented x 3.
Appearance: Appropriate for weather /situation
Behavior: Appropriate, engaged
Speech: WNL
Thoughts: WNL
Mood: Euthymic
Affect: Congruent
Insight: Intact
Judgment: Intact
SI/HI: None reported
Med/Pain Issues: None reported
A: SM participated in exercise and discussion.
P: SM to continue with group/IOP Tx.
A/P Written by DELEON,PATRICK D. @ 03 Nov 2017 1509 EST
1. Alcohol dependence, uncomplicated F10.20
Procedure(s):  -(S9480) INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM
x 1
Disposition Written by DELEON,PATRICK D. @ 03 Nov 2017 1509 EST
Released w/o Limitations
Follow up:  in the ATS ADULT BE clinic. - Comments: Continue in Intensive
Outpatient Program, next groups 3 Nov
Signed By  DELEON, PATRICK D. (Social Work Case Manager) @ 03 Nov 2017 1509
Verified by: DELEON,PATRICK D.        03 Nov 2017@1515

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ▓▓ 1985 | SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*30 Oct 2017 1700 GMT at  by HANGEMANOLE, DESPINA C*

| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 30 Oct 2017 1700 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 31 Oct 2017 1610 GMT |
| Facility: | | Document ID: | 9233333767 |
| Clinician: | HANGEMANOLE, DESPINA C | | |

CONSULT REPORT

-------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

-------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

CONSULT RESULT

Appointment Date:  30 Oct 2017@12:00:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  HANGEMANOLE, DESPINA C

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 30 Oct 2017 1200 EDTAppt Type:
FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: HANGEMANOLE,DESPINA C
Patient Status: Outpatient
Reason for Appointment:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

f/u
Appointment Comments:
jbf
Note Written by HANGEMANOLE,DESPINA C @ 31 Oct 2017 1204 EDT
Focus Of Session: Work Stress/Risky Behaviors
S) SM stated that he completed TAPS last week and continues to experience
stress related to work. SM stated he is experiencing conflict with his chain
of command as they are requiring that he drive back and forth between WR and
Ft. Meade between appointments. SM stated that he hopes to get transferred to
WR to eliminate this stress. SM reported that he has been diagnosed with
sleep apnea, which is relieving for him as he has been struggling with sleep
issues for years. SM reported that he has moved in with his girlfriend of a
few months, who also has an alcohol problem. SM described his relationship as
supportive and stated that they have already agreed on a plan if their
relationship doesn?t work out. SM reported that she has self identified an
alcohol problem but has been abstinent from alcohol for an extended time and
plans to continue abstinence. SM reported an increased in anxiety related to
work stress but a decrease in depressive symptoms since dating this person.
SM reported that once IOP is over he will begin taking leave as to avoid
having to be at work during his MEB process. SM stated that he will be
speaking with a GI provider regarding possibly starting Marinol. SM
acknowledged the risks of relapse and cross addiction. SM stated that he
continues to have flare ups and nothing he has tried so far has worked to
alleviate his discomfort. SM reported his pain as a 4/10 from his IBS. SM
reported he attended one AA meeting this week and plans to return to Smart
Recovery meetings now that he is back in the Glen Burnie area. SM denied any
alcohol use or thoughts about drinking. SM denied SI/HI.
O) SM reported to session on time and was dressed in uniform. His mood was
euthymic in session, affect congruent. SM?s thoughts and behavior were
appropriate.
A) SM is thoughtful when discussing his support system and relationships. SM
demonstrates good judgement by attending all appointments and participating
appropriately. SM lacks insight in some of his decisions around his
relationship and his IBS treatment. SM will be at greater risk of relapse if
he begins taking Marinol, and given that SM was unable to sustain sobriety
after his last treatment this appears to be high risk behavior.
Alcohol Use D/O, Severe
P) SM will follow up with social worker next week. SM will begin continue with
ATS groups as scheduled.
A/P Last Updated by HANGEMANOLE,DESPINA C @ 30 Oct 2017 1357 EDT
1. Alcohol dependence, uncomplicated
Procedure(s):  -Psychiatric Therapy Individual Approximately 60 Minutes x 1
Disposition Last Updated by HANGEMANOLE,DESPINA C @ 30 Oct 2017 1357 EDT
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with
social worker next week.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Signed By  HANGEMANOLE, DESPINA C (LCSW-C, MAC, Addiction Treatment Services)
@ 31 Oct 2017 1204
Verified by: HANGEMANOLE,DESPINA C    31 Oct 2017@1209

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ▮▮▮▮ 1985 | SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*30 Oct 2017 1230 GMT at  by HANGEMANOLE, DESPINA C*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 30 Oct 2017 1230 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 03 Nov 2017 1137 GMT |
| Facility: | | Document ID: | 9241929634 |
| Clinician: | HANGEMANOLE, DESPINA C | | |

CONSULT REPORT

------------------------------------------------------------------------------------------------------------------------
------------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

------------------------------------------------------------------------------------------------------------------------
------------------------------------------

CONSULT RESULT

Appointment Date:  30 Oct 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  HANGEMANOLE, DESPINA C

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 30 Oct 2017 0730 EDTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: HANGEMANOLE,DESPINA C
Patient Status: Outpatient

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ▮▮▮▮ 1985 | SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 463**
AR 1929

**Medical Record**

Reason for Appointment:
IOP
Appointment Comments:
ctc
S/O Note Written by FOBIZSHI,MACANGELO M @ 31 Oct 2017 0628 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Seeking Safety Group
Group 1000-1115:
S: SM actively participated in the seeking safety group.  SM reviewed coping
skills, and commitments made at the previous group session. SM denies
substance use or any unsafe behavior since the last group session.
Today's group topic was "signs of danger versus safety". The group session
was focused identifying red flags during their recovery process, as well as,
green flags that will further their recovery. The group members selected both
red and green flags from the handout that they could relate to. The provider
asked the group members to create a safety plan for the red flags they
selected. At the end of the group session, the group members were asked to
fill out a commitment sheet: good coping skills and a commitment they will
complete before the next group session.
O: Group member reported on time. SM was interactive in the group.
Behavior: Appropriate
Psychosis:  None evident
Speech:  WNL
Thoughts: Clear, organized
Mood:  Positive
Affect:  Congruent
SI/HI:  None expressed
Pain:  None indicated
A: SM appeared open to the training environment and attempted to execute
commands.  No evidence of SI/HI.P.eg
ebody
ebody
S/O Note Written by HANGEMANOLE,DESPINA C @ 31 Oct 2017 0712 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
S: The group discussed drinking history and meetings. SM introduced himself to
the group stating that he has finally been diagnosed with sleep apnea, after
years of having sleep problems. SM gave a brief but detailed history of his
alcohol use over his lifetime, sharing that his alcohol use became out of
control when he moved to the area a few years ago secondary to depression and
anxiety. SM discussed his MEB starting, and the some of the decisions he's
made regarding his career thus far. SM reported that he enjoys SMART recovery
meetings more than AA meetings but does relate to the 12 Step philosophy as a
whole. ~O: SM arrived on time for group. SM was oriented x3.~Appearance:
AppropriateBehavior: Appropriate
Speech: WNL Thoughts: WNL
Mood:  EuthymicAffect: Congruent
Insight: FairJudgment: Good
SI/HI: None CurrentMed/Pain Issues: None expressed~A: SM is sharing openly
and honestly with the group. SM gave appropriate feedback and asked
thoughtful questions of other group members. SM is open to community
recovery, though it is not clear why SM does not enjoy AA meetings. ~P:  SM
will continue with IOP groups as scheduled.
.eg

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

ebody
ebody
A/P Last Updated by HANGEMANOLE,DESPINA C @ 30 Oct 2017 0955 EDT
1. Alcohol dependence, uncomplicated
Procedure(s):  -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
Disposition Last Updated by HANGEMANOLE,DESPINA C @ 30 Oct 2017 0956 EDT
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic. - Comments: SM will continue
with groups as scheduled.
Signed By  HANGEMANOLE, DESPINA C (LCSW-C, MAC, Addiction Treatment Services)
@ 03 Nov 2017 0732
Verified by: HANGEMANOLE,DESPINA C      03 Nov 2017@0737

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

*20 Oct 2017 1230 GMT at  by HARDIN, JAMES G*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 20 Oct 2017 1230 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 25 Oct 2017 1504 GMT |
| Facility: | | Document ID: | 9219652399 |
| Clinician: | HARDIN, JAMES G | | |

CONSULT REPORT

-----------------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

-----------------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  20 Oct 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  HARDIN, JAMES G

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 20 Oct 2017 0730 EDTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: HARDIN,JAMES G
Patient Status: Outpatient
Reason for Appointment:
IOP

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

Appointment Comments:
ctc
S/O Note Written by FOBIZSHI,MACANGELO M @ 23 Oct 2017 0621 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Encounter Background
Information: Creative Art Therapy Group
Group 1115 - 1200:
S: SM actively participated in the Creative Art Therapy Group.  The group
activity was poetry. The Instructor explained how poetry could be used as a
platform to express emotions and thoughts. The instructor asked the group to
write a poem or free writing, to express their thoughts and emotions. The
group members shared their individual art and how they felt after expressing
those emotions in writing.
O: Group member reported on time. SM was interactive in the group.
Behavior: Appropriate
Psychosis:  None evident
Speech:  WNL
Thoughts: Clear, organized
Mood:  Positive
Affect:  Congruent
SI/HI:  None expressed
Pain:  None indicated
A: SM appeared open to the training environment and attempted to execute
commands.  No evidence of SI/HI.P: SM will continue group next week.eg
ebody
ebody
S/O Note Written by HARDIN,JAMES G @ 25 Oct 2017 1015 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
Process group: 0730-0845
Focus of Session: weekend planning, role of sponsors
S)  The group discussed their plans for the weekend and the need to keep their
time structured.  We talked about the dangers of boredom and too much free
time.  Members talked about their relationships with others in the self-help
community and the role of sponsors.  SM fully participated in the discussion.
O) Appearance: normalBehavior: Appropriate
    Speech: WNL          Thoughts: WNL
      Mood:  calm              Affect: consistent
    Insight: fair    Judgment: fair
      SI/HI: None Current        Med/Pain Issues: None
A) SM was invested in group today.
P)  Next process group will be same time Monday.
.eg
ebody
ebody
Note Written by RAGLAND,MARY @ 24 Oct 2017 0725 EDT
Educational Group:  Recovery Toolbox
Session #5: Sponsorship in Community Recovery Support Groups
S: Psychoeducation re: what is sponsorship, how does one obtain a sponsor,
ways to work with a sponsor for recovery. Participants discussed prior
experiences with sponsors.
O: SM arrived on time for group.
Appearance:  Clean  Behavior:  Appropriate
Speech:  WNL      Thoughts: Logical

**Medical Record**

Mood: Stable            Affect: Congruent
Insight: Good           Judgment: Good
SI/HI: None             Med/Pain Issues: None
A: SM interacted effectively with the group. SM gave and accepted feedback
positively. SM demonstrates commitment to recovery.
P: SM will attend next group as scheduled.
A/P Last Updated by HARDIN,JAMES G @ 25 Oct 2017 1016 EDT
1. Alcohol dependence, uncomplicated
Procedure(s):  -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
Disposition Last Updated by HARDIN,JAMES G @ 25 Oct 2017 1016 EDT
Released w/o Limitations
Follow up:  in the ATS ADULT BE clinic.
Signed By  HARDIN, JAMES G (Clinical Social Worker, Army Substance Abuse
Program, WRAMC) @ 25 Oct 2017 1016
Note Written by DELEON,PATRICK D. @ 25 Oct 2017 1042 EDT
(Added after encounter was signed.)
S: Intensive Outpatient Program Seeking Safety group, topic ?Honesty.? Time
1000-1100. Discussion of the role of honesty in recovery, ways in which
honesty gets impacted in active substance abuse, and situations which make
honesty more difficult. Particular discussion of honesty with children and
with therapists, and both the difficulties and benefits of open direct
communication when emotions are high. SM actively engaged in group
discussion, processed difficulties with AA, spoke about feeling judged and
that things get oversimplified in AA. Peers and this SW acknowledging
?absolute? talk in AA while also reframing that as having basic principles
which are helpful in time of crisis, and that can be explored more fully and
individually in treatment and/or with sponsor.~
O: Client arrived on time to session. Alert and oriented x 3.~
Appearance: Appropriate~
Behavior: Appropriate~
Speech: Within Normal Limits~
Thoughts: Logical, linear, goal-directed~
Mood: Depressed~
Affect: Congruent~
Insight: Fair~
Judgment: Fair~
SI/HI: None reported~
Med/Pain Issues: Irritable Bowel Syndrome~
A: SM active participant in group, open to feedback~
P: Continue in Intensive Outpatient Program, next Seeking Safety group 23 Oct
Verified by: HARDIN,JAMES G          25 Oct 2017@1104

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*18 Oct 2017 1230 GMT at  by DELEON, PATRICK D.*

| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 18 Oct 2017 1230 GMT |
| Document Type: Facility: | Consultation | AHLTA Entry Date: Document ID: | 23 Oct 2017 1135 GMT 9212546987 |
| Clinician: | DELEON, PATRICK D. | | |

CONSULT REPORT

---------------------------------------------------------------------------------------------------------------------------
----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

---------------------------------------------------------------------------------------------------------------------------
----------------------------------------

CONSULT RESULT

Appointment Date:  18 Oct 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  DELEON, PATRICK D.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 18 Oct 2017 0730 EDTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: DELEON,PATRICK D.
Patient Status: Outpatient
Reason for Appointment:

| Anderson, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 469**
AR 1935

**Medical Record**

IOp
Appointment Comments:
ctc
S/O Note Written by HANGEMANOLE,DESPINA C @ 18 Oct 2017 1146 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
SM was not in Finding Meaning Group 1000-1045.eg
ebody
ebody
S/O Note Written by DAVIS,KRISTEN KATHLEEN @ 18 Oct 2017 1338 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Process Group0730 - 0845
S: Topics discussed: Introductions, feeling words, and six categories of
emotion. Group members described how they are feeling and where these
feelings would fall in the six categories (mad, glad, sad, hurt, afraid and
guilt/shame). SM identified feeling mad/sad for having to work last night and
glad that the process is moving along for him to sell his house. SM helped
orient new members when making introductions.
O: SM arrived late to group. SM was oriented x3.
Appearance: AppropriateBehavior: Appropriate
Speech: WNL Thoughts: WNL
Mood:  StableAffect: Congruent
Insight: FairJudgment: Fair
SI/HI: None CurrentMed/Pain Issues: None expressed
A: SM participated appropriately in discussion. SM demonstrates commitment to
sobriety/recovery.
P:  SM will continue with groups as assigned.
.eg
ebody
ebody
Note Written by RAGLAND,MARY @ 19 Oct 2017 0959 EDT
Mind-Body Group, Session #4: Yoga   1100-1155
SM did not attend this group.
A/P Written by DELEON,PATRICK D. @ 23 Oct 2017 0729 EDT
1. Alcohol dependence, uncomplicated F10.20
Procedure(s):  -(S9480) INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM
x 1
Disposition Written by DELEON,PATRICK D. @ 23 Oct 2017 0730 EDT
Released w/o Limitations
Follow up:  in the ATS ADULT BE clinic. - Comments: Continue in Intensive
Outpatient Program, next groups 20 Oct
Signed By  DELEON, PATRICK D. (Social Work Case Manager) @ 23 Oct 2017 0730
Verified by: DELEON,PATRICK D.         23 Oct 2017@0735

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB:█████ 1985  SSN: ***-**-█████     DoD ID: 1286180538     Created: 13 Nov 2017

---

*16 Oct 2017 1230 GMT at  by HANGEMANOLE, DESPINA C*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 16 Oct 2017 1230 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 17 Oct 2017 1608 GMT |
| Facility: | | Document ID: | 9199716349 |
| Clinician: | HANGEMANOLE, DESPINA C | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

--------------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  16 Oct 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  HANGEMANOLE, DESPINA C

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 16 Oct 2017 0730 EDTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: HANGEMANOLE,DESPINA C
Patient Status: Outpatient
Reason for Appointment:

**Medical Record**

IOP
Appointment Comments:
ctc
S/O Note Written by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1113 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
S: The group discussed addictive behaviors, meetings and relationship with
command. SM reported that he does not interact as regularly with his command
as many others in group but mostly does not get adverse reactions from them
about his need for treatment. SM stated that he could understand how many in
leadership may not understand addiction or the need for treatment just based
on their lack of life experience with it. SM reported that he could
understand how people may engage in addictive behaviors other than substance
abuse and acknowledged that it's likely an outward manifestation of something
going on internally with that person.~O: SM arrived on time for group. SM was
oriented x3.~Appearance: AppropriateBehavior: Appropriate
Speech: WNL Thoughts: WNL
Mood:  AnxiousAffect: Congruent
Insight: FairJudgment: Fair
SI/HI: None CurrentMed/Pain Issues: None expressed~A: SM is sharing openly
and honestly with the group. SM gives appropriate feedback and appears
engaged in group. SM can be tangential but is conscious of this and appears
to be actively working to be more concise. ~P:  SM will continue with IOP
groups as scheduled.
.eg
ebody
ebody
S/O Note Written by FOBIZSHI,MACANGELO M @ 17 Oct 2017 0630 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Seeking Safety Group
Group 1000-1115:
S: SM actively participated in the seeking safety group.  SM reviewed coping
skills, and commitments made at the previous group session. SM denies
substance use or any unsafe behavior since the last group session. The group
topic was "Safety". The group focused on learning healthy safe coping skills.
The group members identified safe and unsafe coping skills they have been
using. The provider explained the three stages of healing from PTSD and
substance abuse; safety, mourning and reconnection.  The group members
discussed what safety means to them and the signs of recovery. The group
reviewed the examples of safe coping skills in the handout and identified
some safe coping skills to practice. At the end of the group session, the
group members were asked to fill out a commitment sheet: good coping skills
and a commitment they will complete before the next group session.
O: Group member reported on time. SM was interactive in the group.
Behavior: Appropriate
Psychosis:  None evident
Speech:  WNL
Thoughts: Clear, organized
Mood:  Positive
Affect:  Congruent
SI/HI:  None expressed
Pain:  None indicated
A: SM appeared open to the training environment and attempted to execute
commands.  No evidence of SI/HI.P: SM will continue group next week.eg

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

ebody
ebody
S/O Note Written by HARDIN,JAMES G @ 17 Oct 2017 1026 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
Relapse Prevention Group (0900-0945)
Focus of Session: Identifying Triggers
S) SM participated in a group discussion about identifying triggers. SM
reported that both internal and external factors can be triggers, with
negative emotions being among the main triggers.  SM listened as other
suggested ways to cope and identified attending meetings and therapy
appointments as his best ways to cope with triggers.  SM participated
actively in the group process.
O) SM arrived on time for group. SM was dressed casually. SM's mood was calm
and affect was congruent.
A) SM seems invested in group at this time.
P)  Next relapse prevention group: Managing thoughts
.eg
ebody
ebody
S/O Note Written by HANGEMANOLE,DESPINA C @ 17 Oct 2017 1202 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
SM did not attend service dog training as he was put on SIQ orders for
symptoms related to withdrawal from his psychotropic medication.eg
ebody
ebody
A/P Last Updated by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1113 EDT
1. Alcohol dependence, uncomplicated
Procedure(s):  -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
Disposition Last Updated by HANGEMANOLE,DESPINA C @ 16 Oct 2017 1114 EDT
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic. - Comments: SM will continue
with groups as scheduled.
Signed By  HANGEMANOLE, DESPINA C (LCSW-C, MAC, Addiction Treatment Services)
@ 17 Oct 2017 1203
Verified by: HANGEMANOLE,DESPINA C    17 Oct 2017@1208

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

---

*13 Oct 2017 1230 GMT at  by HARDIN, JAMES G*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 13 Oct 2017 1230 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 19 Oct 2017 1156 GMT |
| Facility: | | Document ID: | 9205537817 |
| Clinician: | HARDIN, JAMES G | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------
-----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

--------------------------------------------------------------------------------------------------------------------
-----------------------------------------

CONSULT RESULT

Appointment Date:  13 Oct 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  HARDIN, JAMES G

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 13 Oct 2017 0730 EDTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: HARDIN,JAMES G
Patient Status: Outpatient
Reason for Appointment:
IOP

---

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

Appointment Comments:
jbf
S/O Note Written by FOBIZSHI,MACANGELO M @ 13 Oct 2017 1303 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Seeking Safety Group
Group 1000-1115:
S: SM actively participated in the seeking safety group. Patient reviewed the
check in" handout at the start of the session. Patient shared all coping
skills, and commitments completed since the previous group meeting. Patient
denies any alcohol or substance use and any unsafe behaviors since the last
group. Today's group today focused on harshness versus compassion. The group
reviewed the handout provided by the therapist. The group members reviewed
the examples of harsh self-talk and compassionate self-talk in the handout
and discussed the ones they related to. The therapist discussed how harshness
relates to PTSD and substance abuse. The group collectively talked about how
compassion promotes growth and harshness prevents growth. The patient
discussed ways to increase compassion in sobriety. At the end of the group
session, the group members filled out a commitment sheet to be reviewed at
the next group session: good coping skills and a commitment they will
complete before the next group session.
O: Group member reported on time. SM was interactive in the group.
Behavior: Appropriate
Psychosis:  None evident
Speech:  WNL
Thoughts: Clear, organized
Mood:  Positive
Affect:  Congruent
SI/HI:  None expressed
Pain:  None indicated
A: SM appeared open to the training environment and attempted to execute
commands.  No evidence of SI/HI.P: SM will continue group next week.eg
ebody
ebody
S/O Note Written by FOBIZSHI,MACANGELO M @ 13 Oct 2017 1342 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Encounter Background
Information: Creative Art Therapy Group
Group 1115 - 1200:
S: SM actively participated in the Creative Art Therapy Group.  The group
activity was poetry. The group members discussed the "What secret we keep
and "Kintsugi" poems. The Instructor explained how creative writing could be
used as a platform to express emotions and thoughts. The group member
discussed the poems provided and what it meant to them. The instructor asked
the group to write a poem or free writing, to express their thoughts and
emotions. The group members shared their individual art and how they felt
after expressing those emotions in writing.
O: Group member reported on time. SM was interactive in the group.
Behavior: Appropriate
Psychosis:  None evident
Speech:  WNL
Thoughts: Clear, organized
Mood:  Positive
Affect:  Congruent

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

SI/HI:  None expressed
Pain:  None indicated
A: SM appeared open to the training environment and attempted to execute
commands.  No evidence of SI/HI.P: SM will continue group next week.eg
ebody
ebody
S/O Note Written by HARDIN,JAMES G @ 17 Oct 2017 1021 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
Process group: 0730-0845
Focus of Session: motivation, "nature vs nurture" re substance abuse
S)  The group discussed their past experiences in treatment, mostly inpatient
treatment, and what worked for them.  We discussed "getting serious" about
recovery as opposed to simply sitting in meetings, not paying attention.  We
talked about "identifying in" vs. "identifying out".  Members talked about
the moment when they realized they truly had an alcohol/drug problem.  SM
fully participated in the discussion.
O) Appearance: normalBehavior: Appropriate
    Speech: WNL            Thoughts: WNL
      Mood:  calm            Affect: consistent
    Insight: fair   Judgment: fair
    SI/HI: None Current        Med/Pain Issues: None
A) SM was invested in group today.
P)  Next process group will be same time next week.
.eg
ebody
ebody
A/P Written by HARDIN,JAMES G @ 19 Oct 2017 0751 EDT
1. Alcohol dependence, uncomplicated
Procedure(s):  -INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM x 1
Disposition Written by HARDIN,JAMES G @ 19 Oct 2017 0751 EDT
Released w/o Limitations
Follow up:  in the ATS ADULT BE clinic.
Signed By  HARDIN, JAMES G (Clinical Social Worker, Army Substance Abuse
Program, WRAMC) @ 19 Oct 2017 0751
Verified by: HARDIN,JAMES G          19 Oct 2017@0756

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

*11 Oct 2017 1900 GMT at  by NAVARRO, CARA A*

| | | | |
|---|---|---|---|
| Title: | OCCUPATIONAL THERAPY MTF BE | Original Date: | 11 Oct 2017 1900 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 12 Oct 2017 1931 GMT |
| Facility: | | Document ID: | 9190002796 |
| Clinician: | NAVARRO, CARA A | | |

CONSULT REPORT

------------------------------------------------------------------------------------------------------------------------
------------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  PAUL, SHERIN
Requesting Location:  PSYCHIATRY BE
Order ID number:  170927-21861
MCP Referral #:  20171726532
No. of Visits:  1
Referral Authorized Until:  27 Oct 2017
Reason for Consult:
Rec Therapy: Patient would benefit from additional coping skills and building
positive monitored socialization skills.
Priority:  ROUTINE
Provisional Diagnosis:
Major depressive disorder, recurrent, moderate
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

------------------------------------------------------------------------------------------------------------------------
------------------------------------------

CONSULT RESULT

Appointment Date:  11 Oct 2017@14:00:00
Requesting HCP:  PAUL, SHERIN
Clinic:  OCCUP THERAP TBI BE
Consulting HCP:  NAVARRO, CARA A

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 11 Oct 2017 1400 EDTAppt Type:
PROC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: OCCUP
THERAP TBI BEProvider: NAVARRO,CARA A
Patient Status: Outpatient
AutoCites Refreshed by NAVARRO,CARA A @ 12 Oct 2017 1517 EDT
  Family History
?family medical history (General FHx)
?paternal aunt's history of reason for visit [use for free text] (Paternal
Aunt)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

?not maternal uncle's history of referred here (Maternal Uncle)
?family history of supplemental HPI [use for free text] (General FHx)
?no family history of malignant melanoma of the skin (General FHx)
?family history of father is alive (General FHx)
?family history of heart disease (General FHx)
?family history of cancer (General FHx)
?family history of mother is alive (General FHx)
?no family history of malignant neoplasm of large intestine (General FHx)
?no family history of malignant neoplasm of the gastrointestinal tract
(General FHx)
?paternal grandfather's history of preliminary background HPI [use for free
text] (Paternal Grandfather)
?paternal grandmother's history of preliminary background HPI [use for free
text] (Paternal Grandmother)
?paternal grandmother's history of HPI [use for free text] (Paternal
Grandmother)
?paternal history of preliminary background HPI [use for free text] (Father)
?family history of test conclusions [Use for free text] (General FHx)
?family history of diabetes mellitus (General FHx)
?family history of mental illness (not retardation) (General FHx)
?family history of the options include referral (General FHx)
?family history of patient counseling (General FHx)
?fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
?no family history of chronic liver disease (General FHx)
Reason for Appointment:
Major depressive disorder, recurrent, moderate
Appointment Comments:
can
Questionnaire AutoCites Refreshed by NAVARRO,CARA A @ 12 Oct 2017 1517 EDT
Questionnaires
A/P Written by NAVARRO,CARA A @ 12 Oct 2017 1518 EDT
1. Major depressive disorder, recurrent, moderate
Procedure(s):  -Phys Ther Ed Community Reintegration Training - Per 15 Min x
2
Disposition Written by NAVARRO,CARA A @ 12 Oct 2017 1525 EDT
Released w/o Limitations
Follow up:  as needed . - Comments: continue with services
Note Written by PALAD,NOLAN @ 11 Oct 2017 1247 EDT
Consult Order
Referring Provider:PAUL, SHERIN
Date of Request:27 Sep 2017
Priority:Routine
Provisional Diagnosis:
Major depressive disorder, recurrent, moderate
Reason for Request:
Rec Therapy: Patient would benefit from additional coping skills and building
positive monitored socialization skills.
Note Written by NAVARRO,CARA A @ 12 Oct 2017 1524 EDT
Recreational Therapy
Recreational Therapy Program
Name: Anderson, Daniel P02
Date: 11 Oct 2017
Time: 97537 x  30 MIN
Place: Occupational Therapy Clinic
Intervention: Recreational Therapy Initial assessment

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

Diagnosis:  MDD
Pain:  SM reports 4/10 in intestinal/stomach due to IBS
Fall Risk: no
Education/ Counseling: Patient educated on sports and recreation adaptive
equipment, techniques and resources pre and post rehabilitation.
Referring Provider: Dr. Paul
Provisional Diagnosis: Major depressive disorder, recurrent, moderate
Reason for Request:  Patient would benefit from additional coping skills and
building
 positive monitored socialization skills
Phone: ███████
Email: █████████gmail.com
Branch / Rank:  Navy/ P02
SM arrives on time, groomed well and tired, stating he has not been sleeping
well.
SM completed homework and reported goals he has to improve interpersonal
relationships, decrease isolation and tolerate the community without being
overwhelmed.   Due to SM schedule he will not participate in Recreational
Therapy programs till November.
Pending Appointments:  02 Nov 2017
PLAN:
1.Patient will attend follow up session on 02 Nov to set POC
Signed By  NAVARRO, CARA A (Certified Therapeutic Recreation Specialist,
Occupational Therapy WRNMMC) @ 12 Oct 2017 1525
Verified by: NAVARRO,CARA A          12 Oct 2017@1530

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 13 Nov 2017

---

### *11 Oct 2017 1230 GMT at  by DELEON, PATRICK D.*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 11 Oct 2017 1230 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 17 Oct 2017 1327 GMT |
| Facility: | | Document ID: | 9198987424 |
| Clinician: | DELEON, PATRICK D. | | |

CONSULT REPORT

---------------------------------------------------------------------------------------------------------------------------
----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

---------------------------------------------------------------------------------------------------------------------------
----------------------------------------

CONSULT RESULT

Appointment Date:  11 Oct 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  DELEON, PATRICK D.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 11 Oct 2017 0730 EDTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: DELEON,PATRICK D.
Patient Status: Outpatient
Reason for Appointment:

**Medical Record**

IOP
Appointment Comments:
jbf
S/O Note Written by BURTON,CARA N @ 11 Oct 2017 1217 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: Educational Group: Finding
Meaning (1000-1100): Spirituality and Personality
S: The focus of today's session was the connection between personality and
spirituality. Group members were encouraged to assess their personalities
during active substance use and at the current point of their recovery. They
also reflected on how their personalities have changed since being sober.
This SM shared openly about the ways in which substance use allowed him a
release from his cares or ongoing frustrations. He engaged actively
throughout the session and commented on what others shared appropriately.
O: SM arrived on time for group, was oriented x4 and engaged actively during
the group exercises and discussion.
Appearance: Neat, clean, dressed appropriately to season
Behavior: Appropriate, engaged
Speech: WNL
Thoughts: Logical, WNL
Mood: Stable
Affect: Congruent, full range
Insight: Fair
Judgment: Fair
SI/HI: None reported
Med/Pain Issues: None reported
A: SM interacted with group members and facilitators. He demonstrated an
understanding of the concepts presented.
P: SM will attend the next group as scheduled.eg
ebody
ebody
Note Written by RAGLAND,MARY @ 16 Oct 2017 0952 EDT
Process Group        0730-0845
S: Topics discussed: Introductions (Name, relationship to the military,
substance of choice, sobriety date, and what brought Ct to ATS), Review of
Group Rules/Expectations.  Demonstrated understanding of Group Rules and
assisted in explaining to new group members. Ct again spoke of his father's
emotional abandonment of him and it's impact on his emotions--did not connect
this to his substance use..
O:  Ct arrived over 30 minutes late for group. Ct alert and oriented x 3.
Appearance: Appropriate for weather /situation
Behavior: Appropriate, engaged
Speech: Within Normal Limits
Thoughts: Logical, Linear, Goal-Directed
Mood: Euthymic
Affect: Congruent
Insight: Intact
Judgment: Intact
SI/HI: None reported
Med/Pain Issues: None reported
A: Ct participated appropriately in discussion. Ct demonstrates commitment to
sobriety/recovery.
P: Ct to continue with groups as assigned.
Note Written by RAGLAND,MARY @ 16 Oct 2017 1156 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Mind-Body Group, Session #3: Breath Work      1100-1150
S: Psychoeducation re: purposes of using breath work (slowing thought process,
slowing physiological processes, increase focus and concentration relaxation,
linking body and mind), types of breath work (Counting, Mantras, Body focus,
Guided/Imagery, Breathing while moving intentionally). Practiced several
different types of breath work chosen by participants.
O: SM arrived on time for group. Alert/oriented x 3.
Appearance:  CleanBehavior:  Appropriate
Speech:  WNL          Thoughts: Logical
Mood:  Stable                    Affect:  Congruent
Insight: Good          Judgment: Good
SI/HI:  None          Med/Pain Issues: None
A: SM participated appropriately in discussion and activity.
P: SM will attend next group as scheduled.
A/P Written by DELEON,PATRICK D. @ 17 Oct 2017 0921 EDT
1. Alcohol dependence, uncomplicated F10.20
Procedure(s):  -(S9480) INTENSIVE OUTPATIENT PSYCHIATRIC SERVICES, PER DIEM
x 1
Disposition Written by DELEON,PATRICK D. @ 17 Oct 2017 0921 EDT
Released w/o Limitations
Follow up:  in the ATS ADULT BE clinic. - Comments: Continue in Intensive
Outpatient Program, next groups 13 Oct
Signed By  DELEON, PATRICK D. (Social Work Case Manager) @ 17 Oct 2017 0922
Verified by: DELEON,PATRICK D.        17 Oct 2017@0927

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 13 Nov 2017

---

### 06 Oct 2017 1230 GMT at  by LESKO, STACEY B

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 06 Oct 2017 1230 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 06 Oct 2017 1738 GMT |
| Facility: | | Document ID: | 9178944187 |
| Clinician: | LESKO, STACEY B | | |

CONSULT REPORT

-------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,


-------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

CONSULT RESULT

Appointment Date:  06 Oct 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  LESKO, STACEY BETH

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 06 Oct 2017 0730 EDTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: LESKO,STACEY BETH
Patient Status: Outpatient
AutoCites Refreshed by LESKO,STACEY B @ 06 Oct 2017 1330 EDT
 Allergies

---

**Medical Record**

?No Known Allergies
Reason for Appointment:
process grou
Appointment Comments:
ctc
S/O Note Written by LESKO,STACEY BETH @ 06 Oct 2017 1330 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
He reported: Encounter Background Information: S: The group discussed several
topics today to include the how childhood family dynamics has impacted their
addiction and recovery.  Group members talked about trying new community
support meetings and what they liked/didn't like about them.  Lastly, members
shared what they were doing over the 3-day weekend to stay safe and support
their sobriety.
O: SM arrived on time for group. SM was oriented x3.
Appearance: AppropriateBehavior: Appropriate
Speech: WNL Thoughts: WNL
Mood:  EuthymicAffect: Congruent
Insight: GoodJudgment: Good
SI/HI: None CurrentMed/Pain Issues: None expressed
A: SM participated appropriately in group today, both giving and receiving
feedback.
P:  SM will continue with process groups as planned.eg
ebody
ebody
A/P Written by LESKO,STACEY B @ 06 Oct 2017 1332 EDT
1. Alcohol dependence, uncomplicated F10.20
Procedure(s):  -(90853) Psychiatric Therapy Group Interactive x 1
Disposition Written by LESKO,STACEY B @ 06 Oct 2017 1333 EDT
Released w/o Limitations
Follow up:  in the ATS ADULT BE clinic.
Signed By  LESKO, STACEY B (Medical Social Worker, 301-319-7824) @ 06 Oct 2017
1333
Verified by: LESKO,STACEY BETH        06 Oct 2017@1338

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 13 Nov 2017

---

### *05 Oct 2017 1800 GMT at  by NAVARRO, CARA A*

| | | | |
|---|---|---|---|
| Title: | OCCUPATIONAL THERAPY MTF BE | Original Date: | 05 Oct 2017 1800 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 06 Oct 2017 1220 GMT |
| Facility: | | Document ID: | 9177814745 |
| Clinician: | NAVARRO, CARA A | | |

CONSULT REPORT

-------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  POURZAND, MIRIAM
Requesting Location:  PSYCH DAY HOSP BE
Order ID number:  170913-09025
MCP Referral #:  20171629681
No. of Visits:  1
Referral Authorized Until:  13 Oct 2017
Reason for Consult:
SM suffers from signficant anxiety with avodiance would benefit from recreatio
n therapy program please evaluate. sm cell ███████
Priority:  ROUTINE
Provisional Diagnosis:
Generalized anxiety disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

-------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

CONSULT RESULT

Appointment Date:  05 Oct 2017@13:00:00
Requesting HCP:  POURZAND, MIRIAM
Clinic:  OCCUP THERAP TBI BE
Consulting HCP:  NAVARRO, CARA A

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 05 Oct 2017 1300 EDTAppt Type:
SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: OCCUP
THERAP TBI BEProvider: NAVARRO,CARA A
Patient Status: Outpatient
AutoCites Refreshed by NAVARRO,CARA A @ 06 Oct 2017 0732 EDT
  Family History
?family medical history (General FHx)
?paternal aunt's history of reason for visit [use for free text] (Paternal
Aunt)

---

**Medical Record**

?not maternal uncle's history of referred here (Maternal Uncle)
?family history of supplemental HPI [use for free text] (General FHx)
?no family history of malignant melanoma of the skin (General FHx)
?family history of father is alive (General FHx)
?family history of heart disease (General FHx)
?family history of cancer (General FHx)
?family history of mother is alive (General FHx)
?no family history of malignant neoplasm of large intestine (General FHx)
?no family history of malignant neoplasm of the gastrointestinal tract
(General FHx)
?paternal grandfather's history of preliminary background HPI [use for free
text] (Paternal Grandfather)
?paternal grandmother's history of preliminary background HPI [use for free
text] (Paternal Grandmother)
?paternal grandmother's history of HPI [use for free text] (Paternal
Grandmother)
?paternal history of preliminary background HPI [use for free text] (Father)
?family history of test conclusions [Use for free text] (General FHx)
?family history of diabetes mellitus (General FHx)
?family history of mental illness (not retardation) (General FHx)
?family history of the options include referral (General FHx)
?family history of patient counseling (General FHx)
?fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
?no family history of chronic liver disease (General FHx)
Reason for Appointment:
Generalized anxiety disorder
Appointment Comments:
can
Questionnaire AutoCites Refreshed by NAVARRO,CARA A @ 06 Oct 2017 0732 EDT
Questionnaires
A/P Last Updated by NAVARRO,CARA A @ 06 Oct 2017 0753 EDT
1. Major depressive disorder, recurrent, moderate
Procedure(s): -Phys Ther Ed Community Reintegration Training - Per 15 Min x
6
Disposition Written by NAVARRO,CARA A @ 06 Oct 2017 0814 EDT
Released w/o Limitations
Follow up:  as needed . - Comments: continue with services
Note Written by NAVARRO,CARA A @ 06 Oct 2017 0732 EDT
Consult Order
Referring Provider:POURZAND, MIRIAM
Date of Request:13 Sep 2017
Priority:Routine
Provisional Diagnosis:
Generalized anxiety disorder
Reason for Request:
SM suffers from signficant anxiety with avodiance would benefit from
recreation therapy program please evaluate. sm cell ███████
Note Written by NAVARRO,CARA A @ 06 Oct 2017 0814 EDT
Recreational Therapy
SUBJECT
Recreational Therapy Program
Name: Anderson, Daniel P02
Last 4: ███
Date: 05 Oct 2017
Time: 97537 x  90MIN

**Medical Record**

Anderson, Daniel Dennis    DOB: ██ 1985  SSN: ***-**-██    DoD ID: 1286180538    Created: 13 Nov 2017

Place: Occupational Therapy Clinic
Intervention: Recreational Therapy Initial assessment
Diagnosis:  MDD
Pain:  SM reports 4/10 in intestinal/stomach due to IBS
Fall Risk: no
Education/ Counseling: Patient educated on sports and recreation adaptive equipment, techniques and resources pre and post rehabilitation.
Referring Provider: Dr. Paul
Provisional Diagnosis: Major depressive disorder, recurrent, moderate
Reason for Request:  Patient would benefit from additional coping skills and building
 positive monitored socialization skills
Phone: ████████
Email: ████████gmail.com
Branch / Rank:  Navy/ P02
OBJECTIVE
Patient was seen today for education, planning and training in prep for participation in Recreational Therapy programs.
ACTION
Patient was educated on application, agenda, safety, and program expectations for participation in upcoming Recreational Therapy programs. SM?s homework is to write goals for Recreational therapy and what programs he can use to best practice the skills he is developing/learning.  Patient was receptive to education and motivated with TX. Patient is in agreement with plan.
Assessment: Alert and oriented x 4. Presents to be in a pleasant mood although displayed signs of anxiety as evidenced by excessive talking and having scattered thoughts.  SM was not able to identify personal goals for post military and has homework to complete prior to next session. SM relates challenges back to his childhood and contradicts self with what does and does not matter to him.  SM was educated on what the scope of practice is for Recreational Therapy and how writer is not able to change or help SM with certain areas of his life.   During conversation SM requires redirection to answer questions.        Learning style- Combined        Patient tolerated session well.
Barriers to learning: none
Community Reintegration: Isolates self in his home, refuses to go to a gym because ?it?s dirty?
Leisure Barriers: social avoidance due to indifference towards others, IBS challenges
Pending Appointments:  11 Oct 2017
Leisure interests include: cooking, video games, movies, TV shows
Learning Style: combined
Precautions: pain
Interventions Recommended:
_x__Aquatic        _x__Relaxation___Physical conditioning ___Horticulture
___Arts & Craft            ___Adaptive Sports
___1:1 session  _x__ Social Activities
_x__Outdoor Activities      _x__Leisure counseling
___Cognitive Activities ___Paddling
__x_Yoga        ___Archery        _x__Community Reintegration
___Hunting/Fishing        ___Cooking Group        ___Therapeutic Riding
Adaptive Equipment Utilized and/or recommended:
___Scissors (loop)      ___Pencil Grip ___Knives/spoons/fork

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

___Cookware
___Magnifying glass     ___Talking books          ___Ski/snowboard
___Bicycle
___Prosthetics    ___W/C, Rollator
___Assistive Tech___Vehicle
___Lift Systems(s)      ___IDEO Brace
Leisure & Community Reintegration Barriers:
___Cognitive Skills     _x__Social Skills           ___Communication
___Paralysis
___Financial     ___General Weakness           ___ROM
limitations___Mobility
___Perceptual Prob     ___Grasp / Release        _x__Fears /
Phobias___Hearing Deficits
___Visual Acuity               _x__Motivation
___Spasticity_x__Pain
_x__Attitude     _x__Self-confidence          ___Transportation
PLAN:
1.Patient will attend follow up session on 11 Oct with completed homework and
set POC
Discharge Recommendations:
___Utilization of Community Resources
___Adaptive equipment requested
___Continue program at home
_x__Encouragement of social / leisure participation
Signed By  NAVARRO, CARA A (Certified Therapeutic Recreation Specialist,
Occupational Therapy WRNMMC) @ 06 Oct 2017 0815
Verified by: NAVARRO,CARA A          06 Oct 2017@0820

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *05 Oct 2017 0100 GMT at  by KHRAMTSOV, ANDREI N*

| | | | |
|---|---|---|---|
| Title: | SLEEP DISORDERS MTF BE | Original Date: | 05 Oct 2017 0100 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 05 Oct 2017 1231 GMT |
| Facility: | | Document ID: | 9174509170 |
| Clinician: | KHRAMTSOV, ANDREI N | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170727-03882
MCP Referral #:  20171332279
No. of Visits:  1
Referral Authorized Until:  26 Aug 2017
Reason for Consult:
32 y/o USN PO2 with chronic daytime fatigue despite adequate sleep time. Also
intermittent headaches.  Please evaluate for sleep disorder. Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
R/o obstructive sleep apnea
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

--------------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  04 Oct 2017@20:00:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  SLEEP (PULM) CL BE
Consulting HCP:  KHRAMTSOV, ANDREI N.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 04 Oct 2017 2000 EDTAppt Type:
PROC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: SLEEP
(PULM) CL BEProvider: KHRAMTSOV,ANDREI N.
Patient Status: Outpatient
Reason for Appointment:
split w 3% per Dr. K
A/P Last Updated by IRVINE,RAYMOND W @ 05 Oct 2017 0423 EDT
1. Sleep disorder, unspecified

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 13 Nov 2017

Procedure(s):  -Polysomnography With 4+ Add'l Sleep Parameters Age 6 Years
Or Older x 1 (TC-TECHNICAL COMPONENT) ADDITIONAL PROVIDER(S): PETRI,ROEL -
This note pertains to polysomnography data collection only. The physician
interpretation is appended to a separate procedure note. If there are no
additional procedure notes visible within the electronic medical record,
please call 301-295-4547 and ask to speak with one of the physician staff.
Disposition Last Updated by IRVINE,RAYMOND W @ 05 Oct 2017 0423 EDT
Released w/o Limitations
Follow up:  as needed . - Comments: Please don't drive if sleepy.
Note Written by IRVINE,RAYMOND W @ 05 Oct 2017 0419 EDT
Consult Order
Referring Provider:TOBAR, EDEN
Date of Request:27 Jul 2017
Priority:Routine
Provisional Diagnosis:
R/o obstructive sleep apnea
Reason for Request:
32 y/o USN PO2 with chronic daytime fatigue despite adequate sleep time. Also
intermittent headaches.  Please evaluate for sleep disorder. Thank you.
Signed By  KHRAMTSOV, ANDREI N (Staff Physician, Sleep Disorders Center,
WRAMC) @ 05 Oct 2017 0826
Verified by: ANDREI N KHRAMTSOV        05 Oct 2017@0831

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

*04 Oct 2017 1600 GMT at  by HANGEMANOLE, DESPINA C*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 04 Oct 2017 1600 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 05 Oct 2017 0406 GMT |
| Facility: | | Document ID: | 9174047511 |
| Clinician: | HANGEMANOLE, DESPINA C | | |

CONSULT REPORT

----------------------------------------------------------------------------------------------------------------------------
--------------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitka at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

----------------------------------------------------------------------------------------------------------------------------
--------------------------------------------

CONSULT RESULT

Appointment Date:  04 Oct 2017@11:00:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  HANGEMANOLE, DESPINA C

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 04 Oct 2017 1100 EDTAppt Type:
FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: HANGEMANOLE,DESPINA C
Patient Status: Outpatient
Reason for Appointment:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538       Created: 13 Nov 2017

F/U
Appointment Comments:
CTC
S/O Note Written by HANGEMANOLE,DESPINA C @ 04 Oct 2017 1324 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
Focus Of Session: CBT/Work Stress
S) SM reported that he has been feeling bad the last two days due to some
stress with his direct supervisor. SM stated that he feels angry but was able
to identify feeling disrespected as the main reason for his anger. SM and
this writer used CBT techniques to work through the beliefs and emotional
consequences of the conflict at work. SM explored how he can use cognitive
reframing and expectation adjustment to reduce the stress around this
conflict. SM stated that he had forgotten to do his gratitude list for the
last couple days until his family reminded him to do it and stated he was
happy for the accountability. SM reported group went well and he attended one
SMART recovery meeting last week which he enjoyed. SM denied any alcohol use
or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was
euthymic in session, affect congruent. SM's thoughts and behavior were
appropriate.
A) SM was cooperative and friendly. SM appears to be thinking critically about
his recovery and is open to feedback. SM seems to be open minded to using
concrete techniques to address his depression and anxiety and is reflective
and thoughtful in session.
Alcohol Use D/O, Severe
P) SM will follow up with social worker in two weeks. SM will begin continue
with ATS groups as scheduled.
.eg
ebody
ebody
A/P Written by HANGEMANOLE,DESPINA C @ 04 Oct 2017 1325 EDT
1. Alcohol dependence, uncomplicated
Procedure(s): -Psychiatric Therapy Individual Approximately 60 Minutes x 1
Disposition Written by HANGEMANOLE,DESPINA C @ 04 Oct 2017 1325 EDT
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with
social worker in two weeks.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Signed By  HANGEMANOLE, DESPINA C (LCSW-C, MAC, Addiction Treatment Services)
@ 04 Oct 2017 1326
Verified by: HANGEMANOLE,DESPINA C      04 Oct 2017@2118

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis      DOB: █████ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 13 Nov 2017

---

### *04 Oct 2017 1230 GMT at  by RAGLAND, MARY*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 04 Oct 2017 1230 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 05 Oct 2017 1252 GMT |
| Facility: | | Document ID: | 9174576273 |
| Clinician: | RAGLAND, MARY | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

--------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

CONSULT RESULT

Appointment Date:  04 Oct 2017@07:30:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  RAGLAND, MARY

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 04 Oct 2017 0730 EDTAppt Type:
GRP
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: RAGLAND,MARY
Patient Status: Outpatient
Reason for Appointment:
process group

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB:        1985  SSN: ***-**-        DoD ID: 1286180538        Created: 13 Nov 2017

Appointment Comments:
ctc
Note Written by RAGLAND,MARY @ 04 Oct 2017 1007 EDT
Process Group        0730-0845
S: Topics discussed: Introductions, stressors which impacted drinking and/or
recovery. Ct shared openly about his prior treatment experiences for alcohol,
his recent relapse episode which led to this ATS referral. Ct shared very
openly about negative childhood experiences related to being the child of
divorced parents. Ct described recent trouble for "sexual harrassment
presented in a way as warning the other group members not to"post photos of
yourself on social media" or "ask a civilian to speak outside of work". Ct
related to another peer about SMART Recovey and they determined they lived
near each other. Ct suggested they carpool to meetings.
O:  Ct arrived on time for group  SM alert and oriented x 3.
Appearance: Appropriate for weather /situation
Behavior: Appropriate, engaged
Speech: Within Normal Limits
Thoughts: Logical, Linear, Goal-Directed
Mood: Euthymic
Affect: Congruent
Insight: Intact
Judgment: Intact
SI/HI: None reported
Med/Pain Issues: None reported
A: Ct participated appropriately in discussion. Ct demonstrates commitment to
sobriety/recovery.
P: Ct to continue with groups as assigned.
A/P Written by RAGLAND,MARY @ 05 Oct 2017 0847 EDT
1. Alcohol dependence, uncomplicated
Procedure(s):  -Psychiatric Therapy Group Interactive x 1
Disposition Written by RAGLAND,MARY @ 05 Oct 2017 0847 EDT
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic.
Signed By  RAGLAND, MARY (Physician) @ 05 Oct 2017 0847
Verified by: RAGLAND,MARY            05 Oct 2017@0852

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis       DOB: ____ 1985  SSN: ***-**-____    DoD ID: 1286180538       Created: 13 Nov 2017

---

*02 Oct 2017 1500 GMT at  by KHRAMTSOV, ANDREI N*

| | | | |
|---|---|---|---|
| Title: | SLEEP DISORDERS MTF BE | Original Date: | 02 Oct 2017 1500 GMT |
| Document Type: Facility: | Consultation | AHLTA Entry Date: Document ID: | 12 Oct 2017 1707 GMT 9189313841 |
| Clinician: | KHRAMTSOV, ANDREI N | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------
----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170727-03882
MCP Referral #:  20171332279
No. of Visits:  1
Referral Authorized Until:  26 Aug 2017
Reason for Consult:
32 y/o USN PO2 with chronic daytime fatigue despite adequate sleep time. Also
intermittent headaches.  Please evaluate for sleep disorder. Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
R/o obstructive sleep apnea
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,


--------------------------------------------------------------------------------------------------------------------
----------------------------------------

CONSULT RESULT

Appointment Date:  02 Oct 2017@10:00:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  SLEEP (PULM) CL BE
Consulting HCP:  KHRAMTSOV, ANDREI N.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 02 Oct 2017 1000 EDTAppt Type:
SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: SLEEP
(PULM) CL BEProvider: KHRAMTSOV,ANDREI N.
Patient Status: Outpatient
AutoCites Refreshed by KHRAMTSOV,ANDREI N @ 02 Oct 2017 1019 EDT
Problems
Loading...  Family History
?family medical history (General FHx)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

?paternal aunt's history of reason for visit [use for free text] (Paternal Aunt)
?not maternal uncle's history of referred here (Maternal Uncle)
?family history of supplemental HPI [use for free text] (General FHx)
?no family history of malignant melanoma of the skin (General FHx)
?family history of father is alive (General FHx)
?family history of heart disease (General FHx)
?family history of cancer (General FHx)
?family history of mother is alive (General FHx)
?no family history of malignant neoplasm of large intestine (General FHx)
?no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
?paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
?paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
?paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
?paternal history of preliminary background HPI [use for free text] (Father)
?family history of test conclusions [Use for free text] (General FHx)
?family history of diabetes mellitus (General FHx)
?family history of mental illness (not retardation) (General FHx)
?family history of the options include referral (General FHx)
?family history of patient counseling (General FHx)
?fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
?no family history of chronic liver disease (General FHx)
 Allergies
Loading...
Active Medications
Active Medications Status Sig Refills Left Last Filled
DULOXETINE HCL, 60 MG, CAPSULE DR, ORAL Ordered TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 1 of 1 27 Sep 2017
Sodium Carboxymethylcellulose 0.5%, Solution, Ophthalmic Ordered INSTILL 1 DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRYNESS #0 RF2 2 of 2 27 Sep 2017
NALTREXONE HCL, 50 MG, TABLET, ORAL Refill TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 0 of 1 06 Sep 2017
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL Active TAKE 2 BY MOUTH EVERY DAY #0 RF3 2 of 3 06 Sep 2017
PROBIOTIC (VSL#3) DS--PO PACK Active TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 1 of 1 06 Jun 2017
SIMETHICONE, 80 MG, TAB CHEW, ORAL Active CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 2 of 2 18 May 2017
HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL Active DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 3 of 3 10 May 2017
Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral Active TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 3 of 3 10 May 2017
IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL Active DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 1 of 1 28 Apr 2017
FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE Active NR 14 Oct 2016
AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE Active NR 05 Oct 2015

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 13 Nov 2017

Labs
26 Sep 2017 0736
ETG/ETS, UA (250 Cut-Off)Site SpecimenResultUnitsRef Range
Ethyl Glucuronide URINE negative <i> ng/mL Cutoff=250
26 Sep 2017 0736
Drug Abuse ScreenSite SpecimenResultUnitsRef Range
Amphetamines URINE negative <i> (Negative)
Barbiturates URINE negative <i> (Negative)
Benzodiazepines URINE negative <i> (Negative)
Cocaine URINE negative <i> (Negative)
Opiates URINE negative <i> (Negative)
Phencyclidine, UA URINE negative <i> (Negative)
Cannabinoids URINE negative <i> (Negative)
Methadone URINE negative <i> (Negative)
Oxycodone URINE negative <i> ng/mL (Negative)
22 Sep 2017 0745
ETG/ETS, UA (250 Cut-Off)Site SpecimenResultUnitsRef Range
Ethyl Glucuronide URINE negative <i> ng/mL Cutoff=250
22 Sep 2017 0745
Drug Abuse ScreenSite SpecimenResultUnitsRef Range
Amphetamines URINE negative <i> (Negative)
Barbiturates URINE negative <i> (Negative)
Benzodiazepines URINE negative <i> (Negative)
Cocaine URINE negative <i> (Negative)
Opiates URINE negative <i> (Negative)
Phencyclidine, UA URINE negative <i> (Negative)
Cannabinoids URINE negative <i> (Negative)
Methadone URINE negative <i> (Negative)
Oxycodone URINE negative <i> ng/mL (Negative)
19 Sep 2017 0720
ETG/ETS, UA (250 Cut-Off)Site SpecimenResultUnitsRef Range
Ethyl Glucuronide URINE negative <i> ng/mL Cutoff=250
19 Sep 2017 0720
Drug Abuse ScreenSite SpecimenResultUnitsRef Range
Amphetamines URINE negative <i> (Negative)
Barbiturates URINE negative <i> (Negative)
Benzodiazepines URINE negative <i> (Negative)
Cocaine URINE negative <i> (Negative)
Opiates URINE negative <i> (Negative)
Phencyclidine, UA URINE negative <i> (Negative)
Cannabinoids URINE negative <i> (Negative)
Methadone URINE negative <i> (Negative)
Oxycodone URINE negative <i> ng/mL (Negative)
12 Sep 2017 0819
ETG/ETS, UA (250 Cut-Off)Site SpecimenResultUnitsRef Range
Ethyl Glucuronide URINE negative <i> ng/mL Cutoff=250
12 Sep 2017 0819
Drug Abuse ScreenSite SpecimenResultUnitsRef Range
Amphetamines URINE negative <i> (Negative)
Barbiturates URINE negative <i> (Negative)
Benzodiazepines URINE negative <i> (Negative)
Cocaine URINE negative <i> (Negative)
Opiates URINE negative <i> (Negative)
Phencyclidine, UA URINE negative <i> (Negative)
Cannabinoids URINE negative <i> (Negative)

**Medical Record**

Methadone URINE negative <i> (Negative)
Oxycodone URINE negative <i> ng/mL (Negative)
05 Sep 2017 0915
ETG/ETS, UA (250 Cut-Off)Site SpecimenResultUnitsRef Range
Ethyl Glucuronide URINE negative <i> ng/mL Cutoff=250
05 Sep 2017 0915
Drug Abuse ScreenSite SpecimenResultUnitsRef Range
Amphetamines URINE negative <i> (Negative)
Barbiturates URINE negative <i> (Negative)
Benzodiazepines URINE negative <i> (Negative)
Cocaine URINE negative <i> (Negative)
Opiates URINE negative <i> (Negative)
Phencyclidine, UA URINE negative <i> (Negative)
Cannabinoids URINE negative <i> (Negative)
Methadone URINE negative <i> (Negative)
Oxycodone URINE negative <i> ng/mL (Negative)
Vitals
Vitals Written by VELMA,SHEDRICK D @ 02 Oct 2017 0940 EDT
 BP: 132/88, HR: 79, RR: 14, HT: 69 in, WT: 160 lbs, SpO2: 95%, BMI: 23.63,
BSA: 1.879 square meters,
 Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free
Comments: Allergic to cats
Vitals Written by MARCIULIONIS,MANTAS @ 29 Sep 2017 0958 EDT
 BP: 133/94, HR: 72, T: 97.5 F, HT: 69 in, WT: 163 lbs, SpO2: 96%, BMI:
24.07, BSA: 1.894 square meters,
 Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free
Vitals Written by NDEGWAH,DOROTHY J @ 27 Sep 2017 1054 EDT
 BP: 137/93, HR: 82, RR: 16, T: 97.9 F, HT: 69 in, WT: 160 lbs, BMI: 23.63,
BSA: 1.879 square meters, Tobacco Use: No, Alcohol Use: No,
 Pain Scale: 0 Pain Free
Vitals Written by WESLEY,LATASHA @ 26 Sep 2017 0859 EDT
 BP: 135/94, HR: 79, RR: 18, T: 97.9 F, HT: 69 in, WT: 160 lbs, SpO2: 96%,
BMI: 23.63,
 BSA: 1.879 square meters, Tobacco Use: No, Alcohol Use: No, Pain Scale: 7/10
Severe, Pain Scale Comments: headache- dull
Reason for Appointment:
R/o obstructive sleep apnea
Appointment Comments:
dttp/irmac pt waived atc
Vitals
Vitals Written by VELMA,SHEDRICK D @ 02 Oct 2017 0940 EDT
 BP: 132/88,    HR: 79,    RR: 14,    HT: 69 in,    WT: 160 lbs,    SpO2:
95%,    BMI: 23.63,    BSA: 1.879 square meters,
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
Comments: Allergic to cats
S/O Note Written by KHRAMTSOV,ANDREI N. @ 12 Oct 2017 1254 EDT
bodybodyChief complaint g1
The Chief Complaint is:
Difficulty  staying asleep.eg
History of present illness g2
The Patient is a 32 year old male.
He reported: Military service in the Navy and currently on active duty.
Patient reports  gasping , witnessed apnea, difficulty  staying asleep , non
refreshing sleep, hypersomnia, feeling tired,  See paper note .eg
Past medical/surgical history g4

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Diagnoses:
No coronary artery disease
No congestive heart failure.
No hypertension
No pulmonary hypertension.
No diabetes mellitus.
Cerebral artery thrombosis - without cerebral infarction.
Depression Anxiety, Patient denies  suicidal or homicidal ideationeg
Personal history g5
Behavioral:  No caffeine use mild excessive and not a current smoker.
Alcohol: Alcohol use H/o EOH abuse.eg
Review of systems g16
Encounter Background Information: Medication list reviewed.
Otolaryngeal: No nasal passage blockage (stuffiness), no snoring, and snoring
not exacerbated by nasal congestion.
Gastrointestinal: Heartburn.
Genitourinary: Nocturia.
Endocrine: Decreased libido.
Musculoskeletal: The legs do not feel restless.
Psychological: Total Epworth Sleepiness score for likelihood of falling asleep
during the day 19/24   Driving problems secondary EDS.- yes and middle-night
awakening with a choking sensation.
See paper note.eg
Physical findings g8
Vital Signs:
 Current vital signs reviewed.
General Appearance:
 Awake.   Alert.   In no acute distress.
Neck:
Appearance: ? Neck circumference 38 cm.
Obstructions:
Obstructions: ? Airway was partially obstructed Mallampati class 2.
Lungs:
 Clear to auscultation is without wheezes, rales or ronchi.
Cardiovascular:
Heart Rate And Rhythm:  Normal are normal, no murmurs, gallops or rubs
appreciated.
Edema:  Pretibial pitting edema not bilateral.
Neurological:
? Not oriented to time, place, and person.   System: normal is grossly
normal.  Normal gait.eg
Objective g9
Assessment/Plan:  The patient presents with  some symptoms suggestive of
Obstructive Sleep Apnea. y.  Polysomnography/split  has been ordered.
Discussed with patient   OSA, Insufficient Sleep Syndrome (ISS) and nasal
congestion. The patient was counseled to maintain an ideal body weight to
reduce the severity of the disease and related complications.  The risks of
alcohol and other sedatives were discussed.  The patient was educated on
positional therapy.  The patient was counseled to avoid driving while
excessively sleepy.(was stressed to patient with hypersomnia) !!!eg
ebody
ebody
A/P Written by KHRAMTSOV,ANDREI N @ 02 Oct 2017 1033 EDT
1. Sleep disorder, unspecified
Medication(s):  -ESZOPICLONE--PO 3MG TAB - TAKE ONE TABLET BY MOUTH EVERY

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB:████ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 13 Nov 2017

NIGHT AS NEEDED FOR SLEEP #1 RF0
Disposition Written by KHRAMTSOV,ANDREI N @ 12 Oct 2017 1302 EDT
Released w/o Limitations
Follow up: as needed in the SLEEP (PULM) CL BE clinic. - Comments: meds.
recon/immun.add
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding. - Comments: Given the
multidisciplinary variables that have been considered in the
evaluation and management of this patient's sleep complaints the medical
decision making is of moderate to high complexity.  The diagnostic
procedures and therapeutic interventions are of high technical complexity
thereby the overall data complexity for this patient's evaluation is
moderate to high.  At least 30 minutes were spent face to face with this
patient (10 minutes reviewing questionnaire and history, 5 minutes reviewing
medical record, 10 minutes educating and counseling on good sleep practices
and strategies and 5 minutes coordinating care).  PATIENT COUNSELED NOT TO
OPERATE MOTOR VEHICLES IF FEELING TIRED.
Note Written by WILLIAMS,FELICIA P @ 02 Oct 2017 0928 EDT
Consult Order
Referring Provider:TOBAR, EDEN
Date of Request:27 Jul 2017
Priority:Routine
Provisional Diagnosis:
R/o obstructive sleep apnea
Reason for Request:
32 y/o USN PO2 with chronic daytime fatigue despite adequate sleep time. Also
intermittent headaches.  Please evaluate for sleep disorder. Thank you.
Note Written by TERRY,SETH M @ 12 Oct 2017 1100 EDT
Questionnaire
Signed By  KHRAMTSOV, ANDREI N (Staff Physician, Sleep Disorders Center,
WRAMC) @ 12 Oct 2017 1302
Verified by: ANDREI N KHRAMTSOV        12 Oct 2017@1307

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

---

*29 Sep 2017 1300 GMT at  by HANGEMANOLE, DESPINA C*

| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 29 Sep 2017 1300 GMT |
|---|---|---|---|
| Document Type: Facility: | Consultation | AHLTA Entry Date: Document ID: | 29 Sep 2017 1539 GMT 9161717585 |
| Clinician: | HANGEMANOLE, DESPINA C | | |

CONSULT REPORT

---------------------------------------------------------------------------------------------------------------------------
----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilikation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

---------------------------------------------------------------------------------------------------------------------------
----------------------------------------

CONSULT RESULT

Appointment Date:  29 Sep 2017@08:00:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  HANGEMANOLE, DESPINA C

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 29 Sep 2017 0800 EDTAppt Type:
FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: HANGEMANOLE,DESPINA C
Patient Status: Outpatient
Reason for Appointment:

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

f/u
Appointment Comments:
ctc
S/O Note Written by HANGEMANOLE,DESPINA C @ 29 Sep 2017 1133 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
Focus Of Session: Treatment Planning
S) SM reported that he has been busy with appointments and will be finishing
up with the VA this week. SM stated he had a sleep study on Monday and
acknowledged he will be starting IOP process groups on Wednesday and then
full IOP on 11 October. SM stated that he went to an AA meeting but walked
out and spent time in his car trying to figure out why he had such a problem
with AA. SM expressed that he felt the people in AA were of lower
intelligence and didn't have much motivation to work on their problems
behaviorally, though they verbalized a desire to change. SM stated he then
went to a SMART recovery meeting and felt much more engaged there. SM stated
he appreciates the CBT focus. SM was encouraged to keep an open mind about AA
and he acknowledged there were many things about AA philosophy that he agreed
with but that the meetings just didn't resonate with him. SM stated that he
would need to be vigilant regarding the tendency to rationalize a return to
drinking when he is "feeling better". SM stated that he feels he is working
on the spiritual bankruptcy of addiction by connecting with his family and
trying to connect more with friends. SM and this writer reviewed treatment
planning goals. SM denied any alcohol use or thoughts about drinking. SM
denied being in pain.
O) SM reported to session on time and was dressed casually. His mood was
euthymic in session, affect congruent. SM's thoughts and behavior were
appropriate.
A) SM was cooperative and friendly. SM was insightful in developing his
treatment plan. SM appears to be thinking critically about his recovery and
is open to feedback.
Alcohol Use D/O, Severe
P) SM will follow up with social worker next week. SM will begin ATS groups on
4 October.
.eg
ebody
ebody
A/P Last Updated by HANGEMANOLE,DESPINA C @ 29 Sep 2017 0842 EDT
1. Alcohol dependence, uncomplicated
Procedure(s):  -Psychiatric Therapy Individual Approximately 60 Minutes x 1
Disposition Last Updated by HANGEMANOLE,DESPINA C @ 29 Sep 2017 0843 EDT
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with
social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Signed By  HANGEMANOLE, DESPINA C (LCSW-C, MAC, Addiction Treatment Services)
@ 29 Sep 2017 1133
Verified by: HANGEMANOLE,DESPINA C      29 Sep 2017@1139

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | |
|---|---|
| Anderson, Daniel Dennis    DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538    Created: 13 Nov 2017 |

*19 Sep 2017 2030 GMT at  by BHUSHAN, ANITA*

| | | | |
|---|---|---|---|
| Title: | | Original Date: | 19 Sep 2017 2030 GMT |
| | GASTROENTEROLO GY MTF BE | | |
| Document Type: | Consultation | AHLTA Entry Date: | 22 Sep 2017 1623 GMT |
| Facility: | | Document ID: | 9145300539 |
| Clinician: | BHUSHAN, ANITA | | |

CONSULT REPORT

-----------------------------------------------------------------------------------------------------------------------
-----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  THOMPSON, DAVID HERRON
Requesting Location:  OTOLARYNG CL BE
Order ID number:  160413-07484
MCP Referral #:  20160660564
No. of Visits:  1
Referral Authorized Until:  13 May 2016
Reason for Consult:
SM with Reflux and Postive H. Pylori on IGG, Please evalute and treat.
Priority:  ROUTINE
Provisional Diagnosis:
Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

-----------------------------------------------------------------------------------------------------------------------
-----------------------------------------

CONSULT RESULT

Appointment Date:  19 Sep 2017@15:30:00
Requesting HCP:  THOMPSON, DAVID HERRON
Clinic:  GI CL BE
Consulting HCP:  BHUSHAN, ANITA

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DENNISDate: 19 Sep 2017 1530 EDTAppt Type:
FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: GI CL
BEProvider: BHUSHAN,ANITA
Patient Status: Outpatient
Reason for Appointment:
follow up
Appointment Comments:
dtp/irmac pt waived atc
Vitals

**Medical Record**

Vitals Written by NG,ANDREW J @ 19 Sep 2017 1515 EDT
 BP: 137/87,    HR: 76,    RR: 14,    T: 97.9 F,    HT: 69 in,    WT:
164.2 lbs,    SpO2: 95%,    BMI: 24.25,
 BSA: 1.9 square meters,    Tobacco Use: No,    Alcohol Use: No,    Pain
Scale: 0 Pain Free
S/O Note Written by BRIDGES,EDWARD E @ 19 Sep 2017 1549 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.

32 y/o AD male returns to the GI clinic for f/u regarding IBS manifested by
chronic intermittent abdominal pain. He reports a long history of GI
symptoms, dating back to childhood, but symptoms have been more disruptive
over the past few years. Notes generalized sharp, crampy abdominal pain about
every 1-2 days, that peaks prior to defecation and is relieved after bowel
movements. Typically has 1-2 soft or liquid stools per day, infrequently with
urgency. Abdominal pain is worse with intake of insoluble fibers, although,
this regimen does resolves his liquid stools producing semi formed stools.
Also worse during physical activity and with increased anxiety/stress. He has
seen nutrition, adopted a low fodmap diet (no beer, no wine, no rum, no
brocolli, no lettuce, no onions, no garlic, no beans, no spinach, no cabbage,
no aspsaragus, no fruits, no sausage, no chorizo, no eggs), and found partial
relief in frequency of pain and fecal urgency.  He also reports similar
relief in symptom frequency with avoiding dairy, caffeine, and
sugar-substitutes.  He reports reduced stool output with decreased oral
intake. He previously tested for celiac serologies and inflammatory markers.
Denies EIM's of IBD, as well family h/o IBD.  Reports fecal staining twice
in the setting diarrhea.  Reports 5-15 minute urgency before defecating on
every occasion.  Denies post defecatory leakage.
Of note, patient underwent CT A&P in 2012 for the same abdominal pain, which
showed focal wall-thickening at the hepatic flexure with proximal stool
retention. Colonoscopy (McNally) in 2012 showed mild congestion in the
sigmoid, but biopsies were unremarkable. A subsequent MRE was completely
normal.
He was also previously noted to have a +serum AB to H.pylori. He was treated
with triple therapy, and a stool test confirmed eradication in 2016.
.eg
Allergies g24
Allergies Verified and Updated
NKDA
.eg
Current medication g3
Including OTC meds, vitamins, herbals, etc.
 Effexor - started after previously diagnosed IBS-D (used for
Anxiety/Depression)
Naltrexone started after previously diagnosed IBS-D (used for ETOH avoidance)
Simethicone qid.eg
Past medical/surgical history g4
Reported:
Medical: Reported medical history
Anxiety/depression
IBS-D
.
Surgical / Procedural: Surgical / procedural history
Tonsillectomy
PRK
LaForte1 May 2017.eg

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 13 Nov 2017

Personal history g5
Social history reviewed
 Tob:  (-)
 Etoh:  (1-2 glasses of wine/ day)
.eg
Family history g7
Family medical history
No malignant neoplasm of the gastrointestinal tract.
.eg
Physical findings g8
Vital Signs:
? Temperature: Reviewed.  ? RR: Reviewed.  ? PR: Reviewed.  ? Blood pressure:
Reviewed.
General Appearance:
 Normal.   Well developed.   Well nourished.   In no acute distress.
Neck:
Appearance:  Of the neck was normal.
Eyes:
General/bilateral:
Sclera:  Normal.
Lymph Nodes:
 Submandibular lymph nodes were not enlarged.
Lungs:
 Respiration rhythm and depth was normal.
Cardiovascular:
Heart Rate And Rhythm:  Normal.
Abdomen:
Visual Inspection:  Abdomen was not distended.
Musculoskeletal System:
Functional Exam:
General/bilateral:  Mobility was not limited.
Other:
General/bilateral:  No muscle tenderness.
Neurological:
 Oriented to time, place, and person.
Psychiatric:
Mood:  Euthymic.
Affect:  Normal.
Skin:
 Showed no ecchymosis.   Temperature was normal.   No skin lesions.eg
ebody
ebody
Lab Result Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1611 EDT
Tissue Transglutaminase Ab IgA+IgG PanelSite/Specimen06 Oct 2016 1307
Tissue Transglutaminase Ab IgASERUM<2 <i>
Tissue Transglutaminase Ab IgGSERUM<2 <i>
Lab Result Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1610 EDT
IgASite/Specimen06 Oct 2016 1307
IgASERUM256
Lab Result Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1610 EDT
Helicobacter pylori Ag EIA
Order #160511-04658 (NNMC Bethesda)
Filler #160606 NBL 374 (NNMC Bethesda)
Status:Final
Ordering Provider:SHAH, NISHA AMISH

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Priority:ROUTINE
Date Ordered:11 May 2016 0843
Date Resulted:10 Jun 2016 0857
COLLECT_SAMPLE:STOOL
Order Comment:to be done two weeks after stopping protonix
BACTERIOLOGY RESULT:OBSERVATION: Negative
Specimen:Feces
Collected:06 Jun 2016 1312
Results:
Final report
Lab Result Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1610 EDT
ESRSite/Specimen11 Apr 2016 1043
ESRBLOOD5
Lab Result Cited by BRIDGES,EDWARD E @ 19 Sep 2017 1300 EDT
Helicobacter pylori Ag EIA
Order #160511-04658 (NNMC Bethesda)
Filler #160606 NBL 374 (NNMC Bethesda)
Status:Final
Ordering Provider:SHAH, NISHA AMISH
Priority:ROUTINE
Date Ordered:11 May 2016 0843
Date Resulted:10 Jun 2016 0857
COLLECT_SAMPLE:STOOL
Order Comment:to be done two weeks after stopping protonix
BACTERIOLOGY RESULT:OBSERVATION: Negative
Specimen:Feces
Collected:06 Jun 2016 1312
Results:
Final report
A/P Last Updated by BRIDGES,EDWARD E @ 19 Sep 2017 1646 EDT
1. Irritable bowel syndrome with diarrhea: 32WM with IBS-D predominant
symptoms complicated fecal urgency/soiling, with some element of FODMAP
associated osmotic diarrhea.  Comprehensive evaluation has otherwise been
unremarkable.
- Will refer for ARM, possibly followed by biofeedback given reported history
of urgency with every bowel movements and occassional fecal soiling (twice)
- Continue dietary modification as noted, including low fodmap and low
fructose
- Will trial OTC citrucel to increase stool bulk
- Would suggest Nortryptiline or cymbalta for psychiatry to prescribe to
attenuate his IBS related cramping
Disposition Last updated by BHUSHAN,ANITA @ 22 Sep 2017 1218 EDT
Released w/o Limitations
Follow up:  with PCM.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
Note Written by BHUSHAN,ANITA @ 22 Sep 2017 1218 EDT
I saw and evaluated the patient, and agree with the above findings and plan.
Discussed the plan with patient at length. All questions answered. Pt v/u and
agrees.
Signed By  BHUSHAN, ANITA (Physician) @ 22 Sep 2017 1218
_____

_____
CHANGE HISTORY
The following Disposition Note Was Overwritten by BHUSHAN,ANITA @ 22 Sep 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

1218 EDT:
Disposition section was last updated by BHUSHAN,ANITA @ 22 Sep 2017 1218 EDT -
see above.Previous Version of Disposition section was entered/updated by
BRIDGES,EDWARD E @ 19 Sep 2017 1647 EDT.
Released w/o Limitations
Follow up:  with PCM.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
40 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Verified by: BHUSHAN,ANITA           22 Sep 2017@1223

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Anderson, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 13 Nov 2017 |

### *13 Sep 2017 1600 GMT at  by HANGEMANOLE, DESPINA C*

| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 13 Sep 2017 1600 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 13 Sep 2017 1633 GMT |
| Facility: | | Document ID: | 9122695847 |
| Clinician: | HANGEMANOLE, DESPINA C | | |

CONSULT REPORT

-------------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilikation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

-------------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  13 Sep 2017@11:00:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  HANGEMANOLE, DESPINA C

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DDate: 13 Sep 2017 1100 EDTAppt Type: FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: HANGEMANOLE,DESPINA C
Patient Status: Outpatient
Reason for Appointment:
f/u

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Appointment Comments:
jbf
Note Written by HANGEMANOLE,DESPINA C @ 13 Sep 2017 1227 EDT
Focus Of Session: Recent Cravings
S) SM reported that he has been having less frequent IBS episodes but reported
that when they do happen they are more intense. SM stated that he has been
doing the gratitude list as a family text and while sometimes it?s difficult
to find things to be grateful for it is forcing dialogue with his family. SM
reported he?s been less successful with his ?to do list? goals, but agreed to
step back from trying to accomplish one goal a day and try to accomplish 2-3
goals per week instead. SM stated he went to one meetings in the last 3 weeks
and found it ?ok?. SM agreed to continue going to one meeting per week. SM
reported he is not sure if PCS is helpful and is not learning many new skills
but is finding some self discovery through group discussion. SM reported he
has two weeks of groups left and then he will continue getting TMS through
PCS for another 2 weeks. SM stated he?s been having more cravings and shared
that his BH provider may switch him from Naltrexone to Campral. SM stated
he?s been getting through the cravings by eating and sleeping. He stated his
anxiety is also increasing and was able to identify some of the reasons this
may be happening. SM reported he had a preliminary sleep study which resulted
in a consult to the sleep clinic. SM reported he is hopeful that if his sleep
improves his anxiety, cravings and concentration issues may also improve.  SM
denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was
euthymic in session, affect congruent. SM?s thoughts and behavior were
appropriate.
A) SM was cooperative and friendly. SM appears to have significant mental
health issues that are being addressed through PCS and BH. SM would benefit
from engaging in community recovery.
Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social
worker next week. SM will work on treatment planning goals as homework.
A/P Last Updated by HANGEMANOLE,DESPINA C @ 13 Sep 2017 1153 EDT
1. Alcohol dependence, uncomplicated
Procedure(s):  -Psychiatric Therapy Individual Approximately 60 Minutes x 1
Disposition Last Updated by HANGEMANOLE,DESPINA C @ 13 Sep 2017 1159 EDT
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with
social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Signed By  HANGEMANOLE, DESPINA C (LCSW-C, MAC, Addiction Treatment Services)
@ 13 Sep 2017 1228
Verified by: HANGEMANOLE,DESPINA C      13 Sep 2017@1233

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

*08 Sep 2017 1300 GMT at  by BENTON, JIKESHA R*

| | | | |
|---|---|---|---|
| Title: | PSY DIAGNOSTIC TESTING MTF BE | Original Date: | 08 Sep 2017 1300 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 14 Sep 2017 1922 GMT |
| Facility: | | Document ID: | 9113773157 |
| Clinician: | BENTON, JIKESHA R | | |

CONSULT REPORT

------------------------------------------------------------------------------------------------------------------------
----------------------------------------

Order Request for ANDERSON, DANIEL

Requesting HCP:  PAUL, SHERIN
Requesting Location:  PSYCHIATRY BE
Order ID number:  161208-20980
MCP Referral #:  20162154263
No. of Visits:  1
Referral Authorized Until:  07 Jan 2017
Reason for Consult:
Diagnostic clarification. Patient has previous undocumented diagnoses of Borde
rline Personality Disorder and Reactive Attachment Disorder. Family history is
 signficant for Bipolar disorder. Patient presents with relational apathy and
anxiety.
Priority:  ROUTINE
Provisional Diagnosis:
Generalized anxiety disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,


------------------------------------------------------------------------------------------------------------------------
----------------------------------------

CONSULT RESULT

Appointment Date:  08 Sep 2017@08:00:00
Requesting HCP:  PAUL, SHERIN
Clinic:  PSYCHOLOGY ASSESSMENT BE
Consulting HCP:  BENTON, JIKESHA R

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: ANDERSON, DANIEL DDate: 08 Sep 2017 0800 EDTAppt Type: PROC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic:
PSYCHOLOGY ASSESSMENT BEProvider: BENTON,JIKESHA R
Patient Status: Outpatient
AutoCites Refreshed by BENTON, JIKESHA R @ 08 Sep 2017 1440 EDT
Problems
?Generalized anxiety disorder F41.1
?Counseling, unspecified Z71.9

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

?EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT
(PHA) DOD0225
?ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
?MAJOR DEPRESSION RECURRENT MODERATE
?ANXIETY DISORDER NOS
?Left ankle joint pain
?NEUROTIC EXCORIATION
?ANKLE SPRAIN LEFT
?ESSENTIAL HYPERTRIGLYCERIDEMIA
?ANOMALIES OF SKIN
?Abdominal pain
?ASTHMA
?POSTSURGICAL STATE OF EYE AND ADNEXA
?Difficulty breathing (dyspnea)
?SKIN NEOPLASM UNCERTAIN BEHAVIOR
?Removal Of Sutures
?ASTHMA EXTRINSIC
?ROSACEA
?PERIPHERAL RETINAL DEGENERATION - LATTICE
?REFRACTIVE ERROR - MYOPIA
?ALLERGIC RHINITIS
  Family History
?paternal aunt's history of reason for visit [use for free text] (Paternal
Aunt)
?not maternal uncle's history of referred here (Maternal Uncle)
?family medical history (General FHx)
?family history of supplemental HPI [use for free text] (General FHx)
?no family history of malignant melanoma of the skin (General FHx)
?family history of father is alive (General FHx)
?family history of heart disease (General FHx)
?family history of cancer (General FHx)
?family history of mother is alive (General FHx)
?no family history of malignant neoplasm of large intestine (General FHx)
?no family history of malignant neoplasm of the gastrointestinal tract
(General FHx)
?paternal grandfather's history of preliminary background HPI [use for free
text] (Paternal Grandfather)
?paternal grandmother's history of preliminary background HPI [use for free
text] (Paternal Grandmother)
?paternal grandmother's history of HPI [use for free text] (Paternal
Grandmother)
?paternal history of preliminary background HPI [use for free text] (Father)
?family history of test conclusions [Use for free text] (General FHx)
?family history of diabetes mellitus (General FHx)
?family history of mental illness (not retardation) (General FHx)
?family history of the options include referral (General FHx)
?family history of patient counseling (General FHx)
?fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
?no family history of chronic liver disease (General FHx)
  Allergies
?No Known Allergies
Active Medications
Active Medications Status Sig Refills Left Last Filled
VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL Ordered TAKE ONE CAPSULE WITH ONE
150 MG CAPSULE FOR A TOTAL OF 225 MG BY MOUTH EVERY MORNING #0 RF3 3 of 3

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

06 Sep 2017
NALTREXONE HCL, 50 MG, TABLET, ORAL Refill TAKE ONE TABLET BY MOUTH EVERY
DAY #0 RF1 0 of 1 06 Sep 2017
VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL Active TAKE ONE CAPSULE BY MOUTH
EVERY DAY #0 RF1 0 of 1 06 Sep 2017
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL Active TAKE 2 BY MOUTH
EVERY DAY #0 RF3 2 of 3 06 Sep 2017
PROBIOTIC (VSL#3) DS--PO PACK Active TAKE ONE PACKET BY MOUTH EVERY DAY #0
RF1 1 of 1 06 Jun 2017
SIMETHICONE, 80 MG, TAB CHEW, ORAL Active CHEW 1 TABLET BY MOUTH FOUR TIMES
A DAY AS NEEDED FOR GAS #0 RF2 2 of 2 18 May 2017
HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL Active DISSOLVE 1 TABLET
UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 3 of 3
10 May 2017
Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral Active TAKE ONE SCOOP
EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3
3 of 3 10 May 2017
Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL Active DRINK 10ML
EVERY 6 HOURS FOR CONGESTION #0 RF3 3 of 3 28 Apr 2017
IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL Active DRINK 20ML (400MG) EVERY FOUR
HOURS FOR BASELINE PAIN CONTROL #0 RF1 1 of 1 28 Apr 2017
FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE,
INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE Active NR 14 Oct 2016
AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE,
INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE Active NR 05 Oct 2015
Reason for Appointment:
F/U Testing
Appointment Comments:
CAC
S/O Note Written by BRYANT,JASMINE RESHAE @ 08 Sep 2017 0846 EDT
bodybodyObjective g9
Assessment: 2 hours. SM was escorted by writer from PDS lobby to RM 4116 for
continued DX testing. Testing was completed 8 DEC 2016. SM was sociable,
paranoid, and cooperative during testing AEB asking if he could "get into
trouble over testing answers?" SM reported "abusing prescribed medications
in order to "feel high" and stated he was worried about "being honest." SM
was redirected and continued with testing. SM stated mood was "anxious,
energetic, and content" and his affect was bright and congruent with mood. SM
reported 2-3 weeks of increased "anxiety" due to "everyday" triggers. SM
reported a "normal" appetite with 1-2 small meal consumption throughout the
day. SM reports having chronic IBS and is currently MEDBRD out of the
military due to its "discomfort." SM reported a significant weight loss of
12lbs within a 60 day period. SM reports he is reframing from alcohol and it
could be his "main contributer" to his recent weight loss. SM reported a
poor" sleep pattern with difficulty staying asleep with a possible sleep
disorder. SM reports 6-7 hours of restless sleep per night with a medication
aid to "slight" effect and relief. SM reported experiencing sleep paralysis
on a "frequent" basis and vivid nightmares about "real life situations." SM
denied to clarify. SM is currently awaiting a sleep study with the Sleep
Clinic here at Walter Reed. SM reports a 2/10 intestinal pain. SM also has a
H/O of headaches/migraines but, did not experience any while testing. SM
currently denies any SI/HI/AVH. SM escorted himself back to IOP and was
advised to speak with social worker before resuming scheduled activities.
Writer informed front desk of SM arrival.eg
Tests g10

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

PAI, AQ completed today
Testing completed 8 DEC 16 MMPI-II, MCMI, RISB
.eg
Plan g13
Limits of confidentiality was explained and understood by SM. Original
documentation can be found in BLD 10 7C RM 7131. DX Interview to be scheduled
and completed by Dr. Benton.eg
ebody
ebody
A/P Last Updated by BENTON, JIKESHA R @ 08 Sep 2017 1442 EDT
1. Major depressive disorder, recurrent, moderate
Procedure(s):  -Psychologic Testing And Report Administered By Technician x
2
Disposition Last Updated by BENTON, JIKESHA R @ 08 Sep 2017 1442 EDT
Released w/o Limitations
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives with Patient
who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Signed By  BENTON, JIKESHA R (Physician/Workstation) @ 08 Sep 2017 1442
Note Written by BENTON,JIKESHA R @ 14 Sep 2017 1516 EDT
(Added after encounter was signed.)
Psychological Evaluation Addendum
Name:  Daniel Anderson (nee Merwin)
SSN: 20/8503
Page 1 of 3
WALTER REED NATIONAL MILITARY MEDICAL CENTER
8901 Rockville Pike, Bethesda, Maryland   20889-5600
DEPARTMENT OF BEHAVIORAL HEALTH CONSULTATION AND EDUCATIONAL SERVICES
PSYCHODIAGNOSTIC ASSESSMENT SERVICE
8901 Wisconsin Ave
Bethesda, MD  20889
PSYCHOLOGICAL EVALUATION ADDENDUM
NAME:Daniel Anderson (nee Merwin)RANK: PO2
SSN:20/8503DATE:01AUG17
IDENTIFYING AND REFERRAL INFORMATION:  SM is a 31 year old, single, male,
Caucasian, AD USN, PO2, Cryptologist. SM was referred by Ms. Laura Donkin,
Social Worker, with Psychiatric Continuity Services for diagnostic
clarification of Autism and Borderline Personality Disorder.
It should be noted SM received a psychological evaluation conducted by 2LT
Hannah Martinez, Doctoral Practicum Student, with PsychoDiagnostic Assessment
Services on 02FEB17.  This writer served as a covering supervisor for the
psychological evaluation.  SM was referred for the psychological evaluation
by Dr. Sherin Paul, Clinical Psychologist, with Adult Outpatient Behavioral
Health for diagnostic clarification. The consult indicated SM has a history
of undiagnosed Borderline Personality Disorder and Reactive Attachment
Disorder. SM?s family history is also significant for Bipolar Disorder.
On 08SEP17, SPC Jasmine Bryant administered the Personality Assessment
Inventory (PAI) and Autism Spectrum Quotient (AQ).  2LT Hannah Martinez
administered the Minnesota Multiphasic Personality Inventory-2nd edition
(MMPI-2), Million Clinical Multiaxial Inventory-Third Edition (MCMI-III), and
Rotter Incomplete Sentence Blanks (RISB) on 02FEB17.   This writer conducted
a collateral interview with Ms. Despina Hangemanole, Social Worker, with
Addiction Treatment Services on 13SEP17.  Dr. Benton conducted a collateral
phone interview with Dr. Sherin Paul, Clinical Psychologist, with Adult

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Outpatient Behavioral Health on 14SEP17.

Please refer to AHLTA records and the original psychological evaluation for a comprehensive background history.

PSYCHOLOGICAL TEST RESULTS:

MMPI-2: The validity indicators suggested that SM endorsed test items in a manner to cry for help. SM is likely to present with extreme somatic problems or chronic pain and to complain of being physically ill although there may not be an organic basis to his problems. He is anxious, tense, nervous, restless, irritable, dysphoric, brooding, and unhappy. He has a loss of initiative. He reported depressed mood, social withdrawal, and reclusiveness. He is self-conscious in talking with others. Doubts about his abilities are common, as is vacillation and indecision about even minor matters. SM is hypersensitive to criticism.

MCMI-III: The validity indicators suggested that SM was being open and honest. SM does not have any close friends, so he tends to remain detached and isolated. There is evidence that SM strongly wishes to be liked and accepted by others on his terms. He is often guarded and experience social situations negatively. SM is apprehensive and nervous in social situation. SM usually avoids relating to others, which forces him to give up the support and affect that the relationship might have brought. Life is experienced as a conflict between taking a risk and accepting the discomfort of forming a relationship or retreating to the unfulfilling safety of isolation.

PAI: The results of the PAI were considered invalid. SM consistently endorsed items that portrayed him in an especially negative or pathological manner. The test results involved considerable distortion and does not reflect an inaccurate reflection of SM?s psychological functioning.

AIQ: The Autism Spectrum Quotient is a questionnaire used to determine the extent to which an adult of normal intelligence has the traits associated with Autism spectrum conditions. A content analysis of the AIQ indicated SM elevated on the measure due to his endorsement of social avoidance; he did not endorse the developmental criteria of Autism and Asperger?s Disorder.

FINDINGS AND CONCLUSIONS: SM is a 31 year old, single, male, Caucasian, AD USN, PO2, Cryptologist. SM was referred by Ms. Laura Donkin, Social Worker, with Psychiatric Continuity Services for diagnostic clarification of Autism and Borderline Personality Disorder.

Given all available information to include psychometric instruments, chart review, diagnostic interview, and collateral interviews, SM does not have Autism or Asperger?s Disorder. SM does have relational apathy or a lack of emotional reciprocity but this is not enough to substantiate the disorder. SM has the ability to cultivate age appropriate friends and relationships. Furthermore, there is no impairment in the use of nonverbal behaviors. There is no impairment in communication particularly selective mutism that is commonly found with these disorders. There is no evidence of inflexible adherence to routines or rituals. He has not demonstrated persistent preoccupation with parts of objects. This writer did not observe repetitive motor mannerisms. SM?s social detachment and emotional numbness could represent a schizoid adjustment, a neurotic reaction, abuse history, or simply a lifestyle preference yet it is not Autism.

There is evidence from testing of Schizoid Personality traits characterized as lack of interest in social relationships, a tendency towards a solitary or sheltered lifestyle, secretiveness, emotional coldness, detachment, and apathy. There is research to support that Schizoid Personality traits are developed due to an insecure attachment in childhood. This is consistent with his prior history of Reactive Attachment Disorder. However, SM grew up

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 13 Nov 2017

in an environment with physical, sexual, and emotional abuse.  He was in a household with a father that had an authoritarian parenting style, which contributed to him being overly controlled, unable to express emotions, and living in fear.  SM?s emotional development is stunted due to the childhood environment he was reared.  SM is emotionally immature; emotionally immature people can be extremely challenging to deal with, because their ability to interpret and react to the variety of life?s challenges is often impaired.
When emotionally immature people do not get their way, they often respond to their circumstances in ways that are irrational. They need to control and this lack of control motivates them to act out. They pout, whine, cry, manipulate, or violate the object of their obsession, all the whilst believing they are entitled to behave this way.
SM has mood swings, anger outbursts, hyper sexuality, and suicidal ideations/gestures that can be function of his emotional immaturity.
Although these behaviors can be symptoms of Borderline Personality Disorder, psychological test results do not support SM having a personality disorder. The hallmark feature of Borderline Personality Disorder is the fear abandonment.  SM does not have a fear of abandonment.  SM is introverted, socially withdrawn, and prefers his own company.  Typically, SM cuts people off when they become too close to him.  This seems to be more of a function of his schizoid personality traits and attachment style.  When his personal space is violated, he feels suffocated and desires independence.  It should be noted that like individuals with schizoid personality traits, SM is capable of developing relationships when they are based on his terms.  His terms do not include emotional intimacy.  For example, he desires to connect with his family of origin but with self-imposed boundaries.  Additionally, SM indicated he has a relationship with his neighbors in which he can come and go friendly into their home without demands or expectations.  This is how he desires all of his interpersonal and romantic relationships.  SM is happiest when people place few emotional and intimate demands on him.  It is not people that SM wants to avoid, it is the emotions but since there are no emotionless people it is easier to socially withdraw.
RISK ASSESSMENT: SM has a history of suicidal ideation occurring approximately once a month since adulthood. His protective factors include his job, his hobby of creating video games, and wanting to find purpose in his life. SM has low social support, but this does not seem to be a significant stressor. SM does not have a history of attempts and denies access to lethal means. He denied current ideation, plan, or intent. SM is currently assessed at a mild risk for suicide, and should continue to be monitored by his healthcare providers.
DSM-5 Diagnoses:
Given the level of information obtained for this assessment, the following DSM-5 diagnoses are warranted:
Other Specified Trauma and Stressor Disorder
Schizoid Personality Traits
Reactive Attachment Disorder ? By History
If there is a need for further discuss of this case, please feel free to contact the undersigned at 301.400.0591.
Jikesha Benton, Psy.D.
Clinical Psychologist
Verified by: BENTON,JIKESHA R        14 Sep 2017@1522

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

---

### *22 Aug 2017 1300 GMT at  by HANGEMANOLE, DESPINA C*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 22 Aug 2017 1300 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 22 Aug 2017 1409 GMT |
| Facility: | | Document ID: | 9075002101 |
| Clinician: | HANGEMANOLE, DESPINA C | | |

CONSULT REPORT

---------------------------------------------------------------------------------------------------------------
-------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,


---------------------------------------------------------------------------------------------------------------
-------------------------------------------

CONSULT RESULT

Appointment Date:  22 Aug 2017@08:00:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  HANGEMANOLE, DESPINA C

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 22 Aug 2017 0800 EDTAppt Type: FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS
ADULT BEProvider: HANGEMANOLE,DESPINA C
Patient Status: Outpatient
Reason for Appointment:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

f/u
Appointment Comments:
ctc
S/O Note Written by HANGEMANOLE,DESPINA C @ 22 Aug 2017 1004 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
Focus Of Session: Realizations
S) SM reported that he wanted to drink on Friday due to stress from command.
He stated that command had a legal representative notify him that they were
counting his referral as a command referral and he was at risk for
administrative separation due to this being his second referral. Treatment
failure processes were reviewed with SM who acknowledged understanding. SM
stated he would prefer to continue treatment at WR ATS as opposed to
transferring to WNY SARP due to continuity of care and integration of care.
SM stated that he went home on Friday and watched a movie and the cravings
dissipated. SM discussed his weight loss, decrease in IBS symptoms and
financial gains since he quit drinking. SM also stated he is developing a
closer relationship with his family now that he is sober. SM reported that he
did not go to a meeting last week but committed to attending one this week.
SM also stated he would begin making a gratitude list daily to see if this
helped to ground him in the present in order to decrease his anxiety.  SM
denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was
euthymic in session, affect congruent. SM's thoughts and behavior were
appropriate.
A) SM was cooperative and friendly. SM appears to have significant mental
health issues that would be best addressed through PCS IOP. SM would benefit
from continuing to engage in community recovery.
Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social
worker in three weeks.
.eg
ebody
ebody
A/P Last Updated by HANGEMANOLE,DESPINA C @ 22 Aug 2017 0852 EDT
1. Alcohol dependence, uncomplicated
Procedure(s):  -Psychiatric Therapy Individual Approximately 60 Minutes x 1
Disposition Last Updated by HANGEMANOLE,DESPINA C @ 22 Aug 2017 0856 EDT
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with
social worker in 3 weeks.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Signed By  HANGEMANOLE, DESPINA C (LCSW-C, MAC, Addiction Treatment Services)
@ 22 Aug 2017 1004
Verified by: HANGEMANOLE,DESPINA C      22 Aug 2017@1009

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 13 Nov 2017

***** End of Clinical Notes *****

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

# Vitals

Date: 01 Nov 2017  Facility: WRNMMC  Clinician: LO, BAO-KHANG C

| Type | Value | Units |
|------|-------|-------|
| SBP | 132 | mmHg |
| DBP | 70 | mmHg |
| HR | 82 | beats/min |
| RR | 16 | breaths/min |
| HT | 70 | Inches |
| WT | 200 | Pounds |
| BMI | 28.7 | kg/mm |
| BSA | 2.09 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 17 Oct 2017  Facility: WRNMMC  Clinician: TASHU, BIRTUKA A

| Type | Value | Units |
|------|-------|-------|
| SBP | 141 | mmHg |
| DBP | 93 | mmHg |
| HR | 98 | beats/min |
| RR | 18 | breaths/min |
| T | 99.6 | Fahrenheit |
| HT | 69 | Inches |
| WT | 78.6 | kg |
| BMI | 25.59 | kg/mm |
| BSA | 1.94 | square meters |
| Oxygen Saturation | 96 | Percent Saturation |
| Pain Scale | 3/10 | Adult |
| Pain Scale Comments | Pt stated that he has asthma/ cat allergies  & irritable bowel pain. repat b/p on left arm 131/93 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments:     + Depression / Anxiety  Neg suicidal. | | |

Date: 02 Oct 2017  Facility: WRNMMC  Clinician: VELMA, SHEDRICK D

| Type | Value | Units |
|------|-------|-------|
| SBP | 132 | mmHg |
| DBP | 88 | mmHg |
| HR | 79 | beats/min |
| RR | 14 | breaths/min |
| HT | 69 | Inches |
| WT | 160 | Pounds |
| BMI | 23.63 | kg/mm |
| BSA | 1.88 | square meters |
| Oxygen Saturation | 95 | Percent Saturation |
| Pain Scale | 0/10 | Adult |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

| | | |
|---|---|---|
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Allergic to cats | |

Date: 29 Sep 2017  Facility: WRNMMC  Clinician: MARCIULIONIS, MANTAS

| Type | Value | Units |
|---|---|---|
| SBP | 133 | mmHg |
| DBP | 94 | mmHg |
| HR | 72 | beats/min |
| T | 97.5 | Fahrenheit |
| HT | 69 | Inches |
| WT | 163 | Pounds |
| BMI | 24.07 | kg/mm |
| BSA | 1.89 | square meters |
| Oxygen Saturation | 96 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 27 Sep 2017  Facility: WRNMMC  Clinician: NDEGWAH, DOROTHY J

| Type | Value | Units |
|---|---|---|
| SBP | 137 | mmHg |
| DBP | 93 | mmHg |
| HR | 82 | beats/min |
| RR | 16 | breaths/min |
| T | 97.9 | Fahrenheit |
| HT | 69 | Inches |
| WT | 160 | Pounds |
| BMI | 23.63 | kg/mm |
| BSA | 1.88 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 26 Sep 2017  Facility: WRNMMC  Clinician: WESLEY, LATASHA

| Type | Value | Units |
|---|---|---|
| SBP | 135 | mmHg |
| DBP | 94 | mmHg |
| HR | 79 | beats/min |
| RR | 18 | breaths/min |
| T | 97.9 | Fahrenheit |
| HT | 69 | Inches |
| WT | 160 | Pounds |
| BMI | 23.63 | kg/mm |
| BSA | 1.88 | square meters |
| Oxygen Saturation | 96 | Percent Saturation |
| Pain Scale | 7/10 | Adult |
| Pain Scale Comments | headache- dull | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

**Medical Record**

Anderson, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 13 Nov 2017

Date: 19 Sep 2017  Facility: WRNMMC  Clinician: NG, ANDREW J

| Type | Value | Units |
|---|---|---|
| SBP | 137 | mmHg |
| DBP | 87 | mmHg |
| HR | 76 | beats/min |
| RR | 14 | breaths/min |
| T | 97.9 | Fahrenheit |
| HT | 69 | Inches |
| WT | 164.2 | Pounds |
| BMI | 24.25 | kg/mm |
| BSA | 1.9 | square meters |
| Oxygen Saturation | 95 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

***** End of Vitals *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

# MEDICAL RECORD

For
Merwin, Daniel Dennis

## *Report Criteria*

From: ▮▮▮ 1985  To: 16 Aug 2017
Operator: Williamson,Matthew J
Created On 16 Aug 2017 13:23:23
at WRNMMC

Comprehensive Information Report; INCLUDE HIV Lab Results: Requested

## *Report Summary*

| Sections | Domain Requested | Record Counts | Warnings |
|---|:---:|---:|---:|
| Allergies | ✔ | 1 | 0 |
| Problems | ✔ | 51 | 0 |
| Diagnosis History | ✔ | 314 | 0 |
| Medications | ✔ | 134 | 0 |
| Procedures | ✔ | 37 | 0 |
| Family History | ✔ | 20 | 0 |
| Resulted Labs | ✔ | 175 | 0 |
| Radiology | ✔ | 16 | 0 |
| Immunizations | ✔ | 41 | 0 |
| Previous Encounters | ✔ | 242 | 0 |
| Clinical Notes | ✔ | 30 | 0 |
| Vitals | ✔ | 119 | 0 |
| | | | *0 |

*Report generated with no warnings.*

# Table Of Contents

MEDICAL RECORD .................................................................................................................1
    Report Criteria ...............................................................................................................1
    Report Summary .............................................................................................................1
Table Of Contents ...............................................................................................................2
Demographics .....................................................................................................................13
Allergies .............................................................................................................................14
    Nka ...............................................................................................................................14
Problems ............................................................................................................................15
    Active Problems ...........................................................................................................15
        Generalized anxiety disorder on 25 Aug 2016 ........................................................15
        EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT
        (PHA) on 22 Apr 2016 .............................................................................................15
        Counseling, unspecified on 22 Apr 2016 .................................................................15
        ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR on 19 Mar 2015 .................15
        MAJOR DEPRESSION RECURRENT MODERATE on 21 Aug 2014 .......................................15
        ANXIETY DISORDER NOS on 04 Aug 2014 .................................................................16
        Left ankle joint pain on 27 Jun 2014 .....................................................................16
        NEUROTIC EXCORIATION on 16 Jun 2014 ..................................................................16
        ANKLE SPRAIN LEFT on 16 Jun 2014 .......................................................................16
        ESSENTIAL HYPERTRIGLYCERIDEMIA on 10 Apr 2013 ..................................................16
        ANOMALIES OF SKIN on 10 Apr 2013 ........................................................................16
        Abdominal pain on 24 Oct 2012 ..............................................................................17
        ASTHMA on 26 Jul 2011 ..........................................................................................17
        POSTSURGICAL STATE OF EYE AND ADNEXA on 22 Apr 2011 ........................................17
        Difficulty breathing (dyspnea) on 16 Feb 2011 ........................................................17
        SKIN NEOPLASM UNCERTAIN BEHAVIOR on 24 Nov 2010 ..............................................17
        Removal Of Sutures on 04 Oct 2010 .......................................................................17
        ASTHMA EXTRINSIC on 01 Sep 2010 .........................................................................18
        ROSACEA on 14 Jun 2010 .......................................................................................18
        PERIPHERAL RETINAL DEGENERATION - LATTICE on 23 Apr 2010 ...................................18
        REFRACTIVE ERROR - MYOPIA on 23 Apr 2010 .........................................................18
        ALLERGIC RHINITIS on 17 Mar 2010 .........................................................................18
    Inactive Problems .........................................................................................................18
        Vaccines Prophylactic Need Against Bacterial Diseases on 05 Aug 2013 ....................18
        IMPAIRED FASTING GLUCOSE on 10 Apr 2013 ............................................................19
        Visit for: follow-up exam on 21 Mar 2013 ...............................................................19
        Visit for: ears / hearing exam on 19 Mar 2013 ........................................................19
        Visit for: screening exam pulmonary tuberculosis on 19 Mar 2013 ............................19
        Need For Vaccination DTP + TAB on 19 Mar 2013 ....................................................19
        Need For Vaccination Typhoid on 19 Mar 2013 ........................................................19
        Visit for: screening exam STD on 28 Jan 2013 ........................................................20
        Need For Prophylactic Measure on 05 Nov 2012 .......................................................20
        Imaging Studies Nonspecific Abnormal Findings on 24 Oct 2012 ..............................20
        Conditions influencing health status on 12 Oct 2012 ...............................................20
        VIRAL SYNDROME on 10 May 2012 ...........................................................................20
        SUPERFICIAL INJURY - ABRASION OF CORNEA on 04 May 2011 .....................................20
        Aftercare Following Surgery Of Sense Organs on 22 Apr 2011 ..................................21
        Visit for: preoperative exam on 29 Mar 2011 ..........................................................21
        Visit for: screening exam malignant neoplasm skin on 24 Nov 2010 ..........................21
        FOLLICULITIS on 20 Jul 2010 ...................................................................................21
        Visit for: occupational health / fitness exam on 17 Mar 2010 ...................................21

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985 SSN: ***-**-████   DoD ID: 1286180538       Created: 16 Aug 2017

Vaccine needed prophylactically against bacterial diseases on 09 Mar 2010 ..............................21
Parent Education: Immunizations on 23 Sep 2009 ................................................................22
Vaccines Prophylactic Need Against Influenza on 23 Sep 2009 ............................................22
Visit for: military services physical on 16 Sep 2009 ..............................................................22
Exposure to STD on 20 Aug 2009 .........................................................................................22
Patient Education - HIV on 07 May 2009 ..............................................................................22
Guidance: Concerns About Unsafe Sexual Practices on 07 May 2009 ..................................22
Visit for: administrative purpose on 07 May 2009 ................................................................23
Inquiry And Counseling: Contraceptive Practices on 07 May 2009 ......................................23
Visit for: issue medical certificate fitness on 06 Mar 2006 ..................................................23
Feared medical condition not demonstrated on 06 Mar 2006 ................................................23
Diagnosis History...........................................................................................................................24
Medications....................................................................................................................................37
    Active Medications ..................................................................................................................37
    Cancelled Medications ............................................................................................................38
    Discontinued Medications .......................................................................................................39
    Expired Medications ...............................................................................................................41
Procedures......................................................................................................................................48
Family History ...............................................................................................................................54
    Family medical history on 07 Aug 2017 ................................................................................54
    Family history of supplemental HPI [use for free text] on 13 Jul 2017...............................54
    No family history of malignant melanoma of the skin on 21 Jun 2017 ................................54
    Family history of cancer on 05 Apr 2017 ..............................................................................54
    Family history of heart disease on 05 Apr 2017 ....................................................................54
    Family history of father is alive on 05 Apr 2017 ..................................................................54
    Family history of mother is alive on 05 Apr 2017 ................................................................55
    No family history of malignant neoplasm of the gastrointestinal tract on 04 Oct 2016 ......55
    No family history of malignant neoplasm of large intestine on 04 Oct 2016 .......................55
    Paternal grandmother's history of HPI [use for free text] on 25 Aug 2016 .........................55
    Paternal history of preliminary background HPI [use for free text] on 25 Aug 2016...........56
    Paternal grandfather's history of preliminary background HPI [use for free text] on 25 Aug 2016 .................56
    Paternal grandmother's history of preliminary background HPI [use for free text] on 25 Aug 2016.................56
    Family history of test conclusions [Use for free text] on 11 Aug 2015 ................................56
    Family history of the options include referral on 28 Apr 2015 .............................................56
    Family history of diabetes mellitus on 28 Apr 2015 ..............................................................56
    Family history of patient counseling on 28 Apr 2015 ............................................................57
    Family history of mental illness (not retardation) on 28 Apr 2015 .......................................57
    Fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] on 23 Apr 2015 ...........57
    No family history of chronic liver disease on 24 Oct 2012 ...................................................57
Resulted Labs.................................................................................................................................58
    Drug Abuse Screen on 15 Aug 2017.......................................................................................58
    ETG/ETS, UA (250 Cut-Off) on 08 Aug 2017 ......................................................................59
    Drug Abuse Screen on 08 Aug 2017.......................................................................................59
    ETG/ETS, UA (250 Cut-Off) on 01 Aug 2017 ......................................................................61
    Drug Abuse Screen on 01 Aug 2017.......................................................................................61
    Vitamin B12 (Cyanocobalamin)+Folate Panel on 27 Jul 2017.............................................63
    Comment on 25 Jul 2017 ........................................................................................................63
    Transferrin Carbohydrate Deficient on 25 Jul 2017...............................................................64
    Gamma Glutamyl Transferase on 25 Jul 2017 .......................................................................64
    Drug Abuse Screen on 06 Jul 2017.........................................................................................64
    Urinalysis Panel on 06 Jul 2017..............................................................................................66
    Urine Culture on 06 Jul 2017..................................................................................................66
    Rapid Plasma Reagin on 06 Jul 2017......................................................................................67
    CBC W/Diff on 06 Jul 2017....................................................................................................67
    Thyroid Stimulating Hormone on 06 Jul 2017 .......................................................................68

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

Acetaminophen on 06 Jul 2017 ...........................................................................................68
Salicylates on 06 Jul 2017 .................................................................................................68
Comprehensive Metabolic Panel on 06 Jul 2017 ............................................................69
Ethanol on 06 Jul 2017 ......................................................................................................69
TISSUE EXAM on 21 Jun 2017 .......................................................................................70
Hemoglobin A1c on 18 May 2017 ....................................................................................71
Lipid Panel on 18 May 2017 .............................................................................................72
ABO Group+Rh Type Confirmation on 27 Apr 2017 .....................................................74
Type & Screen (with SF518) on 27 Apr 2017 ..................................................................74
Basic Metabolic Panel on 12 Apr 2017 ............................................................................74
CBC W/o Diff on 12 Apr 2017 .........................................................................................75
Gamma Glutamyl Transferase on 04 Jan 2017 .................................................................75
Hepatic Function Panel on 04 Jan 2017 ............................................................................75
Tissue Transglutaminase Ab IgA+IgG Panel on 06 Oct 2016 .........................................76
IgA on 06 Oct 2016 ...........................................................................................................76
Thyroid Stimulating Hormone on 06 Sep 2016 ................................................................76
Thyroxin Free on 06 Sep 2016 ..........................................................................................77
Troponin T Cardiac on 22 Jun 2016 ..................................................................................77
Basic Metabolic Panel on 22 Jun 2016 .............................................................................78
Fibrin D-Dimer on 22 Jun 2016 ........................................................................................78
CBC W/Diff on 22 Jun 2016 .............................................................................................79
Helicobacter Pylori Antigen EIA on 06 Jun 2016 ............................................................80
Zinc on 11 Apr 2016 ..........................................................................................................80
Lyme Disease Ab Total Screen on 11 Apr 2016 ...............................................................80
Treponema pallidum Ab on 11 Apr 2016 ..........................................................................81
Helicobacter pylori Ab IgG on 11 Apr 2016 ....................................................................82
ESR on 11 Apr 2016 ..........................................................................................................82
Basic Metabolic Panel on 11 Apr 2016 .............................................................................82
CBC W/o Diff on 11 Apr 2016 .........................................................................................83
Methylmalonic Acid on 16 Feb 2016 ................................................................................83
HIV-1/O/2 Ab on 16 Feb 2016 .........................................................................................83
Homocysteine on 16 Feb 2016 ..........................................................................................84
Comprehensive Metabolic Panel on 16 Feb 2016 ............................................................84
Vitamin B12 (Cyanocobalamin) on 16 Feb 2016 .............................................................85
ETG/ETS, UA (250 Cut-Off) on 02 Feb 2016 .................................................................85
Drug Abuse Screen on 02 Feb 2016 ..................................................................................86
ETG/ETS, UA (250 Cut-Off) on 05 Jan 2016 ..................................................................87
Drug Abuse Screen on 05 Jan 2016 ...................................................................................87
Reference Testing Miscellaneous on 04 Jan 2016 ............................................................89
Drug Abuse Screen on 29 Dec 2015 ..................................................................................89
ETG/ETS, UA (250 Cut-Off) on 08 Dec 2015 .................................................................91
Drug Abuse Screen on 08 Dec 2015 ..................................................................................91
ETG/ETS, UA (250 Cut-Off) on 01 Dec 2015 .................................................................92
Drug Abuse Screen on 01 Dec 2015 ..................................................................................93
ETG/ETS, UA (250 Cut-Off) on 17 Nov 2015 .................................................................94
Drug Abuse Screen on 17 Nov 2015 ..................................................................................94
Varicella Zoster Virus DFA on 29 Sep 2015 ....................................................................96
Herpes DFA on 29 Sep 2015 .............................................................................................96
ETG/ETS, UA (500 Cut-Off) on 15 Sep 2015 .................................................................97
Drug Abuse Screen on 15 Sep 2015 ..................................................................................97
Herpes Virus Culture on 08 Sep 2015 ...............................................................................98
HSV 1 & 2 Abs Indirect Panel on 08 Sep 2015 ...............................................................99
Chlamydia+Gonococcus DNA Panel NAAT on 08 Sep 2015 .........................................99
Herpes Simplex Virus 1+2 Ab IgG on 08 Sep 2015 ......................................................100
Rapid Plasma Reagin on 08 Sep 2015 .............................................................................101

**Medical Record**

Merwin, Daniel Dennis        DOB: ▊ 1985  SSN: ***-**-▊    DoD ID: 1286180538        Created: 16 Aug 2017

HIV Rapid on 08 Sep 2015 ................................................................................................101
ETG/ETS, UA (250 Cut-Off) on 23 Jun 2015 ..................................................................102
Drug Abuse Screen on 23 Jun 2015 ................................................................................102
TISSUE EXAM on 23 Jun 2015 ........................................................................................104
ETG/ETS, UA (250 Cut-Off) on 18 May 2015 .................................................................105
Drug Abuse Screen on 18 May 2015 ...............................................................................105
ETG/ETS, UA (250 Cut-Off) on 04 May 2015 .................................................................107
Drug Abuse Screen on 04 May 2015 ...............................................................................107
Comprehensive Metabolic Panel on 28 Apr 2015 ...........................................................109
ETG/ETS, UA (500 Cut-Off) on 20 Apr 2015 ..................................................................110
Drug Abuse Screen on 20 Apr 2015 ................................................................................110
ETG/ETS, UA (500 Cut-Off) on 13 Apr 2015 ..................................................................111
Drug Abuse Screen on 13 Apr 2015 ................................................................................111
ETG/ETS, UA (500 Cut-Off) on 06 Apr 2015 ..................................................................112
Drug Abuse Screen on 06 Apr 2015 ................................................................................113
Chlamydia+Gonococcus DNA Panel NAAT on 31 Mar 2015 ..........................................114
ETG/ETS, UA (500 Cut-Off) on 30 Mar 2015 .................................................................115
Drug Abuse Screen on 30 Mar 2015 ...............................................................................115
Urinalysis Panel on 28 Mar 2015 ....................................................................................116
Mephedrone, MDPV, Methylone on 27 Mar 2015 ...........................................................117
Cannabinoids (THC), Synthetic on 27 Mar 2015 ............................................................117
Chlamydia+Gonococcus DNA Panel NAAT on 27 Mar 2015 ..........................................117
ETG/ETS, UA (250 Cut-Off) on 27 Mar 2015 .................................................................118
Drug Abuse Screen on 27 Mar 2015 ...............................................................................118
Urinalysis Panel on 27 Mar 2015 ....................................................................................119
Urine Culture on 27 Mar 2015 ........................................................................................120
Vitamin D, 1,25-Dihydroxy (Calcitriol) Panel on 27 Mar 2015 ......................................120
Vitamin B1 (Thiamine) on 27 Mar 2015 .........................................................................120
HIV-1/O/2 Ab on 27 Mar 2015 ........................................................................................121
Rapid Plasma Reagin on 27 Mar 2015 ............................................................................121
Vitamin B12 (Cyanocobalamin)+Folate Panel on 27 Mar 2015 .....................................121
Homocysteine on 27 Mar 2015 .......................................................................................122
Thyroid Stimulating Hormone on 27 Mar 2015 ..............................................................122
Magnesium on 27 Mar 2015 ...........................................................................................122
Gamma Glutamyl Transferase on 27 Mar 2015 ..............................................................122
Comprehensive Metabolic Panel on 27 Mar 2015 ..........................................................123
CBC W/Diff on 27 Mar 2015 ...........................................................................................124
Coagulation Panel 1 (PT+APTT) on 27 Mar 2015 ..........................................................124
HIV-1/O/2 Ab on 10 Apr 2014 ........................................................................................125
Lipid Panel on 10 Apr 2014 ............................................................................................125
Hemoglobin A1c on 04 Jun 2013 ....................................................................................126
Basic Metabolic Panel on 04 Jun 2013 ...........................................................................126
HIV-1/O/2 Ab on 19 Mar 2013 ........................................................................................127
Lipid Panel on 19 Mar 2013 ...........................................................................................127
Chlamydia+Gonococcus DNA Panel NAAT on 28 Jan 2013 ...........................................128
Urinalysis Panel on 28 Jan 2013 .....................................................................................129
Herpes Simplex Virus 1+2 Ab IgG on 28 Jan 2013 ........................................................129
Rapid Plasma Reagin on 28 Jan 2013 .............................................................................130
ESR on 12 Oct 2012 ........................................................................................................130
C-Reactive Protein on 12 Oct 2012 .................................................................................130
Phosphorus on 12 Oct 2012 ...........................................................................................131
Magnesium on 12 Oct 2012 ............................................................................................131
Basic Metabolic Panel on 12 Oct 2012 ...........................................................................131
CBC W/o Diff on 12 Oct 2012 .........................................................................................132
TISSUE EXAM on 12 Oct 2012 .......................................................................................132

**Medical Record**

Neutrophil Cytoplasmic Ab (ANCA) on 11 Oct 2012 ............................................................133
Neutrophil Cytoplasmic Ab (ANCA) Screen W/Reflex Titer on 11 Oct 2012 ........................134
Carcinoembryonic Ag on 11 Oct 2012 ..................................................................................135
Amylase on 11 Oct 2012 .......................................................................................................135
Phosphorus on 11 Oct 2012 ..................................................................................................135
Magnesium on 11 Oct 2012 ...................................................................................................135
Lipase on 11 Oct 2012 ...........................................................................................................135
Comprehensive Metabolic Panel on 11 Oct 2012 ..................................................................136
CBC W/Diff on 11 Oct 2012 ...................................................................................................137
MRSA PCR on 11 Oct 2012 ...................................................................................................137
Amylase on 11 Oct 2012 .......................................................................................................138
Lipase on 11 Oct 2012 ...........................................................................................................138
Comprehensive Metabolic Panel on 11 Oct 2012 ..................................................................138
CBC W/Diff on 11 Oct 2012 ...................................................................................................139
Infectious Mononucleosis Screen on 10 May 2012 ...............................................................140
CBC on 10 May 2012 .............................................................................................................140
Streptococcus Group A Ag Rapid on 10 May 2012 ................................................................141
Throat Culture on 10 May 2012 .............................................................................................141
HIV-1/O/2 Ab on 22 Feb 2012 ...............................................................................................141
Glucose Fasting on 22 Feb 2012 ...........................................................................................142
Lipid Profile on 22 Feb 2012 ..................................................................................................142
Lipid Profile on 02 Feb 2011 ..................................................................................................143
TISSUE EXAM on 24 Nov 2010 .............................................................................................144
Wound Culture and Gram Stain on 28 Sep 2010 ...................................................................144
Acid Fast Bacilli Culture on 28 Sep 2010 ..............................................................................145
Tissue Culture and Stain on 28 Sep 2010 .............................................................................145
Fungus Culture on 28 Sep 2010 ............................................................................................146
TISSUE EXAM on 28 Sep 2010 .............................................................................................146
HIV-1/O/2 Ab on 09 Mar 2010 ...............................................................................................147
Rapid Plasma Reagin on 09 Mar 2010 ..................................................................................148
Lipid Profile on 09 Mar 2010 ..................................................................................................148
Lipid Profile on 15 Sep 2009 ..................................................................................................149
Chlamydia+Gonococcus DNA Panel NAAT on 20 Aug 2009 .................................................149
Rapid Plasma Reagin on 20 Aug 2009 ..................................................................................150
Methicillin Resistant Staphylococcus aureus Culture on 01 Feb 2007 ..................................150
CBC W/Diff on 29 Nov 2005 ..................................................................................................151
Bleeding Time on 22 Nov 2005 ..............................................................................................151
Protime Panel on 22 Nov 2005 ..............................................................................................152
APTT on 22 Nov 2005 ............................................................................................................152
CBC W/Diff on 22 Nov 2005 ..................................................................................................152
Amylase on 19 Nov 2005 .......................................................................................................153
Liver Function Panel on 19 Nov 2005 ....................................................................................153
Lipase on 19 Nov 2005 ..........................................................................................................153
Basic Metabolic Panel on 19 Nov 2005 .................................................................................153
CBC W/Diff on 19 Nov 2005 ..................................................................................................154
Leukocyte Esterase on 03 Nov 2005 .....................................................................................155
HIV-1 Ab on 03 Nov 2005 ......................................................................................................155
Glucose on 03 Nov 2005 ........................................................................................................155
Varicella Virus Ab on 03 Nov 2005 ........................................................................................155
1523 Inprocessing Panel on 03 Nov 2005 .............................................................................156
Radiology..................................................................................................................................157
Chest PA And Lateral Upright Series Report on 22 Jun 2016 ...............................................157
MRI Brain With And Without Contrast Report on 15 Apr 2016 ...............................................157
Left Ankle (3 Views) Series Report on 16 Feb 2016 ..............................................................158
MRI Left Foot Report on 05 Oct 2014.....................................................................................159

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538         Created: 16 Aug 2017

MRI Left Ankle Report on 05 Oct 2014 ...................................................................161
Left Ankle (3 Views) Series Report on 06 May 2014.............................................163
Left Foot (3 Views) Weight Bearing Series Report on 06 May 2014......................163
Left Foot (3 Views) Series Report on 19 Apr 2014................................................164
Left Ankle (3 Views) Series Report on 19 Apr 2014..............................................165
MRI - Abdomen Report on 02 Nov 2012 ...............................................................166
Acute Abdomen Series Report on 10 Oct 2012......................................................167
CT Abdomen/Pelvis With Contrast Report on 11 Oct 2012....................................168
CT Abdomen/Pelvis With Contrast Report on 23 Nov 2005...................................169
Acute Abdomen Series Report on 19 Nov 2005......................................................170
CT Abdomen/Pelvis Without Contrast Report on 19 Nov 2005..............................170
Acute Abdomen Series Report on 10 Nov 2005......................................................171
Immunizations.............................................................................................................173
Previous Encounters...................................................................................................175
14 Aug 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN...............................175
14 Aug 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S ...............180
10 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C .........182
09 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C .........183
08 Aug 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN................................184
07 Aug 2017 at WRNMMC, Int Med CL F Medical Home BE by LINKER, MARTIN ...192
31 Jul 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C.............196
27 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .................................197
27 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by LINKER, MARTIN ...202
27 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN...................................206
25 Jul 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C.............214
20 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S ..................215
18 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN...................................217
18 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .................................225
13 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ....230
12 Jul 2017 at WRNMMC, Integrative Hlth & Well BE by THOMAS, LAUREN A ......237
10 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN...................................239
10 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S ..................247
10 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .................................249
07 Jul 2017 at WRNMMC, Psychiatry Be by WISE, JOSEPH E .............................254
07 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by MEADOR, KRISTINE P ....256
06 Jul 2017 at WRNMMC, Psychiatry Consult Liaison Be by WORKS, LINDSAY K ....257
06 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S ..................261
27 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .................................263
21 Jun 2017 at WRNMMC, Dermatology Clinic Bethesda by FINK, CAITLIN M.......268
19 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ....270
16 Jun 2017 at WRNMMC, Dermatology Clinic Bethesda by NICHOLAS, LUKE C ...275
13 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .................................277
13 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .................................278
12 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ....283
08 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .................................291
07 Jun 2017 at WRNMMC, Allergy Clinic Bethesda by PETERSEN, MAUREEN MICHELE ....292
06 Jun 2017 at WRNMMC, Int Med CL C Medical Home BE by SMITH, MICKALYNN J ....297
01 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ....298
25 May 2017 at WRNMMC, Allergy Clinic Bethesda by BANKS, TAYLOR ALLEN ....300
23 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ....303
22 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ....305
17 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M ....306
16 May 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .................................311
16 May 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN.................................316
19 Apr 2017 at WRNMMC, Int Med CL F Medical Home BE by SMITH, MICKALYNN J ....324

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

13 Apr 2017 at WRNMMC, GI Clinic Bethesda by WONG, ROY KWOCK ..........................................325
05 Apr 2017 at WRNMMC, Medical Readiness Clinic Bethesda by RENTA, DANA K ...................328
16 Mar 2017 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C ........................................338
01 Mar 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN ......................................................339
01 Mar 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN .....................................................344
08 Feb 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R.........................352
02 Feb 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R.........................355
01 Feb 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .....................................................358
01 Feb 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN .....................................................363
04 Jan 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN .....................................................371
04 Jan 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN .....................................................376
06 Dec 2016 at WRNMMC, Psychiatry Be by PAUL, SHERIN ....................................................384
05 Dec 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN .....................................................389
28 Nov 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C ........................................397
15 Nov 2016 at WRNMMC, Psychiatry Be by PAUL, SHERIN ....................................................398
24 Oct 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN .....................................................405
11 Oct 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C ........................................413
04 Oct 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C ........................................415
28 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN .....................................................422
08 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN .....................................................430
06 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN .....................................................431
25 Aug 2016 at WRNMMC, Integrative Hlth & Well BE by JARRETT, ERICA M...........................438
23 Jun 2016 at WRNMMC, Int Med CL C Medical Home BE by ATCHERSON, KATHY A ...............442
22 Jun 2016 at WRNMMC, GI Clinic Bethesda by KWOK, RYAN M ...........................................443
15 Jun 2016 at WRNMMC, GI Clinic Bethesda by SHAH, NISHA AMISH ....................................444
07 Jun 2016 at WRNMMC, Otolaryngology Clinic Bethesda by XYDAKIS, MICHAEL S ...................445
11 May 2016 at WRNMMC, GI Clinic Bethesda by LACZEK, JEFFREY T ....................................447
22 Apr 2016 at WRNMMC, Medical Readiness Clinic Bethesda by TACKIE, DIANE A ...................451
18 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON ...............460
12 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON ...............464
11 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON ...............467
05 Apr 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J .....................................470
07 Mar 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J .....................................472
29 Feb 2016 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R .......................474
24 Feb 2016 at WRNMMC, Dermatology Clinic Bethesda by MARQUART, JASON DANIEL ...............477
19 Feb 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J .....................................479
16 Feb 2016 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA ......................481
16 Feb 2016 at WRNMMC, Int Med CL C Medical Home BE by WILSON, BRYAN J ....................482
04 Feb 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P .....................................485
02 Feb 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E ................................486
19 Jan 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E ................................489
13 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P .....................................492
08 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P .....................................493
06 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P .....................................494
05 Jan 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E ................................495
29 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...............498
22 Dec 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D .......................................501
15 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...............503
14 Dec 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P .....................................505
08 Dec 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P .....................................506
08 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...............507
01 Dec 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES .......................................509
24 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...............511
20 Nov 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P .....................................513
17 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...............514

**Medical Record**

Merwin, Daniel Dennis        DOB:        1985  SSN: ***-**-        DoD ID: 1286180538        Created: 16 Aug 2017

12 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...........................516
10 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...........................518
09 Nov 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R ...................................521
03 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...........................524
03 Nov 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA ..................................527
27 Oct 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ............................531
01 Oct 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA ..................................534
30 Sep 2015 at WRNMMC, Dermatology Clinic Bethesda by CUNNINGHAM, RACHEL E .....................539
29 Sep 2015 at WRNMMC, Behavioral Health Qu by MANTANONALEE, CHRISTY LIA .........................541
29 Sep 2015 at WRNMMC, Dermatology Clinic Bethesda by MARQUART, JASON DANIEL .....................542
28 Sep 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R ...................................545
23 Sep 2015 at WRNMMC, Integrative Hlth & Well BE by JARRETT, ERICA M.....................................550
18 Sep 2015 at WRNMMC, Behavioral Health Qu by MANTANONALEE, CHRISTY LIA .........................552
15 Sep 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E ...........................................553
09 Sep 2015 at WRNMMC, Integrative Hlth & Well BE by CORSO, MEGHAN L...................................555
08 Sep 2015 at WRNMMC, Int Med Cons/Spec Care Cl Be by FIACCO, NICHOLAS RYAN .....................556
27 Aug 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA .................................558
25 Aug 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D ................................................562
25 Aug 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E ...........................................564
18 Aug 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D ................................................565
11 Aug 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E ...........................................567
11 Aug 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R ...................................569
28 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E .............................................573
21 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E .............................................575
15 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E .............................................577
14 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E .............................................579
08 Jul 2015 at WRNMMC, Dermatology Clinic Bethesda by TAYLOR, BRADLEY MICHAEL .....................580
30 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D .................................................582
26 Jun 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P ..............................................584
25 Jun 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P ..............................................585
23 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D .................................................586
22 Jun 2015 at WRNMMC, Dermatology Clinic Bethesda by STEARNS, LAUREL R ...............................588
16 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D .................................................591
11 Jun 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA.................................593
09 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D .................................................597
02 Jun 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E...........................................599
27 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...........................602
22 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ................................................604
21 May 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P ..............................................606
20 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ................................................607
18 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M ..................................................610
18 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ................................................613
15 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ................................................615
14 May 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA.................................617
13 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ................................................622
11 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M ..................................................625
11 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ................................................627
08 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...........................629
07 May 2015 at WRNMMC, Int Med CL C Medical Home BE by ARGUINZONI, JUAN B.........................631
06 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...........................635
06 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ................................................637
05 May 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P ..............................................639
04 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M ..................................................640
04 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ................................................642
01 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...........................644

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

30 Apr 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M .................................................646
29 Apr 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ...........................................648
28 Apr 2015 at WRNMMC, Medical Readiness Clinic Bethesda by PARSON, MARSHEA S .........650
27 Apr 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ...........................................661
23 Apr 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA .....................663
22 Apr 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A ...............673
23 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ...........................................675
20 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ...........................................677
19 Mar 2015 at WRNMMC, Substance Abuse NY by ARITA, ANTHONY A ..................................679
17 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES ...........................................683
30 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M ..................................................685
23 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M ..................................................692
22 Oct 2014 at WRNMMC, SRP Cl Ki by JORDAN, TIMOTHY W .................................................699
16 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M ..................................................701
07 Oct 2014 at WRNMMC, Int Med CL C Medical Home BE by RINIS, DONNA L ........................708
01 Oct 2014 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R ......................713
26 Sep 2014 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R .....................714
25 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M ..................................................718
24 Sep 2014 at WRNMMC, Orthotics & Prosthetics Srv Be by ANDERSON, PETER P ...............729
24 Sep 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C .....................................730
18 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M ..................................................733
11 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M ..................................................740
21 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................747
21 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................748
08 Aug 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C ....................................749
04 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M .................................................751
27 Jun 2014 at WRNMMC, Integrative Hlth & Well BE by YORK, CARLA M .................................759
27 Jun 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C .....................................762
16 Jun 2014 at WRNMMC, Integrative Hlth & Well BE by JARRETT, ERICA M ............................765
16 Jun 2014 at WRNMMC, Int Med CL A Medical Home BE by CLARK, THOMAS S ....................770
04 Jun 2014 at WRNMMC, Int Med Cons/Spec Care Cl Be by DOUGHERTY, DIANA L ...............772
30 May 2014 at WRNMMC, AMH M01A Red Ki by COLEMAN, AUDREY G ...................................774
19 May 2014 at WRNMMC, AMH M01A Red Ki by UDE, ASSUMPTA O .......................................776
06 May 2014 at WRNMMC, AMH M01A Red Ki by UDE, ASSUMPTA O .......................................783
30 Dec 2013 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C .......................................791
12 Aug 2013 at WRNMMC, AMH M01A Red Ki by UDE, ASSUMPTA O .......................................792
07 Aug 2013 at WRNMMC, AMH M01A Red Ki by SLOAN, DAWN M ..........................................794
05 Aug 2013 at WRNMMC, Immunization Kimbrough by WRAY, KIM D ........................................799
10 Apr 2013 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O ......................................800
21 Mar 2013 at WRNMMC, Immunization Kimbrough by AHLTA SYSTEM ADMINISTRATOR .........805
19 Mar 2013 at WRNMMC, Hearing Conservation Kimbrough by AHLTA SYSTEM ADMINISTRATOR ....806
19 Mar 2013 at WRNMMC, Hearing Conservation Kimbrough by AHLTA SYSTEM ADMINISTRATOR ....807
19 Mar 2013 at WRNMMC, Immunization Kimbrough by AHLTA SYSTEM ADMINISTRATOR .................809
28 Jan 2013 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O .......................................811
22 Jan 2013 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O .......................................815
30 Nov 2012 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O ......................................817
05 Nov 2012 at WRNMMC, AMH M01B Blue Ki by DING, YIMING ..............................................821
24 Oct 2012 at WRNMMC, SRP Cl Ki by AHLTA SYSTEM ADMINISTRATOR .............................825
24 Oct 2012 at WRNMMC, SRP Cl Ki by AHLTA SYSTEM ADMINISTRATOR .............................827
23 Oct 2012 at WRNMMC, GI Inflam Bowel Dis Be by COPSEY, HELEN C .................................828
23 Oct 2012 at WRNMMC, GI Inflam Bowel Dis Be by COPSEY, HELEN C .................................829
12 Oct 2012 at WRNMMC, Wounded Warrior GWOT by AGOSTO, ROBERT ..............................836
14 May 2012 at NH Pensacola FL, Corry MHP by BRADLEY, RACHAEL NAOMI ........................837
10 May 2012 at NH Pensacola FL, Corry MHP by GUNTER, ROGER WILLIAM ...........................841
06 Mar 2012 at NH Pensacola FL, Readiness Center by TREVEN, LAUREN A .............................844

**Medical Record**

Merwin, Daniel Dennis      DOB: ■■■ 1985 SSN: ***-**-■■■      DoD ID: 1286180538      Created: 16 Aug 2017

02 Nov 2011 at NH Pensacola FL, Corry MHP by GRIMM, CHRISTOPHER T ................................................846
07 Oct 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D ...........................................847
27 Jul 2011 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P...........................................850
26 Jul 2011 at NH Pensacola FL, Pulmonary Disease Clinic by LEWIS, CHRISTOPHER T ......................853
06 Jun 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D ...........................................855
06 Jun 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D ...........................................857
04 May 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D ..........................................860
26 Apr 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D ...........................................863
22 Apr 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D...........................................865
21 Apr 2011 at 81st Medical Group, Refractive Surgery by ROPP, CORBY D............................................867
29 Mar 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D ..........................................871
17 Mar 2011 at NH Pensacola FL, Pulmonary Function Lab by LEWIS, CHRISTOPHER T ....................873
16 Mar 2011 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W ...................................................877
17 Feb 2011 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W ....................................................881
16 Feb 2011 at NH Pensacola FL, Pulmonary Disease Clinic by LEWIS, CHRISTOPHER T..........................884
08 Feb 2011 at NH Pensacola FL, Readiness Center by BROWN, TRAVIS S .............................................887
24 Jan 2011 at NH Pensacola FL, Corry Prime Care by WIEDL, ERICA KITCHELL ................................890
24 Nov 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P ......................................893
15 Nov 2010 at NH Pensacola FL, Corry Prime Care by WILLIAMS, TREVOR MICHAEL......................898
13 Oct 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P .......................................899
04 Oct 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P .......................................904
28 Sep 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P .......................................905
01 Sep 2010 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM .............................908
25 Aug 2010 at NH Pensacola FL, Dermatology Clinic by SMITH, ERIC P ..............................................911
20 Jul 2010 at NH Pensacola FL, Dermatology Clinic by SMITH, ERIC P ...............................................914
14 Jun 2010 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM .............................918
21 Apr 2010 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W ...................................................921
17 Mar 2010 at NH Pensacola FL, Readiness Center by BROWN, TRAVIS S ...........................................925
09 Mar 2010 at NH Pensacola FL, Corry Prime Care by THOMAS, JOSHUA L..........................................927
22 Dec 2009 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM .............................929
23 Sep 2009 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM .............................930
16 Sep 2009 at NH Pensacola FL, Corry Phys Exams by GUNTER, ROGER WILLIAM..............................932
10 Sep 2009 at NH Pensacola FL, Corry Phys Exams by GUNTER, ROGER WILLIAM..............................934
20 Aug 2009 at NH Pensacola FL, Corry Prime Care by HEDARIA, ELIZABETH A ...................................935
07 May 2009 at NH Pensacola FL, Corry Health Promotion And Wel by LINVILLE, TREVOR S .................937
06 Mar 2006 at NH Pensacola FL, NATTC MHP by MAYNARD, PENELOPE A ........................................938
Clinical Notes.............................................................................................................................................939
09 Aug 2017 1300 GMT at  by HANGEMANOLE, DESPINA C ...............................................................939
16 Jun 2017 1430 GMT at  by NICHOLAS, LUKE C ...............................................................................942
07 Jun 2017 1515 GMT at  by PETERSEN, MAUREEN MICHELE ..........................................................945
25 May 2017 1430 GMT at  by BANKS, TAYLOR ALLEN ......................................................................950
13 Apr 2017 2000 GMT at  by WONG, ROY KWOCK .............................................................................955
08 Feb 2017 1300 GMT at  by BENTON, JIKESHA R ..............................................................................959
02 Feb 2017 1400 GMT at  by BENTON, JIKESHA R ..............................................................................963
04 Oct 2016 2000 GMT at  by COPSEY, HELEN C ..................................................................................967
22 Jun 2016 1540 GMT at  by KWOK, RYAN M ....................................................................................975
07 Jun 2016 1800 GMT at  by XYDAKIS, MICHAEL S ...........................................................................977
11 May 2016 1300 GMT at  by LACZEK, JEFFREY T .............................................................................980
11 Apr 2016 1330 GMT at  by THOMPSON, DAVID HERRON ...............................................................985
05 Apr 2016 1330 GMT at  by BAHR, ROBERT J ....................................................................................989
07 Mar 2016 1430 GMT at  by BAHR, ROBERT J ...................................................................................992
24 Feb 2016 1900 GMT at  by MARQUART, JASON DANIEL ................................................................995
19 Feb 2016 1245 GMT at  by BAHR, ROBERT J ....................................................................................997
29 Sep 2015 1814 GMT at WRNMMC by MITZMAN, NEIL..................................................................1000
29 Sep 2015 1500 GMT at  by MARQUART, JASON DANIEL ..............................................................1002

**Medical Record**

22 Jun 2015 1930 GMT at  by STEARNS, LAUREL R ......................................................... 1007
23 Apr 2015 1400 GMT at  by ZEMBRZUSKA, HANNA DOMINIKA ...................................... 1010
24 Sep 2014 1600 GMT at  by LAI, PHILOMENA C .......................................................... 1022
08 Aug 2014 1200 GMT at  by LAI, PHILOMENA C .......................................................... 1026
27 Jun 2014 1200 GMT at  by LAI, PHILOMENA C .......................................................... 1030
24 Oct 2012 1425 GMT at  by ........................................................................................ 1034
15 Oct 2012 1543 GMT at WRNMMC by JORDAN, MARIA T. ............................................ 1043
29 Mar 2011 2052 GMT at  by ....................................................................................... 1046
25 Mar 2011 1831 GMT at  by ....................................................................................... 1050
16 Feb 2011 1552 GMT at  by ....................................................................................... 1052
20 Jul 2010 2204 GMT at  by ........................................................................................ 1057
24 Dec 2005 0302 GMT at  by ....................................................................................... 1062
Vitals ..................................................................................................................................... 1064

# Demographics

Name: Merwin, Daniel Dennis
SSN: ***-**-███
DoD ID: 1286180538
FMP/Sponsor SSN: 20/***-**-███
Date of Birth: ███ 1985
Sex: M
Race: White
Marital Status: Single, Never Married
Branch: N11 - United States Navy (USN) Active Duty (AD)
Rank: PETTY OFFICER FIRST CLASS (E5)
Medicare:
Religion: No Preference
PCM Location: 23664-HP0067

Addresses:
████████████
....
GLEN BURNIE, MD ████████

***** End of Demographics *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

# Allergies

## Nka

| | | | |
|---|---|---|---|
| Reaction: | | | |
| Onset: | 25 May 2017 | Info Source: | |
| Clinician: | ZZMIDTIER, GREAT | Facility: | WRNMMC |
| Allergy Type: | No known allergies | Origin: | Department of Defense |
| Comment: | | | |

***** End of Allergies *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

# Problems

*Active Problems*

## Generalized anxiety disorder on 25 Aug 2016

| Date Onset: | Unknown | Date Reported: | 25 Aug 2016 |
|---|---|---|---|
| Source: | HICKEY, LINDSEY S | ICD: | F41.1 |
| Comment: | | | |
| Encounter Comments: | | | |

## EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) on 22 Apr 2016

| Date Onset: | Unknown | Date Reported: | 22 Apr 2016 |
|---|---|---|---|
| Source: | TACKIE, DIANE A | ICD: | DOD0225 |
| Comment: | | | |
| Encounter Comments: | | | |

## Counseling, unspecified on 22 Apr 2016

| Date Onset: | Unknown | Date Reported: | 22 Apr 2016 |
|---|---|---|---|
| Source: | TACKIE, DIANE A | ICD: | Z71.9 |
| Comment: | | | |
| Encounter Comments: | | | |

## ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR on 19 Mar 2015

| Date Onset: | Unknown | Date Reported: | 19 Mar 2015 |
|---|---|---|---|
| Source: | ARITA, ANTHONY A | ICD: | 303.91 |
| Comment: | | | |
| Encounter Comments: | | | |

## MAJOR DEPRESSION RECURRENT MODERATE on 21 Aug 2014

| Date Onset: | Unknown | Date Reported: | 21 Aug 2014 |
|---|---|---|---|
| Source: | NILSEN, LINDA M | ICD: | 296.32 |
| Comment: | | | |
| Encounter Comments: | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

## ANXIETY DISORDER NOS on 04 Aug 2014

| Date Onset: | Unknown | Date Reported: | 04 Aug 2014 |
|---|---|---|---|
| Source: | NILSEN, LINDA M | ICD: | 300.00 |
| Comment: | | | |
| Encounter Comments: | | | |

## Left ankle joint pain on 27 Jun 2014

| Date Onset: | Unknown | Date Reported: | 27 Jun 2014 |
|---|---|---|---|
| Source: | LAI, PHILOMENA C | ICD: | 719.47 |
| Comment: | | | |
| Encounter Comments: | | | |

## NEUROTIC EXCORIATION on 16 Jun 2014

| Date Onset: | Unknown | Date Reported: | 16 Jun 2014 |
|---|---|---|---|
| Source: | OSULLIVAN, ROBIN RACHELLE | ICD: | 698.4 |
| Comment: | | | |
| Encounter Comments: | | | |

## ANKLE SPRAIN LEFT on 16 Jun 2014

| Date Onset: | Unknown | Date Reported: | 16 Jun 2014 |
|---|---|---|---|
| Source: | CLARK, THOMAS S | ICD: | 845.00 |
| Comment: | | | |
| Encounter Comments: | | | |

## ESSENTIAL HYPERTRIGLYCERIDEMIA on 10 Apr 2013

| Date Onset: | Unknown | Date Reported: | 10 Apr 2013 |
|---|---|---|---|
| Source: | Encounter | ICD: | 272.1 |
| Comment: | | | |
| Encounter Comments: | | | |

## ANOMALIES OF SKIN on 10 Apr 2013

| Date Onset: | Unknown | Date Reported: | 10 Apr 2013 |
|---|---|---|---|
| Source: | Encounter | ICD: | 757.39 |
| Comment: | | | |
| Encounter Comments: | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

## Abdominal pain on 24 Oct 2012

| Date Onset: | Unknown | Date Reported: | 24 Oct 2012 |
|---|---|---|---|
| Source: | Encounter | ICD: | 789.00 |
| Comment: | | | |
| Encounter Comments: | | | |

## ASTHMA on 26 Jul 2011

| Date Onset: | Unknown | Date Reported: | 26 Jul 2011 |
|---|---|---|---|
| Source: | Encounter | ICD: | 493.90 |
| Comment: | | | |
| Encounter Comments: | | | |

## POSTSURGICAL STATE OF EYE AND ADNEXA on 22 Apr 2011

| Date Onset: | Unknown | Date Reported: | 22 Apr 2011 |
|---|---|---|---|
| Source: | Encounter | ICD: | V45.69 |
| Comment: | | | |
| Encounter Comments: | | | |

## Difficulty breathing (dyspnea) on 16 Feb 2011

| Date Onset: | Unknown | Date Reported: | 16 Feb 2011 |
|---|---|---|---|
| Source: | Encounter | ICD: | 786.09 |
| Comment: | | | |
| Encounter Comments: | | | |

## SKIN NEOPLASM UNCERTAIN BEHAVIOR on 24 Nov 2010

| Date Onset: | Unknown | Date Reported: | 24 Nov 2010 |
|---|---|---|---|
| Source: | Encounter | ICD: | 238.2 |
| Comment: | | | |
| Encounter Comments: | | | |

## Removal Of Sutures on 04 Oct 2010

| Date Onset: | Unknown | Date Reported: | 04 Oct 2010 |
|---|---|---|---|
| Source: | Encounter | ICD: | V58.3 |
| Comment: | | | |
| Encounter Comments: | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

## ASTHMA EXTRINSIC on 01 Sep 2010

| Date Onset: | Unknown | Date Reported: | 01 Sep 2010 |
|---|---|---|---|
| Source: | Encounter | ICD: | 493.00 |
| Comment: | | | |
| Encounter Comments: | | | |

## ROSACEA on 14 Jun 2010

| Date Onset: | Unknown | Date Reported: | 14 Jun 2010 |
|---|---|---|---|
| Source: | Encounter | ICD: | 695.3 |
| Comment: | | | |
| Encounter Comments: | | | |

## PERIPHERAL RETINAL DEGENERATION - LATTICE on 23 Apr 2010

| Date Onset: | Unknown | Date Reported: | 23 Apr 2010 |
|---|---|---|---|
| Source: | Encounter | ICD: | 362.63 |
| Comment: | | | |
| Encounter Comments: | | | |

## REFRACTIVE ERROR - MYOPIA on 23 Apr 2010

| Date Onset: | Unknown | Date Reported: | 23 Apr 2010 |
|---|---|---|---|
| Source: | Encounter | ICD: | 367.1 |
| Comment: | | | |
| Encounter Comments: | | | |

## ALLERGIC RHINITIS on 17 Mar 2010

| Date Onset: | Unknown | Date Reported: | 17 Mar 2010 |
|---|---|---|---|
| Source: | Encounter | ICD: | 477.9 |
| Comment: | | | |
| Encounter Comments: | | | |

*Inactive Problems*

## Vaccines Prophylactic Need Against Bacterial Diseases on 05 Aug 2013

| Date Onset: | Unknown | Date Reported: | 05 Aug 2013 |
|---|---|---|---|
| Source: | SLOAN, DAWN M | ICD: | V03.9 |
| Comment: | | | |
| Encounter Comments: | | | |

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

## IMPAIRED FASTING GLUCOSE on 10 Apr 2013

| Date Onset: | Unknown | Date Reported: | 10 Apr 2013 |
|---|---|---|---|
| Source: | UDE, ASSUMPTA O | ICD: | 790.21 |
| Comment: | | | |
| Encounter Comments: | | | |

## Visit for: follow-up exam on 21 Mar 2013

| Date Onset: | Unknown | Date Reported: | 21 Mar 2013 |
|---|---|---|---|
| Source: | Encounter | ICD: | V67.9 |
| Comment: | | | |
| Encounter Comments: | | | |

## Visit for: ears / hearing exam on 19 Mar 2013

| Date Onset: | Unknown | Date Reported: | 19 Mar 2013 |
|---|---|---|---|
| Source: | SLOAN, DAWN M | ICD: | V72.19 |
| Comment: | | | |
| Encounter Comments: | | | |

## Visit for: screening exam pulmonary tuberculosis on 19 Mar 2013

| Date Onset: | Unknown | Date Reported: | 19 Mar 2013 |
|---|---|---|---|
| Source: | Encounter | ICD: | V74.1 |
| Comment: | | | |
| Encounter Comments: | | | |

## Need For Vaccination DTP + TAB on 19 Mar 2013

| Date Onset: | Unknown | Date Reported: | 19 Mar 2013 |
|---|---|---|---|
| Source: | Encounter | ICD: | V06.2 |
| Comment: | | | |
| Encounter Comments: | | | |

## Need For Vaccination Typhoid on 19 Mar 2013

| Date Onset: | Unknown | Date Reported: | 19 Mar 2013 |
|---|---|---|---|
| Source: | Encounter | ICD: | V03.1 |
| Comment: | | | |
| Encounter Comments: | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

## Visit for: screening exam STD on 28 Jan 2013

| Date Onset: | Unknown | Date Reported: | 28 Jan 2013 |
|---|---|---|---|
| Source: | Encounter | ICD: | V75.9 |
| Comment: | | | |
| Encounter Comments: | | | |

## Need For Prophylactic Measure on 05 Nov 2012

| Date Onset: | Unknown | Date Reported: | 05 Nov 2012 |
|---|---|---|---|
| Source: | Encounter | ICD: | V07.9 |
| Comment: | | | |
| Encounter Comments: | | | |

## Imaging Studies Nonspecific Abnormal Findings on 24 Oct 2012

| Date Onset: | Unknown | Date Reported: | 24 Oct 2012 |
|---|---|---|---|
| Source: | Encounter | ICD: | 793.9 |
| Comment: | | | |
| Encounter Comments: | | | |

## Conditions influencing health status on 12 Oct 2012

| Date Onset: | Unknown | Date Reported: | 12 Oct 2012 |
|---|---|---|---|
| Source: | SLOAN, DAWN M | ICD: | V49.9 |
| Comment: | | | |
| Encounter Comments: | | | |

## VIRAL SYNDROME on 10 May 2012

| Date Onset: | Unknown | Date Reported: | 10 May 2012 |
|---|---|---|---|
| Source: | Encounter | ICD: | 079.99 |
| Comment: | | | |
| Encounter Comments: | | | |

## SUPERFICIAL INJURY - ABRASION OF CORNEA on 04 May 2011

| Date Onset: | Unknown | Date Reported: | 04 May 2011 |
|---|---|---|---|
| Source: | Encounter | ICD: | 918.1 |
| Comment: | | | |
| Encounter Comments: | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

## Aftercare Following Surgery Of Sense Organs on 22 Apr 2011

| Date Onset: | Unknown | Date Reported: | 22 Apr 2011 |
|---|---|---|---|
| Source: | Encounter | ICD: | V58.71 |
| Comment: | | | |
| Encounter Comments: | | | |

## Visit for: preoperative exam on 29 Mar 2011

| Date Onset: | Unknown | Date Reported: | 29 Mar 2011 |
|---|---|---|---|
| Source: | Encounter | ICD: | V72.84 |
| Comment: | | | |
| Encounter Comments: | | | |

## Visit for: screening exam malignant neoplasm skin on 24 Nov 2010

| Date Onset: | Unknown | Date Reported: | 24 Nov 2010 |
|---|---|---|---|
| Source: | Encounter | ICD: | V76.43 |
| Comment: | | | |
| Encounter Comments: | | | |

## FOLLICULITIS on 20 Jul 2010

| Date Onset: | Unknown | Date Reported: | 20 Jul 2010 |
|---|---|---|---|
| Source: | Encounter | ICD: | 704.8 |
| Comment: | | | |
| Encounter Comments: | | | |

## Visit for: occupational health / fitness exam on 17 Mar 2010

| Date Onset: | Unknown | Date Reported: | 17 Mar 2010 |
|---|---|---|---|
| Source: | SLOAN, DAWN M | ICD: | V70.5 |
| Comment: | | | |
| Encounter Comments: | | | |

## Vaccine needed prophylactically against bacterial diseases on 09 Mar 2010

| Date Onset: | Unknown | Date Reported: | 09 Mar 2010 |
|---|---|---|---|
| Source: | Encounter | ICD: | V03.9 |
| Comment: | | | |
| Encounter Comments: | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 16 Aug 2017

## Parent Education: Immunizations on 23 Sep 2009

| Date Onset: | Unknown | Date Reported: | 23 Sep 2009 |
|---|---|---|---|
| Source: | SLOAN, DAWN M | ICD: | V65.49 |
| Comment: | | | |
| Encounter Comments: | | | |

## Vaccines Prophylactic Need Against Influenza on 23 Sep 2009

| Date Onset: | Unknown | Date Reported: | 23 Sep 2009 |
|---|---|---|---|
| Source: | Encounter | ICD: | V04.81 |
| Comment: | | | |
| Encounter Comments: | | | |

## Visit for: military services physical on 16 Sep 2009

| Date Onset: | Unknown | Date Reported: | 16 Sep 2009 |
|---|---|---|---|
| Source: | COLEMAN, AUDREY G | ICD: | V70.5 |
| Comment: | | | |
| Encounter Comments: | | | |

## Exposure to STD on 20 Aug 2009

| Date Onset: | Unknown | Date Reported: | 20 Aug 2009 |
|---|---|---|---|
| Source: | SLOAN, DAWN M | ICD: | V01.6 |
| Comment: | | | |
| Encounter Comments: | | | |

## Patient Education - HIV on 07 May 2009

| Date Onset: | Unknown | Date Reported: | 07 May 2009 |
|---|---|---|---|
| Source: | Encounter | ICD: | V65.44 |
| Comment: | | | |
| Encounter Comments: | | | |

## Guidance: Concerns About Unsafe Sexual Practices on 07 May 2009

| Date Onset: | Unknown | Date Reported: | 07 May 2009 |
|---|---|---|---|
| Source: | Encounter | ICD: | V65.45 |
| Comment: | | | |
| Encounter Comments: | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

## Visit for: administrative purpose on 07 May 2009

| | | | |
|---|---|---|---|
| Date Onset: | Unknown | Date Reported: | 07 May 2009 |
| Source: | SLOAN, DAWN M | ICD: | V68.9 |
| Comment: | | | |
| Encounter Comments: | | | |

## Inquiry And Counseling: Contraceptive Practices on 07 May 2009

| | | | |
|---|---|---|---|
| Date Onset: | Unknown | Date Reported: | 07 May 2009 |
| Source: | SLOAN, DAWN M | ICD: | V25.09 |
| Comment: | | | |
| Encounter Comments: | | | |

## Visit for: issue medical certificate fitness on 06 Mar 2006

| | | | |
|---|---|---|---|
| Date Onset: | Unknown | Date Reported: | 06 Mar 2006 |
| Source: | Encounter | ICD: | V68.0 |
| Comment: | | | |
| Encounter Comments: | | | |

## Feared medical condition not demonstrated on 06 Mar 2006

| | | | |
|---|---|---|---|
| Date Onset: | Unknown | Date Reported: | 06 Mar 2006 |
| Source: | Encounter | ICD: | V65.5 |
| Comment: | ABD PAIN RESOLVED- NO  PATHOLOGY | | |
| Encounter Comments: | | | |

***** End of Problems *****

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■■ 1985  SSN: ***-**-■■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

# Diagnosis History

## <No description for K58.2 in Medcin database> (K58.2)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 12 Jun 2017 | Int Med CL F Medical Home BE | RODAK, COLLEEN M | WRNMMC |

## Abdominal pain (789.00)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 23 Oct 2012 | GI Inflam Bowel Dis Be | COPSEY, HELEN C | WRNMMC |

## Acquired absence of right leg below knee (Z89.511)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 19 Feb 2016 | Phys Therapy CL BE | BAHR, ROBERT J | WRNMMC |

## Aftercare Following Surgery Of Sense Organs (V58.71)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 07 Oct 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |
| 06 Jun 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |
| 06 Jun 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |
| 26 Apr 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |
| 22 Apr 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |

## ALCOHOL ABUSE - IN REMISSION (305.03)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 07 May 2015 | Int Med CL C Medical Home BE | ARGUINZONI, JUAN B. | WRNMMC |

## Alcohol abuse, uncomplicated (F10.10)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 24 Nov 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
| 17 Nov 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
| 12 Nov 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
| 10 Nov 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |

## ALCOHOL DEPENDENCE (ALCOHOLISM) (303.90)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 15 Sep 2015 | Substance Abuse NY | BROWN, CYNTHIA E | WRNMMC |
| 27 Aug 2015 | Psychiatry Be | ZEMBRZUSKA, HANNA DOMINIKA | WRNMMC |
| 25 Aug 2015 | Substance Abuse NY | HILL, LARRY D | WRNMMC |
| 18 Aug 2015 | Substance Abuse NY | HILL, LARRY D | WRNMMC |
| 11 Aug 2015 | Substance Abuse NY | BROWN, CYNTHIA E | WRNMMC |
| 16 Jun 2015 | Substance Abuse NY | HILL, LARRY D | WRNMMC |
| 11 Jun 2015 | Psychiatry Be | ZEMBRZUSKA, HANNA DOMINIKA | WRNMMC |
| 02 Jun 2015 | Substance Abuse NY | BROWN, CYNTHIA E | WRNMMC |
| 27 May 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
| 14 May 2015 | Psychiatry Be | ZEMBRZUSKA, HANNA DOMINIKA | WRNMMC |
| 11 May 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 23 Apr 2015 | Psychiatry Be | ZEMBRZUSKA, HANNA | WRNMMC |

| Merwin, Daniel Dennis | DOB: ■■■■ 1985  SSN: ***-**-■■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 24**
AR 2011

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

DOMINIKA

# ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR (303.91)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 28 Jul 2015 | Substance Abuse NY | BROWN, CYNTHIA E | WRNMMC |
| 21 Jul 2015 | Substance Abuse NY | BROWN, CYNTHIA E | WRNMMC |
| 15 Jul 2015 | Substance Abuse NY | BROWN, CYNTHIA E | WRNMMC |
| 30 Jun 2015 | Substance Abuse NY | HILL, LARRY D | WRNMMC |
| 23 Jun 2015 | Substance Abuse NY | HILL, LARRY D | WRNMMC |
| 09 Jun 2015 | Substance Abuse NY | HILL, LARRY D | WRNMMC |
| 22 May 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 20 May 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 18 May 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 15 May 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 13 May 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 08 May 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
| 06 May 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
| 06 May 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 04 May 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 01 May 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
| 29 Apr 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 28 Apr 2015 | Medical Readiness Clinic Bethesda | PARSON, MARSHEA S | WRNMMC |
| 27 Apr 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 22 Apr 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
| 23 Mar 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 20 Mar 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 19 Mar 2015 | Substance Abuse NY | ARITA, ANTHONY A | WRNMMC |

## Alcohol dependence, uncomplicated (F10.20)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 14 Aug 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 10 Aug 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 09 Aug 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 07 Aug 2017 | Int Med CL F Medical Home BE | LINKER, MARTIN | WRNMMC |
| 31 Jul 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 25 Jul 2017 | ATS Adult BE | HANGEMANOLE, DESPINA C | WRNMMC |
| 15 Nov 2016 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 04 Feb 2016 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 02 Feb 2016 | Substance Abuse NY | BROWN, CYNTHIA E | WRNMMC |
| 19 Jan 2016 | Substance Abuse NY | BROWN, CYNTHIA E | WRNMMC |
| 13 Jan 2016 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 08 Jan 2016 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 06 Jan 2016 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 05 Jan 2016 | Substance Abuse NY | BROWN, CYNTHIA E | WRNMMC |
| 29 Dec 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
| 22 Dec 2015 | Substance Abuse NY | HILL, LARRY D | WRNMMC |
| 15 Dec 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
| 14 Dec 2015 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 08 Dec 2015 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 08 Dec 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
| 01 Dec 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |
| 20 Nov 2015 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 03 Nov 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

| 27 Oct 2015 | Substance Abuse NY | GONZALEZZARAZUA, JORGE A | WRNMMC |
|---|---|---|---|

## ALLERGIC RHINITIS (477.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 24 Jan 2011 | Corry Prime Care | WIEDL, ERICA KITCHELL | NH Pensacola FL |
| 17 Mar 2010 | Readiness Center | BROWN, TRAVIS S | NH Pensacola FL |

### Allergic rhinitis due to animal (cat) (dog) hair and dander (J30.81)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 07 Jun 2017 | Allergy Clinic Bethesda | PETERSEN, MAUREEN MICHELE | WRNMMC |

### Alopecia (704.00)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 22 Jun 2015 | Dermatology Clinic Bethesda | STEARNS, LAUREL R | WRNMMC |

## ALOPECIA AREATA (704.01)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 07 May 2015 | Int Med CL C Medical Home BE | ARGUINZONI, JUAN B. | WRNMMC |

## ANKLE SPRAIN LEFT (845.00)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 07 Oct 2014 | Int Med CL C Medical Home BE | RINIS, DONNA L | WRNMMC |
| 16 Jun 2014 | Int Med CL A Medical Home BE | CLARK, THOMAS S | WRNMMC |
| 04 Jun 2014 | Int Med Cons/Spec Care Cl Be | DOUGHERTY, DIANA L | WRNMMC |
| 06 May 2014 | AMH M01A Red Ki | UDE, ASSUMPTA O | WRNMMC |

### Anogenital (venereal) warts (A63.0)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 16 Jun 2017 | Dermatology Clinic Bethesda | NICHOLAS, LUKE C | WRNMMC |
| 17 May 2017 | Int Med CL F Medical Home BE | RODAK, COLLEEN M | WRNMMC |
| 24 Feb 2016 | Dermatology Clinic Bethesda | MARQUART, JASON DANIEL | WRNMMC |

## ANOMALIES OF SKIN (757.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 10 Apr 2013 | AMH M01B Blue Ki | UDE, ASSUMPTA O | WRNMMC |

### Anxiety (300.00)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 27 Jun 2014 | Integrative Hlth & Well BE | YORK, CARLA M | WRNMMC |

## ANXIETY DISORDER NOS (300.00)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 28 Apr 2015 | Medical Readiness Clinic Bethesda | PARSON, MARSHEA S | WRNMMC |
| 30 Oct 2014 | Psychiatry Be | NILSEN, LINDA M | WRNMMC |
| 23 Oct 2014 | Psychiatry Be | NILSEN, LINDA M | WRNMMC |
| 16 Oct 2014 | Psychiatry Be | NILSEN, LINDA M | WRNMMC |
| 25 Sep 2014 | Psychiatry Be | NILSEN, LINDA M | WRNMMC |
| 18 Sep 2014 | Psychiatry Be | NILSEN, LINDA M | WRNMMC |
| 11 Sep 2014 | Psychiatry Be | NILSEN, LINDA M | WRNMMC |
| 04 Aug 2014 | Psychiatry Be | NILSEN, LINDA M | WRNMMC |

### Anxiety disorder, unspecified (F41.9)

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538       Created: 16 Aug 2017

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 01 Feb 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 24 Oct 2016 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 28 Sep 2016 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 08 Sep 2016 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 06 Sep 2016 | Psychiatry Be | TOBAR, EDEN | WRNMMC |

## ARMED FORCES FITNESS FOR DUTY EXAM (V70.5)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 06 May 2014 | AMH M01A Red Ki | UDE, ASSUMPTA O | WRNMMC |

## ASTHMA (493.90)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 28 Apr 2015 | Medical Readiness Clinic Bethesda | PARSON, MARSHEA S | WRNMMC |
| 26 Jul 2011 | Pulmonary Disease Clinic | LEWIS, CHRISTOPHER T | NH Pensacola FL |

## ASTHMA EXTRINSIC (493.00)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 08 Feb 2011 | Readiness Center | BROWN, TRAVIS S | NH Pensacola FL |
| 01 Sep 2010 | Corry Prime Care | GUNTER, ROGER WILLIAM | NH Pensacola FL |

## Brace (V53.7)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 24 Sep 2014 | Orthotics & Prosthetics Srv Be | ANDERSON, PETER P | WRNMMC |

## CHRONIC BRONCHITIS (491.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 28 Sep 2015 | Int Med CL C Medical Home BE | AUSTIN, MARIE R | WRNMMC |

## CONDITIONS INFLUENCING HEALTH STATUS (V49.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 12 Oct 2012 | Wounded Warrior GWOT | AGOSTO, ROBERT | WRNMMC |

## Counseling, unspecified (Z71.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 22 Apr 2016 | Medical Readiness Clinic Bethesda | TACKIE, DIANE A | WRNMMC |

## Difficulty breathing (dyspnea) (786.09)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 17 Mar 2011 | Pulmonary Function Lab | LEWIS, CHRISTOPHER T | NH Pensacola FL |
| 16 Feb 2011 | Pulmonary Disease Clinic | LEWIS, CHRISTOPHER T | NH Pensacola FL |

## Dyspnea, unspecified (R06.00)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 25 May 2017 | Allergy Clinic Bethesda | BANKS, TAYLOR ALLEN | WRNMMC |

## Encounter for issue of other medical certificate (Z02.79)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 15 Jun 2016 | GI Clinic Bethesda | SHAH, NISHA AMISH | WRNMMC |

## Encounter for issue of repeat prescription (Z76.0)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 16 Feb 2016 | Psychiatry Be | ZEMBRZUSKA, HANNA DOMINIKA | WRNMMC |

**Medical Record**

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 16 Aug 2017

## Encounter for other administrative examinations (Z02.89)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 14 Aug 2017 | Psychiatry Be | DELSESTO, BARBARA S | WRNMMC |
| 20 Jul 2017 | Psychiatry Be | DELSESTO, BARBARA S | WRNMMC |
| 13 Jul 2017 | Int Med CL F Medical Home BE | RODAK, COLLEEN M | WRNMMC |
| 10 Jul 2017 | Psychiatry Be | DELSESTO, BARBARA S | WRNMMC |
| 07 Jul 2017 | Int Med CL F Medical Home BE | MEADOR, KRISTINE P | WRNMMC |
| 06 Jul 2017 | Psychiatry Be | DELSESTO, BARBARA S | WRNMMC |
| 19 Jun 2017 | Int Med CL F Medical Home BE | RODAK, COLLEEN M | WRNMMC |
| 06 Jun 2017 | Int Med CL C Medical Home BE | SMITH, MICKALYNN J | WRNMMC |
| 19 Apr 2017 | Int Med CL F Medical Home BE | SMITH, MICKALYNN J | WRNMMC |
| 23 Jun 2016 | Int Med CL C Medical Home BE | ATCHERSON, KATHY A | WRNMMC |

## Encounter for other general examination (Z00.8)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 17 May 2017 | Int Med CL F Medical Home BE | RODAK, COLLEEN M | WRNMMC |

## Epidermal cyst (L72.0)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 21 Jun 2017 | Dermatology Clinic Bethesda | FINK, CAITLIN M | WRNMMC |
| 16 Jun 2017 | Dermatology Clinic Bethesda | NICHOLAS, LUKE C | WRNMMC |

## ESSENTIAL HYPERTRIGLYCERIDEMIA (272.1)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 28 Apr 2015 | Medical Readiness Clinic Bethesda | PARSON, MARSHEA S | WRNMMC |
| 19 May 2014 | AMH M01A Red Ki | UDE, ASSUMPTA O | WRNMMC |
| 10 Apr 2013 | AMH M01B Blue Ki | UDE, ASSUMPTA O | WRNMMC |

## EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) (DOD0225)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 05 Apr 2017 | Medical Readiness Clinic Bethesda | RENTA, DANA K | WRNMMC |
| 22 Apr 2016 | Medical Readiness Clinic Bethesda | TACKIE, DIANE A | WRNMMC |

## Exposure to STD (V01.6)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 20 Aug 2009 | Corry Prime Care | HEDARIA, ELIZABETH A | NH Pensacola FL |

## Feared medical condition not demonstrated (V65.5)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 06 Mar 2006 | NATTC MHP | MAYNARD, PENELOPE A | NH Pensacola FL |

## FOLLICULITIS (704.8)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 30 Nov 2012 | AMH M01B Blue Ki | UDE, ASSUMPTA O | WRNMMC |
| 27 Jul 2011 | Dermatology Clinic | BRUMWELL, ERIC P | NH Pensacola FL |
| 13 Oct 2010 | Dermatology Clinic | BRUMWELL, ERIC P | NH Pensacola FL |
| 28 Sep 2010 | Dermatology Clinic | BRUMWELL, ERIC P | NH Pensacola FL |
| 25 Aug 2010 | Dermatology Clinic | SMITH, ERIC P | NH Pensacola FL |
| 20 Jul 2010 | Dermatology Clinic | SMITH, ERIC P | NH Pensacola FL |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: █████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

## FOLLICULITIS DECALVANS (704.09)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 29 Sep 2015 | Dermatology Clinic Bethesda | MARQUART, JASON DANIEL | WRNMMC |

## Foot pain (soft tissue) (729.5)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 01 Oct 2014 | Int Med CL C Medical Home BE | AUSTIN, MARIE R | WRNMMC |

## Gastro-esophageal reflux disease without esophagitis (K21.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 07 Jun 2016 | Otolaryngology Clinic Bethesda | XYDAKIS, MICHAEL S | WRNMMC |

## Generalized anxiety disorder (F41.1)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 14 Aug 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 08 Aug 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 07 Aug 2017 | Int Med CL F Medical Home BE | LINKER, MARTIN | WRNMMC |
| 27 Jul 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 27 Jul 2017 | Int Med CL F Medical Home BE | LINKER, MARTIN | WRNMMC |
| 27 Jul 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 18 Jul 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 18 Jul 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 10 Jul 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 10 Jul 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 07 Jul 2017 | Psychiatry Be | WISE, JOSEPH E | WRNMMC |
| 06 Jul 2017 | Psychiatry Consult Liaison Be | WORKS, LINDSAY K | WRNMMC |
| 27 Jun 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 13 Jun 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 13 Jun 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 08 Jun 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 16 May 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 16 May 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 01 Mar 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 01 Mar 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 08 Feb 2017 | Psychology Assessment Be | BENTON, JIKESHA R | WRNMMC |
| 02 Feb 2017 | Psychology Assessment Be | BENTON, JIKESHA R | WRNMMC |
| 01 Feb 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 04 Jan 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 04 Jan 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 06 Dec 2016 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 15 Nov 2016 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 25 Aug 2016 | Integrative Hlth & Well BE | JARRETT, ERICA M | WRNMMC |
| 03 Nov 2015 | Psychiatry Be | ZEMBRZUSKA, HANNA DOMINIKA | WRNMMC |
| 01 Oct 2015 | Psychiatry Be | ZEMBRZUSKA, HANNA DOMINIKA | WRNMMC |

## GENERALIZED ANXIETY DISORDER (300.02)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 27 Aug 2015 | Psychiatry Be | ZEMBRZUSKA, HANNA DOMINIKA | WRNMMC |
| 11 Jun 2015 | Psychiatry Be | ZEMBRZUSKA, HANNA DOMINIKA | WRNMMC |
| 18 May 2015 | Psychiatry Be | MELTON, APRIL M | WRNMMC |
| 14 May 2015 | Psychiatry Be | ZEMBRZUSKA, HANNA DOMINIKA | WRNMMC |
| 11 May 2015 | Psychiatry Be | MELTON, APRIL M | WRNMMC |
| 07 May 2015 | Int Med CL C Medical Home BE | ARGUINZONI, JUAN B. | WRNMMC |
| 04 May 2015 | Psychiatry Be | MELTON, APRIL M | WRNMMC |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

| | | | |
|---|---|---|---|
| 30 Apr 2015 | Psychiatry Be | MELTON, APRIL M | WRNMMC |
| 23 Apr 2015 | Psychiatry Be | ZEMBRZUSKA, HANNA DOMINIKA | WRNMMC |
| 16 Jun 2014 | Integrative Hlth & Well BE | JARRETT, ERICA M | WRNMMC |

## Glossitis (K14.0)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 07 Jun 2016 | Otolaryngology Clinic Bethesda | XYDAKIS, MICHAEL S | WRNMMC |

## Guidance: Concerns About Unsafe Sexual Practices (V65.45)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 28 Jan 2013 | AMH M01B Blue Ki | UDE, ASSUMPTA O | WRNMMC |
| 07 May 2009 | Corry Health Promotion And Wel | LINVILLE, TREVOR S | NH Pensacola FL |

## Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere (B96.81)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 11 May 2016 | GI Clinic Bethesda | LACZEK, JEFFREY T | WRNMMC |
| 12 Apr 2016 | Otolaryngology Clinic Bethesda | THOMPSON, DAVID HERRON | WRNMMC |

## Imaging Studies Nonspecific Abnormal Findings (793.99)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 23 Oct 2012 | GI Inflam Bowel Dis Be | COPSEY, HELEN C | WRNMMC |

## IMPAIRED FASTING GLUCOSE (790.21)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 10 Apr 2013 | AMH M01B Blue Ki | UDE, ASSUMPTA O | WRNMMC |

## Inquiry And Counseling: Contraceptive Practices (V25.09)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 07 May 2009 | Corry Health Promotion And Wel | LINVILLE, TREVOR S | NH Pensacola FL |

## Irritable bowel syndrome with diarrhea (K58.0)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 07 Aug 2017 | Int Med CL F Medical Home BE | LINKER, MARTIN | WRNMMC |
| 27 Jul 2017 | Int Med CL F Medical Home BE | LINKER, MARTIN | WRNMMC |
| 12 Jul 2017 | Integrative Hlth & Well BE | THOMAS, LAUREN A | WRNMMC |
| 01 Jun 2017 | Int Med CL F Medical Home BE | RODAK, COLLEEN M | WRNMMC |
| 17 May 2017 | Int Med CL F Medical Home BE | RODAK, COLLEEN M | WRNMMC |
| 13 Apr 2017 | GI Clinic Bethesda | WONG, ROY KWOCK | WRNMMC |
| 16 Mar 2017 | GI Clinic Bethesda | COPSEY, HELEN C | WRNMMC |
| 28 Nov 2016 | GI Clinic Bethesda | COPSEY, HELEN C | WRNMMC |
| 11 Oct 2016 | GI Clinic Bethesda | COPSEY, HELEN C | WRNMMC |
| 04 Oct 2016 | GI Clinic Bethesda | COPSEY, HELEN C | WRNMMC |
| 11 May 2016 | GI Clinic Bethesda | LACZEK, JEFFREY T | WRNMMC |

## Laboratory Studies (V72.60)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 29 Sep 2015 | Behavioral Health Qu | MANTANONALEE, CHRISTY LIA | WRNMMC |
| 18 Sep 2015 | Behavioral Health Qu | MANTANONALEE, CHRISTY LIA | WRNMMC |
| 26 Jun 2015 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 25 Jun 2015 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 21 May 2015 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 05 May 2015 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## Lack of adequate sleep (V69.4)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 09 Sep 2015 | Integrative Hlth & Well BE | CORSO, MEGHAN L | WRNMMC |

## Left ankle joint pain (719.47)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 26 Sep 2014 | Int Med CL C Medical Home BE | AUSTIN, MARIE R | WRNMMC |
| 24 Sep 2014 | Phys Therapy CL BE | LAI, PHILOMENA C | WRNMMC |
| 08 Aug 2014 | Phys Therapy CL BE | LAI, PHILOMENA C | WRNMMC |
| 27 Jun 2014 | Phys Therapy CL BE | LAI, PHILOMENA C | WRNMMC |
| 30 May 2014 | AMH M01A Red Ki | COLEMAN, AUDREY G | WRNMMC |

## MAJOR DEPRESSION RECURRENT MODERATE (296.32)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 11 Aug 2015 | Int Med CL C Medical Home BE | AUSTIN, MARIE R | WRNMMC |
| 28 Apr 2015 | Medical Readiness Clinic Bethesda | PARSON, MARSHEA S | WRNMMC |
| 21 Aug 2014 | Psychiatry Be | NILSEN, LINDA M | WRNMMC |
| 21 Aug 2014 | Psychiatry Be | NILSEN, LINDA M | WRNMMC |

## Major depressive disorder, recurrent, moderate (F33.1)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 14 Aug 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 27 Jul 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 18 Jul 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 10 Jul 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 06 Jul 2017 | Psychiatry Consult Liaison Be | WORKS, LINDSAY K | WRNMMC |
| 13 Jun 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |
| 13 Jun 2017 | Psychiatry Be | PAUL, SHERIN | WRNMMC |

## Major depressive disorder, recurrent, unspecified (F33.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 01 Feb 2017 | Psychiatry Be | TOBAR, EDEN | WRNMMC |
| 05 Dec 2016 | Psychiatry Be | TOBAR, EDEN | WRNMMC |

## Major depressive disorder, single episode, moderate (F32.1)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 07 Aug 2017 | Int Med CL F Medical Home BE | LINKER, MARTIN | WRNMMC |
| 27 Jul 2017 | Int Med CL F Medical Home BE | LINKER, MARTIN | WRNMMC |

## MOLLUSCUM CONTAGIOSUM (078.0)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 28 Sep 2015 | Int Med CL C Medical Home BE | AUSTIN, MARIE R | WRNMMC |

## Need For Prophylactic Measure (V07.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 05 Nov 2012 | AMH M01B Blue Ki | DING, YIMING | WRNMMC |

## Need For Vaccination DTP + TAB (V06.2)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 19 Mar 2013 | Immunization Kimbrough | AHLTA SYSTEM ADMINISTRATOR | WRNMMC |

## Need For Vaccination Typhoid (V03.1)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ██████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 16 Aug 2017

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 19 Mar 2013 | Immunization Kimbrough | AHLTA SYSTEM ADMINISTRATOR | WRNMMC |

## NEUROTIC EXCORIATION (698.4)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 16 Jun 2014 | Integrative Hlth & Well BE | JARRETT, ERICA M | WRNMMC |

## ORGANIC SLEEP APNEA (327.20)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 11 Aug 2015 | Int Med CL C Medical Home BE | AUSTIN, MARIE R | WRNMMC |

## Other chest pain (R07.89)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 22 Jun 2016 | GI Clinic Bethesda | KWOK, RYAN M | WRNMMC |

## Other hyperlipidemia (E78.4)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 23 May 2017 | Int Med CL F Medical Home BE | RODAK, COLLEEN M | WRNMMC |

## Other skin changes (R23.8)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 16 Feb 2016 | Int Med CL C Medical Home BE | WILSON, BRYAN J | WRNMMC |

## Other specified counseling (Z71.89)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 01 Jun 2017 | Int Med CL F Medical Home BE | RODAK, COLLEEN M | WRNMMC |
| 22 May 2017 | Int Med CL F Medical Home BE | RODAK, COLLEEN M | WRNMMC |
| 05 Apr 2017 | Medical Readiness Clinic Bethesda | RENTA, DANA K | WRNMMC |

## Pain in left ankle and joints of left foot (M25.572)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 05 Apr 2016 | Phys Therapy CL BE | BAHR, ROBERT J | WRNMMC |
| 07 Mar 2016 | Phys Therapy CL BE | BAHR, ROBERT J | WRNMMC |

## Parageusia (R43.2)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 18 Apr 2016 | Otolaryngology Clinic Bethesda | THOMPSON, DAVID HERRON | WRNMMC |
| 29 Feb 2016 | Int Med CL C Medical Home BE | AUSTIN, MARIE R | WRNMMC |
| 16 Feb 2016 | Int Med CL C Medical Home BE | WILSON, BRYAN J | WRNMMC |
| 09 Nov 2015 | Int Med CL C Medical Home BE | AUSTIN, MARIE R | WRNMMC |

## Parent Education: Immunizations (V65.49)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 15 Nov 2010 | Corry Prime Care | WILLIAMS, TREVOR MICHAEL | NH Pensacola FL |
| 22 Dec 2009 | Corry Prime Care | GUNTER, ROGER WILLIAM | NH Pensacola FL |
| 23 Sep 2009 | Corry Prime Care | GUNTER, ROGER WILLIAM | NH Pensacola FL |

## Patient Education (V65.49)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████  DoD ID: 1286180538        Created: 16 Aug 2017

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 28 Apr 2015 | Medical Readiness Clinic Bethesda | PARSON, MARSHEA S | WRNMMC |

## Patient Education - HIV (V65.44)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 07 May 2009 | Corry Health Promotion And Wel | LINVILLE, TREVOR S | NH Pensacola FL |

## Patient Education - Medication (V65.49)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 27 Aug 2015 | Psychiatry Be | ZEMBRZUSKA, HANNA DOMINIKA | WRNMMC |

## Penile lesion (607.89)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 08 Sep 2015 | Int Med Cons/Spec Care Cl Be | FIACCO, NICHOLAS RYAN | WRNMMC |

## PENILE WARTS (078.11)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 11 Aug 2015 | Int Med CL C Medical Home BE | AUSTIN, MARIE R | WRNMMC |

## PERIPHERAL RETINAL DEGENERATION - LATTICE (362.63)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 16 Mar 2011 | NASP Optometry | ZENT, JOHN W | NH Pensacola FL |
| 21 Apr 2010 | NASP Optometry | ZENT, JOHN W | NH Pensacola FL |

## POSTSURGICAL STATE OF EYE AND ADNEXA (V45.69)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 28 Apr 2015 | Medical Readiness Clinic Bethesda | PARSON, MARSHEA S | WRNMMC |
| 07 Oct 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |
| 06 Jun 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |
| 06 Jun 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |
| 26 Apr 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |
| 22 Apr 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |

## PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I (799.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 18 Sep 2015 | Behavioral Health Qu | MANTANONALEE, CHRISTY LIA | WRNMMC |
| 26 Jun 2015 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 25 Jun 2015 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 21 May 2015 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |
| 05 May 2015 | Behavioral Health Qu | AILOR, LYNNE P | WRNMMC |

## REFRACTIVE ERROR - MYOPIA (367.1)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 21 Apr 2011 | Refractive Surgery | ROPP, CORBY D | 81st Medical Group |
| 29 Mar 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |
| 16 Mar 2011 | NASP Optometry | ZENT, JOHN W | NH Pensacola FL |
| 17 Feb 2011 | NASP Optometry | ZENT, JOHN W | NH Pensacola FL |
| 21 Apr 2010 | NASP Optometry | ZENT, JOHN W | NH Pensacola FL |

## Removal Of Sutures (V58.32)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 04 Oct 2010 | Dermatology Clinic | BRUMWELL, ERIC P | NH Pensacola FL |

## ROSACEA (695.3)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

| Encounter Date | Clinic | Clinician | Facility |
| --- | --- | --- | --- |
| 28 Apr 2015 | Medical Readiness Clinic Bethesda | PARSON, MARSHEA S | WRNMMC |
| 14 Jun 2010 | Corry Prime Care | GUNTER, ROGER WILLIAM | NH Pensacola FL |

## SKIN NEOPLASM GROIN (239.2)

| Encounter Date | Clinic | Clinician | Facility |
| --- | --- | --- | --- |
| 29 Sep 2015 | Dermatology Clinic Bethesda | MARQUART, JASON DANIEL | WRNMMC |

## SKIN NEOPLASM UNCERTAIN BEHAVIOR (238.2)

| Encounter Date | Clinic | Clinician | Facility |
| --- | --- | --- | --- |
| 24 Nov 2010 | Dermatology Clinic | BRUMWELL, ERIC P | NH Pensacola FL |

## Sleep disturbances (780.50)

| Encounter Date | Clinic | Clinician | Facility |
| --- | --- | --- | --- |
| 23 Sep 2015 | Integrative Hlth & Well BE | JARRETT, ERICA M | WRNMMC |

## Sprain of other ligament of left ankle, subsequent encounter (S93.492D)

| Encounter Date | Clinic | Clinician | Facility |
| --- | --- | --- | --- |
| 16 Feb 2016 | Int Med CL C Medical Home BE | WILSON, BRYAN J | WRNMMC |

## SUPERFICIAL INJURY - ABRASION OF CORNEA (918.1)

| Encounter Date | Clinic | Clinician | Facility |
| --- | --- | --- | --- |
| 04 May 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |

## Unspecified disturbances of smell and taste (R43.9)

| Encounter Date | Clinic | Clinician | Facility |
| --- | --- | --- | --- |
| 07 Jun 2016 | Otolaryngology Clinic Bethesda | XYDAKIS, MICHAEL S | WRNMMC |
| 11 Apr 2016 | Otolaryngology Clinic Bethesda | THOMPSON, DAVID HERRON | WRNMMC |

## Vaccines Prophylactic Need Against Bacterial Diseases (V03.9)

| Encounter Date | Clinic | Clinician | Facility |
| --- | --- | --- | --- |
| 05 Aug 2013 | Immunization Kimbrough | WRAY, KIM D | WRNMMC |
| 09 Mar 2010 | Corry Prime Care | THOMAS, JOSHUA L | NH Pensacola FL |

## Vaccines Prophylactic Need Against Influenza (V04.81)

| Encounter Date | Clinic | Clinician | Facility |
| --- | --- | --- | --- |
| 22 Oct 2014 | SRP Cl Ki | JORDAN, TIMOTHY W | WRNMMC |
| 24 Oct 2012 | SRP Cl Ki | AHLTA SYSTEM ADMINISTRATOR | WRNMMC |
| 02 Nov 2011 | Corry MHP | GRIMM, CHRISTOPHER T | NH Pensacola FL |
| 15 Nov 2010 | Corry Prime Care | WILLIAMS, TREVOR MICHAEL | NH Pensacola FL |
| 23 Sep 2009 | Corry Prime Care | GUNTER, ROGER WILLIAM | NH Pensacola FL |

## VIRAL SYNDROME (079.99)

| Encounter Date | Clinic | Clinician | Facility |
| --- | --- | --- | --- |
| 14 May 2012 | Corry MHP | BRADLEY, RACHAEL NAOMI | NH Pensacola FL |
| 10 May 2012 | Corry MHP | GUNTER, ROGER WILLIAM | NH Pensacola FL |

## Visit for: administrative purpose (V68.9)

| Encounter Date | Clinic | Clinician | Facility |
| --- | --- | --- | --- |
| 30 Sep 2015 | Dermatology Clinic Bethesda | CUNNINGHAM, RACHEL E | WRNMMC |
| 08 Jul 2015 | Dermatology Clinic Bethesda | TAYLOR, BRADLEY MICHAEL | WRNMMC |
| 07 Oct 2014 | Int Med CL C Medical Home | RINIS, DONNA L | WRNMMC |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | BE | | |
|---|---|---|---|
| 30 Dec 2013 | GI Clinic Bethesda | COPSEY, HELEN C | WRNMMC |
| 07 May 2009 | Corry Health Promotion And Wel | LINVILLE, TREVOR S | NH Pensacola FL |

## Visit for: ears / hearing exam (V72.19)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 19 Mar 2013 | Hearing Conservation Kimbrough | AHLTA SYSTEM ADMINISTRATOR | WRNMMC |

## Visit for: exam following treatment (V67.59)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 06 May 2014 | AMH M01A Red Ki | UDE, ASSUMPTA O | WRNMMC |

## Visit for: follow-up exam (V67.9)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 21 Mar 2013 | Immunization Kimbrough | AHLTA SYSTEM ADMINISTRATOR | WRNMMC |

## Visit for: issue medical certificate fitness (V68.0)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 06 Mar 2006 | NATTC MHP | MAYNARD, PENELOPE A | NH Pensacola FL |

## Visit for: military services physical (V70.5)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 28 Apr 2015 | Medical Readiness Clinic Bethesda | PARSON, MARSHEA S | WRNMMC |
| 19 May 2014 | AMH M01A Red Ki | UDE, ASSUMPTA O | WRNMMC |
| 07 Aug 2013 | AMH M01A Red Ki | SLOAN, DAWN M | WRNMMC |
| 10 Apr 2013 | AMH M01B Blue Ki | UDE, ASSUMPTA O | WRNMMC |
| 16 Sep 2009 | Corry Phys Exams | GUNTER, ROGER WILLIAM | NH Pensacola FL |

## Visit for: occupational health / fitness exam (V70.5)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 19 Mar 2013 | Hearing Conservation Kimbrough | AHLTA SYSTEM ADMINISTRATOR | WRNMMC |
| 06 Mar 2012 | Readiness Center | TREVEN, LAUREN A | NH Pensacola FL |
| 08 Feb 2011 | Readiness Center | BROWN, TRAVIS S | NH Pensacola FL |
| 17 Mar 2010 | Readiness Center | BROWN, TRAVIS S | NH Pensacola FL |

## Visit for: preoperative exam (V72.84)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 29 Mar 2011 | Ophthalmology Clinic | ROPP, CORBY D | NH Pensacola FL |

## Visit for: screening exam alcoholism (V79.1)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 17 Mar 2015 | Substance Abuse NY | REGIS, JAMES | WRNMMC |

## Visit for: screening exam malignant neoplasm skin (V76.43)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 24 Nov 2010 | Dermatology Clinic | BRUMWELL, ERIC P | NH Pensacola FL |

## Visit for: screening exam pulmonary tuberculosis (V74.1)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|
| 19 Mar 2013 | Immunization Kimbrough | AHLTA SYSTEM ADMINISTRATOR | WRNMMC |

## Visit for: screening exam STD (V74.5)

| Encounter Date | Clinic | Clinician | Facility |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:　　 1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

| 28 Jan 2013 | AMH M01B Blue Ki | UDE, ASSUMPTA O | WRNMMC |

**\*\*\*\*\* End of Diagnosis History \*\*\*\*\***

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

# Medications

## *Active Medications*

| Rx # | Drug | Status | Quantity | Fill Date | Refills Left |
|------|------|--------|----------|-----------|--------------|
| JP7479252 | Naltrexone Hcl, 50 Mg, Tablet, Oral<br>Take One Tablet By Mouth Every Day | Active | 30 | 09 Aug 2017 | 1 of 1 |
| JP7479249 | Venlafaxine Hcl, 150 Mg, Cap Er 24H, Oral<br>Take One Capsule By Mouth Every Day | Active | 30 | 09 Aug 2017 | 1 of 1 |
| JP7479839 | Chlorhexidine Gluconate 0.12%, Solution, Oral<br>Rinse By Mouth One Time Per Day For 14 Days. | Active | 1 | 09 Aug 2017 | NR |
| JP7441901 | Probiotic (Vsl#3) Ds--Po Pack<br>Take One Packet By Mouth Every Day | Active | 3 | 06 Jun 2017 | 1 of 1 |
| BC7174607 | Omega-3/Dha/Epa/Fish Oil, 1000 Mg, Capsule, Oral<br>Take 2 By Mouth Every Day | Active | 180 | 06 Jun 2017 | 3 of 3 |
| JP7441911 | Simethicone, 80 Mg, Tab Chew, Oral<br>Chew 1 Tablet By Mouth Four Times A Day As Needed For Gas | Active | 100 | 18 May 2017 | 2 of 2 |
| BC7155209 | Hyoscyamine Sulfate, 0.125 Mg, Tab Subl, Sublingual<br>Dissolve 1 Tablet Under Tongue Every Eight Hours As Needed For Abdominal Pain | Active | 30 | 10 May 2017 | 3 of 3 |
| BC7155207 | Psyllium Seed 3.4 G/Scoop + Sucrose Granules, Oral<br>Take One Scoop Every Day Mixed In Liquid. After Two Weeks Increase To Twice Every Day | Active | 2 | 10 May 2017 | 3 of 3 |
| NB10627135 | Pseudoephedrine Hydrochloride 6Mg/Ml, Liquid, Oral, 5Ml<br>Drink 10Ml Every 6 Hours For Congestion | Active | 1 | 28 Apr 2017 | 3 of 3 |
| NB10627121 | Ibuprofen, 100 Mg/5Ml, Oral Susp, Oral<br>Drink 20Ml (400Mg) Every Four Hours For Baseline Pain Control | Active | 7 | 28 Apr 2017 | 1 of 1 |
| 680015 | Fluarix Quad 2016-2017 (Flu Vacc Qs2016-17 36Mos Up/Pf), 60Mcg/.5Ml, Syringe, Intramusc, Glaxosmithkline, 0.5 Ml Syringe | Active | 0.5 | 14 Oct 2016 | NR |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

| 551867 | Afluria 2015-2016 (Flu Vacc Ts 2015-16(5Yr,Up)/Pf), 45Mcg/.5Ml, Syringe, Intramusc, Csl Biotherapie, 0.5 Ml Syringe | Active | 0.5 | 05 Oct 2015 | NR |

### *Cancelled Medications*

| Rx # | Drug | Status | Quantity | Fill Date | Refills Left |
|------|------|--------|----------|-----------|--------------|
|  | Hydromorphone 1Mg/Ml, Syringe, Intravenous Prnq2h | Cancelled |  | UNK | NR |
|  | Ondansetron 2Mg/Ml, Syringe, Intravenous Prnq4h | Cancelled |  | UNK | NR |
|  | Enoxaparin Sodium 40Mg, Solution, Injection Q Day | Cancelled |  | UNK | NR |
|  | Acetaminophen 10Mg/Ml Solution, Intravenous Prnq6h | Cancelled |  | UNK | NR |
|  | Benzocaine + Menthol Lozenge, Oral Prntid | Cancelled |  | UNK | NR |
|  | Folic Acid, 1 Mg, Tablet, Oral Q Day | Cancelled |  | UNK | NR |
|  | Lorazepam 2Mg/Ml, Solution, Injection Prnq4h | Cancelled |  | UNK | NR |
|  | Lorazepam, 1 Mg, Tablet, Oral Prnq4h | Cancelled |  | UNK | NR |
|  | Ibuprofen, 400 Mg, Tablet, Oral Prnq8h | Cancelled |  | UNK | NR |
|  | Acetaminophen, 500 Mg, Tablet, Oral Prnq6h | Cancelled |  | UNK | NR |
|  | Docusate Sodium, 100 Mg, Capsule, Oral Prnbid | Cancelled |  | UNK | NR |
|  | Promethazine Hcl, 25 Mg, Tablet, Oral Prnq6h | Cancelled |  | UNK | NR |
|  | Mag Hydrox/Al Hydrox/Simeth, Oral Susp, Oral Prnq6h | Cancelled |  | UNK | NR |

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 38**

AR 2025

**Medical Record**

| | | | |
|---|---|---|---|
| Thiamine Hcl, 50 Mg, Tablet, Oral<br>Q Day | Cancelled | UNK | NR |
| Sertraline Hcl, 50 Mg, Tablet, Oral<br>Hs | Cancelled | UNK | NR |
| Nicotine 21Mg/24Hr, Transdermal System,<br>Transdermal<br>Prnq Day | Cancelled | UNK | NR |
| Diphenhydramine Hydrochloride 50Mg/Ml<br>Solution For Injection<br>Prnq4h | Cancelled | UNK | NR |
| Diphenhydramine Hcl, 50 Mg, Capsule, Oral<br>Prnhs | Cancelled | UNK | NR |
| Nicotine Polacrilex, 2 Mg, Gum, Buccal<br>Prnq2h | Cancelled | UNK | NR |
| Multivitamins, (Daily-Vite), Tablet, Oral<br>Q Day | Cancelled | UNK | NR |
| Haloperidol Lactate 5Mg/Ml Solution For<br>Injection<br>Prnq4h | Cancelled | UNK | NR |
| Diphenhydramine Hcl, 50 Mg, Capsule, Oral<br>Prnhs | Cancelled | UNK | NR |
| Acetaminophen, 500 Mg, Tablet, Oral<br>Prnq6h | Cancelled | UNK | NR |
| Diphenhydramine Hcl, 50 Mg, Capsule, Oral<br>Prnhs | Cancelled | UNK | NR |
| Melatonin, 3 Mg, Tablet, Oral<br>Hs | Cancelled | UNK | NR |

## *Discontinued Medications*

| Rx # | Drug | Status | Quantity | Fill<br>Date | Refills<br>Left |
|---|---|---|---|---|---|
| JP7473902 | Venlafaxine Hcl, 150 Mg, Cap Er 24H, Oral<br>Take One Capsule By Mouth Every Day | Discontinued | 14 | 27 Jul<br>2017 | 1 of 1 |
| JP7465544 | Naltrexone Hcl, 50 Mg, Tablet, Oral<br>Take 1/2 Tablet By Mouth Every Day For 3<br>Days, Then Increase To One Tablet By Mouth<br>Every Day | Discontinued | 30 | 27 Jul<br>2017 | 0 of 1 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

| | | | | | |
|---|---|---|---|---|---|
| JP7469597 | Venlafaxine Hcl, 75 Mg, Cap Er 24H, Oral<br>Take One Capsule By Mouth Every Morning | Discontinued | 30 | 18 Jul 2017 | 1 of 1 |
| JP7465548 | Venlafaxine Hcl, 37.5 Mg, Cap Er 24H, Oral<br>Take One Capsule By Mouth Every Morning | Discontinued | 14 | 10 Jul 2017 | 1 of 1 |
| NB10626510 | Ibuprofen, 800 Mg, Tablet, Oral<br>Take One Tablet Three Times Every Day | Discontinued | 50 | 27 Apr 2017 | NR |
| NB2340643 | Oxycodone Hcl/Acetaminophen, 5 Mg-325Mg, Tablet, Oral<br>Take 1 To 2 Tablets Every 6 Hours As Needed For Post Surgical Pain | Discontinued | 30 | 27 Apr 2017 | NR |
| NB10626505 | Pseudoephedrine Hydrochloride 6Mg/Ml, Liquid, Oral, 5Ml<br>5 Ml By Mouth Every Six Hours | Discontinued | 1 | 27 Apr 2017 | NR |
| NB10626507 | Amoxicillin Tri/Potassium Clav, 875-125 Mg, Tablet, Oral<br>Take 1 Tablet Twice A Day Until Gone | Discontinued | 14 | 27 Apr 2017 | NR |
| JP7372725 | Naltrexone Hcl, 50 Mg, Tablet, Oral<br>Take 1/2 Tablet By Mouth Every Day X 1 Week, Then Increase To One Tablet By Mouth Every Day If Tolerated | Discontinued | 30 | 01 Mar 2017 | 1 of 3 |
| JP7401962 | Escitalopram Oxalate, 20 Mg, Tablet, Oral<br>Take One Tablet By Mouth Every Day | Discontinued | 70 | 01 Mar 2017 | 3 of 3 |
| JP7337239 | Escitalopram Oxalate, 20 Mg, Tablet, Oral<br>Take One Tablet By Mouth Every Day | Discontinued | 30 | 01 Feb 2017 | 0 of 3 |
| JP3063504 | Eszopiclone, 1 Mg, Tablet, Oral<br>Take 1 To 2 Tablets By Mouth Every Night As Needed For Sleep | Discontinued | 30 | 04 Jan 2017 | 1 of 1 |
| JP7359043 | Bupropion Hcl, 150 Mg, Tab Er 24H, Oral<br>Take One Tablet By Mouth Every Morning For 1 Week, Then Increase To Two Tablets By Mouth Every Morning If Tolerated | Discontinued | 60 | 05 Dec 2016 | 1 of 1 |
| JP7323675 | Escitalopram Oxalate, 5 Mg, Tablet, Oral<br>Take One Tablet By Mouth Every Day For 1 Week, Then Increase To Two Tablets By Mouth Every Day If Tolerated | Discontinued | 60 | 24 Oct 2016 | 0 of 1 |
| JP7121731 | Imiquimod 5%, Cream, Topical<br>Apply To Warts At Bedtime, Three Times Every Day For 5 Consecutive Days Per Week . For 4 Weeks | Discontinued | 1 | 28 Sep 2015 | 3 of 3 |
| JP7059879 | Sertraline Hcl, 100 Mg, Tablet, Oral<br>Take One Tablet By Mouth Every Day | Discontinued | 30 | 08 Sep 2015 | 0 of 2 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Rx # | Drug | Status | Quantity | Fill Date | Refills Left |
|---|---|---|---|---|---|
| JP7093523 | Imiquimod 5%, Cream, Topical<br>Apply To Warts At Bedtime Three Times A Week | Discontinued | 1 | 11 Aug 2015 | 1 of 1 |
| JP7093524 | Sertraline Hcl, 100 Mg, Tablet, Oral<br>Take One Tablet By Mouth Every Day | Discontinued | 30 | 11 Aug 2015 | 2 of 2 |
| BC6916714 | Sertraline Hcl, 50 Mg, Tablet, Oral<br>Take 1.5 Tablets (75Mg) By Mouth Every Day | Discontinued | 45 | 19 May 2015 | 1 of 1 |
| PI6290684 | Sertraline Hcl, 50 Mg, Tablet, Oral<br>Take One And 1/2 Tablet By Mouth Every Night | Discontinued | 30 | 22 Apr 2015 | NR |
| H1112787 | Oxycodone Hcl/Acetaminophen, 5 Mg-325Mg, Tablet, Oral<br>T 1-2 Tabs Q4h Pp #30 | Discontinued | 30 | 14 Apr 2011 | NR |
| H2317349 | Diazepam, 5 Mg, Tablet, Oral<br>T1 Tab 30 Min Prior To The Procedure Time #1 Rf0 | Discontinued | 1 | 14 Apr 2011 | NR |
| R2424173 | Ibuprofen (Motrin Eq.) Tablet 800Mg Oral<br>Take One Tablet By Mouth Three Times A Day As Needed For Pain #10 Rf2 | Discontinued | 10 | 14 Nov 2005 | 2 of 2 |
| R2422214 | Ibuprofen (Motrin Eq.) Tablet 800Mg Oral<br>Take One Tablet By Mouth Three Times A Day As Needed For Pain #12 Rf0 | Discontinued | 12 | 10 Nov 2005 | NR |
| | Sodium Chloride + Polyethylene Glycol 3350 + Sodium Bicarbonate + Sodium Sulfate + Potassium Chloride, (Moviprep), Reconstituted Solution, Oral | Discontinued | | UNK | NR |
| | Acetaminophen 10Mg/Ml Solution, Intravenous | Discontinued | | UNK | NR |
| | Sulbactam Sodium 1G + Ampicillin Sodium 2G, Reconstituted Solution, Intravenous | Discontinued | | UNK | NR |
| | Dexamethasone Sodium Phosphate 4Mg/Ml Solution, Intravenous | Discontinued | | UNK | NR |

## *Expired Medications*

| Rx # | Drug | Status | Quantity | Fill Date | Refills Left |
|---|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ▮▮ 1985  SSN: ***-**-▮▮          DoD ID: 1286180538          Created: 16 Aug 2017

| | | | | | |
|---|---|---|---|---|---|
| BC7174608 | Rifaximin, 550 Mg, Tablet, Oral<br>Take One Tablet By Mouth Three Times A Day For 14 Days | Expired | 42 | 06 Jun 2017 | NR |
| JP7441897 | Cetirizine Hcl, 10 Mg, Tablet, Oral<br>Take One Tablet By Mouth Every Day | Expired | 30 | 18 May 2017 | NR |
| JP7441899 | Albuterol Sulfate 0.09 Mg/Actuation, Aerosol, Inhalation<br>Inhale 2 Puffs By Mouth Every Four Hours As Needed For Cough, Wheeze, Or Shortness Of Breath | Expired | 1 | 18 May 2017 | NR |
| JP7437988 | Chlorhexidine Gluconate 0.12%, Solution, Oral<br>Rinse And Spit With 15 Ml By Mouth Once Every 12 Hours Until Gone | Expired | 1 | 10 May 2017 | NR |
| BC2110660 | Oxycodone Hcl/Acetaminophen, 5 Mg-325Mg, Tablet, Oral<br>Take One Tablet By Mouth Once Every 6 Hours As Needed For Pain | Expired | 20 | 03 May 2017 | NR |
| NB10626508 | Ondansetron 4Mg, (Zofran Odt), Tablet, Oral<br>Dissolve 1 Tablet Under Tongue Every 12 Hours As Needed For Nausea | Expired | 8 | 28 Apr 2017 | NR |
| NB2340707 | Oxycodone Hcl, 5 Mg/5 Ml, Solution, Oral<br>Drink 5-10Ml Every Four Hours As Needed For Breakthrough Post-Surgical Pain. | Expired | 240 | 28 Apr 2017 | NR |
| NB10627134 | Amoxicillin Tri/Potassium Clav, 400-57Mg/5, Susp Recon, Oral<br>Take 10Ml Twice A Day For 5 Days, Until Finished | Expired | 1 | 28 Apr 2017 | NR |
| NB10626504 | Oxymetazoline Hcl, 0.05 %, Spray, Nasal<br>2 Puffs Each Nostril 2 Times A Day Every Day For 3 Days | Expired | 1 | 27 Apr 2017 | NR |
| NB10626509 | Chlorhexidine Gluconate 0.12%, Solution, Oral<br>Rinse (50% Peridex/50% Water) 2 Times A Day Every Day Starting On The Day After Surgery | Expired | 1 | 27 Apr 2017 | NR |
| NB10626506 | Petrolatum,White, Ointment, Topical<br>Apply To Lips As Needed To Keep Moist | Expired | 1 | 27 Apr 2017 | NR |
| NB10626511 | Sodium Chloride, 0.65 %, Spray, Nasal<br>2 Puffs Each Nostril 4 Times A Day Every Day To Keep Nose Moist | Expired | 1 | 27 Apr 2017 | NR |
| DE6004028 | Ibuprofen, 800 Mg, Tablet, Oral<br>Take One Tablet By Mouth Three Times A | Expired | 30 | 22 Jun 2016 | NR |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
| --- | --- | --- | --- |

| | Day As Needed For Pain | | | | |
| --- | --- | --- | --- | --- | --- |
| JP7249798 | Amoxicillin Trihydrate, 500 Mg, Capsule, Oral<br>Take Two Capsules By Mouth Twice A Day For Two Weeks | Expired | 56 | 11 May 2016 | NR |
| JP7249797 | Clarithromycin, 500 Mg, Tablet, Oral<br>Take One Tablet By Mouth Twice A Day For Fourteen Days | Expired | 28 | 11 May 2016 | NR |
| JP7249795 | Pantoprazole Sodium 40Mg, Delayed Release Enteric Coated Tablet, Oral<br>Take One Tablet By Mouth Twice A Day For Two Weeks | Expired | 28 | 11 May 2016 | NR |
| JP7197759 | Ibuprofen, 800 Mg, Tablet, Oral<br>Take One Tablet By Mouth Three Times A Day As Needed For Pain | Expired | 60 | 24 Feb 2016 | NR |
| JP7203231 | Podofilox, 0.5 %, Solution, Topical<br>Apply Twice A Day For 3 Days Then Stop For 4 Days, Repeat Weekly As Needed | Expired | 1 | 24 Feb 2016 | 2 of 2 |
| CX6015674 | Sertraline Hcl, 25 Mg, Tablet, Oral<br>Take One Tablet By Mouth Every Day For 7 Days Then Decrease To One Half Tablet (12.5Mg) By Mouth Every Day | Expired | 30 | 04 Nov 2015 | NR |
| JP7122424 | Fluocinolone Acetonide, 0.01 %, Solution, Topical<br>Apply To Scalp Every Day As Needed | Expired | 1 | 29 Sep 2015 | 3 of 3 |
| JP7121748 | Fluticasone Propionate 220Mcg, Aerosol Powder, Inhalation, Hfa<br>Inhale 2 Puffs By Mouth Twice A Day Then Rinse Mouth With Water | Expired | 1 | 28 Sep 2015 | 3 of 3 |
| JP7121749 | Benzonatate, 100 Mg, Capsule, Oral<br>Take One Capsule By Mouth Every Eight Hours As Needed For Cough | Expired | 60 | 28 Sep 2015 | NR |
| JP7121751 | Guaifenesin, 600 Mg, Tablet Er, Oral<br>Take One Tablet By Mouth Twice A Day | Expired | 90 | 28 Sep 2015 | NR |
| JP7109231 | Valacyclovir Hcl, 500 Mg, Tablet, Oral<br>Take 1 Tablet Twice Every Day For 10 Days | Expired | 20 | 08 Sep 2015 | NR |
| NB10053781 | Ibuprofen, 800 Mg, Tablet, Oral<br>Take One Tablet Three Times A Day As Needed For Pain | Expired | 30 | 18 Sep 2014 | NR |
| NB10053782 | Chlorhexidine Gluconate 0.12%, Solution, Oral<br>Swish And Spit 15 Ml Twice A Day For 2 | Expired | 1 | 18 Sep 2014 | NR |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▓▓ 1985  SSN: ***-** ▓▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Weeks Starting Tomorrow

| NB2277055 | Oxycodone Hcl/Acetaminophen, 5 Mg-325Mg, Tablet, Oral<br>Take One Tablet Every 4-6 Hours As Needed For Pain | Expired | 20 | 18 Sep 2014 | NR |
| BC6585316 | Doxycycline Hyclate, 100 Mg, Tablet, Oral<br> Take One Tablet By Mouth Twice A Day For 30 Days | Expired | 60 | 16 Jun 2014 | 1 of 1 |
| BC6585316 | Clindamycin Phosphate, 1 %, Gel (Gram), Topical<br>Apply To Rash Area Along The Beard Twice A Day For Seven Days | Expired | 1 | 30 Nov 2012 | NR |
| BC6585319 | Sulfamethoxazole/Trimethoprim, 800-160 Mg, Tablet, Oral<br>1 Tablet By Mouth Twice A Day | Expired | 20 | 30 Nov 2012 | NR |
| BC6585329 | Skin Cleansing (Cetaphil) Lotion Topical<br>Use Instead Of Soap As Directed | Expired | 1 | 30 Nov 2012 | NR |
| H8299054 | Albuterol Sulfate 90Mcg, Aerosol Powder, Inhalation, Hfa<br>Inhale 2 Puffs By Mouth Every Four Hours For Wheezing | Expired | 2 | 27 Jul 2011 | 5 of 5 |
| H8299603 | Ammonium Lactate, 12%, Lotion, Topical<br>Apply To Affected Areas Trunk And Neck Every Day | Expired | 2 | 27 Jul 2011 | 4 of 4 |
| H8299605 | Clindamycin Phosphate, 1 %, Solution, Topical<br>Apply To Upper Trunk And Neck Daily-- This Is The Antibiotic | Expired | 2 | 27 Jul 2011 | 3 of 3 |
| H8227551 | Polyvinyl Alcohol + Povidone, (Refresh), Solution, Ophthalmic<br>Instill 1 Drop In Each Eye Every 5 To 10 Minutes As Needed X 5 Days, Then As Needed | Expired | 120 | 04 May 2011 | 5 of 6 |
| H8240982 | Ibuprofen, 800 Mg, Tablet, Oral<br>Take One Tablet By Mouth Every Eight Hours As Needed For Pain | Expired | 20 | 04 May 2011 | NR |
| H8240981 | Moxifloxacin Hydrochloride 0.5%, Solution, Ophthalmic<br>Instill 1 Drop In Left Eye Four Times A Day For 5 Days | Expired | 1 | 04 May 2011 | NR |
| H8227553 | Cyclosporine 0.05%, Emulsion, Ophthalmic<br>Ins 1 Gtt Ou Bid Ud #2 Rf3 | Expired | 2 | 14 Apr 2011 | 3 of 3 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| H8227554 | Ibuprofen, 800 Mg, Tablet, Oral<br>T1 Tab Po Q8h Pp #30 Rf0 | Expired | 30 | 14 Apr 2011 | NR |
| H8227549 | Moxifloxacin Hydrochloride 0.5%, Solution, Ophthalmic<br>Ins 1 G Ou Qid X 7 Days #1 Rf1 | Expired | 1 | 14 Apr 2011 | 1 of 1 |
| H8227550 | Fluorometholone 0.1%, Suspension, Ophthalmic<br>Instill 1 Drop Ou Qid X 1 Week, Then Tid X 1 Week, Then Bid X 2 Weeks, Then Daily X 2 Weeks And Stop #2 Rf0 | Expired | 2 | 14 Apr 2011 | NR |
| H8227552 | Nepafenac 0.1%, Suspension, Ophthalmic<br>Ins 1 G Ou Tid - Qid Prn Severe Pain #1 Rf0 | Expired | 1 | 14 Apr 2011 | NR |
| H8061857 | Salmeterol Xinafoate 50Mcg + Fluticasone Propionate 250Mcg, Device, Inhalation<br>Inhale 1 Puff Orally Bid #1 Rf1 | Expired | 1 | 24 Jan 2011 | 0 of 1 |
| H8162826 | Cetirizine Hcl, 10 Mg, Tablet, Oral<br>T1 Tab Po Hs #30 Rf5 | Expired | 30 | 24 Jan 2011 | 5 of 5 |
| H8162824 | Fluticasone Propionate 0.05%, Spray, Nasal<br>Inhale 2 Sprays In Each Nostril Once A Day #1 Rf3 | Expired | 1 | 24 Jan 2011 | 3 of 3 |
| H8090733 | Non-Formualary Drug Request (Nfdr) Device Not Specified Miscellaneous<br>Ketoconazole 2% Shampoo-- Use On Trunk And Scalp Twice Daily As Directed #2 Rf4 | Expired | 2 | 13 Oct 2010 | 4 of 4 |
| H8090761 | Ketoconazole, 2 %, Shampoo, Topical<br>Use On Trunk And Scalp Bid As Directed | Expired | 2 | 13 Oct 2010 | 4 of 4 |
| H8061856 | Albuterol Sulfate 90Mcg, Aerosol Powder, Inhalation, Hfa<br>Inh 2 Pf Po Q4h For Wheezing #1 Rf1 | Expired | 1 | 01 Sep 2010 | 1 of 1 |
| H8056814 | Fexofenadine Hcl, 180 Mg, Tablet, Oral<br>T1 Tab Po Qd F Allergies Ud #30 Rf2 | Expired | 30 | 25 Aug 2010 | 2 of 2 |
| H8056815 | Triamcinolone Acetonide 0.025%, Cream, Topical<br>Aaa Bid To Tid For 2-3 Days At Onset Of Rash Ud #1 Rf0 | Expired | 1 | 25 Aug 2010 | NR |
| H8033753 | Cetaphil/Aquanil Cleanser Lotion Topical Instead Of Soap Ud (But The Best Soap Is No Soap) #2 Rf6 | Expired | 2 | 20 Jul 2010 | 6 of 6 |
| H7949343 | Guaifenesin 600Mg + Pseudoephedrine Hydrochloride 60Mg, Extended Release Tablet, Oral<br>Take One Tablet Twice Daily **Max 50 Tabs | Expired | 40 | 17 Mar 2010 | NR |

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Per Fill** #40 Rf0

| | | | | | |
|---|---|---|---|---|---|
| H7949342 | Loratadine, 10 Mg, Tablet, Oral<br>T 1 Tablet Po Qd Prn For Allergies #100 Rf0 | Expired | 100 | 17 Mar 2010 | NR |
| C4200630 | Sodium Fluoride, Cream, Dental<br>Brush For 5 Minutes Before Bedtime.  Do Not Rinse. #2 Rf3 | Expired | 2 | 18 Sep 2009 | 3 of 3 |
| S4279109 | Acetaminophen, 325 Mg, Tablet, Oral<br>Take 2 Tabs Po Q4-6H Prn | Expired | 50 | 24 Jan 2006 | NR |
| S4279110 | Dextromethorphan Hydrobromide + Guaifenesin Syrup, Oral<br>T1 Tsp Po Q4h Prn | Expired | 120 | 24 Jan 2006 | NR |
| B231582 | Acetaminophen, 325 Mg, Tablet, Oral<br>1-2 Tabs Q4-6H Prn For Pain/Fever #24 Rf0 | Expired | 24 | 29 Dec 2005 | NR |
| B231583 | Benzocaine/Menthol/Cetylpyridinium Chloride (Cepacol Eq.) Loz Mth<br>Dizzolve 1 Tab In Mouth Prn For Sore Throat #27 Rf0 | Expired | 27 | 29 Dec 2005 | NR |
| B231581 | Pseudoephedrine Hcl (Sudogest Eq.) Tablet 30Mg Oral<br>1-2 Tab2 Q4-6H Prn For Congestion #24 Rf0 | Expired | 24 | 29 Dec 2005 | NR |
| H1856669 | Psyllium Seed, Powder, Oral<br>Use As Directed On Bottle #1 Rf0 | Expired | 595 | 19 Nov 2005 | NR |
| H1856670 | Acetaminophen, 500 Mg, Tablet, Oral<br>T1-2 Tabs Po Q6 Pp #12 Rf0 | Expired | 12 | 19 Nov 2005 | NR |
| H1856671 | Dicyclomine Hcl, 20 Mg, Tablet, Oral<br>T 1 Tab Po Q6 Prn F Spasm | Expired | 12 | 19 Nov 2005 | NR |
| D60093920 | Ibuprofen (Motrin Eq.) Tablet 800Mg Oral<br>1 Tab Q6h #12 Rf1 | Expired | 12 | 16 Nov 2005 | 1 of 1 |
| D30100153 | Hydrocodone Bit/Acetaminophen, 5 Mg-500Mg, Tablet, Oral<br>1-2 Tabs Q6h Prn #6 Rf0 | Expired | 6 | 16 Nov 2005 | NR |
| R2424142 | Omeprazole 20Mg, Extended Release Capsule, Oral<br>T 1 Tab Daily #14 Rf0 | Expired | 14 | 14 Nov 2005 | NR |
| R2422213 | Dicloxacillin Sodium, 250 Mg, Capsule, Oral<br>Take 2 Capsule Four Times A Day For 10 Days #60 Rf0 | Expired | 60 | 10 Nov 2005 | NR |
| R2422285 | Docusate Calcium, 240 Mg, Capsule, Oral<br>T1 Cap Po Once A Day F Constipation #14 Rf0 | Expired | 14 | 10 Nov 2005 | NR |

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 46**
AR 2033

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

| | | | | | |
|---|---|---|---|---|---|
| R2422286 | Phospho Soda (Oral Fleets) @$.01/Ml Po Take 45 Ml This Evening #1 Rf0 | Expired | 1 | 10 Nov 2005 | NR |
| R2420749 | Penicillin V Potassium, 250 Mg, Tablet, Oral T1 Tab Po Bid Tat #60 | Expired | 60 | 07 Nov 2005 | NR |

***** End of Medications *****

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:          1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

# Procedures

## Postoperative Visit, Without Charge on 06 Jun 2011

| Date Performed: | 06 Jun 2011 | Date Reported: | 06 Jun 2011 |
|---|---|---|---|
| Verified: | Yes | CPT: | 99024 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Postoperative Visit, Without Charge on 06 Jun 2011

| Date Performed: | 06 Jun 2011 | Date Reported: | 06 Jun 2011 |
|---|---|---|---|
| Verified: | Yes | CPT: | 99024 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Ophthalmological Prior Patient Start Comprehensive Care on 04 May 2011

| Date Performed: | 04 May 2011 | Date Reported: | 04 May 2011 |
|---|---|---|---|
| Verified: | Yes | CPT: | 92014 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Postoperative Visit, Without Charge on 26 Apr 2011

| Date Performed: | 26 Apr 2011 | Date Reported: | 26 Apr 2011 |
|---|---|---|---|
| Verified: | Yes | CPT: | 99024 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Postoperative Visit, Without Charge on 22 Apr 2011

| Date Performed: | 22 Apr 2011 | Date Reported: | 22 Apr 2011 |
|---|---|---|---|
| Verified: | Yes | CPT: | 99024 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## HCPCS code Error on 21 Apr 2011

| Date Performed: | 21 Apr 2011 | Date Reported: | 21 Apr 2011 |
|---|---|---|---|
| Verified: | Yes | CPT: | S0810 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 16 Aug 2017

## Ophthalmological New Patient Start Comprehensive Care on 29 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 29 Mar 2011 | Date Reported: | 29 Mar 2011 |
| Verified: | Yes | CPT: | 92004 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Determination Of Refractive State on 29 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 29 Mar 2011 | Date Reported: | 29 Mar 2011 |
| Verified: | Yes | CPT: | 92015 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Corneal Pachymetry Both Eyes on 29 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 29 Mar 2011 | Date Reported: | 29 Mar 2011 |
| Verified: | Yes | CPT: | 76514 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Scanning Computerized Ophthalmic Diagnostic Imaging Anterior Segment, Unilateral on 29 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 29 Mar 2011 | Date Reported: | 29 Mar 2011 |
| Verified: | Yes | CPT: | 92132 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | Wavescan, low RMS, okay for Allegretto | | |
| | PentaCam - nl A/P floats and Belin-Ambrosio scans ou - Hard copy on file on system - no printer ink | | |

## Computerized Corneal Topography on 29 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 29 Mar 2011 | Date Reported: | 29 Mar 2011 |
| Verified: | Yes | CPT: | 92025 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Special Dr. Services Analysis Of Computerized Data on 24 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 24 Mar 2011 | Date Reported: | 24 Mar 2011 |
| Verified: | Yes | CPT: | 99090 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Pulse Oximetry on 24 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 24 Mar 2011 | Date Reported: | 24 Mar 2011 |
| Verified: | Yes | CPT: | 94760 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis         DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538        Created: 16 Aug 2017

| | | | |
|---|---|---|---|
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Pulmonary Function MVV on 24 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 24 Mar 2011 | Date Reported: | 24 Mar 2011 |
| Verified: | Yes | CPT: | 94200 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Pulmonary Function FRC (% Predicted Normal) on 24 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 24 Mar 2011 | Date Reported: | 24 Mar 2011 |
| Verified: | Yes | CPT: | |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Pulmonary Function Carbon Monoxide Diffusion % (DLCO) on 24 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 24 Mar 2011 | Date Reported: | 24 Mar 2011 |
| Verified: | Yes | CPT: | 94729 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Bronchial Challenge With Methacholine on 24 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 24 Mar 2011 | Date Reported: | 24 Mar 2011 |
| Verified: | Yes | CPT: | 94070 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Spirometry Pre-bronchodilator on 24 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 24 Mar 2011 | Date Reported: | 24 Mar 2011 |
| Verified: | Yes | CPT: | 94010 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Spirometry Post-bronchodilator on 24 Mar 2011

| | | | |
|---|---|---|---|
| Date Performed: | 24 Mar 2011 | Date Reported: | 24 Mar 2011 |
| Verified: | Yes | CPT: | 94060 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

## Ophthalmological Prior Patient Start Intermediate Level Care on 16 Mar 2011

| Date Performed: | 16 Mar 2011 | Date Reported: | 16 Mar 2011 |
|---|---|---|---|
| Verified: | Yes | CPT: | 92012 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Determination Of Refractive State on 16 Mar 2011

| Date Performed: | 16 Mar 2011 | Date Reported: | 16 Mar 2011 |
|---|---|---|---|
| Verified: | Yes | CPT: | 92015 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Ophthalmological Prior Patient Start Comprehensive Care on 17 Feb 2011

| Date Performed: | 17 Feb 2011 | Date Reported: | 17 Feb 2011 |
|---|---|---|---|
| Verified: | Yes | CPT: | 92014 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Corneal Pachymetry Both Eyes on 17 Feb 2011

| Date Performed: | 17 Feb 2011 | Date Reported: | 17 Feb 2011 |
|---|---|---|---|
| Verified: | Yes | CPT: | 76514 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Biopsy Skin on 24 Nov 2010

| Date Performed: | 24 Nov 2010 | Date Reported: | 24 Nov 2010 |
|---|---|---|---|
| Verified: | Yes | CPT: | 11100 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Immunization Administration One Vaccine on 15 Nov 2010

| Date Performed: | 15 Nov 2010 | Date Reported: | 15 Nov 2010 |
|---|---|---|---|
| Verified: | Yes | CPT: | 90471 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Influenza Virus Vaccine Live Intranasal on 15 Nov 2010

| Date Performed: | 15 Nov 2010 | Date Reported: | 15 Nov 2010 |
|---|---|---|---|
| Verified: | Yes | CPT: | 90660 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮    DoD ID: 1286180538        Created: 16 Aug 2017

## Biopsy Skin on 28 Sep 2010

| Date Performed: | 28 Sep 2010 | Date Reported: | 28 Sep 2010 |
|---|---|---|---|
| Verified: | Yes | CPT: | 11100 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Biopsy Skin Each Additional Lesion on 28 Sep 2010

| Date Performed: | 28 Sep 2010 | Date Reported: | 28 Sep 2010 |
|---|---|---|---|
| Verified: | Yes | CPT: | 11101 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Ophthalmological New Patient Start Comprehensive Care on 23 Apr 2010

| Date Performed: | 23 Apr 2010 | Date Reported: | 23 Apr 2010 |
|---|---|---|---|
| Verified: | Yes | CPT: | 92004 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Spectacles Services Fitting Monofocals (Not For Aphakia) on 23 Apr 2010

| Date Performed: | 23 Apr 2010 | Date Reported: | 23 Apr 2010 |
|---|---|---|---|
| Verified: | Yes | CPT: | 92340 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Determination Of Refractive State on 23 Apr 2010

| Date Performed: | 23 Apr 2010 | Date Reported: | 23 Apr 2010 |
|---|---|---|---|
| Verified: | Yes | CPT: | 92015 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Prescription & Fitting Bilateral Corneal Lenses (Not Aphakia on 23 Apr 2010

| Date Performed: | 23 Apr 2010 | Date Reported: | 23 Apr 2010 |
|---|---|---|---|
| Verified: | Yes | CPT: | 92310 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Anthrax Vaccine, For Subcutaneous Use on 09 Mar 2010

| Date Performed: | 09 Mar 2010 | Date Reported: | 09 Mar 2010 |
|---|---|---|---|
| Verified: | Yes | CPT: | 90581 |
| Source: | Unknown Source of Info | Status: | Active |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:  ███  1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 16 Aug 2017

| Comment: |
|---|

## Immunization Administration One Vaccine on 22 Dec 2009

| Date Performed: | 22 Dec 2009 | Date Reported: | 22 Dec 2009 |
|---|---|---|---|
| Verified: | Yes | CPT: | 90471 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Influenza Virus Vaccine Pandemic Formulation on 22 Dec 2009

| Date Performed: | 22 Dec 2009 | Date Reported: | 22 Dec 2009 |
|---|---|---|---|
| Verified: | Yes | CPT: | |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Immunization Administration One Vaccine on 23 Sep 2009

| Date Performed: | 23 Sep 2009 | Date Reported: | 23 Sep 2009 |
|---|---|---|---|
| Verified: | Yes | CPT: | 90471 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

## Influenza Virus Vaccine Live Intranasal on 23 Sep 2009

| Date Performed: | 23 Sep 2009 | Date Reported: | 23 Sep 2009 |
|---|---|---|---|
| Verified: | Yes | CPT: | 90660 |
| Source: | Unknown Source of Info | Status: | Active |
| Comment: | | | |

***** End of Procedures *****

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▓ 1985 SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

# Family History

## Family medical history on 07 Aug 2017

| | | | |
|---|---|---|---|
| Date Onset: | 07 Aug 2017 | Date Reported: | 07 Aug 2017 |
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | ~M -- Well~F -- DM.  MI / stent at age 40.  Melanoma.~ | | |

## Family history of supplemental HPI [use for free text] on 13 Jul 2017

| | | | |
|---|---|---|---|
| Date Onset: | 14 Jul 2017 | Date Reported: | 13 Jul 2017 |
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | Patient has received other care since their last visit with this clinic | | |

## No family history of malignant melanoma of the skin on 21 Jun 2017

| | | | |
|---|---|---|---|
| Date Onset: | 21 Jun 2017 | Date Reported: | 21 Jun 2017 |
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | | | |

## Family history of cancer on 05 Apr 2017

| | | | |
|---|---|---|---|
| Date Onset: | 07 Apr 2017 | Date Reported: | 05 Apr 2017 |
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | Dad- melanoma; | | |

## Family history of heart disease on 05 Apr 2017

| | | | |
|---|---|---|---|
| Date Onset: | 07 Apr 2017 | Date Reported: | 05 Apr 2017 |
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | dad/PGF- CAD; dad- stent 2v  (alcohol); Dad/PGM/PGF/sister- DM,~ Dad- AMI (s/p heart surgery); no CVA | | |

## Family history of father is alive on 05 Apr 2017

| | | | |
|---|---|---|---|
| Date Onset: | 07 Apr 2017 | Date Reported: | 05 Apr 2017 |
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | not in contact | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ▮▮▮ 1985  SSN: ***-**-▮  DoD ID: 1286180538        Created: 16 Aug 2017

## Family history of mother is alive on 05 Apr 2017

| Date Onset: | 07 Apr 2017 | Date Reported: | 05 Apr 2017 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | No DM, No CAD. healthy | | |

## No family history of malignant neoplasm of the gastrointestinal tract on 04 Oct 2016

| Date Onset: | 04 Oct 2016 | Date Reported: | 04 Oct 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | | | |

## No family history of malignant neoplasm of large intestine on 04 Oct 2016

| Date Onset: | 04 Oct 2016 | Date Reported: | 04 Oct 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | | | |

## Paternal grandmother's history of HPI [use for free text] on 25 Aug 2016

| Date Onset: | 25 Aug 2016 | Date Reported: | 25 Aug 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Paternal Grandmother |
| Status: | Active | | |
| Comment: | <<Note accomplished in TSWF-IBHC Anxiety tab>>~ ~Description of Symptoms: Extreme mood swings with depression and anxiety, irritability, concentration problems, poor sleep, fatigue, racing heart and thoughts, trouble relaxing, and worrying. PT reported dry heaving episodes for the past 2 years and pulling the hair off a spot on his scalp since 2008. Several times a week he has a "tingling sensation" with a mood change where he will suddenly smile or frown. PT has an appointment with Dr. Tobar in outpatient behavioral health on 06SEP16.~ ~PT reported having passive SI since he was a child. He reported 2 prior suicide attempts when he was in high school: one by overdosing on OTC medicine and one by overdosing on alcohol. His last plan was to overdose on helium before self-referring to substance abuse treatment last year. He last had passive SI("why even bother") 3 weeks ago, with no plans or intent. PT denied any current SI, plans, or intent. ~ ~Duration of Problem: PT has experienced symptoms since his first ship tour in 2006. Symptoms have worsened since he re-enlisted last October.~ ~Factors correlated with onset: Anxiety started after PT joined the Navy in 2006. He regrets re-enlisting last October, and because he waited so long to re-enlist he had last pick for orders. Subsequently he was stationed in the same same environment with the same work stress.~ ~Frequency of symptoms: Symptoms occur every day.~ ~Severity of symptoms: Depression symptoms from PHQ-9 are in the mild range. Anxiety symptoms from GAD-7 are in the moderate range.~ ~Psychosocial factors: Occupational stress and minimal social support.~ ~Aggravating/alleviating factors: Aggravating factors include occupational stress and feeling disconnected from others. Alleviating factors include cooking and programming.~ ~Current tx: None~ ~Past tx: PT began behavioral health treatment in 2012. ~ ~Functional impact: Symptoms negatively impact PT's functioning at home and work.~..... | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:          1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

## Paternal history of preliminary background HPI [use for free text] on 25 Aug 2016

| Date Onset: | 25 Aug 2016 | Date Reported: | 25 Aug 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Father |
| Status: | Active | | |
| Comment: | - Pt was given IBHC brochure describing the behavioral health program. Discussed with patient model~of service to include the limits of confidentiality (i.e. abuse reporting, suicide intervention, etc.) and~short-term intervention focused approach~- Pt indicated understanding | | |

## Paternal grandfather's history of preliminary background HPI [use for free text] on 25 Aug 2016

| Date Onset: | 25 Aug 2016 | Date Reported: | 25 Aug 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Paternal Grandfather |
| Status: | Active | | |
| Comment: | Patient was seen for 30 minute IBHC appointment | | |

## Paternal grandmother's history of preliminary background HPI [use for free text] on 25 Aug 2016

| Date Onset: | 25 Aug 2016 | Date Reported: | 25 Aug 2016 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Paternal Grandmother |
| Status: | Active | | |
| Comment: | Patient was seen by a trainee under the supervision of a licensed mental health professional. Patient indicated an understanding of this.~..... | | |

## Family history of test conclusions [Use for free text] on 11 Aug 2015

| Date Onset: | 18 Aug 2015 | Date Reported: | 11 Aug 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | A written list of medications was given to the patient | | |

## Family history of the options include referral on 28 Apr 2015

| Date Onset: | 28 Apr 2015 | Date Reported: | 28 Apr 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | ~[  ] Physical Activity~[  ] Safety~[  ] Diabetes Counseling~[  ] Cholesterol~[ X ] Nutrition~[ X ] Sexuality~[  ] Other: | | |

## Family history of diabetes mellitus on 28 Apr 2015

| Date Onset: | 28 Apr 2015 | Date Reported: | 28 Apr 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | PATERNAL GF and Father | | |

**Medical Record**

Merwin, Daniel Dennis          DOB:          1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

## Family history of patient counseling on 28 Apr 2015

| Date Onset: | 28 Apr 2015 | Date Reported: | 28 Apr 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | ~[  ] Tobacco Use~[  ] Alcohol Use~[  ] Weight Management ~[  ] Dental Care~[  ] Mental Health~[  ] Hypertension ~[X  ] Other:STRESS MANAGEMENT, SLEEP | | |

## Family history of mental illness (not retardation) on 28 Apr 2015

| Date Onset: | 28 Apr 2015 | Date Reported: | 28 Apr 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | MATERNAL | | |

## Fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] on 23 Apr 2015

| Date Onset: | 23 Apr 2015 | Date Reported: | 23 Apr 2015 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | Brother |
| Status: | Active | | |
| Comment: | Depression Screening:~ ~[ 1  ] 1.  Little Interest or pleasure in doing things~[ 1  ] 2.  Feeling down depressed or hopeless~[ 0  ] 3.  Trouble sleeping or sleeping too much~[ 1  ] 4.  Feeling tired or little energy~[ 0  ] 5.  Poor appetite or overeating~[ 0  ] 6.  Feeling bad about self~[ 0  ] 7.  Trouble concentrating on things~[ 1  ] 8.  Moving or speaking slowly or being restless~[ 0  ] 9.  Thoughts that you would be better off dead~Add point values from each response.  Total (PHQ-9) Score = 4~  ~Difficulty doing work, taking care of things at home, or getting along with other people?  [  ] Not at all  [ X ] Somewhat  [  ] Very  [  ] Extremely | | |

## No family history of chronic liver disease on 24 Oct 2012

| Date Onset: | 24 Oct 2012 | Date Reported: | 24 Oct 2012 |
|---|---|---|---|
| Source: | Clinical Evidence | Relationship: | General FHx |
| Status: | Active | | |
| Comment: | | | |

***** End of Family History *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

# Resulted Labs

## Drug Abuse Screen on 15 Aug 2017

Collection Date:        15 Aug 2017                    Site/Specimen:        URINE
Ordering Clinician:     LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Cocaine | NEGATIVE | | (Negative) | |

**Interpretation:**
**>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  ----------------------------------------------

| | | | | |
|------|-------|-------|-------|----------|
| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
**>1000 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  ----------------------------------------------

| | | | | |
|------|-------|-------|-------|----------|
| Barbiturates | NEGATIVE | | (Negative) | |

**Interpretation:**
**> 200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  ----------------------------------------------

| | | | | |
|------|-------|-------|-------|----------|
| Benzodiazepines | NEGATIVE | | (Negative) | |

**Interpretation:**
**>200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  ----------------------------------------------

| | | | | |
|------|-------|-------|-------|----------|
| Opiates | NEGATIVE | | (Negative) | |

**Interpretation:**
**>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

-----------------------------------------------

| | | | |
|---|---|---|---|
| Phencyclidine, UA | NEGATIVE | | (Negative) |

**Interpretation:**
 >25 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
   -----------------------------------------------

| | | | |
|---|---|---|---|
| Cannabinoids | NEGATIVE | | (Negative) |

**Interpretation:**
 >50 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
   -----------------------------------------------

| | | | |
|---|---|---|---|
| Methadone | NEGATIVE | | (Negative) |

**Interpretation:**
 >300 ng/mL reported as positive. Unconfirmed screening results must not be
 used for non-medical purposes.

| | | | | |
|---|---|---|---|---|
| Oxycodone | NEGATIVE | ng/mL | | (Negative) |

**Interpretation:**
 Reporting limit 100 ng/mL
 For medical screening only. Unconfirmed screening results must not be used
 for non-medical purposes.

**Methodology:  Immunoassay**


## ETG/ETS, UA (250 Cut-Off) on 08 Aug 2017

Collection Date:        08 Aug 2017              Site/Specimen:        URINE
Ordering Clinician:      LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
 **This test was developed and its performance characteristics
 determined by LabCorp. It has not been cleared or approved
 by the Food and Drug Administration.**


## Drug Abuse Screen on 08 Aug 2017

Collection Date:        08 Aug 2017              Site/Specimen:        URINE

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

Ordering Clinician:        LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Opiates | NEGATIVE | | (Negative) | |

**Interpretation:**
  >300 ng/mL reported as positive
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -----------------------------------------------

| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
  >1000 ng/mL reported as positive
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -----------------------------------------------

| Barbiturates | NEGATIVE | | (Negative) | |

**Interpretation:**
  > 200 ng/mL reported as positive
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -----------------------------------------------

| Benzodiazepines | NEGATIVE | | (Negative) | |

**Interpretation:**
  >200 ng/mL reported as positive
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  -----------------------------------------------

| Cocaine | NEGATIVE | | (Negative) | |

**Interpretation:**
  >300 ng/mL reported as positive
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -----------------------------------------------

| Phencyclidine, UA | NEGATIVE | | (Negative) | |

**Interpretation:**
  >25 ng/mL reported as positive
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: �as 1985  SSN: ***-**-▉    DoD ID: 1286180538    Created: 16 Aug 2017

-------------------------------------------------

| | | | |
|---|---|---|---|
| **Cannabinoids** | NEGATIVE | | (Negative) |

**Interpretation:**
>50 ng/mL reported as positive
 For medical screening only. Unconfirmed screening results must not be used
 for non-medical purposes.
 -------------------------------------------------

| | | | |
|---|---|---|---|
| **Methadone** | NEGATIVE | | (Negative) |

**Interpretation:**
>300 ng/mL reported as positive. Unconfirmed screening results must not be
 used for non-medical purposes.

| | | | |
|---|---|---|---|
| **Oxycodone** | NEGATIVE | ng/mL | (Negative) |

**Interpretation:**
 Reporting limit 100 ng/mL
 For medical screening only. Unconfirmed screening results must not be used
 for non-medical purposes.

 **Methodology:  Immunoassay**


## ETG/ETS, UA (250 Cut-Off) on 01 Aug 2017

Collection Date:          01 Aug 2017                    Site/Specimen:        URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
 This test was developed and its performance characteristics
 determined by LabCorp. It has not been cleared or approved
 by the Food and Drug Administration.


## Drug Abuse Screen on 01 Aug 2017

Collection Date:          01 Aug 2017                    Site/Specimen:        URINE
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Opiates** | NEGATIVE | | (Negative) | |

**Interpretation:**
 >300 ng/mL reported as positive

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

-----------------------------------------------

**Amphetamines**          NEGATIVE                    (Negative)

Interpretation:
 >1000 ng/mL reported as positive
 For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

-----------------------------------------------

**Barbiturates**          NEGATIVE                    (Negative)

Interpretation:
 > 200 ng/mL reported as positive
 For medical screening only. Unconfirmed screening results must not be used
 for non-medical purposes.

-----------------------------------------------

**Benzodiazepines**        NEGATIVE                    (Negative)

Interpretation:
 >200 ng/mL reported as positive
 For medical screening only. Unconfirmed screening results must not be used
 for non-medical purposes.
-----------------------------------------------

**Cocaine**                NEGATIVE                    (Negative)

Interpretation:
 >300 ng/mL reported as positive
 For medical screening only. Unconfirmed screening results must not be used
 for non-medical purposes.

-----------------------------------------------

**Phencyclidine, UA**      NEGATIVE                    (Negative)

Interpretation:
 >25 ng/mL reported as positive
 For medical screening only. Unconfirmed screening results must not be used
 for non-medical purposes.
-----------------------------------------------

**Cannabinoids**           NEGATIVE                    (Negative)

Interpretation:
 >50 ng/mL reported as positive
 For medical screening only. Unconfirmed screening results must not be used
 for non-medical purposes.
-----------------------------------------------

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

| | | | |
|---|---|---|---|
| Methadone | NEGATIVE | | (Negative) |

**Interpretation:**
**>300 ng/mL reported as positive. Unconfirmed screening results must not be**
**used for non-medical purposes.**

| | | | | |
|---|---|---|---|---|
| Oxycodone | NEGATIVE | ng/mL | | (Negative) |

**Interpretation:**
**Reporting limit 100 ng/mL**
**For medical screening only. Unconfirmed screening results must not be used**
**for non-medical purposes.**

**Methodology:  Immunoassay**

## Vitamin B12 (Cyanocobalamin)+Folate Panel on 27 Jul 2017

Collection Date:            27 Jul 2017                    Site/Specimen:            SERUM
Ordering Clinician:        TOBAR, EDEN T
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | 549 | pg/mL | (211-946) | |

**Interpretation:**
**Laboratory testing performed at:**
   **WRNMMC**
   **Dept of Pathology**
   **8901 Wisconsin Ave BLDG 9**
   **Bethesda, MD 20889**

| | | | | |
|---|---|---|---|---|
| Folate | 16.54 | ng/mL | (4.6-34.8) | |

**Interpretation:**
**Laboratory testing performed at:**
   **WRNMMC**
   **Dept of Pathology**
   **8901 Wisconsin Ave BLDG 9**
   **Bethesda, MD 20889**

## Comment on 25 Jul 2017

Collection Date:            25 Jul 2017                    Site/Specimen:            SERUM
Ordering Clinician:        LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Comment 15 | COMMENT | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

**Interpretation:**
A Carbohydrate Deficient Transferrin (CDT) result <1.4% is considered
to be normal and is consistent with low or no alcohol use during the
previous two weeks.

## Transferrin Carbohydrate Deficient on 25 Jul 2017

Collection Date:          25 Jul 2017                      Site/Specimen:        SERUM
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Transferrin Carbohydrate Deficient/Transferrin Total** | 0.5 | % | 0.0-1.3 | |

**Interpretation:**

**Normal         <1.4**
**Inconclusive   1.4 - 1.6**
**Elevated       >1.6**
**Clinical use only. Not specific for medico-legal**
**purposes.**
**This test is not suitable for the evaluation of**
**patients suspected of having congenital glycosylation**
**disorders.**

## Gamma Glutamyl Transferase on 25 Jul 2017

Collection Date:          25 Jul 2017                      Site/Specimen:        SERUM
Ordering Clinician:       LANDE, RAYMOND G.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Gamma-Glutamyl Transferase** | 34 | U/L | (10.0-71.0) | |

## Drug Abuse Screen on 06 Jul 2017

Collection Date:          06 Jul 2017                      Site/Specimen:        URINE
Ordering Clinician:       FITZGERALD, MICHAEL F.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Opiates** | NEGATIVE | | (Negative) | |

**Interpretation:**
>300 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

-------------------------------------------------

**Amphetamines**          NEGATIVE                    (Negative)

**Interpretation:**
 >1000 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -------------------------------------------------

**Barbiturates**          NEGATIVE                    (Negative)

**Interpretation:**
 > 200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -------------------------------------------------

**Benzodiazepines**          NEGATIVE                    (Negative)

**Interpretation:**
 >200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
 -------------------------------------------------

**Cocaine**          NEGATIVE                    (Negative)

**Interpretation:**
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -------------------------------------------------

**Phencyclidine, UA**          NEGATIVE                    (Negative)

**Interpretation:**
 >25 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
 -------------------------------------------------

**Cannabinoids**          NEGATIVE                    (Negative)

**Interpretation:**
 >50 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
 -------------------------------------------------

**Methadone**          NEGATIVE                    (Not-Detected)

**Medical Record**

Merwin, Daniel Dennis        DOB:   1985  SSN: ***-**-        DoD ID: 1286180538        Created: 16 Aug 2017

**Interpretation:**
>300 ng/mL reported as positive. Unconfirmed screening results must not be used for non-medical purposes.

| Oxycodone | NEGATIVE | ng/mL | (Negative) |
|---|---|---|---|

**Interpretation:**
 Reporting limit 100 ng/mL
 For medical screening only. Unconfirmed screening results must not be used for non-medical purposes.

**Methodology:  Immunoassay**

## Urinalysis Panel on 06 Jul 2017

Collection Date:          06 Jul 2017                              Site/Specimen:          URINE
Ordering Clinician:      FITZGERALD, MICHAEL F.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Color | Yellow | | (Yellow) | |
| Ketones | NEGATIVE | mg/dL | (Negative) | |
| Hemoglobin | NEGATIVE | | (Negative) | |
| Nitrite | NEGATIVE | | (Negative) | |
| pH | 7.0 | | (5.0-8.0) | |
| RBC | <1 | /HPF | (0-2) | |
| Protein | NEGATIVE | mg/dL | (NEGATIVE) | |
| Appearance | CLEAR | | (Clear) | |
| Leukocyte Esterase | NEGATIVE | | (Negative) | |
| Specific Gravity | 1.006 | | (1.001-1.026) | |
| Bilirubin | NEGATIVE | | (Negative) | |
| Urobilinogen | <2.0 | mg/mL | (0.0-1.9) | |
| WBC | <1 | /HPF | (0-2) | |
| Glucose | NEGATIVE | mg/dL | (Negative) | |
| Bacteria | TRACE | /HPF | (None) | |

## Urine Culture on 06 Jul 2017

Collection Date:          06 Jul 2017                              Site/Specimen:          Urine
Ordering Clinician:      FITZGERALD, MICHAEL F.
Comment:

| Order # | 170706-22962 |
|---|---|
| Filler # | 170706 NBA 33616 |
| Ordering Provider | FITZGERALD, MICHAEL F. |
| Priority | ROUTINE |
| DATE_ORDERED | 20170706150900 |
| DATE_RESULTED | 20170708101946 |
| COLLECT_SAMPLE | URINE/CLEAN CATCH |
| BACTERIOLOGY RESULT | 07/07/17 LESS THAN 24 HOURS, FURTHER INCUBATION REQUIRED |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

| 7/8/17 URINE CULTURE NEGATIVE |
|---|
| **Results** | Final report |

## Rapid Plasma Reagin on 06 Jul 2017

Collection Date:    06 Jul 2017                                    Site/Specimen:    SERUM
Ordering Clinician:    FITZGERALD, MICHAEL F.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Reagin Ab | NONREACTIVE | | (Non-Reactive) | |

**Interpretation:**
**REACTIVE:        Reactive - may indicate past or current syphilis infection.
            Reactive results will be quantified and will be reflexed to
            the Treponema pallidum AB test The diagnosis of syphilis should
            not be made on the basis of a single reactive serologic test
            without taking history, clinical, and other information into
            consideration**

**NON REACTIVE : Nonreactive - current or past infection is unlikely,
            cannot exclude incubating or early syphilis.
METHODOLOGY:
This test is a macroscopic, non-treponemal flocculation procedure for the
serologic screening for syphyllis in serum.**

## CBC W/Diff on 06 Jul 2017

Collection Date:    06 Jul 2017                                    Site/Specimen:    BLOOD
Ordering Clinician:    FITZGERALD, MICHAEL F.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| RDW CV | 12.3 | % | (11.6-14.7) | |
| WBC | 6.6 | x10(3)/mcL | (4.2-9.2) | |
| RBC | 4.53 | x10(6)/mcL | (4.3-5.6) | |
| Hemoglobin | 14.4 | g/dL | (13.2-16.5) | |
| Hematocrit | 41.9 | % | (39.7-50.3) | |
| MCV | 92.5 | fL | (82.9-99.9) | |
| MCH | 31.8 | pg | (27.5-32.7) | |
| MCHC | 34.4 | g/dL | (31.3-35.0) | |
| Platelets | 284 | x10(3)/mcL | (166-407) | |
| MPV | 10.5 | fL | (9.0-12.4) | |
| Neutrophils | 63.3 | % | (43.0-68.8) | |
| Lymphocytes | 26.9 | % | (20.2-45.5) | |
| Monocytes | 8.3 | % | (5.2-11.9) | |
| Eosinophils | 0.5 | % | (0.4-5.5) | |
| Basophils | 0.5 | % | (0.2-1.2) | |
| ABS Neutrophils | 4.2 | x10(3)/mcL | (1.9-5.9) | |
| ABS Lymphocytes | 1.8 | x10(3)/mcL | (1.0-2.9) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮          DoD ID: 1286180538          Created: 16 Aug 2017

| | | | | |
|---|---|---|---|---|
| **ABS Monocytes** | 0.6 | x10(3)/mcL | (0.3-0.8) | |
| **ABS Eosinophils** | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| **ABS Basophils** | 0.0 | x10(3)/mcL | (0.0-0.1) | |
| **Nucleated RBC/100 WBC** | 0.0 | /100 WBCs | (1) | |
| **Differential Review** | MANUAL DIFF NOT PERFORMED | | | |
| **Granulocytes Immature** | 0.5 | % | (0.0-1.1) | |
| **Absolute Immature Granulocytes** | 0.03 | x10(3)/mcL | (0.0-0.1) | |

## Thyroid Stimulating Hormone on 06 Jul 2017

Collection Date:          06 Jul 2017                                    Site/Specimen:          SERUM
Ordering Clinician:      FITZGERALD, MICHAEL F.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Thyrotropin** | 1.250 | mcIU/mL | (0.27-4.2) | |

**Interpretation:**
 **Methodology:  Chemiluminescence (3rd Generation)**

 **Laboratory testing performed at:**
          **WRNMMC**
          **Dept of Pathology**
          **8901 Wisconsin Ave BLDG 9**
          **Bethesda, MD 20889**

## Acetaminophen on 06 Jul 2017

Collection Date:          06 Jul 2017                                    Site/Specimen:          SERUM
Ordering Clinician:      FITZGERALD, MICHAEL F.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Acetaminophen** | <2.4 | mcg/mL | (10.0-30.0) | Lower Than Normal |

## Salicylates on 06 Jul 2017

Collection Date:          06 Jul 2017                                    Site/Specimen:          SERUM
Ordering Clinician:      FITZGERALD, MICHAEL F.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Salicylates** | <0.3 | mg/dL | (3.0-30.0) | Lower Than Normal |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▓▓ 1985  SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## Comprehensive Metabolic Panel on 06 Jul 2017

Collection Date:        06 Jul 2017                          Site/Specimen:        SERUM
Ordering Clinician:     FITZGERALD, MICHAEL F.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Alanine Aminotransferase | 39 | U/L | (0-41) | |
| Albumin | 5.0 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | 61 | U/L | (40-129) | |
| Bilirubin | 0.5 | mg/dL | (0.15-1.2) | |
| Urea Nitrogen | 9.0 | mg/dL | (6-20) | |
| Calcium | 10.5 | mg/dL | (8.6-10.2) | Higher Than Normal |
| Carbon Dioxide | 28 | mmol/L | (22-29) | |
| Chloride | 99 | mmol/L | (98-107) | |
| Creatinine | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose | 87 | mg/dL | (74-106) | |
| Anion Gap | 14 | mmol/L | (7-16) | |
| Potassium | 4.3 | mmol/L | (3.5-5.1) | |
| Protein | 7.8 | g/dL | (6.6-8.7) | |
| Sodium | 141 | mmol/L | (136-145) | |
| GFR Calculated Non-Black | 104.2 | mL/min | (60->=60) | |
| GFR Calculated Black | 120.4 | mL/min | (60->=60) | |

Interpretation:


Reference values:
    >= 60 = Normal or mildly decreased GFR
    30-59 = Moderately decreased GFR
    15-29 = Severely decreased GFR
    <15  = Kidney failure


This is an estimated GFR (Glomerular Filtration Rate) only.  The value has
been derived from the Chronic Kidney Disease - Epidemiology (CKD-Epi)
Collaboration Equation.  The calculation automatically takes patient sex into
account, but CHCS cannot automatically adjust the formula for African
American patients, therefore two GFR results are reported -- GFR-NON AA and
GFR-AA.  As with all estimations, results may not be valid for certain
sub-groups including: pediatric patients (0-17 years old), severely
hypoalbuminemic patients, patients not in steady state (including acute renal
failure), dialysis patients, and patients with atypical body habitus.


Some pharmacological therapeutics are dosed based on older versions of the
eGFR.  Where deemed necessary, refer to Pharmacy for assistance or more
information.

| Aspartate Aminotransferase | 26 | U/L | (0-40) | |


## Ethanol on 06 Jul 2017

Collection Date:        06 Jul 2017                          Site/Specimen:        PLASMA

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Ordering Clinician:     FITZGERALD, MICHAEL F.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Ethanol** | <10 | mg/dL | | |

**Interpretation:**
 A value of <10: None Detected

# TISSUE EXAM on 21 Jun 2017

Collection Date:          21 Jun 2017                          Site/Specimen:          TISSUE
Ordering Clinician:      DIBLASI, DANIEL ROBERT
Comment:

| | |
|---|---|
| **Order #** | 170627-29853 |
| **Ordered Date** | 20170627225500 |
| **Priority** | ROUTINE |
| **Resulted Date** | 20170627225530.1-0400 |
| **Col** | 21Jun17@1539          TISSUE(TISSUE) |
| **Hcp** | DIBLASI,DANIEL ROBERT      Req Loc: DERMATOL |
| **Performing Lab** | NNMC AP LAB, BETHESDA,MD<br>170622 NSP 12523 |
| **TISSUE E            C** | AWC27Jun17@2255<br>CoPath Report |
| **Patient** | MERWIN,DANIEL DENNIS          Specimen #: NS17-12523 |
| **Accessioned** | 06/22/17 |
| | ===========================================<br>==============================-<br>-==<br>awc/06/27/17        ** Report Electronically Signed Out **<br>Major Arthur W. Clarkson, MC, USAF<br><br>===========================================<br>==============================-<br>-==<br>DTW/AWC<br>DTW/baw |
| **FINAL DIAGNOSIS** | |
| **SKIN, SCROTUM, EXCISION** | - CALCINOSIS CUTIS. |
| **CLINICAL DIAGNOSIS AND HISTORY** | 32 year old male with several subcutaneous cysts on the scrotum. Three<br>lesions excised. One was performed using punch biopsy. |
| **PRE-OPERATIVE DIAGNOSIS** | EIC. |
| **OPERATIVE FINDINGS** | SAA. |
| **POST-OPERATIVE DIAGNOSIS** | SAA. |
| **GROSS DESCRIPTION** | The specimen is received in formalin, labeled with the patient's |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

|  | name<br>Merwin, Daniel, and designated "Excision, Scrotum". The specimen consists<br>of multiple pieces of tan-brown soft tissue ranging in size from 0.3 to<br>0.4 cm in greatest dimension. Specimen submitted entirely in one cassette.<br>3/1/NG |
|---|---|
| **CPT Codes** | |
|  | ; 88305 ; 88305 (LEVEL 4) |

# Hemoglobin A1c on 18 May 2017

Collection Date:          18 May 2017                    Site/Specimen:          BLOOD
Ordering Clinician:     RODAK, COLLEEN M
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Hemoglobin A1c** | 5.2 | % | (6.4) | |

**Interpretation:**
     **Normal:  4.8 - 5.6% HbA1c**

     **Pre Diabetes:  5.7 - 6.4% HbA1c**
**The American Diabetes Association has determined that individuals with HbA1c between 5.7 and 6.4% are at increased risk of developing diabetes and should be counseled on their increased risk.**

     **For Diagnosis of Diabetes: >/= 6.5% HbA1c**
 **Hemoglobin A1c levels greater than or equal to 6.5% may be diagnostic of diabetes and should be correlated with repeat testing of HbA1c, fasting plasma glucose, and/or 2 hour oral glucose tolerance test.**

**Note: Hemoglobin A1c levels vary with race and ethnicity.  There is no well-established reference range for HbA1c in individuals younger than 18 years of age.  HbA1c levels must be interpreted with caution in the context of HbF concentrations >10% or in medical conditions that increase red cell turnover to avoid falsely low values; diagnosis of diabetes is best done through measurement of blood glucose levels in these patients.  Patients with hemoglobinopathies should have HbA1c levels measured by an alternative method such as HPLC.**

**Reference: "Classification and Diagnosis of Diabetes." Diabetes Care, January 2015; 38(Suppl 1):S8-S16.**

**Test Performed at:**
     **Walter Reed National Military Medical Center**
     **8901 Wisconsin Avenue**
     **Bethesda, MD 20889**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## Lipid Panel on 18 May 2017

Collection Date:        18 May 2017                     Site/Specimen:        SERUM
Ordering Clinician:    RODAK, COLLEEN M
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Cholesterol/HDL Cholesterol** | 4.6 | ratio | | |
| **Cholesterol** | 224 | mg/dL | | |

Interpretation:
 Adults: ages 18 and up
        Desirable: <200 mg/dL
        Borderline High: 200-239 mg/dL
        High: > or = 240 mg/dL

 Pediatric: ages 2-17
        Acceptable: <170 mg/dL
        Borderline High: 170-199 mg/dL
        High > or = 200 mg/dL

| **Triglyceride** | 262 | mg/dL | | |

Interpretation:
 Adults: ages 18 and up
        Desirable: <150 mg/dL
        Borderline High: 150-199 mg/dL
        High: 200-499 mg/dL
        Very High: > or = 500 mg/dL

 Pediatric: ages 2-9
        Acceptable: <75 mg/dL
        Borderline High: 75-99 mg/dL
        High: > or = 100 mg/dL

 Pediatric: ages 10-17
        Acceptable: <90 mg/dL
        Borderline High: 90-129 mg/dL
        High: > or = 130 mg/dL

| **HDL Cholesterol** | 49 | mg/dL | | |

Interpretation:
 Adults: ages 18 and up
        Desirable: > or = 60 mg/dL
        Low: <40 mg/dL

An HDL cholesterol less than 40 mg/dL is low and constitutes a coronary heart
disease risk factor.  An HDL cholesterol greater than 60 mg/dL is a negative
risk factor for coronary heart disease.

 Pediatric: ages 2-17
        Acceptable: >45 mg/dL

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

---

**Borderline Low: 40-45 mg/dL**
**Low: <40 mg/dL**

**LDL Cholesterol Direct**    140        mg/dL

**Interpretation:**
 **Adults: ages 18 and up**
        **Optimal: <100 mg/dL**
        **Near Optimal: 100-129 mg/dL**
        **Borderline High: 130-159 mg/dL**
        **High: 160-189 mg/dL**
        **Very High: > or = 190 mg/dL**

 **Pediatric: ages 2-17**
        **Acceptable: <110 mg/dL**
        **Borderline High: 110-129 mg/dL**
        **High: > or = 130 mg/dL**

**Cholesterol Non-HDL**    175        mg/dL

**Interpretation:**
 **Adults: ages 18 and up**
        **Desirable: <130 mg/dL**
        **Above Desirable: 130-159 mg/dL**
        **Borderline High: 160-189 mg/dL**
        **High: 190-219**
        **Very High: > or = 220 mg/dL**

**Non-HDL cholesterol is a secondary target of therapy in persons with high**
**serum triglycerides (geater than 199 mg/dL).  The goal for non-HDL**
**cholesterol in persons with high triglycerides is 30 mg/dL higher than their**
**LDL cholesterol goal.**

 **Pediatric: ages 2-17**
        **Acceptable: <120 mg/dL**
        **Borderline High: 120-144 mg/dL**
        **High: > or = 145 mg/dL**

**Source:**
**-Third Report of the National Cholesterol Education Program (NCEP) Expert**
**Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in**
**Adults (Adult Treatment Panel III) Final Report.  Circulation 2002 Dec**
**17;106(25):3143-421.**
**-National Lipid Association Recommendations for Patient-Centered Management**
**of Dyslipidemia: Part 1-Full Report.  Journal of Clinical Lipidology 2015; In**
**Press.**
**-Expert Panel on Integrated Guidelines for Cardiovascular Health and Risk**
**Reduction in Children and Adolescents; National Heart, Lung, and Blood**
**Institute. Pediatrics.  2011 Dec;128 Suppl 5:S213-56.**
**-NCEP Expert Panel of Blood Cholesterol Levels in Children and Adolescents.**
**National Cholesterol Education Program (NCEP): Highlights of the Report of**
**the Expert Panel on Blood Cholesterol Levels in Children and Adolescents.**
**Pediatrics 1992;89:495-501.**

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis       DOB: ■■■■ 1985  SSN: ***-**-■■■■    DoD ID: 1286180538       Created: 16 Aug 2017

-Srinivasan SR, Myers L, Berenson GS.  Distribution and correlates of
non-high-density lipoprotein cholesterol in children: the Bogalusa Heart
Study.  Pediatrics 2002;110(3):e29.

## ABO Group+Rh Type Confirmation on 27 Apr 2017

Collection Date:        27 Apr 2017                          Site/Specimen:     BLOOD
Ordering Clinician:     HARKINS, CHARLES KARL
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| ABO Group+Rh Type Confirm | O POSITIVE | | | |

## Type & Screen (with SF518) on 27 Apr 2017

Collection Date:        27 Apr 2017                          Site/Specimen:     BLOOD
Ordering Clinician:     HARKINS, CHARLES KARL
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| ABO Group+Rh Type | O POS | | | |
| Antibody Screen | NEGATIVE | | | |

## Basic Metabolic Panel on 12 Apr 2017

Collection Date:        12 Apr 2017                          Site/Specimen:     SERUM
Ordering Clinician:     JENSEN, DAMON TY
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Urea Nitrogen | 16.0 | mg/dL | (6-20) | |
| Carbon Dioxide | 28 | mmol/L | (22-29) | |
| Chloride | 99 | mmol/L | (98-107) | |
| Creatinine | 0.88 | mg/dL | (0.7-1.2) | |
| Glucose | 112 | mg/dL | (74-106) | Higher Than Normal |
| Potassium | 4.9 | mmol/L | (3.5-5.1) | |
| Sodium | 140 | mmol/L | (136-145) | |
| Calcium | 9.9 | mg/dL | (8.6-10.2) | |
| Anion Gap | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | 113.7 | mL/min | (60->=60) | |
| GFR Calculated Black | 131.4 | mL/min | (60->=60) | |

Interpretation:

 Reference values:
   >= 60 = Normal or mildly decreased GFR
   30-59 = Moderately decreased GFR
   15-29 = Severely decreased GFR

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮        DoD ID: 1286180538        Created: 16 Aug 2017

---

<15  = Kidney failure

This is an estimated GFR (Glomerular Filtration Rate) only.  The value has
been derived from the Chronic Kidney Disease - Epidemiology (CKD-Epi)
Collaboration Equation.  The calculation automatically takes patient sex into
account, but CHCS cannot automatically adjust the formula for African
American patients, therefore two GFR results are reported -- GFR-NON AA and
GFR-AA.  As with all estimations, results may not be valid for certain
sub-groups including: pediatric patients (0-17 years old), severely
hypoalbuminemic patients, patients not in steady state (including acute renal
failure), dialysis patients, and patients with atypical body habitus.


Some pharmacological therapeutics are dosed based on older versions of the
eGFR.  Where deemed necessary, refer to Pharmacy for assistance or more
information.

## CBC W/o Diff on 12 Apr 2017

Collection Date:        12 Apr 2017              Site/Specimen:        BLOOD
Ordering Clinician:     JENSEN, DAMON TY
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Hematocrit | 42.3 | % | (37.5-50.9) | |
| WBC | 6.0 | x10(3)/mcL | (3.6-10.6) | |
| RBC | 4.58 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | 14.4 | g/dL | (12.8-17.7) | |
| MCV | 92.4 | fL | (79.5-96.8) | |
| MCH | 31.5 | pg | (26.2-33.1) | |
| MCHC | 34.1 | g/dL | (32.6-35.0) | |
| Platelets | 262 | x10(3)/mcL | (162-427) | |
| RDW CV | 13.1 | % | (12.0-16.2) | |
| MPV | 8.7 | fL | (7.0-10.9) | |

## Gamma Glutamyl Transferase on 04 Jan 2017

Collection Date:        04 Jan 2017              Site/Specimen:        SERUM
Ordering Clinician:     TOBAR, EDEN T
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Gamma-Glutamyl Transferase | 49 | U/L | (10.0-71.0) | |

## Hepatic Function Panel on 04 Jan 2017

Collection Date:        04 Jan 2017              Site/Specimen:        SERUM
Ordering Clinician:     TOBAR, EDEN T
Comment:
Chem

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Albumin | 4.9 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | 58 | U/L | (40-129) | |
| Alanine Aminotransferase | 34 | U/L | (0-41) | |
| Aspartate Aminotransferase | 24 | U/L | (0-40) | |
| Bilirubin | 0.3 | mg/dL | (0.15-1.2) | |
| Bilirubin Direct | <0.2 | mg/dL | (0.0-0.3) | |
| Protein | 7.6 | g/dL | (6.6-8.7) | |

## Tissue Transglutaminase Ab IgA+IgG Panel on 06 Oct 2016

Collection Date:              06 Oct 2016                    Site/Specimen:        SERUM
Ordering Clinician:          COPSEY, HELEN C.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Tissue Transglutaminase Ab IgA | <2 | U/mL | 0-3 | |

**Interpretation:**

Negative       0 - 3
Weak Positive  4 - 10
Positive       >10

Tissue Transglutaminase (tTG) has been identified as the endomysial antigen. Studies have demonstrated that endomysial IgA antibodies have over 99% specificity for gluten sensitive enteropathy.

| | | | | |
|------|-------|-------|-------|----------|
| Tissue Transglutaminase Ab IgG | <2 | U/mL | 0-5 | |

**Interpretation:**

Negative       0 - 5
Weak Positive  6 - 9
Positive       >9

## IgA on 06 Oct 2016

Collection Date:              06 Oct 2016                    Site/Specimen:        SERUM
Ordering Clinician:          COPSEY, HELEN C.
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| IgA | 256 | mg/dL | (70-400) | |

## Thyroid Stimulating Hormone on 06 Sep 2016

Collection Date:              06 Sep 2016                    Site/Specimen:        SERUM
Ordering Clinician:          TOBAR, EDEN T

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Thyrotropin** | 2.500 | mcIU/mL | (0.27-4.2) | |

**Interpretation:**
 Methodology:  Chemiluminescence (3rd Generation)

 **Laboratory testing performed at:**
            **WRNMMC**
            **Dept of Pathology**
            **8901 Wisconsin Ave BLDG 9**
            **Bethesda, MD 20889**


## Thyroxine Free on 06 Sep 2016

Collection Date:            06 Sep 2016            Site/Specimen:         SERUM
Ordering Clinician:        TOBAR, EDEN T
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Thyroxine Free** | 1.28 | ng/dL | (0.93-1.7) | |

**Interpretation:**
 **Laboratory testing performed at:**
            **WRNMMC**
            **Dept of Pathology**
            **8901 Wisconsin Ave BLDG 9**
            **Bethesda, MD 20889**


## Troponin T Cardiac on 22 Jun 2016

Collection Date:            22 Jun 2016            Site/Specimen:         SERUM
Ordering Clinician:        WEATHERS, BRUCE KENT
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Troponin T Cardiac** | <0.01 | ng/mL | (0.00-0.03) | |

**Interpretation:**

**\*\*\* For cTnT results between 0.04 and 0.09 ng/mL (inclusively) :  Results
between the 99th percentile or 10% CV and the AMI cutoff may indicate
increased risk for a cardiac event.Serial draws are recommended per ACC/AHA
guidelines.**

**For cTnT results >or = 0.1ng/mL:  The AMI cutoff based on historical WHO
criteria is 0.1ng/mL. Any condition resulting in myocardial cell
damage can increase cardiac troponin levels such as angina, CHF, myocarditis,
cardiac surgery, or invasive testing and non-specific cardiac related**

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

causes such as PE, renal failure, and sepsis.

## Basic Metabolic Panel on 22 Jun 2016

| Collection Date: | 22 Jun 2016 | Site/Specimen: | SERUM |
| Ordering Clinician: | WEATHERS, BRUCE KENT | | |
| Comment: | | | |

Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Urea Nitrogen | 14.8 | mg/dL | (6-20) | |
| Carbon Dioxide | 28 | mmol/L | (22-29) | |
| Chloride | 98 | mmol/L | (98-107) | |
| Creatinine | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose | 89 | mg/dL | (74-106) | |
| Potassium | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium | 139 | mmol/L | (136-145) | |
| Calcium | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | 115.4 | mL/min | (60->=60) | |

Interpretation:

**Reference values:**
**>= 60 = Normal or mildly decreased GFR**
**30-59 = Moderately decreased GFR**
**15-29 = Severely decreased GFR**
**<15  = Kidney failure**

**This is an estimated GFR (Glomerular Filtration Rate) only.  The value has
been derived from the Chronic Kidney Disease - Epidemiology (CKD-Epi)
Collaboration Equation.  The calculation automatically takes patient sex
into account, but CHCS cannot automatically adjust the formula for African
American patients, therefore two GFR results are reported -- GFR-NON AA and
GFR-AA.  As with all estimations, results may not be valid for certain sub-gro
ups including: pediatric patients (0-17 years old), severely hypoalbuminemic
patients, patients not in steady state (including acute renal failure),
dialysis patients, and patients with atypical body habitus.**

**Some pharmacological therapeutics are dosed based on older versions of the
eGFR.  Where deemed necessary, refer to Pharmacy for assistance or more
information.**

## Fibrin D-Dimer on 22 Jun 2016

| Collection Date: | 22 Jun 2016 | Site/Specimen: | PLASMA |
| Ordering Clinician: | WEATHERS, BRUCE KENT | | |
| Comment: | | | |

| Merwin, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 78**
AR 2065

**Medical Record**

Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Fibrin D-Dimer FEU | <0.27 | mcg/mL FEU | (<0.5) | |

Interpretation:
Lowest measureable value is 0.27 mcg/mL FEU

Any medical condition which activates the coagulation
system may elevate D-Dimer values.   This includes but is
not limited to trauma, post-operative states, hemorrhage,
cancer and sepsis.

In multiple studies a cut-off value of 0.50 mcg/mL FEU had
a 93-99% negative predictive value for the exclusion of
venous thrombosis.

This test must not be used to exclude deep vein thrombosis and/or pulmonary
embolism with pretest probability alone.


## CBC W/Diff on 22 Jun 2016

Collection Date:        22 Jun 2016                          Site/Specimen:        BLOOD
Ordering Clinician:        WEATHERS, BRUCE KENT
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| MCV | 91.4 | fL | (79.5-96.8) | |
| WBC | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit | 44.4 | % | (37.5-50.9) | |
| MCH | 31.1 | pg | (26.2-33.1) | |
| MCHC | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | 12.9 | % | (12.0-16.2) | |
| Platelets | 272 | x10(3)/mcL | (162-427) | |
| MPV | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | 29.8 | % | (15.9-47.8) | |
| Monocytes | 8.9 | % | (4.5-11.8) | |
| Eosinophils | 1.5 | % | (0.3-7.1) | |
| Basophils | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | MANUAL DIFF NOT PERFORMED | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | | |
|---|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ■■■ | 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## Helicobacter Pylori Antigen EIA on 06 Jun 2016

Collection Date:          06 Jun 2016                    Site/Specimen:          Stool
Ordering Clinician:     SHAH, NISHA AMISH
Comment:

| Order # | 160511-04658 |
|---|---|
| Filler # | 160606 NBL 374 |
| **Ordering Provider** | SHAH, NISHA AMISH |
| **Priority** | ROUTINE |
| **DATE_ORDERED** | 20160511084300 |
| **DATE_RESULTED** | 20160610085729 |
| **COLLECT_SAMPLE** | STOOL |
| Order Comment | to be done two weeks after stopping protonix |
| **BACTERIOLOGY RESULT** | OBSERVATION |
| Results | Final report |

## Zinc on 11 Apr 2016

Collection Date:          11 Apr 2016                    Site/Specimen:          PLASMA
Ordering Clinician:     THOMPSON, DAVID HERRON
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Zinc** | 117 | mcg/dL | 56-134 | |

**Interpretation:**

**Detection Limit = 5**

## Lyme Disease Ab Total Screen on 11 Apr 2016

Collection Date:          11 Apr 2016                    Site/Specimen:          SERUM
Ordering Clinician:     THOMPSON, DAVID HERRON
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Borrelia burgdorferi Ab** | Negative | | (See-Below) | |

Interpretation:
  **INTERPRETATION OF RESULTS:**
  **Negative - Absence of detectable Borrelia burgdorferi antibodies.  A**
       **negative result does not exclude the possibility of Borrelia**
       **burgdorferi infection. If Lyme disease is suspected, a second**
       **sample should be collected and tested two to four weeks later.**
  **Equivocal -The imprecision inherent in this method does not allow**
       **definitive categorization of samples that read close to the**
       **cutoff. Sample will be confirmed by Western Blot.**
  **Positive - Presence of detectable Borrelia burgdorferi antibodies. Sample**
       **will be confirmed by Western Blot.**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

---

**METHODOLOGY:**
**This assay uses chemiluminescent immunoassay (CLIA) technology for the qualitative presumptive detection of IgG and IgM antibodies to VlsE (variable major protein-like sequence expressed) protein antigen of Borrelia burgdorferi . The assay should only be used on patients with signs and symptoms consistent with Lyme disease. Positive and equivocal results should be supplemented by testing with a standardized Western Blot.**

## Treponema pallidum Ab on 11 Apr 2016

Collection Date:        11 Apr 2016                    Site/Specimen:        SERUM
Ordering Clinician:     THOMPSON, DAVID HERRON
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Treponema pallidum Ab** | Negative | | (Negative) | |

**Interpretation:**
 **Negative    If non-treponemal result was nonreactive, there is no**
            **serological evidence of infection with T. pallidum**
            **(incubating or early primary syphilis cannot be excluded).**

            **If non-treponemal result was reactive, current infection is**
            **unlikely. There may be a biological false positive secondary to**
            **other medical conditions. Recommended repeat testing (non-**
            **treponemal and treponemal by other test methods).**

            **If non-treponemal assay was not performed, current or past**
            **infection is unlikely, cannot exclude incubating or early**
            **syphilis.**

 **Equivocal    If the result is equivocal please send a new sample to the**
            **laboratory for testing within one week.**

 **Positive    If non-treponemal result was nonreactive, this is probably past**
            **infection or potential cross-reactivity with other spirochetes/**
            **related antigens; additional testing is recommended. There is a**
            **possibility of a false negative non-treponemal assay due to**
            **prozone and late syphilis or neurosyphilis, clinical**
            **correlation is advised.**

            **If non-treponemal result was reactive, this may indicate**
            **evidence of past or current infection.  Could also represent a**
            **biological false-positive and thus clinical correlation is**
            **advised.**

**METHODOLOGY:**
**This assay uses chemiluminescent immunoassay (CLIA) technology for the qualitative determination of total antibodies directed against treponema pallidum. The presence of antibodies to Treponema pallidum specific antigen, in conjunction with non-treponemal laboratory tests and clinical findings may aid in the diagnosis of syphilis infection.**

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

## Helicobacter pylori Ab IgG on 11 Apr 2016

Collection Date:          11 Apr 2016                    Site/Specimen:          SERUM
Ordering Clinician:       THOMPSON, DAVID HERRON
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Helicobacter pylori Ab IgG | 7.1 | U/mL | 0.0-0.8 | Higher Than Normal |

Interpretation:

**Negative        <0.9**
**Indeterminate  0.9 - 1.0**
**Positive         >1.0**

## ESR on 11 Apr 2016

Collection Date:          11 Apr 2016                    Site/Specimen:          BLOOD
Ordering Clinician:       THOMPSON, DAVID HERRON
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| ESR | 5 | mm/hr | (1-19) | |

## Basic Metabolic Panel on 11 Apr 2016

Collection Date:          11 Apr 2016                    Site/Specimen:          SERUM
Ordering Clinician:       THOMPSON, DAVID HERRON
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Urea Nitrogen | 9.7 | mg/dL | (6-20) | |
| Carbon Dioxide | 28 | mmol/L | (22-29) | |
| Chloride | 97 | mmol/L | (98-107) | Lower Than Normal |
| Creatinine | 0.87 | mg/dL | (0.7-1.2) | |
| Glucose | 92 | mg/dL | (74-106) | |
| Potassium | 4.4 | mmol/L | (3.5-5.1) | |
| Sodium | 139 | mmol/L | (136-145) | |
| Calcium | 10.2 | mg/dL | (8.6-10.2) | |
| Anion Gap | 15 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | 115.0 | mL/min | (60->=60) | |
| GFR Calculated Black | 132.9 | mL/min | (60->=60) | |

Interpretation:

Reference values:
    >= 60 = Normal or mildly decreased GFR

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB:      1985  SSN: ***-**-     DoD ID: 1286180538     Created: 16 Aug 2017

30-59 = Moderately decreased GFR
15-29 = Severely decreased GFR
<15  = Kidney failure

This is an estimated GFR (Glomerular Filtration Rate) only.  The value has
been derived from the Chronic Kidney Disease - Epidemiology (CKD-Epi)
Collaboration Equation.  The calculation automatically takes patient sex
into account, but CHCS cannot automatically adjust the formula for African
American patients, therefore two GFR results are reported -- GFR-NON AA and
GFR-AA.  As with all estimations, results may not be valid for certain sub-gro
ups including: pediatric patients (0-17 years old), severely hypoalbuminemic
patients, patients not in steady state (including acute renal failure),
dialysis patients, and patients with atypical body habitus.

Some pharmacological therapeutics are dosed based on older versions of the
eGFR.  Where deemed necessary, refer to Pharmacy for assistance or more
information.

## CBC W/o Diff on 11 Apr 2016

Collection Date:          11 Apr 2016                          Site/Specimen:     BLOOD
Ordering Clinician:       THOMPSON, DAVID HERRON
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| MCH | 31.5 | pg | (26.2-33.1) | |
| WBC | 4.7 | x10(3)/mcL | (3.6-10.6) | |
| RBC | 4.88 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | 15.4 | g/dL | (12.8-17.7) | |
| Hematocrit | 45.0 | % | (37.5-50.9) | |
| MCV | 92.3 | fL | (79.5-96.8) | |
| MCHC | 34.1 | g/dL | (32.6-35.0) | |
| Platelets | 293 | x10(3)/mcL | (162-427) | |
| RDW CV | 13.3 | % | (12.0-16.2) | |
| MPV | 8.6 | fL | (7.0-10.9) | |

## Methylmalonic Acid on 16 Feb 2016

Collection Date:          16 Feb 2016                          Site/Specimen:     SERUM
Ordering Clinician:       WILSON, BRYAN JAMES
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Methylmalonate | 170 | nmol/L | 0-378 | |

## HIV-1/O/2 Ab on 16 Feb 2016

Collection Date:          16 Feb 2016                          Site/Specimen:     SERUM
Ordering Clinician:       WILSON, BRYAN JAMES
Comment:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| HIV-1/O/2 Ab | Negative | | | |

## Homocysteine on 16 Feb 2016

| Collection Date: | 16 Feb 2016 | | Site/Specimen: | SERUM |
|---|---|---|---|---|
| Ordering Clinician: | WILSON, BRYAN JAMES | | | |
| Comment: | | | | |

Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Homocysteine | 8.9 | mcmol/L | (4.0-15.4) | |

**Interpretation:**
  **Test performed by:   WRNMMC**
              **Dept of Pathology**
              **Wisconsin Ave BLDG 9**
              **8901 Bethesda, MD 20889**

## Comprehensive Metabolic Panel on 16 Feb 2016

| Collection Date: | 16 Feb 2016 | | Site/Specimen: | SERUM |
|---|---|---|---|---|
| Ordering Clinician: | WILSON, BRYAN JAMES | | | |
| Comment: | | | | |

Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Urea Nitrogen | 13.8 | mg/dL | (6-20) | |
| Albumin | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | 17 | U/L | (0-41) | |
| Bilirubin | 0.4 | mg/dL | (0.15-1.2) | |
| Calcium | 9.7 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | 29 | mmol/L | (22-29) | |
| Chloride | 98 | mmol/L | (98-107) | |
| Creatinine | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose | 89 | mg/dL | (74-106) | |
| Anion Gap | 14 | mmol/L | (7-16) | |
| Potassium | 4.4 | mmol/L | (3.5-5.1) | |
| Protein | 7.6 | g/dL | (6.6-8.7) | |
| Sodium | 141 | mmol/L | (136-145) | |
| GFR Calculated Non-Black | 105.6 | mL/min | (60->=60) | |
| GFR Calculated Black | 122.1 | mL/min | (60->=60) | |

**Interpretation:**

  **Reference values:**
          **>= 60 = Normal or mildly decreased GFR**
          **30-59 = Moderately decreased GFR**
          **15-29 = Severely decreased GFR**
          **<15  = Kidney failure**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

This is an estimated GFR (Glomerular Filtration Rate) only.  The value has
been derived from the Chronic Kidney Disease - Epidemiology (CKD-Epi)
Collaboration Equation.  The calculation automatically takes patient sex
into account, but CHCS cannot automatically adjust the formula for African
American patients, therefore two GFR results are reported -- GFR-NON AA and
GFR-AA.  As with all estimations, results may not be valid for certain sub-gro
ups including: pediatric patients (0-17 years old), severely hypoalbuminemic
patients, patients not in steady state (including acute renal failure),
dialysis patients, and patients with atypical body habitus.

Some pharmacological therapeutics are dosed based on older versions of the
eGFR.  Where deemed necessary, refer to Pharmacy for assistance or more
information.

| Aspartate Aminotransferase | 20 | U/L | (0-40) |

## Vitamin B12 (Cyanocobalamin) on 16 Feb 2016

Collection Date: 16 Feb 2016      Site/Specimen:      SERUM
Ordering Clinician: WILSON, BRYAN JAMES
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | 293 | pg/mL | (211-946) | |

**Interpretation:**
 **Laboratory testing performed at:**
         **WRNMMC**
         **Dept of Pathology**
         **8901 Wisconsin Ave BLDG 9**
         **Bethesda, MD 20889**

## ETG/ETS, UA (250 Cut-Off) on 02 Feb 2016

Collection Date: 02 Feb 2016      Site/Specimen:      URINE
Ordering Clinician: AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Ethyl Glucuronide | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
 **This test was developed and its performance characteristics**
 **determined by LabCorp. It has not been cleared or approved**
 **by the Food and Drug Administration.**

## Drug Abuse Screen on 02 Feb 2016

Collection Date:          02 Feb 2016                     Site/Specimen:        URINE
Ordering Clinician:       AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Cocaine** | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  ----------------------------------------------

| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>1000 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  ----------------------------------------------

| **Barbiturates** | NEGATIVE | | (Negative) | |

**Interpretation:**
 **> 200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  ----------------------------------------------

| Benzodiazepines | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  ----------------------------------------------

| **Opiates** | NEGATIVE | | (Negative) | |

**Interpretation:**
 **>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  ----------------------------------------------

| **Phencyclidine, UA** | NEGATIVE | | (Negative) | |

**Interpretation:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB:▮▮▮ 1985  SSN: ***-**-▮▮▮        DoD ID: 1286180538        Created: 16 Aug 2017

>25 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.
------------------------------------------------

**Cannabinoids**        NEGATIVE                        (Negative)

**Interpretation:**
>50 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.
------------------------------------------------

**Methadone**        NEGATIVE                        (Not-Detected)

**Interpretation:**
>300 ng/mL reported as positive. Unconfirmed screening results must not be
used for non-medical purposes.

**Oxycodone**        NEGATIVE        ng/mL        (Negative)

**Interpretation:**
Reporting limit 100 ng/mL
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

**Methodology:  Immunoassay**


## ETG/ETS, UA (250 Cut-Off) on 05 Jan 2016

Collection Date:                05 Jan 2016                Site/Specimen:                URINE
Ordering Clinician:        AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

**Interpretation:**
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.


## Drug Abuse Screen on 05 Jan 2016

Collection Date:                05 Jan 2016                Site/Specimen:                URINE
Ordering Clinician:        AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Cocaine** | NEGATIVE | | (Negative) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ▮▮ 1985  SSN: ***-**-▮▮    DoD ID: 1286180538          Created: 16 Aug 2017

**Interpretation:**
 **>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  ------------------------------------------------

**Amphetamines**              NEGATIVE                        (Negative)

**Interpretation:**
 **>1000 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  ------------------------------------------------

**Barbiturates**              NEGATIVE                        (Negative)

**Interpretation:**
 **> 200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  ------------------------------------------------

**Benzodiazepines**            NEGATIVE                        (Negative)

**Interpretation:**
 **>200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  ------------------------------------------------

**Opiates**                   NEGATIVE                        (Negative)

**Interpretation:**
 **>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  ------------------------------------------------

**Phencyclidine, UA**          NEGATIVE                        (Negative)

**Interpretation:**
 **>25 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  ------------------------------------------------

**Cannabinoids**              NEGATIVE                        (Negative)

**Interpretation:**
 **>50 ng/mL reported as positive**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538        Created: 16 Aug 2017

For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.
------------------------------------------------

Methadone                     NEGATIVE                              (Not-Detected)

Interpretation:
>300 ng/mL reported as positive. Unconfirmed screening results must not be
used for non-medical purposes.

Oxycodone                     NEGATIVE          ng/mL        (Negative)

Interpretation:
Reporting limit 100 ng/mL
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

Methodology:  Immunoassay

## Reference Testing Miscellaneous on 04 Jan 2016

Collection Date:              04 Jan 2016                Site/Specimen:        OTHER
Ordering Clinician:           AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Miscellaneous Mailout | SEE REPORT | | (SEE-BELOW) | |

## Drug Abuse Screen on 29 Dec 2015

Collection Date:              29 Dec 2015                Site/Specimen:        URINE
Ordering Clinician:           AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Methadone | NEGATIVE | | (Not-Detected) | |

Interpretation:
>300 ng/mL reported as positive. Unconfirmed screening results must not be
used for non-medical purposes.

| Amphetamines | NEGATIVE | | (Negative) | |

Interpretation:
>1000 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

------------------------------------------------

| Barbiturates | NEGATIVE | | (Negative) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538          Created: 16 Aug 2017

**Interpretation:**
 **> 200 ng/mL reported as positive**
 **For medical screening only. Unconfirmed screening results must not be used**
 **for non-medical purposes.**

 ------------------------------------------------

**Benzodiazepines**          NEGATIVE                              (Negative)

**Interpretation:**
 **>200 ng/mL reported as positive**
 **For medical screening only. Unconfirmed screening results must not be used**
 **for non-medical purposes.**
 ------------------------------------------------

**Cocaine**          NEGATIVE                              (Negative)

**Interpretation:**
 **>300 ng/mL reported as positive**
 **For medical screening only. Unconfirmed screening results must not be used**
 **for non-medical purposes.**

 ------------------------------------------------

**Opiates**          NEGATIVE                              (Negative)

**Interpretation:**
 **>300 ng/mL reported as positive**
 **For medical screening only. Unconfirmed screening results must not be used**
 **for non-medical purposes.**

 ------------------------------------------------

**Phencyclidine, UA**          NEGATIVE                              (Negative)

**Interpretation:**
 **>25 ng/mL reported as positive**
 **For medical screening only. Unconfirmed screening results must not be used**
 **for non-medical purposes.**
 ------------------------------------------------

**Cannabinoids**          NEGATIVE                              (Negative)

**Interpretation:**
 **>50 ng/mL reported as positive**
 **For medical screening only. Unconfirmed screening results must not be used**
 **for non-medical purposes.**
 ------------------------------------------------

**Oxycodone**          NEGATIVE          ng/mL          (Negative)

**Interpretation:**
 **Reporting limit 100 ng/mL**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

**Methodology:  Immunoassay**

## ETG/ETS, UA (250 Cut-Off) on 08 Dec 2015

Collection Date:              08 Dec 2015                    Site/Specimen:          URINE
Ordering Clinician:          AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Ethyl Glucuronide | Negative | ng/mL | Cutoff=250 | |

## Drug Abuse Screen on 08 Dec 2015

Collection Date:              08 Dec 2015                    Site/Specimen:          URINE
Ordering Clinician:          AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Cocaine | NEGATIVE | | (Negative) | |

**Interpretation:**
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -------------------------------------------------

| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
 >1000 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
 for non-medical purposes.

 -------------------------------------------------

| Barbiturates | NEGATIVE | | (Negative) | |

**Interpretation:**
 > 200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -------------------------------------------------

| Benzodiazepines | NEGATIVE | | (Negative) | |

**Interpretation:**

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

>200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  ---------------------------------------------

**Opiates**                    NEGATIVE                    (Negative)

**Interpretation:**
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ---------------------------------------------

**Phencyclidine, UA**          NEGATIVE                    (Negative)

**Interpretation:**
 >25 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  ---------------------------------------------

**Cannabinoids**               NEGATIVE                    (Negative)

**Interpretation:**
 >50 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
  ---------------------------------------------

**Methadone**                  NEGATIVE                    (Not-Detected)

**Interpretation:**
 >300 ng/mL reported as positive. Unconfirmed screening results must not be
 used for non-medical purposes.

**Oxycodone**                  NEGATIVE        ng/mL       (Negative)

**Interpretation:**
 Reporting limit 100 ng/mL
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

**Methodology:  Immunoassay**

# ETG/ETS, UA (250 Cut-Off) on 01 Dec 2015

Collection Date:              01 Dec 2015              Site/Specimen:       URINE
Ordering Clinician:           AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

| Ethyl Glucuronide | Negative | ng/mL | Cutoff=250 |
|---|---|---|---|

# Drug Abuse Screen on 01 Dec 2015

Collection Date:          01 Dec 2015                    Site/Specimen:          URINE
Ordering Clinician:      AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Cocaine | NEGATIVE | | (Negative) | |

Interpretation:
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ---------------------------------------------

| Amphetamines | NEGATIVE | | (Negative) | |

Interpretation:
 >1000 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ---------------------------------------------

| Barbiturates | NEGATIVE | | (Negative) | |

Interpretation:
 > 200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ---------------------------------------------

| Benzodiazepines | NEGATIVE | | (Negative) | |

Interpretation:
 >200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ---------------------------------------------

| Opiates | NEGATIVE | | (Negative) | |

Interpretation:
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ---------------------------------------------

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 93**
AR 2080

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Phencyclidine, UA            NEGATIVE                    (Negative)

**Interpretation:**
**>25 ng/mL reported as positive**
**  For medical screening only. Unconfirmed screening results must not be used**
**  for non-medical purposes.**
  -------------------------------------------------

**Cannabinoids**            NEGATIVE                    (Negative)

**Interpretation:**
**>50 ng/mL reported as positive**
**  For medical screening only. Unconfirmed screening results must not be used**
**  for non-medical purposes.**
  -------------------------------------------------

**Methadone**            NEGATIVE                    (Not-Detected)

**Interpretation:**
**>300 ng/mL reported as positive. Unconfirmed screening results must not be**
**used for non-medical purposes.**

**Oxycodone**            NEGATIVE        ng/mL        (Negative)

**Interpretation:**
**  Reporting limit 100 ng/mL**
**  For medical screening only. Unconfirmed screening results must not be used**
**  for non-medical purposes.**

**Methodology:  Immunoassay**


## ETG/ETS, UA (250 Cut-Off) on 17 Nov 2015

Collection Date:            17 Nov 2015                Site/Specimen:        URINE
Ordering Clinician:         AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Ethyl Glucuronide | Negative | ng/mL | Cutoff=250 | |


## Drug Abuse Screen on 17 Nov 2015

Collection Date:            17 Nov 2015                Site/Specimen:        URINE
Ordering Clinician:         AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Cocaine | NEGATIVE | | (Negative) | |

**Interpretation:**
**>300 ng/mL reported as positive**

**Medical Record**

Merwin, Daniel Dennis        DOB: ▇▇ 1985  SSN: ***-**-▇▇        DoD ID: 1286180538        Created: 16 Aug 2017

For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

-----------------------------------------------

**Amphetamines**           NEGATIVE                    (Negative)

**Interpretation:**
  >1000 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

-----------------------------------------------

**Barbiturates**           NEGATIVE                    (Negative)

**Interpretation:**
  > 200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

-----------------------------------------------

**Benzodiazepines**        NEGATIVE                    (Negative)

**Interpretation:**
  >200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
-----------------------------------------------

**Opiates**                NEGATIVE                    (Negative)

**Interpretation:**
  >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

-----------------------------------------------

**Phencyclidine, UA**      NEGATIVE                    (Negative)

**Interpretation:**
  >25 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
-----------------------------------------------

**Cannabinoids**           NEGATIVE                    (Negative)

**Interpretation:**
  >50 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.
-----------------------------------------------

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Methadone | NEGATIVE | | (Not-Detected) |

**Interpretation:**
>300 ng/mL reported as positive. Unconfirmed screening results must not be used for non-medical purposes.

| | | | | |
|---|---|---|---|---|
| Oxycodone | NEGATIVE | ng/mL | (Negative) |

**Interpretation:**
Reporting limit 100 ng/mL
For medical screening only. Unconfirmed screening results must not be used for non-medical purposes.

**Methodology: Immunoassay**

## Varicella Zoster Virus DFA on 29 Sep 2015

Collection Date:        29 Sep 2015                                    Site/Specimen:        SKIN
Ordering Clinician:    CUNNINGHAM, RACHEL ELIZABETH
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Varicella Zoster Virus Ag | NO VZ ANTIGEN DETECTED | | | |

**Interpretation:**
**METHODOLOGY:**
**This test utilizes a direct immunofluorescence technique for identifying Varicella Zoster Virus (VZV) in direct specimens.**

**LIMITATIONS:**
**The monoclonal antibodies used in this kit were prepared using a prototype strain and may not detect all antigenic variants or new strains of VZV.**

**Performance characteristics for direct specimens from patients undergoing antiviral therapy have not been established.**

**A negative result does not rule out infection with VZV and should be interpreted cautiously. Patient history, clinical status and other tests and findings should be considered. Correlation of this information may dictate additional specimen testing.**

## Herpes DFA on 29 Sep 2015

Collection Date:        29 Sep 2015                                    Site/Specimen:        Wound
Ordering Clinician:    CUNNINGHAM, RACHEL ELIZABETH
Comment:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | |
|---|---|
| **Order #** | 150929-09137 |
| **Filler #** | 150929 NVI 2333 |
| **Ordering Provider** | CUNNINGHAM, RACHEL ELIZABETH |
| **Priority** | ROUTINE |
| **DATE_ORDERED** | 20150929103200 |
| **DATE_RESULTED** | 20150930095455 |
| **COLLECT_SAMPLE** | LESION/WOUND |
| **VIROLOGY RESULT** | NEGATIVE DIRECT FLUORESCENT ANTIBODY FOR |
| **Results** | Final report |

## ETG/ETS, UA (500 Cut-Off) on 15 Sep 2015

Collection Date:          15 Sep 2015                    Site/Specimen:          URINE
Ordering Clinician:       AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=500 | |

## Drug Abuse Screen on 15 Sep 2015

Collection Date:          15 Sep 2015                    Site/Specimen:          URINE
Ordering Clinician:       AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Opiates | NEGATIVE | | (Negative) | |

**Interpretation:**
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ----------------------------------------------

| | | | | |
|---|---|---|---|---|
| Amphetamines | NEGATIVE | | (Negative) | |

**Interpretation:**
 >1000 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  ----------------------------------------------

| | | | | |
|---|---|---|---|---|
| Barbiturates | NEGATIVE | | (Negative) | |

**Interpretation:**
 > 200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ■■■ 1985  SSN: ***-**-■■■  DoD ID: 1286180538        Created: 16 Aug 2017

-------------------------------------------------

**Benzodiazepines**        NEGATIVE                        (Negative)

**Interpretation:**
**>200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  -------------------------------------------------

**Cocaine**        NEGATIVE                        (Negative)

**Interpretation:**
**>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -------------------------------------------------

**Phencyclidine, UA**        NEGATIVE                        (Negative)

**Interpretation:**
**>25 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  -------------------------------------------------

**Cannabinoids**        NEGATIVE                        (Negative)

**Interpretation:**
**>50 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  -------------------------------------------------

**Methadone**        NEGATIVE                        (Not-Detected)

**Interpretation:**
**>300 ng/mL reported as positive. Unconfirmed screening results must not be**
  **used for non-medical purposes.**

**Oxycodone**        NEGATIVE        ng/mL        (Negative)

**Interpretation:**
**Reporting limit 100 ng/mL**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

**Methodology:  Immunoassay**


## Herpes Virus Culture on 08 Sep 2015

Collection Date:        08 Sep 2015                Site/Specimen:        Groin, Left

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Ordering Clinician:      FIACCO, NICHOLAS RYAN
Comment:

| | |
|---|---|
| **Order #** | 150909-02160 |
| **Filler #** | 150909 NVI 2193 |
| **Ordering Provider** | FIACCO, NICHOLAS RYAN |
| **Priority** | ROUTINE |
| **DATE_ORDERED** | 20150909074800 |
| **DATE_RESULTED** | 20150914121050 |
| **COLLECT_SAMPLE** | OTHER SOURCE |
| **Order Comment** | for specimen already in lab |
| **VIROLOGY RESULT** | NO HERPES SIMPLEX VIRUS ISOLATED. |
| **Results** | Final report |


## HSV 1 & 2 Abs Indirect Panel on 08 Sep 2015

Collection Date:        08 Sep 2015                            Site/Specimen:        SERUM
Ordering Clinician:     FIACCO, NICHOLAS RYAN
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Herpes Simplex Virus 1 Ab IgM** | <1:10 | Titer units | <1:10 | |
| **Herpes Simplex Virus 2 Ab IgM** | <1:10 | Titer units | <1:10 | |

**Interpretation:**
**HSV 1 and HSV 2 share many cross-reacting antigens. Elevated titers
to both HSV 1 and HSV 2 may represent crossreactive HSV antibodies
rather than exposure to both HSV 1 and HSV 2.
Results for this test are for research purposes only by the assay's
manufacturer. The performance characteristics of this product have
not been established.  Results should not be used as a diagnostic
procedure without confirmation of the diagnosis by another medically
established diagnostic product or procedure.**


## Chlamydia+Gonococcus DNA Panel NAAT on 08 Sep 2015

Collection Date:        08 Sep 2015                            Site/Specimen:        URINE
Ordering Clinician:     FIACCO, NICHOLAS RYAN
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Neisseria gonorrhoeae DNA** | NEGATIVE FOR N.GONORRHOEAE | | | |

**Interpretation:**
**Laboratory testing performed at:**
              **WRNMMC                Dept of Pathology**
              **8901 Wisconsin Ave BLDG 9**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Bethesda, MD 20889

**Method: Ribosomal RNA Amplification**

**The APTIMA Combo 2 Assay detects the presence or absence of Neisseria gonorrhoeae and Chlamydia trachomatis ribosomal RNA in female cervical and vaginal swabs, male urethral swabs, and female/male urine specimens. The assay uses a target amplification nucleic acid probe technology and is run on the TIGRIS DTS Automated Analyzer.**

**Data on the performance of nucleic acid testing (NAATs) for Chlamydia trachomatis and Neisseria gonorrhea in patients under 16 is limited. This assay has not specifically been evaluated for patients under 16. Consultation with an expert is recommended before the performance and interpretation of NAAT in this context, to minimize the possibility of false positive and false negative results. This assay is not intended for the evaluation of suspected sexual abuse or for other medico-legal indications.**

| | | |
|---|---|---|
| **Chlamydia trachomatis DNA** | NEGATIVE FOR C.TRACHOMATIS | (Negative) |

**Interpretation:**
 Laboratory testing performed at:

      **WRNMMC**
      **Dept of Pathology**
      **Wisconsin Ave BLDG 9**
      **Bethesda, MD 20889**

# Herpes Simplex Virus 1+2 Ab IgG on 08 Sep 2015

| | | | |
|---|---|---|---|
| Collection Date: | 08 Sep 2015 | Site/Specimen: | SERUM |
| Ordering Clinician: | FIACCO, NICHOLAS RYAN | | |
| Comment: | | | |

Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Herpes Simplex Virus 1 Ab IgG** | <0.91 | Index | 0.00-0.90 | |

**Interpretation:**
         **Negative   <0.91**
         **Equivocal 0.91 - 1.09**
         **Positive   >1.09**
    **Note: Negative indicates no antibodies detected to HSV-1. Equivocal may suggest early infection. If clinically appropriate, retest at later date. Positive indicates antibodies detected to HSV-1.**

| | | | |
|---|---|---|---|
| **Herpes Simplex Virus 2 Ab IgG** | <0.91 | Index | 0.00-0.90 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Interpretation:**

<div style="text-align:center">

Negative        <0.91
Equivocal 0.91 - 1.09
Positive        >1.09
Note: Negative indicates no antibodies detected to
HSV-2. Equivocal may suggest early infection.  If
clinically appropriate, retest at later date. Positive
indicates antibodies detected to HSV-2.

</div>

## Rapid Plasma Reagin on 08 Sep 2015

Collection Date:        08 Sep 2015                          Site/Specimen:        SERUM
Ordering Clinician:     FIACCO, NICHOLAS RYAN
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Reagin Ab | NONREACTIVE | | (Non-Reactive) | |

**Interpretation:**
  REACTIVE:    Reactive - may indicate past or current syphilis infection.
              Reactive results will be quantified and will be reflexed to
              the Treponema pallidum AB test The diagnosis of syphilis should
              not be made on the basis of a single reactive serologic test
              without taking history, clinical, and other information into
              consideration

  NON REACTIVE : Nonreactive - current or past infection is unlikely,
              cannot exclude incubating or early syphilis.
  METHODOLOGY:
  This test is a macroscopic, non-treponemal flocculation procedure for the
  serologic screening for syphyllis in serum.

## HIV Rapid on 08 Sep 2015

Collection Date:        08 Sep 2015                          Site/Specimen:        BLOOD
Ordering Clinician:     FIACCO, NICHOLAS RYAN
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| HIV-1 Ab Rapid | NEGATIVE-ONBOARD QC ACCEPTED | | (Negative) | |

**Interpretation:**
  ----------------------------------------------------------
  POST-EXPOSURE RAPID HIV-1/2 AB SCREEN:
  A preliminary positive screen may not be indicative of an
  individual's HIV status.  A confirmatory HIV-1/O/2 test

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 101**
AR 2088

**Medical Record**

must be performed as soon as possible on ALL preliminary
positive results on initial screens.  One (1) additional
sample must be collected (HIV SST tube) from the patient
and sent to the laboratory, along with an order for an
HIV-1/O/2 AB placed in CHCS (source of test
"I"-clinically indicated).

***NOTE:  This test is NOT to be used to meet the annual
       requirements for HIV testing.

## ETG/ETS, UA (250 Cut-Off) on 23 Jun 2015

Collection Date:           23 Jun 2015                    Site/Specimen:        URINE
Ordering Clinician:        AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Ethyl Glucuronide | Negative | ng/mL | Cutoff=250 | |

## Drug Abuse Screen on 23 Jun 2015

Collection Date:           23 Jun 2015                    Site/Specimen:        URINE
Ordering Clinician:        AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Cocaine | NEGATIVE | | (Negative) | |

Interpretation:
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -----------------------------------------------

| | | | | |
|------|-------|-------|-------|----------|
| Amphetamines | NEGATIVE | | (Negative) | |

Interpretation:
 >1000 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

 -----------------------------------------------

| | | | | |
|------|-------|-------|-------|----------|
| Barbiturates | NEGATIVE | | (Negative) | |

Interpretation:
 > 200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

-------------------------------------------

**Benzodiazepines**          NEGATIVE                              (Negative)

**Interpretation:**
  **>200 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  -------------------------------------------

**Opiates**          NEGATIVE                              (Negative)

**Interpretation:**
  **>300 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  -------------------------------------------

**Phencyclidine, UA**          NEGATIVE                              (Negative)

**Interpretation:**
  **>25 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  -------------------------------------------

**Cannabinoids**          NEGATIVE                              (Negative)

**Interpretation:**
  **>50 ng/mL reported as positive**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**
  -------------------------------------------

**Methadone**          NEGATIVE                              (Not-Detected)

**Interpretation:**
  **>300 ng/mL reported as positive. Unconfirmed screening results must not be**
  **used for non-medical purposes.**

**Oxycodone**          NEGATIVE          ng/mL          (Negative)

**Interpretation:**
  **Reporting limit 100 ng/mL**
  **For medical screening only. Unconfirmed screening results must not be used**
  **for non-medical purposes.**

  **Methodology:  Immunoassay**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## TISSUE EXAM on 23 Jun 2015

Collection Date:     23 Jun 2015                    Site/Specimen:
Ordering Clinician:   TAYLOR, BRADLEY MICHAEL
Comment:

| | |
|---|---|
| **Order #** | 150702-23826 |
| **Ordered Date** | 20150702192500 |
| **Priority** | ROUTINE |
| **Resulted Date** | 20150702192525.1-0400 |
| **Col** | 23Jun15@1131       TISSUE(TISSUE) |
| **Hcp** | TAYLOR,BRADLEY MICHAEL     Req Loc: DERMATOL |
| **Performing Lab** | NNMC AP LAB, BETHESDA,MD<br>150626 NSP 11753 |
| **TISSUE E**       **C** | LRS02Jul15@1925<br>CoPath Report |
| **Patient** | MERWIN,DANIEL DENNIS     Specimen #: NS15-11753 |
| **Accessioned** | 06/26/15 |
| **A** | Skin, Scalp, Punch B: Skin, Left scalp, Punch |
| | =============================================================================<br>-==<br>lrs/07/02/15       ** Report Electronically Signed Out **<br>Laurel R. Stearns, MAJ, MC, USA<br>=============================================================================<br>-==<br>B. The specimen is received in formalin, labeled with the patient's name<br>Merwin, Daniel, and designated "Punch, Left Scalp". It consists of a tan,<br>hair-bearing punch of skin measuring 4.0 cm in diameter that is previously<br>horizontally sectioned and excised to a maximum depth of 0.6 cm. The<br>specimen is submitted in its entirety in one cassette.  3/1/NG (Sponge)<br>CLP/PDP/LRS<br>CLP/mrg |
| **FINAL DIAGNOSIS** | |
| **A. SKIN, SCALP, PUNCH BIOPSY** | - MILD EARLY CHANGES OF ANDROGENETIC ALOPECIA. (SEE COMMENT) |
| **B. SKIN, LEFT SCALP, PUNCH BIOPSY** | - NORMAL SCALP. |
| **COMMENT** | The sections were diffuclt to interpret due to processing and orientation. In part A, the sections show a normal number of terminal hair<br>follicles with a slightly increased number of vellus hairs. Mild superficial perifollicular lymphocytic inflammation is present. Evidence<br>of scarring alopecia is not present in multiple additional step sections.<br>If clinically indicated additional biopsies may be helpful. |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

| | |
|---|---|
| **CLINICAL DIAGNOSIS AND HISTORY** | 30 y/o M, tufted, scarring alopecia on scalp after reported infection about six years ago. Patient feels it is slowly progressing. Mild erythema and some scale which feel most likely represents overlying mild seb derm but cannot completely rule out active scarring process. Discussed options with patient to include treating for seb derm and monitoring response vs biopsy for further evaluation . Patient elected to proceed with biopsy. Two punch biopsies completed today. Perilesional and normal posterior scalp. Tolerated well. Wound care discussed. Ddx includes mature scar w/overlying seb derm v folliculits decalvans v LPP v other scarring etiologies. |
| **PRE-OPERATIVE DIAGNOSIS** | A) Mature scar w/overlying seb derm v folliculits decalvans v LPP v other scarring etiology. B) Normal scalp. |
| **POST-OPERATIVE DIAGNOSIS** | |
| **Operative Findings** | SAA |
| **Post-operative Diagnosis** | SAA |
| **GROSS DESCRIPTION** | A. The specimen is received in formalin, labeled with the patient's name Merwin, Daniel, and designated "Punch, Scalp". It consists of a tan, hair-bearing punch of skin that is previously horizontally sectioned measuring 0.4 cm in diameter and excised to a maximum depth of 0.6 cm. |
| **CPT Codes** | ; 88305 ; 88305 (LEVEL 4) ; 88305 ; 88305 (LEVEL 4) |

## ETG/ETS, UA (250 Cut-Off) on 18 May 2015

Collection Date: 18 May 2015      Site/Specimen:      URINE
Ordering Clinician: AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

## Drug Abuse Screen on 18 May 2015

Collection Date: 18 May 2015      Site/Specimen:      URINE
Ordering Clinician: AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Opiates** | NEGATIVE | | (Negative) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Interpretation:**
 **>300 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**

   --------------------------------------------------

**Amphetamines**              NEGATIVE                          (Negative)

**Interpretation:**
 **>1000 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**

   --------------------------------------------------

**Barbiturates**              NEGATIVE                          (Negative)

**Interpretation:**
 **> 200 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**

   --------------------------------------------------

**Benzodiazepines**           NEGATIVE                          (Negative)

**Interpretation:**
 **>200 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**
   --------------------------------------------------

**Cocaine**                   NEGATIVE                          (Negative)

**Interpretation:**
 **>300 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**

   --------------------------------------------------

**Phencyclidine, UA**         NEGATIVE                          (Negative)

**Interpretation:**
 **>25 ng/mL reported as positive**
   **For medical screening only. Unconfirmed screening results must not be used**
   **for non-medical purposes.**
   --------------------------------------------------

**Cannabinoids**              NEGATIVE                          (Negative)

**Interpretation:**
 **>50 ng/mL reported as positive**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.
----------------------------------------------

Methadone                      NEGATIVE                          (Not-Detected)

Interpretation:
>300 ng/mL reported as positive. Unconfirmed screening results must not be
used for non-medical purposes.

Oxycodone                      NEGATIVE        ng/mL        (Negative)

Interpretation:
Reporting limit 100 ng/mL
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

Methodology:  Immunoassay

## ETG/ETS, UA (250 Cut-Off) on 04 May 2015

Collection Date:              04 May 2015                      Site/Specimen:        URINE
Ordering Clinician:           AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Ethyl Glucuronide | Negative | ng/mL | Cutoff=250 | |

## Drug Abuse Screen on 04 May 2015

Collection Date:              04 May 2015                      Site/Specimen:        URINE
Ordering Clinician:           AILOR, LYNNE P
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Opiates | NEGATIVE | | (Negative) | |

Interpretation:
>300 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

----------------------------------------------

Amphetamines                   NEGATIVE                          (Negative)

Interpretation:
>1000 ng/mL reported as positive
For medical screening only. Unconfirmed screening results must not be used
for non-medical purposes.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

-------------------------------------------------

| | | |
|---|---|---|
| **Barbiturates** | NEGATIVE | (Negative) |

**Interpretation:**
 > 200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  -------------------------------------------------

| | | |
|---|---|---|
| **Benzodiazepines** | NEGATIVE | (Negative) |

**Interpretation:**
 >200 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  -------------------------------------------------

| | | |
|---|---|---|
| **Cocaine** | NEGATIVE | (Negative) |

**Interpretation:**
 >300 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  -------------------------------------------------

| | | |
|---|---|---|
| **Phencyclidine, UA** | NEGATIVE | (Negative) |

**Interpretation:**
 >25 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  -------------------------------------------------

| | | |
|---|---|---|
| **Cannabinoids** | NEGATIVE | (Negative) |

**Interpretation:**
 >50 ng/mL reported as positive
  For medical screening only. Unconfirmed screening results must not be used
  for non-medical purposes.

  -------------------------------------------------

| | | |
|---|---|---|
| **Methadone** | NEGATIVE | (Not-Detected) |

**Interpretation:**
 >300 ng/mL reported as positive. Unconfirmed screening results must not be
 used for non-medical purposes.

| | | | |
|---|---|---|---|
| **Oxycodone** | NEGATIVE | ng/mL | (Negative) |

**Interpretation:**
  Reporting limit 100 ng/mL

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

For medical screening only. Unconfirmed screening results must not be used for non-medical purposes.

**Methodology:  Immunoassay**

## Comprehensive Metabolic Panel on 28 Apr 2015

Collection Date:            28 Apr 2015                    Site/Specimen:         SERUM
Ordering Clinician:      AUSTIN, MARIE
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Glucose | 90 | mg/dL | (74-106) | |
| Albumin | 5.1 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | 70 | U/L | (40-129) | |
| Alanine Aminotransferase | 33 | U/L | (0-41) | |
| Bilirubin | 0.3 | mg/dL | (0-1.2) | |
| Urea Nitrogen | 13.4 | mg/dL | (6-20) | |
| Calcium | 9.9 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | 29 | mmol/L | (22-29) | |
| Chloride | 101 | mmol/L | (98-107) | |
| Creatinine | 0.97 | mg/dL | (0.7-1.2) | |
| Potassium | 4.6 | mmol/L | (3.5-5.1) | |
| Protein | 7.7 | g/dL | (6.6-8.7) | |
| Sodium | 143 | mmol/L | (136-145) | |
| Anion Gap | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | 104.3 | mL/min | (60->=60) | |
| GFR Calculated Black | 120.6 | mL/min | (60->=60) | |

Interpretation:

Reference values:
>= 60 = Normal or mildly decreased GFR
30-59 = Moderately decreased GFR
15-29 = Severely decreased GFR
<15  = Kidney failure

This is an estimated GFR (Glomerular Filtration Rate) only.  The value has been derived from the Chronic Kidney Disease - Epidemiology (CKD-Epi) Collaboration Equation.  The calculation automatically takes patient sex into account, but CHCS cannot automatically adjust the formula for African American patients, therefore two GFR results are reported -- GFR-NON AA and GFR-AA.  As with all estimations, results may not be valid for certain sub-gro ups including: pediatric patients (0-17 years old), severely hypoalbuminemic patients, patients not in steady state (including acute renal failure), dialysis patients, and patients with atypical body habitus.

Some pharmacological therapeutics are dosed based on older versions of the eGFR.  Where deemed necessary, refer to Pharmacy for assistance or more information.

| Aspartate | 26 | U/L | (0-40) | |

| Merwin, Daniel Dennis | DOB: ■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

Page 109
AR 2096

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

**Aminotransferase**

## ETG/ETS, UA (500 Cut-Off) on 20 Apr 2015

Collection Date:    20 Apr 2015        Site/Specimen:    URINE
Ordering Clinician:    CEREMUGA, GEORGE J
Comment:    NONE
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Ethyl Glucuronide | Negative | ng/mL | Cutoff=500 | |

## Drug Abuse Screen on 20 Apr 2015

Collection Date:    20 Apr 2015        Site/Specimen:    URINE
Ordering Clinician:    CEREMUGA, GEORGE J
Comment:    NONE
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Cocaine | Not detected | | (Not-detected) | |
| **Interpretation:** Assay cutoff: 300 ng/mL | | | | |
| Amphetamines | Not detected | | (Not-detected) | |
| **Interpretation:** Assay cutoff: 500 ng/mL | | | | |
| Barbiturates | Not detected | | (Not-detected) | |
| **Interpretation:** Assay cutoff: 200 ng/mL | | | | |
| Benzodiazepines | Not detected | | (Not-detected) | |
| **Interpretation:** Assay cutoff: 100 ng/mL | | | | |
| Opiates | Not detected | | (Not-detected) | |
| **Interpretation:** Assay cutoff: 300 ng/mL | | | | |
| Phencyclidine, UA | Not detected | | (Not-detected) | |
| **Interpretation:** Assay cutoff: 25 ng/mL | | | | |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Note: (For Medical Purpose only). Performed by enzyme immunoassay (EIA) and all positive results will be confirmed by appropriate methods. The confirmation will be on a separate report.**

**Cannabinoids**        Not detected        (Not-detected)

**Interpretation:**
 **Assay cutoff: 50 ng/mL**

**Methadone**        Not detected        (Not-detected)

**Interpretation:**
 **Assay cutoff: 300 ng/mL**

**Oxycodone**        Not detected        (Not-detected)

**Interpretation:**
 **Assay cutoff: 100 ng/mL**

## ETG/ETS, UA (500 Cut-Off) on 13 Apr 2015

Collection Date:        13 Apr 2015        Site/Specimen:        URINE
Ordering Clinician:        CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=500 | |

## Drug Abuse Screen on 13 Apr 2015

Collection Date:        13 Apr 2015        Site/Specimen:        URINE
Ordering Clinician:        CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Opiates** | Not detected | | (Not-detected) | |

**Interpretation:**
 **Assay cutoff: 300 ng/mL**

| **Amphetamines** | Not detected | | (Not-detected) | |

**Interpretation:**
 **Assay cutoff: 500 ng/mL**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

| | | |
|---|---|---|
| **Barbiturates** | Not detected | (Not-detected) |
| **Interpretation:** Assay cutoff: 200 ng/mL | | |

| | | |
|---|---|---|
| **Benzodiazepines** | Not detected | (Not-detected) |
| **Interpretation:** Assay cutoff: 100 ng/mL | | |

| | | |
|---|---|---|
| **Cocaine** | Not detected | (Not-detected) |
| **Interpretation:** Assay cutoff: 300 ng/mL | | |

| | | |
|---|---|---|
| **Phencyclidine, UA** | Not detected | (Not-detected) |
| **Interpretation:** Assay cutoff: 25 ng/mL | | |

**Note: (For Medical Purpose only). Performed by enzyme immunoassay (EIA) and all positive results will be confirmed by appropriate methods. The confirmation will be on a separate report.**

| | | |
|---|---|---|
| **Cannabinoids** | Not detected | (Not-detected) |
| **Interpretation:** Assay cutoff: 50 ng/mL | | |

| | | |
|---|---|---|
| **Methadone** | Not detected | (Not-detected) |
| **Interpretation:** Assay cutoff: 300 ng/mL | | |

| | | |
|---|---|---|
| **Oxycodone** | Not detected | (Not-detected) |
| **Interpretation:** Assay cutoff: 100 ng/mL | | |

## ETG/ETS, UA (500 Cut-Off) on 06 Apr 2015

Collection Date:              06 Apr 2015                    Site/Specimen:          URINE
Ordering Clinician:         DUDA, ROGER H
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▢ 1985  SSN: ***-**-▢ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=500 |

# Drug Abuse Screen on 06 Apr 2015

Collection Date:          06 Apr 2015                    Site/Specimen:          URINE
Ordering Clinician:       DUDA, ROGER H
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Cocaine** | Not detected | | (Not-detected) | |
| **Interpretation:**<br> **Assay cutoff: 300 ng/mL** | | | | |
| **Amphetamines** | Not detected | | (Not-detected) | |
| **Interpretation:**<br> **Assay cutoff: 500 ng/mL** | | | | |
| **Barbiturates** | Not detected | | (Not-detected) | |
| **Interpretation:**<br> **Assay cutoff: 200 ng/mL** | | | | |
| **Benzodiazepines** | Not detected | | (Not-detected) | |
| **Interpretation:**<br> **Assay cutoff: 100 ng/mL** | | | | |
| **Opiates** | Not detected | | (Not-detected) | |
| **Interpretation:**<br> **Assay cutoff: 300 ng/mL** | | | | |
| **Phencyclidine, UA** | Not detected | | (Not-detected) | |
| **Interpretation:**<br> **Assay cutoff: 25 ng/mL** | | | | |

**Note: (For Medical Purpose only).  Performed by enzyme immunoassay (EIA) and**
**all positive results will be confirmed by appropriate methods.  The**
**confirmation will be on a separate report.**

| **Cannabinoids** | Not detected | | (Not-detected) | |
| **Interpretation:**<br> **Assay cutoff: 50 ng/mL** | | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Methadone**          Not detected          (Not-detected)

Interpretation:
 Assay cutoff: 300 ng/mL

**Oxycodone**          Not detected          (Not-detected)

Interpretation:
 Assay cutoff: 100 ng/mL

## Chlamydia+Gonococcus DNA Panel NAAT on 31 Mar 2015

Collection Date:          31 Mar 2015                    Site/Specimen:          URINE
Ordering Clinician:       CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Neisseria gonorrhoeae DNA | NEGATIVE FOR N.GONORRHOE AE | | | |

Interpretation:
 Laboratory testing performed at:
          WRNMMC          **Dept of Pathology**
          **8901 Wisconsin Ave BLDG 9**
          **Bethesda, MD 20889**

 **Method: Ribosomal RNA Amplification**

 **The APTIMA Combo 2 Assay detects the presence or absence of Neisseria
 gonorrhoeae and Chlamydia trachomatis ribosomal RNA in female cervical
 and vaginal swabs, male urethral swabs, and female/male urine specimens.
 The assay uses a target amplification nucleic acid probe technology
 and is run on the TIGRIS DTS Automated Analyzer.**

**Data on the performance of nucleic acid testing (NAATs) for Chlamydia
trachomatis and Neisseria gonorrhea in patients under 16 is limited.
This assay has not specifically been evaluated for patients under 16.
Consultation with an expert is recommended before the performance and
interpretation of NAAT in this context, to minimize the possibility of
false positive and false negative results. This assay is not intended for
the evaluation of suspected sexual abuse or for other medico-legal
indications.**

| Chlamydia trachomatis DNA | NEGATIVE FOR C.TRACHOMAT IS | | (Negative) | |

Interpretation:

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 114**
AR 2101

**Medical Record**

Merwin, Daniel Dennis          DOB:         1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

---

**Laboratory testing performed at:**

> **WRNMMC**
> **Dept of Pathology**
> **Wisconsin Ave BLDG 9**
> **Bethesda, MD 20889**

---

## ETG/ETS, UA (500 Cut-Off) on 30 Mar 2015

Collection Date:             30 Mar 2015                          Site/Specimen:      URINE
Ordering Clinician:          CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Ethyl Glucuronide | Negative | ng/mL | Cutoff=500 | |

## Drug Abuse Screen on 30 Mar 2015

Collection Date:             30 Mar 2015                          Site/Specimen:      URINE
Ordering Clinician:          CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Cocaine | Not detected | | (Not-detected) | |
| **Interpretation:**<br> Assay cutoff: 300 ng/mL | | | | |
| Amphetamines | Not detected | | (Not-detected) | |
| **Interpretation:**<br> Assay cutoff: 500 ng/mL | | | | |
| Barbiturates | Not detected | | (Not-detected) | |
| **Interpretation:**<br> Assay cutoff: 200 ng/mL | | | | |
| Benzodiazepines | Not detected | | (Not-detected) | |
| **Interpretation:**<br> Assay cutoff: 100 ng/mL | | | | |
| Opiates | Not detected | | (Not-detected) | |
| **Interpretation:**<br> Assay cutoff: 300 ng/mL | | | | |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | |
|---|---|---|
| Phencyclidine, UA | Not detected | (Not-detected) |

Interpretation:
 Assay cutoff: 25 ng/mL

Note: (For Medical Purpose only).  Performed by enzyme immunoassay (EIA) and
all positive results will be confirmed by appropriate methods.  The
confirmation will be on a separate report.

| | | |
|---|---|---|
| Cannabinoids | Not detected | (Not-detected) |

Interpretation:
 Assay cutoff: 50 ng/mL

| | | |
|---|---|---|
| Methadone | Not detected | (Not-detected) |

Interpretation:
 Assay cutoff: 300 ng/mL

| | | |
|---|---|---|
| Oxycodone | Not detected | (Not-detected) |

Interpretation:
 Assay cutoff: 100 ng/mL

## Urinalysis Panel on 28 Mar 2015

| | | | |
|---|---|---|---|
| Collection Date: | 28 Mar 2015 | Site/Specimen: | URINE |
| Ordering Clinician: | BROCKINGTON, RHANDA J | | |

Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Specific Gravity | 1.006 | | (1.000-1.035) | |
| Color | Straw | | (Yellow) | |
| Ketones | neg | mg/dL | (neg) | |
| Hemoglobin | neg | | (neg) | |
| Nitrite | neg | | (neg) | |
| pH | 7.0 | | (5.0-9.0) | |
| Protein | neg | mg/dL | (neg) | |
| Appearance | Clear | | (Clear) | |
| Leukocyte Esterase | neg | | (neg) | |
| Urobilinogen | normal | mg/dL | (norm 0.2-1) | |
| Glucose | neg | mg/dL | (neg) | |
| Bilirubin | neg | | (neg) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ▓▓▓ 1985  SSN: ***-**-▓▓▓    DoD ID: 1286180538        Created: 16 Aug 2017

## Mephedrone, MDPV, Methylone on 27 Mar 2015

Collection Date:            27 Mar 2015                    Site/Specimen:        URINE
Ordering Clinician:        CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Mephedrone | Negative | | NEGATIVE | |
| Methylenedioxypyrovalerone | Negative | | NEGATIVE | |
| Methylone | Negative | | NEGATIVE | |

## Cannabinoids (THC), Synthetic on 27 Mar 2015

Collection Date:            27 Mar 2015                    Site/Specimen:        URINE
Ordering Clinician:        CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Cannabinoids, Synthetic | Negative | | | |

## Chlamydia+Gonococcus DNA Panel NAAT on 27 Mar 2015

Collection Date:            27 Mar 2015                    Site/Specimen:        URINE
Ordering Clinician:        CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Neisseria gonorrhoeae DNA | NEGATIVE FOR N.GONORRHOEAE | | | |

**Interpretation:**
**Laboratory testing performed at:**
**WRNMMC          Dept of Pathology**
**8901 Wisconsin Ave BLDG 9**
**Bethesda, MD 20889**

**Method: Ribosomal RNA Amplification**

**The APTIMA Combo 2 Assay detects the presence or absence of Neisseria**
**gonorrhoeae and Chlamydia trachomatis ribosomal RNA in female cervical**
**and vaginal swabs, male urethral swabs, and female/male urine specimens.**
**The assay uses a target amplification nucleic acid probe technology**
**and is run on the TIGRIS DTS Automated Analyzer.**

**Data on the performance of nucleic acid testing (NAATs) for Chlamydia**
**trachomatis and Neisseria gonorrhea in patients under 16 is limited.**
**This assay has not specifically been evaluated for patients under 16.**
**Consultation with an expert is recommended before the performance and**
**interpretation of NAAT in this context, to minimize the possibility of**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

false positive and false negative results. This assay is not intended for the evaluation of suspected sexual abuse or for other medico-legal indications.

| Chlamydia trachomatis DNA | NEGATIVE FOR C.TRACHOMATIS | (Negative) |

Interpretation:
 Laboratory testing performed at:

> WRNMMC
> Dept of Pathology
> Wisconsin Ave BLDG 9
> Bethesda, MD 20889

## ETG/ETS, UA (250 Cut-Off) on 27 Mar 2015

Collection Date:          27 Mar 2015                    Site/Specimen:        URINE
Ordering Clinician:       CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Ethyl Glucuronide** | Negative | ng/mL | Cutoff=250 | |

## Drug Abuse Screen on 27 Mar 2015

Collection Date:          27 Mar 2015                    Site/Specimen:        URINE
Ordering Clinician:       CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Opiates** | Not detected | | (Not-detected) | |
| **Interpretation:** Assay cutoff: 300 ng/mL | | | | |
| **Amphetamines** | Not detected | | (Not-detected) | |
| **Interpretation:** Assay cutoff: 500 ng/mL | | | | |
| **Barbiturates** | Not detected | | (Not-detected) | |
| **Interpretation:** Assay cutoff: 200 ng/mL | | | | |
| **Benzodiazepines** | Not detected | | (Not-detected) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis       DOB: [ ] 1985  SSN: ***-**- [ ]       DoD ID: 1286180538       Created: 16 Aug 2017

**Interpretation:**
 Assay cutoff: 100 ng/mL

| | | |
|---|---|---|
| **Cocaine** | Not detected | (Not-detected) |

**Interpretation:**
 Assay cutoff: 300 ng/mL

**Phencyclidine, UA**       Not detected             (Not-detected)

**Interpretation:**
 Assay cutoff: 25 ng/mL

**Note: (For Medical Purpose only).  Performed by enzyme immunoassay (EIA) and
all positive results will be confirmed by appropriate methods.  The
confirmation will be on a separate report.**

**Cannabinoids**       Not detected             (Not-detected)

**Interpretation:**
 Assay cutoff: 50 ng/mL

**Methadone**       Not detected             (Not-detected)

**Interpretation:**
 Assay cutoff: 300 ng/mL

**Oxycodone**       Not detected             (Not-detected)

**Interpretation:**
 Assay cutoff: 100 ng/mL

## Urinalysis Panel on 27 Mar 2015

Collection Date:          27 Mar 2015                    Site/Specimen:        URINE
Ordering Clinician:       CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Nitrite | neg | | (neg) | |
| Color | Straw | | (Yellow) | |
| Ketones | neg | mg/dL | (neg) | |
| Hemoglobin | neg | | (neg) | |
| pH | 7.0 | | (5.0-9.0) | |
| RBC | < 1 | /HPF | (0-3) | |
| Protein | neg | mg/dL | (neg) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Appearance | Clear | | (Clear) | |
| Leukocyte Esterase | MOD | | (neg) | Higher Than Normal |
| Specific Gravity | 1.008 | | (1.000-1.035) | |
| Urobilinogen | normal | mg/dL | (norm 0.2-1) | |
| WBC | 3 | /HPF | (0-2) | Higher Than Normal |
| Glucose | neg | mg/dL | (neg) | |
| Bilirubin | neg | | (neg) | |

## Urine Culture on 27 Mar 2015

Collection Date:       27 Mar 2015                    Site/Specimen:       Urine
Ordering Clinician:    CEREMUGA, GEORGE J
Comment:

| Order # | 150327-24502 |
| Filler # | 150327 DWB 64394 |
| Ordering Provider | CEREMUGA, GEORGE J |
| Priority | ROUTINE |
| DATE_ORDERED | 20150327155700 |
| DATE_RESULTED | 20150329065106 |
| COLLECT_SAMPLE | URINE/CLEAN CATCH |
| BACTERIOLOGY RESULT | 03/28/15<br>03/29/15 URINE CULTURE NEGATIVE |
| Results | Final report |

## Vitamin D, 1,25-Dihydroxy (Calcitriol) Panel on 27 Mar 2015

Collection Date:       27 Mar 2015                    Site/Specimen:       SERUM
Ordering Clinician:    CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Vitamin D, 1,25-Dihydroxy | 78 | pg/mL | | |
| Vitamin D2, 1,25-Dihydroxy | <10 | pg/mL | | |
| Vitamin D3, 1,25-Dihydroxy | 76 | pg/mL | | |

## Vitamin B1 (Thiamine) on 27 Mar 2015

Collection Date:       27 Mar 2015                    Site/Specimen:       BLOOD
Ordering Clinician:    CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Vitamin B1 (Thiamine) | 193.4 | nmol/L | 66.5-200.0 | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## HIV-1/O/2 Ab on 27 Mar 2015

Collection Date:            27 Mar 2015                              Site/Specimen:        SERUM
Ordering Clinician:        CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **HIV-1/O/2 Ab** | Negative | | | |

## Rapid Plasma Reagin on 27 Mar 2015

Collection Date:            27 Mar 2015                              Site/Specimen:        SERUM
Ordering Clinician:        CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Reagin Ab** | NONREACTIVE | | (Non-Reactive) | |

**Interpretation:**
 **REACTIVE:**      **Reactive - may indicate past or current syphilis infection.**
               **Reactive results will be quantified and will be reflexed to**
               **the Treponema pallidum AB test The diagnosis of syphilis should**
               **not be made on the basis of a single reactive serologic test**
               **without taking history, clinical, and other information into**
               **consideration**

 **NON REACTIVE : Nonreactive - current or past infection is unlikely,**
               **cannot exclude incubating or early syphilis.**
 **METHODOLOGY:**
 **This test is a macroscopic, non-treponemal flocculation procedure for the**
 **serologic screening for syphyllis in serum.**

## Vitamin B12 (Cyanocobalamin)+Folate Panel on 27 Mar 2015

Collection Date:            27 Mar 2015                              Site/Specimen:        SERUM
Ordering Clinician:        CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Vitamin B12 (Cobalamins)** | 329 | pg/mL | (211-946) | |

**Interpretation:**
 **Laboratory testing performed at:**
               **WRNMMC**
               **Dept of Pathology**
               **8901 Wisconsin Ave BLDG 9**
               **Bethesda, MD 20889**

| | | | | |
|---|---|---|---|---|
| **Folate** | >20.00 | ng/mL | (4.6-34.8) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Interpretation:**
 **Laboratory testing performed at:**
   **WRNMMC**
   **Dept of Pathology**
   **8901 Wisconsin Ave BLDG 9**
   **Bethesda, MD 20889**

## Homocysteine on 27 Mar 2015

Collection Date:   27 Mar 2015    Site/Specimen:  SERUM
Ordering Clinician:  CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Homocysteine** | 9.1 | mcmol/L | (4.0-15.4) | |

**Interpretation:**
 **Test performed by:**  **WRNMMC**
   **Dept of Pathology**
   **Wisconsin Ave BLDG 9**
   **8901 Bethesda, MD 20889**

## Thyroid Stimulating Hormone on 27 Mar 2015

Collection Date:   27 Mar 2015    Site/Specimen:  SERUM
Ordering Clinician:  CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Thyrotropin** | 0.757 | mcIU/mL | (0.27-4.20) | |

**Interpretation:**
 **Free T4 will be automatically performed when TSH <0.27 or >4.20**

## Magnesium on 27 Mar 2015

Collection Date:   27 Mar 2015    Site/Specimen:  SERUM
Ordering Clinician:  CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Magnesium** | 2.2 | mg/dL | (1.7-2.6) | |

## Gamma Glutamyl Transferase on 27 Mar 2015

Collection Date:   27 Mar 2015    Site/Specimen:  SERUM

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ___ 1985 | SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Ordering Clinician:       CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Gamma-Glutamyl Transferase | 40 | U/L | (10-71) | |

## Comprehensive Metabolic Panel on 27 Mar 2015

Collection Date:          27 Mar 2015                              Site/Specimen:      SERUM
Ordering Clinician:       CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Albumin | 4.9 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | 71 | U/L | (40-130) | |
| Alanine Aminotransferase | 29 | U/L | (0-41) | |

**Interpretation:**
**Any abnormality in a patient's ALT could be a marker**
**of serious liver disease, including chronic viral hepatitis.**
**If the ALT is repeatedly elevated consider testing for Hepatitis C AB.**

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Bilirubin | 0.3 | mg/dL | (0-1.0) | |
| Urea Nitrogen | 14 | mg/dL | (6-20) | |
| Calcium | 10.0 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | 29 | mmol/L | (22-31) | |
| Chloride | 98 | mmol/L | (98-107) | |
| Creatinine | 0.9 | mg/dL | (0.7-1.4) | |
| Glucose | 82 | mg/dL | (74-106) | |
| Potassium | 4.7 | mmol/L | (3.5-5.1) | |
| Protein | 7.9 | g/dL | (6.4-8.3) | |
| Sodium | 139 | mmol/L | (135-145) | |
| Anion Gap | 13 | mmol/L | (8-18) | |
| GFR Calculated Non-Black | 114.7 | mL/min | (>/=90) | |
| GFR Calculated Black | 132.6 | mL/min | (>/=90) | |

**Interpretation:**

Reference values:
   >=90  = Normal
   60-89 = Mildly decreased GFR
   30-59 = Moderately decreased GFR
   15-29 = Severely decreased GFR
   <15   = Kidney failure

This is an estimated GFR (Glomerular Filtration Rate) only.  The value has
been derived from the Chronic Kidney Disease - Epidemiology (CKD-Epi)
Collaboration Equation.  The calculation automatically takes patient sex
into account, but CHCS cannot automatically adjust the formula for African
American (AA) patients, therefore two GFR results are reported -- GFR-NON AA
and GFR-AA.  As with all estimations, results may not be valid for certain

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

sub-groups including: pediatric patients (0-17 years old), severely hypoalbuminemic patients, patients not in steady state (including acute renal failure), dialysis patients, and patients with atypical body habitus. Results will not be reported on patients under 18 years of age.

Some pharmacological therapeutics are dosed based on older versions of the eGFR.  Where deemed necessary, refer to Pharmacy for assistance or more information.

| | | | | |
|---|---|---|---|---|
| **Aspartate Aminotransferase** | <5 | U/L | (0-40) | |

## CBC W/Diff on 27 Mar 2015

Collection Date:         27 Mar 2015                              Site/Specimen:       BLOOD
Ordering Clinician:     CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Hematocrit** | 43.1 | % | (37.5-50.9) | |
| **WBC** | 6.8 | x10(3)/mcL | (3.6-10.6) | |
| **RBC** | 4.65 | x10(6)/mcL | (4.21-5.92) | |
| **Hemoglobin** | 14.5 | g/dL | (12.8-17.7) | |
| **MCV** | 92.6 | fL | (79.5-96.8) | |
| **MCH** | 31.1 | pg | (26.2-33.1) | |
| **MCHC** | 33.6 | g/dL | (32.6-35.0) | |
| **RDW CV** | 12.0 | % | (12.0-16.2) | |
| **Platelets** | 296 | x10(3)/mcL | (162-427) | |
| **MPV** | 8.5 | fL | (7.0-10.9) | |
| **Neutrophils** | 67.0 | % | (40.7-76.4) | |
| **Lymphocytes** | 25.1 | % | (15.9-47.8) | |
| **Monocytes** | 6.7 | % | (4.5-11.8) | |
| **Eosinophils** | 0.9 | % | (0.3-7.1) | |
| **Basophils** | 0.3 | % | (0.2-1.2) | |
| **ABS Neutrophils** | 4.5 | x10(3)/mcL | (1.8-7.5) | |
| **ABS Lymphocytes** | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| **ABS Monocytes** | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| **ABS Eosinophils** | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| **ABS Basophils** | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| **Differential Review** | MANUAL DIFF NOT PERFORMED | | | |

## Coagulation Panel 1 (PT+APTT) on 27 Mar 2015

Collection Date:         27 Mar 2015                              Site/Specimen:       PLASMA
Ordering Clinician:     CEREMUGA, GEORGE J
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Protime** | 12.5 | Sec | (12.4-14.4) | |
| **INR** | 1.0 | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Interpretation:**
  The recommended therapeutic range for INR is 2.0 - 3.0 for most clinical
  indications such as prophylaxis/treatment of DVT/PE, prevention of embolism
  (valvular heart disease, tissue heart valves, atrial fibrillation), and
  bi-leaflet mechanical aortic valves.  Exceptions include mechanical
  prosthetic valves for which an INR of 2.5 - 3.5 is recommended.  These are
  guidelines and adjustments may be required based on individual patient risk
  factors.  The INR is not useful for the first 7-10 days of therapy.

| | | | |
|---|---|---|---|
| **APTT** | 32.9 | Sec | (23.4-36.2) |

**Interpretation:**
 APTT may be used to monitor Heparin, LMW Heparin and Lepirudin therapy.
 Therapeutic range: 69-107 sec. is based on laboratory's heparin study.

## HIV-1/O/2 Ab on 10 Apr 2014

| Collection Date: | 10 Apr 2014 | Site/Specimen: | SERUM |
|---|---|---|---|
| Ordering Clinician: | UDE, ASSUMPTA O | | |
| Comment: | | | |
| Chem | | | |

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **HIV-1/O/2 Ab** | Negative | | | |

## Lipid Panel on 10 Apr 2014

| Collection Date: | 10 Apr 2014 | Site/Specimen: | SERUM |
|---|---|---|---|
| Ordering Clinician: | UDE, ASSUMPTA O | | |
| Comment: | | | |
| Chem | | | |

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **LDL Cholesterol** | 112 | mg/dL | (0-129) | |

**Interpretation:**
 Ref: Desirable: <130 / Borderline: 130-159 / High: =>160

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Cholesterol** | 208 | mg/dL | (50-200) | Higher Than Normal |

**Interpretation:**
 Ref: Desirable: 50-200 / Borderline: 200-239 / High:=> 240

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Triglyceride** | 158 | mg/dL | (40-150) | Higher Than Normal |

**Interpretation:**

 Normal <150, Borderline High 150-199, High 200-499, Very High >500.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

| HDL Cholesterol | 64.0 | mg/dL | (40-60) | Higher Than Normal |
| VLDL Cholesterol | 32 | mg/dL | (2-49) | |
| Cholesterol/HDL Cholesterol | 3.25 | | | |

## Hemoglobin A1c on 04 Jun 2013

| Collection Date: | 04 Jun 2013 | Site/Specimen: | BLOOD |
| Ordering Clinician: | UDE, ASSUMPTA O | | |
| Comment: | | | |
| Chem | | | |

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Hemoglobin A1c** | 5.4 | % | (4.5-6.2) | |

**Interpretation:**
**The American Diabetes Association recommends that a primary goal of therapy
should be HbA1C of 7% and that physicians should evaluate the treatment
regimen in patients with HbA1C values consistently >8%.**

**Laboratory Testing Performed at:**
**Kimbrough Ambulatory Care Center**
**2480 Llewellyn Ave**
**Fort Meade, MD 20755**

## Basic Metabolic Panel on 04 Jun 2013

| Collection Date: | 04 Jun 2013 | Site/Specimen: | SERUM |
| Ordering Clinician: | UDE, ASSUMPTA O | | |
| Comment: | | | |
| Chem | | | |

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Urea Nitrogen** | 12 | mg/dL | (7-18) | |
| **Carbon Dioxide** | 30 | mmol/L | (21-32) | |
| **Chloride** | 102 | mmol/L | (98-107) | |
| **Creatinine** | 1.0 | mg/dL | (0.6-1.3) | |
| **Glucose** | 94 | mg/dL | (70-99) | |

**Interpretation:**
**Normal fasting reference range is based on the clinical practice
recommendations of the American Diabetes Association**

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Potassium** | 4.3 | mmol/L | (3.5-5.1) | |
| **Sodium** | 140 | mmol/L | (136-145) | |
| **Calcium** | 9.7 | mg/dL | (8.5-10.1) | |
| **Anion Gap** | 8 | mmol/L | (8-16) | |
| **GFR Calculated Non-Black** | 102.0 | mL/min | (>/=60) | |
| **GFR Calculated Black** | 117.9 | mL/min | (>/=60) | |

**Interpretation:**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 126**
AR 2113

**Medical Record**

Merwin, Daniel Dennis        DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮▮        DoD ID: 1286180538        Created: 16 Aug 2017

**Reference values:**
>= 60 = Normal or mildly decreased GFR
30-59 = Moderately decreased GFR
15-29 = Severely decreased GFR
<15  = Kidney failure

This is an estimated GFR (Glomerular Filtration Rate) only.  The value has
been derived from the Chronic Kidney Disease - Epidemiology (CKD-Epi)
Collaboration Equation.  The calculation automatically takes patient sex
into account, but CHCS cannot automatically adjust the formula for African
American patients, therefore two GFR results are reported -- GFR-NON AA and
GFR-AA.  As with all estimations, results may not be valid for certain sub-gro
ups including: pediatric patients (0-17 years old), severely hypoalbuminemic
patients, patients not in steady state (including acute renal failure),
dialysis patients, and patients with atypical body habitus.

Some pharmacological therapeutics are dosed based on older versions of the
eGFR.  Where deemed necessary, refer to Pharmacy for assistance or more
information.

## HIV-1/O/2 Ab on 19 Mar 2013

Collection Date:         19 Mar 2013                    Site/Specimen:        SERUM
Ordering Clinician:      UDE, ASSUMPTA O
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **HIV-1/O/2 Ab** | Negative | | | |

## Lipid Panel on 19 Mar 2013

Collection Date:         19 Mar 2013                    Site/Specimen:        SERUM
Ordering Clinician:      UDE, ASSUMPTA O
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **LDL Cholesterol** | 93 | mg/dL | (0-129) | |
| **Interpretation:**<br> Ref: Desirable: <130 / Borderline: 130-159 / High: =>160 | | | | |
| **Cholesterol** | 209 | mg/dL | (50-200) | Higher Than Normal |
| **Interpretation:**<br> Ref: Desirable: 50-200 / Borderline: 200-239 / High:=> 240 | | | | |
| **Triglyceride** | 265 | mg/dL | (40-150) | Higher Than Normal |
| **Interpretation:** | | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

**Normal <150, Borderline High 150-199, High 200-499, Very High >500.**

| | | | | |
|---|---|---|---|---|
| **HDL Cholesterol** | 63.0 | mg/dL | (40-60) | Higher Than Normal |
| **VLDL Cholesterol** | 53 | mg/dL | (2-49) | Higher Than Normal |
| **Cholesterol/HDL Cholesterol** | 3.32 | | | |

## Chlamydia+Gonococcus DNA Panel NAAT on 28 Jan 2013

| Collection Date: | 28 Jan 2013 | | Site/Specimen: | URINE |
|---|---|---|---|---|
| Ordering Clinician: | UDE, ASSUMPTA O | | | |
| Comment: | | | | |
| Chem | | | | |

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Neisseria gonorrhoeae DNA** | NEGATIVE FOR N.GONORRHOEAE | | | |

**Interpretation:**
 **Laboratory testing performed at:**

  **WRNMMC           Dept of Pathology**
  **8901 Wisconsin Ave BLDG 9**
  **Bethesda, MD 20889**

  **Method: Ribosomal RNA Amplification**

  **The APTIMA Combo 2 Assay detects the presence or absence of Neisseria gonorrhoeae and Chlamydia trachomatis ribosomal RNA in female cervical and vaginal swabs, male urethral swabs, and female/male urine specimens. The assay uses a target amplification nucleic acid probe technology and is run on the TIGRIS DTS Automated Analyzer.**

**Data on the performance of nucleic acid testing (NAATs) for Chlamydia trachomatis and Neisseria gonorrhea in patients under 16 is limited. This assay has not specifically been evaluated for patients under 16. Consultation with an expert is recommended before the performance and interpretation of NAAT in this context, to minimize the possibility of false positive and false negative results. This assay is not intended for the evaluation of suspected sexual abuse or for other medico-legal indications.**

| Chlamydia trachomatis DNA | NEGATIVE FOR C.TRACHOMATIS | | (Negative) | |
|---|---|---|---|---|

**Interpretation:**
 **Laboratory testing performed at:**

  **WRNMMC**
  **Dept of Pathology**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

**Wisconsin Ave BLDG 9**
**Bethesda, MD 20889**

## Urinalysis Panel on 28 Jan 2013

Collection Date:          28 Jan 2013                          Site/Specimen:          URINE
Ordering Clinician:       UDE, ASSUMPTA O
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Specific Gravity | 1.013 | | (1.000-1.035) | |
| Color | Yellow | | | |
| Ketones | NEGATIVE | mg/dL | (NEG) | |
| Blood | NEGATIVE | mg/dL | (NEG) | |
| Mucus | RARE | /LPF | (FEW) | |
| Nitrite | NEGATIVE | | (NEG) | |
| pH | 6.5 | | (5.0-9.0) | |
| RBC | < 1 | /HPF | (0-2) | |
| Protein | NEGATIVE | mg/dL | (NEG) | |
| Appearance | CLEAR | | | |
| Leukocyte Esterase | NEGATIVE | WBC/mcL | (NEG) | |
| Urobilinogen | NORMAL | mg/dL | | |
| WBC | 1 | /HPF | (0-2) | |
| Glucose | NEGATIVE | mg/dL | (NEG) | |
| Bilirubin | NEGATIVE | mg/dL | (NEG) | |

## Herpes Simplex Virus 1+2 Ab IgG on 28 Jan 2013

Collection Date:          28 Jan 2013                          Site/Specimen:          SERUM
Ordering Clinician:       UDE, ASSUMPTA O
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Herpes Simplex Virus 1 Ab IgG | Negative | AI | (see comm-ent) | |

Interpretation:
   Reference Ranges:
       < 0.9 AI:  Negative - No HSV-1 IgG antibodies detected.
               Patient is presumed not to have had a previous
               HSV-1 infection.
   0.9-1.0 AI:  Equivocal - Obtain an additional sample for
               re-testing.
   >/= 1.1 AI:  Positive - IgG antibody to HSV-1 detected.
----------------------------------------------------------------
Test performed by:      WRNMMC
           Dept of Pathology
           8901 Wisconsin Ave BLDG 9
           Bethesda, MD 20889

| Herpes Simplex Virus 2 Ab | Negative | AI | (0.0-0.8) | |

| Merwin, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 129**
AR 2116

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 16 Aug 2017

---

**IgG**

**Interpretation:**
Reference Ranges:
> < 0.9 AI:  Negative - No HSV-2 IgG antibodies detected. Patient is presumed not to have had a previous HSV-2 infection.
> 0.9-1.0 AI:  Equivocal - Obtain an additional sample for re-testing.
> >/= 1.1 AI:  Positive - IgG antibody to HSV-2 detected.
> ----------------------------------------------------------------
> **Mathodoldy: Multiplex Flow Immunoassay**

Laboratory testing performed at:
> WRNMMC
> Dept of Pathology
> 8901 Wisconsin Ave BLDG 9
> Bethesda, MD 20889

---

## Rapid Plasma Reagin on 28 Jan 2013

Collection Date:          28 Jan 2013                    Site/Specimen:        SERUM
Ordering Clinician:       UDE, ASSUMPTA O
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Reagin Ab | NONREACTIVE | | (NON-REACTIVE) | |

## ESR on 12 Oct 2012

Collection Date:          12 Oct 2012                    Site/Specimen:        BLOOD
Ordering Clinician:       SALTER, CAROLYN A
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| ESR | 10 | mm/hr | (1-19) | |

## C-Reactive Protein on 12 Oct 2012

Collection Date:          12 Oct 2012                    Site/Specimen:        SERUM
Ordering Clinician:       SALTER, CAROLYN A
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| C-Reactive Protein | 1.206 | mg/dL | (0.000-0.500) | Higher Than Normal |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

## Phosphorus on 12 Oct 2012

Collection Date:          12 Oct 2012                          Site/Specimen:        SERUM
Ordering Clinician:       O'DONNELL, MARY T
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Phosphate | 3.5 | mg/dL | (2.5-4.5) | |

## Magnesium on 12 Oct 2012

Collection Date:          12 Oct 2012                          Site/Specimen:        SERUM
Ordering Clinician:       O'DONNELL, MARY T
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Magnesium | 2.1 | mg/dL | (1.6-2.6) | |

## Basic Metabolic Panel on 12 Oct 2012

Collection Date:          12 Oct 2012                          Site/Specimen:        SERUM
Ordering Clinician:       O'DONNELL, MARY T
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Urea Nitrogen | 5 | mg/dL | (6-20) | Lower Than Normal |
| Carbon Dioxide | 27 | mmol/L | (22-29) | |
| Chloride | 107 | mmol/L | (98-107) | |
| Creatinine | 0.80 | mg/dL | (0.7-1.2) | |
| Glucose | 113 | mg/dL | (74-106) | Higher Than Normal |
| Potassium | 4.0 | mEq/L | (3.5-5.1) | |
| Sodium | 141 | mmol/L | (136-145) | |
| Calcium | 9.2 | mg/dL | (8.6-10.2) | |
| Anion Gap | 8 | mmol/L | (8-16) | |
| GFR | >60 | mL/min | (>/=60) | |

**Interpretation:**
**Units: mL/min/1.73m2**

**GFR: ** A result of "0" (zero) for ages 17 and under is
the same as not performed.   Reference Values:**

  **>= 60 = Normal or mildly decreased GFR**
  **30-59 = Moderately decreased GFR**
  **15-29 = Severely decreased GFR**
  **<15  = Kidney failure**

**This is an estimated GFR (Glomerular Filtration Rate)
only.  The value has been derived from the modified MDRD**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

(Modification of Diet in Renal Disease) equation:
GFR = 175 x serum creatinine(-1.154) x age(-0.203) x
0.742 (if female). Values for African Americans should be
adjusted by multiplying by 1.212.  As with all estimations,
results may not be valid for certain sub-groups including:
pediatric patients (0-17 years old), severely
hypoalbuminemic patients, patients not in steady state
(including acute renal failure), dialysis patients, and
patients with atypical body habitus.  This equation does
not accurately estimate GFR in patients with a relatively
normal GFR (i.e. >= 60 ml/min/1.73m2).  If a more accurate
estimation is required, consider obtaining a Nuclear
Medicine GFR determination or Nephrology consultation.
 Laboratory testing performed at:
            WRNMMC
            Dept of Pathology
            8901 Wisconsin Ave BLDG 9
            Bethesda, MD 20889

## CBC W/o Diff on 12 Oct 2012

Collection Date:        12 Oct 2012                 Site/Specimen:        BLOOD
Ordering Clinician:     O'DONNELL, MARY T
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| WBC | 5.5 | x10(3)/mcL | (3.6-10.6) | |
| RBC | 4.02 | x10(6)/mcL | (4.21-5.92) | Lower Than Normal |
| MCH | 32.6 | pg | (26.2-33.1) | |
| Hemoglobin | 13.1 | g/dL | (12.8-17.7) | |
| Hematocrit | 38.1 | % | (37.5-50.9) | |
| MCV | 94.9 | fL | (79.5-96.8) | |
| MCHC | 34.3 | % | (32.6-35.0) | |
| Platelets | 264 | x10(3)/mcL | (162-427) | |
| RDW CV | 13.1 | % | (12.0-16.2) | |
| MPV | 7.8 | fL | (7.0-10.9) | |

## TISSUE EXAM on 12 Oct 2012

Collection Date:        12 Oct 2012                 Site/Specimen:
Ordering Clinician:     COX, TIFFANY CANDACE
Comment:

| Order # | | 121028-01374 | |
|---|---|---|---|
| Ordered Date | | 20121028103800 | |
| Priority | | ROUTINE | |
| Resulted Date | | 20121028103846.1-0500 | |
| 121018 NSP 23631 | Col | 12Oct12        TISSUE(TISSUE) | |
| Hcp | | COX,TIFFANY CANDACE | Req Loc: 5 EAST |
| TISSUE E | C | RB28Oct12@1038 | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

| | CoPath Report |
|---|---|
| **Patient** | MERWIN,DANIEL DENNIS          Specimen #:  NS12-23631 |
| **Accessioned** | 10/18/12 |
| **A** | ascending colon B: sigmoid colon |
| | The specimen is received in formalin, labeled with the patient's name |
| | Merwin, Daniel designated, "Ascending Colon" consists of two tan-white |
| | irregular soft tissue fragments measuring 0.4 and 0.6 cm in greatest dimension.  Submitted entirely.  2/1/ng |
| | ===============================================================================- |
| | -== |
| | rxb/10/19/12          ** Report Electronically Signed Out ** |
| | Ross Barner, COL MC USA |
| | ================================================================- |
| | -== |

**FINAL DIAGNOSIS**

| **A. ASCENDING COLON, BIOPSY** | |
|---|---|
| | - BENIGN COLONIC MUCOSA WITH LYMPHOID AGGREGATE. |
| **B. SIGMOID COLON, BIOPSY** | |
| | - BENIGN COLONIC MUCOSA WITH LYMPHOID AGGREGATES. |
| **Comment** | There is no evidence of acute cryptitis, architectural distortion, or dysplasia. |
| **CLINICAL DIAGNOSIS AND HISTORY** | thickening of ascending colon on ct with no stranding, presented with |
| | obstructive symptoms, rule out mass vs. inflamm. |
| **PRE-OPERATIVE DIAGNOSIS** | |
| | ascending colon thickening |
| **POST-OPERATIVE DIAGNOSIS** | |
| **Operative Findings** | sigmoid thickening |
| **Post-operative Diagnosis** | sigmoid thickening |
| **GROSS DESCRIPTION** | |
| **B** | The specimen is received in formalin, labeled with the patient's name |
| | Merwin, Daniel designated, "Sigmoid" consists of four tan-white irregular |
| | soft tissue fragments measuring 0.2 to 0.5 cm in greastd iemsnion. |
| | Submitted entirely.  4/1/ng   NW/JAP/DVC |
| | HLS/meh |

# Neutrophil Cytoplasmic Ab (ANCA) on 11 Oct 2012

| Collection Date: | 11 Oct 2012 | | Site/Specimen: | SERUM |
|---|---|---|---|---|
| Ordering Clinician: | KINDELAN, TAMARA JEAN | | | |

Comment:

Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 133**
AR 2120

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

| Myeloperoxidase Ab | <0.2 | AI | (see-below) |

**Interpretation:**
    **< 1.0 AI:  Negative**
    **>/= 1.0 AI:  Positive**

**Methodology:  Multiplex Flow Immunoassay**
----------------------------------------------------------

**Test performed by:    WRNMMC**
                **Dept of Pathology**
                **8901 Wisconsin Ave BLDG 9**
                **Bethesda, MD 20889**

| Proteinase 3 Ab | <0.2 | AI | (see-below) |

**Interpretation:**
    **< 1.0 AI:  Negative**
    **>/= 1.0 AI:  Positive**

**Methodology:  Multiplex Flow Immunoassay**
----------------------------------------------------------

## Neutrophil Cytoplasmic Ab (ANCA) Screen W/Reflex Titer on 11 Oct 2012

Collection Date:            11 Oct 2012                                Site/Specimen:        SERUM
Ordering Clinician:       KINDELAN, TAMARA JEAN
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Neutrophil Cytoplasmic Ab C-ANCA** | Titer not indicated-ANCA screen Negative | Titer units | (<1:20) | |
| **Neutrophil Cytoplasmic Ab Perinuclear** | Titer not indicated-ANCA screen Negative | Titer units | (<1:20) | |
| **Neutrophil Cytoplasmic Ab** | Negative | | (Negative) | |
| **Neutrophil Cytoplasmic Ab Perinuclear Atypical** | Titer not indicated-ANCA screen Negative | Titer units | (<1:20) | |

**Interpretation:**
**\*"ANCA Screen includes evaluation for p-ANCA, c-ANCA, and atypical p-ANCA."**

**Methodolgy:  Immunoassay**

**Test performed:  Quest Diagnostics Nichols Institute**
            **14225 Newbrook Dr**
            **Chantilly, VA 20151**

## Carcinoembryonic Ag on 11 Oct 2012

Collection Date:     11 Oct 2012                              Site/Specimen:     SERUM
Ordering Clinician:  KINDELAN, TAMARA JEAN
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Carcinoembryonic Ag | 0.9 | ng/mL | (0.2-4.7) | |

**Interpretation:**

**Laboratory testing performed at:**
**WRNMMC**
**Dept of Pathology**
**8901 Wisconsin Ave BLDG 9**
**Bethesda, MD 20889**

## Amylase on 11 Oct 2012

Collection Date:     11 Oct 2012                              Site/Specimen:     SERUM
Ordering Clinician:  KINDELAN, TAMARA JEAN
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Amylase | 49 | U/L | (28-100) | |

## Phosphorus on 11 Oct 2012

Collection Date:     11 Oct 2012                              Site/Specimen:     SERUM
Ordering Clinician:  KINDELAN, TAMARA JEAN
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Phosphate | 3.5 | mg/dL | (2.5-4.5) | |

## Magnesium on 11 Oct 2012

Collection Date:     11 Oct 2012                              Site/Specimen:     SERUM
Ordering Clinician:  KINDELAN, TAMARA JEAN
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Magnesium | 2.3 | mg/dL | (1.6-2.6) | |

## Lipase on 11 Oct 2012

Collection Date:     11 Oct 2012                              Site/Specimen:     SERUM
Ordering Clinician:  KINDELAN, TAMARA JEAN

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Triacylglycerol Lipase | 19 | U/L | (13-60) | |

## Comprehensive Metabolic Panel on 11 Oct 2012

Collection Date:      11 Oct 2012          Site/Specimen:     SERUM
Ordering Clinician:    KINDELAN, TAMARA JEAN
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Albumin | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | 56 | U/L | (40-129) | |
| Alanine Aminotransferase | 33 | U/L | (0-41) | |
| Aspartate Aminotransferase | 29 | U/L | (0-40) | |
| Bilirubin | 0.5 | mg/dL | (0-1.0) | |
| Urea Nitrogen | 9 | mg/dL | (6-20) | |
| Calcium | 9.5 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | 29 | mmol/L | (22-29) | |
| Chloride | 101 | mmol/L | (98-107) | |
| Creatinine | 0.85 | mg/dL | (0.7-1.2) | |
| Glucose | 82 | mg/dL | (74-106) | |
| Potassium | 4.0 | mEq/L | (3.5-5.1) | |
| Protein | 7.3 | g/dL | (6.4-8.3) | |
| Sodium | 139 | mmol/L | (136-145) | |
| Anion Gap | 9 | mmol/L | (8-16) | |
| GFR | >60 | mL/min | (>/=60) | |

**Interpretation:**
 Units: mL/min/1.73m2

 GFR: ** A result of "0" (zero) for ages 17 and under is
the same as not performed.   Reference Values:

      >= 60 = Normal or mildly decreased GFR
      30-59 = Moderately decreased GFR
      15-29 = Severely decreased GFR
      <15  = Kidney failure

This is an estimated GFR (Glomerular Filtration Rate)
only.  The value has been derived from the modified MDRD
(Modification of Diet in Renal Disease) equation:
GFR = 175 x serum creatinine(-1.154) x age(-0.203) x
0.742 (if female). Values for African Americans should be
adjusted by multiplying by 1.212.  As with all estimations,
results may not be valid for certain sub-groups including:
pediatric patients (0-17 years old), severely
hypoalbuminemic patients, patients not in steady state
(including acute renal failure), dialysis patients, and
patients with atypical body habitus.  This equation does
not accurately estimate GFR in patients with a relatively

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

normal GFR (i.e. >= 60 ml/min/1.73m2).  If a more accurate
estimation is required, consider obtaining a Nuclear
Medicine GFR determination or Nephrology consultation.
 Laboratory testing performed at:
        WRNMMC
        Dept of Pathology
        8901 Wisconsin Ave BLDG 9
        Bethesda, MD 20889

## CBC W/Diff on 11 Oct 2012

Collection Date:          11 Oct 2012                     Site/Specimen:      BLOOD
Ordering Clinician:       KINDELAN, TAMARA JEAN
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| MCHC | 34.2 | % | (32.6-35.0) | |
| WBC | 6.4 | x10(3)/mcL | (3.6-10.6) | |
| RBC | 4.30 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | 14.1 | g/dL | (12.8-17.7) | |
| Hematocrit | 41.0 | % | (37.5-50.9) | |
| MCV | 95.4 | fL | (79.5-96.8) | |
| MCH | 32.6 | pg | (26.2-33.1) | |
| RDW CV | 13.1 | % | (12.0-16.2) | |
| Platelets | 268 | x10(3)/mcL | (162-427) | |
| MPV | 8.3 | fL | (7.0-10.9) | |
| Neutrophils | 72.7 | % | (40.7-76.4) | |
| Lymphocytes | 18.1 | % | (15.9-47.8) | |
| Monocytes | 7.1 | % | (4.5-11.8) | |
| Eosinophils | 1.8 | % | (0.3-7.1) | |
| Basophils | 0.3 | % | (0.2-1.2) | |
| ABS Neutrophils | 4.6 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | 1.2 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | MANUAL DIFF NOT PERFORMED | | | |

## MRSA PCR on 11 Oct 2012

Collection Date:          11 Oct 2012                     Site/Specimen:      NASAL MUCUS
Ordering Clinician:       O'DONNELL, MARY T
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| MRSA DNA | Negative for MRSA by Real-Time PCR | | (Negative) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

**Interpretation:**
**The Cepheid Xpert MRSA Assay is an FDA approved**
**qualitative test designed for rapid detection of MRSA**
**from nasal swabs only utilizing real-time PCR to detect**
**MRSA DNA. This assay is to be used for infection control**
**surveillance purposes only. Concomitant cultures are**
**necessary only to recover organisms for further**
**susceptibility testing.**

**Laboratory testing performed at:**
**WRNMMC**
**Dept of Pathology**
**8901 Wisconsin Ave BLDG 9**
**Bethesda, MD 20889**

## Amylase on 11 Oct 2012

Collection Date:            11 Oct 2012                    Site/Specimen:        SERUM
Ordering Clinician:      PUTKO, ROBERT M
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Amylase | 50 | U/L | (28-100) | |

## Lipase on 11 Oct 2012

Collection Date:            11 Oct 2012                    Site/Specimen:        SERUM
Ordering Clinician:      PUTKO, ROBERT M
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Triacylglycerol Lipase | 22 | U/L | (13-60) | |

## Comprehensive Metabolic Panel on 11 Oct 2012

Collection Date:            11 Oct 2012                    Site/Specimen:        SERUM
Ordering Clinician:      PUTKO, ROBERT M
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Albumin | 4.6 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | 59 | U/L | (40-129) | |
| Alanine Aminotransferase | 19 | U/L | (0-41) | |
| Aspartate Aminotransferase | 22 | U/L | (0-40) | |
| Bilirubin | 0.2 | mg/dL | (0-1.0) | |
| Urea Nitrogen | 14 | mg/dL | (6-20) | |
| Calcium | 9.8 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | 32 | mmol/L | (22-29) | Higher Than Normal |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB:          1985  SSN: ***-**-          DoD ID: 1286180538        Created: 16 Aug 2017

| | | | | |
|---|---|---|---|---|
| Chloride | 105 | mmol/L | (98-107) | |
| Creatinine | 0.88 | mg/dL | (0.7-1.2) | |
| Glucose | 106 | mg/dL | (74-106) | |
| Potassium | 4.3 | mEq/L | (3.5-5.1) | |
| Protein | 7.5 | g/dL | (6.4-8.3) | |
| Sodium | 143 | mmol/L | (136-145) | |
| Anion Gap | 6 | mmol/L | (8-16) | Lower Than Normal |
| GFR | >60 | mL/min | (>/=60) | |

**Interpretation:**
**Units: mL/min/1.73m2**

**GFR: ** A result of "0" (zero) for ages 17 and under is
the same as not performed.   Reference Values:**

**>= 60 = Normal or mildly decreased GFR**
**30-59 = Moderately decreased GFR**
**15-29 = Severely decreased GFR**
**<15  = Kidney failure**

**This is an estimated GFR (Glomerular Filtration Rate)
only.  The value has been derived from the modified MDRD
(Modification of Diet in Renal Disease) equation:
GFR = 175 x serum creatinine(-1.154) x age(-0.203) x
0.742 (if female). Values for African Americans should be
adjusted by multiplying by 1.212.  As with all estimations,
results may not be valid for certain sub-groups including:
pediatric patients (0-17 years old), severely
hypoalbuminemic patients, patients not in steady state
(including acute renal failure), dialysis patients, and
patients with atypical body habitus.  This equation does
not accurately estimate GFR in patients with a relatively
normal GFR (i.e. >= 60 ml/min/1.73m2).  If a more accurate
estimation is required, consider obtaining a Nuclear
Medicine GFR determination or Nephrology consultation.**
 **Laboratory testing performed at:**
         **WRNMMC**
         **Dept of Pathology**
         **8901 Wisconsin Ave BLDG 9**
         **Bethesda, MD 20889**

## CBC W/Diff on 11 Oct 2012

Collection Date:          11 Oct 2012                    Site/Specimen:          BLOOD
Ordering Clinician:       PUTKO, ROBERT M
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Hematocrit | 40.9 | % | (37.5-50.9) | |
| WBC | 10.1 | x10(3)/mcL | (3.6-10.6) | |
| RBC | 4.37 | x10(6)/mcL | (4.21-5.92) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

| | | | | |
|---|---|---|---|---|
| **Hemoglobin** | 14.2 | g/dL | (12.8-17.7) | |
| **MCV** | 93.6 | fL | (79.5-96.8) | |
| **MCH** | 32.4 | pg | (26.2-33.1) | |
| **MCHC** | 34.7 | % | (32.6-35.0) | |
| **RDW CV** | 12.9 | % | (12.0-16.2) | |
| **Platelets** | 246 | x10(3)/mcL | (162-427) | |
| **MPV** | 8.0 | fL | (7.0-10.9) | |
| **Neutrophils** | 84.9 | % | (40.7-76.4) | Higher Than Normal |
| **Lymphocytes** | 10.4 | % | (15.9-47.8) | Lower Than Normal |
| **Monocytes** | 3.4 | % | (4.5-11.8) | Lower Than Normal |
| **Eosinophils** | 1.0 | % | (0.3-7.1) | |
| **Basophils** | 0.3 | % | (0.2-1.2) | |
| **ABS Neutrophils** | 8.6 | x10(3)/mcL | (1.8-7.5) | Higher Than Normal |
| **ABS Lymphocytes** | 1.1 | x10(3)/mcL | (1.0-3.1) | |
| **ABS Monocytes** | 0.3 | x10(3)/mcL | (0.2-0.8) | |
| **ABS Eosinophils** | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| **ABS Basophils** | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| **Differential Review** | MANUAL DIFF NOT PERFORMED | | | |

## Infectious Mononucleosis Screen on 10 May 2012

Collection Date:          10 May 2012                         Site/Specimen:          SERUM
Ordering Clinician:       GUNTER, ROGER WILLIAM
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Heterophile Ab** | NEGATIVE, INTERNAL CONTROL ACCEPTABLE | | | |

## CBC on 10 May 2012

Collection Date:          10 May 2012                         Site/Specimen:          BLOOD
Ordering Clinician:       GUNTER, ROGER WILLIAM
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **ABS Lymphocytes** | 1.5 | x10(3) | (1.0-4.8) | |
| **WBC** | 6.3 | x10(3) | (4-11) | |
| **RBC** | 4.73 | x10(6) | (3.9-5.9) | |
| **Hemoglobin** | 14.8 | g/dL | (13.0-17.4) | |
| **Hematocrit** | 43.0 | % | (39.8-52.2) | |
| **MCV** | 90.9 | fL | (80.0-100.0) | |
| **MCH** | 31.3 | pg | (26.0-35.0) | |
| **MCHC** | 34.4 | g/dL | (31.0-37.0) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

| | | | | |
|---|---|---|---|---|
| **RDW CV** | 12.5 | % | (11.0-18.0) | |
| **Platelets** | 315 | x10(3) | (150-450) | |
| **MPV** | 10.6 | fL | (6.5-11.6) | |
| **Neutrophils** | 63.9 | % | (40-73) | |
| **Lymphocytes** | 23.9 | % | (16-51) | |
| **Monocytes** | 10.5 | % | (0-12) | |
| **Eosinophils** | 1.4 | % | (0-6) | |
| **Basophils** | 0.3 | % | (0-2) | |
| **ABS Neutrophils** | 4.0 | x10(3) | (1.8-7.8) | |
| **ABS Monocytes** | 0.7 | x10(3) | (0.0-0.8) | |
| **ABS Eosinophils** | 0.1 | x10(3) | (0.0-0.45) | |
| **ABS Basophils** | 0.0 | x10(3) | (0.0-0.2) | |

## Streptococcus Group A Ag Rapid on 10 May 2012

Collection Date:          10 May 2012                          Site/Specimen:        PHARYNX
Ordering Clinician:      GUNTER, ROGER WILLIAM
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **Streptococcus pyogenes Ag Rapid Strep** | NEGATIVE, INTERNAL CONTROL ACCEPTABLE | | | |

## Throat Culture on 10 May 2012

Collection Date:          10 May 2012                          Site/Specimen:        Pharynx
Ordering Clinician:      GUNTER, ROGER WILLIAM
Comment:

| | |
|---|---|
| **Order #** | 120510-04943 |
| **Filler #** | 120510 MI 3241 |
| **Ordering Provider** | GUNTER, ROGER WILLIAM |
| **Priority** | ASAP |
| **DATE_ORDERED** | 20120510165200 |
| **DATE_RESULTED** | 20120511084514 |
| **COLLECT_SAMPLE** | PHARYNX |
| **BACTERIOLOGY RESULT** | FINAL REPORT RESULTS |
| **Results** | Final report |

## HIV-1/O/2 Ab on 22 Feb 2012

Collection Date:          22 Feb 2012                          Site/Specimen:        SERUM
Ordering Clinician:      LINNVILLE, VAUNZELL W
Comment:                  awa
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| **HIV-1/O/2 Ab** | Negative | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

## Glucose Fasting on 22 Feb 2012

Collection Date:        22 Feb 2012                                      Site/Specimen:        PLASMA
Ordering Clinician:    LINNVILLE, VAUNZELL W
Comment:                awa
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Glucose Fasting** | 93 | mg/dL | (60-99) | |

**Interpretation:**
 Fasting Glucose    Interpretation
 --------------    --------------
 < 100 mg/dl        Normal
 100-125 mg/dl      Impaired Fasting Glucose
 >/= 126 mg/dl      Diabetes if the same or higher on two or more occasions
 --------------------------------------------------------------------

## Lipid Profile on 22 Feb 2012

Collection Date:        22 Feb 2012                                      Site/Specimen:        PLASMA
Ordering Clinician:    LINNVILLE, VAUNZELL W
Comment:                awa
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Cholesterol** | 207 | mg/dL | (25-199) | Higher Than Normal |

**Interpretation:**
 DESIRABLE:    <200    MG/DL
 BORDERLINE:    200-239 MG/DL
    HIGH:    =>240    MG/DL
 -------------------------------

| HDL Cholesterol | 60 | mg/dL | | |

**Interpretation:**
 A level LESS THAN 40 MG/DL is LOW and is considered a MAJOR RISK FACTOR
 because it INCREASES YOUR RISK for developing HEART DISEASE.  HDL levels of
 60 MG/DL OR MORE help to LOWER YOUR RISK FOR HEART DISEASE.
 --------------------------------------------------------------------------

| Triglyceride | 183 | mg/dL | (20-150) | Higher Than Normal |

**Interpretation:**
     DESIRABLE:    < 150  MG/DL
    BORDERLINE HIGH:   150-199 MG/DL
+      HIGH:    =>200  MG/DL
  PANCREATITIS RISK:    >1000  MG/DL
  -------------------------------------

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

| LDL Cholesterol | 110 | mg/dL | (25-100) | Higher Than Normal |

**Interpretation:**
**A level GREATER THAN 100 MG/DL is HIGH and is considered a MAJOR RISK FACTOR**
**because it INCREASES YOUR RISK for developing HEART DISEASE.**
**Further Interpretation information is available in Patient Instructions**
**Inquiry.**
-------------------------------------------------------------------------

## Lipid Profile on 02 Feb 2011

Collection Date: 02 Feb 2011
Ordering Clinician: RUEFF, JAMES LOUIS                    Site/Specimen:        PLASMA
Comment: JRT
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Triglyceride** | 196 | mg/dL | (20-150) | Higher Than Normal |

**Interpretation:**
    **DESIRABLE:   < 150  MG/DL**
    **BORDERLINE HIGH:   150-199 MG/DL**
**+        HIGH:   =>200 MG/DL**
    **PANCREATITIS RISK:   >1000  MG/DL**
  **-------------------------------------**

| Cholesterol | 194 | mg/dL | (25-199) | |

**Interpretation:**
  **DESIRABLE:   <200    MG/DL**
  **BORDERLINE:    200-239 MG/DL**
  **HIGH:   =>240    MG/DL**
--------------------------------

| **HDL Cholesterol** | 56 | mg/dL | | |

**Interpretation:**
**A level LESS THAN 40 MG/DL is LOW and is considered a MAJOR RISK FACTOR**
**because it INCREASES YOUR RISK for developing HEART DISEASE.  HDL levels of**
**60 MG/DL OR MORE help to LOWER YOUR RISK FOR HEART DISEASE.**
  **-------------------------------------------------------------------------**

| LDL Cholesterol | 99 | mg/dL | (25-100) | |

**Interpretation:**
**A level GREATER THAN 100 MG/DL is HIGH and is considered a MAJOR RISK FACTOR**
**because it INCREASES YOUR RISK for developing HEART DISEASE.**
**Further Interpretation information is available in Patient Instructions**
**Inquiry.**
-------------------------------------------------------------------------

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## TISSUE EXAM on 24 Nov 2010

Collection Date:              24 Nov 2010                        Site/Specimen:
Ordering Clinician:          BRUMWELL, ERIC
Comment:

| Order # | 101129-02781 |
| --- | --- |
| Ordered Date | 20101129122000 |
| Priority | ROUTINE |
| Resulted Date | 20101129122054.1-0600 |
| 101125 SP 3213        Col | 24Nov10@0837           TISSUE(TISSUE) |
| Hcp | BRUMWELL,ERIC          Req Loc: DERMATOL |
| TISSUE E              C | RDB29Nov10@1220 |
| | CoPath Report |
| Patient | MERWIN,DANIEL DENNIS         Specimen #:  S10-3213 |
| Accessioned | 11/25/10 |
| Pathologist | RODNEY D BOYUM, CDR MC USN |
| | SKIN, LOWER MUCOSAL LIP, SHAVE BX |
| | bac/11/29/10          ** Report Electronically Signed ** |
| | RODNEY D BOYUM, CDR MC USN |
| | SNOMED CODES |
| | 1. P1147; T02150 |
| | 2. M57250 |
| CLINICAL DIAGNOSIS AND HISTORY | 3MOS NEW IRREGULAR DARK BROWN MACULE ON LOWER MUCOSAL LIP OF VERY SUN DAMAGED RED-HEAD 25 Y/O MALE WHO HAS MANY OTHER EPHILIDES AND SOLAR LENTIGO ON BODY |
| PRE-OPERATIVE DIAGNOSIS | |
| | SOLAR LENTIGO, EPHILIDE VS MELANOMA |
| POST-OPERATIVE DIAGNOSIS | |
| Operative Findings | SAA |
| Post-operative Diagnosis | SAA |
| GROSS DESCRIPTION | |
| | Received in Formalin, labeled with the patient's name "Merwin," and designated "Lip" is a 0.4 x 0.2cm shave biopsy of tan skin. The skin surface is remarkable for a 0.3cm tan-brown papule.  Bisected. 2/1/NG  dd |
| FINAL DIAGNOSIS | |
| SKIN, "LIP," SHAVE BIOPSY | |
| CPT Codes | |
| | ; 88305 ; TISSUE LEVEL IV |

## Wound Culture and Gram Stain on 28 Sep 2010

Collection Date:              28 Sep 2010                        Site/Specimen:          Skin
Ordering Clinician:          BRUMWELL, ERIC
Comment:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | |
|---|---|
| Filler # | 100928 MI 3904 |
| Ordering Provider | BRUMWELL, ERIC |
| Priority | ROUTINE |
| DATE_ORDERED | 20100928085400 |
| DATE_RESULTED | 20100928113448 |
| COLLECT_SAMPLE | SKIN LESION |
| Order Comment | FROM PUSTULE OF BACK |
| GRAM STAIN (GRAM STAIN -- Final) | NO WBCs OR ORGANISMS NOTED |
| BACTERIOLOGY RESULT (CULT | NO GROWTH IN 24 HOURS |
| AEROBIC WOUND -- Final) | FINAL REPORT RESULTS |
| Results | Final report |

## Acid Fast Bacilli Culture on 28 Sep 2010

Collection Date:             28 Sep 2010                    Site/Specimen:        Tissue
Ordering Clinician:          BRUMWELL, ERIC
Comment:

| | |
|---|---|
| Order # | 100928-00798 |
| Filler # | 100928 STB 48 |
| Ordering Provider | BRUMWELL, ERIC |
| Priority | ROUTINE |
| DATE_ORDERED | 20100928084700 |
| DATE_RESULTED | 20101206103848 |
| COLLECT_SAMPLE | TISSUE |
| Order Comment | left back |
| MYCOBACTERIUM | Negative for M. tuberculosis complex rRNA |
| | Performed by Fl. Dept. of Health Lab. Jacksonville |
| | No Acid Fast Bacilli cultured. |
| | Performed by Fl. Dept. of Health Lab Jacksonville. |
| ACID FAST STAIN | No Acid Fast Bacilli seen on smear. |
| | Performed by Fl. Dept. of Health Lab. Jacksonville |
| Results | Final report |

## Tissue Culture and Stain on 28 Sep 2010

Collection Date:             28 Sep 2010                    Site/Specimen:        Tissue
Ordering Clinician:          BRUMWELL, ERIC
Comment:

| | |
|---|---|
| Order # | 100928-00627 |
| Filler # | 100928 MI 3893 |
| Ordering Provider | BRUMWELL, ERIC |
| Priority | ROUTINE |
| DATE_ORDERED | 20100928082700 |
| DATE_RESULTED | 20101001091816 |
| COLLECT_SAMPLE | TISSUE |
| Order Comment | PLEASE DO FUNGAL, AFB AND BACTERIAL |
| BACTERIOLOGY RESULT (CULT | NO GROWTH IN 24 HOURS |
| TISSUE -- Final) | NO GROWTH IN 48 HOURS |
| | FINAL REPORT RESULTS |
| GRAM STAIN (GRAM STAIN -- Final) | NO WBCs OR ORGANISMS NOTED |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

| Results | Final report |

## Fungus Culture on 28 Sep 2010

| Collection Date: | 28 Sep 2010 | | Site/Specimen: | Body (Whole) |
| Ordering Clinician: | BRUMWELL, ERIC | | | |
| Comment: | | | | |

| Order # | 100928-00825 |
|---|---|
| Filler # | 100928 MY 153 |
| Ordering Provider | BRUMWELL, ERIC |
| Priority | ROUTINE |
| DATE_ORDERED | 20100928085000 |
| DATE_RESULTED | 20101105145833 |
| COLLECT_SAMPLE | GENERAL CATEGORY(SEE COMMENTS) |
| MYCOLOGY RESULT | No fungus seen on microscopic examination.<br><br>No fungus isolated after 4 weeks. |
| Results | Final report |

## TISSUE EXAM on 28 Sep 2010

| Collection Date: | 28 Sep 2010 | Site/Specimen: |
| Ordering Clinician: | BRUMWELL, ERIC | |
| Comment: | | |

| Order # | 101005-04215 | |
|---|---|---|
| Ordered Date | 20101005142100 | |
| Priority | ROUTINE | |
| Resulted Date | 20101005142132.1-0500 | |
| 100929 SP 2595          Col | 28Sep10@0821          TISSUE(TISSUE) | |
| Hcp | BRUMWELL,ERIC          Req Loc: DERMATOL | |
| TISSUE E          C | DMR05Oct10@1421<br>CoPath Report | |
| Patient | MERWIN,DANIEL DENNIS          Specimen #:  S10-2595 | |
| Accessioned | 09/29/10 | |
| Pathologist | DAVID M ROGERS, LT MC USN | |
| A | SKIN, CHEST, PUNCH BX B: SKIN, BACK, PUNCH BX | |
| CLINICAL DIAGNOSIS AND HISTORY | A/B- PUSTULES ON A-CHEST AND B-BACK THAT DEVELOP AFTER EXPOSURE TO WATER AND SUN AT BEACH--PT HAS THESE LESIONS ON UPPER TRUNK AND FACE--HAS HISTORY OF SEVERE SUNBURN AS A CHILD IN THESE AREAS | |
| PRE-OPERATIVE DIAGNOSIS | MILIARIA PUSTULOSA VS FOLLICULITIS--PLEASE DO FUNGAL STAINS AS WELL | |
| POST-OPERATIVE DIAGNOSIS | | |
| Operative Findings | SAA | |
| Post-operative Diagnosis | SAA | |
| GROSS DESCRIPTION | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

A)  Received in Formalin, labeled with the patient's name "Merwin," and
designated "Chest" is a 0.4cm punch biopsy of tan skin excised to a depth
of 0.5cm. The skin surface is remarkable for a 0.3cm creamy-white lesion.
Bisected. 2/1/NG  hh

B)  Received in Formalin, labeled with the patient's name "Merwin," and
designated "Right Back" is a 0.5cm punch biopsy of tan skin excised to a
depth of 0.6cm. The skin surface is remarkable for a 0.3cm white-tan area.
Bisected. 2/1/NG  hh
-  SKIN WITH INTRAFOLLICULAR MICROABSCESSES, CONSISTENT WITH ACUTE
FOLLICULITIS.
-  SKIN WITH INTRAFOLLICULAR MICROABSCESSES, CONSISTENT WITH ACUTE
FOLLICULITIS.
dmr/10/05/10          ** Report Electronically Signed **
DAVID M ROGERS, LT MC USN
SNOMED CODES
1. P1148; T02424
2. M41780; M47401; T01000
3. E4000
4. P1148; T02450
5. M41780; M47401; T01000
6. E4000

**FINAL DIAGNOSIS**

**A) SKIN, "CHEST," PUNCH BIOPSY**

**Comment**

A mixture of acute inflammatory cells and Langerhans' cells with associated necroinflammatory debris forming microabscess cavities is
present within the infundibulum of follicles in biopsies from both the
chest and back, extending into the sebaceous units.  These findings are
consistent with an acute folliculitis.  Fungal stains are non-contributory.

**CPT Codes**

; 88305 ; TISSUE LEVEL IV
; 88305 ; TISSUE LEVEL IV
; 88313 ; SPECIAL STAINS OTHER
; 88313 ; SPECIAL STAINS OTHER

## HIV-1/O/2 Ab on 09 Mar 2010

Collection Date:        09 Mar 2010                          Site/Specimen:        SERUM
Ordering Clinician:    HEDARIA, ELIZABETH A
Comment:                 lwc
Chem

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| HIV-1/O/2 Ab | Negative | | | |

## Rapid Plasma Reagin on 09 Mar 2010

Collection Date:          09 Mar 2010                    Site/Specimen:          SERUM
Ordering Clinician:      HEDARIA, ELIZABETH A
Comment:                   lwc
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Reagin Ab | NON-REACTIVE | | | |

## Lipid Profile on 09 Mar 2010

Collection Date:          09 Mar 2010                    Site/Specimen:          PLASMA
Ordering Clinician:      HEDARIA, ELIZABETH A
Comment:                   lwc
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Cholesterol | 170 | mg/dL | (25-199) | |

**Interpretation:**
  DESIRABLE:    <200   MG/DL
  BORDERLINE:    200-239 MG/DL
    HIGH:   =>240   MG/DL
--------------------------------

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| HDL Cholesterol | 50 | mg/dL | | |

**Interpretation:**
  A level LESS THAN 40 MG/DL is LOW and is considered a MAJOR RISK FACTOR
  because it INCREASES YOUR RISK for developing HEART DISEASE.  HDL levels of
  60 MG/DL OR MORE help to LOWER YOUR RISK FOR HEART DISEASE.
  ---------------------------------------------------------------------------

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Triglyceride | 192 | mg/dL | (20-150) | Higher Than Normal |

**Interpretation:**
      DESIRABLE:    < 150  MG/DL
      BORDERLINE HIGH:   150-199 MG/DL
 +        HIGH:    =>200  MG/DL
   PANCREATITIS RISK:   >1000  MG/DL
  --------------------------------------

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| LDL Cholesterol | 82 | mg/dL | (25-100) | |

**Interpretation:**
  A level GREATER THAN 100 MG/DL is HIGH and is considered a MAJOR RISK FACTOR
  because it INCREASES YOUR RISK for developing HEART DISEASE.
  Further Interpretation information is available in Patient Instructions

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Inquiry.

---------------------------------------------------------------------------

## Lipid Profile on 15 Sep 2009

Collection Date: 15 Sep 2009                    Site/Specimen:    PLASMA
Ordering Clinician: GUNTER, ROGER WILLIAM
Comment: tmw
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| **Cholesterol** | 190 | mg/dL | (25-199) | |

Interpretation:
 **DESIRABLE:   <200    MG/DL**
 **BORDERLINE:    200-239 MG/DL**
   **HIGH:  =>240    MG/DL**
 -------------------------------

| HDL Cholesterol | 56 | mg/dL | | |

Interpretation:
 **A level LESS THAN 40 MG/DL is LOW and is considered a MAJOR RISK FACTOR**
 **because it INCREASES YOUR RISK for developing HEART DISEASE.  HDL levels of**
 **60 MG/DL OR MORE help to LOWER YOUR RISK FOR HEART DISEASE.**
 ---------------------------------------------------------------------------

| **Triglyceride** | 221 | mg/dL | (20-150) | Higher Than Normal |

Interpretation:
   **DESIRABLE:   < 150  MG/DL**
   **BORDERLINE HIGH:   150-199 MG/DL**
 **+    HIGH:   =>200  MG/DL**
   **PANCREATITIS RISK:   >1000  MG/DL**
 ---------------------------------------

| LDL Cholesterol | 90 | mg/dL | (25-100) | |

Interpretation:
 **A level GREATER THAN 100 MG/DL is HIGH and is considered a MAJOR RISK FACTOR**
 **because it INCREASES YOUR RISK for developing HEART DISEASE.**
 **Further Interpretation information is available in Patient Instructions**
 **Inquiry.**
 ---------------------------------------------------------------------------

## Chlamydia+Gonococcus DNA Panel NAAT on 20 Aug 2009

Collection Date: 20 Aug 2009                    Site/Specimen:    URETHRA
Ordering Clinician: HEDARIA, ELIZABETH A
Comment:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:          1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Neisseria gonorrhoeae DNA | NEGATIVE | | NEGATIVE | |

Interpretation:
  INTERPRETATION(S): NAAT : Nucleic acid amplification test

****POSITIVE RESULT INTERPRETATION****

The 2006 CDC guidelines recommend that all positive Chlamydia and GC tests be
confirmed using a different nucleic acid target. A positive result will only
be reported if both the screening test and the confirmatory test are
positive. A positive screen that confirms negative will be reported as
negative.

This test is not approved for treatment of cure confirmation.  As is true
for all non-culture methods, a positive specimen obtained from a patient
after therapeutic treatment cannot be interpreted as indicating the presence
of viable C. trachomatis or N. gonorrhoeae.

****NEGATIVE RESULT INTERPRETATION**** A negative result does not preclude
presence of C. trachomatis or N. gonorrhoeae infection because results
are dependent on adequate specimen collection, absence of inhibitors, and
sufficient rRNA to be detected.  Test results may be affected by improper
specimen storage.

Notifiable result/conditon for Local/State PH department, notify your local
military public health immediately for proper notification.

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Chlamydia trachomatis DNA | NEGATIVE | | NEGATIVE | |

## Rapid Plasma Reagin on 20 Aug 2009

Collection Date:           20 Aug 2009                    Site/Specimen:          SERUM
Ordering Clinician:        HEDARIA, ELIZABETH A
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Reagin Ab | NON-REACTIVE | | | |

## Methicillin Resistant Staphylococcus aureus Culture on 01 Feb 2007

Collection Date:           01 Feb 2007                    Site/Specimen:          Nasal Cavity
Ordering Clinician:        SORTOR, BRETT V
Comment:

| Order # | 070201-01796 |
|---------|--------------|
| Filler # | 070201 BA 3312 |
| Ordering Provider | SORTOR, BRETT V |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | |
|---|---|
| **Priority** | ROUTINE |
| **DATE_ORDERED** | 20070201113600 |
| **DATE_RESULTED** | 20070203143607 |
| **COLLECT_SAMPLE** | SWAB |
| **Order Comment** | recurrent abscesses |
| **BACTERIOLOGY RESULT** | NO METHICILLIN RESISTANT STAPH AUREUS ISOLATED. |
| **Results** | Final report |

## CBC W/Diff on 29 Nov 2005

Collection Date:        29 Nov 2005                    Site/Specimen:        BLOOD
Ordering Clinician:    FRANKLIN, MALCOM B
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Hemoglobin | 13.1 | g/dL | 13.2-17.0 | Lower Than Normal |
| WBC | 12.90 | x10(9)/L | 3.4-10.8 | Higher Than Normal |
| RBC | 4.42 | x10(12)/L | 4.2-5.6 | |
| Hematocrit | 38.0 | % | 38.1-49.3 | Lower Than Normal |
| RDW CV | 10.3 | % | 9.8-12.8 | |
| MCV | 86.1 | fL | 80-100 | |
| MCH | 29.7 | pg | 27-31 | |
| MCHC | 34.5 | g/dL | 31-36 | |
| MPV | 7.8 | fL | 7.4-10.4 | |
| Platelets | 358 | x10(9)/L | 130-400 | |
| Lymphocytes | 7.2 | % | 12.4-46 | Lower Than Normal |
| Monocytes | 6.6 | % | 4-14.6 | |
| Neutrophils | 85.1 | % | 43.3-74.3 | Higher Than Normal |
| Basophils | 0.361 | % | 0-2 | |
| Eosinophils | 0.7 | % | 0-3.3 | |
| ABS Neutrophils | 10.90 | x10(9)/L | 1.0-7.5 | Higher Than Normal |
| ABS Lymphocytes | 0.93 | x10(9)/L | 0.9-3.0 | |
| ABS Monocytes | 0.85 | x10(9)/L | 0.2-1.0 | |
| ABS Eosinophils | 0.09 | x10(9)/L | .0-.40 | |
| ABS Basophils | 0.046 | x10(9)/L | .0-.20 | |

## Bleeding Time on 22 Nov 2005

Collection Date:        22 Nov 2005                    Site/Specimen:        BLOOD
Ordering Clinician:    ARTATES, NEMESIA F
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| Bleeding Time | 7.5 | min | 2.5-8 | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

## Protime Panel on 22 Nov 2005

Collection Date:          22 Nov 2005                          Site/Specimen:          PLASMA
Ordering Clinician:       ARTATES, NEMESIA F
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| INR | 1.063 | | 0.81-1.197 | |
| Protime | 13.00 | Sec | 9.7-13.9 | |

## APTT on 22 Nov 2005

Collection Date:          22 Nov 2005                          Site/Specimen:          PLASMA
Ordering Clinician:       ARTATES, NEMESIA F
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| APTT | 38.00 | Sec | 21.1-40.7 | |

## CBC W/Diff on 22 Nov 2005

Collection Date:          22 Nov 2005                          Site/Specimen:          BLOOD
Ordering Clinician:       ARTATES, NEMESIA F
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| RDW CV | 10.0 | % | 9.8-12.8 | |
| WBC | 6.12 | x10(9)/L | 3.4-10.8 | |
| RBC | 4.67 | x10(12)/L | 4.2-5.6 | |
| Hematocrit | 40.0 | % | 38.1-49.3 | |
| Hemoglobin | 14.1 | g/dL | 13.2-17.0 | |
| MCV | 85.6 | fL | 80-100 | |
| MCH | 30.2 | pg | 27-31 | |
| MCHC | 35.3 | g/dL | 31-36 | |
| MPV | 7.3 | fL | 7.4-10.4 | Lower Than Normal |
| Platelets | 408 | x10(9)/L | 130-400 | Higher Than Normal |
| Lymphocytes | 23.0 | % | 12.4-46 | |
| Monocytes | 7.2 | % | 4-14.6 | |
| Neutrophils | 67.7 | % | 43.3-74.3 | |
| Basophils | 0.662 | % | 0-2 | |
| Eosinophils | 1.5 | % | 0-3.3 | |
| ABS Eosinophils | 0.09 | x10(9)/L | .0-.40 | |
| ABS Neutrophils | 4.14 | x10(9)/L | 1.0-7.5 | |
| ABS Lymphocytes | 1.41 | x10(9)/L | 0.9-3.0 | |
| ABS Monocytes | 0.44 | x10(9)/L | 0.2-1.0 | |
| ABS Basophils | 0.041 | x10(9)/L | .0-.20 | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

## Amylase on 19 Nov 2005

Collection Date:          19 Nov 2005                    Site/Specimen:        SERUM
Ordering Clinician:       DINKEL, TROY A
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Amylase | 44 | IU/L | 30-110 | |

## Liver Function Panel on 19 Nov 2005

Collection Date:          19 Nov 2005                    Site/Specimen:        SERUM
Ordering Clinician:       DINKEL, TROY A
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Protein | 8.2 | mg/dL | 6.3-8.2 | |
| Albumin | 4.6 | mg/dL | 3.9-5.1 | |
| Alkaline Phosphatase | 75 | U/L | 38-126 | |
| Aspartate Aminotransferase | 26 | U/L | 5-40 | |
| Alanine Aminotransferase | 28 | U/L | 7-56 | |
| Gamma-Glutamyl Transferase | 17 | U/L | 8-78 | |
| Lactate Dehydrogenase | 495 | U/L | 313-618 | |
| Bilirubin | 0.4 | mg/dL | 0.2-1.3 | |
| Bilirubin Direct | 0.0 | mg/dL | 0.0-0.4 | |
| Globulin | 3.6 | g/dL | 2.4-3.5 | Higher Than Normal |
| Albumin/Globulin | 1.3 | | 1.1-2.2 | |

## Lipase on 19 Nov 2005

Collection Date:          19 Nov 2005                    Site/Specimen:        SERUM
Ordering Clinician:       DINKEL, TROY A
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Triacylglycerol Lipase | 66 | U/L | 23-230 | |

## Basic Metabolic Panel on 19 Nov 2005

Collection Date:          19 Nov 2005                    Site/Specimen:        SERUM
Ordering Clinician:       DINKEL, TROY A
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Glucose | 101 | mg/dL | 75-110 | |
| Urea Nitrogen | 13 | mg/dL | 9-21 | |
| Creatinine | .9 | mg/dL | 0.8-1.5 | |

**Medical Record**

Merwin, Daniel Dennis    DOB:  ███  1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

| | | | | |
|---|---|---|---|---|
| Sodium | 140 | mmol/L | 137-145 | |
| Potassium | 4.1 | mmol/L | 3.6-5.0 | |
| Chloride | 102 | mmol/L | 98-107 | |
| Carbon Dioxide | 29.4 | mmol/L | 22-40 | |
| Urea Nitrogen/Creatinine | 14.7 | mg/dL | 7-25 | |
| Anion Gap | 12 | mmol/L | 10-20 | |
| GFR | 114 | mL/min | >/=90 | |

Interpretation:
A result of "0" (zero) for ages 17 and under is the same
as not performed.

Reference Values:
>=90 = Normal GFR
60-89 = Mildly decreased GFR
30-59 = Moderately decreased GFR
15-29 = Severely decreased GFR
<15  = Kidney Failure

This is an estimated GFR only. The value has been derived
from the modified MDRD equation:  GFR = 270 x serum
creatinine^(-1.007) x age^(-0.180) x BUN^(-0.169)(x0.755
if female). Values for African Americans should be adjusted
by multiplying by 1.18. As with all estimations, results
may not be valid for certain sub-groups including:
pediatric patients (0-17 years old), severely hypo-
albuminemic patients, patients not in steady state
(including acute renal failure), dialysis patients, and
patients with atypical body habitus. If a more accurate
estimation is required, consider obtaining a Nuclear
Medicine GFR determination or Nephrology consultation.

---------------------------------------------------------

# CBC W/Diff on 19 Nov 2005

Collection Date:          19 Nov 2005                    Site/Specimen:          BLOOD
Ordering Clinician:       DINKEL, TROY A
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|---|---|---|---|---|
| MCV | 85.0 | fL | 80-100 | |
| WBC | 8.98 | x10(9)/L | 3.4-10.8 | |
| RBC | 4.68 | x10(12)/L | 4.2-5.6 | |
| Hematocrit | 39.8 | % | 38.1-49.3 | |
| Hemoglobin | 14.4 | g/dL | 13.2-17.0 | |
| MCH | 30.8 | pg | 27-31 | |
| MCHC | 36.3 | g/dL | 31-36 | Higher Than Normal |
| RDW CV | 10.1 | % | 9.8-12.8 | |
| MPV | 7.8 | fL | 7.4-10.4 | |
| Platelets | 105 | x10(9)/L | 130-400 | Lower Than |

Merwin, Daniel Dennis    DOB:  ███  1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ██████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| | | | | Normal |
| Lymphocytes | 15.0 | % | 12.4-46 | |
| Monocytes | 3.9 | % | 4-14.6 | Lower Than Normal |
| Neutrophils | 79.5 | % | 43.3-74.3 | Higher Than Normal |
| Basophils | 0.388 | % | 0-2 | |
| Eosinophils | 1.2 | % | 0-3.3 | |
| ABS Neutrophils | 7.14 | x10(9)/L | 1.0-7.5 | |
| ABS Lymphocytes | 1.35 | x10(9)/L | 0.9-3.0 | |
| ABS Monocytes | 0.35 | x10(9)/L | 0.2-1.0 | |
| ABS Eosinophils | 0.10 | x10(9)/L | .0-.40 | |
| ABS Basophils | 0.035 | x10(9)/L | .0-.20 | |

## Leukocyte Esterase on 03 Nov 2005

Collection Date:        03 Nov 2005                    Site/Specimen:        VOIDED URINE
Ordering Clinician:     PADILLA, EDEN U
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Leukocyte Esterase | NEGATIVE | | | |

**Interpretation:**
**THIS IS A LEUKOCYTE ESTERASE SCREEN NOT SPECIFIC FOR CHLAMYDIA.**

## HIV-1 Ab on 03 Nov 2005

Collection Date:        03 Nov 2005                    Site/Specimen:        SERUM
Ordering Clinician:     PADILLA, EDEN U
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| HIV-1 Ab | Negative | | | |

## Glucose on 03 Nov 2005

Collection Date:        03 Nov 2005                    Site/Specimen:        SERUM
Ordering Clinician:     PADILLA, EDEN U
Comment:
Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Glucose | 96 | mg/dL | 75-110 | |

## Varicella Virus Ab on 03 Nov 2005

Collection Date:        03 Nov 2005                    Site/Specimen:        SERUM
Ordering Clinician:     PADILLA, EDEN U
Comment:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis         DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538         Created: 16 Aug 2017

Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Varicella Zoster Virus Ab | IMMUNE | | | |

## 1523 Inprocessing Panel on 03 Nov 2005

| | | | |
|---|---|---|---|
| Collection Date: | 03 Nov 2005 | Site/Specimen: | BLOOD |
| Ordering Clinician: | PADILLA, EDEN U | | |
| Comment: | | | |

Chem

| Name | Value | Units | Range | Abnormal |
|------|-------|-------|-------|----------|
| Sickle Cell Screen | NEGATIVE | | | |
| Glucose-6-Phosphate Dehydrogenase | NORMAL | | | |
| ABO Group | O | | | |
| Rh Type | POSITIVE | | | |
| Reagin Ab | NON-REACTIVE | | | |

***** End of Resulted Labs *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

# Radiology

## Chest PA And Lateral Upright Series Report on 22 Jun 2016

| | |
|---|---|
| Procedure: | Chest PA And Lateral Upright Series Report |
| Order Comment: | |
| Reason for Order: | |
| Exam #: | 16227558 |
| Exam Date/Time: | 22 Jun 2016 12:38:00 |
| Transcription Date/Time: | 22 Jun 2016 13:08:00 |
| Provider: | WEATHERS, BRUCE KENT |
| Requesting Location: | EMERGENCY RM BE    WRNMMC BETHESDA, MD |
| Status: | COMPLETE |
| Result Code: | |
| Interpreted By: | LUTYNSKI, MATTHEW LEO |
| Approved By: | LUTYNSKI, MATTHEW LEO |
| Approved Date: | 22 Jun 2016 13:08:00 |

## Report Text

HISTORY: r/o abnormality

TECHNIQUE: Upright, PA and lateral chest radiographs.  Two views.

COMPARISON: None.

FINDINGS: Lungs: Lungs are clear.

Pleura: No pleural effusion or visible pneumothorax.

Heart / Mediastinum: Within normal limits.

Upper Abdomen: Within normal limits.

Bones and Soft Tissues:   No acute osseous abnormality.

IMPRESSION: Normal chest radiographs. _____

Electronically signed by:Dr. MATTHEW LEO LUTYNSKI Department of Radiology Walter Reed National Military Medical Center

Date: 06/22/16 Time:13:08

## MRI Brain With And Without Contrast Report on 15 Apr 2016

| | |
|---|---|
| Procedure: | MRI Brain With And Without Contrast Report |
| Order Comment: | |
| Reason for Order: | |

**Medical Record**

| | |
|---|---|
| Exam #: | 16131283 |
| Exam Date/Time: | 15 Apr 2016 04:48:00 |
| Transcription Date/Time: | 15 Apr 2016 08:18:00 |
| Provider: | THOMPSON, DAVID HERRON |
| Requesting Location: | OTOLARYNG CL BE     WRNMMC BETHESDA, MD |
| Status: | COMPLETE |
| Result Code: | |
| Interpreted By: | DEMARCO, JAMES K |
| Approved By: | DEMARCO, JAMES K |
| Approved Date: | 15 Apr 2016 08:18:00 |

## Report Text

Brain MRI without and with gadolinium: 04/15/16 04:48:00.

History: 31 y/o M with acute onset distortion taste, Please evaluate olfactory nerves for pathology, and brain for possible pathology, please use gad.

Technique: Sagittal T1, axial and coronal T2, axial T2 FLAIR, axial DWI, axial GRE, axial T1, axial post T1 FS, coronal post 3D SPGR of the brain. A total of 16 mL of ProHance was given intravenously as part of the study.

FINDINGS: No focal mass lesion or abnormal enhancement along the expected course of either olfactory bulb or groove is seen. There is normal appearance of both olfactory bulb and nerves.

Acute: No hemorrhage, herniation, or hydrocephalus.  No evidence of acute ischemia.

Brain: Brain parenchyma is within normal limits in signal and volume for age.

Vessels: No abnormal intravascular signal to suggest thrombosis. There is note of a tubular enhancing structure posteriorly in the left cerebellar hemisphere compatible with an incidental developmental venous anomaly

Bones: No suspicious lesion in the calvarium or skull base.

Other: Extracranial soft tissues are unremarkable.

IMPRESSION:

1.  No enhancing mass lesions along the expected course of either olfactory bulb or groove is seen. Both olfactory bulbs and nerves appear to be normally developed.

2. No intracranial pathology.  No abnormal enhancement.  _____

Electronically signed by:Demarco Department of Radiology Walter Reed National Military Medical Center

Date: 04/15/16 Time:08:18


## Left Ankle (3 Views) Series Report on 16 Feb 2016

| | |
|---|---|
| Procedure: | Left Ankle (3 Views) Series Report |
| Order Comment: | |
| Reason for Order: | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Exam #:                        16054521
Exam Date/Time:                16 Feb 2016 14:10:00
Transcription Date/Time:       16 Feb 2016 14:55:00
Provider:                      WILSON, BRYAN JAMES
Requesting Location:           INT MED MEDICAL HOME CL C BE      WRNMMC BETHESDA, MD
Status:                        COMPLETE
Result Code:
Interpreted By:                FISHER, ZACHARY ETHAN
Approved By:                   FISHER, ZACHARY ETHAN
Approved Date:                 16 Feb 2016 14:54:00

## Report Text

Comparison: MRI October 5, 2014 and prior radiographs May 6, 2014

Findings: Routine radiographs of the ankle were obtained.  Normal alignment is present without evidence for acute fracture or dislocation.  There is mild lateral soft tissue swelling present.  The ankle mortise and talar dome are intact.  The joint spaces are preserved without significant degenerative changes.

Impression: Lateral soft tissue swelling without evidence for acute bony abnormality

_____

Electronically signed by:Dr. ZACHARY ETHAN FISHER Department of Radiology Walter Reed National Military Medical Center

Date: 02/16/16 Time:14:54

## MRI Left Foot Report on 05 Oct 2014

Procedure:                     MRI Left Foot Report
Order Comment:
Reason for Order:
Exam #:                        14327819
Exam Date/Time:                05 Oct 2014 14:43:00
Transcription Date/Time:       06 Oct 2014 15:51:00
Provider:                      AUSTIN, MARIE
Requesting Location:           INT MED MEDICAL HOME CL C BE      WRNMMC BETHESDA, MD
Status:                        COMPLETE
Result Code:
Interpreted By:                LUTYNSKI, MATTHEW LEO
Approved By:                   LUTYNSKI, MATTHEW LEO
Approved Date:                 06 Oct 2014 15:52:00

## Report Text

HISTORY: Continuous pain following injury

COMPARISONS: Left foot and ankle radiographs dated 5/6/14

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

TECHNIQUE: WRNMMC MRI of the left ankle was performed utilizing standard imaging sequences (3 plane localizer, axial T1, axial PD fat-sat, coronal T1, coronal PD fat-sat, sagittal T1, sagittal PD fat-sat). No intravenous or intra-articular contrast was administered. Subsequently, MRI of the forefoot was obtained to include 3 plane localizer, coronal T1, coronal PD fat-sat, axial T1, sagittal T1, axial PD fat-sat, sagittal PD fat-sat.

FINDINGS: ANKLE: A skin marker was placed along the anterolateral aspect of the lower leg at the site of symptoms.

Plantar aponeurosis: within normal limits.

Tendons   Achilles' tendon: within normal limits.

 Peroneal tendons: within normal limits.

 Flexor tendons: Apart from minimal fluid accumulation at the knot of Henry, the flexor tendons about the ankle are otherwise within normal limits.

 Extensor tendons: within normal limits.

Ligaments:   Syndesmotic ankle ligaments: within normal limits.

 Low lateral ankle ligaments: The anterior talofibular ligament appears thickened. Calcaneofibular and posterior talofibular ligaments are within normal limits.

 Deltoid ligamentous complex: within normal limits.

 Spring ligamentous complex: within normal limits.

 Lisfranc ligament: within normal limits.

Sinus tarsi and tarsal tunnel: within normal limits.

Muscle morphology and signal intensity: within normal limits.

Bone morphology and signal intensity: within normal limits.

Chondral surfaces: within normal limits.

FOREFOOT: Tendons:   Distal peroneal tendons: within normal limits.

 Distal flexor tendons: within normal limits.

 Distal extensor tendons: within normal limits.

Ligaments:   Intermetatarsal ligaments: within normal limits.

 Lisfranc ligament: within normal limits.

The plantar plate and capsular ligamentous structures about the metatarsal phalangeal and interphalangeal joints of the forefoot are within normal limits.

Recesses and Bursae: No evidence of Morton's neuroma or intermetatarsal bursitis.

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 160**
AR 2147

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▇▇▇ 1985  SSN: ***-**-▇▇▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Muscle morphology and signal intensity: within normal limits.

Bone morphology and signal intensity: Mild degenerative changes are seen at the 1st metatarsophalangeal joint.

IMPRESSION: Findings suggestive of prior lateral ankle sprain. _____

Electronically signed by resident: Dr. MATTHEW LEO LUTYNSKI Date: 10/06/14 Time:14:23

_____

Electronically signed by:FRANK EDWARD MULLENS Department of Radiology Walter Reed National Military Medical Center

Date: 10/06/14 Time:15:52

# MRI Left Ankle Report on 05 Oct 2014

Procedure:                  MRI Left Ankle Report
Order Comment:
Reason for Order:
Exam #:                     14327823
Exam Date/Time:             05 Oct 2014 14:43:00
Transcription Date/Time:    06 Oct 2014 15:51:00
Provider:                   AUSTIN, MARIE
Requesting Location:        INT MED MEDICAL HOME CL C BE    WRNMMC BETHESDA, MD
Status:                     COMPLETE
Result Code:
Interpreted By:             LUTYNSKI, MATTHEW LEO
Approved By:                LUTYNSKI, MATTHEW LEO
Approved Date:              06 Oct 2014 15:52:00

# Report Text

HISTORY: Continuous pain following injury

COMPARISONS: Left foot and ankle radiographs dated 5/6/14

TECHNIQUE: WRNMMC MRI of the left ankle was performed utilizing standard imaging sequences (3 plane localizer, axial T1, axial PD fat-sat, coronal T1, coronal PD fat-sat, sagittal T1, sagittal PD fat-sat).  No intravenous or intra-articular contrast was administered.  Subsequently, MRI of the forefoot was obtained to include 3 plane localizer, coronal T1, coronal PD fat-sat, axial T1, sagittal T1, axial PD fat-sat, sagittal PD fat-sat.

FINDINGS: ANKLE: A skin marker was placed along the anterolateral aspect of the lower leg at the site of symptoms.

| Merwin, Daniel Dennis | DOB: ▇▇▇ 1985  SSN: ***-**-▇▇▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 161**
AR 2148

**Medical Record**

Plantar aponeurosis: within normal limits.

Tendons   Achilles' tendon: within normal limits.

 Peroneal tendons: within normal limits.

 Flexor tendons: Apart from minimal fluid accumulation at the knot of Henry, the flexor tendons about the ankle are otherwise within normal limits.

 Extensor tendons: within normal limits.

Ligaments:   Syndesmotic ankle ligaments: within normal limits.

 Low lateral ankle ligaments: The anterior talofibular ligament appears thickened.  Calcaneofibular and posterior talofibular ligaments are within normal limits.

 Deltoid ligamentous complex: within normal limits.

 Spring ligamentous complex: within normal limits.

 Lisfranc ligament: within normal limits.

Sinus tarsi and tarsal tunnel: within normal limits.

Muscle morphology and signal intensity: within normal limits.

Bone morphology and signal intensity: within normal limits.

Chondral surfaces: within normal limits.

FOREFOOT: Tendons:   Distal peroneal tendons: within normal limits.

 Distal flexor tendons: within normal limits.

 Distal extensor tendons: within normal limits.

Ligaments:   Intermetatarsal ligaments: within normal limits.

 Lisfranc ligament: within normal limits.

The plantar plate and capsular ligamentous structures about the metatarsal phalangeal and interphalangeal joints of the forefoot are within normal limits.

Recesses and Bursae:  No evidence of Morton's neuroma or intermetatarsal bursitis.

Muscle morphology and signal intensity: within normal limits.

Bone morphology and signal intensity: Mild degenerative changes are seen at the 1st metatarsophalangeal joint.


IMPRESSION: Findings suggestive of prior lateral ankle sprain.  _____

Electronically signed by resident: Dr. MATTHEW LEO LUTYNSKI Date: 10/06/14 Time:14:23

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

_____

Electronically signed by:FRANK EDWARD MULLENS Department of Radiology Walter Reed National
Military Medical Center

Date: 10/06/14 Time:15:52

## Left Ankle (3 Views) Series Report on 06 May 2014

| | |
|---|---|
| Procedure: | Left Ankle (3 Views) Series Report |
| Order Comment: | with weight bearing |
| Reason for Order: | left lateral ankle pain and swelling 2 weeks following a sprained ankle, re-evaluate for fracture |
| Exam #: | 14151527 |
| Exam Date/Time: | 06 May 2014 15:03:00 |
| Transcription Date/Time: | 06 May 2014 16:05:00 |
| Provider: | UDE, ASSUMPTA O |
| Requesting Location: | AMHM01AREDKI    KIMBROUGH ACC |
| Status: | COMPLETE |
| Result Code: | SEE RADIOLOGIST'S REPORT |
| Interpreted By: | MUNTER, FLETCHER M |
| Approved By: | MUNTER, FLETCHER M |
| Approved Date: | 06 May 2014 15:58:00 |

## Report Text

CHCS 14151527

History: Ankle sprain 2 weeks ago.

Technique: 3 images of the left ankle were performed.

FINDINGS: No fracture is demonstrated. Osseous alignment and mineralization are normal. The articular
surfaces are normal. There are no focal lytic or sclerotic lesions. There is mild lateral swelling.

IMPRESSION: No fractures demonstrated.

## Left Foot (3 Views) Weight Bearing Series Report on 06 May 2014

| | |
|---|---|
| Procedure: | Left Foot (3 Views) Weight Bearing Series Report |
| Order Comment: | NO BRIEF COMMENT |
| Reason for Order: | left foot  pain x  2 weeks following a recent injury, re-evaluate for fracture |
| Exam #: | 14151531 |
| Exam Date/Time: | 06 May 2014 15:03:00 |
| Transcription Date/Time: | 06 May 2014 16:04:00 |
| Provider: | UDE, ASSUMPTA O |
| Requesting Location: | AMHM01AREDKI    KIMBROUGH ACC |

**Medical Record**

Status:                          COMPLETE
Result Code:                     SEE RADIOLOGIST'S REPORT
Interpreted By:                  MUNTER, FLETCHER M
Approved By:                     MUNTER, FLETCHER M
Approved Date:                   06 May 2014 15:57:00

# Report Text

CHCS 14151531

History: Left foot pain for 2 weeks.

Technique: AP and lateral weight-bearing images of the left foot were  performed.

FINDINGS: No fracture is demonstrated. Osseous alignment and mineralization  are normal. The articular surfaces are normal. There are no focal lytic or  sclerotic lesions. No soft tissue abnormality is identified.

IMPRESSION: Normal left foot.

# Left Foot (3 Views) Series Report on 19 Apr 2014

Procedure:                       Left Foot (3 Views) Series Report
Order Comment:
Reason for Order:
Exam #:                          14130311
Exam Date/Time:                  19 Apr 2014 15:42:00
Transcription Date/Time:         20 Apr 2014 19:41:00
Provider:                        PIRRI, MICHAEL P
Requesting Location:             EMERGENCY RM BE        WRNMMC BETHESDA, MD
Status:                          COMPLETE
Result Code:
Interpreted By:                  NIELSEN, NATHAN S
Approved By:                     ABAN, KENRIC T
Approved Date:                   20 Apr 2014 19:40:00

# Report Text

History:  Running and stepped in hole c/o left ankle/foot pain and swelling. R/o fx

Technique: Frontal, oblique, and lateral radiographs of the left foot and ankle

Comparison: None available

Findings:

No acute fracture or dislocation. Osseous alignment and mineralization is normal. Joint spaces are preserved. The ankle mortise and talar dome are intact. A small developing plantar calcaneal spur is identified. No significant degenerative or erosive changes are seen. There is mild soft tissue edema overlying the lateral malleolus.

Impression:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Mild soft tissue edema overlying the lateral malleolus without evidence of acute osseous abnormality.

_____

Electronically signed by resident: Dr. NATHAN S NIELSEN Date: 04/19/14 Time:19:41


_____

Electronically signed by:Dr. Kenric T Aban Date: 04/20/14 Time:19:40


## Left Ankle (3 Views) Series Report on 19 Apr 2014

| | |
|---|---|
| Procedure: | Left Ankle (3 Views) Series Report |
| Order Comment: | |
| Reason for Order: | |
| Exam #: | 14130312 |
| Exam Date/Time: | 19 Apr 2014 15:42:00 |
| Transcription Date/Time: | 20 Apr 2014 19:41:00 |
| Provider: | PIRRI, MICHAEL P |
| Requesting Location: | EMERGENCY RM BE     WRNMMC BETHESDA, MD |
| Status: | COMPLETE |
| Result Code: | |
| Interpreted By: | NIELSEN, NATHAN S |
| Approved By: | ABAN, KENRIC T |
| Approved Date: | 20 Apr 2014 19:40:00 |

## Report Text


History:  Running and stepped in hole c/o left ankle/foot pain and swelling. R/o fx

Technique: Frontal, oblique, and lateral radiographs of the left foot and ankle

Comparison: None available

Findings:

No acute fracture or dislocation. Osseous alignment and mineralization is normal. Joint spaces are preserved. The ankle mortise and talar dome are intact. A small developing plantar calcaneal spur is identified. No significant degenerative or erosive changes are seen. There is mild soft tissue edema overlying the lateral malleolus.

Impression:

Mild soft tissue edema overlying the lateral malleolus without evidence of acute osseous abnormality.

_____

Electronically signed by resident: Dr. NATHAN S NIELSEN Date: 04/19/14 Time:19:41

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

_____

Electronically signed by:Dr. Kenric T Aban Date: 04/20/14 Time:19:40

# MRI - Abdomen Report on 02 Nov 2012

| | |
|---|---|
| Procedure: | MRI - Abdomen Report |
| Order Comment: | |
| Reason for Order: | |
| Exam #: | 12359730 |
| Exam Date/Time: | 02 Nov 2012 07:18:00 |
| Transcription Date/Time: | 05 Nov 2012 09:56:00 |
| Provider: | COPSEY, HELEN C |
| Requesting Location: | GSURG GI APU BE    WRNMMC BETHESDA, MD |
| Status: | COMPLETE |
| Result Code: | |
| Interpreted By: | MOLLURA, JOSEPH G |
| Approved By: | JAVITT, MARCIA C |
| Approved Date: | 05 Nov 2012 09:48:00 |

# Report Text

ADDITIONAL HISTORY: CT examination with right-sided colonic thickening and equalization of small bowel. Recent colonoscopy and without lesion the terminal ileum a concern stenosis or inflammation of the distal ileum.

TECHNIQUE: Standard MR enterocleisis protocol; Three plane localizer, coronal FIESTA, axial T2 SS FSE, axial and coronal T2 SS FSE, axial and coronal FIESTA fat sat, axial SPGR in and out of phase, axial and coronal LAVA pre-and postcontrast MRI of the abdomen.

COMPARISONS: CT abdomen/pelvis 10/11/12

FINDINGS:

Bowel loops are adequately distended without focal stenosis, stricturing, or luminal narrowing.  There is normal bowel peristalsis and motion observed on the cinematic images.  Minimal mural thickening of the mid jejunum observed at the left upper quadrant without corresponding abnormal mucosal enhancement, stricturing or stenosis.

The liver and gallbladder are normal without intra-or extrahepatic biliary ductal dilatation.  The spleen, pancreas, adrenals, and kidneys are normal.

No intra-abdominal mass or fluid collection.  No enlarged abdominal or pelvic lymph nodes.

Osseous marrow signal is nonpathologic.

IMPRESSION:

No abnormal areas of enhancement or mural thickening within the gastrointestinal system, specifically evidence of active inflammation at the site of previously observed colitis on CT examination 10/11/12.  Correlate with patient's symptomatology.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

_____

Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 11/05/12 Time:09:20

_____

Electronically signed by:Dr. Marcia Javitt Date: 11/05/12 Time:09:48

## Acute Abdomen Series Report on 10 Oct 2012

Procedure:                              Acute Abdomen Series Report
Order Comment:
Reason for Order:
Exam #:                                 12343890
Exam Date/Time:                         10 Oct 2012 22:58:00
Transcription Date/Time:                12 Oct 2012 07:26:00
Provider:                               PUTKO, ROBERT M
Requesting Location:                    BREAST CARE BE      WRNMMC BETHESDA, MD
Status:                                 COMPLETE
Result Code:
Interpreted By:                         MOLLURA, JOSEPH G
Approved By:                            BERNARD, JACQUELINE M
Approved Date:                          12 Oct 2012 07:24:00

# Report Text

ADDITIONAL HISTORY: Subxiphoid pain and associated thoracic back pain x 1 day.

TECHNIQUE: PA chest radiograph, supine and erect AP radiographs of the abdomen and pelvis.

COMPARISONS: None available..

FINDINGS:

Lungs are adequately inflated.  No focal airspace consolidation.  No pneumothorax or pleural effusion.
Cardiomediastinal silhouette and pulmonary vascular markings are normal.

Relative paucity of bowel gas with several differential air-fluid levels. No dilated or distended loops.  Air and
stool visualized within the ascending and distal large bowel.  No pneumatosis or pneumoperitoneum.  No
pathologic calcifications noted. Osseous structures are intact and appropriate for age.

IMPRESSION:

1. Nonspecific nonobstructive bowel gas pattern.

2. No acute cardiopulmonary findings. _____

Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 10/11/12 Time:07:22

_____

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Electronically signed by:Dr. Jacqueline M Bernard Date: 10/12/12 Time:07:24

# CT Abdomen/Pelvis With Contrast Report on 11 Oct 2012

Procedure:                              CT Abdomen/Pelvis With Contrast Report
Order Comment:
Reason for Order:
Exam #:                                 12343907
Exam Date/Time:                         11 Oct 2012 00:30:00
Transcription Date/Time:                12 Oct 2012 07:00:00
Provider:                               HARDWARE, LESLIE
Requesting Location:                    EMERGENCY RM BE      WRNMMC BETHESDA, MD
Status:                                 COMPLETE
Result Code:
Interpreted By:                         MOLLURA, JOSEPH G
Approved By:                            BERNARD, JACQUELINE M
Approved Date:                          11 Oct 2012 08:16:00

# Report Text

ADDITIONAL HISTORY: Abdominal pain.

TECHNIQUE: CT of the abdomen and pelvis was performed under standard abdomen/pelvis CT protocol with 5 mm axial helically acquired images obtained from the level of the diaphragm to the level of the pubic symphysis after the intravenous administration of 110 mL Isovue 370 and oral contrast. Coronal and sagittal reformatted images were also obtained.

COMPARISONS: Acute abdominal series 10/10/12.

FINDINGS:

Lung bases are clear.

Liver parenchyma and vasculature is unremarkable. Normal biliary tree without intra-or extrahepatic biliary ductal dilatation. Pancreas, spleen, adrenals, and kidneys are normal. No identifiable ureteral abnormalities. Fluid-filled urinary bladder is unremarkable.

Enteric contrast visualized to the level of the mid ileum. Stomach is normal. There is fecal material and air noted within the distal ileum extending to a mildly distended stool filled cecum. The appendix is identified and is normal. There is a focal area of vascular prominence involving the mesentery at the level of the hepatic flexure. The colon wall at this level appears mildly thickened but otherwise decompressed. The colon distal to the hepatic flexure is decompressed and normal in appearance.

Shotty subcentimeter mesenteric lymph nodes about the upper abdomen. No intra-abdominal mass or fluid collection. Vascular structures are normal in configuration.

Pelvic organs are unremarkable. No free pelvic fluid. No pelvic or inguinal lymphadenopathy.

Soft tissues, muscles, and osseous structures are unremarkable.

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 168**
AR 2155

**Medical Record**

IMPRESSION:

Focal colitis at the level of the hepatic flexure with proximal stool retention and fecalization of small bowel. Findings are nonspecific and may be representative of an acute infection or inflammatory etiology such as Crohn's disease.  Clinical correlation is recommended.

Note: Findings above were discussed with Dr.  Hardware, via telephone at 0450 hours on 10/11/12.

_____

Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 10/11/12 Time:07:22

_____

Electronically signed by:Dr. Jacqueline M Bernard Date: 10/11/12 Time:08:16

# CT Abdomen/Pelvis With Contrast Report on 23 Nov 2005

| | |
|---|---|
| Procedure: | CT Abdomen/Pelvis With Contrast Report |
| Order Comment: | NO BRIEF COMMENT |
| Reason for Order: | 20y/o male dot 2-5 with intermittent abdominal pain x 4-5 years with rectal |
| Exam #: | 05050343 |
| Exam Date/Time: | 23 Nov 2005 09:26:00 |
| Transcription Date/Time: | 29 Nov 2005 10:02:00 |
| Provider: | ARTATES, NEMESIA F |
| Requesting Location: | COURAGE (WHITE) 1007    NBHC 1007/1017 |
| Status: | COMPLETE |
| Result Code: | SEE RADIOLOGIST'S REPORT |
| Interpreted By: | MARINBERG, BORIS V |
| Approved By: | MARINBERG, BORIS V |
| Approved Date: | 29 Nov 2005 12:25:00 |

# Report Text

ba/DICTATION DATE:  23 November 2005

CT SCAN OF THE ABDOMEN AND PELVIS WITH CONTRAST:

Technique:  7.5 mm cross-sectional images of the abdomen and pelvis were obtained following oral and intravenous introduction of contrast.

Findings:  There is a normal appearance of the liver, spleen, and pancreas. There is no gallstones.  No dilatation of biliary ducts or pancreatic duct identified.  There is no enlargement of the adrenal glands.  There is no hydronephrosis.  No renal stones are seen.  There is no lymphadenopathy. No abnormal collection of fluid in the abdomen or pelvis identified. Moderate amount of fecal material noted throughout the colon.  There is no changes of appendicitis.  No aneurysmal dilatation of the abdominal aorta noted.  There is no signs of bowel obstruction.

IMPRESSION:  NORMAL COMPUTED TOMOGRAPHY OF THE ABDOMEN AND PELVIS.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

MODERATE AMOUNT OF FECAL MATERIAL THROUGHOUT THE COLON.

## Acute Abdomen Series Report on 19 Nov 2005

| | |
|---|---|
| Procedure: | Acute Abdomen Series Report |
| Order Comment: | NO BRIEF COMMENT |
| Reason for Order: | ABD |
| Exam #: | 05050057 |
| Exam Date/Time: | 19 Nov 2005 04:18:00 |
| Transcription Date/Time: | 23 Nov 2005 14:16:00 |
| Provider: | DINKEL, TROY A |
| Requesting Location: | EMERGENCY MEDICAL CARE 200H     NH GREAT LAKES, 200H |
| Status: | COMPLETE |
| Result Code: | SEE RADIOLOGIST'S REPORT |
| Interpreted By: | KAMENETSKY, ALEX |
| Approved By: | KAMENETSKY, ALEX |
| Approved Date: | 23 Nov 2005 14:51:00 |

## Report Text

djk/Dictated 11-20-2005

ABDOMEN OBSTRUCTIVE SERIES:

Views of the abdomen demonstrate a normal bowel-gas pattern. Pneumoperitoneum is not present.  The psoas shadows are adequately visualized.  There is no evidence of intra-abdominal mass or significant calcifications. The visualized osseous structures show no abnormality. The heart and lungs are normal

IMPRESSION:  NORMAL OBSTRUCTIVE SERIES OF THE ABDOMEN.

## CT Abdomen/Pelvis Without Contrast Report on 19 Nov 2005

| | |
|---|---|
| Procedure: | CT Abdomen/Pelvis Without Contrast Report |
| Order Comment: | NO BRIEF COMMENT |
| Reason for Order: | KIDNEY STONE PROTOCOL |
| Exam #: | 05050058 |
| Exam Date/Time: | 19 Nov 2005 04:28:00 |
| Transcription Date/Time: | 23 Nov 2005 13:43:00 |
| Provider: | DINKEL, TROY A |
| Requesting Location: | EMERGENCY MEDICAL CARE 200H     NH GREAT LAKES, 200H |
| Status: | COMPLETE |
| Result Code: | SEE RADIOLOGIST'S REPORT |
| Interpreted By: | KAMENETSKY, ALEX |
| Approved By: | KAMENETSKY, ALEX |
| Approved Date: | 23 Nov 2005 14:51:00 |

## Report Text

djk/Dictated 11-19-2005

CT OF THE ABDOMEN AND PELVIS:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Examination is limited due to lack of IV or oral contrast.

As visualized, the liver, spleen, pancreas, abdominal aorta and both kidneys are intact.  No evidence of renal stones or hydronephrosis is seen.  The gallbladder is moderately distended.

Substantial amount of fecal matter is noted in the colon.  No obvious inflammatory changes, masses or abnormal fluid collections are seen in the abdomen.

Imaging into the pelvic shows a large amount of fecal matter within the distal colon.  The urinary bladder is intact.

IMPRESSION:    NO CLEAR INDICATION OF ACUTE INTRA-ABDOMINAL ABNORMALITY.

   SIGNIFICANT AMOUNT OF FECAL MATTER IS NOTED IN THE COLON.

   OTHER FINDINGS AS DESCRIBED.

## Acute Abdomen Series Report on 10 Nov 2005

| | |
|---|---|
| Procedure: | Acute Abdomen Series Report |
| Order Comment: | NO BRIEF COMMENT |
| Reason for Order: | pain in lower abd. across umbilicalarea from r-l |
| Exam #: | 05048946 |
| Exam Date/Time: | 10 Nov 2005 15:25:00 |
| Transcription Date/Time: | 16 Nov 2005 05:28:00 |
| Provider: | MADAMBA, LUNINGNING G |
| Requesting Location: | COURAGE (WHITE) 1007    NBHC 1007/1017 |
| Status: | COMPLETE |
| Result Code: | SEE RADIOLOGIST'S REPORT |
| Interpreted By: | NAUGLE, DAVID K |
| Approved By: | NAUGLE, DAVID K |
| Approved Date: | 17 Nov 2005 14:37:00 |

## Report Text

ba/DICTATION DATE:  14 November 2005

ACUTE ABDOMINAL SERIES:

Reason:  20 year old male with lower abdominal pain.

Comparison studies:  None.

Findings:  Single frontal view of the chest reveals normal cardiac and mediastinal silhouette.  Lungs are clear without infiltrate, effusion, mass, or pneumothorax.  Remaining bones and soft tissues are otherwise unremarkable.  No free air is seen under the diaphragm.

Frontal views of the supine and upright abdomen reveal no dilated loops of bowel or abnormal air fluid levels.  No abnormal calcifications or masses are seen.  Remaining bones and soft tissues are otherwise unremarkable.

IMPRESSION:  NO EVIDENCE OF ACUTE PULMONARY PROCESS.

   NORMAL BOWEL GAS PATTERN.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:  ████  1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 16 Aug 2017

***** End of Radiology *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

# Immunizations

| Vaccine | Series | VISVersion | Date | Manufacturer | Lot No. | Dose/Site | Exemption | Administered By |
|---|---|---|---|---|---|---|---|---|
| Influenza Split (Injectable - preservative free) | 0 | | 14 Dec 2016 | SmithKline | 92D9J | / | None | |
| Influenza Split (Injectable - preservative free) | 0 | | 05 Oct 2015 | CSL Biotherapies, Inc. | UNK | / | None | |
| Influenza, live, intranasal, quadrivalent | 0 | | 14 Oct 2014 | Unknown | CK2008 | / | None | |
| Influenza Split (Injectable) | 0 | | 26 Nov 2013 | | | / | None | |
| Meningococcal MCV4P | 1 | 10/14/11 | 05 Aug 2013 | Sanofi Pasteur | U4575BA | .5 mL/Right Arm | None | WRAY, KIM D |
| Meningococcal MPSV4 | 0 | | 05 Aug 2013 | Sanofi Pasteur | U4575BA | / | None | |
| IPPD | 0 | | 19 Mar 2013 | Other | 293239 | .1 mL/Left Arm | None | WRAY, KIM D |
| Td (adult), adsorbed | 0 | | 19 Mar 2013 | Sanofi Pasteur | U4422AA | / | None | |
| Tdap | 1 | 01/24/12 | 19 Mar 2013 | Sanofi Pasteur | U4422AA | .5 mL/Left Arm | None | WRAY, KIM D |
| Typhoid, ViCPs | 1 | 05/29/12 | 19 Mar 2013 | Sanofi Pasteur | H1481 | .5 mL/Right Arm | None | WRAY, KIM D |
| Influenza, Live, Intranasal | 0 | | 24 Oct 2012 | CSL Biotherapies, Inc. | AH2139 | / | None | |
| Influenza, whole | 1 | | 02 Nov 2011 | Sanofi Pasteur | ut423aa | .5 mL/Unknown | None | GRIMM, CHRISTOPHER T |
| Influenza, Live, Intranasal | 0 | | 15 Nov 2010 | Transcribed | 501061P | .25 mL/Intranasal | None | DAYS, LATAIJA W |
| IPPD | 0 | | 17 Mar 2010 | Transcribed | TRANSCRIBED | /Unknown | None | THOMAS, JOSHUA L |
| Anthrax | 5 | | 09 Mar 2010 | Emergent BioDefense Operations Lansing | TRANSCRIBED | /Unknown | None | THOMAS, JOSHUA L |
| Novel influenza-H1N1-09 | 0 | | 22 Dec 2009 | Novartis Pharmaceutical Corp. | 104040P1 | .5 mL/Left Arm | None | LINVILLE, TREVOR S |
| Influenza, Live, Intranasal | 0 | | 23 Sep 2009 | MedImmune, Inc. | 500719P | / | None | |
| Influenza, whole | 0 | | 23 Sep 2009 | MedImmune, Inc. | 500719P | .25 mL/Intranasal | None | LINVILLE, TREVOR S |
| Anthrax | 4 | | 05 May 2008 | Unknown | UNK | / | None | |
| Typhoid - | 0 | | 19 | Unknown | UNKNOWN | / | None | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Parenteral | | Feb 2008 | | | | | |
| Influenza, unspecified formulation | 0 | 16 Jan 2008 | Unknown | UNKNOWN | / | | None |
| Anthrax | 3 | 13 Nov 2007 | Other | FAV114 | / | | None |
| Anthrax | 2 | 20 Oct 2007 | Other | FAV114 | / | | None |
| Anthrax | 1 | 01 Oct 2007 | Other | FAV114 | / | | None |
| Hep A (Adult) | 0 | 02 Apr 2007 | | | / | | Not Req |
| Hep B, adolescent or pediatric | 0 | 02 Apr 2007 | | | / | | Not Req |
| Influenza, unspecified formulation | 0 | 12 Nov 2006 | Other | AFLUA219BA | / | | None |
| Typhoid - Parenteral | 0 | 14 Apr 2006 | Unknown | UNKNOWN | / | | None |
| Hep A (Adult) | 2 | 14 Dec 2005 | Unknown | UNKNOWN | / | | None |
| Hep A-Hep B | 1 | 14 Dec 2005 | Other | AHABB043BA | / | | None |
| Hep B - Adult | 2 | 14 Dec 2005 | Unknown | UNKNOWN | / | | None |
| Yellow Fever | 1 | 14 Dec 2005 | Other | UE351AA | / | | None |
| Hep A (Adult) | 1 | 08 Nov 2005 | Unknown | UNKNOWN | / | | None |
| Hep A-Hep B | 1 | 08 Nov 2005 | Other | AHABB043BA | / | | None |
| Hep B - Adult | 1 | 08 Nov 2005 | Unknown | UNKNOWN | / | | None |
| Influenza, Split (incl. purified surface antigen) | 0 | 08 Nov 2005 | Other | U1911AA | / | | None |
| IPV | 1 | 08 Nov 2005 | Other | Y0535 | / | | None |
| Meningococcal MPSV4 | 1 | 08 Nov 2005 | Other | UE359AA | / | | None |
| MMR | 1 | 08 Nov 2005 | Merck | 0298R | / | | None |
| Td (adult), adsorbed | 1 | 08 Nov 2005 | Other | U1586BA | / | | None |
| Influenza, unspecified formulation | 1 | 01 Nov 2005 | MedImmune, Inc. | 500388P | / | | None |

***** End of Immunizations *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

# Previous Encounters

### *14 Aug 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-29328694    Primary Dx:    Generalized anxiety disorder

| | | |
|---|---|---|
| Patient: **MERWIN, DANIEL DENNIS** | Date: **14 Aug 2017 1500 EDT** | Appt Type: **FTR** |
| Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR** | Clinic: **PSYCHIATRY BE** | Provider: **PAUL,SHERIN** |
| Patient Status: **Outpatient** | | |

**Note** Written by PAUL,SHERIN @ 15 Aug 2017 1545 EDT

### WR ADULT BEHAVIORAL HEALTH CLINIC FOLLOW-UP NOTE

| Patient Name: | Daniel Merwin |
|---|---|
| Patient last 4: | 0538 |
| Appt #: | Intake + 11 |
| Therapy time: | 60 minutes |
| E&M time: | 60 minutes |

## Identifying Data:    32-year-old, Single, Caucasian, Male

## Military Data:

| | |
|---|---|
| Branch: | USN |
| Rank: | PO1 |
| MOS: | CTN |
| TIS: | 11-years |
| Deployments: | N/A |
| Deployment Related: | N/A |
| Trauma: | N/A |
| WTU: | N/A |
| MEB in progress: | N/A |
| AdmSep in progress: | N/A |
| Special Clearance: | Yes |

## Presenting Problem:

Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

| Merwin, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 175**
AR 2162

**Medical Record**

Merwin, Daniel Dennis    DOB: ██████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|------------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: CBT**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he received updated IOP start date that is command approved. Patient is looking forward to this. Therapist and patient discussed this further. Patient stated that he received a call from MEB lawyer regarding his case. Patient will follow up as needed with lawyer. He stated that he is going to additional GI appointments to try other treatments. Further conversation focused on patient's isolation. He stated that he feels better staying at home and to himself as he's afraid of making mistakes or being misunderstood. Therapist and patient discussed how recent events have made the patient mistrust himself. Therapist and patient discussed next steps. He stated that he wants to focus on building his family relationships and identified ways that he is strengthening those bonds. Patient is identifying future oriented plans. Patient has no suicidal plan or intent but fleeting ideation.

**Response to treatment:** [ ] None   **[ X ] Some**   [ ] Significant   [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

# ASSESSMENT

## Diagnosis:

Axis I:    Generalized Anxiety Disorder
           Major Depressive Disorder, Single Episode, Moderate
           Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance: | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

Amenable to Treatment:                Yes
Social Support:                       No
Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High


## TREATMENT PLAN


Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 13 June 2017
*Reviewed with patient on:* 13 June 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

***Military Specific Interventions:***
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

### Provider initiated LimDu for patient.

**A/P** Written by PAUL,SHERIN @ 15 Aug 2017 1547 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**
**3. Alcohol dependence, uncomplicated**
    Procedure(s):    -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 15 Aug 2017 1548 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 15 Aug 2017 1548

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*14 Aug 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S*

| Encounter ID: | BETH-29304076 | Primary Dx: | Encounter for other administrative examinations |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **14 Aug 2017 1006 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **T-CON***
Provider: **DELSESTO,BARBARA SUE**

Call Back Phone: ███████

**AutoCites** Refreshed by DELSESTO,BARBARA @ 14 Aug 2017 1006 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | RINSE BY MOUTH ONE TIME PER DAY FOR 14 DAYS. #0 RF0 | NR | 09 Aug 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 09 Aug 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Telephone Consult:** Written by DELSESTO,BARBARA @ 14 Aug 2017 1006 EDT
Case Management
**Telephone Consult Comments:** Written by DELSESTO,BARBARA @ 14 Aug 2017 1006 EDT
IOP coordination

**S/O Note** Written by DELSESTO,BARBARA SUE @ 14 Aug 2017 1014 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

<u>**Subjective**</u>
Spoke with Ms. Lisa Banks-Williams at the Intensive Outpatient Program and received a new start date for this patient for 29 August at 0700.   Patient accepted this date and verbalized an understanding to call CM if any issue comes up.  Dr. Paul and patient's Command also informed of the new date-  CDR Yusko.  All parties have CM information.

<u>**A/P**</u> Written by DELSESTO,BARBARA @ 14 Aug 2017 1014 EDT
**1. Encounter for other administrative examinations**

<u>**Disposition**</u> Written by DELSESTO,BARBARA @ 14 Aug 2017 1014 EDT

**Signed By  DELSESTO, BARBARA** (Nurse Case Manager, Walter Reed National Military Medical Center) @ 14 Aug 2017 1014

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *10 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:     BETH-29272515     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **10 Aug 2017 0801 EDT**
Clinic: **ATS ADULT BE**

Appt Type: **T-CON***
Provider: **HANGEMANOLE,DESPINA C**

Call Back Phone: ▮

---

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 10 Aug 2017 0803 EDT
**Subjective**
Tcon with client to notify him of PCS intake date. Intake will be on 29 August and client was aligned with this date. SM also agreed to check in with Patrick Deleon while this writer is on leave next week.

**A/P** Written by HANGEMANOLE,DESPINA C @ 10 Aug 2017 0805 EDT
**1. Alcohol dependence, uncomplicated**
          Procedure(s):          -Non-Physician Phone Call To Patient/Provider Brief (5-10min) x 1

**Disposition** Written by HANGEMANOLE,DESPINA C @ 10 Aug 2017 0805 EDT
**Follow up:** as needed in the ATS ADULT BE clinic.

---

Signed By  **HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 10 Aug 2017 0805

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

## *09 Aug 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:      BETH-29260181      Primary Dx:      Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**          Date: **09 Aug 2017 0800 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **ATS ADULT BE**          Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
jbf

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 10 Aug 2017 0742 EDT
**History of present illness**
      The Patient is a 32 year old male.
Focus Of Session: Depressive Symptoms
S) SM reported that he spent the weekend watching movies and sleeping. SM stated that he did talk with his sister and his mother and examined with them some of the reasons for living. SM stated he has hopes of moving down to where they live and buying a plot of land to live on together. Sm stated that his MEB is moving forward for his IBS. SM denied having an intake date with PCS right now. SM reported that he is still depressed and often thinks about his reasons for living. SM reported he went to one AA meeting but didn't really like it because there was "drama" and he didn't feel he got anything out of it. SM reported that he was triggered to drink one time after hearing people talk about craft beer on the radio. SM stated that he turned the radio off and the feeling passed. He stated that he thought about suicide over the weekend but did not have a plan or intent to harm himself. SM denied any alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts and behavior were appropriate.
A) SM was cooperative and friendly. SM appears to have significant mental health issues that would be best addressed through PCS IOP. SM would benefit from continuing to engage in community recovery.
Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social worker in two weeks.
.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 09 Aug 2017 0921 EDT
**1. Alcohol dependence, uncomplicated**
          Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 09 Aug 2017 0921 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker in two weeks.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Note** Written by HANGEMANOLE,DESPINA C @ 09 Aug 2017 0916 EDT
**Consult Order**
**Referring Provider:**          TOBAR, EDEN
**Date of Request:**   18 Jul 2017
**Priority:**          Routine

**Provisional Diagnosis:**

Alcohol use disorder

**Reason for Request:**

32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was drinking a liter and a half of vodka per week for the 3 months before that.  Completed inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Interested in resuming ATS treatment to stay sober. Please evaluate and call home number in ahlta to reach pt.  Thank you.

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 10 Aug 2017 0742

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

*08 Aug 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-29245054     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**          Date: **08 Aug 2017 0930 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 08 Aug 2017 0949 EDT

                                                                    **Allergies**
                                                                    •No Known Allergies

**Vitals**
**Vitals** Written by JONES,ANDRUW JOHNBRUCE @ 08 Aug 2017 0927 EDT
 BP: 127/86, HR: 78, WT: 160 lbs, Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
**Vitals** Written by JONES,ANDRUW @ 08 Aug 2017 0927 EDT
 BP: 127/86,   HR: 78,   WT: 160 lbs,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

**Note** Written by TOBAR,EDEN @ 09 Aug 2017 1400 EDT
**Followup Note**

Patient: Daniel Merwin          Gender:   M
DOB: ☐ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #11
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy          Rank:          MOS: CTN          TIS: 11 yrs
UIC:          Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No     # Deployments: 1     Months Deployed: 36
WTU: No          MEB: No          AdmSep: No
Special Clearance: Yes          Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes          Work Colleague Problems: No
Anger Problems: Yes          Spouse/Sig Other Problems: No
Legal Problems: No          Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**

---

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 184**
AR 2171

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮ 1985  SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Overall health reported as: Good
Pain Level (0-10): 0                              Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up appt.  At our last meeting last week we increased Effexor xr  to
150mg every morning for mood and anxiety. Pt says today he thinks the dose increase is helpful
for his IBS symptoms. He isn't sure about impact on anxiety. We discussed that has not beenon
it for long.  He remains abstinent from alcohol and coffee and is participating in ATS program.
HE has not had his sleep study yet. Review normal B12 lab.  He is not having suicidal thoghts.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously
seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety
disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns
to treatment today because he has been experiencing increased stress and mood swings.  He also states
he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual
diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these
diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the
morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his
job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his
crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports
struggling with irritability and says when he was stationed on a ship he often felt angry due to being in
close proximity to other people , and got into three fights and broke his hand while on the ship.  He is
concerned about being like his father, whom he states was often angry and physically disciplined pt when
he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he
dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been
dating someone for three months and would like to break up with them.  He has poor sleep maintenance,
often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall
dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can
say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card
debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he
owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at
work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time
this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to
juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** – AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min    Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18
19JUL17 phq9= 20 (#9=1); gad7= 18
27JUL17 phq9= 16 (#9=0); gad7= 16
09AUG17 phq9= 15 (#9=0); gad7= 16

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                    Yes
Over lifetime, Suicidal Thoughts?                                  Yes
Over lifetime, Suicidal Thoughts with Method?        Yes
Over lifetime, Suicidal Intent?                                       Yes
Over lifetime, Suicide Intent with Specific Plan?      Yes
Over lifetime, Suicide Behavior?                    Yes        Number of events: 3
Most recent Suicidal Thoughts/Behaviors?        1-3 months ago
Suicidal Thoughts Duration?                                          Less than 1 hour
Suicidal Thought Frequency?                                         Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions        [ x ] Impulsivity
[x ] History of abuse                      [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                       [x  ] Active treatment engagement
[ ] Good coping/problem solving skills   [x ] Hopefulness present
[ ] Faith/religion commitment          [ ] Positive future orientation

**Allergies:**nkda

**Medications:**
Chlorhexidine Gluconate 0.12%, Solution, Oral        RINSE BY MOUTH ONE TIME PER DAY FOR 14
DAYS.    0        Active    09 Aug 2017@0001
NALTREXONE HCL, 50 MG, TABLET, ORAL        TAKE ONE TABLET BY MOUTH EVERY DAY        1        Active
VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL            TAKE ONE CAPSULE BY MOUTH EVERY
DAY        1        Active    09 Aug 2017@0001
RIFAXIMIN, 550 MG, TABLET, ORAL        TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR
14 DAYS  0        Expired    06 Jun 2017@0001
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL  TAKE 2 BY MOUTH EVERY DAY        3        Active

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ | 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

PROBIOTIC (VSL#3) DS--PO PACK        TAKE ONE PACKET BY MOUTH EVERY DAY        1
         Active      06 Jun 2017@0001
SIMETHICONE, 80 MG, TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY
AS NEEDED FOR GAS        2        Active      18 May 2017@0001
HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL        DISSOLVE 1 TABLET UNDER
TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN        3        Active
         10 May 2017@0001
Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral        TAKE ONE SCOOP EVERY DAY MIXED
IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY  3        Active      10 May
2017@0001

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin
Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and
Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol
and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost
custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
         Neurotic excoriation (scalp picking when anxious)
         Asthma during childhood
         Allergic response to pets
         Recurrent intestinal pain (possibly lactose intolerance)
         PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes        Cups/Day Equivalent: 4
Tobacco/e-cigs: none        PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine
per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were
divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt
states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive
to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his
'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't
remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is
now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**

| Merwin, Daniel Dennis | DOB: ■■■ | 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 187**
AR 2174

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:fair
Speech:talkative
Mood:anxious
Affect:full
Thought Process: somewhat circumstantial
Thought Content: denies current suicidal intent/HI/AVH
Judgment: fair
Insight:fair
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | U/L | (10.0-71.0) |

| Hepatic Function Panel | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Albumin | SERUM | 4.9 | g/dL | (3.5-5.2) |
| Alkaline Phosphatase | SERUM | 58 | U/L | (40-129) |
| Alanine Aminotransferase | SERUM | 34 | U/L | (0-41) |
| Aspartate Aminotransferase | SERUM | 24 | U/L | (0-40) |
| Bilirubin | SERUM | 0.3 | mg/dL | (0.15-1.2) |
| Bilirubin Direct | SERUM | <0.2 | mg/dL | (0.0-0.3) |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) |

| Basic Metabolic Panel | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) |
| Chloride | SERUM | 98 | mmol/L | (98-107) |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) |
| Glucose | SERUM | 89 | mg/dL | (74-106) |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) |
| Sodium | SERUM | 139 | mmol/L | (136-145) |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) |

| CBC W/Diff | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985 SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

| | | | | | |
|---|---|---|---|---|---|
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lyme Disease Ab Total Screen | | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Treponema pallidum Ab | | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | | |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng | |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | | |

| | | | | | |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| | | | | | |
|---|---|---|---|---|---|
| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| | | | | | |
|---|---|---|---|---|---|
| Homocysteine | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| | | | | | |
|---|---|---|---|---|---|
| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | | SERUM | 53 | U/L | (40-129) |
| Alanine Aminotransferase | | SERUM | 17 | U/L | (0-41) |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | | SERUM | 122.1 <i> | mL/min | (60->=60) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-██      DoD ID: 1286180538      Created: 16 Aug 2017

Aspartate Aminotransferase      SERUM   20          U/L          (0-40)

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 |

| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | (Negative) | |
| Opiates | URINE | NEGATIVE <i> | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

<u>Safety Risk:</u> This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; r/o adjustment disorder with depressed mood ; Alcohol Use Disorder; Trichotillomania

**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will continue medication
Intervention: continue Effexor to 150 mg po qam, as family members had good response to this medication.  Monitor for emergence of manic symptoms. Counseled pt on risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:          1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will refrain from alcohol use
Intervention: continue naltrexone 50 mg po daily.  continue.  have discussed adverse effects of alcohol on mood and sleep.  Will referedr for sleep study in July. Normal b12 panel drawn after July 2017 visit.
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent     [ ] Good     [ ] Fair     [ ] Guarded     [ ] Poor
Follow-up: three weeks

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

**A/P** Written by TOBAR,EDEN @ 09 Aug 2017 1507 EDT
**1. Generalized anxiety disorder**: Med management 15 minutes; supportive therapy 15 minutes.
    Procedure(s):    -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
    Medication(s):    -VENLAFAXINE XR--PO 150MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY DAY #30 RF1
        Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
        -NALTREXONE--PO 50MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY #30 RF1 Ordered By:
        TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

**Disposition** Written by TOBAR,EDEN @ 09 Aug 2017 1508 EDT
**Released w/o Limitations**
**Follow up:** 4 week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TOBAR,EDEN @ 08 Aug 2017 1001 EDT
**Additional A/P Information:**
Discontinued VENLAFAXINE XR--PO 75MG CPSR 24H -

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 09 Aug 2017 1508

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

## *07 Aug 2017 at WRNMMC, Int Med CL F Medical Home BE by LINKER, MARTIN*

| Encounter ID: | BETH-29226745 | Primary Dx: | Major depressive disorder, single episode, moderate |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 Aug 2017 0845 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **FTR**
Provider: **LINKER,MARTIN R**

**AutoCites** Refreshed by JASLIN,ALFREDO E @ 07 Aug 2017 0845 EDT

**Allergies**
•No Known Allergies

**Reason for Appointment:**
IBS-D Follow up
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by JASLIN,ALFREDO E @ 07 Aug 2017 0842 EDT
BP: 123/80,   HR: 81,   RR: 12,   T: 98.1 °F,   HT: 69 in,   WT: 160 lbs,   SpO2: 96%,   BMI: 23.63,
BSA: 1.879 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 3/10 Mild,   Pain Scale Comments: Stomach

**S/O Note** Written by LINKER,MARTIN R @ 07 Aug 2017 1718 EDT
**Chief complaint**
The Chief Complaint is: Follow up on irritable bowel syndrome.
**History of present illness**
     The Patient is a 32 year old male.
32 m presents today in follow up to IBS.  Patient states he is currently having a flare.

Alert and oriented x 3 with no signs of distress. Vital signs within normal limits.  No complaints of nausea vomitting diarrhea.

<<Note accomplished in TSWF-CORE>>

Spasms today.  Expects unscheduled bowel movements today.  States he does not eat much because he has abdominal cramps and diarrhea when the products of digestion reach and are in his colon.  But also states that he eats enough to maintain his weight. He is unsure whether or not he is making psychological progress.  Continues to participate in BH visits.  Taking same dose of venlafaxine.  No nausea.  Unclear when intensive outpatient treatment will begin.  Discussed writing of a letter to amend or clarify NAVMED 6100/5 in order to excuse him from company-level PT and allow him to participate in PT at his own pace.  Spoke last week with gastroenterologist and with psychiatrist.  Patient is to make follow-up appointment in GI Clinic.  His BH follow-up visits are scheduled.  Not drinking.

Discussed many issues.  Has good insight.  Calmer.  Less despondent.
.
     Bloating, abdominal pain, and diarrhea.
     Anxiety, emotional lability, depression, sleep disturbances ...Thinks that he sleeps too much.., and decreased functioning ability.
     Visit is not deployment-related.
Pain assessment
Location:  stomach
Duration:  intermittent
Quality: spasm
.
 Pain Severity    3/ 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient reports that they are compliant with medications.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated 07 August 2017

NKDA

---

**Medical Record**

.

**Current medication**
Medications as of 07 August 2017

Probiotic one packet po daily
Simethicone 80 mg po qid prn
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsules po daily
Naltrexone 50 mg po daily
Venlafaxine XR 150 mg po daily
MVI one po daily
.

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    IBS-D
    Generalized anxiety disorder
    Major depressive disorder
    ETOH hx (previous inpatient treatment)
    .
    Surgical / Procedural: Surgical / procedural history
    Tonsillectomy
    Photorefractive keratectomy
    Jaw surgery
    .

**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
    doctor or pharmacy?    [ x ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [ x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:  Rodak
..............
Annual Questions Date: 7/27/17.
**Family history**
    Family medical history
    M -- Well
    F -- DM.  MI / stent at age 40.  Melanoma.
    .
**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Cardiovascular:** No palpitations.
**Pulmonary:** No shortness of breath.
**Gastrointestinal:** Appetite not normal.  No early satiety.
**Genitourinary:** No urinary symptoms.
**Musculoskeletal:** No limb swelling.
**Neurological:** No fainting.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Lungs:**
    ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.
Murmurs: ° No murmurs were heard.
Edema: ° Not present.
**Abdomen:**
Visual Inspection: ° Abdomen was not distended.
Auscultation: ° Bowel sounds were normal.
Palpation: • Abdominal tenderness ...Tender over approximate course of colon..  ° Abdomen was soft.
**Psychiatric:**
• Exam: ...Discussed many issues.  Has good insight.  Less anxious.  Less despondent..  ° No impairment in social interaction.  ° No impairment in communication.
Appearance: • Abnormal.
Demonstrated Behavior: • Behavior demonstrated abnormalities.
Affect: ° Normal.
Thought Processes: ° Not impaired.
Thought Content: ° Revealed no impairment.
**Test conclusions**
Medication list was updated at the beginning of the visit.
A qualified individual compared the medication list against any orders, and resolved any discrepancies (if required).
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

**A/P** Written by LINKER,MARTIN @ 07 Aug 2017 1708 EDT
**1. Major depressive disorder, single episode, moderate**: Today seems somewhat improved.  Continuing BH interventions.
**2. Generalized anxiety disorder**: Today seems somewhat improved.  Continuing BH interventions.
**3. Alcohol dependence, uncomplicated**: In sobriety.
**4. Irritable bowel syndrome with diarrhea**: He will make appointment to be seen in GI Clinic.

**Disposition** Written by LINKER,MARTIN @ 07 Aug 2017 1708 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic. - Comments: To return after GI Clinic visit.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  LINKER, MARTIN** (Contractor, MD) @ 07 Aug 2017 1721

CHANGE HISTORY
*The following S/O Note Was Overwritten by LINKER,MARTIN @ 07 Aug 2017 0919 EDT:*
**S/O Note** Written by JASLIN,ALFREDO E @ 07 Aug 2017 0838 EDT
**Chief complaint**
The Chief Complaint is: Follow up on irritable bowel syndrome.
**History of present illness**
    The Patient is a 32 year old male.
32 m presents today in follow up to IBS.  Patient states he is currently having a flare.

Alert and oriented x3 with no signs of distress. Vital signs within normal limits.  No complaints of nausea vomitting diaherra.
<<Note accomplished in TSWF-CORE>>

.
    Visit is not deployment-related.
 Pain Severity    3/ 10.
Pain assessment
Location:  stomach
Duration:  intermittent
Quality: spasm
.
Patient has NOT received other care since their last visit with this clinic.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
**Allergies**
Allergies Verified and Updated 7/27/17

NKDA
.
**Current medication**
Medications as of 27 July 2017

Probiotic one packet po daily
Simethicone 80 mg po qid prn
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsuels po daily
Naltrexone 50 mg po daily
Venlafaxine XR 150 mg po daily
MVI one po daily

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Past medical/surgical history**
**Reported:**

  Medical: Reported medical history
  IBS-D
  Generalized anxiety disorder
  Major depressive disorder
  ETOH hx (previous inpatient treatment)
  .
  Surgical / Procedural: Surgical / procedural history
  Tonsillectomy
  Photorefractive keratectomy
  Jaw surgery
  .

**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English   [  ] Other:
Preferred method of learning?   [  ] Verbal  [  ] Written  [ x ] Visual  [  ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?   [  ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?   [ x ] Never  [  ]
          Rarely  [  ] Sometimes  [  ] Often  [  ] Always
Advance directives completed?   [  ] Yes  [ x ] No
Is a copy of the Advance directive in the record?   [  ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?   [  ] Yes  x[  ] No
Are you enrolled in EFMP?   [  ] Yes  [ x ] No
Are you registered for Relay Health/Secure Messaging?   [ x ] Yes  [  ] No
Contact preference:
PCM:  Rodak
...............
Annual Questions Date: 7/27/17.
**Family history**
    Family medical history M -- Well
    F -- DM.  MI / stent at age 40.  Melanoma.

**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *31 Jul 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:     BETH-29166858     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**         Date: **31 Jul 2017 0900 EDT**         Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **ATS ADULT BE**              Provider: **HANGEMANOLE,DESPINA C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

---

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 01 Aug 2017 1111 EDT
**History of present illness**
    The Patient is a 32 year old male.
Focus Of Session: Passive Suicidal Ideation
S) SM reported that he spent the weekend watching movies and sleeping. SM stated that he found himself wanting to sleep the
weekend away to pass the time. SM reported that he has been feeling depressed and hopeless. He stated that he thought about
suicide over the weekend but did not have a plan or intent to harm himself. SM denied any alcohol use or thoughts about drinking.
SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic in session, affect congruent. SM's thoughts
and behavior were appropriate.
A) SM was cooperative and friendly. SM appears to have significant mental health issues that would be best addressed through
PCS IOP.
Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social worker next week.
.

**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 01 Aug 2017 0723 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 01 Aug 2017 0724 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 01 Aug 2017 1112

---

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 196**
AR 2183

**Medical Record**

*27 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-29135457     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**      Date: **27 Jul 2017 1400 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCHIATRY BE**      Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
dei

**Note** Written by PAUL,SHERIN @ 27 Jul 2017 1502 EDT

# WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:     Daniel Merwin
Patient last 4:     0538
Appt #:     Intake + 10
Therapy time:     60 minutes
E&M time:     60 minutes

## Identifying Data:          32-year-old, Single, Caucasian, Male

## Military Data:
Branch:          USN
Rank:          PO1
MOS:          CTN
TIS:          11-years
Deployments:          N/A
Deployment Related:               N/A
Trauma:          N/A
WTU:          N/A
MEB in progress:          N/A
AdmSep in progress:               N/A
Special Clearance:          Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ■■■■ 1985  SSN: ***-**-■■    DoD ID: 1286180538    Created: 16 Aug 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: CBT**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he decided not to pursue a court marital and instead accepted an NJP which resulted in loss of rank and half month's pay. Therapist and patient processed his feelings about the results. He stated that he's glad that they don't want to "kick me out" and knows that he has an opportunity to regain rank should he not be medically separated. Patient stated that he wrote a personal statement which he provided to his CO and read to his command. Patient read this in session. Patient stated that he wanted his command to know where he was coming from and provide context. Therapist provided positive reinforcement for this. Patient stated that he is focusing on next steps for care and recovery from the past several months. Patient has no suicidal plan or intent but fleeting ideation.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## ASSESSMENT

### Diagnosis:

Axis I:   Generalized Anxiety Disorder
          Major Depressive Disorder, Single Episode, Moderate
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

### Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Social Support:                           No
Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and
has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self
or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low    ( ) Intermediate    ( ) High


# TREATMENT PLAN


Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to
the following tx plan:

*Setting:* **(X)** Outpatient    ( ) Inpatient    ( ) IOP    ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek
emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 13 June 2017
*Reviewed with patient on:* 13 June 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 200**
AR 2187

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

**Provider initiated LimDu for patient.**

**A/P** Written by PAUL,SHERIN @ 27 Jul 2017 1504 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**
　　　Procedure(s):　　　　-Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 27 Jul 2017 1504 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 27 Jul 2017 1505

---

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 201**
AR 2188

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *27 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by LINKER, MARTIN*

Encounter ID:     BETH-29125975     Primary Dx:     Irritable bowel syndrome with diarrhea

| Patient: **MERWIN, DANIEL DENNIS** | Date: **27 Jul 2017 0915 EDT** | Appt Type: **FTR** |
| Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR** | Clinic: **INT MED CL F MEDICAL HOME BE** | Provider: **LINKER,MARTIN R** |
| Patient Status: **Outpatient** | | |

<u>AutoCites</u> Refreshed by WESLEY,LATASHA @ 27 Jul 2017 0905 EDT

**Allergies**
•No Known Allergies

**Reason for Appointment:**
med board
**Appointment Comments:**
kpg

<u>**Vitals**</u>
<u>Vitals</u> Written by WESLEY,LATASHA @ 27 Jul 2017 0902 EDT
 BP: 118/78,    HR: 86,    RR: 18,    T: 98.0 °F,    HT: 69 in,    WT: 171 lbs,    SpO$_2$: 100%,    BMI: 25.25,
 BSA: 1.933 square meters,    Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Weight with shoes.

<u>**S/O Note**</u> Written by LINKER,MARTIN R @ 27 Jul 2017 1813 EDT
<u>**Chief complaint**</u>
The Chief Complaint is:  Anxiety.  Depression.
<u>**History of present illness**</u>
      The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

Has IBS-D.  Triggers include certain foods (high FODMAPS), eating at certain times (breakfast time more so than lunch time) certain smells (e.g., perfume), physical activity, anxiety, stress.

Stools vary.  Can have temporally closely spaced multiple stools.  Lots of abdominal cramping preceeding bowel movements.  Sometimes feels like he should go to the ED because of severe cramping pain.  Has been evaluated in GI Clinic and given various treatments, all of which he states were unhelpful.  Last GI Clinic visit cited in AHLTA was on 13 April 2017.

Has lots of stress and anxiety.

Taking venlafaxine.  Was taking 75 mg daily.  Dose increased today to 150 mg.  Venlafaxine caused nausea.  Nausea now resolved.

IOP planned -- start date not clarified.

Recent lost access to the building that he was working in.  Now performs analysis on a computer -- lower stress.  Recent reduction in pay grade.   His mother and sisters live in SC, and he thinks that he will be better mentally if he were in SC and could develop his relationship with them.
.
      Excellent general overall feeling /health.
      Gastrointestinal symptoms   See HPI.
      Psychological symptoms   See HPI.

Pain assessment 7/27/17
Location:
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:

---

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Least level:
What makes it better:
What makes it worse:
..............
 Pain Severity    0/ 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient reports that they are compliant with medications.

**Allergies**
Allergies Verified and Updated 7/27/17


NKDA
.
**Current medication**
Medications as of 27 July 2017


Probiotic one packet po daily
Simethicone 80 mg po qid prn
Omega 3/DHA/EPA/fish oil 1000 mg, 2 capsuls po daily
Naltrexone 50 mg po daily
Venlafaxine XR 75 mg po daily, to be increased to 150 mg po daily
MVI one po daily
.
**Past medical/surgical history**
Reported:
        Medical: Reported medical history
        IBS-D
        Generalized anxiety disorder
        Major depressive disorder
        ETOH hx (previous inpatient treatment)
        .
        Surgical / Procedural: Surgical / procedural history
        Tonsillectomy
        Photorefractive keratectomy
        Jaw surgery
        .
**Personal history**
Social history reviewed Tobacco -- none
Alcohol -- none
Single
No children.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
        doctor or pharmacy?    [x ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?   [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:  Rodak
..............
Annual Questions Date: 7/27/17.
**Family history**
        Family medical history M -- Well
        F -- DM.  MI / stent at age 40.  Melanoma.
        .
**Review of systems**
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the
future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Physical findings**
**Vital Signs:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

• Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.

**General Appearance:**
° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.

**Neurological:**
• Not oriented to time, place, and person.

**Psychiatric:**
° No impairment in social interaction.
Affect: ° Normal.

**Test conclusions**
Medication list was updated at the beginning of the visit.
A qualified individual compared the medication list against any orders, and resolved any discrepancies (if required).

**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

**A/P** Written by LINKER,MARTIN @ 27 Jul 2017 1816 EDT
**1. Irritable bowel syndrome with diarrhea**: Consider interplay between GI and psychiatry problems.  Discus case with gastroenterologist.
**2. Generalized anxiety disorder**: Consider interplay between GI and psychiatry problems.  Discuss with psychiatrist and psychologist.
**3. Major depressive disorder, single episode, moderate**: Consider interplay between GI and psychiatry problems.  Discuss with psychiatrist and psychologist.

**Disposition** Written by LINKER,MARTIN @ 27 Jul 2017 1817 EDT
**Released w/o Limitations**
**Follow up:** 2 week(s) with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  LINKER, MARTIN** (Contractor, MD) @ 27 Jul 2017 1817

CHANGE HISTORY
*The following S/O Note Was Overwritten by LINKER,MARTIN @ 27 Jul 2017 1018 EDT:*
**S/O Note** Written by WESLEY,LATASHA @ 27 Jul 2017 0852 EDT
**Chief complaint**
The Chief Complaint is: Med board forms.
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Excellent general overall feeling /health.

 Pain Severity   0/ 10.
Pain assessment 7/27/17
Location:
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:
What makes it better:
What makes it worse:
..............
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
**Allergies**
Allergies Verified and Updated 7/27/17
NKDA
animal dander.
**Current medication**

 MVI one po daily
Effexor 37.5 mg po daily (started on July 11, 2017)
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL        TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK        TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS        Naltrexone 15 mg po daily (started July 11, 2017)
verified CMR

**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history IBS-D

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

GAD / depression
HX of EtOH abuse (previous inpatient treatment)
HPV genital

.
Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
Tonsillectomy
PRK.
Jaw surgery

**Personal history**
Social history reviewed Former 2007 2008 current no Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?    [ x ] Never  [ ]
         Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM: Rodak
...............
Annual Questions Date: 7/27/17.
**Family history**
    Family medical history  Mother A & W
    Father DM/ CAD- MI / stent at 40 / melanoma
    brother one half substance abuse
    Sister three (one depression ; one substance abuse)
    Denies a family hx of Crc. Breast CA.
**Review of systems**
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*27 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:  BETH-29123896    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**     Date: **27 Jul 2017 0800 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 27 Jul 2017 0830 EDT

**Allergies**
•No Known Allergies

**Vitals**
**Vitals** Written by WONG,CHARMIN A @ 27 Jul 2017 0736 EDT
 BP: 128/79, HR: 76, HT: 5' 9", WT: 162 lbs, BMI: 23.92, BSA: 1.889 square meters, Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
**Vitals** Written by WONG,CHARMIN A @ 27 Jul 2017 0736 EDT
 BP: 128/79,   HR: 76,   HT: 5' 9",   WT: 162 lbs,   BMI: 23.92,   BSA: 1.889 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

**Note** Written by TOBAR,EDEN @ 27 Jul 2017 2205 EDT
**Followup Note**

Patient: Daniel Merwin       Gender:  M
DOB: ███ 1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and signature was obtained.
Appointment #10
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy       Rank:         MOS: CTN       TIS: 11 yrs
UIC:      Commander: NIOC Maryland    Unit Phone: 3016770217
Deployment Related? No      # Deployments: 1    Months Deployed: 36
WTU: No       MEB: No       AdmSep: No
Special Clearance: Yes       Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes       Work Colleague Problems: No
Anger Problems: Yes       Spouse/Sig Other Problems: No
Legal Problems: No       Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 206**
AR 2193

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                          Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up appt.  At our last meeting last week we increased Effexor xr  to 75mg every morning for mood and anxiety as pt reported increasing distress surrounding facing a DRB the week of July 3rd for charges of allegedly sexually harassing a coworker. Pt says today he thinks the dose increase is helpful for his IBS symptoms. He isn't sure about impact on anxiety. We discussed that he is still on a low dose and hasn't been on it for long.  HE is having trouble sleeping and is taking unisom at night but still struggles with sleep maintenance. He feels tired all the time.  HE has been abstinent from alcohol for 18 days and is not drinking caffeine. He had an intake with ATS and is doing breathalyzers. HE decided not to challenge his NJP and has been reduced in rank to E5.  HE is not having suicidal thoghts.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his job with NIOC but but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 207**
AR 2194

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min          Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18
19JUL17 phq9= 20 (#9=1); gad7= 18
27JUL17 phq9= 16 (#9=0); gad7= 16

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                        Yes
Over lifetime, Suicidal Thoughts?                                      Yes
Over lifetime, Suicidal Thoughts with Method?        Yes
Over lifetime, Suicidal Intent?                                         Yes
Over lifetime, Suicide Intent with Specific Plan?     Yes
Over lifetime, Suicide Behavior?                          Yes          Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                1-3 months ago
Suicidal Thoughts Duration?                                             Less than 1 hour
Suicidal Thought Frequency?                                            Less than once a week


C-SSRS Current: not taken


**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions      [ x ] Impulsivity
[x  ] History of abuse                   [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                      [x  ] Active treatment engagement
[ ] Good coping/problem solving skills    [x ] Hopefulness present
[ ] Faith/religion commitment         [ ] Positive future orientation


**Allergies:** nkda

**Medications:** Effexor xr 75 mg po qam, naltrexone 50 mg  po daily, unisom
VENLAFAXINE HCL, 150 MG, CAP ER 24H, ORAL            TAKE ONE CAPSULE BY MOUTH EVERY
DAY       1        Active       27 Jul 2017@0001

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ___ 1985 | SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

NALTREXONE HCL, 50 MG, TABLET, ORAL     TAKE 1/2 TABLET BY MOUTH EVERY DAY FOR 3 DAYS, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY   0     Active     27 Jul 2017@0001
VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL  TAKE ONE CAPSULE BY MOUTH EVERY MORNING          1     Ordered   18 Jul 2017@0001
RIFAXIMIN, 550 MG, TABLET, ORAL     TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS 0     Expired   06 Jun 2017@0001
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL  TAKE 2 BY MOUTH EVERY DAY         3     Active
PROBIOTIC (VSL#3) DS--PO PACK     TAKE ONE PACKET BY MOUTH EVERY DAY     1
     Active   06 Jun 2017@0001
SIMETHICONE, 80 MG, TAB CHEW, ORAL     CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS     2     Active     18 May 2017@0001

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
     Neurotic excoriation (scalp picking when anxious)
     Asthma during childhood
     Allergic response to pets
     Recurrent intestinal pain (possibly lactose intolerance)
     PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes     Cups/Day Equivalent: 4
Tobacco/e-cigs: none     PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

| Merwin, Daniel Dennis | DOB: ___ 1985 | SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 209**
AR 2196

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:pt more guarded today
Speech:constricted
Mood:dysphoric
Affect:constricted
Thought Process: focused on MEB referral
Thought Content: denies current suicidal intent/HI/AVH
Judgment: fair
Insight:fair
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM   49 | U/L      (10.0-71.0) | | |

| Hepatic Function Panel | | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin   SERUM   4.9 | | g/dL      (3.5-5.2) | | | |
| Alkaline Phosphatase | | SERUM   58 | U/L      (40-129) | | |
| Alanine Aminotransferase | | SERUM   34 | U/L      (0-41) | | |
| Aspartate Aminotransferase | | SERUM   24 | U/L      (0-40) | | |
| Bilirubin   SERUM   0.3 | | mg/dL      (0.15-1.2) | | | |
| Bilirubin Direct | SERUM | <0.2 | mg/dL      (0.0-0.3) | | |
| Protein      SERUM   7.6 | | g/dL      (6.6-8.7) | | | |

| Basic Metabolic Panel | | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL      (6-20) | | |
| Carbon Dioxide | SERUM | 28 | mmol/L      (22-29) | | |
| Chloride   SERUM   98 | | mmol/L      (98-107) | | | |
| CreatinineSERUM   1.00 | | mg/dL      (0.7-1.2) | | | |
| Glucose   SERUM   89 | | mg/dL      (74-106) | | | |
| Potassium | SERUM | 4.5 | mmol/L      (3.5-5.1) | | |
| Sodium   SERUM   139 | | mmol/L      (136-145) | | | |
| Calcium   SERUM   10.1 | | mg/dL      (8.6-10.2) | | | |
| Anion Gap | SERUM | 13 | mmol/L      (7-16) | | |
| GFR Calculated Non-Black | | SERUM   99.8 | mL/min      (60->=60) | | |
| GFR Calculated Black | | SERUM   115.4 <i> | mL/min      (60->=60) | | |

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 210**
AR 2197

**Medical Record**

| CBC W/Diff | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|
| WBC BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin BLOOD | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng | |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin SERUM | 4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin SERUM | 0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium SERUM | 9.7 | mg/dL | (8.6-10.2) | | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine SERUM | 0.96 | mg/dL | (0.7-1.2) | | |
| Glucose SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein SERUM | 7.6 | g/dL | (6.6-8.7) | | |
| Sodium SERUM | 141 | mmol/L | (136-145) | | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

| | | | | |
|---|---|---|---|---|
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

| | | | | |
|---|---|---|---|---|
| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 |

| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; r/o adjustment disorder with depressed mood ; Alcohol Use Disorder; Trichotillomania

**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will continue medication
Intervention: increase Effexor xr to 150 mg po qam, as family members had good response to this medication.  Monitor for emergence of manic symptoms. Counseled pt on risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will refrain from alcohol use
Intervention: continue naltrexone 50 mg po daily.  Again discussed ATS referral which pt agreed to today.
have discussed adverse effects of alcohol on mood and sleep.  Will refer for sleep study. Orderd b12
panel.
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment
plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects,
and alternatives of below medication plan with patient who stated understanding and agreement with
plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative
effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent     [ ] Good    [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: three weeks

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

**A/P** Written by TOBAR,EDEN @ 27 Jul 2017 2208 EDT
**1. Generalized anxiety disorder**: Med managemnet 25 minutes, supportive therapy 20 mnutes
    Procedure(s):       -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
    Medication(s):      -VENLAFAXINE XR--PO 150MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY DAY #14 RF1
                Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
    Laboratory(ies):    -B12+FOLATE PANEL (Routine) Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
    Consult(s):        -Referred To: SLEEP DISORDERS MTF BE (Routine) Specialty: SLEEP DISORDERS Clinic: SLEEP
                (PULM) CL BE Provisional Diagnosis: R/o obstructive sleep apnea

**Disposition** Written by TOBAR,EDEN @ 27 Jul 2017 2208 EDT
**Released w/o Limitations**
**Follow up:** 2 to 3 week(s) or sooner if there are problems.
**Administrative Options:** Consultation requested

Signed By  **TOBAR, EDEN** (Physician/Workstation) @ 27 Jul 2017 2209

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 213**
AR 2200

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *25 Jul 2017 at WRNMMC, ATS Adult BE by HANGEMANOLE, DESPINA C*

Encounter ID:     BETH-29097351     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **25 Jul 2017 0900 EDT**
Clinic: **ATS ADULT BE**

Appt Type: **SPEC**
Provider: **HANGEMANOLE,DESPINA C**

**Reason for Appointment:**
Intake
**Appointment Comments:**
aga

**S/O Note** Written by HANGEMANOLE,DESPINA C @ 25 Jul 2017 1155 EDT
**History of present illness**
    The Patient is a 32 year old male.
Focus Of Session: Intake Assessment
S) SM and this writer completed intake assessment. SM acknowledged that he understood the evaluation process and levels of care. SM reviewed alcohol use history. SM reported that he was referred after disclosing to his BH provider that he was drinking on medications. SM stated he isn't sure if he has an alcohol problem, despite being in treatment before. SM reported abuse of asthma inhaler while in high school and use of marijuana one time while in high school. SM reported some pain related to IBS. SM denied current SI/HI.
O) SM reported to session on time and was dressed in uniform. His mood was euthymic, affect congruent. SM's thoughts and behavior were appropriate.
A) SM was cooperative during assessment. SM appears ambivalent about treatment related to his AUD. SM seems to be more comfortable relating his alcohol use to his depression and anxiety, and may not see it as a standalone issue.
Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social worker next week.
.


**A/P** Last Updated by HANGEMANOLE,DESPINA C @ 25 Jul 2017 1125 EDT
**1. Alcohol dependence, uncomplicated**
        Procedure(s):        -Psychiatric Diagnostic Evaluation x 1

**Disposition** Last Updated by HANGEMANOLE,DESPINA C @ 25 Jul 2017 1126 EDT
**Released w/o Limitations**
**Follow up:** as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with social worker next week.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  HANGEMANOLE, DESPINA C** (LCSW-C, MAC, Addiction Treatment Services) @ 25 Jul 2017 1156

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 214**
AR 2201

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*20 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S*

Encounter ID:    BETH-29051489    Primary Dx:    Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**    Date: **20 Jul 2017 0848 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **DELSESTO,BARBARA SUE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by DELSESTO,BARBARA @ 20 Jul 2017 0849 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VENLAFAXINE HCL, 75 MG, CAP ER 24H, ORAL | Ordered | TAKE ONE CAPSULE BY MOUTH EVERY MORNING #0 RF1 | 1 of 1 | 18 Jul 2017 |
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 3 DAYS, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 10 Jul 2017 |
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:** Written by DELSESTO,BARBARA @ 20 Jul 2017 0848 EDT
Case Management
**Appointment Comments:** Written by DELSESTO,BARBARA @ 20 Jul 2017 0848 EDT
Care Coordination/Command Contact

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**S/O Note** Written by DELSESTO,BARBARA SUE @ 20 Jul 2017 1344 EDT
**Reason for Visit**
    Visit for: Case Management.  Spoke with this patient and his Commander- CDR Yusko:443-479-6067.   Discussed the referral to WRNMMC's IOP.  The patient had a start date for 7 August but the Commander is requesting a start date for after the Labor Day holiday so the legal issues for this patient can be worked out.  CM notified Ms. Lisa Bank-Williams at the PCS clinic to request a new start date.  Will let the patient know when it can be scheduled.
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Military service Profile Type:  Patient was recently placed on LIMDU for IBS and GAD.  MEB was recommended by the PCM.   Paperwork taken to bldg 17 to the MEB office and MEB set to proceed.  His Commander was given a copy of the LIMDU.

Discussed the IOP program with the Commander and recommended that the patient be allowed to attend.  Spoke with patient regarding his legal issues and he will schedule a time to talk with the Commander about the process.  CM information provided to all parties and will keep working with both to get patient into the IOP and provide support through his legal issue.

**A/P** Written by DELSESTO,BARBARA @ 20 Jul 2017 1350 EDT
**1. Encounter for other administrative examinations**

**Disposition** Written by DELSESTO,BARBARA @ 20 Jul 2017 1350 EDT
**Released w/o Limitations**

**Signed By  DELSESTO, BARBARA** (Nurse Case Manager, Walter Reed National Military Medical Center) @ 20 Jul 2017 1350

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 216**
AR 2203

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*18 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:       BETH-29028197      Primary Dx:       Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**         Date: **18 Jul 2017 1330 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**             Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 18 Jul 2017 1344 EDT

                                                                    **Allergies**
                                                                    •No Known Allergies

**Vitals**
**Vitals** Written by FOX,THOMAS JOSEPH @ 18 Jul 2017 1312 EDT
 BP: 112/66, HR: 74, RR: 18, T: 97.1 °F, Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**Reason for Appointment:**
follow up
**Appointment Comments:**
ajj

**Vitals**
**Vitals** Written by FOX,THOMAS J @ 18 Jul 2017 1312 EDT
 BP: 112/66,   HR: 74,   RR: 18,   T: 97.1 °F,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

**Note** Written by TOBAR,EDEN @ 19 Jul 2017 1532 EDT
                                    **Followup Note**

Patient: Daniel Merwin          Gender:   M
DOB: ███ 1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #9
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy        Rank:            MOS: CTN           TIS: 11 yrs
UIC:       Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No      # Deployments: 1      Months Deployed: 36
WTU: No        MEB: No         AdmSep: No
Special Clearance: Yes              Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes            Work Colleague Problems: No
Anger Problems: Yes                     Spouse/Sig Other Problems: No
Legal Problems: No              Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                                    Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up appt.  At our last meeting last week we started Effexor xr 37.5 mg every morning for mood and anxiety as pt reported increasing distress surrounding facing a DRB the week of July 3rd for charges of allegedly sexually harassing a coworker. Pt says he sent her pictures of himself with his dogs without his shirt on, and of his dogs licking a piece of meat, and that this was misconstrued as sexually suggestive. Pt says today he has been having stomach upset and hasn't noticed an impact from the Effexor yet. We discussed it is too early for it to have an impact and right now we are gradually tapering it up to a therapeutic dose to ensure tolerability.  He states he has been sober 9 days.  HE has had some suicidal ideation without intent because he says his plan would be too expensive (buying a helium vent and gassing himself on helium).  He continues to take naltrexone and thinks it is helpful for reducing alcohol use and maybe even his  mood.  His command wanted to NJP him and reduce him in rank to E-5, which he refused. He states they told him others find him narcissistic and hard to interact with. They told him he was 'unsalvageable" .  Pt is consulting with a lawyer.  Command states they are going to ad sep him under a general discharge.  Pt wants to get out of the Navy but he wants an MEB.  He took the limdu Dr Paul wrote and gave it to his PCM, who incorporated it into an MEB referral for that and IBS. I advised pt the Convening Authority for Behavioral Health, CDR Carr, contacted me about it as no behavioral health provider had signed it. I advised pt I agree with limdu referral but not MEB referral at this point as I don't believe he has exhausted all options for treatment; for example he is starting IOP on 07AUG.  Pt voiced disappointment but said he would talk to PCM about resubmitting form. HE denies current suicidal intent.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 218**
AR 2205

**Medical Record**

Merwin, Daniel Dennis         DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 16 Aug 2017

owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.


**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min                    Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):


**TBI/CONCUSSION SCREEN:** Negative Screen


**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18
19JUL17 phq9= 20 (#9=1); gad7= 18


**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                         Yes
Over lifetime, Suicidal Thoughts?                                       Yes
Over lifetime, Suicidal Thoughts with Method?         Yes
Over lifetime, Suicidal Intent?                                            Yes
Over lifetime, Suicide Intent with Specific Plan?       Yes
Over lifetime, Suicide Behavior?                              Yes            Number of events: 3
Most recent Suicidal Thoughts/Behaviors?               1-3 months ago
Suicidal Thoughts Duration?                                             Less than 1 hour
Suicidal Thought Frequency?                                            Less than once a week


C-SSRS Current: not taken


**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)

[x  ] Male                                      [ ] History of family/friend suicide
[ ] Chronic medical conditions      [ x ] Impulsivity
[x  ] History of abuse                    [ ] Chronic pain

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**PROTECTIVE FACTORS (Strengths):**

[ ] Married, children                [x ] Active treatment engagement
[ ] Good coping/problem solving skills    [x ] Hopefulness present
[ ] Faith/religion commitment        [ ] Positive future orientation

**Allergies:** nkda

**Medications:** none

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
        Neurotic excoriation (scalp picking when anxious)
        Asthma during childhood
        Allergic response to pets
        Recurrent intestinal pain (possibly lactose intolerance)
        PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes            Cups/Day Equivalent: 4
Tobacco/e-cigs: none            PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 220**
AR 2207

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ | 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:pt more guarded today
Speech:constricted
Mood:dysphoric
Affect:constricted
Thought Process: focused on MEB referral
Thought Content: denies current suicidal intent/HI/AVH
Judgment: fair
Insight:fair
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl


Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | U/L | (10.0-71.0) |

| Hepatic Function Panel | | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | SERUM | 4.9 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | | SERUM | 58 | U/L | (40-129) |
| Alanine Aminotransferase | | SERUM | 34 | U/L | (0-41) |
| Aspartate Aminotransferase | | SERUM | 24 | U/L | (0-40) |
| Bilirubin | SERUM | 0.3 | mg/dL | (0.15-1.2) | |
| Bilirubin Direct | | SERUM | <0.2 | mg/dL | (0.0-0.3) |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | |

| Basic Metabolic Panel | | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | | SERUM | 99.8 | mL/min | (60->=60) |
| GFR Calculated Black | | SERUM | 115.4 <i> | mL/min | (60->=60) |

| CBC W/Diff | | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | |

| Merwin, Daniel Dennis | DOB: ██ | 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

Page 221
AR 2208

**Medical Record**

| | | | | | |
|---|---|---|---|---|---|
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| | | | | | |
|---|---|---|---|---|---|
| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| | | | | | |
|---|---|---|---|---|---|
| Treponema pallidum Ab | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng | |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| | | | | | |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng | |
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| | | | | | |
|---|---|---|---|---|---|
| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| | | | | | |
|---|---|---|---|---|---|
| Homocysteine | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng | |
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| | | | | | |
|---|---|---|---|---|---|
| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) | |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative <i>  ng/mL | Cutoff=250 | |

| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | (Negative) | |
| Opiates | URINE | NEGATIVE <i> | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated    [ x ] Low    [ x ] Intermediate    [ ] High
Harm to Others: [ ] Not Elevated    [x ] Low    [ ] Intermediate    [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; r/o adjustment disorder with depressed mood ; Alcohol Use Disorder; Trichotillomania

**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient    [ ] Inpatient    [ ] IOP    [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will continue medication
Intervention: increase Effexor xr to 75 mg po qam, as family members had good response to this medication.  Monitor for emergence of manic symptoms. Counseled pt on risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Goal:pt will minimize alcohol use/stop drinking
Objective: pt will refrain from alcohol use
Intervention: continue naltrexone 50 mg po daily.  Again discussed ATS referral which pt agreed to today.
have discussed adverse effects of alcohol on mood and sleep
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment
plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects,
and alternatives of below medication plan with patient who stated understanding and agreement with
plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative
effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent     [ ] Good   [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: one week

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.


**A/P** Written by TOBAR,EDEN @ 19 Jul 2017 1534 EDT
**1. Generalized anxiety disorder**
    Medication(s):               -VENLAFAXINE XR--PO 75MG CPSR 24H - TAKE ONE CAPSULE BY MOUTH EVERY MORNING
                                        #30 RF1 Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
    Consult(s):                -Referred To: BEHAVIORAL HEALTH MTF BE (Routine) Specialty:  Clinic: RM BEH HLTH BE
                                        Provisional Diagnosis: Alcohol use disorder


**Disposition** Written by TOBAR,EDEN @ 19 Jul 2017 1534 EDT
**Released w/ Work/Duty Limitations**
**Follow up: 2** week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested


**Note** Written by TOBAR,EDEN @ 18 Jul 2017 1407 EDT
**Additional A/P Information:**
Discontinued VENLAFAXINE XR--PO 37.5MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY MORNING


**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 19 Jul 2017 1534

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*18 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

| | | |
|---|---|---|
| Encounter ID: | BETH-29045775 | Primary Dx: |

Major depressive disorder, recurrent, moderate

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **18 Jul 2017 0800 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **FTR**
Provider: **PAUL,SHERIN**

**Note** Written by PAUL,SHERIN @ 19 Jul 2017 1425 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:     Daniel Merwin
Patient last 4:    0538
Appt #:          Intake + 9
Therapy time:     60 minutes
E&M time:        60 minutes

## Identifying Data:

32-year-old, Single, Caucasian, Male

## Military Data:

| | |
|---|---|
| Branch: | USN |
| Rank: | PO1 |
| MOS: | CTN |
| TIS: | 11-years |
| Deployments: | N/A |
| Deployment Related: | N/A |
| Trauma: | N/A |
| WTU: | N/A |
| MEB in progress: | N/A |
| AdmSep in progress: | N/A |
| Special Clearance: | Yes |

## Presenting Problem:

Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Treatment Planning**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he received the results of the DRB and he chose to pursue a court martial as he did not want to admit wrong doing to the extent which was recorded. He acknowledged that his behavior may have had unintentional negative impact but he does not agree with the presentation of his behavior as malicious or himself as manipulative. Patient became very despondent that others thought of him that way. He stated that although he understands that he struggles with empathy and caring for others, he never purposely would harm anyone. He expressed stress at financial strain that an admin sep will place and the potential to lose medical coverage. Patient has no suicidal plan or intent but fleeting ideation.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

## ASSESSMENT

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 226**
AR 2213

**Medical Record**

## Diagnosis:

Axis I:   Generalized Anxiety Disorder
          Major Depressive Disorder, Recurrent, Moderate
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High


# TREATMENT PLAN


Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

***Setting:*** **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

***Safety Plan:***
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

***Treatment Team:***
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

***Date last updated:*** 13 June 2017
***Reviewed with patient on:*** 13 June 2017
***Does patient agree with plan?*** Yes

***Problem #1*** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

***Problem #2*** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

***Follow-up's scheduled:*** 2-weeks

***Referrals made today:***
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 228**
AR 2215

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

## Provider initiated LimDu for patient.

**A/P** Written by PAUL,SHERIN @ 19 Jul 2017 1425 EDT
**1. Major depressive disorder, recurrent, moderate**
**2. Generalized anxiety disorder**
          Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 19 Jul 2017 1425 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 19 Jul 2017 1426

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### *13 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

| Encounter ID: | BETH-28978906 | Primary Dx: | Encounter for other administrative examinations |
|---|---|---|---|

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **13 Jul 2017 1015 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **FTR**
Provider: **RODAK,COLLEEN M**

**Reason for Appointment:**
irritable bowel syndrome
**Appointment Comments:**
mjs

**Vitals**
**Vitals** Written by BANGURA,JOHN A @ 13 Jul 2017 1002 EDT
 BP: 124/82,    HR: 78,    RR: 18,    T: 98.3 °F,    HT: 69 in,    WT: 78.6 kg,    SpO$_2$: 95%,    BMI: 25.59,
    BSA: 1.944 square meters,    Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 2/10 Mild,    Pain Scale Comments: STOMACH

**Questionnaire AutoCites** Refreshed by BANGURA,JOHN A @ 13 Jul 2017 1007 EDT
**Questionnaires**

Falls Risk Screening (Outpatient) Taken On: 13 Jul 2017
 1. Patient's age: Less than 65 years old
 2. History of fall in the past year?: No
 **3. Physical appearance: No concerns;**
 **4. Balance: No concerns with balance;**
 5. Is the patient patient a falls risk?: No

Anxiety & Depression Screening Taken On: 13 Jul 2017
Questionnaire Notes: PATIENT BEEN SEEN BY PSYCH
 1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Nearly every day
 2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: More than half the days
 3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Nearly every day
 4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: More than half the days
 5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Several days

**S/O Note** Written by RODAK,COLLEEN M @ 14 Jul 2017 1223 EDT
**Chief complaint**
The Chief Complaint is: LIMDU and IBS.
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

This is a 32 yo male with a HX of depression, anxiety, IBS-D previous EtOH abuse requiring treatment (2013-2014) who recently has been experiencing acute exacerbation of his anxiety & depression; exacerbation is related to long standing  family issues. He is actively engaged in BH and has been started on naltrexone since his last visit; he presents today requesting a LIMDU that with a request (question on LIMDU) to start a med board process.a.
    Good general overall feeling /health.
    Abdominal pain and diarrhea.
    Visit is not deployment-related.
Pain assessment
Location:  STOMACH
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 230**
AR 2217

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538          Created: 16 Aug 2017

What makes it better:
What makes it worse:
..............
 Pain Severity  2  / 10.
Patient reports that they are compliant with medications.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated 7/13/2017
NKDA
animal dander.
**Current medication**
MEDICATION RECONCILIATION 7/13/2017
 MVI one po daily
Effexor 37.5 mg po daily (started on July 11, 2017)
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK     TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL       CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS          Naltrexone 15 mg po
verified CMR

.
**Past medical/surgical history**
**Reported:**
     Medical: Reported medical history IBS-D
     GAD / depression
     HX of EtOH abuse (previous inpatient treatment)
     HPV genital

     .
     Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
     Tonsillectomy
     PRK.
     Jaw surgery
     .
**Personal history**
Social history reviewed Former 2007 2008 current no Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
     doctor or pharmacy?    [ ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:
..............
Annual Questions Date: 19Jun2017.
**Family history**
     Family medical history  Mother A & W
     Father DM/ CAD- MI / stent at 40 / melanoma
     brother one half substance abuse
     Sister three (one depression ; one substance abuse)
     Denies a family hx of Crc. Breast CA.
**Review of systems**
**Systemic:** No systemic symptoms, no generalized pain, and not feeling tired (fatigue).  No fever, no chills, no night sweats, no
     recent weight loss, and no recent weight gain.

**Medical Record**

Merwin, Daniel Dennis          DOB:        1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** Heartburn and nausea.  No vomiting, no bright red blood per rectum, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Anxiety, emotional lability, depression, sleep disturbances, and decreased functioning ability.  Not thinking about
     suicide.  No homicidal thoughts.
**Skin:** No rash.
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the
future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient HAS NOT traveled outside of the country in the past 90 days.
The patient DID NOT experience illness during the trip.
**Physical findings**
**General:**
     • Physical examination Not indicated for visit / administrative visit.
**Vital Signs:**
     • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
     ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Test conclusions**
Medication list was updated at the beginning of the visit.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per
week.


**Note** Written by MINOR,TIFFANY @ 13 Jul 2017 1020 EDT
The HPI section was prepared by Tiffany Minor as Scribe, and reviewed by Colleen
Rodak, NP. 7/13/17 at 10:20
Colleen Rodak NP: The scribe's documentation in the HPI section has been prepared and reviewed by
me in its entirety. I confirm that the note above accurately reflects all work, treatment, procedures, and
medical decision making performed by me

**Note** Written by BROWER,CARLA @ 13 Jul 2017 1428 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

## ABBREVIATED MEDICAL EVALUATION BOARD REPORT

**SECTION 1: CLINICAL INFORMATION (TO BE COMPLETED BY MEDICAL OFFICERS)**

Date: 7/13/17   Patient Name: Daniel Dennis Merwin   Patient SSN: ███

Proposed start date for limited duty: 7/13/17   Proposed end date (≤ 6 months): 12/13/2017

This period of limited duty is for: (Select one)

- [x] 1st LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary).
- [ ] 2nd LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary). Note that the first and second TLD periods cannot exceed 12 months cumulatively from the date of the first TLD period.
- [ ] 1st LIMDU (≤ 6 months) Officer ADSM (referral to service headquarters necessary).
- [ ] 2nd LIMDU (≤ 6 months) Officer ADSM (referral to service headquarters necessary).
- [ ] 3rd or subsequent LIMDU periods on Navy and Marine ADSM involving a distinctly different condition than that responsible for the first and second TLD periods (for referral to "service headquarters for "department/ review").
- [x] Placement on LIMDU - if the patient is not already in a LIMDU status - at the same time the patient's case is referred to the physical evaluation board for adjudication.

Diagnosis: (1) IBS-D/P     ICD-9 CM Code  K58.0

(2) GAD     ICD-9 CM Code  296.32

(3) MDD recurrent mod     ICD-9 CM Code

Circumstances of injury/illness:
The pt is a 32 y male who has anxiety, depression and somatic medical condition that have significantly negatively impacted his ability to function at home and in the work space environment. The GI condition IBS-D is of such severity that it daily interferes with military ADL's.

Treatment plan:

Limitations from full duty (including whether transfer/TEMDU for treatment is indicated, and any PRT limitations): ptreceived to IDC (mental health) he is on multiple bowel increase to allow appropriate fnctn and, at times the IBSD/severity requires that it does exacerbated. Uber of toxicity an increase/24h he has close proximity to access to head/potty for the to OR at all times (fixed in multiple environment)

Printed MER Physician Name and Signature/Date: MARTIN A. LINKER, MD  13 Jul 2017     Printed CA Name and Signature/Date: ____, MD  CAPT, MC, USN

**SECTION 2: PATIENT INFORMATION, TO BE COMPLETED BY PATIENT**

I have received full information on the proposed Limited Duty period from my provider. I understand that this period of limited duty is not effective until approved by the MTF Convening Authority, and that the MTF will report this LIMDU action to my parent command. I understand I may be returned to duty prior to the date appearing above as my clinical condition warrants and upon action by my attending provider.

Patient Signature/Date

**SECTION 3: TO BE COMPLETED BY PATIENT ADMINISTRATION OFFICER/MEDICAL BOARDS OFFICER**

The following actions have been completed:

- [ ] Completion of Patient Information Sheet
- [ ] Notification to PSD/Personnel Office
- [ ] LODD Requested from Parent Command (if LODD required)
- [ ] Entry into MedBOLTT

- [ ] Briefing to Patient on Limited Duty/MEBs
- [ ] Notification to MTF LIMDU Coordinator
- [ ] Notification to Parent Command

Patient Administration Officer/Medical Boards Officer Printed Name, Signature, and Date

ROUTING: Original to Patient Health Record; copies to Patient, Parent Command, PSD, MEBR Case File, and PERS-4821 or MMSR-4

NAV/MED 6100/5 (Rev. 05-2004)
PREVIOUS EDITIONS OBSOLETE

---

**A/P** Written by RODAK,COLLEEN M @ 14 Jul 2017 1231 EDT

**1. Encounter for other administrative examinations**: See add notes

**Disposition** Written by RODAK,COLLEEN M @ 14 Jul 2017 1231 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

---

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 14 Jul 2017 1231

**CHANGE HISTORY**
*The following S/O Note Was Overwritten by RODAK,COLLEEN M @ 13 Jul 2017 1107 EDT:*
**S/O Note** Written by MINOR,TIFFANY JOHNETTA @ 13 Jul 2017 1016 EDT
**Chief complaint**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

The Chief Complaint is: LIMDU and IBS.
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

This is a 32 yo male with a HX of depression, anxiety, IBS-D previous EtOH abuse requiring treatment (2013-2014) who recently has been experiencing acute exacerbation of his anxiety & depression; exacerbation is related to long standing family issues. He is actively engaged in BH and it will be starting IOP he presents today to obtain a 30 day SIQ.
    Feeling tired (fatigue).
    Abdominal pain and diarrhea.
Patient is an 32 yo male ADSM that presents with pain to his stomach 2/10 today.patient reports he would like limdu today for the IBS.patient reports no other concerns.
    Good general overall feeling /health.
    Abdominal pain and diarrhea.
    Visit is not deployment-related.
Pain assessment
Location:  STOMACH
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:
What makes it better:
What makes it worse:
..............
Pain Severity  2  / 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated 7/13/2017
NKDA
animal dander.
**Current medication**
MEDICATION RECONCILIATION 7/13/2017

FISH OIL, MULTIVITAMIN, EFFEXOR, NALTREXONE

Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL    TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL    CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
verified CMR
  Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR
Medication Reconciled Jun2017
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL    TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL    CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital
    IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital

   .
    Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
    Tonsillectomy
    PRK.
    Jaw surgery
    Tonsillectomy
    PRK.
**Personal history**
Social history reviewed Former 2007 2008 current no Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?    [ ] Never  [ ]
    Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

Is a copy of the Advance directive in the record?     [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?     [ ] Yes  x[ ] No
Are you enrolled in EFMP?     [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?     [ x ] Yes  [ ] No
Contact preference:
PCM:
...............
Annual Questions Date: 19Jun2017.
**Family history**
          Family medical history Family medical history Mother A & W
          Father DM/ CAD- MI / stent at 40 / melanoma
          brother one half substance abuse
          Sister three (one depression ; one substance abuse)
          Denies a family hx of Crc. Breast CA.
     Mother A & W
     Father DM/ CAD- MI / stent at 40 / melanoma
     brother one half substance abuse
     Sister three (one depression ; one substance abuse)
     Denies a family hx of Crc. Breast CA.
**Review of systems**
**Systemic:** No systemic symptoms, no generalized pain, and not feeling tired (fatigue).  No fever, no chills, no night sweats, no recent weight loss, and no recent weight gain.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no bright red blood per rectum, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient HAS NOT traveled outside of the country in the past 90 days.
The patient DID NOT experience illness during the trip.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.


***The following S/O Note Was Overwritten*** *by MINOR,TIFFANY @ 13 Jul 2017 1020 EDT:*
**S/O Note** Written by BANGURA,JOHN A @ 13 Jul 2017 1002 EDT
**Chief complaint**
The Chief Complaint is: LIMDU.
**History of present illness**
          The Patient is a 32 year old male.
          He reported: Good general overall feeling /health.
          Visit is not deployment-related.
 Pain Severity  2  / 10.
Pain assessment
Location:  STOMACH
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:
What makes it better:
What makes it worse:
...............
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated 7/13/2017
NKDA
animal dander.
**Current medication**
MEDICATION RECONCILIATION 7/13/2017


FISH OIL, MULTIVITAMIN, EFFEXOR, NALTREXONE


Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL     TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL        TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK     TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL         CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
verified CMR
 Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR
Medication Reconciled Jun2017
RIFAXIMIN, 550 MG, TABLET, ORAL     TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL        TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK     TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL         CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital
    IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital
    .
    Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
    Tonsillectomy
    PRK.
    Jaw surgery
    Tonsillectomy
    PRK.

**Personal history**
Social history reviewed Former 2007 2008 current no Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?    [ ] Never  [ ]
    Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [ ] No
Contact preference:
PCM:
...............
Annual Questions Date: 19Jun2017.
**Family history**
    Family medical history Family medical history Mother A & W
    Father DM/ CAD- MI / stent at 40 / melanoma
    brother one half substance abuse
    Sister three (one depression ; one substance abuse)
    Denies a family hx of Crc. Breast CA.
    Mother A & W
    Father DM/ CAD- MI / stent at 40 / melanoma
    brother one half substance abuse
    Sister three (one depression ; one substance abuse)
    Denies a family hx of Crc. Breast CA.
**Review of systems**
The patient or patient's sexual partner HAS NOT traveled to a Zika affected area in the past 6 months and DO NOT plan to in the future.
Patient is NOT pregnant and DOES NOT plan to conceive in the next 6 months.
The patient DID NOT experience illness during the trip.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Practice Management**
Patient engages in 150 minutes of moderate intensity exercise per week AND muscle strengthening activities 2 or more days per week.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*12 Jul 2017 at WRNMMC, Integrative Hlth & Well BE by THOMAS, LAUREN A*

Encounter ID:    BETH-28963629    Primary Dx:    Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**    Date: **12 Jul 2017 0845 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **INTEGRATIVE HLTH & WELL BE**  Provider: **THOMAS,LAUREN A**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IBS diet
**Appointment Comments:**
lst

**Screening** Written by THOMAS,LAUREN A @ 12 Jul 2017 0910 EDT
**Reason For Appointment:** IBS diet
**Reason(s) For Visit (Chief Complaint):** Patient Education - Dietary Counseling And Surveillance (New) ;

**Vitals**
**Vitals** Written by THOMAS,LAUREN A @ 12 Jul 2017 0910 EDT
HT: 69 in,    WT: 178 lbs,    BMI: 26.29,    BSA: 1.966 square meters,    Tobacco Use: No,    Alcohol Use: No

**S/O Note** Written by THOMAS,LAUREN A @ 12 Jul 2017 0923 EDT
**History of present illness**
     The Patient is a 32 year old male.
The SM was referred for medical nutrition therapy for IBS-D. BMI=26., LDL-C=140 mg Trig=262. PMH=Anxiety, depression. Is
currently under a medical board. The SM states that he has had GI problems for many years. Also has a family hx of high
cholesterol. Has decreased intake of red meat from 3x-1x/week.Triglycerides are likely elevated due to excessive alcohol intake.
The SM states he has not lost weight but in fact has gained weight but that maybe from drinking alcohl. He stopped drinking 3 days
ago and also stopped caffeine intake then too. He reports following the low FODMAP diet 1 1/2 years ago. Stopped following it and
also was not completely following it.  Started following it again 5 weeks ago. He states it has helped his symptoms. He reports 1
Bm/day that is watery, painful. He states that garlic and onion bother him as do cruciferous vegetables. He stated that no matter
what I eat, I feel pain, discomfort. Diet recall reveals the patient is following the low FODMAP diet but is eating bread products with
gluten. He states he doesn't feel gluten bothers him.  B: none or Glucerna shake   L: 3-4 oz chicken breast, 1/2 cup brown rice,
water  S: Jello  D: Chicken/ turkey, rice or turkey burger on a potato roll, water. Supplements: Centrum Silver, Fish Oil, Probiotic.

.
**Current medication**
Including OTCs, vitamins, herbals, supplements, etc.
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR
Medication Reconciled Jun2017
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL       CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GA.
**Past medical/surgical history**
**Reported:**
     Medical: Reported medical history
     Reported:
     Medical: Reported medical history IBS-D
     GAD / depression
     HX of EtOH abuse (previous inpatient treatment)
     HPV genital.

**Lab Result** Cited by THOMAS,LAUREN A @ 12 Jul 2017 0924 EDT

| Lipid Panel | Site/Specimen | 18 May 2017 0835 |
| --- | --- | --- |
| Cholesterol | SERUM | 224 <i> |
| Triglyceride | SERUM | 262 <i> |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | |
|---|---|---|
| HDL Cholesterol | SERUM | 49 <i> |
| Cholesterol/HDL Cholesterol | SERUM | 4.6 |
| LDL Cholesterol Direct | SERUM | 140 <i> |
| Cholesterol Non-HDL | SERUM | 175 <i> |

**A/P** Written by THOMAS,LAUREN A @ 12 Jul 2017 0934 EDT
**1. Irritable bowel syndrome with diarrhea**: Nutrition Diagnosis: Altered GI function RT stress, excessive alcohol, depression AEB patient symptoms
Intervention #1:
1. Discussed 2nd phase of FODMAP diet which includes gradual addition of some foods from one food group
2. Discussed returning to low FODMAP before adding foods from another group
3. Recommended patient make an appointment with IHWS Mind-Body therapist to learn skills for stress reduction/relaxation/mediation
Barriers: Limited ability to exercise
Monitoring/Evaluation
Goals:
1. Add in 1/2 banana then see how symptoms are
2. Add in another fruit from fruit group to assess tolerance
3. Next add in grains in similar way
4. Make an appt with Mind-Body therapist
5. F/u recommended- patient declined
Monitor symptoms with food journal
RD and clinic contact information given for follow-up, questions

Procedure(s):        -Medical Nutrition Therapy Initial Assessment, Intervention x 3

**Disposition** Written by THOMAS,LAUREN A @ 12 Jul 2017 0937 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the INTEGRATIVE HLTH & WELL BE clinic.
45 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  THOMAS, LAUREN A** (Registered Dietitian, Walter Reed National Military Medical Center) @ 12 Jul 2017 0937

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis     DOB: ▆▆ 1985  SSN: ***-**-▆▆  DoD ID: 1286180538     Created: 16 Aug 2017 |

*10 Jul 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-28936747     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **10 Jul 2017 1231 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **ACUT**
Provider: **TOBAR,EDEN T**

**AutoCites** Refreshed by TOBAR, EDEN @ 10 Jul 2017 1249 EDT

**Allergies**
•No Known Allergies

**Vitals**
No Vitals Found.

**Reason for Appointment:** Written by TOBAR,EDEN @ 10 Jul 2017 1231 EDT
ED follow up

**Vitals**
**Vitals** Written by TOBAR,EDEN @ 10 Jul 2017 1056 EDT
 BP: 130/86,    HR: 81,    T: 98.8 °F
**Comments:** vitals taken by clinic enlisted staff

**Note** Written by TOBAR,EDEN @ 11 Jul 2017 2212 EDT

**Followup Note**

Patient: Daniel Merwin          Gender:    M
DOB: ▆▆ 1985      Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #9
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 32 y/o white Active Duty  male
**Military Data:**
Branch: Navy      Rank:              MOS: CTN         TIS: 11 yrs
UIC:      Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No    # Deployments: 1    Months Deployed: 36
WTU: No      MEB: No      AdmSep: No
Special Clearance: Yes          Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes          Work Colleague Problems: No
Anger Problems: Yes               Spouse/Sig Other Problems: No
Legal Problems: No               Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Pain Level (0-10): 0                                    Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for acute ED follow-up appt after being referred to the ED on 06JUL for
reporting suicidal thoughts to his command that day.  Pt states he faced a DRB last week .  He
has been having legal trouble at his command for allegedly sexually harassing a coworker. Pt
says he sent her pictures of himself with his dogs without his shirt on, and of his dogs licking a
piece of meat, and that this was misconstrued to be sexually suggestive.  Pt says he has been
having increasing suicidal ideation over the past couple of months because of the legal
situation.  He started researching ways to kill himself on a website called helpme.org and
thought about carbon monoxide poisoning or shooting himself with a shotgun, although he
doesn't own one and denies plan to buy one. He says he told a coworker last week who told his
command who referred him to ED, where he was evaluated and released to outpatient.  Pt says
he wouldn't act on these thoughts due to his family and sister.  He says after stopping his
medications (Lexapro, lunesta and naltrexone) around the beginning of May he became
increasingly depressed and started drinking more, up to a liter and a half a week of vodka. He
also drank up to 3 coffees per day.  Pt states he thinks he felt better on medication and would
like to go back on a medication for his mood. He states he stopped drinking alcohol two days
ago.  He learned more about his family psychiatric history since we last met, specifically that
both grandparents are on venlafaxine and find it helpful for their mood. Grandmother also is on
Risperdal for bipolar disorder. Pt reports when he is programming, watching TV or movies he
finds they are an escape and he does not feel tired. However, he otherwise feels tired much of
the time.  He felt tired on past trials of SSRis as well.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist.  Pt completed BHDP after appt. He was previously
seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety
disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns
to treatment today because he has been experiencing increased stress and mood swings.  He also states
he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual
diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these
diagnoses and doesn't think it made it into his record. Regarding anxiety, pt states he finds in the
morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his
job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his
crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports
struggling with irritability and says when he was stationed on a ship he often felt angry due to being in
close proximity to other people , and got into three fights and broke his hand while on the ship.  He is
concerned about being like his father, whom he states was often angry and physically disciplined pt when
he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he
dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been
dating someone for three months and would like to break up with them.  He has poor sleep maintenance,
often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall
dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can
say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card
debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he
owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at
work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time
this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to
juggling multiple work responsibilities.

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 240**
AR 2227

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 16 Aug 2017

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min                Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10
11JUL17 phq9= 18 (#9=2); gad7= 18

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                              Yes
Over lifetime, Suicidal Thoughts?                                           Yes
Over lifetime, Suicidal Thoughts with Method?          Yes
Over lifetime, Suicidal Intent?                                               Yes
Over lifetime, Suicide Intent with Specific Plan?       Yes
Over lifetime, Suicide Behavior?                              Yes          Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                      1-3 months ago
Suicidal Thoughts Duration?                                            Less than 1 hour
Suicidal Thought Frequency?                                          Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions    [ x ] Impulsivity
[x  ] History of abuse                   [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                           [x  ] Active treatment engagement
[ ] Good coping/problem solving skills   [x ] Hopefulness present
[ ] Faith/religion commitment             [ ] Positive future orientation

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Allergies:** nkda

**Medications:** none

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes                Cups/Day Equivalent: 4
Tobacco/e-cigs: none            PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 242**
AR 2229

**Medical Record**

Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:mildly pressured
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: fair
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | U/L | (10.0-71.0) |

| Hepatic Function Panel | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Albumin SERUM | 4.9 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 58 | U/L | (40-129) |
| Alanine Aminotransferase | SERUM | 34 | U/L | (0-41) |
| Aspartate Aminotransferase | SERUM | 24 | U/L | (0-40) |
| Bilirubin SERUM | 0.3 | mg/dL | (0.15-1.2) | |
| Bilirubin Direct | SERUM | <0.2 | mg/dL | (0.0-0.3) |
| Protein SERUM | 7.6 | g/dL | (6.6-8.7) | |

| Basic Metabolic Panel | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) |
| Chloride SERUM | 98 | mmol/L | (98-107) | |
| Creatinine SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) |
| Sodium SERUM | 139 | mmol/L | (136-145) | |
| Calcium SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) |

| CBC W/Diff | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985 SSN: \*\*\*-\*\*-███    DoD ID: 1286180538    Created: 16 Aug 2017

| Platelets  BLOOD | 272 | x10(3)/mcL | (162-427) |
|---|---|---|---|
| MPV        BLOOD | 9.0 | fL | (7.0-10.9) |
| Neutrophils      BLOOD | 59.4 | % | (40.7-76.4) |
| Lymphocytes      BLOOD | 29.8 | % | (15.9-47.8) |
| Monocytes        BLOOD | 8.9 | % | (4.5-11.8) |
| Eosinophils      BLOOD | 1.5 | % | (0.3-7.1) |
| Basophils BLOOD | 0.4 | % | (0.2-1.2) |
| ABS Neutrophils  BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) |
| ABS Lymphocytes  BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) |
| ABS Monocytes    BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) |
| ABS Eosinophils  BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) |
| ABS Basophils    BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) |
| Differential Review  BLOOD | MANUAL DIFF NOT PERFORMED | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng | |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin  SERUM | 4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin  SERUM | 0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium  SERUM | 9.7 | mg/dL | (8.6-10.2) | | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride  SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine SERUM | 0.96 | mg/dL | (0.7-1.2) | | |
| Glucose  SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein    SERUM | 7.6 | g/dL | (6.6-8.7) | | |
| Sodium    SERUM | 141 | mmol/L | (136-145) | | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) | |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) | |

| ETG/ETS, UA (250 Cut-Off) | | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng | |
|---|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮▮      DoD ID: 1286180538        Created: 16 Aug 2017

Barbiturates          URINE    NEGATIVE <i>                    (Negative)
Benzodiazepines    URINE    NEGATIVE <i>                    (Negative)
Cocaine   URINE      NEGATIVE <i>              (Negative)
Opiates   URINE      NEGATIVE <i>              (Negative)
Phencyclidine, UA    URINE    NEGATIVE <i>                    (Negative)
Cannabinoids        URINE    NEGATIVE <i>                    (Negative)
Methadone            URINE    NEGATIVE <i>                    (Not-Detected)
Oxycodone           URINE    NEGATIVE <i>        ng/mL     (Negative)

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated    [ x ] Low    [ x ] Intermediate    [ ] High
Harm to Others: [ ] Not Elevated    [x ] Low    [ ] Intermediate    [ ] High


**Diagnosis:**

Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**

Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient    [ ] Inpatient    [ ] IOP    [ ] Other:_____

Labs:  [ ] CBC    [ ] LFTs    [ x ] TSH    [ ] Chem 8    [ ] Lipids
[ ] Fasting Glucose    [ ] HCG    [ ] UDS    [ ] Vit B12    [ ] _____

Safety Plan:

[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will resume medication
Intervention: start Effexor xr 37.5 mg po qam with plan to increase to 75 mg poq am in one week if tolerated, as family members had good response to this medication.  Monitor for emergence of manic symptoms. Counseled pt on risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will refrain from alcohol use
Intervention: restart naltrexone 25 mg po q day x 3 days, then increase to 50 mg po daily.  Discussed ATS referral but he declines at this time.  have discussed adverse effects of alcohol on mood and sleep
Measure:self-report, lab results

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x ] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent     [ ] Good    [ ] Fair    [ ] Guarded    [ ] Poor
Follow-up: one week

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.


**A/P** Last Updated by TOBAR, EDEN @ 11 Jul 2017 2210 EDT
**1. Generalized anxiety disorder**
Procedure(s):        -Psychiatric Therapy For Crisis Intervention x 1
Medication(s):       -VENLAFAXINE XR--PO 37.5MG CPER 24H - TAKE ONE CAPSULE BY MOUTH EVERY MORNING
                     #14 RF1 Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
                     -NALTREXONE--PO 50MG TAB - T1/2 TABLET BY MOUTH EVERY DAY FOR 3 DAYS, THEN
                     INCREASE TO ONE TABLET BY MOUTH EVERY DAY #30 RF1 Ordered By: TOBAR,EDEN Ordering
                     Provider: TOBAR, EDEN T


**Disposition** Last Updated by TOBAR, EDEN @ 11 Jul 2017 2211 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 12 Jul 2017 1513

CHANGE HISTORY
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by TOBAR,EDEN @ 12 Jul 2017 1511 EDT:*
**Signed TOBAR, EDEN T** (Physician/Workstation) @ 11 Jul 2017 2213

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 246**
AR 2233

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*10 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S*

Encounter ID:     BETH-28931074     Primary Dx:     Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**     Date: **10 Jul 2017 0918 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **DELSESTO,BARBARA SUE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by DELSESTO,BARBARA @ 10 Jul 2017 0919 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF3 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by DELSESTO,BARBARA @ 10 Jul 2017 0918 EDT
Case Management
**Appointment Comments:** Written by DELSESTO,BARBARA @ 10 Jul 2017 0918 EDT
Care Coordination/Command Contact

**S/O Note** Written by DELSESTO,BARBARA SUE @ 10 Jul 2017 1133 EDT
**Reason for Visit**
    Visit for: Case Management.  Patient was seen in the ED on 6 July and saw Dr. Paul this am at 0800.  He was taken by his Command for a safety check/eval.  He denies any safety concerns today.  He will see his PCM for LIMDU paperwork and start the MEB process this week.  Dr. Paul has written a temporary LIMDU for BH while patient continues to receive treatment.  Both medical and BH conditions to be added to the permanent LIMDU.
**History of present illness**
    The Patient is a 32 year old male.

| Merwin, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 247**
AR 2234

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Spoke with patient's Commander- CDR Yusko regarding the Intensive Outpatient Program in the PCS clinic. Confirmed date to start is 7 August. Informed Command that the program is M-F /0700-1500 for at least 4 weeks. She stated that she can NOT commit to support this treatment at this time. I requested that she get back to me in the next 2 weeks regarding this treatment. The patient is currently pending some legal action for misconduct and his anxiety is elevated. He reports his IBS is causing some pain, more trips to the bathroom daily and he is picking his scalp until he bleeds and has sores develop. I discussed with the Commander that this patient should be bringing the LIMDU paperwork this week and the MEB action does not stop the legal action. Advocated that patient attend this IOP and continue with treatment. His condition is exacerbated by the legal action and the conflict at work but his condition was noted and treated well before this legal action occurred. He feels that he has had a good service record and has 11 years TIS. He has sought treatment around his work schedule and has tried to remain fit for duty. His record supports a permanent LIMDU and the medical board process will decide his fitness for duty going forward.

**A/P** Written by DELSESTO,BARBARA @ 10 Jul 2017 1148 EDT
**1. Encounter for other administrative examinations**: CM to follow this patient. CM information provided to this patient for questions/issues

**Disposition** Written by DELSESTO,BARBARA @ 10 Jul 2017 1149 EDT
**Released w/o Limitations**
**Follow up:** as needed in the PSYCHIATRY BE clinic. - Comments: f/u scheduled with Dr. Paul and Dr. Tobar
45 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  DELSESTO, BARBARA** (Nurse Case Manager, Walter Reed National Military Medical Center) @ 10 Jul 2017 1149

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*10 Jul 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-28954544    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **10 Jul 2017 0800 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Note Written by PAUL,SHERIN @ 11 Jul 2017 1319 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:      Daniel Merwin
Patient last 4:    0538
Appt #:            Intake + 8
Therapy time:      60 minutes
E&M time:          60 minutes

## Identifying Data:      32-year-old, Single, Caucasian, Male

## Military Data:

Branch:              USN
Rank:                PO1
MOS:                 CTN
TIS:                 11-years
Deployments:         N/A
Deployment Related:              N/A
Trauma:              N/A
WTU:                 N/A
MEB in progress:     N/A
AdmSep in progress:              N/A
Special Clearance:   Yes

## Presenting Problem:

Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▆▆▆ 1985  SSN: ***-**-▆▆▆ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## <u>SUBJECTIVE/OBJECTIVE</u>

## Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|-----------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

## Notes from Today's Session:
**Treatment modality currently used: Treatment Planning**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he completed his Disciplinary Review Board which was a stressful experience. Patient described feeling overwhelmed by the accusations and assumptions on his character. He expressed confusion that he had not been previously told about any inappropriate behavior and offered corrective instruction. Patient stated that anxiety and IBS symptoms have risen. He acknowledged the interrelated nature of the two conditions. Patient is working with CDR Del Sesto to follow up with getting support with his command on behavioral health issues. Patient's command has not provided IOP approval as of yet. Patient expressed anxiety about the future and outcome of his career. Therapist and patient worked on coping skills to manage anxiety/depression.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and depressed and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

## <u>ASSESSMENT</u>

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

## Diagnosis:

Axis I:   Generalized Anxiety Disorder
          Major Depressive Disorder, Recurrent, Moderate
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support, occupational/legal stressors
Axis V:  60

*Prognosis:* ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
*Patient's capacity* to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | Yes |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High

# TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

***Setting:*** **(X)** Outpatient   ( ) Inpatient   ( ) IOP   ( ) Other:_____

***Safety Plan:***
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

***Treatment Team:***
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

***Date last updated:*** 13 June 2017
***Reviewed with patient on:*** 13 June 2017
***Does patient agree with plan?*** Yes

***Problem #1*** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

***Problem #2*** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

***Follow-up's scheduled:*** 2-weeks

***Referrals made today:***
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538       Created: 16 Aug 2017

***Military Specific Interventions:***
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

## Provider initiated LimDu for patient.

**A/P** Written by PAUL,SHERIN @ 11 Jul 2017 1319 EDT
**1. Generalized anxiety disorder**
     Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1
**2. Major depressive disorder, recurrent, moderate**
     Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 11 Jul 2017 1320 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 11 Jul 2017 1320

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *07 Jul 2017 at WRNMMC, Psychiatry Be by WISE, JOSEPH E*

Encounter ID:     BETH-28914234     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 Jul 2017 0816 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **T-CON***
Provider: **WISE,JOSEPH EDWARD**

Call Back Phone: ██████████

<u>AutoCites</u> Refreshed by WISE,JOSEPH E @ 07 Jul 2017 0817 EDT

**Allergies**
•No Known Allergies

**Vitals**
<u>Vitals</u> Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0927 EDT
 BP: 132/87, HR: 81, RR: 20, T: 98.5 °F, HT: 69 in, WT: 178.5 lbs, SpO$_2$: 97%, BMI: 26.36,
 BSA: 1.968 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 4-5 per week., Pain Scale: 3/10 Mild,
 Pain Scale Comments: Abdomen.
<u>Vitals</u> Written by GRIFFIN, GERALDINE @ 19 Jun 2017 0927 EDT
 BP: 132/87, HR: 81, RR: 20, T: 98.5 °F, HT: 69 in, WT: 178.5 lbs, SpO$_2$: 97%, BMI: 26.36,
 BSA: 1.968 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 4-5 per week., Pain Scale: 3/10 Mild,
 Pain Scale Comments: Abdomen.
<u>Vitals</u> Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0927 EDT
 BP: 132/87, HR: 81, RR: 20, T: 98.5 °F, HT: 69 in, WT: 178.5 lbs, SpO$_2$: 97%, BMI: 26.36,
 BSA: 1.968 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 4-5 per week., Pain Scale: 3/10 Mild,
 Pain Scale Comments: Abdomen.
<u>Vitals</u> Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0927 EDT
 BP: 132/87, HR: 81, RR: 20, T: 98.5 °F, HT: 69 in, WT: 178.5 lbs, SpO$_2$: 97%, BMI: 26.36,
 BSA: 1.968 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 4-5 per week., Pain Scale: 3/10 Mild,
 Pain Scale Comments: Abdomen.
<u>Vitals</u> Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0927 EDT
 BP: 132/87, HR: 81, RR: 20, T: 98.5 °F, HT: 69 in, WT: 178.5 lbs, SpO$_2$: 97%, BMI: 26.36,
 BSA: 1.968 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 4-5 per week., Pain Scale: 3/10 Mild,
 Pain Scale Comments: Abdomen.
<u>Vitals</u> Written by GRIFFIN, GERALDINE @ 12 Jun 2017 0902 EDT
 BP: 127/82, HR: 86, RR: 20, T: 98.3 °F, HT: 69 in, WT: 180.7 lbs, SpO$_2$: 97%, BMI: 26.68,
 BSA: 1.978 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 2-3 days a week., Pain Scale: 3/10 Mild,
 Pain Scale Comments: Abdomen.
<u>Vitals</u> Written by GRIFFIN, GERALDINE @ 12 Jun 2017 0902 EDT
 BP: 127/82, HR: 86, RR: 20, T: 98.3 °F, HT: 69 in, WT: 180.7 lbs, SpO$_2$: 97%, BMI: 26.68,
 BSA: 1.978 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: 2-3 days a week., Pain Scale: 3/10 Mild,
 Pain Scale Comments: Abdomen.
<u>Vitals</u> Written by PROVENCIO, ELISHA S. @ 07 Jun 2017 1006 EDT
 BP: 129/75, HR: 75, RR: 16, HT: 69 in, WT: 168 lbs, BMI: 24.81, BSA: 1.918 square meters, Tobacco Use: No, Alcohol Use: No,
Pain Scale: 0 Pain Free
**Comments:** no anti-histamines in last 7 days or more

<u>S/O Note</u> Written by WISE,JOSEPH EDWARD @ 07 Jul 2017 0819 EDT
**Subjective**
Record reviewed, in response to ER last night.  I liaised with those providers.  I called the pt; message left about psychiatric
appointment options for earlier than 18 JUL, if needed.  (note, he does have another appointment with his therapist prior to that.)
We will await his call back.

<u>A/P</u> Last Updated by WISE,JOSEPH E @ 07 Jul 2017 0819 EDT
**1. Generalized anxiety disorder**

<u>Disposition</u> Last Updated by WISE,JOSEPH E @ 07 Jul 2017 0819 EDT

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 254**
AR 2241

**Medical Record**

Merwin, Daniel Dennis        DOB:         1985  SSN: ***-**-        DoD ID: 1286180538        Created: 16 Aug 2017

**Signed By  WISE, JOSEPH E** (Physician/Psychiatrist, Walter Reed NMMC) @ 07 Jul 2017 0820

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *07 Jul 2017 at WRNMMC, Int Med CL F Medical Home BE by MEADOR, KRISTINE P*

Encounter ID:    BETH-28914272    Primary Dx:    Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**  Date: **07 Jul 2017 0815 EDT**  Appt Type: **T-CON***
Treatment Facility: **WALTER REED**  Clinic: **INT MED CL F MEDICAL HOME**  Provider: **MEADOR,KRISTINE P**
**NATIONAL MILITARY MEDICAL CNTR**  **BE**
Patient Status: **Outpatient**  Call Back Phone: ███████

**Reason for Telephone Consult:**Written by MEADOR,KRISTINE P @ 07 Jul 2017 0815 EDT
PCM: RODAK
**Telephone Consult Comments:** Written by MEADOR,KRISTINE P @ 07 Jul 2017 0815 EDT
F/U FOR ER VISIT; DEPRESSION

**Note** Written by MEADOR,KRISTINE P @ 07 Jul 2017 0818 EDT
32 yo M Navy AD sent from Ft Meade for SI. Has had increasing SI for past 3 weeks. Attempted x 2 while in HS.
**A/P** Last Updated by SMITH,MICKALYNN J @ 10 Jul 2017 0747 EDT
**1. Encounter for other administrative examinations**
      Procedure(s):    -Non-Physician Phone Call To Patient/Provider Brief (5-10min) x 1

**Disposition** Last Updated by MEADOR,KRISTINE P @ 10 Jul 2017 0912 EDT
**Released to Self Care**

**Note** Written by MEADOR,KRISTINE P @ 07 Jul 2017 1113 EDT
32 yo M seen in ED on 06Jul2017 for SI. F/u appt scheduled for psychiatry and PCP (see below). Left general message for pt to
return call to Team Fox River.


PSYCHIATRY BE/WRNMMC    PAUL,SHERIN 10Jul2017@0800  FTR/60    PENDING
Arrive 15 min early

INT MED CL F MEDICAL/WRNMMC  RODAK,COLLE 17Jul2017@0745  FTR/30    PENDING
Arrive 15 min early    BPAD WEA

**Note** Written by SMITH,MICKALYNN J @ 10 Jul 2017 0743 EDT
**RN note**
Pt returned RN phone call.  States he has f/u with PCm alreadty scheduled and will talk with provider about ER visit at that meeting.
TCON closed.

**Signed By  MEADOR, KRISTINE P** (Physician) @ 10 Jul 2017 0913

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐☐☐ 1985  SSN: ***-**-☐☐☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*06 Jul 2017 at WRNMMC, Psychiatry Consult Liaison Be by WORKS, LINDSAY K*

Encounter ID:    BETH-28912169    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**        Date: **06 Jul 2017 2027 EDT**        Appt Type: **ACUT**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY CONSULT**        Provider: **WORKS,LINDSAY KAY EMIL**
**NATIONAL MILITARY MEDICAL CNTR**        **LIAISON BE**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by WORKS,LINDSAY K @ 06 Jul 2017 2027 EDT
safety check

**Note** Written by WORKS,LINDSAY K @ 06 Jul 2017 2027 EDT
Impression:
32yo single Caucasian AD USN E6 male with past psychiatric history of GAD, MDD, Adj
disorder who presented at the request of command for safety eval due to recent suicidal
thoughts. Biologically, the patient self-discontinued his Lexapro a few months ago, with
noticeable worsening of symptoms since discontinuing. He has a history of heavy alcohol use,
but denies recent binge use. He suffers from poor sleep as well. Psychologically, the patient
struggles with chronic depression and suicidality. He has poor coping skills and turns to alcohol
for relief. He is isolative but engaged in treatment. He is at times impulsive, as evidenced by
self-discontinuing effective medications. Socially, the patient has a couple of close friends which
he trusts and confides in. He also has a good therapeutic relationship with his outpatient
provider.

Risk factors include prior suicide attempts, mental illness, acute stressors of
job/finance/relationship, and family history. Protective factors include future orientation, interest
in treatment, help-seeking, no access to guns, roommate. Hospital admission was discussed
with the patient at length. He refused admission at this time and does not require involuntary
admission for safety as he is not currently suicidal or homicidal and is able to care for self. He is
chronically suicidal and trusts his outpatient provider enough that he called her on his way in
and she made an appointment on Monday.

Dx: GAD, Adjustment D/O

Recommendations/Plan:
-Patient to be discharged from ED with outpatient BH follow-up
-BH psychology apt on Monday 0800
-emailed WRNMMC BH staff to arrange for psychiatric follow-up within 1 week
-return to the ED or call 911 if suicidal thoughts worsen or if you feel unsafe

D/w Dr. Molchan- staff psychiatrist

--------------------------------------------------------------------------------------------------------------------
-
HPI:
Patient presented to the ED at the request of command due to expressing suicidal thoughts
yesterday. Patient reports he has chronic suicidal thoughts "off and on" and that last night he
was having thoughts and was "sort of researching different ways online" and told this to a
civilian co-worker. That co-worker was concerned and reported it to his command, who then
sent the patient to the ED. On the way into the ED, the patient contacted his therapist and told

| Merwin, Daniel Dennis | DOB: ☐☐☐ 1985  SSN: ***-**-☐☐☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 257**
AR 2244

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

her what was happening and she scheduled him for Monday 0800 appointment.

At the time of the evaluation, the patient denied any current suicidal thoughts. He stated that he was irritated that his friend reported him but understands that suicide is taken seriously. He denies that his thoughts are worse than usual but does admit that researching different ways is "not common but not rare". He denies any specific plan.

Yesterday the patient went before the DRB for misconduct and is facing separation or demotion as punishment. This was particularly upsetting to him and "stressed him out".  He also self-discontinued his psychiatric medication (Lexapro) in April and since then has noticed an increase in depression and anxiety. He is interested in resuming the medication and would like to meet with his prior provider Dr. Tobar to discuss. The medication was stopped due to making him feel sleepy, but he feels the benefits out way the cost. Also, since being more stressed his IBS has increased which has caused more pain and has decreased appetite.

The DRB is in regards to accusations of sexual misconduct in regards to social media posts and conversations with a couple of female colleagues. The patient denies any misdoing.

Psych ROS
Depression: endorses poor sleep with early morning awakenings, guilt, hopeless and helpless at times, anhedonia (prior enjoyed gaming, less pleasure from it now). Chronic SI without plan or intent.
Anxiety: more anxious since stopping Lexapro, nervously picks at scalp to the point of having a bald patch. Endorses general anxiety, all day every day over small things.
Mania: denies
Psychosis: denies
PTSD: has thoughts of past abuse and at times feels uneasy around men, but denies overt avoidance/nightmares/flashbacks.


Psych History
Prior diagnosis: ETOH abuse, GAD, MDD
Prior suicide attempt: x2 in adolescence via alcohol and aspirin
Inpatient substance abuse treatment at ft. Belvoir April 2015
Currently in therapy  and sees Dr. Tobar for medications.
Prior Lexapro 20mg qd, stopped in April

PMHx/PSHx:
Childhood asthma
IBS
HPV
PRK (2011)

Current Meds:
GasX
Fish Oil
Probiotic

Family History:
Sisters: suicide attempts, bipolar, substance abuse

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

MGMA- bipolar


Developmental/social Hx:
Born in CA, oldest of 3 siblings. Born to an intact union, divorced at age 3. Contentious divorce. Father won custody. Patient was bullied in school and abused by dad. Involved in track. Graduated HS with average grades. Went on to business school, dropped out and joined the military. Patient is straight, currently single. He recently ended a relationship, found out recently that following the break-up she began using drugs, which makes the patient feel guilty.

Military history:
11yrs TIS
USN E6
No deployments
Currently working on Med Board.


ETOH: has decreased use to 1-2 drinks per night, last few weeks less than 1 per night
Tobacco: denies
Illicit Drugs: denies

Allergies:
NKDA

Objective Findings
Vital Signs: HR 73, BP 144/94, R 16, Temp 97.9

MSE:
General: Caucasian male with orange hair, fair skin, appearing stated age. Well-nourished, well-groomed.
Behavior: calm and cooperative, good eye contact
Speech: regular rate, rhythm, volume, tone
Mood: "ok"
Affect: reactive, euthymic, smiling at times
Thought Process: logical, linear, goal directed, easy to follow
Thought Content: denies SI/HI, no evidence of hallucinations/delusions
Judgement: fair
Insight: fair
Impulse Control: Intact during interview

Labs: largely wnl

Time spent face to face with patient: 60minutes


**A/P** Last Updated by WORKS,LINDSAY K @ 06 Jul 2017 2028 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**

**Disposition** Last Updated by WORKS,LINDSAY K @ 06 Jul 2017 2030 EDT
**Released w/o Limitations**

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

**Follow up:** with PCM and/or in the PSYCHIATRY BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  WORKS, LINDSAY KAY EMIL** (Physician) @ 06 Jul 2017 2030
**Co-Signed By  MOLCHAN, SUSAN E** (Psychiatrist) @ 10 Jul 2017 1555

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *06 Jul 2017 at WRNMMC, Psychiatry Be by DELSESTO, BARBARA S*

Encounter ID:    BETH-28903549    Primary Dx:    Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**        Date: **06 Jul 2017 1030 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**        Provider: **DELSESTO,BARBARA SUE**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by DELSESTO,BARBARA @ 06 Jul 2017 1032 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**Written by DELSESTO,BARBARA @ 06 Jul 2017 1030 EDT
Case Management
**Appointment Comments:** Written by DELSESTO,BARBARA @ 06 Jul 2017 1030 EDT
Care Coordination

**S/O Note** Written by DELSESTO,BARBARA SUE @ 07 Jul 2017 1045 EDT
**Reason for Visit**
    Visit for: Case Management.  Spoke with this patient regarding his referral to the Intensive Outpatient Program.  I spoke with him about the situation at his unit-he is having some legal issues with his unit and is awaiting the outcome from this.  He feels he is being mistreated by his Command and reached out to CM to talk with them about moving his duty assignement or a PCS LIMDU. The legal issues will need to be complete before he can PCS.  CM to talk with his Commander about reducing this patient's stress level as it is making him more symptomatic with his IBS, anxiety, etc.
**History of present illness**

---

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 261**
AR 2248

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

The Patient is a 32 year old male.

The start date for IOP is 7 August per Ms. Banks-Williiams.  Patient verbalized an an understanding and CM will continue to try to contact his Commander for confirmation of support for the IOP and discuss his work environment.


**A/P** Written by DELSESTO,BARBARA @ 07 Jul 2017 1052 EDT
**1. Encounter for other administrative examinations**

**Disposition** Written by DELSESTO,BARBARA @ 07 Jul 2017 1052 EDT
**Released w/o Limitations**


**Signed By  DELSESTO, BARBARA** (Nurse Case Manager, Walter Reed National Military Medical Center) @ 07 Jul 2017 1052

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*27 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-28841296    Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**        Date: **27 Jun 2017 1500 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**            Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
rla

**Note** Written by PAUL,SHERIN @ 28 Jun 2017 1125 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:        Daniel Merwin
Patient last 4:       0538
Appt #:              Intake + 7
Therapy time:        60 minutes
E&M time:            60 minutes

## Identifying Data:        32-year-old, Single, Caucasian, Male

## Military Data:
Branch:              USN
Rank:                PO1
MOS:                 CTN
TIS:                 11-years
Deployments:         N/A
Deployment Related:              N/A
Trauma:              N/A
WTU:                 N/A
MEB in progress:     N/A
AdmSep in progress:              N/A
Special Clearance:   Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 263**
AR 2250

**Medical Record**

Merwin, Daniel Dennis    DOB: ███    1985   SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

## Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|------------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

## Notes from Today's Session:
**Treatment modality currently used: Treatment Planning**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he has received negative feedback from his command regarding LimDu and IOP. Patient expressed concerns that they think he is "faking" his behavioral health issues in order to "get out of trouble". Patient stated that he is well aware that despite neutral intentions, his behavior towards others related to sexual harassment allegation had a negative impact on the women it was directed to. Patient stated that he has been trying to "keep things going" despite regular daily stressors from Navy demands negatively impacting his mental and physical health (IBS). He stated that he is recognizing that he cannot keep going forward without injuring himself. Therapist noted that his previous notes indicated that he experienced significant stress deciding to re-enlist and shortly after felt that he made an error in returning to Navy stressors. Patient feels that Navy demands are detrimental to his behavioral and physical health. Patient is following up with potential MEB with other providers. Patient indicated impulsive drive to "turn in my badge" because he just wants to get out of the department. However, he is concerned about how this will impact him long term. Therapist provided patient with contact info for NCM CDR Del Sesto to discuss his current situation and receive support.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time. He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire. He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no plan or intent.

# ASSESSMENT

## Diagnosis:
Axis I:   Generalized Anxiety Disorder
            Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support
Axis V:  65

*Prognosis:* ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
*Patient's capacity* to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | No |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 16 Aug 2017

Frustration Tolerance          Limited
Resilience:                    Yes
Good Reality Testing:          Yes
Amenable to Treatment:         Yes
Social Support:                No
Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High


# TREATMENT PLAN


Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 13 June 2017
*Reviewed with patient on:* 13 June 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
         Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

*Military Specific Interventions:*
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

## Provider initiated LimDu for patient.

**A/P** Written by PAUL,SHERIN @ 28 Jun 2017 1126 EDT
**1. Generalized anxiety disorder**
      Procedure(s):            -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 28 Jun 2017 1127 EDT
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 28 Jun 2017 1127

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *21 Jun 2017 at WRNMMC, Dermatology Clinic Bethesda by FINK, CAITLIN M*

Encounter ID:   BETH-28769305    Primary Dx:    Epidermal cyst

Patient: **MERWIN, DANIEL DENNIS**    Date: **21 Jun 2017 1203 EDT**    Appt Type: **PROC**
Treatment Facility: **WALTER REED**    Clinic: **DERMATOLO CL BE**    Provider: **FINK,CAITLIN M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by DIBLASI,DANIEL R @ 21 Jun 2017 1528 EDT

**Allergies**
•No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL | Active | TAKE 2 BY MOUTH EVERY DAY #0 RF3 | 3 of 3 | 06 Jun 2017 |
| PROBIOTIC (VSL#3) DS--PO PACK | Active | TAKE ONE PACKET BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 06 Jun 2017 |
| SIMETHICONE, 80 MG, TAB CHEW, ORAL | Active | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS #0 RF2 | 2 of 2 | 18 May 2017 |
| HYOSCYAMINE SULFATE, 0.125 MG, TAB SUBL, SUBLINGUAL | Active | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #0 RF3 | 3 of 3 | 10 May 2017 |
| Psyllium Seed 3.4 g/Scoop + Sucrose Granules, Oral | Active | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #0 RF3 | 3 of 3 | 10 May 2017 |
| Pseudoephedrine Hydrochloride 6mg/mL, Liquid, Oral, 5mL | Active | DRINK 10ML EVERY 6 HOURS FOR CONGESTION #0 RF3 | 3 of 3 | 28 Apr 2017 |
| IBUPROFEN, 100 MG/5ML, ORAL SUSP, ORAL | Active | DRINK 20ML (400MG) EVERY FOUR HOURS FOR BASELINE PAIN CONTROL #0 RF1 | 1 of 1 | 28 Apr 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE | Active | | NR | 14 Oct 2016 |
| AFLURIA 2015-2016 (FLU VACC TS 2015-16(5YR,UP)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

<u>S/O Note</u> Written by DIBLASI,DANIEL ROBERT @ 21 Jun 2017 1535 EDT
**Chief complaint**
The Chief Complaint is: Excision.
**History of present illness**
        The Patient is a 32 year old male.
32 y/o male presents for excision of scrotal cysts.
        In the Navy and currently on active duty.
        No systemic symptoms, not feeling tired or poorly, no fever, and no chills.  No skin symptoms  - No skin symptoms other than described in the HPI.
**Allergies**
        No known drug allergies.
**Current medication**
Current medications reviewed, confirmed and reconciled with patient.

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 268**
AR 2255

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

.

**Past medical/surgical history**
**Diagnoses:**
 No basal cell carcinoma of the skin
 No squamous cell carcinoma of the skin.
 No malignant melanoma of the skin
**Personal history**
Behavioral:  No tobacco use.
Alcohol: Alcohol use.
**Family history**
 No malignant melanoma of the skin.
**Physical findings**
**Vital Signs:**

| Vital Signs/Measurements | Value |
|---|---|
| Pain level by numeric rating scale | 0 |

**General Appearance:**
 ° Well developed.  ° Well nourished.  ° In no acute distress.  ° Not acutely ill.
**Neurological:**
 ° Oriented to time, place, and person.
**Skin:**
 • Skin:: On exam the following lesions were identified and examined:
 Multiple round subcutaneous cysts on the scrotum.  • Complexion type II.


**A/P** Last Updated by DIBLASI,DANIEL R @ 21 Jun 2017 1540 EDT
**1. Epidermal cyst**: 32 y/o male with multiple EICs on the scrotum. 3 lesions excised. Patient tolerated the procedure. Follow up as needed.

Staffed with Dr. Fink

| Procedure(s): | -Excision Of Lesion Trunk Benign Up to .5cm x 1 ADDITIONAL PROVIDER(S): FINK,CAITLIN M - Universal protocol was followed in compliance with WRNMMC standards. |
|---|---|
| | Patient's identification was checked (name and DOB). Procedure site(s) and side matches the consent form. The biopsy report and slide (if available) were reviewed. The site was marked and anesthetized with [ 2 ] mL of lidocaine 1% with epinephrine. |
| | The area was then prepped and draped in a sterile fashion. The lesions were then excised. |
| | Estimated blood loss was 1mL. |
| | Superficial skin opposition was achieved using 5-0 fast gut sutures. |
| | The wound was cleaned, Vaseline placed. Patient was instructed on wound care. |
| | The patient was instructed to return to clinic sooner for signs of symptoms of infection to include erythema, draining fluid or pain to palpation. |
| | Lesion Management: |
| | Initial size: [ 4 ]mm    Margins: [ 0 ]mm  Size of lesion with margins : [ 4 ]mm |
| | Final length of incision [ 0.5 ]cm |
| | |
| Laboratory(ies): | -TISSUE EXAM (Routine) Ordered By: DIBLASI,DANIEL R Ordering Provider: DIBLASI, DANIEL ROBERT |

**Disposition** Last Updated by DIBLASI,DANIEL R @ 21 Jun 2017 1541 EDT
**Released w/o Limitations**
**Follow up:** as needed in the DERMATOLO CL BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Note** Written by FINK,CAITLIN M @ 21 Jun 2017 1545 EDT
Agree with above assessment and plan. Note reviewed and in compliance with WRNMMC and JCAHO standards.


**Signed By  FINK, CAITLIN M** (Physician, Staff Dermatologist) @ 21 Jun 2017 1545

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 269**
AR 2256

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*19 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:  BETH-28732393     Primary Dx:   Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **19 Jun 2017 0915 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **FTR**
Provider: **RODAK,COLLEEN M**

**Reason for Appointment:**
Follow up for IBS. Notify the doctor of Physical Training and Smell trigger
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0927 EDT
 BP: 132/87 Left Arm,  Adult Cuff,   HR: 81 Regular,  Radial Artery,   RR: 20,   T: 98.5 °F Oral,   HT: 69 in Stated,   WT: 178.5 lbs,
 SpO$_2$: 97%,   BMI: 26.36,  BSA: 1.968 square meters,   Tobacco Use: No,   Alcohol Use: Yes,
 Alcohol Comments: 4-5 per week.,   Pain Scale: 3/10 Mild,   Pain Scale Comments: Abdomen.

**Questionnaire AutoCites** Refreshed by GRIFFIN,GERALDINE @ 19 Jun 2017 0935 EDT
**Questionnaires**

Anxiety & Depression Screening Taken On: 19 Jun 2017
Questionnaire Notes: Patient reports that he does not have any suicidial ideation and that he is being seen by Counselors from IBHS.
 1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Nearly every day
 2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Nearly every day
 3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: More than half the days
 4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: More than half the days
 5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Several days

Falls Risk Screening (Outpatient) Taken On: 19 Jun 2017
 1. Patient's age: Less than 65 years old
 2. History of fall in the past year?: No
 **3. Physical appearance: No concerns;**
 **4. Balance: No concerns with balance;**
 5. Is the patient a falls risk?: No

**S/O Note** Written by GRIFFIN,GERALDINE @ 19 Jun 2017 0910 EDT
**Chief complaint**
The Chief Complaint is: IBS Information update  3/10  19Jun2017.
**History of present illness**
     The Patient is a 32 year old male.
     He reported: Good general overall feeling /health.

Pain assessment3/10
Location:  Abdomen
Duration:
Quality:
Factors that correlate with onset:
Frequency:
Average level:  6/10
Worst level:  10/10
Least level:  0/10
What makes it better:  diet change, not eating
What makes it worse:  food, smells of food, eating
..............
 Pain Severity   3/ 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

**Allergies**
Allergies Verified and Updated 19Jun2017
NKDA
animal dander.
**Current medication**
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR
Medication Reconciled Jun2017
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital

    .
    Surgical / Procedural: Surgical / procedural history Jaw surgery
    Tonsillectomy
    PRK.
**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
Preferred method of learning?    [ ] Verbal  [ ] Written  [ ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
    doctor or pharmacy?    [ ] Never  [ ] Rarely  [ ] Sometimes  [ ] Often  [ ] Always
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  x[ ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes   [ ] No
Contact preference:
PCM:
..............
Annual Questions Date: 19Jun2017.
**Family history**
    Family medical history Mother A & W
    Father DM/ CAD- MI / stent at 40 / melanoma
    brother one half substance abuse
    Sister three (one depression ; one substance abuse)
    Denies a family hx of Crc. Breast CA.
**Review of systems**
The patient HAS NOT traveled outside of the country in the past 90 days.

**S/O Note** Written by RODAK,COLLEEN M @ 21 Jun 2017 1552 EDT
**Chief complaint**
The Chief Complaint is: IBS information update.
**History of present illness**
    The Patient is a 32 year old male.

This is a 32 yo male with a HX of depression, anxiety, IBS-D previous EtOH abuse requiring treatment (2013-2014) who recently
has been experiencing acute exacerbation of his anxiety & depression; exacerbation is related to long standing  family issues. He is
actively engaged in BH and it will be starting IOP he presents today to obtain a 30 day SIQ.
    Feeling tired (fatigue).

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Abdominal pain and diarrhea.

Pain Severity    2/ 10.
**Current medication**
June 19 2017
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
verified CMR

.
**Past medical/surgical history**
**Reported:**
     Medical: Reported medical history IBS-D
     GAD / depression
     HX of EtOH abuse (previous inpatient treatment)
     HPV genital
     .
     Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
     Tonsillectomy
     PRK.
     .
**Personal history**
Social history reviewed Former 2007 2008 current no.
**Family history**
     Family medical history Family medical history Mother A & W
          Father DM/ CAD- MI / stent at 40 / melanoma
          brother one half substance abuse
          Sister three (one depression ; one substance abuse)
          Denies a family hx of Crc. Breast CA.
     .
**Review of systems**
**Systemic:** No systemic symptoms and no generalized pain.  No fever, no chills, no night sweats, no recent weight loss, and no
     recent weight gain.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No dyspnea, no cough, and no wheezing.
**Gastrointestinal:** Appetite not decreased.  No dysphagia and no pain on swallowing.  Heartburn.  No nausea, no vomiting, no
     hematemesis, no bright red blood per rectum, and no constipation.
**Genitourinary:** No hematuria, no change in urinary frequency, and no feelings of urinary urgency.  No dysuria and no testicular
     symptoms were present.  No abnormal urethral discharge.
**Endocrine:** No inadequacy of penile erection.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Anxiety, emotional lability, depression, sleep disturbances, and decreased functioning ability.  Not thinking about
     suicide.  No homicidal thoughts.
**Physical findings**
**General:**
     • Physical examination NA for today's visit.
**Vital Signs:**
     • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
     ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
     Injuries: ° No evidence of a head injury.
     Appearance: ° Head normocephalic.

**Note** Written by MINOR,TIFFANY @ 19 Jun 2017 0921 EDT
The HPI section was prepared by Tiffany Minor as Scribe, and reviewed by Colleen
Rodak, NP. 6/19/17 at 09:21

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Colleen Rodak NP: The scribe's documentation in the HPI section has been prepared and reviewed by me in its entirety. I confirm that the note above accurately reflects all work, treatment, procedures, and medical decision making performed by me.

**A/P** Written by RODAK,COLLEEN M @ 21 Jun 2017 1601 EDT

**1. Encounter for other administrative examinations:** See add notes

**Disposition** Written by RODAK,COLLEEN M @ 21 Jun 2017 1601 EDT

**Released w/o Limitations**

**Follow up:** as needed with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Note** Written by DUVALL,MICHAEL R @ 20 Jun 2017 0945 EDT

WRNATMILMEDCENINST 6320.1E

QUARTERS/LIGHT DUTY LIST    WALTER REED NATIONAL MILITARY MEDICAL CENTER
WRNNMC 6320/8 (REV 1/9)    BETHESDA, MD 20889-5000
INSTRUCTIONS TO PATIENT:

1. FOR ALL PERSONNEL - PRIOR TO LEAVING THE HOSPITAL AREA. TAKE THIS FORM TO THE PRIMARY CARE HEALTH CENTER TO BE PLACED ON THE QUARTERS/LIGHT DUTY LIST.

2. ENLISTED PERSONNEL - RETURN TO YOUR SERVICE AND SHOW THIS FORM TO YOUR SUPERVISOR.

3. OFFICERS - NOTIFY YOUR SERVICE TEAM LEADER OR IMMEDIATE SUPERVISOR IN YOUR CHAIN OF COMMAND.

INFORMATION: DURING THE PERIOD OF TIME IN A QUARTERS PATIENT STATUS, YOU WILL REMAIN IN THE CONFINES OF YOUR QUARTERS, UNLESS RELEASED BY THE MEDICAL OFFICER AND/OR YOUR SUPERIOR IN THE CHAIN OF COMMAND. MARRIED PERSONNEL AND THOSE LIVING ASHORE MAY BE PERMITTED TO GO HOME UPON OBTAINING PERMISSION FROM THE MEDICAL OFFICER AND/OR YOUR SUPERIORS IN YOUR CHAIN OF COMMAND. ALL PERSONNEL WILL RETURN TO THE PRIMARY CARE HEALTH CENTER ON THE TIME AND DATE INDICATED FOR POSSIBLE RETURN TO DUTY, EXTENSION IN A QUARTERS PATIENT STATUS, OR ADMISSION TO THE SICK LIST.

DATE: 6/19/17    TIME: 1005

FROM: _____ MILITARY SICK CALL    EMERGENCY ROOM ✓

TO: COMMANDER/COMMANDING OFFICER    CSA 63
(NAME OF COMMAND TO WHICH MEMBER IS ATTACHED)

1. REQUEST THAT THE BELOW NAMED MEMBER BE PLACED IN THE FOLLOWING STATUS:

_____ QUARTERS PATIENT STATUS FOR _____ DAYS    LIGHT DUTY STATUS FOR 30 DAYS

MEMBER IS TO RETURN TO _____ CLINIC FOR FOLLOW-UP AND FURTHER DISPOSITION ON _____ (DATE AND TIME)

RESTRICTIONS:
✓ NO LIFTING/BENDING    NO PROLONGED STANDING OR WALKING
✓ NO PFT/EXERCISING    NO SHAVING
OTHERS: _____

DIAGNOSIS: IBS-O /pain    MEDICAL OFFICER SIGNATURE

IMPRINT PATIENT DATA    PATIENT ADDRESS WHILE IN QUARTERS/LIGHT DUTY STATUS
Merwin Daniel
DoD 1286180538    PATIENT PHONE NUMBER WHILE IN QUARTERS/LIGHT DUTY STATUS

WHITE COPY: MEMBER'S HEALTH RECORD    YELLOW COPY: MEMBER'S SUPERVISOR    PINK COPY: MFHC

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 21 Jun 2017 1602

**CHANGE HISTORY**
***The following S/O Note Was Overwritten*** *by RODAK,COLLEEN M @ 21 Jun 2017 1600 EDT:*
**S/O Note** Written by MINOR,TIFFANY JOHNETTA @ 19 Jun 2017 0912 EDT
**Chief complaint**
The Chief Complaint is: IBS information update.
**History of present illness**
        The Patient is a 32 year old male.

This is a 32 yo male with a HX of depression, anxiety, IBS-D previous EtOH abuse requiring treatment (2013-2014) who recently has been experiencing acute exacerbation of his anxiety & depression; exacerbation is related to long standing  family issues. He is actively engaged in BH and it has been recommended that the patient start IOP mental health / LIMDU
He presents today to update me on his mood and to discuss his sleep disturbances / IBS-D symptoms and its negative impact on his QOL / ability to perform work duties due to severity / frequency of symptoms.
Patient is an 32 yo male ADSM that's presents with pain 2/10 today in his stomach.patient reports 10/10 is the worst due to eating food.patient reports not eating or changing foods help the pain.
        Feeling tired (fatigue).
        Abdominal pain and diarrhea.

 Pain Severity   2/ 10.
**Current medication**
Medication Reconciled 12Jun2017
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL       TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK     TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
verified CMR
.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history Medical: Reported medical history IBS-D
        GAD / depression
        HX of EtOH abuse (previous inpatient treatment)
        HPV genital
        .
        Surgical / Procedural: Surgical / procedural history Surgical / Procedural: Surgical / procedural history Jaw surgery
        Tonsillectomy
        PRK.

**Personal history**
Social history reviewed Former 2007 2008 current no.
**Family history**
        Family medical history Family medical history Mother A & W
        Father DM/ CAD- MI / stent at 40 / melanoma
        brother one half substance abuse
        Sister three (one depression ; one substance abuse)
        Denies a family hx of Crc. Breast CA.
        .
**Review of systems**
**Systemic:** No systemic symptoms and no generalized pain.  No fever, no chills, no night sweats, no recent weight loss, and no recent weight gain.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no bright red blood per rectum, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮ 1985  SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

*16 Jun 2017 at WRNMMC, Dermatology Clinic Bethesda by NICHOLAS, LUKE C*

Encounter ID:      BETH-28722514      Primary Dx:      Anogenital (venereal) warts

Patient: **MERWIN, DANIEL DENNIS**          Date: **16 Jun 2017 0930 EDT**          Appt Type: **SPEC**
Treatment Facility: **KIMBROUGH**          Clinic: **DERMATOLO CL BE**          Provider: **NICHOLAS,LUKE C**
**AMBULATORY CARE CENTER-MEADE**
Patient Status: **Outpatient**

**Reason for Appointment:**
Anogenital (venereal) warts
**Appointment Comments:**
MJ/IRMAC

**S/O Note** Written by DIBLASI,DANIEL ROBERT @ 16 Jun 2017 1154 EDT
**Chief complaint**
The Chief Complaint is: Genital warts.
**History of present illness**
     The Patient is a 32 year old male.
32 y/o male presents for evaluation/treatment of genital warts. Have been there for about 1 year. Has treated topically and with LN2
in the past and lesions have not resolved. Patient also c/o cysts on the scrotum.
     In the Navy and currently on active duty.
     No systemic symptoms, not feeling tired or poorly, no fever, and no chills.  No skin symptoms  - No skin symptoms other than
described in the HPI.
**Allergies**
     No known drug allergies.
**Current medication**
Current medications reviewed, confirmed and reconciled with patient.
.
**Past medical/surgical history**
**Diagnoses:**
     No basal cell carcinoma of the skin
     No squamous cell carcinoma of the skin.
     No malignant melanoma of the skin
**Personal history**
 Social history.
**Physical findings**
**Vital Signs:**
Vital Signs/Measurements                                        Value
Pain level by numeric rating scale                              0
**General Appearance:**
     ° Well developed.  ° Well nourished.  ° In no acute distress.  ° Not acutely ill.
**Neurological:**
     ° Oriented to time, place, and person.
**Skin:**
     • Skin:: On exam the following lesions were identified and examined:
     Small skin colored papules in the pubic region and on the proximal penile shaft
     Multiple round, subcutaneous cysts on the scrotum. • Complexion type II.

**A/P** Last Updated by DIBLASI,DANIEL R @ 16 Jun 2017 1247 EDT
**1. Anogenital (venereal) warts**: 32 y/o male with genital warts. Did not improve with topical or destructive therapies in the past.
Recommended repeat treatment with LN2 and then regular follow up every 4-6 weeks for repeat treatment until clear. Patient
verbalized understanding.

Seen and staffed with Dr. Nicholas
          Procedure(s):          -Destruction Of Benign Lesion By Cryosurgery x 1 - After discussion of risks, benefits, and alternatives,
                              verbal consent received, and cryo applied to lesions in standard fashion. Therapy was applied in a
                              pulsed fashion to minimize collateral tissue injury. Patient was instructed to use Vaseline ointment to the
                              area(s) until healed. Patient tolerated the procedure well and left in stable condition.
**2. Epidermal cyst**: Multiple scrotal EICs. Can schedule for excision. AHLTA and Outlook calendar unavailable at the time of
encounter, so will contact patient to schedule.

| Merwin, Daniel Dennis | DOB: ▮▮ 1985  SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 275**
AR 2262

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

**Disposition** Last updated by NICHOLAS,LUKE C @ 19 Jun 2017 1241 EDT
**Released w/o Limitations**
**Follow up:** in the DERMATOLO CL BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: I saw the patient with the resident and agree with the above assessment and plan.

**Note** Written by DIBLASI,DANIEL R @ 16 Jun 2017 1154 EDT
**Consult Order**
**Referring Provider:**          RODAK, COLLEEN M
**Date of Request:**    19 May 2017
**Priority:**               Routine

**Provisional Diagnosis:**

Anogenital (venereal) warts

**Reason for Request:**

32 with penile lesions Previously treated for genital warts with topicals and cryosurgery by dermatology; on PE --> 3 less than
05mm circular flat lesions consistent with warts on penis shaft; patient is very anxious about the recurrence and is requesting to be
evaluated by dermatology please evaluate additional question is if this patient she undergo an anal PAP thank you

**Signed By  NICHOLAS, LUKE C** (Physician-WRNMMC, Dermatologist) @ 19 Jun 2017 1241

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten*** *by NICHOLAS,LUKE C @ 19 Jun 2017 1241 EDT:*
The Disposition section was last updated by NICHOLAS,LUKE C @ 19 Jun 2017 1241 EDT - see above.Previous Version of Disposition section was entered/updated by
DIBLASI,DANIEL R @ 16 Jun 2017 1248 EDT.
**Released w/o Limitations**
**Follow up:** in the DERMATOLO CL BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *13 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-28672871      Primary Dx:      Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**      Date: **13 Jun 2017 0858 EDT**      Appt Type: **T-CON***
Treatment Facility: **WALTER REED**      Clinic: **PSYCHIATRY BE**      Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**      Call Back Phone: ▇

**S/O Note** Written by PAUL,SHERIN @ 13 Jun 2017 1000 EDT
**Subjective**
Provider was contacted by patient's command Chief Schooley regarding statements that patient made the previous day. Chief Schooley indicated that patient admitted to suicidal ideation and stated that the reason that he did not follow through with this was because he could not think of a painless way to die. Chief Schooley stated that the patient then followed up with stating that he was not thinking of hurting himself and no imminent risk was indicated. Chief Schooley indicated that he was concerned about the patient's safety. With expressed verbal permission of the patient, this provider indicated that patient had been seen this morning and screened for safety. Provider notified the caller that if in the future this or other sailors indicated suicidal harm, he has the option to recommend them for an immediate safety screen. Again with expressed verbal permission of the patient, this provider indicated that the patient will be placed on Limdu for behavioral health diagnoses. Further, patient is expected to start intensive outpatient program.

**A/P** Last Updated by PAUL,SHERIN @ 13 Jun 2017 1000 EDT
**1. Generalized anxiety disorder**
**2. Major depressive disorder, recurrent, moderate**

**Disposition** Last Updated by PAUL,SHERIN @ 13 Jun 2017 1000 EDT
**Follow up:**  in the PSYCHIATRY BE clinic.

---

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 13 Jun 2017 1001

---

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 277**
AR 2264

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*13 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-28695800     Primary Dx:     Major depressive disorder, recurrent, moderate

Patient: **MERWIN, DANIEL DENNIS**       Date: **13 Jun 2017 0700 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCHIATRY BE**          Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
Follow up
**Appointment Comments:**
DCM

**Note** Written by PAUL,SHERIN @ 14 Jun 2017 1245 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:        Daniel Merwin
Patient last 4:      0538
Appt #:              Intake + 6
Therapy time:        60 minutes
E&M time:            60 minutes

## Identifying Data:          32-year-old, Single, Caucasian, Male

## Military Data:
Branch:                USN
Rank:                  PO1
MOS:                   CTN
TIS:                   11-years
Deployments:           N/A
Deployment Related:                    N/A
Trauma:                N/A
WTU:                   N/A
MEB in progress:       N/A
AdmSep in progress:                    N/A
Special Clearance:     Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Treatment Planning**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that since previous session he was provided more information regarding sexual harassment allegation against him. He expressed frustration that his actions were perceived negatively and no one talked to him about it in person. He stated that he never meant to hurt anyone or make anyone feel uncomfortable. However, he agreed that some of the engagement on social media seems inappropriate. Patient expressed frustration that he does not have a good understanding of social norms. He noted that he has been feeling suicidal related to increase in stress. Patient expressed concern about his well-being. He is amenable to intensive outpatient program and LimDu. Therapist and patient completed this paperwork. Patient was also notified that provider had been contacted by Chief Schooley and plans on contacting him later in the day. Patient provided verbal consent for provider to present information regarding patient's treatment plan.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a week with no

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

plan or intent.

# <u>ASSESSMENT</u>

## Diagnosis:

Axis I:   Generalized Anxiety Disorder
          Major Depressive Disorder, Recurrent, Moderate
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support
Axis V:  65

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | No |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 16 Aug 2017

Good Reality Testing:                    Yes
Amenable to Treatment:                   Yes
Social Support:                          No
Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: (  ) Not Elevated    (  ) Low   **(X) Intermediate**   (  ) High
Harm to Others: **(X) Not Elevated**    (  ) Low   (  ) Intermediate   (  ) High


# TREATMENT PLAN


Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

***Setting:* (X)** Outpatient    (  ) Inpatient    (  ) IOP    (  ) Other:_____

***Safety Plan:***
(  ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
(  ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

***Treatment Team:***
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 13 June 2017
*Reviewed with patient on:* 13 June 2017
*Does patient agree with plan?* Yes

***Problem #1*** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress: Patient continues to experience suicidal ideation with no intent/plan.**

***Problem #2*** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

***Follow-up's scheduled:*** 2-weeks

***Referrals made today:***

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Patient would **NOT** like information on the following at this appointment:
Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

***Military Specific Interventions:***
1. The Command **WAS** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS** been written for patient by this writer today.

**Provider initiated LimDu for patient.**

**A/P** Written by PAUL,SHERIN @ 14 Jun 2017 1246 EDT
**1. Major depressive disorder, recurrent, moderate**
**2. Generalized anxiety disorder**
    Procedure(s):    -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 14 Jun 2017 1246 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

Signed By  **PAUL, SHERIN** (Clinical Psychologist) @ 14 Jun 2017 1247

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### *12 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:    BETH-28655557    Primary Dx:    <No description for K58.2 in Medcin database>

Patient: **MERWIN, DANIEL DENNIS**  Date: **12 Jun 2017 0845 EDT**  Appt Type: **FTR**
Treatment Facility: **WALTER REED**  Clinic: **INT MED CL F MEDICAL HOME**  Provider: **RODAK,COLLEEN M**
**NATIONAL MILITARY MEDICAL CNTR**  **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
Depression and Anxiety
**Appointment Comments:**
G G

**Vitals**
**Vitals** Written by GRIFFIN,GERALDINE @ 12 Jun 2017 0902 EDT
 BP: 127/82 Left Arm, Adult Cuff,   HR: 86 Regular,  Radial Artery,    RR: 20,   T: 98.3 °F Oral,   HT: 69 in Stated,
 WT: 180.7 lbs Upright Scale, Actual,  With Shoes,   SpO$_2$: 97%,   BMI: 26.68,   BSA: 1.978 square meters,
 Tobacco Use: No,   Alcohol Use: Yes,   Alcohol Comments: 2-3 days a week.,   Pain Scale: 3/10 Mild,   Pain Scale Comments:
Abdomen.

**Questionnaire AutoCites** Refreshed by GRIFFIN,GERALDINE @ 12 Jun 2017 0906 EDT
**Questionnaires**

Anxiety & Depression Screening Taken On: 12 Jun 2017
Questionnaire Notes: Patient reports that he is being seen by Counselors from IBHS.
 1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: More than half the days
 2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: More than half the days
 3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Nearly every day
 4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: More than half
the days
 5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself
in some way?: Not at all

Falls Risk Screening (Outpatient) Taken On: 12 Jun 2017
 1. Patient's age: Less than 65 years old
 2. History of fall in the past year?: No
 **3. Physical appearance: No concerns;**
 **4. Balance: No concerns with balance;**
 5. Is the patient patient a falls risk?: No

**S/O Note** Written by RODAK,COLLEEN M @ 13 Jun 2017 0943 EDT
**Chief complaint**
The Chief Complaint is: IBS, Mental Health, Abdomen-3/10   12Jun2017.
**History of present illness**
    The Patient is a 32 year old male.

This is a 32 yo male with a HX of depression, anxiety, IBS-D previous EtOH abuse requiring treatment (2013-2014) who recently
has been experiencing acute exacerbation of his anxiety & depression; exacerbation is related to long standing  family issues. He is
actively engaged in BH and it has been recommended that the patient start IOP mental health / LIMDU
He presents today to update me on his mood and to discuss his sleep disturbances / IBS-D symptoms and its negative impact on
his QOL / ability to perform work duties due to severity / frequency of symptoms.
    Good general overall feeling /health.

 Pain Severity   3/ 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient reports that they are compliant with medications.
**Allergies**
Allergies Verified and Updated  12Jun2017
NKDA
animal dander, Cats.
**Current medication**
Medication Reconciled 12Jun2017

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 283**
AR 2270

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL        CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS
verified CMR

.

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital

    .
    Surgical / Procedural: Surgical / procedural history Jaw surgery
    Tonsillectomy
    PRK.
**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Alcohol use AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English   [  ] Other:
Preferred method of learning?   [ x] Verbal  [  ] Written  [  ] Visual   [  ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?   [  ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your
    doctor or pharmacy?   [  ] Never  [  ] Rarely  [  ] Sometimes  [  ] Often   [  ] Always
Advance directives completed?   [  ] Yes  [ x] No
Is a copy of the Advance directive in the record?   [  ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?   [  ] Yes  [ x ] No
Are you enrolled in EFMP?   [  ] Yes  [x  ] No
Are you registered for Relay Health/Secure Messaging?   [ x ] Yes  [  ] No
Contact preference: ██████████
PCM:
..............
Annual Questions Date: 12Jun2017.
**Family history**
    Family medical history Mother A & W
    Father DM/ CAD- MI / stent at 40 / melanoma
    brother one half substance abuse
    Sister three (one depression ; one substance abuse)
    Denies a family hx of Crc. Breast CA.
**Review of systems**
**Systemic:** No fever and no chills.
**Cardiovascular:** No palpitations.
**Pulmonary:** No cough and no wheezing.
**Gastrointestinal:** Appetite not decreased.  No dysphagia, no pain on swallowing, and no heartburn.  No nausea, no vomiting, and
    no hematemesis.  Abdominal pain and diarrhea.  No constipation.
**Genitourinary:** No hematuria and no change in urinary frequency.  No dysuria and no testicular symptoms were present.  No
    abnormal urethral discharge.
**Endocrine:** No inadequacy of penile erection.
**Psychological:** Anxiety, depression, sleep disturbances, and decreased functioning ability.  Not thinking about suicide.  No
    homicidal thoughts.
**Skin:** No rash.
The patient HAS NOT traveled outside of the country in the past 90 days.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ▓▓▓ 1985  SSN: ***-**-▓▓▓    DoD ID: 1286180538          Created: 16 Aug 2017

Injuries: ° No evidence of a head injury.
Appearance: ° Head normocephalic.
**Lymph Nodes:**
° Inguinal lymph nodes were not enlarged.
**Lungs:**
° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
Murmurs: ° No murmurs were heard.
**Back:**
° No costovertebral angle tenderness.
**Abdomen:**
Visual Inspection: ° Abdomen was not distended.
Auscultation: ° Bowel sounds were not diminished or absent.
Palpation: ° Abdomen was soft.  ° No abdominal guarding.  ° Abdominal non-tender.  ° No mass was palpated in the abdomen.
Liver: ° Normal to palpation.
Spleen: ° Normal to palpation.
Hernia: ° No hernia was discovered.
**Neurological:**
• Not oriented to time, place, and person.
**Psychiatric:**
• Exam: anxious / sad effective but has insight into his mood and how the  physiological  symptoms are exacerbated by his
mood state--> severe pain  & explosive diarrhea. He is requesting a med board.
Mood: • Dysthymic.
Affect: • Abnormal.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 3 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[ ] 0=1 to 2 or does not drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[ ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[ ] Negative AUDIT-C
[ ] Positive AUDIT-C *        >>Provider Alerted<<
    [ ] Alcohol use exceeds maximum recommended limits (Conduct BRIEF counseling and consider referral to specialty care)
        Men > 14 drinks/week or >4 drinks/occasion
        Women > 7 drinks/week or >3 drinks/occasion
[ ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use
after counseling OR AUDIT-C >= 8)
.............. .
**Test conclusions**
Medication list was updated at the beginning of the visit.


**Note** Written by MINOR,TIFFANY @ 12 Jun 2017 0857 EDT
The HPI section was prepared by Tiffany Minor as Scribe, and reviewed by Colleen
Rodak, NP. 08:58 on 6/12/17
Colleen Rodak NP: The scribe's documentation in the HPI section has been prepared
and reviewed by me in its entirety. I confirm that the note above accurately reflects all
work, treatment, procedures, and medical decision making performed by me.
**Lab Result** Cited by RODAK,COLLEEN M @ 12 Jun 2017 0925 EDT

| CBC W/o Diff | Site/Specimen | 12 Apr 2017 1147 |
|---|---|---|
| WBC | BLOOD | 6.0 |
| RBC | BLOOD | 4.58 |
| Hemoglobin | BLOOD | 14.4 |
| Hematocrit | BLOOD | 42.3 |
| MCV | BLOOD | 92.4 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

| | | |
|---|---|---|
| MCH | BLOOD | 31.5 |
| MCHC | BLOOD | 34.1 |
| Platelets | BLOOD | 262 |
| RDW CV | BLOOD | 13.1 |
| MPV | BLOOD | 8.7 |

**Lab Result** Cited by RODAK,COLLEEN M @ 12 Jun 2017 0925 EDT

| **Basic Metabolic Panel** | **Site/Specimen** | **12 Apr 2017 1147** |
|---|---|---|
| Urea Nitrogen | SERUM | 16.0 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 99 |
| Creatinine | SERUM | 0.88 |
| Glucose | SERUM | **112 (H)** |
| Potassium | SERUM | 4.9 |
| Sodium | SERUM | 140 |
| Calcium | SERUM | 9.9 |
| Anion Gap | SERUM | 13 |
| GFR Calculated Non-Black | SERUM | 113.7 |
| GFR Calculated Black | SERUM | 131.4 <i> |

**Lab Result** Cited by RODAK,COLLEEN M @ 12 Jun 2017 0925 EDT

| **Lipid Panel** | **Site/Specimen** | **18 May 2017 0835** |
|---|---|---|
| Cholesterol | SERUM | 224 <i> |
| Triglyceride | SERUM | 262 <i> |
| HDL Cholesterol | SERUM | 49 <i> |
| Cholesterol/HDL Cholesterol | SERUM | 4.6 |
| LDL Cholesterol Direct | SERUM | 140 <i> |
| Cholesterol Non-HDL | SERUM | 175 <i> |

**Lab Result** Cited by RODAK,COLLEEN M @ 12 Jun 2017 0925 EDT

| **Hemoglobin A1c** | **Site/Specimen** | **18 May 2017 0835** |
|---|---|---|
| Hemoglobin A1c | BLOOD | 5.2 <i> |

**A/P** Last Updated by RODAK,COLLEEN M @ 13 Jun 2017 0949 EDT
**1. Mixed irritable bowel syndrome**: anxious / sad effective but has insight into his mood and how the  physiological  symptoms are exacerbated by his mood state--> severe pain  & explosive diarrhea. He is requesting a med board for his condition; he is currently in the process of entering an IOP of his depression / anxiety. He will FU in 2 weeks with a log of his symptoms and we will evaluate his symptoms / treatment / level of disability and the status of his mental health.

**Disposition** Last Updated by RODAK,COLLEEN M @ 13 Jun 2017 0950 EDT
**Released w/o Limitations**
**Follow up:** as needed in 2 week(s) with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 13 Jun 2017 0950

**Note** Written by DUVALL,MICHAEL R @ 13 Jun 2017 1129 EDT
**(Added after encounter was signed.)**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis       DOB: ___ 1985  SSN: ***-**-___       DoD ID: 1286180538       Created: 16 Aug 2017

## ABBREVIATED MEDICAL EVALUATION BOARD REPORT

### SECTION 1: CLINICAL INFORMATION (TO BE COMPLETED BY MEDICAL OFFICERS)

Date: 06-13-2017    Patient Name: Daniel Dennis Merwin       Patient SSN: ___

Proposed start date for limited duty:    06-14-2017       Proposed end date (≤ 6 months): 12-13-2017

This period of limited duty is for: (Select one)

[X] 1st LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary).

[ ] 2nd LIMDU (≤ 6 months) Enlisted ADSM (no referral to service headquarters necessary). Note that the first and second TLD periods cannot exceed 12 months cumulatively from the date of the first TLD period.

[ ] 1st LIMDU (≤ 6 months) Officer ADSM (referral to service headquarters necessary).

[ ] 2nd LIMDU (≤ 6 months) Officer ADSM (referral to service headquarters necessary).

[ ] 3rd or subsequent LIMDU periods on Navy and Marine ADSM involving a distinctly different condition than that responsible for the first and second TLD periods (for referral to service headquarters for "departmental review").

[ ] Placement on LIMDU - if the patient is not already in a LIMDU status - at the same time the patient's case is referred to the physical evaluation board for adjudication.

Diagnosis:  (1)  Generalized Anxiety Disorder       ICD-9 CM Code   300.02

        (2)  Major Depressive Disorder, Recurrent, Moderate   ICD-9 CM Code   296.32

        (3)  IBS-D       ICD-9 CM Code   K58.0

Circumstances of injury/illness:

The patient is a 32-year-old male who presents with anxiety, depression, and co-morbid medical conditions that negatively impact his ability to function at home, work, and in social settings. The GI-confirmed IBS-d is of such severity that it daily interferes with military ADLs.

Treatment plan:

PT referred to IOP (mental health. RIQ He h/o on multiple bowel medications and his IBS-d severity requires that he have close proximity to BR facilities at all times

Limitations from full duty (including whether transfer/TEMDU for treatment is indicated, and any PRT limitations):

Ensure access to all medical appointments. Ensure opportunity for 8 consecutive hours of sleep every 24 hour period. The patient should not have access to weapons. The patient should not pcs, deploy, or be placed in austere environments.

PAUL SHERIN, ___        [signatures]        Printed CA Name and Signature/Date
CAPT, MC USN R

### SECTION 2: PATIENT INFORMATION, TO BE COMPLETED BY PATIENT

I have received full information on the proposed Limited Duty period from my provider. I understand that this period of limited duty is not effective until approved by the MTF Convening Authority, and that the MTF will report this LIMDU action to my parent command. I understand I may be returned to duty prior to the date appearing above as my clinical condition warrants and upon action by my attending provider.

Patient Signature/Date

### SECTION 3: TO BE COMPLETED BY PATIENT ADMINISTRATION OFFICER/MEDICAL BOARDS OFFICER

The following actions have been completed:

[ ] Completion of Patient Information Sheet        [ ] Briefing to Patient on Limited Duty/MEBs
[ ] Notification to PSD/Personnel Office        [ ] Notification to MTF LIMDU Coordinator
[ ] LODD Requested from Parent Command (if LODD required)   [ ] Notification to Parent Command
[ ] Entry Into MedBOLTT

Patient Administration Officer/Medical Boards Official Printed Name, Signature, and Date

ROUTING: Original to Patient Health Record; copies to Patient, Parent Command, PSD,   NAVMED 6100/5 (Rev. 06-2004)
        MEBR Case File, and PERS-4821 or MMSR-4        PREVIOUS EDITIONS OBSOLETE

**CHANGE HISTORY**
*The following S/O Note Was Overwritten by RODAK,COLLEEN M @ 12 Jun 2017 0942 EDT:*
**S/O Note** Written by MINOR,TIFFANY JOHNETTA @ 12 Jun 2017 0905 EDT
**Chief complaint**
The Chief Complaint is: IBS, Mental Health, Abdomen-3/10  12Jun2017.
**History of present illness**
    The Patient is a 32 year old male.
This is my first visit with this 32 yo male ADSM with a HX of IBS-d/ pain, GAD/depression, EtOh abuse and genital warts,  He  presents today with concerns about his allergies and  possible asthma asthma.Patient reports he had surgery on his mouth on April 26,2017.Patient reports pain 6/10 today in his month due to root canal.Patients reports he has an appointment tomorrow for an follow for his mouth.Patient reports he has genital warts as well that he would like to address.

Patient is an 32 yo male ADSM that present with 3/10 stomach pain that been on going since he was young.Patient reports he is here to discuss mental health issues and concerns.
    Good general overall feeling /health.

 Pain Severity   3/ 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
**Allergies**
Allergies Verified and Updated  12Jun2017
NKDA

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

animal dander, Cats.
**Current medication**
Medication Reconciled 12Jun2017
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL    TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL    CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS

.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history IBS-D
        GAD / depression
        HX of EtOH abuse (previous inpatient treatment)
        HPV genital

        .
        Surgical / Procedural: Surgical / procedural history Jaw surgery
        Tonsillectomy
        PRK.
**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Alcohol use AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [  ] Other:
Preferred method of learning?    [ x ] Verbal  [ ] Written  [ ] Visual  [ ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [  ] Yes  [ x ] No (Specify):
(SILS) How often do you need to have someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?    [  ] Never  [  ]
        Rarely  [  ] Sometimes  [  ] Often  [  ] Always
Advance directives completed?    [  ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [  ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [  ] Yes  [ x ] No
Are you enrolled in EFMP?    [  ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [  ] No
Contact preference:█████████
PCM:█████████
...............
Annual Questions Date: 12Jun2017.
**Family history**
        Family medical history Mother A & W
        Father DM/ CAD- MI / stent at 40 / melanoma
        brother one half substance abuse
        Sister three (one depression ; one substance abuse)
        Denies a family hx of Crc. Breast CA.
**Review of systems**
The patient HAS NOT traveled outside of the country in the past 90 days.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 3 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[  ] 0=1 to 2 or does not drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[  ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[  ] Negative AUDIT-C
[  ] Positive AUDIT-C *    >>Provider Alerted<<
    [  ] Alcohol use exceeds maximum recommended limits (Conduct BRIEF counseling and consider referral to specialty care)
        Men > 14 drinks/week or >4 drinks/occasion
        Women > 7 drinks/week or >3 drinks/occasion
[  ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)
.............. .


***The following S/O Note Was Overwritten*** *by MINOR,TIFFANY @ 12 Jun 2017 0905 EDT:*
**S/O Note** Written by GRIFFIN,GERALDINE @ 12 Jun 2017 0841 EDT
**Chief complaint**
The Chief Complain is: IBS, Mental Health, Abdomen-3/10  12Jun2017.
**History of present illness**
        The Patient is a 32 year old male.
        He reported: Good general overall feeling /health.

 Pain Severity    3/ 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
**Allergies**
Allergies Verified and Updated  12Jun2017
NKDA
animal dander, Cats.
**Current medication**
Medication Reconciled 12Jun2017

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 288**
AR 2275

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
RIFAXIMIN, 550 MG, TABLET, ORAL    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
OMEGA-3/DHA/EPA/FISH OIL, 1000 MG, CAPSULE, ORAL    TAKE 2 BY MOUTH EVERY DAY
PROBIOTIC (VSL#3) DS--PO PACK    TAKE ONE PACKET BY MOUTH EVERY DAY
SIMETHICONE, 80 MG, TAB CHEW, ORAL    CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS

.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history IBS-D
        GAD / depression
        HX of EtOH abuse (previous inpatient treatment)
        HPV genital

        .
        Surgical / Procedural: Surgical / procedural history Jaw surgery
        Tonsillectomy
        PRK.
**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
Behavioral: No tobacco use history.
Alcohol: Alcohol use AUDIT-C Date:
History ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [  ] Other:
Preferred method of learning?    [  x ] Verbal  [  ] Written  [  ] Visual  [  ] Other (Specify):
Learning disability, language barrier, hearing/vision deficit?    [  ] Yes  [ x ] No (Specify):
(SILS) How often do you need someone help you when you read instructions, pamphlets, or other written material from your doctor or pharmacy?    [  ] Never  [  ]
        Rarely  [  ] Sometimes  [  ] Often  [  ] Always
Advance directives completed?    [  ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [  ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [  ] Yes  [ x ] No
Are you enrolled in EFMP?    [  ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [ x ] Yes  [  ] No
Contact preference: ███████
PCM:
...........
Annual Questions Date: 12Jun2017.
**Family history**
        Family medical history Mother A & W
        Father DM/ CAD- MI / stent at 40 / melanoma
        brother one half substance abuse
        Sister three (one depression ; one substance abuse)
        Denies a family hx of Crc. Breast CA.
**Review of systems**
The patient HAS NOT traveled outside of the country in the past 90 days.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 3 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[  ] 0=1 or 2 or does not drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[  ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[  ] Negative AUDIT-C
[  ] Positive AUDIT-C *    >>Provider Alerted<<
        [  ] Alcohol use exceeds maximum recommended limits (Conduct BRIEF counseling and consider referral to specialty care)
                Men > 14 drinks/week or >4 drinks/occasion
                Women > 7 drinks/week or >3 drinks/occasion
[  ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)
.............. .


_**The following S/O Note Was Overwritten** by MINOR,TIFFANY @ 12 Jun 2017 0857 EDT:_
**S/O Note** Written by GRIFFIN,GERALDINE @ 12 Jun 2017 0841 EDT
**Allergies**
Allergies Verified and Updated
NKDA
animal dander.
**Current medication**
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR

.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history IBS-D
        GAD / depression
        HX of EtOH abuse (previous inpatient treatment)

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 289**
AR 2276

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▓▓ 1985 | SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

HPV genital

Surgical / Procedural: Surgical / procedural history Jaw surgery
Tonsillectomy
PRK.

**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.

**Family history**
 Family medical history Mother A & W
 Father DM/ CAD- MI / stent at 40 / melanoma
 brother one half substance abuse
 Sister three (one depression ; one substance abuse)
 Denies a family hx of Crc. Breast CA

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *08 Jun 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:        BETH-28632267        Primary Dx:        Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**        Date: **08 Jun 2017 1136 EDT**        Appt Type: **T-CON***
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**        Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**        Call Back Phone: ■■■■■

**S/O Note** Written by PAUL,SHERIN @ 08 Jun 2017 1139 EDT
**Subjective**
Patient called provider due to feeling that his anxiety has become overwhelming and is significantly negatively impacting his ability to be a sailor. Therapist and patient discussed next steps including initiating LimDu and Intensive Outpatient Program. Patient to follow up on scheduled appointment next week.

**A/P** Last Updated by PAUL,SHERIN @ 08 Jun 2017 1139 EDT
**1. Generalized anxiety disorder**

**Disposition** Last Updated by PAUL,SHERIN @ 08 Jun 2017 1139 EDT
**Follow up:**  in the PSYCHIATRY BE clinic.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 08 Jun 2017 1139

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 291**
AR 2278

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *07 Jun 2017 at WRNMMC, Allergy Clinic Bethesda by PETERSEN, MAUREEN MICHELE*

Encounter ID:        BETH-28615590        Primary Dx:        Allergic rhinitis due to animal (cat) (dog) hair and dander

Patient: **MERWIN, DANIEL DENNIS**        Date: **07 Jun 2017 1015 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **ALLERGY CL BE**        Provider: **PETERSEN,MAUREEN**
**NATIONAL MILITARY MEDICAL CNTR**                    **MICHELE**
Patient Status: **Outpatient**

**Reason for Appointment:**
F/U skin testing
**Appointment Comments:**
yyc

**Vitals**
**Vitals** Written by PROVENCIO,ELISHA S. @ 07 Jun 2017 1006 EDT
 BP: 129/75,    HR: 75,    RR: 16,    HT: 69 in,    WT: 168 lbs,    BMI: 24.81,    BSA: 1.918 square meters,    Tobacco Use: No,
 Alcohol Use: No,    Pain Scale: 0 Pain Free
 **Comments:** no anti-histamines in last 7 days or more

**Note** Written by ACKERMAN,JOI D @ 07 Jun 2017 1058 EDT

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 292**
AR 2279

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 16 Aug 2017



WRNMMC Aeroallergen Skin Test Rep

MERWIN, DANIEL DENNIS
SEX: M  DOB: ██ 1985  AGE: 32
USN N11 PO1 NFP

Name:          Date:
SSN:           DOB:

| TREE POLLENS | Prick W | E |
|---|---|---|
| 1 Ash, White (1:20 W/V) | | |
| 2 Beech (1:20 W/V) | | |
| 3 Birch Mix (1:20 W/V) | | |
| 4 Box Elder (1:20 W/V) | | |
| 5 Cedar, MTN (1:20 W/V) | | |
| 6 Cottonwood, Common (1:20 W/V) | | |
| 7 Elm, Amer (1:20 W/V) | | |
| 8 Maple, Red (1:20 W/V) | | |
| 9 Mesquite (1:20 W/V) | | |
| 10 Mulberry, Red (1:20 W/V) | | |
| 11 Oak, Mix (Bl.R.W)(1:20 W/V) | | |
| 12 Pecan (1:20 W/V) | | |
| 13 Sycamore, East (1:20 W/V) | | |
| 14 Walnut, Black (1:20 W/V) | | |

| GRASS POLLENS | W | E |
|---|---|---|
| 15 Bahia (1:20 W/V) | | |
| 16 Bermuda (10,000BAU/ ml) | | |
| 17 Bluegrass, KY (10,000BAU/ ml) | | |
| 18 Johnson (1:20 W/V) | | |
| 19 Rye Perennial (10,000BAU/ ml) | | |
| 20 Timothy (10,000BAU/ ml) | | |

| WEED POLLENS | W | E |
|---|---|---|
| 21 Dock/Sorrel Mix (1:20 W/V) | | |
| 22 Kochia (1:20 W/V) | | |
| 23 Lamb's Quarters (1:20 W/V) | | |
| 24 Marshelder Mix (1:20 W/V) | | |
| 25 Pigweed-Careless Mix(1:20W/V) | | |
| 26 Plantain, English (1:20 W/V) | | |
| 27 Ragweed Mix (1:20 W/V) | | |
| 28 Ragweed West (1:20 W/V) | | |
| 29 Russian Thistle (1:20 W/V) | | |
| 30 Sage, Mugwort (1:20 W/V) | | |
| 31 Wingscale (1:20 W/V) | | |

| MOLD SPORES | Prick W | E |
|---|---|---|
| 32 Alternaria Tenuis (1:20 W/V) | | |
| 33 Aspergillus Fumigatus (1:20 W/V) | | |
| 34 Cladosporium Mix (1:20 W/V) | | |
| 35 Curvularia Specifera (1:20 W/V) | | |
| 36 Epicoccum Nigrum (1:40 W/V) | | |
| 37 Helminthosporium Iter (1:20 W/V) | | |
| 38 Mucor Racemosus (1:20 W/V) | | |
| 39 Penicillium Notatum (1:20 W/V) | | |

| PERENNIALS | W | E |
|---|---|---|
| 40 Cat Hair (10,000BAU/ ml) | | |
| 41 AP Dog (1:100W/V) | | |
| 42 Mite Mix (5,000 AU/ml | | |
| 43 Cockroach Mix (1:20 W/V) | | |

| OTHER | W | E |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CONTROLS

| | | |
|---|---|---|
| − 50% Glycerin | 2 | 4 |
| + Histamine 10mg/ml | 8 | 30 |

NP= Not Preformed
W = Wheal (mm)
E = Erythema (mm)
P = Pseudoped

**Skin Test Protocol and Standards**

Last use of antihistamine ( or other medication affecting response to histamine): _____ days
Location of skin test: Arm [✓]   Back [ ]
Device used for prick test: Greer Pick (GP-1)
All extracts are manufactured by Greer Laboratories, Lenoir North Carolina
Results are determined by measuring the largest diameter of induration (W) by
the largest diameter of erythema (E).

Testing Technician:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 293**
AR 2280

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

---

| Medical Record | WRNMMC Request for Administration of Anesthesia and for Performance of Operations and Other Procedures | |

**1. OPERATION or PROCEDURE (Describe)**  **A. IDENTIFICATION**

Allergen Skin Test

SIDE (MARK ONE)
☐ Right  ☐ Bilateral
☐ Left   ☐ Not Applicable

**B. STATEMENT OF REQUEST**

2. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be performed is (explain in layman's language):

The purpose of allergen skin test is to identify the substances causing allergic symptoms. It is performed by applying an extract of an allergen to your skin, scratching or pricking the skin to allow exposure, and then evaluating the skin's reaction. It may also be done by injecting the allergen under the skin, or by applying it to a patch that is worn on the skin for a specified period of time. Allergy may also be detected by a blood test. Risks are local discomfort, allergic reaction including hives, swelling, cough, wheezing, shortness of breath, nose symptoms, throat closure, blood pressure drop, and rarely shock.

which is to be performed by or under the direction of:

3. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below named medical facility, during the course of the above-named operation or procedure.

4. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

5. Exceptions to surgery or anesthesia, if any, are (if "none", so state):

6. I request the disposal by authorities of the below-named medical facility of any tissue or parts which it may be necessary to remove.

7. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and the observation of the operation by authorized personnel, subject to the following conditions:
   a. The name of the patient and his/her family is not used to identify said pictures.
   b. Said pictures be used only for purposes of medical/dental study or research.

8. I understand that as indicated a Health Care Industry Representative or other authorized personnel may be present.
   (Cross out any parts above which are not applicable)

**C. SIGNATURES** (Appropriate items in parts A & B must be completed before signing.)

9. COUNSELING Provider: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, I have also discussed potential problems related to recuperation, other methods of treatment, and significant alternative therapies.

| Provider's Signature: | [signature] | |
| Provider's Printed Name: | Maureen Petersen MD | |

10. PATIENT/Guardian: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

| Patient/Guardian's Signature: | [signature] | Date (MMDDYYYY) 05/17/2017 | Time (HHMM) 1021 |
| Witness' Signature: | Elena Figueroa | | |

**D. UNIVERSAL PROTOCOL / TIME OUT**

**"Time-Out"** - Performed immediately before starting the procedure. Entire team confirms the following:

1. CORRECT PATIENT (Full Name / Birth Date) .................. ☐ YES
2. CORRECT PROCEDURE .................. ☐ YES
3. CORRECT SITE** .................. ☐ YES
4. REQUIRED EQUIPMENT AVAILABLE .................. ☐ YES    N/A ☐
5. IMAGES / LABS AVAILABLE, PROPERLY LABELED .................. ☐ YES    N/A ☐

** The site must be marked and verified by procedures involving right/left distinction, multiple structures (e.g. digits), or multiple levels (as in spinal procedures) per WRNMMC policies.

Signature below indicates the procedure may be started. If any element is not completed as required, procedure may NOT be started.

| Timeout Verified by: | Printed Last Name: Ackerman | Signature [signature] | Date (MMDDYYYY) 06/07/2017 | Time (HHMM) 1030 |

PATIENT'S IDENTIFICATION (For typed or written entries, give: Name – Last, First Middle; ID no. (SSN or VA); Hospital or Medical Facility)

Register #    Ward #

20██
MERWIN, DANIEL DENNIS
SEX: M DOB ██ 1985 AGE: 32
USN N11 PO1 NRP
STAFF    PATIENT

REQUEST FOR ADMINISTRATION OF ANESTHESIA
AND FOR PERFORMANCE OF OPERATIONS AND
OTHER PROCEDURES

Medical Record
LOCAL FORM 522 (Rev. 2/2012)
Prescribed by GSA/ICMR FMR (41 CFR) 102-193.36)
DoD Exception to OF 522 approved by OSA

---

**Note** Written by PETERSEN,MAUREEN M @ 10 Jun 2017 1412 EDT

32 yo M who presents for skin testing.

Patient with significant PMH for anxiety and IBS was previously seen for evaluation of SOB on exposure to animals and grass. As a child pt states that he had breathing issues required treatment with inhalers until age 18-19. He even required a PICU stay at the age of 3 (no intubation) for these issues. Prior to joining the navy his symptoms had completely resolved but 5 years ago when he moved back to MD he noted symptoms of chest tightness and difficulty getting air in when around cats, dogs and doing PT in the grass. His symptoms are not exacerbated during exercise or URIs. He uses albuterol which improves his symptoms. He has not gone to the ER for these symptoms or taken oral steroids in the past year. Over the past month he has required use of albuterol 4-5 times but none at night. When around grass he also develops pruritus and sometimes small red bumps but no symptoms or rhinorrhea or congestion. He recently started taking zyrtec for these symptoms.

No history of food/medication/venom allergies, eczema, or history of anaphylaxis.
    Medication list reviewed with patient, reconciliation completed.
**Allergies**
Allergies Verified and Updated

---

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

NKDA.
**Current medication**
Including OTC meds, vitamins, herbals, etc.
Hyoscyamine 0.125 mg daily
Ibuprofen prn
Zyrtec 10 mg daily
Albuterol prn
Probiotic
Simethicone.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital
    .
    Surgical / Procedural: Surgical / procedural history
    Tonsils
    PRK
    Jaw surgery.
**Personal history**
Social history reviewed Denies etoh and tobacco abuse
Pets: none.
**Family history**
    Family medical history
    non-contributory.
**Review of systems**
**Systemic:** No generalized pain and not feeling tired (fatigue).  No fever, no chills, and no recent weight loss.
**Head:** No headache, no facial pain, and no sinus pain.
**Eyes:** No itching of the eyes and no eye pain.  No discharge from the eyes and no red eyes.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** Not feeling congested in the chest, no dyspnea, not expressed as feeling short of breath, and not during exertion.  No
    paroxysmal nocturnal dyspnea, no orthopnea, no cough, and no wheezing.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Skin:** No pruritus.  No skin lesions and no rash.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Neck:**
    Appearance: ° Of the neck was normal.
    Palpation: ° No tenderness of the neck.
    Thyroid: ° Showed no abnormalities.
**Eyes:**
    General/bilateral:
        Pupils: ° PERRL.  ° Size of the pupil was normal.  ° Pupil accommodation was not impaired.
        External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
        External Auditory Canal: ° External auditory meatus normal.
    Right Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
    Left Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ████ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 16 Aug 2017

Middle Ear: ° No fluid in middle ear.
**Nose:**
General/bilateral:
Discharge: ° No nasal discharge seen.
External Deformities: ° No external nose deformities.
Cavity: ° Nasal septum normal.  ° Nasal mucosa normal.  ° Nasal turbinate not erythematous.  ° Nasal turbinate not swollen.
Sinus Tenderness: ° No sinus tenderness.
**Oral Cavity:**
Lips: ° Showed no abnormalities.
Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
Oropharynx: ° Normal.  ° Tonsils showed no abnormalities.
**Lymph Nodes:**
° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes were not enlarged.
**Lungs:**
° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
Murmurs: ° No murmurs were heard.
**Neurological:**
° Oriented to time, place, and person.
Balance: ° Normal.
Gait And Stance: ° Normal.
**Psychiatric:**
Mood: ° Euthymic.
**Skin:**
° Showed no ecchymosis.  ° Temperature was normal.  ° No skin lesions.

**Allergic rhinitis**: 32 yo M with skin testing only positive to Cat.  No significant symptoms of rhinorrhea but he intermittently has developed a pruritic rash on exposure to grass (picture of back shown to me by patient today is c/w large urticaria on back).  Exam today WNL.

-Cont treatment with albuterol prn symptoms
-Discussed acute urticaria and rhinitis.  Plan for daily Zyrtec to prevent urticaria and prevent symptoms in the presence of cats. Discussed avoidance measures.
-Would avoid Singulair use in this patient due to behavioral health issues (Singulair has a black box warning regarding SI)
-All questions addressed, patient/parent express understanding of the above, and have no further concerns

**A/P** Written by PETERSEN,MAUREEN M @ 10 Jun 2017 1418 EDT
**1. Allergic rhinitis due to animal (cat) (dog) hair and dander**: See above.
Procedure(s):          -Allergy Percutaneous tests - allergenic extracts x 45 ADDITIONAL PROVIDER(S): ACKERMAN,JOI D -
Benefits and risks of skin testing discussed to include the risk of
discomfort, bleeding/bruising, and allergic reactions.  Patient agreed to
proceed and consent signed.  Positive and negative controls were placed
along with a full aeroallergen panel.  Test was read at 15 minutes and
results were recorded.

**Disposition** Written by PETERSEN,MAUREEN M @ 10 Jun 2017 1418 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM. - Comments: f/u prn; meds reconciled.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  PETERSEN, MAUREEN M** (Staff Attending, WRNMMC Allergy, Immunology, & Immunizations) @ 10 Jun 2017 1418

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *06 Jun 2017 at WRNMMC, Int Med CL C Medical Home BE by SMITH, MICKALYNN J*

Encounter ID:       BETH-28606622       Primary Dx:       Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: Outpatient

Date: **06 Jun 2017 1409 EDT**
Clinic: **INT MED CL C MEDICAL HOME BE**

Appt Type: **T-CON***
Provider: **SMITH,MICKALYNN J**

Call Back Phone: **close**

**Reason for Telephone Consult:** Written by DUVALL,MICHAEL R @ 06 Jun 2017 1409 EDT
PCM/DR. RODAK - RELAY HEALTH
**Telephone Consult Comments:** Written by DUVALL,MICHAEL R @ 06 Jun 2017 1409 EDT
From Daniel Merwin
To Ms. Colleen Rodak, NP
Provider Ms. Colleen Rodak NP
Patient Daniel Merwin
Sent Date Jun 06, 2017 10:23 AM
Subject Mental Health - Service
Message I think that being in the Navy is compounding my stress and anxiety levels so much that it is not helping me in my behavior health treatment and IBS. Additionally I have not been able to have in person relationship with my mom or two sisters ever. Also being makes away for so long makes it even more difficult. Being able to live near them and properly develop a relationship for the first time with my mom and sisters (I never lived with or saw my mom or even saw her much in life) would significantly improve my healing, learning and ability to cope. Unfortunately they live in South Carolina. I am not technically able to be "mobilized or deployed" with the IBS issues that I am having and my mental health is causing problems with my day to day living with the numerous extra responsibilities required of me as a Sailor on top of just showing up to do my technical job. I am unable to be productive and get past the fact I have no one locally and my family that I want to build a relationship with beyond a phone are distant and I have never had the opportunity to do so. For my mental health I feel that it is critical as well as I am unsure that I am mentally fit for service.

R,
Daniel Merwin


**Questionnaire AutoCites** Refreshed by GRIFFIN,GERALDINE @ 06 Jun 2017 1520 EDT
**Questionnaires**


**Note** Written by SMITH,MICKALYNN J @ 06 Jun 2017 1603 EDT
**RN note**
Spoke with pt who denies SI/ HI and having a plan.  Pt has hx of anxiety dx, and is being treated in BH.  Pt would like to bve seen to assess his continued treatment and ways to develop relationships and support systems while int he armed forces.  Pt scheudled with PCM. TCON closed.
**A/P** Written by SMITH,MICKALYNN J @ 07 Jun 2017 0837 EDT
**1. Encounter for other administrative examinations**
       Procedure(s):          -Non-Physician Phone Call To Patient/Provider Brief (5-10min) x 1
                              -Internet Med Svc Qual Nonphys Healthcare Prof Estab Patient x 1


**Disposition** Last Updated by SMITH,MICKALYNN J @ 07 Jun 2017 0837 EDT
**Referred for Appointment**

**Note** Written by GRIFFIN,GERALDINE @ 06 Jun 2017 1541 EDT
Patient scheduled an appointment with Provider pls. see below.


INT MED CL F MEDICAL/WRNMMC   RODAK,COLLE 12Jun2017@0845  FTR/30      PENDING
Arrive 15 min early


**Signed By  SMITH, MICKALYNN J** (Registered Nurse) @ 07 Jun 2017 0837

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 297**
AR 2284

## Medical Record

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

### *01 Jun 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:      BETH-28555023       Primary Dx:       Other specified counseling

| Patient: **MERWIN, DANIEL DENNIS** | Date: **01 Jun 2017 1159 EDT** | Appt Type: **T-CON\*** |
|---|---|---|
| Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR** | Clinic: **INT MED CL F MEDICAL HOME BE** | Provider: **RODAK,COLLEEN M** |
| Patient Status: **Outpatient** | | Call Back Phone: ██████ |

**Reason for Telephone Consult:** Written by KAMARA,KADIDJA B @ 01 Jun 2017 1159 EDT
Correspondance with Gastroenterology
**Telephone Consult Comments:** Written by KAMARA,KADIDJA B @ 01 Jun 2017 1159 EDT
From Daniel Merwin
To Ms. Colleen Rodak, NP
Provider Ms. Colleen Rodak NP
Patient Daniel Merwin
Sent Date Jun 01, 2017 7:53 AM
Subject Correspondance Betwen Gastroenterology
Message Just provided a copy of the correspondence I have sent to Gastroenterology relating to the last appointment.

=== Start Email ===
I was just wanting to update you on how the last appointment changes went.

Taking a fiber supplement has stopped some of the diarrhea symptom and at
least made my stool softened; as long as I take 2 x 0.52 grams "Psyllium
Husk Fiber" capsules. The problem with this is I still have pain; the pain
is now lasting a lot longer up to a few hours now at a time instead of 15-60
minutes. A few of the days this week the pain was all day. Additionally I
feel a lot more bloated. I have had work interrupted on several occasions
due to the pain or need to use the bathroom. I have actually almost felt
like lost control of holding it in twice and nearly went in my pants.

The Simethicone has not reduced my gas.
The Hyoscamine does not help the pain at all.

=== End Email ===

View/Print Never Updated   Merwin, Daniel -- DOB Feb 16, 1985

**Lab Result** Cited by RODAK,COLLEEN M @ 01 Jun 2017 1610 EDT

| Lipid Panel | Site/Specimen | 18 May 2017 0835 |
|---|---|---|
| Cholesterol | SERUM | 224 <i> |
| Triglyceride | SERUM | 262 <i> |
| HDL Cholesterol | SERUM | 49 <i> |
| Cholesterol/HDL Cholesterol | SERUM | 4.6 |
| LDL Cholesterol Direct | SERUM | 140 <i> |
| Cholesterol Non-HDL | SERUM | 175 <i> |

**A/P** Last updated by RODAK,COLLEEN M @ 01 Jun 2017 1614 EDT
**1. Other specified counseling**
**2. Irritable bowel syndrome with diarrhea**: Symptoms of diarrhea & pain ; chart reviewed & patient called-
PLAN:
1. HLD --> (confirmed fasting) will start omega 3 FA 2 po daily, referred to nutrition & repeat lipids in 3 months
2. For IBS symptoms --> Rifaximin 550 mg po Q 8 h x 14 days & FU with GI after completion
patient verbalized understanding
    Medication(s):        -OMEGA-3/DHA/EPA/FISH OIL--PO 1,000MG CAP - TAKE 2 BY MOUTH EVERY DAY R3 #180 RF3
                          -RIFAXIMIN--PO 550MG TAB - TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR 14 DAYS
                          R0 #42 RF0

**Disposition** Written by RODAK,COLLEEN M @ 01 Jun 2017 1614 EDT
**Follow up:** as needed with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Note** Written by KAMARA,KADIDJA B @ 01 Jun 2017 1221 EDT
Patient was last seen in the internal medicine on 05/17/2017. Patient is sending a correspondance he had with
Gastroenterology.Please review and advise. Thank you.

---

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 01 Jun 2017 1614

---

**CHANGE HISTORY**
***The following A/P Note Was Overwritten** by RODAK,COLLEEN M @ 01 Jun 2017 1614 EDT:*
The A/P section was last updated by RODAK,COLLEEN M @ 01 Jun 2017 1614 EDT - see above.Previous Version of A/P section was entered/updated by KAMARA,KADIDJA
B @ 01 Jun 2017 1202 EDT.
**1. Other specified counseling**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 299**
AR 2286

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*25 May 2017 at WRNMMC, Allergy Clinic Bethesda by BANKS, TAYLOR ALLEN*

Encounter ID:     BETH-28494443     Primary Dx:          Dyspnea, unspecified

Patient: **MERWIN, DANIEL DENNIS**         Date: **25 May 2017 0930 EDT**          Appt Type: **SPEC**
Treatment Facility: **WALTER REED**         Clinic: **ALLERGY CL BE**              Provider: **BANKS,TAYLOR ALLEN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
Encounter for other general examination
**Appointment Comments:**
MJ/IRMAC

**Vitals**
**Vitals** Written by ACKERMAN,JOI D @ 25 May 2017 1001 EDT
 BP: 124/83,   HR: 74,   RR: 16,   HT: 69 in,   WT: 165 lbs,   SpO$_2$: 96%,   BMI: 24.37,   BSA: 1.903 square meters,

 Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

**S/O Note** Written by HERNANDEZ,CAMELLIA L @ 25 May 2017 1036 EDT
**Chief complaint**
The Chief Complaint is: Concern for asthma.
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

32 yo M without significant PMH presents for evaluation of SOB on exposure to animals and grass.  As a child pt states that he had
breathing issues required treatment with inhalers until age 18-19.  He even required a PICU stay at the age of 3 (no intubation) for
these issues.  Prior to joining the navy his symptoms had completely resolved but 5 years ago when he moved back to MD he noted
symptoms of chest tightness and difficulty getting air in when around cats, dogs and doing PT in the grass.  His symptoms are not
exacerbated during exercise or URIs.  He uses albuterol which improves his symptoms.  He has not gone to the ER for these
symptoms or taken oral steroids in the past year.  Over the past month he has required use of albuterol 4-5 times but none at night.
When around grass he also develops pruritus and sometimes small red bumps but no symptoms or rhinorrhea or congestion.  He
recently started taking zyrtec for these symptoms.

No history of food/medication/venom allergies, eczema, or history of anaphylaxis.
    Medication list reviewed with patient, reconciliation completed.
**Allergies**
Allergies Verified and Updated
NKDA.
**Current medication**
Including OTC meds, vitamins, herbals, etc.
Hyoscyamine 0.125 mg daily
Ibuprofen prn
Zyrtec 10 mg daily
Albuterol prn
Probiotic
Simethicone.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital
    .
    Surgical / Procedural: Surgical / procedural history
    Tonsils
    PRK
    Jaw surgery.
**Personal history**
Social history reviewed Denies etoh and tobacco abuse
Pets: none.
**Family history**

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

Family medical history
non-contributory.

<u>Review of systems</u>

**Systemic:** No generalized pain and not feeling tired (fatigue).  No fever, no chills, and no recent weight loss.

**Head:** No headache, no facial pain, and no sinus pain.

**Eyes:** No itching of the eyes and no eye pain.  No discharge from the eyes and no red eyes.

**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.

**Cardiovascular:** No chest pain or discomfort and no palpitations.

**Pulmonary:** Not feeling congested in the chest, no dyspnea, not expressed as feeling short of breath, and not during exertion.  No paroxysmal nocturnal dyspnea, no orthopnea, no cough, and no wheezing.

**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.

**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.

**Musculoskeletal:** No back pain.

**Neurological:** No lightheadedness.

**Skin:** No pruritus.  No skin lesions and no rash.

<u>Physical findings</u>

**Vital Signs:**
• Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.

**General Appearance:**
° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.

**Head:**
Injuries: ° No evidence of a head injury.
Appearance: ° Head normocephalic.

**Neck:**
Appearance: ° Of the neck was normal.
Palpation: ° No tenderness of the neck.
Thyroid: ° Showed no abnormalities.

**Eyes:**
General/bilateral:
Pupils: ° PERRL.  ° Size of the pupil was normal.  ° Pupil accommodation was not impaired.
External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
Sclera: ° Normal.

**Ears:**
General/bilateral:
Outer Ear: ° Normal.
External Auditory Canal: ° External auditory meatus normal.
Right Ear:
External Auditory Canal: ° Normal.
Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
Middle Ear: ° No fluid in middle ear.
Left Ear:
External Auditory Canal: ° Normal.
Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
Middle Ear: ° No fluid in middle ear.

**Nose:**
General/bilateral:
Discharge: ° No nasal discharge seen.
External Deformities: ° No external nose deformities.
Cavity: ° Nasal septum normal.  ° Nasal mucosa normal.  ° Nasal turbinate not erythematous.  ° Nasal turbinate not swollen.
Sinus Tenderness: ° No sinus tenderness.

**Oral Cavity:**
Lips: ° Showed no abnormalities.
Buccal Mucosa: ° Examination showed no abnormalities.

**Pharynx:**
Oropharynx: ° Normal.  ° Tonsils showed no abnormalities.

**Lymph Nodes:**
° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes were not enlarged.

**Lungs:**
° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.

**Cardiovascular:**
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
Murmurs: ° No murmurs were heard.

**Neurological:**
° Oriented to time, place, and person.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Balance: ° Normal.
Gait And Stance: ° Normal.
**Psychiatric:**
Mood: ° Euthymic.
**Skin:**
° Showed no ecchymosis. ° Temperature was normal. ° No skin lesions.
**Test conclusions**
[ x ] Written care plan and[ ] clinical summary of today's visit was provided to patient.
**Practice Management**
Preventive medicine services.


**A/P** Last Updated by HERNANDEZ,CAMELLIA L @ 25 May 2017 1055 EDT
**1. Dyspnea, unspecified:** 32 yo M without significant PMH presents with symptoms of chest tightness and difficulty getting air in on exposure to cats, dogs and grass. No significant symptoms of rhinorrhea but he intermittently has developed a pruritic rash on exposure to grass. Exam today WNL. Spirometry performed today also WNL. History and symptoms could be consistent with allergic asthma, however, could also be due to VCD.

-Could not perform SPT today due to recent antihistamine use, however, Pt will follow up on June 7th at 10:15 for SPT to the aeroallergens. Pt will discontinue Zyrtec 5 days prior to next apt.
-Cont treatment with albuterol prn symptoms
-If SPT negative, would consider referral to pulmonology for consideration of MCCT vs laryngoscopy to evaluate for asthma and VCD
-All questions addressed, patient/parent express understanding of the above, and have no further concerns

Procedure(s):        -Spirometry Pre-bronchodilator x 1 ADDITIONAL PROVIDER(S): BANKS,TAYLOR ALLEN -
Interpretation: The patient has normal baseline spirometry.


**Disposition** Last updated by BANKS,TAYLOR ALLEN @ 25 May 2017 2031 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by HERNANDEZ,CAMELLIA L @ 25 May 2017 0953 EDT
**Consult Order**
**Referring Provider:**        RODAK, COLLEEN M
**Date of Request:** 17 May 2017
**Priority:**        Routine

**Provisional Diagnosis:**

Encounter for other general examination


**Reason for Request:**

This is a 32 yo male with a HX of developing pruritic rash when coming into contact with grass during PT in addition to severe reaction to animal dander --> wheezing /bronchospasm / cough please evaluate to determine antigens and if possible desensitization thank you
**Note** Written by BANKS,TAYLOR ALLEN @ 25 May 2017 2031 EDT
I saw and evaluated the patient. Discussed with resident/fellow and reviewed the history/PE and assessment and plan as documented in the note and agree.


**Signed By  BANKS, TAYLOR ALLEN** (WRNMMC Allergy-Immunology Staff Physician,  Physician/Workstation) @ 25 May 2017 2031

CHANGE HISTORY
*The following Disposition Note Was Overwritten by BANKS,TAYLOR ALLEN @ 25 May 2017 2031 EDT:*
The Disposition section was last updated by BANKS,TAYLOR ALLEN @ 25 May 2017 2031 EDT - see above.Previous Version of Disposition section was entered/updated by HERNANDEZ,CAMELLIA L @ 25 May 2017 1056 EDT.
Released w/o Limitations
Follow up: as needed with PCM.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
*The following Allergy was Deleted: OTHER  by HERNANDEZ,CAMELLIA L @ 25 May 2017 1038 EDT:*
*The following Allergy was Deleted: OTHER  by HERNANDEZ,CAMELLIA L @ 25 May 2017 1037 EDT:*
*The following Allergy was Deleted: OTHER  by HERNANDEZ,CAMELLIA L @ 25 May 2017 1037 EDT:*

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▆▆ 1985  SSN: ***-**-▆▆ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *23 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:     BETH-28460959     Primary Dx:     Other hyperlipidemia

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **23 May 2017 0843 EDT**
Clinic: **INT MED CL F MEDICAL HOME
BE**

Appt Type: **T-CON***
Provider: **RODAK,COLLEEN M**

Call Back Phone: ▆▆▆▆▆▆▆

**AutoCites** Refreshed by RODAK,COLLEEN M @ 23 May 2017 0844 EDT

**Allergies**
•OTHER: (Allergen: OTHER; Reaction(s):
  Unknown; Note: SEE MED RECORD)
•OTHER: (Reaction(s): Unknown; Note:
  SEE MED RECORD)
•OTHER: Unknown (SEE MED RECORD)

**Reason for Telephone Consult:** Written by RODAK,COLLEEN M @ 23 May 2017 0843 EDT
Lipid panel

**Questionnaire AutoCites** Refreshed by RODAK,COLLEEN M @ 23 May 2017 0844 EDT
**Questionnaires**

**Lab Result** Cited by RODAK,COLLEEN M @ 23 May 2017 0847 EDT

| Lipid Panel | Site/Specimen | 18 May 2017 0835 |
|---|---|---|
| Cholesterol | SERUM | 224 <i> |
| Triglyceride | SERUM | 262 <i> |
| HDL Cholesterol | SERUM | 49 <i> |
| Cholesterol/HDL Cholesterol | SERUM | 4.6 |
| LDL Cholesterol Direct | SERUM | 140 <i> |
| Cholesterol Non-HDL | SERUM | 175 <i> |

| Lipid Panel | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| Cholesterol | SERUM | 208 (H) <i> |
| Triglyceride | SERUM | 158 (H) <i> |
| HDL Cholesterol | SERUM | 64.0 (H) |
| LDL Cholesterol | SERUM | 112 <i> |
| VLDL Cholesterol | SERUM | 32 |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 |

| Lipid Panel | Site/Specimen | 19 Mar 2013 1107 |
|---|---|---|
| Cholesterol | SERUM | 209 (H) <i> |
| Triglyceride | SERUM | 265 (H) <i> |
| HDL Cholesterol | SERUM | 63.0 (H) |
| LDL Cholesterol | SERUM | 93 <i> |
| VLDL Cholesterol | SERUM | 53 (H) |
| Cholesterol/HDL Cholesterol | SERUM | 3.32 |

**A/P** Last Updated by RODAK,COLLEEN M @ 23 May 2017 0852 EDT
**1. Other hyperlipidemia**: Called patient and confirm that lab was fasting; reviewed lipid panel. DAL the potential  long term risk of HLD and I have requested he see nutrition for a consultation. Additionally I have placed him on FA and will repeat lipids in 3 months.(Aug. 2017)

  Medication(s):      -OMEGA-3/DHA/EPA/FISH OIL--PO 1,000MG CAP - TAKE ONE CAPSULE BY MOUTH THREE
                    TIMES A DAY R3 #270 RF3
  Laboratory(ies):    -LIPID PANEL (Routine) Start Date: 08/01/2017

**Disposition** Last Updated by RODAK,COLLEEN M @ 23 May 2017 0845 EDT

| Merwin, Daniel Dennis | DOB: ▆▆ 1985  SSN: ***-**-▆▆ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 303**
AR 2290

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

---

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 23 May 2017 0859

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *22 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:    BETH-28447547    Primary Dx:    Other specified counseling

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **22 May 2017 1022 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **T-CON***
Provider: **RODAK,COLLEEN M**

Call Back Phone: ▇

**Reason for Telephone Consult:** Written by RAYMOND,KEVIN D @ 22 May 2017 1022 EDT
message sent via relayhealth - rodak
**Telephone Consult Comments:** Written by RAYMOND,KEVIN D @ 22 May 2017 1022 EDT
Prescription
Message I have not picked up the probiotic as they did not have it in stock. I will make a follow up with dermatology.

Respectfully,
Daniel Anderson

**Questionnaire AutoCites** Refreshed by KAMARA,KADIDJA B @ 22 May 2017 1517 EDT
**Questionnaires**

**A/P** Last updated by RODAK,COLLEEN M @ 23 May 2017 0913 EDT
**1. Other specified counseling**: Noted

**Disposition** Last Updated by RODAK,COLLEEN M @ 23 May 2017 0913 EDT

**Note** Written by KAMARA,KADIDJA B @ 22 May 2017 1522 EDT
Pt wants to inform you that medication is not in stock for pick up but will follow yp with dermatologist. Please review and advise.
Thank you.

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 23 May 2017 0914

CHANGE HISTORY
***The following A/P Note Was Overwritten*** *by RODAK,COLLEEN M @ 23 May 2017 0913 EDT:*
The A/P section was last updated by RODAK,COLLEEN M @ 23 May 2017 0913 EDT - see above.Previous Version of A/P section was entered/updated by KAMARA,KADIDJA B @ 22 May 2017 1521 EDT.
**1. Other specified counseling**

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 305**
AR 2292

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *17 May 2017 at WRNMMC, Int Med CL F Medical Home BE by RODAK, COLLEEN M*

Encounter ID:     BETH-28408872     Primary Dx:      Encounter for other general examination

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **17 May 2017 1345 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **FTR**
Provider: **RODAK,COLLEEN M**

**Reason for Appointment:**
referral  allergy testing
**Appointment Comments:**
mjs

**Vitals**
**Vitals** Written by KAMARA,KADIDJA B @ 17 May 2017 1415 EDT
  BP: 116/78 Left Arm,  Adult Cuff,   HR: 85,   RR: 18,   T: 98.4 °F Oral,   HT: 69 in Stated,  With Shoes,
WT: 82.2 kg Upright Scale,  Actual,  With Shoes,   SpO2: 98%,   BMI: 26.76,   BSA: 1.981 square meters,
Tobacco Use: No,   Alcohol Use: Yes,   Alcohol Comments: 2 TO 3 PER WEEK,   Pain Scale: 6/10 Moderate,   Pain Scale
Comments: Tooth  and facial pain

**Questionnaire AutoCites** Refreshed by KAMARA,KADIDJA B @ 17 May 2017 1428 EDT
**Questionnaires**

Anxiety & Depression Screening Taken On: 17 May 2017
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Several days
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: More than half the days
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: More than half the days
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Several days
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Not at all

Falls Risk Screening (Outpatient) Taken On: 17 May 2017
  1. Patient's age: Less than 65 years old
  2. History of fall in the past year?: No
  **3. Physical appearance: No concerns;**
  **4. Balance: No concerns with balance;**
  5. Is the patient patient a falls risk?: No

**S/O Note** Written by RODAK,COLLEEN M @ 19 May 2017 1032 EDT
**Chief complaint**
The Chief Complaint is: Asthma, allergy and warts.
**History of present illness**
      The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

This is my first visit with this 32 yo male ADSM with a HX of IBS-d/ pain, GAD/depression, EtOh abuse and genital warts,  He presents today with concerns about his allergies and  possible asthma asthma.Patient reports he had surgery on his mouth on April 26,2017.Patient reports pain 6/10 today in his month due to root canal.Patients reports he has an appointment tomorrow for an follow for his mouth.Patient reports he has genital warts as well that he would like to address.

 Pain Severity   6 / 10.
Patient reports that they are compliant with medications.
**Allergies**
Allergies Verified and Updated
NKDA
animal dander.
**Current medication**
Metamucil one capsule daily
Peridex wash
Motrin 800 mg po twice daily prn
MVI one po daily
Verified CMR

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 306**
AR 2293

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history IBS-D
    GAD / depression
    HX of EtOH abuse (previous inpatient treatment)
    HPV genital


    .
    Surgical / Procedural: Surgical / procedural history Jaw surgery
    Tonsillectomy
    PRK.
**Personal history**
Social history reviewed Tobacco - 1/4 pack a week time UK
Alcohol - 3 drinks a week
single / no children / CTN at fort Mead.
**Family history**
    Family medical history Mother A & W
    Father DM/ CAD- MI / stent at 40 / melanoma
    brother one half substance abuse
    Sister three (one depression ; one substance abuse)
    Denies a family hx of Crc. Breast CA.
**Review of systems**
**Systemic:** No fever, no chills, no night sweats, and no recent weight loss.
**Head:** No headache.  Facial pain.
**Eyes:** No vision problems.
**Cardiovascular:** No chest pain or discomfort.  Palpitations.
**Pulmonary:** No cough and no wheezing.
**Gastrointestinal:** Heartburn.  No nausea and no vomiting.  Abdominal pain and diarrhea.  No constipation.
**Genitourinary:** No hematuria and no testicular symptoms were present.  No abnormal urethral discharge.
**Neurological:** No motor disturbances and no sensory disturbances.
**Psychological:** Anxiety, depression, and thinking about suicide passive
once a month in CBT / discusses these thoughts ; one previous suicide attempt took large amounts of ASA --> no treatment.  No
    homicidal thoughts.
**Skin:** No pruritus.  Skin lesion:  No rash.  Nails are normal.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Neck:**
    Appearance: ° Of the neck was normal.
    Palpation: ° No tenderness of the neck.
    Thyroid: ° Showed no abnormalities.
**Eyes:**
    General/bilateral:
        External: ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
        External Auditory Canal: ° External auditory meatus normal.
    Right Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
    Left Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
**Nose:**
    General/bilateral:
        Discharge: • Nasal discharge seen clear.
        Cavity: • Nasal turbinate erythematous.  • Nasal turbinate swollen.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ▓▓ 1985  SSN: ***-**-▓▓        DoD ID: 1286180538        Created: 16 Aug 2017

**Oral Cavity:**
Lips: ° Showed no abnormalities.
Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
Oropharynx: • Abnormal + braces speaking with reduced opening of mouth due to recent surgery / no erythema, (pain
   improving QD) no head / neck LAD / no clinical evidence of infectious process ; + PND.
**Lymph Nodes:**
° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes
   were not enlarged.
**Lungs:**
° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
   ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
Murmurs: ° No murmurs were heard.
**Abdomen:**
Visual Inspection: ° Abdomen was not distended.
Auscultation: ° Bowel sounds were not diminished or absent.
Palpation: ° Abdomen was soft.  ° No abdominal guarding.  ° Abdominal non-tender.  ° No mass was palpated in the abdomen.
Liver: ° Normal to palpation.
Spleen: ° Normal to palpation.
Hernia: ° No hernia was discovered.
**Test conclusions**
Medication list was updated at the beginning of the visit.

**Note** Written by MINOR,TIFFANY @ 17 May 2017 1414 EDT
The HPI section was prepared by Tiffany Minor as Scribe, and reviewed by Colleen
Rodak, NP. on May 17,2017 at 14:14
Colleen Rodak NP: The scribe's documentation in the HPI section has been prepared and
reviewed by me in its entirety. I confirm that the note above accurately reflects all work,
treatment, procedures, and medical decision making performed by me.

**Lab Result** Cited by RODAK,COLLEEN M @ 17 May 2017 1439 EDT

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 |
|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 |

**Lab Result** Cited by RODAK,COLLEEN M @ 17 May 2017 1439 EDT

| Hepatic Function Panel | Site/Specimen | 04 Jan 2017 1232 |
|---|---|---|
| Albumin | SERUM | 4.9 |
| Alkaline Phosphatase | SERUM | 58 |
| Alanine Aminotransferase | SERUM | 34 |
| Aspartate Aminotransferase | SERUM | 24 |
| Bilirubin | SERUM | 0.3 |
| Bilirubin Direct | SERUM | <0.2 |
| Protein | SERUM | 7.6 |

**Lab Result** Cited by RODAK,COLLEEN M @ 17 May 2017 1439 EDT

| CBC W/o Diff | Site/Specimen | 12 Apr 2017 1147 |
|---|---|---|
| WBC | BLOOD | 6.0 |
| RBC | BLOOD | 4.58 |
| Hemoglobin | BLOOD | 14.4 |
| Hematocrit | BLOOD | 42.3 |
| MCV | BLOOD | 92.4 |
| MCH | BLOOD | 31.5 |
| MCHC | BLOOD | 34.1 |
| Platelets | BLOOD | 262 |
| RDW CV | BLOOD | 13.1 |
| MPV | BLOOD | 8.7 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Lab Result** Cited by RODAK,COLLEEN M @ 17 May 2017 1439 EDT

| Basic Metabolic Panel | Site/Specimen | 12 Apr 2017 1147 |
|---|---|---|
| Urea Nitrogen | SERUM | 16.0 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 99 |
| Creatinine | SERUM | 0.88 |
| Glucose | SERUM | **112 (H)** |
| Potassium | SERUM | 4.9 |
| Sodium | SERUM | 140 |
| Calcium | SERUM | 9.9 |
| Anion Gap | SERUM | 13 |
| GFR Calculated Non-Black | SERUM | 113.7 |
| GFR Calculated Black | SERUM | 131.4 <i> |

**A/P** Written by RODAK,COLLEEN M @ 19 May 2017 1032 EDT
**1. Encounter for other general examination**: This is a 32 yo male with a HX of developing pruritic rash when coming into contact with grass during PT in addition to severe reaction to animal dander --> wheezing /bronchospasm / cough please evaluate to determine antigens and if possible desensitization thank you

    Medication(s):    -CETIRIZINE--PO 10MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY #30 RF0
        -ALBUTEROL--PO 90MCG/PUFF MDI - INHALE 2 PUFFS BY MOUTH EVERY FOUR HOURS AS NEEDED FOR COUGH, WHEEZE, OR SHORTNESS OF BREATH #1 RF0
    Laboratory(ies):    -HEMOGLOBIN A1C (Routine); LIPID PANEL (Routine)
    Consult(s):    -Referred To: ALLERGY NCR (Routine) Specialty: ALLERGY Clinic: RM ALLERGY IR Provisional Diagnosis: Encounter for other general examination

**2. Irritable bowel syndrome with diarrhea**: He has a long HX of IBS -D / pain and is followed closely by GI; he denies changes to his baseline.

    Medication(s):    -PROBIOTIC (VSL#3 DS)--PO PACK - TAKE ONE BY MOUTH EVERY DAY R1 #3 RF1
        -SIMETHICONE--PO 80MG TBCH - CHEW 1 TABLET FOUR TIMES A DAY AS NEEDED FOR GAS #100 RF2

**3. Anogenital (venereal) warts**: Previously treated with topicals and cryosurgery by dermatology; on PE --> 3 less than 05mm circular flat lesions consistent with warts on penis shaft; patient is very anxious about the recurrence and is requesting to be evaluated by dermatology will refer to dermatology.
Referred to dermatology--> 32 to with penile lesions Previously treated for genital warts with topicals and cryosurgery by dermatology; on PE --> 3 less than 05mm circular flat lesions consistent with warts on penis shaft; patient is very anxious about the recurrence and is requesting to be evaluated by dermatology please evaluate additional question is if this patient should undergo an anal PAP thank you

    Consult(s):    -Referred To: DERMATOLOGY NCR (Routine) Specialty: DERMATOLOGY Clinic: RM DERMATOLOGY IR Provisional Diagnosis: Anogenital (venereal) warts Order Date: 05/19/2017 10:31

**Disposition** Written by RODAK,COLLEEN M @ 19 May 2017 1042 EDT
**Released w/o Limitations**
**Follow up:** as needed in 6 month/s with PCM and/or in the INT MED CL F MEDICAL HOME BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Signed By  RODAK, COLLEEN M** (Civilian, Nurse Practitioner) @ 19 May 2017 1042

**CHANGE HISTORY**
*The following S/O Note Was Overwritten by RODAK,COLLEEN M @ 17 May 2017 1443 EDT:*
**S/O Note** Written by MINOR,TIFFANY JOHNETTA @ 17 May 2017 1406 EDT
**Chief complaint**
The Chief Complaint is: Asthma, allergy and warts.
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

Patient is an 32 yo male ADSM that's presents with concerns about his allergies and asthma.Patient reports he had surgery on his mouth on April 26,2017.Patient reports pain 6/10 today in his month due to root canal.Patients reports he has an appointment tomorrow for an follow for his mouth.Patient reports he has genital warts as well that he would like to address.

 Pain Severity  6 / 10.
**Past medical/surgical history**
**Reported:**
    Surgical / Procedural: Surgical / procedural history
    Jaw surgery April.
**Family history**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 309**
AR 2296

**Medical Record**

Merwin, Daniel Dennis         DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538         Created: 16 Aug 2017

Family medical history Dad diabetic sister diabetic

***The following S/O Note Was Overwritten** by KAMARA,KADIDJA B @ 17 May 2017 1422 EDT:*
**S/O Note** Written by MINOR,TIFFANY JOHNETTA @ 17 May 2017 1406 EDT
**Chief complaint**
The Chief Complaint is: Asthma, allergy and warts.
**History of present illness**
    The Patient is a 32 year old male.

<<Note accomplished in TSWF-CORE>>

Patient is an 32 yo male ADSM that's presents with concerns about his allergies and asthma.Patient reports he had surgery on his mouth on April 26,2017.Patient reports pain 6/10 today in his month due to root canal.Patients reports he has an appointment tomorrow for an follow for his mouth.Patient reports he has genital warts as well that he would like to address.

 Pain Severity  6 / 10.
**Past medical/surgical history**
**Reported:**
    Surgical / Procedural: Surgical / procedural history
    Jaw surgery April.
**Family history**
    Family medical history Dad diabetic sister diabetic

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*16 May 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-28427406    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **16 May 2017 1400 EDT**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Appointment Comments:**
djs

**Note** Written by PAUL,SHERIN @ 19 May 2017 0658 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:    Daniel Merwin
Patient last 4:    0538
Appt #:    Intake + 5
Therapy time:    60 minutes
E&M time:    60 minutes

## Identifying Data:        32-year-old, Single, Caucasian, Male

## Military Data:
Branch:    USN
Rank:    PO1
MOS:    CTN
TIS:    11-years
Deployments:    N/A
Deployment Related:        N/A
Trauma:    N/A
WTU:    N/A
MEB in progress:    N/A
AdmSep in progress:        N/A
Special Clearance:    Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 311**
AR 2298

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## <u>SUBJECTIVE/OBJECTIVE</u>

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Pscyhoeducation & Behavior Mod**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that since his last visit, he received feedback that he had been observed in inappropriate conversation at work which was reported by a coworker. Patient expressed surprise that this happened as he tries to be a positive leader and role model. He noted that he teaches the ethics and sexual harassment seminars. However, he acknowledged that he may have felt too comfortable with someone and said something inappropriate for the workplace. Patient expressed guilt and embarrassment about this. He stated that he needed to work on how to filter his conversations better. Therapist and patient discussed how he felt about making a mistake of this level that was reported to authority figures. Patient described difficult process in not feeling ashamed to go into work. He stated that he tries to remind himself that this incident was a mistake and not representative of who he is as a whole person. Therapist encouraged continuing to follow up with therapy more regularly.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time. He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire. He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good. No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

## <u>ASSESSMENT</u>

| Merwin, Daniel Dennis | DOB: ██████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 312**
AR 2299

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## Diagnosis:

Axis I:   Generalized Anxiety Disorder
            Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV: Financial stress, lack of social support
Axis V:  65

**Prognosis:** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
**Patient's capacity** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | No |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

History of Harm to Others: No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High

# TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 01 March 2017
*Reviewed with patient on:* 01 March 2017
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress:**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
         Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 314**
AR 2301

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*Military Specific Interventions:*
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.


Profile: **S1.**   Pt meets the retention standards of MANMED for fitness and suitability for continued service. Pt remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.


Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes


**A/P** Written by PAUL,SHERIN @ 19 May 2017 0700 EDT
**1. Generalized anxiety disorder**
        Procedure(s):          -Psychiatric Therapy Individual Approximately 60 Minutes x 1


**Disposition** Written by PAUL,SHERIN @ 19 May 2017 0700 EDT
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


Signed By  PAUL, SHERIN (Clinical Psychologist) @ 19 May 2017 0700

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 315**
AR 2302

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *16 May 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-28385488     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**     Date: **16 May 2017 0930 EDT**     Appt Type: **FTR**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 16 May 2017 0950 EDT

**Allergies**
•OTHER: (Allergen: OTHER; Reaction(s):
  Unknown; Note: SEE MED RECORD)
•OTHER: (Reaction(s): Unknown; Note:
  SEE MED RECORD)
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
**Vitals** Written by DAVIS,ANNETTE R @ 16 May 2017 0934 EDT
BP: 116/68, HR: 88, RR: 18, HT: 69 in, WT: 170 lbs, BMI: 25.1, BSA: 1.928 square meters, Tobacco Use: No, Alcohol Use: Yes,
Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: Social Drinker, Pain Scale: 5/10 Moderate, Pain Scale Comments: Acute Fluctuating Jaw pain
**Comments:** Denies fever and or chills in the past 72 hours.

**Appointment Comments:**
djs

**Vitals**
**Vitals** Written by DAVIS,ANNETTE R @ 16 May 2017 0934 EDT
BP: 116/68,    HR: 88,    RR: 18,    HT: 69 in,    WT: 170 lbs,    BMI: 25.1,    BSA: 1.928 square meters,    Tobacco Use: No,
Alcohol Use: Yes,
Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: Social Drinker,    Pain Scale: 5/10 Moderate,    Pain Scale Comments: Acute Fluctuating Jaw pain
**Comments:** Denies fever and or chills in the past 72 hours.

**Note** Written by TOBAR,EDEN @ 16 May 2017 2051 EDT
### Followup Note

Patient: Daniel Merwin        Gender:   M
DOB: ███ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #8
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy         Rank:                 MOS: CTN            TIS: 11 yrs
UIC:         Commander: NIOC Maryland  Unit Phone: 3016770217
Deployment Related? No      # Deployments: 1    Months Deployed: 36
WTU: No         MEB: No             AdmSep: No
Special Clearance: Yes                 Current PULHES: UNK

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▓▓▓ 1985 | SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**CC/Background:** The patient reports the following problems/difficulties: previous documented and undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes                    Work Colleague Problems: No
Anger Problems: Yes                             Spouse/Sig Other Problems: No
Legal Problems: No              Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                             Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Patient presents for follow-up. Since we last met two months ago he's had his dental surgery. He admits he stopped taking his Lexapro several weeks ago because he felt more flat on it. He does not want to take psychiatric medication. He would rather work on himself through therapy. He notes lately he's under increased stress at work because he has been told he's under investigation and he's not sure why. He was drinking 1 to 2 beers a night before his surgery. He tried drinking a beer after his surgery and didn't like how he felt so hasn't drank since. He is not taking a Lunesta as he does not like how he feels on it. He has an appointment with Dr. Paul later today. We discussed his symptoms may be best to respond to therapy alone.   Reviewed his psychologic testing results, which he went over with the testing psychologist.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7        Snores: No
Average sleep latency: 0-15min                    Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | | 1-3 months ago |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions        [ x ] Impulsivity
[x ] History of abuse                      [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                       [x  ] Active treatment engagement
[ ] Good coping/problem solving skills   [x ] Hopefulness present
[ ] Faith/religion commitment          [ ] Positive future orientation

**Allergies:**nkda

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Medications:** Lexapro 20 mg po daily, naltrexone 50 mg po daily , lunesta 1-2 mg po qhs prn insomnia

## Past Behavioral Health History:

Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

## Family Behavioral Health History:

Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

## Substance Use:

Caffeine Use: Yes                 Cups/Day Equivalent: 4
Tobacco/e-cigs: none                  PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

## Developmental/Social History:

Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

## Past Family/Medical History:

Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

## Learning / Needs Assessment:

Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in civilian clothing.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: fair
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | U/L | (10.0-71.0) |

| Hepatic Function Panel | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Albumin   SERUM | 4.9 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 58 | U/L | (40-129) |
| Alanine Aminotransferase | SERUM | 34 | U/L | (0-41) |
| Aspartate Aminotransferase | SERUM | 24 | U/L | (0-40) |
| Bilirubin  SERUM | 0.3 | mg/dL | (0.15-1.2) | |
| Bilirubin Direct | SERUM | <0.2 | mg/dL | (0.0-0.3) |
| Protein   SERUM | 7.6 | g/dL | (6.6-8.7) | |

| Basic Metabolic Panel | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) |
| Chloride  SERUM | 98 | mmol/L | (98-107) | |
| Creatinine SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose  SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) |
| Sodium   SERUM | 139 | mmol/L | (136-145) | |
| Calcium   SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) |

| CBC W/Diff | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|
| WBC    BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC    BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) |
| MCV    BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH    BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC   BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV  BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets  BLOOD | 272 | x10(3)/mcL | (162-427) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 16 Aug 2017

| Test | | Value | Units | Ref Rng |
|---|---|---|---|---|
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) |
| Basophils BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | |

Lyme Disease Ab Total Screen    Site/Specimen        11 Apr 2016 1043    Units      Ref Rng
Borrelia burgdorferi Ab        SERUM   Negative <i>            (See-Below)

Treponema pallidum Ab        Site/Specimen      11 Apr 2016 1043    Units      Ref Rng
Treponema pallidum Ab        SERUM   Negative <i>            (Negative)
Methylmalonic Acid  Site/Specimen    16 Feb 2016 1430    Units    Ref Rng
Methylmalonate       SERUM   170      nmol/L    0-378

HIV-1/O/2 Ab        Site/Specimen      16 Feb 2016 1430    Units      Ref Rng
HIV-1/O/2 Ab        SERUM   Negative <r>

Vitamin B12 (Cyanocobalamin)        Site/Specimen        16 Feb 2016 1430    Units      Ref Rng
Vitamin B12 (Cobalamins)        SERUM   293 <i>    pg/mL    (211-946)

Homocysteine        Site/Specimen      16 Feb 2016 1430    Units      Ref Rng
Homocysteine        SERUM   8.9 <i>    mcmol/L  (4.0-15.4)

Comprehensive Metabolic Panel        Site/Specimen        16 Feb 2016 1430    Units      Ref Rng

| | | Value | Units | Ref Rng |
|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) |
| Chloride | SERUM | 98 | mmol/L | (98-107) |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) |
| Glucose | SERUM | 89 | mg/dL | (74-106) |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) |
| Sodium | SERUM | 141 | mmol/L | (136-145) |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

ETG/ETS, UA (250 Cut-Off)        Site/Specimen        02 Feb 2016 1406    Units      Ref Rng
Ethyl Glucuronide        URINE   Negative <i>        ng/mL    Cutoff=250

Drug Abuse Screen  Site/Specimen        02 Feb 2016 1406    Units      Ref Rng
Amphetamines        URINE   NEGATIVE <i>        (Negative)
Barbiturates        URINE   NEGATIVE <i>        (Negative)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 16 Aug 2017

Benzodiazepines      URINE    NEGATIVE <i>                    (Negative)
Cocaine    URINE    NEGATIVE <i>              (Negative)
Opiates     URINE    NEGATIVE <i>              (Negative)
Phencyclidine, UA    URINE    NEGATIVE <i>                    (Negative)
Cannabinoids         URINE    NEGATIVE <i>                    (Negative)
Methadone            URINE    NEGATIVE <i>                    (Not-Detected)
Oxycodone            URINE    NEGATIVE <i>         ng/mL      (Negative)

**Assessment:**

<u>Safety Risk:</u> This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[ x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will engage in   psychotherapy
Intervention: pt declines pharmacotherapy and it is not absolutely indicated.  Have discussed sleep hygiene.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will minimize alcohol use
Intervention: have discussed adverse effects of alcohol on mood and sleepMeasure:self-report, lab results

<u>Therapy Type:</u>
Not Set
<u>Planned Frequency:</u> None

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ⬛ 1985  SSN: ***-**-⬛      DoD ID: 1286180538      Created: 16 Aug 2017

Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent     [ ] Good    [ ] Fair   [ ] Guarded    [ ] Poor
Follow-up: prn
Referrals:pt had therapy intake with Dr Paul on 18NOV
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile:  **SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)?  **Yes**
Can Service Member perform MOS duties?  **Yes**

**A/P** Written by TOBAR,EDEN @ 16 May 2017 2056 EDT
**1. Generalized anxiety disorder**

**Disposition** Written by TOBAR,EDEN @ 16 May 2017 2057 EDT
**Released w/o Limitations**
**Follow up:**  as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TOBAR,EDEN @ 16 May 2017 1000 EDT
**Additional A/P Information:**
Discontinued ESCITALOPRAM--PO 20MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY
**Note** Written by TOBAR,EDEN @ 16 May 2017 1000 EDT
**Additional A/P Information:**
Discontinued NALTREXONE--PO 50MG TAB - TAKE 1/2 TABLET BY MOUTH EVERY DAY X 1 WEEK, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF TOLERATED

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 16 May 2017 2058

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*19 Apr 2017 at WRNMMC, Int Med CL F Medical Home BE by SMITH, MICKALYNN J*

Encounter ID:    BETH-28097609    Primary Dx:    Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **19 Apr 2017 1152 EDT**
Clinic: **INT MED CL F MEDICAL HOME BE**

Appt Type: **T-CON***
Provider: **SMITH,MICKALYNN J**

Call Back Phone: ☐

**Reason for Telephone Consult:** Written by RAYMOND,KEVIN D @ 19 Apr 2017 1152 EDT
referral request sent via relayhealth - rodak
**Telephone Consult Comments:** Written by RAYMOND,KEVIN D @ 19 Apr 2017 1152 EDT
I have in the past been seen for breathing issues around cats. I have been getting burning sensations on my skin/eyes from grass and animals; sometimes dust will seem to cause breathing issues. I think I have allergies and or asthma related to allergies. Previously I have been seen and given an inhaler which worked for the breathing but I am not under and long term treatment or related to the skin/eyes. This effects me during Physical Training sessions and sometimes in the office (dust). I was not sure if it would be better to email about this over making an appointment just to get a referral.

**Questionnaire AutoCites** Refreshed by SMITH,MICKALYNN J @ 19 Apr 2017 1400 EDT
**Questionnaires**


**A/P** Written by SMITH,MICKALYNN J @ 21 Apr 2017 1539 EDT
**1. Encounter for other administrative examinations**
　　　Procedure(s):　　　-Non-Physician Phone Call To Pt/Provider Intermed (11-20 min) x 1

**Disposition** Last Updated by SMITH,MICKALYNN J @ 21 Apr 2017 1539 EDT
**Referred for Appointment**

**Note** Written by SMITH,MICKALYNN J @ 20 Apr 2017 0924 EDT
LEft general mesage for pt to call back to Team Fox River.
**Note** Written by SMITH,MICKALYNN J @ 21 Apr 2017 0832 EDT
Left general message for pt to call back to Team Fox RIver.
**Note** Written by SMITH,MICKALYNN J @ 21 Apr 2017 1536 EDT
Pt returned Team Fox River phone call, scheduled with NP RODAK,COLLE 17May2017@1345. Pt agreed with appt time. TCON Closed.

**Signed By  SMITH, MICKALYNN J** (Registered Nurse) @ 21 Apr 2017 1539

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *13 Apr 2017 at WRNMMC, GI Clinic Bethesda by WONG, ROY KWOCK*

Encounter ID:    BETH-28042661    Primary Dx:    Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**      Date: **13 Apr 2017 1500 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **GI CL BE**                  Provider: **WONG,ROY KWOCK HUNG**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**\*\*Limited System Patient Data at time of Encounter\*\***

**Reason for Appointment:**
follow up
**Appointment Comments:**
lma/irmac

**Vitals**
**Vitals** Written by KNIGHT,ASIA L @ 13 Apr 2017 1449 EDT
 BP: 129/90,   HR: 72,   HT: 98.1 °F,   HT: 69 in,   WT: 165.5 lbs,   SpO$_2$: 95%,   BMI: 24.44,   BSA: 1.906 square meters,
 Tobacco Use: No,   Alcohol Use: Yes,   Pain Scale: 0 Pain Free

**S/O Note** Written by HALL,NOAH MONTGOMERY @ 13 Apr 2017 1739 EDT
**History of present illness**
        The Patient is a 32 year old male.

32 y/o AD male returns to the GI clinic for f/u regarding IBS manifested by chronic intermittent abdominal pain. He reports a long history of GI symptoms, dating back to childhood, but symptoms have been more disruptive over the past few years. Notes generalized sharp, crampy abdominal pain about every 1-2 days, that peaks prior to defecation and is relieved after bowel movements. Typically has 1-2 soft or liquid stools per day, infrequently with urgency. Symptoms may be worse with intake of insoluble fibers. Also worse during physical activity and with increased anxiety/stress. He reports minimal improvement since starting a low-FODMAP diet and is not following this strictly currently. He denies any benefit from avoiding dairy, caffeine, and sugar-substitutes.

Of note, patient underwent CT A&P in 2012 for the same abdominal pain, which showed focal wall-thickening at the hepatic flexure with proximal stool retention. Colonoscopy (McNally) in 2012 showed mild congestion in the sigmoid, but biopsies were unremarkable. A subsequent MRE was completely normal.

He was also previously noted to have a +serum AB to H.pylori. He was treated with triple therapy, and a stool test confirmed eradication in 2016.
.
**Allergies**
Allergies Verified and Updated

NKDA
.
**Current medication**
Including OTC meds, vitamins, herbals, etc.

Lexapro (stopped recently)
.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history
        Anxiety/depression
        IBS-D
        .
        Surgical / Procedural: Surgical / procedural history
        Tonsillectomy
        PRK
        .
**Personal history**
Social history reviewed
 Tob:  (-)
 Etoh:  (1-2 glasses of wine/ day)
.

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 325**
AR 2312

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

**Family history**
Family medical history
No malignant neoplasm of the gastrointestinal tract.

**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Eyes:** No eye pain.  No red eyes.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** Appetite not decreased.  No dysphagia, no pain on swallowing, and no heartburn.  No nausea, no vomiting, and no hematemesis.  Abdominal pain.  No jaundice and no bright red blood per rectum.  Diarrhea.  No constipation.
**Musculoskeletal:** No back pain, no localized joint pain, and no localized joint swelling.
**Neurological:** No lightheadedness.
**Skin:** No skin lesions and no rash.

**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Neck:**
    Appearance: ° Of the neck was normal.
**Eyes:**
    General/bilateral:
        Pupils: ° PERRL.  ° Size of the pupil was normal.  ° Pupil accommodation was not impaired.
        External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
        External Auditory Canal: ° External auditory meatus normal.
**Nose:**
    General/bilateral:
        External Deformities: ° No external nose deformities.
        Cavity: ° Nasal septum normal.
**Oral Cavity:**
    Lips: ° Showed no abnormalities.
    Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
    Oropharynx: ° Normal.  ° Tonsils showed no abnormalities.
**Lymph Nodes:**
    ° Submandibular lymph nodes were not enlarged.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
        ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
    Murmurs: ° No murmurs were heard.
**Abdomen:**
    Visual Inspection: ° Abdomen was not distended.
    Auscultation: ° Bowel sounds were not diminished or absent.
    Palpation: ° Abdomen was soft.  ° No abdominal guarding.  ° Abdominal non-tender.  ° No mass was palpated in the abdomen.
    Liver: ° Normal to palpation.
    Spleen: ° Normal to palpation.
    Hernia: ° No hernia was discovered.
**Musculoskeletal System:**
    Functional Exam:
        General/bilateral: ° Mobility was not limited.
    Other:
        General/bilateral: ° No muscle tenderness.
**Neurological:**
    ° Oriented to time, place, and person.  ° Remote memory was not impaired.  ° Recent memory was not impaired.
    Balance: ° Normal.
    Gait And Stance: ° Normal.
**Psychiatric:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Mood: ° Euthymic.
Affect: ° Normal.
**Skin:**
   ° Showed no ecchymosis.  ° Temperature was normal.  ° No skin lesions.


**A/P** Last Updated by HALL,NOAH M. @ 13 Apr 2017 1746 EDT
**1. Irritable bowel syndrome with diarrhea**:
32 y/o male with IBS-D reports minimal benefit with dietary modification. Predominant symptom is abdominal pain and episodes are closely associated with anxiety.
  - Will start trial of Metamucil for stool bulking
  - If bloating/flatulence becomes an issue, consider transition to a non-fermentable fiber (citrucel OTC)
  - Will also provide Levsin SL for symptomatic relief
  - Recommended continued f/u with Behavioral Health provider, and could discuss a trial of a low-dose TCA at bedtime as a centrally-acting pain modulator
  - F/u in GI clinic in 3-4 months
  - Could consider a trial of Rifaximin in the future if no benefit

   Medication(s):     -PSYLLIUM/SUCROSE--PO 3.4GM/SCOOP POWD - TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #2 RF3 Ordered By: HALL,NOAH M. Ordering Provider: HALL, NOAH MONTGOMERY
                -HYOSCYAMINE IR--PO 0.125MG TBSL - DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #30 RF3 Ordered By: HALL,NOAH M. Ordering Provider: HALL, NOAH MONTGOMERY


**Disposition** Last Updated by HALL,NOAH M. @ 13 Apr 2017 1747 EDT
**Released w/o Limitations**
**Follow up:** as needed in 3 to 4 month(s) in the GI CL BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Signed By  WONG, ROY KWOCK** (Physician/Workstation, WRAMC) @ 14 Apr 2017 0925

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*05 Apr 2017 at WRNMMC, Medical Readiness Clinic Bethesda by RENTA, DANA K*

Encounter ID:     BETH-27946761     Primary Dx:     EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA)

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **05 Apr 2017 1100 EDT**
Clinic: **MEDICAL READINESS CL BE**

Appt Type: **WELL**
Provider: **RENTA,DANA KAY**

**AutoCites** Refreshed by RENTA,DANA K @ 05 Apr 2017 1159 EDT

**Allergies**
•OTHER: (Allergen: OTHER; Reaction(s): Unknown; Note: SEE MED RECORD)
•OTHER: (Reaction(s): Unknown; Note: SEE MED RECORD)
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
**Vitals** Written by VASQUEZ,BLANCA T @ 05 Apr 2017 1106 EDT
BP: 123/77 Right Arm, Adult Cuff, HR: 72 Regular, Radial Artery, RR: 20, T: 98.4 °F Oral, HT: 69 in Actual, With Shoes,
WT: 165 lbs Upright Scale, Actual, With Shoes, SpO$_2$: 96%, Uncorr OD: 20/40, Uncorr OS: 20/40,
Uncorr OU: 20/40, BMI: 24.37, BSA: 1.903 square meters, Tobacco Use: No, Alcohol Use: Yes,
Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: 4 Drink per week., Pain Scale: 0 Pain Free
**Comments:** SM:Presents to Medical Readiness for PHA. Arrives in civilian attire . States feeling good at this time but in several days he feeling down . Reports no H/O of Positive PPD. Refered to speak with Ms. Herbert ( Health Educator for Anxiety & Depression screening and Epworth sleepiness scale.)

**Reason for Appointment:**
pha/navy
**Appointment Comments:**
ash4105625345

**Screening** Written by VASQUEZ,BLANCA T @ 05 Apr 2017 1057 EDT
**Reason For Appointment:** pha/navy

Allergen information verified by VASQUEZ, BLANCA T @ 05 Apr 2017 1057 EDT

**Vitals**
**Vitals** Written by VASQUEZ,BLANCA T @ 05 Apr 2017 1106 EDT
BP: 123/77 Right Arm,  Adult Cuff,   HR: 72 Regular,  Radial Artery,   RR: 20,   T: 98.4 °F Oral,   HT: 69 in Actual,  With Shoes,
WT: 165 lbs Upright Scale,  Actual,  With Shoes,   SpO$_2$: 96%,   Uncorr OD: 20/40,   Uncorr OS: 20/40,
Uncorr OU: 20/40,  BMI: 24.37,   BSA: 1.903 square meters,   Tobacco Use: No,   Alcohol Use: Yes,
Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: 4 Drink per week., Pain Scale: 0 Pain Free
**Comments:** SM:Presents to Medical Readiness for PHA. Arrives in civilian attire . States feeling good at this time but in several days he feeling down . Reports no H/O of Positive PPD. Refered to speak with Ms. Herbert ( Health Educator for Anxiety & Depression screening and Epworth sleepiness scale.)

**Questionnaire AutoCites** Refreshed by RENTA,DANA K @ 05 Apr 2017 1159 EDT
**Questionnaires**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 328**
AR 2315

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 16 Aug 2017

EPWORTH Sleepiness Scale Version: 1 Completed On: 05 Apr 2017
Questionnaire Notes: EPWORTH : 19
  1. How likely are you to doze off or fall asleep while SITTING and READING?: 3
  2. How likely are you to doze off or fall asleep while WATCHING TV?: 1
  3. How likely are you to doze off or fall asleep while INACTIVE in a meeting, theater, or other similar place?: 2
  4. How likely are you to doze off or fall asleep as a PASSENGER in a car for an HOUR without a break?: 3
  5. How likely are you to doze off or fall asleep while LYING DOWN to rest in the afternoon when circumstances permit?: 3
  6. How likely are you to doze off or fall asleep while sitting and TALKING to someone?: 2
  7. How likely are you to doze off or fall asleep while SITTING QUIETLY after a lunch without alcohol?: 3
  8. How likely are you to doze off or fall asleep in a CAR, while stopped for a few minutes in the traffic?: 2

Tuberculosis Exposure Risk Assessment Version: 3 Completed On: 05 Apr 2017
  1. Since your last Tuberculosis Exposure Questionnaire were you exposed to anyone known to have or suspected of having active tuberculosis(i.e. with persistent cough, weight loss, night sweats, and/or fever)?: No
  2. Since your last Tuberculosis Exposure Questionnaire or Post Deployment Health Assessment (DD Form 2796), did you have direct & prolonged contact with any individuals of the following groups: refugees or displaced persons: patients hospitalized with tuberculosis, prisoners, or homeless shelter populations?: No
  3. Write the name of any country or countries where you have traveled or deployed to since your last Tuberculosis Exposure Questionnaire.: NONE
  4. During this travel, did you have prolonged direct contact with the local population? Prolonged direct contact is generally understood as having been within six feet of a person with a bad continuous cough for at least eight consecutive hours on a single day, or for a total of at least fifteen hours per week of a multi-week stay.: No
  5. Have you had a prior history of TB or prior treatment for Latent TB?: No
  6. PROVIDER: Have you recently had a chronic cough AND did you have any of the following at the same time? Fever, Coughed up Blood, Unexplained Weight Loss, Night Sweats: No
  7. PROVIDER: Since your last risk assessment, did you develop any of the following conditions: organ transplant; HIV Infection; Immunosuppression secondary to use of prednisone (equivalent of >15mg/day> 1 month) or other immunosuppressive medication such as Humira, Enbrel or Remicade?: No
  8. PROVIDER: Since your last TB risk assessment did you develop any of the following conditions: diabetes, silicosis, cancer of head or neck, Hodgkin's disease, leukemia,  end stage renal disease, intestinal bypass or gastrectomy, chronic malabsorption syndrome, low body weight (10% or more below ideal weight) or injection drug use?: No

Anxiety & Depression Screening Taken On: 05 Apr 2017
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: More than half the days
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Several days
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Several days
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Several days
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Not at all

**S/O Note** Written by RENTA,DANA KAY @ 07 Apr 2017 1930 EDT
**Chief complaint**
The Chief Complaint is: Face to Face PHA.  Active Duty Navy.
**Reason for Visit**
   Visit for: Face to Face PHA.
**History of present illness**
   The Patient is a 32 year old male.
   He reported: Military service [ ] Y  [ X ] N  Deployed since previous PHA
   [ ] Y  [ X ] N  Post-Deployment Health Assessment completed
   [ ] Y  [ X ] N  Post-Deployment Health Reassessment completed
   [ ] Y  [ X ] N  Post-Deployment labs/tests completed
   [ ] Y  [  X] N  Deployment/Shipboard limiting conditions identified

**Allergies**
   No allergies NKDA.
**Past medical/surgical history**
**Reported:**
   Past medical history Myopia (resolved initially with PRK however degraded now); Irritable Bowel Syndrome (predominance: diarrhea)- chronic; Alcohol Abuse (s/p self-referred treatment) stable;  Anxiety/Depression (dx GAD since childhood)- stable (continues BH treatment); Left ankle sprain (resolved), anogenital warts (Feb16) s/p podafiil;  Allergic rhinitis, folliculitis, exercise induced asthma, fx right 5th MC casted (2008); Lifetime hx of concussions:  no incidents.
   Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs? [ ] Yes  [ ] No.
   Surgical / Procedural: Surgical / procedural history Wisdom Teeth Extraction (4); PRK (2011); Dental surgery pending - jaw alignment with orthodontic braces replaced (27Apr17); tonsillectomy (2003); s/p skin biopsies benign (x2);
   Medications: Medication history: Lexapro, Naltrexone (prn alcohol); +multivitamins; no protein supplements;
   Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [ X ]Yes [ ]No
   2) Is there a complaint of tinnitus that has not been addressed? [ ]Yes  [ X ]No

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

3) Is there a complaint of changes in hearing since the last hearing test? [  ]Yes [ X ]No
4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500, 1000 and 2000 Hz that average 30 dB or greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [  ]Yes [  ]No
5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12 months? [  ]Yes [  ]No.

**Personal history**
Behavioral: Caffeine use.  No tobacco use none. (remote one year in Hookah sometimes in Japan -- none since 2007);
Alcohol: Alcohol two to three drinks a couple of times per week.  not binging.  very different now and knows the difference and behaving differently. doesn't like getting drunk or feeling poorly the following day.

**Family history**
    Family medical history paternal addiction-- sister drug; dad-alcohol problem; maternal aunt- alcohol;
    Father is alive not in contact
    Mother is alive No DM, No CAD. healthy
    Cancer Dad- melanoma;
    Heart disease dad/PGF- CAD; dad- stent 2v  (alcohol); Dad/PGM/PGF/sister- DM,
    Dad- AMI (s/p heart surgery); no CVA.

**Review of systems**
**Head:** No head symptoms.
**Neck:** No neck symptoms.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Breasts:** No breast symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No hematologic symptoms.
**Musculoskeletal:** No musculoskeletal symptoms Exercises Aerobic three hours minimum weekly.  Enjoys running however his IBS causes problems during exercise.  PRT passes easily. Doing about one hour weekly strengthening exercises weekly.  Meets recommendations of 150 minutes aerobic exercise and 30-60 minutes strengthening exercises weekly.
.
**Neurological:** No neurological symptoms.
**Psychological:** Psychological symptoms refer to BH screening questionnaire above.  No suicidal/homicidal ideation; sleeps 6-7 hours nightly; unrested; tired often; has good routine; discussed sleep hygiene. problems staying asleep and can go back easily asleep; already did a the process for the sleep study; doesn't want to see someone.  Wants to sleep all the time.  Not narcoleptic.
.
**Skin:** No skin symptoms.
**Allergic and Immunologic:** No allergic/immunologic symptoms.

**Physical findings**
**Vital Signs:**
    ° Current vital signs reviewed.
**General Appearance:**
    ° Well-appearing.
**Head:**
    Appearance: ° Head normocephalic.
**Neurological:**
    ° Level of consciousness was normal.  ° Cognitive functioning was normal.
    Speech: ° Normal.
    Balance: ° Normal.
    Gait And Stance: ° Normal.
**Psychiatric:**
    Appearance: ° Normal.
    Mood: ° Pleasant.
    Affect: ° Normal.
    Thought Processes: ° Not impaired.
**Skin:**
    • Skin: very fair skin with many freckles of same tone, nothing.
**Objective**


Health Record            [X] Reviewed    [ ] Not available   [ ] Remarkable for:
Dental Classification    [X] Reviewed    [ ] Not available   [ ] See Plan:
Immunization record      [X] Reviewed    [ ] Not available   [ ] See Plan:
**Assessment**
    • Military service status
    IMR Category:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

Fully Medically Ready ( )
Partially Medically Ready ( )
Not Medically Ready (xxx  )
Medical Readiness Indeterminant ( )
Comments:  undergoing evaluation by GI for IBS predominantly diarrhea

**Therapy**
• The likelihood of a heart attack was not recorded CVSP: FRAMINGHAM RISK SCORE:presumed to be less than 1%.

**Lab Result** Cited by RENTA,DANA K @ 05 Apr 2017 1126 EDT

| **HIV-1/O/2 Ab** | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

**Lab Result** Cited by VASQUEZ,BLANCA T @ 05 Apr 2017 1101 EDT

| **Varicella Zoster Virus DFA** | Site/Specimen | 29 Sep 2015 1730 |
|---|---|---|
| Varicella Zoster Virus Ag | SKIN | NO VZ ANTIGEN DETECTED <i> |

**Lab Result** Cited by VASQUEZ,BLANCA T @ 05 Apr 2017 1100 EDT

| **Lipid Panel** | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| Cholesterol | SERUM | 208 (H) <i> |
| Triglyceride | SERUM | 158 (H) <i> |
| HDL Cholesterol | SERUM | 64.0 (H) |
| LDL Cholesterol | SERUM | 112 <i> |
| VLDL Cholesterol | SERUM | 32 |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 |

**Lab Result** Cited by VASQUEZ,BLANCA T @ 05 Apr 2017 1100 EDT

| **Basic Metabolic Panel** | Site/Specimen | 22 Jun 2016 1240 |
|---|---|---|
| Urea Nitrogen | SERUM | 14.8 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 98 |
| Creatinine | SERUM | 1.00 |
| Glucose | SERUM | 89 |
| Potassium | SERUM | 4.5 |
| Sodium | SERUM | 139 |
| Calcium | SERUM | 10.1 |
| Anion Gap | SERUM | 13 |
| GFR Calculated Non-Black | SERUM | 99.8 |
| GFR Calculated Black | SERUM | 115.4 <i> |

**A/P** Last updated by RENTA,DANA K @ 07 Apr 2017 1942 EDT
**1. EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA)** DOD0225: SM is
NOT MEDICALLY READY as is undergoing evaluation for IBS (diarrhea predominance).  however is capable, of conducting PRT
with understanding he may leave to go to restroom. has furhter GI assessment pending.

Face to Face PHA today.  Updated in MRRS today.
All significant PMH and ROS noted above.  Medications reviewed.  SM to f/u with PCM for active concerns.

No suicidal or homicidal ideation noted.

TB Exposure Risk Assessment questionnaire completed.

SM currently meets/exceeds weekly aerobic Exercises at least 150 minutes and 30-60 minutes strengthening exercises

Patient has is current with:

Influenza vax completed.
Audiology assessment
Sleep --continue as recommended for 6-8 hours daily.
HIV current (22Feb16)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

Lifetime concussions: no  incident

    Procedure(s):       -(G8420) BMI IS DOC W/IN NORMAL PARAMETERS &NO FOLLOW-UP PLAN IS REQD x 1
ADDITIONAL PROVIDER(S): VASQUEZ,BLANCA T
-(99173) Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S):
VASQUEZ,BLANCA T
-(94760) Pulse Oximetry x 1 ADDITIONAL PROVIDER(S): VASQUEZ,BLANCA T
-(G0444) ANNUAL DEPRESSION SCREENING, 15 MINUTES x 1 ADDITIONAL PROVIDER(S):
VASQUEZ,BLANCA T

**2. Other specified counseling** Z71.89: SM does not use tobacco products.

Discussed use of condoms to protect self and partner from potential STIs. Educated SM on PreP Program at Infectious Disease for HIV prophylaxis.

Continue to balance professional goals with personal goals.


**Disposition** Written by RENTA,DANA K @ 07 Apr 2017 1942 EDT
**Released w/o Limitations**
**Follow up:**  with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by VASQUEZ,BLANCA T @ 05 Apr 2017 1118 EDT

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 332**
AR 2319

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
| --- | --- | --- | --- |

Health Risk Assessment                                                                Page 1 of 4

NMCPHC HRA Website    HRA Tool Home    HRA Helpdesk Email (757-953-0737)

### NMCPHC Workplace HRA - Participant Report
#### UIC/Command: 00168 - NATNAVMEDCEN BETHESDA

You rated your health as Good. Personal perception about how healthy you are is usually quite accurate. Your Personal Health Risk Appraisal Report identified 1 risk categories from the answers you provided on key topics that relate to overall health, which places you in a LOW risk group. Numbers of risk factors have been shown to predict future health care use and health care costs. It is important for individuals to move toward the "low risk" category by reducing the number of behavioral risks, and for those already at low risk, to avoid increasing the number of risk factors over time.

✅ **Tobacco Use - Current Tobacco Usage - No**

http://www.ucanquit2.org
http://betobaccofree.hhs.gov/
Being tobacco free is a great choice! You are healthier, more fit, mission ready and are saving money.

✅ **Alcohol Use - Binge Drinking - Once or twice per year**

http://www.rethinkingdrinking.niaaa.nih.gov/
Many Sailors and Marines occasionally drink more heavily than usual during celebrations or special events. Plan ahead to avoid alcohol related incidents. DUIs will put your career in danger.

✅ **Alcohol Use - Alcohol Use Driving - Never (i.e., not during the past year)**

http://www.rethinkingdrinking.niaaa.nih.gov/
You are being a responsible Sailor or Marine by never driving drunk or riding with someone who has been drinking. You can also help fellow Sailors and Marines avoid alcohol related incidents by looking out for those who try to drink and drive- and help them get home safely.

✅ **Injury Prevention - Seatbelts - Always**

http://www.nhtsa.gov/Driving+Safety/
By always using your seat belt, you decrease your risk of serious injury or death after an accident by about 50%.

✅ **Injury Prevention - Vehicle Helmet - Always**

https://www.nhtsa.gov/road-safety/motorcycles
Your use of a protective helmet provides significant protection against head injury or death. Wearing other protective gear, maintaining control of your vehicle, and driving defensively can also reduce your risk.

✅ **Injury Prevention - Safety Equipment - Always**

http://www.cdc.gov/niosh/topics/safety.html

https://nmcpeh-hpwebsvr.med.navy.mil/HRA/Pages/Results.aspx                         4/5/2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Health Risk Assessment                                                    Page 2 of 4

You are protecting yourself against injuries and disease at your worksite by using appropriate safety equipment.

✓ **Stress Management - Life Satisfaction** - Mostly satisfied

http://www.nlm.nih.gov/medlineplus/stress.html
https://afterdeployment.dcoe.mil/

You are mostly satisfied with your life. Life satisfaction is a common goal that we as human beings strive to achieve. Work, relationship and social activities can all contribute to life satisfaction.

✓ **Stress Management - Overall Stress** - Sometimes

http://www.med.navy.mil/sites/nmcsd/nccosc/serviceMembersV2/stressManagement/theStressContinuum/Pages/default.aspx
https://afterdeployment.dcoe.mil/

Occasional stress in your work or at home is common. Problem-solving or discussing possible solutions with someone else may help reduce or eliminate some of your stress.

✓ **Stress Management - Personal Support** - Most of the time

http://www.med.navy.mil/sites/nmcsd/nccosc/serviceMembersV2/stressManagement/theStressContinuum/Pages/default.aspx
https://afterdeployment.dcoe.mil/

Expressing your feelings can help you see that you are not alone in how you feel. Talking with others can also provide you with strategie to successfully manage your concerns.

✓ **Sexual Health - Condom Use** - Always

http://nationalcoalitionforsexualhealth.org/tools/communicating-to-the-public/document/SexualHealthGuide_national.pdf

Choosing to use a latex condom consistently and correctly each time you have sex will significantly reduce your risk of acquiring a sexually transmitted infection.

✓ **Physical Activity - Aerobic Exercise** - 3 weeks per month

http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html

The national goal for Americans is to get at least 2 hours and 30 minutes (150 minutes) of moderate-intensity aerobic activity every we Cardiovascular (aerobic) exercise has many benefits, including giving you more energy and higher endurance; preventing many chroni diseases, like diabetes, high blood pressure, and high cholesterol; and maintaining a healthy body weight. Continue to include this typ exercise into your lifestyle.

✓ **Physical Activity - Muscular Exercise** - 2 or more days per week

http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html

You routinely engage in strength training, which improves your strength, maintains lean body mass, builds strong bones, and decrease many of the risk factors associated with coronary heart disease.

❗ **Nutrition - High Fat** - 3-5 times per week

http://www.cdc.gov/nutrition/everyone/basics/fat/index.html

https://nmcpeh-hpwebsvr.med.navy.mil/HRA/Pages/Results.aspx                    4/5/2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Health Risk Assessment                                      Page 3 of 4

Some dietary fat is needed for good health, but high levels of fat in your diet may lead to excessive weight gain and may increase you risk of a certain cancers. Eating foods high in saturated and trans-fats also increases your risk of heart disease. Select foods low in saturated fats, trans fats, and cholesterol; eat plenty of grains, vegetables and fruits; and choose low fat milk products and lean meats.

 **Nutrition - Fruits** - One

http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html

The national goal for Americans is to consume at least two servings of fruits per day. Fruits and vegetables contain essential vitamins, minerals, and fiber that may help protect you from chronic diseases and can make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individual's age, gender, and level of physical activity.

 **Supplements - Supplement Use** - Seldom

http://humanperformanceresourcecenter.org/dietary-supplements

Some dietary supplements can provide additional health and nutrition benefits, but many supplements may be unnecessary or even harmful in adverse side effects in some individuals, especially if used in large amounts. Before using any dietary supplement, ask: "What are the potential benefits?" and "What are the risks?" The Dietary Supplements Classification Table on the link above was developed to assist in making informed decisions about supplements, ranking them on a scale of low, moderate, or high potential benefit and safety risk.

 **Dental - Flossing** - Daily

http://www.ada.org/public.aspx

You are to be commended for flossing your teeth daily. Flossing removes plaque and food particles from between the teeth and under the gum line, which prevents gum disease, tooth loss, decay, and bad breath.

 **Nutrition - Vegetables** - One

http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html

The national goal for Americans is three servings of vegetables per day, with at least one being a dark green or orange vegetable. Fruit and vegetables contain essential vitamins, minerals, and fiber that may help protect you from chronic diseases and can make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individual's age, gender, and level of physical activity.

 **Sleep - Sleep Deprivation** - Most of the time

http://www.med.navy.mil/sites/nmcphc/health_promotion/psychological_emotional_wellbeing/Pages/sleep.aspx

People who get enough restful sleep are able to concentrate on their activities, have more energy, and generally feel better.

✅ **Sexual Health - Pregnancy** - My partner or I are correctly and consistently using birth control ALL the time

https://bedsider.org/

There is a wide range of new, safe and effective contraception options available. Some are permanent and others work for years and are easily and quickly reversible when you're ready to have a baby. Some methods require no devices or medication at all. But not all forms of contraception are equally reliable. It makes sense to be informed about contraception so you and your partner can select the most reliable option that works for you.

Print                          Finish

https://nmcpeh-hpwebsvr.med.navy.mil/HRA/Pages/Results.aspx                    4/5/2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

Health Risk Assessment                                                    Page 4 of 4

© 2017 - Spidata Center Information Technologies

https://nmcpeh-hpwebsvr.med.navy.mil/HRA/Pages/Results.aspx                    4/5/2017

---

**Signed By  RENTA, DANA K** (COL, MC, WRNMMC) @ 07 Apr 2017 1942

---

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by RENTA,DANA K @ 05 Apr 2017 1308 EDT:*
The A/P section was last updated by RENTA,DANA K @ 05 Apr 2017 1308 EDT - see above.Previous Version of A/P section was entered/updated by VASQUEZ,BLANCA T @ 05 Apr 2017 1058 EDT.
**1. EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA)** DOD0225
    Procedure(s):            -(99173) Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S): VASQUEZ,BLANCA T
                           -(94760) Pulse Oximetry x 1 ADDITIONAL PROVIDER(S): VASQUEZ,BLANCA T
                           -(G0444) ANNUAL DEPRESSION SCREENING, 15 MINUTES x 1 ADDITIONAL PROVIDER(S): VASQUEZ,BLANCA T
*The following S/O Note Was Overwritten by RENTA,DANA K @ 05 Apr 2017 1127 EDT:*
**S/O Note** Written by VASQUEZ,BLANCA T @ 05 Apr 2017 1106 EDT
**History of present illness**
    The Patient is a 32 year old male.
    He reported: Military service [ ] Y  [ X ] N  Deployed since previous PHA
    [ ] Y  [ X ] N  Post-Deployment Health Assessment completed
    [ ] Y  [ X ] N  Post-Deployment Health Reassessment completed
    [ ] Y  [ X ] N  Post-Deployment labs/tests completed

---

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

[ ] Y  [ X] N Deployment/Shipboard limiting conditions identified

**Allergies**
    No allergies.
**Past medical/surgical history**
**Reported:**
    Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs? [ ] Yes  [ ] No.
    Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [ X ]Yes [  ]No
    2) Is there a complaint of tinnitus that has not been addressed? [  ]Yes  [ X ]No
    3) Is there a complaint of changes in hearing since the last hearing test? [  ]Yes [ X ]No
    4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500, 1000 and 2000 Hz that average 30 dB or
        greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [  ]Yes [  ]No
    5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12 months? [  ]Yes [  ]No.

**Objective**

Health Record        [X] Reviewed    [ ] Not available    [ ] Remarkable for:
Dental Classification    [X] Reviewed    [ ] Not available    [ ] See Plan:
Immunization record    [X] Reviewed    [ ] Not available    [ ] See Plan:
**Assessment**
    • Military service status
    IMR Category:
    Fully Medically Ready ( )
    Partially Medically Ready ( )
    Not Medically Ready ( )
    Medical Readiness Indeterminant ( )
    Comments:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *16 Mar 2017 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C*

Encounter ID:        BETH-27723764        Primary Dx:        Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**          Date: **16 Mar 2017 1156 EDT**          Appt Type: **T-CON***
Treatment Facility: **WALTER REED**            Clinic: **GI CL BE**                          Provider: **COPSEY,HELEN C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**                                                                Call Back Phone: ████████

**Reason for Telephone Consult:**Written by COPSEY,HELEN C @ 16 Mar 2017 1156 EDT
Patient email

**S/O Note** Written by COPSEY,HELEN C. @ 16 Mar 2017 1157 EDT
**Subjective**
Hi Daniel,Given the severity of your symptoms I'm surprised that you have not beenback for a follow-up or contacted me since last November. I am glad you madean appointment. There are many options for treatment of IBS, but it willrequire several follow-up visits to discuss and implement.I agree if we are unable to manage your symptoms better, you'll need toundergo an MEB, but again, there are many options available that you havenot yet tried.V/R,Helen-----Original Message-----From: Merwin, Daniel D [mailto:ddmerwi@radium.ncsc.mil]Sent: Thursday, March 16, 2017 10:44 AMTo: Copsey, Helen C CTR (US)Cc: Lafranchise, David M; Fisher, Christopher MSubject: RE: Follow-Up - PainHelen,I CCed my chain of command so they know that I have been seen on and off forthis issue over the years and are aware of anything on-going.I scheduled an appointment for 13 April with Dr. Hall which was the nextavailable in the clinic. Even with management of my diet; I still have 4-6severe episodes a week or more (spasms, pain, expedient evacuation anddiarrhea). Every episode is extremely draining of me. A lot of times afteran episode I just want to lay down and sleep because of the extremeintensities.  A few of the most recent issues almost had me call 911 due tothe extreme pain.I scheduled the appointment for a few reasons.1. Currently I have the note you provided which makes me technicallynon-deployable and this needs to be discussed2. I really need to try anything available within the military system tohelp manage the episodes if there is nothing else then I would like to startmedical separation in order to seek alternative treatmentsRespectfully,CTN1 (IW/SW/AW) Merwin, Daniel DNIOC MarylandWork: 667-812-2006Cell: ████████

**A/P** Last Updated by COPSEY,HELEN C @ 16 Mar 2017 1157 EDT
**1. Irritable bowel syndrome with diarrhea**

**Disposition** Last Updated by COPSEY,HELEN C @ 16 Mar 2017 1157 EDT
**Follow up:**  in the GI CL BE clinic.

**Signed By  COPSEY, HELEN C** (PA-C, MSHS, WRAMC- GI Clinic) @ 16 Mar 2017 1158

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

*01 Mar 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-27574008    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **01 Mar 2017 1100 EST**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
FOLLOW UP
**Appointment Comments:**
aap

**Note** Written by PAUL,SHERIN @ 02 Mar 2017 1049 EDT

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:       Daniel Merwin
Patient last 4:     0538
Appt #:             Intake + 4
Therapy time:       60 minutes
E&M time:           60 minutes

## Identifying Data:        32-year-old, Single, Caucasian, Male

## Military Data:
Branch:             USN
Rank:               PO1
MOS:                CTN
TIS:                11-years
Deployments:        N/A
Deployment Related:            N/A
Trauma:             N/A
WTU:                N/A
MEB in progress:    N/A
AdmSep in progress:            N/A
Special Clearance:  Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB:ЖЖЖ 1985  SSN: ***-**-ЖЖ      DoD ID: 1286180538      Created: 16 Aug 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

## Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|---|---|---|---|---|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

## Notes from Today's Session:
**Treatment modality currently used: Pscyhoeducation & Behavior Mod**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he was doing well. He stated that he received the results of the psychological testing but was unsure of the content. Therapist and patient reviewed diagnostic results which confirmed diagnosis of GAD and identified Schizoid traits. Therapist provided psychoeducation regarding diagnoses. Further conversation focused on patient's positive progress towards his goals. He stated that he has been interacting more with people. Therapist and patient discussed differences between rigidity and appropriate boundaries. Final conversation focused on identifying goals for next weeks.

**Response to treatment:** [ ] None   **[ X ] Some**   [ ] Significant   [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in casual attire.  He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

## ASSESSMENT

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## Diagnosis:

Axis I:   Generalized Anxiety Disorder
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV: Financial stress, lack of social support
Axis V:  65

*Prognosis:* ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
*Patient's capacity* to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | No |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 341**
AR 2328

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High


## **TREATMENT PLAN**


Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

**Setting: (X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

**Safety Plan:**
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

**Treatment Team:**
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 01 March 2017
*Reviewed with patient on:* 01 March 2017
*Does patient agree with plan?* Yes

**Problem #1** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress:**

**Problem #2** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 342**
AR 2329

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

***Military Specific Interventions:***
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.


Profile: **S1.**   Pt meets the retention standards of MANMED for fitness and suitability for continued service. Pt remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.


Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes


**A/P** Written by PAUL,SHERIN @ 02 Mar 2017 1050 EDT
**1. Generalized anxiety disorder**
      Procedure(s):      -Psychiatric Therapy Individual Approximately 60 Minutes x 1


**Disposition** Written by PAUL,SHERIN @ 02 Mar 2017 1051 EDT
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


Signed By  **PAUL, SHERIN** (Clinical Psychologist) @ 02 Mar 2017 1051

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

*01 Mar 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:        BETH-27554297        Primary Dx:        Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**        Date: **01 Mar 2017 0800 EST**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**        Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 01 Mar 2017 0818 EST

                                                                                        **Allergies**
                                                                                        •OTHER: Unknown (SEE MED RECORD)

**Vitals**
**Vitals** Written by DAVIS,ANNETTE R @ 01 Mar 2017 0803 EST
 BP: 120/80, HR: 64, RR: 18, T: 98.4 °F, HT: 69 in, WT: 162 lbs, BMI: 23.92, BSA: 1.889 square meters, Tobacco Use: No, Alcohol
Use: Yes,
 Have you ever felt you should Cut down on your drinking? No,
 Have people Annoyed you by criticizing or complaining about your drinking? No,
 Have you ever felt bad or Guilty about your drinking? No,
 Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
 Pain Scale: 0 Pain Free

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
**Vitals** Written by DAVIS,ANNETTE R @ 01 Mar 2017 0803 EST
 BP: 120/80,   HR: 64,   RR: 18,   T: 98.4 °F,   HT: 69 in,   WT: 162 lbs,   BMI: 23.92,   BSA: 1.889 square meters,
Tobacco Use: No,   Alcohol Use: Yes,
 Have you ever felt you should Cut down on your drinking? No,
 Have people Annoyed you by criticizing or complaining about your drinking? No,
 Have you ever felt bad or Guilty about your drinking? No,
 Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
 Pain Scale: 0 Pain Free

**Note** Written by TOBAR,EDEN @ 02 Mar 2017 1243 EDT
**Followup Note**

Patient: Daniel Merwin         Gender:   M
DOB: ☐ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #7
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy        Rank:                MOS: CTN            TIS: 11 yrs
UIC:        Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No      # Deployments: 1    Months Deployed: 36
WTU: No          MEB: No                AdmSep: No
Special Clearance: Yes                Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and

---

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 344**
AR 2331

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes                   Work Colleague Problems: No
Anger Problems: Yes                                  Spouse/Sig Other Problems: No
Legal Problems: No                    Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                                   Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Pt presents for follow up with this provider.  At our last meeting pt was advised to resume naltrexone 50 mg po qam to reduce alcohol use. Today he says he drinks less when he drinks (1-2 drinks at a time now) and thinks the medication is helpful. He has dental surgery at the end of April so we discussed stopping naltrexone 3-7 days before the surgery and resuming it a week after the surgery as he believes he will be prescribed opiate pain medication.  He takes lunesta rarely.  He continues to experience variable sleep.  He already had CBT-I and had a sleep study that was negative for sleep apnea.  He is stressed about work as he juggles many responsibilities and wishes he didn't reenlist. He is trying to pursue a med board for his GI symptoms.  He has psychologic testing but hasn't had his feedback session about it yet.  He denies having suicidal thoughts since we last met.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400.  Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 345**
AR 2332

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 16 Aug 2017

Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7      Snores: No
Average sleep latency: 0-15min                Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10
01MAR17 phq9= 9 (#9=0); gad7= 10

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                              Yes
Over lifetime, Suicidal Thoughts?                                           Yes
Over lifetime, Suicidal Thoughts with Method?        Yes
Over lifetime, Suicidal Intent?                                              Yes
Over lifetime, Suicide Intent with Specific Plan?      Yes
Over lifetime, Suicide Behavior?                            Yes          Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                 1-3 months ago
Suicidal Thoughts Duration?                                          Less than 1 hour
Suicidal Thought Frequency?                                          Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male                                        [ ] History of family/friend suicide
[ ] Chronic medical conditions        [ x ] Impulsivity
[x ] History of abuse                       [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                       [x  ] Active treatment engagement
[ ] Good coping/problem solving skills   [x  ] Hopefulness present
[ ] Faith/religion commitment          [ ] Positive future orientation

**Allergies:** nkda

**Medications:** Lexapro 20 mg po daily, naltrexone 50 mg po daily , lunesta 1-2 mg po qhs prn insomnia

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538    Created: 16 Aug 2017

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin Dec16 not tolerated.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes            Cups/Day Equivalent: 4
Tobacco/e-cigs: none            PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**-■■    DoD ID: 1286180538    Created: 16 Aug 2017

**Mental Status Exam:**
Appearance: Neatly groomed in civilian clothing.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: fair
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Gamma Glutamyl Transferase | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 49 | U/L | (10.0-71.0) |

| Hepatic Function Panel | Site/Specimen | 04 Jan 2017 1232 | Units | Ref Rng |
|---|---|---|---|---|
| Albumin   SERUM | 4.9 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 58 | U/L | (40-129) |
| Alanine Aminotransferase | SERUM | 34 | U/L | (0-41) |
| Aspartate Aminotransferase | SERUM | 24 | U/L | (0-40) |
| Bilirubin   SERUM | 0.3 | mg/dL | (0.15-1.2) | |
| Bilirubin Direct | SERUM | <0.2 | mg/dL | (0.0-0.3) |
| Protein   SERUM | 7.6 | g/dL | (6.6-8.7) | |

| Basic Metabolic Panel | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) |
| Chloride  SERUM | 98 | mmol/L | (98-107) | |
| Creatinine SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose  SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) |
| Sodium  SERUM | 139 | mmol/L | (136-145) | |
| Calcium  SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) |

| CBC W/Diff | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|
| WBC   BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC   BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) |
| MCV   BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH   BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC   BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV  BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets  BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV   BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) |

**Medical Record**

| | | | | | |
|---|---|---|---|---|---|
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils BLOOD | 0.4 | % | (0.2-1.2) | | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | | (1.8-7.5) |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | | (1.0-3.1) |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | | (0.2-0.8) |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | | (0.0-0.5) |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | | (0.0-0.4) |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| | | | | | |
|---|---|---|---|---|---|
| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| | | | | |
|---|---|---|---|---|
| Treponema pallidum Ab | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
| Treponema pallidum Ab | SERUM | Negative <i> | (Negative) | |
| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 |

| | | | | | |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng | |
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| | | | | | |
|---|---|---|---|---|---|
| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| | | | | | |
|---|---|---|---|---|---|
| Homocysteine | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng | |
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| | | | | | |
|---|---|---|---|---|---|
| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Albumin SERUM | 4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin SERUM | 0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium SERUM | 9.7 | mg/dL | (8.6-10.2) | | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine SERUM | 0.96 | mg/dL | (0.7-1.2) | | |
| Glucose SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein SERUM | 7.6 | g/dL | (6.6-8.7) | | |
| Sodium SERUM | 141 | mmol/L | (136-145) | | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) | |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) | |

| | | | | | |
|---|---|---|---|---|---|
| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng | |
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| | | | | | |
|---|---|---|---|---|---|
| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng | |
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) | |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) | |
| Cocaine URINE | NEGATIVE <i> | | (Negative) | | |
| Opiates URINE | NEGATIVE <i> | | (Negative) | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ██████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

Phencyclidine, UA    URINE    NEGATIVE <i>              (Negative)
Cannabinoids         URINE    NEGATIVE <i>              (Negative)
Methadone            URINE    NEGATIVE <i>              (Not-Detected)
Oxycodone            URINE    NEGATIVE <i>    ng/mL    (Negative)

**Assessment:**
<u>Safety Risk:</u> This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Generalized Anxiety Disorder per psychologic testing; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[ x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will engage in  pharmacotherapy, psychotherapy
Intervention: Continue Lexapro 20 mg po daily. Advised pt not to take lunesta 1-2 mg po qhs prn insomnia if he is sleeping well without it. Pt told not to take with alcohol or unisom.  Counseled pt on risks/benefits and he consented to treatment. Discussed sleep hygiene.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will minimize alcohol use
Intervention: have discussed adverse effects of alcohol on mood and sleep.  .Ordered GGT and LFTs. Continue naltrexone 50 mg po daily.   Have discussed ats referral.  Pt self-referred in past and says he is not drinking as much as he was then and does not think he needs it now.  He agrees to try AA meetings, which he has already been to but has not found one where he feels a rapport yet.  Continue to monitor
Measure:self-report, lab results

<u>Therapy Type:</u>
Not Set

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 16 Aug 2017

Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good   [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: one month
Referrals:pt had therapy intake with Dr Paul on 18NOV
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)?  **Yes**
Can Service Member perform MOS duties?  **Yes**

**A/P** Written by TOBAR,EDEN @ 02 Mar 2017 1244 EDT
**1. Generalized anxiety disorder**: Med management 30 minutes; psychotherapy 20 minutes
    Procedure(s):    -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
    Medication(s):    -ESCITALOPRAM--PO 20MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY #70 RF3 Ordered
                 By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

**Disposition** Written by TOBAR,EDEN @ 02 Mar 2017 1244 EDT
**Released w/o Limitations**
**Follow up:** 6 to 8 week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TOBAR,EDEN @ 01 Mar 2017 0900 EST
**Additional A/P Information:**
Discontinued ESZOPICLONE--PO 1MG TAB - TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT AS NEEDED FOR SLEEP

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 02 Mar 2017 1244

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*08 Feb 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R*

Encounter ID:      BETH-27327225      Primary Dx:      Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**      Date: **08 Feb 2017 0700 EST**      Appt Type: **SPEC**
Treatment Facility: **WALTER REED**      Clinic: **PSYCHOLOGY ASSESSMENT**      Provider: **BENTON,JIKESHA R**
**NATIONAL MILITARY MEDICAL CNTR**      **BE**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BENTON,JIKESHA R @ 10 Feb 2017 1306 EST

| Problems | Family History | Allergies |
|---|---|---|
| •Generalized anxiety disorder F41.1 | •no family history of malignant neoplasm of large intestine (General FHx) | •OTHER: Unknown (SEE MED RECORD) |
| •Counseling, unspecified Z71.9 | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| •EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225 | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) | |
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother) | |
| •MAJOR DEPRESSION RECURRENT MODERATE | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) | |
| •ANXIETY DISORDER NOS | •paternal history of preliminary background HPI [use for free text] (Father) | |
| •Left ankle joint pain | | |
| •NEUROTIC EXCORIATION | •family medical history (General FHx) | |
| •ANKLE SPRAIN LEFT | •family history of test conclusions [Use for free text] (General FHx) | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | | |
| •ANOMALIES OF SKIN | •family history of diabetes mellitus (General FHx) | |
| •Abdominal pain | | |
| •ASTHMA | •family history of heart disease (General FHx) | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | •family history of mental illness (not retardation) (General FHx) | |
| •Difficulty breathing (dyspnea) | •no family history of cancer (General FHx) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | •family history of the options include referral (General FHx) | |
| •Removal Of Sutures | •family history of patient counseling (General FHx) | |
| •ASTHMA EXTRINSIC | | |
| •ROSACEA | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | •family history of supplemental HPI [use for free text] (General FHx) | |
| •REFRACTIVE ERROR - MYOPIA | •no family history of chronic liver disease (General FHx) | |
| •ALLERGIC RHINITIS | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 1 WEEK, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF TOLERATED #0 RF3 | 2 of 3 | 01 Feb 2017 |
| ESCITALOPRAM OXALATE, 20 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF3 | 0 of 3 | 01 Feb 2017 |
| ESZOPICLONE, 1 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT AS NEEDED FOR SLEEP #0 RF1 | 1 of 1 | 04 Jan 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml | Active | | NR | 14 Oct 2016 |

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 352**
AR 2339

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

SYRINGE

| | | | | |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 2 of 2 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**
Dx Interview
**Appointment Comments:**
CAC

**Note** Written by BENTON,JIKESHA R @ 10 Feb 2017 1406 EST

 SM Merwin is as 31 year old, single, Caucasian, male, AD USN E-6 Cryptologist. SM was seen for a 1 hour clinical interview by LT Martinez on 02FEB17 under Dr.Benton's supervision.  This writer engaged in 2 hours of chart review and 5 hours of psychological report preparation and writing.  A 1 hour feedback session was scheduled after the conclusion of the clinical interview. LT Martinez administered the MCMI-III, MMPI-2, and RISB on 02FEB17.

## Initial Impressions
Psychological testing results were consistent with the established diagnoses of Generalized Anxiety Disorder.  SM Merwin does not meet criteria for Borderline Personality Disorder.  SM Merwin endorsed anxious ruminative thoughts and stress caused by feelings of guilt.  SM Merwin's pattern of unstable relationships appears to be more in line with Schizoid personality traits that may have been adaptive at a young age in the context of his childhood physical and emotional abuse. SM Merwin exhibits a lack of interest in social relationships, a tendency towards a solitary lifestyle, emotional coldness, and apathy. Individuals with Schizoid traits may also demonstrate a rich, elaborate and exclusively internal fantasy world.  SM Merwin indicated he enjoys the fantasy world of movies and frequently finds himself daydreaming.

## Mental Status Exam
Mental status examination revealed an alert, fully oriented, appropriately dressed and groomed male who appeared his stated age.  SM Merwin presented with a pleasant mood and congruent affect. Throughout the session, SM Merwin's mood and affect appeared unchanged, even when discussing difficult or emotional topics. SM Merwin maintained appropriate eye contact throughout the session. SM Merwin was engaged in the interview and testing. His speech was normal in tone and rate. Cognition was grossly intact and abstraction was adequate. Recent and remote memory was intact. Thought process was clear and goal oriented. SM Merwin did not exhibit ideas of reference, paranoia, or delusions. There was no evidence of mania. Judgment and impulse control were good. No indication of psychomotor retardation or agitation. SM Merwin denied current suicidal or homicidal ideation, plans, or intent.

## Risk  Assessment
SM Merwin has a history of suicidal ideation occurring approximately once a month since adulthood. His protective factors include his job, his hobby of creating video games, and wanting to find purpose in his life. SM Merwin has low social support, but this does not seem to be a significant stressor. SM Merwin does not have a history of attempts and denies access to lethal means. He denied current ideation, plan, or intent. SM Merwin is currently assessed at a mild risk for suicide, and should continue to be monitored by his healthcare providers.

| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 353**
AR 2340

**Medical Record**

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 16 Aug 2017

**A/P** Written by BENTON,JIKESHA R @ 10 Feb 2017 1407 EST
**1. Generalized anxiety disorder**
          Procedure(s):          -Psychiatric Diagnostic Evaluation Comprehensive Examination x 1
                              -Psychologic Testing And Report Administered By Physician x 8

**Disposition** Written by BENTON,JIKESHA R @ 10 Feb 2017 1407 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  BENTON, JIKESHA R** (Physician/Workstation) @ 10 Feb 2017 1407

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*02 Feb 2017 at WRNMMC, Psychology Assessment Be by BENTON, JIKESHA R*

Encounter ID:    BETH-27275465    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR
BE**
Patient Status: **Outpatient**

Date: **02 Feb 2017 0800 EST**
Clinic: **PSYCHOLOGY ASSESSMENT
BE**

Appt Type: **PROC**
Provider: **BENTON,JIKESHA R**

**AutoCites** Refreshed by BENTON,JIKESHA R @ 02 Feb 2017 1446 EST

| Problems | Family History | Allergies |
|---|---|---|
| •Generalized anxiety disorder F41.1<br>•Counseling, unspecified Z71.9<br>•EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225<br>•ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR<br>•MAJOR DEPRESSION RECURRENT MODERATE<br>•ANXIETY DISORDER NOS<br>•Left ankle joint pain<br>•NEUROTIC EXCORIATION<br>•ANKLE SPRAIN LEFT<br>•ESSENTIAL HYPERTRIGLYCERIDEMIA<br>•ANOMALIES OF SKIN<br>•Abdominal pain<br>•ASTHMA<br>•POSTSURGICAL STATE OF EYE AND ADNEXA<br>•Difficulty breathing (dyspnea)<br>•SKIN NEOPLASM UNCERTAIN BEHAVIOR<br>•Removal Of Sutures<br>•ASTHMA EXTRINSIC<br>•ROSACEA<br>•PERIPHERAL RETINAL DEGENERATION - LATTICE<br>•REFRACTIVE ERROR - MYOPIA<br>•ALLERGIC RHINITIS | •no family history of malignant neoplasm of large intestine (General FHx)<br>•no family history of malignant neoplasm of the gastrointestinal tract (General FHx)<br>•paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)<br>•paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)<br>•paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)<br>•paternal history of preliminary background HPI [use for free text] (Father)<br>•family medical history (General FHx)<br>•family history of test conclusions [Use for free text] (General FHx)<br>•family history of diabetes mellitus (General FHx)<br>•family history of heart disease (General FHx)<br>•family history of mental illness (not retardation) (General FHx)<br>•no family history of cancer (General FHx)<br>•family history of the options include referral (General FHx)<br>•family history of patient counseling (General FHx)<br>•fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)<br>•family history of supplemental HPI [use for free text] (General FHx)<br>•no family history of chronic liver disease (General FHx) | •OTHER: Unknown (SEE MED RECORD) |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| NALTREXONE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 1 WEEK, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF TOLERATED #0 RF3 | 2 of 3 | 01 Feb 2017 |
| ESCITALOPRAM OXALATE, 20 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF3 | 0 of 3 | 01 Feb 2017 |
| ESZOPICLONE, 1 MG, TABLET, ORAL | Active | TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT AS NEEDED FOR SLEEP #0 RF1 | 1 of 1 | 04 Jan 2017 |
| FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE, INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml | Active | | NR | 14 Oct 2016 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

SYRINGE

| | | | | |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |

**Reason for Appointment:**
Generalized anxiety disorder
**Appointment Comments:**
mta

**Note** Written by BENTON,JIKESHA R @ 07 Feb 2017 1531 EST
**Reason for Visit**
    Visit for: Psychological Testing. Assessment time 5.5 hrs. PT denied any physical pain. He c/o'ed of issues w/ interpersonal relationships.  PT discussed his history of physical and emotional abuse by his father.  He was cooperative and no management problem. The raw data can be found in room 7131. The report will be uploaded once complete.
**History of present illness**
    The Patient is a 31 year old male.
    He reported: Feeling numb; he appeared apathetic w/ a flat affect. Not thinking about suicide.  No homicidal thoughts, no hallucinations, and not hearing voices when no one is talking.

Compliant with testing:  Y /
Oriented  X4  Y /
Risks reported to patient treatment team   NA/ none at this time
Provider follow-up scheduled  Y /
If yes date is:___scheduled for the Dx interview w/ 2 LT Hannah Martinez; the feedback session is pending.
___.
**Subjective**
The patient was seen to discuss participation in a psychological evaluation requested by his provider. The purpose, nature and limits of confidentiality were explained to the patient and all questions were answered.
**Tests**
He completed the RISB and the LNA.
**Laboratory Studies:**
Psychometric:
    Minnesota Multiphasic Personality Inventory (MMPI), Millon clinical multi-axial inventory, and projective administration of psychologic test.


**A/P** Written by BENTON,JIKESHA R @ 07 Feb 2017 1541 EST
**1. Generalized anxiety disorder**
        Procedure(s):        -Psychologic Testing And Report Administered By Physician x 6 ADDITIONAL PROVIDER(S):
                            MARTINEZ,HANNAH R


**Disposition** Written by BENTON,JIKESHA R @ 07 Feb 2017 1541 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Note** Written by BENTON,JIKESHA R @ 02 Feb 2017 1446 EST
**Consult Order**
**Referring Provider:**        PAUL, SHERIN
**Date of Request:**   08 Dec 2016
**Priority:**        Routine

**Provisional Diagnosis:**

Generalized anxiety disorder


**Reason for Request:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Diagnostic clarification. Patient has previous undocumented diagnoses of Borderline Personality Disorder and Reactive Attachment Disorder. Family history is signficant for Bipolar disorder. Patient presents with relational apathy and anxiety.

**Signed By  BENTON, JIKESHA R** (Physician/Workstation) @ 07 Feb 2017 1541

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*01 Feb 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-27297932    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **01 Feb 2017 1500 EST**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
F/U
**Appointment Comments:**
AAP

**Note** Written by PAUL,SHERIN @ 06 Feb 2017 0945 EST

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:    Daniel Merwin
Patient last 4:    0538
Appt #:    Intake + 3
Therapy time:    60 minutes
E&M time:    60 minutes

## Identifying Data:    31-year-old, Single, Caucasian, Male

## Military Data:
Branch:    USN
Rank:    PO1
MOS:    CTN
TIS:    11-years
Deployments:    N/A
Deployment Related:    N/A
Trauma:    N/A
WTU:    N/A
MEB in progress:    N/A
AdmSep in progress:    N/A
Special Clearance:    Yes

## Presenting Problem:

Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 358**
AR 2345

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|-----------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Behavior Mod**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he has been reading through his mother's journals from his childhood. He stated that he feels reassured that his perceived experiences are in line with what actually happened. Patient and therapist discussed abusive home and abusive interactions that he had with his father. He expressed concern that he has become like his father in rigidity, emotional detachment, and isolation. However, patient agreed that he has a level of insight that his father does not. He expressed interest in working on these trends. He identified a goal for the week.

**Response to treatment:** [ ] None   **[ X ] Some**   [ ] Significant   [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time. He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in military uniform. He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good. No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

## ASSESSMENT

### Diagnosis:

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 359**
AR 2346

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Axis I:    Generalized Anxiety Disorder
              Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support
Axis V:  65

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**


## Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | No |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

History of Harm to Others:  No history of harm to others.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ | 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

***Setting:*** **(X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

***Safety Plan:***
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

***Treatment Team:***
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

***Date last updated:*** 15 November 2016
***Reviewed with patient on:*** 15 November 2016
***Does patient agree with plan?*** Yes

***Problem #1*** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress:**

***Problem #2*** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

***Follow-up's scheduled:*** 2-weeks

***Referrals made today:***
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

***Military Specific Interventions:***
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.

| Merwin, Daniel Dennis | DOB: ███ | 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 361**
AR 2348

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **S1.**   Pt meets the retention standards of MANMED for fitness and suitability for continued service. Pt remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes

**A/P** Written by PAUL,SHERIN @ 06 Feb 2017 0946 EST
**1. Generalized anxiety disorder**
        Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1

**Disposition** Written by PAUL,SHERIN @ 06 Feb 2017 0946 EST
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  PAUL, SHERIN** (Clinical Psychologist) @ 06 Feb 2017 0946

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 362**
AR 2349

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *01 Feb 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-27255467    Primary Dx:    Anxiety disorder, unspecified

Patient: **MERWIN, DANIEL DENNIS**   Date: **01 Feb 2017 1130 EST**   Appt Type: **FTR**
Treatment Facility: **WALTER REED**   Clinic: **PSYCHIATRY BE**   Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>**AutoCites**</u> Refreshed by TOBAR,EDEN @ 01 Feb 2017 1154 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
<u>**Vitals**</u> Written by NATHAN,YOGESWARI S @ 01 Feb 2017 1120 EST
 BP: 131/82, HR: 66, RR: 16, HT: 5' 9", WT: 162 lbs, BMI: 23.92, BSA: 1.889 square meters, Tobacco Use: No, Alcohol Use: Yes,
Pain Scale: 0 Pain Free
**Comments:** Drinks 1-2 a week 3-4 drinks a time.
No SX of fever or chills.

**Appointment Comments:**
ett/phq9/gad7

<u>**Vitals**</u>
<u>**Vitals**</u> Written by NATHAN,YOGESWARI S @ 01 Feb 2017 1120 EST
 BP: 131/82, HR: 66,   RR: 16,   HT: 5' 9",   WT: 162 lbs,   BMI: 23.92,    BSA: 1.889 square meters,    Tobacco Use: No,
Alcohol Use: Yes,    Pain Scale: 0 Pain Free
**Comments:** Drinks 1-2 a week 3-4 drinks a time.
No SX of fever or chills.

<u>**Note**</u> Written by TOBAR,EDEN @ 01 Feb 2017 1225 EST
### Followup Note

Patient: Daniel Merwin        Gender:   M
DOB: ██ 1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #6
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy       Rank:          MOS: CTN         TIS: 11 yrs
UIC:        Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No     # Deployments: 1    Months Deployed: 36
WTU: No        MEB: No          AdmSep: No
Special Clearance: Yes            Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes            Work Colleague Problems: No

| Merwin, Daniel Dennis | DOB: ██ 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 363**
AR 2350

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▇▇▇ 1985 | SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Anger Problems: Yes                                    Spouse/Sig Other Problems: No
Legal Problems: No                          Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0                                    Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Pt presents for his fifth appt with this provider.  At our last meeting we added naltrexone 50 mg po qam to reduce alcohol use. We also added lunesta 1-2 mg prn for sleep.  Today pt states he took the naltrexone for a week and found it helped him desire to drink less, but he was taking it at night and waking up frequently so he stopped taking it. He doesn't think the lunesta is helpful so hasn't been taking it.  He has stopped drinking during the week and over the weekend drank four beers on Saturday night and two beers on Sunday. He stopped drinking caffeine two days ago. He has felt more awake and slept well last night. He asked his mother for a copy of her journal from the 1990s when he was a child, which he brought to today's appt. He states it is 357 pages.  He pointed out a few pages that indicate his father, who had custody of pt and his sisters, was physically abusive to pt and his sisters. Pt plans to show journal to Dr Paul later today. He has psychologic testing scheduled for tomorrow. He denies having nightmares about the journal.  He denies having suicidal thoughts since we last met.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported

| Merwin, Daniel Dennis | DOB: ▇▇▇ 1985 | SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 364**
AR 2351

**Medical Record**

Merwin, Daniel Dennis    DOB: ███████ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 16 Aug 2017

**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min                Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14
01FEB17 phq9= 7 (#9=0); gad7= 10

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                        Yes
Over lifetime, Suicidal Thoughts?                                      Yes
Over lifetime, Suicidal Thoughts with Method?        Yes
Over lifetime, Suicidal Intent?                                          Yes
Over lifetime, Suicide Intent with Specific Plan?      Yes
Over lifetime, Suicide Behavior?                              Yes            Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                        1-3 months ago
Suicidal Thoughts Duration?                                              Less than 1 hour
Suicidal Thought Frequency?                                            Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions        [ x ] Impulsivity
[x  ] History of abuse                     [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                       [x ] Active treatment engagement
[ ] Good coping/problem solving skills   [x ] Hopefulness present
[ ] Faith/religion commitment          [ ] Positive future orientation

**Allergies:**nkda

**Medications:** Lexapro 20 mg po daily, wellbutrin xl 300 mg po qam, unisom OTC

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it. Wellbutrin

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Dec16 not tolerated.

Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.

Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
     Neurotic excoriation (scalp picking when anxious)
     Asthma during childhood
     Allergic response to pets
     Recurrent intestinal pain (possibly lactose intolerance)
     PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes               Cups/Day Equivalent: 4
Tobacco/e-cigs: none            PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.  Father had custody of pt and his sisters because, pt states, of an incident in which mother disciplined sister and left red marks.  Father was physicaly abusive to them, however.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in civilian clothing.
Behavior/Orientation: Polite, and cooperative.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 16 Aug 2017

Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly dysphoric
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: fair
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Basic Metabolic Panel | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | | (Negative) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| --- | --- | --- | --- | --- | --- |
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) | |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) | |

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 |

| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
| --- | --- | --- | --- | --- |
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

<u>Safety Risk:</u> This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated    [ x ] Low    [ x ] Intermediate    [ ] High

Harm to Others: [ ] Not Elevated    [x ] Low    [ ] Intermediate    [ ] High


**Diagnosis:**

Unspecified Anxiety Disorder, r/o PTSD; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x  ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will engage in  pharmacotherapy, psychotherapy
Intervention: Continue Lexapro 20 mg po daily. Advised pt not to take lunesta 1-2 mg po qhs prn insomnia if he is sleeping well without it. Pt told not to take with alcohol or unisom.  Counseled pt on risks/benefits and he consented to treatment.  Discussed sleep hygiene.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will minimize alcohol use
Intervention: have discussed adverse effects of alcohol on mood and sleep.  .Ordered GGT and LFTs. Encouraged pt to restart naltrexone 25 mg po daily for reduction in alcohol use x 1 week, then increase to 50 mg po daily, and take it in the morning..   Discussed ats referral.  Pt self-referred in past and says he is not drinking as much as he was then and does not think he needs it now.  He agrees to try AA meetings, which he has already been to but has not found one where he feels a rapport yet.  Continue to monitor
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent     [ ] Good   [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: one month
Referrals:pt had therapy intake with Dr Paul on 18NOV

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile:  **SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)?  **Yes**
Can Service Member perform MOS duties?  **Yes**

**A/P** Written by TOBAR,EDEN @ 01 Feb 2017 1227 EST
**1. Anxiety disorder, unspecified**: Med management 15 minutes; psychotherapy 15 minutes.
　　　Procedure(s):        -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
**2. Major depressive disorder, recurrent, unspecified**

**Disposition** Written by TOBAR,EDEN @ 01 Feb 2017 1228 EST
**Released w/o Limitations**
**Follow up:** 1 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Signed By  **TOBAR, EDEN** (Physician/Workstation) @ 01 Feb 2017 1228

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*04 Jan 2017 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:     BETH-26995185     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **04 Jan 2017 1400 EST**
Clinic: **PSYCHIATRY BE**

Appt Type: **FTR**
Provider: **PAUL,SHERIN**

**Reason for Appointment:**
f/u

**Note** Written by PAUL,SHERIN @ 06 Jan 2017 1442 EST

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:     Daniel Merwin
Patient last 4:     0538
Appt #:     Intake + 2
Therapy time:     60 minutes
E&M time:     60 minutes

## Identifying Data:     31-year-old, Single, Caucasian, Male

## Military Data:

Branch:     USN
Rank:     PO1
MOS:     CTN
TIS:     11-years
Deployments:     N/A
Deployment Related:     N/A
Trauma:     N/A
WTU:     N/A
MEB in progress:     N/A
AdmSep in progress:     N/A
Special Clearance:     Yes

## Presenting Problem:

Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 371**
AR 2358

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮▮ 1985 | SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
|----------|----------|------------------|------|-----------------------------------------------------|
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Behavior Mod**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He reported that he was contacted by psych testing regarding diagnosis clarification and he will follow through on scheduling appointment. Patient reported that he spent time with his mother's side of the family which was a positive experience. He stated that he learned a lot about his parent's early relationship. Therapist and patient processed his feelings about this. Patient recognized that throughout childhood, his experiences with his father shaped his behavior. He acknowledged keeping people away from him as he cannot contend with guilt or disappointing others. He stated that when he does engage with others it feels overwhelming because he goes above and beyond standards to make others happy. However, this has led to isolation as he does not want to risk disappointing others. Patient also identified rigidity of behavior, especially in regards to cleanliness, which is also an outdated defense mechanism from childhood. Therapist and patient discussed engaging in uncomfortable target behaviors to help ease rigidity and to encourage social development.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

### Mental Status Exam:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in military uniform.  He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

| Merwin, Daniel Dennis | DOB: ▮▮▮▮ 1985 | SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 372**
AR 2359

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## ASSESSMENT

## Diagnosis:

Axis I:  Generalized Anxiety Disorder
          Alcohol Abuse Disorder
Axis II: Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV: Financial stress, lack of social support
Axis V: 65

*Prognosis:* ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
*Patient's capacity* to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | No |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated    ( ) Low    **(X) Intermediate**    ( ) High
Harm to Others: **(X) Not Elevated**    ( ) Low    ( ) Intermediate    ( ) High


# TREATMENT PLAN


Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

***Setting:*** **(X) Outpatient**    ( ) Inpatient    ( ) IOP    ( ) Other:_____

***Safety Plan:***
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

***Treatment Team:***
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

***Date last updated:*** 15 November 2016
***Reviewed with patient on:*** 15 November 2016
***Does patient agree with plan?*** Yes

***Problem #1*** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress:**

***Problem #2*** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

***Follow-up's scheduled:*** 2-weeks

***Referrals made today:***
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

***Military Specific Interventions:***

1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.


Profile: **S1.**   Pt meets the retention standards of MANMED for fitness and suitability for continued service. Pt remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes


**A/P** Written by PAUL,SHERIN @ 06 Jan 2017 1443 EST
**1. Generalized anxiety disorder**
      Procedure(s):        -Psychiatric Therapy Individual Approximately 60 Minutes x 1


**Disposition** Written by PAUL,SHERIN @ 06 Jan 2017 1443 EST
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


| Signed By  PAUL, SHERIN (Clinical Psychologist) @ 06 Jan 2017 1444 |
|---|

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 375**
AR 2362

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

## *04 Jan 2017 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-26957487    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**    Date: **04 Jan 2017 0930 EST**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 04 Jan 2017 1026 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
**Vitals** Written by TEKELENBURG,JAAP @ 04 Jan 2017 0947 EST
BP: 138/99, HR: 89, RR: 14, T: 97.2 °F, Pain Scale: 0 Pain Free

**Appointment Comments:**
ett/phq9/gad7

**Vitals**
**Vitals** Written by TEKELENBURG,JAAP @ 04 Jan 2017 0947 EST
BP: 138/99,   HR: 89,   RR: 14,   T: 97.2 °F,   Pain Scale: 0 Pain Free

**Note** Written by TOBAR,EDEN @ 04 Jan 2017 1243 EST
**Followup Note**

Patient: Daniel Merwin        Gender:   M
DOB: ☐ 1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and signature was obtained.
Appointment #5
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy        Rank:        MOS: CTN        TIS: 11 yrs
UIC:        Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No    # Deployments: 1    Months Deployed: 36
WTU: No        MEB: No        AdmSep: No
Special Clearance: Yes        Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes        Work Colleague Problems: No
Anger Problems: Yes        Spouse/Sig Other Problems: No
Legal Problems: No        Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Overall health reported as: Good
Pain Level (0-10): 0                              Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Pt presents for his fourth follow-up with this provider.  At our last meeting we added Wellbutrin xl 150 mg po qam to target mood at his request as his mother and sister take it and find it helpful. Today pt states he continued to feel tired on it so started taking it at night about a week. He has had disrupted sleep. He has also continued to drink 3-4 drinks 3-4 nights per week. He didn't drink any alcohol over Christmas as he was visiting his relatives who don't drink, but drank 18 Corona beers over the four-day New Year's holiday (he did not have to work).  Discussed with pt he shouldn't be drinking while taking his medications as they won't work while on alcohol, and his fatigue and sleep disturbance could be caused by his drinking. He acknowledges this though also states he drinks to help him sleep because he can't turn his mind off at night.  Discussed he should not take Wellbutrin at night as this will also impair his sleeping. Noted increased phq9 and gad7 scores. He thinks he feels more anxious since starting Wellbutrin so we agreed to stop it.  His work is going well. Dr Paul referred him for psychologic testing but he missed the phone call to make the appt. He plans to call back to schedule it. His abdominal pain has improved.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist.  Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them. He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 377**
AR 2364

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min         Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12
05DEC16 phq9= 13 (#9=0); gad7= 8
04JAN17 phq9= 16 (#9=0); gad7= 14

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                    Yes
Over lifetime, Suicidal Thoughts?                                  Yes
Over lifetime, Suicidal Thoughts with Method?        Yes
Over lifetime, Suicidal Intent?                                     Yes
Over lifetime, Suicide Intent with Specific Plan?      Yes
Over lifetime, Suicide Behavior?                            Yes        Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                    1-3 months ago
Suicidal Thoughts Duration?                                          Less than 1 hour
Suicidal Thought Frequency?                                         Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male                                [ ] History of family/friend suicide
[ ] Chronic medical conditions            [ x ] Impulsivity
[x ] History of abuse                     [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                     [x  ] Active treatment engagement
[ ] Good coping/problem solving skills    [x ] Hopefulness present
[ ] Faith/religion commitment             [ ] Positive future orientation

**Allergies:** nkda

**Medications:** Lexapro 20 mg po daily, wellbutrin xl 300 mg po qam, unisom OTC

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes            Cups/Day Equivalent: 4
Tobacco/e-cigs: none            PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in civilian clothing.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly dysphoric
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: fair

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Basic Metabolic Panel | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | | |

| Lyme Disease Ab Total Screen | | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Treponema pallidum Ab | | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng | |
| Methylmalonate | | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| HIV-1/O/2 Ab | | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | | SERUM | 293 <i> | pg/mL | (211-946) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

| Homocysteine | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| Comprehensive Metabolic Panel | | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | | |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | | |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) | | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | | |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) | | |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) | | |

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| Drug Abuse Screen | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) | |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) | |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) | |
| Opiates | URINE | NEGATIVE <i> | | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) | |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) | |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) | |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) | |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High

Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**

Unspecified Anxiety Disorder, r/o GAD; r/o PTSD; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**

Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

**Medical Record**

| Merwin, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will engage in  pharmacotherapy, psychotherapy
Intervention: discontinue Wellbutrin xl by tapering back down from 300 mg to 150 mg po qam x 3 days, then stopping.  Continue Lexapro 20 mg po daily. May start lunesta 1-2 mg po qhs prn insomnia to address racing thoughts at night, with plan for short term use. Pt told not to take with alcohol or unisom. Counseled pt on risks/benefits and he consented to treatment.  Discussed sleep hygiene.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use/stop drinking
Objective: pt will minimize alcohol use
Intervention: discussed adverse effects of alcohol on mood and sleep.  .Ordered GGT and LFTs.  Start naltrexone 25 mg po daily for reduction in alcohol use x 1 week, then increase to 50 mg po daily if tolerated.   Discussed ats referral.  Pt self-referred in past and says he is not drinking as much as he was then and does not think he needs it now.  He agrees to try AA meetings, which he has already been to but has not found one where he feels a rapport yet.  Continue to monitor
Measure:self-report, lab results

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent     [ ] Good   [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: one month
Referrals:pt had therapy intake with Dr Paul on 18NOV
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

**Profile:  SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security

| Merwin, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 382**
AR 2369

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)?  **Yes**
Can Service Member perform MOS duties?  **Yes**

**A/P** Written by TOBAR,EDEN @ 04 Jan 2017 1245 EST
**1. Generalized anxiety disorder**: Medication management 30 minutes; psychotherapy 15 minutes
      Procedure(s):    -Psych Ther Indiv Approx 45 Min W/ Medical Evaluation & Management x 1
      Medication(s):    -ESZOPICLONE--PO 1MG TAB - TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT AS NEEDED
              FOR SLEEP #30 RF1 Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
              -NALTREXONE--PO 50MG TAB - T1/2 TABLET BY MOUTH EVERY DAY FOR 1 WEEK, THEN
              INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF TOLERAT #30 RF3 Ordered By:
              TOBAR,EDEN Ordering Provider: TOBAR, EDEN T
      Laboratory(ies):    -G-GLUTAMYL TRANSFERASE (Routine) Ordered By: TOBAR,EDEN Ordering Provider: TOBAR,
              EDEN T; HEPATIC FUNCTION PANEL (Routine) Ordered By: TOBAR,EDEN Ordering Provider:
              TOBAR, EDEN T

**Disposition** Written by TOBAR,EDEN @ 04 Jan 2017 1246 EST
**Released w/o Limitations**
**Follow up:** 1 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TOBAR,EDEN @ 04 Jan 2017 1055 EST
**Additional A/P Information:**
Discontinued buPROpion XL--PO 150MG TBER 24H - TAKE ONE TABLET BY MOUTH EVERY MORNING FOR 1 WEEK, THEN
INCREASE TO TWO TABLETS BY MOUTH EVERY MORNING IF TOLERATED

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 04 Jan 2017 1246

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 383**
AR 2370

**Medical Record**

*06 Dec 2016 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:        BETH-26743398        Primary Dx:        Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**        Date: **06 Dec 2016 0900 EST**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**        Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
f/u
**Appointment Comments:**
jc

**Note** Written by PAUL,SHERIN @ 08 Dec 2016 1424 EST

## WR ADULT BEHAVIORAL HEALTH CLINIC
## FOLLOW-UP NOTE

Patient Name:        Daniel Merwin
Patient last 4:        0538
Appt #:        Intake + 1
Therapy time:        60 minutes
E&M time:        60 minutes

## Identifying Data:        31-year-old, Single, Caucasian, Male

## Military Data:
Branch:        USN
Rank:        PO1
MOS:        CTN
TIS:        11-years
Deployments:        N/A
Deployment Related:        N/A
Trauma:        N/A
WTU:        N/A
MEB in progress:        N/A
AdmSep in progress:        N/A
Special Clearance:        Yes

## Presenting Problem:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████  DoD ID: 1286180538        Created: 16 Aug 2017

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

## SUBJECTIVE/OBJECTIVE

### Recent Outcome Measures (last 30 days):

| | | | | |
|---|---|---|---|---|
| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |
| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |

### Notes from Today's Session:
**Treatment modality currently used: Supportive**
**Pain:** 0/10
Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

**Therapy:**
Patient presented for therapy on time. He stated that he visited his family recently and confirmed that both his grandmother and mother were diagnosed with Bipolar Disorder. He stated that his mother at least has been treated with Wellbutrin in the past. Patient's two other sisters also have been diagnosed with Depression and Bipolar disorder. Therapist and patient discussed patient's diagnosis and find that a referral to psychological testing is warranted to clarify diagnosis. Further conversation focused on patient's perfectionism and difficulty with emotional/relational/physical intimacy.

**Response to treatment:** [ ] None    **[ X ] Some**    [ ] Significant    [ ] Marked

## Mental Status Exam:
Patient was alert and oriented to person, place, and time. He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in military uniform. He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good. No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

## ASSESSMENT

### Diagnosis:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538     Created: 16 Aug 2017

Axis I:   Generalized Anxiety Disorder
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III: Deferred
Axis IV:  Financial stress, lack of social support
Axis V:  65

***Prognosis:*** ( ) Excellent  **(X) Good**  ( ) Fair  ( ) Guarded  ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## Safety Risk:
*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |
| Age (risk factor if <25 or >60): | No |

*Modifiable:*

| | |
|---|---|
| Suicidal Ideation/Plans/Intent: | Yes- intermittent fleeting thoughts |
| Suicide Preparatory Behavior: | No |
| Access to Lethal Means: | No |
| Poor Treatment Compliance: | No |
| Hopelessness: | Yes |
| Psychic Pain/Anxiety: | Yes |
| Acute Event: | No |
| Insomnia: | No |
| Low Self-Worth: | No |
| Impulsivity: | Yes |
| Substance Abuse: | Yes, previously |
| Financial Stress: | Yes |
| Legal Stress: | No |

*Protective:*

| | |
|---|---|
| Strong Therapeutic Alliance: | Yes |
| Positive Coping Skills: | Yes |
| Responsible to/for Family: | No |
| Responsible to/for Pet: | |
| Frustration Tolerance | Limited |
| Resilience: | Yes |
| Good Reality Testing: | Yes |
| Amenable to Treatment: | Yes |
| Social Support: | No |
| Religious Beliefs Contrary to Suicide: | |

History of Harm to Others:  No history of harm to others.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▉ | 1985  SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:** This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High

## TREATMENT PLAN

Patient was educated about and stated understanding of the dx. Patient collaborated on and agreed to the following tx plan:

*Setting:* **(X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

*Safety Plan:*
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

*Treatment Team:*
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

*Date last updated:* 15 November 2016
*Reviewed with patient on:* 15 November 2016
*Does patient agree with plan?* Yes

*Problem #1* Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9
**Progress:**

*Problem #2* Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy
Measure: GAD-7
**Progress: Patient gaining insight on maladaptive behaviors.**

*Follow-up's scheduled:* 2-weeks

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
        Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

*Military Specific Interventions:*
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.

| Merwin, Daniel Dennis | DOB: ▉ | 1985  SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 387**
AR 2374

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▊ 1985  SSN: ***-**-▊ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **S1.**   Pt meets the retention standards of MANMED for fitness and suitability for continued service. Pt remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes

**A/P** Written by PAUL,SHERIN @ 08 Dec 2016 1427 EST
**1. Generalized anxiety disorder**
    Procedure(s):    -Psychiatric Therapy Individual Approximately 60 Minutes x 1
    Consult(s):      -Referred To: PSY DIAGNOSTIC TESTING MTF BE (Routine) Specialty: PSYCHOLOGY Clinic: PSYCHOLOGY ASSESSMENT BE Provisional Diagnosis: Generalized anxiety disorder Order Date: 12/08/2016 14:26

**Disposition** Written by PAUL,SHERIN @ 08 Dec 2016 1427 EST
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Administrative Options:** Consultation requested
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  PAUL, SHERIN (Clinical Psychologist) @ 08 Dec 2016 1427

| Merwin, Daniel Dennis | DOB: ▊ 1985  SSN: ***-**-▊ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 388**
AR 2375

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

*05 Dec 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-26690229    Primary Dx:    Major depressive disorder, recurrent, unspecified

Patient: **MERWIN, DANIEL DENNIS**    Date: **05 Dec 2016 1000 EST**    Appt Type: **FTR**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 05 Dec 2016 1040 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
No Vitals Found.

**Appointment Comments:**
ett/phq9/gad7

**Note** Written by TOBAR,EDEN @ 05 Dec 2016 1557 EST

**Followup Note**

Patient: Daniel Merwin    Gender:    M
DOB: ■ 1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and signature was obtained.
Appointment #4
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy    Rank:    MOS: CTN    TIS: 11 yrs
UIC:    Commander: NIOC Maryland    Unit Phone: 3016770217
Deployment Related? No    # Deployments: 1    Months Deployed: 36
WTU: No    MEB: No    AdmSep: No
Special Clearance: Yes    Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes    Work Colleague Problems: No
Anger Problems: Yes    Spouse/Sig Other Problems: No
Legal Problems: No    Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0    Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Pt presents for his third follow-up with this provider.  At our last meeting we increased his Lexapro to  20 mg po daily to target anxiety/irritability.  Today he states he has not had suicidal thoughts since our last meeting.  He has felt more tired since increasing the Lexapro.  Two days ago he switched it to night time dosing .  He started taking unisom last night for sleep as he was waking up frequently, and slept well on it.  He just returned from visiting his family (grandmother, mother and sister) in California. He found out GM and mother have bipolar disorder and sister has depression> they all take Wellbutrin and find it helpful.  He started seeing Dr Paul and has a follow up with her tomorrow.  He is drinking 3 drinks (beers) around 3-4 nights per week.  He plans to stop drinking during the week now.  He continues to have ongoing abdominal pain and is seeing GI about this.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir, and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.


**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score

| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 390**
AR 2377

**Medical Record**

**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min    Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9 = 11 (#9=1); gad7 = 16
24OCT16 phq9 = 8 (#9=0); gad7 = 12
05DEC16 phq9 = 13 (#9=0); gad7 = 8

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | | 1-3 months ago |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male    [ ] History of family/friend suicide
[ ] Chronic medical conditions    [ x ] Impulsivity
[x ] History of abuse    [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children    [x  ] Active treatment engagement
[ ] Good coping/problem solving skills    [x ] Hopefulness present
[ ] Faith/religion commitment    [ ] Positive future orientation

**Allergies:** nkda

**Medications:** Lexapro 20 mg po daily, unisom OTC

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes          Cups/Day Equivalent: 4
Tobacco/e-cigs: none          PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly dysphoric
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: wnl
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Basic Metabolic Panel | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | | |

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 392**
AR 2379

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

Carbon Dioxide    SERUM  28      mmol/L    (22-29)
Chloride  SERUM  98      mmol/L    (98-107)
Creatinine SERUM  1.00    mg/dL    (0.7-1.2)
Glucose  SERUM  89      mg/dL    (74-106)
Potassium    SERUM  4.5    mmol/L    (3.5-5.1)
Sodium    SERUM  139      mmol/L    (136-145)
Calcium    SERUM  10.1    mg/dL    (8.6-10.2)
Anion Gap    SERUM  13      mmol/L    (7-16)
GFR Calculated Non-Black    SERUM  99.8    mL/min    (60->=60)
GFR Calculated Black    SERUM  115.4 <i> mL/min    (60->=60)

| CBC W/Diff | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | (Negative) | |

| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 |

| HIV-1/O/2 Ab | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████  DoD ID: 1286180538    Created: 16 Aug 2017

| | | | | | |
|---|---|---|---|---|---|
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) | |
| Sodium | SERUM | 141 | mmol/L | (136-145) | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) | |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) | |

| | | | | | |
|---|---|---|---|---|---|
| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| | | | | |
|---|---|---|---|---|
| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | (Negative) | |
| Opiates | URINE | NEGATIVE <i> | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**

Unspecified Anxiety Disorder, r/o GAD; r/o PTSD; Unspecified depressive disorder, r/o MDE; r/o persistent depressive disorder; Alcohol Use Disorder; Trichotillomania

**PLAN:**

Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:

[ x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will engage in pharmacotherapy, psychotherapy
Intervention: will add Wellbutrin xl 150 mg po qam x 1 week, then increase to 300 mg po qam if tolerated/
efficacious. Continue Lexapro 20 mg po daily. Consider taper down on dose due to side effects if
Wellbutrin tolerated/effective. Discussed possible interaction with unisom and Lexapro. Counseled pt on
risks/benefits and he consented to treatment.
Measure:gad7, pcl, phq9

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure: self report

 Problem #3: alcohol use
Goal:pt will minimize alcohol use
Objective: pt will minimize alcohol use
Intervention: discussed adverse effects of alcohol on mood and sleep. Pt insists he is cutting back.
Continue to monitor. Consider ats referral.
Measure:self-report

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x] verbal agreement to the treatment
plan

Medication: Medication reconciliation completed. Reviewed risks, benefits, major/common side effects,
and alternatives of below medication plan with patient who stated understanding and agreement with
plan. Patient told to abstain from ETOH, drugs of abuse, and OTC remedies. If experiencing sedative
effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good   [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: one month
Referrals:pt has therapy intake with Dr Paul on 18NOV
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **SM has no duty restrictions necessitating a profile.** Patient meets the retention standards of
Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains
world-wide qualified and cleared for any TDY or deployments. No alterations to duty status or security
clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)? **Yes**
Can Service Member perform MOS duties? **Yes**

**Lab Result** Cited by TOBAR,EDEN @ 28 Sep 2016 2152 EDT

| **Thyroid Stimulating Hormone** | Site/Specimen | 06 Sep 2016 0923 | Units | Ref Rng |
|---|---|---|---|---|
| Thyrotropin | SERUM | 2.500 <i> | mcIU/mL | (0.27-4.2) |
| **Thyroxine Free** | Site/Specimen | 06 Sep 2016 0923 | Units | Ref Rng |
| Thyroxine Free | SERUM | 1.28 <i> | ng/dL | (0.93-1.7) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

**A/P** Written by TOBAR,EDEN @ 05 Dec 2016 1558 EST
**1. Major depressive disorder, recurrent, unspecified**
    Procedure(s):      -Psych Ther Indiv Approx 60 Min W/ Medical Evaluation & Management x 1
    Medication(s):     -buPROpion XL--PO 150MG TBER 24H - TAKE ONE TABLET BY MOUTH EVERY MORNING FOR 1
                       WEEK, THEN INCREASE TO TWO TABLETS BY MOUTH EVERY MORNI #60 RF1 Ordered By:
                       TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

**Disposition** Written by TOBAR,EDEN @ 05 Dec 2016 1558 EST
**Released w/o Limitations**
**Follow up:** 1 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 05 Dec 2016 1559

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *28 Nov 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C*

Encounter ID:    BETH-26612374    Primary Dx:    Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**    Date: **28 Nov 2016 1243 EST**    Appt Type: **T-CON***
Treatment Facility: **WALTER REED**    Clinic: **GI CL BE**    Provider: **COPSEY,HELEN C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**    Call Back Phone: ███

**Reason for Telephone Consult:**Written by COPSEY,HELEN C @ 28 Nov 2016 1243 EST
Pt email

**S/O Note** Written by COPSEY,HELEN C. @ 28 Nov 2016 1243 EST
**Subjective**
Hi Daniel,Great insight- there is certainly a relationship between IBS and mentalhealth. That's why we call your gut your "second brain". It sounds like you'vestarted to make some progress and I'm more than happy to meet with you againto talk about next steps in your care. Please let me know if you need anyassistance setting up another appointment. In the meantime, if you've alreadystopped dairy and Splenda and are looking for more ways to modify your diet,you may consider choosing low fodmap foods (see attached sheet). It may giveyou a bit more flexibility than just meat/potatoes.-Helen-----Original Message-----From: daniel.d.merwin [mailto:daniel.d.merwin@gmail.com]Sent: Friday, November 25, 2016 2:09 PMTo: Copsey, Helen C CTR (US)Subject: [Non-DoD Source] RE: Follow-Up - PainI probably will schedule a follow up soon. I have more food completed. Ialso wanted to bring up important information I learned more extensively aboutrecently. I am being treated for mental disorders. My family mom, grandma,great grandma, sister have mental health issues and IBS-D/C. Which made melook for association between mental health and IBS and see some papers havebeen written on it. Anyways I have been eating mostly meat and potatoes fornow because its really the only safe food so far and really needed a breakfrom the pain ans diarrhea. I still have diarrhea half the week but no pain onmeat and potato diet.- Daniel Merwin

**A/P** Last Updated by COPSEY,HELEN C @ 28 Nov 2016 1243 EST
**1. Irritable bowel syndrome with diarrhea**

**Disposition** Last Updated by COPSEY,HELEN C @ 28 Nov 2016 1243 EST
**Follow up:** in the GI CL BE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  COPSEY, HELEN C** (PA-C, MSHS, WRAMC- GI Clinic) @ 28 Nov 2016 1243

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▓▓▓ 1985 SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*15 Nov 2016 at WRNMMC, Psychiatry Be by PAUL, SHERIN*

Encounter ID:    BETH-26519450    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**       Date: **15 Nov 2016 1300 EST**       Appt Type: **SPEC**
Treatment Facility: **WALTER REED**       Clinic: **PSYCHIATRY BE**       Provider: **PAUL,SHERIN**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
spec

**Note** Written by PAUL,SHERIN @ 16 Nov 2016 1451 EST

## WR ADULT BEHAVIORAL HEALTH CLINIC INTAKE NOTE

Patient Name:       Daniel Merwin
Patient last 4:       0538
Appt type:  **[X] Initial Eval**       [ ] Command-Directed       [ ] Special Duty Screen       [ ] Admin
Eval
Referred by:       Dr. Tobar

*Limits of Confidentiality and clinic no-show policy reviewed with Patient, Patient verbally acknowledged understanding, and signature was obtained.*

**IDENTIFYING DATA:** 31-year-old, Single, Caucasian, Male

**MILITARY DATA:**
Branch:       USN
Rank:       PO1
MOS:       CTN
TIS:       11-years
Deployments:       N/A
Deployment Related:       N/A
Trauma:       N/A
WTU:       N/A
MEB in progress:       N/A
AdmSep in progress:       N/A
Special Clearance:       Yes

**CHIEF COMPLAINT:** The patient reports the following problems/difficulties:
Patient presents for follow up care related to symptoms of depression and anxiety. Patient reports dealing with depression and anxiety since childhood. He has a documented diagnosis of Generalized Anxiety Disorder. He endorses the current anxious symptoms: nervousness, uncontrollable worry, difficulty relaxing, restlessness, irritability, feeling something awful might happen, and excessive worry about multiple areas of his life. Further, patient identified a bald spot on the top of his head where he has been picking at his scalp due to anxiety. Patient also endorses the following mild depressive symptoms: low mood, anhedonia, fatigue, feelings of worthlessness/guilt (each rated at few or several days). Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

Current stressors include: workplace stress, financial debt, and interactions with his girlfriend.

Additionally, patient described considerable detachment from others. He stated that he does not care about other people and finds it difficult to interact with them. He described switching from apathy to anger

| Merwin, Daniel Dennis | DOB: ▓▓▓ 1985 SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

towards others quickly. Patient noted that while he was inpatient for alcohol abuse rehab at Ft. Belvoir he was also diagnosed with Reactive Attachment Disorder and Borderline Personality Traits. Patient stated that this wasn't documented in his records to protect his career opportunities. However, patient now wants to access best possible care options related to all of his diagnoses.

**Pt reports the following additional issues:**

| | |
|---|---|
| Work Performance Issues: Yes | Spouse/Sig Other Problems: No |
| Work Colleague Problems: No | Legal Problems: No |
| Anger Problems: Yes | Financial Problems: Yes |
| Overall level of difficulty in work, home, social functioning: Very difficult | |

**Behavioral Health Vitals (patient reported):**

| |
|---|
| Overall health reported as: Good |
| Pain Level (0-10): 0 |
| Is pain currently treated: not answered |
| Difficulty in work, home, social functioning: Very difficult |

Patient **IS NOT** currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.

## HISTORY OF PRESENT ILLNESS:

Patient identified that depressive and anxiety symptoms originated in childhood. Patient stated that because of an abusive home environment, patient was always anxious about getting in trouble with his father. Patient revealed that he attempted suicide 2 x during his adolescence by attempting to over dose on Aspirin once and drinking a significant quantity of alcohol on another occasion. He did not suffer any significant consequences from these attempts and never reported it to others.

## PSYCHIATRIC ROS:

*SM reports the following self-reported items on screening before appt:*

| | | | | |
|---|---|---|---|---|
| 9/6/2016 | BASIS-24 | GENERAL DISTRESS | 2.19 | Moderate to High level of general distress reported |
| 9/6/2016 | PHQ2 | DEPRESSION SCREENER | 2 | Depressive Syndrome Unlikely |
| 9/6/2016 | PHQ9 | DEPRESSION | 13 | Minor depressive symptoms reported. Evaluation indicated. |
| 9/6/2016 | GAD2 | ANXIETY SCREENER | 5 | Anxiety Syndrome Possible, see GAD7 |
| 9/6/2016 | GAD7 | ANXIETY | 15 | Moderate anxiety symptoms reported. Evaluation indicated. |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| 9/6/2016 | 4QPTSD | PTSD SCREENER | 3 | PTSD possible, see PCL. Evaluation indicated |
| 9/6/2016 | PCL-5 | PTSD | 37 | Some PTSD symptoms reported |
| 9/6/2016 | AUDIT-C | ALCOHOL SCREENER | 6 | Hazardous drinking possible, see full AUDIT when available |
| 9/6/2016 | AUDIT | ALCOHOL | 13 | Harmful or Hazardous Alcohol Consumption likely |
| 9/6/2016 | CSI | RELATIONSHIP ISSUES | N/A | Pt reports no significant other - no score |

**TBI/CONCUSSION SCREEN (Negative Screen):** 9/6/2016

**SLEEP ISSUES**: ISI ()

| Hours of sleep per night: 6-7 | Snores: No |
| Sleep latency: 0-15min | Daytime Somnolence: Yes |

**C-SSRS BASELINE** (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| Over lifetime, Wish to be Dead? | Yes |
| Over lifetime, Suicidal Thoughts? | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes |
| Over lifetime, Suicidal Intent? | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes |
| Over lifetime, Suicide Behavior? | Yes |
| Number of events? | 3 |
| *Most recent Suicidal Thoughts/Behaviors?* | *1-3 months ago* |
| *Suicidal Thoughts Duration?* | *Less than 1 hour* |
| *Suicidal Thought Frequency?* | *Less than once a week* |

## RISK ASSESSMENT:

*Non-Modifiable Factors:*

| | |
|---|---|
| Gender (risk factor if male): | Yes |
| H/O Suicide Attempts: | Yes – twice in adolescence |
| Organized Plan: | No |
| Chronic Psychiatric Disorder: | Yes |
| Recent Psychiatric Hospitalization: | No |
| H/O Abuse or Trauma: | Yes – sexual abuse as a child |
| Chronic Physical Illness: | No |
| Family H/O Suicide/Attempts: | Yes – both sisters have attempted |
| Other Recent Loss: | No |
| Chronic Pain: | No |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Age (risk factor if <25 or >60):         No

*Modifiable:*
Suicidal Ideation/Plans/Intent:                Yes- intermittent fleeting thoughts
Suicide Preparatory Behavior:      No
Access to Lethal Means:            No
Poor Treatment Compliance:                     No
Hopelessness:                      Yes
Psychic Pain/Anxiety:              Yes
Acute Event:                       No
Insomnia:                          No
Low Self-Worth:                    No
Impulsivity:                       Yes
Substance Abuse:                               Yes, previously
Financial Stress:                              Yes
Legal Stress:                      No

*Protective:*
Strong Therapeutic Alliance:                   TBD
Positive Coping Skills:            Yes
Responsible to/for Family:         No
Responsible to/for Pet:
Frustration Tolerance              Limited
Resilience:                        Yes
Good Reality Testing:              Yes
Amenable to Treatment:             Yes
Social Support:                    No
Religious Beliefs Contrary to Suicide:

History of Harm to Others:  No history of harm to others.
This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

**Safety Risk:**  This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: ( ) Not Elevated   ( ) Low   **(X) Intermediate**   ( ) High
Harm to Others: **(X) Not Elevated**   ( ) Low   ( ) Intermediate   ( ) High

## DEVELOPMENTAL/SOCIAL HISTORY:

Patient was born in California. He is the oldest of 3 children born to his parents. He has 2 younger sisters. Patient stated that his parents separated when he was 3 years-of-age. His father was awarded primary custody of the children, which patient feels was done through his father's manipulations.  Notably, patient reports both parents were physical in managing his younger sister's behavioral outburst and often left bruises on her. His father re-married when he was 8-years old and then remarried again when patient was 18.  Patient had visitation with his mother as a child but noted that these visitations were often disrupted by his younger sister's behavioral outbursts. Patient stated that he was frequently scared as a child. He stated that his dad was always angry and yelling at someone. Patient stated that he tried hard to do everything correctly to avoid his dad's attention. He recalled trying to stay in his room as much as possible to avoid the overall family environment. Patient also reported that his father kept pets in the house despite significant exacerbation of his asthma that required medical intervention frequently. The patient and his family participated in intermittent family counseling but patient did not find it to be beneficial as they frequently changed therapists when his dad was displeased. Patient has had limited contact with his mother since leaving the home at 18. He recalls 6/7 visits in the past 15-years. However, he is working on rebuilding the relationship. Patient is currently estranged from his father and has not

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

interacted with him in the past 2-years. Prior to that, they saw each other 4 times in the past 15-years. Patient feels closest with his youngest sister because they have more shared experiences. However, he does not describe a strong relationship with her either. Notably, patient stated that he recently started recalling memories of sexual molestation by a paternal cousin in his early childhood (ages 6-12). He stated that the abuse stopped after the family moved from California to New Jersey.

The patient reported that he was teased by his peers for being underweight and because his clothes smelled like mildew as his parent's didn't properly do laundry. However, he was an excellent runner and gained positive experiences by participating in track and cross country.  He stated that he struggled academically because he had difficulty learning and keeping focus. He acknowledged that he day dreamed a lot through school and didn't do his homework. However, patient graduated with a 2.2 GPA on time. After graduation, patient moved to Pennsylvania to get away from his home environment. He attempted 1 and ½ semesters at Allentown Business School (now closed) prior to dropping out. Patient worked at McDonald's and T-Mobile for 2 years prior to enlisting. Patient stated that he liked the Navy initially but finds the structure constricting at this point. Patient acknowledged that he likes what he does and is hoping to eventually build his own company developing video games.

Patient stated that he is currently in a romantic relationship but is dissatisfied. He stated that he does not ever feel close or connected to other people stating "I don't care about anyone except maybe my little sister". He described having significant difficulty experiencing empathy for others and described himself as selfish. He acknowledged that even the kind things he does for others is motived by self-interest. He stated that he has tried to end the relationship with his current partner but she continues to dissuade him.

## PAST PSYCHIATRIC HISTORY:
– August – October 2014: Individual Therapy w. Linda Nielsen
– March-April 2015: Inpatient Substance Abuse treatment at Ft. Belvoir
– April 2015- February 2016: Medication Management w. Dr. Zembruska
– September 2016- Present: Medication Management w. Dr. Tobar

## FAMILY PSYCHIATRIC HISTORY:
– Maternal Grandmother: Bipolar
– Sister: Bipolar, Substance Abuse

## SUBSTANCE USE:

| Caffeine Use: Yes | Cups/Date Equivalent: 4 |
|---|---|
| Tobacco/e-cigs: none | Packs/Date Equivalent: N/A |
| Alcohol: 2-3 glasses 2-3 x weekly | |
| Illicit drug use: denied | |

Previous substance abuse tx:  30-days Inpatient program at Ft. Belvoir in 2014

## MEDICAL/SURGICAL HISTORY:
*Taken from Dr. Tobar's AHLTA Note Dated 24 October 2016*
Penile warts (HPV)
– Neurotic excoriation (scalp picking when anxious)
– Asthma during childhood
– Allergic response to pets
– Recurrent intestinal pain (possibly lactose intolerance)
– PRK (2011)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## CURRENT MEDICATIONS:
- Lexapro 20mg po daily

## MENTAL STATUS EXAM:
Patient was alert and oriented to person, place, and time.  He appeared to be his stated age. He is of average build and height walked with a normal gait. Patient was groomed appropriately and dressed in military uniform.  He was cooperative and polite and engaged in session. He reported his mood as anxious and affect was mood and context congruent. Speech was coherent and normal in rate, tone, rhythm, and volume. Thought processes were logical and goal directed. Hallucinations or delusions were not endorsed or evidenced in session. Patient's judgment and insight are good.  No homicidal thought/intent/plan reported. Patient reports fleeting intermittent suicidal ideation 1-2 times a month with no plan or intent.

## DIAGNOSTIC IMPRESSION DISCUSSION:

Axis I:   Generalized Anxiety Disorder
          Alcohol Abuse Disorder
Axis II:  Diagnosis deferred on Axis II
Axis III:  Deferred
Axis IV:  Financial stress, lack of social support
Axis V:  65

***Prognosis:*** ( ) Excellent   **(X) Good**   ( ) Fair   ( ) Guarded   ( ) Poor
***Patient's capacity*** to participate in and benefit from therapy is evidenced by:
 **(X) good insight/judgment, (X) a desire to resolve their disorder, (X) verbal agreement to the treatment plan**

## TREATMENT PLAN:

***Setting:*** **(X) Outpatient**   ( ) Inpatient   ( ) IOP   ( ) Other:_____

***Safety Plan:***
( ) Pt released without limitations, verbally commits to plan below and current safety to self/others.
( ) Pt released to Chain of Command with the following limitations: _____
**(X) Pt is NOT deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.**

***Treatment Team:***
Therapy: Dr. Paul
Medication Management: Dr. Tobar
Groups:

***Problem #1*** Suicidal Ideation
Goal: Extinguish suicidal ideation
Objective: Extinguish suicidal ideation
Intervention: CBT, Supportive therapy
Measure: PHQ-9

***Problem #2*** Anxiety/Depressive symptoms
Goal: "Handle stress better"
Objective: Increase positive coping skills to manage life stressors
Intervention: CBT, Supportive therapy

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 403**
AR 2390

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Measure: GAD-7

*Patient Strengths: Motivated for treatment, insight, positive coping skills*

*Intervention Types planned:*
Interpersonal Therapy ( )
**Cognitive Behavioral Therapy (X)**
Acceptance & Commitment Therapy ( )
Behavioral Therapy ( )
Problem-Solving Therapy ( )
Cognitive Processing Therapy ( )
Prolonged Exposure ( )
Group Psychotherapy ( )
Family/Couples Therapy ( )
Medication Management ( )

*Follow-up's scheduled:* 1-week

*Referrals made today:*
Patient would **NOT** like information on the following at this appointment:
          Alpha Stim, TMS, Group Psychotherapy, Nutrition Referral, Spiritual Interests, Medications

*Military Specific Interventions:*
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Pt **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile: **S1.**   Pt meets the retention standards of MANMED for fitness and suitability for continued service.
Pt remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or
security clearance recommended at this time.

Is SM able to carry and fire weapon, from a BH perspective (safety)?  No
Is SM able to have access to sensitive information (to the level of current clearance)? Yes
Is SM able to deploy?  Yes
Can SM perform currently assigned MOS duties?  Yes

**A/P** Written by PAUL,SHERIN @ 16 Nov 2016 1452 EST
**1. Generalized anxiety disorder**
          Procedure(s):          -Psychiatric Diagnostic Evaluation x 1
**2. Alcohol dependence, uncomplicated**

**Disposition** Written by PAUL,SHERIN @ 16 Nov 2016 1453 EST
**Released w/o Limitations**
**Follow up:** 2 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
90 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  PAUL, SHERIN (Clinical Psychologist) @ 16 Nov 2016 1453

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 404**
AR 2391

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

*24 Oct 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-26237328     Primary Dx:        Anxiety disorder, unspecified

Patient: **MERWIN, DANIEL DENNIS**          Date: **24 Oct 2016 1100 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 24 Oct 2016 1122 EDT

                                                                                    **Allergies**
                                                                                    •OTHER: Unknown (SEE MED RECORD)

**Vitals**
**Vitals** Written by HAWKINS,DEREKSHEA J @ 24 Oct 2016 0956 EDT
BP: 133/85, HR: 78, RR: 16, T: 97.3 °F, Pain Scale: 0 Pain Free

**Appointment Comments:**
swk

**Vitals**
**Vitals** Written by HAWKINS,DEREKSHEA J @ 24 Oct 2016 0956 EDT
BP: 133/85,   HR: 78,   RR: 16,   T: 97.3 °F,   Pain Scale: 0 Pain Free

**Note** Written by TOBAR,EDEN @ 24 Oct 2016 1254 EDT
**Followup Note**

Patient: Daniel Merwin          Gender:   M
DOB: ████ 1985     Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #3
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy        Rank:              MOS: CTN            TIS: 11 yrs
UIC:        Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No     # Deployments: 1    Months Deployed: 36
WTU: No          MEB: No              AdmSep: No
Special Clearance: Yes              Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes          Work Colleague Problems: No
Anger Problems: Yes                    Spouse/Sig Other Problems: No
Legal Problems: No              Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Overall health reported as: Good
Pain Level (0-10): 0                        Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**Notes from current session:**
Pt presents for his second follow-up with this provider.  At our last meeting started Lexapro 5 mg po daily tapered up to 10 mg po daily after a week to target anxiety/irritability.  .  Today he states he has not had suicidal thoughts since our last meeting. He does feel less urge to drink alcohol. He is drinking 3 drinks (beers) around 304 nights per week.  He continues to feel mood lability in the mornings.  We reviewed his phq9 and gad7 scores, noting they both decreased from last visit.   He is picking at his scalp less. When he took Lexapro at night he found it hard to sleep so he takes it in the morning now.  We discussed how conversely he had felt fatigued on Zoloft. Pt says he was on leave last week and spent the week building a computer and playing video games, which he enjoyed.  He still wonders sometimes 'what;'s the point' and continues to date a young woman even though he is not so interested in her, because he wants to company and she is pursuing him.  He is taking 15 days of leave next month to visit his grandparents in California as they are elderly and he has not seen them in almost twenty years.  He continues to have ongoing abdominal pain and is seeing GI about this. He was diagnosed with irritable bowel syndrome.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea. He likes his job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 406**
AR 2393

**Medical Record**

Merwin, Daniel Dennis         DOB:████ 1985  SSN: ***-**-████   DoD ID: 1286180538         Created: 16 Aug 2017

**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7      Snores: No
Average sleep latency: 0-15min               Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16
24OCT16 phq9= 8 (#9=0); gad7= 12

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                    Yes
Over lifetime, Suicidal Thoughts?                                  Yes
Over lifetime, Suicidal Thoughts with Method?      Yes
Over lifetime, Suicidal Intent?                                       Yes
Over lifetime, Suicide Intent with Specific Plan?     Yes
Over lifetime, Suicide Behavior?                         Yes             Number of events: 3
Most recent Suicidal Thoughts/Behaviors?          1-3 months ago
Suicidal Thoughts Duration?                                     Less than 1 hour
Suicidal Thought Frequency?                                    Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x ] Male                                       [ ] History of family/friend suicide
[ ] Chronic medical conditions      [ x ] Impulsivity
[x ] History of abuse                      [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                       [x ] Active treatment engagement
[ ] Good coping/problem solving skills  [x ] Hopefulness present
[ ] Faith/religion commitment          [ ] Positive future orientation

**Allergies:**nkda

**Medications:** Lexapro 10 mg po daily.

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▨ 1985  SSN: ***-**-▨ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes               Cups/Day Equivalent: 4
Tobacco/e-cigs: none           PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, friendly, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: wnl
Insight:wnl
Impulsivity: none at time of interview

| Merwin, Daniel Dennis | DOB: ▨ 1985  SSN: ***-**-▨ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 408**
AR 2395

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Basic Metabolic Panel | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | | SERUM | 99.8 | mL/min | (60->=60) | |
| GFR Calculated Black | | SERUM | 115.4 <i> | mL/min | (60->=60) | |

| CBC W/Diff | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | | |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) | | |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) | | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | | |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) | | |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) | | |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) | | |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) | | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | | (1.8-7.5) | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | | (1.0-3.1) | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | | (0.2-0.8) | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | | (0.0-0.5) | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | | (0.0-0.4) | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | | SERUM | Negative <i> | | (See-Below) | |

| Treponema pallidum Ab | | Site/Specimen | | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Treponema pallidum Ab | | SERUM | Negative <i> | | (Negative) | |
| Methylmalonic Acid | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng | |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | | |

| HIV-1/O/2 Ab | | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| HIV-1/O/2 Ab | | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Homocysteine    SERUM   8.9 <i>    mcmol/L  (4.0-15.4)

| Comprehensive Metabolic Panel | | | Site/Specimen | | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|---|---|
| Albumin  SERUM | 4.7 | g/dL | (3.5-5.2) | | | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | | | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | | | |
| Bilirubin  SERUM | 0.4 | mg/dL | (0.15-1.2) | | | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | | | |
| Calcium  SERUM | 9.7 | mg/dL | (8.6-10.2) | | | | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | | | |
| Chloride  SERUM | 98 | mmol/L | (98-107) | | | | |
| Creatinine SERUM | 0.96 | mg/dL | (0.7-1.2) | | | | |
| Glucose  SERUM | 89 | mg/dL | (74-106) | | | | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | | | |
| Protein  SERUM | 7.6 | g/dL | (6.6-8.7) | | | | |
| Sodium  SERUM | 141 | mmol/L | (136-145) | | | | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | | | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | | | |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) | | | |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) | | | |

| ETG/ETS, UA (250 Cut-Off) | | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| Drug Abuse Screen | Site/Specimen | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | (Negative) | |
| Benzodiazepines | URINE | NEGATIVE <i> | (Negative) | |
| Cocaine  URINE | NEGATIVE <i> | (Negative) | | |
| Opiates  URINE | NEGATIVE <i> | (Negative) | | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | (Negative) | |
| Cannabinoids | URINE | NEGATIVE <i> | (Negative) | |
| Methadone | URINE | NEGATIVE <i> | (Not-Detected) | |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Unspecified Anxiety Disorder; Alcohol Use Disorder; Trichitillomania
**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[ x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 410**
AR 2397

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will consider pharmacotherapy, psychotherapy
Intervention: increase Lexapro to 20 mg po daily. Counseled pt on risks/benefits and he consented to treatment.  Monitor alcohol use.
Measure:gad7, pcl

Problem #2: safety
Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure:

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good   [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: one month
Referrals:pt has therapy intake with Dr Paul on 18NOV
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile:  **SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)?  **Yes**
Can Service Member perform MOS duties?  **Yes**

**Lab Result** Cited by TOBAR,EDEN @ 28 Sep 2016 2152 EDT

| | | | | |
|---|---|---|---|---|
| **Thyroid Stimulating Hormone** | **Site/Specimen** | **06 Sep 2016 0923** | Units | Ref Rng |
| Thyrotropin | SERUM | 2.500 <i> | mcIU/mL | (0.27-4.2) |
| **Thyroxine Free** | **Site/Specimen** | **06 Sep 2016 0923** | Units | Ref Rng |
| Thyroxine Free | SERUM | 1.28 <i> | ng/dL | (0.93-1.7) |

Follow up: 1 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**A/P** Written by TOBAR,EDEN @ 24 Oct 2016 1255 EDT
**1. Anxiety disorder, unspecified**
    Procedure(s):        -Psych Ther Indiv Approx 45 Min W/ Medical Evaluation & Management x 1
    Medication(s):       -ESCITALOPRAM--PO 20MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY #30 RF3 Ordered
                     By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T


**Disposition** Written by TOBAR,EDEN @ 24 Oct 2016 1256 EDT
**Released w/o Limitations**
**Follow up:** month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Note** Written by TOBAR,EDEN @ 24 Oct 2016 1136 EDT
**Additional A/P Information:**
Discontinued ESCITALOPRAM--PO 5MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY FOR 1 WEEK, THEN INCREASE
TO TWO TABLETS BY MOUTH EVERY DAY IF TOLERATED


**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 24 Oct 2016 1256

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *11 Oct 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C*

Encounter ID:     BETH-26078538     Primary Dx:     Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**     Date: **11 Oct 2016 1145 EDT**     Appt Type: **T-CON***
Treatment Facility: **WALTER REED**     Clinic: **GI CL BE**     Provider: **COPSEY,HELEN C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**     Call Back Phone: ▮

**Reason for Telephone Consult:**Written by COPSEY,HELEN C @ 11 Oct 2016 1145 EDT
Pt email

**Note** Written by COPSEY,HELEN C @ 11 Oct 2016 1146 EDT

| Merwin, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 413**
AR 2400

**Medical Record**

October 11th, 2016

To Whom It May Concern,

PO1 Daniel Merwin (███ 1985) is followed in our clinic for a chronic medical condition that can impact his day to day functioning. Please take this under consideration if/when PO1 Merwin requests reasonable accomodations to his work schedule.

Please feel free to contact me directly with any questions or concerns.

Sincerely,

COPSEY.HELE
N.CHRISTINA.
1393890351

Digitally signed by
COPSEY.HELEN.CHRISTINA.13938903
51
DN: c=US, o=U.S. Government,
ou=DoD, ou=PKI, ou=CONTRACTOR,
cn=COPSEY.HELEN.CHRISTINA.13938
90351
Date: 2016.10.11 11:43:25 -04'00'

Helen Copsey, PA-C
301-400-0552
Helen.C.Copsey.ctr@mail.mil

**A/P** Last Updated by COPSEY,HELEN C @ 11 Oct 2016 1146 EDT
**1. Irritable bowel syndrome with diarrhea**

**Disposition** Last Updated by COPSEY,HELEN C @ 11 Oct 2016 1146 EDT

**Signed By  COPSEY, HELEN C** (PA-C, MSHS, WRAMC- GI Clinic) @ 11 Oct 2016 1146

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

---

## *04 Oct 2016 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C*

Encounter ID:     BETH-26016255     Primary Dx:     Irritable bowel syndrome with diarrhea

Patient: **MERWIN, DANIEL DENNIS**          Date: **04 Oct 2016 1500 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **GI CL BE**          Provider: **COPSEY,HELEN C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
F/U FOR  Helicobacter pylori [H. pylori] as the cause of diseases cla
**Appointment Comments:**
ame.cc

**Vitals**
**Vitals** Written by THOMPSON,DEREK J @ 04 Oct 2016 1454 EDT
 BP: 145/86,    HR: 65,    RR: 18,    T: 98.1 °F,    HT: 69 in,    WT: 158 lbs,    BMI: 23.33,    BSA: 1.869 square meters,
Tobacco Use: No,    Alcohol Use: Yes,
 Pain Scale: 4/10 Moderate,    Pain Scale Comments: abd

**S/O Note** Written by COPSEY,HELEN C. @ 04 Oct 2016 1617 EDT
**Reason for Visit**
    Visit for: Abdominal pain.
**History of present illness**
    The Patient is a 31 year old male.
31 yo M here for abdominal pain. Reports a long history of GI symptoms, dating back to childhood. Symptoms have been more
disruptive over the past few years. Notes generalized sharp abdominal pain about every other day, that peaks prior to defecation
and is relieved after bowel movements. Typically has 1-2 soft-liquid stools per day, infrequently with urgency. Symptoms may be
worse with intake of insoluble fibers. Also worse during physical activity and with increased anxiety/stress. Reports he has never
been formally diagnosed and has not been on treatment for these symptoms. Does consume cheese several times per week, and
splenda on a daily basis.

Of note, patient underwent CT A&P in 2012 for the same abdominal pain, which showed focal colitis at the hepatic flexure with
proximal stool retention. Colonoscopy (McNally) in 2012 showed mild congestion in the sigmoid, but biopsies were unremarkable. A
subsequent MRE was completely normal.

He saw GI earlier this year after he was noted to have a +serum AB to H.pylori. He was treated with triple therapy, and a stool test
confirmed eradication in June.
.
**Allergies**
NKDA.
**Past medical/surgical history**
**Reported:**
    Past medical history
    Anxiety/depression
    .
    Surgical / Procedural: Prior surgery
    Tonsillectomy
    PRK
    .
    Medications: Medication history
    Lexapro

    (I personally reviewed the medication history, allergy history and compliance with medications with this patient)

**Surgical:**
    • Pre-op ASA class 1
**Previous therapy**
    • History of possible limitations and risks do not include complications from anesthesia
**Personal history**

 Tob:  (-)
 Etoh:  (1-2 glasses of wine/ day)
.
**Family history**

---

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

No malignant neoplasm of large intestine
No malignant neoplasm of the gastrointestinal tract.

**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Otolaryngeal:** No mouth sores.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea.
**Gastrointestinal:** No heartburn and no regurgitation.  No early satiety, no nausea, no vomiting, no abdominal swelling, no tenesmus, no melena, no hematochezia, and no nocturnal diarrhea.
**Musculoskeletal:** No arthralgias, new.  No nonspecific pain, swelling, and stiffness.
**Skin:** No rash, new.
**Physical findings**
**Vital Signs:**
    ° Current vital signs reviewed.
**Standard Measurements:**
    ° Patient was not observed to be obese.
**General Appearance:**
    ° Awake.  ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.  ° Patient did not appear uncomfortable.  ° Not
        acutely ill.  ° Not chronically ill.
**Neck:**
    Appearance: ° Of the neck was normal.
**Eyes:**
    General/bilateral:
        Sclera: ° Showed no icterus.
**Oral Cavity:**
    ° Normal OP clear, Mallampati score = 1.
**Chest:**
    ° Visual inspection revealed no abnormalities.
**Lungs:**
    ° Normal CTA B.
**Cardiovascular:**
    ° System: normal RRR, no M or G.
**Abdomen:**
    ° Normal soft, NT/ND, +BS.
**Neurological:**
    ° Level of consciousness was normal.  ° Oriented to time, place, and person.
    Speech: ° Normal.
    Gait And Stance: ° Normal.
**Psychiatric:**
    Mood: ° Euthymic.
    Affect: ° Normal.
    Thought Processes: ° Not impaired.
**Skin:**
    ° General appearance was normal.  ° No jaundice.  ° No skin lesions.
**Therapy**
    • Medical regimen review -- medication reconciliation performed.

**Lab Result** Cited by COPSEY,HELEN C @ 04 Oct 2016 1454 EDT

| Comprehensive Metabolic Panel | Site/Specimen | 16 Feb 2016 1430 |
| --- | --- | --- |
| Aspartate Aminotransferase | SERUM | 20 |

**Helicobacter pylori Ag EIA**

| | | |
| --- | --- | --- |
| Order # | | 160511-04658 (NNMC Bethesda) |
| Filler # | | 160606 NBL 374 (NNMC Bethesda) |
| Status: | | Final |
| Ordering Provider: | | SHAH, NISHA AMISH |
| Priority: | | ROUTINE |
| Date Ordered: | | 11 May 2016 0843 |
| Date Resulted: | | 10 Jun 2016 0857 |
| COLLECT_SAMPLE: | | STOOL |
| Order Comment: | | to be done two weeks after stopping protonix |
| | | |
| BACTERIOLOGY RESULT: | | OBSERVATION: Negative |
| | | |
| Specimen: | | Feces |
| Collected: | | 06 Jun 2016 1312 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538          Created: 16 Aug 2017

Results:

Final report

**Tissue Exam**

Date Collected:                              12 Oct 2012 0001
POC Enc:                                     E4520771
Enc Fac:                                     WRNMMC
Clinician:                                   COX, TIFFANY CANDACE
Status:                                      Certify
Procedure:                                   TISSUE EXAM
Order #:                                     121028-01374
Provider:                                    COX, TIFFANY CANDACE
Ordered Date:                                28 Oct 2012 1038
Priority:                                    ROUTINE
Specimen:                                    TISSUE
Resulted Date:                               28 Oct 2012 1038.1-0500
121018 NSP 23631          Col:    12Oct12          TISSUE(TISSUE)
Hcp:                                         COX,TIFFANY CANDACE      Req Loc: 5 EAST
TISSUE E           C:             RB28Oct12@1038
                                             CoPath Report
Patient:                                     MERWIN,DANIEL DENNIS          Specimen #:  NS12-23631
Accessioned:                                 10/18/12
Pathologist:                                 Ross Barner, COL MC USA
SPECIMEN:

                                             A: ascending colon B: sigmoid colon

=========================================================================-
-==
FINAL DIAGNOSIS:
A. ASCENDING COLON, BIOPSY:
                                             - BENIGN COLONIC MUCOSA WITH LYMPHOID AGGREGATE.

B. SIGMOID COLON, BIOPSY:
                                             - BENIGN COLONIC MUCOSA WITH LYMPHOID AGGREGATES.
                                             Comment: There is no evidence of acute cryptitis, architectural
                                             distortion, or dysplasia.
                                             rxb/10/19/12          **  Report Electronically Signed Out  **
                                             Ross Barner, COL MC USA

=========================================================================-
-==
CLINICAL DIAGNOSIS AND HISTORY:
                                             thickening of ascending colon on ct with no stranding, presented
with
                                             obstructive symptoms, rule out mass vs. inflamm.

PRE-OPERATIVE DIAGNOSIS:
                                             ascending colon thickening

POST-OPERATIVE DIAGNOSIS:
                                             Operative Findings: sigmoid thickening
                                             Post-operative Diagnosis: sigmoid thickening

GROSS DESCRIPTION:
                                             A:  The specimen is received in formalin, labeled with the patient's
name
                                             Merwin, Daniel designated, "Ascending Colon" consists of two tan-
white
                                             irregular soft tissue fragments measuring 0.4 and 0.6 cm in greatest
                                             dimension.  Submitted entirely.  2/1/ng
                                             B:  The specimen is received in formalin, labeled with the patient's
name
                                             Merwin, Daniel designated, "Sigmoid" consists of four tan-white
irregular
                                             soft tissue fragments measuring 0.2 to 0.5 cm in greatestd iemsnion.
                                             Submitted entirely.  4/1/ng   NW/JAP/DVC
                                             HLS/meh

**Lab Result** Cited by COPSEY,HELEN C @ 04 Oct 2016 1454 EDT
**Thyroid Stimulating Hormone**          **Site/Specimen**          **06 Sep 2016 0923**
Thyrotropin                              SERUM                      2.500 <i>

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| CBC W/Diff | Site/Specimen | 22 Jun 2016 1240 |
|---|---|---|
| WBC | BLOOD | 5.6 |
| RBC | BLOOD | 4.86 |
| Hemoglobin | BLOOD | 15.1 |
| Hematocrit | BLOOD | 44.4 |
| MCV | BLOOD | 91.4 |
| MCH | BLOOD | 31.1 |
| MCHC | BLOOD | 34.1 |
| RDW CV | BLOOD | 12.9 |
| Platelets | BLOOD | 272 |
| MPV | BLOOD | 9.0 |
| Neutrophils | BLOOD | 59.4 |
| Lymphocytes | BLOOD | 29.8 |
| Monocytes | BLOOD | 8.9 |
| Eosinophils | BLOOD | 1.5 |
| Basophils | BLOOD | 0.4 |
| ABS Neutrophils | BLOOD | 3.3 |
| ABS Lymphocytes | BLOOD | 1.7 |
| ABS Monocytes | BLOOD | 0.5 |
| ABS Eosinophils | BLOOD | 0.1 |
| ABS Basophils | BLOOD | 0.0 |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED |

| Comprehensive Metabolic Panel | Site/Specimen | 16 Feb 2016 1430 |
|---|---|---|
| Albumin | SERUM | 4.7 |
| Alkaline Phosphatase | SERUM | 53 |
| Alanine Aminotransferase | SERUM | 17 |
| Bilirubin | SERUM | 0.4 |
| Urea Nitrogen | SERUM | 13.8 |
| Calcium | SERUM | 9.7 |
| Carbon Dioxide | SERUM | 29 |
| Chloride | SERUM | 98 |
| Creatinine | SERUM | 0.96 |
| Glucose | SERUM | 89 |
| Potassium | SERUM | 4.4 |
| Protein | SERUM | 7.6 |
| Sodium | SERUM | 141 |
| Anion Gap | SERUM | 14 |
| GFR Calculated Non-Black | SERUM | 105.6 |
| GFR Calculated Black | SERUM | 122.1 <i> |
| Aspartate Aminotransferase | SERUM | 20 |

**Rad Result** Cited by COPSEY,HELEN C @ 04 Oct 2016 1453 EDT

**MERWIN, DANIEL DENNIS   20/███   DoD ID: 1286180538  31yo   ███ 1985   M**
********** MRI, ABD/PEL ENTEROCLYSIS (GI ONLY) **********
POC Enc: #E4520771    POC Fac: WRNMMC
Status: Complete (Amended)

Procedure:              MRI, ABD/PEL ENTEROCLYSIS (GI ONLY)
Event Date:             23-Oct-2012 15:54:00
Exam #:                 12359730
Exam Date/Time:         02-Nov-2012 07:18:00
Transcription Date/Time:     05-Nov-2012 09:56:00
Provider:               COPSEY, HELEN C
Requesting Location:
   GSURG GI APU BE    WRNMMC BETHESDA, MD
Status:                 COMPLETE (Amended)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Amended Result Code:**          **SEE RADIOLOGIST'S REPORT**
Interpreted By:          MOLLURA, JOSEPH G
Supervised By:          MARCIA JAVITT, MD
Approved By:          JAVITT, MARCIA C
Approved Date:          05-Nov-2012 09:48:00
Supervised By:          115455 MARCIA JAVITT, MD
Supervised By Date:          05-Nov-2012 09:48:00
Amended Report Text:

   ADDITIONAL HISTORY: CT examination with right-sided colonic thickening and equalization of small bowel.  Recent colonoscopy and without lesion the terminal ileum a concern stenosis or inflammation of the distal ileum.

TECHNIQUE: Standard MR enterocleisis protocol; Three plane localizer, coronal FIESTA, axial T2 SS FSE, axial and coronal T2 SS FSE, axial and coronal FIESTA fat sat, axial SPGR in and out of phase, axial and coronal LAVA pre-and postcontrast MRI of the abdomen.

COMPARISONS: CT abdomen/pelvis 10/11/12

FINDINGS:

Bowel loops are adequately distended without focal stenosis, stricturing, or luminal narrowing.  There is normal bowel peristalsis and motion observed on the cinematic images.  Minimal mural thickening of the mid jejunum observed at the left upper quadrant without corresponding abnormal mucosal enhancement, stricturing or stenosis.

The liver and gallbladder are normal without intra-or extrahepatic biliary ductal dilatation.  The spleen, pancreas, adrenals, and kidneys are normal.

No intra-abdominal mass or fluid collection.  No enlarged abdominal or pelvic lymph nodes.

Osseous marrow signal is nonpathologic.

IMPRESSION:

No abnormal areas of enhancement or mural thickening within the gastrointestinal system, specifically evidence of active inflammation at the site of previously observed colitis on CT examination 10/11/12.  Correlate with patient's symptomatology.

_____

Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 11/05/12 Time:09:20

_____

Electronically signed by:Dr. Marcia Javitt Date: 11/05/12 Time:09:48

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**MERWIN, DANIEL DENNIS   20/    DoD ID: 1286180538   31yo    1985   M**
********** CT, ABDOMEN / PELVIS WITH (PG) **********
POC Enc: #E4520771   POC Fac: WRNMMC
Status: Complete (Amended)

Procedure:              CT, ABDOMEN / PELVIS WITH (PG)
Event Date:             11-Oct-2012 01:30:00
Exam #:                 12343907
Exam Date/Time:         11-Oct-2012 00:30:00
Transcription Date/Time:   12-Oct-2012 07:00:00
Provider:               HARDWARE, LESLIE
Requesting Location:
  EMERGENCY RM BE    WRNMMC BETHESDA, MD
Status:                 COMPLETE (Amended)


**Amended Result Code:       SEE RADIOLOGIST'S REPORT**
Interpreted By:         MOLLURA, JOSEPH G
Supervised By:          BERNARD, JACQUELINE, MD, CDR, USN
Approved By:            BERNARD, JACQUELINE M
Approved Date:          11-Oct-2012 08:16:00
Supervised By:          BERNARD, JACQUELINE, MD, CDR, USN
Supervised By Date:     11-Oct-2012 08:16:00
Amended Report Text:
  ADDITIONAL HISTORY: Abdominal pain.

  TECHNIQUE: CT of the abdomen and pelvis was performed under standard
  abdomen/pelvis CT protocol with 5 mm axial helically acquired images obtained
  from the level of the diaphragm to the level of the pubic symphysis after the
  intravenous administration of 110 mL Isovue 370 and oral contrast.  Coronal and
  sagittal reformatted images were also obtained.

  COMPARISONS: Acute abdominal series 10/10/12.

  FINDINGS:

  Lung bases are clear.

  Liver parenchyma and vasculature is unremarkable.  Normal biliary tree without
  intra-or extrahepatic biliary ductal dilatation.  Pancreas, spleen, adrenals,
  and kidneys are normal.  No identifiable ureteral abnormalities.  Fluid-filled
  urinary bladder is unremarkable.

  Enteric contrast visualized to the level of the mid ileum.  Stomach is normal.
  There is fecal material and air noted within the distal ileum extending to a
  mildly distended stool filled cecum.  The appendix is identified and is normal.
  There is a focal area of vascular prominence involving the mesentery at the
  level of the hepatic flexure.  The colon wall at this level appears mildly
  thickened but otherwise decompressed.  The colon distal to the hepatic flexure
  is decompressed and normal in appearance.

  Shotty subcentimeter mesenteric lymph nodes about the upper abdomen. No
  intra-abdominal mass or fluid collection.  Vascular structures are normal in
  configuration.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Pelvic organs are unremarkable.  No free pelvic fluid.  No pelvic or inguinal lymphadenopathy.

Soft tissues, muscles, and osseous structures are unremarkable.

IMPRESSION:

Focal colitis at the level of the hepatic flexure with proximal stool retention and fecalization of small bowel.  Findings are nonspecific and may be representative of an acute infection or inflammatory etiology such as Crohn's disease.  Clinical correlation is recommended.

Note: Findings above were discussed with Dr.  Hardware, via telephone at 0450 hours on 10/11/12. _____

Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 10/11/12 Time:07:22

_____

Electronically signed by:Dr. Jacqueline M Bernard Date: 10/11/12 Time:08:16

A/P Written by COPSEY,HELEN C @ 04 Oct 2016 1623 EDT
**1. Irritable bowel syndrome with diarrhea**: Clinical history is consistent with IBS-D. This diagnosis was discussed with the patient in detail and all questions were answered. Goals of management were reviewed including options such as natural interventions/ dietary change/ stress management, all the way to low dose TCA therapy. He v/u and opts to proceed as detailed below.

PLAN:
1. Celiac panel.
2. Strict dairy free trial x 2 weeks.
3. Stop Splenda.
4. Pending progress, consider 2 week course of Xifaxan.
5. F/u with me directly via phone/email/relay health with updates.

**Disposition** Written by COPSEY,HELEN C @ 04 Oct 2016 1623 EDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 45 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  COPSEY, HELEN C** (PA-C, MSHS, WRAMC- GI Clinic) @ 04 Oct 2016 1623

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*28 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:    BETH-25944739    Primary Dx:    Anxiety disorder, unspecified

Patient: **MERWIN, DANIEL DENNIS**          Date: **28 Sep 2016 0930 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 28 Sep 2016 1003 EDT

                                                                    **Allergies**
                                                                    •OTHER: Unknown (SEE MED RECORD)

**Vitals**
**Vitals** Written by HAWKINS,DEREKSHEA J @ 28 Sep 2016 0923 EDT
 BP: 139/91, HR: 74, RR: 16, T: 97.6 °F, Pain Scale: 3/10 Mild, Pain Scale Comments: intestinal pain

**Appointment Comments:**
djs

**Vitals**
**Vitals** Written by HAWKINS,DEREKSHEA J @ 28 Sep 2016 0923 EDT
 BP: 139/91,   HR: 74,   RR: 16,   T: 97.6 °F,   Pain Scale: 3/10 Mild,   Pain Scale Comments: intestinal pain

**Note** Written by TOBAR,EDEN @ 28 Sep 2016 2152 EDT
**Followup Note**

Patient: Daniel Merwin        Gender:   M
DOB: ████ 1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment #2
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy        Rank:        MOS: CTN        TIS: 11 yrs
UIC:        Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No    # Deployments: 1    Months Deployed: 36
WTU: No        MEB: No        AdmSep: No
Special Clearance: Yes        Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes        Work Colleague Problems: No
Anger Problems: Yes        Spouse/Sig Other Problems: No
Legal Problems: No        Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**

**Medical Record**

| Merwin, Daniel Dennis | DOB: ___ 1985 SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Overall health reported as: Good
Pain Level (0-10): 0                          Currently treated: not answered
Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No

**History of Present Illness:**
Pt presents for his first follow-up with this provider.  At our last meeting we discussed another trial of SSRI for mood and anxiety as he didn't tolerate Zoloft previously; he wanted to think about it.  Today he states he continues to feel guilt about how he functions in interpersonal relationships which leads him to feel suicidal.  He continues to feel mood lability in the mornings.  He is drinking around two glasses of wine per night.  He last felt suicidal about two days ago without intent or plan.  He continues to have ongoing abdominal pain and is seeing GI about this.

**History of Present Illness:**
Pt presents to establish care with new psychiatrist.  Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his job with NIOC but but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400.  Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this. He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life. The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.

**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** - PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely

| Merwin, Daniel Dennis | DOB: ___ 1985 SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 423**
AR 2410

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7     Snores: No
Average sleep latency: 0-15min               Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):

**TBI/CONCUSSION SCREEN:** Negative Screen

**Rating scales:**
28SEP16 phq9= 11 (#9=1); gad7= 16

**Risk Assessment:**
C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.
Over lifetime, Wish to be Dead?                                              Yes
Over lifetime, Suicidal Thoughts?                                           Yes
Over lifetime, Suicidal Thoughts with Method?          Yes
Over lifetime, Suicidal Intent?                                              Yes
Over lifetime, Suicide Intent with Specific Plan?      Yes
Over lifetime, Suicide Behavior?                            Yes          Number of events: 3
Most recent Suicidal Thoughts/Behaviors?                   1-3 months ago
Suicidal Thoughts Duration?                                           Less than 1 hour
Suicidal Thought Frequency?                                          Less than once a week

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)
[x  ] Male                                    [ ] History of family/friend suicide
[ ] Chronic medical conditions           [ x ] Impulsivity
[x  ] History of abuse                       [ ] Chronic pain
**PROTECTIVE FACTORS (Strengths):**
[ ] Married, children                       [x  ] Active treatment engagement
[ ] Good coping/problem solving skills    [x ] Hopefulness present
[ ] Faith/religion commitment             [ ] Positive future orientation

**Allergies:**nkda

**Medications:** Patient denies taking medications/OTC meds/supplements.

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
        Neurotic excoriation (scalp picking when anxious)
        Asthma during childhood
        Allergic response to pets
        Recurrent intestinal pain (possibly lactose intolerance)
        PRK (2011)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Patient denies significant nutrition concerns.

**Substance Use:**
Caffeine Use: Yes                Cups/Day Equivalent: 4
Tobacco/e-cigs: none             PPD Equivalent:
Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**
Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, friendly, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:normal tone and kinetics
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: wnl
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Basic Metabolic Panel | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Chloride | SERUM | 98 | mmol/L | (98-107) | | | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | | | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | | | |
| Potassium | | SERUM | 4.5 | mmol/L | (3.5-5.1) | | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | | | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | | | |
| Anion Gap | | SERUM | 13 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | | SERUM | 99.8 | mL/min | (60->=60) | | |
| GFR Calculated Black | | SERUM | 115.4 <i> | mL/min | (60->=60) | | |

| CBC W/Diff | | | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng | |
|---|---|---|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) | | | |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) | | | |
| Hemoglobin | | BLOOD | 15.1 | g/dL | (12.8-17.7) | | |
| Hematocrit | | BLOOD | 44.4 | % | (37.5-50.9) | | |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) | | | |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) | | | |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) | | | |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) | | | |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) | | | |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) | | | |
| Neutrophils | | BLOOD | 59.4 | % | (40.7-76.4) | | |
| Lymphocytes | | BLOOD | 29.8 | % | (15.9-47.8) | | |
| Monocytes | | BLOOD | 8.9 | % | (4.5-11.8) | | |
| Eosinophils | | BLOOD | 1.5 | % | (0.3-7.1) | | |
| Basophils | BLOOD | 0.4 | % | (0.2-1.2) | | | |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) | | | |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) | | | |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) | | | |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) | | | |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) | | | |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | | | | |

| Lyme Disease Ab Total Screen | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | (See-Below) | | |

| Treponema pallidum Ab | | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | (Negative) | | |
| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng | |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 | |

| HIV-1/O/2 Ab | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) | |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ███    1985  SSN: ***-**-███    DoD ID: 1286180538      Created: 16 Aug 2017

| | | | | |
|---|---|---|---|---|
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) |
| Chloride | SERUM | 98 | mmol/L | (98-107) |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) |
| Glucose | SERUM | 89 | mg/dL | (74-106) |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) |
| Sodium | SERUM | 141 | mmol/L | (136-145) |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

| ETG/ETS, UA (250 Cut-Off) | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 | |

| Drug Abuse Screen | Site/Specimen | | 02 Feb 2016 1406 | Units | Ref Rng |
|---|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) | |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) | |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) | |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) | |
| Opiates | URINE | NEGATIVE <i> | | (Negative) | |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) | |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) | |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) | |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) | |

**Assessment:**

Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:

Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Unspecified Anxiety Disorder, r/o PTSD; Alcohol Use Disorder; r/o Trichitillomania
**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:  [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1:anxiety, depressed mood
Goal:pt will experience decrease in anxiety and improvement in mood
Objective: pt will consider pharmacotherapy, psychotherapy

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Intervention: Start Lexapro 5 mg po daily x 1 week, then increase to 10 mg po daily. Counseled pt on risks/benefits and he consented to treatment.  Monitor alcohol use.
Measure: gad7, pcl

Problem #2: safety
Goal: pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure:

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [ x] verbal agreement to the treatment plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects, and alternatives of below medication plan with patient who stated understanding and agreement with plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent     [ ] Good   [ ] Fair   [ ] Guarded   [ ] Poor
Follow-up: two weeks with this provider
Referrals: referred  to therapist
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile:  **SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)?  **Yes**
Can Service Member perform MOS duties?  **Yes**

**Lab Result** Cited by TOBAR,EDEN @ 28 Sep 2016 2152 EDT

| **Thyroid Stimulating Hormone** | **Site/Specimen** | **06 Sep 2016 0923** | **Units** | **Ref Rng** |
|---|---|---|---|---|
| Thyrotropin | SERUM | 2.500 <i> | mcIU/mL | (0.27-4.2) |

| **Thyroxine Free** | **Site/Specimen** | **06 Sep 2016 0923** | **Units** | **Ref Rng** |
|---|---|---|---|---|
| Thyroxine Free | SERUM | 1.28 <i> | ng/dL | (0.93-1.7) |

**A/P** Written by TOBAR,EDEN @ 28 Sep 2016 2153 EDT
**1. Anxiety disorder, unspecified**

|  | |
|---|---|
| Procedure(s): | -Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1 |
| Medication(s): | -ESCITALOPRAM--PO 5MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY FOR 1 WEEK, THEN INCREASE TO TWO TABLETS BY MOUTH EVERY DAY IF TO #60 RF1 Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T |

**Disposition** Written by TOBAR,EDEN @ 28 Sep 2016 2154 EDT
**Released w/o Limitations**
**Follow up:** 1 month(s) or sooner if there are problems.

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 428**
AR 2415

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538     Created: 16 Aug 2017 |

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 28 Sep 2016 2154

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *08 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:     BETH-25742054      Primary Dx:          Anxiety disorder, unspecified

Patient: **MERWIN, DANIEL DENNIS**       Date: **08 Sep 2016 1517 EDT**       Appt Type: **FTR**
Treatment Facility: **WALTER REED**       Clinic: **PSYCHIATRY BE**       Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

---

**AutoCites** Refreshed by TOBAR,EDEN @ 09 Sep 2016 0839 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
No Vitals Found.

**Reason for Appointment:**Written by TOBAR,EDEN @ 08 Sep 2016 1517 EDT
prolonged non face-to-face services

**S/O Note** Written by TOBAR,EDEN T @ 09 Sep 2016 0842 EDT
**History of present illness**
      The Patient is a 31 year old male.
      He reported: Encounter Background Information: Reviewed pt's previous medical records in AHLTA and HAIMS to assist with
diagnostic clarification and for treatment planning.

**A/P** Written by TOBAR,EDEN @ 09 Sep 2016 0843 EDT
**1. Anxiety disorder, unspecified**

**Disposition** Written by TOBAR,EDEN @ 09 Sep 2016 0844 EDT
**Released w/o Limitations**

---

**Signed By  TOBAR, EDEN** (Physician/Workstation) @ 09 Sep 2016 0844

---

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 430**
AR 2417

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

*06 Sep 2016 at WRNMMC, Psychiatry Be by TOBAR, EDEN*

Encounter ID:  BETH-25701481    Primary Dx:    Anxiety disorder, unspecified

Patient: **MERWIN, DANIEL DENNIS**    Date: **06 Sep 2016 0800 EDT**    Appt Type: **SPEC**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **TOBAR,EDEN T**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TOBAR,EDEN @ 06 Sep 2016 0905 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Vitals**
No Vitals Found.

**Reason for Appointment:**
Spec
**Appointment Comments:**
ssb

**Note** Written by TOBAR,EDEN @ 08 Sep 2016 1443 EDT

**Intake Note**

Patient: Daniel Merwin        Gender:   M
DOB: ▮▮▮ 1985    Patient DODID: 1286180538

Limits of Confidentiality reviewed with Patient, Patient verbally acknowledged understanding, and
signature was obtained.
Appointment type: [ x ] Initial evaluation  [ ] Command-Directed  [ ] Special Duty Screen  [ ]
Administrative evaluation
Referral by: I decided on my own to come to the clinic

**Identifying data:** Patient is an unmarried 31 y/o white Active Duty  male
**Military Data:**
Branch: Navy        Rank:        MOS: CTN        TIS: 11 yrs
UIC:        Commander: NIOC Maryland   Unit Phone: 3016770217
Deployment Related? No    # Deployments: 1   Months Deployed: 36
WTU: No        MEB: No        AdmSep: No
Special Clearance: Yes        Current PULHES: UNK

**CC/Background:** The patient reports the following problems/difficulties: previous documented and
undocument issues. anxiety, stress, bpd traits and reactive attachment disorder

Patient reports the following additional issues:
Work Performance Issues: Yes        Work Colleague Problems: No
Anger Problems: Yes        Spouse/Sig Other Problems: No
Legal Problems: No        Financial Problems: Yes
Overall level of difficulty in work, home, social functioning: Very difficult

**Behavioral Health Vitals (patient reported):**
Overall health reported as: Good
Pain Level (0-10): 0        Currently treated: not answered

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Suicidal Ideation Risk - C-SSRS score: 5 Past/Prep Behavior: Yes
# past attempts: 3 (as of 09/06/2016)
Harm Others Risk over next week as of 9/6/2016 - None          Active Plan: N/A
Patient with access to weapons: No


**History of Present Illness:**
Pt presents to establish care with new psychiatrist. Pt completed BHDP after appt. He was previously seen by Dr Zembruzska, most recently in Nov 2015, for medication management of Generalized anxiety disorder, at which time he wanted help tapering off of Zoloft as he felt excessively sleepy on it. Pt returns to treatment today because he has been experiencing increased stress and mood swings.  He also states he was diagnosed with Reactive Attachment Disorder and Borderline Personality Traits while in dual diagnosis treatment in Ft Belvoir and wants this documented in his record as he believes he has these diagnoses and doesn't think they made it into his record. Regarding anxiety, pt states he finds in the morning on his way to work he experiences physical tension, increased heart rate, nausea.  He likes his job with NIOC but finds it stressful juggling his collateral duties.  He has also been picking at his crown since 2008 so that he has a half-dollar size patch of no hair where he has picked it out.  He reports struggling with irritability and says when he was stationed on a ship he often felt angry due to being in close proximity to other people , and got into three fights and broke his hand while on the ship.  He is concerned about being like his father, whom he states was often angry and physically disciplined pt when he was growing up so that he had bruises at times.  He doesn't like being touched.  He finds when he dates someone he experiences no empathy for them, or becomes easily irritable.  He states he has been dating someone for three months and would like to break up with them.  He has poor sleep maintenance, often waking up between 0200-0400. Nevertheless, he states he 'loves sleeping.'  He doesn't recall dreaming.  He enjoys painting, making bread, and cooking.  He also loves programming and says he can say up for days working on this as he has a side business doing this.  He admits to $36,000 in credit card debt which he says is due to buying his stepbrother a car as well as furniture for his home. Pt says he owns a home in Florida that he could sell to pay this off. His appetite is normal. He has trouble focusing at work.  He feels guilty when he gets angry. He has had suicidal thoughts throughout his life.  The last time this happened was three-four weeks ago, when he had thoughts about jumping off of a roof related to juggling multiple work responsibilities.


**Psychiatric ROS:**
Service Member reports the following self-reported items on screening AFTER appointment:
**General Distress** - BASIS-24: 2.19 - Moderate to High level of general distress reported
**Depression** – PHQ2: 2 - Depressive Syndrome Unlikely
PHQ9: 13 - Minor depressive symptoms reported. Evaluation indicated.
Thoughts that you would be better off dead, or of hurting yourself in some way
Few or several days
**Anxiety** - GAD 2: 5 - Anxiety Syndrome Possible, see GAD7
GAD 7: 15 - Moderate anxiety symptoms reported. Evaluation indicated.
**PTSD** - 4QPTSD: 3 - PTSD possible, see PCL.  Evaluation indicated
PCL-5: 37 - Some PTSD symptoms reported
**ALCOHOL** - AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT
AUDIT: 13 - Harmful or Hazardous Alcohol Consumption likely
**RELATIONSHIP ISSUES** - CSI - Pt reports no significant other - no score
**SLEEP ISSUES:**
Average hours of sleep per night: 6-7    Snores: No
Average sleep latency: 0-15min          Daytime Somnolence: Yes
**OTHER** - BAM: Risk/Protection/Use (subscales):


**TBI/CONCUSSION SCREEN:** Negative Screen


Clinician notes for ROS:

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 432**
AR 2419

**Medical Record**

**Risk Assessment:**

C-SSRS Baseline (9/6/2016): 5 - Lifetime thoughts of suicide with plan or actual behavior endorsed.

| | | |
|---|---|---|
| Over lifetime, Wish to be Dead? | | Yes |
| Over lifetime, Suicidal Thoughts? | | Yes |
| Over lifetime, Suicidal Thoughts with Method? | Yes | |
| Over lifetime, Suicidal Intent? | | Yes |
| Over lifetime, Suicide Intent with Specific Plan? | Yes | |
| Over lifetime, Suicide Behavior? | Yes | Number of events: 3 |
| Most recent Suicidal Thoughts/Behaviors? | | 1-3 months ago |
| Suicidal Thoughts Duration? | | Less than 1 hour |
| Suicidal Thought Frequency? | | Less than once a week |

C-SSRS Current: not taken

**RISK FACTORS (Weaknesses):** (also see patient reported issues above in vitals)

| | |
|---|---|
| [x  ] Male | [ ] History of family/friend suicide |
| [ ] Chronic medical conditions | [ x ] Impulsivity |
| [x  ] History of abuse | [ ] Chronic pain |

**PROTECTIVE FACTORS (Strengths):**

| | |
|---|---|
| [ ] Married, children | [x  ] Active treatment engagement |
| [ ] Good coping/problem solving skills | [x  ] Hopefulness present |
| [ ] Faith/religion commitment | [ ] Positive future orientation |

**Allergies:** nkda

**Medications:** Patient denies taking medications/OTC meds/supplements.

**Past Behavioral Health History:**
Past counseling/therapy: Yes, saw Ms Nilsen previously, didn't find it helpful.
Past Meds for Behavioral Health reasons: Yes, Zoloft 50 mg, felt tired and 'tranquilized' on it.
Past Behavioral Health hospitalizations: Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
Past problems treated: Confirmed from Dr Z's note that "Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior."

**Family Behavioral Health History:**
Grandmother and sister have bipolar disorder. Says sister is frequently hospitalized and uses drugs. Lost custody of her children. Thinks grandmother and other sister are on Wellbutrin.

Medical History: as per Dr Z's notes: Penile warts (HPV)
        Neurotic excoriation (scalp picking when anxious)
        Asthma during childhood
        Allergic response to pets
        Recurrent intestinal pain (possibly lactose intolerance)
        PRK (2011)

Patient denies significant nutrition concerns.

**Substance Use:**

| | |
|---|---|
| Caffeine Use: Yes | Cups/Day Equivalent: 4 |
| Tobacco/e-cigs: none | PPD Equivalent: |

Alcohol: AUDIT-C: 6 - Hazardous drinking possible, see full AUDIT.  States he drinks two glasses of wine per night Friday-Sunday. Cut back two months ago.  Denies drinking alcohol during the week.
Illicit drug use: denied

**Developmental/Social History:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Patient was primarily raised by Biological parents and that childhood was generally Poor. Parents were divorced or separated when patient was 3 yrs old.
Patient admits ever being physically, sexually or emotionally abused.  Pt believes he was molested by his 'uncle's son" when pt was between the age of five and ten. Uncle's son was in his teens. Pt can't remember exactly; started having this memory while at Ft Belvoir. Doesn't know where uncle's son is now.
Highest level of education achieved is: High School graduate.
Patient is currently single and currently lives with Roommate. Housing is currently Off-Post.
Patient reports religion, faith or spirituality DO NOT play an important role in life.
Social support reported as satisfactory.
Patient reports the following history of legal issues: Drug/Alcohol Issues.

**Past Family/Medical History:**
Family Medical Illnesses: Diabetes, Heart Disease or Stroke, High Blood Pressure
Family Behavioral Health Illnesses: Depression, Anxiety Problems, Bipolar Disorder (Manic Depressive)
Family Substance Use History: Alcohol, Prescription Drugs, Street Drugs

**Learning / Needs Assessment:**
Community Resources Used: None
Patient denies treatment team needs to be aware of specific ethnic/cultural issues.
Learns best by: Pictures. Learning is adversely affected by: None.
Patient would not like family members involved in care.
Patient would like the following information at this appointment: Diagnosis, Medications, Follow-up Care

**Mental Status Exam:**
Appearance: Neatly groomed in uniform.
Behavior/Orientation: Polite, friendly, and cooperative.
Abnormal Movements:normal gait. No abnormal movements apparent.
Rapport:easy to establish
Speech:mildly pressured
Mood:mildly anxious
Affect:full
Thought Process: circumstantial
Thought Content: no current SI/HI/AVH
Judgment: wnl
Insight:wnl
Impulsivity: none at time of interview
Cognition:grossly intact
Fund of Knowledge:wnl

Lab/Imaging/Other Objective Data

| Basic Metabolic Panel | | Site/Specimen | | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Urea Nitrogen | SERUM | 14.8 | mg/dL | (6-20) | | |
| Carbon Dioxide | SERUM | 28 | mmol/L | (22-29) | | |
| Chloride | SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine | SERUM | 1.00 | mg/dL | (0.7-1.2) | | |
| Glucose | SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.5 | mmol/L | (3.5-5.1) | | |
| Sodium | SERUM | 139 | mmol/L | (136-145) | | |
| Calcium | SERUM | 10.1 | mg/dL | (8.6-10.2) | | |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) | | |
| GFR Calculated Non-Black | SERUM | 99.8 | mL/min | (60->=60) | | |
| GFR Calculated Black | SERUM | 115.4 <i> | mL/min | (60->=60) | | |

| CBC W/Diff | Site/Specimen | 22 Jun 2016 1240 | Units | Ref Rng |
|---|---|---|---|---|

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 434
AR 2421

**Medical Record**

Merwin, Daniel Dennis        DOB: ████  1985  SSN: ***-**-████  DoD ID: 1286180538        Created: 16 Aug 2017

| | | | | |
|---|---|---|---|---|
| WBC | BLOOD | 5.6 | x10(3)/mcL | (3.6-10.6) |
| RBC | BLOOD | 4.86 | x10(6)/mcL | (4.21-5.92) |
| Hemoglobin | BLOOD | 15.1 | g/dL | (12.8-17.7) |
| Hematocrit | BLOOD | 44.4 | % | (37.5-50.9) |
| MCV | BLOOD | 91.4 | fL | (79.5-96.8) |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) |
| MCHC | BLOOD | 34.1 | g/dL | (32.6-35.0) |
| RDW CV | BLOOD | 12.9 | % | (12.0-16.2) |
| Platelets | BLOOD | 272 | x10(3)/mcL | (162-427) |
| MPV | BLOOD | 9.0 | fL | (7.0-10.9) |
| Neutrophils | BLOOD | 59.4 | % | (40.7-76.4) |
| Lymphocytes | BLOOD | 29.8 | % | (15.9-47.8) |
| Monocytes | BLOOD | 8.9 | % | (4.5-11.8) |
| Eosinophils | BLOOD | 1.5 | % | (0.3-7.1) |
| Basophils BLOOD | | 0.4 | % | (0.2-1.2) |
| ABS Neutrophils | BLOOD | 3.3 | x10(3)/mcL | (1.8-7.5) |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED | | |

| Lyme Disease Ab Total Screen | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> | (See-Below) | |

| Treponema pallidum Ab | Site/Specimen | 11 Apr 2016 1043 | Units | Ref Rng |
|---|---|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> | (Negative) | |
| Methylmalonic Acid | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 |

| HIV-1/O/2 Ab | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

| Vitamin B12 (Cyanocobalamin) | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) | |

| Homocysteine | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) |

| Comprehensive Metabolic Panel | | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin SERUM | 4.7 | g/dL | (3.5-5.2) | | |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) | |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) | |
| Bilirubin SERUM | 0.4 | mg/dL | (0.15-1.2) | | |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) | |
| Calcium SERUM | 9.7 | mg/dL | (8.6-10.2) | | |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) | |
| Chloride SERUM | 98 | mmol/L | (98-107) | | |
| Creatinine SERUM | 0.96 | mg/dL | (0.7-1.2) | | |
| Glucose SERUM | 89 | mg/dL | (74-106) | | |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) | |
| Protein SERUM | 7.6 | g/dL | (6.6-8.7) | | |
| Sodium SERUM | 141 | mmol/L | (136-145) | | |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) | |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ████ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 16 Aug 2017

GFR Calculated Black        SERUM   122.1 <i> mL/min    (60->=60)
Aspartate Aminotransferase  SERUM   20        U/L        (0-40)

ETG/ETS, UA (250 Cut-Off)   Site/Specimen      02 Feb 2016 1406   Units      Ref Rng
Ethyl Glucuronide           URINE   Negative <i>       ng/mL     Cutoff=250

Drug Abuse Screen Site/Specimen      02 Feb 2016 1406   Units      Ref Rng
Amphetamines       URINE    NEGATIVE <i>                (Negative)
Barbiturates       URINE    NEGATIVE <i>                (Negative)
Benzodiazepines    URINE    NEGATIVE <i>                (Negative)
Cocaine    URINE   NEGATIVE <i>            (Negative)
Opiates    URINE   NEGATIVE <i>            (Negative)
Phencyclidine, UA  URINE    NEGATIVE <i>                (Negative)
Cannabinoids       URINE    NEGATIVE <i>                (Negative)
Methadone          URINE    NEGATIVE <i>                (Not-Detected)
Oxycodone          URINE    NEGATIVE <i>       ng/mL    (Negative)

**Assessment:**
Safety Risk: This provider considered all of the risk/protective factors, both acute/chronic for harm to self or others and has determined the following overall risk level:
Harm to Self: [ ] Not Elevated   [ x ] Low   [ x ] Intermediate   [ ] High
Harm to Others: [ ] Not Elevated   [x ] Low   [ ] Intermediate   [ ] High


**Diagnosis:**
Unspecified Anxiety Disorder, r/o PTSD; Alcohol Use Disorder; r/o Trichitillomania
**PLAN:**
Patient was educated about and stated understanding of the diagnosis. Patient collaborated on and agreed to the following treatment plan:

Setting: [ x ] Outpatient   [ ] Inpatient   [ ] IOP   [ ] Other:_____

Labs:   [ ] CBC   [ ] LFTs   [ x ] TSH   [ ] Chem 8   [ ] Lipids
[ ] Fasting Glucose   [ ] HCG   [ ] UDS   [ ] Vit B12   [ ] _____

Safety Plan:
[x ] Patient released without limitations, verbally commits to plan below and current safety to self/others.
[ ] Patient released to Chain of Command with the following limitations: _____

Patient is **NOT** deemed an imminent threat to self or others. Patient was instructed in how to seek emergency care if safety issues arise, including dangerous reactions to medications.

Problem #1: diagnostic clarification
Goal: clarify diagnosis
Objective:pt will return for follow-up
Intervention:serial evaluations, chart review, lab evaluation
Measure:pt self-report, rating scales

Problem #2:anxiety
Goal:pt will experience decrease in anxiety
Objective: pt will consider pharmacotherapy, psychotherapy
Intervention: discussed considering alternative SSRI to Zoloft which he didn't tolerate.  Will further discuss pharmacotherapy at next visit after eliciting further history.  Monitor alcohol use.
Measure:gad7, pcl

Problem #3: safety

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

Goal:pt will refrain from acts of self-harm
Objective: pt will refrain from acts of self-harm
Intervention: pt agrees to call 911, return to clinic, or go to ED if he becomes actively suicidal with plan.
Measure:

Therapy Type:
Not Set
Planned Frequency: None
Patient's capacity to participate in and benefit from therapy is evidenced by:
 [ ] good insight/judgment, [ x ] a desire to resolve their disorder, [  x] verbal agreement to the treatment
plan

Medication:  Medication reconciliation completed. Reviewed risks, benefits, major/common side effects,
and alternatives of below medication plan with patient who stated understanding and agreement with
plan.  Patient told to abstain from ETOH, drugs of abuse, and OTC remedies.  If experiencing sedative
effects from meds, patient told not to drive or operate vehicles, including heavy machinery.

Prognosis: [ ] Excellent    [ ] Good   [ ] Fair  [ ] Guarded   [ ] Poor
Follow-up: two weeks with this provider
Referrals:refer to therapist at next visit.
Occupational:
1. The Command **WAS NOT** directly notified of the current condition of the patient.
2. Patient **HAS NOT** granted permission to discuss HIPAA-protected information to the Command.
3. A new/revised profile **HAS NOT** been written for patient by this writer today.

Profile:  **SM has no duty restrictions necessitating a profile.**  Patient meets the retention standards of
Chap 3, AR 40-501 and AR 635-200 for fitness and suitability for continued service. Patient remains
world-wide qualified and cleared for any TDY or deployments.  No alterations to duty status or security
clearance recommended at this time.

Is Service Member able to have access to sensitive information (to the level of current clearance)?  **Yes**
Can Service Member perform MOS duties?  **Yes**

A/P Last Updated by TOBAR,EDEN @ 08 Sep 2016 1428 EDT
**1. Anxiety disorder, unspecified**
    Procedure(s):      -Psych Ther Indiv Approx 60 Min W/ Medical Evaluation & Management x 1
    Laboratory(ies):    -T4 FREE (Routine) Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T; THYROTROPIN
                     (Routine) Ordered By: TOBAR,EDEN Ordering Provider: TOBAR, EDEN T

Disposition Last Updated by TOBAR,EDEN @ 08 Sep 2016 1431 EDT
**Released w/o Limitations**
**Follow up:** 2 week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Signed By  **TOBAR, EDEN** (Physician/Workstation) @ 08 Sep 2016 1444

**CHANGE HISTORY**
*The following Signature(s) No Longer Applies because this Encounter was Opened for Amendment by TOBAR,EDEN @ 08 Sep 2016 1442 EDT:*
**Signed TOBAR, EDEN T** (Physician/Workstation) @ 08 Sep 2016 1432

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*25 Aug 2016 at WRNMMC, Integrative Hlth & Well BE by JARRETT, ERICA M*

Encounter ID:     BETH-25603142     Primary Dx:     Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**          Date: **25 Aug 2016 1000 EDT**          Appt Type: **SPEC**
Treatment Facility: **WALTER REED**          Clinic: **INTEGRATIVE HLTH & WELL BE**   Provider: **JARRETT,ERICA M.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
counseling
**Appointment Comments:**
SKJ

**S/O Note** Written by HICKEY,LINDSEY S @ 25 Aug 2016 1715 EDT
**Chief complaint**
The Chief Complaint is: Anxiety.
**History of present illness**
     The Patient is a 31 year old male.
This is the initial visit to the IBHC clinic.
Source of information was self.
- Pt was given IBHC brochure describing the behavioral health program. Discussed with patient model
of service to include the limits of confidentiality (i.e. abuse reporting, suicide intervention, etc.) and
short-term intervention focused approach
- Pt indicated understanding.
Patient was seen for 30 minute IBHC appointment.
Patient was seen by a trainee under the supervision of a licensed mental health professional.  Patient indicated an understanding of
this.
....
     Feeling tired (fatigue).
     Decreased appetite.
     Decreased concentrating ability.
     Sleep disturbances, loss of pleasure, and frequent thoughts of death /morbid ideation.
     Previous history of visit is not deployment-related.
 Pain Severity  0  / 10.
<<Note accomplished in TSWF-IBHC Anxiety tab>>

Description of Symptoms: Extreme mood swings with depression and anxiety, irritability, concentration problems, poor sleep,
fatigue, racing heart and muscle, trouble relaxing, and worrying. PT reported dry heaving episodes for the past 2 years and pulling
the hair off a spot on his scalp since 2008. Several times a week he has a "tingling sensation" with a mood change where he will
suddenly smile or frown. PT has an appointment with Dr. Tobar in outpatient behavioral health on 06SEP16.

PT reported having passive SI since he was a child. He reported 2 prior suicide attempts when he was in high school: one by
overdosing on OTC medicine and one by overdosing on alcohol. His last plan was to overdose on helium before self-referring to
substance abuse treatment last year. He last had passive SI("why even bother") 3 weeks ago, with no plans or intent. PT denied
any current SI, plans, or intent.

Duration of Problem: PT has experienced symptoms since his first ship tour in 2006. Symptoms have worsened since he re-enlisted
last October.

Factors correlated with onset: Anxiety started after PT joined the Navy in 2006. He regrets re-enlisting last October, and because he
waited so long to re-enlist he had last pick for orders. Subsequently he was stationed in the same same environment with the same
work stress.

Frequency of symptoms: Symptoms occur every day.

Severity of symptoms: Depression symptoms from PHQ-9 are in the mild range. Anxiety symptoms from GAD-7 are in the moderate
range.

Psychosocial factors: Occupational stress and minimal social support.

Aggravating/alleviating factors: Aggravating factors include occupational stress and feeling disconnected from others. Alleviating
factors include cooking and programming.

Current tx: None

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 438**
AR 2425

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Past tx: PT began behavioral health treatment in 2012.

Functional impact: Symptoms negatively impact PT's functioning at home and work.
....
Anxiety Intervention:

[ x ] Discussed various factors related to the development and maintenance of anxiety
    (including biological, cognitive, behavioral, and environmental factors).

[ x ] Developed Crisis Response plan.

[ x ] Trained in strategies for increasing balanced thinking.

[ x ] Provided IBHC handout on unhelpful thinking styles.
....
**Current medication**
None.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history Irritable bowl syndrome
    Parageusia

        .
.........BHM-20 Life Functioning - Severe distress..........
....
**Personal history**
Behavioral:  Caffeine use 4 cups of coffee per day.  No tobacco use history.
Alcohol: Alcohol use 3 days a week, 2 glasses of wine each day.
**Review of systems**
**Neurological:** No disorientation.
**Psychological:** A desire to continue living, not thinking about suicide, not having a suicide plan, and no stated intent to commit
    suicide.  No homicidal thoughts, not thinking of a way to do it, and without a stated intent to kill.  No impulsive behavior.
**Physical findings**
**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° No disorientation was observed - oriented to place, person, time, and situation.  ° No hallucinations.  ° Memory was
        unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
    Speech: ° Normal - regular rate, non-pressured.  ° Rate was normal.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not
        a monotone.  ° Volume was normal.  ° No articulation abnormalities.  ° No language abnormalities were demonstrated.
**Psychiatric:**
    Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
    Attitude: ° Cooperative.
    Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
    Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.  ° Congruent with the mood.
    Thought Processes: ° Not impaired - they were linear, logical, and goal directed.  ° Evaluation of connectedness showed no
        deficiency.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
    Thought Content: ° Insight was intact.  ° No delusions.
**Tests**
**General:**

| Test Results: | Value |
|---|---|
| .........PHQ-9 Score This Appointment:......... | 8 |
| Test Results: | Value |
| ....................BHM-20 Global Mental Health Scale - Score:.................... | 1.95 |
| Test Results: | Value |
| .........GAD-7 Score This Appointment:......... | 14 |
| Test Results: | Value |
| ....................BHM-20 Well-being - Score:.................... | 1.33 |
| Test Results: | Value |
| ....................BHM-20 Psychological Symptoms - Score:.................... | 2.23 |
| Test Results: | Value |

....

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

....................BHM-20 Psychological Symptoms Anxiety -                              1.25
Score:...................
....

| Test Results: | Value | |
|---|---|---|
| ....................BHM-20 Psychological Symptoms Suicide - score:................... | | 3.00 |

....

| Test Results: | Value |
|---|---|
| ....................BHM-20 Psychological Symptoms - ETOH/Drug Score:................... | 2.50 |

....

| Test Results: | Value |
|---|---|
| ....................BHM-20 Psychological Symptoms - Depression Score:................... | 2.17 |

....

| Tests: | Value | |
|---|---|---|
| ....................BHM-20 Psychological Symptoms Harm to - Others score:................... | | 4.00 |

BHM-20 Psychological Symptoms Suicide - Low risk
....
....................BHM-20 Life Functioning Score:...................
....
..........BHM-20 Global Mental Health Scale - Severe distress..........
....
..........BHM-20 Well-being - Moderate distress..........
....

• DEPRESSION SCREENING / MONITORING (PHQ-9)
[ 1 ]  Little Interest or pleasure in doing things
[ 1 ]  Feeling down depressed or hopeless
[ 0 ]  Trouble sleeping or sleeping too much
[ 1 ]  Feeling tired or little energy
[ 0 ]  Poor appetite or overeating
[ 0 ]  Feeling bad about self
[ 3 ]  Trouble concentrating on things
[ 2 ]  Moving or speaking slowly or being restless
[ 0 ]  Thoughts that you would be better off dead

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all  [ ] Somewhat  [ x ] Very  [ ] Extremely
....
     •

Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 2 ]  2.  Not being able to stop or control worrying
[ 3 ]  3.  Worrying too much about different things
[ 2 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that its hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all  [ ] Somewhat  [ x ] Very  [ ] Extremely
....

**Counseling/Education**
Anxiety Recommendations for patient:
1. Identify and challenge at least one maladaptive thought per day.
2. Engage in at least one enjoyable activity per week.
3. Follow up with outpatient behavioral health.
4. Use crisis response plan if having SI or crisis.
5. RTC if symptoms persist or worsen.

Anxiety Recommendations for PCM Team:
1. Monitor for safety.
2. Monitor symptoms for improvement.
....

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

**A/P** Last Updated by HICKEY,LINDSEY S @ 25 Aug 2016 1714 EDT
**1. Generalized anxiety disorder**: 31yo PT with history of anxiety, depression, and alcohol abuse seen f2f for 30min initial appt. PT presents with sys secondary to occupational stress and limited social support. Sys are consistent with Generalized Anxiety Disorder. PT also has SI history with two previous attempts and one previous plan. PT reported last having passive SI 3 weeks ago with no plan or intent; he denied any current SI, plans, or intent. Developed crisis response plan with PT with triggers, coping skills, and resources for SI or crisis. PT has an appointment with Dr. Tobar in outpatient behavioral health on 06SEP16. PT was encouraged to RTC if symptoms persist or worsen. PT appears to be in the preparation stage of change and agreed to implement the recommendations made during today's appt. RTC as needed.

Anxiety Recommendations for patient:
1. Identify and challenge at least one maladaptive thought per day.
2. Engage in at least one enjoyable activity per week.
3. Follow up with outpatient behavioral health.
4. Use crisis response plan if having SI or crisis.
5. RTC in symptoms persist or worsen.

Anxiety Recommendations for PCM Team:
1. Monitor for safety.
2. Monitor symptoms for improvement.

Discussed with LT Hickey and plan reviewed with PT.

**Disposition** Last updated by JARRETT,ERICA M @ 25 Aug 2016 1756 EDT
**Released w/o Limitations**
**Follow up:** as needed .

**Signed By  JARRETT, ERICA M** (Clinical Health Psychologist, NNMC Bethesda, MD) @ 25 Aug 2016 1756

CHANGE HISTORY
***The following Disposition Note Was Overwritten** by JARRETT,ERICA M @ 25 Aug 2016 1756 EDT:*
The Disposition section was last updated by JARRETT,ERICA M @ 25 Aug 2016 1756 EDT - see above.Previous Version of Disposition section was entered/updated by HICKEY,LINDSEY S @ 25 Aug 2016 1715 EDT.
**Released w/o Limitations**
**Follow up:** as needed .

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 441**
AR 2428

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### 23 Jun 2016 at WRNMMC, Int Med CL C Medical Home BE by ATCHERSON, KATHY A

Encounter ID:  BETH-24977587  Primary Dx:  Encounter for other administrative examinations

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **23 Jun 2016 1140 EDT**
Clinic: **INT MED MEDICAL HOME CL C BE**

Appt Type: **T-CON***
Provider: **ATCHERSON,KATHY A**

Call Back Phone: ███████

**Reason for Telephone Consult:** Written by ATCHERSON,KATHY A @ 23 Jun 2016 1140 EDT
Emergency room  follow up call.
**Telephone Consult Comments:** Written by ATCHERSON,KATHY A @ 23 Jun 2016 1140 EDT
No answer. Left message for patient to call 301-319-2349 or 301-295-0196 and make an appointment with PCM if further care is needed.

**Questionnaire AutoCites** Refreshed by ATCHERSON,KATHY A @ 23 Jun 2016 1144 EDT
**Questionnaires**

**A/P** Last Updated by ATCHERSON,KATHY A @ 23 Jun 2016 1145 EDT
**1. Encounter for other administrative examinations**

**Disposition** Last Updated by ATCHERSON,KATHY A @ 23 Jun 2016 1337 EDT
**Referred for Appointment**
**Follow up:** as needed .

---

**Signed By  ATCHERSON, KATHY A** (Physician/Workstation) @ 23 Jun 2016 1338

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *22 Jun 2016 at WRNMMC, GI Clinic Bethesda by KWOK, RYAN M*

Encounter ID:    BETH-24961678    Primary Dx:    Other chest pain

Patient: **MERWIN, DANIEL DENNIS**        Date: **22 Jun 2016 1040 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **GI CL BE**        Provider: **KWOK,RYAN MITCHELL**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by SHAH,NISHA A @ 22 Jun 2016 1111 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
f/u
**Appointment Comments:**
BAR

**Vitals**
**Vitals** Written by THOMPSON,DEREK J @ 22 Jun 2016 1039 EDT
 BP: 146/87,    HR: 74,    RR: 14,    T: 98.2 °F,    HT: 69 in,    WT: 165 lbs,    SpO$_2$: 99%,    BMI: 24.37,
 BSA: 1.903 square meters,    Tobacco Use: No,    Alcohol Use: Yes,    Pain Scale: 4/10 Moderate,
 Pain Scale Comments: Sharp Pain in Chest when taking deep breaths on inhale.

**S/O Note** Written by SHAH,NISHA AMISH @ 22 Jun 2016 1349 EDT
**Chief complaint**
The Chief Complaint is: F/u.
**History of present illness**
    The Patient is a 31 year old male.

<<Note accomplished in TSWF-CORE>>

31 year old male to f/u for lab results (confirmed h pylori eradication) but states he is having intense chest pain worsened with
coughing and breathing right now. Denies n/v/diaphoresis. Denies pain radiating to back/jaw/arm. He is very anxious and
concerned and would like to go to ED. Appointment ended at this time.

**A/P** Last Updated by SHAH,NISHA A @ 22 Jun 2016 1335 EDT
**1. Other chest pain** R07.89: Due to lightheadedness/dizziness although stable vital signs and continued chest pain, will send to ED
for evaluation. Can f/u in 4 weeks after trial of fodmap as discussed in past. H pylori eradication confirmed.

**Disposition** Written by KWOK,RYAN M @ 23 Jun 2016 1507 EDT
**Immediate Referral** - Referred to: ED
**Follow up:** 4 week(s) in the GI CL BE clinic or sooner if there are problems. - Comments: Case discussed with GI staff, Dr. Kwok,
who agrees with above plan.

Patient was wheelchaired to ED. ED staff was called and case discussed.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by KWOK,RYAN M @ 23 Jun 2016 1508 EDT
Pt not seen as triaged to ER prior to my encounter, agree with plan for urgent triage via ER prior to GI evaluation.

**Signed By  KWOK, RYAN M** (Physician, Gastroenterology / Transplant Hepatology Staff, Walter Reed National Military Medical
Center) @ 23 Jun 2016 1508

| Merwin, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 443**
AR 2430

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### *15 Jun 2016 at WRNMMC, GI Clinic Bethesda by SHAH, NISHA AMISH*

| Encounter ID: | BETH-24897721 | Primary Dx: | Encounter for issue of other medical certificate |
|---|---|---|---|

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **15 Jun 2016 1621 EDT**
Clinic: **GI CL BE**

Appt Type: **T-CON***
Provider: **SHAH,NISHA AMISH**

Call Back Phone: ☐

**AutoCites** Refreshed by SHAH,NISHA A @ 15 Jun 2016 1621 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Telephone Consult:**Written by SHAH,NISHA A @ 15 Jun 2016 1621 EDT
Lab results

**Questionnaire AutoCites** Refreshed by SHAH,NISHA A @ 15 Jun 2016 1621 EDT
**Questionnaires**

**S/O Note** Written by SHAH,NISHA AMISH @ 15 Jun 2016 1624 EDT
**Subjective**
Called and spoke with patient about results and confirmation of eradication; off PPI for two weeks prior to testing.

**A/P** Last Updated by SHAH,NISHA A @ 15 Jun 2016 1624 EDT
**1. Encounter for issue of other medical certificate** Z02.79

**Disposition** Last Updated by SHAH,NISHA A @ 15 Jun 2016 1624 EDT
**Follow up:** as needed with PCM.

**Signed By  SHAH, NISHA A** (LCDR  MC  USN, Physician, Gatroenterology Fellow) @ 15 Jun 2016 1624

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*07 Jun 2016 at WRNMMC, Otolaryngology Clinic Bethesda by XYDAKIS, MICHAEL S*

Encounter ID:    BETH-24803403    Primary Dx:    Unspecified disturbances of smell and taste

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 Jun 2016 1300 EDT**
Clinic: **OTOLARYNG CL BE**

Appt Type: **SPEC**
Provider: **XYDAKIS,MICHAEL S**

**Reason for Appointment:**
Unspecified disturbances of smell and taste
**Appointment Comments:**
emh

**S/O Note** Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1341 EDT
**Chief complaint**
The Chief Complaint is: 31 active duty navy from Ft Meade referred by colleague (dr David Thompson) for dysgusia of approximately 8 months duration. Specifically, patient indicates that on 16 Oct 2015, he was making pizza and noticed the alteration in taste. He presented to his nurse practitioner on 9 Nov 2015 and was referred to ENT. Smell is fine. NO tobacco (social smoker about 9 years ago). Patient does have a h/o alcohol dependence requiring counseling (notes in AHLTA indicate that therapy began in Aug 2014). MRI Brain (15 April 2016) = Normal olfactory eloquent structures.
**History of present illness**
    The Patient is a 31 year old male.
    He reported: Past medical history reviewed, problem list reviewed, medication list reviewed, family history reviewed, and surgical history reviewed.
**Past medical/surgical history**
**Reported:**
    Recent Events: An active illness Longstanding history of irritable bowel syndrome. History of H. Pylori and GERD (followed by GI).
**Physical findings**
**Neck:**
• Neck: No palpable adenopathy.
**Nose:**
    Right Side Of Nose:
        • Examined.
    Left Side Of Nose:
        • Examined Moderate nasal septal deflection to the left with fracture / dislocation at the bony cartilagenous junction. No infectious, inflammatory nor obstructive pathology noted.
**Oral Cavity:**
    ° General condition was good S/p tonsillectomy. + discoloration and brownish/green film noted on posterior 1/3 of the tongue. Mucosa otherwise pale pink and moist. + discoloration of the teeth.
    Tongue: • Mucositis scale.

**A/P** Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1356 EDT
**1. Unspecified disturbances of smell and taste**
**2. Glossitis**
**3. Gastro-esophageal reflux disease without esophagitis**: Sniffen extended battery 16 panel odorant test performed. Patient scored 16/16 with rapid, crisp reliable responses. Olfactory threshold testing performed. Patient scored 8/16 which is normal for age. Olfactory discrimination was normal. Burghart taste strips and sprays administered. Patient was able to discern tastes (sweet, salty, sour, bitter) at even the lowest concentrations. Hence, completely normal taste. A/P: Dysgusia due to mild glossitis which is due to GERD up to the level of the hypopharynx and base of tongue. Patient is scheduled to see GI in the next week or so. Likely his symptomatology will resolve once his acid reflux is under control and the tongue is no longer inflammed. Would consider Nystatin or mycelex oral troches. However, it would be preferable to address the underlying cause of the problem (i.e. Acid reflux) and see if the tongue inflammation resolves. Patient understands and agrees with this approach. He will send me an e-mail to assess interval change.

**Disposition** Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1357 EDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 445**
AR 2432

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

**Note** Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1255 EDT
**Consult Order**
**Referring Provider:**          THOMPSON, DAVID HERRON
**Date of Request:**   11 Apr 2016
**Priority:**          Routine

**Provisional Diagnosis:**

Unspecified disturbances of smell and taste

**Reason for Request:**

Consult from Dr Thompson to Dr Xydakis: SM with chronic bitter tastes with surgery like foods. Normal ENT exam, Ordered MRI Brain, Please evaluate and treat

**Signed By  XYDAKIS, MICHAEL S** (Physician) @ 07 Jun 2016 1357

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *11 May 2016 at WRNMMC, GI Clinic Bethesda by LACZEK, JEFFREY T*

Encounter ID:    BETH-24528671    Primary Dx:    Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **11 May 2016 0800 EDT**
Clinic: **GI CL BE**

Appt Type: **SPEC**
Provider: **LACZEK,JEFFREY T**

**AutoCites** Refreshed by SHAH,NISHA A @ 11 May 2016 0808 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere
**Appointment Comments:**
ek/irmac

**Vitals**
**Vitals** Written by THOMPSON,DEREK J @ 11 May 2016 0752 EDT
BP: 118/72,   HR: 68,   RR: 10,   T: 98.4 °F,   HT: 69 in,   WT: 167 lbs,   SpO$_2$: 98%,   BMI: 24.66,
BSA: 1.913 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 6/10 Moderate,
Pain Scale Comments: Cramping intermittent  pain in the Intestines

**S/O Note** Written by SHAH,NISHA AMISH @ 11 May 2016 1523 EDT
**Chief complaint**
The Chief Complaint is:  + h pylori test.
**History of present illness**
      The Patient is a 31 year old male.

<<Note accomplished in TSWF-CORE>>

31 year old male referred from ENT when during w/u of dysgeusia was found to + serum H pylori Ab and presents for further management.  Patient states he has never been treated for h pylori.

He also states that he has had 'ibs pain' since age 15.  The pain is in the upper abdomen described as sharp and does not radiate.  The pain can last minutes to longer and resolves once he goes to the bathroom having a soft stool; bristol  type 5-6.  Episodes occur weekly and are triggered by certain foods (spicy foods/fiber filled foods).

Of note, he went to the ED a few years ago for similar abdominal pain, he was then seen in the GI clinic and found to have a normal MRE after initial colonoscopy was concerning for thickened folds.  He was lost to follow up.
      Heartburn burning sensation - 2x per month, abdominal pain, and diarrhea.
**Allergies**
Allergies Verified and Updated
NKDA.
**Current medication**
Including OTCs, vitamins, herbals, supplements, etc.
Albuterol prn

Denies otc/herbals/supplements.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history
      SAR
      He denies any other medical issues.
      Surgical / Procedural: Surgical / procedural history None.
**Personal history**
Social history reviewed Denies tob/etoh.
**Family history**
      Family medical history
      No hx of celiac/IBD

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

No hx of GI malignancies
Mom and grandmother with also 'stomach problems'.
**Review of systems**
**Systemic:** Not feeling tired (fatigue).  No fever, no chills, and no night sweats.
**Eyes:** No eye pain.  No red eyes.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** Appetite not decreased.  No dysphagia and no pain on swallowing.  No nausea, no vomiting, no hematemesis, no jaundice, no bright red blood per rectum, and no constipation.
**Musculoskeletal:** No localized joint pain.
**Skin:** No rash.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
    Appearance: ° Of the neck was normal.
**Eyes:**
    General/bilateral:
        External: ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
**Oral Cavity:**
    Lips: ° Showed no abnormalities.
    Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
    • Pharynx: MC3.
    Oropharynx: ° Normal.  ° Tonsils showed no abnormalities.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
    ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
    Murmurs: ° No murmurs were heard.
**Abdomen:**
    Visual Inspection: ° Abdomen was not distended.
    Auscultation: ° Bowel sounds were not diminished or absent.
    Palpation: ° Abdomen was soft.  ° No abdominal guarding.  ° Abdominal non-tender Mild ttp in RLQ.  ° No mass was palpated
        in the abdomen.
    Liver: ° Normal to palpation.
    Spleen: ° Normal to palpation.
    Hernia: ° No hernia was discovered.
**Musculoskeletal System:**
    Functional Exam:
        General/bilateral: ° Mobility was not limited.
**Neurological:**
    ° Oriented to time, place, and person.
    Gait And Stance: ° Normal.
**Psychiatric:**
    Mood: ° Euthymic.
    Affect: ° Normal.
**Skin:**
    ° Showed no ecchymosis.  ° Temperature was normal.  ° No skin lesions.

**Lab Result** Cited by SHAH,NISHA A @ 11 May 2016 0814 EDT

| CBC W/o Diff | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| WBC | BLOOD | 4.7 |
| RBC | BLOOD | 4.88 |
| Hemoglobin | BLOOD | 15.4 |
| Hematocrit | BLOOD | 45.0 |
| MCV | BLOOD | 92.3 |
| MCH | BLOOD | 31.5 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

| | | |
|---|---|---|
| MCHC | BLOOD | 34.1 |
| Platelets | BLOOD | 293 |
| RDW CV | BLOOD | 13.3 |
| MPV | BLOOD | 8.6 |

**Lab Result** Cited by SHAH,NISHA A @ 11 May 2016 0814 EDT

| **Basic Metabolic Panel** | Site/Specimen | **11 Apr 2016 1043** |
|---|---|---|
| Urea Nitrogen | SERUM | 9.7 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | **97 (L)** |
| Creatinine | SERUM | 0.87 |
| Glucose | SERUM | 92 |
| Potassium | SERUM | 4.4 |
| Sodium | SERUM | 139 |
| Calcium | SERUM | 10.2 |
| Anion Gap | SERUM | 15 |
| GFR Calculated Non-Black | SERUM | 115.0 |
| GFR Calculated Black | SERUM | 132.9 <i> |

**Lab Result** Cited by SHAH,NISHA A @ 11 May 2016 0814 EDT

| **Helicobacter pylori Ab IgG** | Site/Specimen | **11 Apr 2016 1043** |
|---|---|---|
| Helicobacter pylori Ab IgG | SERUM | **7.1 (H) <i>** |

**A/P** Last Updated by SHAH,NISHA A @ 11 May 2016 1553 EDT

**1. Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere** B96.81: 31 year old male with incidental finding of h pylori, unlikely related to dysguesia but would be interested at follow up to see if treatment affects symptoms.  As it is a carcinogen, would recommend therapy.  No exposure to antibiotics in last 6-8 months, will do triple therapy.  Patient counseled on importance of compliance as well as confirmation of eradication two weeks after stopping PPI therapy.

    Medication(s):    -PANTOPRAZOLE--PO 40MG TBDR - TAKE ONE TABLET BY MOUTH TWICE A DAY FOR TWO WEEKS #28 RF0 Ordered By: SHAH,NISHA A Ordering Provider: SHAH, NISHA AMISH
    -AMOXICILLIN--PO 500MG CAP - TAKE TWO CAPSULE BY MOUTH TWICE A DAY FOR TWO WEEKS #56 RF0 Ordered By: SHAH,NISHA A Ordering Provider: SHAH, NISHA AMISH
    -CLARITHROMYCIN--PO 500MG TAB - TAKE ONE TABLET BY MOUTH TWICE A DAY FOR FOURTEEN DAYS #28 RF0 Ordered By: SHAH,NISHA A Ordering Provider: SHAH, NISHA AMISH

    Laboratory(ies):    -H PYLORI AG, EIA (Routine): to be done two weeks after stopping protonix Ordered By: SHAH,NISHA A Ordering Provider: SHAH, NISHA AMISH

**2. Irritable bowel syndrome with diarrhea** K58.0: No red flags and triggers seem to be primarily food/stress.  Will first focus on understanding triggers with food diary and assess if high fodmap (sheet given), After two week of observation, asked that he eliminate one food a week from his triggers.  Plan to see back in 6-8 weeks and decide next step in management.

**Disposition** Last Updated by SHAH,NISHA A @ 11 May 2016 1612 EDT
**Released w/o Limitations**
**Follow up:** 6 to 8 week(s) in the GI CL BE clinic or sooner if there are problems. - Comments: Case discussed with GI staff, Dr. Laczek, who agrees with above plan.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by MCPHERSON,CARL E @ 11 May 2016 0721 EDT
**Consult Order**
**Referring Provider:**    THOMPSON, DAVID HERRON
**Date of Request:**    13 Apr 2016
**Priority:**    Routine

**Provisional Diagnosis:**

Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere

**Reason for Request:**

SM with Reflux and Postive H. Pylori on IGG, Please evalute and treat.
**Note** Written by LACZEK,JEFFREY T @ 17 May 2016 1432 EDT
**GI Staff**
I saw PO1 Merwin with Dr. Shah.  I agree with Dr. Shah's assesment that his dysguesia is unlikely related to his H. pylori infection.  I also agree with the plan to treat his H. pylori infection.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

**Signed By  LACZEK, JEFFREY T** (Staff Gastroenterologist, WRNMMC Bethesda, MD) @ 17 May 2016 1434

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 450**
AR 2437

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*22 Apr 2016 at WRNMMC, Medical Readiness Clinic Bethesda by TACKIE, DIANE A*

Encounter ID:  BETH-24331899  Primary Dx:  EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA)

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **22 Apr 2016 0830 EDT**
Clinic: **MEDICAL READINESS CL BE**

Appt Type: **WELL**
Provider: **TACKIE,DIANE A**

**AutoCites** Refreshed by TACKIE,DIANE A @ 22 Apr 2016 0942 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
pha/navy
**Appointment Comments:**
ass4105625345

**Vitals**
**Vitals** Written by WOOTEN,LORI A @ 22 Apr 2016 0911 EDT
  BP: 114/73,    HR: 72,    RR: 14,    T: 98.1 °F,    HT: 69 in,    WT: 170.4 lbs,    Uncorr OD: 20/40,    Uncorr OS: 20/40,    Uncorr OU: 20/40,    BMI: 25.16,
  BSA: 1.93 square meters,    Tobacco Use: No,    Alcohol Use: Yes,    Have you ever felt you should Cut down on your drinking? No,
  Have people Annoyed you by criticizing or complaining about your drinking? No,
  Have you ever felt bad or Guilty about your drinking? No,
  Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
  Alcohol Comments: 2 or 3 drinks 2 or 3 times a week,    Pain Scale: 0 Pain Free
**Comments:** PRK 2011
Epworth Study 15 Pt went to Sleep Clinic and was told he didn't meet the threshhold to have a sleep study.

**Questionnaire AutoCites** Refreshed by TACKIE,DIANE A @ 22 Apr 2016 0942 EDT
**Questionnaires**

Tuberculosis Exposure Risk Assessment Version: 3 Completed On: 22 Apr 2016
  1. Since your last Tuberculosis Exposure Questionnaire were you exposed to anyone known to have or suspected of having active tuberculosis(i.e. with persistent cough, weight loss, night sweats, and/or fever)?: No
  2. Since your last Tuberculosis Exposure Questionnaire or Post Deployment Health Assessment (DD Form 2796), did you have direct & prolonged contact with any individuals of the following groups: refugees or displaced persons: patients hospitalized with tuberculosis, prisoners, or homeless shelter populations?: No
  3. Write the name of any country or countries where you have traveled or deployed to since your last Tuberculosis Exposure Questionnaire.: N/A
  4. During this travel, did you have prolonged direct contact with the local population? Prolonged direct contact is generally understood as having been within six feet of a person with a bad continuous cough for at least eight consecutive hours on a single day, or for a total of at least fifteen hours per week of a multi-week stay.: No
  5. Have you had a prior history of TB or prior treatment for Latent TB?: No
  6. PROVIDER: Have you recently had a chronic cough AND did you have any of the following at the same time? Fever, Coughed up Blood, Unexplained Weight Loss, Night Sweats: No
  7. PROVIDER: Since your last risk assessment, did you develop any of the following conditions: organ transplant; HIV Infection; Immunosuppression secondary to use of prednisone (equivalent of >15mg/day> 1 month) or other immunosuppressive medication such as Humira, Enbrel or Remicade?: No
  8. PROVIDER: Since your last TB risk assessment did you develop any of the following conditions: diabetes, silicosis, cancer of head or neck, Hodgkin's disease, leukemia,  end stage renal disease, intestinal bypass or gastrectomy, chronic malabsorption syndrome, low body weight (10% or more below ideal weight) or injection drug use?: No

EPWORTH Sleepiness Scale Version: 1 Completed On: 22 Apr 2016
Questionnaire Notes: 15

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

Epworth 15: SM has already been seen by PCM and appropriate specialty care for sleep disturbacnes.
  1. How likely are you to doze off or fall asleep while SITTING and READING?: 3
  2. How likely are you to doze off or fall asleep while WATCHING TV?: 2
  3. How likely are you to doze off or fall asleep while INACTIVE in a meeting, theater, or other similar place?: 0
  4. How likely are you to doze off or fall asleep as a PASSENGER in a car for an HOUR without a break?: 3
  5. How likely are you to doze off or fall asleep while LYING DOWN to rest in the afternoon when circumstances permit?: 3
  6. How likely are you to doze off or fall asleep while sitting and TALKING to someone?: 0
  7. How likely are you to doze off or fall asleep while SITTING QUIETLY after a lunch without alcohol?: 2
  8. How likely are you to doze off or fall asleep in a CAR, while stopped for a few minutes in the traffic?: 2


**S/O Note** Written by TACKIE,DIANE A @ 22 Apr 2016 0952 EDT
**Chief complaint**
The Chief Complaint is: PHA.
**Reason for Visit**
    Visit for: FACE TO FACE PHA, U.S. NAVY AND HRA REVIEW.
**History of present illness**
    The Patient is a 31 year old male.

Annual Periodic Health Assessment includes record review/assessment/counseling of avoidable health risk factors, clinical preventive services, deployment health history, and individual medical readiness assessment IAW MANMED.
    Past medical history reviewed and problem list reviewed.  Medication reconciliation performed.  Medication list reviewed, family history reviewed, and surgical history reviewed.
    Military service [ ] Y  [ X ] N  Deployed since previous PHA
    [ ] Y  [X ] N  Post-Deployment Health Assessment completed
    [ ] Y  [X ] N  Post-Deployment Health Reassessment completed
    [ ] Y  [ X ] N  Post-Deployment labs/tests completed
    [ ] Y  [X ] N  Deployment/Shipboard limiting conditions identified.

Patient identified by first and last name as well as DOB.  31yo Male U.S. Navy Active Duty Service Member presents for Face to Face PHA. SM states he is not on Limited Duty or Light Duty Status at the current time.  Refer to the A/P section of this SF 600 for HRA documentation.
**Past medical/surgical history**
PMH DISCUSSED WITH SM
- Unspecified disturbances of smell and taste, Parageusia: under the care of Otolaryngeal Clinic, last seen 19 April 2016, MRI wnl.
- Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere: referred to GI per ENT Clinic.
- Pain in left ankle and joints of left foot: under the care of Physical Therapy Clinic, last seen 05 April 2016.
- Alcohol dependence, uncomplicated: SM states he has completed treatment. Last seen by BH Clinic last in Feb 2016.
**Reported:**
    Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs?  [ ]Yes [ ] No [ X ] N/A.  No allergies -- NKDA.
    Surgical / Procedural: Surgical / procedural history -- PRK OD/OS 2011.
    Medications: Medication history -- SM states he is not taking any medications at the current time.
    Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [ X ]Yes [ ] No
    2) Is there a complaint of tinnitus that has not been addressed? [ ]Yes  [ X ]No
    3) Is there a complaint of changes in hearing since the last hearing test? [ ]Yes [ X ]No
    4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500,
        1000 and 2000 Hz that average 30 dB or greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [ ]Yes [
        X ]No
    5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12
        months? [ ]Yes [ ] No [ X ] N/A.
**Personal history**
Behavioral: No tobacco use.
Alcohol: Alcohol SM reports consuming alcohol 3 times per week with 2-3 drinks per occasion.
Work: Occupation Computer Network Intelligence Analyst, Fort Meade.
Marital: Marital history Single, no children.
**Review of systems**
Otolaryngeal symptoms-- parageusia, taste and smell disturbances
Gastroenterology symptoms-- H. pylori positive, heart burn, stomach discomfort
Musculoskeletal symptoms-- left foot and ankle pain
Skin symptoms--  Anogenital (venereal) warts, being managed by Derm Clinic, last seen 24 Feb 2016
Behavioarl Heatlh symptoms-- alcohol dependence previous history, resolved.
**Systemic:** No systemic symptoms.
**Head:** No head symptoms.
**Neck:** No neck symptoms.
**Eyes:** No eye symptoms.
**Breasts:** No breast symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Genitourinary:** No genitourinary symptoms.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

**Endocrine:** No endocrine symptoms.
**Hematologic:** No hematologic symptoms.
**Neurological:** No neurological symptoms.
**Allergic and Immunologic:** No allergic/immunologic symptoms.
**Physical findings**
**Vital Signs:**
    ° Current vital signs reviewed.
**General Appearance:**
    ° Well-appearing ? Not tired.  ? Clothing was appropriate.  ? Grooming was within normal limits.
**Head:**
    Appearance: ° Head normocephalic.
**Musculoskeletal System:**
    General/bilateral: ° Normal movement of all extremities.
**Neurological:**
    ° Level of consciousness was normal.
    Speech: ° Normal.
    Coordination / Cerebellum: ° No coordination/cerebellum abnormalities were noted.
    Balance: ° Normal.
    Gait And Stance: ° Normal.
**Psychiatric:**
    Affect: ° Normal o Full-ranging.  ? Not inappropriate.  ? Not labile.  ? Congruent with the mood.
    Thought Processes: ° Not impaired ? No thought disorder was noted.  ? Evaluation of connectedness showed no deficiency.  ?
        Rate of thought was normal.  ? Attention demonstrated no abnormalities.
    Thought Content: ? Revealed no impairment ? Insight was intact.  ? No suicidal tendency.  ? No preoccupation with violent
        thoughts was observed.  ? No homicidal tendencies.
**Objective**
REVIEWED AHLTA SF 600 PREVIOUS ENCOUNTERS. PAPER/ HARD COPY MEDICAL RECORDS NOT AVAILABLE.
Health Record    [X] Reviewed  [ ] Not available  [ ] Remarkable for:
Dental Classification  [X] Reviewed  [ ] Not available  [ ] See Plan:
Immunizations and Labs  [X] Reviewed  [ ] Not available  [ ] See Plan:
**Assessment**
    • Military service status
    IMR Category:
    Fully Medically Ready ( X )
    Partially Medically Ready (  )
    Not Medically Ready (  )
    Medical Readiness Indeterminate (  )
    Comments:

**Lab Result** Cited by TACKIE,DIANE A @ 22 Apr 2016 0946 EDT
**HIV-1/O/2 Ab**                    **Site/Specimen**        **16 Feb 2016 1430**    Units        Ref Rng
HIV-1/O/2 Ab                        SERUM                    Negative <r>

**Lab Result** Cited by WOOTEN,LORI A @ 22 Apr 2016 0918 EDT
**Varicella Virus Ab**              **Site/Specimen**        **03 Nov 2005 1849**
Varicella Zoster Virus Ab           SERUM                    IMMUNE

**Lab Result** Cited by WOOTEN,LORI A @ 22 Apr 2016 0918 EDT
**Chlamydia+Gonococcus DNA Panel NAAT Site/Specimen**        **28 Jan 2013 1110**
Neisseria gonorrhoeae DNA           URINE                    NEGATIVE FOR N.GONORRHOEAE <i>
Chlamydia trachomatis DNA           URINE                    NEGATIVE FOR C.TRACHOMATIS <i>

**Lab Result** Cited by WOOTEN,LORI A @ 22 Apr 2016 0917 EDT
**Lipid Panel**                     **Site/Specimen**        **10 Apr 2014 0951**
Cholesterol                         SERUM                    208 (H) <i>
Triglyceride                        SERUM                    158 (H) <i>
HDL Cholesterol                     SERUM                    64.0 (H)
LDL Cholesterol                     SERUM                    112 <i>
VLDL Cholesterol                    SERUM                    32
Cholesterol/HDL Cholesterol         SERUM                    3.25

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

**Lab Result** Cited by WOOTEN,LORI A @ 22 Apr 2016 0917 EDT

| Varicella Zoster Virus DFA | Site/Specimen | 29 Sep 2015 1730 |
|---|---|---|
| Varicella Zoster Virus Ag | SKIN | NO VZ ANTIGEN DETECTED <i> |

**Lab Result** Cited by WOOTEN,LORI A @ 22 Apr 2016 0917 EDT

| Basic Metabolic Panel | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| Urea Nitrogen | SERUM | 9.7 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | 97 (L) |
| Creatinine | SERUM | 0.87 |
| Glucose | SERUM | 92 |
| Potassium | SERUM | 4.4 |
| Sodium | SERUM | 139 |
| Calcium | SERUM | 10.2 |
| Anion Gap | SERUM | 15 |
| GFR Calculated Non-Black | SERUM | 115.0 |
| GFR Calculated Black | SERUM | 132.9 <i> |

**Lab Result** Cited by TACKIE,DIANE A @ 22 Apr 2016 0859 EDT

| HIV-1/O/2 Ab | Site/Specimen | 16 Feb 2016 1430 | Units | Ref Rng |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |

**A/P** Last updated by TACKIE,DIANE A @ 22 Apr 2016 1153 EDT

**1. EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA)** DOD0225:
Face to Face PHA completed and updated in MRRS.
TB Exposure Risk Assessment Questionnaire complete. Medications reconciled.
Copy of IMR given to SM. Next PHA one year.

MEDICAL READINESS STATUS: Fully Medically Ready.

Reviewed Immunization Records in AHLTA and on IMR, Tdap and Influenza vaccines up to date.

> Procedure(s):      -(99173) Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S): WOOTEN,LORI A

**2. Counseling, unspecified** Z71.9: SM educated to the PHA visit. Reviewed HRA survey results, discussed, education provided. Epworth Sleepiness Scale review and discussed.

SM educated to Skin Cancer Prevention.  To lower your skin cancer risk, protect your skin from the sun and avoid indoor tanning. CDC recommends these easy options:

- Stay in the shade, especially during midday hours.
- Wear clothing that covers your arms and legs.
- Wear sunglasses that block both UVA and UVB rays.
- Use sunscreen with SPF 15 or higher and both UVA and UVB protection.
- Avoid indoor tanning.
- Consider your Skin cancer risk factors: Personal history of skin cancer or precancerous skin lesions, tendency to freckle or burn easily, lots of sun exposure throughout your life, family history of skin cancer
- Perform a thorough skin check regularly, preferably once a month. Do this in a brightly lit room in front of a full-length mirror.

> Procedure(s):      -(G8420) BMI IS DOC W/IN NORMAL PARAMETERS &NO FOLLOW-UP PLAN IS REQD x 1 ADDITIONAL PROVIDER(S): WOOTEN,LORI A
> Patient Instruction(s):  -Guidance: Concerns About Stress Management
> -Inquiry And Counseling: Contraceptive Practices
> -Inquiry And Counseling: Family Planning
> -Patient Education - Nutrition
> -Anticipatory Guidance: Food Groups
> -Anticipatory Guidance: Maintaining Healthy Weight
> -Maintain Healthy Diet
> -Anticipatory Guidance: Outdoor Safety Avoiding Sun Exposure
> -Parent Education: Avoiding Direct Sun Exposure
> -Avoid Exposure Bright Sunlight

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

**Disposition** Written by TACKIE,DIANE A @ 22 Apr 2016 1153 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM. - Comments: SM to continue to fu with the appropriate specialists for continuity of care.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

---

**Signed By  TACKIE, DIANE A** (Physician Assitant) @ 22 Apr 2016 1154

---

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by TACKIE,DIANE A @ 22 Apr 2016 0948 EDT:*
The A/P section was last updated by TACKIE,DIANE A @ 22 Apr 2016 0948 EDT - see above.Previous Version of A/P section was entered/updated by WOOTEN,LORI A @ 22 Apr 2016 0920 EDT.
**1. EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA)**
      Procedure(s):          -Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S): WOOTEN,LORI A
*The following Lab Note Was Deleted by TACKIE,DIANE A @ 22 Apr 2016 0946 EDT:*
**Note** Written by WOOTEN,LORI A @ 22 Apr 2016 0917 EDT
**Lab Result**
| **HIV-1/O/2 Ab** | **Site/Specimen** | **16 Feb 2016 1430** |
|---|---|---|
| HIV-1/O/2 Ab | SERUM | ***** |

*The following S/O Note Was Overwritten by TACKIE,DIANE A @ 22 Apr 2016 0945 EDT:*
**S/O Note** Written by WOOTEN,LORI A @ 22 Apr 2016 0918 EDT
**History of present illness**
      The Patient is a 31 year old male.

Annual Periodic Health Assessment includes record review/assessment/counseling of avoidable health risk factors, clinical preventive services, deployment health history, and individual medical readiness assessment IAW MANMED.
      Military service [ ] Y  [ X ] N  Deployed since previous PHA
      [ ] Y  [X ] N  Post-Deployment Health Assessment completed
      [ ] Y  [X ] N  Post-Deployment Health Reassessment completed
      [ ] Y  [ X ] N  Post-Deployment labs/tests completed
      [ ] Y  [X ] N  Deployment/Shipboard limiting conditions identified

**Past medical/surgical history**
**Reported:**
      Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs? [ ] Yes  [ ] No.  An allergy Feathers, Cats.
      Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [ ]Yes [X ]No
      2) Is there a complaint of tinnitus that has not been addressed? [ ]Yes  [X ]No
      3) Is there a complaint of changes in hearing since the last hearing test? [ ]Yes [ X ]No
      4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500, 1000 and 2000 Hz that average 30 dB or
         greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [ ]Yes [ ]No
      5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12 months? [ ]Yes [ ]No.
**Physical findings**
**Vital Signs:**
      ° Current vital signs reviewed.
**Objective**

| Health Record | [X] Reviewed  [ ] Not available  [ ] Remarkable for: |
|---|---|
| Dental Classification | [X] Reviewed  [ ] Not available  [ ] See Plan: |
| Immunization record | [X] Reviewed  [ ] Not available  [ ] See Plan: |

**Assessment**
      • Military service status
      IMR Category:
      Fully Medically Ready ( X )
      Partially Medically Ready ( )
      Not Medically Ready ( )
      Medical Readiness Indeterminant ( )
      Comments:
**Therapy**
      • Electronic medical alert pendant in possession as indicated.

*The following Text Note Was Deleted by WOOTEN,LORI A @ 22 Apr 2016 0923 EDT:*
**Note** Written by WOOTEN,LORI A @ 22 Apr 2016 0923 EDT

You rated your health as Good. Personal perception about how healthy you are is usually quite accurate. ;Your Personal Health Risk Appraisal Report identified 3 risk categories from the answers you provided that relate to overall health, which places you in a MEDIUM risk group. Numbers of risk factors have been shown to predict future health care use and health care costs. It is important for individuals to move toward the "low risk" category by reducing the number of behavioral risks, and for those already at low risk, to avoid increasing the number of risk factors over time.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: █████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

| | | |
|---|---|---|
| High Risk | = 5 or more risk categories | You reported 3 categories, which places you at MEDIUM risk. The categories you scored "unhealthy" on included:<br>• Stress Management<br>• Sexual Health<br>• Nutrition |
| Medium Risk | = 3-4 risk categories | |
| Low Risk | = 0-2 risk categories | |

Body Mass Index (Note the limitations of BMI below) ; *Normal Weight* ;;;;;
http://www.cdc.gov/nccdphp/dnpa/bmi/adult_BMI/about_adult_BMI.htm
YOUR BODY MASS INDEX = 24.4.
Both being overweight or being underweight are related to increased risk of disease and death. Among most Americans, BMI is a reliable indicator of total body fat. It is an inexpensive and easy-to-perform method of screening for weight categories that may lead to health problems. Limitations of BMI are that it may overestimate body fat in athletes and others who have a muscular build or underestimate body fat in individuals who lack lean muscles mass.

TOBACCO USE; *Never used tobacco* ;;;;; http://www.ucanquit2.org ;; ;
http://betobaccofree.hhs.gov/
You are doing the single most important thing to stay healthy! Not smoking saves you money (over $2000/year for one pack per day), helps you avoid many tobacco related diseases, and adds to your fitness level and overall health.

TOBACCO USE; *Never used tobacco* ;;;;; http://www.ucanquit2.org ;; ;
http://betobaccofree.hhs.gov/
Not using smokeless tobacco is a great choice. You can avoid oral cancer, tooth and gum disease, and maintain a fresh and clean mouth.

ALCOHOL USE; *No* ;;;;; http://www.nlm.nih.gov/medlineplus/alcoholconsumption.html

¿¿ALCOHOL USE; *Once or twice per year* ;;;;;
http://www.rethinkingdrinking.niaaa.nih.gov/
Many Sailors and Marines occasionally drink more heavily than usual during celebrations or special events. Plan ahead to avoid alcohol-related incidents. DUIs will put your career in danger.

¿ALCOHOL USE; *Never (i.e. not during the past year)* ;;;;;
http://www.rethinkingdrinking.niaaa.nih.gov/

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

You are being a responsible Sailor or Marine by never driving drunk or riding with someone who has been drinking. You can also help fellow Sailors and Marines avoid alcohol related incidents by looking out for those who try to drink and drive - and help them get home safely.

## INJURY PREVENTION; *Always* ;;;;; http://www.nhtsa.gov/Driving+Safety
By always using your seat belt, you decrease your risk of serious injury or death after an accident by about 50%.

## INJURY PREVENTION; *Does not apply to me / None recommended* ;;;;;
http://www.nhtsa.gov/Driving+Safety
If you ride these vehicles in the future, a helmet will provide significant protection against head injury and death. A large portion of medical, disability, and rehabilitation costs from these head injuries are paid for by the general public.

## INJURY PREVENTION; *Does not apply to me / None recommended* ;;;;;
http://www.cdc.gov/niosh/topics/safety.html
If you visit work sites, encounter an environmental hazard, or work at home, use appropriate safety equipment

## STRESS MANAGEMENT; *Somewhat satisfied* ;;;;;
http://www.nlm.nih.gov/medlineplus/stress.html ;;;;; http://afterdeployment.dcoe.mil
You are only somewhat satisfied with your life. Life satisfaction is a common goal that we as human beings strive to achieve. Work, relationships and social activities can all contribute to life satisfaction. Look to these sources for improving your level of satisfaction.

## STRESS MANAGEMENT; *Most of the time* ;;;;;
http://www.med.navy.mil/sites/nmcsd/nccosc/serviceMembersV2/stressManagement/theStressContinuum /Pages/default.aspx ;;;;; http://startmovingforward.dcoe.mil
Long-term and short-term stress in your work or at home may increase your risk of cardiovascular disease and impact on your personal and professional relationships. Problem-solving or discussing possible solutions with someone else may help reduce or eliminate some of your stress.

## ¿STRESS MANAGEMENT; *Most of the time*;;;;;
http://www.helpguide.org/topics/relationships.htm;;;;; http://afterdeployment.dcoe.mil
Expressing your feelings can help you see that you are not alone in how you feel. Talking with others can also provide you with strategies to successfully manage your concerns.

## SEXUAL HEALTH; *Most of the time* ;;;;;
http://nationalcoalitionforsexualhealth.org/tools/communicating-to-the-public/document/SexualHealthGuide_national.pdf
Choosing to use a latex condom consistently and correctly each time you have sex will significantly reduce your risk of acquiring a sexually transmitted infection

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## PHYSICAL ACTIVITY; *3 weeks per month* ;;;;;

http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html

To promote and maintain health, all healthy adults aged 18-64 years need moderate-intensity aerobic activity for a minimum of 150 minutes each week or vigorous-intensity aerobic activity for 75 minutes each week. Combinations of moderate- and vigorous-intensity activity can be performed to meet this recommendation. Exercise sessions can be broken up into as little as 10 minutes at a time.

## PHYSICAL ACTIVITY; *2 days per week*;;;;;

http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html

Muscle-strengthening activities should work all the major muscle groups of your body (legs, hips, back, chest, abdomen, shoulders, and arms). To gain health benefits, muscle-strengthening activities need to be done to the point where it is hard for you to do another repetition without help. Adding muscle allows you to do more activities, improves appearance, and reduces the risk of several chronic diseases.

## NUTRITION; *At least 3-5 times per week or more*;;;;;

http://www.cdc.gov/nutrition/everyone/basics/fat/index.html

Some dietary fat is needed for good health, but high levels of fat in your diet may lead to excessive weight gain and increase your risk of certain cancers. Eating foods high in staturated and trans-fats also increases your risk of heart disease. Select foods low in saturated fats, trans fats, and cholesterol; eat plenty of whole grains, fruits and vegetables; and choose low fat milk products and lean meats.

## NUTRITION; *Less than one*;;;;;

http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html

The national goal for Americans is to consume at least two servings of fruits per day. Fruits and vegetables contain essential vitamins, minerals, and fiber that may help protect you from chronic diseases and can make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individuals age, gender, and level of physical activity.

## SUPPLEMENTS; *Seldom* ;;;;; http://humanperformanceresourcecenter.org/dietary-supplements

People choosing to supplement their diets with herbals, vitamins, minerals, or other substances need to know about the products they choose so that they can make informed decisions about them. The choice to use a dietary supplement can be a wise decision that provides health benefits. However, under certain circumstances, these products may be unnecessary for good health or they may even create unexpected risks or interact with medications. It is wise to ask your physician or pharmacist before taking supplements.

## DENTAL; *Daily* ;;;;; http://www.ada.org/public.aspx

You are to be commended for flossing your teeth daily. Daily flossing is recommended

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

to remove plaque and food particles from between the teeth and under the gum line, which prevents gum disease, tooth loss, decay, and bad breath. In addition to flossing , the American Dental Association recommends brushing your teeth twice a day with fluoride toothpaste to achieve good dental health.


NUTRITION; *Two* ;;;;; http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html
The national goal for Americans is three servings of vegetables per day, with at least one being a dark green or orange vegetable. Fruits and vegetables contain essential vitamins, minerals, and fiber that may help you from chronic diseases and can make make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individuals age, gender, and level of physical activity.


SLEEP; *Most of the time* ;;;;; http://www.med.navy.mil/sites/nmcphc/health-promotion/psychological-emotional-wellbeing/Pages/sleep.aspx
People who get enough restful sleep are able to concentrate on their activities, have more energy, and generally feel better.


PREGNANCY; *My partner or I are correctly and consistently using birth control ALL the time* ;;;;; http://www.med.navy.mil/sites/nmcphc/health-promotion/reproductive-sexual-health/Pages/contraception.aspx
There is a wide range of new, safe and effective contraception options available, some that work for years after you have started them. Some are permanent and others are easily and quickly reversible when you are ready to have a baby. But not all forms of contraception are equally effective. It makes sense to carefully consider your parenting plans and get informed about contraception so you and your partner can select the option that works best for you. Be well informed about contraception, and talk with your partner and doctor.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *18 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON*

Encounter ID:    BETH-24277977    Primary Dx:    Parageusia

Patient: **MERWIN, DANIEL DENNIS**          Date: **18 Apr 2016 1344 EDT**          Appt Type: **T-CON***
Treatment Facility: **WALTER REED**          Clinic: **OTOLARYNG CL BE**          Provider: **THOMPSON,DAVID HERRON**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**                                                                          Call Back Phone: ██████████

**AutoCites** Refreshed by THOMPSON,DAVID HERRON @ 18 Apr 2016 1344 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •family medical history (General FHx) | •OTHER: Unknown (SEE MED RECORD) |
| •MAJOR DEPRESSION RECURRENT MODERATE | •family history of test conclusions [Use for free text] (General FHx) | |
| •ANXIETY DISORDER NOS | •family history of diabetes mellitus (General FHx) | |
| •Left ankle joint pain | •family history of heart disease (General FHx) | |
| •NEUROTIC EXCORIATION | •family history of mental illness (not retardation) (General FHx) | |
| •ANKLE SPRAIN LEFT | •no family history of cancer (General FHx) | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | •family history of the options include referral (General FHx) | |
| •ANOMALIES OF SKIN | •family history of patient counseling (General FHx) | |
| •Abdominal pain | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) | |
| •ASTHMA | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | | |
| •Difficulty breathing (dyspnea) | •paternal history of preliminary background HPI [use for free text] (Father) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) | |
| •Removal Of Sutures | •family history of supplemental HPI [use for free text] (General FHx) | |
| •ASTHMA EXTRINSIC | •no family history of malignant neoplasm of the large intestine (General FHx) | |
| •ROSACEA | | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| •REFRACTIVE ERROR - MYOPIA | •no family history of chronic liver disease (General FHx) | |
| •ALLERGIC RHINITIS | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Note** Written by THOMPSON,DAVID HERRON @ 19 Apr 2016 1237 EDT

**A/P** Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1032 EDT
**1. Unspecified disturbances of smell and taste**: S:  Taste abrupt onset of better taste ( Oct 16, while eating pizza),  now for surgery foods and chocholate, most other foods taste OK, and smell is OK. Going off zoloft did not change

All:  none Rx none Ill none surgery tx , prk tooth, admits GI stuff, IBS , ROS: hearing ok, breath nose ok, swallow ok, no sore throats

O: tms nl , mouth, tongue is normal, phx, neck, thyroid no mass Nps: nose clear, no mass nasopharynx, tvc mobile no edema arytenoids

-- b12 neg

-- HIV neg, 16 Feb 16

-- MRI Brain 15 april 16 = normal olfactory nerves and brain

-- Trep, lyme, cbc normal

A: ddx olfactory nerve issue,  H pylori

P:  MRI brain, labs, and referral to Dr Xydakis for taste and smell. Plant based diet


2. H pylori

O: positive IGG

A: possible cause of abnormal taste

P: Referred to GI medicine on 13 april



**Rad Result** Cited by THOMPSON,DAVID HERRON @ 19 Apr 2016 1233 EDT


**MERWIN, DANIEL DENNIS    20/██    DoD ID: 1286180538   31yo  ███ 1985   M**
********** MRI, BRAIN W W/O CON **********
POC Enc: #E4520771    POC Fac: WRNMMC
Status: Complete (Amended)


Procedure:            MRI, BRAIN W W/O CON
Event Date:           11-Apr-2016 10:19:00
Exam #:               16131283
Exam Date/Time:       15-Apr-2016 04:48:00
Transcription Date/Time:    15-Apr-2016 08:18:00
Provider:             THOMPSON, DAVID HERRON
Requesting Location:
   OTOLARYNG CL BE    WRNMMC BETHESDA, MD
Status:               COMPLETE (Amended)



**Amended Result Code:        SEE RADIOLOGIST'S REPORT**
Interpreted By:       DEMARCO, JAMES K
Supervised By:        James Demarco K, MD Dept of Radiology
Approved By:          DEMARCO, JAMES K
Approved Date:        15-Apr-2016 08:18:00
Supervised By:
   318118 James Demarco K, MD Dept of Radiology

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮    DoD ID: 1286180538    Created: 16 Aug 2017

Supervised By Date:        15-Apr-2016 08:18:00
Amended Report Text:
   Brain MRI without and with gadolinium: 04/15/16 04:48:00.

History: 31 y/o M with acute onset distortion taste, Please evaluate olfactory
nerves for pathology, and brain for possible pathology, please use gad.

Technique: Sagittal T1, axial and coronal T2, axial T2 FLAIR, axial DWI, axial
GRE, axial T1, axial post T1 FS, coronal post 3D SPGR of the brain. A total of
16 mL of ProHance was given intravenously as part of the study.

FINDINGS: No focal mass lesion or abnormal enhancement along the expected course
of either olfactory bulb or groove is seen. There is normal appearance of both
olfactory bulb and nerves.

Acute: No hemorrhage, herniation, or hydrocephalus.  No evidence of acute
ischemia.

Brain: Brain parenchyma is within normal limits in signal and volume for age.

Vessels: No abnormal intravascular signal to suggest thrombosis. There is note
of a tubular enhancing structure posteriorly in the left cerebellar hemisphere
compatible with an incidental developmental venous anomaly

Bones: No suspicious lesion in the calvarium or skull base.

Other: Extracranial soft tissues are unremarkable.

IMPRESSION:

1.  No enhancing mass lesions along the expected course of either olfactory bulb
or groove is seen. Both olfactory bulbs and nerves appear to be normally
developed.

2. No intracranial pathology.  No abnormal enhancement.
   _____

Electronically signed by:Demarco Department of Radiology Walter Reed National
Military Medical Center

Date: 04/15/16 Time:08:18

**A/P** Written by THOMPSON,DAVID HERRON @ 19 Apr 2016 1251 EDT
**1. Parageusia**: Spoke to patient , no change taste

1. Told MRI brain normal

2. Has appt with GI

3. Will get appt with Dr xydakis

**Disposition** Written by THOMPSON,DAVID HERRON @ 19 Apr 2016 1252 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Signed By  THOMPSON, DAVID HERRON** (Physician/Workstation) @ 19 Apr 2016 1252

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *12 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON*

Encounter ID:     BETH-24217382     Primary Dx:     Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere

Patient: **MERWIN, DANIEL DENNIS**          Date: **12 Apr 2016 1309 EDT**          Appt Type: **T-CON***
Treatment Facility: **WALTER REED**          Clinic: **OTOLARYNG CL BE**          Provider: **THOMPSON,DAVID HERRON**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**                                                       Call Back Phone: ███████████

**AutoCites** Refreshed by THOMPSON,DAVID HERRON @ 12 Apr 2016 1309 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of heart disease (General FHx)
- family history of mental illness (not retardation) (General FHx)
- no family history of cancer (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

**Note** Written by THOMPSON,DAVID HERRON @ 13 Apr 2016 0933 EDT

**A/P** Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1032 EDT
**1. Unspecified disturbances of smell and taste**: S:  Taste abrupt onset of better taste ( Oct 16, while eating pizza),  now for surgery foods and chocholate, most other foods taste OK, and smell is OK. Going off zoloft did not change

All:  none Rx none Ill none surgery tx , prk tooth, admits GI stuff, IBS , ROS: hearing ok, breath nose ok, swallow ok, no sore throats

O: tms nl , mouth, tongue is normal, phx, neck, thyroid no mass Nps: nose clear, no mass nasopharynx, tvc mobile no edema arytenoids

-- b12 neg

-- HIV neg, 16 Feb 16

-- H pylori positive

A: ddx olfactory nerve issue, brain pathlogy, h pylori, zinc, b12

P:  MRI brain, labs, and referral to Dr Xydakis for taste and smell. Plant based diet / Refer to Gastroenterology for H pylori Rx

**Disposition** Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1034 EDT
**Released w/o Limitations**
**Follow up:** 2 month(s) or sooner if there are problems. - Comments: follow up with Dr Xydakis, c 410 562 5345 w 443 654 5847
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| CBC W/o Diff | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| WBC | BLOOD | 4.7 |
| RBC | BLOOD | 4.88 |
| Hemoglobin | BLOOD | 15.4 |
| Hematocrit | BLOOD | 45.0 |
| MCV | BLOOD | 92.3 |
| MCH | BLOOD | 31.5 |
| MCHC | BLOOD | 34.1 |
| Platelets | BLOOD | 293 |
| RDW CV | BLOOD | 13.3 |
| MPV | BLOOD | 8.6 |

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| Basic Metabolic Panel | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| Urea Nitrogen | SERUM | 9.7 |
| Carbon Dioxide | SERUM | 28 |
| Chloride | SERUM | **97 (L)** |
| Creatinine | SERUM | 0.87 |
| Glucose | SERUM | 92 |
| Potassium | SERUM | 4.4 |
| Sodium | SERUM | 139 |
| Calcium | SERUM | 10.2 |
| Anion Gap | SERUM | 15 |
| GFR Calculated Non-Black | SERUM | 115.0 |
| GFR Calculated Black | SERUM | 132.9 <i> |

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| ESR | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| ESR | BLOOD | 5 |

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| Helicobacter pylori Ab IgG | Site/Specimen | 11 Apr 2016 1043 |
|---|---|---|
| Helicobacter pylori Ab IgG | SERUM | **7.1 (H) <i>** |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| **Treponema pallidum Ab** | **Site/Specimen** | **11 Apr 2016 1043** |
|---|---|---|
| Treponema pallidum Ab | SERUM | Negative <i> |

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 13 Apr 2016 0935 EDT

| **Lyme Disease Ab Total Screen** | **Site/Specimen** | **11 Apr 2016 1043** |
|---|---|---|
| Borrelia burgdorferi Ab | SERUM | Negative <i> |

**Lab Result** Cited by THOMPSON,DAVID HERRON @ 12 Apr 2016 1309 EDT

| **Helicobacter pylori Ab IgG** | **Site/Specimen** | **11 Apr 2016 1043** |
|---|---|---|
| Helicobacter pylori Ab IgG | SERUM | **7.1 (H) <i>** |

**A/P** Written by THOMPSON,DAVID HERRON @ 13 Apr 2016 0941 EDT
**1. Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere**: Spoke to patient: has had stomach discomfort and heart burn

1. Told H. Pylori was postive and can cause reflux and throat problems

2. Told to call 301 295 navy for GI consult at WR

3. Told all rest labs are normal
    Consult(s):            -Referred To: GASTROENTEROLOGY MTF BE (Routine) Specialty: GASTROENTEROLOGY Clinic: GI
                            CL BE Provisional Diagnosis: Helicobacter pylori [H. pylori] as the cause of diseases classified
                            elsewhere Order Date: 04/13/2016 09:34

**Disposition** Written by THOMPSON,DAVID HERRON @ 13 Apr 2016 0942 EDT
**Administrative Options:** Consultation requested

**Signed By  THOMPSON, DAVID HERRON** (Physician/Workstation) @ 13 Apr 2016 0942

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 466**
AR 2453

**Medical Record**

| Merwin, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### *11 Apr 2016 at WRNMMC, Otolaryngology Clinic Bethesda by THOMPSON, DAVID HERRON*

Encounter ID:    BETH-24134555    Primary Dx:    Unspecified disturbances of smell and taste

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **11 Apr 2016 0830 EDT**
Clinic: **OTOLARYNG CL BE**

Appt Type: **SPEC**
Provider: **THOMPSON,DAVID HERRON**

**AutoCites** Refreshed by THOMPSON,DAVID HERRON @ 05 Apr 2016 1011 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- family history of test conclusions [Use for free text] (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of heart disease (General FHx)
- family history of mental illness (not retardation) (General FHx)
- no family history of cancer (General FHx)
- family history of the options include referral (General FHx)
- family history of patient counseling (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Reason for Appointment:**
change in taste
**Appointment Comments:**
pb/irmac

**Vitals**
**Vitals** Written by KIPTOO,ALEX @ 11 Apr 2016 0908 EDT
 BP: 121/79,   HR: 70,   RR: 16,   T: 98.5 °F,   Tobacco Use: No,   Alcohol Use: Yes,   Pain Scale: 0 Pain Free
**Comments:** 4105625345
nkda

**A/P** Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1032 EDT
**1. Unspecified disturbances of smell and taste**: S:  Taste abrupt onset of better taste ( Oct 16, while eating pizza),  now for surgery foods and chocholate, most other foods taste OK, and smell is OK. Going off zoloft did not change

All:  none Rx none Ill none surgery tx , prk tooth, admits GI stuff, IBS , ROS: hearing ok, breath nose ok, swallow ok, no sore throats

O: tms nl , mouth, tongue is normal, phx, neck, thyroid no mass Nps: nose clear, no mass nasopharynx, tvc mobile no edema arytenoids

-- b12 neg

-- HIV neg, 16 Feb 16

A: ddx olfactory nerve issue, brain pathlogy, h pylori, zinc, b12

P:  MRI brain, labs, and referral to Dr Xydakis for taste and smell. Plant based diet

| | |
|---|---|
| Procedure(s): | -Fiberoptic Laryngoscopy Flexible (diagnostic) x 1 - After verbal informed consent, topical 4% lidocaine/ afrin mixture was sprayed into the nose bilaterally.  The flexible scope was passed through bilateral nares and into hypopharynx with findings as described in above exam. The patient tolerated well without complications. |
| | Note:  Reviewed AHLTA record, and Reviewed with patient: past treatments, laboratory, and Radiological Studies, DDX symptoms, and Planned Management |
| Laboratory(ies): | -H PYLORI IGG (Routine); ZINC (Routine); BASIC METABOLIC PANEL (Routine); LYME DISEASE AB, TOTAL (Routine); CBC W/O DIFFERENTIAL (Routine); ESR (Routine); TREPONEMA PALLIDUM AB (Routine) |
| Radiology(ies): | -MRI, BRAIN W W/O CON (Routine) Impression:  SM with acute onset distortion taste, Please evaluate olfactory nerves for pathology, and brain for possible pathology, please use gad  Comment:  Please use gad |
| Consult(s): | -Referred To: OTOLARYNGOLOGY NCR (Routine) Specialty: OTORHINOLARYNGOLOGY Clinic: RM OTOLARYNGOLOGY IR Provisional Diagnosis: Unspecified disturbances of smell and taste |

**Disposition** Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1034 EDT
**Released w/o Limitations**
**Follow up:** 2 month(s) or sooner if there are problems. - Comments: follow up with Dr Xydakis, c 410 562 5345 w 443 654 5847
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Note** Written by KIPTOO,ALEX @ 11 Apr 2016 0907 EDT
**Consult Order**
**Referring Provider:**          AUSTIN, MARIE R
**Date of Request:**   01 Mar 2016
**Priority:**             Routine

**Provisional Diagnosis:**

change in taste

**Reason for Request:**

Pt is reporting that all sweet  things taste bitter except for artifical sweeteners please eval and treat

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 468**
AR 2455

**Medical Record**

---

**Signed By  THOMPSON, DAVID HERRON** (Physician/Workstation) @ 11 Apr 2016 1035

---

**CHANGE HISTORY**
***The following Vitals Entry Was Overwritten** by KIPTOO,ALEX @ 11 Apr 2016 0909 EDT:*
**Vitals** Written by KIPTOO,ALEX @ 11 Apr 2016 0908 EDT
 Tobacco Use: No,   Alcohol Use: Yes,   Pain Scale: 0 Pain Free

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ___ 1985 SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *05 Apr 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J*

Encounter ID:     BETH-24131043     Primary Dx:     Pain in left ankle and joints of left foot

Patient: **MERWIN, DANIEL DENNIS**          Date: **05 Apr 2016 0830 EDT**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PHYS THERAPY CL BE**          Provider: **BAHR,ROBERT J.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BAHR,ROBERT J @ 05 Apr 2016 0835 EDT

**Problems**                                                                 **Allergies**
•ALCOHOL DEPENDENCE WITH                                      •OTHER: Unknown (SEE MED RECORD)
  CONTINUOUS DRINKING
  BEHAVIOR
•MAJOR DEPRESSION RECURRENT
  MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
  ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
  DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Appointment Comments:**
dhj

**S/O Note** Written by BAHR,ROBERT J. @ 05 Apr 2016 0858 EDT
**History of present illness**
     The Patient is a 31 year old male.
     He reported: Encounter Background Information: SUBJECTIVE:   Pt is a 31 yo WM who injured his left ankle 1.5 years ago while sprinting.  The MRI showed a thickening of his ligament.  He was treated in PT here.  His pain has been off and on until two months ago when his foot was plantarflexed.  He has had no recent injury.  He reports that his pain is 2-3/10 at rest, 4-5/10 with activity.  Mild swelling noted laterally.  Pain increases with walking and the pushing off of his foot and going up and down stairs.

| Merwin, Daniel Dennis | DOB: ___ 1985 SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 470**
AR 2457

**Medical Record**

Merwin, Daniel Dennis          DOB:          1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

Pain decreases with foot into the neutral position. He states he uses no meds--see AHLTA for medication reconciliation.  He works with computers, exercises moderately running/walking 3-11 miles. He had new xrays three days ago which appear WNL.  He learns without preference.  His goal is to have a pain free ankle.  No BTL.  ~OBJECTIVE:  FROM ankle left, strength in ankle dorsiflexors, plantarflexors, everters, interverters 5/5.  negative drawer.  Mild tenderness along lateral malleolus on left.  Mild swelling noted.  No heat or warmth or discoloration noted.  Gait WNL, heel and toe walk within normal limits.  ~ASSESSMENT:  Pt has chronic left ankle pain which will benefit from skilled physical therapy program.   ~PLAN:  Home program of eccentric heel lowering and calf stretches for three weeks and then followup.  ~GOAL:  Decrease pain 75% in three weeks STG.  Increase running without pain to four miles in 2 months.  Pt educated on exercises and given handouts. ``PROGNOSIS:  good.  TODAY'S INTERVENTION:   Pt reports that his pain is now gone.   He is training for a marathon and is up to running 25 miles per week.  Pt does not want his foot examined today.   Plan:  discharge  PT.  F/U prn.

**A/P** Written by BAHR,ROBERT J @ 05 Apr 2016 0900 EDT
**1. Pain in left ankle and joints of left foot**
          Procedure(s):          -Physical Therapy Service Re-Evaluation x 1

**Disposition** Written by BAHR,ROBERT J @ 05 Apr 2016 0900 EDT
**Released w/o Limitations**

**Signed By  BAHR, ROBERT J** (Physical Therapist, wrnmmc) @ 05 Apr 2016 0900

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *07 Mar 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J*

Encounter ID:    BETH-23804906    Primary Dx:    Pain in left ankle and joints of left foot

Patient: **MERWIN, DANIEL DENNIS**        Date: **07 Mar 2016 0830 EDT**        Appt Type: **FTR**
Treatment Facility: **WALTER REED**        Clinic: **PHYS THERAPY CL BE**        Provider: **BAHR,ROBERT J.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BAHR,ROBERT J @ 07 Mar 2016 0823 EDT

| **Problems** | **Allergies** |
|---|---|
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •OTHER: Unknown (SEE MED RECORD) |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| IBUPROFEN, 800 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN #0 RF0 | NR | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Appointment Comments:**
dhj

**S/O Note** Written by BAHR,ROBERT J. @ 07 Mar 2016 0909 EDT
**History of present illness**
      The Patient is a 31 year old male.

| Merwin, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 472**
AR 2459

**Medical Record**

He reported: Encounter Background Information: SUBJECTIVE:   Pt is a 31 yo WM who injured his left ankle 1.5 years ago while sprinting.  The MRI showed a thickening of his ligament.  He was treated in PT here.  His pain has been off and on until two months ago when his foot was plantarflexed.  He has had no recent injury.  He reports that his pain is 2-3/10 at rest, 4-5/10 with activity.  Mild swelling noted laterally.  Pain increases with walking and the pushing off of his foot and going up and down stairs.  Pain decreases with foot into the neutral position.  He states he uses no meds--see AHLTA for medication reconciliation.  He works with computers, exercises moderately running/walking 3-11 miles.  He had new xrays three days ago which appear WNL.  He learns without preference.  His goal is to have a pain free ankle.  No BTL.  ~OBJECTIVE: FROM ankle left, strength in ankle dorsiflexors, plantarflexors, everters, interverters 5/5.  negative drawer.  Mild tenderness along lateral malleolus on left.  Mild swelling noted.  No heat or warmth or discoloration noted.  Gait WNL, heel and toe walk within normal limits.  ~ASSESSMENT:  Pt has chronic left ankle pain which will benefit from skilled physical therapy program.   ~PLAN:  Home program of eccentric heel lowering and calf stretches for three weeks and then followup.  ~GOAL:  Decrease pain 75% in three weeks  STG.  Increase running without pain to four miles in 2 months.  Pt educated on exercises and given handouts.  ``PROGNOSIS:  good.  TODAY'S INTERVENTION:   Pt reports that his pain has decreased and his strength is good.  Exercise causds pain laterally while doing the exercises but he feels better afterwards.  He rates his pain at 1/10 at rest and 3/10 with activity.   Pt to do saphenous and peroneal nerve glides throughout the day and to return in two to three weeks for followup.

**A/P** Written by BAHR,ROBERT J @ 07 Mar 2016 0912 EDT
**1. Pain in left ankle and joints of left foot**
        Procedure(s):        -Physical Therapy: ___ Session Segments, 15 Minutes Each x 1
                              -Physical Therapy Service Re-Evaluation x 1

**Disposition** Written by BAHR,ROBERT J @ 07 Mar 2016 0912 EDT
**Released w/o Limitations**

**Signed By  BAHR, ROBERT J** (Physician) @ 07 Mar 2016 0913

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*29 Feb 2016 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:    BETH-23726066    Primary Dx:    Parageusia

Patient: **MERWIN, DANIEL DENNIS**     Date: **29 Feb 2016 0849 EST**     Appt Type: **T-CON\***
Treatment Facility: **WALTER REED**     Clinic: **INT MED MEDICAL HOME CL C**     Provider: **AUSTIN,MARIE**
**NATIONAL MILITARY MEDICAL CNTR**     **BE**
Patient Status: **Outpatient**                              Call Back Phone: ■■■■■

**AutoCites** Refreshed by AUSTIN,MARIE @ 29 Feb 2016 1704 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Other PMHs**                       **Social History**
No Other PMHs Found.                 No Social History Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| PODOFILOX, 0.5 %, SOLUTION, TOPICAL | Active | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 | 2 of 2 | 24 Feb 2016 |
| IBUPROFEN, 800 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN #0 RF0 | NR | 24 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Labs**

**16 Feb 2016 1430**
**Methylmalonic Acid**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Methylmalonate | SERUM | 170 | nmol/L | 0-378 |

**16 Feb 2016 1430**
**HIV-1/O/2 Ab**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | ****** | | |

**16 Feb 2016 1430**
**Vitamin B12 (Cyanocobalamin)**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 293 <i> | pg/mL | (211-946) |

**16 Feb 2016 1430**
**Homocysteine**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Homocysteine | SERUM | 8.9 <i> | mcmol/L | (4.0-15.4) |

**16 Feb 2016 1430**
**Comprehensive Metabolic Panel**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Albumin | SERUM | 4.7 | g/dL | (3.5-5.2) |
| Alkaline Phosphatase | SERUM | 53 | U/L | (40-129) |
| Alanine Aminotransferase | SERUM | 17 | U/L | (0-41) |
| Bilirubin | SERUM | 0.4 | mg/dL | (0.15-1.2) |
| Urea Nitrogen | SERUM | 13.8 | mg/dL | (6-20) |
| Calcium | SERUM | 9.7 | mg/dL | (8.6-10.2) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮     DoD ID: 1286180538     Created: 16 Aug 2017

| | | | | |
|---|---|---|---|---|
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) |
| Chloride | SERUM | 98 | mmol/L | (98-107) |
| Creatinine | SERUM | 0.96 | mg/dL | (0.7-1.2) |
| Glucose | SERUM | 89 | mg/dL | (74-106) |
| Potassium | SERUM | 4.4 | mmol/L | (3.5-5.1) |
| Protein | SERUM | 7.6 | g/dL | (6.6-8.7) |
| Sodium | SERUM | 141 | mmol/L | (136-145) |
| Anion Gap | SERUM | 14 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 105.6 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 122.1 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 20 | U/L | (0-40) |

**02 Feb 2016 1406**

| **ETG/ETS, UA (250 Cut-Off)** | **Site Specimen** | **Result** | **Units** | **Ref Range** |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**02 Feb 2016 1406**

| **Drug Abuse Screen** | **Site Specimen** | **Result** | **Units** | **Ref Range** |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Not-Detected) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**Rads**

**MERWIN, DANIEL DENNIS 20▮▮▮ DoD ID: 1286180538 31yo ▮▮▮ 1985 M**

********** ANKLE, LT 3 VIEWS **********
POC Enc: #E4520771 POC Fac: WRNMMC
Status: Complete (Amended)

Procedure: ANKLE, LT 3 VIEWS
Event Date: 16-Feb-2016 14:07:00
Exam #: 16054521
Exam Date/Time: 16-Feb-2016 14:10:00
Transcription Date/Time: 16-Feb-2016 14:55:00
Provider: WILSON, BRYAN JAMES
Requesting Location:
INT MED MEDICAL HOME CL C BE WRNMMC BETHESDA, MD
Status: COMPLETE (Amended)

**Amended Result Code: SEE RADIOLOGIST'S REPORT**
Interpreted By: FISHER, ZACHARY ETHAN
Supervised By:
ZACHARY E FISHER,MAJ, MC, Dept of Radiology
Approved By: FISHER, ZACHARY ETHAN
Approved Date: 16-Feb-2016 14:54:00
Supervised By:
92925 ZACHARY E FISHER,MAJ, MC, Dept of Radiology
Supervised By Date: 16-Feb-2016 14:54:00
Amended Report Text:
Comparison: MRI October 5, 2014 and prior radiographs May 6, 2014

Findings: Routine radiographs of the ankle were obtained. Normal alignment is
present without evidence for acute fracture or dislocation. There is mild
lateral soft tissue swelling present. The ankle mortise and talar dome are
intact. The joint spaces are preserved without significant degenerative
changes.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

Impression: Lateral soft tissue swelling without evidence for acute bony abnormality

---

Electronically signed by:Dr. ZACHARY ETHAN FISHER Department of Radiology Walter Reed National Military Medical Center

Date: 02/16/16 Time:14:54

**Reason for Telephone Consult:**Written by CONRAD,ALLEN C @ 29 Feb 2016 0849 EST
Call pt with test reults
**Telephone Consult Comments:** Written by CONRAD,ALLEN C @ 29 Feb 2016 0849 EST
Pt called this morning requesting Ms. Austin give him a call to discuss test results. Direct number at work is 443-654-5847

**Questionnaire AutoCites** Refreshed by AUSTIN,MARIE @ 29 Feb 2016 1704 EST
**Questionnaires**

**A/P** Written by AUSTIN,MARIE @ 01 Mar 2016 1234 EST
**1. Parageusia** R43.2
    Consult(s):            -Referred To: OTOLARYNGOLOGY NCR (Routine) Specialty: OTORHINOLARYNGOLOGY Clinic: RM
                          OTOLARYNGOLOGY IR Provisional Diagnosis: change in taste  Order Date: 03/01/2016 12:34

**Disposition** Written by AUSTIN,MARIE @ 01 Mar 2016 1234 EST
**Follow up:** as needed . - Comments: pt to f/u as discussed with ENT
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

---

**Signed By  AUSTIN, MARIE** (Nurse Practitioner, WRNMMC) @ 01 Mar 2016 1234

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *24 Feb 2016 at WRNMMC, Dermatology Clinic Bethesda by MARQUART, JASON DANIEL*

Encounter ID:    BETH-23687169    Primary Dx:    Anogenital (venereal) warts

Patient: **MERWIN, DANIEL DENNIS**       Date: **24 Feb 2016 1300 EST**      Appt Type: **SPEC**
Treatment Facility: **WALTER REED**      Clinic: **DERMATOLO CL BE**          Provider: **MARQUART,JASON DANIEL**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
Sprain of other ligament of left ankle, subsequent encounter
**Appointment Comments:**
lat/irmac

**Note** Written by LAM,THOMAS KIN @ 24 Feb 2016 1329 EST
CC: Genital warts

HPI: 31 yo man who was referred here by PCM for further evaluation and/or management of warts on penis not responsive to topical Aldara.

Hx of skin cancer:   None ☒   BCC ☐   SCC ☐   MM ☐
Family Hx of melanoma:  None

Drug Allergies: None
Medication list reviewed ☒

Pain (10-pt scale): 0

Tobacco Use:   Y ☐   N ☐
Alcohol Use:   Y ☐   N ☐

OBJECTIVE:
Fitzpatrick Type:   I ☐   II ☒   III ☐   IV ☐   V ☐   VI ☐

Standby:  N/A

A focused skin exam was notable for the following:

1.  Scattered (~10) skin-colored, verrucous papules on the dorsal penis.

**A/P** Last Updated by LAM,THOMAS KIN @ 24 Feb 2016 1330 EST
**1. Anogenital (venereal) warts**: Lesions on exam c/w warts.  Treated today with LN2.  Will give Condylox for continued Tx at home.  Also counseled Pt on wart clinic on Thursday mornings.  Pt voiced understanding and agreement.
    Procedure(s):           -Destruction Of Benign Lesion By Cryosurgery x 1 - After discussion of risks, benefits, and alternatives, verbal consent was received and cryo applied to lesions in standard fashion.  Tx was applied in a pulsed fashion to minimize collateral tissue injury.  Pt was instructed to use Vaseline ointment to the area(s) until healed.  Pt tolerated the procedure well and left in stable condition.

                           Locations:  DORSAL PENIS x8
    Medication(s):          -PODOFILOX--TOP 0.5% SOLN - APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #1 RF2

**Disposition** Last Updated by LAM,THOMAS KIN @ 24 Feb 2016 1330 EST
**Released w/o Limitations**

**Note** Written by LAM,THOMAS KIN @ 24 Feb 2016 1324 EST
**Consult Order**

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Referring Provider:**    WILSON, BRYAN J
**Date of Request:** 16 Feb 2016
**Priority:**    Routine

**Provisional Diagnosis:**

Sprain of other ligament of left ankle, subsequent encounter

**Reason for Request:**

1mm x 1mm papules at base of penis previously treated empirically for genital warts, did not respond to Imiquimod.  Skin changes are very limited, may be physiologic.  Please evaluate and treat.
**Note** Written by MARQUART,JASON DANIEL @ 24 Feb 2016 1404 EST
I saw and evaluated the patient.  Discussed with resident and agree with resident's findings and plan as documented in the resident's note.  Chart QA performed.

---

**Signed By  MARQUART, JASON DANIEL** (Physician, WRNMMC Dermatology/Mohs Service) @ 24 Feb 2016 1404

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐☐ 1985 SSN: ***-**-☐☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*19 Feb 2016 at WRNMMC, Phys Therapy CL BE by BAHR, ROBERT J*

Encounter ID:   BETH-23626266   Primary Dx:   Acquired absence of right leg below knee

Patient: **MERWIN, DANIEL DENNIS**       Date: **19 Feb 2016 0645 EST**       Appt Type: **SPEC**
Treatment Facility: **WALTER REED**       Clinic: **PHYS THERAPY CL BE**       Provider: **BAHR,ROBERT J.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BAHR,ROBERT J @ 19 Feb 2016 0928 EST

| **Problems** | **Allergies** |
|---|---|
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •OTHER: Unknown (SEE MED RECORD) |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| IBUPROFEN, 800 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN #0 RF0 | NR | 17 Feb 2016 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**
Sprain of other ligament of left ankle, subsequent encounter
**Appointment Comments:**
lat/irmac

**S/O Note** Written by BAHR,ROBERT J. @ 19 Feb 2016 0912 EST
**History of present illness**
     The Patient is a 31 year old male.
     He reported: Encounter Background Information: SUBJECTIVE:   Pt is a 31 yo WM who injured his left ankle 1.5 years ago while sprinting.  The MRI showed a thickening of his ligament.  He was treated in PT here.  His pain has been off and on until two

| Merwin, Daniel Dennis | DOB: ☐☐ 1985 SSN: ***-**-☐☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 479**
AR 2466

**Medical Record**

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 16 Aug 2017

months ago when his foot was plantarflexed.  He has had no recent injury.  He reports that his pain is 2-3/10 at rest, 4-5/10 with activity.  Mild swelling noted laterally.  Pain increases with walking and the pushing off of his foot and going up and down stairs. Pain decreases with foot into the neutral position.  He states he uses no meds--see AHLTA for medication reconciliation.  He works with computers, exercises moderately running/walking 3-11 miles.  He had new xrays three days ago which appear WNL.  He learns without preference.  His goal is to have a pain free ankle.  No BTL.  ~OBJECTIVE:  FROM ankle left, strength in ankle dorsiflexors, plantarflexors, everters, interverters 5/5.  negative drawer.  Mild tenderness along lateral malleolus on left.  Mild swelling noted.  No heat or warmth or discoloration noted.  Gait WNL, heel and toe walk within normal limits.  ~ASSESSMENT:  Pt has chronic left ankle pain which will benefit from skilled physical therapy program.   ~PLAN:  Home program of eccentric heel lowering and calf stretches for three weeks and then followup.  ~GOAL:  Decrease pain 75% in three weeks STG.  Increase running without pain to four miles in 2 months.  Pt educated on exercises and given handouts. ``PROGNOSIS:  good.


**A/P** Written by BAHR,ROBERT J @ 19 Feb 2016 0930 EST
**1. Acquired absence of right leg below knee**
        Procedure(s):          -Physical Therapy Service Evaluation x 1
                     -Physical Therapy: ___ Session Segments, 15 Minutes Each x 1


**Disposition** Written by BAHR,ROBERT J @ 19 Feb 2016 0930 EST
**Released w/o Limitations**


**Note** Written by HARMON,DAVID JR @ 19 Feb 2016 0703 EST
**Consult Order**
**Referring Provider:**          WILSON, BRYAN J
**Date of Request:**     16 Feb 2016
**Priority:**               Routine


**Provisional Diagnosis:**

Sprain of other ligament of left ankle, subsequent encounter


**Reason for Request:**

L anterior talofibular ligament sprain 2 yr ago, now recurrence of pain.  On light duty 30 days.  Needs eval and likely graduated exercise.


**Signed By  BAHR, ROBERT J** (Physical Therapist, wrnmmc) @ 19 Feb 2016 0931

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *16 Feb 2016 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:      BETH-23591652      Primary Dx:      Encounter for issue of repeat prescription

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **16 Feb 2016 1438 EST**
Clinic: **PSYCHIATRY BE**

Appt Type: **T-CON***
Provider: **ZEMBRZUSKA,HANNA DOMINIKA**
Call Back Phone: ☐

**AutoCites** Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 16 Feb 2016 1438 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**

**02 Feb 2016 1406**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <i> | ng/mL | Cutoff=250 |

**02 Feb 2016 1406**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Not-Detected) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**Rads**
No Rads Found.

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 16 Feb 2016 1440 EST
**Subjective**
Contacted pt for checkup; has not been seen in clinic for a few months. Left VM at ☐ number. Other number - cell 850 410 1041 has been disconnected.

**A/P** Last Updated by ZEMBRZUSKA,HANNA DOMINIKA @ 16 Feb 2016 1440 EST
**1. Encounter for issue of repeat prescription** Z76.0

**Disposition** Last Updated by ZEMBRZUSKA,HANNA DOMINIKA @ 16 Feb 2016 1440 EST

---

**Signed By  ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 16 Feb 2016 1440

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*16 Feb 2016 at WRNMMC, Int Med CL C Medical Home BE by WILSON, BRYAN J*

Encounter ID:     BETH-23581847     Primary Dx:     Sprain of other ligament of left ankle, subsequent encounter

Patient: **MERWIN, DANIEL DENNIS**          Date: **16 Feb 2016 0950 EST**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **INT MED MEDICAL HOME CL C**          Provider: **WILSON,BRYAN JAMES**
**NATIONAL MILITARY MEDICAL CNTR**          **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
Ankle - Extreme pain from previous injury location
**Appointment Comments:**
Appt self-booked via TOL

**Injury/Accident** Written by WILSON,BRYAN J @ 16 Feb 2016 1926 EST
**Injury Cause/Activity:** W01.0XXD Fall on same level from slipping, tripping and stumbling without subsequent striking against object, subsequent encounter
**Date of Injury/Accident:** 16 Feb 2014
**Place of Occurrence:** Y92.9 Unspecified place or not applicable
**Injury Category for Compensation Code(s):** OA-Other Accident

**Vitals**
**Vitals** Written by WOODS,CHARLESLENE N @ 16 Feb 2016 1018 EST
BP: 129/80,    HR: 78,    RR: 20,    T: 98.1 °F Oral,    HT: 69 in,    WT: 175 lbs,    SpO$_2$: 97%,    BMI: 25.84,
BSA: 1.952 square meters,    Tobacco Use: No,    Alcohol Use: Yes,    Pain Scale: 3/10 Mild,    Pain Scale Comments: LEFT
ANKLE

**S/O Note** Written by WILSON,BRYAN JAMES @ 16 Feb 2016 1911 EST
**Chief complaint**
The Chief Complaint is: Ankle pain.
**History of present illness**
      The Patient is a 31 year old male.

<<Note accomplished in TSWF-CORE>>

31M PMH s/f L ankle sprain and GAD in clinic for multiple c/o.  1.) Last 1 mo developed L ankle pain same distribution as ankle
sprain 2 yr ago.  Initially tripped in hole when playing softball, extensive swelling, bleeding into foot.  Underwent physical therapy,
fitted for brace.  Plain films X2 negative for fx.  MRI demonstrates thickening at anterior talofibular joint.  Pt subsequently passed
multiple PRTs.  Now, getting back into shape for upcoming PRT, has developed pain at same site, mild swelling, crepitus.  No
known reinjury.  Currently 2/10 pain, max 4/10.  Exacerbated by rolling the ankle and walking.  Has not taken any medications for it.
2.) C/o gential warts.  Last seen by Marie Austin 9/2015.  Was prescribed Imiquimod then 2nd course but no resolution of skin
changes.  Pt states he has had at least 150 lifetime sexual partners, decreased number of partners recently but using condoms only
about 90% of the time.  No other lesions.  Did not have the Gardasil vaccine.  3.) Saw Marie Austin for dysgeusia 10/2015.  At this
time he had come off his Zoloft rapidly, did not taper, and his sx were attributed to w/d.  He was sent to psychiatry, and restarted on
low-dose 25 then tapered to 12.5 and off.  The medication changes have not affected his taste, sx persist.  In general what used to
taste sweet now tastes bitter.  Some savory foods also taste bitter.  Of note: has low-normal B12.  No nasal congestion.  Has intact
olfaction.  No GERD.  No change to urine output/appearance.  No abdominal pain.
**Current medication**
Including OTC meds, vitamins, herbals, etc.
Sertraline 25mg daily followed by weaning to 12.5mg daily then off
Melatonin qhs prn


ALL
NKDA.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history
      GAD
      Alcohol dependence in remission
      H/o childhood asthma.
      Surgical / Procedural: Surgical / procedural history
      PRK
      Tosillectomy

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB:  ████  1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

.

**Personal history**
Social history reviewed
Does not smoke, no etoh intake since 25 march 15.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol
.

**Family history**
　　　Family medical history

　　　DM father, PGM
　　　MI father
　　　hypertension father
　　　melanoma father
.

**Physical findings**
**General:**
　　　• Physical examination GEN: WNWD, no acute distress
　　　HEENT: MMM, no scleral icterus
　　　HEART: RRR, no m/g/r
　　　LUNGS: CTAB
　　　ABD: NABS, soft, NTND, no HSM
　　　EXT: Mild swelling, pain on extreme inversion, plantar flexion and dorsiflexion L ankle; no joint laxity
　　　GENITAL: 1x1mm papules vs. nodule maximum 3-5 at base of penis, no inflammatory changes, no discharge
　　　NEURO: No focal neurologic deficits appreciated.
**Practice Management**
　　　Preventive medicine services.


**A/P** Last Updated by WILSON,BRYAN J @ 16 Feb 2016 1940 EST
**1. Sprain of other ligament of left ankle, subsequent encounter**: Reinjury vs. subtalar OA 2/2 original sprain.  Repeat plain films today and restart physical therapy.  30 days light duty until eval by physical therapy.  O/w Motrin and graduated exercise.  Continue brace.  No role for MRI or ortho referral at this time.

　　　Medication(s):        -IBUPROFEN--PO 800MG TAB - TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED
　　　　　　　　　　　　FOR PAIN #60 RF0 Ordered By: WILSON,BRYAN J Ordering Provider: WILSON, BRYAN JAMES
　　　Radiology(ies):        -ANKLE, LT 3 VIEWS (Routine) Ordered By: WILSON,BRYAN J Ordering Provider: WILSON, BRYAN
　　　　　　　　　　　　JAMES Impression:  H/o anterior talofibular ligament sprain, conservative manag
　　　Consult(s):        -Referred To: PHYSICAL THERAPY MTF BE (Routine) Specialty: THERAPY, PHYSICAL Clinic: PHYS
　　　　　　　　　　　　THERAPY CL BE Provisional Diagnosis: Sprain of other ligament of left ankle, subsequent encounter
　　　　　　　　　　　　Ordered By: WILSON,BRYAN J Ordering Provider: WILSON,BRYAN JAMES
　　　Injury        -W01.0XXD Fall on same level from slipping, tripping and stumbling without subsequent striking against
　　　Cause(s)/Activity(ies):        object, subsequent encounter
**2. Other skin changes**: Skin changes very limited, the tiny papules may be physiologic.  Did not respond to Imiquimod.
Referral to derm for possible bx vs. reassurance vs. tew tx.
　　　Consult(s):        -Referred To: DERMATOLOGY MTF BE (Routine) Specialty: DERMATOLOGY Clinic: DERMATOLO CL
　　　　　　　　　　　　BE Provisional Diagnosis: Sprain of other ligament of left ankle, subsequent encounter Ordered By:
　　　　　　　　　　　　WILSON,BRYAN J Ordering Provider: WILSON,BRYAN JAMES
**3. Parageusia**: Did not respond to change in SSRI.  Ddx is broad.  Given his sexual hx, will draw CMP for possible hepatitis, HIV.
Consider electrolyte abnormalities.  Also has low-nl B12.  Change may be manifestation of tongue enlargement.  B12, MMA,
homocysteine today.
　　　Laboratory(ies):        -HIV-1/O/2 (Routine) Ordered By: WILSON,BRYAN J Ordering Provider: WILSON, BRYAN JAMES;
　　　　　　　　　　　　VITAMIN B12 (Routine) Ordered By: WILSON,BRYAN J Ordering Provider: WILSON, BRYAN JAMES;
　　　　　　　　　　　　METHYLMALONATE, SERUM (Routine) Ordered By: WILSON,BRYAN J Ordering Provider: WILSON,
　　　　　　　　　　　　BRYAN JAMES; HOMOCYSTEINE (Routine) Ordered By: WILSON,BRYAN J Ordering Provider:
　　　　　　　　　　　　WILSON, BRYAN JAMES; COMPREHENSIVE METABOLIC PANEL (Routine) Ordered By:
　　　　　　　　　　　　WILSON,BRYAN J Ordering Provider: WILSON, BRYAN JAMES
　　　Radiology(ies):        -ANKLE, LT 3 VIEWS (Routine) Ordered By: WILSON,BRYAN J Ordering Provider: WILSON, BRYAN
　　　　　　　　　　　　JAMES Impression:  H/o anterior talofibular ligament sprain, conservative manag


**Disposition** Last Updated by WILSON,BRYAN J @ 16 Feb 2016 1941 EST
**Released w/ Work/Duty Limitations**
**Administrative Options:** Consultation requested


**Note** Written by RITTER,JOAN B @ 21 Feb 2016 2305 EST
**Co-signer Note**
Case discussed with resident. Agree with asssessment and plan as above.


Merwin, Daniel Dennis        DOB:  ████  1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

---

**Signed By  WILSON, BRYAN JAMES** (Physician) @ 16 Feb 2016 1941
**Co-Signed By  RITTER, JOAN B** (Physician) @ 21 Feb 2016 2305

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *04 Feb 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:    BETH-23502474    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**     Date: **04 Feb 2016 1345 EST**     Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**     Clinic: **BEHAVIORAL HEALTH QU**     Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 05 Feb 2016 1521 EST

| **Drug Abuse Screen** | **Site/Specimen** | **02 Feb 2016 1406** | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |
| | | | | |
| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **02 Feb 2016 1406** | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 |

**A/P** Written by AILOR,LYNNE P @ 05 Feb 2016 1523 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. ETG/ETS was negative, Drug Abuse Screen was negative for all substances tested.
    Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 05 Feb 2016 1523 EST
**Released w/o Limitations**
**Follow up:**  as needed . - Comments: Follow up with SARP.

**Signed By  AILOR, LYNNE P** (Physician) @ 05 Feb 2016 1524

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*02 Feb 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:    BETH-23453438    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **02 Feb 2016 1208 EST**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 03 Feb 2016 1448 EST
**Problems**
- ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
- MAJOR DEPRESSION RECURRENT
    MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
    ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
    DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 02 Feb 2016 1208 EST
CC GROUP/ CLOSE OUT

**Screening** Written by MAPLES,MICHAEL J @ 02 Feb 2016 1237 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 02 Feb 2016 1208
------------------------------
CC GROUP/ CLOSE OUT
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 02 Feb 2016 1237 EST
  Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

| Merwin, Daniel Dennis | DOB: ■ 1985 | SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 486**
AR 2473

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Comments:** LAUNGUAGE: ENGLISH
NO VITALS TAKEN AT SARP TREATMENT

**S/O Note** Written by BROWN,CYNTHIA E @ 03 Feb 2016 1448 EST
**Reason for Visit**
CC Group/Individual.

**A/P** Last Updated by MAPLES,MICHAEL J @ 02 Feb 2016 1238 EST
**1. Alcohol dependence, uncomplicated**
    Procedure(s):     -ALCOHOL & DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended
                      group session from 1230 - 1400.
                      -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                      review and update the overall SARP Clinical Record. In addition services to help assist the patient and to
                      monitor treatment progress and overall service delivered.
    Laboratory(ies):    -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider:
                      AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering
                      Provider: AILOR, LYNNE P

**Disposition** Written by BROWN,CYNTHIA E @ 03 Feb 2016 1457 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: CC GROUP
Daniel arrived on time for group.  Daniel is at session #26 of the 26 scheduled sessions for the Continuing Care treatment program
attending from 1230 to 1400, total of 1 1/2 hours.  No one in group admitted to drinking or abusing drugs since we last saw them.
The facility was closed down last week due to weather so it was 2 weeks since we had seen any of them.  The group shared the
stress and struggles they have had over the past 2 weeks focusing on if there was a trigger to drink or if they would have in the past.
Group closed with a group member sharing one constructive thing the person can do for a better sober lifestyle.
Daniel stated that his snow days were on the mountain snowboarding.  He stated that he is working to be more social.  He shared
that he really did not have triggers to drink.  He shared with an angry that he was given the tool to see he also makes mistakes.  He
does not get as angry or for as long if he just can bring to mind the times he has done the thing he is getting mad at.  He closed with
the group hearing he appears to have made positive changes in his life and his behavior reflects it.  Daniel appeared engaged and
interested in the treatment process.  Daniel appeared engaged and was appropriate and active throughout the session.  Daniel has
completed his ITP.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is not scheduled
to return and this record is CLOSED.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Note** Written by BROWN,CYNTHIA E @ 03 Feb 2016 1448 EST
# INDIVIDUAL SESSION CC
Daniel arrived Daniel is at session 26 of the 26 scheduled sessions of the Continuing
Care treatment program attending from 1400 to 1500, total of 1 hour.  Daniel reported
the Continuing Care group was helpful in keeping him from drinking.  He did state that
his has learned the CBT to be the best therapy for him.  He shared how he dealing with
life better now that he has stopped drinking.  He stated that he continues to use his CBT
on situations that baffle him.  He stated that he will be getting a new roommate.  He
does see that drinking will be an issue with either of them because they have both been
through this program.  We reviewed his treatment plan.  He cancelled Problem #1
Objectives#7 and 8 because he knows what to do and has heard enough that he could
have a sponsor if he wanted one, but he does not.  He stated an understanding that he
would not be allowed to abuse alcohol again while on active duty and the Navy would
like for him to have an alcohol abstinent lifestyle.  He does not see where that is a
problem for him.  Daniel closed his entire open treatment plan Objectives in preparation
of closing with this program.  Daniel is staying for group today.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 487**
AR 2474

**Medical Record**

Merwin, Daniel Dennis        DOB:          1985  SSN: ***-**-        DoD ID: 1286180538        Created: 16 Aug 2017

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 03 Feb 2016 1457

**Medical Record**

## *19 Jan 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:    BETH-23336071    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**         Date: **19 Jan 2016 1208 EST**         Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**         Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 19 Jan 2016 1443 EST
**Problems**
•ALCOHOL DEPENDENCE WITH
     CONTINUOUS DRINKING
     BEHAVIOR
•MAJOR DEPRESSION RECURRENT
     MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
     ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
     BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
     DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:** Written by BROWN,CYNTHIA E @ 19 Jan 2016 1208 EST
CC Group/Individual

**Screening** Written by BROWN,CYNTHIA E @ 19 Jan 2016 1443 EST
**Reason For Appointment:** Notes Entered by: BROWN,CYNTHIA E 19 Jan 2016 1208
-----------------------------
CC Group/Individual
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by BROWN,CYNTHIA E @ 19 Jan 2016 1443 EST

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language: English
Contact Number: ███████
No vitals taken at SARP treatment

**S/O Note** Written by BROWN,CYNTHIA E @ 19 Jan 2016 1445 EST
**Reason for Visit**
CC Group/Individual.

**A/P** Last Updated by BROWN,CYNTHIA E @ 19 Jan 2016 1449 EST
**1. Alcohol dependence, uncomplicated**
      Procedure(s):      -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - Patient attended
                  group from 1230 to 1400 today.
                  -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-
                  on-one from 1100 to 1200 to review and update his treatment plan.
                  -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                  review and update the overall SARP Clinical Record. In addition services to help assist the patient and to
                  monitor treatment progress and overall service delivered.

**Disposition** Written by BROWN,CYNTHIA E @ 28 Jan 2016 1325 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: SEE ADD NOTE SECTION FOR THE
INFORMATION ON THIS ENCOUNTER.

**Note** Written by BROWN,CYNTHIA E @ 28 Jan 2016 1325 EST
## INDIVIDUAL SESSION CC Urine test
Daniel arrived on time to his individual session.  He is at session 25 of the 26 scheduled
sessions of the Continuing Care treatment program attending from 1100 to 1210, total
of 1 hour.  He shared how stressful it has been having 4 people in his apartment.  He
described needing his down time and would go into his walk-in closet to be by himself.
He began to describe at length how he was delegating these duties as all 4 of them are
partners in his business.  When asked if this made him want to drink he responded that
the thoughts were there but he would not call them cravings.  He shared that drinking
would not be the answer for him.  He did state that he met a woman not on line.  She is
a professor and he believes she is interested in having sex with him.  He stated that
they have not had sex yet.  He believes this is a huge step in the right direction for him
but he does not see them having a long term relationship.  Daniel appeared engaged
and interested in the treatment process.  Daniel appeared engaged and was
appropriate and active throughout the day.  Daniel extended Problem #1, Objectives #1-
4, 6, 7, and 9 to 26 January 2016 and he cancelled Objective #8 as he knows how to
get a sponsor already
Daniel will continue with Continuing Care treatment and has Problem #1, Objectives #1-
4, 6, 7, and 9 due 26 January 2016.  Daniel is schedule to stay for group today.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

CC GROUP
Daniel stayed for group after his individual session.  Daniel is at session # 25 of the 26 scheduled
sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.
Foul weather and base closure guidelines were discussed.  The infections illness of this season was also
discussed.  E ach member was encouraged that if they were contagious they should call their sponsors
and let them know why they will not be in group.  They were instructed to not come to group is
contagious. The group conducted check in process describing if they any thoughts to drink or triggers for

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

relapse.  Three members of the group admitted to having fleeting thoughts of drinking during their time from the last group they attended.  All group members denied drinking or abusing drugs.

Daniel shared that he went snowboarding with some men from work.  He met them on the mountain and did the slopes for about half of the day.  He shared that it was different because he was not in his own zone with just music in his ears.  He shared with the group that he has 4 people in his 1 bedroom apartment right now and they have been for the past 2 weeks.  He stated that they are connected to his business.  He has found that it was over stimulation for him and he would retreat to closet.  He shared they are dirty people but admitted that he was a clean person and will take 2 showers a day.  He said that they were flying back to their own homes tomorrow and he just couldn't wait.  He stated to the group that he bought a house because he has orders to the same duty station.  Daniel did appear to stay on point for most of group today which shows respect for group members and progress for him.  Daniel appeared engaged and interested in the treatment process.  Daniel appeared engaged and was appropriate and active throughout the session.  Daniel updated his treatment plan before group.  See ADD NOTE section of this encounter for that information.  Daniel will continue with Continuing Care treatment and has Problem #1, Objectives #1, 2, 3, 4, 6, 7, and 9 due 26 January 2016.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is schedule to return 26 January 2016 at 1230 for group.

No evidence of SI/HI during this encounter

Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

---

Signed By  **BROWN, CYNTHIA E** (Paraprofessional) @ 28 Jan 2016 1327

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 491**

AR 2478

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*13 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:    BETH-23294815    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **13 Jan 2016 1445 EST**    Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**    Clinic: **BEHAVIORAL HEALTH QU**    Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 13 Jan 2016 1533 EST

| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **05 Jan 2016 1402** | Units | Ref Rng |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative <i> | ng/mL | Cutoff=250 |

**A/P** Written by AILOR,LYNNE P @ 13 Jan 2016 1535 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. Result of ETG/ETS
was negative.
        Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 13 Jan 2016 1535 EST
**Released w/o Limitations**
**Follow up:**  as needed . - Comments: Follow up with SARP.

---

Signed By  AILOR, LYNNE P (Physician) @ 13 Jan 2016 1535

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

### *08 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:      BETH-23235227      Primary Dx:      Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**          Date: **08 Jan 2016 0830 EST**          Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**          Clinic: **BEHAVIORAL HEALTH QU**          Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 08 Jan 2016 0848 EST

| **Drug Abuse Screen** | **Site/Specimen** | **05 Jan 2016 1402** | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**A/P** Written by AILOR,LYNNE P @ 08 Jan 2016 0849 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. Drug Abuse Screen
was negative for all substances tested.
          Procedure(s):          -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 08 Jan 2016 0850 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up in SARP.

**Signed By AILOR, LYNNE P** (Physician) @ 08 Jan 2016 0850

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *06 Jan 2016 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:      BETH-23202652      Primary Dx:      Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**       Date: **06 Jan 2016 1500 EST**       Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**     Clinic: **BEHAVIORAL HEALTH QU**    Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 06 Jan 2016 0731 EST

| **Drug Abuse Screen** | **Site/Specimen** | **29 Dec 2015 1405** | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |

**A/P** Written by AILOR,LYNNE P @ 06 Jan 2016 0733 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. Results of Drug Abuse
Screen were negative for all substances tested.
          Procedure(s):       -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 06 Jan 2016 0733 EST
**Released w/o Limitations**
**Follow up:**  as needed . - Comments: Follow up in SARP.

**Signed By  AILOR, LYNNE P** (Physician) @ 06 Jan 2016 0733

| Merwin, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 494**
AR 2481

**Medical Record**

### *05 Jan 2016 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:      BETH-23195319      Primary Dx:      Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**       Date: **05 Jan 2016 1230 EST**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**   Clinic: **SUBST ABUSE NY**          Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 06 Jan 2016 0755 EST
  **Problems**
  •ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
  •MAJOR DEPRESSION RECURRENT
    MODERATE
  •ANXIETY DISORDER NOS
  •Left ankle joint pain
  •NEUROTIC EXCORIATION
  •ANKLE SPRAIN LEFT
  •ESSENTIAL HYPERTRIGLYCERIDEMIA
  •ANOMALIES OF SKIN
  •Abdominal pain
  •ASTHMA
  •POSTSURGICAL STATE OF EYE AND
    ADNEXA
  •Difficulty breathing (dyspnea)
  •SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
  •Removal Of Sutures
  •ASTHMA EXTRINSIC
  •ROSACEA
  •PERIPHERAL RETINAL
    DEGENERATION - LATTICE
  •REFRACTIVE ERROR - MYOPIA
  •ALLERGIC RHINITIS

**Active Medications**
Loading...

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 05 Jan 2016 1230 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 05 Jan 2016 1239 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 05 Jan 2016 1230
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 05 Jan 2016 1239 EST
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** LAUNGUAGE: ENGLISH
CONTACT NUMBER:▮▮▮▮▮▮
NO VITALS TAKEN AT SARP TREATMENT

**S/O Note** Written by BROWN,CYNTHIA E @ 06 Jan 2016 0755 EST
**Reason for Visit**
CC Group.

**A/P** Last updated by BROWN,CYNTHIA E @ 06 Jan 2016 0927 EST

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**1. Alcohol dependence, uncomplicated**

    Procedure(s):       -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended group session from 1230 - 1400.
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition services to help assist the patient and to monitor treatment progress and overall service delivered.

    Laboratory(ies):    -DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P; ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P

---

**Disposition** Written by BROWN,CYNTHIA E @ 06 Jan 2016 0929 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: SEE ADD NOTE SECTION FOR MORE INFORMATION ON THIS ENCOUNTER.

**Note** Written by BROWN,CYNTHIA E @ 06 Jan 2016 0928 EST

## CC GROUP (URINE TEST)

Daniel arrived 45 minutes early to group. Daniel is at session # 24 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours. Group discussed one member's unwillingness to follow through with what he promised to group. The point of trust and making changes is what treatment is about was made. Group debriefed their activities during Christmas and New Year's. No group member admitted to drinking or using drugs. A discussion of euphoria and how childhood experiences with video games was like drinking in losing track of time, food, and human interaction.

Daniel shared that he kept one of his dating sites open for 2 extra days because he had already started a conversation with someone and wanted to complete it. He shared this woman he was having the "conversation" with became his date for New Year's. He stated that it was "lack luster". This was the reason he was taking himself off the dating sites in the first place. He was confronted with lying to the group. He stated that he sees as changing his mind. He failed to see the promise as binding or a commitment. He stated that doing he wanted and necessarily the next right thing gets him trouble. He was able to relate to his production at work being discussed as poor. He stated that he just does not work as hard as he could and senior paygrades are starting to notice. He stated that he wants to do better and will his CBT to make better decisions. Daniel appeared engaged and interested in the treatment process. Daniel appeared engaged and was appropriate and active throughout the session. Daniel has several treatment plan problem objectives out of date on his treatment plan. He will not be in group next week due to a class he is taking but agreed to an individual session when he returns. Daniel will continue with Continuing Care treatment and has an outdated treatment plan. See Daniel "Continuing Care Progress Report" for more information on this encounter. Daniel is schedule to return 19 January 2016 at 1230 for group.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

---

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 06 Jan 2016 0933

---

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by BROWN,CYNTHIA E @ 06 Jan 2016 0927 EST:*
The A/P section was last updated by BROWN,CYNTHIA E @ 06 Jan 2016 0927 EST - see above.Previous Version of A/P section was entered/updated by MAPLES,MICHAEL J @ 06 Jan 2016 0755 EST.
**1. Alcohol dependence, uncomplicated**
    Procedure(s):       -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended group session from 1230 - 1400.
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 16 Aug 2017

Laboratory(ies):          SARP Clinical Record. In addition services to help assist the patient and to monitor treatment progress and overall service delivered.
-DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P; ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *29 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-23146597    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**          Date: **29 Dec 2015 1223 EST**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**           Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**                                                                  **A**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1332 EST

**Problems**                                          **Allergies**
•ALCOHOL DEPENDENCE WITH                              •OTHER: Unknown (SEE MED RECORD)
  CONTINUOUS DRINKING
  BEHAVIOR
•MAJOR DEPRESSION RECURRENT
  MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
  ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
  DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 29 Dec 2015 1223 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 29 Dec 2015 1224 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 29 Dec 2015 1223
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 29 Dec 2015 1224 EST
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

| Merwin, Daniel Dennis | DOB: ■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 498**
AR 2485

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Comments:** LAUNGUAGE: ENGLISH
CONTACT NUMBER: ████████
NO VITALS TAKEN AT SARP TREATMENT

---

**A/P** Last Updated by MAPLES,MICHAEL J @ 29 Dec 2015 1227 EST
**1. Alcohol dependence, uncomplicated**
    Procedure(s):     -ALCOHOL & DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended group session from 1230 - 1400.
                         -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition services to help assist the patient and to monitor treatment progress and overall service delivered.
    Laboratory(ies):   -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P

---

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: See ADD/NOTE section for more information on this encounter.

---

**Note** Written by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST
Daniel arrived on time and is at session #20 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 ½ hours. Group went over their recent holiday weekend and how they were able to handle any urges or cravings to drink. Members also shared their plans for the upcoming New Year's weekend and how they plan to deal with possible triggers or urges to drink. All members denied consuming alcohol or abusing illegal drugs since their last visit.


Daniel shared that he spent his Christmas holiday working on his computer based game, but at times throughout the night he would check his social media and notice that plenty of his online friends would post pictures of themselves out with family and friends, opening presents or just hanging out celebrating the holiday. He states that he felt envious and lonely and had a craving to want to drink, but instead continued to work on his game and the feeling would pass. He also reports that later in the weekend he became upset because a female friend who he states he was interested in canceled on their date. He states that he was mad about it because he thought they had a good time during their previous date. Daniel states that online dating is taking a lot of his time as he does it often and after receiving feedback from the group states that he will likely delete his online dating profiles and would share with the group during the next session.
 Daniel appeared engaged and interested in the treatment process.  He appeared engaged and was appropriate and active throughout the session. Daniel has Problem #5, Objective # 3 overdue 18 December 2015. He will schedule his individual appointment after the New Year's holiday to update his treatment plan with this counselor.  He will continue with Continuing Care treatment and has Problem #5, Objective # 3 due 18 December 2015.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel will continue with Continuing Care treatment and is scheduled to return 05 January 2016 for his next group session.
No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

---

**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 30 Dec 2015 1357
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 31 Dec 2015 0747

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten** by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST:*
The Disposition section was last updated by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST - see above.Previous Version of Disposition section was entered/updated by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST.
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: See ADD/NOTE section for more information on this encounter.
***The following Disposition Note Was Overwritten** by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST:*
The Disposition section was last updated by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1356 EST - see above.Previous Version of Disposition section was entered/updated by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1332 EST.
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session #20 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 ? hours. Group went over their recent holiday weekend and how they were able to handle any urges or cravings to drink. Members also shared their plans for the upcoming New Year's weekend and how they plan to deal with possible triggers or urges to drink. All members denied consuming alcohol or abusing illegal drugs since their last visit.


Daniel shared that he spent his Christmas holiday working on his computer based game, but at times throughout the night he would check his social media and notice that plenty of his online friends would post pictures of themselves out with family and friends, opening presents or just hanging out celebrating the holiday. He states that he felt envious and lonely and had a craving to want to drink, but instead continued to work on his game and the feeling would pass. He also reports that later in the weekend he became upset because a female friend who he states he was interested in canceled on their date. He states that he was mad about it because he thought they had a good time during their previous date. Daniel states that online dating is taking a lot of his time as he does it often and after receiving feedback from the group states that he will likely delete his online dating profiles and would share with the group during the next session.
 Daniel appeared engaged and interested in the treatment process.  He appeared engaged and was appropriate and active throughout the session. Daniel has Problem #5, Objective # 3 overdue 18 December 2015. He will schedule his individual appointment after the New Year's holiday to update his treatment plan with this counselor.  He will continue with Continuing Care treatment and has Problem #5, Objective # 3 due 18 December 2015.  See Da
***The following Signature(s) No Longer Applies because this Encounter was Opened for Amendment** by GONZALEZZARAZUA,JORGE A @ 30 Dec 2015 1355 EST:*
**Signed GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 30 Dec 2015 1333

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *22 Dec 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

Encounter ID:     BETH-23111240     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**          Date: **22 Dec 2015 1243 EST**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**             Provider: **HILL,LARRY D**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by HILL,LARRY D @ 23 Dec 2015 1211 EST
  **Problems**
  •ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
  •MAJOR DEPRESSION RECURRENT
    MODERATE
  •ANXIETY DISORDER NOS
  •Left ankle joint pain
  •NEUROTIC EXCORIATION
  •ANKLE SPRAIN LEFT
  •ESSENTIAL HYPERTRIGLYCERIDEMIA
  •ANOMALIES OF SKIN
  •Abdominal pain
  •ASTHMA
  •POSTSURGICAL STATE OF EYE AND
    ADNEXA
  •Difficulty breathing (dyspnea)
  •SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
  •Removal Of Sutures
  •ASTHMA EXTRINSIC
  •ROSACEA
  •PERIPHERAL RETINAL
    DEGENERATION - LATTICE
  •REFRACTIVE ERROR - MYOPIA
  •ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 22 Dec 2015 1243 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 22 Dec 2015 1317 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 22 Dec 2015 1243
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 22 Dec 2015 1317 EST
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** LAUNGUAGE: ENGLISH

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

CONTACT NUMBER: ████████
NO VITALS TAKEN AT SARP TREATMENT

**S/O Note** Written by HILL,LARRY D @ 23 Dec 2015 1213 EST
**History of present illness**
    The Patient is a 30 year old male.

The patient was in attendance for the Continuing Care Support Group.

**A/P** Last Updated by MAPLES,MICHAEL J @ 22 Dec 2015 1320 EST
**1. Alcohol dependence, uncomplicated**
    Procedure(s):    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended group session from 1230 - 1400.
                -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition services to help assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by HILL,LARRY D @ 23 Dec 2015 1211 EST
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session 22 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  The group shared their holiday plans and how Christmas will look through sober eyes, for some the first time in years.  No group member admitted to drinking alcohol or abusing drugs since last seen at SARP.
Daniel sat relaxed for the majority of the group, but did provide minimal feedback to others and was observed probing as usual. Daniel was eventually drawn into the group and shared his holiday plans saying "I plan on spending Christmas alone this year and catch up on a lot of work I have to get done in my business.  I have to step back and look at myself and identify that I'm choosing to be alone during the holidays due to my business and not because I have nowhere to go. I find myself drinking more when I'm around others for example, last year I was at my mom's house and I drank a lot there more than usual." Daniel wrote that he has not attended any required AA meetings, has no sponsor and is working steps 3&4. Daniels progress reports are contradictory as to his sponsor status and meeting attendance, where some he has a sponsor and others her does not.
Daniel appeared engaged and interested in the treatment process and was appropriate and less active throughout the session. Daniel has several objectives that are overdue and his ITP is out dated. Daniels ITP will be updated during his next individual session 28 December 2015.  Daniel will continue with Continuing Care treatment and his record will be updates his next individual session as stated above.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is schedule to return at 1230 28 December 2015. No evidence of SI/HI during this encounter. Secondary Record maintained at SARP Washington Navy Yard.

**Signed By  HILL, LARRY D** (Physician) @ 23 Dec 2015 1217
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 23 Dec 2015 1415

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

## *15 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:  BETH-23038866    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON
NAVY YARD**
Patient Status: **Outpatient**

Date: **15 Dec 2015 1223 EST**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **GONZALEZZARAZUA,JORGE
A**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 18 Dec 2015 1124 EST

**Problems**
- ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
- MAJOR DEPRESSION RECURRENT
  MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
  ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
  DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:** Written by MAPLES,MICHAEL J @ 15 Dec 2015 1223 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 15 Dec 2015 1227 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 15 Dec 2015 1223
-------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 15 Dec 2015 1227 EST
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** LAUNGUAGE: ENGLISH

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ████ 1985  SSN: ***-**-████   DoD ID: 1286180538      Created: 16 Aug 2017

CONTACT NUMBER: ████████
NO VITALS TAKEN AT SARP TREATMENT

**A/P** Last Updated by MAPLES,MICHAEL J @ 15 Dec 2015 1228 EST
**1. Alcohol dependence, uncomplicated**
  Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended
                   group session from 1230 - 1400.
                   -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                   review and update the overall SARP Clinical Record. In addition services to help assist the patient and to
                   monitor treatment progress and overall service delivered.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 18 Dec 2015 1245 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session
#19 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 ? hours. Group
opened today by doing their weekly check-in, recapping their week and identifying any possible triggers or cravings. Group also said
good bye to a group member by doing a group closing exercise.
Daniel shared that over the past 2 weeks he rekindled an old relationship with one of his ex-girlfriends. He states that she contacted
him and invited  him to a game and he accepted. While at the game, Daniel reports to have experienced a craving for beer as a lot
of people around him were drinking while everyone seemed to be having fun. Daniel states that he was able to control his craving
and the rest of the day went on just fine without him drinking. He also states to having had a serious talk with his friend and they
were able to shared feelings that they had kept bottled up for over a year since they stopped talking. Daniel states that although
nothing serious seems to be coming out from meeting up with her, he liked the fact that they were able to shared insight about each
other.
Daniel appeared engaged and interested in the treatment process.  He appeared engaged and was appropriate and active
throughout the session.  Daniel completed Problem #5, Objectives #1 and 2 of his ITP.  He will continue with Continuing Care
treatment and has Problem #5, Objective # 3 due 18 December 2015.  See Daniel "Continuing Care Progress Report" for more
information on this encounter.  Daniel is schedule to return 22 December 2015 for his next group session.
No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

---

**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 18 Dec 2015 1245
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 18 Dec 2015 1254

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*14 Dec 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:    BETH-23012235    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **14 Dec 2015 0800 EST**    Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**    Clinic: **BEHAVIORAL HEALTH QU**    Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 14 Dec 2015 0727 EST

| **Drug Abuse Screen** | **Site/Specimen** | **08 Dec 2015 1408** | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |
| | | | | |
| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **08 Dec 2015 1408** | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative | ng/mL | Cutoff=250 |

**A/P** Written by AILOR,LYNNE P @ 14 Dec 2015 0729 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. ETG/ETS was negative, Drug Abuse Screen was negative for all substances tested.
        Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 14 Dec 2015 0729 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up in SARP.

**Signed By  AILOR, LYNNE P** (Physician) @ 14 Dec 2015 0729

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *08 Dec 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:    BETH-22965935    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**      Date: **08 Dec 2015 1515 EST**      Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**    Clinic: **BEHAVIORAL HEALTH QU**    Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

Lab Result Cited by AILOR,LYNNE P @ 08 Dec 2015 1545 EST

| **Drug Abuse Screen** | **Site/Specimen** | **01 Dec 2015 1413** | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |
| | | | | |
| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **01 Dec 2015 1413** | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative | ng/mL | Cutoff=250 |

A/P Written by AILOR,LYNNE P @ 08 Dec 2015 1546 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. ETG/ETS was
negative. Drug Abuse Screen was negative for all substances tested.
    Procedure(s):    -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 08 Dec 2015 1547 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Follow up with SARP.

---

**Signed By  AILOR, LYNNE P** (Physician) @ 08 Dec 2015 1547

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *08 Dec 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:     BETH-22959749     Primary Dx:     Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**          Date: **08 Dec 2015 1155 EST**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**      Clinic: **SUBST ABUSE NY**          Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**                                                                   **A**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 11 Dec 2015 1309 EST

**Problems**
- ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
- MAJOR DEPRESSION RECURRENT
  MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
  ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
  DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 08 Dec 2015 1155 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 08 Dec 2015 1236 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 08 Dec 2015 1155
-------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 08 Dec 2015 1243 EST
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** LAUNGUAGE: ENGLISH

| Merwin, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 507**
AR 2494

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

CONTACT NUMBER: ████████
NO VITALS TAKEN AT SARP TREATMENT

**A/P** Last Updated by MAPLES,MICHAEL J @ 08 Dec 2015 1246 EST
**1. Alcohol dependence, uncomplicated**

    Procedure(s):       -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended group session from 1230 - 1400.
                      -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition services to help assist the patient and to monitor treatment progress and overall service delivered.
    Laboratory(ies):    -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider: AILOR, LYNNE P

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 11 Dec 2015 1310 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session #20 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours. The group performed their check-in reporting changes since last group and thoughts, cravings or triggers; no group member admitted to drinking alcohol or abusing drugs since last seen at SARP. The group shared about challenging family relationship and the newness of holidays without alcohol.
Daniel shared that he believes he is making progress as he is slowly being able to communicate with others and is actually enjoying having others company. He states he continues to work on his personal projects developing software and at this point that continues to be his main priority. Daniel provided feedback to another member, stating he could relate to some of the issues he is confronting as he also faces similar circumstances when he thinks about his past with his father and how hard it is to let go and move forward. Daniel appeared engaged and interested in the treatment process. He appeared engaged and was appropriate and active throughout the session. Daniel appeared quite for most of the group, but seemed to relate to another group member when talking about things that have happened in the past and how hard it is to let go at times. Daniel has no objective due from his ITP. He will continue with Continuing Care treatment and has Problem #5, Objective # 1 and 2 due 11 December 2015. See Daniel "Continuing Care Progress Report" for more information on this encounter. Daniel is schedule to return 15 December 2015 at 1230 for group. No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

---

**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 11 Dec 2015 1311
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 11 Dec 2015 1519

---

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 508**
AR 2495

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *01 Dec 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-22878128    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**        Date: **01 Dec 2015 1226 EST**        Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**        Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 04 Dec 2015 0645 EST
**Problems**
• ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
• MAJOR DEPRESSION RECURRENT
    MODERATE
• ANXIETY DISORDER NOS
• Left ankle joint pain
• NEUROTIC EXCORIATION
• ANKLE SPRAIN LEFT
• ESSENTIAL HYPERTRIGLYCERIDEMIA
• ANOMALIES OF SKIN
• Abdominal pain
• ASTHMA
• POSTSURGICAL STATE OF EYE AND
    ADNEXA
• Difficulty breathing (dyspnea)
• SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
• Removal Of Sutures
• ASTHMA EXTRINSIC
• ROSACEA
• PERIPHERAL RETINAL
    DEGENERATION - LATTICE
• REFRACTIVE ERROR - MYOPIA
• ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:** Written by MAPLES,MICHAEL J @ 01 Dec 2015 1226 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 01 Dec 2015 1253 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 01 Dec 2015 1226
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 01 Dec 2015 1253 EST
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 509**
AR 2496

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

**Comments:** VITALS: LAUNGUAGE: ENGLISH
CONTACT NUMBER: ████████
NO VITALS TAKEN AT SARP TREATMENT

**A/P** Last Updated by MAPLES,MICHAEL J @ 01 Dec 2015 1254 EST
**1. Alcohol dependence, uncomplicated**
Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - THE PATIENT
                                ATTENDED GROUP SESSION FROM 1230-1400
                                -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                                MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                                SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                                SERVICE DELIVERED.
Laboratory(ies):      -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider:
                                AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering
                                Provider: AILOR, LYNNE P

**Disposition** Last Updated by REGIS,JAMES @ 04 Dec 2015 0645 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: SEE ADD NOTE SECTION FOR MORE INFORMATION ON THIS ENCOUNTER.

**Note** Written by REGIS,JAMES @ 04 Dec 2015 0647 EST
**Continuing Care Group - Tuesday, 01 December 2015**
Daniel arrived on time to his Continuing Care Group which was held on Tuesday the 1st of
December 2015, from 1230-1400. This is Daniel's 19th of 26 scheduled sessions.  Neither
Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since
their last group session. Daniel performed his check-in with the group members going over any
triggers or cravings he may have had during the past week and holiday. Afterwards, Daniel said
goodbye to a group member who was closing out of group today.
During Daniel's check-in, Daniel shared that he didn't do anything for Thanksgiving.  Daniel said
that he relaxed all weekend and was able to do a lot of programing on his new computer game.
He stated that he was able to go out on a date with one of his female friends but that it was
strictly platonic and amicable. He wrote that he was able to become "independent from romantic
relationships" a something that he did this week as a positive step towards his recovery.  He
also wrote how he was able to relate in todays group with the act "revenge seeking" and it's
importance at times.
Daniel seemed thoughtful and indifferent about his holiday weekend and up and coming week
and events.   He wrote that he attended only 1 AA meeting and that he still doesn't have an AA
sponsor but that he is working on steps #3 & #4 of the AA 12 Step program while abstaining
from alcohol.  See "CCG PATIENT ATTENDANCE NOTE" in SARP Patient file for complete
information.   Daniel has Problem #5 Objectives #1 and #2 of his ITP due next week on the 11th
of December 2015. Daniel will return for his next CC treatment group on the 8th of December
2015.
Daniel had no evidence of SI/HI/ATV during this encounter.
Secondary record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 04 Dec 2015 0648
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 04 Dec 2015 0809

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 510**
AR 2497

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *24 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-22825470    Primary Dx:    Alcohol abuse, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**         Date: **24 Nov 2015 1218 EST**         Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**             Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**                                                                    **A**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 25 Nov 2015 1048 EST

**Problems**                                              **Allergies**
•ALCOHOL DEPENDENCE WITH                                  •OTHER: Unknown (SEE MED RECORD)
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 25 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY FOR 7 DAYS THEN DECREASE TO ONE HALF TABLET (12.5MG) BY MOUTH EVERY DAY #0 RF0 | NR | 04 Nov 2015 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 24 Nov 2015 1218 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 24 Nov 2015 1300 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 24 Nov 2015 1218
--------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 24 Nov 2015 1300 EST
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** VITALS: LAUNGUAGE: ENGLISH
CONTACT NUMBER: ███████
NO VITALS TAKEN AT SARP TREATMENT

**A/P** Last Updated by MAPLES,MICHAEL J @ 24 Nov 2015 1304 EST
**1. Alcohol abuse, uncomplicated**
          Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - THE PATIENT
                                  ATTENDED GROUP SESSION FROM 1230-1400
                                  -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                                  MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                                  SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                                  SERVICE DELIVERED.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 25 Nov 2015 1049 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group session. He is at session #16 of the scheduled 26 sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 ? hours. All group members denied drinking or abusing drugs. Group members performed their check-in exercise and identified possible triggers or cravings for the upcoming long holiday weekend. Group also filled out "Types of Relapses Before Chemical Relapse" worksheet and shared their individual answers with the rest of the group.
Daniel shared that he had a trigger yesterday because his friend who he had planned on visiting over the Thanksgiving weekend cancelled on him at the last minute. He states that normally he would just get mad and start drinking, but instead used what he has learned in CBT and was able to fight off the urge to want to drink on impulse. He states that instead he went on a local date and pretty much forgot about the craving and focused on his game developing; reminding himself that staying local is a better option for him because he can get so much more done then going out of town.
Daniel appeared comfortable throughout today's session. He seemed active and willing to engage in discussion with group, sharing and providing feedback. Daniel has no objective due today. He will continue with Continuing Care treatment and has Problem #5, Objectives #1 and 2 from ITP due 11 December 2015. See Daniel ""Continuing Care Progress Report" for more information on this encounter. Daniel is scheduled to return 01 December 2015 for her next group session.
No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 25 Nov 2015 1050
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 25 Nov 2015 1237

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *20 Nov 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:    BETH-22796451    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **20 Nov 2015 1545 EST**    Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**    Clinic: **BEHAVIORAL HEALTH QU**    Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by AILOR,LYNNE P @ 23 Nov 2015 0720 EST

| **Drug Abuse Screen** | **Site/Specimen** | **17 Nov 2015 1405** | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE <i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE <i> | | (Negative) |
| Cocaine | URINE | NEGATIVE <i> | | (Negative) |
| Opiates | URINE | NEGATIVE <i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE <i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE <i> | | (Negative) |
| Methadone | URINE | NEGATIVE <i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE <i> | ng/mL | (Negative) |
| | | | | |
| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **17 Nov 2015 1405** | Units | Ref Rng |
| Ethyl Glucuronide | URINE | Negative | ng/mL | Cutoff=250 |

**A/P** Written by AILOR,LYNNE P @ 23 Nov 2015 0722 EST
**1. Alcohol dependence, uncomplicated**: Labs were reviewed by undersigned provider per SARP protocol. Result of ETG/ETS was negative. Drug Abuse Screen was negative for all substances tested.
        Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by AILOR,LYNNE P @ 23 Nov 2015 0723 EST
**Released w/o Limitations**
**Follow up:**  as needed . - Comments: Follow up with SARP.

**Signed By  AILOR, LYNNE P** (Physician) @ 23 Nov 2015 0723

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 513**
AR 2500

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *17 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:  BETH-22743789  Primary Dx:  Alcohol abuse, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**          Date: **17 Nov 2015 1326 EST**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**             Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**                                                                      **A**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 20 Nov 2015 1251 EST

| Problems | Allergies |
|---|---|
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •OTHER: Unknown (SEE MED RECORD) |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 25 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY FOR 7 DAYS THEN DECREASE TO ONE HALF TABLET (12.5MG) BY MOUTH EVERY DAY #0 RF0 | NR | 04 Nov 2015 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 17 Nov 2015 1326 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 17 Nov 2015 1344 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 17 Nov 2015 1326
-------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 17 Nov 2015 1344 EST
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** VITALS: LAUNGUAGE: ENGLISH
CONTACT NUMBER: ███████████
NO VITALS TAKEN AT SARP TREATMENT


**S/O Note** Written by MAPLES,MICHAEL J @ 17 Nov 2015 1345 EST
**History of present illness**
    The Patient is a 30 year old male.

THE PT ATTENDED THE OUTPATIENT CONTINUING CARE TREATMENT PROGRAM (CC).


**A/P** Last Updated by MAPLES,MICHAEL J @ 17 Nov 2015 1348 EST
**1. Alcohol abuse, uncomplicated**
      Procedure(s):      -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                    MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                    SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                    SERVICE DELIVERED.
                    -ALCOHOL & DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - THE PATIENT
                    ATTENDED GROUP SESSION FROM 1230-1400
      Laboratory(ies):      -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider:
                    AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering
                    Provider: AILOR, LYNNE P


**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 20 Nov 2015 1252 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group session. He is at session #15 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 ? hours. The group shared updates since last group regarding triggers and cravings during their check-in exercise. Group completed "Positive Influence List" and "Negative Influence List" worksheets and shared their answers with the group. No group member admitted to drinking alcohol or abusing drugs since last seen at SARP. Each group member submitted a sample for testing.

Daniel shared that he has had a good week since his last visit to SARP. He states that he spent some time with friends from work and is looking forward to continue that trend. He also shared that this upcoming weekend he plans to visit a female friend that lives a couple hours from here and might spend the weekend with her. He states that she is also in recovery so drinking while out with her will not be an issue. Daniel identified both his mother and step dad as positive influences toward his recovery. He listed his dad as a positive influence and also had his step mom listed being both, positive and negative depending on what they talk about or her mood.

Daniel appeared appropriate and interested in the treatment process. He seemed active and appropriate throughout today's session. Daniel has no objective due today. Daniel will continue with Continuing Care treatment and has Problem #5, Objective #1 and 2 due 11 December 2015. See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is scheduled to return 24 November 2015 at 1230 for group.

No evidence of SI/HI during this encounter

Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.


**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 20 Nov 2015 1252
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 20 Nov 2015 1520

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 515**
AR 2502

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *12 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-22680652    Primary Dx:    Alcohol abuse, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**          Date: **12 Nov 2015 0756 EST**          Appt Type: **FTR**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**               Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**                                                                        **A**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 12 Nov 2015 0759 EST

**Problems**                                                    **Allergies**
•ALCOHOL DEPENDENCE WITH                                        •OTHER: Unknown (SEE MED RECORD)
  CONTINUOUS DRINKING
  BEHAVIOR
•MAJOR DEPRESSION RECURRENT
  MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
  ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
  DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 25 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY FOR 7 DAYS THEN DECREASE TO ONE HALF TABLET (12.5MG) BY MOUTH EVERY DAY #0 RF0 | NR | 04 Nov 2015 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| GUAIFENESIN, 600 MG, TABLET ER, ORAL | Active | TAKE ONE TABLET BY MOUTH TWICE A DAY #0 RF0 | NR | 28 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 12 Nov 2015 0756 EST
INDIVIDUAL SESSION

**Screening** Written by MAPLES,MICHAEL J @ 12 Nov 2015 0757 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 12 Nov 2015 0756

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

-------------------------------
INDIVIDUAL SESSION
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 12 Nov 2015 0757 EST
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** LAUNGUAGE: ENGLISH
CONTACT NUMBER: ████████
NO VITALS TAKEN AT SARP TREATMENT


**S/O Note** Written by MAPLES,MICHAEL J @ 12 Nov 2015 0757 EST
**History of present illness**
        The Patient is a 30 year old male.

THE PATIENT ATTENDED AN INDIVIDUAL SESSION FROM 0800-0900.



**A/P** Last Updated by MAPLES,MICHAEL J @ 12 Nov 2015 0759 EST
**1. Alcohol abuse, uncomplicated**
        Procedure(s):        -ALCOHOL & / DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - THE PATIENT
                             ATTENDED GROUP COUNSELING SESSION FROM 0800-0900
                             -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                             MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                             SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                             SERVICE DELIVERED

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1411 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his monthly individual appointment with this counselor, dressed appropriately in casual civilian attire. Daniel opened by stating that he is doing well and feeling more comfortable in the group setting than he did a few months ago prior to him having to go TAD for school. He also reports that he is seeing his therapist is putting an honest effort on working on his issues, rather than overlooking them.

Daniel shared that he is feeling good and accomplished after having accepted an invite from a male co-worker to attend a BBQ gathering this week. He states that he actually had a good time at the gathering and even met new people who he had conversations with. Daniel admits that it was not easy and at certain points he would wonder if he was being appropriate or too weird, but would then forget about it and just enjoyed most of the evening.

Daniel update his treatment plan by adding 4 more problems to his Master Problems List. He also states that at this time he is unable to complete Problem 1, Objective 7 as he is not comfortable approaching men and being open with them, something he states he is currently working on with his therapist. Daniel and this counselor have agreed to delay Problem 1, Objective 7 until 04 January 2016 and will revisit at that time. Daniel is scheduled to return for his next group session on 17 November 2015 @ 1230Hrs. He has Problem 5, Objectives 1 and 2 due 11 December 2015.

No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.



**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 13 Nov 2015 1412
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 13 Nov 2015 1445

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 517**
AR 2504

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

*10 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:     BETH-22671984     Primary Dx:     Alcohol abuse, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**          Date: **10 Nov 2015 1300 EST**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**              Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**                                                                       **A**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1356 EST

| **Problems** | **Allergies** |
|---|---|
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •OTHER: Unknown (SEE MED RECORD) |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 25 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY FOR 7 DAYS THEN DECREASE TO ONE HALF TABLET (12.5MG) BY MOUTH EVERY DAY #0 RF0 | NR | 04 Nov 2015 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 10 Nov 2015 1300 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 10 Nov 2015 1302 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 10 Nov 2015 1300
-------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 10 Nov 2015 1302 EST
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** VITALS: LAUNGUAGE: ENGLISH
CONTACT NUMBER: 850-969-7239
NO VITALS TAKEN AT SARP TREATMENT


**S/O Note** Written by MAPLES,MICHAEL J @ 10 Nov 2015 1303 EST
**History of present illness**
     The Patient is a 30 year old male.

THE PT ATTENDED THE OUTPATIENT CONTINUING CARE TREATMENT PROGRAM (CC).


**A/P** Last Updated by MAPLES,MICHAEL J @ 10 Nov 2015 1326 EST
**1. Alcohol abuse, uncomplicated**
     Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - THE PATIENT
                              ATTENDED GROUP SESSION FROM 1230-1400
                              -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                              MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                              SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                              SERVICE DELIVERED.
     Laboratory(ies):    -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider:
                              AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering
                              Provider: AILOR, LYNNE P


**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1400 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session
#14 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230-1400, total of 1 ? hours. The
group opened today by welcoming one new member to the group, performing individual introductions and going over group rules.
Group also performed their weekly check-in exercise, reporting any current struggles, cravings or triggers that they might have
suffered since their last visit.
Daniel shared that he is attending AA again and is currently working on steps 3 and 4 with his home group. He states that he is also
trying to overcome his inability to hang-out with other males and will try to attend a BBQ gathering with guys from work. He states
that he is often invited to gatherings by his male peers, but normally does not attend as he has always preferred to spend time with
women, rather than with men.
Daniel appeared active and comfortable throughout today's group session. He seemed at ease sharing what his goals are and what
he is trying to do, without hesitating if anyone was judging him or bothering himself about what anyone else was thinking of him.
Daniel has Problem #1, Objective #7 of his ITP overdue 20 Oct 2015 and has scheduled an individual appointment on 12 November
2015 with this counselor to update his treatment plan. See Daniel "Continuing Care Progress Report" for more information on this
encounter.  Daniel will continue with Continuing Care treatment and is scheduled to return on 17 November 2015 for his next
scheduled group session.

No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.


**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 13 Nov 2015 1401
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 13 Nov 2015 1410
_____

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1400 EST:*
The Disposition section was last updated by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1400 EST - see above.Previous Version of Disposition section was
entered/updated by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1357 EST.
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Tiffany arrived on time and is at session #13 of the 40 scheduled sessions for the
Continuing Care treatment program attending from 1230-1400, total of 1 ? hours. The group opened today by welcoming one new member to the group, performing individual
introductions and going over group rules. Group also performed their weekly check-in exercise, reporting any current struggles, cravings or triggers that they might have
suffered since their last visit.

Tiffany shared that she continues to battle her struggles and is doing all the things that are asked of her by her sponsor and other AA members to help her stay sober each day.
She reports that this coming weekend she has signed up along with a few of her acquaintances to attend a "Gratitude breakfast" and also a "Step study" group. She also
engaged with another member who is having family issues and offered her support, stating she was proud of him for handling his current situation without resorting to drinking.
Tiffany report she is feeling better overall and although still feeling lonely at times, it is not as intense as it has been in the past.

Tiffany appeared comfortable and active throughout today's group session. She seemed to care about another group member's current struggles with family issues and offered

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ██████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

her support and wished well.
Tiffany has no objective due today. She has Problem #1, Objectives 5, 7 and 8 due 18 December 2015. See Tiffany "Continuing Care Progress Report" for more information on this encounter.  Tiffany is scheduled to return on 17 November 2015 for her next group session.
No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

***The following Signature(s) No Longer Applies because this Encounter was Opened for Amendment*** *by GONZALEZZARAZUA,JORGE A @ 13 Nov 2015 1400 EST;*
**Signed GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 13 Nov 2015 1357

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*09 Nov 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:     BETH-22649915     Primary Dx:     Parageusia

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **09 Nov 2015 1045 EST**
Clinic: **INT MED MEDICAL HOME CL C
BE**

Appt Type: **FTR**
Provider: **AUSTIN,MARIE**

**Reason for Appointment:**
lost taste
**Appointment Comments:**
clm

**Vitals**
**Vitals** Written by TRAN,CAT D @ 09 Nov 2015 1056 EST
BP: 113/78,   HR: 69,   RR: 18,   T: 97.6 °F,   HT: 69 in,   WT: 167 lbs,   SpO$_2$: 98%,   BMI: 24.66,
BSA: 1.913 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

**Questionnaire AutoCites** Refreshed by TRAN,CAT D @ 09 Nov 2015 1057 EST
**Questionnaires**

Anxiety & Depression Screening Version: 1 Completed On: 09 Nov 2015
 1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Several days
 2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Several days
 3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Not at all
 4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Not at all
 5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself
in some way?: Not at all

**S/O Note** Written by AUSTIN,MARIE @ 09 Nov 2015 1155 EST
**Chief complaint**
The Chief Complaint is: Evaluating for ageusia.
**History of present illness**
       The Patient is a 30 year old male.
Autocited allergies verified.

PO1 is 30 y/o male - pt has weaned himself off the zoloft . Saw the psychiatrist and she is weaning him off more slowly . He had
been c/o of insomnia - now no insomnia , and lost weight. He was at 125 of zoloft will on a slower taper .

Pt c/o loss of taste x1 month, particularly in detecting sweetness than any others senses. Pt claims the only current med taking is
Zoloft.  Since  he had so many side effects will wait until he is off the zoloft and re- evaluate the taste issue .
       General overall feeling /health - Very Good.

admission diagnosis of HPI [use for free text].
Patient reports that they are compliant with medications.
**Allergies**
Allergies Verified and Updated
NKDA
.
**Current medication**
NO OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day- weaning off
.
**Past medical/surgical history**
**Reported:**
       Medical: Reported medical history
       GAD
       Alcohol dependence in remission
       .
       Surgical / Procedural: Surgical / procedural history
       PRK
       Tosillectomy
       .
AHLTA Problem List Updated. Date:11/2015.

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 521**
AR 2508

## Medical Record

**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History
ANNUAL QUESTIONS
Preferred language (written or spoken): [x ] English  [ ] Other:
What is your preferred method of learning?  [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [x ] No  Specify:
Advance directives completed?  [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?  [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes  [ x ] No
Are you enrolled in EFMP?  [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?  [x ] Yes  [ ] No
Contact preference: ████████
PCM:
..............
Annual Questions Date: 28SEP2015.
**Family history**
    Family medical history
    DM father, PGM
    MI father
    hypertension father
    melanoma father
    .

**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Head:** No headache.
**Otolaryngeal:** Otolaryngeal symptoms loss of taste for sugar.  No earache, no nasal discharge, no nasal passage blockage
    (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** Decreased appetite sugar taste bitter where as artificial sweeteners
. No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Oral Cavity:**
    Lips: ° Showed no abnormalities.
    Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
    Oropharynx: ° Normal.  ° Uvula showed no abnormalities.  ° Base of the tongue was normal.  ° Tonsils showed no
    abnormalities.
    Hypopharynx: ° Mucous membranes had no abnormalities.  ° Had no swelling.  ° Had no tenderness.
**Test conclusions**
Medication list was upated at the beginning of the visit.
A qualified individual compared the medication list against any orders, and resolved any discrepancies (if required).
**Practice Management**
    Preventive medicine services Pt is active duty and is up to date with all immunizations/vaccinations and PHA Screen.


**A/P** Written by AUSTIN,MARIE @ 09 Nov 2015 1155 EST
**1. Parageusia** R43.2: Pt reports sugar is tasting bitter not sweet . Pt is waeing off zoloft with + side effects due to not tapering . In
addition pt takes daily fluoride [ water does have fluoride] will stop and wait until he is completely off the zoloft before we reassess .


**Disposition** Written by AUSTIN,MARIE @ 09 Nov 2015 1159 EST
**Released w/o Limitations**
**Follow up:** as needed . - Comments: pt to continue to wean off zoloft nad stop fluroide

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: discussed the side effects of this current meds
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  AUSTIN, MARIE** (Nurse Practitioner, WRNMMC) @ 09 Nov 2015 1200

---

**CHANGE HISTORY**
*The following S/O Note Was Overwritten by AUSTIN.MARIE @ 09 Nov 2015 1139 EST:*
**S/O Note** Written by TRAN,CAT D @ 09 Nov 2015 1058 EST
**Chief complaint**
The Chief Complaint is: Evaluating for ageusia.
**History of present illness**
        The Patient is a 30 year old male.
Pt c/o loss of taste x1 month, particularly in detecting sweetness than any others senses. Pt claims the only current med taking is Zoloft.
        General overall feeling /health - Very Good.
**Allergies**
Allergies Verified and Updated
NKDA
.
**Current medication**
NO OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day
.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history
        GAD
        Alcohol dependence in remission
        .
        Surgical / Procedural: Surgical / procedural history
        PRK
        Tosillectomy

AHLTA Problem List Updated.  Date: today.
**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History
ANNUAL QUESTIONS
Preferred language (written or spoken): [x ] English   [ ] Other:
What is your preferred method of learning?   [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x ] No  Specify:
Advance directives completed?   [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?   [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ x ] No
Are you enrolled in EFMP?   [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [x ] Yes  [ ] No
Contact preference: ████████
PCM:
...............
Annual Questions Date: 28SEP2015.
**Family history**
        Family medical history
        DM father, PGM
        MI father
        hypertension father
        melanoma father

**Practice Management**
        Preventive medicine services Pt is active duty and is up to date with all immunizations/vaccinations and PHA Screen.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*03 Nov 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:  BETH-22586549    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **03 Nov 2015 1226 EST**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**    **A**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 06 Nov 2015 1258 EST
**Problems**                                                      **Allergies**
•ALCOHOL DEPENDENCE WITH                                          •OTHER: Unknown (SEE MED RECORD)
  CONTINUOUS DRINKING
  BEHAVIOR
•MAJOR DEPRESSION RECURRENT
  MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
  ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
  DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 25 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY FOR 7 DAYS THEN DECREASE TO ONE HALF TABLET (12.5MG) BY MOUTH EVERY DAY #0 RF0 | NR | 04 Nov 2015 |
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| GUAIFENESIN, 600 MG, TABLET ER, ORAL | Active | TAKE ONE TABLET BY MOUTH TWICE A DAY #0 RF0 | NR | 28 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:**Written by MAPLES,MICHAEL J @ 03 Nov 2015 1226 EST
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 03 Nov 2015 1228 EST
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 03 Nov 2015 1226

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 524**
AR 2511

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

-------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by MAPLES,MICHAEL J @ 03 Nov 2015 1228 EST
  Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** VITALS: LAUNGUAGE: ENGLISH
CONTACT NUMBER: 850-969-7239
NO VITALS TAKEN AT SARP TREATMENT


**S/O Note** Written by MAPLES,MICHAEL J @ 03 Nov 2015 1244 EST
**History of present illness**
      The Patient is a 30 year old male.

THE PT ATTENDED THE OUTPATIENT CONTINUING CARE TREATMENT PROGRAM (CC).



**A/P** Last Updated by MAPLES,MICHAEL J @ 03 Nov 2015 1246 EST
**1. Alcohol dependence, uncomplicated**
      Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - THE PATIENT
                             ATTENDED GROUP SESSION FROM 1230-1400
                             -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                             MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                             SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                             SERVICE DELIVERED.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 06 Nov 2015 1419 EST
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments:
Daniel arrived on time and is at session #13 of the 26 scheduled sessions for the Continuing Care treatment program attending from
1230-1400, total of 1 ? hours. The group performed their weekly check-in, reporting their struggles, triggers and cravings. The group
was challenged with a scaling question; on a scale from 1-10, 1 being the lowest, 10 being the highest, how dedicated are you to
your recovery? The group shared post group feelings from last group after two members shared they suffered a relapse.

Daniel shared that he has taken positive steps since sharing about his relapse during the previous group. He states he attended AA
this past week is trying to be more active in managing his anxiety and working with his psychologist. He admitted that at times he
does not do or use all the tools he has learned since starting treatment to help him in his sobriety, but last week was a reminder for
him and is looking forward to continue in a positive light.

Daniel appeared relaxed and attentive during today's group session. He seemed to connect with the group and provided feedback.
He also seemed receptive to what others shared and feedback that was provided. Daniel has Problem #1, Objective #7 of his ITP
overdue 20 Oct 2015. Daniel will be asked to setup an individual appointment with his counselor to address treatment planning and
updating.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel will continue with
Continuing Care treatment and is scheduled to return on 09 November 2015 for his next scheduled group session.

No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.


**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 06 Nov 2015 1419
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 06 Nov 2015 1422

CHANGE HISTORY
*The following Disposition Note Was Overwritten by GONZALEZZARAZUA,JORGE A @ 06 Nov 2015 1419 EST:*
The Disposition section was last updated by GONZALEZZARAZUA,JORGE A @ 06 Nov 2015 1419 EST - see above.Previous Version of Disposition section was
entered/updated by GONZALEZZARAZUA,JORGE A @ 06 Nov 2015 1258 EST.
Released w/o Limitations
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session #13 of the 26 scheduled sessions for the
Continuing Care treatment program attending from 1230-1400, total of 1 ? hours. The group performed their weekly check-in, reporting their struggles, triggers and cravings.
The group was challenged with a scaling question; on a scale from 1-10, 1 being the lowest, 10 being the highest, how dedicated are you to your recovery? The group shared
post group feelings from last group after two members shared they suffered a relapse.

Daniel shared that he has taken positive steps since sharing about his relapse during the previous group. He states he attended AA this past week is trying to be more active in
managing his anxiety and working with his psychologist. He admitted that at times he does not do or use all the tools he has learned since starting treatment to help him in his
sobriety, but last week was a reminder for him and is looking forward to continue in a positive light.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Daniel appeared relaxed and attentive during today's group session. He seemed to connect with the group and provided feedback. He also seemed receptive to what others shared and feedback that was provided. Daniel has Problem #1, Objective #7 of his ITP overdue 20 Oct 2015. See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel will continue with Continuing Care treatment and is scheduled to return on 09 November 2015 for his next scheduled group session.

No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

*The following Signature(s) No Longer Applies because this Encounter was Opened for Amendment* by GONZALEZZARAZUA, JORGE A @ 06 Nov 2015 1416 EST:

**Signed GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 06 Nov 2015 1259

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *03 Nov 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:    BETH-22583769    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**          Date: **03 Nov 2015 1030 EST**          Appt Type: **FTR**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **ZEMBRZUSKA,HANNA**
**NATIONAL MILITARY MEDICAL CNTR**                                    **DOMINIKA**
Patient Status: **Outpatient**

**AutoCites** Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 03 Nov 2015 1620 EST

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**
No Labs Found.
**Rads**
No Rads Found.

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**Vitals**
**Vitals** Written by NEFF,JOANNE S @ 03 Nov 2015 1042 EST
 BP: 125/73,    HR: 76,    RR: 12,    T: 97.2 °F,    Pain Scale: 0 Pain Free

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 06 Nov 2015 1312 EST
**History of present illness**
      The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

 30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Fort
Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder presents for f/u appt. Pt ran out of Zoloft and so
for the past 2 weeks he has been off of it. Since Zoloft was discontinued pt has been struggling with some mild withdrawal
symptoms, but hypersomnia has resolved. He no longer needs to naps for 30-45 min about three times per day. He is sleeping 6-7
hours per night with Melatonin. He feels much more productive and has lost weight. He is running 25-30 miles per week and is using
CBT skills to combat anxiety. He has re-enlisted for 6 more years with a nice financial bonus that he will use to pay off his debts. Re-
enlistement ceremony was on 16OCT and his family came.


.
      Medication list reviewed with patient, reconciliation completed, and list given to patient.
      Visit is not deployment-related.
 Pain Severity   0 / 10.
**Allergies**
Current Allergies Reviewed. NKDA.
**Current medication**

Melatonin for insomnia.
**Past medical/surgical history**
**Reported:**
      Recent Events: Medication compliance.
      Medical: Reported medical history Penile warts (HPV)
      Neurotic excoriation (scalp picking when anxious)
      Asthma during childhood
      Allergic response to pets
      Recurrent intestinal pain (possibly lactose intolerance)
      PRK (2011)
       and psychiatric history
      * THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014.
         She documented Anxiety Disorder, NOS.  The SM indicated that he discontinued his participation in treatment due to the

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 527**
AR 2514

**Medical Record**

limited impact of these visits.
* MEDS: Denies other medication trials
* INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
* SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior.

Family history:
F: Alcohol use disorder
M: depression
Sister#1: depression, hx of suicide attempts
Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children
Maternal grandmother: bipolar

**Personal history**
Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6 y/o). He and his two sisters were raised by their father, whose employment challenges qualified them for welfare. There was also a tumultuous home environment. Father was not involved with his children and was emotionally/physically abusive. Pt felt that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself. He left his family abruptly, upon graduation from high school, in 2003. Moved out of state and enrolled in college.
Behavioral: Caffeine use 4 cups of coffee per day. Stops drinking caffeine after 2pm and never a smoker  / Never Used Tobacco Products.
Alcohol: Alcohol use Drank one glass of wine recently.
**Subjective**

NO Learning Disablility, Language or Learning Barriers.
**Review of systems**


No current substance use symptoms
No current cognitive symptoms
No current psychotic symptoms


.
**Physical findings**
**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° No disorientation was observed, oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
    Speech: ° Normal, regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
    Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
    Mood: ° Euthymic Able to smile appropriately.  ° Not depressed.  ° Not anxious.
    Affect: ° Normal anxious.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
    Thought Processes: ° Not impaired, they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
    Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
    Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

    Non-Modifiable:
        Gender (risk factor if male): Y
        H/O Suicide Attempts:Y
        Organized Plan:N
        Chronic Psychiatric Disorder:Y
        Recent Psychiatric Hospitalization: RECENT REHAB
        H/O Abuse or Trauma:Y
        Chronic Physical Illness:N
        Family H/O Suicide/Attempts:Y
        Other Recent Loss:N
        Chronic Pain:N
        Age (risk factor if <25 or >60):N

    Modifiable:

**Medical Record**

Merwin, Daniel Dennis    DOB: ▮ 1985  SSN: ***-**-▮    DoD ID: 1286180538    Created: 16 Aug 2017

Suicidal ideation/plans/intent:N
Access to Lethal Means:N
Poor Treatment Compliance:N
Hopelessness:?
Psychic Pain/Anxiety:Y
Acute Event:N
Insomnia:N
Low Self-Worth:Y
Impulsivity:N
Substance Abuse:Y
Financial Stress:Y, PAYING OFF DEBT
Legal Stress:N

Protective:
Strong Therapeutic Alliance:Y
Positive Coping Skills:Y
Responsible to/for Family:Y
Responsible to/for Pet:N
Frustration Tolerance:Y
Resilience:Y
Good Reality Testing:Y
Amenable to Treatment:Y
Social Support:Y


Risk of Harm to Others: DENIES

Action Taken Based on Risk Assessment:
[ X ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission in inpatient psychiatry
[   ] Other:

**Therapy**
• Duration of the encounter 30 min.
**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist: SARP
Medication Prescriber: ZEMBRZUSKA
Group Therapist:TBD

Additional Provider and treatment: SARP at Washington Navy Yard

Date last updated: 11/3/2015
Reviewed with patient on: same
Does patient agree with plan? Yes
If not, what part?
Projected date of next treatment plan update: f/u 17DEC at 1400
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
 Vital signs reviewed. No indication for lab and radiology studies at this time.
Objective 1 (Corresponds to Goal #  ): Anxiety, depressed mood, irritability
-
Interventions:
1.Restart Zoloft at 25mg daily to help with withdrawal symptoms. After 7-14 days if pt is doing well decrease Zoloft to 12.5mg
daily and then taper off. Discussed r/b/se. Obtained informed consent for medication.
    2. Continue SARP. Advised pt to attend an AA or SMART-recovery meeting if he experiences cravings for alcohol or begins to
have thoughts of using alcohol to cope with anxiety related to work.
    3. Referred pt for individual CBT.

Objective 2 (Corresponds to Goal #  ): Insomnia
-
Interventions:
1. Continue Melatonin QHS prn insomnia

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ▇▇▇ 1985  SSN: ***-**-▇▇▇        DoD ID: 1286180538        Created: 16 Aug 2017

2. Pt to continue using CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and decrease ruminative thoughts

Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.

**A/P** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 03 Nov 2015 1621 EST
**1. Generalized anxiety disorder** F41.1
     Procedure(s):     -(90833) Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 06 Nov 2015 1321 EST
**Released w/o Limitations**
**Follow up:**  in the PSYCHIATRY BE clinic. - Comments: 17DEC at 1400
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 06 Nov 2015 1322

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*27 Oct 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-22501132    Primary Dx:    Alcohol dependence, uncomplicated

Patient: **MERWIN, DANIEL DENNIS**    Date: **27 Oct 2015 1245 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**    **A**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 30 Oct 2015 1104 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
- MAJOR DEPRESSION RECURRENT
    MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
    ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
    DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE, INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE | Active | | NR | 05 Oct 2015 |
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| GUAIFENESIN, 600 MG, TABLET ER, ORAL | Active | TAKE ONE TABLET BY MOUTH TWICE A DAY #0 RF0 | NR | 28 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |

**Reason for Appointment:** Written by MAPLES,MICHAEL J @ 27 Oct 2015 1245 EDT
CC GROUP

**Screening** Written by MAPLES,MICHAEL J @ 27 Oct 2015 1300 EDT
**Reason For Appointment:** Notes Entered by: MAPLES,MICHAEL J 27 Oct 2015 1245
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug Abuse/Dependence (Follow-Up) ;

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Vitals**

**Vitals** Written by MAPLES,MICHAEL J @ 27 Oct 2015 1301 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** LAUNGUAGE: ENGLISH
CONTACT NUMBER: 850-969-7239
NO VITALS TAKEN AT SARP TREATMENT

**S/O Note** Written by MAPLES,MICHAEL J @ 27 Oct 2015 1303 EDT
**History of present illness**
       The Patient is a 30 year old male.

THE PT ATTENDED THE OUTPATIENT CONTINUING CARE TREATMENT PROGRAM (CC).

**A/P** Last Updated by MAPLES,MICHAEL J @ 27 Oct 2015 1304 EDT
**1. Alcohol dependence, uncomplicated**
       Procedure(s):              -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - THE PATIENT
                              ATTENDED GROUP SESSION FROM 1230-1400
                              -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - CONDUCTED CASE
                              MANAGEMENT TO REVIEW AND UPDATE THE OVERALL SARP CLINICAL RECORD. IN ADDITION
                              SERVICES TO HELP ASSIST THE PT AND TO MONITOR TREATMENT PRGRESS AND OVERALL
                              SERVICE DELIVERED.

       Laboratory(ies):         -ETG/ETS, UA (250 CUT-OFF)NAVY (Routine) Ordered By: MAPLES,MICHAEL J Ordering Provider:
                              AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: MAPLES,MICHAEL J Ordering
                              Provider: AILOR, LYNNE P

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 30 Oct 2015 1206 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: SEE ADD/NOTE SECTION FOR
MORE INFORMATION ON THIS ENCOUNTER.

**Note** Written by GONZALEZZARAZUA,JORGE A @ 30 Oct 2015 1206 EDT
Daniel arrived on time and is at session #12 of the 26 scheduled sessions for the Continuing
Care treatment program attending from 1230-1400, total of 1 ½ hours. The group processed
one member's recent relapse, which sparked another member to admit to a relapse. Several
group members provided
feedback and reported being envious that the two replaces got to drink and voiced
disappointment. No other group members admitted to drinking alcohol or abusing drugs since
last seen at SARP. The group was reminded that they are here at SARP for treatment of
alcohol/drugs.

Daniel opened group today and revealed that he relapsed. He shared that while out with some
friends at a steak house he was offered a glass of wine and he decided to accept without
hesitation. He states to have drunk two glasses of red wine with his dinner. Daniel reports that
although he knows that he is not allowed to drink while in the program, he chose to do so
without real regard to what could happen. When confronted by two counselors as why he
decided to drink, Daniel stated he just wanted to and felt as if it should be ok for him to have a
couple glasses of wine if he wanted to. Daniel also brought up that he initially self-referred
himself for other underlying reasons and not specifically because he thought he had an issue
with alcoholism. After hearing from a member who also suffered a relapse in the past week,
Daniel shared that there were some underlying reasons as to why he decided to drink. He
stated that he was upset because he had family over for his re-enlistment the past week and his
father decided to not come. He states that his relationship with his father still affects him to this

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 532**
AR 2519

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

date and believes that the stress of having everyone around and his father being the one person to not show led him to drink.

Daniel appeared comfortable in today's group, sharing and giving feedback to other members. He seemed to lack any remorse or guilt about why he chose to drink and at points appeared to defend his decision. Daniel seems to not trust the group, stating the dynamics have changed since he first started and not feeling comfortable. A SARP staffing will be scheduled for Daniel and his case will be re-evaluated for treatment update. Daniel has an outdated treatment plan and will be scheduled for an individual appointment following the findings of his SARP staffing for treatment planning and updating. See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is scheduled to return on 03 November 2015 for his next group session.
 No evidence of SI/HI during this encounter.
 Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

---

**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 30 Oct 2015 1207
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 30 Oct 2015 1514

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *01 Oct 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:    BETH-22215056    Primary Dx:    Generalized anxiety disorder

Patient: **MERWIN, DANIEL DENNIS**      Date: **01 Oct 2015 1300 EDT**      Appt Type: **FTR**
Treatment Facility: **WALTER REED**      Clinic: **PSYCHIATRY BE**      Provider: **ZEMBRZUSKA,HANNA**
**NATIONAL MILITARY MEDICAL CNTR**                                          **DOMINIKA**
Patient Status: **Outpatient**

**AutoCites** Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 01 Oct 2015 1308 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**

**29 Sep 2015 1730**

| Varicella Zoster Virus DFA | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Varicella Zoster Virus Ag | SKIN | no vz antigen detected <i> | | |

**15 Sep 2015 1400**

| ETG/ETS, UA (500 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=500 |

**15 Sep 2015 1400**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Not-Detected) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**08 Sep 2015 0817**

| HSV 1 & 2 Abs Indirect Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Herpes Simplex Virus 1 Ab IgM | SERUM | <1:10 | Titer units | <1:10 |
| Herpes Simplex Virus 2 Ab IgM | SERUM | <1:10 <i> | Titer units | <1:10 |

**08 Sep 2015 0817**

| Chlamydia+Gonococcus DNA Panel NAAT | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Neisseria gonorrhoeae DNA | URINE | negative for n.gonorrhoeae <i> | | |
| Chlamydia trachomatis DNA | URINE | negative for c.trachomatis <i> | | (Negative) |

**08 Sep 2015 0817**

| Herpes Simplex Virus 1+2 Ab IgG | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Herpes Simplex Virus 1 Ab IgG | SERUM | <0.91 <i> | Index | 0.00-0.90 |
| Herpes Simplex Virus 2 Ab IgG | SERUM | <0.91 <i> | Index | 0.00-0.90 |

**08 Sep 2015 0817**

| Rapid Plasma Reagin | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Reagin Ab | SERUM | nonreactive <i> | | (Non-Reactive) |

**08 Sep 2015 0817**

| HIV Rapid | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| HIV-1 Ab Rapid | BLOOD | ****** | | (Negative) |

**Microbiology Results**
**Herpes Virus DFA**

|  | Order # | 150929-09137 (NNMC Bethesda) |
|---|---|---|
| | Filler # | 150929 NVI 2333 (NNMC Bethesda) |
| | Status: | Final |
| | Ordering Provider: | CUNNINGHAM, RACHEL ELIZABETH |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

| | |
|---|---|
| Priority: | ROUTINE |
| Date Ordered: | 29 Sep 2015 1032 |
| Date Resulted: | 30 Sep 2015 0954 |
| COLLECT_SAMPLE: | LESION/WOUND |
| | |
| VIROLOGY RESULT: | NEGATIVE DIRECT FLUORESCENT ANTIBODY FOR: HSV |
| | |
| Specimen: | Wound |
| Collected: | 29 Sep 2015 1730 |
| | |
| Results: | |
| | Final report |

**Herpes Virus Culture**

| | |
|---|---|
| Order # | 150909-02160 (NNMC Bethesda) |
| Filler # | 150909 NVI 2193 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | FIACCO, NICHOLAS RYAN |
| Priority: | ROUTINE |
| Date Ordered: | 09 Sep 2015 0748 |
| Date Resulted: | 14 Sep 2015 1210 |
| COLLECT_SAMPLE: | OTHER SOURCE |
| Order Comment: | for specimen already in lab |
| | |
| VIROLOGY RESULT: | NO HERPES SIMPLEX VIRUS ISOLATED. |
| | |
| Specimen: | Groin, Left |
| Collected: | 08 Sep 2015 0819 |
| | |
| Results: | |
| | Final report |

**Rads**
No Rads Found.

**Reason for Appointment:**
follow-up
**Appointment Comments:**
jc

**Vitals**
**Vitals** Written by ERICKSON,NANCY A @ 01 Oct 2015 1340 EDT
 BP: 132/76,   HR: 70,   RR: 16,   T: 97.8 °F

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 02 Oct 2015 1310 EDT
**History of present illness**
      The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

 30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Fort Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder presents for f/u appt. Pt has been doing well on Zoloft 100mg daily, but has been experiencing anxiety related to work which causes him to think about using alcohol to cope. He has been struggling with hypersomnia rather than insomnia and attended a Sleep Pathways Group. He naps for 30-45 min about three times per day despite sleeping 5-6 hours per night. His PCM referred him to sleep clinic and he has an appt on 17NOV at 10:30AM. He has re-enlisted for 6 more years with a nice financial bonus that he will use to pay off his debts. Re-enlistement ceremony will be on 16OCT and his family is coming. Pt will be on leave 12-23OCT in the local area.

      .
      Medication list reviewed with patient, reconciliation completed, and list given to patient.
      Visit is not deployment-related.
 Pain Severity   0 / 10.
**Allergies**
Current Allergies Reviewed. NKDA.
**Current medication**

| Merwin, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 535**
AR 2522

**Medical Record**

Merwin, Daniel Dennis       DOB: ██████ 1985  SSN: ***-**-████    DoD ID: 1286180538       Created: 16 Aug 2017

Zoloft 100mg daily
Melatonin for insomnia.
**Past medical/surgical history**
**Reported:**

    Recent Events: Medication compliance.
    Medical: Reported medical history Penile warts (HPV)
    Neurotic excoriation (scalp picking when anxious)
    Asthma during childhood
    Allergic response to pets
    Recurrent intestinal pain (possibly lactose intolerance)
    PRK (2011)
    and psychiatric history
    *  THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014.
        She documented Anxiety Disorder, NOS.  The SM indicated that he discontinued his participation in treatment due to the
        limited impact of these visits.
    *  MEDS: Denies other medication trials
    *  INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft.
        Belvoir.
    *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in
        context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol
        and blacking out. Did not seek care. Denies self-injurious behavior.

    Family history:
    F: Alcohol use disorder
    M: depression
    Sister#1: depression, hx of suicide attempts
    Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children
    Maternal grandmother: bipolar
    .

**Personal history**
Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6
    y/o).  He and his two sisters were raised by their father, whose employment challenges qualified them for welfare.  There was
    also a tumultuous home environment.  Father was not involved with his children and was emotionally/physically abusive. Pt felt
    that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself.  He left his family
    abruptly, upon graduation from high school, in 2003.  Moved out of state and enrolled in college. He found himself ul
    experience from the past or avoid having feelings related to it?
[1 ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ 0 ] Trouble remembering important parts of a stressful experience from the past?
[0 ] Loss of interest in things that you used to enjoy?
[0 ] Feeling distant or cut off from other people?
[2 ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[0 ] Feeling as if your future will somehow be cut short?
[0 ] Trouble falling or staying asleep?
[1 ] Feeling irritable or having angry outbursts?
[ 1 ] Having difficulty concentrating?
[1 ] Being 'super alert' or watchful on guard?
[ 0 ] Feeling jumpy or easily startled?

Add point values from each response.  TotaD.
Behavioral: Caffeine use 4 cups of coffee per day. Stops drinking caffeine after 2pm and never a smoker  / Never Used Tobacco
    Products.
Alcohol: Alcohol use Has drank a few beers recently.
**Subjective**

NO Learning Disablility, Language or Learning Barriers.
**Review of systems**


No current substance use symptoms
No current cognitive symptoms
No current psychotic symptoms


.
**Physical findings**
**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████   DoD ID: 1286180538        Created: 16 Aug 2017

**Neurological:**
° No disorientation was observed, oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
Speech: ° Normal, regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.

**Psychiatric:**
Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
Mood: ° Euthymic Able to smile appropriately.  ° Not depressed.  ° Not anxious.
Affect: ° Normal anxious.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
Thought Processes: ° Not impaired, they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
    Gender (risk factor if male): Y
    H/O Suicide Attempts:Y
    Organized Plan:N
    Chronic Psychiatric Disorder:Y
    Recent Psychiatric Hospitalization: RECENT REHAB
    H/O Abuse or Trauma:Y
    Chronic Physical Illness:N
    Family H/O Suicide/Attempts:Y
    Other Recent Loss:N
    Chronic Pain:N
    Age (risk factor if <25 or >60):N

Modifiable:
    Suicidal ideation/plans/intent:N
    Access to Lethal Means:N
    Poor Treatment Compliance:N
    Hopelessness:?
    Psychic Pain/Anxiety:Y
    Acute Event:N
    Insomnia:N
    Low Self-Worth:Y
    Impulsivity:N
    Substance Abuse:Y
    Financial Stress:Y, PAYING OFF DEBT
    Legal Stress:N

Protective:
    Strong Therapeutic Alliance:Y
    Positive Coping Skills:Y
    Responsible to/for Family:Y
    Responsible to/for Pet:N
    Frustration Tolerance:Y
    Resilience:Y
    Good Reality Testing:Y
    Amenable to Treatment:Y
    Social Support:Y


Risk of Harm to Others: DENIES

Action Taken Based on Risk Assessment:
[ X ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:

**Therapy**
• Duration of the encounter 30 min.

**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

Treatment Team Members -

Individual Therapist: SARP
Medication Prescriber: ZEMBRZUSKA
Group Therapist:TBD

Additional Provider and treatment: SARP at Washington Navy Yard

Date last updated: 10/1/2015
Reviewed with patient on: same
Does patient agree with plan? Yes
If not, what part?
Projected date of next treatment plan update: f/u in 4 weeks
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
 Vital signs reviewed. No indication for lab and radiology studies at this time.
Objective 1 (Corresponds to Goal # ): Anxiety, worry, irritability
-
Interventions:
1.Increase Zoloft to 150mg daily.   Discussed r/b/se. Obtained informed consent for medication.
2. Continue SARP. Advised pt to attend an AA or SMART-recovery meeting if he experiences cravings for alcohol or begins to
have thoughts of using alcohol to cope with anxiety related to work.
3. Referred pt for individual CBT.

Objective 2 (Corresponds to Goal # ):  Depressed/apathetic mood
-
Interventions:
1. Increase Zoloft to 150mg daily. Discussed r/b/se. Obtained informed consent for medicaton.

Objective 3 (Corresponds to Goal # ): Insomnia
-
Interventions:
1. Continue Melatonin QHS prn insomnia
2. Pt to continue using CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and
decrease ruminative thoughts


    Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or
homicidal thoughts develop.



**A/P** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 01 Oct 2015 1309 EDT
**1. Generalized anxiety disorder** F41.1
        Procedure(s):        -(90833) Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 02 Oct 2015 1319 EDT
**Released w/o Limitations**
**Follow up:** 4 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Signed By  ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center,
Bethesda, MD) @ 02 Oct 2015 1320

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

## *30 Sep 2015 at WRNMMC, Dermatology Clinic Bethesda by CUNNINGHAM, RACHEL E*

Encounter ID:     BETH-22196001     Primary Dx:     Visit for: administrative purpose

Patient: **MERWIN, DANIEL DENNIS**     Date: **30 Sep 2015 1027 EDT**     Appt Type: **T-CON***
Treatment Facility: **WALTER REED**     Clinic: **DERMATOLO CL BE**     Provider: **CUNNINGHAM,RACHEL**
**NATIONAL MILITARY MEDICAL CNTR**     **ELIZABETH**
Patient Status: **Outpatient**     Call Back Phone: ████████

**AutoCites** Refreshed by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1028 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL | Active | APPLY TO SCALP EVERY DAY AS NEEDED #0 RF3 | 3 of 3 | 29 Sep 2015 |
| GUAIFENESIN, 600 MG, TABLET ER, ORAL | Active | TAKE ONE TABLET BY MOUTH TWICE A DAY #0 RF0 | NR | 28 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |
| BENZONATATE, 100 MG, CAPSULE, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY EIGHT HOURS AS NEEDED FOR COUGH #0 RF0 | NR | 28 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 0 of 2 | 08 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Aug 2015 |

**Reason for Telephone Consult:**Written by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1027 EDT
lab

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1037 EDT
**Herpes Virus DFA**

| | |
|---|---|
| Order # | 150929-09137 (NNMC Bethesda) |
| Filler # | 150929 NVI 2333 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | CUNNINGHAM, RACHEL ELIZABETH |
| Priority: | ROUTINE |
| Date Ordered: | 29 Sep 2015 1032 |
| Date Resulted: | 30 Sep 2015 0954 |
| COLLECT_SAMPLE: | LESION/WOUND |
| VIROLOGY RESULT: | NEGATIVE DIRECT FLUORESCENT ANTIBODY FOR: HSV |
| Specimen: | Wound |
| Collected: | 29 Sep 2015 1730 |
| Results: | |
| | Final report |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1037 EDT

| **Varicella Zoster Virus DFA** | **Site/Specimen** | **29 Sep 2015 1730** |
|---|---|---|
| Varicella Zoster Virus Ag | SKIN | NO VZ ANTIGEN DETECTED <i> |

**A/P** Written by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1037 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985   SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

**1. Visit for: administrative purpose**: DFA negative for HSV1/2 and VZV, confirming previous testing negative for herpetic infection. STD testing in previous month also negative, at this time etiology for ulcerations does not reveal any infectious etiology. Will recommend patient to stop any topical irritant for treatment of molluscum as not demonstrated on clinical exam. Follow up with PCM for repeat exam in 2-3 weeks if new ulcerations or erosions present. If resolving then continue with gentle skin care recommended today. May be due to irritant from aldara used for HPV condyloma. Consider retesting RPR for false negative as syphilitic chancre may still be in differential. If new primary lesions occurring PCM to send back to derm for potential biopsy.

**Disposition** Written by CUNNINGHAM,RACHEL E @ 30 Sep 2015 1037 EDT
**Follow up:** 2 week(s) with PCM or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  CUNNINGHAM, RACHEL E** (Physician) @ 30 Sep 2015 1037

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *29 Sep 2015 at WRNMMC, Behavioral Health Qu by MANTANONALEE, CHRISTY LIA*

Encounter ID:    BETH-22183712    Primary Dx:    Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**       Date: **29 Sep 2015 1315 EDT**       Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**      Clinic: **BEHAVIORAL HEALTH QU**    Provider: **MANTANONALEE,CHRISTY LIA**

Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by MANTANONALEE,CHRISTY LIA @ 29 Sep 2015 1530 EDT

| **Drug Abuse Screen** | **Site/Specimen** | **15 Sep 2015 1400** |
|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> |
| Barbiturates | URINE | NEGATIVE <i> |
| Benzodiazepines | URINE | NEGATIVE <i> |
| Cocaine | URINE | NEGATIVE <i> |
| Opiates | URINE | NEGATIVE <i> |
| Phencyclidine, UA | URINE | NEGATIVE <i> |
| Cannabinoids | URINE | NEGATIVE <i> |
| Methadone | URINE | NEGATIVE <i> |
| Oxycodone | URINE | NEGATIVE <i> |

| **ETG/ETS, UA (500 Cut-Off)** | **Site/Specimen** | **15 Sep 2015 1400** |
|---|---|---|
| Ethyl Glucuronide | URINE | Negative |

**A/P** Written by MANTANONALEE,CHRISTY LIA @ 29 Sep 2015 1532 EDT
**1. Laboratory Studies**: Labs were reviewed by undersigned provider per SARP protocol. ETG/ETS was negative. Drug Abuse Screen was negative.

Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1

**Disposition** Written by MANTANONALEE,CHRISTY LIA @ 29 Sep 2015 1533 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: FOLLOW UP WITH SARP AS SCHEDULED

Signed By  **MANTANONALEE, CHRISTY LIA** (Physician) @ 29 Sep 2015 1533

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■■ 1985 | SSN: ***-**-■■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *29 Sep 2015 at WRNMMC, Dermatology Clinic Bethesda by MARQUART, JASON DANIEL*

Encounter ID:     BETH-22176596     Primary Dx:     SKIN NEOPLASM GROIN

Patient: **MERWIN, DANIEL DENNIS**     Date: **29 Sep 2015 1000 EDT**     Appt Type: **SPEC**
Treatment Facility: **WALTER REED**     Clinic: **DERMATOLO CL BE**     Provider: **MARQUART,JASON DANIEL**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1031 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| GUAIFENESIN, 600 MG, TABLET ER, ORAL | Active | TAKE ONE TABLET BY MOUTH TWICE A DAY #0 RF0 | NR | 28 Sep 2015 |
| Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA | Active | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 | 3 of 3 | 28 Sep 2015 |
| BENZONATATE, 100 MG, CAPSULE, ORAL | Active | TAKE ONE CAPSULE BY MOUTH EVERY EIGHT HOURS AS NEEDED FOR COUGH #0 RF0 | NR | 28 Sep 2015 |
| Imiquimod 5%, Cream, Topical | Active | APPLY TO WARTS AT BEDTIME, THREE TIMES EVERY DAY FOR 5 CONSECUTIVE DAYS PER WEEK . FOR 4 WEEKS #0 RF3 | 3 of 3 | 28 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 0 of 2 | 08 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Aug 2015 |
| Imiquimod 5%, Cream, Topical | Ordered | APPLY TO WARTS AT BEDTIME THREE TIMES A WEEK #0 RF1 | 1 of 1 | 11 Aug 2015 |

**Reason for Appointment:**
MOLLUSCUM CONTAGIOSUM
**Appointment Comments:**
LCR

**S/O Note** Written by CUNNINGHAM,RACHEL ELIZABETH @ 29 Sep 2015 1037 EDT
**Chief complaint**
The Chief Complaint is: Rash.
**Reason for Visit**
    Visit for: STAFFED WITH DR. [  ] HANDFIELD  [  ] GRATRIX  [  ]  GREEN  [ ]  LACKEY [  ]  KENTOSH  [x  ] MARQUART [  ] MEYERLE [  ] STEARNS  [  ] SPERLING [  ] DARLING
    30 yo M with 1 month hx of painful eroded papules in the groin and on the penis, STD workup negative per PCM and previous course of valtrex did not improve. Has hx of multiple sexual partners. Here for further evaluation, notes he does have hx of genital warts and uses aldara on them but has not been using it on the areas in question. Partner currently does not have any STD or similar rash. Uses condoms. Has recently had bronchitis with subjective fevers which began before the papules appeared. HIV testing recently negative.
**History of present illness**
    The Patient is a 30 year old male.
    He reported: Past medical history reviewed and updated dermatology problem list.
    No previous history of skin symptoms.  Rash:
    Visit is not deployment-related.
**Past medical/surgical history**

| Merwin, Daniel Dennis | DOB: ■■■■ 1985 | SSN: ***-**-■■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 542**
AR 2529

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

**Reported:**

Surgical / Procedural: Surgical / procedural history reviewed and updated in patient's Problem List.
Medications: Medication history was reviewed and updated in patient medication list as needed.

**Diagnoses:**
No eczema
No psoriasis.
No malignant skin neoplasm
No basal cell carcinoma of the skin
No squamous cell carcinoma of the skin.
No malignant melanoma of the skin

**Personal history**
Behavioral:  No tobacco use.
Alcohol: No consumption of alcohol.

**Family history**
Family medical history: Reviewed in Problem List.

**Review of systems**
**Systemic:** No systemic symptoms and no night sweats.
**Skin:** Skin scaling.

**Physical findings**
**General Appearance:**
   • General appearance:  ° Alert.
**Neurological:**
   ° Oriented to time, place, and person.
   Speech:  ° Normal.
**Skin:**
   • Multiple skin lesions.  • Lesions located.  • Lesions on the scalp Vertex scalp with short vellus hairs, mild bogginess of scalp
     and mild erythema with generalized mild scale. Pustule on R parietal scalp.  • Perineal lesions.  • Lesions in the inguinal
     region Punched out erythematous eroded papules on L and R groin without papules on the penis or scrotum on exam.
   • Lesions on the right side of the groin.  • Lesions on the left side of the groin.  ° General appearance was normal.
   ° Mobile.  ° Texture was normal.  ° Turgor was normal.  ° Color and pigmentation were normal.  ° Moisture was normal.
   ° Temperature was normal.  ° No lesions on the ear.  ° No lesions on the face.  ° No lesions on the neck.  ° No lesions on
   the upper extremities.  ° No lesions on the scrotum.  ° No lesions on the penile shaft.  ° No lesions on the buttocks.  ° No
   lesions on the lower extremities.
**Hair:**
   • Quantity and distribution were abnormal.
**Nails:**
   ° Normal.

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT

| HIV Rapid | Site/Specimen | 08 Sep 2015 0817 |
|---|---|---|
| HIV-1 Ab Rapid | BLOOD | NEGATIVE-ONBOARD QC ACCEPTED <i> |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT

| Rapid Plasma Reagin | Site/Specimen | 08 Sep 2015 0817 |
|---|---|---|
| Reagin Ab | SERUM | NONREACTIVE <i> |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT

| Chlamydia+Gonococcus DNA Panel NAAT | Site/Specimen | 08 Sep 2015 0817 |
|---|---|---|
| Neisseria gonorrhoeae DNA | URINE | NEGATIVE FOR N.GONORRHOEAE <i> |
| Chlamydia trachomatis DNA | URINE | NEGATIVE FOR C.TRACHOMATIS <i> |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT

| Herpes Simplex Virus 1+2 Ab IgG | Site/Specimen | 08 Sep 2015 0817 |
|---|---|---|
| Herpes Simplex Virus 1 Ab IgG | SERUM | <0.91 <i> |
| Herpes Simplex Virus 2 Ab IgG | SERUM | <0.91 <i> |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1042 EDT

| HSV 1 & 2 Abs Indirect Panel | Site/Specimen | 08 Sep 2015 0817 |
|---|---|---|
| Herpes Simplex Virus 1 Ab IgM | SERUM | <1:10 |
| Herpes Simplex Virus 2 Ab IgM | SERUM | <1:10 <i> |

**Lab Result** Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1042 EDT

**Herpes Virus Culture**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

| | |
|---|---|
| Order # | 150909-02160 (NNMC Bethesda) |
| Filler # | 150909 NVI 2193 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | FIACCO, NICHOLAS RYAN |
| Priority: | ROUTINE |
| Date Ordered: | 09 Sep 2015 0748 |
| Date Resulted: | 14 Sep 2015 1210 |
| COLLECT_SAMPLE: | OTHER SOURCE |
| Order Comment: | for specimen already in lab |
| | |
| VIROLOGY RESULT: | NO HERPES SIMPLEX VIRUS ISOLATED. |
| | |
| Specimen: | Groin, Left |
| Collected: | 08 Sep 2015 0819 |
| | |
| Results: | |
| | Final report |

---

**A/P** Last Updated by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT

**1. SKIN NEOPLASM GROIN**: Given punched out erosions on groin hx of multiple sexual partners, will get DFA today to rule out HSV infection. Previous tests showed non acute phase of HSV (IgG positive, IgM negative). Has had course of valtrex 500 twice daily for 10 days 1 month ago but did not resolve, may not have been correct treatment or may represent atypical presentation of another herpetic infection. Rest of STD workup negative.

    Laboratory(ies):    -HERPES DFA ~ (Routine) Ordered By: CUNNINGHAM,RACHEL E Ordering Provider: CUNNINGHAM, RACHEL ELIZABETH; VARICELLA DFA (Routine) Ordered By: CUNNINGHAM,RACHEL E Ordering Provider: CUNNINGHAM, RACHEL ELIZABETH

**2. FOLLICULITIS DECALVANS**: Tufted folliculitis in the past on biopsy with scarring alopecia from inflammation and manipulation. Continued reports of itching, flaking and occasional pustules. Will use topical steroid solution daily as needed with antifungal shampoo.

    Medication(s):    -FLUOCINOLONE--TOP 0.01% SOLN - APPLY TO SCALP EVERY DAY AS NEEDED #1 RF3 Ordered By: CUNNINGHAM,RACHEL E Ordering Provider: CUNNINGHAM, RACHEL ELIZABETH

---

**Disposition** Last Updated by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT

**Released w/o Limitations**

**Follow up:** as needed in the DERMATOLO CL BE clinic.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by RANDOLPH,CANDICE M @ 29 Sep 2015 0955 EDT

**Consult Order**

**Referring Provider:**    AUSTIN, MARIE R

**Date of Request:**   28 Sep 2015

**Priority:**    Routine

**Provisional Diagnosis:**

MOLLUSCUM CONTAGIOSUM

**Reason for Request:**

Pt was worked up for herpes and it was negative suspect active molluscum contagiosum  please evla and treat confirm DX I am going to start aldara

**Note** Written by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT

**Additional A/P Information:**

Discontinued IMIQUIMOD--TOP 5% PACK - APPLY TO WARTS AT BEDTIME THREE TIMES A WEEK

**Note** Written by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT

**Additional A/P Information:**

Discontinued IMIQUIMOD--TOP 5% PACK - APPLY TO WARTS AT BEDTIME, THREE TIMES EVERY DAY FOR 5 CONSECUTIVE DAYS PER WEEK . FOR 4 WEEKS

**Note** Written by MARQUART,JASON DANIEL @ 29 Sep 2015 1132 EDT

I saw and evaluated the patient.  Discussed with resident and agree with resident's findings and plan as documented in the resident's note.  Chart QA performed.

---

**Signed By  MARQUART, JASON DANIEL** (Physician, WRNMMC Dermatology/Mohs Service) @ 29 Sep 2015 1132

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *28 Sep 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:    BETH-22165018    Primary Dx:    MOLLUSCUM CONTAGIOSUM

Patient: **MERWIN, DANIEL DENNIS**    Date: **28 Sep 2015 1045 EDT**    Appt Type: **24HR**
Treatment Facility: **WALTER REED**    Clinic: **INT MED MEDICAL HOME CL C**    Provider: **AUSTIN,MARIE**
**NATIONAL MILITARY MEDICAL CNTR**    **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
Followup, Genital Warts / Herpes and Broncitis
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by TRAN,CAT D @ 28 Sep 2015 1035 EDT
 BP: 122/87,   HR: 79,   RR: 16,   T: 97.8 °F,   HT: 69 in,   WT: 165 lbs,   SpO2: 97%,   BMI: 24.37,
 BSA: 1.903 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

**Questionnaire AutoCites** Refreshed by TRAN,CAT D @ 28 Sep 2015 1051 EDT
**Questionnaires**

Anxiety & Depression Screening Version: 1 Completed On: 28 Sep 2015
 1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: More than half the days
 2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Several days
 3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Not at all
 4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Not at all
 5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Not at all

**S/O Note** Written by AUSTIN,MARIE @ 28 Sep 2015 1205 EDT
**Chief complaint**
The Chief Complaint is: Bronchitis & Re-evaluate STD.
**History of present illness**
        The Patient is a 30 year old male.
Pt reported that he  came to BAZC on 18Aug2015 to evaluate Bronchitis and Herpes. He states his lab tests came back negative for all speculated STDs, but warts remain  on his left genital area.

Pt states that he went to Occ Health, in Fort Meade, apprx 1 week ago to evaluate his bronchitis  and he received Mucinex and Zpack but the bronchitis remains. Continues to cough , he is taking his albuterol and ran out of mucinex . He does not have a cough medicine.
        General overall feeling /health - Very Good.
**Allergies**
Allergies Verified and Updated
NKDA
.
**Current medication**
NO OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day
.
**Past medical/surgical history**
Reported:
        Medical: Reported medical history
        GAD
        Alcohol dependence in remission
        .
        Surgical / Procedural: Surgical / procedural history
        PRK
        Tosillectomy
        .
AHLTA Problem List Updated. Date: today.
**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 545**
AR 2532

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 16 Aug 2017

History
ANNUAL QUESTIONS
Preferred language (written or spoken): [x ] English   [ ] Other:
What is your preferred method of learning?   [ ] Verbal  [ ] Written  [x ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [x ] No  Specify:
Advance directives completed?    [ ] Yes  [x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [x ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [x ] Yes  [ ] No
Contact preference: ████████
PCM:
..............
Annual Questions Date: 28SEP2015.
**Family history**
    Family medical history
    DM father, PGM
    MI father
    hypertension father
    melanoma father

**Review of systems**
**Systemic:** No fever.  Chills.  No recent weight loss.
**Head:** No headache.
**Otolaryngeal:** No earache.  Nasal discharge and nasal passage blockage (stuffiness).  No sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** Dyspnea controlled on albuterol and cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Skin:** Skin lesion:
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Neck:**
    Appearance: ° Of the neck was normal.
    Palpation: ° No tenderness of the neck.
    Thyroid: ° Showed no abnormalities.
**Eyes:**
    General/bilateral:
        Pupils: ° PERRL.  ° Size of the pupil was normal.  ° Pupil accommodation was not impaired.
        External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
        External Auditory Canal: ° External auditory meatus normal.
    Right Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
    Left Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
**Nose:**
    General/bilateral:
        Discharge: • Nasal discharge seen.
        External Deformities: ° No external nose deformities.
        Cavity: • Nasal turbinate erythematous.  • Nasal turbinate swollen.  ° Nasal septum normal.  ° Nasal mucosa normal.
        Sinus Tenderness: ° No sinus tenderness.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Oral Cavity:**
    Lips: ° Showed no abnormalities.
    Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
    Oropharynx: • Abnormal cobblestone red, no papules or pustules . No drainage.  ° Tonsils showed no abnormalities.
**Lymph Nodes:**
    ° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes
        were not enlarged.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
        ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Neurological:**
    ° Oriented to time, place, and person.
    Balance: ° Normal.
    Gait And Stance: ° Normal.
**Psychiatric:**
    Mood: ° Euthymic.
    Affect: ° Normal.
**Skin:**
    • Skin: folliculitis barbae on the  lower abd where he shaved.  • Lesions on the left thigh , circular 0.02 cm lesions with
        indwelling centers . Mollsucoum contagiosum.
**Practice Management**
    Preventive medicine services Pt is active duty and is up to date with all immunizations/vaccinations and PHA Screen.

**Lab Result** Cited by AUSTIN,MARIE @ 28 Sep 2015 1142 EDT

| HIV Rapid | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng |
|---|---|---|---|---|

**Herpes Virus Culture**

| | |
|---|---|
| Order # | 150909-02160 (NNMC Bethesda) |
| Filler # | 150909 NVI 2193 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | FIACCO, NICHOLAS RYAN |
| Priority: | ROUTINE |
| Date Ordered: | 09 Sep 2015 0748 |
| Date Resulted: | 14 Sep 2015 1210 |
| COLLECT_SAMPLE: | OTHER SOURCE |
| Order Comment: | for specimen already in lab |
| VIROLOGY RESULT: | NO HERPES SIMPLEX VIRUS ISOLATED. |
| Specimen: | Groin, Left |
| Collected: | 08 Sep 2015 0819 |

**Lab Result** Cited by AUSTIN,MARIE @ 28 Sep 2015 1141 EDT

| HSV 1 & 2 Abs Indirect Panel | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng |
|---|---|---|---|---|
| Herpes Simplex Virus 1 Ab IgM | SERUM | <1:10 | Titer units | <1:10 |
| Herpes Simplex Virus 2 Ab IgM | SERUM | <1:10 <i> | Titer units | <1:10 |

| Chlamydia+Gonococcus DNA Panel NAAT | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng | |
|---|---|---|---|---|---|
| Neisseria gonorrhoeae DNA | URINE | NEGATIVE FOR N.GONORRHOEAE <i> | | | |
| Chlamydia trachomatis DNA | URINE | NEGATIVE FOR C.TRACHOMATIS <i> | | | (Negative) |

| Herpes Simplex Virus 1+2 Ab IgG | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng |
|---|---|---|---|---|
| Herpes Simplex Virus 1 Ab IgG | SERUM | <0.91 <i> | Index | 0.00-0.90 |
| Herpes Simplex Virus 2 Ab IgG | SERUM | <0.91 <i> | Index | 0.00-0.90 |

| Rapid Plasma Reagin | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng |
|---|---|---|---|---|
| Reagin Ab | SERUM | NONREACTIVE <i> | | (Non-Reactive) |

| HIV Rapid | Site/Specimen | 08 Sep 2015 0817 | Units | Ref Rng | |
|---|---|---|---|---|---|
| HIV-1 Ab Rapid | BLOOD | NEGATIVE-ONBOARD QC ACCEPTED <i> | | | (Negative) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**A/P** Written by AUSTIN,MARIE @ 28 Sep 2015 1204 EDT
**1. MOLLUSCUM CONTAGIOSUM** 078.0
    Medication(s):    -IMIQUIMOD--TOP 5% PACK - APPLY TO WARTS AT BEDTIME, THREE EVERY DAY FOR 5
                    CONSECUTIVE DAYS PER WEEK . FOR 4 WEEKS #1 RF3
    Consult(s):    -Referred To: DERMATOLOGY MTF BE (Routine) Specialty: DERMATOLOGY Clinic: DERMATOLO CL
                    BE Provisional Diagnosis: MOLLUSCUM CONTAGIOSUM
**2. CHRONIC BRONCHITIS** 491.9: Resolving, asthma as a child
    Medication(s):    -FLUTICASONE--PO 220MCG/PUFF MDI - INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE
                    MOUTH WITH WATER #1 RF3
                    -BENZONATATE--PO 100MG CAP - TAKE ONE CAPSULE BY MOUTH EVERY EIGHT HOURS AS
                    NEEDED FOR COUGH #60 RF0
                    -GUAIFENESIN--PO 600MG TBSR - TAKE ONE TABLET BY MOUTH TWICE A DAY #90 RF0

**Disposition** Written by AUSTIN,MARIE @ 28 Sep 2015 1211 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Pt to f/u as advised . USE condoms
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  AUSTIN, MARIE** (Nurse Practitioner, WRNMMC) @ 28 Sep 2015 1211

**CHANGE HISTORY**
*The following S/O Note Was Overwritten by AUSTIN,MARIE @ 28 Sep 2015 1137 EDT:*
**S/O Note** Written by TRAN,CAT D @ 28 Sep 2015 1052 EDT
**Chief complaint**
The Chief Complaint is: Bronchitis & Re-evaluate STD.
**History of present illness**
    The Patient is a 30 year old male.
Pt came to BAZC on 18Aug2015 to evaluate Bronchitis and Herpes. He states his lab tests came back negative for all speculated STDs, but warts remain subsisted on his left
genital area. Pt states that he went to Occ Health, in Fort Meade, apprx 1 week ago to evaluate his bronchitis  and he received Mucinex.
    General overall feeling /health - Very Good.
**Allergies**
Allergies Verified and Updated
NKDA
**Current medication**
NO OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    GAD
    Alcohol dependence in remission

    Surgical / Procedural: Surgical / procedural history
    PRK
    Tosillectomy

AHLTA Problem List Updated.  Date: today.
**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
Behavioral: No tobacco use history.
Alcohol: Not using alcohol AUDIT-C Date:
History
ANNUAL QUESTIONS
Preferred language (written or spoken): [x ] English    [ ] Other:
What is your preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [x ] No  Specify:
Advance directives completed?    [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?    [ ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [x ] Yes  [ ] No
Contact preference: ☐
PCM:
..............
Annual Questions Date: 28SEP2015.
**Family history**
    Family medical history
    DM father, PGM
    MI father
    hypertension father
    melanoma father
    .
**Practice Management**
    Preventive medicine services Pt is active duty and is up to date with all immunizations/vaccinations and PHA Screen.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538        Created: 16 Aug 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985 SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *23 Sep 2015 at WRNMMC, Integrative Hlth & Well BE by JARRETT, ERICA M*

Encounter ID:    BETH-22126215    Primary Dx:    Sleep disturbances

Patient: **MERWIN, DANIEL DENNIS**      Date: **23 Sep 2015 1000 EDT**      Appt Type: **GRP**
Treatment Facility: **WALTER REED**      Clinic: **INTEGRATIVE HLTH & WELL BE**  Provider: **JARRETT,ERICA M.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by JARRETT,ERICA M @ 23 Sep 2015 1551 EDT

                                              **Allergies**
                                              •OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
Sleep Pathways II
**Appointment Comments:**
coa

**Questionnaire AutoCites** Refreshed by JARRETT,ERICA M @ 23 Sep 2015 1551 EDT
**Questionnaires**

**S/O Note** Written by JARRETT,ERICA M. @ 23 Sep 2015 1551 EDT
**Chief complaint**
The Chief Complaint is: Sleep pathways.
**History of present illness**
     The Patient is a 30 year old male.
This is the patient's second visit to the IBHC clinic.


<<Note accomplished in TSWF-IBHC Group/Class tab>>
Pt attended the second of two Sleep Pathway Shared Medical Appointments.
The following topics were covered: sleep restriction, connections between anxiety/worry and insomnia; beliefs and attitudes that
contribute to insomnia; worry management strategies; relaxation/imagery strategies; and relapse prevention.
Reviewed pt's sleep diary. Pt advised . Pt expressed understanding of these recommendations.


Sleep enhancement class, Getting a Good Night's Sleep, offered as part of Women's Health Week.
Discussed: Basics of sleep and treatment for insomnia: stimulus control, sleep hygiene, relaxation strategies, sleep restriction,
beliefs and attitudes that contribute to insomnia, and worry management strategies. Provided handouts on the covered topics.
Practiced diaphragmatic breathing and provided a brief demonstration of progressive muscle relaxation. Provided information about
the CBTi Coach application for smart phones which has a sleep diary and sleep enhancement tools. Reviewed audio downloads for
relaxation on the WRNMMC Medical Home, IHWS, Mind-Body Skills Program website.
Recommendations: 1) Limit nap times to less than 30 minutes X 1 and do not nap in the evening; 2) maintain consistent wake ups
and bed times during the week/weekends. 3) Keep restricting caffeine use to before noon.


....
Group/Class Intervention

 See above.


....
**Counseling/Education**
Group/Class recommendations for patient:
 1) Limit nap times to less than 30 minutes X 1 and do not nap in the evening; 2) maintain consistent wake ups and bed times during
the week/weekends. 3) Keep restricting caffeine use to before noon.


Group/Class recommendations for PCM Team:

| Merwin, Daniel Dennis | DOB: ██ 1985 SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 550**
AR 2537

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

[X] Reinforce recommendations for patient.
[ ] Consider medication for patient.
[ ] Other:
....

**A/P** Last updated by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT
**1. Sleep disturbances**
    Procedure(s):    -Health And Behav Intervention, Each 15 Min Grp (2 Or More) x 4

**Disposition** Last updated by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT
**Released w/o Limitations**

**Signed By  JARRETT, ERICA M** (Clinical Health Psychologist, NNMC Bethesda, MD) @ 23 Sep 2015 1553

CHANGE HISTORY
*The following Disposition Note Was Overwritten by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT:*
The Disposition section was last updated by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT - see above.Previous Version of Disposition section was entered/updated by
NEKVASIL,ERIN K @ 23 Sep 2015 1332 EDT.
Released w/o Limitations
*The following A/P Note Was Overwritten by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT:*
The A/P section was last updated by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT - see above.Previous Version of A/P section was entered/updated by NEKVASIL,ERIN K
@ 23 Sep 2015 1331 EDT.
1. Sleep disturbances

--> Unassociated Orders, Procedures and Injuries/Accidents <--
Health And Behav Intervention, Each 15 Min Grp (2 Or More) x 1
*The following S/O Note Was Overwritten by JARRETT,ERICA M @ 23 Sep 2015 1552 EDT:*
*S/O Note* Written by NEKVASIL,ERIN K @ 23 Sep 2015 1327 EDT
History of present illness
    The Patient is a 30 year old male.

    <<Note accomplished in TSWF-IBHC Group/Class tab>>
Pt attended the second of two Sleep Pathway Shared Medical Appointments.
The following topics were covered: sleep restriction, connections between anxiety/worry and insomnia; beliefs and attitudes that contribute to insomnia; worry management
strategies; relaxation/imagery strategies; and relapse prevention.
Reviewed pt's sleep diary. Pt advised . Pt expressed understanding of these recommendations.

Sleep enhancement class, Getting a Good Night's Sleep, offered as part of Women's Health Week.
Discussed: Basics of sleep and treatment for insomnia: stimulus control, sleep hygiene, relaxation strategies, sleep restriction, beliefs and attitudes that contribute to insomnia,
and worry management strategies. Provided handouts on the covered topics.
Practiced diaphragmatic breathing and provided a brief demonstration of progressive muscle relaxation. Provided information about the CBTi Coach application for smart
phones which has a sleep diary and sleep enhancement tools. Reviewed audio downloads for relaxation on the WRNMMC Medical Home, IHWS, Mind-Body Skills Program
website.
Recommendations: 1) Limit nap times to less than 30 minutes X 1 and do not nap in the evening; 2) maintain consistent wake ups and bed times during the week/weekends. 3)
Keep restricting caffeine use to before noon.

....
Group/Class Intervention

 See above.

....
**Counseling/Education**
Group/Class recommendations for patient:
 1) Limit nap times to less than 30 minutes X 1 and do not nap in the evening; 2) maintain consistent wake ups and bed times during the week/weekends. 3) Keep restricting
caffeine use to before noon.

Group/Class recommendations for PCM Team:

[X] Reinforce recommendations for patient.
[ ] Consider medication for patient.
[ ] Other:
....

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 551**
AR 2538

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*18 Sep 2015 at WRNMMC, Behavioral Health Qu by MANTANONALEE, CHRISTY LIA*

Encounter ID:    BETH-22077716    Primary Dx:    Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**        Date: **18 Sep 2015 1300 EDT**        Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**      Clinic: **BEHAVIORAL HEALTH QU**      Provider: **MANTANONALEE,CHRISTY LIA**

Patient Status: **Outpatient**

**Reason for Appointment:**
SARP/LABS
**Appointment Comments:**
TSB

**Lab Result** Cited by MANTANONALEE,CHRISTY LIA @ 18 Sep 2015 1320 EDT

| **Drug Abuse Screen** | **Site/Specimen** | **15 Sep 2015 1400** |
|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> |
| Barbiturates | URINE | NEGATIVE <i> |
| Benzodiazepines | URINE | NEGATIVE <i> |
| Cocaine | URINE | NEGATIVE <i> |
| Opiates | URINE | NEGATIVE <i> |
| Phencyclidine, UA | URINE | NEGATIVE <i> |
| Cannabinoids | URINE | NEGATIVE <i> |
| Methadone | URINE | NEGATIVE <i> |
| Oxycodone | URINE | NEGATIVE <i> |

**A/P** Written by MANTANONALEE,CHRISTY LIA @ 18 Sep 2015 1321 EDT
**1. Laboratory Studies**: Labs were reviewed by undersigned provider per SARP protocol. Drug Abuse Screen was negative for all substances tested.

        Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
**2. PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I**(*OTHER UNKNOWN AND UNSPECIFIED CAUSES OF MORBIDITY AND MORTALITY, NOT PGW SYNDROME*)

**Disposition** Written by MANTANONALEE,CHRISTY LIA @ 18 Sep 2015 1322 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: FOLLOW UP WITH SARP AS SCHEDULED

**Signed By  MANTANONALEE, CHRISTY LIA** (Physician) @ 18 Sep 2015 1322

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ░░░░ 1985 | SSN: ***-**-░░░░ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *15 Sep 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

| Encounter ID: | BETH-22034781 | Primary Dx: | ALCOHOL DEPENDENCE (ALCOHOLISM) |

Patient: **MERWIN, DANIEL DENNIS**  Date: **15 Sep 2015 1205 EDT**  Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**  Clinic: **SUBST ABUSE NY**  Provider: **BROWN,CYNTHIA E**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 15 Sep 2015 1221 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| VALACYCLOVIR HCL, 500 MG, TABLET, ORAL | Active | TAKE 1 TABLET TWICE EVERY DAY FOR 10 DAYS #0 RF0 | NR | 08 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 0 of 2 | 08 Sep 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Aug 2015 |
| Imiquimod 5%, Cream, Topical | Ordered | APPLY TO WARTS AT BEDTIME THREE TIMES A WEEK #0 RF1 | 1 of 1 | 11 Aug 2015 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 15 Sep 2015 1205 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 15 Sep 2015 1206 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 15 Sep 2015 1205
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 15 Sep 2015 1206 EDT
 Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

| Merwin, Daniel Dennis | DOB: ░░░░ 1985 | SSN: ***-**-░░░░ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 553**
AR 2540

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Comments:** Language:English
Contact #: 850-969-7239
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 15 Sep 2015 1207 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last updated by BROWN,CYNTHIA E @ 15 Sep 2015 1222 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
    Procedure(s):         -ALCOHOL & DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended
                group from 1230-1400.
                -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                review and update the overall SARP Clinical Record. In addition, reviewed additional services to help
                assist the patient and to monitor treatment progress and overall service delivered.
    Laboratory(ies):     -ETG/ETS, UA (500 CUT-OFF) (Routine) Ordered By: BROWN,CYNTHIA E Ordering Provider: AILOR,
                LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: BROWN,CYNTHIA E Ordering Provider:
                AILOR, LYNNE P

**Disposition** Written by BROWN,CYNTHIA E @ 16 Sep 2015 0711 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: CC GROUP URINE TEST
Daniel arrived on time to group. Daniel is at session # 12 of the 26 scheduled sessions for the Continuing Care treatment program
attending from 1230 to 1400, total of 1 1/2 hours. The group welcomed a new group member using the introduction exercise. The
group discussed "drunk dreams" and control issues. They also discussed how hard it is to be vulnerable.
Daniel shared that he has been really sick with a cold. He did admit that he drank cough medicine with alcohol in it. This was
revealed after he was told that he has a urine test today. He stated during group he took it Sunday but admitted that he took it
yesterday. He shared how he is struggling with control issues. The girl that he is seeing now made him dinner and he was not
appreciative but was more critical. The group encouraged him to respect what others do for him. As he spoke group members
were seen as checking out by looking around the group and not at him. He monopolized only a few minutes of the group and cut off
to allow the group to give feedback. Daniel appeared engaged and interested in the treatment process. Daniel appeared engaged
and was appropriate and overly active throughout the session. Daniel moved Problem #1, Objective #7 from his ITP to 20 October
2015. Daniel will continue with Continuing Care treatment and has Problem #1, Objective #7 due 20 October 2015. See Daniel
"Continuing Care Progress Report" for more information on this encounter. Daniel is schedule to return 20 October 2015 at 1230 for
group. DANIEL WILL NOT BE IN GROUP FOR THE NEXT 4 WEEKS DUE TO LEAVE AND TRAINING.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 16 Sep 2015 0711

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by BROWN,CYNTHIA E @ 15 Sep 2015 1222 EDT:*
The A/P section was last updated by BROWN,CYNTHIA E @ 15 Sep 2015 1222 EDT - see above.Previous Version of A/P section was entered/updated by PATSOS,ASHLEY
N @ 15 Sep 2015 1208 EDT.
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
    Procedure(s):         -ALCOHOL & DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended group from 1230-1400.
                -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall
                SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall
                service delivered.

| Merwin, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 554**
AR 2541

**Medical Record**

*09 Sep 2015 at WRNMMC, Integrative Hlth & Well BE by CORSO, MEGHAN L*

Encounter ID:    BETH-22059314    Primary Dx:    Lack of adequate sleep

Patient: **MERWIN, DANIEL DENNIS**          Date: **09 Sep 2015 1000 EDT**        Appt Type: **GRP**
Treatment Facility: **WALTER REED**          Clinic: **INTEGRATIVE HLTH & WELL BE**  Provider: **CORSO,MEGHAN L**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

AutoCites Refreshed by CORSO,MEGHAN L @ 17 Sep 2015 0858 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
sleep pathway I
**Appointment Comments:**
skj

**S/O Note** Written by CORSO,MEGHAN L @ 17 Sep 2015 0858 EDT
**History of present illness**
    The Patient is a 30 year old male.
    He reported: Encounter Background Information: Pt attended the first class of a two part series on sleep. This class opened with a basic discussion on sleep and the physiological effects of sleep deprivation. We also explored sleep disorders including sleep apnea and insomnia as well as treatment for both sleep apnea and insomnia. We covered topics such as: sleep hygiene, stimulus control, fight or flight response and relaxation techniques (deep breathing and PMR). Pt participated in a deep breathing exercise. Instructor also introduced the CBTi app and demonstrated how to use this app for relaxation exercises. Pt instructed to complete sleep diary (instructor walked through in detail) and the online questionnaire.

**A/P** Written by CORSO,MEGHAN L @ 17 Sep 2015 0859 EDT
**1. Lack of adequate sleep:** Pt goals:
1) complete sleep questionnaire online
2) complete sleep diary using CBTi app or paper version
3) identify 3 areas of sleep habits and set SMART goal
4) attend class #2 in two weeks

        Procedure(s):        -Health And Behav Intervention, Each 15 Min Grp (2 Or More) x 3

**Disposition** Written by CORSO,MEGHAN L @ 17 Sep 2015 0859 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.

**Signed By  CORSO, MEGHAN L** (Licensed Clinical Psychologist, NNMC Bethesda) @ 17 Sep 2015 0900

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▓ 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *08 Sep 2015 at WRNMMC, Int Med Cons/Spec Care Cl Be by FIACCO, NICHOLAS RYAN*

Encounter ID:      BETH-21951516      Primary Dx:      Penile lesion

Patient: **MERWIN, DANIEL DENNIS**          Date: **08 Sep 2015 0724 EDT**          Appt Type: **24HR**
Treatment Facility: **WALTER REED**          Clinic: **INT MED CONS/SPEC CARE CL**          Provider: **FIACCO,NICHOLAS RYAN**
**NATIONAL MILITARY MEDICAL CNTR**          **BE**
Patient Status: **Outpatient**

**Reason for Appointment:** Written by HERNANDEZ,DARROCQUES D @ 08 Sep 2015 0724 EDT
fever, swollen knee

**Vitals**
**Vitals** Written by HERNANDEZ,DARROCQUES D @ 08 Sep 2015 0728 EDT
 BP: 132/90,    HR: 94,    RR: 16,    T: 97.8 °F,    HT: 69 in,    WT: 158 lbs,    BMI: 23.33,    BSA: 1.869 square meters,
Tobacco Use: No,    Alcohol Use: Yes,
 Pain Scale: 4/10 Moderate,    Pain Scale Comments: throat

**S/O Note** Written by FIACCO,NICHOLAS RYAN @ 09 Sep 2015 1615 EDT
**History of present illness**
      The Patient is a 30 year old male.
Patient is a 30 yo male with no significant PMH who presents to sick call for concern over STI. He reports having had 140 sexual
partners in his lifetime - 6 since March of this year. He has been monogomous for the past month. He reports sex only with females.
He developed a pustular rash and what he describes as ulcerations on his penis and left groin since Saturday. Reports subjective
fever. The pustules on groin are tender and the lesions on penis are non tender. No urethral discharge or dysuria.
<<Note accomplished in TSWF-CORE>>


.
      Fever.
**Current medication**
Including OTC meds, vitamins, herbals, etc.
none.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history
      none.
**Personal history**
Social history reviewed No alcohol - prior inpatient alcohol rehab. Denies tobacco.
**Review of systems**
**Systemic:** Not feeling tired (fatigue).  No chills, no night sweats, and no recent weight loss.
**Otolaryngeal:** No earache and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Gastrointestinal:** No dysphagia and no heartburn.  No nausea and no bright red blood per rectum.
**Genitourinary:** No urinary loss of control and no testicular symptoms were present.  No abnormal urethral discharge.
**Endocrine:** No inadequacy of penile erection.
**Physical findings**
**Vital Signs:**
      • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
      ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
      Injuries: ° No evidence of a head injury.
      Appearance: ° Head normocephalic.
**Neck:**
      Appearance: ° Of the neck was normal.
      Palpation: ° No tenderness of the neck.
      Thyroid: ° Showed no abnormalities.
**Oral Cavity:**
      Lips: ° Showed no abnormalities.
      Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
      Oropharynx: ° Normal.  ° Tonsils showed no abnormalities.
**Lymph Nodes:**
      ° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes
            were not enlarged.

---

| Merwin, Daniel Dennis | DOB: ▓ 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 556**
AR 2543

**Medical Record**

Merwin, Daniel Dennis          DOB:        1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

**Lungs:**
   ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
   ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Cardiovascular:**
   Heart Rate And Rhythm: ° Normal.
   Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
   Murmurs: ° No murmurs were heard.
**Urinary System:**
   • Urinary system: normal male genitalia, circumsized penis. two very superficial ulcerations/abrasions on underside of shaft. 3-6 erythematous macules that appear similar to ruptured vesicles, no intact vesicles.
**Musculoskeletal System:**
   Functional Exam:
      General/bilateral: ° Mobility was not limited.
**Neurological:**
   ° Oriented to time, place, and person.
**Psychiatric:**
   Mood: ° Euthymic.
   Affect: ° Normal.
**Skin:**
   • Lesions.  • A macule was seen.


**Note** Written by SALUJA,SHUCHI M @ 15 Sep 2015 0732 EDT
Discussed pt with Dr Fiacco, agree with a&p as documented. all labs and herpes culture negative at time of signing encounter
**A/P** Last Updated by FIACCO,NICHOLAS @ 09 Sep 2015 1628 EDT
**1. Penile lesion**: Concern is for STI and differential is broad. HIV, syphillis are possible. Given reprot of pustular lesions HSV is of concern. He may also just have irritated hair follicles. Counseled patient regarding safe sexual practices to include discretion regarding number of new partners. Will evaluate with HSV culture, HIV rapid, RPR, GC/Chlamydia, HSV IgG/IgM. Will treat emperically for HSV with valtrex twice daily x 10 days.
      Medication(s):          -valACYclovir--PO 500MG TAB - TAKE 1 TABLET TWICE EVERY DAY FOR 10 DAYS #20 RF0
                              Ordered By: FIACCO,NICHOLAS Ordering Provider: FIACCO, NICHOLAS RYAN
      Laboratory(ies):        -VIRAL IDENTIFICATION  6 (Routine) Ordered By: FIACCO,NICHOLAS Ordering Provider: FIACCO,
                              NICHOLAS RYAN; GC/CHLAMYDIA NAAT (Routine) Ordered By: FIACCO,NICHOLAS Ordering
                              Provider: FIACCO, NICHOLAS RYAN; HSV 1 AND 2 IGM ABS, INDIRECT (Routine) Ordered By:
                              FIACCO,NICHOLAS Ordering Provider: FIACCO, NICHOLAS RYAN; HSV 1 AND 2 SPECIFIC AB IGG
                              (Routine) Ordered By: FIACCO,NICHOLAS Ordering Provider: FIACCO, NICHOLAS RYAN; HIV RAPID
                              (Routine) Ordered By: FIACCO,NICHOLAS Ordering Provider: FIACCO, NICHOLAS RYAN; RAPID
                              PLASMA REAGIN (Routine) Ordered By: FIACCO,NICHOLAS Ordering Provider: FIACCO, NICHOLAS
                              RYAN


**Disposition** Last Updated by FIACCO,NICHOLAS @ 09 Sep 2015 1629 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Signed By  FIACCO, NICHOLAS RYAN** (Physician) @ 09 Sep 2015 1629
**Co-Signed By  SALUJA, SHUCHI M** (Physician, General Internal Medicine,WRAMC) @ 15 Sep 2015 0733

CHANGE HISTORY
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by SALUJA,SHUCHI M @ 15 Sep 2015 0732 EDT:*

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### 27 Aug 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA

| Encounter ID: | BETH-21860535 | Primary Dx: | GENERALIZED ANXIETY DISORDER |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **27 Aug 2015 1400 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **FTR**
Provider: **ZEMBRZUSKA,HANNA DOMINIKA**

**AutoCites** Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 27 Aug 2015 1355 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**
No Labs Found.
**Rads**
No Rads Found.

**Reason for Appointment:**
Follow-up
**Appointment Comments:**
Jnb

**Vitals** Written by NEFF,JOANNE S @ 27 Aug 2015 1346 EDT
 BP: 137/79,    HR: 80,    RR: 12,    T: 99.3 °F,    Pain Scale: 0 Pain Free

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 31 Aug 2015 1547 EDT
**History of present illness**
     The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

 30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Fort Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder presents for f/u appt after Zoloft was increased to 100mg daily. Pt has been taking Zoloft 100mg daily without side effects. He did run out of the Zoloft a few weeks ago and was without the medication for 26 hours which caused him to feel dizzy and have flu-like symptoms. These symptoms resolved once he resumed Zoloft. Pt reports that his depressive and anxiety symptoms have been stable. He has been struggling with hypersomnia rather than insomnia recently. He wants to nap throughout the day despite sleeping 6-7 hours per night. His PCM referred him to sleep clinic. He is in a romantic relationship that is going well. He was separated from his shop at work which has worked out well. He has re-enlisted for 6 more years with a nice financial bonus that he will use to pay off his debts.


.
     Medication list reviewed with patient, reconciliation completed, and list given to patient.
     Visit is not deployment-related.
 Pain Severity   0 / 10.
**Allergies**
Current Allergies Reviewed. NKDA.
**Current medication**

 Zoloft 100mg daily
Melatonin for insomia.
**Past medical/surgical history**
**Reported:**
     Recent Events: Medication compliance.
     Medical: Reported medical history Penile warts (HPV)
     Neurotic excoriation (scalp picking when anxious)
     Asthma during childhood
     Allergic response to pets
     Recurrent intestinal pain (possibly lactose intolerance)
     PRK (2011)
      and psychiatric history

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███  1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

* THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014. She documented Anxiety Disorder, NOS.  The SM indicated that he discontinued his participation in treatment due to the limited impact of these visits.
* MEDS: Denies other medication trials
* INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft. Belvoir.
* SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior.

Family history:
F: Alcohol use disorder
M: depression
Sister#1: depression, hx of suicide attempts
Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children
Maternal grandmother: bipolar

**Personal history**
Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6 y/o).  He and his two sisters were raised by their father, whose employment challenges qualified them for welfare.  There was also a tumultuous home environment.  Father was not involved with his children and was emotionally/physically abusive. Pt felt that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself.  He left his family abruptly, upon graduation from high school, in 2003.  Moved out of state and enrolled in college. He found himself ul experience from the past or avoid having feelings related to it?
[ 1 ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ 0 ] Trouble remembering important parts of a stressful experience from the past?
[ 0 ] Loss of interest in things that you used to enjoy?
[ 0 ] Feeling distant or cut off from other people?
[ 2 ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ 0 ] Feeling as if your future will somehow be cut short?
[ 0 ] Trouble falling or staying asleep?
[ 1 ] Feeling irritable or having angry outbursts?
[ 1 ] Having difficulty concentrating?
[ 1 ] Being 'super alert' or watchful on guard?
[ 0 ] Feeling jumpy or easily startled?

Add point values from each response.  TotaD.
Behavioral: Caffeine use 4 cups of coffee per day. Stops drinking caffeine after 2pm and never a smoker  / Never Used Tobacco Products.
Alcohol: Not using alcohol Not currently. Did consume alcohol on 27 May 2015.
**Subjective**

NO Learning Disablility, Language or Learning Barriers.
**Review of systems**


No current substance use symptoms
No current cognitive symptoms
No current psychotic symptoms

.
**Physical findings**
**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° No disorientation was observed, oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
    Speech: ° Normal, regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
    Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
    Mood: ° Euthymic Able to smile appropriately.  ° Not depressed.  ° Not anxious.
    Affect: ° Normal anxious.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
    Thought Processes: ° Not impaired, they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
    Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
    Gender (risk factor if male): Y
    H/O Suicide Attempts:Y
    Organized Plan:N
    Chronic Psychiatric Disorder:Y
    Recent Psychiatric Hospitalization: RECENT REHAB
    H/O Abuse or Trauma:Y
    Chronic Physical Illness:N
    Family H/O Suicide/Attempts:Y
    Other Recent Loss:N
    Chronic Pain:N
    Age (risk factor if <25 or >60):N

Modifiable:
    Suicidal ideation/plans/intent:N
    Access to Lethal Means:N
    Poor Treatment Compliance:N
    Hopelessness:?
    Psychic Pain/Anxiety:Y
    Acute Event:N
    Insomnia:N
    Low Self-Worth:Y
    Impulsivity:N
    Substance Abuse:Y
    Financial Stress:Y, PAYING OFF DEBT
    Legal Stress:N

Protective:
    Strong Therapeutic Alliance:Y
    Positive Coping Skills:Y
    Responsible to/for Family:Y
    Responsible to/for Pet:N
    Frustration Tolerance:Y
    Resilience:Y
    Good Reality Testing:Y
    Amenable to Treatment:Y
    Social Support:Y

Risk of Harm to Others: DENIES

Action Taken Based on Risk Assessment:
[ X  ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:

**Therapy**
    • Duration of the encounter 30 min.
**Practice Management**
    Continue assessment and intervention
    Multi-Disciplinary Treatment Plan:

    Treatment Team Members -

    Individual Therapist: SARP
    Medication Prescriber: ZEMBRZUSKA
    Group Therapist:TBD

    Additional Provider and treatment: SARP at Washington Navy Yard

    Date last updated: 8/27/2015
    Reviewed with patient on: same
    Does patient agree with plan? Yes
    If not, what part?
    Projected date of next treatment plan update: f/u in 4-5 weeks

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮    DoD ID: 1286180538    Created: 16 Aug 2017

Discussion of risk of assessment and intervention
Interventions Provided at this session:
 Vital signs reviewed. No indication for lab and radiology studies at this time.
Objective 1 (Corresponds to Goal #  ): Anxiety, worry, irritability
-
Interventions:
1.Continue Zoloft 100mg daily.   Discussed r/b/se. Obtained informed consent for medication.
2. Continue SARP.
3. Referred pt for individual CBT today.
4. R/o OCD.

Objective 2 (Corresponds to Goal #  ):  Depressed/apathetic mood
-
Interventions:
1. Continue Zoloft 100mg daily. Discussed r/b/se. Obtained informed consent for medicaton.

Objective 3 (Corresponds to Goal #  ): Insomnia
-
Interventions:
1. Continue Melatonin QHS prn insomnia
2. Pt to continue using CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and decrease ruminative thoughts


Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.


**A/P** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 31 Aug 2015 1558 EDT
**1. GENERALIZED ANXIETY DISORDER** 300.02
        Procedure(s):         -(90833) Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
**2. ALCOHOL DEPENDENCE (ALCOHOLISM)** 303.90
**3. Patient Education - Medication** V65.49 1*(MEDICATION EDUCATION)*

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 31 Aug 2015 1601 EDT
**Released w/o Limitations**
**Follow up:** 4 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Signed By  ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 31 Aug 2015 1602

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *25 Aug 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

Encounter ID:     BETH-21829481     Primary Dx:     ALCOHOL DEPENDENCE (ALCOHOLISM)

Patient: **MERWIN, DANIEL DENNIS**       Date: **25 Aug 2015 1218 EDT**       Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**       Provider: **HILL,LARRY D**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by HILL,LARRY D @ 26 Aug 2015 1443 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Aug 2015 |
| Imiquimod 5%, Cream, Topical | Ordered | APPLY TO WARTS AT BEDTIME THREE TIMES A WEEK #0 RF1 | 1 of 1 | 11 Aug 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 1 of 2 | 11 Aug 2015 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 25 Aug 2015 1218 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 25 Aug 2015 1228 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 25 Aug 2015 1218
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 25 Aug 2015 1229 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ██████

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 562**
AR 2549

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 25 Aug 2015 1230 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 25 Aug 2015 1232 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
    Procedure(s):    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended
        group from 1230-1400.
        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
        review and update the overall SARP Clinical Record. In addition, reviewed additional services to help
        assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by HILL,LARRY D @ 26 Aug 2015 1444 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: "SEE ADD NOTE SECTION FOR FURTHER
INFORMATION CONCERNING THIS ENCOUNTER."

**Note** Written by HILL,LARRY D @ 26 Aug 2015 1446 EDT
**Daniel CC note**
Daniel arrived on time. Daniel is at session # 11 of the 26 scheduled sessions for the Continuing Care treatment
program attending from 1230 to 1400, total of 1 1/2 hours. The group was allowed to process and lead the
discussion. There was tension in the group and the discussion turned to planning a group social event. Several
options were discussed with no definite plan was decided upon. It came to a discussion of what the group was about
and how group members supported each other. The group appeared to be storming and by the end of group they
began to be more cohesive and a working group. Group went over by 4 minutes because the discussion became
about their recovery and how the group can help.
Daniel sounded disappointed as he said "I just do not share in group anymore because I believe no one cares about
me and what is going on." Another group member spoke up in the group process saying "this is my therapy and I'm
here to use it to help me with my issues because I don't have anything else." Daniel was observed validating her
saying "thank you for having the balls to say what I could not." The tension in the room was high as Daniel and
another group member had a disagreement with each other. Another group member told Daniel "it sounds like you
are always talking out your ass." Daniel sounded defensive in his tone and then brought up an old issue that was
processed and gone to take a jab back at this other group member." At this point the group almost completely shut
down and the counselors took over to help group member's process what was happening in group. Daniel reported
the strength of another group member saying what she felt helped him learn how to deal with and handle situations in
group where he is uncomfortable.
Daniel appeared engaged and interested in the treatment process. Daniel appeared annoyed, engaged and was
appropriate and active throughout the session. Daniel had no current problems or objectives due from his ITP.
Daniel will continue with Continuing Care treatment and has an outdated treatment plan and will schedule an
individual session on 1 Sep 15 for review and update. See Daniel "Continuing Care Progress Report" for more
information on this encounter. Daniel is schedule to return 1 September 2015 at 1230 for group. No evidence of SI/HI
during this encounter Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  HILL, LARRY D** (Physician) @ 26 Aug 2015 1446
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 27 Aug 2015 1247

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *25 Aug 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:    BETH-21829244    Primary Dx:

Patient: **MERWIN, DANIEL DENNIS**       Date: **25 Aug 2015 1202 EDT**        Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**   Clinic: **SUBST ABUSE NY**          Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 25 Aug 2015 1202 EDT
OP GROUP


**Appointment Cancelled by Facility**
 Encounter Cancelled by PATSOS,ASHLEY N @ 25 Aug 2015 1218 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *18 Aug 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

Encounter ID:    BETH-21756984    Primary Dx:    ALCOHOL DEPENDENCE
(ALCOHOLISM)

Patient: **MERWIN, DANIEL DENNIS**    Date: **18 Aug 2015 1224 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **HILL,LARRY D**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by HILL,LARRY D @ 19 Aug 2015 1303 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
•MAJOR DEPRESSION RECURRENT
  MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
  ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
  DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Aug 2015 |
| Imiquimod 5%, Cream, Topical | Ordered | APPLY TO WARTS AT BEDTIME THREE TIMES A WEEK #0 RF1 | 1 of 1 | 11 Aug 2015 |
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 0 of 2 | 11 Aug 2015 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 18 Aug 2015 1224 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 18 Aug 2015 1247 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 18 Aug 2015 1224
-------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 18 Aug 2015 1247 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken at SARP treatment.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 18 Aug 2015 1248 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 18 Aug 2015 1248 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
        Procedure(s):         -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended
                     group from 1230-1400.
                     -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                     review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                     assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by HILL,LARRY D @ 19 Aug 2015 1351 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session # 10 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  The group welcomed a new group member using the introduction exercise.  Group rules were read and explained for clarification.  The entire group denied drinking or using drugs.  Group discussed places and events that remind them to drink and the coping skills they are using now.  Group processed the exercise "Create a Friend" and shared how they compared to it in being friends with others.  Daniel opened group up with what he called a "new addiction" in his life McDonald's hamburgers.  He said "I do not know why I like them they are just good." This counselor helped him understand with a short brief of the brain reward pathway and addiction, helping his understanding. Daniel was observed relating to another group me sharing about relaxing on her patio with a cigar and drink and how hard it is to change places and things related to drinking. Daniel said "I still cannot go out on my patio due to the drinking relationship I had out there. Daniel sounded excited as he reported he no longer uses his old on-line dating sights. At some point in the group Daniel was in the role of a junior counselor and asking opened questions to other group member. Daniel appeared engaged and interested in the treatment process.  Daniel appeared engaged and was appropriate and active throughout the session.  Daniel has no current problems or objectives due from his ITP.  Daniel will continue with Continuing Care treatment and has Problem # 4, Objective # 2 due 25 Aug 2015.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is schedule to return 08 September 15 for group. No evidence of SI/HI during this encounter. Secondary Record maintained at SARP Washington Navy Yard 2024337577

**Signed By  HILL, LARRY D** (Physician) @ 19 Aug 2015 1353
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 19 Aug 2015 1441

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *11 Aug 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:    BETH-21685479    Primary Dx:    ALCOHOL DEPENDENCE (ALCOHOLISM)

Patient: **MERWIN, DANIEL DENNIS**    Date: **11 Aug 2015 1232 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 12 Aug 2015 1327 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**
Loading...

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 11 Aug 2015 1232 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 11 Aug 2015 1233 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 11 Aug 2015 1232
-------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 11 Aug 2015 1233 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ████████
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 11 Aug 2015 1233 EDT
**History of present illness**
      The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**A/P** Last Updated by PATSOS,ASHLEY N @ 12 Aug 2015 1331 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
    Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended
                       group from 1230-1400.
                 -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                 review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                 assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Written by BROWN,CYNTHIA E @ 12 Aug 2015 1341 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for group. Daniel
is at session # 9 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2
hours.  No group member admitted to using alcohol or drugs since last seen at SARP. The group began with each member
identifying their current feeling in one word. Several group members shared of current struggles including; work, stress, PCS and
family issues. The group closed with one group member using the closing exercise.
Daniel was very subdued in the group today.  He did not appear to have a need to counsel any other group member which is his
normal mode of operando.  He only really shared with the group that he has a girlfriend now.  They have been together for about 10
days and she makes him really happy.  He heard in the closing that he should slow down with the dating scene.  The closing
member shared that he did not have relationship happiness until his second marriage.  Daniel appeared engaged and interested in
the treatment process.  Daniel appeared engaged and was appropriate and active throughout the session.  Daniel has Problem #1,
Objective #8 overdue from his ITP.  This will addressed upon his return 17 July 2015.  Daniel will continue with Continuing Care
treatment and has Problem # 4 Objective #2 due 24 August 2015.  See Daniel "Continuing Care Progress Report" for more
information on this encounter.  Daniel is schedule to return 18 August at 1230 for group.
No evidence of SI/HI during this encounter.
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 12 Aug 2015 1341

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *11 Aug 2015 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:     BETH-21682013     Primary Dx:     PENILE WARTS

Patient: **MERWIN, DANIEL DENNIS**          Date: **11 Aug 2015 1015 EDT**          Appt Type: **EST**
Treatment Facility: **WALTER REED**          Clinic: **INT MED MEDICAL HOME CL C**          Provider: **AUSTIN,MARIE**
**NATIONAL MILITARY MEDICAL CNTR**          **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
STD Screening/Possible Genetal Warts
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by NEWMAN,BRENDA W @ 11 Aug 2015 1023 EDT
  BP: 122/82 Left Arm,  Adult Cuff,   HR: 73,   RR: 16,   T: 98.2 °F,   HT: 69 in,   WT: 163.8 lbs Upright Scale,  Actual,  With Shoes,
  SpO$_2$: 97%,   BMI: 24.19,   BSA: 1.898 square meters,   Pain Scale: 3/10 Mild,   Pain Scale Comments: Headache

**Questionnaire AutoCites** Refreshed by NEWMAN,BRENDA W @ 11 Aug 2015 1026 EDT
**Questionnaires**

Anxiety & Depression Screening Taken On: 11 Aug 2015
The Selected Provider is AUSTIN, MARIE R in the Int Med Medical Home Cl C Be clinic.
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Several days
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Several days
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Several days
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Several days
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Not at all

**S/O Note** Written by AUSTIN,MARIE @ 11 Aug 2015 1103 EDT
**History of present illness**
        The Patient is a 30 year old male.

<<Note accomplished in TSWF-CORE>>

PO1 Merwin is a 30 y/o CM who presents to clinic for 2 concerns

1. STD check- penile warts with exposure to HPV in previous partner

 2  PT wakes up 2-3 times a night to go to the BR. Sleep apnea his Epworths score is 18/21 .
Autocited allergies verified.
        Visit is not deployment-related.
admission diagnosis of HPI [use for free text].
 Pain Severity   0 / 10.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated
NKDA
.
**Current medication**
NO OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day
.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history
        GAD
        Alcohol dependence in remission
        .
        Surgical / Procedural: Surgical / procedural history
        PRK

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:  ████  1985  SSN: ***-**-████     DoD ID: 1286180538          Created: 16 Aug 2017

Tosillectomy

AHLTA Problem List Updated.  Date: today.
**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
History
ANNUAL QUESTIONS
Preferred language (written or spoken): [ x ] English    [ ] Other:
What is your preferred method of learning?    [ ] Verbal  [ ] Written  [ x ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No   Specify:
Advance directives completed?    [ ] Yes  [ x ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?    [ ] Yes  [ x ] No
Are you registered for Relay Health/Secure Messaging?    [x ] Yes  [ ] No
Contact preference: ████████████
PCM:
..............
Annual Questions Date: 11Aug2015.
**Family history**
Family medical history
DM father, PGM
MI father
hypertension father
melanoma father
.

**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria and no testicular symptoms were present.
**Endocrine:** No inadequacy of penile erection.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Anxiety.  Not thinking about suicide.  No homicidal thoughts.
**Skin:** Skin lesion: penile wart s.
**Physical findings**
**Vital Signs:**
        • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
        ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Genitalia:**
        Penis: • Abnormal 4 warts on the shaft of the penis, aprox 0.01 cm- 0.02 cm, skin colored, on the lower third of the shaft . Pt is shaving the shaft advised against that .
        Scrotum: ° Normal.
        Testes: ° Normal.
**Neurological:**
        ° Oriented to time, place, and person.
        Sensation: ° No sensory exam abnormalities were noted.
        Balance: ° Normal.
        Gait And Stance: ° Normal.
        Reflexes: ° Deep tendon reflexes were normal.
**Psychiatric:**
        Mood: ° Euthymic.
        Affect: ° Normal.
**Test conclusions**
Medication list was upated at the beginning of the visit.
The provider compared the medication list against any orders, and resolved any discrepancies (if required).
A written list of medications was given to the patient.
**Practice Management**
        Preventive medicine services Pt is active duty and is up to date with all immunizations/vaccinations and PHA Screen.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**A/P** Written by AUSTIN,MARIE @ 18 Aug 2015 1714 EDT
**1. PENILE WARTS** 078.11
    Medication(s):    -IMIQUIMOD--TOP 5% PACK - APPLY TO WARTS AT BEDTIME, THREE TIMES A WEEK #1 RF1
    Patient Instruction(s):    -Instructions: Use A Condom During Sexual Intercourse
        -Guidance: Concerns About Unsafe Sexual Practices
**2. MAJOR DEPRESSION RECURRENT MODERATE** 296.32
    Medication(s):    -serTRAline--PO 100MG TAB - TAKE ONE TABLET BY MOUTH EVERY DAY #30 RF2
    Patient Instruction(s):    -Community Programs
        -Limitations / Risks General - Complications from Medication
        -Patient Education - Medication
**3. ORGANIC SLEEP APNEA** 327.20: Scored 18/21 on the Epworths sleepiness scale . Give handout to go to the sleep pathways clinic
    Patient Instruction(s):    -Instructions For Patient

**Disposition** Written by AUSTIN,MARIE @ 18 Aug 2015 1715 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: pt to f/u as advised
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: education and counseling on STDs
40 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  AUSTIN, MARIE** (Nurse Practitioner, WRNMMC) @ 18 Aug 2015 1715

CHANGE HISTORY
*The following S/O Note Was Overwritten by AUSTIN,MARIE @ 11 Aug 2015 1047 EDT:*
**S/O Note** Written by NEWMAN,BRENDA W @ 11 Aug 2015 1029 EDT
**History of present illness**
    The Patient is a 30 year old male.

    He reported: Visit is not deployment-related.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Allergies Verified and Updated
NKDA

**Current medication**
Including OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    GAD
    alcohol dependence in remission
    .
    Surgical / Procedural: Surgical / procedural history
    PRK
    Tosillectomy

**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
History
ANNUAL QUESTIONS
Preferred language (written or spoken): [x ] English    [  ] Other:
What is your preferred method of learning? [x ] Verbal  [  ] Written  [ x ] Visual  [  ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?  [  ] Yes  [x ] No  Specify:
Advance directives completed?  [  ] Yes  [ x] No
Is a copy of the Advance directive in the record?  [  ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?  [  ] Yes  [ x] No
Are you enrolled in EFMP?  [  ] Yes  [x ] No
Are you registered for Relay Health/Secure Messaging?    [x ] Yes  [  ] No
Contact preference: ▮▮▮▮▮▮▮▮▮▮▮
PCM: ▮▮▮▮▮▮▮▮▮▮
..............
Annual Questions Date: 11Aug2015.
**Family history**
    Family medical history
    DM father, PGM
    MI father
    hypertension father
    melanoma father
    .
**Practice Management**
    Preventive medicine services
    Lipid Screening -
    Diabetes Screening -
    Aspirin Prophylaxis -
    HIV Screen -
    Colonoscopy -

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

Tetanus (Td/Tdap) - 2013
Influenza Vaccine  - oct 2014
Zoster Vaccine -
Pneumococcal Vaccine -
HPV Vaccine -

Men:
Aortic Aneurysm Screen (if ever a smoker) -
..............

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *28 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:     BETH-21539829     Primary Dx:     ALCOHOL DEPENDENCE WITH
                                                    CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**     Date: **28 Jul 2015 1158 EDT**     Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**     Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 29 Jul 2015 1243 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 1 of 2 | 17 Jul 2015 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 28 Jul 2015 1158 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 28 Jul 2015 1159 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 28 Jul 2015 1158
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 28 Jul 2015 1159 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 28 Jul 2015 1200 EDT
**History of present illness**
      The Patient is a 30 year old male.

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 573**
AR 2560

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 28 Jul 2015 1201 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
      Procedure(s):         -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended
                      group from 1230-1400.
                      -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                      review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                      assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Written by BROWN,CYNTHIA E @ 29 Jul 2015 1243 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: CC GROUP
Daniel arrived on time for group.  Prior to group we discussed his need to have the attention of a female in group.  We discussed
how this was his issue and it needed to not interfere with the group process for him or for her.  He was cautioned about being a
Junior Counselor trying to give advice to group members instead of keeping the focus on his self.  He began to discuss how he was
having a female recently and she wanted to touch him but it turned him off.  He is not in talk therapy and only does medication
management.  He was told he would best deal with these issues with Mental Health and he agreed to speak to his medication
manager.  Daniel is at session # 8 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to
1400, total of 1 1/2 hours.  The entire group denied that they drank alcohol or abused drugs.  The group seemed very future oriented
speaking of what is coming up for them in the next weeks and months. All group members were encouraged to make their individual
treatment planning sessions prior to leaving today.
Daniel did not appear engaged or interested in the treatment process.  He noted as having a side conversation with a group and
making inappropriate comments to him.  He appeared to provide advice to other group members again that had nothing to do with
his own experience.  Daniel rescheduled Problem #4, Objective #2 stating he needed more time from his ITP.  He is late also on
Problem #1 Objective #8 and that will be addressed next week.  See Daniel "Continuing Care Progress Report" for more information
on this encounter.  Daniel is schedule to return 4 August 2015 at 1230 for group
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 29 Jul 2015 1243

| Merwin, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 574**
AR 2561

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *21 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:  BETH-21467538    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **21 Jul 2015 1219 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 22 Jul 2015 0837 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 1 of 2 | 17 Jul 2015 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 21 Jul 2015 1219 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 21 Jul 2015 1222 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 21 Jul 2015 1219
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 21 Jul 2015 1222 EDT
 Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #:████████
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 21 Jul 2015 1223 EDT
**History of present illness**
    The Patient is a 30 year old male.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 21 Jul 2015 1230 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
      Procedure(s):       -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended
                        group from 1230-1400.
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                        review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                        assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Written by BROWN,CYNTHIA E @ 22 Jul 2015 0838 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for group today. Daniel is at session # 7 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  The group welcomed a new group member using the introduction exercise.  The group denied drinking or abusing drugs since their last report to this group.  The group reviewed euphoric recall as a relapse trigger.  We discussed the engagement to 12 step meetings or other supportive activities and found most group members reduced the number of meetings attended since starting this program.  The entire group was encouraged to make individual session to speak with their primary counselor about the requirements of this group and program.
Daniel shared that he had run out of his Zoloft and went several days without it.  He described having withdrawal but stated he is back on it now.  He stated that he feels better and knows that the medication is necessary for him. Daniel stated that his only 1 AA meeting and he keeps himself busy the rest of the time.  He admitted that he is required to attend more AA meetings (3) by his treatment plan.  Daniel appeared engaged and interested in in what the female group member was doing and not the group.  He was noted as playing "jr. counselor" in stating that attending AA meetings helps others.  Daniel appeared upset at the end of the session and stated that he is using his CBT to assist in his behaviors.  Daniel did have Problem 4 Objective 2 due today but failed to forward it.  Daniel will continue with Continuing Care treatment and has Problem #4, Objective #2 to be completed next week.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is schedule to return 28 July 2015 at 1230 for group.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 22 Jul 2015 0838

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *15 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:     BETH-21402674     Primary Dx:     ALCOHOL DEPENDENCE WITH
                                                    CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**     Date: **15 Jul 2015 0711 EDT**     Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**     Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 17 Jul 2015 0728 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Active | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 1 of 2 | 17 Jul 2015 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 15 Jul 2015 0711 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 15 Jul 2015 0718 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 15 Jul 2015 0711
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 15 Jul 2015 0718 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 15 Jul 2015 0719 EDT
**History of present illness**
        The Patient is a 30 year old male.

---

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 577**
AR 2564

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 15 Jul 2015 0721 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 2 - The patient attended
                group from 1230-1400.
                -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Written by BROWN,CYNTHIA E @ 17 Jul 2015 0728 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: CC GROUP
Daniel arrived on time to group.  Daniel is at session #6 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  No one in group admitted to drinking or abusing drugs.  The group welcomed a new group member using the introduction exercise. The group shared the struggles of the last week and any triggers to drink or abuse drugs in the past week.  Group completed and discussed the worksheet "Supportive Relationships."
Daniel took up most the group talking in circles.  Even when confronted he continued to contradict himself.  The group was noted as checking out but no group confronted him this defensive behavior.  He did report a childhood incident but did not recall the details enough to assure that the situation happened.  He reported on his worksheet that he did not share about this but did.  Not enough detail in this and he stated that his parents were notified.  Daniel appeared monopolize the group impeding the treatment process.  Daniel did not completed any treatment plan objectives and did not have any due.  Daniel will continue with Continuing Care treatment and has Problem #4, Objectives #2 and 8 due 21 July 2015.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is schedule to return 21 July 2015 at 1230 for group.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 17 Jul 2015 0730

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | |
|---|---|---|
| Merwin, Daniel Dennis | DOB: ▮▮ 1985  SSN: ***-**-▮▮ | DoD ID: 1286180538    Created: 16 Aug 2017 |

## *14 Jul 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:    BETH-21399963    Primary Dx:

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **14 Jul 2015 1455 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **BROWN,CYNTHIA E**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 15 Jul 2015 0754 EDT
**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Active Medications**
Loading...

**Reason for Appointment:**Written by BROWN,CYNTHIA E @ 14 Jul 2015 1455 EDT
CC Group

## Appointment Cancelled by Facility
 Encounter Cancelled by BROWN,CYNTHIA E @ 15 Jul 2015 0917 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *08 Jul 2015 at WRNMMC, Dermatology Clinic Bethesda by TAYLOR, BRADLEY MICHAEL*

Encounter ID:     BETH-21343480     Primary Dx:     Visit for: administrative purpose

Patient: **MERWIN, DANIEL DENNIS**          Date: **08 Jul 2015 1923 EDT**          Appt Type: **T-CON***
Treatment Facility: **WALTER REED**          Clinic: **DERMATOLO CL BE**          Provider: **TAYLOR,BRADLEY MICHAEL**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**          Call Back Phone: ███████

**AutoCites** Refreshed by TAYLOR,BRADLEY M @ 08 Jul 2015 1923 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Lab Result** Cited by TAYLOR,BRADLEY M @ 08 Jul 2015 1924 EDT
**Tissue Exam**

|  |  |
|---|---|
| Date Collected: | 23 Jun 2015 1131 |
| POC Enc: | E4520771 |
| Enc Fac: | WRNMMC |
| Clinician: | TAYLOR, BRADLEY MICHAEL |
| Status: | Certify |
| Procedure: | TISSUE EXAM |
| Order #: | 150702-23826 |
| Provider: | TAYLOR, BRADLEY MICHAEL |
| Ordered Date: | 02 Jul 2015 1925 |
| Priority: | ROUTINE |
| Specimen: | TISSUE |
| Resulted Date: | 02 Jul 2015 1925.1-0400 |
| Col: | 23Jun15@1131          TISSUE(TISSUE) |
| Hcp: | TAYLOR,BRADLEY MICHAEL       Req Loc: DERMATOL |
| Performing Lab: | NNMC AP LAB, BETHESDA,MD |
|  | 150626 NSP 11753 |
| TISSUE E          C: | LRS02Jul15@1925 |
|  | CoPath Report |
| Patient: | MERWIN,DANIEL DENNIS          Specimen #:  NS15-11753 |
| Accessioned: | 06/26/15 |
| Pathologist: | Laurel R. Stearns, MAJ, MC, USA |
| SPECIMEN: |  |
|  | A: Skin, Scalp, Punch B: Skin, Left scalp, Punch |

==========================================================================
-==
FINAL DIAGNOSIS:
A. SKIN, SCALP, PUNCH BIOPSY:

- MILD EARLY CHANGES OF ANDROGENETIC ALOPECIA.
(SEE COMMENT)

B. SKIN, LEFT SCALP, PUNCH BIOPSY:

- NORMAL SCALP.
COMMENT: The sections were diffuclt to interpret due to processing

orientation. In part A, the sections show a normal number of terminal

follicles with a slightly increased number of vellus hairs. Mild
superficial perifollicular lymphocytic inflammation is present.

of scarring alopecia is not present in multiple additional step

If clinically indicated additional biopsies may be helpful.
lrs/07/02/15          ** Report Electronically Signed Out  **
Laurel R. Stearns, MAJ, MC, USA

==========================================================================

and

hair

Evidence

sections.

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 580**
AR 2567

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

-==

**CLINICAL DIAGNOSIS AND HISTORY:**

30 y/o M, tufted, scarring alopecia on scalp after reported infection about six years ago. Patient feels it is slowly progressing. Mild erythema and some scale which feel most likely represents overlying mild seb derm but cannot completely rule out active scarring process. Discussed options with patient to include treating for seb derm and monitoring response vs biopsy for further evaluation . Patient elected to proceed with biopsy. Two punch biopsies completed today.

Perilesional and normal posterior scalp. Tolerated well. Wound care discussed. Ddx includes mature scar w/overlying seb derm v folliculits decalvans v LPP v other scarring etiologies.

**PRE-OPERATIVE DIAGNOSIS:**

A) Mature scar w/overlying seb derm v folliculits decalvans v LPP v other scarring etiology. B) Normal scalp.

**POST-OPERATIVE DIAGNOSIS:**

Operative Findings: SAA
Post-operative Diagnosis: SAA

**GROSS DESCRIPTION:**

A. The specimen is received in formalin, labeled with the patient's name Merwin, Daniel, and designated "Punch, Scalp". It consists of a tan, hair-bearing punch of skin that is previously horizontally sectioned measuring 0.4 cm in diameter and excised to a maximum depth of 0.6 cm.

B. The specimen is received in formalin, labeled with the patient's name Merwin, Daniel, and designated "Punch, Left Scalp". It consists of a tan, hair-bearing punch of skin measuring 4.0 cm in diameter that is previously horizontally sectioned and excised to a maximum depth of 0.6 cm. The specimen is submitted in its entirety in one cassette.  3/1/NG (Sponge)

CLP/PDP/LRS
CLP/mrg

**CPT Codes:**

; 88305 ; 88305 (LEVEL 4)
; 88305 ; 88305 (LEVEL 4)

**A/P** Written by TAYLOR,BRADLEY M @ 08 Jul 2015 1925 EDT
**1. Visit for: administrative purpose**: Left VM for patient regarding above results.  Number provided to call back for questions or concerns.

**Disposition** Written by TAYLOR,BRADLEY M @ 08 Jul 2015 1925 EDT
**Follow up:** as needed with PCM.

**Signed By  TAYLOR, BRADLEY M** (Physician/Workstation) @ 08 Jul 2015 1925

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *30 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

Encounter ID:     BETH-21269597     Primary Dx:     ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**     Date: **30 Jun 2015 1157 EDT**     Appt Type: **GRP**
Treatment Facility: **NBHC DAHLGREN**     Clinic: **SUBST ABUSE NY**     Provider: **HILL,LARRY D**
Patient Status: **Outpatient**

**AutoCites** Refreshed by HILL,LARRY D @ 01 Jul 2015 1330 EDT
**Problems**
- ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
- MAJOR DEPRESSION RECURRENT
    MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
    ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
    DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Jun 2015 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 30 Jun 2015 1157 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 30 Jun 2015 1211 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 30 Jun 2015 1157
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 30 Jun 2015 1211 EDT
Tobacco Use: No,     Alcohol Use: No,     Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ■■■■■■
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 30 Jun 2015 1212 EDT
**History of present illness**
    The Patient is a 30 year old male.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 30 Jun 2015 1218 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended
                     group from 1230-1400.
                     -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                     review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                     assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by HILL,LARRY D @ 01 Jul 2015 1347 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: "SEE ADD NOTE SECTION FOR FURTHER
INFORMATION CONCERNING THIS ENCOUNTER."

**Note** Written by HILL,LARRY D @ 01 Jul 2015 1416 EDT
**Daniel CCG note**
Daniel arrived on time and is at session 5 of the 26 scheduled sessions for the Continuing Care treatment
program attending from 1230 to 1400, total of 1 1/2 hours.  The group performed the check-in process
identifying changes or events since last group. The group discussed pleasurable activities that they
already do and identified one new activity to do before next group. They discussed common styles of
thinking and how they apply to themselves and identified individuals who support their addiction and
those who support their recovery. No group member admitted to drinking or using since last group.
Daniel appeared tense as group began dressed in shorts and a button up shirt. Daniel sounded pained as
he addressed another female group member who said she felt uncomfortable with Daniel and said he is a
pervert. Daniel reported feeling judge and looked discouraged at the accusations due to their brief contact
outside group. They processed these feelings and safety, respect and non-judgmental behaviors for other
group members and seemed able to work through their differences. Daniel has a co-occurring sex
addiction and seems to be a driving factor in their personal issues that Daniel reports he is working on.
Daniel reported meeting a new girl and spending the night with her jumping head first into a relationship
knowing this in direct violation of his own efforts to find a loving relationship. Daniel was able to identify
those working against his recovery saying "I'm the number one problem", he additionally identified his
sober network those individuals he can call when he struggles. Daniel reported he would like to cook a
surprise food for the group, prior to next group.
Daniel appeared uneasy, engaged, interested and was appropriate and active throughout the session
even when processing tension between group members.  Daniel addressed Problem #1, Objective #1, 4
& 6 from his ITP.  Daniel will continue with Continuing Care treatment and has Problem # 1, Objective # 2
due 21 July 2015.  See Daniel "Continuing Care Progress Report" for more information on this encounter.
Daniel is schedule to return 7 July 2015 for group. No evidence of SI/HI during this encounter. Secondary
Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  HILL, LARRY D** (Physician) @ 01 Jul 2015 1417
**Co-Signed By  SPADARO, SHELLIE S** (Physician) @ 01 Jul 2015 1525

CHANGE HISTORY
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by HILL,LARRY D @ 01 Jul 2015 1416 EDT:*
**Signed HILL, LARRY D** (Physician) @ 01 Jul 2015 1348

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *26 Jun 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:     BETH-21238834     Primary Dx:     Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**          Date: **26 Jun 2015 1430 EDT**          Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**          Clinic: **BEHAVIORAL HEALTH QU**          Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
Procedure - SARP LABS
**Appointment Comments:**
brh

**Lab Result** Cited by AILOR,LYNNE P @ 26 Jun 2015 1451 EDT

| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **23 Jun 2015 1404** | Units | Ref Rng |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | Negative | ng/mL | Cutoff=250 |

**A/P** Written by AILOR,LYNNE P @ 26 Jun 2015 1453 EDT
**1. Laboratory Studies**: Labs were reviewed by undersigned provider per SARP protocol. Results of ETG/ETS were negative.
            Procedure(s):          -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
**2. PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I** *(OTHER UNKNOWN AND UNSPECIFIED CAUSES OF MORBIDITY AND MORTALITY, NOT PGW SYNDROME)*

**Disposition** Written by AILOR,LYNNE P @ 26 Jun 2015 1453 EDT
**Released w/o Limitations**
**Follow up:**  as needed . - Comments: Follow up with SARP.

---

**Signed By  AILOR, LYNNE P** (Physician) @ 26 Jun 2015 1454

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *25 Jun 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:  BETH-21224749    Primary Dx:      Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**     Date: **25 Jun 2015 1100 EDT**     Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**     Clinic: **BEHAVIORAL HEALTH QU**     Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
Procedure - SARP LABS
**Appointment Comments:**
brh

**Lab Result** Cited by AILOR,LYNNE P @ 25 Jun 2015 1543 EDT

| **Drug Abuse Screen** | Site/Specimen | **23 Jun 2015 1404** | Units | Ref Rng |
|---|---|---|---|---|
| Amphetamines | URINE | NEGATIVE \<i> | | (Negative) |
| Barbiturates | URINE | NEGATIVE \<i> | | (Negative) |
| Benzodiazepines | URINE | NEGATIVE \<i> | | (Negative) |
| Cocaine | URINE | NEGATIVE \<i> | | (Negative) |
| Opiates | URINE | NEGATIVE \<i> | | (Negative) |
| Phencyclidine, UA | URINE | NEGATIVE \<i> | | (Negative) |
| Cannabinoids | URINE | NEGATIVE \<i> | | (Negative) |
| Methadone | URINE | NEGATIVE \<i> | | (Not-Detected) |
| Oxycodone | URINE | NEGATIVE \<i> | ng/mL | (Negative) |

**A/P** Written by AILOR,LYNNE P @ 25 Jun 2015 1545 EDT
**1. Laboratory Studies**: Labs were reviewed by undersigned provider per SARP protocol. Results of Drug Abuse Screen were
negative for all substances tested.
            Procedure(s):         -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
**2. PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I**(*OTHER UNKNOWN AND UNSPECIFIED CAUSES OF
MORBIDITY AND MORTALITY, NOT PGW SYNDROME*)

**Disposition** Written by AILOR,LYNNE P @ 25 Jun 2015 1546 EDT
**Released w/o Limitations**
**Follow up:**  as needed . - Comments: Follow up with SARP.

**Signed By  AILOR, LYNNE P** (Physician) @ 25 Jun 2015 1546

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 585**
AR 2572

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

### *23 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

Encounter ID:     BETH-21198244     Primary Dx:     ALCOHOL DEPENDENCE WITH
                                                    CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**     Date: **23 Jun 2015 1203 EDT**     Appt Type: **GRP**
Treatment Facility: **NBHC DAHLGREN**     Clinic: **SUBST ABUSE NY**     Provider: **HILL,LARRY D**
Patient Status: **Outpatient**

**AutoCites** Refreshed by HILL,LARRY D @ 25 Jun 2015 1207 EDT
**Problems**
- ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
- MAJOR DEPRESSION RECURRENT
    MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
    ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
    DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Jun 2015 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 23 Jun 2015 1203 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 23 Jun 2015 1216 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 23 Jun 2015 1203
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 23 Jun 2015 1216 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ██████████
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 23 Jun 2015 1218 EDT
**History of present illness**
     The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

<u>A/P</u> Last Updated by PATSOS,ASHLEY N @ 23 Jun 2015 1237 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

Procedure(s):   -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 1 - The patient attended group from 1230-1400.
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

Laboratory(ies):   -DRUG ABUSE SCREEN (Routine) Ordered By: PATSOS,ASHLEY N Ordering Provider: AILOR, LYNNE P; ETG/ETS, UA (250 CUT-OFF) (Routine) Ordered By: PATSOS,ASHLEY N Ordering Provider: AILOR, LYNNE P

<u>Disposition</u> Last Updated by HILL,LARRY D @ 25 Jun 2015 1230 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session # 4 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  The group checked-in and reintroduced themselves to a member that had been absent. They processed cravings and shared about how they sleep now compared to when they were drinking. One group member reported struggling with lack of motivation and not caring about anything.  No group member reported drinking or using since last seen at SARP WYN.
Daniel appeared frustrated as he reported feeling judged as another member reported sharing not being comfortable sharing intimate details of her life with men.  Daniel said "I feel judge as a man and like you don't trust me, and I'm more comfortable sharing with women than a man." This counselor had to block this interaction noticing some tension between these two group members and identified this to them and both members decided to just drop it and not process this tension.  Daniel was observed providing positive feedback to another group member struggling with motivation and not caring saying "it sounds like you could be depressed and should get seen for it."  Daniel seems to struggle with female interactions in the group and is noted from him in his past relationships. Daniel wrote "I could relate to everyone today and felt a myriad of feeling."
Daniel appeared engaged, interested and was appropriate and active throughout the session.  Daniel addressed Problem # 1, Objective # 1 & 4 from his ITP.  Daniel will continue with Continuing Care treatment and has Problem # 1, Objective # 2 & 8 due 21 July 2015.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel is schedule to return 30 June 2015 for group. No evidence of SI/HI during this encounter. Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

<u>Note</u> Written by HILL,LARRY D @ 25 Jun 2015 1231 EDT
Shellie will co-sign note in absence of program director.

**Signed By  HILL, LARRY D** (Physician) @ 25 Jun 2015 1231
**Co-Signed By  SPADARO, SHELLIE S** (Physician) @ 25 Jun 2015 1441

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 587**
AR 2574

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *22 Jun 2015 at WRNMMC, Dermatology Clinic Bethesda by STEARNS, LAUREL R*

Encounter ID:    BETH-21190437    Primary Dx:    Alopecia

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **22 Jun 2015 1430 EDT**
Clinic: **DERMATOLO CL BE**

Appt Type: **SPEC**
Provider: **STEARNS,LAUREL
REINHART**

**AutoCites** Refreshed by TAYLOR,BRADLEY M @ 23 Jun 2015 0722 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
alopecia areata
**Appointment Comments:**
anb

**S/O Note** Written by TAYLOR,BRADLEY MICHAEL @ 23 Jun 2015 0724 EDT
**Chief complaint**
The Chief Complaint is: Scalp.
**History of present illness**
     The Patient is a 30 year old male.
30 y/o male.  Per patient, has history of MRSA infection on scalp about 5 to 6 years ago.  Hair has never completely grown back.
More recently has started to develop scale in same area as well as other areas of scalp.  Unsure if area has remained the same
size.  He feels it has been getting larger.


.
     Medication list reviewed with patient, reconciliation completed, and list given to patient.
**Allergies**
Current Allergies Reviewed.
**Past medical/surgical history**
Reported:
     Medical: Reported medical history reviewed
          .
**Review of systems**
**Systemic:** No fever and no chills.
**Skin:** Pruritus and skin lesion: rash:
**Physical findings**
**General Appearance:**
     ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
     ° Oriented to time, place, and person.
**Psychiatric:**
     Mood: ° Euthymic.
     Affect: ° Normal.
**Skin:**
     • Skin: Scalp:  Approx 1.5 to 2 cm annular patch of notably decreased hair density on posterior apex scalp.  Smaller but also
          annular area next to it.  Slightly raised scar like plaque.  Follicle drop and tufting of hair noted.  Mild erythema and scale.


**Note** Written by TAYLOR,BRADLEY M @ 23 Jun 2015 0722 EDT

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 588**
AR 2575

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985   SSN: ***-**-███   DoD ID: 1286180538        Created: 16 Aug 2017



**A/P** Last Updated by TAYLOR,BRADLEY M @ 23 Jun 2015 1135 EDT
**1. Alopecia**: Tufted, scarring alopecia on scalp after reported infection about 6 years ago.  Patient feels it is slowly progressing.
Mild erythema and some scale which feel most likely represents overlying mild seb derm but cannot completely rule out active
scarring process.  Discussed options with patient to include treating for seb derm and monitoring response vs biopsy for further
evaluation.  Patient elected to proceed with biopsy.  Two punch biopsies completed today.  Perilesional and normal posterior scalp.
Tolerated well.  Wound care discussed.  Follow up in 10 to 14 days for suture removal and biopsy results.  Sooner for concerns.
Ddx includes mature scar w/overlying seb derm v folliculitis decalvans v LPP v other scarring etiologies.

Seen and d/w Dr. Stearns.
     Procedure(s):     -Biopsy Skin x 1 - Universal protocol requirements were met per WRNMMC Policy. Patient's
                 identification was checked (name & birthdate).  procedure and site, side matches the consent form.  the
                 lesion was prepped with alcohol.  local anesthesia was provided by local injection with a 30g needle of
                 1ml of 1%lidocaine with epinephrine.  a 4 mm punch biopsy was then performed.  estimated blood loss
                 was negligible.  the wound was closed with  4 -0 suture, and a sterile dressing applied.  wound care
                 discussed, f/u 10 days for suture removal and discussion of path results.
                 -Biopsy Skin Each Additional Lesion x 1
     Laboratory(ies):    -TISSUE EXAM (Routine) Start Date: 06/23/2015 Order Date: 06/23/2015 11:35 Ordered By:
                 TAYLOR,BRADLEY M Ordering Provider: TAYLOR, BRADLEY MICHAEL

**Disposition** Last Updated by TAYLOR,BRADLEY M @ 23 Jun 2015 1136 EDT
**Released w/o Limitations**
**Follow up:**  in the DERMATOLO CL BE clinic. - Comments: 10 to 14 days
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by TAYLOR,BRADLEY M @ 23 Jun 2015 0722 EDT
**Consult Order**
**Referring Provider:**        ARGUINZONI, JUAN B.
**Date of Request:**  07 May 2015
**Priority:**        Routine

**Provisional Diagnosis:**


**Reason for Request:**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538          Created: 16 Aug 2017

30 y/o male with alopecia areata. Please evaluate and treat as needed;thanks.
**Note** Written by STEARNS,LAUREL R @ 23 Jun 2015 1537 EDT
I have seen and evaluated the patient and agree with the findings as documented in the note.

**Signed By  STEARNS, LAUREL R** (Cpt, USA, MC, NPI 1356491393, Staff Dermatologist, Dermatology, WHMC/BAMC) @ 23 Jun 2015 1537

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *16 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

Encounter ID:     BETH-21126679     Primary Dx:     ALCOHOL DEPENDENCE (ALCOHOLISM)

Patient: **MERWIN, DANIEL DENNIS**     Date: **16 Jun 2015 1202 EDT**     Appt Type: **GRP**
Treatment Facility: **NBHC DAHLGREN**     Clinic: **SUBST ABUSE NY**     Provider: **HILL,LARRY D**
Patient Status: **Outpatient**

**AutoCites** Refreshed by HILL,LARRY D @ 17 Jun 2015 1433 EDT
**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 | 2 of 2 | 11 Jun 2015 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 16 Jun 2015 1202 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 16 Jun 2015 1220 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 16 Jun 2015 1202
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 16 Jun 2015 1220 EDT
 Tobacco Use: No,     Alcohol Use: No,     Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ☐
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 16 Jun 2015 1220 EDT
**History of present illness**
     The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 591**
AR 2578

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▮ | 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**A/P** Last Updated by PATSOS,ASHLEY N @ 16 Jun 2015 1221 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**

Procedure(s):
-ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - The patient attended group from 1230-1400.

-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by HILL,LARRY D @ 17 Jun 2015 1450 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time and is at session #3 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  The group started with checking in on happenings since last group, the group welcomed one new member and closed with two group members using the introduction and closing exercises. The group shared about life struggles while the where drinking and how they affect them now. No group member admitted to drinking or abusing drugs since last seen at SARP.
Daniel appeared interested as another group member frustratedly listed many reasons why she felt she should drink, use drugs and return to old habits. Daniel was observed relating her struggles to his own life saying "I use to think the same way and when I was drinking I would over use my prescription pain meds knowing I should not but would do it anyways." "I'm disappointed in myself because I continually struggle with relationships and have been with 126 women and had been doing very good but I had sex with two women in the past two days. This to me is my old behavior but it was worse when I was drinking." "I want a health relationship but struggle and don't know how to have one, I'm very picky." Daniel seems to be struggling with a sex addiction and dealing with a myriad of feeling including shame, guilt and disappointment in himself for lack of control.
Daniel appeared engaged and was appropriate and active throughout the session.  Daniel addressed Problem #1, Objectives # 1, 4, & 6 from his ITP. Daniel will continue with Continuing Care treatment and has Problem #1, Objective #2 due 21 July 2015.  See Daniel's "Continuing Care Progress Report" for more information on this encounter.  No evidence of SI/HI during this encounter. Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Signed By  HILL, LARRY D** (Physician) @ 17 Jun 2015 1450
**Co-Signed By  SPADARO, SHELLIE S** (Physician) @ 18 Jun 2015 0905

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▮ | 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 592**
AR 2579

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *11 Jun 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:    BETH-21077936    Primary Dx:    GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**          Date: **11 Jun 2015 0900 EDT**       Appt Type: **EST**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **ZEMBRZUSKA,HANNA**
**NATIONAL MILITARY MEDICAL CNTR**                                            **DOMINIKA**
Patient Status: **Outpatient**

<u>**AutoCites**</u> Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 11 Jun 2015 0905 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**

**18 May 2015 1107**
**ETG/ETS, UA (250 Cut-Off)**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=250 |

**18 May 2015 1107**
**Drug Abuse Screen**

| | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Not-Detected) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**Rads**
No Rads Found.

**Reason for Appointment:**
follow up
**Appointment Comments:**
nae

<u>**S/O Note**</u> Written by ZEMBRZUSKA,HANNA DOMINIKA @ 12 Jun 2015 0728 EDT
<u>**History of present illness**</u>
        The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

 30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Navy Information Operations Command (NIOC) at Fort Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder presents for f/u appt. Pt has been taking Zoloft 75mg daily without side effects. Pt reports that he continues to be happier more often, but it is not consistent. He reports no difference in his anxiety. He continues to have anxious ruminations about work which lead to initial insomnia. He has been taking Melatonin a few times a week at bedtime, but does not want to take it every night. He is implementing the skills he learned in CBT-I group and using the CBT-I app. Sleeping about 7 hours per night, but finds himself tired in the afternoon and will sometimes take a 30-60min nap. He reports consuming 1/2 pint of alcohol on 27May due to feeling stressed about work and interpersonal difficulty in romantic relationship. He is a people pleaser and has a hard time saying no. He may be separated from his shop at work which he thinks will be better because he does not like his current job.He needs to pick up collateral duties to pick up next rank.

.
From SARP note: The SM self-referred for SARP evaluation due to his growing concern about his drinking and inability to stop. According to the SM, his alcohol of choice is vodka.  He prefers to drink alone at home.  His drinking frequency is daily.  He reported an increase in his drinking, over the past 8 months, to daily drinking.  He described drinking 2 re on 16JUN2014 and was diagnosed with GAD and neurotic excoriation (scalp picking when anxious). He was then referred to a LCSW at WRNMMC for therapy and

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 593**
AR 2580

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

attended therapy sessions until 30OCT2014. He was then command referred to SARP on 17MAR2015 and diagnosed with Alcohol Use Disorder, moderate to severe. SARP referred pt to a 28 day inpatient alcohol rehab at Ft. Belvoir from which the pt was discharged at the end of April 2015.

    Medication list reviewed with patient, reconciliation completed, and list given to patient.

    Visit is not deployment-related.

 Pain Severity   0 / 10.

**Allergies**

Current Allergies Reviewed. NKDA.

**Current medication**

 Zoloft 75mg daily

Melatonin for insomia.

**Past medical/surgical history**

**Reported:**

    Recent Events: Medication compliance.

    Medical: Reported medical history Neurotic excoriation (scalp picking when anxious)

    Asthma during childhood

    Allergic response to pets

    Recurrent intestinal pain (possibly lactose intolerance)

    PRK (2011)

    and psychiatric history

    *   THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014. She documented Anxiety Disorder, NOS.  The SM indicated that he discontinued his participation in treatment due to the limited impact of these visits.

    *   MEDS: Denies other medication trials

    *   INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft. Belvoir.

    *   SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior.

    Family history:

    F: Alcohol use disorder

    M: depression

    Sister#1: depression, hx of suicide attempts

    Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children

    Maternal grandmother: bipolar

**Personal history**

Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6 y/o).  He and his two sisters were raised by their father, whose employment challenges qualified them for welfare.  There was also a tumultuous home environment.  Father was not involved with his children and was emotionally/physically abusive. Pt felt that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself.  He left his family abruptly, upon graduation from high school, in 2003.  Moved out of state and enrolled in college. He found himself ul experience from the past or avoid having feelings related to it?

[1 ] Avoid activities or situations because they remind you of a stressful experience from the past?

[ 0 ] Trouble remembering important parts of a stressful experience from the past?

[0 ] Loss of interest in things that you used to enjoy?

[0 ] Feeling distant or cut off from other people?

[2 ] Feeling emotionally numb or being unable to have loving feelings for those close to you?

[0 ] Feeling as if your future will somehow be cut short?

[0 ] Trouble falling or staying asleep?

[1 ] Feeling irritable or having angry outbursts?

[ 1 ] Having difficulty concentrating?

[1 ] Being 'super alert' or watchful on guard?

[ 0 ] Feeling jumpy or easily startled?

Add point values from each response.  TotaD.

Behavioral: Caffeine use tea and coffee 1-2x/wk.  Never a smoker  / Never Used Tobacco Products.

Alcohol: Not using alcohol Not currently. Did consume alcohol on 27 May 2015.

**Subjective**

NO Learning Disablility, Language or Learning Barriers.

**Review of systems**

No current substance use symptoms

No current cognitive symptoms

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 594**

AR 2581

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

No current psychotic symptoms

.
**Physical findings**
**General Appearance:**
  ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
  ° No disorientation was observed, oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
  Speech: ° Normal, regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
  Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
  Mood: • Anxious.  ° Euthymic Able to smile appropriately.  ° Not depressed.
  Affect: • Abnormal anxious.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
  Thought Processes: ° Not impaired, they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
  Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
  Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
    Gender (risk factor if male): Y
    H/O Suicide Attempts:Y
    Organized Plan:N
    Chronic Psychiatric Disorder:Y
    Recent Psychiatric Hospitalization: RECENT REHAB
    H/O Abuse or Trauma:Y
    Chronic Physical Illness:N
    Family H/O Suicide/Attempts:Y
    Other Recent Loss:N
    Chronic Pain:N
    Age (risk factor if <25 or >60):N

Modifiable:
    Suicidal ideation/plans/intent:N
    Access to Lethal Means:N
    Poor Treatment Compliance:N
    Hopelessness:?
    Psychic Pain/Anxiety:Y
    Acute Event:N
    Insomnia:N
    Low Self-Worth:Y
    Impulsivity:N
    Substance Abuse:Y
    Financial Stress:Y, PAYING OFF DEBT
    Legal Stress:N

Protective:
    Strong Therapeutic Alliance:Y
    Positive Coping Skills:Y
    Responsible to/for Family:Y
    Responsible to/for Pet:N
    Frustration Tolerance:Y
    Resilience:Y
    Good Reality Testing:Y
    Amenable to Treatment:Y
    Social Support:Y

Risk of Harm to Others: DENIES

Action Taken Based on Risk Assessment:
[ X  ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

[ ] Other:
**Therapy**
   • Duration of the encounter 30 min.
**Practice Management**
   Continue assessment and intervention
   Multi-Disciplinary Treatment Plan:

   Treatment Team Members -

   Individual Therapist: SARP
   Medication Prescriber: ZEMBRZUSKA
   Group Therapist:TBD

   Additional Provider and treatment: SARP at Washington Navy Yard

   Date last updated: 11JUN2015
   Reviewed with patient on: same
   Does patient agree with plan? Yes
   If not, what part?
   Projected date of next treatment plan update: f/u in 1 month
   Discussion of risk of assessment and intervention
   Interventions Provided at this session:

   Objective 1 (Corresponds to Goal #  ): Anxiety, worry, irritability
   -
   Interventions:
   1. Increase Zoloft to 100mg daily. Pt's depressive symptoms appear to have responded to Zoloft, but anxiety is still not under good control. Discussed r/b/se.
   2. Continue SARP.
   3. Will discuss pt being referred for individual therapy for CBT at next session.
   4. R/o OCD.

   Objective 2 (Corresponds to Goal #  ):  Depressed/apathetic mood
   -
   Interventions:
   1. Increase Zoloft to 100mg daily. Discussed r/b/se.
   2. Continue SARP.
   3. Will discuss pt being referred for individual therapy for CBT at next session.

   Objective 3 (Corresponds to Goal #  ): Insomnia
   -
   Interventions:
   1. Continue Melatonin QHS prn insomnia
   2. Pt to continue using CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and decrease ruminative thoughts

   Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.

**A/P** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 12 Jun 2015 0739 EDT
**1. GENERALIZED ANXIETY DISORDER** 300.02
    Procedure(s):       -(90833) Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
**2. ALCOHOL DEPENDENCE (ALCOHOLISM)** 303.90

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 12 Jun 2015 0740 EDT
**Released w/o Limitations**
**Follow up:** 1 month(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 12 Jun 2015 0740

| Merwin, Daniel Dennis | DOB: ■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 596**
AR 2583

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

*09 Jun 2015 at WRNMMC, Substance Abuse NY by HILL, LARRY D*

Encounter ID:    BETH-21053074    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **09 Jun 2015 1200 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **HILL,LARRY D**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by HILL,LARRY D @ 10 Jun 2015 0932 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE AND ONE-HALF TABLETS (75MG) BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 19 May 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 09 Jun 2015 1200 EDT
CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 09 Jun 2015 1219 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 09 Jun 2015 1200
------------------------------
CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 09 Jun 2015 1219 EDT
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken at SARP treatment.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 09 Jun 2015 1219 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 09 Jun 2015 1221 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - The patient attended
                        group from 1230-1400.
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                        review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                        assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by HILL,LARRY D @ 10 Jun 2015 1356 EDT
**Released w/o Limitations**
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time.  Daniel is at session 2 of
the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  Group
welcomed one new group member using the introduction exercise.  The group closed with 2 group members. One group member
admitted to drinking while in treatment which led to another group mentioning he drank also.  The group processed how they could
these struggling group members.
Daniel reported doing well during the check in process and said "I have to be honest with the group; I also had a lapse 2 weeks ago
and drank most of pint of vodka. I have been struggling with a female friend that wants to be more than a friend and ended up in a
liquor store and bought the bottle.  I had unopened cranberry juice at home and mixed them and ended up pouring out some of it."
Daniel reported feeling guilty concerning his lapse. Daniels honesty seemed to be brought forward from another group member he
knows that shared of a recent lapse. Daniel seems to struggle with self-image and puts a lot of his time and efforts into others
writing "I have not been worrying about others and what they think of me."  Daniel reports working the 12 steps but has no sponsor.
Daniel appeared engaged, interested and was appropriate and active throughout the session.  Daniel addressed Problem #1,
Objective #1 and 4 attending group and sharing from his ITP.  Daniel will continue with Continuing Care treatment and has Problem
# 1, Objective # 2 due 21 July 2015.  See Daniel "Continuing Care Progress Report" for more information on this encounter.  Daniel
is schedule to return 16 June 2015 at 1230 for group. No evidence of SI/HI during this encounter Secondary Record maintained at
SARP Washington Navy Yard 202-433-7577.

**Signed By  HILL, LARRY D** (Physician) @ 10 Jun 2015 1356
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 10 Jun 2015 1417

CHANGE HISTORY
*The following Disposition Note Was Overwritten by HILL,LARRY D @ 10 Jun 2015 1356 EDT:*
The Disposition section was last updated by HILL,LARRY D @ 10 Jun 2015 1356 EDT - see above.Previous Version of Disposition section was entered/updated by
HILL,LARRY D @ 10 Jun 2015 0932 EDT.
Released w/o Limitations
**Discussed:** Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time.  Daniel is at session 2 of the 26 scheduled sessions for the Continuing
Care treatment program attending from 1230 to 1400, total of 1 1/2 hours.  Group welcomed one new group member using the introduction exercise.  The group closed with 2
group members. One group member admitted to drinking while in treatment which led to another group mentioning he drank also.  The group processed how they could these
struggling group members.
Daniel reported doing well during the check in process and said "I have to be honest with the group; I also had a lapse 2 weeks ago and drank most of pint of vodka. I have
been struggling with a female friend that wants to be more than a friend and ended up in a liquor store and bought the bottle.  I had unopened cranberry juice at home and
mixed them and ended up pouring out some of it." Daniel reported feeling guilty concerning his lapse.  Daniels honest seemed to be brought forward from another group
member he knows that shared of a recent lapse. Daniel seems to struggle with self-image and puts a lot of his time and efforts into other writing "I have not been worrying about
others and what they think of me."  Daniel reports working the 12 steps but has no sponsor.
Daniel appeared engaged, interested and was appropriate and active throughout the session.  Daniel addressed Problem #1, Objective #1 and 4 attending group and sharing
from his ITP.   Daniel will continue with Continuing Care treatment and has Problem # 1, Objective # 2 due 21 July 2015.  See Daniel "Continuing Care Progress Report" for
more information on this encounter.  Daniel is schedule to return 16 June 2015 at 1230 for group. No evidence of SI/HI during this encounter Secondary Record maintained at
SARP Washington Navy Yard 202-433-7577.

*The following Signature(s) No Longer Applies because this Encounter was Opened for Amendment by HILL,LARRY D @ 10 Jun 2015 1355 EDT:*
**Signed HILL, LARRY D** (Physician) @ 10 Jun 2015 0934
**Co-Signed BROWN, CYNTHIA E** (Paraprofessional) @ 10 Jun 2015 1004

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 598**
AR 2585

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### *02 Jun 2015 at WRNMMC, Substance Abuse NY by BROWN, CYNTHIA E*

Encounter ID:  BETH-20970182     Primary Dx:     ALCOHOL DEPENDENCE
(ALCOHOLISM)

Patient: **MERWIN, DANIEL DENNIS**   Date: **02 Jun 2015 0935 EDT**   Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**   Clinic: **SUBST ABUSE NY**   Provider: **BROWN,CYNTHIA E**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BROWN,CYNTHIA E @ 03 Jun 2015 0742 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
     CONTINUOUS DRINKING
     BEHAVIOR
•MAJOR DEPRESSION RECURRENT
     MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
     ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
     BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
     DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE AND ONE-HALF TABLETS (75MG) BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 19 May 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 02 Jun 2015 0935 EDT
CC INTAKE/CC GROUP

**Screening** Written by PATSOS,ASHLEY N @ 02 Jun 2015 0937 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 02 Jun 2015 0935
------------------------------
CC INTAKE/CC GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 02 Jun 2015 0937 EDT
 Tobacco Use: No,     Alcohol Use: No,     Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ☐
No vitals taken at SARP treatment.

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 599**
AR 2586

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 02 Jun 2015 0939 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

**A/P** Last Updated by PATSOS,ASHLEY N @ 02 Jun 2015 0940 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
    Procedure(s):    -BEHAVAL HEALTH SCREEN DETERMINE ELIGIBILY, ADM TX PRGM x 1 - Met with patient one-on-
    one from 0930-1030 to discuss Individual Treatment Plan.
    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 6 - The patient attended
    group from 1230-1400.
    -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
    review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
    assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by BROWN,CYNTHIA E @ 03 Jun 2015 0801 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: CC GROUP
Daniel is at session # 1 of the 26 scheduled sessions for the Continuing Care treatment program attending from 1230 to 1415, total
of 1 1/2 hours.  All members of the group denied that they drank or used drugs.  The group welcomed a new group member using
the introduction exercise.  The group discussed in depth what they have gotten out of treatment so far.  The group closed with a
patient.
Daniel was introduced to the group. He appeared very comfortable with the format and other group members.  He shared his coping
skill as CBT.  He stated that it helps him to regulate his emotions.  At one point he engaged in friendly banter with a group a group
member and other group members responded that he will fit in this group.  He smiled and appeared to enjoy the engagement.
Daniel appeared engaged and interested in the treatment process.  Daniel appeared engaged and was appropriate and active
throughout the session.  Daniel addressed Problem #1, Objective #1 by attending group from his ITP.  Daniel will continue with
Continuing Care treatment and has Problem #1, Objectives #2 and 8 due 21 July 2015.  See Daniel "Continuing Care Progress
Report" for more information on this encounter.  Daniel is schedule to return 9 June 2015 at 1230 for group.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

**Note** Written by BROWN,CYNTHIA E @ 03 Jun 2015 1342 EDT
# INDIVIDUAL SESSION CC FOR GROUP INTAKE
Daniel is at session 1of the 26 scheduled sessions of the Continuing Care treatment
program attending from 0930 to 1030, total of 1 hour.  Daniel and I reviewed his
treatment plan with the basic requirements for the Continuing Care group.  He agreed to
all of the terms and conditions. We will establish his goal for treatment when he returns
on 9 June 2015 for group at 1230. We reviewed the limitations of confidentiality and he
indicated he understood.  He indicated that he enjoys using the CBT to regulate his
emotion.  He admitted that he struggles to find a long term relationship and finds most
women to be objectionable in one major way or another.  The large number (126)
women that he has been with have been disappointing to his standard but he feels very
lonely.   Daniel appeared engaged and interested in the treatment process.  Daniel is to
start working on his treatment plan today for the CC group.  He addressed Problem #1,
Objective #1by attending this appointment from his ITP.  .  Daniel will continue with
Continuing Care treatment and has Problem #1, Objectives #2 and 8 due 21 July 2015.
Daniel is schedule to stay today for group.
No evidence of SI/HI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538       Created: 16 Aug 2017

---

**Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 03 Jun 2015 1354

**CHANGE HISTORY**
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by BROWN,CYNTHIA E @ 03 Jun 2015 1342 EDT:*
**Signed BROWN, CYNTHIA E** (Paraprofessional) @ 03 Jun 2015 0801

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

*27 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-20911738    Primary Dx:    ALCOHOL DEPENDENCE
(ALCOHOLISM)

Patient: **MERWIN, DANIEL DENNIS**       Date: **27 May 2015 0859 EDT**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**          Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**                                                                   **A**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 29 May 2015 1310 EDT

**Problems**                                                    **Allergies**
•ALCOHOL DEPENDENCE WITH                                        •OTHER: Unknown (SEE MED RECORD)
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE AND ONE-HALF TABLETS (75MG) BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 19 May 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 27 May 2015 0859 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 27 May 2015 1017 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 27 May 2015 0859
------------------------------
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 27 May 2015 1017 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ☐
No vitals taken for SARP Treatment.

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 602**
AR 2589

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ☗ 1985 | SSN: ***-**-☗ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 27 May 2015 1017 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last Updated by PATSOS,ASHLEY N @ 27 May 2015 1018 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
    Procedure(s):    -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100.
        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 29 May 2015 1311 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group appointment. He is in Week 4, Day 1 of OP treatment attending from 0900-1100, total of 2 hours. This will be Daniel's last OP session. Today's session opened up with 3 members closing with the group as well as the other group members closing with the departing members.
Daniel performed his closing with the group prior to departing the OP group for the last time and shared that he is doing well and hopes to continue to improve and maintain his sobriety. He states that the skills he has learned are paying dividends for him and wants to use them going forward to maintain a more balanced lifestyle.
Daniel seemed at ease and comfortable performing his closing from OP group. He will be attending an intake appointment with a counselor to commence his Continuing Care.
Daniel showed no evidence of SI/HI/ATV
Next scheduled apt 02 June 2015 @ 1030.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577

**Signed By GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 29 May 2015 1311
**Co-Signed By BROWN, CYNTHIA E** (Paraprofessional) @ 29 May 2015 1312

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ☗ 1985 | SSN: ***-**-☗ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 603**
AR 2590

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *22 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20884609    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **22 May 2015 0849 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 22 May 2015 1538 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE AND ONE-HALF TABLETS (75MG) BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 19 May 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 22 May 2015 0849 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 22 May 2015 0850 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 22 May 2015 0849
------------------------------
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 22 May 2015 0850 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ████████
No vitals taken at SARP treatment.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Questionnaire AutoCites** Refreshed by REGIS,JAMES @ 22 May 2015 1538 EDT
**Questionnaires**


**S/O Note** Written by PATSOS,ASHLEY N @ 22 May 2015 0850 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).


**A/P** Last Updated by PATSOS,ASHLEY N @ 22 May 2015 0851 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100.
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.


**Disposition** Written by REGIS,JAMES @ 22 May 2015 1539 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: Daniel arrived on time for his Out Patient (OP) group appointment.  He is in Week 4, Day 3 of OP Level 1 treatment which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniel's 12th day of treatment in group. Neither Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session.  Group began with Daniel doing his check-in with the group members going over any triggers or cravings he may have had during the past couple of days
During Daniel's check-in, Daniel stated that he's looking forward to this weekend because he has plans with the girl that he's been hanging out with.  He stated that they hung out last night and that he made dinner for her at his place and the watched a movie together.  Daniel also stated that he plans on seeing her tonight and on Sunday where they're supposed to go to Kings Dominion amusement park and spend the day together.  This he says will be a huge test for them because it's going to determine if they can spend an entire day together.
Daniel seemed optimistic but challenged about his new girl "friend".  He appeared relaxed as if there's no pressure because he's not seeking a girlfriend but mentions several times how these encounters are measures of whether or not they can get along. He was reminded in group to continue working on his ITP.  Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for OP Level Treatment at BNHC-WNY on the 27th of May 2015 @ 0900 to close out of OP group and start his process to CCG.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.
To be reviewed by NBHC-WNY SARP Program Manager on Tuesday 26th of May 2015.


**Note** Written by REGIS,JAMES @ 22 May 2015 1540 EDT
To be reviewed by NBHC-WNY SARP Program Manager on Tuesday 26th of May 2015.


**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 22 May 2015 1540

---

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 605**
AR 2592

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*21 May 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:       BETH-20871983       Primary Dx:       Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**       Date: **21 May 2015 1100 EDT**       Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**       Clinic: **BEHAVIORAL HEALTH QU**       Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
Procedure - SARP LABS
**Appointment Comments:**
BRH

**Lab Result** Cited by AILOR,LYNNE P @ 21 May 2015 1411 EDT

| **Drug Abuse Screen** | **Site/Specimen** | **18 May 2015 1107** |
|---|---|---|
| Amphetamines | URINE | NEGATIVE \<i> |
| Barbiturates | URINE | NEGATIVE \<i> |
| Benzodiazepines | URINE | NEGATIVE \<i> |
| Cocaine | URINE | NEGATIVE \<i> |
| Opiates | URINE | NEGATIVE \<i> |
| Phencyclidine, UA | URINE | NEGATIVE \<i> |
| Cannabinoids | URINE | NEGATIVE \<i> |
| Methadone | URINE | NEGATIVE \<i> |
| Oxycodone | URINE | NEGATIVE \<i> |

| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **18 May 2015 1107** |
|---|---|---|
| Ethyl Glucuronide | URINE | Negative |

**A/P** Written by AILOR,LYNNE P @ 21 May 2015 1414 EDT
**1. Laboratory Studies**: Labs were reviewed by undersigned provider per SARP protocol. Results of Drug Abuse Screen were negative for all substances tested. Results of ETG/ETS were negative.
         Procedure(s):         -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
**2. PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I**(*OTHER UNKNOWN AND UNSPECIFIED CAUSES OF MORBIDITY AND MORTALITY, NOT PGW SYNDROME*)

**Disposition** Written by AILOR,LYNNE P @ 21 May 2015 1415 EDT
**Released w/o Limitations**
**Follow up:**  as needed . - Comments: Follow up with SARP.

**Signed By  AILOR, LYNNE P** (Physician) @ 21 May 2015 1416

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 606**
AR 2593

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *20 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

| Encounter ID: | BETH-20856489 | Primary Dx: | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |

Patient: **MERWIN, DANIEL DENNIS**   Date: **20 May 2015 0804 EDT**   Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**   Clinic: **SUBST ABUSE NY**   Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 21 May 2015 1440 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Ordered | TAKE ONE AND ONE-HALF TABLETS (75MG) BY MOUTH EVERY DAY #0 RF1 | 1 of 1 | 19 May 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 20 May 2015 0804 EDT
OP GROUP/EST

**Screening** Written by PATSOS,ASHLEY N @ 20 May 2015 0805 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 20 May 2015 0804
-------------------------------
OP GROUP/EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 20 May 2015 0805 EDT
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken at SARP treatment.

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 20 May 2015 0805 EDT
**History of present illness**
　　　The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last Updated by PATSOS,ASHLEY N @ 20 May 2015 0810 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
　　　Procedure(s):　　　-BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-
　　　　　　　　　　on-one from 0800-0900 to review Individual Treatment Plan.
　　　　　　　　　　-ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
　　　　　　　　　　group session from 0900-1100.
　　　　　　　　　　-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
　　　　　　　　　　review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
　　　　　　　　　　assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 21 May 2015 1441 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Out Patient (OP) group appointment.  He is in Week 4, Day 2 of OP Level 1 treatment
which meets from 0900-1100, total of 2 hours here at SARP-WNY.  Today was Daniel's 11th day of treatment in group. Neither
Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session.  Group began
with Daniel doing his check-in with the group members going over any triggers or cravings he may have had during the past couple
of days
During Daniel's check-in, Daniel stated that he was looking forward to going on a date again tonight with the same girl he went out
with the other day.  He also mentioned during group discussion that before he gets to the point of hating anything, that he uses his
cognitive tools that he learned in residential treatment to better assess what he is going through and to try to find out what the root of
his hatred is all about.
Daniel seemed indifferent regarding his date tonight but became very empathetic and inspired to question and express his thoughts
on the need to not have hateful sentiments towards others.  He was reminded in group to continue working on his ITP.  Daniel is
currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for OP Level Treatment at BNHC-WNY on the 22nd of May 2015 @ 0900
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Note** Written by REGIS,JAMES @ 21 May 2015 1441 EDT
**Individual 1-on-1 session w/Counselor for OP Level 1 Step-Down Treatment**

Daniel arrived on time for his Individual 1-on-1 session with his counselor on Wednesday 20th
of May 2015 from 08:00 to 09:00 (1 hour). This is Daniel's 1-on-1 Individual session for Week #4
of his OP Level 1 Step-Down Treatment at SARP WNY.  He stated that he had a stomach ache
and that he believes that there's something wrong with his digestive system.  Daniel also stated
that his Performance Evaluation for this year continues to be a source of stress for him
because, although they're not received until November 15th, he has to submit it to his CoC by
August (which is just a couple of months away).  He said that he needs to start doing "stuff" so
that he can get a decent evaluation; which is important for him for his career.
Daniel seemed worried and concerned regarding his evaluation.  He appears to be putting a lot
of anxiety on himself to start doing stuff that can positively reflect on his evaluation. At times, he
justified his emotions by saying that if he gets a "Promotable" evaluation (which is a lower
evaluation then the "Must Promote" last year) he can still pick-up the next rank in his rate even
with that "Promotable" evaluation.
 Daniel continues to attend AA meetings and incorporate his abstinence tools towards his
sobriety. He was reminded  to continue working on his ITP.  Daniel is currently addressing
Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from
alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 608**
AR 2595

**Medical Record**

Merwin, Daniel Dennis          DOB: ███  1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

Next scheduled appointment for Daniel will for his Level 1 OP Group here at WNY on May 20th 2015 @ 09:00
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 21 May 2015 1443
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 21 May 2015 1451

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

*18 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M*

Encounter ID:  BETH-20841809       Primary Dx:       GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**       Date: **18 May 2015 1300 EDT**       Appt Type: **GRP**
Treatment Facility: **WALTER REED**       Clinic: **PSYCHIATRY BE**       Provider: **MELTON,APRIL M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by MELTON,APRIL M @ 19 May 2015 0823 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- family history of heart disease (General FHx)
- no family history of cancer (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of patient counseling (General FHx)
- family history of the options include referral (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Social History**
No Social History Found.

**Reason for Appointment:**
CBT-i
**Appointment Comments:**
bst

**Note** Written by MELTON,APRIL M @ 19 May 2015 0826 EDT
**Group Therapy Note**

**Date:   18 May 15**
**Time w/Patient 1300-1400**

**Purpose of Group:**

Group members will learn and utilize CBTi components and follow healthy sleep guidelines to assist in managing insomnia.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

The group will also serve as opportunity for group members to share their experiences and gain support from others.

**Brief Summary of content of session #4- last session:**

Members discussed past week and changes/challenges they have made and come across with incorporating CBTi components, sleep hygiene, completing sleep log and keeping to their calculated sleep window.
Agenda for session four: briefly discussed how thinking influences sleep and how to think in ways that promote sleep, discussed changing dysfunctional core beliefs, ways to quiet the mind (buffer zone). Continued to discuss sleep diary and importance of completing every week for maximum opportunity to improve sleep quantity and quality. Reviewed sleep log, how to calculate Sleep Efficiency for using sleep training/restriction and completed Sleep Need Questionnaire in order to identify if sleep widow should be modified. Encouraged group members to cont to use sleep log and calculate SE on their own if needed. Gave group members as needed extra sleep logs, Sleep need questionnaires, and Addressing Insomnia in the Future handout.

**Summary of Patient Information and Participation:**

SM reports he continues to use the CBTi app on his phone which helps him record his sleep and automatically calculates his sleep efficiency. Reports his sleep efficiency is ~ 92% and his sleep widow is 930pm-530am. Reports the behavioral and cognitive changes he has made has helped him get better quality and quantity sleep. He cont to reports getting out of bed at the scheduled time is somewhat difficult, but is trying to make it a habit.
He reports he is not as tired throughout the day. Reports he will cont to use the CBTi app and has found it helpful.

**Pain:** None reported

**Mental Status:** SM presented to the group dressed appropriately in civilian attire.
His mood was euthymic and affect was congruent with mood. Speech was logical and goal directed with no evidence of loosened associations or flight of ideas. Thought processes were deemed to be intact with no evidence of hallucinations or delusions.

**Risk Assessment:** SM did not report any SI/HI. Status will continue to be monitored in group and also by individual providers.

**Plan:** last session- informed group members of future CBTi group sessions and encouraged members to attend for refresher or contact group leader for questions/concerns
Other treatment modalities (e.g. medication management, individual treatment) will continue as planned.

**A/P** Written by MELTON,APRIL M @ 19 May 2015 0825 EDT
**1. GENERALIZED ANXIETY DISORDER**
       Procedure(s):      -Psychiatric Therapy Group Interactive x 1

**Disposition** Written by MELTON,APRIL M @ 19 May 2015 0826 EDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**Signed By  MELTON, APRIL M** (LCSW-C, Social Worker, 295-4427, Pin# 1085970) @ 19 May 2015 0827

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *18 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20826838    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**       Date: **18 May 2015 0848 EDT**       Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**       Clinic: **SUBST ABUSE NY**       Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 18 May 2015 1033 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
- MAJOR DEPRESSION RECURRENT
  MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND
  ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL
  DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 18 May 2015 0848 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 18 May 2015 0937 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 18 May 2015 0848
-------------------------------
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 18 May 2015 0937 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 18 May 2015 0938 EDT
**History of present illness**
     The Patient is a 30 year old male.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last updated by GONZALEZZARAZUA,JORGE A @ 18 May 2015 1034 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

Procedure(s):     -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100.
                  -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

Laboratory(ies):  -ETG/ETS, UA (250 CUT-OFF) (Routine) Ordered By: GONZALEZZARAZUA,JORGE A Ordering Provider: AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: GONZALEZZARAZUA,JORGE A Ordering Provider: AILOR, LYNNE P

**Disposition** Last Updated by REGIS,JAMES @ 19 May 2015 1224 EDT
**Released w/o Limitations**

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: Daniel arrived on time for his Out Patient (OP) group appointment.  He is in Week 4, Day 1 of OP Level 1 treatment which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniel's 10th day of treatment in group. Neither Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session.  Group began with Daniel doing his introduction to 2 new group members followed by his check-in going over any triggers or cravings he may have had during the past couple of days

During Daniel's check-in, Daniel stated that he went on another date to a bar last week with another young lady that he met on line. Daniel stated that he found himself again sitting at a bar conversing with his date who was drinking and that he had no desire to drink.  Daniel also stated that he really likes this girl because she is into sci-fi like he is which he says is rare.  Daniel later said that he knew he cared about this girl because he became nervous around her which showed him that he really liked her.

Daniel seemed delighted and peaceful about his date and how successful it turned out.  He continues to ask inquisitive and detailed questions in group. Daniel remains adamant when it comes to his programming project.  He was reminded in group to continue working on his ITP.  Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.

Daniel showed no evidence of SI/HI/ATV

Next scheduled appointment for Daniel will be for a 1-on-1 Individual session with his counselor on the 20th of May 2015 @ 0800

Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 19 May 2015 1224
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 19 May 2015 1347

**CHANGE HISTORY**
*The following A/P Note Was Overwritten by GONZALEZZARAZUA,JORGE A @ 18 May 2015 1034 EDT:*
The A/P section was last updated by GONZALEZZARAZUA,JORGE A @ 18 May 2015 1034 EDT - see above.Previous Version of A/P section was entered/updated by PATSOS,ASHLEY N @ 18 May 2015 0939 EDT.
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

Procedure(s):     -ALCOHOL & DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100.
                  -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 614**
AR 2601

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

## *15 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20811912    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**          Date: **15 May 2015 0818 EDT**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**          Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 15 May 2015 1319 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 15 May 2015 0818 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 15 May 2015 0824 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 15 May 2015 0818
-------------------------------
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 15 May 2015 0825 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 15 May 2015 0825 EDT
**History of present illness**
    The Patient is a 30 year old male.

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 615**
AR 2602

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last Updated by PATSOS,ASHLEY N @ 15 May 2015 0827 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
      Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
                     group session from 0900-1100.
                     -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                     review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                     assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 15 May 2015 1320 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: Daniel arrived on time for his Out Patient (OP) group appointment.  He is in Week 3, Day 3 of OP Level 1 treatment which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniel's 9th day of treatment in group. Neither Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session.  Group began with Daniel doing his check-in to the group members going over any triggers or cravings he may have had during the past couple of days During Daniel's check-in, Daniel stated that he went to a bar last night on a date with a young lady that he met on line.  Daniel stated that this was the first time that he found himself actually sitting at a bar conversing with his date who was drinking.  Daniel stated even though the bartenders came around a couple of time asking him if he wanted a drink, he insisted on just water.  Regarding the topic of Peer Pressure that came up in group today, Daniel stated that he too would use a lie as a way to defuse him not drinking. Specifically, Daniel said that he would say he has "diabetes" and that he cannot drink.
Daniel seemed blissful about his night and the fact that he didn't have any urge to drink.  He stated that he was able to concentrate on his date and getting to befriend her.  Daniel continues to appear self-reliant and assertive when it comes to his programming project.  Daniel was reminded in group to continue working on his ITP.  Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for OP Level Treatment at BNHC-WNY on the 18th of May 2015 @ 0900
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 15 May 2015 1320
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 15 May 2015 1346

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

*14 May 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:      BETH-20800148      Primary Dx:      GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**       Date: **14 May 2015 0900 EDT**       Appt Type: **EST**
Treatment Facility: **WALTER REED**       Clinic: **PSYCHIATRY BE**       Provider: **ZEMBRZUSKA,HANNA**
**NATIONAL MILITARY MEDICAL CNTR**       **DOMINIKA**
Patient Status: **Outpatient**

**AutoCites** Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 14 May 2015 1622 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**

**04 May 2015 0922**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=250 |

**04 May 2015 0922**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | negative <i> | | (Negative) |
| Barbiturates | URINE | negative <i> | | (Negative) |
| Benzodiazepines | URINE | negative <i> | | (Negative) |
| Cocaine | URINE | negative <i> | | (Negative) |
| Opiates | URINE | negative <i> | | (Negative) |
| Phencyclidine, UA | URINE | negative <i> | | (Negative) |
| Cannabinoids | URINE | negative <i> | | (Negative) |
| Methadone | URINE | negative <i> | | (Not-Detected) |
| Oxycodone | URINE | negative <i> | ng/mL | (Negative) |

**28 Apr 2015 0958**

| Comprehensive Metabolic Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Albumin | SERUM | 5.1 | g/dL | (3.5-5.2) |
| Alkaline Phosphatase | SERUM | 70 | U/L | (40-129) |
| Alanine Aminotransferase | SERUM | 33 | U/L | (0-41) |
| Bilirubin | SERUM | 0.3 | mg/dL | (0-1.2) |
| Urea Nitrogen | SERUM | 13.4 | mg/dL | (6-20) |
| Calcium | SERUM | 9.9 | mg/dL | (8.6-10.2) |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-29) |
| Chloride | SERUM | 101 | mmol/L | (98-107) |
| Creatinine | SERUM | 0.97 | mg/dL | (0.7-1.2) |
| Glucose | SERUM | 90 | mg/dL | (74-106) |
| Potassium | SERUM | 4.6 | mmol/L | (3.5-5.1) |
| Protein | SERUM | 7.7 | g/dL | (6.6-8.7) |
| Sodium | SERUM | 143 | mmol/L | (136-145) |
| Anion Gap | SERUM | 13 | mmol/L | (7-16) |
| GFR Calculated Non-Black | SERUM | 104.3 | mL/min | (60->=60) |
| GFR Calculated Black | SERUM | 120.6 <i> | mL/min | (60->=60) |
| Aspartate Aminotransferase | SERUM | 26 | U/L | (0-40) |

**20 Apr 2015 0012**

| ETG/ETS, UA (500 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <o> | ng/mL | Cutoff=500 |

**20 Apr 2015 0012 <o>**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

| Merwin, Daniel Dennis | DOB: ■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

| Cannabinoids | URINE | not detected <i> | (Not-detected) |
| Methadone | URINE | not detected <i> | (Not-detected) |
| Oxycodone | URINE | not detected <i> | (Not-detected) |

**Rads**
No Rads Found.

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**Vitals**
**Vitals** Written by NEFF,JOANNE S @ 14 May 2015 0908 EDT
 BP: 121/79,   HR: 69,   RR: 16,   T: 97.2 °F

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 15 May 2015 0806 EDT
**History of present illness**
        The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

 30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Navy Information Operations Command (NIOC) at Fort Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder presents for f/u appt after Zoloft was increased to 75mg daily and he was started on Melatonin. Pt reports that his depressed mood has lifted and he is happier more often, but it is not consistent. He reports no difference in his anxiety, however, he has become more focused and productive. He wants to be a positive role model for others struggling with alcohol. He is again interested in volunteering which is something he did at the prime of his military career. He has been working on his computer game, created an LLC, and is tracking his hours working on the game. He continues to have anxious ruminations about work which lead to initial insomnia. He has been taking Melatonin at bedtime, but does not want to take it every night. He has been attending CBT-I group and using the CBT-I app both of which he has found helpful. He no longer reads his phone prior to bedtime. Sleeping about 7 hours per night. He reports sexual side effects (decreased interest) from Zoloft, but feels that this is beneficial since sex has been a distraction for him in the past.


.
From SARP note: The SM self-referred for SARP evaluation due to his growing concern about his drinking and inability to stop. According to the SM, his alcohol of choice is vodka.  He prefers to drink alone at home.  His drinking frequency is daily.  He reported an increase in his drinking, over the past 8 months, to daily drinking.  He described drinking 2 re on 16JUN2014 and was diagnosed with GAD and neurotic excoriation (scalp picking when anxious). He was then referred to a LCSW at WRNNMC for therapy and attended therapy sessions until 30OCT2014. He was then command referred to SARP on 17MAR2015 and diagnosed with Alcohol Use Disorder, moderate to severe. SARP referred pt to a 28 day inpatient alcohol rehab at Ft. Belvoir from which the pt was discharged at the end of April 2015.
        Medication list reviewed with patient, reconciliation completed, and list given to patient.
        Visit is not deployment-related.
 Pain Severity   0 / 10.
**Allergies**
Current Allergies Reviewed. NKDA.
**Current medication**

 Zoloft 75mg daily
Melatonin for insomia.
**Past medical/surgical history**
**Reported:**
        Recent Events: Medication compliance.
        Medical: Reported medical history Neurotic excoriation (scalp picking when anxious)
        Asthma during childhood
        Allergic response to pets
        Recurrent intestinal pain (possibly lactose intolerance)
        PRK (2011)
         and psychiatric history
        *  THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014.
            She documented Anxiety Disorder, NOS.  The SM indicated that he discontinued his participation in treatment due to the
            limited impact of these visits.
        *   MEDS: Denies other medication trials
        *   INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft.
            Belvoir.

**Medical Record**

Merwin, Daniel Dennis         DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

*   SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol and blacking out. Did not seek care. Denies self-injurious behavior.

Family history:
F: Alcohol use disorder
M: depression
Sister#1: depression, hx of suicide attempts
Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children
Maternal grandmother: bipolar

**Personal history**
Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6 y/o).  He and his two sisters were raised by their father, whose employment challenges qualified them for welfare.  There was also a tumultuous home environment.  Father was not involved with his children and was emotionally/physically abusive. Pt felt that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself.  He left his family abruptly, upon graduation from high school, in 2003.  Moved out of state and enrolled in college. He found himself ul experience from the past or avoid having feelings related to it?
[1 ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ 0 ] Trouble remembering important parts of a stressful experience from the past?
[0  ] Loss of interest in things that you used to enjoy?
[0  ] Feeling distant or cut off from other people?
[2 ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[0  ] Feeling as if your future will somehow be cut short?
[0  ] Trouble falling or staying asleep?
[1  ] Feeling irritable or having angry outbursts?
[ 1 ] Having difficulty concentrating?
[1 ] Being 'super alert' or watchful on guard?
[ 0 ] Feeling jumpy or easily startled?

Add point values from each response.  TotaD.
Behavioral: Caffeine use 16 oz tea/day and never a smoker  / Never Used Tobacco Products.
Alcohol: Not using alcohol Not currently.
**Subjective**

NO Learning Disablility, Language or Learning Barriers.
Additional Screening Questions:

Are you having any thoughts about harming another person? Denies
Do you feel like you are at risk for workplace violence? Denies
.
**Review of systems**


No current substance use symptoms
No current cognitive symptoms
No current psychotic symptoms


.
**Physical findings**
**General Appearance:**
     ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
     ° No disorientation was observed, oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
     Speech: ° Normal, regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
     Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
     Mood: • Dysthymic.  • Anxious.  ° Not depressed.
     Affect: • Abnormal anxious.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
     Thought Processes: ° Not impaired, they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
     Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
     Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

Non-Modifiable:
    Gender (risk factor if male): Y
    H/O Suicide Attempts:Y
    Organized Plan:N
    Chronic Psychiatric Disorder:Y
    Recent Psychiatric Hospitalization: RECENT REHAB
    H/O Abuse or Trauma:Y
    Chronic Physical Illness:N
    Family H/O Suicide/Attempts:Y
    Other Recent Loss:N
    Chronic Pain:N
    Age (risk factor if <25 or >60):N

Modifiable:
    Suicidal ideation/plans/intent:N
    Access to Lethal Means:N
    Poor Treatment Compliance:N
    Hopelessness:?
    Psychic Pain/Anxiety:Y
    Acute Event:N
    Insomnia:N
    Low Self-Worth:Y
    Impulsivity:N
    Substance Abuse:Y
    Financial Stress:Y, PAYING OFF DEBT
    Legal Stress:N

Protective:
    Strong Therapeutic Alliance:Y
    Positive Coping Skills:Y
    Responsible to/for Family:Y
    Responsible to/for Pet:N
    Frustration Tolerance:Y
    Resilience:Y
    Good Reality Testing:Y
    Amenable to Treatment:Y
    Social Support:Y


Risk of Harm to Others: DENIES

Action Taken Based on Risk Assessment:
[ X  ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:

**Therapy**
    • Duration of the encounter 30 min.
**Practice Management**
    Continue assessment and intervention
    Multi-Disciplinary Treatment Plan:

    Treatment Team Members -

    Individual Therapist: SARP
    Medication Prescriber: ZEMBRZUSKA
    Group Therapist: MELTON FOR CBT-I

    Additional Provider and treatment: SARP at Washington Navy Yard

    Date last updated: 14MAY2015
    Reviewed with patient on: same
    Does patient agree with plan? Yes
    If not, what part?
    Projected date of next treatment plan update: f/u in 1 month
    Discussion of assessment and intervention
    Tx Plan cont'd:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

(23APR2015) PHQ-9 = 4, GAD-7 = 5, PCL-C = 13

Diagnosis
Generalized Anxiety Disorder
Alcohol Use Disorder, moderate to severe

Active Problem List:
1. Anxiety, worry, irritability
2. Depressed/apathetic mood
3. Insomnia

Long-Term Goals:

1.  Improve relationship/increase social support from mother and sister
2.  Improve financial knowledge/pay off debts
 Discussion of risk of assessment and intervention
Interventions Provided at this session:

Objective 1 (Corresponds to Goal #  ): Anxiety, worry, irritability
-
Interventions:
1. Continue Zoloft 75mg daily. Discussed r/b/se.
2. Continue SARP.
3. Will discuss pt being referred for individual therapy for CBT at next session.
4. R/o OCD.

Objective 2 (Corresponds to Goal #  ):  Depressed/apathetic mood
-
Interventions:
1. Continue Zoloft 75mg daily. Discussed r/b/se.
2. Continue SARP.
3. Will discuss pt being referred for individual therapy for CBT at next session.

Objective 3 (Corresponds to Goal #  ): Insomnia
-
Interventions:
1. Continue Melatonin QHS prn insomnia
2. Pt to continue using CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and decrease ruminative thoughts
 3. Continue CBT-I group with Ms. Melton at WRNMMC.

Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.

---

**A/P** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 15 May 2015 0802 EDT
**1. GENERALIZED ANXIETY DISORDER** 300.02
        Procedure(s):            -(90833) Psych Ther Indiv Approx 30 Min W/ Medical Evaluation & Management x 1
**2. ALCOHOL DEPENDENCE (ALCOHOLISM)** 303.90

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 15 May 2015 0807 EDT
**Released w/o Limitations**
**Follow up:** 1 month(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

---

**Signed By  ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 15 May 2015 0807

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### *13 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

| Encounter ID: | BETH-20783265 | Primary Dx: | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |
|---|---|---|---|

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **13 May 2015 0800 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **REGIS,JAMES**

**AutoCites** Refreshed by REGIS,JAMES @ 15 May 2015 0758 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 13 May 2015 0800 EDT
OP GROUP/EST

**Screening** Written by PATSOS,ASHLEY N @ 13 May 2015 0801 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 13 May 2015 0800
------------------------------
OP GROUP/EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 13 May 2015 0802 EDT
 Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken at SARP treatment.

**S/O Note** Written by PATSOS,ASHLEY N @ 13 May 2015 0802 EDT
**History of present illness**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last Updated by PATSOS,ASHLEY N @ 13 May 2015 0804 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
Procedure(s):                -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-
on-one from 0800-0900 to review Individual Treatment Plan.
-ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
group session from 0900-1100.
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 15 May 2015 0759 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Out Patient (OP) group appointment.  He is in Week 3, Day 2 of OP Level 1 treatment
which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniel's 8th day of treatment in group. Neither Daniel
nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session.  Group began with
Daniel doing his check-in to the group members going over any triggers or cravings he may have had during the past couple of days
During Daniel's check-in, Daniel stated how excited he was because he had just set up a date for after group with a girl that he's
been talking to online.  He stated that whatever anything happens with her or not, he is OK with that fact.  Daniel also mentioned how
the Navy is his only family and it's what has validated him throughout these years.  He continued to say that the Navy is "all that he
has".
Daniel seemed very suspicious and cynical while describing his date.  He showed signs of why he has very little belief in his self-
worth.  However, while he was describing his programing abilities, Daniel continues to appear self-reliant and assertive. Daniel was
reminded in group to continue working on his ITP.  Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by
attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for OP Level Treatment at BNHC-WNY on the 15th of May 2015 @ 0900
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Note** Written by REGIS,JAMES @ 15 May 2015 0800 EDT
**Individual 1-on-1 session w/Counselor for Week #3 OP Level 1 Treatment**

Daniel arrived on time for his Individual 1-on-1 session with his counselor on Wednesday 13th
of May 2015 from 08:00 to 09:00 (1 hour). This is Daniel's 1-on-1 Individual session for Week #3
of his OP Level 1 Treatment at SARP WNY.  He stated that he just set up a lunch date with a
friend of his.  Daniel then stated that, although he is looking forward to seeing his date that he
doesn't think she will find him to be "her type" nor like him because she's very attractive.  This
he explains is directly attributed to his concerns of self-worth along with his anxiety issues that
he feels he has to continue working on.   Daniel also stated that he continues to write the
program for his game which he admits will give him recognition and will validate him as being
essential.

Daniel seemed excited and enthusiastic about his lunch date but immediately appeared
cautious suspicious when thoughts of his self-worth arose.  He continues to show passion for
his company and the development of his gaming software along with extreme eagerness to
succeed and to be validated.

Daniel continues to attend AA meetings and incorporate his abstinence tools towards his
sobriety. He was reminded  to continue working on his ITP.  Daniel is currently addressing
Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from
alcohol/drugs.

Daniel showed no evidence of SI/HI/ATV

Next scheduled appointment for Daniel will for his Level 1 OP Group here at WNY on May 11th
2015 @ 09:00

| Merwin, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 623**
AR 2610

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

---

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 15 May 2015 0803
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 15 May 2015 0827

---

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 624**
AR 2611

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *11 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M*

Encounter ID:     BETH-20774303     Primary Dx:     GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**          Date: **11 May 2015 1300 EDT**          Appt Type: **GRP**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **MELTON,APRIL M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by MELTON,APRIL M @ 12 May 2015 1135 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family medical history (General FHx)
- family history of heart disease (General FHx)
- no family history of cancer (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of patient counseling (General FHx)
- family history of the options include referral (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Social History**
No Social History Found.

**Reason for Appointment:**
CBT-i
**Appointment Comments:**
bst

<u>Note</u> Written by MELTON,APRIL M @ 12 May 2015 1138 EDT
**Group Therapy Note**

**Date:     11 May 15**
**Time w/Patient 1300-1400**

**Purpose of Group:**

Group members will learn and utilize CBTi components and follow healthy sleep guidelines to assist in managing insomnia. The group will also serve as opportunity for group members to share their experiences and gain support from others.

**Brief Summary of content of session #3:**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 625**
AR 2612

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Members discussed past week and changes/challenges they have made and come across with incorporating CBTi components, sleep hygiene, completing sleep log and keeping to their calculated sleep window. Agenda for session three: discussed how thinking influences sleep and how to think in ways that promote sleep, discussed changing dysfunctional core beliefs, ways to quiet the mind (buffer zone) and practiced and provided hand out of pleasant imagery exercise. Continued to discuss sleep diary and importance of completing every week for maximum opportunity to improve sleep quantity and quality. Reviewed sleep log, how to calculate Sleep Efficiency for using sleep training/restriction this week and identified sleep window for several members to begin sleep restriction.

**Summary of Patient Information and Participation:**

SM reports he continues to use the CBTi app on his phone which helps him record his sleep and automatically calculates his sleep efficiency. Reports his sleep efficiency is ~ 92% and his sleep widow is 930pm-5am. Reports he is having a hard time getting out of bed in the morning when his alarm wakes up and is not going to bed every night when he at scheduled time. He reports he is not as tired throughout the day. Reports he will work on this but notices that he is getting to sleep faster, as he is not using his phone to watch news or be stimulated right before bed.
Agreed to complete Sleep Log this week and attend next group session.

**Pain:** None reported

**Mental Status:** SM presented to the group dressed appropriately in civilian attire.
His mood was euthymic and affect was congruent with mood. Speech was logical and goal directed
with no evidence of loosened associations or flight of ideas. Thought processes were deemed to be intact
with no evidence of hallucinations or delusions.

**Risk Assessment:** SM did not report any SI/HI. Status will continue to be monitored in group
and also by individual providers.

**Plan:** Continue with group meetings 4 weeks
Other treatment modalities (e.g. medication management, individual treatment) will continue as planned.

**A/P** Written by MELTON,APRIL M @ 12 May 2015 1137 EDT
**1. GENERALIZED ANXIETY DISORDER**
　　　　Procedure(s):　　　-Psychiatric Therapy Group Interactive x 1

**Disposition** Written by MELTON,APRIL M @ 12 May 2015 1137 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCHIATRY BE clinic. - Comments: 1wk
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  MELTON, APRIL M** (LCSW-C, Social Worker, 295-4427, Pin# 1085970) @ 12 May 2015 1139

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 626**
AR 2613

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### *11 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

| Encounter ID: | BETH-20756996 | Primary Dx: | ALCOHOL DEPENDENCE (ALCOHOLISM) |
|---|---|---|---|

Patient: **MERWIN, DANIEL DENNIS**          Date: **11 May 2015 1055 EDT**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**          Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 15 May 2015 0746 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by BROWN,CYNTHIA E @ 11 May 2015 1055 EDT
OP GROUP

**Screening** Written by BROWN,CYNTHIA E @ 11 May 2015 1127 EDT
**Reason For Appointment:** Notes Entered by: BROWN,CYNTHIA E 11 May 2015 1055
-------------------------------
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by BROWN,CYNTHIA E @ 11 May 2015 1127 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language: English
Contact Number: ▮▮▮▮▮▮
No vitals taken at SARP

**S/O Note** Written by BROWN,CYNTHIA E @ 11 May 2015 1128 EDT
**Reason for Visit**
OP Group.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

A/P Last Updated by BROWN,CYNTHIA E @ 11 May 2015 1131 EDT
**1. ALCOHOL DEPENDENCE (ALCOHOLISM)**
Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100
          -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In additional services to help assist the patient and to monitor treatment progress and overall service delivered.

Disposition Last Updated by REGIS,JAMES @ 15 May 2015 0747 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: Daniel arrived on time for his Out Patient (OP) group appointment.  He is in Week 3, Day 1 of OP Level 1 treatment which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniel's 7th day of treatment in group. Neither Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session.  Group began with the introduction of 1 new group member and a review of group rules followed by a brief discussion concerning phobias and pet peeves of the group.
During Daniel's introduction, Daniel stated that although he bites his nails and picks at his hair, that he is very conscious when other people do that around him.  He stated that he doesn't bite them as much now because of his braces but before he had his braces; he explained how he was always doing it.  Daniel went on to tell another group member that she would have hated him because he would be biting his nails all the time.
Daniel continues to appear very attentive to the groups needs by continuing to take on the "fixer" role and attempting to solve different issues that arises in group.  He seems very insightful on both his current situation and that of the group.  Daniel was reminded in group to continue working on his ITP.  Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for a 1-on-1 Individual session with his counselor on the 13th of May 2015 @ 08:00
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 15 May 2015 0747
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 15 May 2015 0751

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten** by REGIS,JAMES @ 15 May 2015 0747 EDT:*
The Disposition section was last updated by REGIS,JAMES @ 15 May 2015 0747 EDT - see above.Previous Version of Disposition section was entered/updated by BROWN,CYNTHIA E @ 11 May 2015 1131 EDT.
**Released w/o Limitations**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 628**
AR 2615

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *08 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-20738346    Primary Dx:    ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **08 May 2015 0853 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **GRP**
Provider: **GONZALEZZARAZUA,JORGE A**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 08 May 2015 1424 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 08 May 2015 0853 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 08 May 2015 0907 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 08 May 2015 0853
------------------------------
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 08 May 2015 0908 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: 850-969-7239
No vitals taken at SARP treatment.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 08 May 2015 0911 EDT
**History of present illness**
     The Patient is a 30 year old male.


The patient attended the Outpatient Treatment Program (OP).



**A/P** Last Updated by PATSOS,ASHLEY N @ 08 May 2015 0912 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
     Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
                              group session from 0900-1100.
                              -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                              review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                              assist the patient and to monitor treatment progress and overall service delivered.


**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 08 May 2015 1425 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group
appointment. He is in Week 2, Day 3 of OP treatment attending from 0900-1100, total of 2 hours. The group started off by doing a
check-in and summarizing their current emotional state with a feeling word. Daniel and the rest of the group member also shared
their respective plans for the upcoming weekend, providing insight and support to each other.
Daniel shared that he is excited about his upcoming weekend and states that he has quite a bit of work planned. He shared that he
is working on developing a computer game and has set aside a few hours each morning and afternoon to sit down and write code
for his game. He also states that he will be attending a Nerf gun event called Zombies vs Humans on Saturday which is a fun way to
do Nerf gun battles. He also mentioned that he will be attending a couple self-help meetings each day to satisfy the requirements of
his ITP.
Daniel appears comfortable in the group setting, engaging well with others and being vocal about what others are sharing or
planning on doing. His check-in and sharing are mostly on the short side and rather vague. Daniel addressed Problem 1, Objective
1 and 2 of his ITP by attending his group session on time and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled apt 11 May 2015 @ 0900.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.


120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.



**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 08 May 2015 1426
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 08 May 2015 1506

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 630**
AR 2617

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

## *07 May 2015 at WRNMMC, Int Med CL C Medical Home BE by ARGUINZONI, JUAN B.*

Encounter ID:    BETH-20730612    Primary Dx:    ALCOHOL ABUSE - IN REMISSION

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 May 2015 1330 EDT**
Clinic: **INT MED MEDICAL HOME CL C BE**

Appt Type: **EST**
Provider: **ARGUINZONI,JUAN B.**

**AutoCites** Refreshed by OYAWALE,BIDEMI R @ 07 May 2015 1304 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
Physical Exam (SARP Related - Navy Yard), Dermatology issue as well
**Appointment Comments:**
Appt self-booked via TOL

**Vitals**
**Vitals** Written by OYAWALE,BIDEMI R @ 07 May 2015 1302 EDT
 BP: 122/72,   HR: 76,   RR: 16,   T: 97.8 °F,   HT: 69 in,   WT: 161 lbs,   SpO$_2$: 99%,   BMI: 23.78,
 BSA: 1.884 square meters,   Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

**Questionnaire AutoCites** Refreshed by OYAWALE,BIDEMI R @ 07 May 2015 1304 EDT
**Questionnaires**

Anxiety & Depression Screening Version: 1 Completed On: 07 May 2015
 1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Not at all
 2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Not at all
 3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Not at all
 4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Not at all
 5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself
 in some way?: Not at all

**S/O Note** Written by ARGUINZONI,JUAN B. @ 07 May 2015 1835 EDT
**History of present illness**
        The Patient is a 30 year old male.

<<Note accomplished in TSWF-CORE>>

30 y/o male (PCM Ms Austin) who comes to clinic for physical exam for SARP (Substance Abuse Rehabilitation  Program). Patient
used to drink 7-8 mixed drinks a day (rum, vodka) and was hospitalized for inpatient program at Fort Belvoir and discharged on 22
april 15 (his last etoh intake was 25 march 15). At present is on SARP program at Navy Yard. He takes sertraline for generalized
anxiety disorder. Has had patches of dry skin on scalp and is requesting dermatology consult. Feels fine otherwise and has no other
complaints.
        Medication list reviewed with patient, reconciliation completed.
**Allergies**
Allergies Verified and Updated
NKDA
.
**Current medication**
Including OTC meds, vitamins, herbals, etc.
Sertraline 50mg one and a half tab a day
.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history
        GAD
        alcohol dependence in remission
        .
        Surgical / Procedural: Surgical / procedural history
        PRK

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:  ███  1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

Tosillectomy
.
**Personal history**
Social history reviewed Does not smoke, no etoh intake since 25 march 15.
**Family history**
    Family medical history
    DM father, PGM
    MI father
    hypertension father
    melanoma father
    .

**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
    Injuries: ° No evidence of a head injury.
    Appearance: ° Head normocephalic.
**Neck:**
    Appearance: ° Of the neck was normal.
    Palpation: ° No tenderness of the neck.
    Thyroid: ° Showed no abnormalities.
**Eyes:**
    General/bilateral:
        Pupils: ° PERRL.  ° Size of the pupil was normal.  ° Pupil accommodation was not impaired.
        External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Outer Ear: ° Normal.
        External Auditory Canal: ° External auditory meatus normal.
    Right Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
    Left Ear:
        External Auditory Canal: ° Normal.
        Tympanic Membrane: ° No bulging tympanic membrane.  ° Not erythematous.
        Middle Ear: ° No fluid in middle ear.
**Nose:**
    General/bilateral:
        Discharge: ° No nasal discharge seen.
        External Deformities: ° No external nose deformities.
        Cavity: ° Nasal septum normal.  ° Nasal mucosa normal.  ° Nasal turbinate not erythematous.  ° Nasal turbinate not
            swollen.
        Sinus Tenderness: ° No sinus tenderness.
**Oral Cavity:**
    Lips: ° Showed no abnormalities.
    Buccal Mucosa: ° Examination showed no abnormalities.
**Pharynx:**
    Oropharynx: ° Normal.  ° Tonsils showed no abnormalities.
**Lymph Nodes:**
    ° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes
        were not enlarged.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████  DoD ID: 1286180538        Created: 16 Aug 2017

° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.

**Cardiovascular:**
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° Normal S1 and S2.  ° No gallop was heard.  ° No click was heard.  ° No pericardial friction rub heard.
Murmurs: ° No murmurs were heard.

**Abdomen:**
Visual Inspection: ° Abdomen was not distended.
Auscultation: ° Bowel sounds were not diminished or absent.
Palpation: ° Abdomen was soft.  ° No abdominal guarding.  ° Abdominal non-tender.  ° No mass was palpated in the abdomen.
Liver: ° Normal to palpation.
Spleen: ° Normal to palpation.
Hernia: ° No hernia was discovered.

**Musculoskeletal System:**
Functional Exam:
General/bilateral: ° Mobility was not limited.
Other:
General/bilateral: ° No muscle tenderness.

**Neurological:**
Sensation: ° No sensory exam abnormalities were noted.
Motor (Strength): ° Strength of the upper extremities was normal.  ° No lower extremity weakness was observed.
Balance: ° Normal.
Gait And Stance: ° Normal.
Reflexes: ° Deep tendon reflexes were normal.

**Skin:**
• Skin: two areas of alopecia on scalp.

**Practice Management**
Preventive medicine services
Lipid Screening -
Diabetes Screening -
Aspirin Prophylaxis -
HIV Screen -
Colonoscopy -

Tetanus (Td/Tdap) - 2013
Influenza Vaccine  - oct 2014
Zoster Vaccine -
Pneumococcal Vaccine -
HPV Vaccine -

Men:
Aortic Aneurysm Screen (if ever a smoker) -
..............

**Lab Result** Cited by ARGUINZONI,JUAN B. @ 07 May 2015 1844 EDT

| Comprehensive Metabolic Panel | Site/Specimen | 28 Apr 2015 0958 |
|---|---|---|
| Albumin | SERUM | 5.1 |
| Alkaline Phosphatase | SERUM | 70 |
| Alanine Aminotransferase | SERUM | 33 |
| Bilirubin | SERUM | 0.3 |
| Urea Nitrogen | SERUM | 13.4 |
| Calcium | SERUM | 9.9 |
| Carbon Dioxide | SERUM | 29 |
| Chloride | SERUM | 101 |
| Creatinine | SERUM | 0.97 |
| Glucose | SERUM | 90 |
| Potassium | SERUM | 4.6 |
| Protein | SERUM | 7.7 |
| Sodium | SERUM | 143 |
| Anion Gap | SERUM | 13 |
| GFR Calculated Non-Black | SERUM | 104.3 |
| GFR Calculated Black | SERUM | 120.6 <i> |
| Aspartate Aminotransferase | SERUM | 26 |

**Lab Result** Cited by ARGUINZONI,JUAN B. @ 07 May 2015 1844 EDT

| Drug Abuse Screen | Site/Specimen | 04 May 2015 0922 |
|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

| | | |
|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> |
| Barbiturates | URINE | NEGATIVE <i> |
| Benzodiazepines | URINE | NEGATIVE <i> |
| Cocaine | URINE | NEGATIVE <i> |
| Opiates | URINE | NEGATIVE <i> |
| Phencyclidine, UA | URINE | NEGATIVE <i> |
| Cannabinoids | URINE | NEGATIVE <i> |
| Methadone | URINE | NEGATIVE <i> |
| Oxycodone | URINE | NEGATIVE <i> |

**Lab Result** Cited by ARGUINZONI,JUAN B. @ 07 May 2015 1844 EDT

| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **04 May 2015 0922** |
|---|---|---|
| Ethyl Glucuronide | URINE | Negative |

**A/P** Written by ARGUINZONI,JUAN B. @ 07 May 2015 1848 EDT
**1. ALCOHOL ABUSE - IN REMISSION**: Physical exam form for SARP filled and signed. Continue in substance abuse rehab program.
**2. GENERALIZED ANXIETY DISORDER**: Continue sertraline
**3. ALOPECIA AREATA**: Referral to dermatology clinic

**Disposition** Written by ARGUINZONI,JUAN B. @ 07 May 2015 1851 EDT
**Released w/o Limitations**
**Follow up:**  with PCM. - Comments: Referral to dermatology.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  ARGUINZONI, JUAN B.** (Physician) @ 07 May 2015 1851

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *06 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:   BETH-20709936    Primary Dx:   ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**        Date: **06 May 2015 0911 EDT**        Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**        Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**                                                      **A**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 08 May 2015 1429 EDT

| Problems | Allergies |
|---|---|
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •OTHER: Unknown (SEE MED RECORD) |

**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 06 May 2015 0911 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 06 May 2015 0912 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 06 May 2015 0911
------------------------------
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 06 May 2015 0912 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: 850-969-7239
No vitals taken at SARP treatment.

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 635**
AR 2622

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 06 May 2015 0912 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).


**A/P** Last Updated by PATSOS,ASHLEY N @ 06 May 2015 0913 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100.
                -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.


**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 08 May 2015 1430 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group appointment. He is in Week 2, Day 2 of OP treatment attending from 0900-1100, total of 2 hours. The group started off by doing a check-in and summarizing their current emotional state with a feeling word. The group was also reminded by this counselor about abiding by group rules as well as emphasized the importance of owning their own statements.
Daniel shared that he went on a date with a lady he met online. He states that this is the norm for him and that he had no triggers since his last session. He states that he also went to a meeting with a member of his old group in residential treatment after she called him to invite him to a meeting. Daniel also shared with other group members that he thought they were glamorizing their relationship with alcohol versus looking at their current situation.
Daniel appears comfortable in the group setting, engaging with other group members and providing feedback as he sees necessary. However, after his check-in this counselor noticed that Daniel focused largely on everyone else's issues, trying to help out and provide feedback, but did very little sharing of his own. Daniel addressed Problem 1, Objective 1 and 2 of his ITP by attending his group session on time and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled apt 08 May 2015 @ 0900.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.


**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 08 May 2015 1430
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 08 May 2015 1509

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 636**
AR 2623

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### *06 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20707909    Primary Dx:    ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **06 May 2015 0808 EDT**    Appt Type: **EST**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**    Clinic: **SUBST ABUSE NY**    Provider: **REGIS,JAMES**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 06 May 2015 0910 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 06 May 2015 0808 EDT
EST

**Screening** Written by PATSOS,ASHLEY N @ 06 May 2015 0809 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 06 May 2015 0808
------------------------------
EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 06 May 2015 0809 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: 850-969-7239
No vitals taken at SARP treatment.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Questionnaire AutoCites** Refreshed by REGIS,JAMES @ 06 May 2015 0910 EDT
**Questionnaires**


**A/P** Last Updated by PATSOS,ASHLEY N @ 06 May 2015 0810 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):    -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-on-one from 0800-0900 to review Individual Treatment Plan.
                -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.


**Disposition** Written by REGIS,JAMES @ 06 May 2015 0910 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Individual 1-on-1 session with his counselor on Wednesday 06th of May 2015 at 08:00.
This is Daniel's 1-on-1 Individual session for Week #2 of his OP Level 1 Treatment at SARP WNY.  He stated that he was put on night shift at his job which with treatment has become an issue for him to stay on.  He stated that he is worried about how his command is going to react when he tells them that he cannot work the night schedule because of his treatment program.  Daniel also stated that he realizes that his taking Zoloft has diminished his sexual turn-on which he read is a side effect.  Daniel mentioned that he is getting very involved in his game writing these days and is thinking about establishing contract with different people in the industry to help with his company.  He realizes that he is driving more these days (over 100 miles this past week) to support his treatments in the DMV area.
Daniel seemed indifferent when talking about his treatment plan.  However, when explaining his company and the development of his gaming software, Daniel seemed extremely enthusiastic and ecstatic.  His job continues to be a source of frustration for him as he deal with a civilian counterpart that is out of the loop of his treatment needs.
Daniel continues to attend AA meetings and incorporate his abstinence tools towards his sobriety. He was reminded  to continue working on his ITP.  Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will for his Level 1 OP Group here at WNY on May 06th 2015 @ 09:00
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.


**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 06 May 2015 0911

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 638**
AR 2625

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *05 May 2015 at WRNMMC, Behavioral Health Qu by AILOR, LYNNE P*

Encounter ID:    BETH-20693884    Primary Dx:    Laboratory Studies

Patient: **MERWIN, DANIEL DENNIS**      Date: **05 May 2015 0930 EDT**      Appt Type: **PROC**
Treatment Facility: **NHC QUANTICO**      Clinic: **BEHAVIORAL HEALTH QU**      Provider: **AILOR,LYNNE P**
Patient Status: **Outpatient**

**Reason for Appointment:**
PROCEDURE - SARP LABS
**Appointment Comments:**
BRH

**Lab Result** Cited by AILOR,LYNNE P @ 05 May 2015 1523 EDT

| **Drug Abuse Screen** | **Site/Specimen** | **04 May 2015 0922** |
|---|---|---|
| Amphetamines | URINE | NEGATIVE <i> |
| Barbiturates | URINE | NEGATIVE <i> |
| Benzodiazepines | URINE | NEGATIVE <i> |
| Cocaine | URINE | NEGATIVE <i> |
| Opiates | URINE | NEGATIVE <i> |
| Phencyclidine, UA | URINE | NEGATIVE <i> |
| Cannabinoids | URINE | NEGATIVE <i> |
| Methadone | URINE | NEGATIVE <i> |
| Oxycodone | URINE | NEGATIVE <i> |

| **ETG/ETS, UA (250 Cut-Off)** | **Site/Specimen** | **04 May 2015 0922** |
|---|---|---|
| Ethyl Glucuronide | URINE | Negative |

**A/P** Written by AILOR,LYNNE P @ 05 May 2015 1526 EDT
**1. Laboratory Studies**
        Procedure(s):        -Psychiatric Diagnostic Evaluation Review of Records and Reports x 1
**2. PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS I**(*OTHER UNKNOWN AND UNSPECIFIED CAUSES OF MORBIDITY AND MORTALITY, NOT PGW SYNDROME*): Labs were reviewed by undersigned provider per SARP protocol. Results of ETG/ETS and Drug Abuse Screen were negative.

**Disposition** Written by AILOR,LYNNE P @ 05 May 2015 1526 EDT
**Released w/o Limitations**

---

**Signed By  AILOR, LYNNE P** (Physician) @ 05 May 2015 1526

---

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 639**
AR 2626

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

## *04 May 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M*

Encounter ID:    BETH-20705236    Primary Dx:    GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**    Date: **04 May 2015 1300 EDT**    Appt Type: **GRP**
Treatment Facility: **WALTER REED**    Clinic: **PSYCHIATRY BE**    Provider: **MELTON,APRIL M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by MELTON,APRIL M @ 05 May 2015 1604 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family history of heart disease (General FHx)
- no family history of cancer (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of patient counseling (General FHx)
- family history of the options include referral (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- family medical history (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Social History**
No Social History Found.

**Reason for Appointment:**
CBT-i
**Appointment Comments:**
bst

**Note** Written by MELTON,APRIL M @ 05 May 2015 1620 EDT
**Group Therapy Note**

**Date:**    04 May 15
**Time w/Patient 1300-1400**

**Purpose of Group:**

Group members will learn and utilize CBTi components and follow healthy sleep guidelines to assist in managing insomnia. The group will also serve as opportunity for group members to share their experiences and gain support from others.

**Brief Summary of content of session #2:**

---

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 640**
AR 2627

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 16 Aug 2017

Due to several new group member, Facilitator and co- facilitator provided information from session one
to assist new group members in obtaining and understanding  CBTi group. Participants introduced
 themselves, offered personal treatment goals. Agenda for session two discussed and handouts given to group members focusing
on sleep guidelines, habits that influence sleep. Discussed sleep diary and importance of completing every week for maximum
opportunity to improve sleep quantity and quality, by utilizing learned skills and adhering by sleep guidelines. Reviewed sleep log,
how to calculate sleep Sleep Efficiency for using sleep training/restriction this week.

**Summary of Patient Information and Participation:**

SM reports this week he used the CBTi app on his phone which helped him record his sleep and automatically calculated his sleep
efficiency for him. Agreed to complete Sleep Log this week and attend next group session.

**Pain:** None reported

**Mental Status:** SM presented to the group dressed appropriately in civilian attire.
 His mood was euthymic and affect was congruent with mood. Speech was logical and goal directed
with no evidence of loosened associations or flight of ideas. Thought processes were deemed to be intact
 with no evidence of hallucinations or delusions.

**Risk Assessment:** SM did not report any SI/HI. Status will continue to be monitored in group
and also by individual providers.

**Plan:** Continue with group meetings 4 weeks
 Other treatment modalities (e.g. medication management, individual treatment) will continue as planned.


**A/P** Last Updated by MELTON,APRIL M @ 05 May 2015 1605 EDT
**1. GENERALIZED ANXIETY DISORDER**
          Procedure(s):          -Psychiatric Therapy Group Interactive x 1


**Disposition** Last Updated by MELTON,APRIL M @ 05 May 2015 1607 EDT
**Released w/o Limitations**
**Follow up:** in the PSYCHIATRY BE clinic. - Comments: 1 wk for group
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  MELTON, APRIL M** (LCSW-C, Social Worker, 295-4427, Pin# 1085970) @ 05 May 2015 1621

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### *04 May 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20678033    Primary Dx:    ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **04 May 2015 0846 EDT**    Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 04 May 2015 0908 EDT

| Problems | Allergies |
|---|---|
| •ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR | •OTHER: Unknown (SEE MED RECORD) |
| •MAJOR DEPRESSION RECURRENT MODERATE | |
| •ANXIETY DISORDER NOS | |
| •Left ankle joint pain | |
| •NEUROTIC EXCORIATION | |
| •ANKLE SPRAIN LEFT | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | |
| •ANOMALIES OF SKIN | |
| •Abdominal pain | |
| •ASTHMA | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | |
| •Difficulty breathing (dyspnea) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | |
| •Removal Of Sutures | |
| •ASTHMA EXTRINSIC | |
| •ROSACEA | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | |
| •REFRACTIVE ERROR - MYOPIA | |
| •ALLERGIC RHINITIS | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 04 May 2015 0846 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 04 May 2015 0857 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 04 May 2015 0846
------------------------------
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 04 May 2015 0858 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #:█████████
No vitals taken for SARP Treatment.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 04 May 2015 0859 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last updated by GONZALEZZARAZUA,JORGE A @ 04 May 2015 0909 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group counseling session from 0900-1100.
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.
    Laboratory(ies):      -ETG/ETS, UA (250 CUT-OFF) (Routine) Ordered By: GONZALEZZARAZUA,JORGE A Ordering Provider: AILOR, LYNNE P; DRUG ABUSE SCREEN (Routine) Ordered By: GONZALEZZARAZUA,JORGE A Ordering Provider: AILOR, LYNNE P

**Disposition** Last Updated by REGIS,JAMES @ 06 May 2015 1225 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: Daniel arrived on time for his Out Patient (OP) group appointment. He is in Week 2, Day 1 of OP Level 1 treatment which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniels's 4th day of treatment in group. Neither Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session. Group began with the introduction of 2 new group members and a review of group rules followed by Daniel performing his check-in to the group going over any triggers or cravings he may have had during the past couple of days.
During Daniel's check-in, Daniel stated that he had a productive weekend even though he didn't get a chance to work on his gaming program that much. Daniel stated that he is looking forward to going on a date in Baltimore with a young lady whom he met on a dating website. He stated that she is a software programmer which intrigues' him because of his own interest in writing gaming programs.
Daniel seemed indifferent and cautious regarding his leisure activities during this past weekend. He seems to understand how to apply his sobriety tools in different situations even though he appears to question himself. In regards to his date, Daniel looked to be very confident and interested in its outcome. Daniel was reminded in group to continue working on his ITP. Daniel is currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for a 1-on-1 Individual session with his counselor on the 06th of May 2015 @ 0800
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 06 May 2015 1225
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 07 May 2015 0627

**CHANGE HISTORY**
***The following A/P Note Was Overwritten*** *by GONZALEZZARAZUA,JORGE A @ 04 May 2015 0909 EDT:*
The A/P section was last updated by GONZALEZZARAZUA,JORGE A @ 04 May 2015 0909 EDT - see above. Previous Version of A/P section was entered/updated by PATSOS,ASHLEY N @ 04 May 2015 0900 EDT.
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group counseling session from 0900-1100.
                        -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record. In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 643**
AR 2630

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

*01 May 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-20662019    Primary Dx:    ALCOHOL DEPENDENCE WITH
CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**          Date: **01 May 2015 0758 EDT**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**              Provider: **GONZALEZZARAZUA,JORGE**
**NAVY YARD**                                                                       **A**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 01 May 2015 1444 EDT

**Problems**                                                        **Allergies**
•ALCOHOL DEPENDENCE WITH                                            •OTHER: Unknown (SEE MED RECORD)
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 01 May 2015 0758 EDT
OP GROUP/EST

**Screening** Written by PATSOS,ASHLEY N @ 01 May 2015 0800 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 01 May 2015 0758
------------------------------
OP GROUP/EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 01 May 2015 0800 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███████
No vitals taken for SARP Treatment.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**A/P** Last Updated by PATSOS,ASHLEY N @ 01 May 2015 0805 EDT

**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**

Procedure(s):
-BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-on-one from 0800-0830 to review Individual Treatment Plan.
-ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended group session from 0900-1100.
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 01 May 2015 1445 EDT

**Released w/o Limitations**

**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his group appointment. He is in Week 1, Day 3 of OP treatment attending from 0900-1100, total of 2 hours. The group started off by doing a check-in and summarizing their current emotional state with one feeling word. The group was also reminded by this counselor about abiding by group rules as well as emphasized the importance of owning their own statements.

Daniel shared that being in OP group has been good for him as he believes there are still more things he wants to work on, pertaining to his recovery and why he used alcohol to cope with life. He states that he is getting back into the swing of things back at work and is trying to not allow himself to get stressed. He states that for the weekend, he has a trip planned to King's Dominion water park with a friend, allowing him some "fun time" and just relaxing in his place.

Daniel appears comfortable and willing to be an active participant in OP treatment. He seems to want to take charge of his recovery and used some of the tools he learned while in residential treatment. Daniel addressed Problem 1, Objective 1 of his ITP by attending his group session on time and abstaining from alcohol/drugs.

Daniel showed no evidence of SI/HI/ATV

Next scheduled apt 04 May 2015 @ 0900.

Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

---

**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 01 May 2015 1445

**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 01 May 2015 1453

---

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 645**

AR 2632

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

## *30 Apr 2015 at WRNMMC, Psychiatry Be by MELTON, APRIL M*

Encounter ID:    BETH-20652494    Primary Dx:    GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**        Date: **30 Apr 2015 1300 EDT**        Appt Type: **GRP**
Treatment Facility: **WALTER REED**        Clinic: **PSYCHIATRY BE**        Provider: **MELTON,APRIL M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by MELTON,APRIL M @ 30 Apr 2015 1032 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- family history of heart disease (General FHx)
- no family history of cancer (General FHx)
- family history of diabetes mellitus (General FHx)
- family history of mental illness (not retardation) (General FHx)
- family history of patient counseling (General FHx)
- family history of the options include referral (General FHx)
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- family medical history (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Social History**
No Social History Found.

**Reason for Appointment:**
CBT-i
**Appointment Comments:**
bst

**Note** Written by MELTON,APRIL M @ 30 Apr 2015 1034 EDT
**Group Therapy Note**

**Date:    27 April 15**
**Time w/Patient 1300-1400**

**Purpose of Group:**

Group members will learn and utilize CBTi components to assist in managing insomnia. The group will also serve as opportunity for group members to share their experiences and gain support from others.

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 646**
AR 2633

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Brief Summary of content of session #1:**

Facilitator and co- facilitator introduced themselves and provided information regarding CBTi group agenda. Participants introduced themselves, offered personal treatment goals and were asked to complete Insomnia Severity Index, Restless Leg Syndrome Assessment, STOP questionnaire and Dysfunctional Beliefs about Sleep survey. Education on sleep, sleep stages, insomnia and CBTi components provided. Discussed sleep diary and importance of completing every week for maximum opportunity to improve sleep quantity and quality.

**Summary of Patient Information and Participation:**

Pt presents with a formal diagnosis of  GAD and was referred to group by Dr. Zembrzka. Pt stated mood today is good and participated in the group, offering personal treatment goals and reason for attending the group; he wants to improve quality of sleep. Reports he sleeps about 5hrs per night but is in bed for a total of 8hrs. Agreed to complete Sleep Log this week and attend next group session.

**Pain:** None reported

**Mental Status:** SM presented to the group dressed appropriately in military uniform. His mood was euthymic and affect was congruent with mood. Speech was logical and goal directed with no evidence of loosened associations or flight of ideas. Thought processes were deemed to be intact with no evidence of hallucinations or delusions.

**Risk Assessment:** SM did not report any SI/HI. Status will continue to be monitored in group and also by individual providers.

**Plan:** Continue with group meetings for ~4 weeks. Other treatment modalities (e.g. medication management, individual treatment) will continue as planned.

**A/P** Written by MELTON,APRIL M @ 30 Apr 2015 1032 EDT
**1. GENERALIZED ANXIETY DISORDER**
        Procedure(s):        -Psychiatric Therapy Group Interactive x 1

**Disposition** Written by MELTON,APRIL M @ 30 Apr 2015 1032 EDT
**Released w/o Limitations**
**Follow up:**  in the PSYCHIATRY BE clinic. - Comments: 1 wk
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  MELTON, APRIL M** (LCSW-C, Social Worker, 295-4427, Pin# 1085970) @ 30 Apr 2015 1035

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 647**
AR 2634

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

## *29 Apr 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:     BETH-20634025     Primary Dx:     ALCOHOL DEPENDENCE WITH
                                                    CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**          Date: **29 Apr 2015 0854 EDT**          Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**      Clinic: **SUBST ABUSE NY**             Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 29 Apr 2015 1426 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
   CONTINUOUS DRINKING
   BEHAVIOR
•MAJOR DEPRESSION RECURRENT
   MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 29 Apr 2015 0854 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 29 Apr 2015 0924 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 29 Apr 2015 0854
------------------------------
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 29 Apr 2015 0924 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #:☐
No vitals taken at SARP treatment.

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 648**
AR 2635

## Medical Record

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**S/O Note** Written by PATSOS,ASHLEY N @ 29 Apr 2015 0933 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last Updated by PATSOS,ASHLEY N @ 29 Apr 2015 0933 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):        -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
            group session from 0900-1100.
            -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
            review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
            assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 29 Apr 2015 1427 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Out Patient (OP) group appointment.  He is in Week 1, Day 2 of OP Level 1 treatment
which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniels 2nd day of treatment in group. Neither
Daniel nor any other group member admitted to consuming any alcohol or illegal drugs since their last group session.  Group began
with the review of group rules followed by Daniel performing his check-in to the group going over any triggers or cravings he may
have had during the past couple of days.
During Daniel's check-in, Daniel stated that he was feeling apathetic because he spoke to his step mother who gave him news
about his father's postings on Facebook.  Daniel went on to say that he thought his father's actions were childish and that he didn't
care about it.  He said that his triggers usually involved his being disappointed in relationships which would lead him to drinking.
The group asked him about his disappointed relationship with his father and whether or not that's ever caused him to drink; to which
he said no.
Daniel seemed perplexed and disappointed when explaining his relationship and arguments with his father.  He appears withdrawn
and exasperated regarding his rapport with his father.  Daniel was reminded in group to continue working on his ITP.  Daniel is
currently addressing Problem 3, Objectives 1 through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for a 1-on-1 Individual session with his counselor on the 1st of May 2015 @ 0800
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 29 Apr 2015 1428
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 29 Apr 2015 1430

CHANGE HISTORY
*The following S/O Note Was Deleted by PATSOS,ASHLEY N @ 29 Apr 2015 0933 EDT:*
**History of present illness**
    The Patient is a 30 year old male.

The patient was present for the Continuing Care Support Group (CCSG).

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 649**
AR 2636

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *28 Apr 2015 at WRNMMC, Medical Readiness Clinic Bethesda by PARSON, MARSHEA S*

Encounter ID:    BETH-20618206    Primary Dx:    Visit for: military services physical

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **28 Apr 2015 0900 EDT**
Clinic: **MEDICAL READINESS CL BE**

Appt Type: **WELL**
Provider: **PARSON,MARSHEA S**

**AutoCites** Refreshed by PARSON,MARSHEA S @ 28 Apr 2015 0945 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Family History**
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- family medical history (General FHx)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Procedures**
- Postoperative Visit, Without Charge (06 Jun 2011)
- Postoperative Visit, Without Charge (06 Jun 2011)
- Ophthalmological Prior Patient Start Comprehensive Care (04 May 2011)
- Postoperative Visit, Without Charge (26 Apr 2011)
- Postoperative Visit, Without Charge (22 Apr 2011)
- PHOTOREFRACTIVE KERATECTOMY (PRK) (21 Apr 2011)
- Computerized Corneal Topography (29 Mar 2011)
- Scanning Computerized Ophthalmic Diagnostic Imaging Anterior Segment, Unilateral (29 Mar 2011)
- Corneal Pachymetry Both Eyes (29 Mar 2011)
- Determination Of Refractive State (29 Mar 2011)
- Ophthalmological New Patient Start Comprehensive Care (29 Mar 2011)
- Pulmonary Function Carbon Monoxide Diffusion % (DLCO) (24 Mar 2011)
- Spirometry Pre-bronchodilator (24 Mar

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 650**
AR 2637

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

2011)
- Spirometry Post-bronchodilator (24 Mar 2011)
- Bronchial Challenge With Methacholine (24 Mar 2011)
- Special Dr. Services Analysis Of Computerized Data (24 Mar 2011)
- Pulmonary Function FRC (% Predicted Normal) (24 Mar 2011)
- Pulmonary Function MVV (24 Mar 2011)
- Pulse Oximetry (24 Mar 2011)
- Determination Of Refractive State (16 Mar 2011)
- Ophthalmological Prior Patient Start Intermediate Level Care (16 Mar 2011)
- Corneal Pachymetry Both Eyes (17 Feb 2011)
- Ophthalmological Prior Patient Start Comprehensive Care (17 Feb 2011)
- Biopsy Skin (24 Nov 2010)
- Immunization Administration One Vaccine (15 Nov 2010)
- Influenza Virus Vaccine Live Intranasal (15 Nov 2010)
- Biopsy Skin (28 Sep 2010)
- Biopsy Skin Each Additional Lesion (28 Sep 2010)
- Prescription & Fitting Bilateral Corneal Lenses (Not Aphakia (23 Apr 2010)
- Determination Of Refractive State (23 Apr 2010)
- Spectacles Services Fitting Monofocals (Not For Aphakia) (23 Apr 2010)
- Ophthalmological New Patient Start Comprehensive Care (23 Apr 2010)
- Anthrax Vaccine, For Subcutaneous Use (09 Mar 2010)
- Influenza Virus Vaccine Pandemic Formulation (22 Dec 2009)
- Immunization Administration One Vaccine (22 Dec 2009)
- Immunization Administration One Vaccine (23 Sep 2009)
- Influenza Virus Vaccine Live Intranasal (23 Sep 2009)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**
pha/navy
**Appointment Comments:**
ash8056967239

**Screening** Written by PONDS,BRANDON J @ 28 Apr 2015 0910 EDT
**Reason For Appointment:** pha/navy

Allergen information verified by PONDS, BRANDON J @ 28 Apr 2015 0910 EDT

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

**Vitals**

**Vitals** Written by PONDS,BRANDON J @ 28 Apr 2015 0924 EDT
BP: 129/76,    HR: 61,    RR: 14,    T: 98.1 °F,    HT: 69 in,    WT: 150 lbs,    Uncorr OD: 20/25,    Uncorr OS: 20/25,    Uncorr OU: 20/25,    BMI: 22.15,
BSA: 1.828 square meters,    Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** EPWORTH SLEEP: 8

**Questionnaire AutoCites** Refreshed by PARSON,MARSHEA S @ 28 Apr 2015 0945 EDT
**Questionnaires**

Tuberculosis Exposure Risk Assessment Version: 3 Completed On: 28 Apr 2015
  1. Since your last Tuberculosis Exposure Questionnaire were you exposed to anyone known to have or suspected of having active tuberculosis(i.e. with persistent cough, weight loss, night sweats, and/or fever)?: No
  2. Since your last Tuberculosis Exposure Questionnaire or Post Deployment Health Assessment (DD Form 2796), did you have direct & prolonged contact with any individuals of the following groups: refugees or displaced persons: patients hospitalized with tuberculosis, prisoners, or homeless shelter populations?: No
  3. Write the name of any country or countries where you have traveled or deployed to since your last Tuberculosis Exposure Questionnaire.: N/A
  4. During this travel, did you have prolonged direct contact with the local population? Prolonged direct contact is generally understood as having been within six feet of a person with a bad continuous cough for at least eight consecutive hours on a single day, or for a total of at least fifteen hours per week of a multi-week stay.: No
  5. Have you had a prior history of TB or prior treatment for Latent TB?: No
  6. PROVIDER: Have you recently had a chronic cough AND did you have any of the following at the same time? Fever, Coughed up Blood, Unexplained Weight Loss, Night Sweats: No
  7. PROVIDER: Since your last risk assessment, did you develop any of the following conditions: organ transplant; HIV Infection; Immunosuppression secondary to use of prednisone (equivalent of >15mg/day> 1 month) or other immunosuppressive medication such as Humira, Enbrel or Remicade?: No
  8. PROVIDER: Since your last TB risk assessment did you develop any of the following conditions: diabetes, silicosis, cancer of head or neck, Hodgkin's disease, leukemia,  end stage renal disease, intestinal bypass or gastrectomy, chronic malabsorption syndrome, low body weight (10% or more below ideal weight) or injection drug use?: No

EPWORTH Sleepiness Scale Version: 1 Completed On: 28 Apr 2015
  1. How likely are you to doze off or fall asleep while SITTING and READING?: 3
  2. How likely are you to doze off or fall asleep while WATCHING TV?: 1
  3. How likely are you to doze off or fall asleep while INACTIVE in a meeting, theater, or other similar place?: 0
  4. How likely are you to doze off or fall asleep as a PASSENGER in a car for an HOUR without a break?: 3
  5. How likely are you to doze off or fall asleep while LYING DOWN to rest in the afternoon when circumstances permit?: 0
  6. How likely are you to doze off or fall asleep while sitting and TALKING to someone?: 0
  7. How likely are you to doze off or fall asleep while SITTING QUIETLY after a lunch without alcohol?: 1
  8. How likely are you to doze off or fall asleep in a CAR, while stopped for a few minutes in the traffic?: 0

**S/O Note** Written by PARSON,MARSHEA S @ 28 Apr 2015 0945 EDT
**Chief complaint**
The Chief Complaint is: FACE TO FACE PHA,  ACTIVE DUTY.
**Reason for Visit**
    Visit for: FACE TO FACE PHA.
**History of present illness**
    The Patient is a 30 year old male.

Annual Periodic Health Assessment includes record review/assessment/counseling of avoidable health risk factors, clinical preventive services, deployment health history, and individual medical readiness assessment IAW MANMED.
    Past medical history reviewed, problem list reviewed, medication list reviewed, family history reviewed, and surgical history reviewed.
    Military service [ ] Y  [X ] N  Deployed since previous PHA
    [ ] Y  [ X ] N  Post-Deployment Health Assessment completed
    [ ] Y  [ X ] N  Post-Deployment Health Reassessment completed
    [ ] Y  [X ] N  Post-Deployment labs/tests completed
    [ ] Y  [ X ] N Deployment/Shipboard limiting conditions identified
    . Currently on active duty.
    No systemic symptoms.
Navy ADSM educated to the Face to Face PHA.  Ft Meade, CTN1.  Denies new  behavioral health,  new medical health complaints. Reviewed problem list . No deployment limiting conditions. Reviewed and educated to  Framingham and survey results.
**Past medical/surgical history**
**Reported:**
    Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs? [ ] Yes  [ X ] No.  No chronic illness.  An allergy SEE ABOVE.
    Medications: Medication history SEE ABOVE.  Not taking medication for high blood pressure.
    Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [X  ]Yes [  ]No

**Medical Record**

Merwin, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538    Created: 16 Aug 2017

2) Is there a complaint of tinnitus that has not been addressed? [ ]Yes [X ]No

3) Is there a complaint of changes in hearing since the last hearing test? [ ]Yes [X ]No

4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500, 1000 and 2000 Hz that average 30 dB or greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [ ]Yes [ X ]No

5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12 months? [ ]Yes [ X ]No.

SEE ABOVE.

**Family history**

No family history of cancer
Mental illness (not retardation) MATERNAL
Heart disease PATERNAL GF, Father
Diabetes mellitus PATERNAL GF and Father.

**Review of systems**

**Head:** No head symptoms.

**Neck:** No neck symptoms.

**Eyes:** No eye symptoms.

**Otolaryngeal:** No otolaryngeal symptoms.

**Breasts:** No breast symptoms.

**Cardiovascular:** No cardiovascular symptoms.

**Gastrointestinal:** No gastrointestinal symptoms.

**Genitourinary:** No genitourinary symptoms.

**Endocrine:** No endocrine symptoms.

**Hematologic:** No hematologic symptoms.

**Musculoskeletal:** No musculoskeletal symptoms.

**Neurological:** No neurological symptoms.

**Physical findings**

**Vital Signs:**
° Current vital signs reviewed.

**General Appearance:**
° Well-appearing.

**Head:**
Appearance: ° Head normocephalic.

**Musculoskeletal System:**
General/bilateral: ° Normal movement of all extremities.

**Neurological:**
° Level of consciousness was normal.
Speech: ° Normal.
Coordination / Cerebellum: ° No coordination/cerebellum abnormalities were noted.
Balance: ° Normal.
Gait And Stance: ° Normal.

**Psychiatric:**
Affect: ° Normal.
Thought Processes: ° Not impaired.
Thought Content: ° Revealed no impairment.

**Objective**

Health Record       [] Reviewed   [X ] Not available  [ ] Remarkable for:
Dental Classification   [X] Reviewed  [ ] Not available  [ ] See Plan:
Immunization record   [X] Reviewed  [ ] Not available  [ ] See Plan:

**Assessment**

• Military service status
IMR Category:
Fully Medically Ready (X  )
Partially Medically Ready (  )
Not Medically Ready (  )
Medical Readiness Indeterminant (  )
Comments:

**Therapy**

• No electronic medical alert pendant in possession as indicated.

**Plan**

• Referred elsewhere for the options include referral
[  ] Physical Activity
[  ] Safety
[  ] Diabetes Counseling
[  ] Cholesterol
[ X ] Nutrition
[ X ] Sexuality

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 16 Aug 2017

[  ] Other:
• Referred elsewhere for patient counseling
[  ] Tobacco Use
[  ] Alcohol Use
[  ] Weight Management
[  ] Dental Care
[  ] Mental Health
[  ] Hypertension
[X  ] Other:STRESS MANAGEMENT, SLEEP
Updated DD 2766 Sections:  NO RECORD
 Health counseling performed or scheduled documented on the DD 2766 and for additional topics below:
**Notes**
Follow-up in one year.
**Practice Management**
      Risk factor counseling individual, 30 minutes.

**Lab Result** Cited by PONDS,BRANDON J @ 28 Apr 2015 0920 EDT

| Lipid Panel | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| Cholesterol | SERUM | 208 (H) <i> |
| Triglyceride | SERUM | 158 (H) <i> |
| HDL Cholesterol | SERUM | 64.0 (H) |
| LDL Cholesterol | SERUM | 112 <i> |
| VLDL Cholesterol | SERUM | 32 |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 |

**Lab Result** Cited by PONDS,BRANDON J @ 28 Apr 2015 0914 EDT

| Comprehensive Metabolic Panel | Site/Specimen | 27 Mar 2015 1600 |
|---|---|---|
| Albumin | SERUM | 4.9 |
| Alkaline Phosphatase | SERUM | 71 |
| Alanine Aminotransferase | SERUM | 29 <i> |
| Bilirubin | SERUM | 0.3 |
| Urea Nitrogen | SERUM | 14 |
| Calcium | SERUM | 10.0 |
| Carbon Dioxide | SERUM | 29 |
| Chloride | SERUM | 98 |
| Creatinine | SERUM | 0.9 |
| Glucose | SERUM | 82 |
| Potassium | SERUM | 4.7 |
| Protein | SERUM | 7.9 |
| Sodium | SERUM | 139 |
| Anion Gap | SERUM | 13 |
| GFR Calculated Non-Black | SERUM | 114.7 |
| GFR Calculated Black | SERUM | 132.6 <i> |
| Aspartate Aminotransferase | SERUM | <5 |

**Lab Result** Cited by PONDS,BRANDON J @ 28 Apr 2015 0913 EDT

| HIV-1/O/2 Ab | Site/Specimen | 27 Mar 2015 1600 |
|---|---|---|
| HIV-1/O/2 Ab | SERUM | ****** |

**A/P** Last updated by PARSON,MARSHEA S @ 28 Apr 2015 0950 EDT
**1. Visit for: military services physical**(*PERIODIC PREVENTION EXAMINATION*): PHA updated in MRRS.
      Procedure(s):      -Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S):
                              PONDS,BRANDON J
      Laboratory(ies):      -HEPATITIS C AB (Routine) Ordered By: PONDS,BRANDON J Ordering Provider: PARSON,
                              MARSHEA S
**2. ASTHMA**(*ASTHMA, UNSPECIFIED, MILD*): See Pulmonary SF 600 Written by LEWIS,CHRISTOPHER T @ 26 Jul 2011 1135
CDT
1. ASTHMA(ASTHMA, UNSPECIFIED, MILD): Pt with a symptom complex and positive high dose methacholine challenge test
consistent with mild intermittent asthma.  HIs symptoms are confined to allergen exposure, particularly to cats.  Given the mild

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 16 Aug 2017

intermittent nature of his disease, he does not require a controller medicine, and will be treated with prn albuterol alone.  He was counseled on allergen avoidance.  No further workup is required.  He is FIT FOR FULL DUTY WITHOUT RESTRICTIONS, and FIT FOR WORLD WIDE DEPLOYMENT WITHOUT RESTRICTIONS.  Follow up in 6 months.

**3. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**: SM recently discharged for inpatient for alcohol abuse.
**4. MAJOR DEPRESSION RECURRENT MODERATE**: SM is being followed in Behavioral Health. Being seen every three weeks.
**5. ANXIETY DISORDER NOS**
**6. ESSENTIAL HYPERTRIGLYCERIDEMIA**: SM had lifestyle change ou decrease levels. See lipid panel 2014.
**7. POSTSURGICAL STATE OF EYE AND ADNEXA**: SM had PRK, OU. No complications.
**8. ROSACEA**: SM states working diagnosis. He was in Florida and had redness when in sun.
**9. Patient Education**(*OTHER SPECIFIED COUNSELING*): SM educated to the PHA visit. Reviewed HRA survey results , discussed, education provided. Epworth Sleepiness Scale review and discussed.
 Update PHA in birth month.

**Disposition** Last updated by PARSON,MARSHEA S @ 28 Apr 2015 0950 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by PONDS,BRANDON J @ 28 Apr 2015 0928 EDT

## Thank You for Completing the
## Fleet and Marine Corps Health Risk
## Assessment

You rated your health as Good. Personal perception about how healthy you are is usually quite accurate.  Your Personal Health Risk Appraisal Report identified 4 risk categories from the answers you provided that relate to overall health, which places you in a MEDIUM risk group. Numbers of risk factors have been shown to predict future health care use and health care costs. It is important for individuals to move toward the "low risk" category by reducing the number of behavioral risks, and for those already at low risk, to avoid increasing the number of risk factors over time.

| | | You reported 4 categories, which places you at MEDIUM risk. The categories you scored "unhealthy" on included: |
|---|---|---|
| High Risk | = 5 or more risk categories | • Stress Management |
| Medium Risk | = 3-4 risk categories | • Sexual Health |
| Low Risk | = 0-2 risk categories | • Nutrition |
| | | • Sleep |

Body Mass Index (Note the limitations of BMI below) — *Normal Weight*
http://www.cdc.gov/nccdphp/dnpa/bmi/adult_BMI/about_adult_BMI.htm
YOUR BODY MASS INDEX = 22.1.
Both being overweight or being underweight are related to increased risk of disease and death. Among most Americans, BMI is a reliable indicator of total body fat. It is an inexpensive and easy-to-perform method of screening for weight categories that may

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:          1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

lead to health problems. Limitations of BMI are that it may overestimate body fat in athletes and others who have a muscular build or underestimate body fat in individuals who lack lean muscles mass.


TOBACCO USE— *Never used tobacco*          http://www.ucanquit2.org
http://betobaccofree.hhs.gov/
You are doing the single most important thing to stay healthy! Not smoking saves you money (over $2000/year for one pack per day), helps you avoid many tobacco related diseases, and adds to your fitness level and overall health.

TOBACCO USE— *Never used tobacco*          http://www.ucanquit2.org
http://betobaccofree.hhs.gov/
Not using smokeless tobacco is a great choice. You can avoid oral cancer, tooth and gum disease, and maintain a fresh and clean mouth.

ALCOHOL USE— *No*          http://www.nlm.nih.gov/medlineplus/alcoholconsumption.html


ALCOHOL USE— *Never*          http://www.rethinkingdrinking.niaaa.nih.gov/
You indicate a healthy choice not to drink heavily, even during celebrations. Sailors and Marines also look out for their shipmates and fellow Marines who have been drinking.

ALCOHOL USE— *Never (i.e. not during the past year)*
http://www.rethinkingdrinking.niaaa.nih.gov/
You are being a responsible Sailor or Marine by never driving drunk or riding with someone who has been drinking. You can also help fellow Sailors and Marines avoid alcohol related incidents by looking out for those who try to drink and drive - and help them get home safely.

INJURY PREVENTION— *Always*          http://www.nhtsa.gov/Driving+Safety
By always using your seat belt, you decrease your risk of serious injury or death after an accident by about 50%.

INJURY PREVENTION— *Always*          http://www.nhtsa.gov/Driving+Safety
Your use of a protective helmet provides significant protection against head injury or death. Wearing other protective gear, maintaining control of your vehicle, and driving defensively can also reduce your risk.

INJURY PREVENTION— *Always*          http://www.cdc.gov/niosh/topics/safety.html
You are protecting yourself against injuries and disease at your worksite by using appropriate safety equipment

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

## STRESS MANAGEMENT— *Somewhat satisfied*
http://www.nlm.nih.gov/medlineplus/stress.html        http://afterdeployment.dcoe.mil

You are only somewhat satisfied with your life. Life satisfaction is a common goal that we as human beings strive to achieve. Work, relationships and social activities can all contribute to life satisfaction. Look to these sources for improving your level of satisfaction.

## STRESS MANAGEMENT— *Sometimes*
http://www.med.navy.mil/sites/nmcsd/nccosc/serviceMembersV2/stressManagement/theStressContinuum/Pages/default.aspx   http://startmovingforward.dcoe.mil

Occasional stress in your work or at home is common. Problem-solving or discussing possible solutions with someone else may help reduce or eliminate some of your stress.

## STRESS MANAGEMENT— *Sometimes*
http://www.helpguide.org/topics/relationships.htm        http://afterdeployment.dcoe.mil

Finding someone with whom you can talk can help you see that you are not alone in how you feel. Talking with others can also provide you with strategies to successfully manage your concerns. Counselors and chaplains are available to assist you. .

## SEXUAL HEALTH— *Most of the time*        http://www.med.navy.mil/sites/nmcphc/health-promotion/reproductive-sexual-health/Pages/condoms.aspx

Choosing to use a latex condom consistently and correctly each time you have sex will significantly reduce your risk of acquiring a sexually transmitted infection

## PHYSICAL ACTIVITY— *3 weeks per month*
http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html

To promote and maintain health, all healthy adults aged 18-64 years need moderate-intensity aerobic activity for a minimum of 150 minutes each week or vigorous-intensity aerobic activity for 75 minutes each week. Combinations of moderate- and vigorous-intensity activity can be performed to meet this recommendation. Exercise sessions can be broken up into as little as 10 minutes at a time.

## PHYSICAL ACTIVITY— *2 days per week*
http://www.cdc.gov/physicalactivity/everyone/guidelines/adults.html

Muscle-strengthening activities should work all the major muscle groups of your body (legs, hips, back, chest, abdomen, shoulders, and arms). To gain health benefits, muscle-strengthening activities need to be done to the point where it is hard for you to do another repetition without help. Adding muscle allows you to do more activities, improves appearance, and reduces the risk of several chronic diseases.

## NUTRITION— *At least 3-5 times per week or more*
http://www.cdc.gov/nutrition/everyone/basics/fat/index.html

Some dietary fat is needed for good health, but high levels of fat in your diet may lead to excessive weight gain and increase your risk of certain cancers. Eating foods high in staturated and trans-fats also increases your risk of heart disease. Select foods low in

**Medical Record**

Merwin, Daniel Dennis        DOB:  ____ 1985  SSN: ***-**-____    DoD ID: 1286180538        Created: 16 Aug 2017

saturated fats, trans fats, and cholesterol; eat plenty of whole grains, fruits and vegetables; and choose low fat milk products and lean meats.

NUTRITION— *Two*        http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html

The national goal for Americans is to consume at least two servings of fruits per day. Fruits and vegetables contain essential vitamins, minerals, and fiber that may help protect you from chronic diseases and can make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individuals age, gender, and level of physical activity.

SUPPLEMENTS— *Never*        http://humanperformanceresourcecenter.org/dietary-supplements

People choosing to supplement their diets with herbals, vitamins, minerals, or other substances need to know about the products they choose so that they can make informed decisions about them. The choice to use a dietary supplement can be a wise decision that provides health benefits. However, under certain circumstances, these products may be unnecessary for good health or they may even create unexpected risks or interact with medications. It is wise to ask your physician or pharmacist before taking supplements.

DENTAL— *Daily*        http://www.ada.org/public.aspx

You are to be commended for flossing your teeth daily. Daily flossing is recommended to remove plaque and food particles from between the teeth and under the gum line, which prevents gum disease, tooth loss, decay, and bad breath. In addition to flossing , the American Dental Association recommends brushing your teeth twice a day with fluoride toothpaste to achieve good dental health.

NUTRITION— *Two*        http://www.cdc.gov/nutrition/everyone/fruitsvegetables/index.html

The national goal for Americans is three servings of vegetables per day, with at least one being a dark green or orange vegetable. Fruits and vegetables contain essential vitamins, minerals, and fiber that may help you from chronic diseases and can make make weight control easier. The actual number of cups of fruits and vegetables needed daily also depends on an individuals age, gender, and level of physical activity.

SLEEP— *Sometimes*        http://www.med.navy.mil/sites/nmcphc/health-promotion/psychological-emotional-wellbeing/Pages/sleep.aspx

People who get enough restful sleep are able to concentrate on their activities, have more energy, and generally feel better. For many people with busy schedules, it is important to set aside enough time for sleep and to avoid issues at bedtime that can interfere with sleep. Talk with your physician if you are frequently unable to achieve restful sleep.

PREGNANCY— *My partner or I are correctly and consistently using birth control ALL the time*        http://www.med.navy.mil/sites/nmcphc/health-promotion/reproductive-

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

sexual-health/Pages/contraception.aspx

There is a wide range of new, safe and effective contraception options available, some that work for years after you have started them. Some are permanent and others are easily and quickly reversible when you are ready to have a baby.   But not all forms of contraception are equally effective. It makes sense to carefully consider your parenting plans and get informed about contraception so you and your partner can select the option that works best for you. Be well informed about contraception, and talk with your partner and doctor.

---

**Signed By  PARSON, MARSHEA S** (Advanced Nurse Practitioner) @ 28 Apr 2015 0950

---

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by PARSON,MARSHEA S @ 28 Apr 2015 0950 EDT:*
The Disposition section was last updated by PARSON,MARSHEA S @ 28 Apr 2015 0950 EDT - see above.Previous Version of Disposition section was entered/updated by PONDS,BRANDON J @ 28 Apr 2015 0921 EDT.
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
*The following S/O Note Was Overwritten by PARSON,MARSHEA S @ 28 Apr 2015 0948 EDT:*
**S/O Note** Written by PONDS,BRANDON J @ 28 Apr 2015 0926 EDT
**History of present illness**
     The Patient is a 30 year old male.

Annual Periodic Health Assessment includes record review/assessment/counseling of avoidable health risk factors, clinical preventive services, deployment health history, and individual medical readiness assessment IAW MANMED.
     Military service [ ] Y  [X ] N  Deployed since previous PHA
     [ ] Y  [ X ] N  Post-Deployment Health Assessment completed
     [ ] Y  [ X ] N  Post-Deployment Health Reassessment completed
     [ ] Y  [X  ] N  Post-Deployment labs/tests completed
     [ ] Y  [ X ] N Deployment/Shipboard limiting conditions identified

**Past medical/surgical history**
**Reported:**
     Medical: Not currently wearing eyeglasses If Yes, do they have 2 pairs? [ ] Yes  [ X ] No.  No chronic illness.  An allergy SEE ABOVE.
     Medications: Medication history SEE ABOVE.  Not taking medication for high blood pressure.
     Tests: A hearing test was performed 1) Is there a DD 2215 (baseline hearing test) in the health record? [X  ]Yes [  ]No
     2) Is there a complaint of tinnitus that has not been addressed? [  ]Yes  [X  ]No
     3) Is there a complaint of changes in hearing since the last hearing test? [  ]Yes [X  ]No
     4) Is there an in-depth audiometric evaluation in the record when existing hearing tests shows thresholds in either ear at 500, 1000 and 2000 Hz that average 30 dB or
          greater or 45 dB or greater at 3000 Hz or 55 dB or greater at 4000 Hz? [  ]Yes [ X ]No
     5) If the patient is enrolled in a Hearing Conservation Program, has there been a monitoring audiogram within the past 12 months? [  ]Yes [ X ]No.
SEE ABOVE.
**Family history**
     No family history of cancer
     Mental illness (not retardation) MATERNAL
     Heart disease PATERNAL
     Diabetes mellitus PATERNAL.
**Physical findings**
**Vital Signs:**
     ° Current vital signs reviewed.
**Objective**

Health Record       [] Reviewed   [X ] Not available   [ ] Remarkable for:
Dental Classification   [X] Reviewed   [ ] Not available   [ ] See Plan:
Immunization record   [X] Reviewed   [ ] Not available   [ ] See Plan:
**Assessment**
     • Military service status
     IMR Category:
     Fully Medically Ready (X  )
     Partially Medically Ready ( )
     Not Medically Ready ( )
     Medical Readiness Indeterminant ( )
     Comments:
**Therapy**
     • No electronic medical alert pendant in possession as indicated.
**Plan**
     • Referred elsewhere for the options include referral
     [ ] Physical Activity
     [ ] Safety
     [ ] Diabetes Counseling
     [ ] Cholesterol
     [ X ] Nutrition
     [ X ] Sexuality
     [ ] Other:
     • Referred elsewhere for patient counseling
     [ ] Tobacco Use
     [ ] Alcohol Use
     [ ] Weight Management
     [ ] Dental Care

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

[  ] Mental Health
[  ] Hypertension
[X  ] Other:STRESS MANAGEMENT, SLEEP
Updated DD 2766 Sections:  NO RECORD
 Health counseling performed or scheduled documented on the DD 2766 and for additional topics below:
**Notes**
Follow-up in one year.
**Practice Management**
        Risk factor counseling individual, 30 minutes.


*The following A/P Note Was Overwritten by PARSON,MARSHEA S @ 28 Apr 2015 0943 EDT:*
The A/P section was last updated by PARSON,MARSHEA S @ 28 Apr 2015 0943 EDT - see above.Previous Version of A/P section was entered/updated by
PONDS,BRANDON J @ 28 Apr 2015 0921 EDT.
**1. Visit for: military services physical***(PERIODIC PREVENTION EXAMINATION)*
        Procedure(s):                -Screening Test Of Visual Acuity, Quantitative, Bilateral x 1 ADDITIONAL PROVIDER(S): PONDS,BRANDON J
        Laboratory(ies):            -HEPATITIS C AB (Routine) Ordered By: PONDS,BRANDON J Ordering Provider: PARSON, MARSHEA S

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *27 Apr 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20600047    Primary Dx:    ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**      Date: **27 Apr 2015 0824 EDT**      Appt Type: **GRP**
Treatment Facility: **NBHC WASHINGTON**   Clinic: **SUBST ABUSE NY**      Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 29 Apr 2015 0721 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
  CONTINUOUS DRINKING
  BEHAVIOR
•MAJOR DEPRESSION RECURRENT
  MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
  ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
  BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
  DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 27 Apr 2015 0824 EDT
OP GROUP

**Screening** Written by PATSOS,ASHLEY N @ 27 Apr 2015 0837 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 27 Apr 2015 0824
------------------------------
OP GROUP
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 27 Apr 2015 0837 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #☐
No vitals taken for SARP Treatment.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

**S/O Note** Written by PATSOS,ASHLEY N @ 27 Apr 2015 0840 EDT
**History of present illness**
    The Patient is a 30 year old male.

The patient attended the Outpatient Treatment Program (OP).

**A/P** Last Updated by PATSOS,ASHLEY N @ 27 Apr 2015 0847 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):          -ALCOHOL &/ DRUG SERVICES; GROUP COUNSELING BY A CLINICIAN x 8 - The patient attended
                           group session from 0900-1100.
                           -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                           review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                           assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 29 Apr 2015 0721 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Daniel arrived on time for his Out Patient (OP) group appointment.  He is in Week 1, Day 1 of OP Level 1 treatment
which meets from 0900-1100, total of 2 hours here at SARP-WNY. Today was Daniels's first day of treatment in group. Daniel did
his introduction to the group which consisted of two other members present; as well as performed a check-in exercise and
elaborated on his weekend.
During the introductions, Daniel stated that he had recently completed Level III Residential treatment at Fort Belvoir hospital and
that he was encouraged by the knowledge and tools that he gained from his stay there.  Daniel also stated that he is currently
working on designing a video game which is taking up a lot of his time and that he wants to make sure he's addressing this need he
has to please other people vs himself.
Daniel seemed determined and anxious to address his need to do things for himself and not others.  He looked decisive prepared
regarding him sharing the circumstances and events that got him here with the group.  Daniel addressed Problem 3, Objectives 1
through 4 of his ITP by attending his group session and abstaining from alcohol/drugs.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel will be for OP Level 1 on 29th of April 2015 @ 0900
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 29 Apr 2015 0722
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 29 Apr 2015 1118

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 662**
AR 2649

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *23 Apr 2015 at WRNMMC, Psychiatry Be by ZEMBRZUSKA, HANNA DOMINIKA*

Encounter ID:     BETH-20572704     Primary Dx:     GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**          Date: **23 Apr 2015 0900 EDT**          Appt Type: **SPEC**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **ZEMBRZUSKA,HANNA**
**NATIONAL MILITARY MEDICAL CNTR**          **DOMINIKA**
Patient Status: **Outpatient**

**AutoCites** Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0853 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Labs**

**20 Apr 2015 0012**

| ETG/ETS, UA (500 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative <o> | ng/mL | Cutoff=500 |

**20 Apr 2015 0012 <o>**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |
| Cannabinoids | URINE | not detected <i> | | (Not-detected) |
| Methadone | URINE | not detected <i> | | (Not-detected) |
| Oxycodone | URINE | not detected <i> | | (Not-detected) |

**13 Apr 2015 0548**

| ETG/ETS, UA (500 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=500 |

**13 Apr 2015 0548**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |
| Cannabinoids | URINE | not detected <i> | | (Not-detected) |
| Methadone | URINE | not detected <i> | | (Not-detected) |
| Oxycodone | URINE | not detected <i> | | (Not-detected) |

**06 Apr 2015 0722**

| ETG/ETS, UA (500 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=500 |

**06 Apr 2015 0722**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |
| Cannabinoids | URINE | not detected <i> | | (Not-detected) |
| Methadone | URINE | not detected <i> | | (Not-detected) |
| Oxycodone | URINE | not detected <i> | | (Not-detected) |

---

| Merwin, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 663**
AR 2650

## Medical Record

**30 Mar 2015 2236**

| Chlamydia+Gonococcus DNA Panel NAAT | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Neisseria gonorrhoeae DNA | URINE | negative for n.gonorrhoeae <i> | | |
| Chlamydia trachomatis DNA | URINE | negative for c.trachomatis <i> | | (Negative) |

**30 Mar 2015 0805**

| ETG/ETS, UA (500 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=500 |

**30 Mar 2015 0805**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |
| Cannabinoids | URINE | not detected <i> | | (Not-detected) |
| Methadone | URINE | not detected <i> | | (Not-detected) |
| Oxycodone | URINE | not detected <i> | | (Not-detected) |

**27 Mar 2015 2159**

| Urinalysis Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Color | URINE | straw | | (Yellow) |
| Ketones | URINE | neg | mg/dL | (neg) |
| Hemoglobin | URINE | neg | | (neg) |
| Nitrite | URINE | neg | | (neg) |
| pH | URINE | 7.0 | | (5.0-9.0) |
| Protein | URINE | neg | mg/dL | (neg) |
| Appearance | URINE | clear | | (Clear) |
| Leukocyte Esterase | URINE | neg | | (neg) |
| Specific Gravity | URINE | 1.006 | | (1.000-1.035) |
| Urobilinogen | URINE | normal | mg/dL | (norm 0.2-1) |
| Glucose | URINE | neg | mg/dL | (neg) |
| Bilirubin | URINE | neg | | (neg) |

**27 Mar 2015 1630**

| Mephedrone, MDPV, Methylone | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Mephedrone | URINE | negative | | NEGATIVE |
| Methylenedioxypyrovalerone | URINE | negative | | NEGATIVE |
| Methylone | URINE | negative <r> | | NEGATIVE |

**27 Mar 2015 1630**

| Cannabinoids (THC), Synthetic | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Cannabinoids, Synthetic | URINE | negative <r> | | |

**27 Mar 2015 1630**

| Chlamydia+Gonococcus DNA Panel NAAT | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Neisseria gonorrhoeae DNA | URINE | negative for n.gonorrhoeae <i> | | |
| Chlamydia trachomatis DNA | URINE | negative for c.trachomatis <i> | | (Negative) |

**27 Mar 2015 1630**

| ETG/ETS, UA (250 Cut-Off) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Ethyl Glucuronide | URINE | negative | ng/mL | Cutoff=250 |

**27 Mar 2015 1630**

| Drug Abuse Screen | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Amphetamines | URINE | not detected <i> | | (Not-detected) |
| Barbiturates | URINE | not detected <i> | | (Not-detected) |
| Benzodiazepines | URINE | not detected <i> | | (Not-detected) |
| Cocaine | URINE | not detected <i> | | (Not-detected) |
| Opiates | URINE | not detected <i> | | (Not-detected) |
| Phencyclidine, UA | URINE | not detected <i> | | (Not-detected) |
| Cannabinoids | URINE | not detected <i> | | (Not-detected) |
| Methadone | URINE | not detected <i> | | (Not-detected) |
| Oxycodone | URINE | not detected <i> | | (Not-detected) |

**27 Mar 2015 1630**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis        DOB: █████  1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

| Urinalysis Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Color | URINE | straw | | (Yellow) |
| Ketones | URINE | neg | mg/dL | (neg) |
| Hemoglobin | URINE | neg | | (neg) |
| Nitrite | URINE | neg | | (neg) |
| pH | URINE | 7.0 | | (5.0-9.0) |
| RBC | URINE | < 1 | /HPF | (0-3) |
| Protein | URINE | neg | mg/dL | (neg) |
| Appearance | URINE | clear | | (Clear) |
| Leukocyte Esterase | URINE | **mod (H)** | | (neg) |
| Specific Gravity | URINE | 1.008 | | (1.000-1.035) |
| Urobilinogen | URINE | normal | mg/dL | (norm 0.2-1) |
| WBC | URINE | **3 (H)** | /HPF | (0-2) |
| Glucose | URINE | neg | | (neg) |
| Bilirubin | URINE | neg | mg/dL | (neg) |

**27 Mar 2015 1600**

| Vitamin D, 1,25-Dihydroxy (Calcitriol) Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Vitamin D, 1,25-Dihydroxy | SERUM | 78 <r> | pg/mL | |
| Vitamin D2, 1,25-Dihydroxy | SERUM | <10 | pg/mL | |
| Vitamin D3, 1,25-Dihydroxy | SERUM | 76 | pg/mL | |

**27 Mar 2015 1600**

| Vitamin B1 (Thiamine) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Vitamin B1 (Thiamine) | BLOOD | 193.4 | nmol/L | 66.5-200.0 |

**27 Mar 2015 1600**

| HIV-1/O/2 Ab | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | ****** | | |

**27 Mar 2015 1600**

| Rapid Plasma Reagin | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Reagin Ab | SERUM | nonreactive <i> | | (Non-Reactive) |

**27 Mar 2015 1600**

| Homocysteine | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Homocysteine | SERUM | 9.1 <r> <i> | mcmol/L | (4.0-15.4) |

**27 Mar 2015 1600**

| Vitamin B12 (Cyanocobalamin)+Folate Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Vitamin B12 (Cobalamins) | SERUM | 329 <i> | pg/mL | (211-946) |
| Folate | SERUM | >20.00 <i> | ng/mL | (4.6-34.8) |

**27 Mar 2015 1600**

| Magnesium | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Magnesium | SERUM | 2.2 | mg/dL | (1.7-2.6) |

**27 Mar 2015 1600**

| Thyroid Stimulating Hormone | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Thyrotropin | SERUM | 0.757 <i> | mcIU/mL | (0.27-4.20) |

**27 Mar 2015 1600**

| Gamma Glutamyl Transferase | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Gamma-Glutamyl Transferase | SERUM | 40 | U/L | (10-71) |

**27 Mar 2015 1600**

| Comprehensive Metabolic Panel | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Albumin | SERUM | 4.9 | g/dL | (3.5-5.2) |
| Alkaline Phosphatase | SERUM | 71 | U/L | (40-130) |
| Alanine Aminotransferase | SERUM | 29 <i> | U/L | (0-41) |
| Bilirubin | SERUM | 0.3 | mg/dL | (0-1.0) |
| Urea Nitrogen | SERUM | 14 | mg/dL | (6-20) |
| Calcium | SERUM | 10.0 | mg/dL | (8.6-10.2) |
| Carbon Dioxide | SERUM | 29 | mmol/L | (22-31) |
| Chloride | SERUM | 98 | mmol/L | (98-107) |
| Creatinine | SERUM | 0.9 | mg/dL | (0.7-1.4) |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis    DOB: ██████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

| | | | | |
|---|---|---|---|---|
| Glucose | SERUM | 82 | mg/dL | (74-106) |
| Potassium | SERUM | 4.7 | mmol/L | (3.5-5.1) |
| Protein | SERUM | 7.9 | g/dL | (6.4-8.3) |
| Sodium | SERUM | 139 | mmol/L | (135-145) |
| Anion Gap | SERUM | 13 | mmol/L | (8-18) |
| GFR Calculated Non-Black | SERUM | 114.7 | mL/min | (>/=90) |
| GFR Calculated Black | SERUM | 132.6 <i> | mL/min | (>/=90) |
| Aspartate Aminotransferase | SERUM | <5 | U/L | (0-40) |

**27 Mar 2015 1600**

| CBC W/Diff | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| WBC | BLOOD | 6.8 | x10(3)/mcL | (3.6-10.6) |
| RBC | BLOOD | 4.65 | x10(6)/mcL | (4.21-5.92) |
| Hemoglobin | BLOOD | 14.5 | g/dL | (12.8-17.7) |
| Hematocrit | BLOOD | 43.1 | % | (37.5-50.9) |
| MCV | BLOOD | 92.6 | fL | (79.5-96.8) |
| MCH | BLOOD | 31.1 | pg | (26.2-33.1) |
| MCHC | BLOOD | 33.6 | g/dL | (32.6-35.0) |
| RDW CV | BLOOD | 12.0 | % | (12.0-16.2) |
| Platelets | BLOOD | 296 | x10(3)/mcL | (162-427) |
| MPV | BLOOD | 8.5 | fL | (7.0-10.9) |
| Neutrophils | BLOOD | 67.0 | % | (40.7-76.4) |
| Lymphocytes | BLOOD | 25.1 | % | (15.9-47.8) |
| Monocytes | BLOOD | 6.7 | % | (4.5-11.8) |
| Eosinophils | BLOOD | 0.9 | % | (0.3-7.1) |
| Basophils | BLOOD | 0.3 | % | (0.2-1.2) |
| ABS Neutrophils | BLOOD | 4.5 | x10(3)/mcL | (1.8-7.5) |
| ABS Lymphocytes | BLOOD | 1.7 | x10(3)/mcL | (1.0-3.1) |
| ABS Monocytes | BLOOD | 0.5 | x10(3)/mcL | (0.2-0.8) |
| ABS Eosinophils | BLOOD | 0.1 | x10(3)/mcL | (0.0-0.5) |
| ABS Basophils | BLOOD | 0.0 | x10(3)/mcL | (0.0-0.4) |
| Differential Review | BLOOD | manual diff not performed | | |

**27 Mar 2015 16**

| Coagulation Panel 1 (PT+APTT) | Site Specimen | Result | Units | Ref Range |
|---|---|---|---|---|
| Protime | PLASMA | 12.5 | Sec | (12.4-14.4) |
| INR | PLASMA | 1.0 <i> | | |
| APTT | PLASMA | 32.9 <i> | Sec | (23.4-36.2) |

**Microbiology Results**
**Urine Culture**

| | |
|---|---|
| Order # | 150327-24502 (NNMC Bethesda) |
| Filler # | 150327 DWB 64394 (NNMC Bethesda) |
| Status: | Final |
| Ordering Provider: | CEREMUGA, GEORGE J |
| Priority: | ROUTINE |
| Date Ordered: | 27 Mar 2015 1557 |
| Date Resulted: | 29 Mar 2015 0651 |
| COLLECT_SAMPLE: | URINE/CLEAN CATCH |
| | |
| BACTERIOLOGY RESULT: | 03/28/15: LESS THAN 24 HOURS, FURTHER INCUBATION REQUIRED |
| BACTERIOLOGY RESULT: | 03/29/15 URINE CULTURE NEGATIVE |
| | |
| Specimen: | Urine |
| Collected: | 27 Mar 2015 1630 |
| | |
| Results: | |
| | Final report |

**Rads**
No Rads Found.

**Reason for Appointment:**
Generalized Anxiety Disorder & Alcohol Use Disorder,Severe
**Appointment Comments:**
ddr

Merwin, Daniel Dennis    DOB: ██████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Vitals**

**Vitals** Written by ERICKSON,NANCY A @ 23 Apr 2015 0855 EDT
BP: 122/68,    HR: 70,    RR: 16,    T: 96.0 °F,    HT: 5' 9",    WT: 160 lbs,    BMI: 23.63,    BSA: 1.879 square meters
**Comments:** PT weighed in uniform and boots.

**S/O Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 1113 EDT
**History of present illness**
        The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

 30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Navy
Information Operations Command (NIOC) at Fort Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder.
Pt initially presented to Integrative Care on 16JUN2014 and was diagnosed with GAD and neurotic excoriation (scalp picking when
anxious). He was then referred to a LCSW at WRNMMC for therapy and attended therapy sessions until 30OCT2014. He was then
command referred to SARP on 17MAR2015 and diagnosed with Alcohol Use Disorder, moderate to severe. SARP referred pt to a
28 day inpatient alcohol rehab at Ft. Belvoir from which the pt was discharged yesterday. SARP would like psychiatrist to evaluate
pt for psychotropic medication for his depressed mood, anxiety, and sleep symptoms. Pt reports that every day he experiences
either a depressed mood or apathy. He does have moments of happiness when he works on his computer game or cooks, but these
moments don't last long. He often wonders what the point of life is and what his purpose in life is. He often worries about the future
and tasks he has to complete. He feels that he is always planning and runs through scenarios (good version, bad version) of things
in his head. He is frequently irritable, impatient, and judgmental of others. His anxious ruminations lead to initial insomnia. He did
sleep well last night, but in rehab he was using Melatonin at bedtime. He has been started on Zoloft, but has not noticed a benefit
yet. Denies side effects.

.
From SARP note: The SM self-referred for SARP evaluation due to his growing concern about his drinking and inability to stop.
According to the SM, his alcohol of choice is vodka.  He prefers to drink alone at home.  His drinking frequency is daily.  He reported
an increase in his drinking, over the past 8 months, to daily drinking.  He described drinking 2 ? 3 self-poured drinks, which has an
estimated 4 ounces of alcohol per drink. He described the appeal in terms of the calming effect on his mind, specifically to dampen
his anxious ruminations and ?obsessing.?  He further reported that drinking helps prepare him for sleep onset (he has had problems
with initial insomnia).  Clinical interview further revealed evidence for marked tolerance, significant spending on alcohol ($400 - $500
per month), hangovers (every other week), being told that he drinks too much (past girlfriends), drinking despite the consistent
worsening of his negative mood state, and unsuccessful efforts to reduce/quit drinking.  In his personal reflection, he indicated that
he does not like himself relative to his drinking and desires to stop.  He recognizes that there are multiple triggers to his drinking and
usually these involve longstanding feelings of disappointment, frustration, and loneliness.  It should be noted that the SM indicated
that he has been engaging in painful introspection, particularly regarding his childhood and family life.

.
        Medication list reviewed with patient, reconciliation completed, and list given to patient.
        Visit is not deployment-related.
 Pain Severity    0 / 10.
**Allergies**
Current Allergies Reviewed. NKDA.
**Current medication**

 Zoloft 50mg daily started on 26MAR2015
Melatonin for insomnia.
**Past medical/surgical history**
Reported:
        Recent Events: Medication compliance.
        Medical: Reported medical history Neurotic excoriation (scalp picking when anxious)
        Asthma during childhood
        Allergic response to pets
        Recurrent intestinal pain (possibly lactose intolerance)
        PRK (2011)
         and psychiatric history
        *  THERAPY: multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014.
           She documented Anxiety Disorder, NOS.  The SM indicated that he discontinued his participation in treatment due to the
           limited impact of these visits.
        *  MEDS: Denies other medication trials
        *  INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed 28 day inpatient alcohol rehab at Ft.
           Belvoir.
        *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by overdosing on Aspirin and Alcohol in
           context of conflict with father. Did not seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of alcohol
           and blacking out. Did not seek care. Denies self-injurious behavior.

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 667**
AR 2654

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

Family history:
F: Alcohol use disorder
M: depression
Sister#1: depression, hx of suicide attempts
Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which led to loss of custody of 2 children
Maternal grandmother: bipolar
.

**Personal history**
Social history Pt is the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler (3-6 y/o).  He and his two sisters were raised by their father, whose employment challenges qualified them for welfare.  There was also a tumultuous home environment.  Father was not involved with his children and was emotionally/physically abusive. Pt felt that he was an inconvenience to his father. Growing up pt had few friends because he would isolate himself.  He left his family abruptly, upon graduation from high school, in 2003.  Moved out of state and enrolled in college. He found himself ?bored? with college. He enlisted in the Navy in October, 2005, after dropping out of college, working two jobs, and being on the verge of ?living on the street.?  There were mounting debts (rent, college tuition, basic apartment furniture) also at the time.  He started as an Aviation Boatswain?s Mate, then cross-rated in 2009 to Cryptologic Technician ? Network.  His duty stations have included USS ESSEX, Pensacola, and NIOC Maryland.  He has been very successful in his enlisted service thus far, but has been disenchanted at his current Command because everyone is physically separated and it is not a tight knit command.

Pt was engaged to a Filipino girl he met while stationed overseas, but he ended the engagement in 2010 because she was 'crazy.'  No kids.




.
Behavioral: Caffeine use 16 oz tea/day and never a smoker  / Never Used Tobacco Products.
Alcohol: Not using alcohol Not currently. Discharged yesterday from Ft. Belvoir 28 day Residential Alcohol Treatment.
**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person? Denies
Do you feel like you are at risk for workplace violence? Denies
.
PTSD CHECKLIST (PCL-C)
[ 2 ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ 0 ] Repeated, disturbing dreams of a stressful experience from the past?
[ 0 ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ 2 ] Feeling very upset when something reminded you of a stressful experience from the past?
[ 2 ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ 1 ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ 1 ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ 0 ] Trouble remembering important parts of a stressful experience from the past?
[ 0 ] Loss of interest in things that you used to enjoy?
[ 0 ] Feeling distant or cut off from other people?
[ 2 ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ 0 ] Feeling as if your future will somehow be cut short?
[ 0 ] Trouble falling or staying asleep?
[ 1 ] Feeling irritable or having angry outbursts?
[ 1 ] Having difficulty concentrating?
[ 1 ] Being 'super alert' or watchful on guard?
[ 0 ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score = 13        DATE:

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult   [X] Somewhat difficult   [ ] Very difficult   [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes   [X ] No
If 'Yes', how often?  [ ] Several days   [ ] More than half the days   [ ] Almost everyday.
Depression Screening:

[ 1 ]  1.  Little Interest or pleasure in doing things
[ 1 ]  2.  Feeling down depressed or hopeless

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

[ 0 ]  3.  Trouble sleeping or sleeping too much
[ 1 ]  4.  Feeling tired or little energy
[ 0 ]  5.  Poor appetite or overeating
[ 0 ]  6.  Feeling bad about self
[ 0 ]  7.  Trouble concentrating on things
[ 1 ]  8.  Moving or speaking slowly or being restless
[ 0 ]  9.  Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score = 4

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ X ] Somewhat  [ ] Very  [ ]
Extremely.

Generalized Anxiety Disorder Screening:

[ 1  ]  1.  Feeling nervous, anxious, or on edge
[ 1  ]  2.  Not being able to stop or control worrying
[ 1  ]  3.  Worrying too much about different things
[ 0  ]  4.  Trouble relaxing
[ 0  ]  5.  Being so restless that it's hard to sit still
[ 2  ]  6.  Becoming easily annoyed or irritable
[ 0  ]  7.  Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 5

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ X ] Somewhat  [ ] Very  [ ]
Extremely.

NO Learning Disablility, Language or Learning Barriers.
**Review of systems**


No current substance use symptoms
No current cognitive symptoms
No current psychotic symptoms


.
**Physical findings**
**Psychiatric:**
    Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

    Non-Modifiable:
        Gender (risk factor if male): Y
        H/O Suicide Attempts:Y
        Organized Plan:N
        Chronic Psychiatric Disorder:Y
        Recent Psychiatric Hospitalization: RECENT REHAB
        H/O Abuse or Trauma:Y
        Chronic Physical Illness:N
        Family H/O Suicide/Attempts:Y
        Other Recent Loss:N
        Chronic Pain:N
        Age (risk factor if <25 or >60):N

    Modifiable:
        Suicidal ideation/plans/intent:N
        Access to Lethal Means:N
        Poor Treatment Compliance:N
        Hopelessness:?
        Psychic Pain/Anxiety:Y
        Acute Event:N
        Insomnia:N
        Low Self-Worth:Y
        Impulsivity:N
        Substance Abuse:Y
        Financial Stress:Y, PAYING OFF DEBT
        Legal Stress:N

**Medical Record**

Protective:
    Strong Therapeutic Alliance:Y
    Positive Coping Skills:Y
    Responsible to/for Family:Y
    Responsible to/for Pet:N
    Frustration Tolerance:Y
    Resilience:Y
    Good Reality Testing:Y
    Amenable to Treatment:Y
    Social Support:Y


Risk of Harm to Others: DENIES

Action Taken Based on Risk Assessment:
[ X ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:

**Therapy**
    • Duration of the encounter 60 min.

**Practice Management**
    Continue assessment and intervention
    Multi-Disciplinary Treatment Plan:

    Treatment Team Members -

    Individual Therapist: SARP
    Medication Prescriber: ZEMBRZUSKA
    Group Therapist: MELTON FOR CBT-I

    Additional Provider and treatment: SARP at Washington Navy Yard

    Date last updated: 23APR2015
    Reviewed with patient on: 23APR2015
    Does patient agree with plan? Yes
    If not, what part?
    Projected date of next treatment plan update: f/u in 3 weeks
    Discussion of assessment and intervention
    Tx Plan cont'd:


    Diagnosis
    Generalized Anxiety Disorder
    Alcohol Use Disorder, moderate to severe

    Active Problem List:
    1. Anxiety, worry, irritability
    2. Depressed/apathetic mood
    3. Insomnia

    Long-Term Goals:

    1.  Improve relationship/increase social support from mother and sister
    2.  Improve financial knowledge/pay off debts
    Discussion of risk of assessment and intervention
    Interventions Provided at this session:

    Objective 1 (Corresponds to Goal #  ): Anxiety, worry, irritability
    -
    Interventions:
    1. Increase Zoloft from 50mg to 75mg daily. Discussed r/b/se.
    2. Continue SARP.
    3. Will discuss pt being referred for individual therapy for CBT at next session.
    4. R/o OCD.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

Objective 2 (Corresponds to Goal # ):  Depressed/apathetic mood
-
Interventions:
1. Increase Zoloft from 50mg to 75mg daily. Discussed r/b/se.
2. Continue SARP.
3. Will discuss pt being referred for individual therapy for CBT at next session.

Objective 3 (Corresponds to Goal # ):  Insomnia
-
Interventions:
1. Pt to obtain Melatonin OTC to help with insomnia
2. Pt to download free CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and decrease ruminative thoughts
  3. Pt referred to CBT-I group with Ms. Melton at WRNMMC. First group starts Monday, 27 April 13-14:00 for 4 weeks

Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.

**Lab Result** Cited by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0856 EDT

| Lipid Panel | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| Cholesterol | SERUM | 208 (H) <i> |
| Triglyceride | SERUM | 158 (H) <i> |
| HDL Cholesterol | SERUM | 64.0 (H) |
| LDL Cholesterol | SERUM | 112 <i> |
| VLDL Cholesterol | SERUM | 32 |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 |

**Lab Result** Cited by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0856 EDT

| Hemoglobin A1c | Site/Specimen | 04 Jun 2013 0925 |
|---|---|---|
| Hemoglobin A1c | BLOOD | 5.4 <i> |

**Lab Result** Cited by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0855 EDT

| Lipid Panel | Site/Specimen | 19 Mar 2013 1107 |
|---|---|---|
| Cholesterol | SERUM | 209 (H) <i> |
| Triglyceride | SERUM | 265 (H) <i> |
| HDL Cholesterol | SERUM | 63.0 (H) |
| LDL Cholesterol | SERUM | 93 <i> |
| VLDL Cholesterol | SERUM | 53 (H) |
| Cholesterol/HDL Cholesterol | SERUM | 3.32 |

**A/P** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 1026 EDT
**1. GENERALIZED ANXIETY DISORDER** 300.02
       Procedure(s):        -(90792) Psychiatric Diagnostic Evaluation With Medical Evaluation And Management x 1
**2. ALCOHOL DEPENDENCE (ALCOHOLISM)** 303.90

**Disposition** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 1134 EDT
**Released w/o Limitations**
**Follow up:** 3 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0852 EDT
**Consult Order**
**Referring Provider:**        EDWARDS, OLUSOLA O
**Date of Request:**  15 Apr 2015
**Priority:**        Routine

**Provisional Diagnosis:**

Generalized Anxiety Disorder ~T~ Alcohol Use Disorder,Severe

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB:  ████ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

**Reason for Request:**

Patient will need follow-up appointment for inpatient discharge.  Patientwas diagnosed with generalized anxiety disorder.Patient reported history of physical and emotional abuse from his father.

**Signed By  ZEMBRZUSKA, HANNA DOMINIKA** (MAJ, Psychiatrist/Internist, Walter Reed National Military Medical Center, Bethesda, MD) @ 23 Apr 2015 1134

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ██████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *22 Apr 2015 at WRNMMC, Substance Abuse NY by GONZALEZZARAZUA, JORGE A*

Encounter ID:    BETH-20560323    Primary Dx:    ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Inpatient**

Date: **22 Apr 2015 1019 EDT**
Clinic: **SUBST ABUSE NY**

Inpatient Location:

Appt Type: **EST**
Provider: **GONZALEZZARAZUA,JORGE A**

**AutoCites** Refreshed by GONZALEZZARAZUA,JORGE A @ 22 Apr 2015 1113 EDT

**Problems**
- ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
- MAJOR DEPRESSION RECURRENT MODERATE
- ANXIETY DISORDER NOS
- Left ankle joint pain
- NEUROTIC EXCORIATION
- ANKLE SPRAIN LEFT
- ESSENTIAL HYPERTRIGLYCERIDEMIA
- ANOMALIES OF SKIN
- Abdominal pain
- ASTHMA
- POSTSURGICAL STATE OF EYE AND ADNEXA
- Difficulty breathing (dyspnea)
- SKIN NEOPLASM UNCERTAIN BEHAVIOR
- Removal Of Sutures
- ASTHMA EXTRINSIC
- ROSACEA
- PERIPHERAL RETINAL DEGENERATION - LATTICE
- REFRACTIVE ERROR - MYOPIA
- ALLERGIC RHINITIS

**Allergies**
- OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| SERTRALINE HCL, 50 MG, TABLET, ORAL | Active | TAKE ONE AND ONE-HALF TABLET BY MOUTH EVERY NIGHT #0 RF0 | NR | 22 Apr 2015 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:** Written by PATSOS,ASHLEY N @ 22 Apr 2015 1019 EDT
OP INTAKE

**Screening** Written by PATSOS,ASHLEY N @ 22 Apr 2015 1031 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 22 Apr 2015 1019
------------------------------
OP INTAKE
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 22 Apr 2015 1031 EDT
Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ██████████
No vitals taken for SARP Treatment.

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ██████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 673**
AR 2660

**Medical Record**

Merwin, Daniel Dennis    DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮   DoD ID: 1286180538    Created: 16 Aug 2017

**A/P** Last Updated by PATSOS,ASHLEY N @ 22 Apr 2015 1033 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
    Procedure(s):       -BEHAVAL HEALTH SCREEN DETERMINE ELIGIBLY, ADM TX PRGM x 1 - Met with patient one-on-
                      one from 1030-1130 to discuss Individual Treatment Plan.
                      -ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to
                      review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help
                      assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by GONZALEZZARAZUA,JORGE A @ 23 Apr 2015 1333 EDT
**Continued Stay**
**Discussed:** Diagnosis, Alternatives with Patient who indicated understanding. - Comments: Daniel arrived on time for his OP
treatment intake. Treatment plan has been developed and Daniel has agreed to the terms and conditions of treatment, to include
abstinence from alcohol and any other drugs starting 22 April 2015. Furthermore, he has agreed to complete the pre-confinement
physical prior to his Tx start date or as soon as he can get an appointment with his PCM. CDP handout binder was provided to
Daniel and he was also given instructions for completing his assignments.
P) Start working on treatment plan issues.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  GONZALEZZARAZUA, JORGE A** (PARAPROFESSIONAL) @ 23 Apr 2015 1333
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 23 Apr 2015 1341

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *23 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

| Encounter ID: | BETH-20234361 | Primary Dx: | ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR |

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **NBHC WASHINGTON NAVY YARD**
Patient Status: **Outpatient**

Date: **23 Mar 2015 0909 EDT**
Clinic: **SUBST ABUSE NY**

Appt Type: **EST**
Provider: **REGIS,JAMES**

**AutoCites** Refreshed by REGIS,JAMES @ 25 Mar 2015 1411 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 23 Mar 2015 0909 EDT
EST

**Screening** Written by PATSOS,ASHLEY N @ 23 Mar 2015 0909 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 23 Mar 2015 0909
--------------------------------
EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 23 Mar 2015 0909 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ██████
No vitals taken at SARP treatment.

**A/P** Last Updated by PATSOS,ASHLEY N @ 23 Mar 2015 0910 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
        Procedure(s):        -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-

| Merwin, Daniel Dennis | DOB: ██ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 675**
AR 2662

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

on-one from 0800-0900 to review Individual Treatment Plan.
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 25 Mar 2015 1415 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: Daniel arrived on time for his individual 1-on-1 session with his counselor on Monday 23rd of March 2015 at 08:00. Daniel was told that his bed was confirmed for him to attend Level 3 Inpatient Treatment at Fort Belvoir Residential Treatment Center in VA.  Daniel stated that he is ready to go to treatment; then mentioned that he was unable to reframe from abstaining from alcohol this weekend past weekend. Daniel stated that he had a date on Friday night that stood him up.  While there waiting for her at the bar, he felt "upset" and decided to start drinking rum and cokes.  After 6 rum and cokes, he decided to stop.  Daniel mentioned that that was the 3rd time this week that he's been stood up.  He further stated that he went home in a cab and passed out.  He also mentioned that he stayed in his apartment the entire weekend and did nothing.
Daniel appeared miserable and fully aware of how different triggers can lead him to start drinking to mask his discontent.  Realizing that Daniel does not have the necessary tools to handle these deterrence's, Daniel was asked to use a "feelings chart" to describe how he felt when he was at the bar.  Daniel mentioned several to include, frustrated, disappointed, envious (of other couples), idiotic, enraged, jealous, hurt.  This exercise made Daniel understand the importance of acknowledging all of the feelings he is going through and to understand that it's not just being "upset".
Daniel has not drunk since Friday night and states that he will abstain from alcohol throughout his treatment.  He will check in to Fort Belvoir Level 3 Residential Treatment facilities in VA at 08:30 on Wednesday 25th of March 2015.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel is upon completion of Level 3 Residential Program at Ft Belvoir.
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 25 Mar 2015 1415
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 25 Mar 2015 1441

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *20 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:     BETH-20216692     Primary Dx:     ALCOHOL DEPENDENCE WITH
                                                    CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**     Date: **20 Mar 2015 0737 EDT**     Appt Type: **EST**
Treatment Facility: **NBHC WASHINGTON**     Clinic: **SUBST ABUSE NY**     Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by REGIS,JAMES @ 20 Mar 2015 0806 EDT
**Problems**
•ALCOHOL DEPENDENCE WITH
    CONTINUOUS DRINKING
    BEHAVIOR
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 20 Mar 2015 0737 EDT
EST

**Screening** Written by PATSOS,ASHLEY N @ 20 Mar 2015 0737 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 20 Mar 2015 0737
-------------------------------
EST
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 20 Mar 2015 0737 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
Contact #: ███
No vitals taken at SARP treatment.

**A/P** Last Updated by PATSOS,ASHLEY N @ 20 Mar 2015 0739 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
          Procedure(s):          -BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES x 1 - Met with patient one-

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

on-one from 0800-0900 to review Individual Treatment Plan.
-ALCOHOL AND/OR DRUG SERVICES; CASE MANAGEMENT x 1 - Conducted Case Management to review and update the overall SARP Clinical Record.  In addition, reviewed additional services to help assist the patient and to monitor treatment progress and overall service delivered.

**Disposition** Last Updated by REGIS,JAMES @ 20 Mar 2015 1448 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: Daniel arrived on time for his individual 1-on-1 session with his counselor on Friday 20th of March 2015 at 07:30. Daniel was told that his LIP assessment confirmed the recommendation for him to attend Level 3 Inpatient Treatment.  Daniel completed the package for admission to Fort Belvoir Residential Treatment Center.  Daniel stated that he is ready to go next week.  Daniel then mentioned that he's noticed that he is eating more now than when he was drinking and that he was stood up twice this week; both on Tuesday and on Thursday by the same girl which made him feel disappointed and lonely. Daniel also mentioned that he didn't know what he was doing this weekend but that he did have a date for tonight who already knows that he will not be drinking.
Daniel appeared bashful and optimistic regarding his willingness to attend treatment next week.  When communicating about being stood up this week, Daniel seemed hurt and perplexed.   While expressing his disappointment about being stood up, he seemed in disbelief that this happened to him twice.  Regarding his abstaining from alcohol, Daniel gives the impression of being very cautious.
Daniel will continue to abstain from alcohol throughout his treatment.  He was asked to make a weekend plan which included snowboarding and his 1st AA meeting on Saturday and then going to the gym and another AA meeting on Sunday.
Daniel showed no evidence of SI/HI/ATV
Next scheduled appointment for Daniel is on the 23rd of March 2015 @ 07:30
Secondary record maintained at SARP Washington Navy Yard (202) 433-7577.

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 20 Mar 2015 1448
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 20 Mar 2015 1514

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

*19 Mar 2015 at WRNMMC, Substance Abuse NY by ARITA, ANTHONY A*

Encounter ID:    BETH-20203468    Primary Dx:    ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**    Date: **19 Mar 2015 0755 EDT**    Appt Type: **EST**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**    Provider: **ARITA,ANTHONY AKIO**
**NAVY YARD**
Patient Status: **Outpatient**

**AutoCites** Refreshed by ARITA,ANTHONY A @ 19 Mar 2015 1548 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 19 Mar 2015 0755 EDT
LIP APPOINMENT

**Screening** Written by PATSOS,ASHLEY N @ 19 Mar 2015 0755 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 19 Mar 2015 0755
-------------------------------
LIP APPOINMENT
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (Follow-Up) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 19 Mar 2015 0755 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
No vitals taken at SARP treatment.

**A/P** Written by ARITA,ANTHONY A @ 19 Mar 2015 1549 EDT
**1. ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR**
        Procedure(s):        -Psychiatric Diagnostic Evaluation x 1

**Disposition** Written by ARITA,ANTHONY A @ 19 Mar 2015 1743 EDT
**Released w/o Limitations**

**Note** Written by ARITA,ANTHONY A @ 19 Mar 2015 1743 EDT

# Washington Navy Yard – Branch Health Clinic
# Substance Abuse Rehabilitation Program (SARP)

| DEMOGRAPHIC/BACKGROUND SNAPSHOT | |
|---|---|
| Patient Name | Merwin, Daniel Dennis  20/██ |
| Rank / Rate/MOS | E-6 / CTN1 (cryptologic technician – network), first class petty officer |
| Duty Station | Navy Information Operations Command (NIOC), Maryland |
| Branch of Service | USN |
| DoB  / Age | ████  1985 / 30 years old |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538          Created: 16 Aug 2017

| Marital Status | Single; no children |
|---|---|
| Current Duty Status | Fit for Full Duty |
| Notes | <ul><li>Primary Language: English</li><li>Education:  13</li><li>TBI/Concussive Events:<ul><li>denied</li></ul></li><li>Medical:<ul><li>Recurrent abdominal pains</li></ul></li><li>Psych Health:<ul><li>History of intermittent SI</li><li>History of SA (in 10<sup>th</sup> or 11<sup>th</sup> grade)</li><li>Alcohol Dependence (documented this visit)</li><li>Anxiety Disorder, NOS (documented 04 AUG 2014)</li></ul></li></ul> |

**19 MAR 2015**

<u>**Psychological Health Evaluation**</u>

**IDENTIFYING DATA AND REASON FOR REFERRAL**: The Service Member (SM) is a 30-year old, single, Caucasian male, E-6/AD/USN, with approximately 9 ½ years continuous active duty service, currently assigned to Navy Information Operations Command (NIOC) at Fort Meade, Maryland.  The SM was seen as a self-referral, based on his concern about his drinking.

**CONSENT/PRIVACY**:  The SM was given an explanation of the nature and purpose of the present evaluation, as well as the limits of confidentiality and he consented to the procedures. He signed the Privacy Act statement on 17 MAR 2015 – a copy is in his secondary (clinic) file.

**HISTORY OF PRESENT CONCERNS**: The SM self-referred for SARP evaluation due to his growing concern about his drinking and inability to stop.  According to the SM, his alcohol of choice is vodka.  He prefers to drink alone at home.  His drinking frequency is daily.  He reported an increase in his drinking, over the past 8 months, to daily drinking.  He described drinking 2 – 3 self-poured drinks, which has an estimated 4 ounces of alcohol per drink. He described the appeal in terms of the calming effect on his mind, specifically to dampen his anxious ruminations and "obsessing."  He further reported that drinking helps prepare him for sleep onset (he has had problems with initial insomnia).  Clinical interview further revealed evidence for marked tolerance, significant spending on alcohol ($400 - $500 per month), hangovers (every other week), being told that he drinks too much (past girlfriends), drinking despite the consistent worsening of his negative mood state, and unsuccessful efforts to reduce/quit drinking.  In his personal reflection, he indicated that he does not like himself relative to his drinking and desires to stop. He recognizes that there are multiple triggers to his drinking and usually these involve longstanding feelings of disappointment, frustration, and loneliness.  It should be noted that the SM indicated that he has been engaging in painful introspection, particularly regarding his childhood and family life.  Over the past couple of years, he has been frustrated in his job (is preparing to leave the Navy at his EAOS in OCT 2015) and disappointed in his romantic life.  He reported a longstanding history of intermittent suicidal ideation.  He reported a couple of instances of suicide attempts in adolescence.  In his adult life, his suicidal ideations, which occur about once per month, might include consideration of various methods, but without intense distress or intent to follow through.  He further revealed that the thought of pain associated with any act of self-harm discourages serious consideration of suicide.  Additionally, the SM reported that he tends to pick at the hair in particular places on his scalp – he pointed to some visible bald patches at the crown of his head that has become a source of embarrassment to him.

**REVIEW OF RECORDS**: the SM's AHLTA records were reviewed.  SM's record was notable for multiple visits with clinical social worker, Linda Nilsen, at WRNMMC, between August 2014 and October 2014.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

She documented Anxiety Disorder, NOS. The SM indicated that he discontinued his participation in treatment due to the limited impact of these visits.

**HISTORY OF HEAD INJURIES AND BLAST EXPOSURE**: The SM denied any history of head or concussive injuries.

**PSYCHIATRIC HISTORY**: Much of his history is reported in sections above. Family history was significant for depression (mother, sister) and Bipolar Disorder (sister, maternal grandmother). SM denied past and present use of illicit substances. He reported abusing his albuterol inhaler during his childhood/adolescence. With regard to conduct problems, the SM described himself as a "good kid," however noted school suspensions due to computer hacking, fighting, and being connected with the presence of stink bombs at school. He denied any past legal problems or history of arrests.

**MEDICAL HISTORY**: The SM reported a history of asthma during childhood, but also that he had an allergic response to pets, which were kept in the home. He used an inhaler throughout his childhood. At times, he had to be hospitalized due to his asthma response and he estimates that, summed together, he spent a total of about 30 days hospitalized. He reported a problem with recurrent intestinal pain that has not yet been definitively diagnosed. This has been a problem since about age 15 and is tied to having to go to the bathroom. He had PRK performed in 2011. He was not taking any prescription or OTC medications at the time of the evaluation. There were no known drug allergies. He denied use of tobacco products. He reported his consumption of caffeinated beverages in terms of 14 oz. of coffee daily, more on weekends.

**PAIN**: The SM reported mild dental pain associated with his orthodontic braces. He reported his pain as a 2 on a scale from 0 – 10 (10 = most excruciating; 0 = none).

**SOCIAL AND FAMILY HISTORY**: The SM was the oldest of 3 children from a Sacramento, California home, broken by divorce when the SM was a toddler. He and his two sisters were raised by their father, whose employment challenges qualified them for welfare. There was also a tumultuous home environment. The SM indicated that he had few friends. He was often by himself; he was absorbed playing with Legos and watching Star Trek. He left his family abruptly, upon graduation from high school, in 2003. He enlisted in the Navy in October, 2005, after dropping out of college, working two jobs, and being on the verge of "living on the street." There were mounting debts also at the time. He started as an Aviation Boatswain's Mate, then cross-rated in 2009 to Cryptologic Technician – Network. His duty stations have included USS ESSEX, Pensacola, and NIOC Maryland. He has been very successful in his enlisted service thus far, but has been disenchanted at his current Command. He expressed an interest in getting out of the Navy and continuing his current line of work as a civilian contractor.

**MENTAL STATUS AND BEHAVIORAL OBSERVATIONS**: SM was an adequately groomed and dressed, Caucasian male with red hair. He appeared younger than his age of 30. SM was alert and fully oriented. Eye contact was good. He was cooperative with the interview and answered all questions. Behavior and conduct were appropriate to the interview. Affect was subdued, but responsive. He reported his mood as "mixed…crappy…anxious…frustrated." Immediate and remote memory appeared good. Thought processes were clear, coherent, linear, logical, and goal-directed. Speech was of normal rate, rhythm, and volume. There was no evidence for psychosis as indicated by hallucinations, delusions, and bizarre thinking. Intelligence, based on verbal skills and vocabulary, was estimated to be average. Judgment and impulse control appeared intact, without evidence for gross impairment. Treatment motivation was viewed to be good.

**PRIMARY FINDINGS**: The SM's pattern of drinking meets the criteria for Alcohol Dependence. He is unable to manage or control his drinking and has little confidence that he can discontinue on his own. He appreciates the multiple triggers, usually mood related, that make him vulnerable to resumption of drinking. He will require the high structure and controlled environment of a residential setting. Level III care is therefore indicated. He also presents with prominent psychological concerns – persistent dysphoria with intermittent, mild suicidal ideation. There is an anxiety component, obsessive/ruminative

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 16 Aug 2017

thinking, and compulsions.  Trichotillomania may explain his compulsion to pick at his hair (leaving bald patches).  A repeat mental health evaluation to specifically address his mood/anxiety symptoms and possible Axis II contributions to his recurrent dysphoria is also appropriate.

**SAFETY ISSUES:** The Service Member is not currently reporting suicidal or homicidal ideation, intentions, or plans.  At present, the Service Member has sufficient ego strength and functional capacity to alert others should he experience a crisis.  There are no acute signs of distress presently requiring more extensive suicide risk assessment at this time.  Neither is there a need to increase his level of care or restrict autonomy.

**FITNESS FOR DUTY AND DISPOSITION:** The Service Member is currently psychologically fit for full duty.  There is no psychological condition at present that warrants medical board action.  The impact of his psychological symptoms described above have largely been associated with distress, to a lesser degree decrements in functioning

**DIAGNOSIS**:
AXIS   I:      Alcohol Use Disorder, Moderate – Severe
               History of Anxiety Disorder, NOS
               R/O Trichotillomania
AXIS  II:      Cluster C traits
AXIS III:      No known contributory physical illnesses
AXIS IV:              multiple sources of dissatisfaction
AXIS  V:       Current GAF: 51


**SUMMARY OF FINDINGS AND RECOMMENDATIONS**:
1.  Based on the available data, the Service Member meets the criteria for Alcohol Dependence.
2.  The Service Member is recommended to attend Level III (Residential) treatment, which will afford him the high structure, monitoring, and support required to sustain his abstinence over the course of treatment.  His risk of drinking resumption is unacceptably high on an outpatient basis.  Level III care will help equip him with the tools/skills he will need to maintain his sobriety and participate meaningfully in his recovery trajectory following completion of residential care.
3.  He is to remain abstinent throughout the period of treatment and continuing care.
4.  The Service Member is to attend AA meetings at the frequency recommended by the SARP counselor.
5.  The Service Member is recommended to resume mental health care at Walter Reed – Bethesda.  He will benefit most from a re-evaluation, particularly for psychotropic medication consultation with regard to his mood, anxiety, and sleep symptoms.  Cognitive behavioral therapy for insomnia might also be helpful, given his ruminative style.
6.  These findings and recommendations were discussed with the SM, who expressed understanding and willingness to comply.


Anthony A. Arita, PhD
CAPT, MSC, USN
Clinical Psychologist / Neuropsychologist


**Signed By  ARITA, ANTHONY A** (Clinical Psychologist/Neuropsychologist) @ 19 Mar 2015 1744

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### *17 Mar 2015 at WRNMMC, Substance Abuse NY by REGIS, JAMES*

Encounter ID:    BETH-20171109    Primary Dx:    Visit for: screening exam alcoholism

Patient: **MERWIN, DANIEL DENNIS**      Date: **17 Mar 2015 0725 EDT**      Appt Type: **SPEC**
Treatment Facility: **NBHC WASHINGTON**    Clinic: **SUBST ABUSE NY**      Provider: **REGIS,JAMES**
**NAVY YARD**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by REGIS,JAMES @ 18 Mar 2015 1505 EDT
**Problems**
•MAJOR DEPRESSION RECURRENT
    MODERATE
•ANXIETY DISORDER NOS
•Left ankle joint pain
•NEUROTIC EXCORIATION
•ANKLE SPRAIN LEFT
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
    ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
    BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
    DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**Written by PATSOS,ASHLEY N @ 17 Mar 2015 0725 EDT
ASSESSMENT

**Screening** Written by PATSOS,ASHLEY N @ 17 Mar 2015 0730 EDT
**Reason For Appointment:** Notes Entered by: PATSOS,ASHLEY N 17 Mar 2015 0725
-----------------------------
ASSESSMENT
**Reason(s) For Visit (Chief Complaint):** Psychiatric Therapy For Drug And Alcohol Abuse/Dependence (New) ;

**Vitals**
**Vitals** Written by PATSOS,ASHLEY N @ 17 Mar 2015 0730 EDT
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
**Comments:** Language:English
No vitals taken at SARP treatment.

**S/O Note** Written by REGIS,JAMES @ 18 Mar 2015 1506 EDT
**History of present illness**
     The Patient is a 30 year old male.
     He reported: Encounter Background Information: This 30 year old, Single, Male, AD, E-6, USN, NIOC, Fort Meade, MD service
member with 9 years active service, was command self-referred for substance abuse evaluation due to: Pt  states that he has
concerns about his inability to resist drinking; which he feels contributes to his growing lack of motivation.

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 683**
AR 2670

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**A/P** Last Updated by PATSOS,ASHLEY N @ 17 Mar 2015 0731 EDT
**1. Visit for: screening exam alcoholism**
      Procedure(s):      -ALCOHOL AND/OR DRUG ASSESSMENT x 1 - The patient arrived at 0730 and was provided a
                    screening assessment questionnaire, which he completed at 0830.  The questionnaire was reviewed
                    and a face to face conducted from 0845-1030.

**Disposition** Last Updated by REGIS,JAMES @ 18 Mar 2015 1506 EDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: The patient was briefed on the screening process with Privacy Act and
Informed Consent reviewed and discussed.  The patient was also briefed on DSM-IV and ASAM/PPC indicating his understanding.
No evidence of HI/SI during this encounter
Secondary Record maintained at SARP Washington Navy Yard 202-433-7577.

---

**Signed By  REGIS, JAMES** (Para-Professional, SARP WNY) @ 18 Mar 2015 1509
**Co-Signed By  BROWN, CYNTHIA E** (Paraprofessional) @ 18 Mar 2015 1524

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *30 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:      BETH-18858979      Primary Dx:      ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**      Date: **30 Oct 2014 0730 EDT**      Appt Type: **EST**
Treatment Facility: **WALTER REED**      Clinic: **PSYCHIATRY BE**      Provider: **NILSEN,LINDA M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by NILSEN,LINDA M @ 04 Nov 2014 1356 EST
**Family History**
•fraternal history of SUBJECTIVE [Use for
  s.o.a.p. note free text] (Brother)
•family medical history (General FHx)
•paternal grandfather's history of
  preliminary background HPI [use for
  free text] (Paternal Grandfather)
•paternal history of preliminary background
  HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
  for free text] (Paternal Grandmother)
•family history of supplemental HPI [use
  for free text] (General FHx)
•no family history of malignant neoplasm of
  the large intestine (General FHx)
•no family history of malignant neoplasm of
  the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
  (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**S/O Note** Written by NILSEN,LINDA M @ 04 Nov 2014 1357 EST
**History of present illness**
    The Patient is a 29 year old male.

<<Note accomplished on Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not
sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of
origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following
symptoms:  anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has
scraped/picked the hair out in circles.  He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking
at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out
like him

Insomnia Severity Index:  8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when
he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because
he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X
a day.

Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather
than ignore them.

.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

10-30-14:  Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder.  Patient arrived on time.  Patient stated that his sleep is not good.  He wakes up in the middle of the night and sometimes has a hard time going back to sleep.  Over the weekend, he had a date with a woman who lives in Harrisburg, PA.  While he was in the area, he also tried to look up a woman he dated several years ago.  He is trying to accept other's points of view.  He did not find the one, and the other didn't turn out.  One of his main concerns with women he dates, is he needs alone time to do his own thing (computer programing mainly).

 Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

 Pain Severity  0 / 10  Pain Severity  0 / 10.
**Current medication**

 See ALTHA, per patient, none

.

**Past medical/surgical history**
**Reported:**
 Medical: Reported medical history
  See ALTHA


 and psychiatric history
 *  THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
 *   MEDS:  none
 *   INPATIENT/RESIDENTIAL CARE:  denied
 *   SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
      anyone
  * FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  - drinks every other or every night - has not seen him since 2009 so is not sure how he is doing
 .
**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years.  SM is 29, sisters are 27 and 26. All full siblings.
 Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didnt want mother to ever see them.
 Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10 years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could .Before their divorce, father started seeing his next wife.  Brought her to patients track events.  Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.
.
EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2 yrs and went to college for 1 semester. Drinking lots, dating crazies, decided to join the military.  Planned on making a career of the military, not sure now.  Doesnt want to move anymore.
.
ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months, living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesnt want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent the rest of the time hiding her drinking.  She also was taking anti-depressants and didnt tell him.
.
SPIRITUAL:  none



.
Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current smoker  Used to smoke hooka when overseas - Amt per Day:    Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.
**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
 Additional Screening Questions:

Are you having any thoughts about harming another person?  denied

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

Do you feel like you are at risk for workplace violence?  denied
.
PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =   0       DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult   [ ] Somewhat difficult   [ ] Very difficult   [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes   [ ] No
If
'Yes
', how often?  [ ] Several days   [ ] More than half the days   [ ] Almost everyday.
Depression Screening:

[ 1 ]  1.  Little Interest or pleasure in doing things
[ 0 ]  2.  Feeling down depressed or hopeless
[ 2 ]  3.  Trouble sleeping or sleeping too much
[ 0 ]  4.  Feeling tired or little energy
[ 0 ]  5.  Poor appetite or overeating
[ 1 ]  6.  Feeling bad about self
[ 1 ]  7.  Trouble concentrating on things
[ 2 ]  8.  Moving or speaking slowly or being restless
[ 1 ]  9.  Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all   [ x ] Somewhat   [ ] Very   [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 1 ]  2.  Not being able to stop or control worrying
[ 2 ]  3.  Worrying too much about different things
[ 2 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that it
's hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 12/27  on 8-4-14
  It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all   [ ] Somewhat   [ ] Very   [ ] Extremely.
**Physical findings**
**General Appearance:**
  ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-████   DoD ID: 1286180538        Created: 16 Aug 2017

**Neurological:**
　　° No disorientation was observed, oriented x3 , oriented x3.  ° No hallucinations. ° Memory was unimpaired.  ° Remote
　　memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
　　Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone
　　was not a monotone.
**Psychiatric:**
　　Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and
　　cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-
　　eye contact was observed.
　　Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
　　Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
　　Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed.
　　° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
　　Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
　　homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
　　Neurovegetative Assessment: ° Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

　　Non-Modifiable:
　　x    Gender (risk factor if male):
　　x    H/O Suicide Attempts:  age 17, bottle of asprin
　　　　Organized Plan:
　　　　Chronic Psychiatric Disorder:
　　　　Recent Psychiatric Hospitalization:
　　x    H/O Abuse or Trauma:
　　　　Chronic Physical Illness:
　　x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
　　　　Other Recent Loss:
　　　　Chronic Pain:
　　　　Age (risk factor if <25 or >60):  age 29

　　Modifiable:
　　　　Suicidal ideation/plans/intent:
　　x    Access to Lethal Means:  gun in house
　　　　Poor Treatment Compliance:
　　　　Hopelessness:
　　x    Psychic Pain/Anxiety:  anxiety
　　　　Acute Event:
　　　　Insomnia:
　　　　Low Self-Worth:
　　x    Impulsivity:
　　　　Substance Abuse:
　　x    Financial Stress:  got into debt, working on it
　　　　Legal Stress:

　　Protective:
　　　　Strong Therapeutic Alliance:
　　　　Positive Coping Skills:
　　　　Responsible to/for Family:
　　　　Responsible to/for Pet:
　　　　Frustration Tolerance:  likes to hid his feelings
　　x    Resilience:
　　　　Good Reality Testing:  can add details that are not true
　　x    Amenable to Treatment:
　　　　Social Support: just his girl friend, no one to talk to
　　　　Religious Beliefs Contrary to Suicide:


　　Risk of Harm to Others:  denied

　　Action Taken Based on Risk Assessment:
　　[ x ] Released without limitations. Advised of emergency procedures.
　　[  ] SM released to Chain of Command with the following limitations:
　　[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
　　[  ] Other: Suicide Risk and Protective Factors Review:

　　Non-Modifiable:
　　x    Gender (risk factor if male):
　　x    H/O Suicide Attempts:  age 17, bottle of asprin

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

Organized Plan:
Chronic Psychiatric Disorder:
Recent Psychiatric Hospitalization:
x   H/O Abuse or Trauma:
Chronic Physical Illness:
x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
Other Recent Loss:
Chronic Pain:
Age (risk factor if <25 or >60):  age 29

Modifiable:
Suicidal ideation/plans/intent:
x   Access to Lethal Means:  gun in house
Poor Treatment Compliance:
Hopelessness:
x   Psychic Pain/Anxiety:  anxiety
Acute Event:
Insomnia:
Low Self-Worth:
x   Impulsivity:
Substance Abuse:
x   Financial Stress:  got into debt, working on it
Legal Stress:

Protective:
Strong Therapeutic Alliance:
Positive Coping Skills:
Responsible to/for Family:
Responsible to/for Pet:
Frustration Tolerance:  likes to hid his feelings
x   Resilience:
Good Reality Testing:  can add details that are not true
x   Amenable to Treatment:
Social Support: just his girl friend, no one to talk to
Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied


Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:

**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?                                      [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No  Specify:
Behavioral Health Advanced directives completed?                               [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?        [ ] Yes  [ x ] No
Are you enrolled in EFMP?                                                       [ ] Yes  [ x ] No
Do you use a Personal Health Record (PHR)?                                      [ ] Yes  [ x ] No  Specify:
Contact info: ████████        ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?                                      [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No  Specify:
Behavioral Health Advanced directives completed?                               [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?        [ ] Yes  [ x ] No
Are you enrolled in EFMP?                                                       [ ] Yes  [ x ] No
Do you use a Personal Health Record (PHR)?                                      [ ] Yes  [ x ] No  Specify:
Contact info: ████████
**Therapy**
• Duration of the encounter 60 min.
**Practice Management**
Continue assessment and intervention

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist:  L Nilsen, LCSW-C

Date last updated:  9-11-14
Reviewed with patient on:  9-11-14
Does patient agree with plan?  yes
If not, what part?
Projected date of next treatment plan update:  12-11-14

 Discussion of assessment and intervention
Tx Plan cont~"d:


Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1. Anxiety
2. Relationship problems


Long-Term Goals:

1.  Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2.  Develop the necessary skills for effective, open communication
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
 supportive therapy
Objective 1 (Corresponds to Goal #1 ):
-  The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.


Objective 2 (Corresponds to Goal # 2 ):
-  By self report, Increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within relationships.
Interventions:
1.  Help patient review any new relationships for possible problems.




    Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.
 .


**A/P** Written by NILSEN,LINDA M @ 04 Nov 2014 1359 EST
**1. ANXIETY DISORDER NOS**
        Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Written by NILSEN,LINDA M @ 04 Nov 2014 1359 EST
**Released w/o Limitations**
**Follow up:** for therapy 1 to 2 week(s) in the PSYCHIATRY BE clinic.
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 16 Aug 2017

**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 04 Nov 2014 1400

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *23 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:  BETH-18795728    Primary Dx:    ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**     Date: **23 Oct 2014 0730 EDT**     Appt Type: **EST**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **NILSEN,LINDA M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by NILSEN,LINDA M @ 24 Oct 2014 0906 EDT

**Family History**
•fraternal history of SUBJECTIVE [Use for
    s.o.a.p. note free text] (Brother)
•family medical history (General FHx)
•paternal grandfather's history of
    preliminary background HPI [use for
    free text] (Paternal Grandfather)
•paternal history of preliminary background
    HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
    for free text] (Paternal Grandmother)
•family history of supplemental HPI [use
    for free text] (General FHx)
•no family history of malignant neoplasm of
    the large intestine (General FHx)
•no family history of malignant neoplasm of
    the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
    (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**S/O Note** Written by NILSEN,LINDA M @ 24 Oct 2014 0907 EDT
**History of present illness**
        The Patient is a 29 year old male.

<<Note accomplished on Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not
sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of
origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following
symptoms:  anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has
scraped/picked the hair out in circles.  He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking
at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out
like him

Insomnia Severity Index:  8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when
he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because
he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X
a day.

Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather
than ignore them.


.

| Merwin, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 692**
AR 2679

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

10-23-14:  Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder.  Patient arrived on time. Patient is re-enlisting for another 4 years.  His family (Mom, sister, sister's child and brother) are coming to the event on Dec 12. They are staying at his house.  He is not close to his family, but is working on getting closer.   Patient is also going home for Christmas.  He feels guilty and anxious about them.  He feels guilty because if other people knew how little he sees them, they would think less of him.  After his parents divorced, he rarely saw his Mom.  He says he has probably seen her in total about a year since the divorce.  His mother is bi-polar.  She has been in therapy in the past.  Her mother is also bi-polar and takes meds.  Patient likes his mom's side of the family.  They were nice to him when he was a child.  His grandfather taught him Doss, other computer stuff, and played video games with him.  He has not seen his dad for 5 years.  Dad now has another family and lives in Cal.  Dad's brother was in jail for having sex with an under-aged girlfriend.  He was about 20 years older than her and was married at the time. His other brother is disabled and lives with their mom.  He is mean.  The grandmother is mean too.  When he was a child, he stayed with them for several weeks at a time.  (He visited his mom for about 2 weeks a summer.)   Patient states that his sister seems to have inherited the worst parts of both families-she is bi-polar and is the same kind of mean has his father's mother.
.
.
     Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

 Pain Severity  0 / 10  Pain Severity  0 / 10.
**Current medication**

  See ALTHA, per patient, none

**Past medical/surgical history**
**Reported:**
     Medical: Reported medical history
      See ALTHA


      and psychiatric history
      *  THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
      *  MEDS:  none
      *  INPATIENT/RESIDENTIAL CARE:  denied
      *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
          anyone
      *  FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  - drinks every other or every night - has not seen him since 2009 so is not sure how he is doing
      .

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years.  SM is 29, sisters are 27 and 26. All full siblings.
      Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didnt want mother to ever see them.
  Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10 years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could  .Before their divorce, father started seeing his next wife.   Brought her to patients track events.  Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.
.
EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2 yrs and went to college for 1 semester.  Drinking lots, dating crazies, decided to join the military.  Planned on making a career of the military, not sure now.  Doesnt want to move anymore.
.
ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months, living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesnt want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent the rest of the time hiding her drinking.  She also was taking anti-depressants and didnt tell him.
.
SPIRITUAL:  none



.
Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current smoker  Used to smoke hooka when overseas - Amt per Day:    Used to smoke hooka when overseas - Amt per Day:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.
**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
 Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
.
PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =   0       DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult   [ ] Somewhat difficult   [ ] Very difficult   [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes   [ ] No
If
'Yes
', how often?  [ ] Several days   [ ] More than half the days   [ ] Almost everyday.
Depression Screening:

[ 1 ]  1.  Little Interest or pleasure in doing things
[ 0 ]  2.  Feeling down depressed or hopeless
[ 2 ]  3.  Trouble sleeping or sleeping too much
[ 0 ]  4.  Feeling tired or little energy
[ 0 ]  5.  Poor appetite or overeating
[ 1 ]  6.  Feeling bad about self
[ 1 ]  7.  Trouble concentrating on things
[ 2 ]  8.  Moving or speaking slowly or being restless
[ 1 ]  9.  Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all   [ x ] Somewhat   [ ] Very   [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 1 ]  2.  Not being able to stop or control worrying
[ 2 ]  3.  Worrying too much about different things
[ 2 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that it
's hard to sit still

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ▇▇▇ 1985  SSN: ***-**-▇▇▇▇          DoD ID: 1286180538          Created: 16 Aug 2017

[ 3 ] 6.  Becoming easily annoyed or irritable
[ 0 ] 7.  Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 12/27  on 8-4-14
  It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ] Extremely.

**Physical findings**
**General Appearance:**
  ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
  ° No disorientation was observed, oriented x3 , oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
  Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.

**Psychiatric:**
  Demonstrated Behavior:  ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
  Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
  Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
  Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
  Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.

  Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

  Non-Modifiable:
   x    Gender (risk factor if male):
   x    H/O Suicide Attempts:  age 17, bottle of asprin
        Organized Plan:
        Chronic Psychiatric Disorder:
        Recent Psychiatric Hospitalization:
   x    H/O Abuse or Trauma:
        Chronic Physical Illness:
   x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
        Other Recent Loss:
        Chronic Pain:
        Age (risk factor if <25 or >60):  age 29

  Modifiable:
        Suicidal ideation/plans/intent:
   x    Access to Lethal Means:  gun in house
        Poor Treatment Compliance:
        Hopelessness:
   x    Psychic Pain/Anxiety:  anxiety
        Acute Event:
        Insomnia:
        Low Self-Worth:
   x    Impulsivity:
        Substance Abuse:
   x    Financial Stress:  got into debt, working on it
        Legal Stress:

  Protective:
        Strong Therapeutic Alliance:
        Positive Coping Skills:
        Responsible to/for Family:
        Responsible to/for Pet:
        Frustration Tolerance:  likes to hid his feelings
   x    Resilience:
        Good Reality Testing:  can add details that are not true
   x    Amenable to Treatment:
        Social Support: just his girl friend, no one to talk to
        Religious Beliefs Contrary to Suicide:


        Risk of Harm to Others:  denied

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other: Suicide Risk and Protective Factors Review:

Non-Modifiable:
   x   Gender (risk factor if male):
   x   H/O Suicide Attempts:  age 17, bottle of asprin
      Organized Plan:
      Chronic Psychiatric Disorder:
      Recent Psychiatric Hospitalization:
   x   H/O Abuse or Trauma:
      Chronic Physical Illness:
   x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
      Other Recent Loss:
      Chronic Pain:
      Age (risk factor if <25 or >60):  age 29

Modifiable:
      Suicidal ideation/plans/intent:
   x   Access to Lethal Means:  gun in house
      Poor Treatment Compliance:
      Hopelessness:
   x   Psychic Pain/Anxiety:  anxiety
      Acute Event:
      Insomnia:
      Low Self-Worth:
   x   Impulsivity:
      Substance Abuse:
   x   Financial Stress:  got into debt, working on it
      Legal Stress:

Protective:
      Strong Therapeutic Alliance:
      Positive Coping Skills:
      Responsible to/for Family:
      Responsible to/for Pet:
      Frustration Tolerance:  likes to hid his feelings
   x   Resilience:
      Good Reality Testing:  can add details that are not true
   x   Amenable to Treatment:
      Social Support: just his girl friend, no one to talk to
      Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:

**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?        [ ] Verbal  [ ] Written  [ ] Visual  [ x ] Other
(Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x ] No  Specify:
Behavioral Health Advanced directives completed?     [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes  [ x ] No
Are you enrolled in EFMP?               [ ] Yes  [ x ] No
Do you use a Personal Health Record (PHR)?     [ ] Yes  [ x ] No  Specify:
Contact info: ████████████ ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?        [ ] Verbal  [ ] Written  [ ] Visual  [ x ] Other
(Specify): visual and hands on

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No  Specify:
Behavioral Health Advanced directives completed?    [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?    [ ] Yes  [ x ] No
Do you use a Personal Health Record (PHR)?    [ ] Yes  [ x ] No  Specify:
Contact info: ████████

**Therapy**
• Duration of the encounter 60 min.

**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist: L Nilsen, LCSW-C

Date last updated:  9-11-14
Reviewed with patient on:  9-11-14
Does patient agree with plan?  yes
If not, what part?
Projected date of next treatment plan update:  12-11-14

 Discussion of assessment and intervention
Tx Plan cont~"d:


Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1. Anxiety
2. Relationship problems


Long-Term Goals:

1.  Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2.  Develop the necessary skills for effective, open communication
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
 supportive therapy
Objective 1 (Corresponds to Goal #1 ):
- The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.


Objective 2 (Corresponds to Goal # 2 ):
- By self report, Increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within relationships.
Interventions:
1.  Help patient review any new relationships for possible problems.




Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.
 .

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

**A/P** Written by NILSEN,LINDA M @ 24 Oct 2014 0912 EDT
**1. ANXIETY DISORDER NOS**
     Procedure(s):                    -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Written by NILSEN,LINDA M @ 24 Oct 2014 0912 EDT
**Released w/o Limitations**
**Follow up:** for therapy 1 to 2 week(s) in the PSYCHIATRY BE clinic.
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 24 Oct 2014 0912

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## *22 Oct 2014 at WRNMMC, SRP Cl Ki by JORDAN, TIMOTHY W*

Encounter ID:    BETH-18765071    Primary Dx:    Vaccines Prophylactic Need Against Influenza

Patient: **MERWIN, DANIEL DENNIS**          Date: **22 Oct 2014 0935 EDT**          Appt Type: **PROC**
Treatment Facility: **KIMBROUGH**           Clinic: **SRP CL KI**                 Provider: **JORDAN,TIMOTHY W**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

**AutoCites** Refreshed by JORDAN,TIMOTHY W @ 22 Oct 2014 0936 EDT

| **Problems** | **Family History** | **Allergies** |
| --- | --- | --- |
| No Problems Found. | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) | •OTHER: Unknown (SEE MED RECORD) |
| | •family medical history (General FHx) | |
| | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) | |
| | •paternal history of preliminary background HPI [use for free text] (Father) | |
| | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) | |
| | •family history of supplemental HPI [use for free text] (General FHx) | |
| | •no family history of malignant neoplasm of the large intestine (General FHx) | |
| | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| | •no family history of chronic liver disease (General FHx) | |

**Social History**
No Social History Found.

**Reason for Appointment:**Written by JORDAN,TIMOTHY W @ 22 Oct 2014 0935 EDT
flu vaccine

**Questionnaire AutoCites** Refreshed by JORDAN,TIMOTHY W @ 22 Oct 2014 0936 EDT
**Questionnaires**

**S/O Note** Written by JORDAN,TIMOTHY W @ 22 Oct 2014 0936 EDT
**Reason for Visit**
     Visit for:  influenza vaccine.
     Patient identified by Name and Date of Birth or other two forms of indentification.
**Vaccinations**
     • Received dose of influenza live virus vaccine, for intranasal use MEDIMMUNE `FLUMIST`
     Lot#:  CK2008      Expriation Date:  8 Dec2014
     0.2 ML PRE-FILLED, SINGLE-USE, INTRANASAL
     SPRAY;
     FOR IMMUNIZING PERSONS 2 TO 49 YRS. OF AGE;
     PRESERVATIVE-FREE, NOT FOR USE DURING PREGNANCY
     Information Sheet:  19August 2014
     Manufacturer by: MedImmune Biologics
     Date vaccinated: 14 OCT 2014
     Vaccination/injection Site:. IN
**Past medical/surgical history**
**Reported:**
     Recent Events:  No active illness.
     Medical: Reviewed no allergies.  No allergy to certain foods; and not to eggs.  No known drug allergies.
**Review of systems**
**Systemic:** No fever.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

**A/P** Last Updated by JORDAN,TIMOTHY W @ 22 Oct 2014 0937 EDT
**1. Vaccines Prophylactic Need Against Influenza**
      Procedure(s):        -Immunization Admin By Intranasal / Oral Route One Vaccine x 1
                              -Influenza Virus Vaccine Live Intranasal Quadrivalent x 1

**Disposition** Last Updated by JORDAN,TIMOTHY W @ 22 Oct 2014 0937 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the SRP CL KI clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  JORDAN, TIMOTHY W** (Health Care Specialist) @ 22 Oct 2014 0951

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *16 Oct 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:     BETH-18694226     Primary Dx:     ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**      Date: **16 Oct 2014 0730 EDT**       Appt Type: **EST**
Treatment Facility: **WALTER REED**      Clinic: **PSYCHIATRY BE**            Provider: **NILSEN,LINDA M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by NILSEN,LINDA M @ 16 Oct 2014 0946 EDT

**Family History**
•family medical history (General FHx)
•fraternal history of SUBJECTIVE [Use for
   s.o.a.p. note free text] (Brother)
•paternal grandfather's history of
   preliminary background HPI [use for
   free text] (Paternal Grandfather)
•paternal history of preliminary background
   HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
   for free text] (Paternal Grandmother)
•family history of supplemental HPI [use
   for free text] (General FHx)
•no family history of malignant neoplasm of
   the large intestine (General FHx)
•no family history of malignant neoplasm of
   the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
   (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**S/O Note** Written by NILSEN,LINDA M @ 16 Oct 2014 0958 EDT
**History of present illness**
     The Patient is a 29 year old male.

<<Note not accomplished on Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not
sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of
origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following
symptoms:  anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has
scraped/picked the hair out in circles.  He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking
at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out
like him

Insomnia Severity Index:  8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when
he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because
he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X
a day.

Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather
than ignore them.

.

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 701**
AR 2688

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

10-16-14:  Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder.  Patient arrived on time.  Pt saw his PCM who excused his PTR, but did not fill out the paper for his regular PT.  His ankle is still giving him trouble.  He said that she was rude.  When asked if he told her, he said no, he does not confront people.  He learned as a child to just deal with whatever is going on.  He was at sea the first 3 years in the Navy, stationed by Japan.  They were on 12 hr shifts, not much down time.  He tried to be the "perfect" worker-did his job the best that he could.  He does believe this is where some of his anxiety came from.  He started pulling his hair out during this time.  So he has continued to put up with bad behavior.  I encouraged him to tell the providers he finds them rude.  He talked about his problems with reading and writing.  In the past he has not been able to do well in school.  He can handle books on tape and videos.  It sounds like he might have a learning disability.  We discussed ways he could work around this and on it.  Patient stated he is going home to his mom's for X-mas.  He said that he jokingly said that they needed to find some girlfriend possibilities for him.  He said he was joking, but they have already found someone for him to meet.

   Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

 Pain Severity   0 / 10   Pain Severity   0 / 10.
**Current medication**

  See ALTHA, per patient, none

.
**Past medical/surgical history**
**Reported:**
   Medical: Reported medical history
    See ALTHA


    and psychiatric history
    *  THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
    *  MEDS:  none
    *  INPATIENT/RESIDENTIAL CARE:  denied
    *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
       anyone
    * FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  -
       drinks every other or every night - has not seen him since 2009 so is not sure how he is doing

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years. SM is 29, sisters are 27 and 26. All full siblings.
    Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn
't want mother to ever see them.
 Mother left bruises on his sister.  Lost full custody. Dad was really more abusive.  Age 8, got step-mother, they were together for 10
    years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could  .Before their divorce,
    father started seeing his next wife.   Brought her to patient
's track events.  Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.
.
EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He
    lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the
    school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2
    yrs and went to college for 1 semester.  Drinking lot, dating crazies, decided to join the military.  Planned on making a career of
    the military, not sure now.   Doesn
't want to move anymore.
.
ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months,
    living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn
't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time
    was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent
    the rest of the time hiding her drinking.  She also was taking anti-depressants and didn
't tell him.
.
SPIRITUAL:  none


.
Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current
    smoker  Used to smoke hooka when overseas - Amt per Day:    Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut

**Medical Record**

down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.

**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
 Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
.
PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =   0      DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult   [ ] Somewhat difficult   [ ] Very difficult   [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?   [ ] Yes   [ ]
No
If
'Yes
', how often?  [ ] Several days   [ ] More than half the days   [ ] Almost everyday.
Depression Screening:

[ 1 ]  1.  Little Interest or pleasure in doing things
[ 0 ]  2.  Feeling down depressed or hopeless
[ 2 ]  3.  Trouble sleeping or sleeping too much
[ 0 ]  4.  Feeling tired or little energy
[ 0 ]  5.  Poor appetite or overeating
[ 1 ]  6.  Feeling bad about self
[ 1 ]  7.  Trouble concentrating on things
[ 2 ]  8.  Moving or speaking slowly or being restless
[ 1 ]  9.  Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?   [ ] Not at all   [ x ] Somewhat   [ ] Very   [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 1 ]  2.  Not being able to stop or control worrying
[ 2 ]  3.  Worrying too much about different things
[ 2 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that it
's hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ███   1985  SSN: ***-**-███   DoD ID: 1286180538      Created: 16 Aug 2017

[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 12/27  on 8-4-14
 It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?   [ ] Not at all   [ ] Somewhat   [ ] Very   [ ]
Extremely.

**Physical findings**
**General Appearance:**
 ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
 ° No disorientation was observed, oriented x3 , oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote
     memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
 Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone
     was not a monotone.
**Psychiatric:**
 Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and
     cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-
     eye contact was observed.
 Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
 Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
 Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed.
     ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
 Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
     homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
 Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

 Non-Modifiable:
    x    Gender (risk factor if male):
    x   H/O Suicide Attempts:  age 17, bottle of asprin
         Organized Plan:
         Chronic Psychiatric Disorder:
         Recent Psychiatric Hospitalization:
    x    H/O Abuse or Trauma:
         Chronic Physical Illness:
    x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
         Other Recent Loss:
         Chronic Pain:
         Age (risk factor if <25 or >60):  age 29

 Modifiable:
         Suicidal ideation/plans/intent:
    x    Access to Lethal Means:  gun in house
         Poor Treatment Compliance:
         Hopelessness:
    x    Psychic Pain/Anxiety:  anxiety
         Acute Event:
         Insomnia:
         Low Self-Worth:
    x    Impulsivity:
         Substance Abuse:
    x    Financial Stress:  got into debt, working on it
         Legal Stress:

 Protective:
         Strong Therapeutic Alliance:
         Positive Coping Skills:
         Responsible to/for Family:
         Responsible to/for Pet:
         Frustration Tolerance:  likes to hid his feelings
    x    Resilience:
         Good Reality Testing:  can add details that are not true
    x    Amenable to Treatment:
         Social Support: just his girl friend, no one to talk to
         Religious Beliefs Contrary to Suicide:


 Risk of Harm to Others:  denied

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other: Suicide Risk and Protective Factors Review:

Non-Modifiable:
  x   Gender (risk factor if male):
  x   H/O Suicide Attempts:  age 17, bottle of asprin
     Organized Plan:
     Chronic Psychiatric Disorder:
     Recent Psychiatric Hospitalization:
  x   H/O Abuse or Trauma:
     Chronic Physical Illness:
  x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
     Other Recent Loss:
     Chronic Pain:
     Age (risk factor if <25 or >60):  age 29

Modifiable:
     Suicidal ideation/plans/intent:
  x   Access to Lethal Means:  gun in house
     Poor Treatment Compliance:
     Hopelessness:
  x   Psychic Pain/Anxiety:  anxiety
     Acute Event:
     Insomnia:
     Low Self-Worth:
  x   Impulsivity:
     Substance Abuse:
  x   Financial Stress:  got into debt, working on it
     Legal Stress:

Protective:
     Strong Therapeutic Alliance:
     Positive Coping Skills:
     Responsible to/for Family:
     Responsible to/for Pet:
     Frustration Tolerance:  likes to hid his feelings
  x   Resilience:
     Good Reality Testing:  can add details that are not true
  x   Amenable to Treatment:
     Social Support: just his girl friend, no one to talk to
     Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:

**Assessment**
  • History ANNUAL SCREENING DATE:
  Primary language: English
  What is your preferred method of learning?                [ ] Verbal  [ ] Written  [ ] Visual  [ x ] Other
(Specify): visual and hands on
  Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x ] No  Specify:
  Behavioral Health Advanced directives completed?            [ ] Yes  [ x ] No
  Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes  [ x ] No
  Are you enrolled in EFMP?                               [ ] Yes  [ x ] No
  Do you use a Personal Health Record (PHR)?           [ ] Yes  [ x ] No  Specify:
  Contact info: ███████████ ANNUAL SCREENING DATE:
  Primary language: English
  What is your preferred method of learning?                [ ] Verbal  [ ] Written  [ ] Visual  [ x ] Other
(Specify): visual and hands on
  Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x ] No  Specify:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

Behavioral Health Advanced directives completed?                    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?                                [ ] Yes  [x ] No
Do you use a Personal Health Record (PHR)?                        [ ] Yes  [ x] No  Specify:
    Contact info: ███████

**Therapy**
    • Duration of the encounter 60 min.
**Practice Management**
    Continue assessment and intervention
    Multi-Disciplinary Treatment Plan:

    Treatment Team Members -

    Individual Therapist: L Nilsen, LCSW-C

    Date last updated:  9-11-14
    Reviewed with patient on: 9-11-14
    Does patient agree with plan?  yes
    If not, what part?
    Projected date of next treatment plan update:  12-11-14

     Discussion of assessment and intervention
    Tx Plan cont~"d:


    Diagnosis
    I. 300.00  Anxiety D/O NOS
    II. 799.9  deferred
    III. none
    IV. Limited support system, few friends
    V. current GAF:  65

    Active Problem List:
    1. Anxiety
    2. Relationship problems


    Long-Term Goals:

    1.  Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
    2.  Develop the necessary skills for effective, open communication
     Discussion of risk of assessment and intervention
    Interventions Provided at this session:
      supportive therapy
    Objective 1 (Corresponds to Goal #1 ):
    - The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
    Interventions:
    1. Establish rapport with the client toward building a therapeutic alliance.


    Objective 2 (Corresponds to Goal # 2 ):
    - By self report, Increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within
relationships.
    Interventions:
    1.  Help patient review any new relationships for possible problems.




    Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or
homicidal thoughts develop.
    .


**A/P** Last Updated by NILSEN,LINDA M @ 16 Oct 2014 1001 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**1. ANXIETY DISORDER NOS**
      Procedure(s):    -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Last Updated by NILSEN,LINDA M @ 16 Oct 2014 1002 EDT
**Released w/o Limitations**
**Follow up:** for therapy 1 to 2 week(s) in the PSYCHIATRY BE clinic.
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 16 Oct 2014 1054

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▓ 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *07 Oct 2014 at WRNMMC, Int Med CL C Medical Home BE by RINIS, DONNA L*

Encounter ID:     BETH-18590652     Primary Dx:     Visit for: administrative purpose

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **07 Oct 2014 0938 EDT**
Clinic: **INT MED MEDICAL HOME CL C
BE**

Appt Type: **T-CON***
Provider: **RINIS,DONNA L**

Call Back Phone: ▓

**AutoCites** Refreshed by RINIS,DONNA L @ 07 Oct 2014 0938 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Telephone Consult:** Written by RINIS,DONNA L @ 07 Oct 2014 0938 EDT
MRI results

**Questionnaire AutoCites** Refreshed by RINIS,DONNA L @ 07 Oct 2014 0938 EDT
**Questionnaires**

**A/P** Written by RINIS,DONNA L @ 07 Oct 2014 0947 EDT
**1. Visit for: administrative purpose**
**2. ANKLE SPRAIN LEFT**

**Disposition** Written by RINIS,DONNA L @ 07 Oct 2014 0947 EDT

**Note** Written by RINIS,DONNA L @ 07 Oct 2014 0946 EDT
PCM _ NP Austin, out of office this week.
RelayHealth sent to patient -
NP Austin is out of the office this week, so I am  looking at her lab & xray results.
Below are copies of your recent MRI's, showing evidence of a prior lateral (the outside of the ankle) ankle sprain and, also, mild
degenerative changes over the "bunion" area of your foot.

This is just a "FYI". Please keep your pending appointments with NP Austin 10/20/14 and with Physical Therapy 11/4/14, at which
times you can review the results again, if needed.

v/r
Dr.Rinis

MERWIN, DANIEL DENNIS     20/▓     DoD ID: 1286180538     29yo     ▓     1985     M

********* MRI, ANKLE LT W OR W/O CON *********
POC Enc: #E4520771    POC Fac: WRNMMC
Status: Complete (Amended)

Procedure:              MRI, ANKLE LT W OR W/O CON
Event Date:             26-Sep-2014 13:28:00
Exam #:                 14327823
Exam Date/Time:         05-Oct-2014 14:43:00
Transcription Date/Time:    06-Oct-2014 15:51:00
Provider:               AUSTIN, MARIE
Requesting Location:
  INT MED MEDICAL HOME CL C BE    WRNMMC BETHESDA, MD
Status:                 COMPLETE (Amended)

Amended Result Code:    SEE RADIOLOGIST'S REPORT
Interpreted By:         LUTYNSKI, MATTHEW LEO
Supervised By:          FRANK E. MULLENS, LCDR, MC, USN

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ■■■ 1985  SSN: ***-**-■■■   DoD ID: 1286180538        Created: 16 Aug 2017

Approved By:          LUTYNSKI, MATTHEW LEO
Approved Date:        06-Oct-2014 15:52:00
Supervised By:        206272 FRANK E. MULLENS, LCDR, MC, USN
Supervised By Date:     06-Oct-2014 15:52:00
Amended Report Text:

HISTORY:              Continuous pain following injury

COMPARISONS:
  Left foot and ankle radiographs dated 5/6/14

TECHNIQUE:
  WRNMMC MRI of the left ankle was performed utilizing standard imaging sequences
  (3 plane localizer, axial T1, axial PD fat-sat, coronal T1, coronal PD fat-sat,
  sagittal T1, sagittal PD fat-sat).  No intravenous or intra-articular contrast
  was administered.  Subsequently, MRI of the forefoot was obtained to include 3
  plane localizer, coronal T1, coronal PD fat-sat, axial T1, sagittal T1, axial PD
  fat-sat, sagittal PD fat-sat.

FINDINGS:
  ANKLE: A skin marker was placed along the anterolateral aspect of the lower leg
  at the site of symptoms.

Plantar aponeurosis:       within normal limits.

Tendons  Achilles' tendon:   within normal limits.

Peroneal tendons:          within normal limits.

Flexor tendons:
  Apart from minimal fluid accumulation at the knot of Henry, the flexor tendons
  about the ankle are otherwise within normal limits.

Extensor tendons:          within normal limits.

Ligaments:
  Syndesmotic ankle ligaments: within normal limits.

Low lateral ankle ligaments:
  The anterior talofibular ligament appears thickened.  Calcaneofibular and
  posterior talofibular ligaments are within normal limits.

Deltoid ligamentous complex:  within normal limits.

Spring ligamentous complex:   within normal limits.

Lisfranc ligament:         within normal limits.

Sinus tarsi and tarsal tunnel: within normal limits.

Muscle morphology and signal intensity:within normal limits.

Bone morphology and signal intensity:within normal limits.

Chondral surfaces:         within normal limits.

FOREFOOT:
  Tendons:  Distal peroneal tendons: within normal limits.

Distal flexor tendons:      within normal limits.

Distal extensor tendons:    within normal limits.

Ligaments:
  Intermetatarsal ligaments: within normal limits.

Lisfranc ligament:         within normal limits.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538    Created: 16 Aug 2017

The plantar plate and capsular ligamentous structures about the metatarsal
phalangeal and interphalangeal joints of the forefoot are within normal limits.

Recesses and Bursae:
   No evidence of Morton's neuroma or intermetatarsal bursitis.

Muscle morphology and signal intensity:within normal limits.

Bone morphology and signal intensity:
   Mild degenerative changes are seen at the 1st metatarsophalangeal joint.

IMPRESSION:
   Findings suggestive of prior lateral ankle sprain.
   _____

Electronically signed by resident:
   Dr. MATTHEW LEO LUTYNSKI Date: 10/06/14 Time:14:23


_____

Electronically signed by:
   FRANK EDWARD MULLENS Department of Radiology Walter Reed National Military
   Medical Center

Date:              10/06/14 Time:15:52


--------------------------------------------------------------------------
--------------------------------------------------------------------------
MERWIN, DANIEL DENNIS   20■■■   DoD ID: 1286180538   29yo ■■■■ 1985   M

           ********* MRI, FOOT LT W OR W/O CON **********
           POC Enc: #E4520771   POC Fac: WRNMMC
                  Status: Complete (Amended)

Procedure:              MRI, FOOT LT W OR W/O CON
Event Date:             26-Sep-2014 13:27:00
Exam #:                 14327819
Exam Date/Time:         05-Oct-2014 14:43:00
Transcription Date/Time:   06-Oct-2014 15:51:00
Provider:               AUSTIN, MARIE
Requesting Location:
   INT MED MEDICAL HOME CL C BE    WRNMMC BETHESDA, MD
Status:                 COMPLETE (Amended)


Amended Result Code:       SEE RADIOLOGIST'S REPORT
Interpreted By:            LUTYNSKI, MATTHEW LEO
Supervised By:             FRANK E. MULLENS, LCDR, MC, USN
Approved By:               LUTYNSKI, MATTHEW LEO
Approved Date:             06-Oct-2014 15:52:00
Supervised By:             206272 FRANK E. MULLENS, LCDR, MC, USN
Supervised By Date:        06-Oct-2014 15:52:00
Amended Report Text:

HISTORY:                Continuous pain following injury

COMPARISONS:
   Left foot and ankle radiographs dated 5/6/14

TECHNIQUE:
   WRNMMC MRI of the left ankle was performed utilizing standard imaging sequences
   (3 plane localizer, axial T1, axial PD fat-sat, coronal T1, coronal PD fat-sat,

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

sagittal T1, sagittal PD fat-sat).  No intravenous or intra-articular contrast was administered.  Subsequently, MRI of the forefoot was obtained to include 3 plane localizer, coronal T1, coronal PD fat-sat, axial T1, sagittal T1, axial PD fat-sat, sagittal PD fat-sat.

FINDINGS:
  ANKLE: A skin marker was placed along the anterolateral aspect of the lower leg at the site of symptoms.

Plantar aponeurosis:        within normal limits.

Tendons  Achilles' tendon:   within normal limits.

Peroneal tendons:        within normal limits.

Flexor tendons:
  Apart from minimal fluid accumulation at the knot of Henry, the flexor tendons about the ankle are otherwise within normal limits.

Extensor tendons:        within normal limits.

Ligaments:
  Syndesmotic ankle ligaments: within normal limits.

Low lateral ankle ligaments:
  The anterior talofibular ligament appears thickened.  Calcaneofibular and posterior talofibular ligaments are within normal limits.

Deltoid ligamentous complex:   within normal limits.

Spring ligamentous complex:   within normal limits.

Lisfranc ligament:        within normal limits.

Sinus tarsi and tarsal tunnel: within normal limits.

Muscle morphology and signal intensity:within normal limits.

Bone morphology and signal intensity:within normal limits.

Chondral surfaces:        within normal limits.

FOREFOOT:
  Tendons:   Distal peroneal tendons: within normal limits.

Distal flexor tendons:       within normal limits.

Distal extensor tendons:       within normal limits.

Ligaments:
  Intermetatarsal ligaments: within normal limits.

Lisfranc ligament:        within normal limits.

The plantar plate and capsular ligamentous structures about the metatarsal phalangeal and interphalangeal joints of the forefoot are within normal limits.

Recesses and Bursae:
  No evidence of Morton's neuroma or intermetatarsal bursitis.

Muscle morphology and signal intensity:within normal limits.

Bone morphology and signal intensity:
  Mild degenerative changes are seen at the 1st metatarsophalangeal joint.


IMPRESSION:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538       Created: 16 Aug 2017

Findings suggestive of prior lateral ankle sprain.

---

Electronically signed by resident:
  Dr. MATTHEW LEO LUTYNSKI Date: 10/06/14 Time:14:23



---

Electronically signed by:
  FRANK EDWARD MULLENS Department of Radiology Walter Reed National Military
  Medical Center

Date:            10/06/14 Time:15:52



**Signed By  RINIS, DONNA L** (Physician/Workstation) @ 07 Oct 2014 0948

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

## *01 Oct 2014 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:    BETH-18536263    Primary Dx:    Foot pain (soft tissue)

Patient: **MERWIN, DANIEL DENNIS**        Date: **01 Oct 2014 1834 EDT**        Appt Type: **T-CON***
Treatment Facility: **WALTER REED**        Clinic: **INT MED MEDICAL HOME CL C**        Provider: **AUSTIN,MARIE**
**NATIONAL MILITARY MEDICAL CNTR**        **BE**
Patient Status: **Outpatient**                                Call Back Phone: ☐

**AutoCites** Refreshed by AUSTIN,MARIE @ 01 Oct 2014 1834 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | SWISH AND SPIT 15 ML TWICE A DAY FOR 2 WEEKS STARTING TOMORROW #0 RF0 | NR | 18 Sep 2014 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Telephone Consult:**Written by AUSTIN,MARIE @ 01 Oct 2014 1834 EDT
Really health message

**Questionnaire AutoCites** Refreshed by AUSTIN,MARIE @ 01 Oct 2014 1834 EDT
**Questionnaires**

**S/O Note** Written by AUSTIN,MARIE @ 01 Oct 2014 1835 EDT
**Subjective**
From Daniel Merwin To Ms. Marie Austin, NPProvider Ms. Marie Austin NPPatient Daniel Merwin Sent Date Sep 30, 2014 8:53 AMSubject Medical Waiver - Foot DetailsMessage I was in to have my ankle looked at and medical waiver signed. Two signatures were missed. I will be at Walter Reed in the morning on 02 October 2014 for another appointment. I will stop by with the paper work.The MRI is scheduled for Sunday October 5th, 2014 and the follow up with Austin, Marie is set for 20 October 2014.A note on my foot. It was definitely swollen yesterday around the area of pain. I was actually able to purposely hurt it along with making a popping/grinding sound when I rotated my ankle within its normal range of motion. I discovered it when i accidently stretched my ankle when lying in bed. So I decided to test it by pointing my toe forward and then rotating it in 360 degrees, each revolution made a sound or two and increased the pain. The pain lasted through the night and still exists this morning at a level of about 3.

**A/P** Last Updated by AUSTIN,MARIE @ 01 Oct 2014 1835 EDT
**1. Foot pain (soft tissue)** 729.5

**Disposition** Last Updated by AUSTIN,MARIE @ 01 Oct 2014 1835 EDT

**Note** Written by AUSTIN,MARIE @ 01 Oct 2014 1835 EDT
Closed a relayhealth message  if he stops by i will see

**Signed By  AUSTIN, MARIE** (Nurse Practitioner, WRNMMC) @ 01 Oct 2014 1835

---

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 713**
AR 2700

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *26 Sep 2014 at WRNMMC, Int Med CL C Medical Home BE by AUSTIN, MARIE R*

Encounter ID:    BETH-18481751    Primary Dx:    Left ankle joint pain

Patient: **MERWIN, DANIEL DENNIS**    Date: **26 Sep 2014 1330 EDT**    Appt Type: **EST**
Treatment Facility: **WALTER REED**    Clinic: **INT MED MEDICAL HOME CL C**    Provider: **AUSTIN,MARIE**
**NATIONAL MILITARY MEDICAL CNTR**    **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**
Left knee pain/ paper work

**Vitals**
**Vitals** Written by NEWMAN,BRENDA W @ 26 Sep 2014 1249 EDT
BP: 118/76 Left Arm,  Adult Cuff,    HR: 84,    RR: 16,    T: 97.8 °F,    HT: 69 in,    WT: 158.4 lbs,    SpO$_2$: 98%,
BMI: 23.39,    BSA: 1.871 square meters,    Tobacco Use: No,    Alcohol Use: Yes,    Pain Scale: 2/10 Mild,    Pain Scale
Comments: Left ankle

**Questionnaire AutoCites** Refreshed by NEWMAN,BRENDA W @ 26 Sep 2014 1306 EDT
**Questionnaires**

Copy of Anxiety & Depression Screening Taken On: 26 Sep 2014
  1. Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge?: Nearly every day
  2. Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying?: Nearly every day
  3. Over the last 2 weeks, how often have you been bothered by feeling down, depressed or hopeless?: Not at all
  4. Over the last 2 weeks, how often have you been bothered by having little interest or pleasure in doing things?: Not at all
  5. Over the last 2 weeks, how often have you been bothered by the thoughts that you would be better off dead or hurting yourself in some way?: Not at all

**S/O Note** Written by AUSTIN,MARIE @ 02 Oct 2014 0801 EDT
**Chief complaint**
The Chief Complaint is: Scalp issues, PT referral for left ankle and PRT waiver.
**History of present illness**
     The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>

PO1 needed a PARFQ and PRT waiver as a result of  injured he sustained in April of 2014. Initial injury occurred while he was running and stepped into a hole hyperextending his foot. He was  seen in the ER with a negative xray r/o a fx .
He continued to have increased swelling and pain and was  seen and x rayed again no fx seen . He then was sent for traing and has returned to WR and underwent PT . There is  some improvement in pain . However he continues  to have pain and swelling over the medial malleolus and is unable to run or walk fast .

PMH is positive for several stress fx in the foot  in his young adult years.

Patient is compliant with medications.
**Current medication**
Motrin but no  OTC meds, vitamins, herbals, etc.
.
**Past medical/surgical history**
**Reported:**
     Medical: Reported medical history Ankl pain
     .
     Surgical / Procedural: Surgical / procedural history
     none.
**Personal history**
Social history reviewed No tob no etoh.
**Family history**
     Family medical history
     Noncontributory.
**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.

---

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 714**
AR 2701

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed. • RR: Reviewed. • PR: Reviewed. • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° Oriented to time, place, and person.
**Psychiatric:**
    Mood: ° Euthymic.
    Affect: ° Normal.
**Practice Management**
    Preventive medicine services Pt is active duty and up to date in all immunization and vaccines.


**Note** Written by AUSTIN,MARIE @ 02 Oct 2014 0805 EDT

pt is back to clinic on 10/2 to get weight and the rest of the paperwork complete . we do
not do that part and I directed them to paul cachon. Command is insiting it be completed
**Rad Result** Cited by AUSTIN,MARIE @ 26 Sep 2014 1320 EDT


**MERWIN, DANIEL DENNIS    20/███    DoD ID: 1286180538  29yo ████  1985  M**
    ********** FOOT, LT WT BEARING 3 VIEWS **********
        POC Enc: #E4520771   POC Fac: WRNMMC
            Status: Complete


Procedure:                FOOT, LT WT BEARING 3 VIEWS
Event Date:               06-May-2014 14:46:00
Order Comment:            NO BRIEF COMMENT
Reason for Order:
    left foot  pain x  2 weeks following a recent injury, re-evaluate for fracture
Exam #:              14151531
Exam Date/Time:        06-May-2014 15:03:00
Transcription Date/Time:     06-May-2014 16:04:00
Provider:             UDE, ASSUMPTA O
Requesting Location:       AMHM01AREDKI     KIMBROUGH ACC
Status:               COMPLETE
Result Code:           SEE RADIOLOGIST'S REPORT
Interpreted By:         MUNTER, FLETCHER M
Approved By:           MUNTER, FLETCHER M
Approved Date:          06-May-2014 15:57:00
Report Text:
    CHCS 14151531


    History: Left foot pain for 2 weeks.


    Technique: AP and lateral weight-bearing images of the left foot were
    performed.


    FINDINGS: No fracture is demonstrated. Osseous alignment and mineralization  are
    normal. The articular surfaces are normal. There are no focal lytic or
    sclerotic lesions. No soft tissue abnormality is identified.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

IMPRESSION: Normal left foot.

Rad Result Cited by AUSTIN,MARIE @ 26 Sep 2014 1320 EDT

**MERWIN, DANIEL DENNIS    20/██    DoD ID: 1286180538   29yo   ████ 1985   M**
    ********** ANKLE, LT 3 VIEWS **********
    POC Enc: #E4520771    POC Fac: WRNMMC
    Status: Complete

Procedure:               ANKLE, LT 3 VIEWS
Event Date:              06-May-2014 14:45:00
Order Comment:              with weight bearing
Reason for Order:
    left lateral ankle pain and swelling 2 weeks following a sprained ankle,
    re-evaluate for fracture
Exam #:                  14151527
Exam Date/Time:          06-May-2014 15:03:00
Transcription Date/Time:     06-May-2014 16:05:00
Provider:                UDE, ASSUMPTA O
Requesting Location:       AMHM01AREDKI    KIMBROUGH ACC
Status:                  COMPLETE
Result Code:             SEE RADIOLOGIST'S REPORT
Interpreted By:          MUNTER, FLETCHER M
Approved By:             MUNTER, FLETCHER M
Approved Date:           06-May-2014 15:58:00
Report Text:
    CHCS 14151527

    History: Ankle sprain 2 weeks ago.

    Technique: 3 images of the left ankle were performed.

    FINDINGS: No fracture is demonstrated. Osseous alignment and mineralization  are
    normal. The articular surfaces are normal. There are no focal lytic or
    sclerotic lesions. There is mild lateral swelling.

    IMPRESSION: No fractures demonstrated.

A/P Last Updated by AUSTIN,MARIE @ 26 Sep 2014 1342 EDT
**1. Left ankle joint pain** 719.47
        Laboratory(ies):       -COMPREHENSIVE METABOLIC PANEL (Routine)
        Radiology(ies):        -MRI, FOOT LT W OR W/O CON (Routine) Impression:  Pt had and ankle sprain in april and continues
                               to have pain, discomfort and swelling despite conservative treatment
                               -MRI, ANKLE LT W OR W/O CON (Routine) Impression: Pt had a L ankle sprain in april and continues
                               to have pain, discomfort and swelling despite conservative treatment. r/o stress fx

Disposition Written by AUSTIN,MARIE @ 02 Oct 2014 0805 EDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: parfq and waiver completed
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  AUSTIN, MARIE (Nurse Practitioner, WRNMMC) @ 02 Oct 2014 0806

CHANGE HISTORY

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

***The following S/O Note Was Overwritten*** *by AUSTIN,MARIE @ 26 Sep 2014 1320 EDT:*
**S/O Note** Written by NEWMAN,BRENDA W @ 26 Sep 2014 1306 EDT
**Chief complaint**
The Chief Complaint is: Scalp issues, PT referral for left ankle and PRT waiver.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *25 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:    BETH-18459536    Primary Dx:    ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**         Date: **25 Sep 2014 0730 EDT**      Appt Type: **EST**
Treatment Facility: **WALTER REED**        Clinic: **Psychiatry Be**          Provider: **NILSEN, LINDA M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by NILSEN, LINDA M @ 25 Sep 2014 0936 EDT

**Family History**
•fraternal history of SUBJECTIVE [Use for
  s.o.a.p. note free text] (Brother)
•paternal grandfather's history of
  preliminary background HPI [use for
  free text] (Paternal Grandfather)
•paternal history of preliminary background
  HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
  for free text] (Paternal Grandmother)
•family medical history (General FHx)
•family history of supplemental HPI [use
  for free text] (General FHx)
•no family history of malignant neoplasm of
  the large intestine (General FHx)
•no family history of malignant neoplasm of
  the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
  (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**S/O Note** Written by NILSEN, LINDA M @ 16 Oct 2014 0822 EDT
**History of present illness**
        The Patient is a 29 year old male.

<<Note not accomplished on Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not
sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of
origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following
symptoms:  anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has
scraped/picked the hair out in circles.  He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking
at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out
like him
.
Insomnia Severity Index:  8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when
he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because
he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X
a day.

Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather
than ignore them.


.

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 718**
AR 2705

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

9-25-14:  Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder.  Patient arrived on time.  Patient saw a physical therapist yesterday.  He has been having problems with his left ankle since April 2014.  He wanted to get light limited duty.  He found out after he got there that only his PCM can issue light limited duty.  They did give him a brace to help immobilize the ankle.  He is working on his list of serious dating potentials.  So far he has decided he does not want kids and does want someone who is OK with he doing things he likes to do (like computer work for long periods of time).
Focus on sleep problems - mainly getting to sleep.  It takes him 1 - 2 hours to get to sleep each night.  His mind is very active.  He thinks about problems he wants to solve, etc.  If he stops thinking about one problem, he starts thinking about another problem.  This writer suggested he write down the problem so he can let it go for the night.  He said he ould then have to keep rereading what he wrote to make sure he got it right.  During the next week, he is going to think about how to set things aside for the night without forgetting them and not getting them quite right when he starts thinking about them the next day.

     Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.


 Pain Severity   0 / 10  Pain Severity   0 / 10.
**Current medication**

  See ALTHA, per patient, none

.

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
     See ALTHA


     and psychiatric history
    *  THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
    *  MEDS:  none
    *  INPATIENT/RESIDENTIAL CARE:  denied
    *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
        anyone
     * FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  -
        drinks every other or every night - has not seen him since 2009 so is not sure how he is doing
.

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years.  SM is 29, sisters are 27 and 26.  All full siblings.
     Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn
't want mother to ever see them.
 Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10
     years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could  .Before their divorce,
     father started seeing his next wife.   Brought her to patient
's track events.  Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.
.
EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He
     lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the
     school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2
     yrs and went to college for 1 semester.  Drinking lot, dating crazies, decided to join the military.  Planned on making a career of
     the military, not sure now.   Doesn
't want to move anymore.
.
ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months,
     living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn
't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time
     was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent
     the rest of the time hiding her drinking.  She also was taking anti-depressants and didn
't tell him.
.
SPIRITUAL:  none
.

.
Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current
     smoker  Used to smoke hooka when overseas - Amt per Day:   Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 719**
AR 2706

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.

**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
 Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
.
PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =    0      DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult   [ ] Somewhat difficult   [ ] Very difficult   [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes  [ ] No
If
'Yes
', how often?  [ ] Several days   [ ] More than half the days   [ ] Almost everyday.
Depression Screening:

[ 1 ]  1.  Little Interest or pleasure in doing things
[ 0 ]  2.  Feeling down depressed or hopeless
[ 2 ]  3.  Trouble sleeping or sleeping too much
[ 0 ]  4.  Feeling tired or little energy
[ 0 ]  5.  Poor appetite or overeating
[ 1 ]  6.  Feeling bad about self
[ 1 ]  7.  Trouble concentrating on things
[ 2 ]  8.  Moving or speaking slowly or being restless
[ 1 ]  9.  Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ x ] Somewhat  [ ] Very  [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 1 ]  2.  Not being able to stop or control worrying
[ 2 ]  3.  Worrying too much about different things
[ 2 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that it
's hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮ | 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

[ 0 ] 7. Feeling afraid as if something awful might happen

Add point values from each response. Total (GAD-7) Score = 12/27  on 8-4-14
 It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ]
Extremely.

**Physical findings**
**General Appearance:**
   ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
   ° No disorientation was observed, oriented x3 , oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote
      memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
   Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone
      was not a monotone.
**Psychiatric:**
   Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and
      cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-
      eye contact was observed.
   Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
   Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
   Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed.
      ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
   Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
      homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
   Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

   Non-Modifiable:
      x    Gender (risk factor if male):
      x    H/O Suicide Attempts:  age 17, bottle of asprin
            Organized Plan:
            Chronic Psychiatric Disorder:
            Recent Psychiatric Hospitalization:
      x    H/O Abuse or Trauma:
            Chronic Physical Illness:
      x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
            Other Recent Loss:
            Chronic Pain:
            Age (risk factor if <25 or >60):  age 29

   Modifiable:
            Suicidal ideation/plans/intent:
      x    Access to Lethal Means:  gun in house
            Poor Treatment Compliance:
            Hopelessness:
      x    Psychic Pain/Anxiety:  anxiety
            Acute Event:
            Insomnia:
            Low Self-Worth:
      x    Impulsivity:
            Substance Abuse:
      x    Financial Stress:  got into debt, working on it
            Legal Stress:

   Protective:
            Strong Therapeutic Alliance:
            Positive Coping Skills:
            Responsible to/for Family:
            Responsible to/for Pet:
            Frustration Tolerance:  likes to hid his feelings
      x    Resilience:
            Good Reality Testing:  can add details that are not true
      x    Amenable to Treatment:
            Social Support: just his girl friend, no one to talk to
            Religious Beliefs Contrary to Suicide:


      Risk of Harm to Others:  denied

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other: Suicide Risk and Protective Factors Review:

Non-Modifiable:
  x   Gender (risk factor if male):
  x   H/O Suicide Attempts:  age 17, bottle of asprin
      Organized Plan:
      Chronic Psychiatric Disorder:
      Recent Psychiatric Hospitalization:
  x   H/O Abuse or Trauma:
      Chronic Physical Illness:
  x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
      Other Recent Loss:
      Chronic Pain:
      Age (risk factor if <25 or >60):  age 29

Modifiable:
      Suicidal ideation/plans/intent:
  x   Access to Lethal Means:  gun in house
      Poor Treatment Compliance:
      Hopelessness:
  x   Psychic Pain/Anxiety:  anxiety
      Acute Event:
      Insomnia:
      Low Self-Worth:
  x   Impulsivity:
      Substance Abuse:
  x   Financial Stress:  got into debt, working on it
      Legal Stress:

Protective:
      Strong Therapeutic Alliance:
      Positive Coping Skills:
      Responsible to/for Family:
      Responsible to/for Pet:
      Frustration Tolerance:  likes to hid his feelings
  x   Resilience:
      Good Reality Testing:  can add details that are not true
  x   Amenable to Treatment:
      Social Support: just his girl friend, no one to talk to
      Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:

**Assessment**
  • History ANNUAL SCREENING DATE:
    Primary language: English
    What is your preferred method of learning?       [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on
    Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x ] No  Specify:
    Behavioral Health Advanced directives completed?     [ ] Yes  [ x ] No
    Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes  [ x ] No
    Are you enrolled in EFMP?        [ ] Yes  [ x ] No
    Do you use a Personal Health Record (PHR)?     [ ] Yes  [ x] No  Specify:
    Contact info: ███████████ ANNUAL SCREENING DATE:
    Primary language: English
    What is your preferred method of learning?       [ ] Verbal  [ ] Written  [ ] Visual  [ x] Other
(Specify): visual and hands on
    Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x ] No  Specify:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis        DOB:  ████  1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

Behavioral Health Advanced directives completed?                    [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?                                [ ] Yes  [x ] No
Do you use a Personal Health Record (PHR)?                    [ ] Yes  [ x] No  Specify:
Contact info:  ████████

**Therapy**
 • Duration of the encounter 60 min.
**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist: L Nilsen, LCSW-C

Date last updated:  9-11-14
Reviewed with patient on:  9-11-14
Does patient agree with plan?  yes
If not, what part?
Projected date of next treatment plan update:  12-11-14

 Discussion of assessment and intervention
Tx Plan cont~"d:

Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1. Anxiety
2. Relationship problems

Long-Term Goals:

1.  Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2.  Develop the necessary skills for effective, open communication
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
  supportive therapy
Objective 1 (Corresponds to Goal #1 ):
- The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.

Objective 2 (Corresponds to Goal # 2 ):
 - By self report, Increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within relationships.
Interventions:
1.  Help patient review any new relationships for possible problems.

    Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.
  .

**A/P** Last Updated by NILSEN, LINDA M @ 25 Sep 2014 0939 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▓ 1985 SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### 1. ANXIETY DISORDER NOS
Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Last Updated by NILSEN, LINDA M @ 25 Sep 2014 0940 EDT
**Released w/o Limitations**
**Follow up:** for therapy 1 to 2 week(s) in the PSYCHIATRY BE clinic.
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 16 Oct 2014 0832

CHANGE HISTORY
*The following S/O Note Was Overwritten by NILSEN, LINDA M @ 16 Oct 2014 0824 EDT:*
**S/O Note** Written by NILSEN, LINDA M @ 25 Sep 2014 0936 EDT
**History of present illness**
        The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following symptoms:  anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has scraped/picked the hair out in circles.  He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking at the scalp.

.
Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out like him
.
Insomnia Severity Index: 8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X a day.
.
Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather than ignore them.


.
9-25-14:  Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder.  Patient arrived on time.  Patient saw a physical therapist yesterday.  He has been having problems with his left ankle since April 2014.  He wanted to get light limited duty.  He found out after he got there that only his PCM can issue light limited duty.  They did give him a brace to help immobilize the ankle.  He is working on his list of serious dating potentials.  So far he has no kids and someone who is OK with he doing things he likes to do (like computer work for long periods of time).
Focus on sleep problems - mainly getting to sleep.  It takes him 1 - 2 hours to get to sleep each night.  His mind is very active.  He thinks about problems he wants to solve, etc.  If he stops thinking about one problem, he starts thinking about another problem.  This writer suggested he write down the problem so he can let it go for the night.  He said he ould then have to keep rereading what he wrote to make sure he got it right.  During the next week, he is going to think about how to set things aside for the night without forgetting them and not getting them quite right when he starts thinking about them the next day.
        Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

 Pain Severity  0 / 10  Pain Severity   0 / 10.
**Current medication**

  See ALTHA, per patient, none


.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history
         See ALTHA

        and psychiatric history
        *  THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
        *  MEDS:  none
        *  INPATIENT/RESIDENTIAL CARE:  denied
        *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told anyone
        * FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  - drinks every other or every night - has not
              seen him since 2009 so is not sure how he is doing

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years.  SM is 29, sisters are 27 and 26. All full siblings. Parents divorced when he was 2 or 3.  Dad
        got full custody immediately.  He didn
't want mother to ever see them.
 Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10 years.  Step-mother later told patient that
        she stayed with their father for their sakes as long as she could .Before their divorce, father started seeing his next wife.  Brought her to patient
's track events.  Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.
.
EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He lost most of his credits that yr.  Got along at
        school because he was a runner.  2.2 GPA, no scholarships.  Worked during the school yr and summers.  Rented  a room from his step-mom (told his dad he was going
        away to school).  Lived with her for 2 yrs and went to college for 1 semester.  Drinking lot, dating crazies, decided to join the military.  Planned on making a career of the
        military, not sure now.  Doesn
't want to move anymore.
.
ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months, living together 4 months.  Her lease was up so
        they moved in together.  He thinks he wants to break up with her.  She doesn
't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time was rocky.  They started out as house mates.

| Merwin, Daniel Dennis | DOB: ▓ 1985  SSN: ***-**-▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 724**
AR 2711

**Medical Record**

Merwin, Daniel Dennis        DOB: ▓▓▓ 1985  SSN: ***-**-▓▓▓▓  DoD ID: 1286180538        Created: 16 Aug 2017

She had drinking problems.  He tried to help by not drinking either.  She spent the rest of the time hiding her drinking.  She also was taking anti-depressants and didn't tell him.

SPIRITUAL:  none

Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current smoker  Used to smoke hooka when overseas - Amt per Day:   Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.
**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
 Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied

PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =   0      DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult  [ ] Somewhat difficult  [ ] Very difficult  [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes   [ ] No
If
'Yes
', how often?  [ ] Several days  [ ] More than half the days  [ ] Almost everyday.
Depression Screening:

[ 1 ]  1.  Little Interest or pleasure in doing things
[ 0 ]  2.  Feeling down depressed or hopeless
[ 2 ]  3.  Trouble sleeping or sleeping too much
[ 0 ]  4.  Feeling tired or little energy
[ 0 ]  5.  Poor appetite or overeating
[ 1 ]  6.  Feeling bad about self
[ 1 ]  7.  Trouble concentrating on things
[ 2 ]  8.  Moving or speaking slowly or being restless
[ 1 ]  9.  Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score = 7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ x ] Somewhat  [ ] Very  [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 1 ]  2.  Not being able to stop or control worrying
[ 2 ]  3.  Worrying too much about different things
[ 2 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that it
's hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 12/27  on 8-4-14
  It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ] Extremely.
**Physical findings**
**General Appearance:**
    ° Alert.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° No disorientation was observed, oriented x3 , oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was
              not impaired.  ° Judgement was not impaired.
    Speech:  ° Normal, regular rate, non-pressured. , regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
    Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and cooperative.  ° No psychomotor retardation.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███  1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 16 Aug 2017

° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
  x   Gender (risk factor if male):
  x   H/O Suicide Attempts:  age 17, bottle of asprin
      Organized Plan:
      Chronic Psychiatric Disorder:
      Recent Psychiatric Hospitalization:
  x   H/O Abuse or Trauma:
      Chronic Physical Illness:
  x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
      Other Recent Loss:
      Chronic Pain:
      Age (risk factor if <25 or >60):  age 29

Modifiable:
      Suicidal ideation/plans/intent:
  x   Access to Lethal Means:  gun in house
      Poor Treatment Compliance:
      Hopelessness:
  x   Psychic Pain/Anxiety:  anxiety
      Acute Event:
      Insomnia:
      Low Self-Worth:
  x   Impulsivity:
      Substance Abuse:
  x   Financial Stress:  got into debt, working on it
      Legal Stress:

Protective:
      Strong Therapeutic Alliance:
      Positive Coping Skills:
      Responsible to/for Family:
      Responsible to/for Pet:
      Frustration Tolerance:  likes to hid his feelings
  x   Resilience:
      Good Reality Testing:  can add details that are not true
  x   Amenable to Treatment:
      Social Support: just his girl friend, no one to talk to
      Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other: Suicide Risk and Protective Factors Review:

Non-Modifiable:
  x   Gender (risk factor if male):
  x   H/O Suicide Attempts:  age 17, bottle of asprin
      Organized Plan:
      Chronic Psychiatric Disorder:
      Recent Psychiatric Hospitalization:
  x   H/O Abuse or Trauma:
      Chronic Physical Illness:
  x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
      Other Recent Loss:
      Chronic Pain:
      Age (risk factor if <25 or >60):  age 29

Modifiable:
      Suicidal ideation/plans/intent:
  x   Access to Lethal Means:  gun in house
      Poor Treatment Compliance:
      Hopelessness:
  x   Psychic Pain/Anxiety:  anxiety
      Acute Event:
      Insomnia:
      Low Self-Worth:
  x   Impulsivity:
      Substance Abuse:
  x   Financial Stress:  got into debt, working on it
      Legal Stress:

Protective:
      Strong Therapeutic Alliance:
      Positive Coping Skills:
      Responsible to/for Family:
      Responsible to/for Pet:
      Frustration Tolerance:  likes to hid his feelings
  x   Resilience:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:  ███  1985  SSN: ***-**-███       DoD ID: 1286180538        Created: 16 Aug 2017

Good Reality Testing:  can add details that are not true

x    Amenable to Treatment:
Social Support: just his girl friend, no one to talk to
Religious Beliefs Contrary to Suicide:

Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:

**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English

What is your preferred method of learning?                      [ ] Verbal  [ ] Written  [ ] Visual  [ x ] Other (Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x ] No   Specify:
Behavioral Health Advanced directives completed?               [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ x ] No
Are you enrolled in EFMP?                                       [ ] Yes  [ x ] No
Do you use a Personal Health Record (PHR)?                      [ ] Yes  [x] No  Specify:
Contact info: ███████       ANNUAL SCREENING DATE:
Primary language: English

What is your preferred method of learning?                      [ ] Verbal  [ ] Written  [ ] Visual  [ x ] Other (Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x ] No   Specify:
Behavioral Health Advanced directives completed?               [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ x ] No
Are you enrolled in EFMP?                                       [ ] Yes  [ x ] No
Do you use a Personal Health Record (PHR)?                      [ ] Yes  [x] No  Specify:
Contact info: ███████

**Therapy**
• Duration of the encounter 60 min.
**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist:  L Nilsen, LCSW-C

Date last updated:  9-11-14
Reviewed with patient on:  9-11-14
Does patient agree with plan?  yes
If not, what part?
Projected date of next treatment plan update:  12-11-14

Discussion of assessment and intervention
Tx Plan cont~'d:

Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1. Anxiety
2. Relationship problems

Long-Term Goals:

1.  Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2.  Develop the necessary skills for effective, open communication
Discussion of risk of assessment and intervention
Interventions Provided at this session:
supportive therapy
Objective 1 (Corresponds to Goal #1 ):
- The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.

Objective 2 (Corresponds to Goal # 2 ):
- By self report, Increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within  relationships.
Interventions:
1.  Help patient review any new relationships for possible problems.

Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.
.

*The following Signature(s) No Longer Applies because this Encounter was Opened for Amendment by NILSEN, LINDA M @ 16 Oct 2014 0822 EDT:*

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Signed NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 25 Sep 2014 0940

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*24 Sep 2014 at WRNMMC, Orthotics & Prosthetics Srv Be by ANDERSON, PETER P*

Encounter ID:     BETH-18452120     Primary Dx:     Brace

Patient: **MERWIN, DANIEL DENNIS**     Date: **24 Sep 2014 1201 EDT**     Appt Type: **EST**
Treatment Facility: **WALTER REED**     Clinic: **ORTHOTICS & PROSTHETICS**     Provider: **ANDERSON,PETER P**
**NATIONAL MILITARY MEDICAL CNTR**     **SRV BE**
Patient Status: **Outpatient**

**Reason for Appointment:** Written by TIVEY-ANDERSON,MILAN D @ 24 Sep 2014 1201 EDT
ASO ankle brace

**A/P** Written by ANDERSON,PETER P @ 25 Sep 2014 0834 EDT
**1. Brace**: Pt fit with aso brace.
        Procedure(s):        -Phys Ther Ed Checkout For Ortho/Prosth Use Estab Patient x 1
                            -ANKLE FOOT ORTHOSIS,MULTILIGAMENTUS ANKLE SUPPORT,PREFAB,OTS x 1

**Disposition** Written by ANDERSON,PETER P @ 25 Sep 2014 0835 EDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by ANDERSON,PETER P @ 25 Sep 2014 0835 EDT
Pt received device.

**Signed By  ANDERSON, PETER P** (Physician) @ 25 Sep 2014 0835

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*24 Sep 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C*

Encounter ID:    BETH-18457059    Primary Dx:    Left ankle joint pain

Patient: **MERWIN, DANIEL DENNIS**     Date: **24 Sep 2014 1100 EDT**     Appt Type: **EST**
Treatment Facility: **WALTER REED**     Clinic: **PHYS THERAPY CL BE**     Provider: **LAI,PHILOMENA C.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by LAI,PHILOMENA C @ 24 Sep 2014 1506 EDT

| Problems | Family History | Allergies |
|---|---|---|
| •MAJOR DEPRESSION RECURRENT MODERATE | •fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother) | •OTHER: Unknown (SEE MED RECORD) |
| •ANXIETY DISORDER NOS | •paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather) | |
| •Left ankle joint pain | | |
| •NEUROTIC EXCORIATION | •paternal history of preliminary background HPI [use for free text] (Father) | |
| •ANKLE SPRAIN LEFT | | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | •paternal grandmother's history of HPI [use for free text] (Paternal Grandmother) | |
| •ANOMALIES OF SKIN | | |
| •Abdominal pain | •family medical history (General FHx) | |
| •ASTHMA | •family history of supplemental HPI [use for free text] (General FHx) | |
| •POSTSURGICAL STATE OF EYE AND ADNEXA | | |
| •Difficulty breathing (dyspnea) | •no family history of malignant neoplasm of the large intestine (General FHx) | |
| •SKIN NEOPLASM UNCERTAIN BEHAVIOR | •no family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| •Removal Of Sutures | | |
| •ASTHMA EXTRINSIC | •no family history of chronic liver disease (General FHx) | |
| •ROSACEA | | |
| •PERIPHERAL RETINAL DEGENERATION - LATTICE | | |
| •REFRACTIVE ERROR - MYOPIA | | |
| •ALLERGIC RHINITIS | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| OXYCODONE HCL/ACETAMINOPHEN, 5MG-325MG, TABLET, ORAL | Active | TAKE ONE TABLET EVERY 4-6 HOURS AS NEEDED FOR PAIN #0 RF0 | NR | 18 Sep 2014 |
| Chlorhexidine Gluconate 0.12%, Solution, Oral | Active | SWISH AND SPIT 15 ML TWICE A DAY FOR 2 WEEKS STARTING TOMORROW #0 RF0 | NR | 18 Sep 2014 |
| IBUPROFEN, 800 MG, TABLET, ORAL | Active | TAKE ONE TABLET THREE TIMES A DAY AS NEEDED FOR PAIN #0 RF0 | NR | 18 Sep 2014 |
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Appointment Comments:**
tan

**Note** Written by LAI,PHILOMENA C @ 24 Sep 2014 1547 EDT
**Chief complaint**
The Chief Complaint is: L ankle sprain

Visit for: Re- Evaluation
(9/24/2014)
Subjective: Patient presents to clinic reporting continue L ankle pain since his return doing PT as he has been walking, running, jumping a lot, L ankle swelling resurface, now  pain on L ankle even walking for long distance. Patient states he will be doing his PFT in 2 weeks but will not be able to do the running portion of PT.

(8/8/2014)

| Merwin, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 730**
AR 2717

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

Subjective: Patient reports he has no ankle pain with walking, he has done 2-mile walking, doing stairs with no pain, noticed brusing on L ankle and some swelling, L ankle looks slightly different from R, L ankle popping/cracking with movement and there is pain when that happens. Patient reports he has not tried running yet and he will be doing his PFT (1.5 m run) in Oct.
Objective: Observation: very mild swelling L ankle    ROM: L ankle DF 10 deg, PF 45 deg, EV 15 deg, IV 35 deg    Strength: L ankle 5/5 throughout.    Flexibility: mod tightness hamstrings, mild/mod tightness calf
Assessment/Plan: Improved L ankle ROM with full strength, bilateral hamstrings and calf tightness continue. Patient was instructed on continue with ankle ROM, emphasized importance of daily stretching, proper running gait. Patient will gradual progress to jog/run on his own  Follow up in 4 weeks to re-assess.

History of present illness: INITIAL EVALUATION ( 6/27/2014  ): Patient is a  29   y/o M   referred to physical therapy for evaluation and treatment of  L ankle sprain. Patient initially injured L ankle  in April 2014 while he was sprinting during softball game when his L foot went intor the hole.  Since onset, symptoms have  unchanged
Meds: reviewed in AHLTA.
Pain scale 72 hrs:  current 0/10  best 0/10 worst 3/10
Description of pain: comes and goes
Aggravating factors: motion
Mitigating factors: rest, elevation, ice
Day pattern: episodic
Recent/previous treatment: none
Functional limitations: no running at this time, increased throbbing sensation after prolonged walking
Patient goals: to run again (patient used to run 5 miles per day 4-5 time per week).
**Past medical/surgical history**
**Reported:**
    Past medical history reviewed and discussed. Co-morbidities: none
    Diagnostics: x-ray L ankle in AHLTA
    Medical precautions: none
    Job duties:  desk primarily.
**Objective**
Observation: genu and tibial varus, normal calcaneus alignment, mild swelling L lateral malleolus area
palpation: TTP lateral L ankle anterior to lateral malleolus
flexibility: mod tightness hamstrings, calf
Joint Mobility: normal L ankle joint mobility
Sensation/Reflex: intact
ROM: ankle: DF L15 deg R 13 deg, PF L 44 deg R 50 deg, IV L 35 deg R 35 deg, EV L12 deg R 15 deg, 1st ray ext L 50 deg R 70 deg, flex L 12 deg R 30 deg
Strength:  DF - 5/5 bil, PF 5/5 bil, IV L 5/5 R 5/5, EV L 5/5 R 5/5
Special Tests: thompson - neg, talar tilt - neg, ant/post drawer
function: gait - no significant deviations, SLS EO - L/R = 30 sec, good ankle stability bil, SLHR L 25/25 R 25/25, no instability noted but fatigue quickly L with pain
**Tests**
Re-evaluation (9/24/2014): Patient with recurrent ankle pain, most likely repeated strain from excessive impact activities . Recommend patient hold off from jumping, squatting and running activities at this time to allow sufficient time for healing. Patient will need to continue strengthening and stretching program. Provided prescription for ankle brace to provide support.

Assessment (  6/27/2014 ): Patient presented with decreased L ankle ROM s/p ankle sprain, mild weakness of ankle IV and EV with no instability. Patient would benefit from physical therapy home based ex program to inprove ROM and strength.
Rehab prognosis: good

Physical Therapy goals:
STG to be achieved in  3   weeks
Patient to be independent with HEP- met
Patient to increase ROM to: L ankle DF 10 deg, PF 40 deg, IV 35 deg EV 10 deg - met

LTG to be achieved in  6-8   weeks
Decrease pain to: 0/10
Increase MMT to:  5/5 - met
Improve function to: tolerate long distance walking without increased in symptoms
running 1 mile 50% pace with no increased in symptoms

Patient education: Patient educated on his/her condition in reference to pertinent anatomy and biomechanics using anatomical models and illustrations, self care, physical therapy and POC.
HEP instructions and performance (8/8/2014): stretch - hamstrings, calf, joint mobilization for DF/PF, ROM, alphabets

Plan of Care: Continue HEP for stretching and strengthening. Follow up in 5-6 weeks for re-evaluation.


**A/P** Written by LAI,PHILOMENA C @ 24 Sep 2014 1509 EDT
**1. Left ankle joint pain**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Procedure(s):        -Physical Therapy Service Re-Evaluation x 1

**Disposition** Written by LAI,PHILOMENA C @ 24 Sep 2014 1547 EDT
**Released w/o Limitations**
**Follow up:** 5 to 6 week(s) in the PHYS THERAPY CL BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LAI, PHILOMENA C** (Physical Therapist, Walter Reed National Military Medical Center) @ 24 Sep 2014 1548

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*18 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:     BETH-18463167      Primary Dx:       ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**          Date: **18 Sep 2014 0730 EDT**          Appt Type: **EST**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **NILSEN,LINDA M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by NILSEN,LINDA M @ 25 Sep 2014 0929 EDT

**Family History**
•fraternal history of SUBJECTIVE [Use for
  s.o.a.p. note free text] (Brother)
•paternal grandfather's history of
  preliminary background HPI [use for
  free text] (Paternal Grandfather)
•paternal history of preliminary background
  HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
  for free text] (Paternal Grandmother)
•family medical history (General FHx)
•family history of supplemental HPI [use
  for free text] (General FHx)
•no family history of malignant neoplasm of
  the large intestine (General FHx)
•no family history of malignant neoplasm of
  the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
  (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**S/O Note** Written by NILSEN,LINDA M @ 25 Sep 2014 0930 EDT
**History of present illness**
      The Patient is a 29 year old male.

<<Note not accomplished on Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not
sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of
origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following
symptoms:  anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has
scraped/picked the hair out in circles.  He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking
at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out
like him
.
Insomnia Severity Index:  8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when
he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because
he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X
a day.

Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather
than ignore them.

.

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 733**
AR 2720

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

9-18-14:  Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder.  Focus on relationships.  He has turned match.com back on.  He did this before his girlfriend moved out.  Realized he should have talked to her about ending their relationship first.  Pt stated he has had numerous sexual encounters.  He needs to slow down how quickly he gets very involved in a relationship.  Patient is going to work on making a list of the top 10 things he wants in a potential partner.

   Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.


 Pain Severity   0 / 10   Pain Severity   0 / 10.
**Current medication**


  See ALTHA, per patient, none

.

**Past medical/surgical history**
**Reported:**
     Medical: Reported medical history
      See ALTHA


   and psychiatric history
   *  THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
   *  MEDS:  none
   *  INPATIENT/RESIDENTIAL CARE:  denied
   *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
       anyone
    * FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  -
       drinks every other or every night - has not seen him since 2009 so is not sure how he is doing
   .
**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years. SM is 29, sisters are 27 and 26. All full siblings.
     Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn
't want mother to ever see them.
 Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10
     years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could  .Before their divorce,
     father started seeing his next wife.   Brought her to patient
's track events.  Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.
 .
EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He
     lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the
     school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2
     yrs and went to college for 1 semester.  Drinking lot, dating crazies, decided to join the military.  Planned on making a career of
     the military, not sure now.   Doesn
't want to move anymore.
 .
ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months,
     living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn
't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time
     was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent
     the rest of the time hiding her drinking.  She also was taking anti-depressants and didn
't tell him.
 .
SPIRITUAL:  none



 .
Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current
     smoker  Used to smoke hooka when overseas - Amt per Day:    Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut
     down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.
**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied

**Medical Record**

Merwin, Daniel Dennis      DOB: ■■■■ 1985  SSN: ***-**-■■■      DoD ID: 1286180538      Created: 16 Aug 2017

Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
.
PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =   0      DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult   [ ] Somewhat difficult   [ ] Very difficult   [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes  [ ] No
If
'Yes
', how often?  [ ] Several days  [ ] More than half the days  [ ] Almost everyday.
Depression Screening:

[ 1 ]  1.  Little Interest or pleasure in doing things
[ 0 ]  2.  Feeling down depressed or hopeless
[ 2 ]  3.  Trouble sleeping or sleeping too much
[ 0 ]  4.  Feeling tired or little energy
[ 0 ]  5.  Poor appetite or overeating
[ 1 ]  6.  Feeling bad about self
[ 1 ]  7.  Trouble concentrating on things
[ 2 ]  8.  Moving or speaking slowly or being restless
[ 1 ]  9.  Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ x ] Somewhat  [ ] Very  [ ] Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 1 ]  2.  Not being able to stop or control worrying
[ 2 ]  3.  Worrying too much about different things
[ 2 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that it
's hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 12/27  on 8-4-14
  It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ] Extremely.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 16 Aug 2017

**Physical findings**
**General Appearance:**
°  Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
°  No disorientation was observed, oriented x 3 , oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
  x    Gender (risk factor if male):
  x    H/O Suicide Attempts:  age 17, bottle of asprin
        Organized Plan:
        Chronic Psychiatric Disorder:
        Recent Psychiatric Hospitalization:
  x    H/O Abuse or Trauma:
        Chronic Physical Illness:
  x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
        Other Recent Loss:
        Chronic Pain:
        Age (risk factor if <25 or >60):  age 29

Modifiable:
        Suicidal ideation/plans/intent:
  x    Access to Lethal Means:  gun in house
        Poor Treatment Compliance:
        Hopelessness:
  x    Psychic Pain/Anxiety:  anxiety
        Acute Event:
        Insomnia:
        Low Self-Worth:
  x    Impulsivity:
        Substance Abuse:
  x    Financial Stress:  got into debt, working on it
        Legal Stress:

Protective:
        Strong Therapeutic Alliance:
        Positive Coping Skills:
        Responsible to/for Family:
        Responsible to/for Pet:
        Frustration Tolerance:  likes to hid his feelings
  x    Resilience:
        Good Reality Testing:  can add details that are not true
  x    Amenable to Treatment:
        Social Support: just his girl friend, no one to talk to
        Religious Beliefs Contrary to Suicide:

Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other: Suicide Risk and Protective Factors Review:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:  ████  1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 16 Aug 2017

Non-Modifiable:
- x    Gender (risk factor if male):
- x    H/O Suicide Attempts:  age 17, bottle of asprin
-       Organized Plan:
-       Chronic Psychiatric Disorder:
-       Recent Psychiatric Hospitalization:
- x    H/O Abuse or Trauma:
-       Chronic Physical Illness:
- x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
-       Other Recent Loss:
-       Chronic Pain:
-       Age (risk factor if <25 or >60):  age 29

Modifiable:
-       Suicidal ideation/plans/intent:
- x    Access to Lethal Means:  gun in house
-       Poor Treatment Compliance:
-       Hopelessness:
- x    Psychic Pain/Anxiety:  anxiety
-       Acute Event:
-       Insomnia:
-       Low Self-Worth:
- x    Impulsivity:
-       Substance Abuse:
- x    Financial Stress:  got into debt, working on it
-       Legal Stress:

Protective:
-       Strong Therapeutic Alliance:
-       Positive Coping Skills:
-       Responsible to/for Family:
-       Responsible to/for Pet:
-       Frustration Tolerance:  likes to hid his feelings
- x    Resilience:
-       Good Reality Testing:  can add details that are not true
- x    Amenable to Treatment:
-       Social Support: just his girl friend, no one to talk to
-       Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry
[   ] Other:
**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?                                    [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [x] No  Specify:
Behavioral Health Advanced directives completed?                             [ ] Yes  [x] No
Do you have any cultural or religious beliefs that may affect your care?      [ ] Yes  [x] No
Are you enrolled in EFMP?                                                     [ ] Yes  [x] No
Do you use a Personal Health Record (PHR)?                                    [ ] Yes  [x] No  Specify:
Contact info: ████████          ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?                                    [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [x] No  Specify:
Behavioral Health Advanced directives completed?                             [ ] Yes  [x] No
Do you have any cultural or religious beliefs that may affect your care?      [ ] Yes  [x] No
Are you enrolled in EFMP?                                                     [ ] Yes  [x] No
Do you use a Personal Health Record (PHR)?                                    [ ] Yes  [x] No  Specify:
Contact info: ████████
**Therapy**

---

Merwin, Daniel Dennis          DOB:  ████  1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

    • Duration of the encounter 60 min.

**Practice Management**
    Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

    Treatment Team Members -

    Individual Therapist: L Nilsen, LCSW-C

    Date last updated: 9-11-14
Reviewed with patient on: 9-11-14
Does patient agree with plan? yes
If not, what part?
Projected date of next treatment plan update: 12-11-14

   Discussion of assessment and intervention
Tx Plan cont~"d:


    Diagnosis
I. 300.00 Anxiety D/O NOS
II. 799.9 deferred
III. none
IV. Limited support system, few friends
V. current GAF: 65

    Active Problem List:
1. Anxiety
2. Relationship problems


    Long-Term Goals:

    1. Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2. Develop the necessary skills for effective, open communication
   Discussion of risk of assessment and intervention
Interventions Provided at this session:
   supportive therapy
Objective 1 (Corresponds to Goal #1 ):
- The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.


    Objective 2 (Corresponds to Goal # 2 ):
   - By self report, Increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within relationships.
    Interventions:
1. Help patient review any new relationships for possible problems.




    Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.
   .


**A/P** Written by NILSEN,LINDA M @ 25 Sep 2014 0934 EDT
**1. ANXIETY DISORDER NOS**
      Procedure(s):     -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Written by NILSEN,LINDA M @ 25 Sep 2014 0935 EDT
**Released w/o Limitations**
**Follow up:** for therapy 1 to 2 week(s) in the PSYCHIATRY BE clinic.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 25 Sep 2014 0935

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *11 Sep 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:    BETH-18447431    Primary Dx:    ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**          Date: **11 Sep 2014 0730 EDT**          Appt Type: **EST**
Treatment Facility: **WALTER REED**          Clinic: **PSYCHIATRY BE**          Provider: **NILSEN,LINDA M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by NILSEN,LINDA M @ 24 Sep 2014 0918 EDT

**Family History**
- fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
- paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
- paternal history of preliminary background HPI [use for free text] (Father)
- paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
- family medical history (General FHx)
- family history of supplemental HPI [use for free text] (General FHx)
- no family history of malignant neoplasm of the large intestine (General FHx)
- no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
- no family history of chronic liver disease (General FHx)

**Reason for Appointment:**
est
**Appointment Comments:**
ddr

**S/O Note** Written by NILSEN,LINDA M @ 25 Sep 2014 0909 EDT
**History of present illness**
        The Patient is a 29 year old male.

<<Note accomplished on Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following symptoms:  anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has scraped/picked the hair out in circles.  He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out like him
.
Insomnia Severity Index:  8/28  Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X a day.

Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather than ignore them.


.

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

9-11-14:  Follow-up appointment for patient being seen for adjustment disorder and anxiety disorder.  Patient trying to decide whether to reenlist or not.  He thinks he might be better off owning his own business.  If he stays in the military and he advances, he will end up supervising more which he does not like as much.  He is more than qualified for his job now.  He gets bored easily.  His girlfriend moved out.  She had been talking to her X.  She is not as neat as the SM, he likes to have everything clean again.
.

Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009 Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

Pain Severity   0 / 10   Pain Severity   0 / 10.
**Current medication**

See ALTHA, per patient, none
.

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    See ALTHA

    and psychiatric history
    *  THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
    *  MEDS:  none
    *  INPATIENT/RESIDENTIAL CARE:  denied
    *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
        anyone
    * FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  -
        drinks every other or every night - has not seen him since 2009 so is not sure how he is doing
    .
**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years. SM is 29, sisters are 27 and 26. All full siblings.
    Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn
't want mother to ever see them.
 Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10
    years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could  .Before their divorce,
    father started seeing his next wife.   Brought her to patient
's track events.  Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.

EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He
    lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the
    school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2
    yrs and went to college for 1 semester.  Drinking lot, dating crazies, decided to join the military.  Planned on making a career of
    the military, not sure now.   Doesn
't want to move anymore.
.
ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months,
    living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn
't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time
    was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent
    the rest of the time hiding her drinking.  She also was taking anti-depressants and didn
't tell him.
.
SPIRITUAL:  none

.
Behavioral: Caffeine use 20 oz a day of coffee - sometimes more 20 oz a day of coffee - sometimes more.  Tobacco use current
    smoker  Used to smoke hooka when overseas - Amt per Day:    Used to smoke hooka when overseas - Amt per Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut
    down Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.
**Subjective**
Additional Screening Questions:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
 Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
.
PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?
[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful
experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =   0    DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take
care of things at home, or get along with other people? [ ] Not difficult   [ ] Somewhat difficult   [ ] Very difficult   [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes  [ ]
No
If
'Yes
', how often?  [ ] Several days   [ ] More than half the days   [ ] Almost everyday.
Depression Screening:

[ 1 ] 1. Little Interest or pleasure in doing things
[ 0 ] 2. Feeling down depressed or hopeless
[ 2 ] 3. Trouble sleeping or sleeping too much
[ 0 ] 4. Feeling tired or little energy
[ 0 ] 5. Poor appetite or overeating
[ 1 ] 6. Feeling bad about self
[ 1 ] 7. Trouble concentrating on things
[ 2 ] 8. Moving or speaking slowly or being restless
[ 1 ] 9. Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ x ] Somewhat  [ ] Very  [ ]
Extremely.

Generalized Anxiety Disorder Screening:

[ 3 ] 1. Feeling nervous, anxious, or on edge
[ 1 ] 2. Not being able to stop or control worrying
[ 2 ] 3. Worrying too much about different things
[ 2 ] 4. Trouble relaxing
[ 1 ] 5. Being so restless that it
's hard to sit still
[ 3 ] 6. Becoming easily annoyed or irritable
[ 0 ] 7. Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 12/27  on 8-4-14
 It is very difficult for him to do his work, take care of things at home, or get along with other people

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 742**
AR 2729

**Medical Record**

Merwin, Daniel Dennis        DOB: █████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ ] Somewhat  [ ] Very  [ ] Extremely.

**Physical findings**

**General Appearance:**
  ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.

**Neurological:**
  ° No disorientation was observed, oriented x 3 , oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote
    memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
  Speech: ° Normal, regular rate, non-pressured. , regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone
    was not a monotone.

**Psychiatric:**
  Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative - appropriate and
    cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-
    eye contact was observed.
  Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
  Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
  Thought Processes: ° Not impaired, they were linear, logical, and goal directed , they were linear, logical, and goal directed.
    ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
  Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No
    homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
  Neurovegetative Assessment : • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
  x   Gender (risk factor if male):
  x   H/O Suicide Attempts:  age 17, bottle of asprin
     Organized Plan:
     Chronic Psychiatric Disorder:
     Recent Psychiatric Hospitalization:
  x   H/O Abuse or Trauma:
     Chronic Physical Illness:
  x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
     Other Recent Loss:
     Chronic Pain:
     Age (risk factor if <25 or >60):  age 29

Modifiable:
     Suicidal ideation/plans/intent:
  x   Access to Lethal Means:  gun in house
     Poor Treatment Compliance:
     Hopelessness:
  x   Psychic Pain/Anxiety:  anxiety
     Acute Event:
     Insomnia:
     Low Self-Worth:
  x   Impulsivity:
     Substance Abuse:
  x   Financial Stress:  got into debt, working on it
     Legal Stress:

Protective:
     Strong Therapeutic Alliance:
     Positive Coping Skills:
     Responsible to/for Family:
     Responsible to/for Pet:
     Frustration Tolerance:  likes to hid his feelings
  x   Resilience:
     Good Reality Testing:  can add details that are not true
  x   Amenable to Treatment:
     Social Support: just his girl friend, no one to talk to
     Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied


Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[   ] SM released to Chain of Command with the following limitations:
[   ] SM sent to ER for evaluation for admission to inpatient psychiatry

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

[  ] Other: Suicide Risk and Protective Factors Review:

Non-Modifiable:
   x   Gender (risk factor if male):
   x   H/O Suicide Attempts:  age 17, bottle of asprin
       Organized Plan:
       Chronic Psychiatric Disorder:
       Recent Psychiatric Hospitalization:
   x   H/O Abuse or Trauma:
       Chronic Physical Illness:
   x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
       Other Recent Loss:
       Chronic Pain:
       Age (risk factor if <25 or >60):  age 29

Modifiable:
       Suicidal ideation/plans/intent:
   x   Access to Lethal Means:  gun in house
       Poor Treatment Compliance:
       Hopelessness:
   x   Psychic Pain/Anxiety:  anxiety
       Acute Event:
       Insomnia:
       Low Self-Worth:
   x   Impulsivity:
       Substance Abuse:
   x   Financial Stress:  got into debt, working on it
       Legal Stress:

Protective:
       Strong Therapeutic Alliance:
       Positive Coping Skills:
       Responsible to/for Family:
       Responsible to/for Pet:
       Frustration Tolerance:  likes to hid his feelings
   x   Resilience:
       Good Reality Testing:  can add details that are not true
   x   Amenable to Treatment:
       Social Support: just his girl friend, no one to talk to
       Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:

**Assessment**
   • History ANNUAL SCREENING DATE:
   Primary language: English
   What is your preferred method of learning?         [ ] Verbal  [ ] Written  [ ] Visual  [ x] Other
(Specify): visual and hands on
   Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x] No  Specify:
   Behavioral Health Advanced directives completed?         [ ] Yes  [ x ] No
   Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes  [ x] No
   Are you enrolled in EFMP?         [ ] Yes  [x ] No
   Do you use a Personal Health Record (PHR)?         [ ] Yes  [ x] No  Specify:
   Contact info: ██████████  ANNUAL SCREENING DATE:
   Primary language: English
   What is your preferred method of learning?         [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on
   Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes  [ x] No  Specify:
   Behavioral Health Advanced directives completed?         [ ] Yes  [ x ] No
   Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes  [ x] No
   Are you enrolled in EFMP?         [ ] Yes  [x ] No
   Do you use a Personal Health Record (PHR)?         [ ] Yes  [x] No  Specify:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

Contact info: ███████

**Therapy**
• Duration of the encounter 60 min.
**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist: L Nilsen, LCSW-C

Date last updated:  9-11-14
Reviewed with patient on: 9-11-14
Does patient agree with plan?  yes
If not, what part?
Projected date of next treatment plan update:  12-11-14

 Discussion of assessment and intervention
Tx Plan cont~"d:


Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1. Anxiety
2. Relationship problems


Long-Term Goals:

1.  Reduce overall frequency, intensity, and duration of the anxiety so that daily functioning is not impaired.
2.  Develop the necessary skills for effective, open communication
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
  supportive therapy
Objective 1 (Corresponds to Goal #1 ):
- The patient will learn, and by self-report, implement skills to reduce overall anxiety and manage anxiety symptoms.
Interventions:
1. Establish rapport with the client toward building a therapeutic alliance.


Objective 2 (Corresponds to Goal # 2 ):
 - By self report, Increase the frequency of the direct expression of honest, respectful, and positive feelings and thoughts within
relationships.
Interventions:
1.  Help patient review any new relationships for possible problems.




Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or
homicidal thoughts develop.
.



**A/P** Written by NILSEN,LINDA M @ 25 Sep 2014 0927 EDT
**1. ANXIETY DISORDER NOS**
Procedure(s):        -Clinical Social Work Individual Outpatient Counseling 45 Minutes x 1

**Disposition** Written by NILSEN,LINDA M @ 25 Sep 2014 0928 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 16 Aug 2017

**Released w/o Limitations**
**Follow up:** for therapy 1 to 2 week(s) .
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 25 Sep 2014 0928

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

*21 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:    BETH-18110266    Primary Dx:    MAJOR DEPRESSION RECURRENT MODERATE

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **21 Aug 2014 0757 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **T-CON***
Provider: **NILSEN, LINDA M**

Call Back Phone: ████████

**AutoCites** Refreshed by NILSEN,LINDA M @ 21 Aug 2014 0914 EDT

**Family History**
•fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
•paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
•paternal history of preliminary background HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
•family medical history (General FHx)
•family history of supplemental HPI [use for free text] (General FHx)
•no family history of malignant neoplasm of the large intestine (General FHx)
•no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
•no family history of chronic liver disease (General FHx)

**Reason for Telephone Consult:**Written by AZARRAGA,ANN B @ 21 Aug 2014 0757 EDT
Pt wanted clarification if he is being seen weekly starting on the 28th at 0730.
**Telephone Consult Comments:** Written by AZARRAGA,ANN B @ 21 Aug 2014 0757 EDT
Pt was confused whether he was supposed to see you today or next week.  Please phone pt back to clear the confusion.

**Note** Written by NILSEN,LINDA M @ 21 Aug 2014 1407 EDT
**Returned phone call**
This writer called patient back to let him know he missed his appointment this morning, and that he has appointments on Thurdays throuhg the end of September at 7:30.
**A/P** Written by NILSEN,LINDA M @ 21 Aug 2014 1411 EDT
**1. MAJOR DEPRESSION RECURRENT MODERATE**

**Disposition** Last Updated by NILSEN,LINDA M @ 21 Aug 2014 1411 EDT

**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 21 Aug 2014 1412

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | |
|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538    Created: 16 Aug 2017 |

*21 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:     BETH-18110190     Primary Dx:     MAJOR DEPRESSION RECURRENT MODERATE

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **21 Aug 2014 0756 EDT**
Clinic: **PSYCHIATRY BE**

Appt Type: **T-CON***
Provider: **NILSEN,LINDA M**

Call Back Phone: ███████

**AutoCites** Refreshed by NILSEN,LINDA M @ 21 Aug 2014 0756 EDT

**Family History**
•fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
•paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
•paternal history of preliminary background HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
•family medical history (General FHx)
•family history of supplemental HPI [use for free text] (General FHx)
•no family history of malignant neoplasm of the large intestine (General FHx)
•no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
•no family history of chronic liver disease (General FHx)

**Reason for Telephone Consult:**Written by NILSEN,LINDA M @ 21 Aug 2014 0756 EDT
N/S This wrtier called and left a message for patient at 7:45

**A/P** Last Updated by NILSEN,LINDA M @ 21 Aug 2014 0758 EDT
**1. MAJOR DEPRESSION RECURRENT MODERATE**

**Disposition** Last Updated by NILSEN,LINDA M @ 21 Aug 2014 0758 EDT

**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 21 Aug 2014 0758

**Medical Record**

| Merwin, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *08 Aug 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C*

Encounter ID:  BETH-17983790    Primary Dx:    Left ankle joint pain

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **08 Aug 2014 0700 EDT**
Clinic: **PHYS THERAPY CL BE**

Appt Type: **EST**
Provider: **LAI,PHILOMENA C.**

<u>AutoCites</u> Refreshed by LAI,PHILOMENA C @ 08 Aug 2014 0649 EDT

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| •ANXIETY DISORDER NOS | •fraternal history of SUBJECTIVE [Use for | •OTHER: Unknown (SEE MED RECORD) |
| •Left ankle joint pain | s.o.a.p. note free text] (Brother) | |
| •NEUROTIC EXCORIATION | •paternal grandfather's history of | |
| •ANKLE SPRAIN LEFT | preliminary background HPI [use for | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | free text] (Paternal Grandfather) | |
| •ANOMALIES OF SKIN | •paternal history of preliminary background | |
| •Abdominal pain | HPI [use for free text] (Father) | |
| •ASTHMA | •paternal grandmother's history of HPI [use | |
| •POSTSURGICAL STATE OF EYE AND | for free text] (Paternal Grandmother) | |
| ADNEXA | •family medical history (General FHx) | |
| •Difficulty breathing (dyspnea) | •family history of supplemental HPI [use | |
| •SKIN NEOPLASM UNCERTAIN | for free text] (General FHx) | |
| BEHAVIOR | •no family history of malignant neoplasm of | |
| •Removal Of Sutures | the large intestine (General FHx) | |
| •ASTHMA EXTRINSIC | •no family history of malignant neoplasm of | |
| •ROSACEA | the gastrointestinal tract (General FHx) | |
| •PERIPHERAL RETINAL | •no family history of chronic liver disease | |
| DEGENERATION - LATTICE | (General FHx) | |
| •REFRACTIVE ERROR - MYOPIA | | |
| •ALLERGIC RHINITIS | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**
est
**Appointment Comments:**
tan

<u>**S/O Note**</u> Written by LAI,PHILOMENA C. @ 08 Aug 2014 0735 EDT
**Chief complaint**
The Chief Complaint is: L ankle sprain

Visit for: Re- Evaluation

Subjective: Patient reports he has no ankle pain with walking, he has done 2-mile walking, doing stairs with no pain, noticed brusing on L ankle and some swelling, L ankle looks slightly different from R, L ankle popping/cracking with movement and there is pain when that happens. Patient reports he has not tried running yet and he will be doing his PFT (1.5 m run) in Oct.
Objective: Observation: very mild swelling L ankle    ROM: L ankle DF 10 deg, PF 45 deg, EV 15 deg, IV 35 deg    Strength: L ankle 5/5 throughout.    Flexibility: mod tightness hamstrings, mild/mod tightness calf
Assessment/Plan: Improved L ankle ROM with full strength, bilateral hamstrings and calf tightness continue. Patient was instructed on continue with ankle ROM, emphasized importance of daily stretching, proper running gait. Patient will gradual progress to jog/run on his own  Follow up in 4 weeks to re-assess.

History of present illness: INITIAL EVALUATION ( 6/27/2014  ): Patient is a  29   y/o M  referred to physical therapy for evaluation and treatment of  L ankle sprain. Patient initially injured L ankle  in April 2014 while he was sprinting during softball game when his L foot went intor the hole.  Since onset, symptoms have  unchanged
Meds: reviewed in AHLTA.
Pain scale 72 hrs:  current 0/10          best 0/10 worst 3/10
Description of pain: comes and goes

| Merwin, Daniel Dennis | DOB: ___ 1985  SSN: ***-**-___ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 749**
AR 2736

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

Aggravating factors: motion
Mitigating factors: rest, elevation, ice
Day pattern: episodic
Recent/previous treatment: none
Functional limitations: no running at this time, increased throbbing sensation after prolonged walking
Patient goals: to run again (patient used to run 5 miles per day 4-5 time per week).

**Past medical/surgical history**
**Reported:**
  Past medical history reviewed and discussed. Co-morbidities: none
  Diagnostics: x-ray L ankle in AHLTA
  Medical precautions: none
  Job duties:  desk primarily.

**Objective**
Observation: genu and tibial varus, normal calcaneus alignment
palpation: no TTP
flexibility: mod tightness hamstrings, calf
Joint Mobility: decreased L TC ant/post mob, STJ med/lat mob
Sensation/Reflex: intact
ROM: ankle: DF L 3 deg R 13 deg, PF L 28 deg R 50 deg, IV L 24 deg R 35 deg, EV L 6 deg R 15 deg, 1st ray ext L 56 deg R 70 deg, flex L 25 deg R 30 deg
Strength:  DF - 5/5 bil, PF 5/5 bil, IV L 4+/5 R 5-/5, EV L 4+/5 R 5/5
Special Tests: thompson - neg, talar tilt - neg, ant/post drawer - neg
function: gait - no significant deviations, SLS EO - L/R = 30 sec, good ankle stability bil, SLHR L 25/25 R 25/25, no instability noted.

**Tests**
Assessment (  6/27/2014 ): Patient presented with decreased L ankle ROM s/p ankle sprain, mild weakness of ankle IV and EV with no instability. Patient would benefit from physical therapy home based ex program to inprove ROM and strength.
Rehab prognosis: good

Physical Therapy goals:
STG to be achieved in  3   weeks
Patient to be independent with HEP
Patient to increase ROM to: L ankle DF 10 deg, PF 40 deg, IV 35 deg EV 10 deg

LTG to be achieved in  6-8   weeks
Decrease pain to: 0/10
Increase MMT to:  5/5
Improve function to: tolerate long distance walking without increased in symptoms
running 1 mile 50% pace with no increased in symptoms

Patient education: Patient educated on his/her condition in reference to pertinent anatomy and biomechanics using anatomical models and illustrations, self care, physical therapy and POC.
HEP instructions and performance (15 min): stretch - hamstrings, calf, joint mobilization for DF/PF, ROM, alphabets

Plan of Care: Patient has consented to physical therapy treatment. Patient to perform HEP indep. Follow up in 6 weeks..

**A/P** Written by LAI,PHILOMENA C @ 08 Aug 2014 0653 EDT
**1. Left ankle joint pain**
  Procedure(s):  -Physical Therapy Service Re-Evaluation x 1

**Disposition** Written by LAI,PHILOMENA C @ 08 Aug 2014 0750 EDT
**Released w/o Limitations**
**Follow up:** 4 week(s) in the PHYS THERAPY CL BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  LAI, PHILOMENA C** (Physical Therapist, Walter Reed National Military Medical Center) @ 08 Aug 2014 0751

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *04 Aug 2014 at WRNMMC, Psychiatry Be by NILSEN, LINDA M*

Encounter ID:      BETH-17934643      Primary Dx:       ANXIETY DISORDER NOS

Patient: **MERWIN, DANIEL DENNIS**     Date: **04 Aug 2014 1300 EDT**     Appt Type: **ROUT**
Treatment Facility: **WALTER REED**     Clinic: **PSYCHIATRY BE**     Provider: **NILSEN,LINDA M**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by NILSEN,LINDA M @ 04 Aug 2014 1054 EDT
**Family History**
•paternal grandfather's history of
   preliminary background HPI [use for
   free text] (Paternal Grandfather)
•paternal history of preliminary background
   HPI [use for free text] (Father)
•paternal grandmother's history of HPI [use
   for free text] (Paternal Grandmother)
•family medical history (General FHx)
•family history of supplemental HPI [use
   for free text] (General FHx)
•no family history of malignant neoplasm of
   the large intestine (General FHx)
•no family history of malignant neoplasm of
   the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
   (General FHx)

**Reason for Appointment:**
Rout
**Appointment Comments:**
Jnb

**S/O Note** Written by NILSEN,LINDA M @ 04 Aug 2014 1525 EDT
**History of present illness**
      The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
 INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following symptoms:  anxiety or worries and difficulty concentrating.  Patient "picks" at his scalp.  Has several dry patches where he has scraped/picked the hair out in circles.  He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking at the scalp.

 Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out like him
.
Insomnia Severity Index:  8/28 Patient has a hard time getting to sleep, at times it takes 2 hrs.  He wakes up during the night when he has something on his mind.  If he listens to rain and storms it helps him sleep better.
.
Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient"s head when he was 17 because he thought Sm"s hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X a day.
.
Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather than ignore them.

 .
      Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

Pain Severity   0 / 10.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Current medication**

See ALTHA, per patient, none
.
**Past medical/surgical history**
**Reported:**
  Medical: Reported medical history
   See ALTHA
   and psychiatric history
   *  THERAPY: Fleet snd Family Aug 2012 for 4 or 5 months
   *  MEDS:  none
   *  INPATIENT/RESIDENTIAL CARE:  denied
   *  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  in H/S, swallowed a whole bottle of aspirin - felt sick, never told
       anyone
   *  FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  -
       drinks every other or every night - has not seen him since 2009 so is not sure how he is doing.
**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years. SM is 29, sisters are 27 and 26. All full siblings.
     Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn't want mother to ever see them.
  Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10
     years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could  .Before their divorce,
     father started seeing his next wife.  Brought her to patient's track events.  Dad got divorced from her about 1 yr ago.  SM lived
     in Cal until 14.
.
EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He
     lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the
     school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2
     yrs and went to college for 1 semester.  Drinking lot, dating crazies, decided to join the military.  Planned on making a career of
     the military, not sure now.  Doesn't want to move anymore.
.
ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29.  They have been together 6 months,
     living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn't
     want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the
     time was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She
     spent the rest of the time hiding her drinking.  She also was taking anti-depressants and didn't tell him.
.
SPIRITUAL:  none




.
Behavioral: Caffeine use 20 oz a day of coffee - sometimes more.  Current smoker  Used to smoke hooka when overseas - Amt per
     Day:
Alcohol: Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut
     down.
**Subjective**

Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 1 ]  2.  Not being able to stop or control worrying
[ 2 ]  3.  Worrying too much about different things
[ 2 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that it
's hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response.  Total (GAD-7) Score = 12/27  on 8-4-14
   It is very difficult for him to do his work, take care of things at home, or get along with other people
Difficulty doing work, taking care of things at home, or getting along with other people?   [ ] Not at all   [ ] Somewhat   [ ] Very   [ ]
Extremely.
PTSD CHECKLIST (PCL-C)
[ ] Repeated, disturbing memories, thoughts, or images of a stressful experience from the past?
[ ] Repeated, disturbing dreams of a stressful experience from the past?
[ ] Suddenly acting or feeling as if a stressful experience were happening again (as if you were reliving it)?
[ ] Feeling very upset when something reminded you of a stressful experience from the past?

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

[ ] Having physical reactions (e.g., heart pounding, trouble breathing, or sweating) when something reminded you of a stressful experience from the past?
[ ] Avoid thinking about or talking about a stressful experience from the past or avoid having feelings related to it?
[ ] Avoid activities or situations because they remind you of a stressful experience from the past?
[ ] Trouble remembering important parts of a stressful experience from the past?
[ ] Loss of interest in things that you used to enjoy?
[ ] Feeling distant or cut off from other people?
[ ] Feeling emotionally numb or being unable to have loving feelings for those close to you?
[ ] Feeling as if your future will somehow be cut short?
[ ] Trouble falling or staying asleep?
[ ] Feeling irritable or having angry outbursts?
[ ] Having difficulty concentrating?
[ ] Being
'super alert
' or watchful on guard?
[ ] Feeling jumpy or easily startled?

Add point values from each response.  Total Score =   0       DATE: 8-4-14

IF you had a positive score on any of the above problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? [ ] Not difficult  [ ] Somewhat difficult  [ ] Very difficult  [ ] Extremely difficult

During the last 2 weeks have you had thoughts that you would be better off dead, or of hurting yourself in some way?  [ ] Yes  [ ] No
If
'Yes
', how often?  [ ] Several days  [ ] More than half the days  [ ] Almost everyday.
Depression Screening:

[ 1 ]  1.  Little Interest or pleasure in doing things
[ 0 ]  2.  Feeling down depressed or hopeless
[ 2 ]  3.  Trouble sleeping or sleeping too much
[ 0 ]  4.  Feeling tired or little energy
[ 0 ]  5.  Poor appetite or overeating
[ 1 ]  6.  Feeling bad about self
[ 1 ]  7.  Trouble concentrating on things
[ 2 ]  8.  Moving or speaking slowly or being restless
[ 1 ]  9.  Thoughts that you would be better off dead
Add point values from each response.  Total (PHQ-9) Score =  7/27  on 8-4-14

Difficulty doing work, taking care of things at home, or getting along with other people?  [ ] Not at all  [ x ] Somewhat  [ ] Very  [ ] Extremely.
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied
.
**Physical findings**
**General Appearance:**
  ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
  ° No disorientation was observed, oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
  Speech: ° Normal, regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
  Demonstrated Behavior: ° Behavior demonstrated no abnormalities - appropriate and cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
  Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
  Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
  Thought Processes: ° Not impaired, they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
  Thought Content: ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
  Neurovegetative Assessment : • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

  Non-Modifiable:
   x    Gender (risk factor if male):
   x    H/O Suicide Attempts:  age 17, bottle of asprin

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

Organized Plan:
Chronic Psychiatric Disorder:
Recent Psychiatric Hospitalization:
x   H/O Abuse or Trauma:
Chronic Physical Illness:
x   Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
Other Recent Loss:
Chronic Pain:
Age (risk factor if <25 or >60):  age 29

Modifiable:
Suicidal ideation/plans/intent:
x   Access to Lethal Means:  gun in house
Poor Treatment Compliance:
Hopelessness:
x   Psychic Pain/Anxiety:  anxiety
Acute Event:
Insomnia:
Low Self-Worth:
x   Impulsivity:
Substance Abuse:
x   Financial Stress:  got into debt, working on it
Legal Stress:

Protective:
Strong Therapeutic Alliance:
Positive Coping Skills:
Responsible to/for Family:
Responsible to/for Pet:
Frustration Tolerance:  likes to hid his feelings
x   Resilience:
Good Reality Testing:  can add details that are not true
x   Amenable to Treatment:
Social Support: just his girl friend, no one to talk to
Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied


Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:
**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?                     [ ] Verbal  [ ] Written  [ ] Visual  [x] Other
(Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ x ] No  Specify:
Behavioral Health Advanced directives completed?              [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ x ] No
Are you enrolled in EFMP?                                      [ ] Yes  [x] No
Do you use a Personal Health Record (PHR)?                    [ ] Yes  [ x ] No  Specify:
Contact info: ████████
**Therapy**
• Duration of the encounter 90 min.
**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist:  L Nilsen, LCSW-C

Date last updated:
Reviewed with patient on:
Does patient agree with plan?

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

If not, what part?
Projected date of next treatment plan update:
THIS WAS THE FIRST SESSION.  WE SPENT THE TIME FILLIING OUT THE ASSESSMENT.  NEXT SESSION THE ITP
WILL BE FINISHED Discussion of assessment and intervention
Tx Plan cont
'd:


Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1.
2.
3.

Long-Term Goals:

1.
2.
3 Discussion of risk of assessment and intervention
Interventions Provided at this session:
  supportive therapy
Objective 1 (Corresponds to Goal #  ):
-
Interventions:
1.
2.

Objective 2 (Corresponds to Goal #  ):
-
Interventions:
1.
2.

Objective 3 (Corresponds to Goal #  ):
-
Interventions:
1.
2.


    Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or
homicidal thoughts develop.



**A/P** Written by NILSEN,LINDA M @ 04 Aug 2014 1424 EDT
**1. ANXIETY DISORDER NOS**
        Procedure(s):            -Psychiatric Diagnostic Evaluation x 1

**Disposition** Written by NILSEN,LINDA M @ 04 Aug 2014 1536 EDT
**Released w/o Limitations**
**Follow up:** for therapy 1 to  week(s) in the PSYCHIATRY BE clinic.
**Discussed:** Medication(s)/Treatment(s), Alternatives with Patient who indicated understanding.
90 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 04 Aug 2014 1537

CHANGE HISTORY
*The following S/O Note Was Overwritten by NILSEN,LINDA M @ 04 Aug 2014 1530 EDT:*
**S/O Note** Written by NILSEN,LINDA M @ 04 Aug 2014 1055 EDT

## Medical Record

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

**History of present illness**
The Patient is a 29 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>
INITIAL ASSESSMENT  8-4-14:  29 year old SWM Navy, E-6, with 9 years TIS,  2 years at NIOC at Ft Meade. 2 years to go, not sure if he wants to stay in - will have to stay in or some time due to braces on teeth. Self referral. Patient believes that his family of origin is impacting on how he relates to others now that he is an adult.  During the past month, he has experienced the following symptoms:  anxiety or worries and difficulty concentrating.  Patient 'picks' at his scalp.  Has several dry patches where he has scraped/picked the hair out in circles.  He has been doing this since 2009.  He thinks it is a combination of dry skin and his picking at the scalp.

Nutrition: tries to eat healthy, goes out 1 X a week,has some family issues - father is large, has diabetes - does not want to turn out like him

Abuse:  Father was physically abusive of sisters more so than with him.  Dad also shaved patient's head when he was 17 because he thought Sm's hair was too long.  Patient was allergic to animals,Father kept cats and dogs.  SM used emergency inhaler 3 or 4 X a day.

Goals he would like to deal with: 1.) anxiety, 2.) past issues - family abuse (verbal, physical), 3.) new way of handling issues -  rather than ignore them.

Visit is deployment-related Stress got to him while in Japan and stationed on ship  3/2006 - 4/2009.

Pain Severity  0 / 10.
**Current medication**

See ALTHA

**Past medical/surgical history**
**Reported:**
Medical: Reported medical history
See ALTHA
and psychiatric history
* THERAPY:  Fleet snd Family Aug 2012 for 4 or 5 months
* MEDS:  none
* INPATIENT/RESIDENTIAL CARE:  denied
* SELF HARM OR MUTILATION/SUICIDE ATTEMPTS:  In H/S, swallowed a whole bottle of aspirin - felt sick, never told anyone
* FPMH:  sister is bi-polar, other sister depressed.  Mom and grandmother are bi-polar.  Father is obese, diabetic, alcoholic?  - drinks every other or every night - has not seen him since 2009 so is not sure how he is doing.

**Personal history**
Social history  Born and raised in Riverside, CAL, Dad was in military for 2 years.  SM is 29, sisters are 27 and 26. All full siblings. Parents divorced when he was 2 or 3.  Dad got full custody immediately.  He didn't want mother to ever see them.
Mother left bruises on his sister.  Lost full custody.  Dad was really more abusive.  Age 8, got step-mother, they were together for 10 years.  Step-mother later told patient that she stayed with their father for their sakes as long as she could .Before their divorce, father started seeing his next wife.  Brought her to patient's track events.  Dad got divorced from her about 1 yr ago.  SM lived in Cal until 14.

EDUCATION/MILITARY:  H/S in NJ.  Really awful, started Freshman yr at one school, then they moved again during that yr.  He lost most of his credits that yr.  Got along at school because he was a runner.  2.2 GPA, no scholarships.  Worked during the school yr and summers.  Rented  a room from his step-mom (told his dad he was going away to school).  Lived with her for 2 yrs and went to college for 1 semester. Drinking lot, dating crazies, decided to join the military.  Planned on making a career of the military, not sure now.  Doesn't want to move anymore.

ADULT RELATIONSHIPS:  never married, no children.  Last relationship - Kristina, age 29. They have been together 6 months, living together 4 months.  Her lease was up so they moved in together.  He thinks he wants to break up with her.  She doesn't want to talk about anything.  The relationship before this one lasted 2 years.  The first 6 months were good.  The rest of the time was rocky.  They started out as house mates.  She had drinking problems.  He tried to help by not drinking either.  She spent the rest of the time hiding her drinking.  She also was taking anti-depressants and didn't tell him.

SPIRITUAL:  none

Behavioral: Caffeine use 20 oz a day of coffee - sometimes more.  Current smoker  Used to smoke hooka when overseas - Amt per Day:
Alcohol:  Alcohol use Liquor - 1-3 drinks, 1 or 2 X a week if liquor in fridge, 6 or more drinks one time or less a month, trying to cut down.
**Subjective**
Additional Screening Questions:

Are you having any thoughts about harming another person?  denied
Do you feel like you are at risk for workplace violence?  denied

**Physical findings**
**General Appearance:**
* Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
* No disorientation was observed, oriented x3.  ° No hallucinations.  ° Memory was unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
Speech:  ° Normal, regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
**Psychiatric:**
Demonstrated Behavior:  ° Behavior demonstrated no abnormalities - appropriate and cooperative.  ° No psychomotor retardation.  ° Behavior demonstrated no psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
Mood:  ° Euthymic.  ° Not depressed.  ° Not anxious.
Affect:  ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.
Thought Processes:  ° Not impaired, they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
Thought Content:  ° Insight was intact.  ° No delusions.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.  ° No homicidal ideations.  ° No homicidal plans.
* No homicidal intent.
Neurovegetative Assessment: • Dangerousness assessment: suicide risk Suicide Risk and Protective Factors Review:

Non-Modifiable:
x   Gender (risk factor if male):
x   H/O Suicide Attempts:  age 17, bottle of asprin
Organized Plan:
Chronic Psychiatric Disorder:
Recent Psychiatric Hospitalization:
x   H/O Abuse or Trauma:
Chronic Physical Illness:

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 756**
AR 2743

## Medical Record

x    Family H/O Suicide/Attempts:  both sisters have made attempts - he is surprised one is still alive
Other Recent Loss:
Chronic Pain:
Age (risk factor if <25 or >60):  age 29

Modifiable:
    Suicidal ideation/plans/intent:
x    Access to Lethal Means:  gun in house
    Poor Treatment Compliance:
    Hopelessness:
x    Psychic Pain/Anxiety:  anxiety
    Acute Event:
    Insomnia:
    Low Self-Worth:
x    Impulsivity:
    Substance Abuse:
x    Financial Stress:  got into debt, working on it
    Legal Stress:

Protective:
    Strong Therapeutic Alliance:
    Positive Coping Skills:
    Responsible to/for Family:
    Responsible to/for Pet:
    Frustration Tolerance:  likes to hid his feelings
x    Resilience:
    Good Reality Testing:  can add details that are not true
x    Amenable to Treatment:
    Social Support: just his girl friend, no one to talk to
    Religious Beliefs Contrary to Suicide:


Risk of Harm to Others:  denied

Action Taken Based on Risk Assessment:
[ x ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations.
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:

**Assessment**
• History ANNUAL SCREENING DATE:
Primary language: English
What is your preferred method of learning?                                    [ ] Verbal  [ ] Written  [ ] Visual   [x] Other (Specify): visual and hands on
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [x ] No  Specify:
Behavioral Health Advanced directives completed?                              [ ] Yes  [x ] No
Do you have any cultural or religious beliefs that may affect your care?       [ ] Yes  [x ] No
Are you enrolled in EFMP?                                                      [ ] Yes  [x ] No
Do you use a Personal Health Record (PHR)?                                    [ ] Yes  [x] No  Specify:
Contact info: ███████

**Therapy**
• Duration of the encounter 90 min.

**Practice Management**
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:

Treatment Team Members -

Individual Therapist:  L Nilsen, LCSW-C

Date last updated:
Reviewed with patient on:
Does patient agree with plan?
If not, what part?
Projected date of next treatment plan update:
THIS WAS THE FIRST SESSION.  WE SPENT THE TIME FILLIING OUT THE ASSESSMENT.  NEXT SESSION THE ITP WILL BE FINISHED Discussion of risk of
assessment and intervention
Interventions Provided at this session:
    supportive therapy
Objective 1 (Corresponds to Goal # ):
-
Interventions:
-
1.
2.

Objective 2 (Corresponds to Goal # ):
-
Interventions:
1.
2.

Objective 3 (Corresponds to Goal # ):
-
Interventions:
1.
2.

Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop Discussion of
assessment and intervention
Tx Plan cont
'd:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Diagnosis
I. 300.00  Anxiety D/O NOS
II. 799.9  deferred
III. none
IV. Limited support system, few friends
V. current GAF:  65

Active Problem List:
1.
2.
3.

Long-Term Goals:

1.
2.
3.

***The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment** by NILSEN,LINDA M @ 04 Aug 2014 1431 EDT:*
**Signed NILSEN, LINDA M** (LCSW-C, Behavioral Health) @ 04 Aug 2014 1424

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *27 Jun 2014 at WRNMMC, Integrative Hlth & Well BE by YORK, CARLA M*

Encounter ID:    BETH-17580231    Primary Dx:    Anxiety

Patient: **MERWIN, DANIEL DENNIS**       Date: **27 Jun 2014 1000 EDT**       Appt Type: **EST**
Treatment Facility: **WALTER REED**      Clinic: **HEALTH PROMOTION CL BE**   Provider: **YORK,CARLA M.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by YORK,CARLA M @ 27 Jun 2014 0829 EDT

                                                                **Allergies**
                                                                •OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
F/u
**Appointment Comments:**
anb

**S/O Note** Written by YORK,CARLA M. @ 27 Jun 2014 1007 EDT
**Chief complaint**
The Chief Complaint is: Anxiety.
**Referred here**
By PCM, Thomas S. Clark, FNP.
**History of present illness**
      The Patient is a 29 year old male.
This is the patient's second visit to the IBHC clinic.
Source of information was self.
Feedback was provided to the PCM.
- Pt was given IBHC brochure describing the behavioral health program. Discussed with patient model
of service to include the limits of confidentiality (i.e. abuse reporting, suicide intervention, etc.) and
short-term intervention focused approach
- Pt indicated understanding.
Patient was seen for 30 minute IBHC appointment.
      Previous history of visit is not deployment-related.  No decrease in concentrating ability.
      Pain Severity  0  / 10.

<<Note accomplished in TSWF-IBHC Anxiety tab>>

Progress and barriers in adhering to behavior change plan: work-related stress, on a 30 day assignment to
'fix
' a systems problem; feels that his symptoms have been evident since he was a child and therefore not likely to change with brief
intervention

Changes in symptoms and/or functioning: reports some improvement in mood, anxious thoughts; however, that he continues to
constantly think about getting tasks done, believes it traces babk to his childhood and father
's authoritarian parenting style
....
Anxiety Intervention:

[ ] Trained in relaxation strategies

[ x ] Trained in improving communication skills

[x ] Discussed potential treatments for anxiety (i.e. PE, CPT, CBT)

[x ] Discussed various factors related to the development and maintenance of anxiety
      (including biological, cognitive, behavioral, and environmental factors).

[ ] Developed Crisis Response plan.

[x ] Trained in strategies for increasing balanced thinking.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

[ ] Other:

....

**Personal history**
Behavioral: Caffeine use 16 oz. Coffee per day; up to 32 oz. On weekend.  No tobacco use in the last 10 years.
Alcohol: Alcohol use Occasional-approximately 3-5 drinks a week or less.

**Review of systems**
**Systemic:** Feeling tired (fatigue).
**Gastrointestinal:** Normal appetite.
**Neurological:** No disorientation.
**Psychological:** No sleep disturbances.  Normal enjoyment of activities, a desire to continue living, not thinking about suicide, not
    having a suicide plan, and no stated intent to commit suicide.  No homicidal thoughts, not thinking of a way to do it, and without
    a stated intent to kill.  No frequent thoughts of death /morbid ideation and no impulsive behavior.

**Physical findings**
**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° No disorientation was observed - oriented to place, person, time, and situation.  ° No hallucinations.  ° Memory was
        unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
    Speech: ° Normal - regular rate, non-pressured.  ° Rate was normal.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not
        a monotone.  ° Volume was normal.  ° No articulation abnormalities.  ° No language abnormalities were demonstrated.
**Psychiatric:**
    Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
    Attitude: ° Cooperative.
    Mood: ° Euthymic.  ° Not depressed.  ° Not anxious.
    Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  Showed no irritability.  ° Congruent with the mood.
    Thought Processes: ° Not impaired - they were linear, logical, and goal directed.  ° Evaluation of connectedness showed no
        deficiency.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
    Thought Content: ° Insight was intact.  ° No delusions.

**Tests**
**General:**
Test Results:                                         Value
PHQ-9 Score                                           4
Tests:                                                Value
GAD-7 Score                                           15
• DEPRESSION SCREENING / MONITORING (PHQ-9)
[0  ] Little Interest or pleasure in doing things
[ 1 ] Feeling down depressed or hopeless
[ 2 ] Trouble sleeping or sleeping too much
[ 0 ] Feeling tired or little energy
[ 0 ] Poor appetite or overeating
[0  ] Feeling bad about self
[ 1 ] Trouble concentrating on things
[ 0 ] Moving or speaking slowly or being restless
[ 0 ] Thoughts that you would be better off dead

Add point values from each response and document in the box below.

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all   [ x ] Somewhat   [ ] Very   [ ] Extremely

Thoughts that you would be better off dead:  [ ] Yes  [x ] No


....
            •

Generalized Anxiety Disorder Screening:

[3  ] 1. Feeling nervous, anxious, or on edge
[2  ] 2. Not being able to stop or control worrying
[ 3 ] 3. Worrying too much about different things
[2  ] 4. Trouble relaxing
[2  ] 5. Being so restless that its hard to sit still
[2  ] 6. Becoming easily annoyed or irritable
[ 1 ] 7. Feeling afraid as if something awful might happen

Add point values from each response and document in the box below.

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all   [x ] Somewhat   [ ] Very   [] Extremely

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

....

**Counseling/Education**

Anxiety Recommendations for patient:
 Continue with relaxation exercises as previously trained in initial session
 Follow through with BH specialty care referral-appointment 4 AUG 14 at 1300-Psychology
 F/U IBHC as needed




Anxiety Recommendations for PCM Team:
 Encourage attendance at scheduled BH visit




....

**Practice Management**

Patient exercises-has started with physical therapy; previously was running 5+ miles per day, now starting physical therapy due to ankle sprain.


**A/P** Written by YORK,CARLA M @ 27 Jun 2014 1028 EDT
**1. Anxiety** 300.00: Pt. Presenting with longstanding symptoms of anxiety; he has completed 2 sessions with the IBHC program.
Due to duration of symptoms, patient in agreement with recommendation at this time to participate in specialty BH treatment.
Referral placed and appointment made during session for 4 AUG 14.
        Consult(s):       -Referred To: TBI/DEPLOYMENT BEH HLTH MTF BE (Routine) Specialty: PSYCHOLOGY Clinic:
                            NEUROPSYCHOL HLTH SVC BE Provisional Diagnosis: Anxiety


**Disposition** Written by YORK,CARLA M @ 27 Jun 2014 1029 EDT
**Released w/o Limitations**
**Follow up:**  in the PSYCHOLOGY HEALTH BE clinic. - Comments: 4 AUG 14
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: Availability of BH services, including emergency services, was discussed with SM
**Administrative Options:** Consultation requested


**Signed By  YORK, CARLA M** (Clinical Health Psychologist, Walter Reed National Military Medical Center-Bethesda) @ 27 Jun
2014 1029

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*27 Jun 2014 at WRNMMC, Phys Therapy CL BE by LAI, PHILOMENA C*

Encounter ID:    BETH-17579298    Primary Dx:    Left ankle joint pain

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **27 Jun 2014 0700 EDT**
Clinic: **PHYS THERAPY CL BE**

Appt Type: **SPEC**
Provider: **LAI,PHILOMENA C.**

<u>AutoCites</u> Refreshed by LAI,PHILOMENA C @ 27 Jun 2014 0753 EDT

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| •NEUROTIC EXCORIATION | •paternal grandfather's history of | •OTHER: Unknown (SEE MED RECORD) |
| •ANKLE SPRAIN LEFT | preliminary background HPI [use for | |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | free text] (Paternal Grandfather) | |
| •ANOMALIES OF SKIN | •paternal history of preliminary background | |
| •Abdominal pain | HPI [use for free text] (Father) | |
| •ASTHMA | •paternal grandmother's history of HPI [use | |
| •POSTSURGICAL STATE OF EYE AND | for free text] (Paternal Grandmother) | |
| ADNEXA | •family medical history (General FHx) | |
| •Difficulty breathing (dyspnea) | •family history of supplemental HPI [use | |
| •SKIN NEOPLASM UNCERTAIN | for free text] (General FHx) | |
| BEHAVIOR | •no family history of malignant neoplasm of | |
| •Removal Of Sutures | the large intestine (General FHx) | |
| •ASTHMA EXTRINSIC | •no family history of malignant neoplasm of | |
| •ROSACEA | the gastrointestinal tract (General FHx) | |
| •PERIPHERAL RETINAL | •no family history of chronic liver disease | |
| DEGENERATION - LATTICE | (General FHx) | |
| •REFRACTIVE ERROR - MYOPIA | | |
| •ALLERGIC RHINITIS | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL | Ordered | TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 | 1 of 1 | 16 Jun 2014 |

**Reason for Appointment:**
ANKLE SPRAIN LEFT
**Appointment Comments:**
snf

<u>**Vitals**</u>
<u>**Vitals**</u> Written by LAI,PHILOMENA C @ 27 Jun 2014 0753 EDT

**Comments:** Patient has falls in the past 6 months,   minor injury to L ankle. Patient is not a fall risk.

<u>**S/O Note**</u> Written by LAI,PHILOMENA C. @ 27 Jun 2014 1034 EDT
**Chief complaint**
The Chief Complaint is: L ankle sprain

Visit for:  Initial Evaluation

History of present illness: INITIAL EVALUATION ( 6/27/2014  ): Patient is a  29   y/o M  referred to physical therapy for evaluation
and treatment of  L ankle sprain. Patient initially injured L ankle  in April 2014 while he was sprinting during softball game when his L
foot went intor the hole.  Since onset, symptoms have  unchanged
Meds: reviewed in AHLTA.
Pain scale 72 hrs:  current 0/10        best 0/10 worst 3/10
Description of pain: comes and goes
Aggravating factors: motion
Mitigating factors: rest, elevation, ice
Day pattern: episodic
Recent/previous treatment: none
Functional limitations: no running at this time, increased throbbing sensation after prolonged walking
Patient goals: to run again (patient used to run 5 miles per day 4-5 time per week).

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 762**
AR 2749

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Past medical/surgical history**
**Reported:**
    Past medical history reviewed and discussed. Co-morbidities: none
    Diagnostics: x-ray L ankle in AHLTA
    Medical precautions: none
    Job duties:  desk primarily.

**Objective**
Observation: genu and tibial varus, normal calcaneus alignment
palpation: no TTP
flexibility: mod tightness hamstrings, calf
Joint Mobility: decreased L TC ant/post mob, STJ med/lat mob
Sensation/Reflex: intact
ROM: ankle: DF L 3 deg R 13 deg, PF L 28 deg R 50 deg, IV L 24 deg R 35 deg, EV L 6 deg R 15 deg, 1st ray ext L 56 deg R 70
deg, flex L 25 deg R 30 deg
Strength:  DF - 5/5 bil, PF 5/5 bil, IV L 4+/5 R 5-/5, EV L 4+/5 R 5/5
Special Tests: thompson - neg, talar tilt - neg, ant/post drawer - neg
function: gait - no significant deviations, SLS EO - L/R = 30 sec, good ankle stability bil, SLHR L 25/25 R 25/25, no instability noted.

**Tests**
Assessment (  6/27/2014 ): Patient presented with decreased L ankle ROM s/p ankle sprain, mild weakness of ankle IV and EV with
no instability. Patient would benefit from physical therapy home based ex program to improve ROM and strength.
Rehab prognosis: good

Physical Therapy goals:
STG to be achieved in  3  weeks
Patient to be independent with HEP
Patient to increase ROM to: L ankle DF 10 deg, PF 40 deg, IV 35 deg EV 10 deg

LTG to be achieved in  6-8   weeks
Decrease pain to: 0/10
Increase MMT to:  5/5
Improve function to: tolerate long distance walking without increased in symptoms
running 1 mile 50% pace with no increased in symptoms

Patient education: Patient educated on his/her condition in reference to pertinent anatomy and biomechanics using anatomical
models and illustrations, self care, physical therapy and POC.
HEP instructions and performance (15 min): stretch - hamstrings, calf, joint mobilization for DF/PF, ROM, alphabets

Plan of Care: Patient has consented to physical therapy treatment. Patient to perform HEP indep. Follow up in 6 weeks..

**A/P** Written by LAI,PHILOMENA C @ 27 Jun 2014 1043 EDT
**1. Left ankle joint pain**
        Procedure(s):        -Physical Therapy Service Evaluation x 1
                             -Physical Therapy: ___ Session Segments, 15 Minutes Each x 1

**Disposition** Written by LAI,PHILOMENA C @ 27 Jun 2014 1043 EDT
**Released w/o Limitations**
**Follow up:** 6 week(s) in the PHYS THERAPY CL BE clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Note** Written by LAI,PHILOMENA C @ 27 Jun 2014 0753 EDT
**Consult Order**
**Referring Provider:**        DOUGHERTY, DIANA L
**Date of Request:**  04 Jun 2014
**Priority:**        Routine

**Provisional Diagnosis:**

ANKLE SPRAIN LEFT

**Reason for Request:**

29 yo 6 weeks s/p L ankle sprain. Residual pain/swelling, decreased ROM. Please eval and provide exercises to improve strength,
ROM. Please consider soft brace for stability while recovering.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Signed By  LAI, PHILOMENA C** (Physical Therapist, Walter Reed National Military Medical Center) @ 27 Jun 2014 1043

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐☐☐ 1985  SSN: ***-**-☐☐☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *16 Jun 2014 at WRNMMC, Integrative Hlth & Well BE by JARRETT, ERICA M*

Encounter ID:     BETH-17458952     Primary Dx:        GENERALIZED ANXIETY DISORDER

Patient: **MERWIN, DANIEL DENNIS**       Date: **16 Jun 2014 1300 EDT**      Appt Type: **EST**
Treatment Facility: **WALTER REED**       Clinic: **HEALTH PROMOTION CL BE**    Provider: **JARRETT,ERICA M.**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**AutoCites** Refreshed by TURNER,RHONDA S @ 16 Jun 2014 1241 EDT

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
anxiety
**Appointment Comments:**
snf

**S/O Note** Written by O'SULLIVAN,ROBIN R @ 16 Jun 2014 1505 EDT
**Chief complaint**
The Chief Complaint is: Anxiety.
**Referred here**
By PCM, Thomas S. Clark, FNP.
**History of present illness**
      The Patient is a 29 year old male.
This is the initial visit to the IBHC clinic.
Source of information was self.
Feedback was provided to the PCM.
- Pt was given IBHC brochure describing the behavioral health program. Discussed with patient model
of service to include the limits of confidentiality (i.e. abuse reporting, suicide intervention, etc.) and
short-term intervention focused approach
- Pt indicated understanding.
Patient was seen for 30 minute IBHC appointment.
      Normal appetite.
      Sleep disturbances.
      Previous history of visit is not deployment-related.  No decrease in concentrating ability.
 Pain Severity   3 / 10 (dental and ankle).
<<Note accomplished in TSWF-IBHC Anxiety tab>>

Description of Symptoms:
Anxiety symptoms include irritable bowel, anxious mood, biting nails, picking hair, attentional difficulties, irritable, insomnia.  No
issue with sleep onset, but difficulty with sleep maintenance (averaging 5 - 8 hours in bed, but awake much of that time; Pt
estimated 3 - 4 hrs sleeping).

Duration of Problem:
Since age 14 has experienced most of symptoms of anxiety listed above, with exception of hair difficulty (began August 2011).

Factors correlated with onset:  Pt described difficult childhood and home environment (father alcoholic & harsh disciplinarian, mother
bipolar).  More recently, Pt spent 850 days at sea over 3 years & had mersa 3xs during this, contributing to scalp/hair picking.
Currently, Pt was selected for new job which is high stress, with increased responsibility, leadership and management duties (would
prefer to do computer work in isolation).  Pt is considering separation (eligible in 2 years) due to dissatisfaction with Navy, but
anxious about alternative future options;

Frequency of symptoms:  daily and pervasive throughout the day.

Severity of symptoms:  Very difficult - able to perform well at work but is uncomfortable by feeling anxious and inability to relax.

Course of problem: slightly worse lately, which Pt attributed to recent dispute with girlfriend and increasing work-related stress.

Psychosocial factors:  Stress from work enhances a preexisting anxious tendency; Pt described his relationship with his girlfriend as
conflict avoidant and desires it to have more honest communication.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Aggravating factors:  over-planning, anxious ruminating thoughts; obsessively planning procedures to optimize efficiency; rigid with cleaning at home.

Alleviating factors:  Drinking coffee is reported to be helpful;  Reading technical material and computer programming; alone time and spending time with his girlfriend.

Current tx:  Pt stated has he has avoided seeking help for fear of impacting career.

Past tx:  Pt received therapy for about 18 months at Ft Meade and found this helpful.

Functional impact:  Pt stated it is hard to enjoy free time and is constantly stressed at work.
....
Anxiety Intervention:

[  ] Trained in relaxation strategies

[ x ] Trained in improving communication skills

[x  ] Discussed potential treatments for anxiety (i.e. PE, CPT, CBT)

[x  ] Discussed various factors related to the development and maintenance of anxiety
      (including biological, cognitive, behavioral, and environmental factors).

[  ] Developed Crisis Response plan.

[x  ] Trained in strategies for increasing balanced thinking.

[  ] Other:
....
**Personal history**
Behavioral: Caffeine use 2 - 4 cups / coffee daily, rare energy drinks.  No tobacco use in the last 10 years.
Alcohol: Alcohol use 2-3 drinks / week.
**Review of systems**
**Systemic:** Not feeling tired (fatigue).
**Neurological:** No disorientation.
**Psychological:** Normal enjoyment of activities, a desire to continue living, not thinking about suicide, not having a suicide plan, and no stated intent to commit suicide.  No homicidal thoughts, not thinking of a way to do it, and without a stated intent to kill.  No frequent thoughts of death /morbid ideation and no impulsive behavior.
**Physical findings**
**General Appearance:**
    ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° No disorientation was observed - oriented to place, person, time, and situation.  ° No hallucinations.  ° Memory was
        unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
    Speech: ° Normal - regular rate, non-pressured.  ° Rate was normal.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not
        a monotone.  ° Volume was normal.  ° No articulation abnormalities.  ° No language abnormalities were demonstrated.
**Psychiatric:**
    Demonstrated Behavior: ° No decreased eye-to-eye contact was observed.
    Attitude: ° Cooperative.
    Mood: • Anxious.  ° Euthymic.  ° Not depressed.
    Affect: ° Normal.  ° Not labile.  ° Not flat.  ° Not constricted.  ° Showed no irritability.  ° Congruent with the mood.
    Thought Processes: ° Not impaired - they were linear, logical, and goal directed.  ° Evaluation of connectedness showed no
        deficiency.  ° Attention demonstrated no abnormalities.  ° Attention span was not decreased.
    Thought Content: ° Insight was intact.  ° No delusions.
**Tests**
**General:**

| Test Results: | Value |
|---|---|
| PHQ-9 Score | 5 |
| Test Results: | Value |
| Duke Health Profile Physical Health Score: | 80 |
| Test Results: | Value |
| GAD-7 Score | 15 |
| Test Results: | Value |
| Duke Health Profile Mental Health Score: | 40 |
| Test Results: | Value |
| DUKE HEALTH PROFILE TOTAL GENERAL HEALTH SCORE: | 43 |
| Tests: | Value |
| Duke Health Profile Social Health Score: | 10 |

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 766**
AR 2753

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-████      DoD ID: 1286180538      Created: 16 Aug 2017

The patient completed the DUKE Health Profile, a 17-item measure of health-related quality of life.  On this measure, scores range from 0 to 100, with higher scores indicating better health status.
Mental Health score was 2 standard deviations or more below the mean indicating a lower score than about 98% of others of similar age and gender.
Social Health score was 2 standard deviations or more below the mean indicating a lower score than about 98% of others of similar age and gender.
General Health score was 2 standard deviations or more below the mean indicating a lower score than about 98% of others of similar age and gender.
• DEPRESSION SCREENING / MONITORING (PHQ-9)
[ 0 ]  Little Interest or pleasure in doing things
[ 1 ]  Feeling down depressed or hopeless
[ 2 ]  Trouble sleeping or sleeping too much
[ 0 ]  Feeling tired or little energy
[ 0 ]  Poor appetite or overeating
[ 0 ]  Feeling bad about self
[ 0 ]  Trouble concentrating on things
[ 2 ]  Moving or speaking slowly or being restless (circled fidgety & restless)
[ 0 ]  Thoughts that you would be better off dead

Add point values from each response and document in the box below.

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all  [x ] Somewhat  [ ] Very  [ ] Extremely

Thoughts that you would be better off dead:  [ ] Yes  [x ] No


....
                •
Generalized Anxiety Disorder Screening:

[ 3 ]  1.  Feeling nervous, anxious, or on edge
[ 2 ]  2.  Not being able to stop or control worrying
[ 3 ]  3.  Worrying too much about different things
[ 3 ]  4.  Trouble relaxing
[ 1 ]  5.  Being so restless that its hard to sit still
[ 3 ]  6.  Becoming easily annoyed or irritable
[ 0 ]  7.  Feeling afraid as if something awful might happen

Add point values from each response and document in the box below. 15

Difficulty doing work, taking care of things at home, or getting along with other people?
[ ] Not at all  [x ] Somewhat   [ ] Very   [] Extremely
....

**Assessment**
• Depression
PHQ-9 Score:      5        Date:      16 June 2014          Comments: Mild




....
• Anxiety disorder NOS

GAD-7 Score:      15        Date:  16 June 2014          Comments:  Severe



....
**Counseling/Education**
Anxiety Recommendations for patient:

1.  Follow-up with individual psychotherapy and psychiatric consultation at Outpatient Adult Behavioral Health at WRNMMC.

2.  Diaphragmatic breathing (3 x / day, 10 - 20 breathes)

3.  Read handouts on anxiety, disputing cognitive distortions, and relaxation.

4.  Read handout on sleep and download CBT-i Coach app.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

5. Follow up in two weeks with IBHC (Dr. York, 27 June 2014, 10:00 a.m.)

Anxiety Recommendations for PCM Team:  Support Pt in implementing above recommendations

....

**A/P** Last updated by JARRETT,ERICA M @ 20 Jun 2014 1414 EDT
**1. GENERALIZED ANXIETY DISORDER**: Pt was seen for a 30 minute initial consultation to address symptoms of anxiety.  Pt meets diagnostic criteria for Generalized Anxiety Disorder: (inability to control excessive worry with restlessness, fatigue, difficulty concentrating, irritability, and sleep disturbance more days than not for longer than the past 6 months).  Pt recalls times in his past that he self-isolated and avoided social encounters due to anxiety and feels his chronic worry negatively impacts his functioning.  Pt is in the preparation stage of change in managing his anxiety, to include attending initial consultation with psychiatric and behavioral health providers for further treatment.  In the meantime, Pt received education on relaxation techniques and agreed to implement the following interventions:
1. Follow-up with individual psychotherapy and psychiatric consultation at Outpatient Adult Behavioral Health at WRNMMC.
2. Diaphragmatic breathing (3 x / day, 10 - 20 breathes)
3. Read handouts on anxiety, disputing cognitive distortions, and relaxation.
4. Read handout on sleep and download CBT-i Coach app.
5. Follow up in two weeks with IBHC (Dr. York, 27 June 2014, 10:00 a.m.)
**2. NEUROTIC EXCORIATION**: Per DSM-V, excoriation disorder is a separate diagnosis.  Pt routinely picks his skin on the back of his scalp and has created a bald spot larger than the size of a quarter.  Pt reported this behavior initially began with Folliculitis a few years ago, but has persisted and occurs whenever he feels anxious.

**Disposition** Last Updated by JARRETT,ERICA M @ 20 Jun 2014 1415 EDT
**Released w/o Limitations**
**Follow up:** as needed in 2 week(s) with PCM and/or in the HEALTH PROMOTION CL BE clinic or sooner if there are problems. - Comments: Follow up scheduled for 27 June 2014 at 1000 with Dr. York.
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  JARRETT, ERICA M** (Clinical Health Psychologist, NNMC Bethesda, MD) @ 23 Jun 2014 0715

CHANGE HISTORY
*The following Disposition Note Was Overwritten by JARRETT,ERICA M @ 20 Jun 2014 1415 EDT:*
The Disposition section was last updated by JARRETT,ERICA M @ 20 Jun 2014 1415 EDT - see above.Previous Version of Disposition section was entered/updated by O'SULLIVAN,ROBIN R @ 17 Jun 2014 1320 EDT.
**Released w/o Limitations**
**Follow up:** as needed in 2 week(s) with PCM and/or in the HEALTH PROMOTION CL BE clinic or sooner if there are problems. - Comments: Follow up scheduled for 27 June 2014 at 1000 with Dr. York.
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
*The following A/P Note Was Overwritten by JARRETT,ERICA M @ 20 Jun 2014 1413 EDT:*
The A/P section was last updated by JARRETT,ERICA M @ 20 Jun 2014 1413 EDT - see above.Previous Version of A/P section was entered/updated by O'SULLIVAN,ROBIN R @ 19 Jun 2014 1212 EDT.
**1. GENERALIZED ANXIETY DISORDER** 300.02: Pt was seen for a 30 minute initial consultation to address symptoms of anxiety.  Pt meets diagnostic criteria for Generalized Anxiety Disorder: (inability to control excessive worry with restlessness, fatigue, difficulty concentrating, irritability, and sleep disturbance more days than not for longer than the past 6 months).  Pt recalls times in his past that he self-isolated and avoided social encounters due to anxiety and feels his chronic worry negatively impacts his functioning.  Pt is in the preparation stage of change in managing his anxiety, to include attending initial consultation with psychiatric and behavioral health providers for further treatment.  In the meantime, Pt received education on relaxation techniques and agreed to implement the following interventions:
1. Follow-up with individual psychotherapy and psychiatric consultation at Outpatient Adult Behavioral Health at WRNMMC.
2. Diaphragmatic breathing (3 x / day, 10 - 20 breathes)
3. Read handouts on anxiety, disputing cognitive distortions, and relaxation.
4. Read handout on sleep and download CBT-i Coach app.

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 768**
AR 2755

**Medical Record**

5.  Follow up in two weeks with IBHC (Dr. York, 27 June 2014, 10:00 a.m.)
    Procedure(s):    -(90791) Psychiatric Diagnostic Evaluation Initial x 1 ADDITIONAL PROVIDER(S): O'SULLIVAN,ROBIN R
**2. NEUROTIC EXCORIATION** 698.4: Per DSM-V, excoriation disorder is a separate diagnosis.  Pt routinely picks his skin on the back of his scalp and has created a bald spot larger than the size of a quarter.  Pt reported this behavior initially began with Folliculitis a few years ago, but has persisted and occurs whenever he feels anxious.

    Procedure(s):    -(90791) Psychiatric Diagnostic Evaluation Initial x 1 ADDITIONAL PROVIDER(S): O'SULLIVAN,ROBIN R

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐☐☐☐ 1985 | SSN: ***-**-☐☐☐☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*16 Jun 2014 at WRNMMC, Int Med CL A Medical Home BE by CLARK, THOMAS S*

Encounter ID:    BETH-17454981    Primary Dx:    ANKLE SPRAIN LEFT

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED
NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **16 Jun 2014 0930 EDT**
Clinic: **INT MED MEDICAL HOME CL A
BE**

Appt Type: **EST**
Provider: **CLARK,THOMAS STEPHEN**

<u>**AutoCites**</u> Refreshed by CLARK,THOMAS STEPHEN @ 16 Jun 2014 1003 EDT

**Problems**
•ESSENTIAL HYPERTRIGLYCERIDEMIA
•ANOMALIES OF SKIN
•Abdominal pain
•ASTHMA
•POSTSURGICAL STATE OF EYE AND
   ADNEXA
•Difficulty breathing (dyspnea)
•SKIN NEOPLASM UNCERTAIN
   BEHAVIOR
•Removal Of Sutures
•ASTHMA EXTRINSIC
•ROSACEA
•PERIPHERAL RETINAL
   DEGENERATION - LATTICE
•REFRACTIVE ERROR - MYOPIA
•ALLERGIC RHINITIS

**Family History**
•family medical history (General FHx)
•family history of supplemental HPI [use
   for free text] (General FHx)
•no family history of malignant neoplasm of
   the large intestine (General FHx)
•no family history of malignant neoplasm of
   the gastrointestinal tract (General FHx)
•no family history of chronic liver disease
   (General FHx)

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**
f/u after sprained ankle
**Appointment Comments:**
kcm

**Vitals**
<u>**Vitals**</u> Written by OWENS,ANGELA M @ 16 Jun 2014 0955 EDT
  BP: 137/84,   HR: 80,   RR: 18,   T: 98.2 °F,   HT: 69 in,   WT: 155 lbs,   SpO$_2$: 98%,   BMI: 22.89,
  BSA: 1.854 square meters,   Tobacco Use: No,   Alcohol Use: Yes,   Have you ever felt you should Cut down on your drinking?
No,
  Have people Annoyed you by criticizing or complaining about your drinking? No,
  Have you ever felt bad or Guilty about your drinking? No,
  Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
  Alcohol Comments: socially,   Pain Scale: 2/10 Mild,   Pain Scale Comments: left ankle

<u>**S/O Note**</u> Written by CLARK,THOMAS STEPHEN @ 16 Jun 2014 1003 EDT
<u>**Chief complaint**</u>
The Chief Complaint is: Limited Duty Chit.
<u>**History of present illness**</u>
      The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>
 29 yo active duty male with 6 week old ankle sprain, consult to PT 12 days ago, he hasn't made appt, needs limited duty chit.
Redirecting to make PT appt.  30d limited duty chit provided.
      Pain localized to one or more joints L ankle pain.

allergy to HPI [use for free text].
 Pain Severity  2  / 10.
<u>**Review of systems**</u>
**Systemic:** No systemic symptoms, no generalized pain, and not feeling tired (fatigue).  No fever, no chills, no night sweats, no
   recent weight loss, and no recent weight gain.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
**Cardiovascular:** No chest pain or discomfort.

| Merwin, Daniel Dennis | DOB: ☐☐☐☐ 1985 | SSN: ***-**-☐☐☐☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 770**
AR 2757

**Medical Record**

**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Physical findings**
**Vital Signs:**
  • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
  ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
  Injuries: ° No evidence of a head injury.
  Appearance: ° Head normocephalic.
**Eyes:**
  General/bilateral:
    Pupils: ° PERRL.
    External: ° Eyelids showed no abnormalities.  ° Conjunctiva exhibited no abnormalities.
    Sclera: ° Normal.


**A/P** Written by CLARK,THOMAS STEPHEN @ 16 Jun 2014 1013 EDT
**1. ANKLE SPRAIN LEFT**
    Medication(s):        -DOXYCYCLINE--PO 100MG TAB -  TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS
                          #60 RF1


**Disposition** Written by CLARK,THOMAS STEPHEN @ 16 Jun 2014 1014 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the INT MED MEDICAL HOME CL A BE clinic. - Comments: f/u with PT
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  CLARK, THOMAS STEPHEN** (Family Nurse Practitioner) @ 16 Jun 2014 1014

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*04 Jun 2014 at WRNMMC, Int Med Cons/Spec Care Cl Be by DOUGHERTY, DIANA L*

Encounter ID:    BETH-17336631    Primary Dx:    ANKLE SPRAIN LEFT

Patient: **MERWIN, DANIEL DENNIS**          Date: **04 Jun 2014 0632 EDT**          Appt Type: **ACUT**
Treatment Facility: **WALTER REED**          Clinic: **INT MED CONS/SPEC CARE CL**          Provider: **DOUGHERTY,DIANA L**
**NATIONAL MILITARY MEDICAL CNTR**          **BE**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by PEREZ,DULCE C @ 04 Jun 2014 0632 EDT
left ankle swelling

**Vitals**
**Vitals** Written by PEREZ,DULCE C @ 04 Jun 2014 0633 EDT
 BP: 119/82,    HR: 81,    T: 97.9 °F,    HT: 69 in,    WT: 155 lbs,    SpO$_2$: 97%,    BMI: 22.89,    BSA: 1.854 square meters,
 Tobacco Use: No,    Alcohol Use: Yes,    Alcohol Comments: occassional,    Pain Scale: 4/10 Moderate,    Pain Scale Comments:
left ankle

**SO Note** Written by DOUGHERTY,DIANA L @ 04 Jun 2014 0855 EDT
**Chief complaint**
The Chief Complaint is: L ankle swelling.
**History of present illness**
     The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>


Pt is 24 yo AD navy who presents with c/o L ankle swelling/pain that has persisted since injury 15April2014.  He reports that while
playing softball, he sustained injury that involved forward force of the foot into a hole while playing softball. At that time, he was
evaluated in the ER, found to have no e/o fracture on XR, and given a brace and crutches. He used the brace for approx 2 weeks,
and the crutches for approx 4 at which point he was able to bear weight with minimal pain.  Repeat XR obtained by his PCM in early
May continued to demonstrate no e/o fracture.

Today, he presents because of ongoing aching pain at the ankle joint and forefoot, associated with swelling localized to the ankle.
He denies sharp pain or point tenderness, and is able to bear weight. However ROM is limited, and pain exacerbated particularly
with dorsiflexion. He has been unable to obtain a timely appointment with his primary provider, and needs exemption from PT.
     No localized joint pain and no localized joint swelling.  No sensory disturbances.
**Current medication**
Ibuprofen prn
.
**Past medical/surgical history**
**Reported:**
     Medical: Reported medical history
     reviewed, noncontributory.
**Review of systems**
**Musculoskeletal:** No knee symptoms.
**Physical findings**
**Vital Signs:**
     • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
     ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
     Injuries: ° No evidence of a head injury.
     Appearance: ° Head normocephalic.
**Cardiovascular:**
     Arterial Pulses: ° Dorsalis pedis pulses were normal and PT pulses intact.
**Musculoskeletal System:**
     Knee:
          Right Knee: ° No effusion.  ° No tenderness on palpation.
          Left Knee: ° No effusion.  ° No tenderness on palpation.
     Lower Leg:
          Right Leg: ° Calf was not swollen.  ° Leg exhibited no warmth.  ° No erythema.  ° No tenderness on palpation.
          Left Leg: ° Calf was not swollen.  ° Leg exhibited no warmth.  ° No erythema.  ° No tenderness on palpation.
     Ankle:
          Right Ankle: ° No swelling.  ° No erythema.  ° Ankle was not warm.  ° No misalignment.  ° No tenderness on palpation.

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 772**
AR 2759

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

° Motion was normal.  ° No pain was elicited by motion.  ° Ankle was not tender on ambulation.

Left Ankle: • Swelling localized to ankle, both medial and lateral aspects.  • Tenderness on palpation aching tenderness at both lateral and medial malleoli. No point tenderness.  • Motion was abnormal decreased ROM with dorsiflexion, inversion, eversion.  • Pain was elicited by motion.  • Ankle was tender on ambulation.  ° No erythema.  ° Ankle was not warm.  ° No misalignment.

Foot:

Right Foot: • Pes planus.  ° No erythema.  ° No tenderness on palpation.

Left Foot: • Examined resolving ecchymosis. Foot warm, well perfused with 2+ distal pulses.  • Pes planus.  • Tenderness on palpation aching tenderness of forefoot. No point tenderness.  ° No erythema.  ° No abnormal warmth.  ° No deformity.

Functional Exam:

General/bilateral: • Mobility was limited.

**Neurological:**

Motor (Strength): ° No weakness of the right ankle was observed.  ° No weakness of the left ankle was observed.

**A/P** Last Updated by DOUGHERTY,DIANA L @ 04 Jun 2014 0939 EDT

**1. ANKLE SPRAIN LEFT**: Residual ankle swelling and limited ROM 6 weeks s/p injury resulting in ankle sprain. It is not unexpected to have these residual symptoms, and XR imaging on 2 occasions has failed to demonstrate fracture. No e/o neurovascular compromise. Patient improving, but not yet back to baseline.

\* chit provided for light duty/no PT/no running or prolonged standing walking x7 days
\* pt instructed to follow-up with his primary for ongoing treatment and profile, if needed
\* physical therapy consult for assistance with re-gaining ROM
\* patient counseled to avoid activities which cause pain, and to elevate/ice ankle as needed

Consult(s):          -Referred To: PHYSICAL THERAPY MTF BE (Routine) Specialty: THERAPY, PHYSICAL Clinic: PHYS THERAPY CL BE Provisional Diagnosis: ANKLE SPRAIN LEFT

**Disposition** Last Updated by DOUGHERTY,DIANA L @ 04 Jun 2014 0941 EDT

**Released w/ Work/Duty Limitations**

**Follow up:** 1 week(s) with PCM or sooner if there are problems.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Administrative Options:** Consultation requested

20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  DOUGHERTY, DIANA L** (Physician) @ 04 Jun 2014 0941
**Co-Signed By  SALUJA, SHUCHI M** (Physician, General Internal Medicine,WRAMC) @ 10 Jun 2014 1826

**Note** Written by SALUJA,SHUCHI M @ 10 Jun 2014 1826 EDT
**(Added after encounter was signed.)**
discussed pt with Dr Daugherty, agree with above

**CHANGE HISTORY**
*The following Signature(s) No Longer Applies because this Encounter Was Opened for Amendment by SALUJA,SHUCHI M @ 10 Jun 2014 1825 EDT:*

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *30 May 2014 at WRNMMC, AMH M01A Red Ki by COLEMAN, AUDREY G*

Encounter ID:    BETH-17298002    Primary Dx:    Left ankle joint pain

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **KIMBROUGH AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

Date: **30 May 2014 1141 EDT**
Clinic: **AMHM01AREDKI**

Appt Type: **T-CON\***
Provider: **COLEMAN,AUDREY G**

Call Back Phone: ███████

**AutoCites** Refreshed by COLEMAN,AUDREY G @ 30 May 2014 1410 EDT

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | •family medical history (General FHx) | •OTHER: Unknown (SEE MED RECORD) |
| •ANOMALIES OF SKIN | •family history of supplemental HPI [use | |
| •Abdominal pain | for free text] (General FHx) | |
| •ASTHMA | •no family history of malignant neoplasm of | |
| •POSTSURGICAL STATE OF EYE AND | the large intestine (General FHx) | |
| ADNEXA | •no family history of malignant neoplasm of | |
| •Difficulty breathing (dyspnea) | the gastrointestinal tract (General FHx) | |
| •SKIN NEOPLASM UNCERTAIN | •no family history of chronic liver disease | |
| BEHAVIOR | (General FHx) | |
| •Removal Of Sutures | | |
| •ASTHMA EXTRINSIC | | |
| •ROSACEA | | |
| •PERIPHERAL RETINAL | | |
| DEGENERATION - LATTICE | | |
| •REFRACTIVE ERROR - MYOPIA | | |
| •ALLERGIC RHINITIS | | |

**Reason for Telephone Consult:** Written by ELLIS,KEISHA @ 30 May 2014 1141 EDT
REFERRAL

**Questionnaire AutoCites** Refreshed by COLEMAN,AUDREY G @ 30 May 2014 1410 EDT
**Questionnaires**

**Note** Written by ELLIS,KEISHA @ 30 May 2014 1142 EDT
PATIENT STATES THAT HE WAS INSTRUCTED CALL BACK IN REGARDS TO HIS LEFT ANKLE HE
IS STILL HAVING THE SAME PROBLEM.


PCM: UDE


CB#: (850)696-7239 (CELL)
**Note** Written by COLEMAN,AUDREY G @ 30 May 2014 1416 EDT
SPOKE WITH PT NAME AND DOB VERIFIED,PT STATES THAT LEFT FOOT SWOLLEN TODAY.HE HAS BEEN USING
CRUTCHES OFO /ON FOR WEIGHT BEARING. HAVE NOT BEEN ABLE TO EVLEVATE FOOT AT WORK SITTING AT DESK.
WILL DISCUSS WITH PROVIDER AND CALL THE THE PT BACK.
**Note** Written by COLEMAN,AUDREY G @ 30 May 2014 1458 EDT
SPOKE WITH PT NAME AND DOB VERIFIED, INFORMED PT THAT HE NEED TO MAKE A F/U APPT FOR LEFT ANKLE PER
PROVIDER. PT STATED THAT HE WOULD RATHER CALL BACK TO SCHEDULE APPT. HE DON'T HAVE HIS SCHEDULE IN
FRONT OF HIM.
**A/P** Last Updated by COLEMAN,AUDREY G @ 30 May 2014 1501 EDT
**1. Left ankle joint pain**

**Disposition** Last Updated by ELLIS,KEISHA @ 30 May 2014 1142 EDT

---

**Signed By  COLEMAN, AUDREY G** (LPN,Family Practice Red Team, KACC,Ft. Meade Md) @ 30 May 2014 1502

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB:  ███  1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

Merwin, Daniel Dennis        DOB:  ███  1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 775**
AR 2762

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▆▆ 1985  SSN: ***-**-▆▆ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*19 May 2014 at WRNMMC, AMH M01A Red Ki by UDE, ASSUMPTA O*

Encounter ID:    BETH-17164995    Primary Dx:    Visit for: military services physical

Patient: **MERWIN, DANIEL DENNIS**          Date: **19 May 2014 1150 EDT**          Appt Type: **EST**
Treatment Facility: **KIMBROUGH**           Clinic: **AMHM01AREDKI**               Provider: **UDE,ASSUMPTA O**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

**AutoCites** Refreshed by COLEMAN,AUDREY G @ 16 May 2014 0945 EDT

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | •family medical history (General FHx) | •Other: OTHER: Unknown (SEE MED |
| •IMPAIRED FASTING GLUCOSE | •family history of supplemental HPI [use | RECORD) |
| •ANOMALIES OF SKIN | for free text] (General FHx) | |
| •Abdominal pain | •no family history of malignant neoplasm of | |
| •ASTHMA | the large intestine (General FHx) | |
| •POSTSURGICAL STATE OF EYE AND | •no family history of malignant neoplasm of | |
| ADNEXA | the gastrointestinal tract (General FHx) | |
| •Difficulty breathing (dyspnea) | •no family history of chronic liver disease | |
| •SKIN NEOPLASM UNCERTAIN | (General FHx) | |
| BEHAVIOR | | |
| •Removal Of Sutures | | |
| •ASTHMA EXTRINSIC | | |
| •ROSACEA | | |
| •PERIPHERAL RETINAL | | |
| DEGENERATION - LATTICE | | |
| •REFRACTIVE ERROR - MYOPIA | | |
| •ALLERGIC RHINITIS | | |

**Reason for Appointment:**
PHA/NAVY/NIOC
**Appointment Comments:**
eed ▆▆▆▆▆

**Screening** Written by SNOWDEN,HEATHER @ 19 May 2014 1142 EDT
**Reason For Appointment:** PHA/NAVY/NIOC

Allergen information verified by SNOWDEN, HEATHER @ 19 May 2014 1142 EDT

**Vitals**
**Vitals** Written by SNOWDEN,HEATHER @ 19 May 2014 1149 EDT
BP: 127/68 Right Arm,  Adult Cuff,   HR: 66,   RR: 16,   T: 98.3 °F,   HT: 69 in Stated,  Without Shoes,
WT: 153.6 lbs Upright Scale,  Actual,  Without Shoes,   Uncorr OD: 20/30,   Uncorr OS: 20/50,   Uncorr OU: 20/50,   BMI:
22.68,  BSA: 1.846 square meters,
Tobacco Use: No,   Alcohol Use: Yes,   Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: 2-3 month,   Pain Scale: 0 Pain Free

**S/O Note** Written by UDE,ASSUMPTA O @ 19 May 2014 1331 EDT
**Chief complaint**
The Chief Complaint is: PHA.
**History of present illness**
    The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>
 29 Y/O ADSM HERE FOR PHA-NO HEALTH CONCERNS EXCEPT FOR RESOVLING LT ANKLE SPRAIN
.
A PHA has been completed in past year.  Date: 5/19/2014.
    General overall feeling /health - Very Good.
    Pain localized to one or more joints.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Visit is not deployment-related.
Pain Severity  0  / 10.
PHQ-2 Depression Screen Negative.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient is compliant with medications.
Patient has NOT received other care since their last visit with this clinic.

**Allergies**
Current Allergies:  Cats  updated 19 MAY 2014.

**Current medication**

IBUPROPHEN 800MG
.
**Past medical/surgical history**
**Reported:**
      Recent Events: Medication compliance.
      Medical: Reported medical history
      Asthma - last affected in 2005.
      Skin neoplasm of uncertain behavior
      Rosacea
      Lattice peripheral retinal degeneration
      Myopia
      Allergic rhinitis
      Exposure to venereal disease
      .
      Surgical / Procedural: Surgical / procedural history
      PRK eyes -  2011
      tonsillectomy - 2004
      colonoscopy 2012.
**Personal history**
Annual Questions Date: 19 MAY 2014.
Social history reviewed single, no children
AD Navy
Non smoker
Occasional drinker.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 19MAY 2014.
History
ANNUAL SCREENING DATE:  6 MAY 2014
What is your preferred method of learning?    [ X ] Verbal  [ X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ X ] No   Specify:
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [X ] No
Are you enrolled in EFMP?     [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?     [X ] Yes  [ x ] No
Contact info: ⬛
PCM: UDE.
**Family history**
      Family medical history
      Father with DM, CAD.
**Review of systems**
**Systemic:** No systemic symptoms, no fever, no chills, and no recent weight loss.
**Head:** No head symptoms and no headache.
**Neck:** No neck symptoms.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms, no earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore
      throat.
**Breasts:** No breast symptoms.
**Cardiovascular:** No cardiovascular symptoms and no chest pain or discomfort.
**Pulmonary:** No pulmonary symptoms, no dyspnea, and no cough.
**Gastrointestinal:** No gastrointestinal symptoms, no nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no
      diarrhea, and no constipation.
**Genitourinary:** No genitourinary symptoms, no change in urinary frequency, and no feelings of urinary urgency.  No dysuria.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No hematologic symptoms.
**Musculoskeletal:** No musculoskeletal symptoms and no back pain.
**Neurological:** No neurological symptoms and no lightheadedness.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.
**Physical findings**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538          Created: 16 Aug 2017

**Vital Signs:**
      • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
      ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Head:**
      Appearance: ° Head normocephalic.
**Neck:**
      Appearance: ° Of the neck was normal.
**Eyes:**
      General/bilateral:
            Pupils: ° PERRL.
            External: ° Eyelids showed no abnormalities.
**Ears:**
      General/bilateral:
            Outer Ear: ° Normal.
            External Auditory Canal: ° External auditory meatus normal.
**Nose:**
      General/bilateral:
            External Deformities: ° No external nose deformities.
            Sinus Tenderness: ° No sinus tenderness.
**Oral Cavity:**
      Lips: ° Showed no abnormalities.
**Lungs:**
      ° Respiration rhythm and depth was normal.  ° Clear to auscultation.
**Musculoskeletal System:**
      Other:
            General/bilateral: ° No muscle tenderness.
**Neurological:**
      ° Oriented to time, place, and person.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement
            was not impaired.
      Balance: ° Normal.
      Gait And Stance: ° Normal.
**Psychiatric:**
      Mood: ° Euthymic.
      Affect: ° Normal.
**Skin:**
      ° No skin lesions.

**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 2 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0  ] 0=1 to 2 or doesn
't drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[0  ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[X  ] Negative AUDIT-C
[  ] Positive AUDIT-C *      >>Provider Alerted<<
         [ ] Alcohol use exceeds maximum recommended limits
               Men > 14 drinks/week or >4 drinks/occasion
               Women > 7 drinks/week or >3 drinks/occasion
[  ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use
after counseling OR AUDIT-C >= 8)
............. .
Tests:                                                    Value
AUDIT-C Score                                             2
**Practice Management**
Patient's BMI < 30.  Date: 19 MAY 2014.
      Preventive medicine services
      Lipid Screening - APR 2014
      Blood Sugar Screening -    5.4  June 2013
      Aspirin Prophylaxis - No
      HIV Screen - APR 2014
      Colonoscopy - 2012

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Tetanus (Td/Tdap) - MAR 2013
Influenza - NOV 2013
Zoster - No record of titer or vaccine
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -
G6pd- Nov 2005
Sickle cell- nov 2005
blood tye- O +
hearing exam- march 2013
vision exam - no record

Patient exercises for at least 30 minutes a day.

**Lab Result** Cited by UDE,ASSUMPTA O @ 19 May 2014 1210 EDT

| Basic Metabolic Panel | Site/Specimen | 04 Jun 2013 0925 |
|---|---|---|
| Urea Nitrogen | SERUM | 12 |
| Carbon Dioxide | SERUM | 30 |
| Chloride | SERUM | 102 |
| Creatinine | SERUM | 1.0 |
| Glucose | SERUM | 94 <i> |
| Potassium | SERUM | 4.3 |
| Sodium | SERUM | 140 |
| Calcium | SERUM | 9.7 |
| Anion Gap | SERUM | 8 |
| GFR Calculated Non-Black | SERUM | 102.0 |
| GFR Calculated Black | SERUM | 117.9 <i> |

**Lab Result** Cited by UDE,ASSUMPTA O @ 19 May 2014 1208 EDT

| HIV-1/O/2 Ab | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> |

**Lab Result** Cited by UDE,ASSUMPTA O @ 19 May 2014 1208 EDT

| Lipid Panel | Site/Specimen | 10 Apr 2014 0951 |
|---|---|---|
| Cholesterol | SERUM | 208 (H) <i> |
| Triglyceride | SERUM | 158 (H) <i> |
| HDL Cholesterol | SERUM | 64.0 (H) |
| LDL Cholesterol | SERUM | 112 <i> |
| VLDL Cholesterol | SERUM | 32 |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 |

**Lab Result** Cited by COLEMAN,AUDREY G @ 16 May 2014 0944 EDT

| HIV-1/O/2 Ab | Site/Specimen | 10 Apr 2014 0951 | Units | Ref Rng |
|---|---|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <r> | | |
| | | | | |
| Lipid Panel | Site/Specimen | 10 Apr 2014 0951 | Units | Ref Rng |
| Cholesterol | SERUM | 208 (H) <i> | mg/dL | (50-200) |
| Triglyceride | SERUM | 158 (H) <i> | mg/dL | (40-150) |
| HDL Cholesterol | SERUM | 64.0 (H) | mg/dL | (40-60) |
| LDL Cholesterol | SERUM | 112 <i> | mg/dL | (0-129) |
| VLDL Cholesterol | SERUM | 32 | mg/dL | (2-49) |
| Cholesterol/HDL Cholesterol | SERUM | 3.25 | | |

**A/P** Last updated by UDE,ASSUMPTA O @ 19 May 2014 1334 EDT
**1. Visit for: military services physical**(*PERIODIC PREVENTION EXAMINATION*): AGE AND GENDER APPROPRIATE PREVENTIVE TASK FORCE REQUIRED COUNSELLING GIVEN, SEE MRRS AND NAVMED 6120/4 FOR READINESS AND VACCINE UPDATES

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**2. ESSENTIAL HYPERTRIGLYCERIDEMIA**: SIG REDUCTION OF TRIG-CONTINUE lifestle mod
    Laboratory(ies):       -GLUCOSE FASTING (Routine) Start Date: 06/01/2014

**Disposition** Written by UDE,ASSUMPTA O @ 19 May 2014 1334 EDT
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: MEDICATIONS RECONCILED, LIST GIVEN TO PATIENT, MASTER PROBLEM LIST REVIEWED AND RECONCILED WITH PATIENT.

**Signed By  UDE, ASSUMPTA O** (NP, KIMBROUGH AMBULATORY CARE CENTER,FT MEADE, MD) @ 19 May 2014 1334

CHANGE HISTORY
***The following A/P Note Was Overwritten** by UDE,ASSUMPTA O @ 19 May 2014 1316 EDT:*
The A/P section was last updated by UDE,ASSUMPTA O @ 19 May 2014 1316 EDT - see above.Previous Version of A/P section was entered/updated by COLEMAN,AUDREY G @ 16 May 2014 0942 EDT.
***The following S/O Note Was Overwritten** by UDE,ASSUMPTA O @ 19 May 2014 1212 EDT:*
**S/O Note** Written by SNOWDEN,HEATHER @ 19 May 2014 1144 EDT
**Chief complaint**
The Chief Complaint is: PHA.
**History of present illness**
    The Patient is a 29 year old male.

  <<Note accomplished in TSWF-CORE>>
  29 Y/O ADSM HERE FOR PHA

A PHA has been completed in past year.  Date: 5/19/2014.
    General overall feeling /health - Very Good.
    Visit is not deployment-related.
 Pain Severity  0 / 10.
PHQ-2 Depression Screen Negative.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
Patient is compliant with medications.
**Allergies**
Current Allergies:  Cats  updated 19 MAY 2014.
**Current medication**

IBUPROPHEN 800MG
.
**Past medical/surgical history**
**Reported:**
    Recent Events: Medication compliance.
    Medical: Reported medical history
    Asthma - last affected in 2005.
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease
    .
    Surgical / Procedural: Surgical / procedural history
    PRK eyes -  2011
    tonsillectomy - 2004
    colonoscopy 2012.
**Personal history**
Annual Questions Date: 19 MAY 2014.
Social history reviewed single, no children
AD Navy
Non smoker
Occasional drinker.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 19MAY 2014.
History
ANNUAL SCREENING DATE:  6 MAY 2014
What is your preferred method of learning?    [ X ] Verbal  [ X ] Written  [ X ] Visual  [  ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [  ] Yes  [ X ] No   Specify:
Do you have any cultural or religious beliefs that may affect your care?    [  ] Yes  [ X ] No
Are you enrolled in EFMP?    [  ] Yes  [ X ] No
Are you registered for Relay Health/Secure Messaging?    [ X ] Yes  [ x ] No
Contact info: ████████
PCM: UDE.
**Family history**
    Family medical history
    Father with DM, CAD.
**Tests**
ALCOHOL SCREENING
How often did you have a -
 drink containing alcohol in the past year?
[ 2 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

How many drinks did you have on a typical day when you were drinking in the past year?
[0 ] 0=1 to 2 or doesn
't drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[0 ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[X ] Negative AUDIT-C
[ ] Positive AUDIT-C *        >>Provider Alerted<<
        [ ] Alcohol use exceeds maximum recommended limits
              Men > 14 drinks/week or >4 drinks/occasion
              Women > 7 drinks/week or >3 drinks/occasion
[ ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)
.............. *

AUDIT-C Score                        2
**Practice Management**
Patient's BMI < 30.  Date: 19 MAY 2014.
        Preventive medicine services
        Lipid Screening - APR 2014
        Blood Sugar Screening -     5.4  June 2013
        Aspirin Prophylaxis - No
        HIV Screen - APR 2014
        Colonoscopy - 2012

        Tetanus (Td/Tdap) - MAR 2013
        Influenza -  NOV 2013
        Zoster - No record of titer or vaccine
        Pneumococcal -
        HPV -

        Men:
        Aortic Aneurysm Screen -
        G6pd- Nov 2005
        Sickle cell- nov 2005
        blood tye- O +
        hearing exam- march 2013
        vision exam - no record

Patient exercises for at least 30 minutes a day.


***The following SO Note Was Overwritten** by SNOWDEN,HEATHER @ 19 May 2014 1149 EDT:*
**SO Note** Written by COLEMAN,AUDREY G @ 16 May 2014 0942 EDT
**Chief complaint**
The Chief Complaint is: PHA.
**History of present illness**
        The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>
 29 Y/O ADSM HERE FOR PHA
.
A PHA has been completed in past year.  Date: 5/19/2014.
        General overall feeling /health - Very Good.
        Visit is not deployment-related.
PHQ-2 Depression Screen Negative.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Current Allergies:  Cats  updated 15 MAY 2014.
**Current medication**

IBUPROPHEN 800MG

**Past medical/surgical history**
**Reported:**
        Recent Events: Medication compliance.
        Medical: Reported medical history
        Asthma - last affected in 2005.
        Skin neoplasm of uncertain behavior
        Rosacea
        Lattice peripheral retinal degeneration
        Myopia
        Allergic rhinitis
        Exposure to venereal disease

        .
        Surgical / Procedural: Surgical / procedural history
        PRK eyes -  2011
        tonsillectomy - 2004
        colonoscopy 2012.
**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 6 MAY 2014.
History
ANNUAL SCREENING DATE:  6 MAY 2014
What is your preferred method of learning?    [ X ] Verbal  [ X ] Written  [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No   Specify:
Advance directives completed?    [ ] Yes  [ X ] No

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ███  1985  SSN: ***-**-███    DoD ID: 1286180538      Created: 16 Aug 2017

Is a copy of the Advance directive in the record?    [ ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [ x ] No
Contact info:
PCM: UDE.
Annual Questions Date: 6 MAY 2014.
**Family history**
        Family medical history
        Father with DM, CAD.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 2 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0  ] 0=1 to 2 or doesn
't drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[0  ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
[X ] Negative AUDIT-C
[ ] Positive AUDIT-C *      >>Provider Alerted<<
        [ ] Alcohol use exceeds maximum recommended limits
                Men > 14 drinks/week or >4 drinks/occasion
                Women > 7 drinks/week or >3 drinks/occasion
[ ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)
..............
Tests:                                                                                          Value
AUDIT-C Score                                                                           2
**Practice Management**
        Preventive medicine services
        Lipid Screening - APR 2014
        Blood Sugar Screening -    5.4  June 2013
        Aspirin Prophylaxis -
        HIV Screen - APR 2014
        Colonoscopy -

        Tetanus (Td/Tdap) - MAR 2013
        Influenza  -  NOV 2013
        Zoster -
        Pneumococcal -
        HPV -

        Men:
        Aortic Aneurysm Screen -
        _____

Patient exercises for at least 30 minutes a day.
Patient's BMI < 30.  Date: 6 MAY 2014.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*06 May 2014 at WRNMMC, AMH M01A Red Ki by UDE, ASSUMPTA O*

Encounter ID:    BETH-17036973    Primary Dx:    ANKLE SPRAIN LEFT

Patient: **MERWIN, DANIEL DENNIS**       Date: **06 May 2014 1430 EDT**       Appt Type: **EST**
Treatment Facility: **KIMBROUGH**        Clinic: **AMHM01AREDKI**             Provider: **UDE,ASSUMPTA O**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

AutoCites Refreshed by SMITH,PRISCILLA E @ 05 May 2014 1133 EDT

| **Problems** | **Family History** | **Allergies** |
| --- | --- | --- |
| •ESSENTIAL HYPERTRIGLYCERIDEMIA | •family medical history (General FHx) | •OTHER: Unknown (SEE MED RECORD) |
| •IMPAIRED FASTING GLUCOSE | •no family history of malignant neoplasm of | |
| •ANOMALIES OF SKIN | the large intestine (General FHx) | |
| •Abdominal pain | •no family history of malignant neoplasm of | |
| •ASTHMA | the gastrointestinal tract (General FHx) | |
| •POSTSURGICAL STATE OF EYE AND | •no family history of chronic liver disease | |
| ADNEXA | (General FHx) | |
| •Difficulty breathing (dyspnea) | | |
| •SKIN NEOPLASM UNCERTAIN | | |
| BEHAVIOR | | |
| •Removal Of Sutures | | |
| •ASTHMA EXTRINSIC | | |
| •ROSACEA | | |
| •PERIPHERAL RETINAL | | |
| DEGENERATION - LATTICE | | |
| •REFRACTIVE ERROR - MYOPIA | | |
| •ALLERGIC RHINITIS | | |
| •Visit for: military services physical | | |

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**
UDE-F/U FROM ER
**Appointment Comments:**
KLS/KACC

**Screening** Written by COLEMAN,AUDREY G @ 06 May 2014 1419 EDT
**Reason For Appointment:** UDE-F/U FROM ER

Allergen information verified by COLEMAN, AUDREY G @ 06 May 2014 1419 EDT

**Vitals**
**Vitals** Written by COLEMAN,AUDREY G @ 06 May 2014 1409 EDT
 BP: 130/82 Left Arm,   HR: 79,   RR: 18,   T: 97.5 °F,   HT: 69 in Stated,   WT: 153 lbs Upright Scale,   Actual,   With Shoes,
 SpO$_2$: 97%,   BMI: 22.59,   BSA: 1.843 square meters,   Tobacco Use: No,   Alcohol Use: Yes,   Pain Scale: 3/10 Mild,
 Pain Scale Comments: LEFT ANKLE
**Comments:** UNIFORM

**S/O Note** Written by UDE,ASSUMPTA O @ 06 May 2014 1426 EDT
**Chief complaint**
The Chief Complaint is: F/U ER VISIT.
**History of present illness**
     The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>

29YO MALE,  ADSM FOR F/U ER VISIT while he was sprinting during softball game, and his  foot went into the hole while he was
running-2 weeks ago, Reports not using crutches currently. On morin pen, pain is 3/10.
     Good general overall feeling /health.
     Pain localized to one or more joints and joint swelling localized to one or more joints.
     Visit is not deployment-related.

| Merwin, Daniel Dennis | DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 783**
AR 2770

**Medical Record**

| | | |
|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538    Created: 16 Aug 2017 |

Pain assessment
Location:  LEFT ANKLE
Duration:
Quality: AHARP/THROBBING
Factors that correlate with onset:
Frequency:  CONSTANT
Average level:  3
Worst level:  7-8
Least level:  3
What makes it better: ELEVATION
What makes it worse: PRESSURE,STANDING,FULL EXSTENSION
..............
 Pain Severity 3  / 10.
PHQ-2 Depression Screen Negative.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has received other care since their last visit with this clinic 19 APR 2014 BETHESDA.

**Allergies**
Current Allergies:  Cats  updated 6 MAY 2014.

**Current medication**

IBUPROPHEN 800MG
.

**Past medical/surgical history**
**Reported:**
    Recent Events: Medication compliance.
    Medical: Reported medical history
    Asthma - last affected in 2005.
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease
    .
    Surgical / Procedural: Surgical / procedural history
    PRK eyes -  2011
    tonsillectomy - 2004
    colonoscopy 2012.

**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 6 MAY 2014.
History
ANNUAL SCREENING DATE:  6 MAY 2014
What is your preferred method of learning?    [ X ] Verbal   [ X ] Written   [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes   [ X ] No  Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [ X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [ X ] Yes   [ x ] No
Contact info:
PCM: UDE.
Annual Questions Date: 6 MAY 2014.

**Family history**
    Family medical history
    Father with DM, CAD.

**Review of systems**
**Systemic:** No systemic symptoms.
**Musculoskeletal:** No muscle aches and no limb pain.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical findings**
**Vital Signs:**
   • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
   ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.

| | | |
|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538    Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 784**
AR 2771

**Medical Record**

**Musculoskeletal System:**
    Ankle:
        Left Ankle: • Swelling.  • Tenderness on palpation.  • Pain was elicited by motion.  • Ankle was tender on ambulation.  ° No
           erythema.  ° Ankle was not warm.  ° Motion was normal.  ° No crepitus on motion was noted.
    Foot:
        Left Foot: • Tenderness on palpation.  ° No erythema.  ° No pain was elicited by motion.
    Functional Exam:
        General/bilateral: • Mobility was limited.
    Other:
        General/bilateral: • Muscle tenderness.
**Neurological:**
    ° Oriented to time, place, and person.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement
        was not impaired.
    Motor (Strength): ° No weakness of the left ankle was observed.
**Psychiatric:**
    Mood: ° Euthymic.
    Affect: ° Normal.
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[ 2 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0  ] 0=1 to 2 or doesn't drink, 1=3 to 4,2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[ 0 ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SXCREENING for Alcohol Use (AUDIT-C)
[  ] Negative AUDIT-C
[  ] Positive AUDIT-C *        >>Provider Alerted<<
    [  ] Alcohol use exceeds maximum recommended limits
        Men > 14 drinks/week or >4 drinks/occasion
        Women > 7 drinks/week or >3 drinks/occasion
[  ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use
after counseling OR AUDIT-C >= 8)
.............. .

| Tests: | Value |
|---|---|
| AUDIT-C Score | 2 |

**Practice Management**
    Preventive medicine services
    Lipid Screening - 19 MAR 2013
    Blood Sugar Screening -    5.4  June 2013
    Aspirin Prophylaxis -
    HIV Screen - 19 MAR 2013.
    Colonoscopy -

    Tetanus (Td/Tdap) - 08 NOV 2005
    Influenza  -
    Zoster -
    Pneumococcal -
    HPV -

    Men:
    Aortic Aneurysm Screen -
    _____

Patient exercises for at least 30 minutes a day.
Patient's BMI < 30.  Date: 6 MAY 2014.

**Rad Result** Cited by UDE,ASSUMPTA O @ 06 May 2014 1443 EDT

**MERWIN, DANIEL DENNIS    20/    DoD ID: 1286180538    29yo       1985    M**
        ********** ANKLE, LT 3 VIEWS **********

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███  1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

POC Enc: #E4520771    POC Fac: WRNMMC
Status: Complete (Amended)

Procedure:              ANKLE, LT 3 VIEWS
Event Date:             19-Apr-2014 15:38:00
Exam #:                 14130312
Exam Date/Time:         19-Apr-2014 15:42:00
Transcription Date/Time:    20-Apr-2014 19:41:00
Provider:               PIRRI, MICHAEL P
Requesting Location:
  EMERGENCY RM BE    WRNMMC BETHESDA, MD
Status:                 COMPLETE (Amended)


**Amended Result Code:        SEE RADIOLOGIST'S REPORT**
Interpreted By:         NIELSEN, NATHAN S
Supervised By:          KENRIC T. ABAN, MD. LCDR, MC, USN.
Approved By:            ABAN, KENRIC T
Approved Date:          20-Apr-2014 19:40:00
Supervised By:
  122645 KENRIC T. ABAN, MD. LCDR, MC, USN.
Supervised By Date:     20-Apr-2014 19:40:00
Amended Report Text:

History:
  Running and stepped in hole c/o left ankle/foot pain and swelling. R/o fx

Technique:
  Frontal, oblique, and lateral radiographs of the left foot and ankle

Comparison:             None available

Findings:

  No acute fracture or dislocation. Osseous alignment and mineralization is
  normal. Joint spaces are preserved. The ankle mortise and talar dome are intact.
  A small developing plantar calcaneal spur is identified. No significant
  degenerative or erosive changes are seen. There is mild soft tissue edema
  overlying the lateral malleolus.

Impression:

  Mild soft tissue edema overlying the lateral malleolus without evidence of acute
  osseous abnormality. _____

Electronically signed by resident:
  Dr. NATHAN S NIELSEN Date: 04/19/14 Time:19:41


_____

Electronically signed by:
  Dr. Kenric T Aban Date: 04/20/14 Time:19:40

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

Rad Result Cited by UDE,ASSUMPTA O @ 06 May 2014 1443 EDT

**MERWIN, DANIEL DENNIS    20/███    DoD ID: 1286180538    29yo ███ 1985    M**
********** FOOT, LT 3 VIEWS **********
POC Enc: #E4520771    POC Fac: WRNMMC
Status: Complete (Amended)

Procedure:              FOOT, LT 3 VIEWS
Event Date:             19-Apr-2014 15:38:00
Exam #:                 14130311
Exam Date/Time:         19-Apr-2014 15:42:00
Transcription Date/Time:    20-Apr-2014 19:41:00
Provider:               PIRRI, MICHAEL P
Requesting Location:
  EMERGENCY RM BE    WRNMMC BETHESDA, MD
Status:                 COMPLETE (Amended)

**Amended Result Code:        SEE RADIOLOGIST'S REPORT**
Interpreted By:         NIELSEN, NATHAN S
Supervised By:          KENRIC T. ABAN, MD. LCDR, MC, USN.
Approved By:            ABAN, KENRIC T
Approved Date:          20-Apr-2014 19:40:00
Supervised By:
  122645 KENRIC T. ABAN, MD. LCDR, MC, USN.
Supervised By Date:     20-Apr-2014 19:40:00
Amended Report Text:

History:
  Running and stepped in hole c/o left ankle/foot pain and swelling. R/o fx

Technique:
  Frontal, oblique, and lateral radiographs of the left foot and ankle

Comparison:             None available

Findings:

  No acute fracture or dislocation. Osseous alignment and mineralization is
  normal. Joint spaces are preserved. The ankle mortise and talar dome are intact.
  A small developing plantar calcaneal spur is identified. No significant
  degenerative or erosive changes are seen. There is mild soft tissue edema
  overlying the lateral malleolus.

Impression:

  Mild soft tissue edema overlying the lateral malleolus without evidence of acute
  osseous abnormality. _____

Electronically signed by resident:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Dr. NATHAN S NIELSEN Date: 04/19/14 Time:19:41

_____

Electronically signed by:
    Dr. Kenric T Aban Date: 04/20/14 Time:19:40

**A/P** Written by UDE,ASSUMPTA O @ 06 May 2014 1448 EDT
**1. ANKLE SPRAIN LEFT**: CONTINUE REST, ICE, MOIST HEAT, NSAID AND ELEVATE, USE CRUTCHES FOR LONG DISTANCE WALK PRN
        Radiology(ies):        -ANKLE, LT 3 VIEWS (Routine) Impression:  left lateral ankle pain and swelling 2 weeks following a spr
                    Comment:  with weight bearing
**2. Visit for: exam following treatment**
        Radiology(ies):        -FOOT, LT WT BEARING 3 VIEWS (Routine) Impression:  left foot  pain x  2 weeks following a recent
                    injury, re-eva
**3. ARMED FORCES FITNESS FOR DUTY EXAM***(FITNESS FOR DUTY EXAMINATION)*: NO JUMPING/RUNNING/CARDIO X 30DAYS-RECENT SPRAINED ANKLE-SEE DD689

**Disposition** Written by UDE,ASSUMPTA O @ 06 May 2014 1448 EDT
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: MEDICATIONS RECONCILED, LIST GIVEN TO PATIENT, MASTER PROBLEM LIST REVIEWED AND RECONCILED WITH PATIENT.

**Signed By  UDE, ASSUMPTA O** (NP, KIMBROUGH AMBULATORY CARE CENTER,FT MEADE, MD) @ 06 May 2014 1449

**CHANGE HISTORY**
***The following S/O Note Was Overwritten*** *by UDE,ASSUMPTA O @ 06 May 2014 1442 EDT:*
**S/O Note** Written by COLEMAN,AUDREY G @ 06 May 2014 1422 EDT
**Chief complaint**
The Chief Complaint is: F/U ER VISIT.
**History of present illness**
        The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>

29YO MALE,  ADSM FOR F/U ER VISIT.
        Good general overall feeling /health.
        Visit is not deployment-related.
Pain assessment
Location:  LEFT ANKLE
Duration:
Quality: AHARP/THROBBING
Factors that correlate with onset:
Frequency:  CONSTANT
Average level:  3
Worst level: 7-8
Least level:  3
What makes it better: ELEVATION
What makes it worse: PRESSURE,STANDING,FULL EXSTENSION
..............
 Pain Severity 3  / 10.
PHQ-2 Depression Screen Negative.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has received other care since their last visit with this clinic 19 APR 2014 BETHESDA.
**Allergies**
Current Allergies:  Cats  updated 6 MAY 2014.
**Current medication**

IBUPROPHEN 800MG

**Past medical/surgical history**
**Reported:**
        Recent Events: Medication compliance.
        Medical: Reported medical history
        Asthma - last affected in 2005.
        Skin neoplasm of uncertain behavior
        Rosacea

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ■■■■ 1985  SSN: ***-**-■■■■     DoD ID: 1286180538          Created: 16 Aug 2017

Lattice peripheral retinal degeneration
Myopia
Allergic rhinitis
Exposure to venereal disease
.
Surgical / Procedural: Surgical / procedural history
PRK eyes -  2011
tonsillectomy - 2004
colonoscopy 2012.

**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 6 MAY 2014.
History
ANNUAL SCREENING DATE:  6 MAY 2014
What is your preferred method of learning?    [ X ] Verbal  [ X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No   Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?   [ ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ X ] No
Are you enrolled in EFMP?    [ ] Yes  [ X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [ x ] No
Contact info:
PCM: UDE.
Annual Questions Date: 6 MAY 2014.
**Family history**
Family medical history
Father with DM, CAD.

**Tests**
ALCOHOL SCREENING
How often did you have a -
drink containing alcohol in the past year?
[ 2 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0  ] 0=1 to 2 or doesn't drink, 1=3 to 4,2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?
[ 0 ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SXCREENING for Alcohol Use (AUDIT-C)
[ ] Negative AUDIT-C
[ ] Positive AUDIT-C *          >>Provider Alerted<<
          [ ] Alcohol use exceeds maximum recommended limits
               Men > 14 drinks/week or >4 drinks/occasion
               Women > 7 drinks/week or >3 drinks/occasion
[ ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)
............ "

AUDIT-C Score                         2
**Practice Management**
      Preventive medicine services
Lipid Screening - 19 MAR 2013
Blood Sugar Screening -    5.4  June 2013
Aspirin Prophylaxis -
HIV Screen - 19 MAR 2013.
Colonoscopy -

Tetanus (Td/Tdap) - 08 NOV 2005
Influenza -
Zoster -
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -
  _____

Patient exercises for at least 30 minutes a day.
Patient's BMI < 30.  Date: 6 MAY 2014.

---

_**The following SO Note Was Overwritten**_ _by COLEMAN,AUDREY G @ 06 May 2014 1422 EDT:_
**SO Note** Written by SMITH,PRISCILLA E @ 05 May 2014 1129 EDT
**Chief complaint**
The Chief Complaint is: F/U ER VISIT.
**History of present illness**
      The Patient is a 29 year old male.

<<Note accomplished in TSWF-CORE>>

29YO MALE,  ADSM FOR F/U ER VISIT.
      Good general overall feeling /health.
      Visit is not deployment-related.
PHQ-2 Depression Screen Negative.
Patient IS NOT currently in a situation where they are being verbally or physically hurt, threatened, or made to feel afraid.
Patient has NOT received other care since their last visit with this clinic.
**Allergies**
Current Allergies:  Cats  updated 6 MAY 2014.
**Current medication**

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB:          1985   SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

NONE

**Past medical/surgical history**
**Reported:**

Recent Events: Medication compliance.
Medical: Reported medical history
Asthma - last affected in 2005.
Skin neoplasm of uncertain behavior
Rosacea
Lattice peripheral retinal degeneration
Myopia
Allergic rhinitis
Exposure to venereal disease
.
Surgical / Procedural: Surgical / procedural history
PRK eyes -  2011
tonsillectomy - 2004
colonoscopy 2012.

**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 6 MAY 2014.
History
ANNUAL SCREENING DATE:  6 MAY 2014
What is your preferred method of learning?     [ X ] Verbal   [X ] Written   [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?     [ ] Yes   [ X ] No   Specify:
Advance directives completed?     [ ] Yes   [ X ] No
Is a copy of the Advance directive in the record?     [ ] Yes   [ X ] No
Do you have any cultural or religious beliefs that may affect your care?     [ ] Yes   [X ] No
Are you enrolled in EFMP?     [ ] Yes   [X ] No
Are you registered for Relay Health/Secure Messaging?     [ X ] Yes   [ x ] No
Contact info:
PCM: UDE.
Annual Questions Date: 6 MAY 2014.

**Family history**
Family medical history
Father with DM, CAD.

**Practice Management**
Preventive medicine services
Lipid Screening - 19 MAR 2013
Blood Sugar Screening -    5.4  June 2013
Aspirin Prophylaxis -
HIV Screen - 19 MAR 2013.
Colonoscopy -

Tetanus (Td/Tdap) - 08 NOV 2005
Influenza -
Zoster -
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -
_____
.
Patient's BMI < 30.  Date: 6 MAY 2014.
Patient exercises for at least 30 minutes a day.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*30 Dec 2013 at WRNMMC, GI Clinic Bethesda by COPSEY, HELEN C*

Encounter ID:  BETH-15820677  Primary Dx:  Visit for: administrative purpose

Patient: **MERWIN, DANIEL DENNIS**  Date: **30 Dec 2013 0802 EST**  Appt Type: **T-CON***
Treatment Facility: **WALTER REED**  Clinic: **GI CL BE**  Provider: **COPSEY,HELEN C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**  Call Back Phone: ▮

**Reason for Telephone Consult:**Written by COPSEY,HELEN C @ 30 Dec 2013 0802 EST
Called pt

**SO Note** Written by COPSEY,HELEN C @ 30 Dec 2013 0803 EST
**Subjective**
Called patient this morning- no answer. LM that if he has new issues, he should make a follow-up appoitnment in the GI clinic, as he
was last seen by me well over a year ago. If he has any trouble getting an appointment or needs immediate attention he was given
my direct phone number. _____From: Burleson, Ronald A CIV US WRNMMCSent: Friday, December 27, 2013
12:14 PMTo: Hopkins, Ida E CIV US WRNMMCSubject: RE: vmail msgs for your actionPls call mr merwin, ▮ dob ▮ 85,
▮ f-up. Has some medical issues now.

**A/P** Last Updated by COPSEY,HELEN C @ 30 Dec 2013 0803 EST
**1. visit for: administrative purpose**

**Disposition** Last Updated by COPSEY,HELEN C @ 30 Dec 2013 0803 EST

**Signed By  COPSEY, HELEN C** (PA-C, MSHS, WRAMC- GI Clinic) @ 30 Dec 2013 0803

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

## *12 Aug 2013 at WRNMMC, AMH M01A Red Ki by UDE, ASSUMPTA O*

Encounter ID:    BETH-14347968    Primary Dx:

Patient: **MERWIN, DANIEL DENNIS**     Date: **12 Aug 2013 0930 EDT**     Appt Type: **EST**
Treatment Facility: **KIMBROUGH**     Clinic: **AMHM01AREDKI**     Provider: **UDE,ASSUMPTA O**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

AutoCites Refreshed by OLAWUMI,OMOWUMI D @ 31 Jul 2013 1135 EDT

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| Chronic: | •No family history of malignant neoplasm | •OTHER: Unknown (SEE MED RECORD) |
| •Essential hypertriglyceridemia | of the large intestine (General FHx) | |
| •Impaired fasting glucose | •No family history of malignant neoplasm | |
| •Anomalies of the skin | of the gastrointestinal tract (General | |
| •Visit for: ears/hearing exam | FHx) | |
| •Abdominal pain | •No family history of chronic liver disease | |
| •Conditions influencing health status | (General FHx) | |
| •Asthma | •Family medical history (General FHx) | |
| •Postsurgical state of eye and adnexa | | |
| •Dyspnea | | |
| •Skin neoplasm of uncertain behavior | | |
| •Removal of sutures | | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to STD | | |
| •Visit for: administrative purposes | | |
| •Inquiry and counseling about | | |
| contraceptive practices | | |

**Active Medications**
No Active Medications Found.
**Vitals**
No Vitals Found.

**Reason for Appointment:**
UDE PAPERWORK
**Appointment Comments:**
DJD/KACC

**Screening** Written by OLAWUMI,OMOWUMI D @ 31 Jul 2013 1136 EDT
**Reason For Appointment:** UDE PAPERWORK

Allergen information verified by OLAWUMI, OMOWUMI D @ 31 Jul 2013 1136 EDT

**SO Note** Written by OLAWUMI,OMOWUMI D @ 31 Jul 2013 1136 EDT
**Chief complaint**
The Chief Complaint is: PAPERWORK.
**History of present illness**
        The Patient is a 28 year old male.

<<Note accomplished in TSWF-CORE>> 28 Y/O AD M HERE FOR PAPERWORK.

.
        Currently on active duty.  Visit is not deployment-related.
        Good general overall feeling.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Pain Severity    0/ 10.
PHQ-2 Depression Screen Negative.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.

**Allergies**
Current Allergies: NKDA.

**Current medication**
NO CURRENT MEDS.

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history Essential hypertriglyceridemia
    Impaired fasting glucose
    Anomalies of the skin
    Postsurgical state of eye and adnexa
    Dyspnea
    Skin neoplasm of uncertain behavior
    Extrinsic asthma
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to STD.

**Personal history**
Social history reviewed.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE:  18 JAN 2013
What is your preferred method of learning?    [ X ] Verbal  [ X ] Written  [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ X ] No  Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [ X ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ X ] No
Are you enrolled in EFMP?    [ ] Yes  [ X ] No
Are you registered for Relay Health/Secure Messaging?    [ X ] Yes  [ ] No
Contact info:
PCM:

**Family history**
    Family medical history.

**Practice Management**
    Preventive medicine services
    Lipid Screening - 19 MAR 2013
    Blood Sugar Screening -
    Aspirin Prophylaxis -
    HIV Screen - 19 MAR 2013.
    Colonoscopy -

    Tetanus (Td/Tdap) - 08 NOV 2005
    Influenza  -
    Zoster -
    Pneumococcal -
    HPV -

    Men:
    Aortic Aneurysm Screen -
    _____

Patient exercises for at least 30 minutes a day.

**Appointment Cancelled by Facility**
 Encounter Cancelled by KENNEY,RHENDA L @ 12 Aug 2013 0934 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *07 Aug 2013 at WRNMMC, AMH M01A Red Ki by SLOAN, DAWN M*

Encounter ID:     BETH-14393823     Primary Dx:     Visit for: military services physical

Patient: **MERWIN, DANIEL DENNIS**          Date: **07 Aug 2013 1450 EDT**          Appt Type: **EST**
Treatment Facility: **KIMBROUGH**               Clinic: **AMHM01AREDKI**               Provider: **SLOAN,DAWN M**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

**Reason for Appointment:**
TIO HIGH RISK MEDICAL SCREENING
**Appointment Comments:**
rar ███████

**Screening** Written by SMITH,PRISCILLA E @ 07 Aug 2013 1454 EDT
**Reason For Appointment:** TIO HIGH RISK MEDICAL SCREENING

Allergen information verified by SMITH, PRISCILLA E @ 07 Aug 2013 1454 EDT

**Vitals**
**Vitals** Written by SMITH,PRISCILLA E @ 07 Aug 2013 1449 EDT
 BP: 106/60 Left Arm,  Adult Cuff,   HR: 88 Regular,   Radial Artery,    RR: 14,    T: 98.1 °F Oral,    HT: 69 in Stated,
 WT: 149 lbs Upright Scale,  Actual,  With Shoes,    SpO$_2$: 96%,   BMI: 22,   BSA: 1.823 square meters

**Questionnaire AutoCites** Refreshed by SLOAN,DAWN M @ 07 Aug 2013 1539 EDT
**Questionnaires**

MEADE MEDCOM E774-I Version: 2 Completed On: 07 Aug 2013
 1. SECTION I     Feeling down, depressed, or hopeless.: No
 2. Little interest or pleasure in doing things.: No
 3. SECTION II   Had any nightmares about it or thought about it when you did not want to?: No
 4. Tried hard not to think about it or went out of your way to avoid situations that remind you of it?: No
 5. Were constantly on guard, watchful, or easily startled?: No
 6. Felt numb or detached from others, activities, or your surroundings?: No
 7. PHQ-9 Severity  Score  or click Not Administered: NOT ADMINISTERED PHQ-9
 8. Suicide Risk Score Item 1i  or click Not Administered: NOT ADMINISTERED PHQ-9
 9. PCL Severity Score  or click Not Administered: Not Administered (PCL)
 10. Risk Score Item #19 of PCL or click Not Administered.: Not Administered PCL
 **11. MEDCOM 774 Results:  SELECT ALL THAT APPLY--------IF NEGATIVE FOR BOTH ---------STOP/DONE unless otherwise
 indicated.   (CLICK DONE AND AUTOCITE): Negative for Both;**

**SO Note** Written by SLOAN,DAWN M @ 11 Aug 2013 2245 EDT
**Chief complaint**
The Chief Complaint is: High Risk Medical Screening.
**History of present illness**
      The Patient is a 28 year old male.

<<Note accomplished in TSWF-CORE>>

28yo Male presented for TIO  High risk medical screening. Has form for review.
Does have hx of asthma as child, last episode in 2005 requiring albuterol. No episodes despite exposure to cats and dogs since,
which were his trigger in the past. Notes hospitalization for 'bowel obstruction' last Oct with neg colonoscopy. No abdominal issues
since stopping coffee and watching dairy.
      Medication list reviewed, reconciled and list given to patient.
      Currently on active duty.  Visit is not deployment-related.
      Good general overall feeling.

Pain assessment:  denies.
 Pain Severity   0 / 10.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies:  Cats  updated 7 Aug 2013.

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 794**
AR 2781

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

**Current medication**
NONE.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    Asthma - last affected in 2005.
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease
    .
    Surgical / Procedural: Surgical / procedural history
    PRK eyes -  2011
    tonsillectomy - 2004
    colonoscopy 2012.
    Medications: No medication noncompliance.
**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE:  18 JAN 2013
What is your preferred method of learning?    [ X ] Verbal   [X ] Written   [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes   [ X ] No   Specify:
Advance directives completed?    [ ] Yes   [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes   [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes   [X ] No
Are you enrolled in EFMP?    [ ] Yes   [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes   [ x ] No
Contact info:
PCM:
**Family history**
    Family medical history
    Father with DM, CAD.
**Review of systems**
**Systemic:** No fever, no chills, and no recent weight loss.
**Head:** No headache.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage, and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Eyes:**
    General/bilateral:
        External: ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.
        ° No rales/crackles were heard.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° Normal S1 and S2.  ° No S3 heard.  ° No gallop was heard.  ° No pericardial friction rub heard.
    Murmurs: ° No murmurs were heard.
    Edema: ° Not present.
**Neurological:**
    Balance: ° Normal.
    Gait And Stance: ° Normal.
**Psychiatric:**
    Mood: ° Euthymic.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

Affect: ° Normal.

**Practice Management**

Preventive medicine services
Lipid Screening - 19 MAR 2013
Blood Sugar Screening -    5.4  June 2013
Aspirin Prophylaxis -
HIV Screen - 19 MAR 2013.
Colonoscopy -

Tetanus (Td/Tdap) - 08 NOV 2005
Influenza  -
Zoster -
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -
———————————————

Patient exercises for at least 30 minutes a day.

**A/P** Written by SLOAN,DAWN M @ 11 Aug 2013 2253 EDT
**1. visit for: military services physical**(*OCCUPATIONAL EXAMINATION*): Pt in good condition currently. Has had health issues in the past which he seems to be managing well with diet changes and exercise. Signed off on form noting previous health issues and discussed with pt.

**Disposition** Written by SLOAN,DAWN M @ 11 Aug 2013 2254 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments: No medication reconciliation needed. Master problem List reconciled

**Note** Written by JORDAN,TIMOTHY W @ 07 Aug 2013 1616 EDT
**TIO High Risk Screening Form**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

For Official Use ONLY -Privacy Act Information

**TIO PROGRAM HIGH RISK MEDICAL SCREENING FORM**

| Name: (Last, First Middle Initial) | Rate/Rank: | SSN: |
|---|---|---|
| MERWIN, DANIEL D | CTN1 / E-6 | ███ |

| Date: 07 Aug 13 | Age: 28 | Weight: 150 | Unit: NIOC MARYLAND |
|---|---|---|---|

Rate your current health? (circle)   Poor   Good   Excellent   (Outstanding)

List current medications:
NONE

**PLEASE ANSWER THE FOLLOWING QUESTIONS (circle one answer)**

| Question | | |
|---|---|---|
| 1. Do you have any fractures, sprains, splints or casts? | Yes | (No) |
| 2. Do you have a hernia? | Yes | (No) |
| 3. Do you have pneumonia, bronchitis, or asthma? | Yes | (No) |
| 4. Do you have nasal congestion or an ear/nose/throat condition? | Yes | (No) |
| 5. Do you have any allergies? | (Yes) | No |
| 6. Have you had high blood pressure, heart disease, stress related chest pains, or are you currently being treated or monitored for any of these? | Yes | (No) |
| 7. Have you had any surgery or post-operative procedure within the past 10 years? | (Yes) | No |
| 8. Do you have hypotension (low blood pressure) or hypoglycemia (low blood sugar)? | Yes | (No) |
| 9. Do you have a history of heat related illnesses/injuries? | Yes | (No) |
| 10. Have you had any cold weather related injuries? | Yes | (No) |
| 11. Have you tested positive for Sickle Cell or G6PD? | Yes | (No) |
| 12. Are you claustrophobic? | Yes | (No) |
| 13. Have you seen a Mental Health Professional for any reason? | Yes | (No) |
| 14. Do you have a history of heat related illnesses/injuries? | Yes | (No) |
| 15. Do you have any existing condition or injury that might preclude you from participating in high-risk training that may include temperature extremes, emotional and physical stress, or risk of death? | Yes | (No) |

Please explain any "YES" answers above in the space provided below.

SCATS "ITCHY"

7a. PRK "eyes, correctve 20/20"   2011
7B. + TONSILLECTOMY   2004

I have completed this form to the best of my ability. I will notify the Detailer and TIO Recruiter of any changes in my medical standing.

| SIGNATURE | DATE 07 Aug 13 |

**MEDICAL OFFICER**

Comments:
Hx OF ASTHMA AS CHILD WITH LAST TREATMENT OR SHORTNESS OF BREATH IN 2005.
NO ABDOMINAL ISSUES SINCE ADJUSTING DIET

DAWN SLOAN, MD
MAJ, MC, USA

I have reviewed the medical record of individual and ████████ capable of entering the Tactical Information Operations (TIO) program.

| SIGNATURE | DATE 07 Aug 13 |

---

**Signed By  SLOAN, DAWN M** (Family Medicine Physician) @ 11 Aug 2013 2254

**CHANGE HISTORY**
***The following SO Note Was Overwritten*** *by SLOAN,DAWN M @ 07 Aug 2013 1545 EDT:*
**SO Note** Written by SMITH,PRISCILLA E @ 07 Aug 2013 1454 EDT
**Chief complaint**
The Chief Complaint is: High Risk Medical Screening.
**History of present illness**
    The Patient is a 28 year old male.

<<Note accomplished in TSWF-CORE>>

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

28yo Male presented fo High risk medical screening

.

    Medication list reviewed, reconciled and list given to patient.
    Currently on active duty.  Visit is not deployment-related.
    Good general overall feeling.


 Pain Severity  0 / 10.
Pain assessment:  denies.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies:  Cats  updated 7 Aug 2013.
**Current medication**
NONE
**Past medical/surgical history**
**Reported:**
    Recent Events: Medication compliance.
    Medical: Reported medical history Asthma
    Dyspnea
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease

    .
    Surgical / Procedural: Surgical / procedural history
    PRK eyes -  2011
    tonsillectomy - 2004.
**Personal history**
Social history reviewed single, no children.
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE:  18 JAN 2013
What is your preferred method of learning?    [ X ] Verbal  [ X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No   Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [ X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [ x ] No
Contact info:
PCM:
**Practice Management**
    Preventive medicine services
    Lipid Screening - 19 MAR 2013
    Blood Sugar Screening -    5.4  June 2013
    Aspirin Prophylaxis -
    HIV Screen - 19 MAR 2013.
    Colonoscopy -

    Tetanus (Td/Tdap) - 08 NOV 2005
    Influenza  -
    Zoster -
    Pneumococcal -
    HPV -

    Men:
    Aortic Aneurysm Screen -
    _____

Patient exercises for at least 30 minutes a day.

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 798**
AR 2785

**Medical Record**

| Merwin, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *05 Aug 2013 at WRNMMC, Immunization Kimbrough by WRAY, KIM D*

Encounter ID:  BETH-14383762   Primary Dx:   Vaccines Prophylactic Need Against
Bacterial Diseases

Patient: **MERWIN, DANIEL DENNIS**        Date: **05 Aug 2013 0903 EDT**      Appt Type: **PROC**
Treatment Facility: **KIMBROUGH**         Clinic: **IMMUNIZATION KI**       Provider: **WRAY,KIM D**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

**Reason for Appointment:**Written by RYAN,LINDSEY O @ 05 Aug 2013 0903 EDT
update imm

**SO Note** Written by WRAY,KIM D @ 05 Aug 2013 0917 EDT
**Vaccinations**
   • Received dose of vaccines: Vaccines/Immunizations recorded in Immunization Record of CHCS II includes details of
vaccines given location dosage and adverse events
**Therapy**
   • Risks, benefits, and limitations discussed and understood Hard copy of signed document and statement of understanding
filed in paper Outpatient Record.
**Practice Management**
   Patient information sheet: Given to _x_Patient___Parent___Guardian on Vaccination Information Statement(s)

**A/P** Last Updated by WRAY,KIM D @ 05 Aug 2013 0931 EDT
**1. Vaccines Prophylactic Need Against Bacterial Diseases**
   Procedure(s):          -Meningococcal Oligosaccharide Diphtheria Toxoid Conjugate Vaccine x 1 - Meningococcal A,C,Y,W-
                          135 Diphtheria Conj; Series #: 1; .5 mL; IM; Right Arm; Mfg: Sanofi Pasteur; Lot: U4575BA; VIS given
                          (Ver: 10/14/11).
                          -Immunization Administration One Vaccine x 1

**Disposition** Last Updated by WRAY,KIM D @ 05 Aug 2013 0931 EDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  WRAY, KIM D** (LPN, Kimbrough Ambulatory Care Center, Ft Meade, MD) @ 05 Aug 2013 0932

| Merwin, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 799**
AR 2786

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *10 Apr 2013 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O*

Encounter ID:    BETH-13259945    Primary Dx:    Visit for: military services physical

Patient: **MERWIN, DANIEL DENNIS**    Date: **10 Apr 2013 1130 EDT**    Appt Type: **WELL**
Treatment Facility: **KIMBROUGH**    Clinic: **AMHM01BBLUEKI**    Provider: **UDE,ASSUMPTA O**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by OLAWUMI,OMOWUMI D @ 09 Apr 2013 1620 EDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | •No family history of malignant neoplasm | •OTHER: Unknown (SEE MED RECORD) |
| •Visit for: ears/hearing exam | of the large intestine (General FHx) | |
| •Abdominal pain | •No family history of malignant neoplasm | |
| •Conditions influencing health status | of the gastrointestinal tract (General | |
| •Asthma | FHx) | |
| •Postsurgical state of eye and adnexa | •No family history of chronic liver disease | |
| •Dyspnea | (General FHx) | |
| •Skin neoplasm of uncertain behavior | •Family medical history (General FHx) | |
| •Removal of sutures | | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Visit for: administrative purposes | | |
| •Inquiry and counseling about | | |
| contraceptive practices | | |
| **Acute:** | | |
| •Visit for: follow-up exam | | |
| •Visit for: screening for pulmonary | | |
| tuberculosis | | |
| •Need for DTP and TAB vaccination | | |
| •Need for typhoid vaccination | | |

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**
navy pha
**Appointment Comments:**
rks 8506028501

<u>Screening</u> Written by OLAWUMI,OMOWUMI D @ 09 Apr 2013 1620 EDT
**Reason For Appointment:** navy pha

Allergen information verified by OLAWUMI, OMOWUMI D @ 09 Apr 2013 1620 EDT

**Vitals**
<u>Vitals</u> Written by OLAWUMI,OMOWUMI D @ 10 Apr 2013 1131 EDT
BP: 110/72 Left Arm,  Adult Cuff,    HR: 77 Regular,  Radial Artery,    RR: 16,    T: 98.7 °F Oral,    HT: 69 in Stated,
WT: 153.4 lbs Upright Scale,  Actual,  With Shoes,  SpO2: 98%,  BMI: 22.65,    BSA: 1.845 square meters,
Tobacco Use: No,    Alcohol Use: Yes,    Pain Scale: 0 Pain Free

**SO Note** Written by UDE,ASSUMPTA O @ 10 Apr 2013 1413 EDT
<u>Chief complaint</u>
The Chief Complaint is: NAVY PHA.
<u>History of present illness</u>
     The Patient is a 28 year old male.

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 800**
AR 2787

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▓▓ 1985  SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

A PHA has been completed in past year.  Date: 10 APR 2013.

<<Note accomplished in TSWF-CORE>> PRESENTS FOR ANNUAL PHA, NO HEALTH CONCERNS TODAY, FLAKINESS OF SCALP AND SOLE OF FEET, NON ITCHY BUT COMES AND GOES , HE HAS TRIED ANTIFUNGAL TOPICAL WITH NO IMPROVEMNT

.
> In the Navy and currently on active duty.  Visit is not deployment-related.
> Good general overall feeling.
> Skin lesion:

 Pain Severity   0 / 10.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
**Reported:**
> Medical: Reported medical history Asthma
> Dyspnea
> Skin neoplasm of uncertain behavior
> Rosacea
> Lattice peripheral retinal degeneration
> Myopia
> Allergic rhinitis
> Exposure to venereal disease
> .

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE:  18 JAN 2013
What is your preferred method of learning?    [ X ] Verbal   [ X ] Written   [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes   [ X ] No  Specify:
Advance directives completed?    [ ] Yes   [ X ] No
Is a copy of the Advance directive in the record?   [ ] Yes   [ X ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes   [ X ] No
Are you enrolled in EFMP?    [ ] Yes   [ X ] No
Are you registered for Relay Health/Secure Messaging?    [ X ] Yes   [ ] No
Contact info:
PCM:
**Review of systems**
**Systemic:** No systemic symptoms, no fever, no chills, and no recent weight loss.
**Head:** No head symptoms and no headache.
**Neck:** No neck symptoms.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms, no earache, no nasal discharge, no nasal passage blockage, and no sore throat.
**Breasts:** No breast symptoms.
**Cardiovascular:** No cardiovascular symptoms and no chest pain or discomfort.
**Pulmonary:** No pulmonary symptoms, no dyspnea, and no cough.
**Gastrointestinal:** No gastrointestinal symptoms, no nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no
     diarrhea, and no constipation.
**Genitourinary:** No genitourinary symptoms, no change in urinary frequency, and no feelings of urinary urgency.  No dysuria.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No hematologic symptoms.
**Musculoskeletal:** No musculoskeletal symptoms and no back pain.
**Neurological:** No neurological symptoms and no lightheadedness.
**Psychological:** No psychological symptoms.
**Physical findings**
**Vital Signs:**
     • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
     ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
     Appearance: ° Of the neck was normal.

| Merwin, Daniel Dennis | DOB: ▓▓ 1985  SSN: ***-**-▓▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis     DOB: ▇▇ 1985  SSN: ***-**-▇▇     DoD ID: 1286180538     Created: 16 Aug 2017

Palpation: ° No tenderness of the neck.
Thyroid: ° Showed no abnormalities.

**Eyes:**
General/bilateral:
Pupils: ° PERRL.
Sclera: ° Normal.

**Ears:**
General/bilateral:
Outer Ear: ° Normal.
Right Ear:
Tympanic Membrane: ° No bulging tympanic membrane.
Left Ear:
Tympanic Membrane: ° No bulging tympanic membrane.

**Nose:**
General/bilateral:
Cavity: ° Nasal mucosa normal.
Sinus Tenderness: ° No sinus tenderness.

**Pharynx:**
Oropharynx: ° Normal.

**Lymph Nodes:**
° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes
were not enlarged.

**Breasts:**
General/bilateral:
° Appearance of the breast was normal.  ° Palpation of the breast revealed no abnormalities.

**Lungs:**
° Respiration rhythm and depth was normal.  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.
° No rales/crackles were heard.

**Cardiovascular:**
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° Normal S1 and S2.  ° No S3 heard.
Murmurs: ° No murmurs were heard.
Edema: ° Not present.

**Abdomen:**
Visual Inspection: ° Abdomen was not distended.
Auscultation: ° Bowel sounds were not diminished or absent.
Palpation: ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
Liver: ° Normal to palpation.
Spleen: ° Normal to palpation.

**Musculoskeletal System:**
General/bilateral: ° Normal movement of all extremities.
Other:
General/bilateral: ° No muscle tenderness.

**Neurological:**
Sensation: ° No sensory exam abnormalities were noted.  ° Monofilament wire test of the foot did not show decreased
sensation.
Motor: ° Strength was normal.
Coordination / Cerebellum: ° No coordination/cerebellum abnormalities were noted.
Balance: ° Normal.
Gait And Stance: ° Normal.
Reflexes: ° Deep tendon reflexes were normal.

**Psychiatric:**
Mood: ° Euthymic.
Affect: ° Normal.

**Skin:**
• Skin: MILD SCALY REDNESS, SOLE OF FEET AND ONE SPOT ON THE SCALP,  • Lesions.  ° Showed no ecchymosis.
° Temperature was normal.

**Practice Management**
Preventive medicine services
Lipid Screening - 19 MAR 2013
Blood Sugar Screening -
Aspirin Prophylaxis -
HIV Screen - 19 MAR 2013.
Colonoscopy -


Tetanus (Td/Tdap) - 08 NOV 2005
Influenza  -
Zoster -

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -
_____

Patient exercises for at least 30 minutes a day.


**Lab Result** Cited by UDE,ASSUMPTA O @ 10 Apr 2013 1213 EDT

| Lipid Panel | Site/Specimen | 22 Feb 2012 1006 <o> |
|---|---|---|
| Cholesterol | PLASMA | 207 (H) <i> |
| HDL Cholesterol | PLASMA | 60 <i> |
| Triglyceride | PLASMA | 183 (H) <i> |
| LDL Cholesterol | PLASMA | 110 (H) <i> |


**Lab Result** Cited by UDE,ASSUMPTA O @ 10 Apr 2013 1209 EDT

| Basic Metabolic Panel | Site/Specimen | 12 Oct 2012 0434 |
|---|---|---|
| Urea Nitrogen | SERUM | 5 (L) |
| Carbon Dioxide | SERUM | 27 |
| Chloride | SERUM | 107 |
| Creatinine | SERUM | 0.80 |
| Glucose | SERUM | 113 (H) |
| Potassium | SERUM | 4.0 |
| Sodium | SERUM | 141 |
| Calcium | SERUM | 9.2 |
| Anion Gap | SERUM | 8 |
| GFR | SERUM | >60 <i> |


**Lab Result** Cited by UDE,ASSUMPTA O @ 10 Apr 2013 1208 EDT

| Lipid Panel | Site/Specimen | 19 Mar 2013 1107 |
|---|---|---|
| Cholesterol | SERUM | 209 (H) <i> |
| Triglyceride | SERUM | 265 (H) <i> |
| HDL Cholesterol | SERUM | 63.0 (H) |
| LDL Cholesterol | SERUM | 93 <i> |
| VLDL Cholesterol | SERUM | 53 (H) |
| Cholesterol/HDL Cholesterol | SERUM | 3.32 |


**A/P** Written by UDE,ASSUMPTA O @ 10 Apr 2013 1223 EDT
**1. visit for: military services physical**(*PERIODIC PREVENTION EXAMINATION)*: I have reviewed all formatted and free text responses on the DD Form 2766.  A review of age and gender appropriate preventive medicine task force items were discussed with SM.  Included are cancer screening/prevention, CAD, and injury prevention . IN order to  reduce TRIGLYCERIDE and FBS in prediabetes, It was recommended to exercise 160 minutes per week at 80% of the Max heart rate minimum, this does not count warm up and cool down.

**2. ANOMALIES OF SKIN**: REFERRAL TO DERM
          Consult(s):          -Referred To: DERMATOLOGY MTF KI (Routine) Specialty: DERMATOLOGY Clinic: DERMATOLO CL
                    KI Primary Diagnosis: visit for: military services physical
**3. IMPAIRED FASTING GLUCOSE**: PER 10/12, SIG FAM HX OF T2DM, AIC AND FBG RECHECK
          Laboratory(ies):          -BASIC METABOLIC PANEL (Routine); HEMOGLOBIN A1C (Routine)
**4. ESSENTIAL HYPERTRIGLYCERIDEMIA**

**Disposition** Written by UDE,ASSUMPTA O @ 10 Apr 2013 1416 EDT
**Released w/o Limitations**
**Follow up:**  with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: MED REC NOT INDICATED
**Administrative Options:** Consultation requested

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: 1985 | SSN: ***-**- | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

**Signed By UDE, ASSUMPTA O** (NP, KIMBROUGH AMBULATORY CARE CENTER,FT MEADE, MD) @ 10 Apr 2013 1416

---

**CHANGE HISTORY**
*The following SO Note Was Overwritten by UDE,ASSUMPTA O @ 10 Apr 2013 1214 EDT:*
**SO Note** Written by OLAWUMI,OMOWUMI D @ 10 Apr 2013 1134 EDT
**Chief complaint**
The Chief Complaint is: NAVY PHA.
**History of present illness**
        The Patient is a 28 year old male.
A PHA has been completed in past year.  Date: 10 APR 2013.
        In the Navy and currently on active duty.  Visit is not deployment-related.
        Good general overall feeling.


 Pain Severity  0 / 10.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history Asthma
        Dyspnea
        Skin neoplasm of uncertain behavior
        Rosacea
        Lattice peripheral retinal degeneration
        Myopia
        Allergic rhinitis
        Exposure to venereal disease


**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE:  18 JAN 2013
What is your preferred method of learning?    [ X ] Verbal  [ X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No   Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [ X ] Yes  [ ] No
Contact info:
PCM:
**Practice Management**
        Preventive medicine services
        Lipid Screening - 19 MAR 2013
        Blood Sugar Screening -
        Aspirin Prophylaxis -
        HIV Screen - 19 MAR 2013.
        Colonoscopy -

        Tetanus (Td/Tdap) - 08 NOV 2005
        Influenza  -
        Zoster -
        Pneumococcal -
        HPV -

        Men:
        Aortic Aneurysm Screen -
        _____

Patient exercises for at least 30 minutes a day.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | |
|---|---|---|
| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538    Created: 16 Aug 2017 |

### *21 Mar 2013 at WRNMMC, Immunization Kimbrough by AHLTA SYSTEM ADMINISTRATOR*

Encounter ID:      BETH-13070095      Primary Dx:      Visit for: follow-up exam

Patient: **MERWIN, DANIEL DENNIS**          Date: **21 Mar 2013 0914 EDT**          Appt Type: **PROC**
Treatment Facility: **KIMBROUGH**              Clinic: **IMMUNIZATION KI**          Provider: **MASON,HAZEL J**
**AMBULATORY CARE CENTER**
Patient Status: **Inpatient**                      Inpatient Location: **ABAA**

AutoCites Refreshed by MASON,HAZEL J @ 21 Mar 2013 1042 EDT

**Problems**                                                                                **Allergies**
**Chronic:**                                                                                •OTHER: Unknown (SEE MED RECORD)
•Visit for: ears/hearing exam
•Abdominal pain
•Conditions influencing health status
•Asthma
•Postsurgical state of eye and adnexa
•Dyspnea
•Skin neoplasm of uncertain behavior
•Removal of sutures
•Extrinsic asthma
•Rosacea
•Lattice peripheral retinal degeneration
•Myopia
•Allergic rhinitis
•Visit for: occupational health/fitness exam
•Parent education about immunizations
•Visit for: military services physical
•Exposure to venereal disease
•Visit for: administrative purposes
•Inquiry and counseling about
   contraceptive practices
**Acute:**
•Visit for: screening for pulmonary
   tuberculosis
•Need for DTP and TAB vaccination
•Need for typhoid vaccination

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**Written by RYAN,LINDSEY O @ 21 Mar 2013 0914 EDT
ppd check

**A/P** Written by MASON,HAZEL J @ 21 Mar 2013 1157 EDT
**1. visit for: follow-up exam**: PPD  check today, noted to be negative  0mm, reinforce to  patient on the negative  reaction versus
the positive, verbalize understanding

**Disposition** Written by MASON,HAZEL J @ 21 Mar 2013 1201 EDT
**Continued Stay**
**Follow up:** as needed with PCM. - Comments: PPD  check today, noted to be negative  0mm, reinforce to  patient on the negative
reaction versus the positive, verbalize understanding
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  MASON, HAZEL J** (LPN, NNMC Bethesda, MD) @ 21 Mar 2013 1201

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB: ▮▮ 1985  SSN: ***-**-▮▮      DoD ID: 1286180538      Created: 16 Aug 2017

### *19 Mar 2013 at WRNMMC, Hearing Conservation Kimbrough by AHLTA SYSTEM ADMINISTRATOR*

Encounter ID:       BETH-13046084       Primary Dx:

Patient: **MERWIN, DANIEL DENNIS**          Date: **19 Mar 2013 1226 EDT**          Appt Type: **SPEC**
Treatment Facility: **KIMBROUGH**            Clinic: **HEARING CONS KI**            Provider: **PERRY,CHARLES**
**AMBULATORY CARE CENTER**
Patient Status: **Inpatient**                Inpatient Location: **ABAA**

**Reason for Appointment:** Written by PERRY,CHARLES @ 19 Mar 2013 1226 EDT
ANNAUL HEARING EXAM

**Appointment Cancelled by Facility**
 Encounter Cancelled by PERRY,CHARLES @ 19 Mar 2013 1256 EDT

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

*19 Mar 2013 at WRNMMC, Hearing Conservation Kimbrough by AHLTA SYSTEM ADMINISTRATOR*

Encounter ID:    BETH-13045263    Primary Dx:    Visit for: occupational health / fitness exam

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **KIMBROUGH AMBULATORY CARE CENTER**
Patient Status: **Inpatient**

Date: **19 Mar 2013 1225 EDT**
Clinic: **HEARING CONS KI**

Inpatient Location: **ABAA**

Appt Type: **SPEC**
Provider: **PERRY,CHARLES**

**AutoCites** Refreshed by PERRY,CHARLES @ 19 Mar 2013 1357 EDT

**Problems**
**Chronic:**
•Abdominal pain
•Conditions influencing health status
•Asthma
•Postsurgical state of eye and adnexa
•Dyspnea
•Skin neoplasm of uncertain behavior
•Removal of sutures
•Extrinsic asthma
•Rosacea
•Lattice peripheral retinal degeneration
•Myopia
•Allergic rhinitis
•Visit for: occupational health/fitness exam
•Parent education about immunizations
•Visit for: military services physical
•Exposure to venereal disease
•Inquiry and counseling about
    contraceptive practices
•Visit for: administrative purposes
**Acute:**
•Visit for: screening for pulmonary
    tuberculosis
•Need for DTP and TAB vaccination
•Need for typhoid vaccination

**Family History**
•No family history of malignant neoplasm
    of the large intestine (General FHx)
•No family history of malignant neoplasm
    of the gastrointestinal tract (General
    FHx)
•No family history of chronic liver disease
    (General FHx)
•Family medical history (General FHx)

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**Written by PERRY,CHARLES @ 19 Mar 2013 1225 EDT
ANNAUL HEARING EXAM

**SO Note** Written by PERRY,CHARLES @ 19 Mar 2013 1357 EDT
**Reason for Visit**
    Visit for: occupational health/fitness exam
    [   ] New Hire
    [   ] Periodic Medical Survelliance
    [ X ] Military hearing
    [   ] Deployment
    Following tests were ordered:
    [ X ] Audio exam
    [   ] DD 2215
    [ X ] DD 2216
    [   ] 4700
    [   ] Termination


    Results:
    [ X ] No STS noted
    [   ] STS noted. Scheduled for a follow-up exam.
    [   ] Referred to audiologist.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

[ ] New Hire
[ ] Periodic Medical Survelliance
[ X ] Military hearing
[ ] Deployment
[ ] Post Deployment
Results:
[ X ] No STS noted
[ ]STS noted. Scheduled for a follow-up exam- #1 [ ]; #2 [ ]
[ ]Referred to audiologist
[ ] Ear wax noted. Moderate amount of wax does not preclude testing. Patient advised to      talk with his physician/pharmacist about cleaning of ear/s.

To continue annual job related medical surveillance.

DISCUSSED THE FOLLOWING:
[ X ] Counseled on symptoms of occupational illnesses, wearing of protective equipment      and need for medical surveillance.
[X ] Discussed effects of noise on hearing; hearing protection - its purpose, advantages,      and disadvantages; various types of ear protection, sizes, uses, and care, testing and      today's testing results, and hearing conservation.
[ X ] Employee verbalized understanding of above counseling.

**A/P** Written by PERRY,CHARLES @ 19 Mar 2013 1358 EDT
**1. visit for: occupational health / fitness exam**(*PERIODIC PREVENTION EXAMINATION*)
**2. visit for: ears / hearing exam**(*OTHER EXAMINATION OF EARS AND HEARING, OTOSCOPIC EXAM DONE*)
    Procedure(s):        -Threshold Audiogram (Pure Tone) x 1

**Disposition** Written by PERRY,CHARLES @ 19 Mar 2013 1358 EDT
**Continued Stay**

Signed By  **PERRY, CHARLES** (Physician/Workstation) @ 19 Mar 2013 1358

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*19 Mar 2013 at WRNMMC, Immunization Kimbrough by AHLTA SYSTEM ADMINISTRATOR*

Encounter ID:        BETH-13039226        Primary Dx:        Need For Vaccination Typhoid

Patient: **MERWIN, DANIEL DENNIS**         Date: **19 Mar 2013 0852 EDT**          Appt Type: **PROC**
Treatment Facility: **KIMBROUGH**          Clinic: **IMMUNIZATION KI**             Provider: **WRAY,KIM D**
**AMBULATORY CARE CENTER**
Patient Status: **Inpatient**             Inpatient Location: **ABAA**

**AutoCites** Refreshed by WRAY,KIM D @ 19 Mar 2013 0853 EDT

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| **Chronic:** | •No family history of malignant neoplasm | •OTHER: Unknown (SEE MED RECORD) |
| •Abdominal pain | of the large intestine (General FHx) | |
| •Conditions influencing health status | •No family history of malignant neoplasm | |
| •Asthma | of the gastrointestinal tract (General | |
| •Postsurgical state of eye and adnexa | FHx) | |
| •Dyspnea | •No family history of chronic liver disease | |
| •Skin neoplasm of uncertain behavior | (General FHx) | |
| •Removal of sutures | •Family medical history (General FHx) | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Inquiry and counseling about | | |
| contraceptive practices | | |
| •Visit for: administrative purposes | | |

**Procedures**
•CASE MANAGEMENT, EACH 15
MINUTES (12 Oct 2012)
•COORDINATED CARE FEE,
MAINTENANCE RATE (12 Oct 2012)
•Scanning Computerized Ophthalmic
Diagnostic Imaging Anterior Segment,
Unilateral (29 Mar 2011)
•Pulmonary Function Carbon Monoxide
Diffusion % (DLCO) (24 Mar 2011)

**Active Medications**
No Active Medications Found.

**Reason for Appointment:** Written by WRAY,KIM D @ 19 Mar 2013 0852 EDT
imm update

**Questionnaire AutoCites** Refreshed by WRAY,KIM D @ 19 Mar 2013 0853 EDT
**Questionnaires**

**SO Note** Written by WRAY,KIM D @ 19 Mar 2013 0855 EDT
**Vaccinations**
    • Received dose of vaccines: Vaccines/Immunizations recorded in Immunization Record of CHCS II includes details of
vaccines given location dosage and adverse events
**Therapy**
    • Risks, benefits, and limitations discussed and understood Hard copy of signed document and statement of understanding
filed in paper Outpatient Record.
**Practice Management**
    Patient information sheet: Given to _x_Patient___Parent___Guardian on Vaccination Information Statement(s)

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
                                                                                    **Page 809**
AR 2796

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**A/P** Last Updated by WRAY,KIM D @ 19 Mar 2013 0856 EDT

**1. Need For Vaccination Typhoid**

    Procedure(s):     -Typhoid Vaccine Vi Capsular Polysaccharide, For Intramus Use x 1 - Typhoid, ViCPs; Series #: 1; .5 mL; IM; Right Arm; Mfg: Sanofi Pasteur; Lot: H1481; VIS given (Ver: 05/29/12).

                                       -Immunization Administration One Vaccine x 1

**2. Need For Vaccination DTP + TAB**

    Procedure(s):     -Tdap Vaccine x 1 - Tdap; Series #: 1; .5 mL; IM; Left Arm; Mfg: Sanofi Pasteur; Lot: U4422AA; VIS given (Ver: 01/24/12).

                                       -Immunization Administration Each Additional Vaccine x 1

**3. visit for: screening exam pulmonary tuberculosis**

    Procedure(s):     -Skin Test Anergy Tuberculin Intradermal x 1 - IPPD; Series #: 1; .1 mL; ID; Left Arm; Mfg: Other; Lot: 293239; VIS given.

**Disposition** Last Updated by WRAY,KIM D @ 19 Mar 2013 0856 EDT

**Continued Stay**

**Follow up:** as needed with PCM.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  WRAY, KIM D** (LPN, Kimbrough Ambulatory Care Center, Ft Meade, MD) @ 19 Mar 2013 0908

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *28 Jan 2013 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O*

Encounter ID:    BETH-12473998    Primary Dx:    Visit for: screening exam STD

Patient: **MERWIN, DANIEL DENNIS**           Date: **28 Jan 2013 1020 EST**            Appt Type: **ROUT**
Treatment Facility: **KIMBROUGH**            Clinic: **FAM PRACTICE KI**              Provider: **UDE,ASSUMPTA O**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

<u>AutoCites</u> Refreshed by OLAWUMI,OMOWUMI D @ 23 Jan 2013 0904 EST

**Problems**                          **Family History**                         **Allergies**
Chronic:                              •No family history of malignant neoplasm    •OTHER: Unknown (SEE MED RECORD)
•Abdominal pain                         of the large intestine (General FHx)
•Conditions influencing health status •No family history of malignant neoplasm
•Asthma                                 of the gastrointestinal tract (General
•Postsurgical state of eye and adnexa   FHx)
•Dyspnea                              •No family history of chronic liver disease
•Skin neoplasm of uncertain behavior    (General FHx)
•Removal of sutures                   •Family medical history (General FHx)
•Extrinsic asthma
•Rosacea
•Lattice peripheral retinal degeneration
•Myopia
•Allergic rhinitis
•Visit for: occupational health/fitness exam
•Parent education about immunizations
•Visit for: military services physical
•Exposure to venereal disease
•Inquiry and counseling about
  contraceptive practices
•Visit for: administrative purposes

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**
Ude  Personal
**Appointment Comments:**
agm/kacc

<u>Screening</u> Written by OLAWUMI,OMOWUMI D @ 23 Jan 2013 0905 EST
**Reason For Appointment:** Ude  Personal

Allergen information verified by OLAWUMI, OMOWUMI D @ 23 Jan 2013 0905 EST

**Vitals**
<u>Vitals</u> Written by OLAWUMI,OMOWUMI D @ 28 Jan 2013 1019 EST
 BP: 124/72 Right Arm,  Adult Cuff,     HR: 73 Radial Artery,    RR: 18,     T: 97.3 °F Oral,    HT: 69 in Stated,
WT: 156.4 lbs Upright Scale,  Actual,  With Shoes,   SpO$_2$: 97%,   BMI: 23.1,   BSA: 1.861 square meters,
Tobacco Use: No,    Alcohol Use: Yes,   Pain Scale: 0 Pain Free

<u>SO Note</u> Written by UDE,ASSUMPTA O @ 28 Jan 2013 1049 EST
**Chief complaint**
The Chief Complaint is: STD SCREENING.
**History of present illness**
      The Patient is a 27 year old male.

<<Note accomplished in TSWF-CORE>> PRESENTS FOR STD SCREENING, POSSIBLE EXPOSURE TO HERPES, 15
PARTNERS IN PAST 1 YR

.
      Currently on active duty.  Visit is not deployment-related.

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

General overall feeling - Very Good.

Pain Severity   0 / 10.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.

**Allergies**
Current Allergies: NKDA.

**Current medication**
NO CURRENT MEDS.

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history Asthma
    Dyspnea
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE:  18 JAN 2013
What is your preferred method of learning?   [ X ] Verbal   [ X ] Written   [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes   [ X ] No   Specify:
Advance directives completed?   [ ] Yes   [ X ] No
Is a copy of the Advance directive in the record?   [ ] Yes   [ X ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes   [ X ] No
Are you enrolled in EFMP?   [ ] Yes   [ X ] No
Are you registered for Relay Health/Secure Messaging?   [ X ] Yes   [ ] No
Contact info:
PCM:

**Review of systems**
**Systemic:** No generalized pain and not feeling tired (fatigue).  No fever, no chills, no night sweats, no recent weight loss, and no
    recent weight gain.
**Head:** No headache.
**Neck:** No neck pain and no swollen glands in the neck.
**Otolaryngeal:** No earache, no nasal discharge, no nasal passage blockage, and no sore throat.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea, no cough, and no wheezing.
**Gastrointestinal:** No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
**Genitourinary:** No hematuria, no change in urinary frequency, and no feelings of urinary urgency.  No urinary loss of control, no
    dysuria, and no pain in the flank.  No abnormal urethral discharge.
**Endocrine:** No inadequacy of penile erection.
**Musculoskeletal:** No back pain.
**Neurological:** No lightheadedness.
**Skin:** No skin lesions and no rash.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Abdomen:**
    Visual Inspection: ° Abdomen was not distended.
    Auscultation: • Bowel sounds were diminished or absent.
    Palpation: ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
    Liver: ° Normal to palpation.
    Spleen: ° Normal to palpation.
**Psychiatric:**
    Mood: ° Euthymic.
    Affect: ° Normal.
**Skin:**
    ° Showed no ecchymosis.  ° Temperature was normal.  ° No skin lesions.
**Practice Management**
    Preventive medicine services

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 812**
AR 2799

## Medical Record

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

Lipid Screening - 22 FEB 2012.
Blood Sugar Screening -
Aspirin Prophylaxis -
HIV Screen - 22 FEB 2012.
Colonoscopy -

Tetanus (Td/Tdap) - 08 NOV 2005
Influenza  -
Zoster -
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -
_____

Patient exercises for at least 30 minutes a day.

**Lab Result** Cited by UDE,ASSUMPTA O @ 28 Jan 2013 1037 EST

| HIV-1/O/2 Ab | Site/Specimen | 22 Feb 2012 1006 |
|---|---|---|
| HIV-1/O/2 Ab | SERUM | Negative <o> |

**A/P** Written by UDE,ASSUMPTA O @ 28 Jan 2013 1049 EST
**1. visit for: screening exam venereal disease**
    Laboratory(ies):    -HIV-1/O/2 (Routine); URINALYSIS PANEL (Routine); RAPID PLASMA REAGIN (Routine);
        GC/CHLAMYDIA NAAT (Routine); HERPES SIMPLEX VIRUS IGG 1+2 (Routine)
**2. Anticipatory Guidance: Unsafe Sexual Practices**: MULTIPLE SEX PARTNERS IN 1 YR, INC RISK FOR STD, 100PERCENT
USE OF CONDOM ADVISED

**Disposition** Written by UDE,ASSUMPTA O @ 28 Jan 2013 1104 EST
**Released w/o Limitations**
**Follow up:**  with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: MED REC NOT INDICATED

**Signed By  UDE, ASSUMPTA O** (NP, KIMBROUGH AMBULATORY CARE CENTER,FT MEADE, MD) @ 28 Jan 2013 1104

**CHANGE HISTORY**
***The following SO Note Was Overwritten*** *by UDE,ASSUMPTA O @ 28 Jan 2013 1034 EST:*
**SO Note** Written by OLAWUMI,OMOWUMI D @ 28 Jan 2013 1026 EST
**Chief complaint**
The Chief Complaint is: STD SCREENING.
**History of present illness**
    The Patient is a 27 year old male.
    He reported: Currently on active duty.  Visit is not deployment-related.
    General overall feeling - Very Good.

 Pain Severity  0 / 10.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history Asthma
    Dyspnea
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease
    -
**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis        DOB:          1985  SSN: ***-**-          DoD ID: 1286180538        Created: 16 Aug 2017

ANNUAL SCREENING DATE:  18 JAN 2013
What is your preferred method of learning?    [ X ] Verbal  [X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No  Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [ X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [X ] No
Are you enrolled in EFMP?    [ ] Yes  [X ] No
Are you registered for Relay Health/Secure Messaging?    [X ] Yes  [ ] No
Contact info:
PCM:

**Practice Management**
    Preventive medicine services
    Lipid Screening - 22 FEB 2012.
    Blood Sugar Screening -
    Aspirin Prophylaxis -
    HIV Screen - 22 FEB 2012.
    Colonoscopy -

    Tetanus (Td/Tdap) - 08 NOV 2005
    Influenza -
    Zoster -
    Pneumococcal -
    HPV -

    Men:
    Aortic Aneurysm Screen -
    ————————————

Patient exercises for at least 30 minutes a day.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *22 Jan 2013 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O*

Encounter ID:      BETH-12450007      Primary Dx:

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **KIMBROUGH AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

Date: **22 Jan 2013 0800 EST**
Clinic: **FAM PRACTICE KI**

Appt Type: **ROUT**
Provider: **UDE,ASSUMPTA O**

<u>AutoCites</u> Refreshed by OLAWUMI,OMOWUMI D @ 18 Jan 2013 1441 EST

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| Chronic: | •No family history of malignant neoplasm of the large intestine (General FHx) | •OTHER: Unknown (SEE MED RECORD) |
| •Abdominal pain | •No family history of malignant neoplasm of the gastrointestinal tract (General FHx) | |
| •Conditions influencing health status | | |
| •Asthma | •No family history of chronic liver disease (General FHx) | |
| •Postsurgical state of eye and adnexa | •Family medical history (General FHx) | |
| •Dyspnea | | |
| •Skin neoplasm of uncertain behavior | | |
| •Removal of sutures | | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Inquiry and counseling about contraceptive practices | | |
| •Visit for: administrative purposes | | |

**Active Medications**
No Active Medications Found.

**Reason for Appointment:**
UDE. PERSONAL.
**Appointment Comments:**
DA/KACC

<u>Screening</u> Written by OLAWUMI,OMOWUMI D @ 18 Jan 2013 1439 EST
**Reason For Appointment:** UDE. PERSONAL.

Allergen information verified by OLAWUMI, OMOWUMI D @ 18 Jan 2013 1439 EST

<u>SO Note</u> Written by OLAWUMI,OMOWUMI D @ 18 Jan 2013 1439 EST
**History of present illness**
    The Patient is a 27 year old male.
    He reported: Currently on active duty.  Visit is not deployment-related.
    General overall feeling - Very Good.

 Pain Severity    0/ 10.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history Asthma
    Dyspnea

| Merwin, Daniel Dennis | DOB: ████ 1985 SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 815**
AR 2802

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 16 Aug 2017

Skin neoplasm of uncertain behavior
Rosacea
Lattice peripheral retinal degeneration
Myopia
Allergic rhinitis
Exposure to venereal disease
.

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 18 JAN 2013.
What is your preferred method of learning?     [ X ] Verbal   [ X ] Written   [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ X ] No   Specify:
Advance directives completed?   [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?   [ ] Yes  [ X ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ X ] No
Are you enrolled in EFMP?   [ ] Yes  [ X ] No
Are you registered for Relay Health/Secure Messaging?   [ X ] Yes  [ ] No
Contact info:
PCM:
**Practice Management**
    Preventive medicine services
    Lipid Screening - 22 FEB 2012.
    Blood Sugar Screening -
    Aspirin Prophylaxis -
    HIV Screen - 22 FEB 2012.
    Colonoscopy -

    Tetanus (Td/Tdap) - 08 NOV 2005
    Influenza  -
    Zoster -
    Pneumococcal -
    HPV -

    Men:
    Aortic Aneurysm Screen -
    _____

Patient exercises for at least 30 minutes a day.

**Appointment Cancelled by Facility**
 Encounter Cancelled by BLUE,TAHIS C @ 22 Jan 2013 0810 EST

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *30 Nov 2012 at WRNMMC, AMH M01B Blue Ki by UDE, ASSUMPTA O*

Encounter ID:    BETH-11987536    Primary Dx:    FOLLICULITIS

**Patient: MERWIN, DANIEL DENNIS**
**Treatment Facility: KIMBROUGH**
**AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

Date: **30 Nov 2012 0840 EST**
Clinic: **FAM PRACTICE KI**

Appt Type: **ACUT**
Provider: **UDE,ASSUMPTA O**

<u>**AutoCites**</u> Refreshed by OLAWUMI,OMOWUMI D @ 29 Nov 2012 1403 EST

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| **Chronic:** | •No family history of malignant neoplasm | •OTHER: Unknown (SEE MED RECORD) |
| •Abdominal pain | of the large intestine (General FHx) | |
| •Conditions influencing health status | •No family history of malignant neoplasm | |
| •Asthma | of the gastrointestinal tract (General | |
| •Postsurgical state of eye and adnexa | FHx) | |
| •Dyspnea | •No family history of chronic liver disease | |
| •Skin neoplasm of uncertain behavior | (General FHx) | |
| •Removal of sutures | •Family medical history (General FHx) | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Inquiry and counseling about | | |
|    contraceptive practices | | |
| •Visit for: administrative purposes | | |
| **Acute:** | | |
| •Need for prophylactic measure | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Enoxaparin Sodium 40mg, Solution, Injection | New | Q DAY | NR | Not Recorded |
| Acetaminophen 10mg/mL Solution, Intravenous | New | PRNQ6H | NR | Not Recorded |
| Hydromorphone 1mg/mL, Syringe, Intravenous | New | PRNQ2H | NR | Not Recorded |
| Ondansetron 2mg/mL, Syringe, Intravenous | New | PRNQ4H | NR | Not Recorded |

**Reason for Appointment:**
UDE: ACNE
**Appointment Comments:**
TCB

<u>**Screening**</u> Written by OLAWUMI,OMOWUMI D @ 29 Nov 2012 1353 EST
**Reason For Appointment:** UDE: ACNE

Allergen information verified by OLAWUMI, OMOWUMI D @ 29 Nov 2012 1353 EST

<u>**Vitals**</u>
<u>**Vitals**</u> Written by OLAWUMI,OMOWUMI D @ 30 Nov 2012 0830 EST
BP: 120/76 Left Arm,  Adult Cuff,   HR: 66 Radial Artery,   RR: 18,   T: 97.5 °F Oral,   HT: 69 in Stated,   WT: 145 lbs Stated,
SpO$_2$: 100%,   BMI: 21.41,   BSA: 1.802 square meters,   Tobacco Use: No,   Alcohol Use: Yes,
Pain Scale: 0 Pain Free

<u>**SO Note**</u> Written by UDE,ASSUMPTA O @ 30 Nov 2012 0845 EST
<u>**Chief complaint**</u>
The Chief Complaint is: RASH.
<u>**History of present illness**</u>
    The Patient is a 27 year old male.

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 817**
AR 2804

**Medical Record**

<<Note accomplished in TSWF-CORE>> ACTIVE DUTY PRESENTS FOR 2 WEEKS OF INFLAMED PUSTULAR FLUCTUANT RASHES ALONG THE BEARD THAT POPS OUT WITH HAIR FOLLICULES AND PUSSY DRAINAGE, HE SHAVES WITH SHAVING CREAM AND BLADE, NO OTHER AREA OF SKIN AFFECTED.

.

    Currently on active duty.  Visit is not deployment-related.
    Good general overall feeling.
    Rash:

 Pain Severity   0 / 10.
PHQ-2 Depression Screen Negative.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history

    Asthma
    Dyspnea
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease
    .
**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 11/29/2012
What is your preferred method of learning?    [ X ] Verbal  [ X ] Written  [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes  [ X ] No  Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [ X ] No
Do you have any cultural or religious beliefs that may affect your care?   [ ] Yes  [ X ] No
Are you enrolled in EFMP?    [ ] Yes  [ X ] No
Are you registered for Relay Health/Secure Messaging?   [ X ] Yes  [ ] No
Contact info:
PCM:
**Review of systems**
**Systemic:** No generalized pain and not feeling tired (fatigue).  No fever, no chills, no night sweats, and no recent weight gain.
**Endocrine:** No flushing.
**Skin:** No pruritus.  No skin lesions.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Well developed.  ° Well nourished.  ° In no acute distress.
**Musculoskeletal System:**
    Other:
        General/bilateral: • Muscle tenderness.
**Skin:**
    • Skin: TENDER INFLAMED BUMP AND MULTIPLE OPEN SCARS FROM OLD PUSTULAR RASH ALONG THE BEARD.  ° Showed ecchymosis.  • Lesions.  ° Temperature was normal.
**Practice Management**
    Preventive medicine services
    Lipid Screening - 22 FEB 2012.
    Blood Sugar Screening -
    Aspirin Prophylaxis -
    HIV Screen - 22 FEB 2012.
    Colonoscopy -

    Tetanus (Td/Tdap) - 08 NOV 2005

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Influenza -
Zoster -
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -
────────────────

Patient exercises for at least 30 minutes a day.

**A/P** Written by UDE,ASSUMPTA O @ 30 Nov 2012 1434 EST
**1. FOLLICULITIS**: Afebrile, PUSTULAR PER SELF REPORT, on exam non pustular nodular tender lesion- TOPICAL AND ORAL
ANTIBIOTIC
      Medication(s):       -SKIN CLEANSING LOTION--TOP LOTN - USE INSTEAD OF SOAP UD #1 RF0 Qt: 1 Rf: 0
                       -CLINDAMYCIN--TOP 1% GEL - APPLY TO RASH AREA ALONG THE BEARD BID X 7DAYS #1 RF0
                       Qt: 1 Rf: 0
                       -TRIMETHOPRIM/SULFAM--PO 160/800MG TAB - 1 TAB PO BID #20 RF0 Qt: 20 Rf: 0

**Disposition** Written by UDE,ASSUMPTA O @ 30 Nov 2012 1434 EST
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. -
Comments: MED REC DONE AND LIST GIVEN TO PT

**Signed By UDE, ASSUMPTA O** (NP, KIMBROUGH AMBULATORY CARE CENTER,FT MEADE, MD) @ 30 Nov 2012 1434
────────────────

**CHANGE HISTORY**
*The following SO Note Was Overwritten by UDE,ASSUMPTA O @ 30 Nov 2012 0848 EST:*
**SO Note** Written by OLAWUMI,OMOWUMI D @ 30 Nov 2012 0837 EST
**Chief complaint**
The Chief Complaint is: RASH/ ACNE.
**History of present illness**
    The Patient is a 27 year old male.
    He reported: Currently on active duty. Visit is not deployment-related.
    Good general overall feeling.

 Pain Severity 0 / 10.
PHQ-2 Depression Screen Negative.
**Allergies**
Current Allergies: NKDA.
**Current medication**
NO CURRENT MEDS.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history

    Asthma
    Dyspnea
    Skin neoplasm of uncertain behavior
    Rosacea
    Lattice peripheral retinal degeneration
    Myopia
    Allergic rhinitis
    Exposure to venereal disease

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 11/29/2012
What is your preferred method of learning?   [ X ] Verbal [ X ] Written [ X ] Visual [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?  [ ] Yes [ X ] No  Specify:
Advance directives completed?  [ ] Yes [ X ] No
Is a copy of the Advance directive in the record?  [ ] Yes [ X ] No
Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes [ X ] No
Are you enrolled in EFMP?  [ ] Yes [ X ] No
Are you registered for Relay Health/Secure Messaging?  [ X ] Yes [ ] No
Contact info:
PCM:
**Practice Management**
    Preventive medicine services
    Lipid Screening - 22 FEB 2012.
    Blood Sugar Screening -
    Aspirin Prophylaxis -
    HIV Screen - 22 FEB 2012.

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 819**
AR 2806

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 16 Aug 2017

Colonoscopy -

Tetanus (Td/Tdap) - 08 NOV 2005
Influenza  -
Zoster -
Pneumococcal -
HPV -

Men:
Aortic Aneurysm Screen -
_____

Patient exercises for at least 30 minutes a day.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

## *05 Nov 2012 at WRNMMC, AMH M01B Blue Ki by DING, YIMING*

| Encounter ID: | BETH-11743237 | Primary Dx: | Need For Prophylactic Measure |
|---|---|---|---|

**Patient: MERWIN, DANIEL DENNIS**
**Treatment Facility: KIMBROUGH AMBULATORY CARE CENTER**
Patient Status: **Outpatient**

Date: **05 Nov 2012 0820 EST**
Clinic: **FAM PRACTICE KI**

Appt Type: **EST**
Provider: **DING,YIMING**

**AutoCites** Refreshed by SPINKS,JEAN M @ 05 Nov 2012 0845 EST

**Problems**
**Chronic:**
•Abdominal pain
•Conditions influencing health status
•Asthma
•Postsurgical state of eye and adnexa
•Dyspnea
•Skin neoplasm of uncertain behavior
•Removal of sutures
•Extrinsic asthma
•Rosacea
•Lattice peripheral retinal degeneration
•Myopia
•Allergic rhinitis
•Visit for: occupational health/fitness exam
•Parent education about immunizations
•Visit for: military services physical
•Exposure to venereal disease
•Inquiry and counseling about
  contraceptive practices
•Visit for: administrative purposes
**Acute:**
•Nonspecific abnormal imaging findings

**Family History**
•No family history of malignant neoplasm
  of the large intestine (General FHx)
•No family history of malignant neoplasm
  of the gastrointestinal tract (General
  FHx)
•No family history of chronic liver disease
  (General FHx)
•Family medical history (General FHx)

**Allergies**
•OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Enoxaparin Sodium 40mg, Solution, Injection | New | Q DAY | NR | Not Recorded |
| Acetaminophen 10mg/mL Solution, Intravenous | New | PRNQ6H | NR | Not Recorded |
| Hydromorphone 1mg/mL, Syringe, Intravenous | New | PRNQ2H | NR | Not Recorded |
| Ondansetron 2mg/mL, Syringe, Intravenous | New | PRNQ4H | NR | Not Recorded |

**Reason for Appointment:**
Ude  Discuss Vasectomy
**Appointment Comments:**
agm/kacc

**Screening** Written by SPINKS,JEAN M @ 05 Nov 2012 0838 EST
**Reason For Appointment:** Ude  Discuss Vasectomy

Allergen information verified by SPINKS, JEAN M @ 05 Nov 2012 0838 EST

**Vitals**
**Vitals** Written by SPINKS,JEAN M @ 05 Nov 2012 0842 EST
 BP: 122/84 Right Arm,  Adult Cuff,   HR: 65,   RR: 18,   T: 97.7 °F,    SpO$_2$: 97%
**Vitals** Written by SPINKS,JEAN M @ 05 Nov 2012 0841 EST
 HT: 69 in Stated,  Without Shoes,    WT: 152 lbs Upright Scale,  Actual,  With Shoes,   BMI: 22.45,    BSA: 1.838 square
meters,   Tobacco Use: No,
 Alcohol Use: Yes,    Have you ever felt you should Cut down on your drinking? No,
 Have people Annoyed you by criticizing or complaining about your drinking? No,
 Have you ever felt bad or Guilty about your drinking? No,
 Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
 Alcohol Comments: 1 DRINK A DAY,    Pain Scale: 0 Pain Free

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 821**
AR 2808

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**SO Note** Written by DING,YIMING @ 05 Nov 2012 1131 EST

**Chief complaint**

The Chief Complaint is: DISCUSS VASECTOMY.

**History of present illness**

The Patient is a 27 year old male.

<<Note accomplished in TSWF-CORE>> 27 Y/O MALE IS HERE FOR REFERRAL. FOR VASECTOMY.

.

A PHA has been completed in past year.  Date: FEB 2012.
    Medication list reviewed with patient, reconciliation completed.
    Currently on active duty.  Visit is not deployment-related.
    Good general overall feeling.


 Pain Severity  0  / 10.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.

**Current medication**

NO CURRENT MEDS.

**Personal history**

Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 11/05/2012
What is your preferred method of learning?     [ X ] Verbal  [ X ] Written   [ X ] Visual   [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?   [ ] Yes   [ X ] No   Specify:
Advance directives completed?    [ ] Yes   [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes   [ X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes   [ X ] No
Are you enrolled in EFMP?    [ ] Yes   [ X ] No
Are you registered for Relay Health/Secure Messaging?    [ X ] Yes   [ ] No
Contact info:
PCM:

**Review of systems**

**Systemic:** No fever and no chills.
**Neck:** No neck pain and no swollen glands in the neck.
**Cardiovascular:** No palpitations.
**Pulmonary:** No paroxysmal nocturnal dyspnea, no orthopnea, and no wheezing.
**Gastrointestinal:** No nausea, no vomiting, and no abdominal pain.
**Musculoskeletal:** No limb swelling.

**Physical findings**

**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Oriented to time, place, and person.
**Lungs:**
    ° Clear to auscultation.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.
**Abdomen:**
    Visual Inspection: ° Abdomen was not distended.
    Auscultation: ° Bowel sounds were not diminished or absent.
    Palpation: ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
    Liver: ° Normal to palpation.
    Spleen: ° Normal to palpation.
**Psychiatric:**
    Mood: ° Euthymic.
    Affect: ° Normal.

**Tests**

ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[4 ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0  ] 0=1 to 2 or doesn't drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

How often did you have six or more drinks on one occasion in the past year?
[0  ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
AUDIT-C Score=  4    DATE ACCOMPLISHED: 11/05/2012
[ X ] Negative AUDIT-C
[  ] Positive AUDIT-C *        >>Provider Alerted<<
        [  ] Alcohol use exceeds maximum recommended limits
            Men > 14 drinks/week or >4 drinks/occasion
            Women > 7 drinks/week or >3 drinks/occasion
[  ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use
after counseling OR AUDIT-C >= 8)
--------------------
**Practice Management**
Patient exercises for at least 30 minutes a day.

**A/P** Written by DING,YIMING @ 05 Nov 2012 0853 EST
**1. Need For Prophylactic Measure**
        Consult(s):        -Referred To: UROLOGY MTF KI (Routine) Specialty: UROLOGY Clinic: UROLOGY CL KI Primary
                        Diagnosis: Need For Prophylactic Measure

**Disposition** Written by DING,YIMING @ 05 Nov 2012 1134 EST
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the FAM PRACTICE KI clinic. - Comments: Med rec not indicated, Master Problem list
reconciliation completed.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Signed By  DING, YIMING** (MD, KACC) @ 05 Nov 2012 1134

CHANGE HISTORY
*The following SO Note Was Overwritten by DING,YIMING @ 05 Nov 2012 1031 EST:*
SO Note Written by SPINKS,JEAN M @ 05 Nov 2012 0838 EST
**Chief complaint**
The Chief Complaint is: DISCUSS VASECTOMY.
**History of present illness**
        The Patient is a 27 year old male.
A PHA has been completed in past year.  Date: FEB 2012.
        Medication list reviewed with patient, reconciliation completed.
        Currently on active duty.  Visit is not deployment-related.
        Good general overall feeling.

 Pain Severity  0 / 10.
PHQ-2 Depression Screen Negative.
Patient has NOT had specialty care, ER visit, or hospitalization since last visit.
Patient feels safe at home.
**Current medication**
NO CURRENT MEDS.
**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use AUDIT-C Date: 11/05/2012.
History
ANNUAL SCREENING DATE: 11/05/2012
What is your preferred method of learning?    [ X ] Verbal  [ X ] Written  [ X ] Visual  [ ] Other (Specify):
Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ X ] No  Specify:
Advance directives completed?    [ ] Yes  [ X ] No
Is a copy of the Advance directive in the record?    [ ] Yes  [ X ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ X ] No
Are you enrolled in EFMP?    [ ] Yes  [ X ] No
Are you registered for Relay Health/Secure Messaging?    [ X ] Yes  [ ] No
Contact info:
PCM:
**Tests**
ALCOHOL SCREENING
How often did you have a drink containing alcohol in the past year?
[4  ] 0=Never, 1=Monthly or less, 2=Two to four times a month, 3=Two to three times a week, 4=Four or more times a week

How many drinks did you have on a typical day when you were drinking in the past year?
[0  ] 0=1 to 2 or doesn't drink, 1=3 to 4, 2=5 to 6, 3=7 to 9, 4=10 or more

How often did you have six or more drinks on one occasion in the past year?

**Medical Record**

[0  ] 0=Never, 1=Less than monthly, 2=Monthly, 3=Weekly, 4=Daily or almost daily

SCREENING for Alcohol Use (AUDIT-C)
AUDIT-C Score=   4        DATE ACCOMPLISHED: 11/05/2012
[ X ] Negative AUDIT-C
[  ] Positive AUDIT-C *      >>Provider Alerted<<
    [  ] Alcohol use exceeds maximum recommended limits
       Men > 14 drinks/week or >4 drinks/occasion
       Women > 7 drinks/week or >3 drinks/occasion
[  ] Past history of alcohol related treatment or counseling. (Consider Specialty Care if patient unable to abstain/reduce alcohol use after counseling OR AUDIT-C >= 8)

**Practice Management**
Patient exercises for at least 30 minutes a day.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ⬛ 1985  SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *24 Oct 2012 at WRNMMC, SRP Cl Ki by AHLTA SYSTEM ADMINISTRATOR*

Encounter ID:    BETH-11655430    Primary Dx:    Vaccines Prophylactic Need Against Influenza

Patient: **MERWIN, DANIEL DENNIS**         Date: **24 Oct 2012 0848 EDT**              Appt Type: **PROC**
Treatment Facility: **HQS IMCOM G1**        Clinic: **SRP CL KI**                        Provider: **JACOBS,MILLASENT J**
**ARMY SUBSTANCE ABUSE PROGRAM**
Patient Status: **Inpatient**              Inpatient Location: **ABAA**

**Reason for Appointment:** FLU MIST

**AutoCites** Refreshed by JACOBS,MILLASENT J @ 26 Oct 2012 1135 EDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | • No Family History of malignant neoplasm | • OTHER: Unknown (SEE MED RECORD) |
| • Abdominal pain | of the large intestine   (General FHx) | |
| • Conditions influencing health status | • No Family History of malignant neoplasm | |
| • Asthma | of the gastrointestinal tract   (General | |
| • Postsurgical state of eye and adnexa | FHx) | |
| • Dyspnea | • No Family History of chronic liver disease | |
| • Skin neoplasm of uncertain behavior | (General FHx) | |
| • Removal of sutures | • Family medical history   (General FHx) | |
| • Extrinsic asthma | | |
| • Rosacea | | |
| • Lattice peripheral retinal degeneration | | |
| • Myopia | | |
| • Allergic rhinitis | | |
| • Visit for: occupational health/fitness | | |
| exam | | |
| • Parent education about immunizations | | |
| • Visit for: military services physical | | |
| • Exposure to venereal disease | | |
| • Inquiry and counseling about | | |
| contraceptive practices | | |
| • Visit for: administrative purposes | | |
| **Acute:** | | |
| • Nonspecific abnormal imaging findings | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Enoxaparin Sodium 40mg, Solution, Injection | New | Q DAY | NR | Not Recorded |
| Acetaminophen 10mg/mL Solution, Intravenous | New | PRNQ6H | NR | Not Recorded |
| Hydromorphone 1mg/mL, Syringe, Intravenous | New | PRNQ2H | NR | Not Recorded |
| Ondansetron 2mg/mL, Syringe, Intravenous | New | PRNQ4H | NR | Not Recorded |

**SO Note** Written by RIKAS,MEGAN M @ 24 Oct 2012 0849 EDT
**Reason for Visit**
    Visit for:  influenza vaccine.
    Patient identified by Name and Date of Birth or other two forms of indentification.
**History of present illness**
    The Patient is a 27 year old male.  Source of patient information was patient.  Past medical history reviewed.
**Allergies**
    Reviewed no allergies.  No allergy to certain foods; Chicken and not to eggs.  No known drug allergies.
**Vaccinations**
    • Received dose of influenza live virus vaccine, for intranasal use .FLUMIST
    MANUFACTURED BY: MEDIMMUNE LLC
    LOT #:  AH2139  EXPIRATION DT:  3DEC2012
    DOSE GIVEN:  0.2ML (0.1ML PER NOSTRIL)
    INJECTION GIVEN INTRANASAL
**Past medical/surgical history**

| Merwin, Daniel Dennis | DOB: ⬛ 1985  SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Reported History:**
    Recent events: No active illness.
**Review of systems**
**Systemic symptoms:** No fever.
**Counseling/Education**

    • Patient education about adverse reactions to medication Patient instructed to remain in clinic for 20 minutes post vaccination.
    Patient educated regarding possible side effects:  soreness\ redness\ or swelling at the site of injection\ Fever\


**A/P** Written by RIKAS,MEGAN M @ 24 Oct 2012 0850 EDT
**1. Vaccines Prophylactic Need Against Influenza**
        Procedure(s):            -Influenza Virus Vaccine Live Intranasal x 1
                        -Immunization Administration One Vaccine x 1
                        -Immunization Admin By Intranasal / Oral Route One Vaccine x 1


**Disposition** Last updated by JACOBS,MILLASENT J @ 26 Oct 2012 1138 EDT
**Continued Stay**
**Follow up:**  as needed .
**Discussed:** Medication(s)/Treatment(s), Potential Side Effects with Patient who indicated understanding.


**Signed By  JACOBS, MILLASENT J** (Physician/Workstation) @ 26 Oct 2012 1138

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten*** *by JACOBS,MILLASENT J @ 26 Oct 2012 1137 EDT:*
The Disposition section was last updated by JACOBS,MILLASENT J @ 26 Oct 2012 1137 EDT - see above.Previous Version of Disposition section was entered/updated by RIKAS,MEGAN M @ 24 Oct 2012 0850 EDT.
**Continued Stay**
**Follow up:** as needed with PCM.
**Discussed:** Medication(s)/Treatment(s), Potential Side Effects with Patient who indicated understanding.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*24 Oct 2012 at WRNMMC, SRP Cl Ki by AHLTA SYSTEM ADMINISTRATOR*

Encounter ID:    BETH-11655184    Primary Dx:

Patient: **MERWIN, DANIEL DENNIS**          Date: **24 Oct 2012 0840 EDT**          Appt Type: **PROC**
Treatment Facility: **KIMBROUGH**           Clinic: **SRP CL KI**                   Provider: **JACOBS,MILLASENT J**
**AMBULATORY CARE CENTER**
Patient Status: **Inpatient**              Inpatient Location: **ABAA**

**Reason for Appointment:** FLU MIST

**Appointment Cancelled by Facility**
 Encounter Cancelled by RIKAS,MEGAN M @ 24 Oct 2012 0841 EDT

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 827**
AR 2814

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*23 Oct 2012 at WRNMMC, GI Inflam Bowel Dis Be by COPSEY, HELEN C*

Encounter ID:     BETH-11639690     Primary Dx:

Patient: **MERWIN, DANIEL DENNIS**      Date: **23 Oct 2012 0815 EDT**       Appt Type: **SPEC**
Treatment Facility: **WALTER REED**       Clinic: **GI INFLAM BOWEL DIS BE**     Provider: **COPSEY,HELEN C**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

**Reason for Appointment:**
IBDvs mass
**Appointment Comments:**
ccb

**Appointment Cancelled by Facility**
 Encounter Cancelled by BROWN,CANDICE C @ 23 Oct 2012 0845 EDT

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 828**
AR 2815

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *23 Oct 2012 at WRNMMC, GI Inflam Bowel Dis Be by COPSEY, HELEN C*

Encounter ID:    BETH-11637615    Primary Dx:    Imaging Studies Nonspecific Abnormal Findings

Patient: **MERWIN, DANIEL DENNIS**
Treatment Facility: **WALTER REED NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Outpatient**

Date: **23 Oct 2012 0800 EST**
Clinic: **GI Inflam Bowel Dis Be**

Appt Type: **SPEC**
Provider: **COPSEY, HELEN C**

**AutoCites** Refreshed by COPSEY, HELEN C @ 23 Oct 2012 0756 EST

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | •Family medical history (General FHx) | •OTHER: Unknown (SEE MED RECORD) |
| •Conditions influencing health status | | |
| •Asthma | | |
| •Postsurgical state of eye and adnexa | | |
| •Dyspnea | | |
| •Skin neoplasm of uncertain behavior | | |
| •Removal of sutures | | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Visit for: administrative purposes | | |
| •Inquiry and counseling about contraceptive practices | | |

**Vitals**
**Vitals** Written by FARRINGTON,SHAUN C @ 23 Oct 2012 0739 EDT
BP: 114/66,   HR: 79,   T: 95.4 °F,   HT: 5' 9",   WT: 147 lbs,   SpO2: 97%,   BMI: 21.71,   BSA: 1.812 square meters,
Tobacco Use: No,   Alcohol Use: Yes,   Have you ever felt you should Cut down on your drinking? No,
Have people Annoyed you by criticizing or complaining about your drinking? No,
Have you ever felt bad or Guilty about your drinking? No,
Have you ever had a drink or drug in the morning (Eye opener) to steady your nerves or to get rid of a hangover? No,
Alcohol Comments: COUPLE DRINKS/WEEK,   Pain Scale: 0 Pain Free

**SO Note** Written by COPSEY, HELEN C @ 24 Oct 2012 0936 EST
**Reason for Visit**
    Visit for: R/O of IBD.
**History of present illness**
    The Patient is a 27 year old male.
This is a WM, AD PO2, who presents for R/O of IBD. He reports a long history of presumed IBS presenting with intermittent lower abdominal cramping that occurs several times per week, and is triggered by dairy intake, anxiety, and physical activity. This can be associated with looser stool and mild urgency, although in general he reports a soft stool each day. An evaluation for these symptoms along with isolated BRBPR in 2005 (IL) includes a CT scan showing moderate stool retention in the colon, and a flex sig that was reportedly limited d/t patient discomfort. He denies any rectal bleeding since that time. He does endorse occasional oral aphthi but otherwise denies any additional complaints. His weight has been stable.

Earlier this month he experienced worsening of his baseline abdominal pain, possibly precipitated by consuming a milk-shake. A CT in the ER showed focal colitis at the right colon (hepatic flexure) with fecalization of the small bowel, concerning for IBD. CRP was 1.2, labs otherwise nl. A follow-up colonoscopy with Dr. McNally showed cogested appearing mucosa in the left colon. Images of the right colon/ cecum are limited due to liquid stool, and the TI was not intubated per report. Biopsies are pending. The patient reports self-resolution of the pain, and has since been feeling back to baseline.
**Allergies**
ASA- (nausea).
**Past medical/surgical history**
**Reported:**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 829**
AR 2816

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538        Created: 16 Aug 2017

Past medical history
 - Allergic asthma (cats); Headache, NOS
 .
Surgical / Procedural: Prior surgery
 - PRK, Tonsillectomy
 .
Medications: Medications history
 - Albuterol, Aleve prn (less than once per week)
 (I personally reviewed the medication history, allergy history and compliance with medications with this patient)
 .

**Surgical:**
    Pre-op ASA class 1
**Previous therapy**
    History of possible limitations and risks do not include complications from anesthesia
**Personal history**

Tob:  (-)
Etoh:  (2 drinks every other day)
Drug use:  (-)
.
**Family history**
    No chronic liver disease
    No malignant neoplasm of the large intestine
    No malignant neoplasm of the gastrointestinal tract
    No known FH of IBD, autoimmune diseases.
**Review of systems**
**Systemic:** Not feeling tired (fatigue).  No fever, no chills, no night sweats, and no recent weight loss.
**Head:** No headache.
**Eyes:** No vision problems.
**Otolaryngeal:** No hoarseness, no lump in the throat, and no mouth sores.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No dyspnea and no cough.
**Gastrointestinal:** No dysphagia, no pain on swallowing, no heartburn, no regurgitation, no early satiety, no nausea, no vomiting, no
    hematemesis, no hematemesis ('coffee grounds'), no abdominal swelling, no jaundice, no recent increase in bowel frequency,
    and not decrease.  No tenesmus, no melena, no hematochezia, no acholic stools, no steatorrhea, and stool diameter is not
    smaller.  No change in consistency of stool and no nocturnal diarrhea.  No rectal pain.
**Genitourinary:** No urinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No tendency for easy bruising.
**Musculoskeletal:** No arthralgias, new.  No nonspecific pain, swelling, and stiffness.
**Neurological:** No confusion and no memory lapses or loss.
**Psychological:** Mood was euthymic and no sleep complaints.
**Skin:** No pruritus, no change in skin texture, new, and no rash, new.
**Physical findings**
**Vital Signs:**
    ° Current vital signs reviewed.
**Standard Measurements:**
    ° Patient was not observed to be obese.
**General Appearance:**
    ° Awake.  ° Alert.  ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.  ° Patient
        did not appear uncomfortable.  ° Not acutely ill.  ° Not chronically ill.
**Neck:**
    Appearance : ° Of the neck was normal.
**Eyes:**
    General/bilateral:
        Sclera : ° Showed no icterus.
**Oral Cavity:**
    ° Normal OP clear, Mallampati score = 1.
**Chest:**
    ° Visual inspection revealed no abnormalities.
**Lungs:**
    ° Normal CTA B.
**Cardiovascular:**
    ° System: normal RRR, no M or G.
**Abdomen:**
    ° Normal soft, NT/ND, +BS.
**Neurological:**
    ° Level of consciousness was normal.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

Speech: ° Normal.
Gait And Stance: ° Normal.
**Psychiatric:**
Mood: ° Euthymic.
Affect: ° Normal.
Thought Processes: ° Not impaired.
**Skin:**
° General appearance was normal.  ° No jaundice.  ° No skin lesions.
**Therapy**
• Medical regimen review -- medication reconciliation performed.

**Lab Result** Cited by COPSEY, HELEN C @ 24 Oct 2012 0957 EST

| ESR | Site/Specimen | 12 Oct 2012 1209 |
|---|---|---|
| ESR | BLOOD | 10 |

| C-Reactive Protein | Site/Specimen | 12 Oct 2012 1209 |
|---|---|---|
| C-Reactive Protein | SERUM | 1.206 (H) |

| Magnesium | Site/Specimen | 12 Oct 2012 0434 |
|---|---|---|
| Magnesium | SERUM | 2.1 |

| Phosphorus | Site/Specimen | 12 Oct 2012 0434 |
|---|---|---|
| Phosphate | SERUM | 3.5 |

| Basic Metabolic Panel | Site/Specimen | 12 Oct 2012 0434 |
|---|---|---|
| Urea Nitrogen | SERUM | 5 (L) |
| Carbon Dioxide | SERUM | 27 |
| Chloride | SERUM | 107 |
| Creatinine | SERUM | 0.80 |
| Glucose | SERUM | 113 (H) |
| Potassium | SERUM | 4.0 |
| Sodium | SERUM | 141 |
| Calcium | SERUM | 9.2 |
| Anion Gap | SERUM | 8 |
| GFR | SERUM | >60 <i> |

| CBC W/o Diff | Site/Specimen | 12 Oct 2012 0434 |
|---|---|---|
| WBC | BLOOD | 5.5 |
| RBC | BLOOD | 4.02 (L) |
| Hemoglobin | BLOOD | 13.1 |
| Hematocrit | BLOOD | 38.1 |
| MCV | BLOOD | 94.9 |
| MCH | BLOOD | 32.6 |
| MCHC | BLOOD | 34.3 |
| Platelets | BLOOD | 264 |
| RDW CV | BLOOD | 13.1 |
| MPV | BLOOD | 7.8 |

| Neutrophil Cytoplasmic Ab (ANCA) | Site/Specimen | 11 Oct 2012 1147 |
|---|---|---|
| Myeloperoxidase Ab | SERUM | <0.2 <i> |
| Proteinase 3 Ab | SERUM | <0.2 <i> |

| Neutrophil Cytoplasmic Ab (ANCA) Screen W/Reflex Titer | Site/Specimen | 11 Oct 2012 1147 |
|---|---|---|
| Neutrophil Cytoplasmic Ab Cytoplasmic | SERUM | Titer not indicated-ANCA screen Negative |
| Neutrophil Cytoplasmic Ab Perinuclear | SERUM | Titer not indicated-ANCA screen Negative |
| Neutrophil Cytoplasmic Ab | SERUM | Negative |
| Neutrophil Cytoplasmic Ab Perinuclear Atypical Negative <r> <i> | SERUM | Titer not indicated-ANCA screen |

| Carcinoembryonic Ag | Site/Specimen | 11 Oct 2012 1147 |
|---|---|---|
| Carcinoembryonic Ag | SERUM | 0.9 <i> |

| Magnesium | Site/Specimen | 11 Oct 2012 1147 |
|---|---|---|
| Magnesium | SERUM | 2.3 |

| Amylase | Site/Specimen | 11 Oct 2012 1147 |
|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███     1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

| | | |
|---|---|---|
| Amylase | SERUM | 49 |

**Comprehensive Metabolic Panel**     **Site/Specimen**     **11 Oct 2012 1147**

| | | |
|---|---|---|
| Albumin | SERUM | 4.7 |
| Alkaline Phosphatase | SERUM | 56 |
| Alanine Aminotransferase | SERUM | 33 |
| Aspartate Aminotransferase | SERUM | 29 |
| Bilirubin | SERUM | 0.5 |
| Urea Nitrogen | SERUM | 9 |
| Calcium | SERUM | 9.5 |
| Carbon Dioxide | SERUM | 29 |
| Chloride | SERUM | 101 |
| Creatinine | SERUM | 0.85 |
| Glucose | SERUM | 82 |
| Potassium | SERUM | 4.0 |
| Protein | SERUM | 7.3 |
| Sodium | SERUM | 139 |
| Anion Gap | SERUM | 9 |
| GFR | SERUM | >60 <i> |

**Lipase**     **Site/Specimen**     **11 Oct 2012 1147**

| | | |
|---|---|---|
| Triacylglycerol Lipase | SERUM | 19 |

**Phosphorus**     **Site/Specimen**     **11 Oct 2012 1147**

| | | |
|---|---|---|
| Phosphate | SERUM | 3.5 |

**CBC W/Diff**     **Site/Specimen**     **11 Oct 2012 1147**

| | | |
|---|---|---|
| WBC | BLOOD | 6.4 |
| RBC | BLOOD | 4.30 |
| Hemoglobin | BLOOD | 14.1 |
| Hematocrit | BLOOD | 41.0 |
| MCV | BLOOD | 95.4 |
| MCH | BLOOD | 32.6 |
| MCHC | BLOOD | 34.2 |
| RDW CV | BLOOD | 13.1 |
| Platelets | BLOOD | 268 |
| MPV | BLOOD | 8.3 |
| Neutrophils | BLOOD | 72.7 |
| Lymphocytes | BLOOD | 18.1 |
| Monocytes | BLOOD | 7.1 |
| Eosinophils | BLOOD | 1.8 |
| Basophils | BLOOD | 0.3 |
| Neutrophils | BLOOD | 4.6 |
| Lymphocytes | BLOOD | 1.2 |
| Monocytes | BLOOD | 0.5 |
| Eosinophils | BLOOD | 0.1 |
| Basophils | BLOOD | 0.0 |
| Differential Review | BLOOD | MANUAL DIFF NOT PERFORMED |

**Rad Result** Cited by COPSEY, HELEN C @ 24 Oct 2012 0957 EST

**MERWIN, DANIEL DENNIS   20/**████████   **27yo**  ████  **1985   M**
********** CT, ABD/PELVIS W/ CONTRAST **********
POC Enc: #E923164     POC Fac: NH Great Lakes IL
Status: Complete

Procedure:            CT, ABD/PELVIS W/ CONTRAST
Event Date:          22-Nov-2005 10:48:00
Order Comment:        NO BRIEF COMMENT
Reason for Order:
   20y/o male dot 2-5 with intermittent abdominal pain x 4-5 years with rectal
bleeding on 19th of NOV.Had normal sigmoidoscopy to proximal transverse colon

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

and mild int hemorrhoids done on Nov 21.
Exam #:                05050343
Exam Date/Time:           23-Nov-2005 09:26:00
Transcription Date/Time:      29-Nov-2005 10:02:00
Provider:            ARTATES, NEMESIA F
Requesting Location:
   COURAGE (WHITE) 1007   NBHC 1007/1017
Status:             COMPLETE
Result Code:            SEE RADIOLOGIST'S REPORT
Interpreted By:          MARINBERG, BORIS V
Approved By:            MARINBERG, BORIS V
Approved Date:           29-Nov-2005 12:25:00
Report Text:
   ba/DICTATION DATE:  23 November 2005


   CT SCAN OF THE ABDOMEN AND PELVIS WITH CONTRAST:


   Technique:  7.5 mm cross-sectional images of the abdomen and pelvis were
   obtained following oral and intravenous introduction of contrast.


   Findings:  There is a normal appearance of the liver, spleen, and pancreas.
   There is no gallstones.  No dilatation of biliary ducts or pancreatic duct
   identified.  There is no enlargement of the adrenal glands.  There is no
   hydronephrosis.  No renal stones are seen.  There is no lymphadenopathy. No
   abnormal collection of fluid in the abdomen or pelvis identified. Moderate
   amount of fecal material noted throughout the colon.  There is no changes of
   appendicitis.  No aneurysmal dilatation of the abdominal aorta noted.  There is
   no signs of bowel obstruction.


   IMPRESSION:  NORMAL COMPUTED TOMOGRAPHY OF THE ABDOMEN AND PELVIS.


       MODERATE AMOUNT OF FECAL MATERIAL THROUGHOUT THE COLON.


**Rad Result** Cited by COPSEY, HELEN C @ 24 Oct 2012 0956 EST


   **MERWIN, DANIEL DENNIS   20/**█████████ **27yo** ██████ **1985   M**
        ********** CT, ABDOMEN / PELVIS WITH (PG) **********
          POC Enc: #E4520771   POC Fac: WRNMMC
             Status: Complete (Amended)


Procedure:              CT, ABDOMEN / PELVIS WITH (PG)
Event Date:            11-Oct-2012 01:30:00
Exam #:               12343907
Exam Date/Time:          11-Oct-2012 00:30:00
Transcription Date/Time:      12-Oct-2012 07:00:00
Provider:             HARDWARE, LESLIE
Requesting Location:
   EMERGENCY RM BE   WRNMMC BETHESDA, MD
Status:               COMPLETE (Amended)



**Amended Result Code:        SEE RADIOLOGIST'S REPORT**
Interpreted By:         MOLLURA, JOSEPH G

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 16 Aug 2017

Supervised By:          BERNARD, JACQUELINE, MD, CDR, USN
Approved By:            BERNARD, JACQUELINE M
Approved Date:          11-Oct-2012 08:16:00
Supervised By:          BERNARD, JACQUELINE, MD, CDR, USN
Supervised By Date:     11-Oct-2012 08:16:00
Amended Report Text:
    ADDITIONAL HISTORY: Abdominal pain.

TECHNIQUE: CT of the abdomen and pelvis was performed under standard
abdomen/pelvis CT protocol with 5 mm axial helically acquired images obtained
from the level of the diaphragm to the level of the pubic symphysis after the
intravenous administration of 110 mL Isovue 370 and oral contrast.  Coronal and
sagittal reformatted images were also obtained.

COMPARISONS: Acute abdominal series 10/10/12.

FINDINGS:

Lung bases are clear.

Liver parenchyma and vasculature is unremarkable.  Normal biliary tree without
intra-or extrahepatic biliary ductal dilatation.  Pancreas, spleen, adrenals,
and kidneys are normal.  No identifiable ureteral abnormalities.  Fluid-filled
urinary bladder is unremarkable.

Enteric contrast visualized to the level of the mid ileum.  Stomach is normal.
There is fecal material and air noted within the distal ileum extending to a
mildly distended stool filled cecum.  The appendix is identified and is normal.
There is a focal area of vascular prominence involving the mesentery at the
level of the hepatic flexure.  The colon wall at this level appears mildly
thickened but otherwise decompressed.  The colon distal to the hepatic flexure
is decompressed and normal in appearance.

Shotty subcentimeter mesenteric lymph nodes about the upper abdomen. No
intra-abdominal mass or fluid collection.  Vascular structures are normal in
configuration.

Pelvic organs are unremarkable.  No free pelvic fluid.  No pelvic or inguinal
lymphadenopathy.

Soft tissues, muscles, and osseous structures are unremarkable.

IMPRESSION:

Focal colitis at the level of the hepatic flexure with proximal stool retention
and fecalization of small bowel.  Findings are nonspecific and may be
representative of an acute infection or inflammatory etiology such as Crohn's
disease.  Clinical correlation is recommended.


Note: Findings above were discussed with Dr.  Hardware, via telephone at 0450
hours on 10/11/12. _____

Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 10/11/12

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ████ | 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Time:07:22

_____

Electronically signed by:Dr. Jacqueline M Bernard Date: 10/11/12 Time:08:16

**A/P** Last Updated by COPSEY, HELEN C @ 24 Oct 2012 1002 EST
**1. Imaging Studies Nonspecific Abnormal Findings**: CT concerning for colitis and fecalization of SB ? radiographic artifact, constipation, acute vs. chronic inflammation, stenosis. Colonoscopy with limited evaluation of right colon, ICV, distal ileum. Recommend MRE for further evaluation of small bowel as d/w Dr. Kikendall. He may ultimately require repeat colonoscopy, however will await biopsy results prior to determining next steps. Patient voices understanding/ agreement.
**2. abdominal pain**: Patient with long history of intermittent abdominal pain ? due to IBS vs. dietary intolerance vs. inflammatory. Will proceed with evaluation to r/o IBD, however if negative encouraged patient to continue f/u with GI for management of chronic symptoms.

**Disposition** Last Updated by COPSEY, HELEN C @ 24 Oct 2012 1003 EST
**Released w/o Limitations**
**Follow up:**  in the GI INFLAM BOWEL DIS BE clinic. - Comments: Will call pt 850-602-8501 after obtaining pathology and discussing need for repeat colonoscopy with IBD staff.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. - Comments:
45 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Note** Written by BROWN, CANDICE C @ 23 Oct 2012 0738 EST
**Consult Order**
**Referring Provider:**              SALTER, CAROLYN A
**Date of Request:**   12 Oct 2012
**Priority:**              ASAP

**Provisional Diagnosis:**

IBD vs mass

**Reason for Request:**

27 y/o male w/ ascending colon inflammation s/p colonoscopy 12 OCT.  Pt needsGI f/u to discuss results.

**Signed By  COPSEY, HELEN C** (PA-C, MSHS, WRAMC- GI Clinic) @ 24 Oct 2012 1003

**Note** Written by COPSEY, HELEN C @ 24 Oct 2012 1004 EST
**(Added after encounter was signed.)**
**PATH**
**PATH**
Spoke with Dr. Barner re: patient's pathology results- not yet placed into CHCS. Biopsies of left-colon show benign colonic mucosa, without active inflammation, chronicity or architectural distortion.

**Note** Written by COPSEY,HELEN C @ 08 Nov 2012 1503 EST
**(Added after encounter was signed.)**
**MRE results**
MRE d/w patient- essentially nl specifically right colon/TI, will review at IBD conference. Pt denies any continued pain. Will defer repeat COLO for now, however reconsider pending progress. Would re-check CRP, which should be down from hospitalization. Pt v/u.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *12 Oct 2012 at WRNMMC, Wounded Warrior GWOT by AGOSTO, ROBERT*

Encounter ID:  BETH-11525944      Primary Dx:      Conditions influencing health status

Patient: **MERWIN, DANIEL DENNIS**      Date: **12 Oct 2012 0805 EDT**      Appt Type: **ACUT**
Treatment Facility: **WALTER REED**      Clinic: **WOUNDED WARRIOR GWOT**      Provider: **AGOSTO,ROBERT**
**NATIONAL MILITARY MEDICAL CNTR**
Patient Status: **Inpatient**      Inpatient Location: **ABAA**

**Reason for Appointment:** Written by AGOSTO,ROBERT @ 12 Oct 2012 0805 EDT
Admission screening for CM services

**A/P** Last Updated by AGOSTO,ROBERT @ 12 Oct 2012 0808 EDT
**1. Conditions influencing health status** *(OTHER SPECIFIED CONDITIONS INFLUENCING HEALTH STATUS OTHER)*:
WRNMMC Case Management Department reviews active duty inpatient admissions to assess potential need for case management
services.   In reviewing this ADSM medical record we have determined case management services by WRNMMC staff are not
indicated at this time because:   Patient is enrolled to Kimbrough and we have contacted that MTF's NCM ms deborah  Jolissaint,RN
via email to advise of admission;  .
Robert Agosto, LPN
Case Management Assistant, WRNMMC
301-295-0657

Procedure(s):        -COORDINATED CARE FEE, MAINTENANCE RATE x 1
                     -CASE MANAGEMENT, EACH 15 MINUTES x 1

**Disposition** Last Updated by AGOSTO,ROBERT @ 12 Oct 2012 0809 EDT
**Continued Stay**

---

**Signed By  AGOSTO, ROBERT** (LPN Case Management Assisstant) @ 12 Oct 2012 0809
**Co-Signed By  MELENDEZ-WARREN, DORIS J** (RN Case Manager, NNMC Bethesda) @ 12 Oct 2012 0920

---

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985  SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 836**
AR 2823

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *14 May 2012 at NH Pensacola FL, Corry MHP by BRADLEY, RACHAEL NAOMI*

Encounter ID:     PENS-6872482          Primary Dx:          VIRAL SYNDROME

Patient: **MERWIN, DANIEL DENNIS**          Date: **14 May 2012 0855 CDT**          Appt Type: **ACUT**
Treatment Facility: **NBHC NTTC**          Clinic: **CORRY MED HOME CLINIC**          Provider: **BRADLEY,RACHAEL NAOMI**
**Pensacola**
Patient Status: **Outpatient**

**AutoCites** Refreshed by BRADLEY,RACHAEL N @ 14 May 2012 0901 CDT

| **Problems** | **Family History** | **Allergies** |
|---|---|---|
| **Chronic:** | •Family medical history (General FHx) | •OTHER: Unknown (SEE MED RECORD) |
| •Asthma | | |
| •Postsurgical state of eye and adnexa | | |
| •Dyspnea | | |
| •Skin neoplasm of uncertain behavior | | |
| •Removal of sutures | | |
| •Extrinsic asthma | | |
| •Rosacea | | |
| •Lattice peripheral retinal degeneration | | |
| •Myopia | | |
| •Allergic rhinitis | | |
| •Visit for: occupational health/fitness exam | | |
| •Parent education about immunizations | | |
| •Visit for: military services physical | | |
| •Exposure to venereal disease | | |
| •Visit for: administrative purposes | | |
| •Inquiry and counseling about | | |
|   contraceptive practices | | |
| **Acute:** | | |
| •Viral syndrome | | |

**Reason for Appointment:**
cough/fever
**Appointment Comments:**
rmr

**Vitals**
**Vitals** Written by GARZA,OMAR @ 14 May 2012 0844 CDT
 BP: 120/76,    HR: 90,    RR: 14,    T: 98.5 °F,    HT: 69 in,    WT: 146 lbs,    BMI: 21.56,    BSA: 1.807 square meters,
Tobacco Use: No,    Alcohol Use: Yes,
 Pain Scale: 0 Pain Free
**Comments:** NKDA
POC -8506028501

**SO Note** Written by BRADLEY,RACHAEL NAOMI @ 15 May 2012 1520 CDT
**Chief complaint**
The Chief Complaint is: Cough/vomiting.
**History of present illness**
      The Patient is a 27 year old male.
27 ADM presents to medical due to Cough/vomiting x 3 weeks.Pt is taking mucinex, is eating and drinking normally.Pt vomited at
0700 14MAY12 from coughing. Cough has been gradually worsening.  No blood noted.  Also has some nasal congestion.  No ear
pain, mild sore throat.
<<Note accomplished in TSWF CORE>>

.
      Currently on active duty.  Visit is not deployment-related.
      Good general overall feeling, fever, and chills.
      Cough.
      Nausea and vomiting.

PHQ-2 Depression Screen Negative.
Patient feels safe at home.

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

**Current medication**
Mucinex.

**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    none.
    Surgical / Procedural: Surgical / procedural history
    none.

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use  Screening Date:
History.

**Review of systems**
**Systemic:** No night sweats.
**Head:** Headache.
**Eyes:** No vision problems, no blurred vision, and no eye pain.
**Otolaryngeal:** No hearing loss and no earache.  Nasal discharge.  No sore throat.
**Pulmonary:** No dyspnea and no wheezing.
**Gastrointestinal:** No abdominal pain, no bright red blood per rectum, and no diarrhea.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.

**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Normal.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
    Appearance: ° Of the neck was normal.
    Palpation: ° No tenderness of the neck.
**Eyes:**
    General/bilateral:
        Pupils: ° PERRL.
        External: ° Conjunctiva exhibited no abnormalities.
        Sclera: ° Normal.
**Ears:**
    General/bilateral:
        Tympanic Membrane: ° Normal.
**Nose:**
    General/bilateral:
        Cavity: ° Nasal mucosa normal.
        Sinus Tenderness: ° No sinus tenderness.
**Pharynx:**
    Oropharynx: • Posterior pharyngeal wall was abnormal + PND.  ° Tonsils showed no abnormalities.
**Lymph Nodes:**
    ° Cervical lymph nodes were not enlarged.
**Lungs:**
    ° Respiration rhythm and depth was normal.  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.
        ° No rales/crackles were heard.
**Cardiovascular:**
    Heart Rate And Rhythm: ° Normal.

**Lab Result** Cited by BRADLEY,RACHAEL N @ 15 May 2012 1526 CDT
**Throat Culture**

| | |
|---|---|
| Order # | 120510-04943 (NH Pensacola) |
| Filler # | 120510 MI 3241 (NH Pensacola) |
| Status: | Final |
| Ordering Provider: | GUNTER, ROGER WILLIAM |
| Priority: | ASAP |
| Date Ordered: | 10 May 2012 1652 |
| Date Resulted: | 11 May 2012 0845 |
| COLLECT_SAMPLE: | PHARYNX |
| | |
| BACTERIOLOGY RESULT: | FINAL REPORT RESULTS: NORMAL FLORA |
| | |
| Specimen: | Pharynx |
| Collected: | 10 May 2012 1248 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Results:

Final report

**Lab Result** Cited by BRADLEY,RACHAEL N @ 15 May 2012 1526 CDT

| Streptococcus Group A Ag Rapid | Site/Specimen | 10 May 2012 1248 |
|---|---|---|
| Streptococcus pyogenes Ag Rapid Strep | PHARYNX | NEGATIVE, INTERNAL CONTROL ACCEPTABLE |

**Lab Result** Cited by BRADLEY,RACHAEL N @ 15 May 2012 1526 CDT

| CBC | Site/Specimen | 10 May 2012 1248 |
|---|---|---|
| WBC | BLOOD | 6.3 |
| RBC | BLOOD | 4.73 |
| Hemoglobin | BLOOD | 14.8 |
| Hematocrit | BLOOD | 43.0 |
| MCV | BLOOD | 90.9 |
| MCH | BLOOD | 31.3 |
| MCHC | BLOOD | 34.4 |
| RDW CV | BLOOD | 12.5 |
| Platelets | BLOOD | 315 |
| MPV | BLOOD | 10.6 |
| Neutrophils | BLOOD | 63.9 |
| Lymphocytes | BLOOD | 23.9 |
| Monocytes | BLOOD | 10.5 |
| Eosinophils | BLOOD | 1.4 |
| Basophils | BLOOD | 0.3 |
| Neutrophils | BLOOD | 4.0 |
| Lymphocytes | BLOOD | 1.5 |
| Monocytes | BLOOD | 0.7 |
| Eosinophils | BLOOD | 0.1 |
| Basophils | BLOOD | 0.0 |

**Lab Result** Cited by BRADLEY,RACHAEL N @ 15 May 2012 1526 CDT

| Infectious Mononucleosis Screen | Site/Specimen | 10 May 2012 1248 |
|---|---|---|
| Heterophile Ab | SERUM | NEGATIVE, INTERNAL CONTROL ACCEPTABLE |

**A/P** Written by BRADLEY,RACHAEL N @ 15 May 2012 1527 CDT
**1. VIRAL SYNDROME**: Labs drawn on 10 May all normal.  Lungs sounds clear.  Instructed to continue Mucinex PSE, hydrate and RTC if sx's persist or worsen.

**Disposition** Written by BRADLEY,RACHAEL N @ 15 May 2012 1527 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY MED HOME CLINIC clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  BRADLEY, RACHAEL N** (Independent Duty Corpsman) @ 15 May 2012 1527

**CHANGE HISTORY**
*The following SO Note Was Overwritten by BRADLEY,RACHAEL N @ 14 May 2012 1011 CDT:*
**SO Note** Written by GARZA,OMAR @ 14 May 2012 0849 CDT
**Chief complaint**
The Chief Complaint is: Cough/vomiting.
**History of present illness**
       The Patient is a 27 year old male.
27 ADM presents to medical due to Cough/vomiting x 3 weeks.Pt is taking mucinex, is eating and drinking normally.Pt vomited at 0700 14MAY12, cough and fever have worsen in the past week.
<<Note accomplished in TSWF CORE>>

'
          Currently on active duty.  Visit is not deployment-related.
          Good general overall feeling, fever, and chills.
          Chest pain or discomfort.
          Dyspnea and cough.
          Nausea and vomiting.
          No lightheadedness.
PHQ-2 Depression Screen Negative.
Patient feels safe at home.
**Current medication**

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

Mucinex.
**Past medical/surgical history**
**Reported:**
    Medical: Reported medical history
    none.
    Surgical / Procedural: Surgical / procedural history
    none.
**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use  Screening Date:
History.
**Review of systems**
**Otolaryngeal:** No sore throat.
**Gastrointestinal:** No abdominal pain, no bright red blood per rectum, and no diarrhea.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
    ° Well developed.  ° Well nourished.  ° In no acute distress.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *10 May 2012 at NH Pensacola FL, Corry MHP by GUNTER, ROGER WILLIAM*

Encounter ID:    PENS-6859398    Primary Dx:    VIRAL SYNDROME

Patient: **MERWIN, DANIEL DENNIS**        Date: **10 May 2012 1235 CDT**        Appt Type: **EST**
Treatment Facility: **NBHC NTTC**         Clinic: **CORRY MED HOME CLINIC**      Provider: **GUNTER,ROGER WILLIAM**
**Pensacola**
Patient Status: **Outpatient**

**AutoCites** Refreshed by GUNTER,ROGER WILLIAM @ 10 May 2012 1238 CDT

                                                            **Allergies**
                                                            •OTHER: Unknown (SEE MED RECORD)

**Reason for Appointment:**
chronic fever feelings
**Appointment Comments:**
aaw

**Vitals**
**Vitals** Written by RATHBUN,TONYA @ 10 May 2012 1226 CDT
 BP: 112/68,   HR: 72,   RR: 12,   T: 98.4 °F,   HT: 69 in,   WT: 146 lbs,   BMI: 21.56,   BSA: 1.807 square meters,
Tobacco Use: No,   Alcohol Use: Yes,
 Pain Scale: 0 Pain Free
**Comments:** NKDA
POC:850-602-8501

**SO Note** Written by GUNTER,ROGER WILLIAM @ 10 May 2012 1646 CDT
**Chief complaint**
The Chief Complaint is: Viral malaise, fever.
**History of present illness**
        The Patient is a 27 year old male.
27yo ADM reports to medical with a cough and hot flashes x 1 month. Symptoms began with hot flashes and a cough then recently
about two weeks ago he began having congestion as well. Pt has taken Dayquil and Nyquil which he states was a minimally
effective.
<<Note accomplished in TSWF CORE>>

 .
        Medication list reviewed with patient, reconciliation completed, and list given to patient.
        Currently on active duty.  Visit is not deployment-related.
        Good general overall feeling and chills.
        Headache.
        Nasal discharge, nasal passage blockage, and sore throat.
        Cough.

PHQ-2 Depression Screen Negative.
Patient feels safe at home.
**Current medication**
Dayquil
Nyquil
Albuterol.
**Past medical/surgical history**
**Reported:**
        Medical: Reported medical history none
        .
        Surgical / Procedural: Surgical / procedural history none
        .
        Medications: No medication noncompliance.
**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use  Screening Date:
History.

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 841**
AR 2828

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

**Review of systems**
**Systemic:** No fever.
**Otolaryngeal:** No earache.
**Gastrointestinal:** No nausea and no vomiting.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
     • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
     ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
     Appearance: ° Of the neck was normal.
     Palpation: ° No tenderness of the neck.
     Thyroid: ° Showed no abnormalities.
**Ears:**
     General/bilateral:
          Tympanic Membrane: ° Normal.
**Nose:**
     General/bilateral:
          Cavity: ° Nasal mucosa normal.
**Pharynx:**
     Oropharynx: ° Posterior pharyngeal wall was normal.
**Lymph Nodes:**
     ° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes
          were not enlarged.
**Lungs:**
     ° Respiration rhythm and depth was normal.  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.
          ° No rales/crackles were heard.
**Cardiovascular:**
     Heart Rate And Rhythm: ° Normal.
     Heart Sounds: ° Normal S1 and S2.  ° No S3 heard.  ° No gallop was heard.  ° No pericardial friction rub heard.
     Murmurs: ° No murmurs were heard.
     Edema: ° Not present.

**A/P** Written by GUNTER,ROGER WILLIAM @ 10 May 2012 1649 CDT
**1. VIRAL SYNDROME:** Exam is completely normal.  No lymphadenopathy or objective findings on exam.  Will continue on his OTC
meds for symptom control as needed.  I will obtain some basic labs to rule out Mono and strep but suspect he has a viral syndrome.
HIV drawn in FEB this year was negative.
          Laboratory(ies):          -CBC PROFILE (Routine); MONONUCLEOSIS SCREEN (Routine); RAPID STREP A (Routine)

**Disposition** Written by GUNTER,ROGER WILLIAM @ 10 May 2012 1653 CDT
**Released w/o Limitations**
**Follow up:** as needed in 1 week(s) with PCM and/or in the CORRY MED HOME CLINIC clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  GUNTER, ROGER WILLIAM** (Physician, JACC NBHC Corry Station, Pensacola, FL) @ 10 May 2012 1654

CHANGE HISTORY
***The following SO Note Was Overwritten*** *by GUNTER,ROGER WILLIAM @ 10 May 2012 1648 CDT:*
**SO Note** Written by RATHBUN,TONYA @ 10 May 2012 1228 CDT
**History of present illness**
     The Patient is a 27 year old male.
27yo ADM reports to medical with a cough and hot flashed x 1 month. Pt began condition with hot flashes and a cough then recently about two weeks ago he began having
congestion. Pt has taken Dyquil and Nyquil which he states was a little effective.
<<Note accomplished in TSWF CORE>>

.
          Currently on active duty.  Visit is not deployment-related.
          Good general overall feeling and chills.
          Headache.
          Nasal discharge, nasal passage blockage, and sore throat.
          Cough.

PHQ-2 Depression Screen Negative.
Patient feels safe at home.
**Current medication**
Dyquil

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 16 Aug 2017

Nyquil
Albuterol.
**Past medical/surgical history**
**Reported:**
      Medical: Reported medical history none

      Surgical / Procedural: Surgical / procedural history none

**Personal history**
Behavioral: No tobacco use in the last 10 years.
Alcohol: Alcohol use  Screening Date:
History.
**Review of systems**
**Systemic:** No fever.
**Otolaryngeal:** No earache.
**Gastrointestinal:** No nausea and no vomiting.
**Psychological:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital Signs:**
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.  • Blood pressure:  Reviewed.
**General Appearance:**
   ° Well developed.  ° Well nourished.  ° In no acute distress.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *06 Mar 2012 at NH Pensacola FL, Readiness Center by TREVEN, LAUREN A*

Encounter ID:        PENS-5802127        Primary Dx:        Visit for: occupational health / fitness exam

Patient: **MERWIN, DANIEL DENNIS**          Date: **06 Mar 2012 1330 CDT**          Appt Type: **WELL**
Treatment Facility: **NH Pensacola**          Clinic: **DEPLOYMENT HEALTH CLINIC**          Provider: **TREVEN,LAUREN A**
Patient Status: **Outpatient**

**Reason for Appointment:** PHA PART II / VA
**Appointment Comments:**
CAC-DBM

**AutoCites** Refreshed by JOHNSONCRUTCHFIELD,ANDREA C @ 06 Mar 2012 1328 CDT

                                                                                    **Allergies**
                                                                                    • OTHER: Unknown (SEE MED RECORD)

**Screening** Written by JOHNSONCRUTCHFIELD,ANDREA C @ 06 Mar 2012 1328 CDT
**Reason For Appointment:** PHA PART II / VA
**Reason(s) For Visit (Chief Complaint):** visit for: occupational health / fitness exam (New) : pha;

**Vitals**
**Vitals** Written by JOHNSONCRUTCHFIELD,ANDREA C @ 06 Mar 2012 1337 CST
  BP: 110/70 Left Arm, Adult Cuff, HR: 70 Regular, Radial Artery, RR: 17, HT: 69 in, WT: 151 lbs
Upright Scale, Actual, With Shoes, BMI: 22.3,
  BSA: 1.833 square meters, Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by JOHNSONCRUTCHFIELD,ANDREA C @ 06 Mar 2012 1334 CDT
**History of present illness**
     The Patient is a 27 year old male.
     He reported: Currently on active duty.  Visit is not deployment-related.
     Good general overall feeling.

Patient feels safe at home.
**Allergies**
Current Allergies Reviewed.
**Current medication**
None.
**Past medical/surgical history**
**Reported History:**
     Medical: Reported medical history
     -Diabetes- no
     -Cancer- no
     -HTN- no
     -High Cholesterol- no
     -Heart Disease- no
     -Metal issues- no
     -Kidney issue- no
     -Seizures- no
     Obesity - no
     Heart attack - no
     Asthma - self
     .
     Surgical / procedural: Surgical / procedural history
     none.
**Personal history**
Social history reviewed none.
Behavioral history: No tobacco use in the last 10 years.
Alcohol: Not using alcohol  Screening Date:
History ANNUAL SCREENING DATE:

What is your preferred method of learning?     [ ] Verbal   [ ] Written   [ x ] Visual   [ ] Other (Specify):

**Medical Record**

Do you have a learning disability, language barrier, hearing/vision deficit?    [ ] Yes  [ x ] No  Specify:
Advanced directives completed?    [ ] Yes  [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes  [ x ] No
Are you enrolled in EFMP?    [ ] Yes  [ x ] No
Do you use a Personal Health Record (PHR)?    [x ] Yes  [ ] No  Specify:
Contact info:
**Family history**
    Family medical history
    -Diabeties- father side of family
    -Cancer- no
    -HTN- no
    -High Cholesterol- no
    -Heart Disease- father side of family
    -Metal issues- no
    -Kidney issue- no
    -Seizures- no
    Obesity - side of family
    Heart attack - no
    Asthma - no

**SO Note** Written by TREVEN,LAUREN A @ 06 Mar 2012 1344 CDT
**Chief complaint**
The Chief Complaint is: PHA, works at NIOC.
**History of present illness**
    The Patient is a 27 year old male.

<<Note accomplished in TSWF CORE>>

Presents for PHA. Denies complaints or  concerns.
**Review of systems**
**Systemic symptoms:** No fever and no chills.
**Head symptoms:** No headache.
**Cardiovascular symptoms:** No chest pain or discomfort.
**Pulmonary symptoms:** No cough.
**Gastrointestinal symptoms:** No nausea, no vomiting, no abdominal pain, no diarrhea, and no constipation.

**A/P** Written by TREVEN,LAUREN A @ 06 Mar 2012 1524 CDT
**1. visit for: occupational health / fitness exam***(PERIODIC PREVENTION EXAMINATION)*: Annual TB risk assessment
completed with responses determined to be minimal risk.  No further testing recommended.  See NAVMED 6224/8.
Record review completed.  Reviewed deployment health history and individual medical readiness.  Counseling on avoidable health
risk factors and screening per clinical preventive service guidelines provided.
Member completed Fleet and Marine Corps Health Risk Assessment.  Counseled on identified risks.

Counseled on lab results for PHA and discussed at length ways to improve through lifestyle changes; exercise, weight
management, supplements and better nutrition.  Teaching materials given.  Encouraged follow-up with PCM for any health problems
or concerns as needed.
Medically fit for full duty.
PHA complete

**Disposition** Written by TREVEN,LAUREN A @ 06 Mar 2012 1524 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM.

**Signed By  TREVEN, LAUREN A** (Physician Assistant, Deployment Health Clinic) @ 06 Mar 2012 1524

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

## *02 Nov 2011 at NH Pensacola FL, Corry MHP by GRIMM, CHRISTOPHER T*

Encounter ID:    PENS-4417339    Primary Dx:    Vaccines Prophylactic Need Against Influenza

Patient: **MERWIN, DANIEL DENNIS**    Date: **02 Nov 2011 1101 CST**    Appt Type: **WELL**
Treatment Facility: **NBHC NTTC**    Clinic: **CORRY MED HOME CLINIC**    Provider: **GRIMM,CHRISTOPHER TODD**
Pensacola
Patient Status: **Outpatient**

**Reason for Appointment:**  flu SHOT

**Vitals**
**Vitals** Written by STANDLEY,CHAD J @ 02 Nov 2011 1424 CDT

`Comments:` N/A

**SO Note** Written by STANDLEY,CHAD J @ 02 Nov 2011 1424 CST
**History of present illness**
     The Patient is a 26 year old male.
Barriers to learning were identified as:  None.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
**Current medication**
See med list.
**Past medical/surgical history**
**Reported History:**
     Reported medications: No medication history including current prescription medications; over-the-counter medications;
          nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
     . Taking medication and no contraindications to live vaccine were noted on medication reconciliation.
     .
**Physical findings**
Patient monitored 15 minutes for adverse reaction/complications.
**Counseling/Education**
Education appropriate to the patient's needs was provided regarding the care/treatment/services provided.  The patient or guardian
voiced understanding and all questions were answered.
 Appropriate Vaccine Information Statements were given.  Patient was identified using two forms of identification (name and prefix
and sponsor's social security number)
Pain control was discussed.
 The patient or guardian was instructed to wait for 15 minutes in the waiting room after vaccines were administered.
.

**A/P** Last Updated by STANDLEY,CHAD J @ 02 Nov 2011 1425 CST
**1. Vaccines Prophylactic Need Against Influenza**
          Procedure(s):          -Immunization Administration One Vaccine x 1
                                        -Influenza Split Virus Vacc Age 3+ Years IM Preservative Free x 1

**Disposition** Last Updated by STANDLEY,CHAD J @ 02 Nov 2011 1425 CST
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY MED HOME CLINIC clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  GRIMM, CHRISTOPHER T** (Physician/Workstation) @ 02 Nov 2011 1518

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *07 Oct 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D*

Encounter ID:    PENS-4182237    Primary Dx:    POSTSURGICAL STATE OF EYE AND
ADNEXA

Patient: **MERWIN, DANIEL DENNIS**    Date: **07 Oct 2011 0800 CDT**    Appt Type: **EST**
Treatment Facility: **NH Pensacola**    Clinic: **Ophthalmology Clinic**    Provider: **ROPP, CORBY D**
Patient Status: **Outpatient**

**Reason for Appointment:**

**A/P** Last Updated by ROPP, CORBY D @ 07 Oct 2011 0836 CDT
**1. Postsurgical state of eye and adnexa**
      Procedure(s):    -Ophthalmological Prior Patient Start Comprehensive Care x 1
                         -Determination Of Refractive State x 1
**2. Aftercare Following Surgery Of Sense Organs**

**Disposition** Last Updated by ROPP, CORBY D @ 07 Oct 2011 0836 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

**Signed By  ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 07 Oct 2011 0836

**Note** Written by CEPEDA,SERGIO JAVIER @ 10 Oct 2011 0517 CDT
**(Added after encounter was signed.)**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 847**
AR 2834

**Medical Record**

Merwin, Daniel Dennis          DOB:       1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

## USAF REFRACTIVE SURGERY (USAF-RS) POST-OP FORM

This form and other USAF-RS Tools are available on AF Knowledge Exchange (DotMil)  https://kx.afms.mil/USAF-RS
or Public Access  http://airforcemedicine.afms.mil/USAF-RS

Examination Date: 7oct 2o11

### PATIENT INFORMATION

| Last Name  MERWIN | First Name  Daniel | M  D |
|---|---|---|
| Grade / Rank  Pvt | SSN (Last 4)  24 BR | Management Group ☐ AASD ☐ Warfighter |

### SURGERY INFORMATION

| RS Treatment Location  Keesler | | Post-Op Visit |
|---|---|---|
| RS Treatment  OD  OS  PRK | Surgery Date  OD  m4r 11  OS  m4r 11 | Post-Op Time  OD ___ weeks  6 months  OS ___ weeks  6 months |

### SUBJECTIVE INFORMATION

Chief Complaint / Interval History  PRK

(1) Retro bulbar HA ?
computer use

Post-Op Medication (If currently using, indicate name and dosage)
| | OD OS | |
|---|---|---|
| ☐☐ | Steroid | |
| ☐☐ | IOP Control | |
| ☒☐ | Artificial Tear  PRN | |
| ☐☐ | Other  Rasula's | |

| SYMPTOMS | NONE OD OS | MILD OD OS | MOD OD OS | SEVERE OD OS |
|---|---|---|---|---|
| Glare / Halo | ☐☐ | ☐☐ | ☐☐ | ☐☐ |
| Ghosting/Diplopia | ☐☐ | ☐☐ | ☐☐ | ☐☐ |
| Hazy / Foggy Vision | ☐☐ | ☐☐ | ☐☐ | ☐☐ |
| Reduced Night Vision | ☐☐ | ☐☐ | ☐☐ | ☐☐ |
| Dry Eye Discomfort | AM | ☐☐ | ☒☒ | ☐☐ |
| Other: | ☐☒ | ☐☐ | ☐☐ | ☐☐ |

Post-Op Complications
| | OD OS | | OD OS |
|---|---|---|---|
| Corneal Erosion | ☐☐ | Diffuse Lamellar Keratitis | ☐☐ |
| Corneal Infiltrate/Ulcer | ☐☐ | Irregular Flap (red/wrinkle/stria) | ☐☐ |
| Haze (+/Haze) | ☐☐ | Displaced Flap (incomplete/partial) | ☐☐ |
| IOP>21mmHg by TA | ☐☐ | Epithelial Ingrowth | ☐☐ |
| BCVA <20/25 | ☐☐ | Other  dels | ☐☐ |

Post-Op Use of Optical Correction  ☒ None  ☐ Distance Only  ☐ Near Only  ☐ Both Distance & Near
Specs  ☐ 0%  ☐ <25%  ☐ 26-50%  ☐ 51-75%  ☐ >75%   CLs ☐ 0%  ☐ <25%  ☐ 26-50%  ☐ 51-75%  ☐ >75%

### OBJECTIVE INFORMATION

| | Uncorrected DVA | NVA | Manifest Refraction to BEST Visual Acuity | | | ADD |
|---|---|---|---|---|---|---|
| OD | 20/15+ | 20/20 | pl | - 0.25 x 015 | 20/ 15 + | 20/ |
| OS | 20/15 | 20/20 | pl. | - 0.0  x — | 20/ 15 + | 20/ |

***AASD ONLY***  UNCORRECTED VISUAL ACUITY   BEST-CORRECTED MANIFEST VISUAL ACUITY

Visual Acuity is calculated from the total number of letters correctly identified. Encourage patient to identify as many letters as possible.

| | OD | | OS | |
|---|---|---|---|---|
| | PV (High Contrast) | PV (High Contrast) | PV (High Contrast) | PV (High Contrast) |
| | # letters  20/xx | # letters  20/xx | # letters  20/xx | # letters  20/xx |
| | 20/ | 20/ | 20/ | 20/ |
| | OD | | OS | |
| | PV (5% Contrast) | PV (5% Contrast) | PV (5% Contrast) | PV (5% Contrast) |
| | # letters  20/xx | # letters  20/xx | # letters  20/xx | # letters  20/xx |
| | 20/ | 20/ | 20/ | 20/ |
| | PV Chart to  Patient  Distance  in meters  Typical | 4 | PV Chart to  Patient  Distance  in meters  Typical | 4 | PV OM4 to  Patient  Distance  in meters  Typical | 4 | Patient  Distance  in meters  Typical | 4 |

If aeromedical waiver is being considered, cycloplegic refraction and dilated fundus exam (DFE) are required. At least, one post-DFE evaluation must be included with the aeromedical summary requesting WAIVCON waiver.

☐ Cyclopentolate 1%  Drop 1 @ ___  Drop 2 @ ___

Cycloplegic Refraction to BEST Visual Acuity
| | | | | |
|---|---|---|---|---|
| OD | — | x | 20/ |
| OS | — | x | 20/ |

**MERWIN, DANIEL DENNIS**
20,
7 Oct 2011, 0721

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538        Created: 16 Aug 2017

| Exam Date | Last Name | First Name | M | Last 4 |
|---|---|---|---|---|

### SLIT LAMP EXAM

| OD | NL | ABNL | FINDINGS | OS | NL | ABNL | FINDINGS |
|---|---|---|---|---|---|---|---|
| Lids / Lashes / Lac | ☐ | ☐ | | Lids / Lashes / Lac | ☐ | ☐ | |
| Conjunctiva | ☐ | ☐ | | Conjunctiva | ☐ | ☐ | |
| Cornea | ☐ | ☐ | | Cornea | ☐ | ☐ | |
| Haze ☑0 ☐1 ☐2 ☐3 ☐4 | | | | Haze ☑0 ☐1 ☐2 ☐3 ☐4 | | | |
| A/C | ☐ | ☐ | | A/C | ☐ | ☐ | |
| Iris | ☐ | ☐ | | Iris | ☐ | ☐ | |
| Lens | ☐ | ☐ | | Lens | ☐ | ☐ | |
| IOP | mmHg | | Must be Tx while on steroid eyedrops | IOP | mmHg | | Must be Tx while on steroid eyedrops |

| TOPOGRAPHY | OD | OS | Comments |
|---|---|---|---|
| Not Performed | | | |
| Normal | | | |
| Abnormal | | | |

| FUNDUS | OD | OS | Comments |
|---|---|---|---|
| Not Performed | | | |
| DFE | | | |
| Non-DFE | | | |
| Normal | | | |
| Abnormal | | | |

### IMPRESSION / PLAN

A) L no post-op.
   mild DES
   c migraine Sx.

P) ↑ Refresh em.
   Try OTC migraine Rx → F/u c
                                 PCM.
                             F/u bm
                          w/ Surgeon
                             PRN

| Eye Care Provider RECOMMENDATION | Aviator Meets AF Flight Vision Standards | ☐ Yes ☐ No ☐ Full Duty ☐ Restricted |
|---|---|---|
| | Warfighter Meets AF Duty Vision Standards | ☑ Yes ☐ No ☑ Full Duty ☐ Restricted |

| Eye Care Provider | SR O'Connell, MD |
|---|---|
| Rank/Name | CAPT MC USN |
| Base | Naval Hospital Pensacola |
| DSN | FAX |
| E-mail | stephen.oconnell@med.navy.mil |

Flight Surgeon Stamp/Signature

_[signature]_ C. Ryan

LCDR [illegible]
USN

USAF-RS Post-Op, 20060603

**MERWIN, DANIEL DENNIS**
20.████████
7 Oct 2011, 0721

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *27 Jul 2011 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P*

Encounter ID:     PENS-3154362        Primary Dx:        FOLLICULITIS

Patient: **MERWIN, DANIEL D**          Date: **27 Jul 2011 0845 CDT**          Appt Type: **EST$**
Treatment Facility: **NH Pensacola**       Clinic: **DERMATOLOGY CLINIC**       Provider: **BRUMWELL,ERIC**
Patient Status: **Outpatient**

**Reason for Appointment:**  f/u skin check

**AutoCites** Refreshed by BRUMWELL,ERIC @ 27 Jul 2011 0851 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

Problems Chronic:
• Asthma
• Postsurgical state of eye and adnexa
• Dyspnea
• Skin neoplasm of uncertain behavior
• Removal of sutures
• Extrinsic asthma
• Folliculitis
• Rosacea
• Lattice peripheral retinal degeneration
• Myopia
• Allergic rhinitis
• Visit for: occupational health/fitness
  exam
• Parent education about immunizations
• Visit for: military services physical
• Exposure to venereal disease
• Visit for: administrative purposes
• Inquiry and counseling about
  contraceptive practices

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Polyvinyl Alcohol + Povidone, (Refresh), Solution, Ophthalmic | Active | INSTILL 1 DROP IN EACH EYE EVERY 5 TO 10 MINUTES AS NEEDED X 5 DAYS, THEN AS NEEDED | 5 of 6 | 04 May 2011 |
| Cyclosporine 0.05%, Emulsion, Ophthalmic | Active | INS 1 GTT OU BID UD RF3 | #2 3 of 3 | 14 Apr 2011 |
| Moxifloxacin Hydrochloride 0.5%, Solution, Ophthalmic | Active | INS 1 G OU QID X 7 DAYS #1 RF1 | 1 of 1 | 14 Apr 2011 |
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |

**Vitals**
**Vitals** Written by CONLEY,KARLA E @ 27 Jul 2011 0842 CDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis       DOB: ███  1985  SSN: ***-**-███       DoD ID: 1286180538       Created: 16 Aug 2017

Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by BRUMWELL,ERIC @ 27 Jul 2011 0852 CDT
**Chief complaint**
The Chief Complaint is: F/U PHOT OR HEAT INDUCED FOLLICULITIS-- PT HAD PROBLEM LAST YEAR AND RECENTLY HAD RECURRENCE 2 WEEKS AGO AFTER WORKING IN YARD--TNTC SMALL PUSTULES ON FACE/NECK AND UPPER BACK THAT LASTED A FEW SAYS THEN WENT AWAY--NO TOPICALS USED OTHER THAN VASELINE LOTION, NO MEDS TAKEN.
**Reason for Visit**
　　Visit for: screening for dermatological disorders.
**Referred here**
From Primary Care.
**History of present illness**
　　The Patient is a 26 year old male.
　　He reported: Military service.
　　Concerns about cosmetic appearance.
**Allergies**
　　An allergy to drugs.
**Current medication**
current medication [Use for free text].
**Past medical/surgical history**
**Reported History:**
　　Reviewed.
　　Reported medications: Taking medication MEDICINE RECONCILIATION PERFORMED.
**Review of systems**
**Systemic symptoms:** No systemic symptoms and not feeling tired (fatigue).  No chills.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Physical findings**
**Vital signs:**
　　• Pain level (0-10) 0.
**Neurological:**
　　Speech: ° Normal.
**Psychiatric Exam:**
　　Affect: ° Congruent with the mood.
**Skin:**
　　° Normal except as noted EXAM ESSENTIALLY NORMAL--NO ACTIVE SKIN DISEASE.  ° No lesions on the scalp.  ° No lesions on the ear.  ° No lesions on the face.  ° No lesions on the neck.  ° No lesions on the shoulders.  ° No lesions on the upper extremities.

**A/P** Written by BRUMWELL,ERIC @ 27 Jul 2011 0857 CDT
**1. FOLLICULITIS:** PREVIOUSLY BIOPSY AND DIAGNOSIS C/W PITYROSPORUM FOLLICULITIS HOWEVER HISTORY SEEMS MUCH BETTER FOR MILIARIA

ADVISED PT TO START TOPICAL KETOCONAZOLE AGAIN FOR PITYROSPORUM AND WILL ADD LAC HYDRIN AND CLINDA TOPICALLY TO TREAT CONCURRENTLY FOR MILIARIA AND BACTERIAL FOLLICULITIS.  ADVISED PT TO WEAR LOOSE SUN PROTEXCTIVE CLOTHING AND TO COOL OFF IMMEDIATELY AFTER HOT ACTIVITY

WILL F/U W/ NEXT EPISODE FOR REPEAT BIOPSY/CULTURE WHEN ABLE

|  |  |
|---|---|
| Medication(s): | -AMMONIUM LACTATE--TOP 12% LOTN - AAA TRUNK AND NECK DAILY #2 RF4 Qt: 2 Rf: 4 |
|  | -CLINDAMYCIN--TOP 1% SOLN - APPLY TO UPPER TRUNK AND NECK DAILY-- THIS IS THE ANTIBIOTIC #2 RF3 Qt: 2 Rf: 3 |
| Patient Instruction(s): | -Anticipatory Guidance: Outdoor Safety Avoiding Sun Exposure |
|  | -Avoid Exposure Bright Sunlight |
|  | -Education And Counseling |
|  | -Instructions For Patient |

**Disposition** Written by BRUMWELL,ERIC @ 27 Jul 2011 0857 CDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Parent who indicated understanding.

**Signed By  BRUMWELL, ERIC** (Department Head/Staff Physician, Dermatology Clinic, Naval Hospital Pensacola) @ 27 Jul 2011 0858

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

**CHANGE HISTORY**
*The following SO Note Was Overwritten by BRUMWELL,ERIC @ 27 Jul 2011 0852 CDT:*
**SO Note** Written by CONLEY,KARLA E @ 27 Jul 2011 0843 CDT
**Chief complaint**
The Chief Complaint is: F/u skin check.
**Current medication**
current medication [Use for free text].

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*26 Jul 2011 at NH Pensacola FL, Pulmonary Disease Clinic by LEWIS, CHRISTOPHER T*

Encounter ID:    PENS-3141764        Primary Dx:        ASTHMA

Patient: **MERWIN, DANIEL D**        Date: **26 Jul 2011 1100 CDT**        Appt Type: **EST**
Treatment Facility: **NH Pensacola**        Clinic: **PULMONARY DISEASE CLINIC**        Provider: **LEWIS,CHRISTOPHER T**
Patient Status: **Outpatient**

**Reason for Appointment:** PULM/LAB RESULTS/MEDS/20MIN
**Appointment Comments:**
CAC BD

**Screening** Written by CURRY,JEREMY T @ 26 Jul 2011 1104 CDT
**Reason For Appointment:** PULM/LAB RESULTS/MEDS/20MIN

Allergen information verified by CURRY, JEREMY T @ 26 Jul 2011 1103 CDT


**Vitals**
**Vitals** Written by CURRY,JEREMY T @ 26 Jul 2011 1104 CDT
    BP: 104/64, HR: 72, RR: 16, T: 98.0 °F, HT: 68 in, WT: 150 lbs, SpO$_2$: 96%, BMI: 22.81,
    BSA: 1.809 square meters, Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free


**SO Note** Written by LEWIS,CHRISTOPHER T @ 26 Jul 2011 1127 CDT
**Chief complaint**
The Chief Complaint is: Follow up PFTs.
**History of present illness**
    The Patient is a 26 year old male.
    He reported: Feeling fine, Excellent, Very Good or Good.

 Pain Severity  0 / 10.

Pt is a 26 yo male who presents for follow up of pulmonary function tests.  He was last seen in March 2011.  Since that time he has
done well.  He exercises regularly without difficulty.  He will have occassional chest tightness when around cats, but other wise is
assymptomatic.  He presents today for routine follow up.
Patient feels safe at home.
**Allergies**
Current Allergies Reviewed.
**Current medication**
Advair diskus prn.
**Past medical/surgical history**
**Reported History:**
    Past medical history Past Medical History:
    1) childhood asthma
    2) allergies.
**Personal history**
-Tob: none
-EtOH: none.
Behavioral history: No tobacco use in the last 10 years.
Alcohol: Not using alcohol  Screening Date:
History ANNUAL SCREENING DATE:

What is Your Preferred Method of Learning?                         [ x ] Verbal      [ ] Written     [ ] Visual      [ ] Other
    (Specify):
Learning Disability, Language or Learning Barriers?                     [ ] Yes        [ x ] No
Advanced Directives Completed?                                 [ ] Yes        [ x ] No
Do you have any cultural or religious beliefs that may affect your care?     [ ] Yes        [ x ] No
Are you enrolled in EFMP?                                     [ ] Yes        [ x ] No
Contact Info:
**Review of systems**
**Systemic symptoms:** Not feeling tired or poorly, not tiring easily, and no lethargy.  No fever and no chills.
**Head symptoms:** No sinus pain.
**Pulmonary symptoms:** No dyspnea, no cough, and no wheezing.
**Physical findings**
**Vital signs:**
    ° Current vital signs reviewed.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 16 Aug 2017

**General appearance:**
    ° Well-appearing.  ° Awake.  ° Alert.  ° In no acute distress.
**Tests**
**Laboratory studies:**
Pulmonary Function Tests:
    Pulmonary function tests were performed on 17MAR11 and revealed normal spirometry, very mild decrease in TLC, and a normal DLCO.  Following the administration of 16mg/ml of methacholine there was a significant decrease in FEV1 consistent with a positive methacholine challenge.


**A/P** Written by LEWIS,CHRISTOPHER T @ 26 Jul 2011 1135 CDT
**1. ASTHMA**(*ASTHMA, UNSPECIFIED, MILD*): Pt with a symptom complex and positive high dose methacholine challenge test consistent with mild intermittent asthma.  HIs symptoms are confined to allergen exposure, particularly to cats.  Given the mild intermittent nature of his disease, he does not require a controller medicine, and will be treated with prn albuterol alone.  He was counseled on allergen avoidance.  No further workup is required.  He is FIT FOR FULL DUTY WITHOUT RESTRICTIONS, and FIT FOR WORLD WIDE DEPLOYMENT WITHOUT RESTRICTIONS.  Follow up in 6 months.


**Disposition** Written by LEWIS,CHRISTOPHER T @ 26 Jul 2011 1135 CDT
**Released w/o Limitations**


**Signed By  LEWIS, CHRISTOPHER T** (Physician, NH Pensacola FL) @ 26 Jul 2011 1135

**CHANGE HISTORY**
*The following SO Note Was Overwritten by LEWIS,CHRISTOPHER T @ 26 Jul 2011 1127 CDT:*
**SO Note** Written by CURRY,JEREMY T @ 26 Jul 2011 1105 CDT
**History of present illness**
    The Patient is a 26 year old male.
    He reported: Feeling fine, Excellent, Very Good or Good.


 Pain Severity  0  / 10.
Patient feels safe at home.
**Allergies**
Current Allergies Reviewed.
**Current medication**
Advair diskus.
**Personal history**
Behavioral history: No tobacco use in the last 10 years.
Alcohol: Not using alcohol  Screening Date:
History ANNUAL SCREENING DATE:

What is Your Preferred Method of Learning?                              [ x ] Verbal     [ ] Written     [ ] Visual     [ ] Other (Specify):
Learning Disability, Language or Learning Barriers?                    [ ] Yes          [ x ] No
Advanced Directives Completed?                                        [ ] Yes          [ x ] No
Do you have any cultural or religious beliefs that may affect your care?    [ ] Yes          [ x ] No
Are you enrolled in EFMP?                                             [ ] Yes          [ x ] No
Contact Info:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

## *06 Jun 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D*

| Encounter ID: | PENS-2275325 | Primary Dx: | POSTSURGICAL STATE OF EYE AND ADNEXA |

Patient: **MERWIN, DANIEL D**
Treatment Facility: **NH Pensacola**
Patient Status: **Outpatient**

Date: **06 Jun 2011 0815 CDT**
Clinic: **OPHTHALMOLOGY CLINIC**

Appt Type: **EST**
Provider: **ROPP,CORBY D**

**Reason for Appointment:** prk f/u
**Appointment Comments:**
sjc

**AutoCites** Refreshed by ROPP,CORBY D @ 06 Jun 2011 0822 CDT

| **Problems** | **Family History** | **Allergies** |
| Chronic: | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

**Problems**
**Chronic:**
• Postsurgical state of eye and adnexa
• Dyspnea
• Skin neoplasm of uncertain behavior
• Removal of sutures
• Extrinsic asthma
• Folliculitis
• Rosacea
• Lattice peripheral retinal degeneration
• Myopia
• Allergic rhinitis
• Visit for: occupational health/fitness
   exam
• Parent education about immunizations
• Visit for: military services physical
• Exposure to venereal disease
• Visit for: administrative purposes
• Inquiry and counseling about
   contraceptive practices

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Polyvinyl Alcohol + Povidone, (Refresh), Solution, Ophthalmic | Active | INSTILL 1 DROP IN EACH EYE EVERY 5 TO 10 MINUTES AS NEEDED X 5 DAYS, THEN AS NEEDED | 5 of 6 | 04 May 2011 |
| Cyclosporine 0.05%, Emulsion, Ophthalmic | Active | INS 1 GTT OU BID UD #2 RF3 | 3 of 3 | 14 Apr 2011 |
| Moxifloxacin Hydrochloride 0.5%, Solution, Ophthalmic | Active | INS 1 G OU QID X 7 DAYS #1 RF1 | 1 of 1 | 14 Apr 2011 |
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS | 6 of 6 | 20 Jul 2010 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

NO SOAP) #2 RF6

**A/P** Written by ROPP,CORBY D @ 06 Jun 2011 0829 CDT
**1. Postsurgical state of eye and adnexa**
        Procedure(s):              -Postoperative Visit, Without Charge x 1
**2. Aftercare Following Surgery Of Sense Organs**

**Disposition** Written by ROPP,CORBY D @ 06 Jun 2011 0829 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

**Signed By  ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 06 Jun 2011 0829

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

## *06 Jun 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D*

Encounter ID:      PENS-2273083          Primary Dx:      POSTSURGICAL STATE OF EYE AND
                                                           ADNEXA

Patient: **MERWIN, DANIEL D**           Date: **06 Jun 2011 0757 CDT**          Appt Type: **EST**
Treatment Facility: **NH Pensacola**    Clinic: **Ophthalmology Clinic**       Provider: **ROPP, CORBY D**
Patient Status: **Outpatient**

**Reason for Appointment:**

**A/P** Last Updated by ROPP, CORBY D @ 06 Jun 2011 1243 CDT
**1. Postsurgical state of eye and adnexa**
         Procedure(s):          -Postoperative Visit, Without Charge x 1
**2. Aftercare Following Surgery Of Sense Organs**

**Disposition** Last Updated by ROPP, CORBY D @ 06 Jun 2011 1243 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

---

**Signed By  ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 06 Jun 2011 1243

---

**Note** Written by CEPEDA,SERGIO JAVIER @ 07 Jun 2011 1305 CDT
**(Added after encounter was signed.)**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: [REDACTED] 1985  SSN: ***-**-[REDACTED]    DoD ID: 1286180538    Created: 16 Aug 2017

## USAF REFRACTIVE SURGERY (USAF-RS) POST-OP FORM

This form and other USAF-RS Tools are available on AF Knowledge Exchange (DoDMil)  https://kx.afms.mil/USAF-RS
or Public Access    http://airforcemedicine.afms.mil/USAF-RS

Examination Date: 6 Jun 11

### PATIENT INFORMATION

| Last Name | Merwin | First Name | Daniel | MI |
| Grade / Rank | Po* | SSN (Last 4) | 2985 | Management Group | AASD | Warfighter |

### SURGERY INFORMATION

| RS Treatment Location | Keesler | Post-Op Visit | | |
| RS Treatment | OD | Surgery Date | OD | Apr | Post-Op Time | OD | weeks | months |
| | OS | | OS | Apr | | OS | weeks | months |

### SUBJECTIVE INFORMATION

Chief Complaint / Interval History: PRK

Dry eye sx.

OD OS
☐☐ Steroid
☐☐ IOP Control
☒☒ Artificial Tear — tears.s  Refresh
☐☐ Other

Post-Op Medication
If currently using, indicate name and dosage

| SYMPTOMS | NONE | MILD | MOD | SEVERE |
| | OD OS | OD OS | OD OS | OD OS |
| Glare / Halo | | | | |
| Ghosting/Diplopia | | | | |
| Hazy / Foggy Vision | | | | |
| Reduced Night Vision | | | | |
| Dry Eye Discomfort | | | ☑ | |
| Other: | | | | |

Post-Op Complications

OD OS
Corneal Erosion
Corneal Infiltrate/Scar
Haze (Visible)
IOP >25mmHg by TA
BCVA <20/25

OD OS
Diffuse Lamellar Keratitis
Irregular Flap (folds/microstriae)
Displaced Flap (incomplete/partial)
Epithelial Ingrowth
Other

### Post-Op Use of Optical Correction
☐ None  ☐ Distance Only  ☐ Near Only  ☐ Both Distance & Near
Specs ☐ 0% ☐ <25% ☐ 26-50% ☐ 51-75% ☐ >75%  CL's ☐ 0% ☐ <25% ☐ 26-50% ☐ 51-75% ☐ >75%

### OBJECTIVE INFORMATION

| | Uncorrected DVA | NVA | Manifest Refraction to BEST Visual Acuity | | | ADD |
| OD | 20/X -1 | 20/20 | OD +0.50 | -0.25 x 010 | 20/ | + 20/ |
| OS | 20/15 | 20/20 | OS +0.50 | -0.50 x 175 | 20/ | + 20/ |

**RASD ONLY** UNCORRECTED VISUAL ACUITY    BEST-CORRECTED MANIFEST VISUAL ACUITY

[faded illegible chart showing 20/ measurements]

☐ Check Here for Cycloplegic Refraction to BEST Visual Acuity

MERWIN, DANIEL D
20/[REDACTED]
6 Jun 2011, 0724



C. 2011
LLEC Bc used.

**Medical Record**

Merwin, Daniel Dennis     DOB: ▮▮ 1985  SSN: ***-**-▮▮     DoD ID: 1286180538     Created: 16 Aug 2017

| Exam Date | Last Name | First Name | MI | Last 4 |
|---|---|---|---|---|

**SLIT LAMP EXAM**

| OD | NL | ABNL | FINDINGS | OS | NL | ABNL | FINDINGS |
|---|---|---|---|---|---|---|---|
| Lids / Lashes / Lac | ☑ | ☐ | | Lids / Lashes / Lac | ☑ | ☐ | |
| Conjunctiva | ☑ | ☐ | | Conjunctiva | ☑ | ☐ | |
| Cornea | ☑ | ☐ | | Cornea | ☑ | ☐ | |
| Haze ☑0 ☐1 ☐2 ☐3 ☐4 | | | | Haze ☑0 ☐1 ☐2 ☐3 ☐4 | | | |
| A/C | ☑ | ☐ | | A/C | ☑ | ☐ | |
| Iris | ☑ | ☐ | | Iris | ☑ | ☐ | |
| Lens | ☑ | ☐ | | Lens | ☑ | ☐ | |
| IOP | / ○ mmHg | Must be Tx while on steroid eyedrops | | IOP | / ○ mmHg | Must be Tx while on steroid eyedrops | |

| TOPOGRAPHY | OD | OS | Comments |
|---|---|---|---|
| Not Performed | ☑ | ☑ | |
| Normal | ☐ | ☐ | |
| Abnormal | ☐ | ☐ | |

**IMPRESSION / PLAN**

A.) On target = expected
    Dry Eye Sx.

P.) CPM.
    Continue U.V. protection
    FU 3 mo for 3 mo.

| FUNDUS | OD | OS | Comments |
|---|---|---|---|
| Not Performed | ☑ | ☑ | |
| DFE | ☐ | ☐ | |
| Non-DFE | ☐ | ☐ | |
| Normal | ☐ | ☐ | |
| Abnormal | ☐ | ☐ | |

| Eye Care Provider | Aviator Meets AF Flight Vision Standards | ☐ Yes ☐ No ☐ Full Duty ☐ Restricted |
|---|---|---|
| RECOMMENDATION | Warfighter Meets AF Duty Vision Standards | ☐ Yes ☐ No ☐ Full Duty ☐ Restricted |

| Eye Care Provider | SR O'Connell, MD |
|---|---|
| Rank/Name | CAPT MC USN |
| Base | Naval Hospital Pensacola |
| DSN | FAX |
| E-mail | stephen.oconnell@med.navy.mil |

**Flight Surgeon Stamp/Signature**

C. ○○P
Line on w

USAF-RS Post-Op, 20060603

**MERWIN, DANIEL D**
20,▮▮▮▮
6 Jun 2011, 0724

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *04 May 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D*

Encounter ID:    PENS-1912953    Primary Dx:    SUPERFICIAL INJURY - ABRASION OF CORNEA

Patient: **MERWIN, DANIEL D**    Date: **04 May 2011 0817 CDT**    Appt Type: **EST**
Treatment Facility: **NH Pensacola**    Clinic: **OPHTHALMOLOGY CLINIC**    Provider: **ROPP,CORBY D**
Patient Status: **Outpatient**

**Reason for Appointment:** prk f/u

**A/P** Last Updated by ROPP,CORBY D @ 04 May 2011 0859 CDT
**1. SUPERFICIAL INJURY - ABRASION OF CORNEA**
      Procedure(s):    -Ophthalmological Prior Patient Start Comprehensive Care x 1

**Disposition** Last Updated by ROPP,CORBY D @ 04 May 2011 0900 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

**Signed By  ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 04 May 2011 0900

**Note** Written by CEPEDA,SERGIO JAVIER @ 04 May 2011 1053 CDT
**(Added after encounter was signed.)**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

---

## USAF REFRACTIVE SURGERY (USAF-RS) POST-OP FORM

This form and other USAF-RS Tools are available on AF Knowledge Exchange (DoMil)   https://kx.afms.mil/USAF-RS

Examination Date: *May 4, 11*     or Public Access   http://airforcemedicine.afms.mil/USAF-RS

### PATIENT INFORMATION

| Last Name | Merwin | First Name | Daniel | M [ ] O |
| Grade / Rank | E-2 | SSN (Last 4) | 2484 | Management Group | AASD | Warfighter |

### SURGERY INFORMATION

| RS Treatment Location | | | Post-Op Visit | |
| RS Treatment | OD | Surgery Date | OD | в Ади | Post-Op Time | OD | 2 weeks | months |
| | OS | | OS | в Ади | | OS | 2 weeks | months |

### SUBJECTIVE INFORMATION

Chief Complaint / Interval History

*streaks by day left eye scratched - last night 10 p.m. ~ 10/10 pain 5/10 now*

| SYMPTOMS | NONE | MILD | MOD | SEVERE |
| | OD OS | OD OS | OD OS | OD OS |
| Glare / Halo | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| Ghosting/Diplopia | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| Hazy / Foggy Vision | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| Reduced Night Vision | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| Dry Eye Discomfort | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| Other: | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |

Post-Op Medication

OD OS
☑ ☐ Steroid   *Fml BID*
☐ ☐ IOP Control
☑ ☐ Artificial Tear   *Refresh PMs*
☑ ☐ Other   *Besivance BID, Nevanac PMs*

Post-Op Complications

| | OD OS | | OD OS |
| Corneal Erosion | ☐ ☐ | Diffuse Lamellar Keratitis | ☐ ☐ |
| Corneal Infiltrate/Ulcer | ☐ ☐ | Irregular Flap (Intraoperative) | ☐ ☐ |
| Haze (+/Hstaze) | ☐ ☐ | Displaced Flap (Intraoperative) | ☐ ☐ |
| IOP >20mmhg by TA | ☐ ☐ | Epithelial Ingrowth | ☐ ☐ |
| BCVA <20/25 | ☐ ☐ | Other | ☐ ☐ |

Post-Op Use of Optical Correction     ☐ None     ☐ Distance Only     ☐ Near Only     ☐ Both Distance & Near

Specs: ☐ 0%  ☐ <25%  ☐ 26-50%  ☐ 51-75%  ☐ >75%     CL's: ☐ 0%  ☐ <25%  ☐ 26-50%  ☐ 51-75%  ☐ >75%

### OBJECTIVE INFORMATION

| Uncorrected DVA | NVA | Manifest Refraction to BEST Visual Acuity | ADD |
| OD  20/ 30 | | OD +2.00 - 0.50 X 1160 | + 20/ |
| OS  20/ 30 | 20/ | OS +1.25 - 0.75 X 035 | + 20/ |

**AASD ONLY: UNCORRECTED VISUAL ACUITY     BEST CORRECTED MANIFEST VISUAL ACUITY**



MERWIN, DANIEL D
20/███████
4 May 2011, 0818

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**



MERWIN, DANIEL D
20/████
4 May 2011, 0818

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐☐☐ 1985  SSN: ***-**-☐☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *26 Apr 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D*

Encounter ID:    PENS-1783025          Primary Dx:        Aftercare Following Surgery Of Sense
                                                          Organs

Patient: **MERWIN, DANIEL D**              Date: **26 Apr 2011 0755 CDT**        Appt Type: **EST**
Treatment Facility: **NH Pensacola**        Clinic: **OPHTHALMOLOGY CLINIC**      Provider: **ROPP,CORBY D**
Patient Status: **Outpatient**

**Reason for Appointment:**  1 WEEK PRK F/U

**A/P** Last Updated by ROPP,CORBY D @ 26 Apr 2011 0819 CDT
**1. Aftercare following surgery of the sense organs**
        Procedure(s):          -Postoperative Visit, Without Charge x 1
**2. Postsurgical state of eye and adnexa**

**Disposition** Last Updated by ROPP,CORBY D @ 26 Apr 2011 0819 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

**Signed By  ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 26 Apr 2011 0820

**Note** Written by CEPEDA,SERGIO JAVIER @ 26 Apr 2011 1518 CDT
**(Added after encounter was signed.)**

| Merwin, Daniel Dennis | DOB: ☐☐☐ 1985  SSN: ***-**-☐☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 863**
AR 2850

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 16 Aug 2017

## Keesler Post Operative Form

| SURGERY DATE: 21 APR 11 | POD _1_ Date: | | POD _5_ Date: 26 APR 11 | |
|---|---|---|---|---|
| UCVA ☞ PH | OD 20/ | OS 20/ | OD 20/ 50+2 | OS 20/ 30 |
| CHIEF COMPLAINT | | | 1 week PRK F/U Blurriness OD | |
| Pain 0—10 (0 = None) | | | Φ + 10 | |
| **MEDICATIONS** | | | | |
| Acular 4xDay Nevanac | Yes | No | Yes | No | ✓ Yes | No | ✓ Yes | No |
| Vigamox / Zymar 4xDay | Yes | No | Yes | No | ✓ Yes | No | ✓ Yes | No |
| PF 1% (✓ FML) | | | QID | |
| Artificial Tears | | | refresh Q30min PRN | |
| Motrin | | | BID | |
| Percocet | | | Φ | |
| Phenergan | | | Φ | |
| Other: | | | Restasis BID | |
| **SLE**  Lid Edema | | | Φ | Φ |
| Conj. Injection | | | Φ | Φ |
| Cornea | Re - Epithelialized ☐1/4 ☐1/2 ☐3/4 ☐Full | Re - Epithelialized ☐1/4 ☐1/2 ☐3/4 ☐Full | Re - Epithelialized ☐1/4 ☐1/2 ☐3/4 ☒Full | Re - Epithelialized ☐1/4 ☐1/2 ☐3/4 ☒Full |
| Edema | | | Φ | Φ |
| Immune Cells | | | Φ | |
| Infection | Yes | No | Yes | No | Yes | ✓ No | Yes | ✓ No |
| A/C Reaction | | | Φ | Φ |
| BCL | Present Absent  Removed Replaced | Present Absent  Removed Replaced | Present Absent ✗ Removed Replaced | Present Absent ✗ Removed Replaced |
| | AV Oasys  8.4 | AV Oasys  8.4 | AV Oasys  8.4 | AV Oasys  8.4 |
| **ASSESSMENT / PLAN:** | | | | |
| Acular 4xDay | Continue | Stop | Continue | Stop | ✓ Continue 2 days then stop | ✗ Continue 2 days then stop |
| PF / FML 4xDay | Continue | Stop | Continue | Taper/Stop | Continue | ✗ Stop | Continue | Taper/Stop |
| Artificial Tears | Continue | Stop | Continue | Stop | ✗ Continue | Stop | ✗ Continue | Stop |
| Oral Meds as directed | Continue | Stop | Continue | Stop | Continue | ✗ Stop | Continue | ✗ Stop |
| Acular: | Continue | Stop | Continue | Stop | Continue | ✗ Stop | Continue | ✗ Stop |
| Other: Restasis | Continue | Stop | Continue | Stop | Continue | ✗ Stop | Continue | ✗ Stop |
| FOLLOW UP | 1 2 3 4 5 6 9 12 Day Week Month | 6 Week Taper 4 Month Taper | 1 2 3/4 5 6 9 12 Day Week Month | 6 Week Taper 4 Month Taper |

2C iRoo MC ___

MERWIN, DANIEL D
20/█████
26 Apr 2011, 0756

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *22 Apr 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D*

| Encounter ID: | PENS-1748025 | Primary Dx: | POSTSURGICAL STATE OF EYE AND ADNEXA |

Patient: **MERWIN, DANIEL D**          Date: **22 Apr 2011 0800 CDT**          Appt Type: **EST**
Treatment Facility: **NH Pensacola**     Clinic: **Ophthalmology Clinic**       Provider: **ROPP, CORBY D**
Patient Status: **Outpatient**

**Reason for Appointment:**

**A/P** Last Updated by ROPP, CORBY D @ 22 Apr 2011 0934 CDT
**1. POSTSURGICAL STATE OF EYE AND ADNEXA**
      Procedure(s):      -Postoperative Visit, Without Charge x 1
**2. Aftercare Following Surgery Of Sense Organs**

**Disposition** Last Updated by ROPP, CORBY D @ 22 Apr 2011 0934 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s) with Patient who indicated understanding.

---

**Signed By  ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 22 Apr 2011 0935

---

**Note** Written by CEPEDA,SERGIO JAVIER @ 25 Apr 2011 1213 CDT
**(Added after encounter was signed.)**

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538       Created: 16 Aug 2017

## Keesler Post Operative Form

| SURGERY DATE: | POD _1_ Date: | | | | POD _5_ Date: | | | |
|---|---|---|---|---|---|---|---|---|
| 21 Apr 2011 | | | | | | | | |
| UCVA ➔ PH | OD | 20/30+2 | OS | 20/40+1 | OD | 20/ | OS | 20/ |
| CHIEF COMPLAINT | Blurriness Dryness | | Blurriness | | | | | |
| Pain 0—10 (0 = None) | 0 | | 0 | | | | | |
| **MEDICATIONS** | | | | | | | | |
| Acular 4xDay | ☐ Yes ☐ No | | ☐ Yes ☐ No | | Yes No | | Yes No | |
| Vigamix / Zymar 4xDay | ☒ Yes ☐ No | | ☒ Yes ☐ No | | Yes No | | Yes No | |
| PF 150 / FML | 2x0 | | | | | | | |
| Artificial Tears | 2xhourly PRN | | | | | | | |
| Motrin | cp | | | | | | | |
| Percocet | cp | | | | | | | |
| Phenergan | cp | | | | | | | |
| Other: | Benadril | | | | | | | |
| **SLE**  Lid Edema | cp | | 0 | | | | | |
| Conj. Injection | 0 | | 0 | | | | | |
| Cornea | Re-Epithelialized ☒ 1/4 ☐ 1/2 ☐ 3/4 ☐ Full | | Re-Epithelialized ☒ 1/4 ☐ 1/2 ☐ 3/4 ☐ Full | | Re-Epithelialized ☐ 1/4 ☐ 1/2 ☐ 3/4 ☐ Full | | Re-Epithelialized ☐ 1/4 ☐ 1/2 ☐ 3/4 ☐ Full | |
| Edema | 0 | | cp | | | | | |
| Immune Cells | 0 | | 0 | | | | | |
| Infection | Yes ☒ No | | Yes ☒ No | | Yes No | | Yes No | |
| A/C Reaction | cp | | cp | | | | | |
| BCL | ☒ Present ☐ Absent / ☐ Removed ☐ Replaced | | ☒ Present ☐ Absent / ☐ Removed ☐ Replaced | | Present Absent / Removed Replaced | | Present Absent / Removed Replaced | |
| | AV Oasys   8.4 | | AV Oasys   8.4 | | AV Oasys   8.4 | | AV Oasys   8.4 | |

| **ASSESSMENT / PLAN:** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Zymar 4xDay ✓ 1x 4x | ☒ Continue ☐ Stop | | ☒ Continue ☐ Stop | | Continue 2 days then stop | | Continue 2 days then stop | |
| PF / FML 4xDay | ☒ Continue ☐ Taper/Stop | | ☒ Continue ☐ Taper/Stop | | Continue Stop | | Continue Taper/Stop | |
| Artificial Tears | ☒ Continue ☐ Stop | | ☒ Continue ☐ Stop | | Continue Stop | | Continue Stop | |
| Oral Meds as directed | ☒ Continue ☐ Stop | | ☒ Continue ☐ Stop | | Continue Stop | | Continue Stop | |
| Acular Newlead | ☒ Continue ☐ Stop | | ☒ Continue ☐ Stop | | Continue Stop | | Continue Stop | |
| Other: | ☐ Continue ☐ Stop | | Continue Stop | | Continue Stop | | Continue Stop | |
| FOLLOW UP | 1 2 3 ④ 6 9 12  Day Week Month | | 6 Week Taper  4 Month Taper | | 1 2 3 4 5 6 9 12  Day Week Month | | 6 Week Taper  4 Month Taper | |

C. Roe
menu

1 DAY RRx F/U

**MERWIN, DANIEL D**
20/█████
22 Apr 2011, 0717

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *21 Apr 2011 at 81st Medical Group, Refractive Surgery by ROPP, CORBY D*

| Encounter ID: | KSLR-874047 | Primary Dx: | REFRACTIVE ERROR - MYOPIA |

Patient: **MERWIN, DANIEL D**
Treatment Facility: **81ST MEDICAL GROUP**
Patient Status: **Outpatient**

Date: **21 Apr 2011 0928 CDT**
Clinic: **REFRACTIVE SURGERY**

Appt Type: **PROC**
Provider: **ROPP,CORBY D**

**Reason for Appointment:**  PRK Sx

**AutoCites** Refreshed by SCHOEMANN,LINDA CIV @ 21 Apr 2011 1113 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

**Chronic:**
• Dyspnea
• Skin neoplasm of uncertain behavior
• Removal of sutures
• Extrinsic asthma
• Folliculitis
• Rosacea
• Lattice peripheral retinal degeneration
• Myopia
• Allergic rhinitis
• Visit for: occupational health/fitness exam
• Parent education about immunizations
• Visit for: military services physical
• Exposure to venereal disease
• Inquiry and counseling about contraceptive practices
• Visit for: administrative purposes
**Acute:**
• Visit for: preoperative exam

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Nepafenac 0.1%, Suspension, Ophthalmic | Active | INS 1 G OU TID - QID PRN SEVERE PAIN #1 RF0 | NR | 14 Apr 2011 |
| IBUPROFEN, 800 MG, TABLET, ORAL | Active | T1 TAB PO Q8H PP #30 RF0 | NR | 14 Apr 2011 |
| Cyclosporine 0.05%, Emulsion, Ophthalmic | Active | INS 1 GTT OU BID UD #2 RF3 | 3 of 3 | 14 Apr 2011 |
| Polyvinyl Alcohol + Povidone, (Refresh), Solution, Ophthalmic | Active | INS 1 G OU EVERY 5-10 MIN PRN X 5 DAYS, THEN PRN | 6 of 6 | 14 Apr 2011 |
| Moxifloxacin Hydrochloride 0.5%, Solution, Ophthalmic | Active | INS 1 G OU QID X 7 DAYS #1 RF1 | 1 of 1 | 14 Apr 2011 |
| Fluorometholone 0.1%, Suspension, Ophthalmic | Active | INSTILL 1 DROP OU QID X 1 WEEK, THEN TID X 1 WEEK, THEN BID X 2 WEEKS, THEN DAILY X 2 WEEKS AND STOP #2 RF0 | NR | 14 Apr 2011 |
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY | 4 of 4 | 13 Oct 2010 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

```
Albuterol Sulfate 90mcg, Aerosol    Active    AS DIRECTED #2 RF4                    01 Sep
powder, Inhalation, HFA                       INH 2 PF PO Q4H FOR    1 of 1        2010
                                              WHEEZING #1 RF1
FEXOFENADINE HCL, 180 MG, TABLET,   Active    T1 TAB PO QD F         2 of 2        25 Aug
ORAL                                          ALLERGIES UD #30 RF2                 2010
Cetaphil/Aquanil Cleanser Lotion    Active    INSTEAD OF SOAP UD     6 of 6        20 Jul
Topical                                       (BUT THE BEST SOAP IS                2010
                                              NO SOAP) #2 RF6
```

**A/P** Written by SCHOEMANN,LINDA CIV @ 21 Apr 2011 1114 CDT
**1. Myopia**
> Procedure(s):        -PHOTOREFRACTIVE KERATECTOMY (PRK) x 1 (50-BILATERAL PROCEDURE)

**Disposition** Written by SCHOEMANN,LINDA CIV @ 21 Apr 2011 1114 CDT
**Released w/o Limitations**

**Note** Written by SCHOEMANN,LINDA CIV @ 21 Apr 2011 1114 CDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017



## ALLEGRETTO ≋ WaveLight®

**Treatment report**

MERWIN ███ DANIEL     **OD**

███ 985
Male     ID: 125100386     Status: Finished

| Treatment | |
|---|---|
| Type: **WFoptimized** S 001   Date: 04-21-2011 | |
| **Correction:** | **-2.75 D  -0.50 D @ 100°** |
| Clinical : | -2.75 D ^ -0.50 D @ 100° |
| Target Ref.: | 0.00 D ^  0.00 D @ 100° |
| **Optical Zone:** | **6.50 mm** |
| Transition Zone: | 1.25 mm |
| Ablation zone : | 9.00 mm |
| Vertex Distance: | 12.0 mm |
| K-reading (K1): | 40.50 D @ 83° |
| K-reading (K2): | 40.75 D @ 173° |
| Pupil Diameter: | 7.00 mm |
| Applied Drugs: | |
| Entry made by : | BLG |
| Surgeon: | ROPP |
| Confirmed by : | |

**Ablation Profile**

| | |
|---|---|
| Maximum Depth: | 49.14 µm |
| Central Depth: | 49.14 µm |
| Corneal Thickness: | 583 µm |
| Device | |
| Flap Thickness: | 50 µm |
| Stroma: | 483 µm |

**Memo and postOP-Comments**

S- PO CORDOVA   L- BRIAN  T- 70  H-43

MMC 0.02% applied 15 sec

*[signature]* C.Berra
AZ MD

WaveLight AG
Am Wolfsmantel 5
D-91058 Erlangen - Germany
Phone: ++49 (0)180 5526262

**Note** Written by SCHOEMANN,LINDA CIV @ 21 Apr 2011 1115 CDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017



**Signed By  ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 21 Apr 2011 1456

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*29 Mar 2011 at NH Pensacola FL, Ophthalmology Clinic by ROPP, CORBY D*

Encounter ID:    PENS-1494230    Primary Dx:    Visit for: preoperative exam

Patient: **MERWIN, DANIEL DENNIS**    Date: **29 Mar 2011 1330 CDT**    Appt Type: **SPEC**
Treatment Facility: **NH Pensacola**    Clinic: **OPHTHALMOLOGY CLINIC**    Provider: **ROPP,CORBY D**
Patient Status: **Outpatient**

**Reason for Appointment:**  PRK Screen
**Appointment Comments:**
CJC

**AutoCites** Refreshed by ROPP,CORBY D @ 29 Mar 2011 1335 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

Problems
Chronic:
• Dyspnea
• Skin neoplasm of uncertain behavior
• Removal of sutures
• Extrinsic asthma
• Folliculitis
• Rosacea
• Lattice peripheral retinal degeneration
• Myopia
• Allergic rhinitis
• Visit for: occupational health/fitness
    exam
• Parent education about immunizations
• Visit for: military services physical
• Exposure to venereal disease
• Inquiry and counseling about
    contraceptive practices
• Visit for: administrative purposes

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**A/P** Written by ROPP,CORBY D @ 29 Mar 2011 1446 CDT
**1. visit for: preoperative exam**: The risks and benefits and CRS alternatives eligible for this patient were discussed including PRK/LASIK options.

PRK was discussed as use of a brush to create a large abrasion like defect which will take several days to heal with aid of a CL. Potential of pain/discomfort was mentioned.  Risks of haze which may cause loss of best vision was discussed.  Significantly slower visual recovery than LASIK (up to 6 months) worsening of dry eye or causing dry eye, and infection were discussed.  Glare and

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

halos, new dry eye that may persist for 6 months or longer was mentioned.  The use of MMC as surgeon preference in order to minimize risk of corneal haze development was discussed as well as it's unknown long -term affects on the cornea and that it is not FDA approved for CRS.  It was mentioned that the Navy has a long history of successful application of MMC with much less haze formation and minimal side effects.

The LASIK option was discussed as creation of a corneal flap which establishes a thinner corneal structure than PRK, but faster and less painful visual recovery.  The lesser risk of haze was mentioned.  The potential for re-lifting the flap if necessary for debri, folds, or re-treatment and risk for epithelial down-growth was discussed.  The risk of flap dislocation although small was discussed.  The risk for flap infection although small was discussed. The risk of worsening or creation of dry eye symptoms due to the corneal incision, as well as glare and halos at night during the healing process were discussed.  The risk of worsened dry eye with age was also discussed, and that its long-term affects not known.  The risk for multiple suction loss events, even during flap creation w/ potential for resultant aberrations was discussed.

It was mentioned that people who have either PRK or LASIK are generally happy and most would recommend to a friend w/  a few exceptions

After a discussion of the risks and benefits the patient elected to have PRK with MMC application.

Procedure(s):        -Ophthalmological New Patient Start Comprehensive Care x 1
                     -Determination Of Refractive State x 1
                     -Corneal Pachymetry Both Eyes x 1
                     -Scanning Computerized Ophthalmic Diagnostic Imaging Anterior Segment, Unilateral x 2 (50-
                     BILATERAL PROCEDURE) - Wavescan, low RMS, okay for Allegretto
                     PentaCam - nl A/P floats and Belin-Ambrosio scans ou - Hard copy on file on system - no printer ink
                     -Computerized Corneal Topography x 1

**2. REFRACTIVE ERROR - MYOPIA**

**Disposition** Written by ROPP,CORBY D @ 29 Mar 2011 1446 CDT
**Released w/o Limitations**
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by CORDOVA,CARLOS @ 29 Mar 2011 1219 CDT
**Consult Order**
**Referring Provider:**        ZENT, JOHN W
**Date of Request:**   16 Mar 2011
**Priority:**          Routine

**Provisional Diagnosis:**

Lattice peripheral retinal degeneration

**Reason for Request:**

Clinic will make appointment.CRS, please eval peripheral retinal lesion OD for correct diagnosis and possible laser retinopexy.

**Signed By  ROPP, CORBY D** (Corby D. Ropp, USN, LCDR, 81st Medical Group, Refractive Surgery) @ 29 Mar 2011 1447

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*17 Mar 2011 at NH Pensacola FL, Pulmonary Function Lab by LEWIS, CHRISTOPHER T*

Encounter ID:     PENS-1447190     Primary Dx:     Difficulty breathing (dyspnea)

Patient: **MERWIN, DANIEL DENNIS**     Date: **17 Mar 2011 1300 CDT**     Appt Type: **PROC$**
Treatment Facility: **NH Pensacola**     Clinic: **PULMONARY FUNCTION LAB**     Provider: **LEWIS,CHRISTOPHER T**
Patient Status: **Outpatient**

**Reason for Appointment:**  difficulty breathing (dyspnea)
**Appointment Comments:**
LHM

**A/P** Last Updated by MCGEE,LINDA H @ 24 Mar 2011 1225 CDT
**1. difficulty breathing (dyspnea)**
            Procedure(s):          -Special Dr. Services Analysis Of Computerized Data x 1
                                   -Pulse Oximetry x 1
                                   -Pulmonary Function MVV x 1
                                   -Pulmonary Function FRC (% Predicted Normal) x 1
                                   -Pulmonary Function Carbon Monoxide Diffusion % (DLCO) x 1
                                   -Bronchial Challenge With Methacholine x 1
                                   -Spirometry Pre-bronchodilator x 1
                                   -Spirometry Post-bronchodilator x 1

**Disposition** Last Updated by MCGEE,LINDA H @ 24 Mar 2011 1225 CDT
**Released w/o Limitations**

**Note** Written by DAW,PAMELA J @ 17 Mar 2011 1300 CDT
**Consult Order**
**Referring Provider:**     LEWIS, CHRISTOPHER T
**Date of Request:**  16 Feb 2011
**Priority:**          Routine

**Provisional Diagnosis:**

difficulty breathing (dyspnea)

**Reason for Request:**

clinic will schedule.  Per Ms Mcgee.Pt is a 26 yo male with chest tightness and dyspnea.  Please evaluate with baseline PFTs and a
methacholine challange study if necessary to rule out asthma.

**Note** Written by MCGEE,LINDA H @ 24 Mar 2011 1224 CDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017



PULMONARY LABORATORY
NAVY HOSPITAL PENSACOLA

**Pulmonary Function Analysis**

PF Reference: Morris/Polgar

Patient: MERWIN, DANIEL
Id: ██████
Physician: LEWIS, CHRISTOPHER
Room: BAAA
Any Info: NAVY/AD
Diagnosis: Dyspnea
**Date: 03/17/11**

Age: 26          Smoker: Yes
Gender: Male     How Long: 1
Height(in): 69   Quit: Yes
Weight(lb): 153  Stopped: 2
Race: CAUCASIAN

| Spirometry | | Ref | Pre Meas | Pre % Ref |
|---|---|---|---|---|
| FVC | Liters | 5.25 | 4.26 | 81 |
| FEV1 | Liters | 4.21 | 3.53 | 84 |
| FEV1/FVC | % | 79 | 83 | |
| FEF25-75% | L/sec | 4.56 | 3.60 | 79 |
| FEF50% | L/sec | 5.41 | 4.71 | 87 |
| PEF | L/sec | 9.82 | 7.68 | 78 |
| MVV | L/min | 178 | 124 | 70 |

| Lung Volumes | | | | |
|---|---|---|---|---|
| TLC | Liters | 6.81 | 5.36 | 79 |
| RV | Liters | 1.69 | 1.10 | 65 |
| RV/TLC | % | 26 | 20 | |
| FRC N2 | Liters | 3.72 | 2.50 | 67 |

| Diffusion | | | | |
|---|---|---|---|---|
| DLCO | mL/mmHg/min | 29.0 | 30.0 | 103 |
| DLCO/VA | mL/mHg/min/L | 4.79 | 5.23 | 109 |
| DL/VA Adj | mL/mHg/min/L | | 5.23 | |
| VA | Liters | 6.82 | 5.74 | 84 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ▇▇ 1985  SSN: ***-**-▇▇▇        DoD ID: 1286180538        Created: 16 Aug 2017



PULMONARY LABORATORY
NAVY HOSPITAL PENSACOLA
6000 Highway 98 West
Pensacola Florida 32512  850 505-6560

ID: ▇▇▇▇▇
Name: MERWIN, DANIEL
Age: 26     Gender Male
Weight(lb): 153 Height(in): 69
Race: CAUCASIAN
Room: BAAA
Technician: L.H.MCGEE
Physician: LEWIS, CHRISTOPHER
Diagnosis: Dyspnea

**Bronchochallenge Report**
Date: 03/17/11

**Protocol: Methacholinechal**

| | Ref | Pre Meas | Level 1 Meas | Level 2 Meas | Level 3 Meas | Level 4 Meas | Level 5 Meas | Level 6 Meas | Level 7 Meas | Post Meas |
|---|---|---|---|---|---|---|---|---|---|---|
| Dose | | | | | | | | | | |
| FVC Liters | 5.25 | 4.26 | 4.40 | 4.38 | 4.06 | 3.54 | | | | 4.42 |
| % Ref | | 81 | 84 | 84 | 77 | 68 | | | | 84 |
| % Chg | | | | | -1 | -17 | | | | -4 |
| Dose | | | | | | | | | | |
| FEV1 Liters | 4.21 | 3.53 | 3.58 | 3.34 | 2.71 | 2.26 | | | | 3.71 |
| % Ref | | 84 | 85 | 79 | 64 | 54 | | | | 88 |
| % Chg | | | | | -21 | -36 | | | | 5 |
| Dose | | | | | | | | | | |
| FEF25-75% | 4.50 | 3.60 | 3.64 | 2.77 | 1.52 | 1.16 | | | | 4.03 |
| % Ref | | 29 | 80 | 61 | 33 | 26 | | | | 88 |
| % Chg | | | | | -58 | -68 | | | | 12 |
| Dose | | | | | | | | | | |
| PEF L/sec | 9.82 | 7.68 | 6.21 | 6.84 | 7.51 | 7.10 | | | | 7.99 |
| % Ref | | 78 | 63 | 70 | 76 | 72 | | | | 81 |
| % Chg | | | | -19 | -11 | -2 | -8 | | | 4 |

PC 20 FEV1: 0.766

**PC 20 FEV1  0.766**

Merwin, Daniel Dennis        DOB: ▇▇ 1985  SSN: ***-**-▇▇▇        DoD ID: 1286180538        Created: 16 Aug 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 875**
AR 2862

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Any Info: NAVY/AD          ID: ███          Name: MERWIN, DANIEL



**Comments:**
Patient to be evaluated for history of Difficulty Breathing. ATS standards met. Initial SpO2 99% at rest and HR at 75 bpm. Good cooperation and good effort. Patient was initially given a control trial of 5 breaths of 0.9% NaCl with 0.4% Phenol solution via dosimeter Nebulizer. Testing continued with administration of 5 breaths each of increasing dosages of provocholine 0.065, 0.25, 1.0 mg/ml consecutively, using 0.9% NaCl with 0.4% Phenol as diluent. Test was discontinued due to decrease in FEV1 of 20% of predicted value or greater. Post bronchodilators administered via 0.5cc Albuterol in 2cc NaCl via nebulizer. Patient advised of possible side effects of provocholine and albuterol. No known predisposition for hyperconstriction to these medications, no adverse reactions.

**Interpretation:**
Pulmonary function test obtained to evaluate baseline lung functions. Normal baseline spirometry. The flow volume loop is normal. Lung Volumes are consistent with mild restrictive disease. The diffusing capacity for carbon monoxide is normal. Positive Methacholine Challenge.

Robert Menzies, CPT, MC, USN, Pulmonologist/ Internal Medicine

Christopher Lewis, CDR, MC, USN, Pulmonologist

Wendell Colberg, M.D. Allergist, Allergy Clinic                                Page 3

---

**Signed By  LEWIS, CHRISTOPHER T** (Physician, NH Pensacola FL) @ 25 Mar 2011 1117

---

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 876**
AR 2863

## Medical Record

| Merwin, Daniel Dennis | DOB: ■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

### *16 Mar 2011 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W*

Encounter ID:     PENS-1434732        Primary Dx:        REFRACTIVE ERROR - MYOPIA

Patient: **MERWIN, DANIEL DENNIS**        Date: **16 Mar 2011 0900 CDT**        Appt Type: **SPEC**
Treatment Facility: **NBHC NAS Pensacola**   Clinic: **NASP OPTOMETRY CLINIC**      Provider: **ZENT,JOHN W**
Patient Status: **Outpatient**

**Reason for Appointment:** NASP/EVAL PRK/NO CONTACTS 30 DAYS/20/UNIF/MED LIST
**Appointment Comments:**
cac-mam

**AutoCites** Refreshed by ZENT,JOHN W @ 16 Mar 2011 1348 CDT

| Problems | Family History | Allergies |
|---|---|---|
| Chronic: | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

Problems Chronic:
- Dyspnea
- Skin neoplasm of uncertain behavior
- Removal of sutures
- Extrinsic asthma
- Folliculitis
- Rosacea
- Lattice peripheral retinal degeneration
- Myopia
- Allergic rhinitis
- Visit for: occupational health/fitness exam
- Parent education about immunizations
- Visit for: military services physical
- Exposure to venereal disease
- Inquiry and counseling about contraceptive practices
- Visit for: administrative purposes

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**Screening** Written by SCHUSTER,ELIZABETH D @ 16 Mar 2011 0852 CDT
**Reason For Appointment:** NASP/EVAL PRK/NO CONTACTS 30 DAYS/20/UNIF/MED LIST

Allergen information verified by SCHUSTER, ELIZABETH D @ 16 Mar 2011 0852 CDT

**Vitals**

| Merwin, Daniel Dennis | DOB: ■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 877**
AR 2864

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

**Vitals** Written by SCHUSTER,ELIZABETH D @ 16 Mar 2011 0852 CDT
    Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by SCHUSTER,ELIZABETH D @ 16 Mar 2011 0852 CDT
**Reason for Visit**
    Visit for: military services physical.
**History of present illness**
    The Patient is a 26 year old male.  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
    Reliability of source of patient information was good.
    In the Navy and currently on active duty.  Visit is not deployment-related.  Paygrade E5.
**Past medical/surgical history**
**Reported History:**
    Surgical / procedural: Surgical / procedural history reviewed and updated in Patient's Problem List.
    Reported medications: Medication history reviewed and updated in Medication module.
    Physical trauma: No trauma to the eye.
**Diagnosis History:**
    No glaucoma.
    No hypertension.
    No hyperlipidemia.
    No diabetes mellitus
**Family history**
    Family medical history: Reviewed in Problem List.
**Review of systems**
**Cardiovascular symptoms:** No cardiovascular symptoms.
**Pulmonary symptoms:** No pulmonary symptoms.
**Physical findings**
**Eyes:**
    General/bilateral:
        Visual Assessment: • Lensometry:
        OD:  -2.25  -0.50  x103
        OS:  -2.50  -0.25  x069.
    Right eye:
Visual Assessment:                                    Value
Distance right acuity with current Rx: 20/            20
    Left eye:
Visual Assessment:                                    Value
Distance left acuity with current Rx: 20/             20
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices
understanding and all questions were answered.
.

**A/P** Last Updated by ZENT,JOHN W @ 16 Mar 2011 1351 CDT
**1. Myopia**
    Procedure(s):          -Ophthalmological Prior Patient Start Intermediate Level Care x 1
                           -Determination Of Refractive State x 1
**2. Lattice peripheral retinal degeneration**: Likely flat retnoschesis, difficulty observing today even with 3-mirror fundoscopy.  Best
view with BIO/scleral depression.
    Consult(s):            -Referred To: OPHTHALMOLOGY CONSULT (Routine) Specialty: OPHTHALMOLOGY Clinic:
                           OPHTHALMOLOGY CLINIC Primary Diagnosis: Lattice peripheral retinal degeneration

**Disposition** Written by ZENT,JOHN W @ 16 Mar 2011 1404 CDT
**Released w/o Limitations**
**Follow up:** as needed .
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Note** Written by SIMIEN,LATOSHA D @ 16 Mar 2011 1000 CDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017



RECORD OF REFRACTIVE SURGERY PREOPERATIVE & TREATMENT PLAN

*Handwritten ophthalmology refractive surgery preoperative form with right and left eye measurements*

LT Zent, John W, OD USN

Name: MERWIN, DANIEL D

SSN: ███

DOB: ███ 1985

Appt Date: 16 MAR 2011

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

Date: _____

| Manifest | | X | | 20/ |
|----------|--|---|--|-----|
| Cyclo | | X | | 20 |
| WAMR | | X | | 20/ |

PERRLA ☐    TA: @

| | | X | | 20 |
|--|--|---|--|----|
| | | X | | 20 |
| | | X | | 20 |

PERRLA ☐    TA:

Assessment / Plan:

A ① myopia OU
  ② Probable flat retinoschesis OD

P ①+② recommend retinal consult pre CRS.

LT Zent, John W, OD USN    _John W. [signature]_

| CONTRAINDICATIONS / WARNINGS (per FDA) | | |
|---|---|---|
| > 0.50 D change in sph or cyl in past 12 mos | YES | NO |
| Pregnant | YES | NO |
| Nursing during last 6 months | YES | NO |
| Autoimmune disease / immunodeficiency | YES | NO |
| Diabetes Mellitus | YES | NO |
| Keratoconus or corneal irregularity | YES | NO |
| History of HSV / HZV keratitis | YES | NO |
| Current use of | | |
| Accutane (Isotretinoin) | YES | NO |
| Imitrex (Sumatriptan) | YES | NO |
| Corarone (Amiodarone) | YES | NO |
| Steroids | YES | NO |
| INH | YES | NO |
| Severe dry eyes / atopic disease | YES | NO |
| Glaucoma | YES | NO |
| Visually significant cataract | YES | NO |
| Active Ophthalmic disease | YES | NO |
| Corneal NV > 2mm from limbus | YES | NO |
| Electronic Pacemaker/similar cardiac device | YES | NO |
| Hx of prior refractive surgery | YES | NO |
| CONTRAINDICATIONS / WARNINGS (per USAF Policy) | | |
| Age < 21 | YES | NO |
| IOP > 22 / disease predisposing to glaucoma | YES | NO |
| Thyroid Disease | YES | NO |

Name:
Last 4:
DOB:

**Signed By  ZENT, JOHN W** (Physician/Workstation) @ 16 Mar 2011 1404

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■■ 1985  SSN: ***-**-■■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *17 Feb 2011 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W*

Encounter ID:    PENS-1189878    Primary Dx:    REFRACTIVE ERROR - MYOPIA

Patient: **MERWIN, DANIEL DENNIS**       Date: **17 Feb 2011 1000 CST**       Appt Type: **SPEC**
Treatment Facility: **NBHC NAS Pensacola**   Clinic: **NASP OPTOMETRY CLINIC**   Provider: **ZENT,JOHN W**
Patient Status: **Outpatient**

**Reason for Appointment:**  NASP 3600/ROUT EYE EXAM/ME DLIST/CTD/20/REC/UOD
**Appointment Comments:**
CAC-EH

**AutoCites** Refreshed by KIRK,CAMERON P @ 17 Feb 2011 0947 CST

| Problems | Family History | Allergies |
|---|---|---|
| Chronic: | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

Chronic:
• Dyspnea
• Skin neoplasm of uncertain behavior
• Removal of sutures
• Extrinsic asthma
• Folliculitis
• Rosacea
• Lattice peripheral retinal degeneration
• Myopia
• Allergic rhinitis
• Visit for: occupational health/fitness
   exam
• Parent education about immunizations
• Visit for: military services physical
• Exposure to venereal disease
• Inquiry and counseling about
   contraceptive practices
• Visit for: administrative purposes

**Social History**
No Social History Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**Registry Items**

**Screening** Written by KIRK,CAMERON P @ 17 Feb 2011 0947 CST
**Reason For Appointment:** NASP 3600/ROUT EYE EXAM/ME DLIST/CTD/20/REC/UOD

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▇▇ 1985 | SSN: ***-**-▇▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Allergen information verified by KIRK, CAMERON P @ 17 Feb 2011 0947 CST

**Vitals**
**Vitals** Written by KIRK,CAMERON P @ 17 Feb 2011 0947 CST
    Tobacco Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by KIRK,CAMERON P @ 17 Feb 2011 0947 CST
**Reason for Visit**
    Visit for: military services physical.
**History of present illness**
    The Patient is a 26 year old male.  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
    Reliability of source of patient information was good.
    In the Navy and currently on active duty.  Visit is not deployment-related.  Paygrade E5.
**Past medical/surgical history**
**Reported History:**
    Surgical / procedural: Surgical / procedural history reviewed and updated in Patient's Problem List.
    Reported medications: Medication history reviewed and updated in Medication module.
    Physical trauma: No trauma to the eye.
**Diagnosis History:**
    No cataract
    No macular degeneration
    No glaucoma.
    No hypertension.
    No hyperlipidemia.
    No diabetes mellitus
**Family history**
    Family medical history: Reviewed in Problem List.
**Review of systems**
**Cardiovascular symptoms:** No cardiovascular symptoms.
**Pulmonary symptoms:** No pulmonary symptoms.
**Physical findings**
**Eyes:**
    General/bilateral:
        Visual Assessment: • Lensometry:
        OD:  -2.25  -0.50  x096
        OS:  -2.50  -0.25  x080.
    Right eye:

| | Value |
|---|---|
| Visual Assessment: | |
| Distance right acuity with current Rx: 20/ | 20 |

    Right eye:

| | Value |
|---|---|
| Intraocular Pressure: | 15 mmHg |

    Left eye:

| | Value |
|---|---|
| Visual Assessment: | |
| Distance left acuity with current Rx: 20/ | 20 |

    Left eye:

| | Value |
|---|---|
| Intraocular Pressure: | 16 mmHg |

**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices
understanding and all questions were answered.
.


**A/P** Written by ZENT,JOHN W @ 17 Feb 2011 1043 CST
**1. Myopia**: Pt. educated about CRS and its complications/benefits/alternatives.  PRK and LASIK were discussed.  Pt. K reading are
near limit for CRS.
        Procedure(s):        -Ophthalmological Prior Patient Start Comprehensive Care x 1
                             -Corneal Pachymetry Both Eyes x 1


**Disposition** Written by ZENT,JOHN W @ 17 Feb 2011 1044 CST
**Released w/o Limitations**

| Merwin, Daniel Dennis | DOB: ▇▇ 1985 | SSN: ***-**-▇▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮        DoD ID: 1286180538        Created: 16 Aug 2017

**Follow up:** 1 to 2 month(s) or sooner if there are problems. - Comments: complete screening after 30 days out of CLs
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by ZENT,JOHN W @ 17 Feb 2011 1042 CST

| Chief Complaint: | | | Pt. here for CRS screening, no visual or astenopic complaints.  1.5 year retainability, wore CLs today | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Significant History:** | | | (see above) -f/f, -dryness, -itch, -burn | | | | | | |

| Confrontation Fields: | FTFC Central & Peripheral OD, OS | **Cover Test:** | cc | Ortho | distance | | Ortho' | near |
|---|---|---|---|---|---|---|---|---|
| **Extraocular Muscles:** | Smooth, Accurate, Full, No Pain | **Pupils:** | Equal | Round | 4+ Reactivity | -APD | | |

| auto | **Sphere** | **Cylinder** | **Axis** | | **DVA** | | | | **Drops:** | @ |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | -2.50 | -0.50 | 099 | OD | 20/20 | 20/20 | | | 0.5% Proparacaine | |
| OS | -2.50 | -0.50 | 070 | OS | 20/20 | | | | 0.5% Tropicamide | |
| | **Prism** | | **Add** | | **NVA** | | | | 2.5% Phenylephrine | |
| OD | | OD | | OD | 20/20 | 20/20 | | | 1% Cyclopentolate | |
| OS | | OS | | OS | 20/20 | | | | 0.25%/0.4% Fluress | |

| Slit Lamp: | | 90D | | Undilated | **Ancillary Testing** | | | | |
|---|---|---|---|---|---|---|---|---|
| | **OD** | | **OS** | | PACHYMETRY: OD 586 OS 576 | | | | |
| L/L | Clear | | Clear | | Auto Ks: OD 40.25 @ 084 40.75 @174 | | | | |
| Conj. | Clear | | Clear | | OS 40.75 sphere | | | | |
| Cornea | Clear | | Clear | | | | | | |
| Tear Layer | Clear | | Clear | | | | | | |
| A/C | D & Q | 4X4 | 4X4 | D & Q | **Final Spec Rx** | | No SpRx | | Add |
| Iris | Clear | | | Clear | | | Released | | |
| Lens | Clear | | Clear | | OD | -2.50 | -0.50 | 099 | pl |
| Vitreous | Clear | | Clear | | OS | -2.50 | -0.50 | 070 | pl |
| C/D | .3/.3 | | .3/.3 | | | | | | PD |
| Margins | Pink/Distinct | | Pink/Distinct | | ***No CL Fitting*** | | Sol'n: | Clear Care | |
| Macula | +FR, Clear | | +FR, Clear | | ***Brand*** | *OD:* | 0 | *OS:* | 0 |
| A/V | 2/3 | | 2/3 | | OD | | pl | sph | 0 |
| Periphery | Not Assessed | | Not Assessed | | OS | | pl | sph | 0 |
| **Notes** | | | -Medication reconciliation was performed.  However, no new medications were added and no old medications have been discontinued by the provider. Pt was offered a copy of med list. | | Replace: | | Continuous Wear: | No |

Pt ed @ S/S ret tear/detach

**Signed By  ZENT, JOHN W** (Physician/Workstation) @ 17 Feb 2011 1044

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *16 Feb 2011 at NH Pensacola FL, Pulmonary Disease Clinic by LEWIS, CHRISTOPHER T*

Encounter ID:    PENS-1168201    Primary Dx:    Difficulty breathing (dyspnea)

Patient: **MERWIN, DANIEL DENNIS**    Date: **16 Feb 2011 0830 CST**    Appt Type: **SPEC**
Treatment Facility: **NH Pensacola**    Clinic: **PULMONARY DISEASE CLINIC**    Provider: **LEWIS,CHRISTOPHER T**
Patient Status: **Outpatient**

**Reason for Appointment:**  ASTHMA EXTRINSIC/CTD/MED/REC/15/PULMN
**Appointment Comments:**
CAC-CN

**Screening** Written by LEE,BRANDON G @ 16 Feb 2011 0803 CST
**Reason For Appointment:** ASTHMA EXTRINSIC/CTD/MED/REC/15/PULMN

Allergen information verified by LEE, BRANDON G @ 16 Feb 2011 0803 CST


**Vitals**
**Vitals** Written by LEE,BRANDON G @ 16 Feb 2011 0803 CST
```
BP: 123/74, HR: 85, RR: 15, HT: 69 in, WT: 157 lbs, SpO2: 98%, BMI: 23.18, BSA: 1.864 square meters,
Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free
```

**SO Note** Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0905 CST
**Chief complaint**
The Chief Complaint is: Chest tightness.
**History of present illness**
    The Patient is a 26 year old male.
    He reported: General overall feeling Good
 .
    No military duty-related information  - (Not on PRP/SCI/PSP).  No depression Screen:  Negative PHQ-2  (Score < 3).
Pt is a 26 yo male with a history of allergies and childhood asthma.  He notes a history of asthma in childhood which was associated
with allergic symptoms.  He remarks on 1 hospitalization for his asthma as a child but none since.  Since the age of 8 he has been
donig well and was not maintained on any inhalers.  He is very active and is an active marathoner.  Recently he has noted
increased symptoms of chest tightness associated with exposure to cats and dogs.  He was briefly treated with advair, but is
currently being maintained on zyrtec and flonase as well as allergen avoidance with excellent control of his symptoms.  He will have
onec weekly chest tightness and albuterol use, but is otherwise doing well, and recently completed a marathon.  He presents for
routine follow up.
 Pain Severity  0 / 10.
**Past medical/surgical history**
**Reported History:**
    Past Medical History:
    1) childhood asthma
    2) allergies.
    Medical: Reported medical history N/A.
    Surgical / procedural: Surgical / procedural history 1) T&A.
    Reported medications: Medication history Zrytec t1 tab po qd
    Flonase.
**Personal history**
-Tob: none
-EtOH: none
Originally from California.  Lived in PA and NJ.  USN for 5 years.  Works as a cryptologist.  Deployed to Japan recently, but no other
travel or occupational exposure.     .
Behavioral history: Never a smoker  / Never Used Tobacco Products.
Alcohol: No consumption of alcohol.
Habits: Exercising regularly  (Engaged in Routine / Regular Activity to Improve Your Health)
.
**Family history**
    Family medical history N/A.
**Review of systems**
**Military service:** Visit is not deployment-related  Location:      Date:
**Systemic symptoms:** Not feeling tired or poorly, not tiring easily, and no lethargy.  No fever and no chills.
**Pulmonary symptoms:** No dyspnea, not coughing up sputum, no hemoptysis, and no wheezing.
**Gastrointestinal symptoms:** No heartburn, no nausea, and no vomiting.
**Physical findings**

---

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 884**
AR 2871

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

**Vital signs:**
  ° Current vital signs reviewed.
**General appearance:**
  ° Well-appearing.  ° Awake.  ° Alert.  ° In no acute distress.
**Neck:**
  Palpation: ° Of the neck revealed no abnormalities.
**Nose:**
  General/bilateral:
    Nasal Discharge: ° No nasal discharge seen.
    Sinus Tenderness: ° No sinus tenderness.
**Pharynx:**
  Oropharynx: ° Uvula was not enlarged.  ° Tonsils were not enlarged.
**Lymph Nodes:**
  ° Cervical lymph nodes were not enlarged.  ° Supraclavicular lymph nodes were not enlarged.
**Lungs:**
  ° No wheezing was heard.  ° No rhonchi were heard.  ° No prolonged expiratory time.  ° No rales/crackles were heard.
**Cardiovascular system:**
  Jugular Venous Pressure: ° JVP was normal.
  Jugular Venous Distention: ° JVD not increased.
  Heart Rate And Rhythm: ° Normal.
  Heart Sounds: ° S1 normal.  ° S2 normal.  ° No S3 heard.  ° No S4 heard.  ° No pericardial friction rub heard.
  Murmurs: ° No murmurs were heard.
**Abdomen:**
  Palpation: • Abdomen was not soft.  ° No abdominal tenderness.
**Skin:**
  ° No generalized cyanosis.


**A/P** Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0930 CST
**1. difficulty breathing (dyspnea):** Pt is a 26 yo male with a history of childhood asthma and allergy type symptoms.  His clinical history is suggestive of mild intermittent asthma, and his symptoms are under excellent control with control of his allergies with zyrtec and flonase.  He will continue on these medications and prn albuterol for now, and will be referred for baseline PFTs and methacholine challenge study to definitive rule in/out asthma.  Even with a positive study, his symptoms are under excellent control on his current therapy, and if needed he can be successful controlled with an inhaled steroid.  He is highly functional, and even if a diagnosis of asthma is established this in no way should inpact upon his fitness for duty.  He is currently fit for duty and fit for world wide deployment.  He will follow up in 3-4 weeks to review the results of his PFTs.
       Consult(s):       -Referred To: PULMONARY FUNCTION STUDIES (Routine) Specialty: PULMONARY DISEASE Clinic:
                         PULMONARY FUNCTION LAB Primary Diagnosis: difficulty breathing (dyspnea)


**Disposition** Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0931 CST
**Released w/o Limitations**
**Administrative Options:** Consultation requested


**Note** Written by AEPPLI,CAROL @ 16 Feb 2011 0755 CST
**Consult Order**
**Referring Provider:**      BROWN, TRAVIS S
**Date of Request:**   08 Feb 2011
**Priority:**          Routine


**Provisional Diagnosis:**

ASTHMA EXTRINSIC


**Reason for Request:**

LVM ON CELL PHONE25 yo AD male has a history of childhood asthma, with improvement in symptoms as he reached adulthood. However he continues to have problems with tightness in his chest on occasion.  States some things in the environment (dogs and cats for example) trigger his symptoms and may last for days.  Denies any problems with routine exercise.  He has been taking Zyrtec and Flonase daily however do not seem to be very effective.  He was recently given Albuterol and Advair inhaler which he uses prn with good results.  Please evaluate, treat and let me know his deployment status.  Are there any other environmental factors that could be an issue while on deployment.  thank you.  contact phone # 850 292 7149


**Signed By  LEWIS, CHRISTOPHER T** (Physician, NH Pensacola FL) @ 16 Feb 2011 0931

**CHANGE HISTORY**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

*__The following SO Note Was Overwritten__* *by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0905 CST:*

__SO Note__ Written by LEE,BRANDON G @ 16 Feb 2011 0806 CST
__Chief complaint__
The Chief Complaint is: ASTHMA.
__History of present illness__
    The Patient is a 26 year old male.
    He reported: General overall feeling Good
    .
    No military duty-related information  - (Not on PRP/SCI/PSP).  No depression Screen:  Negative PHQ-2  (Score < 3).
 Pain Severity  0 / 10.
__Past medical/surgical history__
__Reported History:__
    Medical: Reported medical history N/A.
    Surgical / procedural: Surgical / procedural history N/A.
    Reported medications: Medication history Zrytec t1 tab po qd
    Flonase.
__Personal history__
Behavioral history: Never a smoker  / Never Used Tobacco Products.
Alcohol: No consumption of alcohol.
Habits: Exercising regularly  (Engaged in Routine / Regular Activity to Improve Your Health)
.
__Family history__
    Family medical history N/A.
__Review of systems__
__Military service:__ Visit is not deployment-related  Location:                    Date:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*08 Feb 2011 at NH Pensacola FL, Readiness Center by BROWN, TRAVIS S*

| Encounter ID: | PENS-1057895 | Primary Dx: | Visit for: occupational health / fitness exam |

Patient: **MERWIN, DANIEL DENNIS**          Date: **08 Feb 2011 0830 CST**          Appt Type: **WELL**
Treatment Facility: **NH Pensacola**          Clinic: **DEPLOYMENT HEALTH CLINIC**          Provider: **BROWN,TRAVIS SCOTT**
Patient Status: **Outpatient**

**Reason for Appointment:**  pha/jacc/15 min/rec/rx/ct
**Appointment Comments:**
cac-cjm

**AutoCites** Refreshed by JOHNSONCRUTCHFIELD,ANDREA C @ 08 Feb 2011 0836 CST

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |
| • Skin neoplasm of uncertain behavior | | |
| • Removal of sutures | | |
| • Extrinsic asthma | | |
| • Folliculitis | | |
| • Rosacea | | |
| • Lattice peripheral retinal degeneration | | |
| • Myopia | | |
| • Allergic rhinitis | | |
| • Visit for: occupational health/fitness exam | | |
| • Parent education about immunizations | | |
| • Visit for: military services physical | | |
| • Exposure to venereal disease | | |
| • Inquiry and counseling about contraceptive practices | | |
| • Visit for: administrative purposes | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**Screening** Written by JOHNSONCRUTCHFIELD,ANDREA C @ 08 Feb 2011 0836 CST
**Reason For Appointment:** pha/jacc/15 min/rec/rx/ct

Allergen information verified by JOHNSONCRUTCHFIELD, ANDREA C @ 08 Feb 2011 0836 CST
**Reason(s) For Visit (Chief Complaint):** visit for: occupational health / fitness exam (New) : pha;

**Vitals**

| Merwin, Daniel Dennis | DOB: ☐ 1985 | SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 887**
AR 2874

**Medical Record**

Merwin, Daniel Dennis        DOB: ██████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

**Vitals** Written by JOHNSONCRUTCHFIELD,ANDREA C @ 08 Feb 2011 0835 CST

    BP: 120/74 Left Arm, Adult Cuff, HR: 58 Regular, Radial Artery, RR: 20, HT: 69 in Actual, With
    Shoes,
    WT: 156 lbs Upright Scale, Actual, With Shoes, Corr OD: 20/25, Corr OS: 20/25, Corr OU: 20/25,
    BMI: 23.04, BSA: 1.859 square meters,
    Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by BROWN,TRAVIS SCOTT @ 08 Feb 2011 1027 CST
**Chief complaint**
The Chief Complaint is: PHA.
**History of present illness**
        The Patient is a 25 year old male.
Barriers to learning were identified as:  None

Barriers considered were, social, cultural, emotional, motivational, physical, religious, cognitive and language.
        Problem list reviewed.

Member has a history of childhood asthma, with improvement in symptoms as he reached adulthood.  However he continues to
have problems with tightness in his chest on occasion.  States some things in the environment (dogs and cats for example) trigger
his symptoms and may last for days.  Denies any problems with routine exercise.  He has been taking Zyrtec and Flonase daily
however do not seem to be very effective.  He was recently given Albuterol and Advair inhaler which he uses prn with good results.
**Current medication**
Albuterol HFA inhaler prn
Advair prn
Zyrtec
Flonase
.
**Past medical/surgical history**
**Reported History:**
        Past Medical History:
        Fracture of right 5th phalanyx 2008 - resolved.
        Surgical / procedural: Surgical / procedural history Past Surgical History:
        noncontributory.
**Review of systems**
**Cardiovascular symptoms:** No cardiovascular symptoms.
**Gastrointestinal symptoms:** No gastrointestinal symptoms.
**Genitourinary symptoms:** No genitourinary symptoms.
**Musculoskeletal symptoms:** No musculoskeletal symptoms.
**Psychological symptoms:** No psychological symptoms.

**A/P** Written by BROWN,TRAVIS S @ 08 Feb 2011 1031 CST
**1. visit for: occupational health / fitness exam** *(PERIODIC PREVENTION EXAMINATION)*: Annual TB risk assessment
completed with responses determined to be minimal risk.  No further testing recommended.  See NAVMED 6224/8.
Record review completed.  Reviewed deployment health history and individual medical readiness.  Counseling on avoidable health
risk factors and screening per clinical preventive service guidelines provided.
Counseled on triglyceride results from PHA and discussed at length ways to improve through lifestyle changes; exercise, weight
management, supplements and better nutrition.  Teaching materials given.
No recent fasting glucose done, will repeat lipids in 2 months after he makes lifestyle modifications and get fasting glucose at that
time.
Contact phone # 850 292 7149
Medically fit for full duty.
        Laboratory(ies):        -GLUCOSE FASTING (Routine) Ordered By: BROWN,TRAVIS S Ordering Provider: BROWN, TRAVIS
                                SCOTT; LIPID PANEL (HDL,LDL,CHOL,TRIG (Routine) Ordered By: BROWN,TRAVIS S Ordering
                                Provider: BROWN, TRAVIS SCOTT
**2. ASTHMA EXTRINSIC** *(EXTRINSIC ASTHMA, UNSPECIFIED, MILD)*: Pulmonary consult placed to determine diagnosis,
treatment recommendations and any deployment limiting concerns.
        Consult(s):        -Referred To: PULMONARY DISEASES CONSULT (Routine) Specialty: PULMONARY DISEASE Clinic:
                           PULMONARY DISEASE CLINIC Primary Diagnosis: ASTHMA EXTRINSIC

**Disposition** Written by BROWN,TRAVIS S @ 08 Feb 2011 1032 CST
**Released w/o Limitations**
**Follow up:**  with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

**Signed By  BROWN, TRAVIS S** (NP-C, NH Pensacola FL) @ 08 Feb 2011 1032

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *24 Jan 2011 at NH Pensacola FL, Corry Prime Care by WIEDL, ERICA KITCHELL*

Encounter ID:    PENS-927132    Primary Dx:    ALLERGIC RHINITIS

Patient: **MERWIN, DANIEL DENNIS**    Date: **24 Jan 2011 1250 CST**    Appt Type: **ACUT**
Treatment Facility: **NBHC NTTC**    Clinic: **CORRY PRIME CARE**    Provider: **MILLER,ERICA KITCHELL**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:** MED REFILL
**Appointment Comments:**
CSW

**AutoCites** Refreshed by MILLER,ERICA K @ 24 Jan 2011 1312 CST
**Problems**

| **Chronic:** | **Allergies** |
| --- | --- |
| • Skin neoplasm of uncertain behavior | • OTHER: Unknown (SEE MED RECORD) |
| • Removal of sutures | |
| • Extrinsic asthma | |
| • Folliculitis | |
| • Rosacea | |
| • Lattice peripheral retinal degeneration | |
| • Myopia | |
| • Allergic rhinitis | |
| • Visit for: occupational health/fitness exam | |
| • Parent education about immunizations | |
| • Visit for: military services physical | |
| • Exposure to venereal disease | |
| • Inquiry and counseling about contraceptive practices | |
| • Visit for: administrative purposes | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
| --- | --- | --- | --- | --- |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formualary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 1 of 1 | 01 Sep 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**Vitals**
**Vitals** Written by STANDLEY,CHAD J @ 24 Jan 2011 1313 CST
 BP: 120/60, HR: 64, RR: 14, T: 98.3 °F, HT: 69 in, WT: 147 lbs, BMI: 21.71, BSA: 1.812 square meters, Tobacco Use: No, Alcohol Use: No,
 Pain Scale: 0 Pain Free

**Questionnaire AutoCites** Refreshed by MILLER,ERICA K @ 24 Jan 2011 1312 CST
**Questionnaires**

**SO Note** Written by STANDLEY,CHAD J @ 24 Jan 2011 1320 CST
**Chief complaint**

| Merwin, Daniel Dennis | DOB: ████ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 890**
AR 2877

**Medical Record**

Merwin, Daniel Dennis    DOB: ██████ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

The Chief Complaint is: Med refill.
**History of present illness**
    The Patient is a 25 year old male.
25yo ADM arrived to medical for a refill on advair. pt states that he has no negative reactions to the medication. pt states that he only uses advair once a day.
    In the Navy and currently on active duty.  Visit is not deployment-related and visit is not GWOT-related.
**Current medication**
Advair, albuterol
.
**Past medical/surgical history**
**Reported History:**
    Medical: Reported medical history: Reviewed
    allergies, asthma. No previous hospitalizations  that are associated with the reason for this encounter: and no previous
        emergency room visit  that are associated with the reason for this encounter:
    Surgical / procedural: Surgical / procedural history: Reviewed
    .
    Reported medications: Not taking OTC medications, no dietary supplements, and no vitamin supplements.
    Reported prior tests: No prior tests were performed  at non-MHS facility that relate to this encounter includes:
**Personal history**
Social history:  Reviewed
.
Behavioral history: No tobacco use.
Alcohol: Not using alcohol.
**Family history**
    Family medical history:  Reviewed
    .
**Review of systems**
**Systemic symptoms:** No fever and no chills.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Psychological symptoms:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital signs:**
Vital Signs/Measurements                          Value
Blood pressure: Reviewed
    • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.
**General appearance:**
    ° Normal.  ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**
    ° No learning disability was noted (barriers to learning).
**Therapy**
    • No herbal medicines.
**Counseling/Education**
Patient verbalized understanding and accepted instructions.

**A/P** Written by MILLER,ERICA K @ 24 Jan 2011 1341 CST
**1. ALLERGIC RHINITIS**
    Medication(s):           -FLONASE (TYPE)--NAS 0.05% SPRA - INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3
                        Qt: 1 Rf: 3 Ordered By: MILLER,ERICA K Ordering Provider: MILLER, ERICA KITCHELL
                        -CETIRIZINE (ZYRTEC)--PO 10MG TAB - T1 TAB PO HS #30 RF5 Qt: 30 Rf: 5 Ordered By:
                        MILLER,ERICA K Ordering Provider: MILLER, ERICA KITCHELL

**Disposition** Last updated by MILLER,ERICA K @ 24 Jan 2011 1352 CST
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail.  Patient offered medication list by pharmacy tech. No barriers to learning were identified.  Education appropriate to the patient's needs was provided regarding the care, treatment, and services provided.  The patient voices understanding and all questions were answered.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 25 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Note** Written by MILLER,ERICA K @ 24 Jan 2011 1344 CST
Pt is a 25 yo AD WM with a hx of childhood SAR/possible asthma sx. His congestion and breathing troubles are triggered by proximity of cats and dogs. Pt had no asthma/SAR sx while overseas for 3 years and not exposed to animals. Pt had return of sx

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

when dating and individual with cats and recently a roommate attained a dog. Pt was aggressively tx with albuterol and high dose advair for resp sx. At the time he was on antihistamines for a derm condition. Over time he was only using one puff of advair daily for sx that occurred only when reclining for the evening. Pt denies any wheezing sx. Pt is s/p tonsilectomy (has adnoids) as a child.

alert AF NAD VSS
heent sinus nt tms wnl nares pale boggy clear drainage
OP healed tonsilectomy no edema
neck supple
skin type one red hair/blue eyes.

Described constellation and continuum of allergy,atopy,asthma. Pt seems to have very good control of sx when not around critters. To rule out severe asthma and possible medical DQ pt will be managed on oral antihistamines and intranasal steroids. If there is further difficulty breathing, pt had albuterol and should report to medical. Consider methacholine challenge and allergen testing if sx are not controlled. consider Adnoidectomy as sx are worst when reclining. Pt understands and agrees with plan. Pt will f/u as needed.

---

**Signed By  MILLER, ERICA K** (Physician, NBHC Cherry Point) @ 24 Jan 2011 1352

---

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by MILLER,ERICA K @ 24 Jan 2011 1352 CST:*
The Disposition section was last updated by MILLER,ERICA K @ 24 Jan 2011 1352 CST - see above.Previous Version of Disposition section was entered/updated by STANDLEY,CHAD J @ 24 Jan 2011 1312 CST.
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail.  Patient offered medication list by pharmacy tech.
No barriers to learning were identified.  Education appropriate to the patient's needs was provided regarding the care, treatment, and services provided.  The patient voices understanding and all questions were answered.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮▮ 1985 | SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *24 Nov 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P*

Encounter ID:      PENS-807839        Primary Dx:        SKIN NEOPLASM UNCERTAIN
                                                         BEHAVIOR

Patient: **MERWIN, DANIEL DENNIS**       Date: **24 Nov 2010 0830 CST**       Appt Type: **EST$**
Treatment Facility: **NH Pensacola**      Clinic: **DERMATOLOGY CLINIC**       Provider: **BRUMWELL,ERIC**
Patient Status: **Outpatient**

**Reason for Appointment:** f/u skin check
**Appointment Comments:**
kec

**AutoCites** Refreshed by BRUMWELL,ERIC @ 24 Nov 2010 0834 CST

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

**Chronic:**
• Removal of sutures
• Extrinsic asthma
• Folliculitis
• Rosacea
• Lattice peripheral retinal degeneration
• Myopia
• Allergic rhinitis
• Visit for: occupational health/fitness
  exam
• Parent education about immunizations
• Visit for: military services physical
• Exposure to venereal disease
• Visit for: administrative purposes
• Inquiry and counseling about
  contraceptive practices

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formulaary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 1 of 1 | 01 Sep 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**SO Note** Written by BRUMWELL,ERIC @ 24 Nov 2010 0834 CST
**Chief complaint**
The Chief Complaint is: PT KNOWN TO ME-- RED HEAD, NUMEROUS EPHILIDES AND H/O SEVERE PROLONGED SUN EXPOSURE W/ NEW DARK LESION ON LOWER MUCOSAL
LIP.
**Reason for Visit**
    Visit for: follow-up exam (Noise Free F/U 1 or F/U2).  Visit for: screening for dermatological disorders.
**Referred here**
Referred by:
**History of present illness**
    The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.

| Merwin, Daniel Dennis | DOB: ▮▮▮▮ 1985 | SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 893**
AR 2880

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▓▓▓ 1985 | SSN: ***-**-▓▓▓ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Military service.

**Allergies**
An allergy to drugs.

**Current medication**
No meds.

**Past medical/surgical history**

**Reported History:**
Reviewed.
Reported medications: Taking medication MEDICINE RECONCILIATION PERFORMED.

**Diagnosis History:**
No malignant melanoma of the skin
No basal cell carcinoma of the skin
No squamous cell carcinoma of the skin

**Personal history**
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.

**Review of systems**
**Systemic symptoms:** No systemic symptoms and not feeling tired (fatigue).  No chills.
**Head symptoms:** No concerns about cosmetic appearance.
**Gastrointestinal symptoms:** No nausea and no vomiting.

**Physical findings**
**Vital signs:**
• Pain level (0-10): Reviewed.
° Current vital signs reviewed.
**General appearance:**
° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Well hydrated.
**Oral cavity:**
Lips: • Lower lip was abnormal 3MM DARK BROWN MACULE.
**Pharynx:**
Oropharynx: ° Normal.
**Lymph Nodes:**
° No adenopathy IN H/N.
**Neurological:**
Speech: ° Normal.
**Psychiatric Exam:**
Affect: ° Congruent with the mood.
**Skin:**
° Normal except as noted EXAM LIMITED TO HEAD/NECK-- SEE MUCOSAL LIP FINDING.

**Tests**
UNIVERSAL PROTOCOL REQUIREMENTS WERE MET
Shave Biopsy ~
site verified with patient:Time <0830  >~site labeled with surgical marking pen~consent signed~area cleansed/prepped~anesthesia-
1% lidocaine with epi~hemostasis with drysol~closure: <   >~bandage applied~wound care discussed~Estimated Blood Loss: <2 ml
~pt educated on wound care.

**Therapy**
• No herbal medicines.

**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices
understanding and all questions were answered.
.

**A/P** Last Updated by BRUMWELL,ERIC @ 24 Nov 2010 0840 CST
**1. SKIN NEOPLASM UNCERTAIN BEHAVIOR**: LIP LESION APPEARS TO BE AN EPHILIDE/SOLAR LENTIGO HOWEVER H/O
CHANGE WARRANTS BX

Procedure(s):        -Biopsy Skin x 1
Laboratory(ies):     -TISSUE EXAM (Routine)
Patient Instruction(s): -Anticipatory Guidance: Outdoor Safety Avoiding Sun Exposure
                     -Avoid Exposure Bright Sunlight
                     -Change Dressing Daily As Instructed
                     -Clean Incision As Instructed
                     -Education And Counseling
                     -Instructions For Patient

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▆▆▆ | 1985 | SSN: ***-**-▆▆▆ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

-Post-Op Teaching About Wound Care

**2. visit for: screening exam malignant neoplasm skin:** D/W PT ABCDS,MSE, SUN AVOIDANCE, NEW/CHANGING LESIONS

**Disposition** Written by BRUMWELL,ERIC @ 24 Nov 2010 0840 CST
**Released w/o Limitations**
**Follow up:** 1 to 2 week(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by KENT,AHMAD J @ 24 Nov 2010 0840 CST

| Merwin, Daniel Dennis | DOB: ▆▆▆ | 1985 | SSN: ***-**-▆▆ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 895**
AR 2882

**Medical Record**

Merwin, Daniel Dennis      DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 16 Aug 2017

## PRE-PROCEDURE CHECKLIST
### UNIVERSAL PROTOCOL

**I. PHYSICIAN'S PRE-PROCEDURE ASSESSMENT:**

Procedure: _Shave_

**II. UNIVERSAL PROTOCOL TIMEOUT** Verifying the Correct Patient - Correct Procedure - Correct Procedure Site Checklist.

| | YES | N/A |
|---|---|---|
| 1. **Pre-procedural verification:** Patient states name and DOB which is compared to the following (as appropriate): | ☑ | |
| • Documents- History & Physical, Nursing Assessment | | |
| • Consent Form | | |
| • Diagnostic Test Results | | |
| • Blood Products, Implants, devices, Special Equipment | | |
| 2. **Site Marking:** (patient involvement if possible) | ☑ | ☐ |
| • By provider doing the procedure | | |

| "TIME OUT" CONDUCTED AUDIBLY w/team | YES | N/A |
|---|---|---|
| **A**ntibiotics/fluid for irrigation (if needed) | ☐ | ☑ |
| **P**atient- 2 identifiers (name and DOB) | ☑ | |
| **P**rocedure- correct procedure documented on consent | ☑ | |
| **L**aterality- Surgical site marked | ☑ | ☐ |
| **E**quipment- if needed | ☐ | ☑ |
| **P**osition- Verified | ☑ | |
| **I**mplants- if needed | ☐ | ☑ |
| **E**xams- Diagnostic tests (radiographs etc.) | ☐ | ☑ |
| **S**afety Precautions- Based upon outpatient history and profile | ☑ | ☐ |

Comments (optional) _____

_____

Provider Signature: _____     Date/Time: 11/24/1_

Pat Info:

---

Signed By  **BRUMWELL, ERIC** (Physician/Workstation) @ 24 Nov 2010 1124

**CHANGE HISTORY**
***The following SO Note Was Overwritten*** *by BRUMWELL,ERIC @ 24 Nov 2010 0834 CST:*
**SO Note** Written by BUROKER,JONATHAN G @ 24 Nov 2010 0827 CST
**Chief complaint**
The Chief Complaint is: Chick check.
**Reason for Visit**
      Visit for: follow-up exam (Noise Free F/U 1 or F/U2).
**Referred here**
Referred by:
**History of present illness**
      The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
**Current medication**
No meds.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

Merwin, Daniel Dennis          DOB: ██ 1985  SSN: ***-**-██          DoD ID: 1286180538          Created: 16 Aug 2017

**Personal history**
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
  • Pain level (0-10): Reviewed.
  ° Current vital signs reviewed.
**General appearance:**
  ° Well-appearing.   ° Alert.   ° Oriented to time, place, and person.   ° Well nourished.   ° Well hydrated.
**Therapy**
  • No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.
.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

*15 Nov 2010 at NH Pensacola FL, Corry Prime Care by WILLIAMS, TREVOR MICHAEL*

Encounter ID:      PENS-791398         Primary Dx:        Vaccines Prophylactic Need Against
                                                          Influenza

Patient: **MERWIN, DANIEL DENNIS**        Date: **15 Nov 2010 1336 CST**        Appt Type: **WELL**
Treatment Facility: **NBHC NTTC**          Clinic: **CORRY PRIME CARE**         Provider: **WILLIAMS,TREVOR M**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:**  flumist
**Appointment Comments:** Written by CRUMPTON,LATAIJA W @ 15 Nov 2010 1336 CST
lwc

**Vitals**
**Vitals** Written by CRUMPTON,LATAIJA W @ 15 Nov 2010 1339 CST

`Comments: n/a`

**SO Note** Written by CRUMPTON,LATAIJA W @ 15 Nov 2010 1339 CST
**Reason for Visit**
    Visit for:  influenza vaccine.
    Patient identified by Name and Date of Birth or other two forms of indentification.
**History of present illness**
    The Patient is a 25 year old male.
    He reported: Past medical history reviewed.
**Allergies**
    Reviewed an allergy.  No allergy to certain foods; Chicken and not to eggs.  No known drug allergies.
**Vaccinations**
: up to date.
    • Received dose of influenza live virus vaccine, for intranasal use Vaccine lot #, manufacturer, and location given recorded in
    Immunization module. Patient provided and reviewed current CDC Vaccine Information Sheet. Vaccine inspected for
    discoloration/particulates and Exp Date verified
**Past medical/surgical history**
**Reported History:**
    Recent events: No active illness.
**Review of systems**
**Systemic symptoms:** No fever.

**A/P** Last Updated by CRUMPTON,LATAIJA W @ 15 Nov 2010 1340 CST
**1. Vaccines Prophylactic Need Against Influenza**
**2. Parent Education: Immunizations**(*MEDICATION EDUCATION*)
            Procedure(s):        -Influenza Virus Vaccine Live Intranasal x 1
                                 -Immunization Administration One Vaccine x 1

**Disposition** Last Updated by CRUMPTON,LATAIJA W @ 15 Nov 2010 1341 CST
**Released w/o Limitations**
**Follow up:** as needed with PCM. - Comments: Med Reconciliation completed, medication history including current prescription
medications, over the counter  medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were
reviewed with  patient in detail.  Patient offered medication list by pharmacy tech.  No barriers to learning were  identified.  Education
appropriate to the patient's needs was provided regarding the care, treatment, and services provided.  The patient voices
understanding and all questions were answered.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  WILLIAMS, TREVOR M** (Physician/Workstation) @ 15 Nov 2010 1401

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *13 Oct 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P*

Encounter ID:    PENS-731275        Primary Dx:        FOLLICULITIS

Patient: **MERWIN, DANIEL DENNIS**    Date: **13 Oct 2010 0845 CDT**    Appt Type: **EST$**
Treatment Facility: **NH Pensacola**    Clinic: **DERMATOLOGY CLINIC**    Provider: **BRUMWELL,ERIC**
Patient Status: **Outpatient**

**Reason for Appointment:** F/u biopsy
**Appointment Comments:**
tjn

**AutoCites** Refreshed by BRUMWELL,ERIC @ 13 Oct 2010 0838 CDT

| Problems | Family History | Allergies |
| --- | --- | --- |
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |
| • Removal of sutures | | |
| • Extrinsic asthma | | |
| • Folliculitis | | |
| • Rosacea | | |
| • Lattice peripheral retinal degeneration | | |
| • Myopia | | |
| • Allergic rhinitis | | |
| • Visit for: occupational health/fitness exam | | |
| • Parent education about immunizations | | |
| • Visit for: military services physical | | |
| • Exposure to venereal disease | | |
| • Visit for: administrative purposes | | |
| • Inquiry and counseling about contraceptive practices | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
| --- | --- | --- | --- | --- |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 1 of 1 | 01 Sep 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**SO Note** Written by BRUMWELL,ERIC @ 13 Oct 2010 0854 CDT
**Chief complaint**
The Chief Complaint is: FOLLICULITIS--NO NEW EPISODES BUT HAS NBOT BEEN OUT IN SUN OR IN WATER LATELY.
**Referred here**
Referred by:
**History of present illness**
        The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None. Barriers considered were social; cultural; emotional; motivational; physical; religious; cognitive and language.
        Military service in the Navy, currently on active duty, and paygrade E5.
        Concerns about cosmetic appearance.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
        An allergy to drugs.
**Current medication**
Allegra
albuterol
advair.
**Past medical/surgical history**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 899**
AR 2886

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

**Reported History:**
Reported medications: Including current prescription medications; over-the-counter medications; nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
Currently taking medication MEDICINE RECONCILIATION PERFORMED.

**Personal history**
-Tob:n
-EtOH:y  .
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.

**Review of systems**
**Systemic symptoms:** No systemic symptoms and not feeling tired (fatigue).  No chills.
**Gastrointestinal symptoms:** No nausea and no vomiting.

**Physical findings**
**Vital signs:**
 • Pain level (0-10): Reviewed.
 ° Current vital signs reviewed.
**General appearance:**
 ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Well hydrated.
**Neurological:**
 Speech: ° Normal.
**Psychiatric Exam:**
 Affect: ° Congruent with the mood.
**Skin:**
 ° Normal except as noted NO ACTIVE SKIN LESIONS.
**Therapy**
 • Herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.
.

**Lab Result** Cited by BRUMWELL,ERIC @ 13 Oct 2010 0839 CDT
**Tissue Exam**

```
                    Date Collected:           28 Sep 2010 0821
                    POC Enc:                  E847233
                    Enc Fac:                  NH Pensacola FL
                    Clinician:                BRUMWELL, ERIC
                    Status:                   Certify
                    Procedure:                TISSUE EXAM
                    Order #:                  101005-04215
                    Provider:                 BRUMWELL, ERIC
                    Ordered Date:             05 Oct 2010 1421
                    Priority:                 ROUTINE
                    Specimen:                 TISSUE
                    Resulted Date:            05 Oct 2010 1421.1-0500
                    100929 SP 2595     Col:   28Sep100821            TISSUE(TISSUE)
                    Hcp:                      BRUMWELL,ERIC      Req Loc: DERMATOL
                    TISSUE E           C:     DMR05Oct101421
                                              CoPath Report
                    Patient:                  MERWIN,DANIEL DENNIS          Specimen #:
S10-2595
                    Accessioned:              09/29/10
                    Pathologist:              DAVID M ROGERS, LT MC USN
                    SPECIMEN:
                                              A: SKIN, CHEST, PUNCH BX B: SKIN, BACK, PUNCH BX
                    CLINICAL DIAGNOSIS AND HISTORY:
                                              A/B- PUSTULES ON A-CHEST AND B-BACK THAT DEVELOP
AFTER EXPOSURE TO WATER
                                              AND SUN AT BEACH--PT HAS THESE LESIONS ON UPPER
TRUNK AND FACE--HAS
                                              HISTORY OF SEVERE SUNBURN AS A CHILD IN THESE
AREAS
                    PRE-OPERATIVE DIAGNOSIS:
```

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ██ 1985 | SSN: ***-** ██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

FUNGAL STAINS AS WELL

MILIARIA PUSTULOSA VS FOLLICULITIS--PLEASE DO

        POST-OPERATIVE DIAGNOSIS:

Operative Findings: SAA
Post-operative Diagnosis: SAA

        GROSS DESCRIPTION:

A)  Received in Formalin, labeled with the

patient's name "Merwin," and

designated "Chest" is a 0.4cm punch biopsy of tan

skin excised to a depth

of 0.5cm. The skin surface is remarkable for a

0.3cm creamy-white lesion.

Bisected. 2/1/NG  hh

B)  Received in Formalin, labeled with the

patient's name "Merwin," and

designated "Right Back" is a 0.5cm punch biopsy of

tan skin excised to a

depth of 0.6cm. The skin surface is remarkable for

a 0.3cm white-tan area.

Bisected. 2/1/NG  hh

        FINAL DIAGNOSIS:
        A) SKIN, "CHEST," PUNCH BIOPSY:

-  SKIN WITH INTRAFOLLICULAR MICROABSCESSES,

CONSISTENT WITH ACUTE

FOLLICULITIS.
-  SEE COMMENT.

        B) SKIN, "RIGHT BACK," PUNCH BIOPSY:

-  SKIN WITH INTRAFOLLICULAR MICROABSCESSES,

CONSISTENT WITH ACUTE

FOLLICULITIS.
-  SEE COMMENT.
dmr/10/05/10                    ** Report

Electronically Signed **

DAVID M ROGERS, LT MC USN

        Comment:

A mixture of acute inflammatory cells and

Langerhans' cells with

associated necroinflammatory debris forming

microabscess cavities is

present within the infundibulum of follicles in

biopsies from both the

chest and back, extending into the sebaceous

units.  These findings are

consistent with an acute folliculitis.  Fungal

stains are

non-contributory.
SNOMED CODES
1. P1148; T02424
2. M41780; M47401; T01000
3. E4000
4. P1148; T02450
5. M41780; M47401; T01000
6. E4000

        CPT Codes:

; 88305 ; TISSUE LEVEL IV
; 88305 ; TISSUE LEVEL IV
; 88313 ; SPECIAL STAINS OTHER
; 88313 ; SPECIAL STAINS OTHER

---

**Lab Result** Cited by BRUMWELL,ERIC @ 13 Oct 2010 0839 CDT
**Tissue Culture+Smear**

|  |  |
|---|---|
| Order # | 100928-00627 (NH Pensacola) |
| Filler # | 100928 MI 3893 (NH Pensacola) |
| Status: | Final |
| Ordering Provider: | BRUMWELL, ERIC |
| Priority: | ROUTINE |
| Date Ordered: | 28 Sep 2010 0827 |
| Date Resulted: | 01 Oct 2010 0918 |

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

```
                    COLLECT_SAMPLE:              TISSUE
                    Order Comment:              PLEASE DO FUNGAL, AFB AND BACTERIAL

                    BACTERIOLOGY RESULT (CULT TISSUE -- Final): NO GROWTH IN 24 HOURS
                    BACTERIOLOGY RESULT (CULT TISSUE -- Final): NO GROWTH IN 48 HOURS
                    BACTERIOLOGY RESULT (CULT TISSUE -- Final): FINAL REPORT RESULTS: NO GROWTH AT 72
HOURS

                    GRAM STAIN (GRAM STAIN -- Final):   NO WBCs OR ORGANISMS NOTED

                    Specimen:                   Tissue
                    Collected:                  28 Sep 2010 0851

                    Results:
                                                Final report
```

**Lab Result** Cited by BRUMWELL,ERIC @ 13 Oct 2010 0839 CDT
**Acid Fast Bacilli Culture**
```
                    Order #                     100928-00798 (NH Pensacola)
                    Filler #                    100928 STB 48 (NH Pensacola)
                    Status:                     Intermediate
                    Ordering Provider:          BRUMWELL, ERIC
                    Priority:                   ROUTINE
                    Date Ordered:               28 Sep 2010 0847
                    Date Resulted:              30 Sep 2010 0938
                    COLLECT_SAMPLE:             TISSUE
                    Order Comment:              left back

                    MYCOBACTERIUM:              Negative for M. tuberculosis complex rRNA
                    MYCOBACTERIUM:              Performed by Fl. Dept. of Health Lab. Jacksonville
                    ACID FAST STAIN:            No Acid Fast Bacilli seen on smear.
                    ACID FAST STAIN:            Performed by Fl. Dept. of Health Lab. Jacksonville

                    Specimen:                   Tissue
                    Collected:                  28 Sep 2010 0851

                    Results:
                                                I
```

**Lab Result** Cited by BRUMWELL,ERIC @ 13 Oct 2010 0839 CDT
**Wound Culture+Smear**
```
                    Order #                     100928-00865 (NH Pensacola)
                    Filler #                    100928 MI 3904 (NH Pensacola)
                    Status:                     Final
                    Ordering Provider:          BRUMWELL, ERIC
                    Priority:                   ROUTINE
                    Date Ordered:               28 Sep 2010 0854
                    Date Resulted:              28 Sep 2010 1134
                    COLLECT_SAMPLE:             SKIN LESION
                    Order Comment:              FROM PUSTULE OF BACK

                    GRAM STAIN (GRAM STAIN -- Final):   NO WBCs OR ORGANISMS NOTED

                    BACTERIOLOGY RESULT (CULT AEROBIC WOUND -- Final): NO GROWTH IN 24 HOURS
                    BACTERIOLOGY RESULT (CULT AEROBIC WOUND -- Final): FINAL REPORT RESULTS: NO
GROWTH IN 48 HOURS

                    Specimen:                   Skin
                    Collected:                  28 Sep 2010 0954

                    Results:
                                                Final report
```

**A/P** Written by BRUMWELL,ERIC @ 13 Oct 2010 0901 CDT

---

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ▆▆▆ 1985  SSN: ***-**-▆▆▆    DoD ID: 1286180538    Created: 16 Aug 2017

**1. FOLLICULITIS**: PATH/LABS SHOW ONLY STERILE FOLLICULITIS-- SUSPECT PITYROSPORUM DUE TO LOCATION

WILL UNDERGO TRIAL OF TOPICAL KETOCONAZOLE SHAMPOO AND HAVE PT F/U FOR FURTHER EVAL AFTER THE HOLIDAYS

| | |
|---|---|
| Medication(s): | -NON-FORMULARY DRUG REQUEST (NFDR)--MISC - KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 Qt: 2 Rf: 4 Start Date: 10/12/2010 Comment: DERM REQUIRES |
| Patient Instruction(s): | -Instructions For Patient<br>-Education And Counseling |

**Disposition** Written by BRUMWELL,ERIC @ 13 Oct 2010 0901 CDT
**Released w/o Limitations**
**Follow up:** 3 month(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  BRUMWELL, ERIC** (Physician/Workstation) @ 13 Oct 2010 0901

**CHANGE HISTORY**
*The following SO Note Was Overwritten by BRUMWELL,ERIC @ 13 Oct 2010 0854 CDT:*
SO Note Written by GIBSON,CHARLES A @ 13 Oct 2010 0842 CDT
**Chief complaint**
The Chief Complaint is: Fu biopsy.
**Referred here**
Referred by:
**History of present illness**
        The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None. Barriers considered were social; cultural; emotional; motivational; physical; religious; cognitive and language.
        In the Navy, currently on active duty, and paygrade E5.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
**Current medication**
Allegra
albuterol
advair.
**Personal history**
-Tob:n
-EtOH:y        .
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
        • Pain level (0-10): Reviewed.
        ° Current vital signs reviewed.
**General appearance:**
        ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Well hydrated.
**Therapy**
        • Herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.
.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *04 Oct 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P*

| Encounter ID: | PENS-715986 | Primary Dx: | Removal Of Sutures |

Patient: **MERWIN, DANIEL DENNIS**    Date: **04 Oct 2010 0755 CDT**    Appt Type: **EST$**
Treatment Facility: **NH Pensacola**    Clinic: **DERMATOLOGY CLINIC**    Provider: **BRUMWELL,ERIC**
Patient Status: **Outpatient**

**Reason for Appointment:** Suture Removal

**AutoCites** Refreshed by BRUMWELL,ERIC @ 04 Oct 2010 0837 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |
| • Extrinsic asthma | | |
| • Folliculitis | | |
| • Rosacea | | |
| • Lattice peripheral retinal degeneration | | |
| • Myopia | | |
| • Allergic rhinitis | | |
| • Visit for: occupational health/fitness exam | | |
| • Parent education about immunizations | | |
| • Visit for: military services physical | | |
| • Exposure to venereal disease | | |
| • Visit for: administrative purposes | | |
| • Inquiry and counseling about contraceptive practices | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 1 of 1 | 01 Sep 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**A/P** Written by BRUMWELL,ERIC @ 04 Oct 2010 0838 CDT
**1. Removal Of Sutures**

**Disposition** Written by BRUMWELL,ERIC @ 04 Oct 2010 0838 CDT
**Released w/o Limitations**
**Follow up:** 2 week(s) or sooner if there are problems. - Comments: TO REVIEW ALL LABS WHEN BACK

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  BRUMWELL, ERIC** (Physician/Workstation) @ 04 Oct 2010 0838

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*28 Sep 2010 at NH Pensacola FL, Dermatology Clinic by BRUMWELL, ERIC P*

Encounter ID:  PENS-706703      Primary Dx:      FOLLICULITIS

Patient: **MERWIN, DANIEL DENNIS**    Date: **28 Sep 2010 0815 CDT**    Appt Type: **EST$**
Treatment Facility: **NH Pensacola**    Clinic: **DERMATOLOGY CLINIC**    Provider: **BRUMWELL,ERIC**
Patient Status: **Outpatient**

**Reason for Appointment:**  f/u skin check

**AutoCites** Refreshed by BRUMWELL,ERIC @ 28 Sep 2010 0755 CDT

| **Problems** | **Family History** | **Allergies** |
| Chronic: | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |

Chronic:
 • Extrinsic asthma
 • Folliculitis
 • Rosacea
 • Lattice peripheral retinal degeneration
 • Myopia
 • Allergic rhinitis
 • Visit for: occupational health/fitness
   exam
 • Parent education about immunizations
 • Visit for: military services physical
 • Exposure to venereal disease
 • Visit for: administrative purposes
 • Inquiry and counseling about
   contraceptive practices

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 1 of 1 | 01 Sep 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

**Screening** Written by WEST,ALEXANDER D @ 28 Sep 2010 0800 CDT
**Reason For Appointment:** f/u skin check

Allergen information verified by WEST, ALEXANDER D @ 28 Sep 2010 0800 CDT

**SO Note** Written by BRUMWELL,ERIC @ 28 Sep 2010 0817 CDT
**Chief complaint**
The Chief Complaint is: RECURRENT PUSTULES AND UPPER TRUNK AFTER SWIMMING AT BEACH/BEING IN SUN--DOES NOT OCCUR W/ ONLY SUN EXPOSURE.
**Reason for Visit**
    Visit for: screening for dermatological disorders.
**Referred here**
Referred by:.  from Primary Care.
**History of present illness**
    The Patient is a 25 year old male.  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
    Military service in the Navy, currently on active duty, and paygrade E5.
    Concerns about cosmetic appearance.
**Allergies**
    An allergy to drugs.
**Current medication**

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 905**
AR 2892

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Cetaphil
allegra
triamcinolone
albuterol
advair.
**Past medical/surgical history**
**Reported History:**
   Reviewed.
   Reported medications: Including current prescription medications; over-the-counter medications; nutraceuticals; herbals;
      supplements and medications not included in AHLTA were reviewed with patient in detail.
  . Taking medication MEDICINE RECONCILIATION PERFORMED.
**Personal history**
-Tob:n
-EtOH:   y.
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Review of systems**
**Systemic symptoms:** No systemic symptoms and not feeling tired (fatigue).  No chills.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Physical findings**
**Vital signs:**
   • Pain level (0-10): Reviewed.
   ° Current vital signs reviewed.
**General appearance:**
   ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Well hydrated.
**Neurological:**
   Speech: ° Normal.
**Psychiatric Exam:**
   Affect: ° Congruent with the mood.
**Skin:**
   • Lesions on the face.  ° Normal except as noted <1MM PUSTULES ON FOREHEAD AND UPPER BACK/CHEST--MANY IN
      VARIOUS STAGES OF EVOLUTION/BEING EXCORIATED.
**Tests**
UNIVERSAL PROTOCOL REQUIREMENTS WERE MET
Shave  Biopsy ~
site verified with patient:Time 0815  >~site labeled with surgical marking pen~consent signed~area cleansed/prepped~anesthesia-
2% lidocaine with epi~hemostasis with drysol~closure: < 4-0PROL  >~bandage applied~wound care discussed~Estimated Blood
Loss: <2 ml~suture removal   10   days~pt educated on wound care.
**Therapy**
   • No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices
understanding and all questions were answered.
.

**A/P** Written by BRUMWELL,ERIC @ 28 Sep 2010 0854 CDT
**1. FOLLICULITIS**: PER PT ONLY W/ COMBINATION OF HEAT/SUN AND WATER AT BEACH

SUSPECT FOLLICULITIS VS MILIARIA PUSTULOSA- PT TO AVOID SUN/BEACH ENVIRONMENT UNTIL RESULTS
DISCUSSED W/ HIM

BIOPSIES PERFORMED FOR H&E AS WELL AS TRIPLE CULTURE

| | |
|---|---|
| Procedure(s): | -Biopsy Skin x 1 |
| | -Biopsy Skin Each Additional Lesion x 1 |
| Laboratory(ies): | -TISSUE EXAM (Routine); CULTURE TISSUE PANEL (Routine): PLEASE DO FUNGAL, AFB AND |
| | BACTERIAL Start Date: 09/27/2010; CULTURE AEROBIC WOUND PANEL (Routine): FROM |
| | PUSTULE OF BACK Start Date: 09/27/2010 |
| Patient Instruction(s): | -Clean Incision As Instructed |
| | -Education And Counseling |
| | -Instructions For Patient |
| | -Anticipatory Guidance: Outdoor Safety Avoiding Sun Exposure |
| | -Post-Op Teaching About Wound Care |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Disposition** Written by BRUMWELL,ERIC @ 28 Sep 2010 0855 CDT
**Released w/o Limitations**
**Follow up:** 10 day(s) or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

---

**Signed By  BRUMWELL, ERIC** (Physician/Workstation) @ 28 Sep 2010 0855

---

**CHANGE HISTORY**
*The following SO Note Was Overwritten by BRUMWELL,ERIC @ 28 Sep 2010 0817 CDT:*
**SO Note** Written by WEST.ALEXANDER D @ 28 Sep 2010 0803 CDT
**Chief complaint**
The Chief Complaint is: Skin check.
**Referred here**
Referred by:
**History of present illness**
        The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
        In the Navy, currently on active duty, and paygrade E5.
**Current medication**
Cetaphil
allegra
triamcinolone
albuterol
advair.
**Past medical/surgical history**
**Reported History:**
        Reported medications: Medication history including current prescription medications; over-the-counter medications; nutraceuticals; herbals; supplements and medications
        not included in AHLTA were reviewed with patient in detail.
 .
**Personal history**
-Tob:n
-EtOH:          y.
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
        • Pain level (0-10): Reviewed.
        ° Current vital signs reviewed.
**General appearance:**
        ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Well hydrated.
**Therapy**
        • No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.
 .

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *01 Sep 2010 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM*

| Encounter ID: | PENS-665023 | Primary Dx: | ASTHMA EXTRINSIC |

Patient: **MERWIN, DANIEL DENNIS**          Date: **01 Sep 2010 0850 CDT**          Appt Type: **ACUT**
Treatment Facility: **NBHC NTTC**          Clinic: **CORRY PRIME CARE**          Provider: **GUNTER,ROGER WILLIAM**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:**  poss. allergic reaction
**Appointment Comments:**
mr.

**AutoCites** Refreshed by GUNTER,ROGER WILLIAM @ 01 Sep 2010 0848 CDT

                                                            **Allergies**
                                                            • OTHER: Unknown (SEE MED RECORD)

**Vitals**
**Vitals** Written by STANDLEY,CHAD J @ 01 Sep 2010 0839 CDT
```
 BP: 120/84, HR: 76, RR: 16, T: 98.0 °F, HT: 69 in, WT: 145 lbs, BMI: 21.41, BSA: 1.802 square
meters, Tobacco Use: No, Alcohol Use: Yes,
 Pain Scale: 0 Pain Free
Comments: 850-292-7149
```

**SO Note** Written by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1423 CDT
**Chief complaint**
The Chief Complaint is: Possible allergic reaction.
**History of present illness**
        The Patient is a 25 year old male.
25yo ADM arrived to medical with allergies to cats and dogs which makes it hard for the pt to breathe. If he's in the same room with these animals, the pt feels tightness in chest. and becomes short of breath.  He has to remove him self and uses an OTC epinephrine inhaler. pt states that when he does have an onset it can take up to 2days for the symptoms to go away completely.  He had severe childhood asthma but no symptoms for years since 11 or 12.
        In the Navy and currently on active duty.  Visit is not deployment-related and visit is not GWOT-related.
        Itching of the eyes.
        Dyspnea, paroxysmal nocturnal dyspnea, orthopnea: sleeping upright or with extra pillows, and wheezing.
**Current medication**
Current medications reviewed and reconciled.
fexofenadine HCL 100mg, ceraphil/aquanil.
**Past medical/surgical history**
**Reported History:**
        Medical: Reported medical history: Reviewed
        childhood asthma.  No previous hospitalizations  that are associated with the reason for this encounter: and no previous
                emergency room visit  that are associated with the reason for this encounter:
        Surgical / procedural: Surgical / procedural history: Reviewed
        none.
        Reported medications: Taking OTC medications.  Not taking dietary supplements and no vitamin supplements.
        Reported prior tests: No prior tests were performed  at non-MHS facility that relate to this encounter includes:
**Personal history**
Social history: Reviewed
none.
Behavioral history: No tobacco use.
Alcohol: Alcohol use.
**Family history**
        Family medical history:  Reviewed
        none.
**Review of systems**
**Systemic symptoms:** No fever and no chills.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Psychological symptoms:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital signs:**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538          Created: 16 Aug 2017

Vital Signs/Measurements                                            Value
Blood pressure: Reviewed
  • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.
**General appearance:**
  ° Normal.  ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neck:**
  Palpation: ° No tenderness of the neck.
  Thyroid: ° Showed no abnormalities.
**Eyes:**
  General/bilateral:
    Pupils: ° PERRL.
    External Eye: ° Conjunctiva exhibited no abnormalities.
    Sclera: ° Normal.
**Ears:**
  General/bilateral:
    Tympanic Membrane: ° Normal.
**Pharynx:**
  Oropharynx: ° Posterior pharyngeal wall was normal.
**Lymph Nodes:**
  ° Cervical lymph nodes were not enlarged.  ° Submandibular lymph nodes were not enlarged.  ° Supraclavicular lymph nodes
    were not enlarged.
**Lungs:**
  ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.
  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard:  ° No rales/crackles were heard.
**Cardiovascular system:**
  Heart Rate And Rhythm: ° Normal.
  Heart Sounds: ° S1 normal.  ° S2 normal.  ° No S3 heard.  ° No S4 heard.  ° No gallop was heard.  ° No pericardial friction rub
    heard.
  Murmurs: ° No murmurs were heard.
**Neurological:**
  ° No learning disability was noted (barriers to learning).
**Therapy**
  • No herbal medicines.
**Counseling/Education**
Patient verbalized understanding and accepted instructions.


**A/P** Written by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1438 CDT
**1. ASTHMA EXTRINSIC** *(EXTRINSIC ASTHMA, UNSPECIFIED, MILD PERSISTENT)*: exposure to cats and dogs. DC Primatine
Mist.  Patient is already on daily Claritin per Dermatology for skin rash - 1 week so far.  Is supposed to follow up with Derm after 1
month and if no improvement will get skin biopsies.  He's to continue on the Claritin.  Will add a long acting B agonist and Albuterol
for rescue inhaler in case he has any acute exacerbations of his symptoms.  I have advised him to practice avoidance - not be
around cats and dogs as much as possible.  he has none in his home but does visit with people that have pets.  If the Claritin,
avoidance and Advair are not effective will refer to Allergist.
          Medication(s):       -ALBUTEROL *HFA* MDI--INH 90MCG/PUFF AERP - INH 2 PF PO Q4H FOR WHEEZING #1 RF1 Qt:
          1 Rf: 1
                              -ADVAIR 250-50MCG--PO INHA - INHALE 1 PUFF ORALLY BID #1 RF1 Qt: 1 Rf: 1


**Disposition** Last updated by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1439 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed,
medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements
and medications not included in ALTHA were reviewed with patient in detail.  Patient offered medication list by pharmacy tech.
No barriers to learning were identified.  Education appropriate to the patient's needs was provided regarding the care, treatment,
and services provided.  The patient voices understanding and all questions were answered.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.


**Signed By  GUNTER, ROGER WILLIAM** (Physician, JACC NBHC Corry Station, Pensacola, FL) @ 01 Sep 2010 1439

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1439 CDT:*
The Disposition section was last updated by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1439 CDT - see above.Previous Version of Disposition section was entered/updated
by STANDLEY,CHAD J @ 01 Sep 2010 0913 CDT.
**Released w/o Limitations**

## Medical Record

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Follow up:** as needed by PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail. Patient offered medication list by pharmacy tech.
No barriers to learning were identified. Education appropriate to the patient's needs was provided regarding the care, treatment, and services provided. The patient voices understanding and all questions were answered.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
***The following SO Note Was Overwritten** by GUNTER,ROGER WILLIAM @ 01 Sep 2010 1423 CDT:*
**SO Note** Written by STANDLEY,CHAD J @ 01 Sep 2010 1002 CDT
**Chief complaint**
The Chief Complaint is: Possible allergic reaction.
**History of present illness**
  The Patient is a 25 year old male.
25yo ADM arrived to medical with complaints of allergic reaction. pt has allergies to cats and dogs which makes it hard for the pt to breath. pt feels tightness in chest. when this happens the pt has to remove him self and use a epinephrine inhaler. pt states that when he does have an onset it can take up to 2days for the symptoms to go away.  pt also mentioned that he also gets headaches.
  In the Navy and currently on active duty.  Visit is not deployment-related and visit is not GWOT-related.
  Itching of the eyes.
  Dyspnea, paroxysmal nocturnal dyspnea, orthopnea: sleeping upright or with extra pillows, and wheezing.
**Current medication**
Current medications reviewed and reconciled.
fexofenadine HCL 100mg, ceraphil/aquanil.
**Past medical/surgical history**
**Reported History:**
  Medical: Reported medical history: Reviewed
  childhood asthma.  No previous hospitalizations  that are associated with the reason for this encounter: and no previous emergency room visit  that are associated with the reason for this encounter:
  Surgical / procedural: Surgical / procedural history: Reviewed
  none.
  Reported medications: Taking OTC medications.  Not taking dietary supplements and no vitamin supplements.
  Reported prior tests: No prior tests were performed  at non-MHS facility that relate to this encounter includes:
**Personal history**
Social history: Reviewed
none.
Behavioral history: No tobacco use.
Alcohol: Alcohol use.
**Family history**
  Family medical history:  Reviewed
  none.
**Review of systems**
Systemic symptoms: No fever and no chills.
Gastrointestinal symptoms: No nausea and no vomiting.
Psychological symptoms: Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital signs:**

| Vital Signs/Measurements | Value |

Blood pressure: Reviewed
  • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.
**General appearance:**
  ° Normal.  ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Lungs:**
  ° Respiration rhythm and depth was normal.  ° Exaggerated use of accessory muscles for inspiration was not observed.  ° Clear to auscultation.  ° No wheezing was heard.  ° No rhonchi were heard.  ° No rales/crackles were heard.
**Neurological:**
  ° No learning disability was noted (barriers to learning).
**Therapy**
  • No herbal medicines.
**Counseling/Education**
Patient verbalized understanding and accepted instructions.

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 910**
AR 2897

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *25 Aug 2010 at NH Pensacola FL, Dermatology Clinic by SMITH, ERIC P*

Encounter ID:     PENS-653628          Primary Dx:          FOLLICULITIS

Patient: **MERWIN, DANIEL DENNIS**        Date: **25 Aug 2010 0830 CDT**        Appt Type: **EST$**
Treatment Facility: **NH Pensacola**         Clinic: **DERMATOLOGY CLINIC**        Provider: **SMITH,ERIC P**
Patient Status: **Outpatient**

**Reason for Appointment:**  f/u skin check

**AutoCites** Refreshed by SMITH,ERIC P @ 25 Aug 2010 0850 CDT

**Problems**                                                      **Allergies**
**Chronic:**                                                       • OTHER: Unknown (SEE MED RECORD)
 • Folliculitis
 • Rosacea
 • Lattice peripheral retinal degeneration
 • Myopia
 • Allergic rhinitis
 • Visit for: occupational health/fitness
   exam
 • Parent education about immunizations
 • Visit for: military services physical
 • Exposure to venereal disease
 • Visit for: administrative purposes
 • Inquiry and counseling about
   contraceptive practices

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |
| Sodium Fluoride, Cream, Dental | Active | BRUSH FOR 5 MINUTES BEFORE BEDTIME.  DO NOT RINSE. #2 RF3 | 3 of 3 | 18 Sep 2009 |

**Screening** Written by WEST,ALEXANDER D @ 25 Aug 2010 0842 CDT
**Reason For Appointment:** f/u skin check

Allergen information verified by WEST, ALEXANDER D @ 25 Aug 2010 0842 CDT

**SO Note** Written by SMITH,ERIC P @ 25 Aug 2010 0908 CDT
**Chief complaint**
The Chief Complaint is: Fu skin check.
**Referred here**
Referred by:
**History of present illness**
     The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
     In the Navy, currently on active duty, and paygrade E5.

Presents in follow-up.  He was seen for a papular follicular-based rash that appeared to occur when exposed to sunlight, primarily
on the weekends.  After his last visit he stopped using his soaps and use Cetaphil for two weeks.  He also switched to a
nonchemical sunscreen but did not notice any improvement in his symptoms overall.  He has subsequently returned to using his
antibacterial soap and old spice, and has, used a chemical sunscreen (baby sunscreen SPF 70) and states that this weekend he did
not have a breakout at all, in spite of being in the sun 1 to two.
He states that the rash has characteristically only lasted for about two to 3 days before going away without sequelae.  It is tender but
not necessarily itchy.  He has pictures of his breakout which occurred primarily on his neck face and upper chest.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
**Current medication**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 911**
AR 2898

**Medical Record**

Merwin, Daniel Dennis        DOB:          1985  SSN: ***-**-          DoD ID: 1286180538        Created: 16 Aug 2017

Claritan.

**Past medical/surgical history**

**Reported History:**

    Reported medications: Medication history including current prescription medications; over-the-counter medications;
        nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
    .

**Personal history**

-Tob:      n

-EtOH:      y.

: Reviewed.

Behavioral history: Caffeine use.  No tobacco use.

Alcohol: Alcohol use.

Drug use: Not using drugs.

Habits: Exercising regularly.

**Physical findings**

**Vital signs:**

    • Pain level (0-10): Reviewed.

    ° Current vital signs reviewed.

**General appearance:**

    ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Well hydrated.

**Skin:**

    • Lesions: No rash today.  No evidence of scarring.

    Photographs showed demonstrate raised erythematous papules on his chest with several that appear to be pustular.

        ° General appearance was normal.

**Therapy**

    • No herbal medicines.

**Counseling/Education**

Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices
understanding and all questions were answered.

.

**A/P** Written by SMITH,ERIC P @ 25 Aug 2010 0911 CDT

**1. FOLLICULITIS:** Recurrent short-lived folliculitis.  Discussed that switching to Cetaphil for only two weeks may not have been long
enough to reduce chemical exposure from other soaps.  There is still no clear etiology for his rash although it does appear to be sun
related.  Discussed trying to avoid histamine release as well symptomatically treatment.

Plan:

Start Allegra one tablet daily for 30 days.

Triamcinolone cream two to 3 times a day for two to 3 days at onset of his rash.

Return in one month, sooner as needed.

        Medication(s):        -FEXOFENADINE (ALLEGRA) --PO 180MG TAB - T1 TAB PO QD F ALLERGIES UD #30 RF2 Qt: 30
                            Rf: 2

                            -TRIAMCINOLONE 0.025%--TOP 80GM CREA - AAA BID TO TID FOR 2-3 DAYS AT ONSET OF
                            RASH UD #1 RF0 Qt: 1 Rf: 0

**Disposition** Written by SMITH,ERIC P @ 25 Aug 2010 0912 CDT

**Released w/o Limitations**

**Follow up:** 1 month(s) in the DERMATOLOGY CLINIC clinic or sooner if there are problems.

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  SMITH, ERIC P** (Physician, NH Pensacola FL) @ 25 Aug 2010 0912

**CHANGE HISTORY**

*The following SO Note Was Overwritten* by SMITH,ERIC P @ 25 Aug 2010 0908 CDT:

**SO Note** Written by WEST,ALEXANDER D @ 25 Aug 2010 0843 CDT

**Chief complaint**

The Chief Complaint is: Fu skin check.

**Referred here**

Referred by:

**History of present illness**

        The Patient is a 25 year old male  Source of patient information was patient.

Barriers to learning were identified as:  None

 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.

        In the Navy, currently on active duty, and paygrade E5.

**Allergies**

Allergy information in Autocite area was reviewed and verified with patient.

**Current medication**

Claritan.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985   SSN: ***-**-████     DoD ID: 1286180538       Created: 16 Aug 2017

**Past medical/surgical history**
**Reported History:**
    Reported medications: Medication history including current prescription medications; over-the-counter medications; nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
.

**Personal history**
-Tob:        n
-EtOH:      y.
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
    • Pain level (0-10): Reviewed.
    ° Current vital signs reviewed.
**General appearance:**
    ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Well hydrated.
**Therapy**
    • No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.
.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ░░░ 1985 | SSN: ***-**-░░░ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*20 Jul 2010 at NH Pensacola FL, Dermatology Clinic by SMITH, ERIC P*

Encounter ID:     PENS-597452          Primary Dx:          FOLLICULITIS

Patient: **MERWIN, DANIEL DENNIS**      Date: **20 Jul 2010 0920 CDT**       Appt Type: **SPEC**
Treatment Facility: **NH Pensacola**       Clinic: **DERMATOLOGY CLINIC**       Provider: **SMITH,ERIC P**
Patient Status: **Outpatient**

**Reason for Appointment:** ROSACEA/DERM-NHP/MED LIST/CTD/20/RECORDS/UNIFORM
**Appointment Comments:**
CAC-EH

**AutoCites** Refreshed by SMITH,ERIC P @ 20 Jul 2010 0948 CDT

**Problems**                                                          **Allergies**
**Chronic:**                                                          • OTHER: Unknown (SEE MED RECORD)
• Rosacea
• Lattice peripheral retinal degeneration
• Myopia
• Allergic rhinitis
• Visit for: occupational health/fitness
  exam
• Parent education about immunizations
• Visit for: military services physical
• Exposure to venereal disease
• Visit for: administrative purposes
• Inquiry and counseling about
  contraceptive practices

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Sodium Fluoride, Cream, Dental | Active | BRUSH FOR 5 MINUTES BEFORE BEDTIME. DO NOT RINSE. #2 RF3 | 3 of 3 | 18 Sep 2009 |

**SO Note** Written by SMITH,ERIC P @ 20 Jul 2010 1115 CDT
**Chief complaint**
The Chief Complaint is: Rosacea.
**Referred here**
Referred by:
**History of present illness**
     The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None. Barriers considered were social; cultural; emotional; motivational; physical; religious; cognitive and language.
     In the Navy and currently on active duty.  Visit is not deployment-related /deployment-related.  Paygrade E5.


Presents for evaluation of her recurrent rash that has been occurring over the past two summers.  He states that when he spends time in the sun and especially in the water he will develop crops of pustules across his forehead, cheeks, and somewhat on his back and chest.  These are typically painful and he tends to puncture these or pick them.  He did that this morning and does not have any significant acute lesions.  He denies breakouts on other sun exposed areas of his skin.
He has tried many different types of sunscreens, but most recently used a baby sunscreen that one time helped prevent a breakout and the other time did not.
He does not take medications regularly, though occasionally takes Aleve.
He does relate that he had MRSA 3 times, and has been using an antibacterial soap on all of his skin since April of 2009.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
**Current medication**
Pt is not taking meds at this time.
**Past medical/surgical history**
**Reported History:**
     Reported medications: Medication history including current prescription medications; over-the-counter medications;
          nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
     .
**Personal history**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▇▇▇ 1985  SSN: ***-**-▇▇▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
> • Pain level (0-10): Reviewed.
> ° Current vital signs reviewed.

**General appearance:**
> ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Well hydrated.

**Skin:**
> • Lesions: See add note for details.
> Also noted to have very fair skin and fairly moderate photo damage with hundreds of ephelids.  ° General appearance was
> normal.

**Therapy**
> • No herbal medicines.

**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices
understanding and all questions were answered.
.


**A/P** Last Updated by SMITH,ERIC P @ 20 Jul 2010 1643 CDT
**1. FOLLICULITIS**: Appears to developing pustules of unclear etiology.  The sudden onset following sun exposure may point towards
a photosensitive reaction which could be photo drug or photo toxic or photoallergic.  He only takes Aleve occasionally, and this
could be a potential cause of pseudo-porphyria though he has no lesions on the back of his hands and no milia.  It would be atypical
for acne, even though he complains of blackheads, as the sun tends to be more immunosuppressive rather than causing acne
breakouts.
He may have a reaction to sunscreen products, though states that he is broken out even when not wearing sunscreen.  There does
not appear to be a likely interaction between water in his skin.  These lesions are not urticarial.
There may be a relationship to him starting his antibacterial soap and the onset of this rash.  Discussed the importance of good skin
care without damaging the surface.
Pitryosporum folliculitis is also in the differential diagnosis.
Recommended:
Stop antibacterial soap.
Start Dove or Cetaphil for washing his body.
They tried different sunscreens on his skin to see if there is a relationship between outbreaks.
Return 3 to 6 weeks for reevaluation
> Medication(s):            -CETAPHIL (AQUANIL)CLNSR 240ML --TOP SOAP - INSTEAD OF SOAP UD (BUT THE BEST SOAP
>                            IS NO SOAP) #2 RF6 Qt: 2 Rf: 6


**Disposition** Written by SMITH,ERIC P @ 20 Jul 2010 1645 CDT
**Released w/o Limitations**
**Follow up:** 2 to 6 week(s) in the DERMATOLOGY CLINIC clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by NEWTON,TYLER JEROME @ 20 Jul 2010 0916 CDT
**Consult Order**
**Referring Provider:**        GUNTER, ROGER WILLIAM
**Date of Request:**   14 Jun 2010
**Priority:**              Routine


**Provisional Diagnosis:**

ROSACEA


**Reason for Request:**

1ST L/M ON VM25 yo male active duty member with 9 months of facial break outs - pustules, papules on forehead, nose and
cheeks with any sun exposure. Patient has tried every sun screen he knows but every time he goes out to the beach or has any
outdoor time for 4 or more hours he'll break out. Clears after about 2-4 days but comes back every time he gets sun exposure.  It
has some features of Rosacea but a very unusual onset and resolution.  Please evaluate and treat definitively.


**Note** Written by NEWTON,TYLER JEROME @ 20 Jul 2010 1154 CDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

**Signed By  SMITH, ERIC P** (Physician, NH Pensacola FL) @ 20 Jul 2010 1646

CHANGE HISTORY
*The following SO Note Was Overwritten by SMITH,ERIC P @ 20 Jul 2010 1115 CDT:*
**SO Note** Written by MATTHEWS,KARLA M @ 20 Jul 2010 0923 CDT
**Chief complaint**
The Chief Complaint is: Rosacea.
**Referred here**
Referred by:
**History of present illness**
    The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None. Barriers considered were social; cultural; emotional; motivational; physical; religious; cognitive and language.
    In the Navy and currently on active duty.  Visit is not deployment-related /deployment-related.  Paygrade E5.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.

**Current medication**
Pt is not taking meds at this time.

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ████ 1985  SSN: ***-**-████          DoD ID: 1286180538          Created: 16 Aug 2017

**Past medical/surgical history**
**Reported History:**
   Reported medications: Medication history including current prescription medications; over-the-counter medications; nutraceuticals; herbals; supplements and medications
       not included in AHLTA were reviewed with patient in detail.
   .
**Personal history**
 . Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
**Physical findings**
**Vital signs:**
   • Pain level (0-10): Reviewed.
   ° Current vital signs reviewed.
**General appearance:**
   ° Well-appearing.  ° Alert.  ° Oriented to time, place, and person.  ° Well nourished.  ° Well hydrated.
**Therapy**
   • No herbal medicines.
**Counseling/Education**
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.
.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *14 Jun 2010 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM*

Encounter ID:     PENS-547172         Primary Dx:        ROSACEA

Patient: **MERWIN, DANIEL DENNIS**          Date: **14 Jun 2010 1010 CDT**          Appt Type: **ACUT**
Treatment Facility: **NBHC NTTC**           Clinic: **CORRY PRIME CARE**            Provider: **GUNTER,ROGER WILLIAM**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:**  allergic reaction
**Appointment Comments:**
mso

**AutoCites** Refreshed by GUNTER,ROGER WILLIAM @ 14 Jun 2010 1012 CDT

                                                       **Allergies**
                                                       • OTHER: Unknown (SEE MED RECORD)

**Vitals**
**Vitals** Written by STANDLEY,CHAD J @ 14 Jun 2010 0953 CDT
```
 BP: 114/68, HR: 72, RR: 16, T: 98.5 °F, HT: 69 in, WT: 145 lbs, BMI: 21.41, BSA: 1.802 square
meters, Tobacco Use: No, Alcohol Use: Yes,
 Pain Scale: 5/10 Moderate, Pain Scale Comments: forehead
```
**Comments:** 850-292-7149

**SO Note** Written by GUNTER,ROGER WILLIAM @ 14 Jun 2010 1236 CDT
**Chief complaint**
The Chief Complaint is: Allergic reaction.
**History of present illness**
      The Patient is a 25 year old male.
25yo ADM arrived to medical with complaints of allergic reaction x1year. pt stated that when he first arrived to florida he was fine for
x2months. now every time he goes outside he breaks out with pustules all over his face. pt has tried using sunscreen with no
success. pt denies taking any medication to treat the reaction.pt does notice more pustules when in the sun but he still gets them
when its cloudy outside.  No problems with alcohol or hot beverages.  No history of Rosacea though he's had acne since he was a
teen - that's cleared for the most part and hasn't had any problems of this kind untill he got to floriday about 9 months ago.
Originally from California and has spent his whole life out doors in the sun.
      In the Navy and currently on active duty.  Visit is not deployment-related and visit is not GWOT-related.
**Current medication**
Current medications reviewed and reconciled.
none.
**Past medical/surgical history**
**Reported History:**
    Medical: Reported medical history: Reviewed
    allergic all outdoor items and pets.  No previous hospitalizations  that are associated with the reason for this encounter: and no
        previous emergency room visit  that are associated with the reason for this encounter:
    Surgical / procedural: Surgical / procedural history: Reviewed
    none.
    Reported medications: Not taking OTC medications, no dietary supplements, and no vitamin supplements.
    Reported prior tests: No prior tests were performed  at non-MHS facility that relate to this encounter includes:
**Personal history**
Social history: Reviewed
none.
Behavioral history: No tobacco use.
Alcohol: Alcohol use.
**Family history**
    Family medical history:  Reviewed
    none.
**Review of systems**
**Systemic symptoms:** No fever and no chills.
**Pulmonary symptoms:** No dyspnea, no cough, and no wheezing.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Psychological symptoms:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 918**
AR 2905

## Medical Record

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Vital signs:**

| Vital Signs/Measurements | Value |

Blood pressure: Reviewed
  • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.

**General appearance:**
  • General appearance:  • Not oriented to time, place, and person pustules all over pt face.  ° Well developed.  ° Well nourished.
    ° In no acute distress.

**Neurological:**
  ° No learning disability was noted (barriers to learning).

**Skin:**
  • Showed erythema entire face is red and dusky.  Three hours of sun exposure with sun screen.  • Pustules were seen on
    forehead and nose primarily.

**Therapy**
  • No herbal medicines.

**Counseling/Education**
Patient verbalized understanding and accepted instructions.

**A/P** Written by GUNTER,ROGER WILLIAM @ 14 Jun 2010 1239 CDT

**1. ROSACEA**: Some features of Rosacea but may just be an acniform eruption.  Patient insists there are no triggers other than
prolonged sun exposure.  Will refer to Dermatology for evaluation and treatment.
            Consult(s):          -Referred To: DERMATOLOGY CONSULT (Routine) Specialty: DERMATOLOGY Clinic: UTILIZATION
                                 MANAGEMENT OFFICE Primary Diagnosis: ROSACEA

**Disposition** Written by GUNTER,ROGER WILLIAM @ 14 Jun 2010 1239 CDT

**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Signed By  GUNTER, ROGER WILLIAM** (Physician, JACC NBHC Corry Station, Pensacola, FL) @ 14 Jun 2010 1240

**CHANGE HISTORY**
*The following SO Note Was Overwritten by GUNTER,ROGER WILLIAM @ 14 Jun 2010 1228 CDT:*
**SO Note** Written by STANDLEY,CHAD J @ 14 Jun 2010 0957 CDT
**Chief complaint**
The Chief Complaint is: Allergic reaction.
**History of present illness**
        The Patient is a 25 year old male.
25yo ADM arrived to medical with complaints of allergic reaction x1year. pt stated that when he first arrived to florida he was fine for x2months. now every time he goes outside
he breaks out with pustules all over his face. pt has tried using sunscreen with no success. pt denies taking any medication to treat the reaction.pt does notice more pustules
when in the sun but he still gets them when its cloudy outside.
        In the Navy and currently on active duty.  Visit is not deployment-related and visit is not GWOT-related.
**Current medication**
Current medications reviewed and reconciled.
none.
**Past medical/surgical history**
Reported History:
        Medical: Reported medical history: Reviewed
        allergic all outdoor items and pets.  No previous hospitalizations  that are associated with the reason for this encounter: and no previous emergency room visit  that are
            associated with the reason for this encounter:
        Surgical / procedural: Surgical / procedural history: Reviewed
        none.
        Reported medications: Not taking OTC medications, no dietary supplements, and no vitamin supplements.
        Reported prior tests: No prior tests were performed  at non-MHS facility that relate to this encounter includes:
**Personal history**
Social history:  Reviewed
none.
Behavioral history: No tobacco use.
Alcohol: Alcohol use.
**Family history**
        Family medical history:  Reviewed
        none.
**Review of systems**
**Systemic symptoms:** No fever and no chills.
**Pulmonary symptoms:** No dyspnea, no cough, and no wheezing.
**Gastrointestinal symptoms:** No nausea and no vomiting.
**Psychological symptoms:** Not thinking about suicide.  No homicidal thoughts.
**Physical findings**
**Vital signs:**
Vital Signs/Measurements                                                    Value
Blood pressure: Reviewed
  • Temperature: Reviewed.  • RR: Reviewed.  • PR: Reviewed.
**General appearance:**
  • General appearance:  • Not oriented to time, place, and person pustules all over pt face.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**Neurological:**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 919**
AR 2906

**Medical Record**

Merwin, Daniel Dennis        DOB:      1985  SSN: ***-**-      DoD ID: 1286180538        Created: 16 Aug 2017

° No learning disability was noted (barriers to learning).

**Skin:**
- Pustules were seen.

**Therapy**
- No herbal medicines.

**Counseling/Education**
Patient verbalized understanding and accepted instructions.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985  SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

## *21 Apr 2010 at NH Pensacola FL, NASP Optometry by ZENT, JOHN W*

Encounter ID:     PENS-468299        Primary Dx:        REFRACTIVE ERROR - MYOPIA

Patient: **MERWIN, DANIEL DENNIS**        Date: **21 Apr 2010 0800 CDT**        Appt Type: **SPEC**
Treatment Facility: **NBHC NAS Pensacola**   Clinic: **NASP OPTOMETRY CLINIC**   Provider: **ZENT,JOHN W**
Patient Status: **Outpatient**

**Reason for Appointment:**  EYE EXAM-CONSULT FOR PRK/BLD 3600/UOD/REC/MEDS/GLASSES/CDT/20MINS
**Appointment Comments:**
CAC-ANT

**AutoCites** Refreshed by MERRELL,SHAUNTE T @ 21 Apr 2010 0806 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |
| • Allergic rhinitis | | |
| • Visit for: occupational health/fitness exam | | |
| • Parent education about immunizations | | |
| • Visit for: military services physical | | |
| • Exposure to venereal disease | | |
| • Visit for: administrative purposes | | |
| • Inquiry and counseling about contraceptive practices | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| LORATADINE, 10 MG, TABLET, ORAL | Active | T 1 TABLET PO QD PRN FOR ALLERGIES #100 RF0 | NR | 17 Mar 2010 |
| Sodium Fluoride, Cream, Dental | Active | BRUSH FOR 5 MINUTES BEFORE BEDTIME.  DO NOT RINSE. #2 RF3 | 3 of 3 | 18 Sep 2009 |

**Screening** Written by MERRELL,SHAUNTE T @ 21 Apr 2010 0806 CDT
**Reason For Appointment:** EYE EXAM-CONSULT FOR PRK/BLD 3600/UOD/REC/MEDS/GLASSES/CDT/20MINS

Allergen information verified by MERRELL, SHAUNTE T @ 21 Apr 2010 0806 CDT

**Vitals**
**Vitals** Written by MERRELL,SHAUNTE T @ 21 Apr 2010 0806 CDT
  Pain Scale: 0 Pain Free

**SO Note** Written by MERRELL,SHAUNTE T @ 21 Apr 2010 0806 CDT
**Reason for Visit**
    Visit for: routine eye exam.
**Referred here**
referred here.
**History of present illness**
    The Patient is a 25 year old male.  Source of patient information was patient.
Barriers to learning were identified as:  None
 Possible barriers include cultural; religious; emotional; motivational; physical; and cognitive.
    Reliability of source of patient information was good.
    In the Navy, currently on active duty, and paygrade E5.
    No eye pain.
**Past medical/surgical history**
**Reported History:**
    Reported medications: Medication history including current prescription medications; over-the-counter medications;
        nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
    .
    Physical trauma: No trauma to the eye.
**Diagnosis History:**
    No iritis  / Uveitis
    No cataract

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

No macular degeneration
No glaucoma.
No hypertension.
No hyperlipidemia.
No diabetes mellitus

**Review of systems**
**Cardiovascular symptoms:** No cardiovascular symptoms.
**Pulmonary symptoms:** No pulmonary symptoms.
**Physical findings**
**Eyes:**
    General/bilateral:
        Visual Assessment: • Lensometry:
        OD:-2.00-0.25x090
        OS:-1.75sph.
        Intraocular Pressure: ° Normal NCT IOP.
        Visual Fields Exam: • A limited visual fields exam was performed. ° Peripheral vision was full to confrontation.
        Right eye:

| | Value |
|---|---|
| Visual Assessment: | |
| Distance right acuity with current Rx: 20/ | 20 |

        Right eye:

| | Value |
|---|---|
| Intraocular Pressure: | |
| | 12 mmHg |

        Left eye:

| | Value |
|---|---|
| Visual Assessment: | |
| Distance left acuity with current Rx: 20/ | 30 |

        Left eye:

| | Value |
|---|---|
| Intraocular Pressure: | |
| | 13 mmHg |

**Drawing/Image** Written by ZENT,JOHN W @ 23 Apr 2010 1644 CDT
**1. pigmented crescent with no holes or tears**



**A/P** Written by ZENT,JOHN W @ 23 Apr 2010 1644 CDT
**1. REFRACTIVE ERROR - MYOPIA**
    Procedure(s):      -Ophthalmological New Patient Start Comprehensive Care x 1
                             -Spectacles Services Fitting Monofocals (Not For Aphakia) x 1
                             -Determination Of Refractive State x 1
                             -Prescription & Fitting Bilateral Corneal Lenses (Not Aphakia x 1
**2. PERIPHERAL RETINAL DEGENERATION - LATTICE:** abnormal apperance OS, possibly lattice, or very flat typical retinoschisis.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

**Disposition** Written by ZENT,JOHN W @ 23 Apr 2010 1645 CDT
**Released w/o Limitations**
Follow up: 12 month(s) or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by SIMIEN,LATOSHA D @ 21 Apr 2010 1301 CDT



**Note** Written by ZENT,JOHN W @ 23 Apr 2010 1642 CDT

| Chief Complaint: | | | Pt. here for CRS screening, no visual or astenopic complaints | | | | | |
|---|---|---|---|---|---|---|---|---|
| Significant History: | | | (see above) -f/f, -dryness, -itch, -burn | | | | | |
| Confrontation Fields: | | FTFC Central & Peripheral OD, OS | | Cover Test: | cc | Ortho  distance | Ortho' near | |
| Extraocular Muscles: | | Smooth, Accurate, Full, No Pain | | Pupils: | Equal  Round  4+ Reactivity | | -APD | |

| MRx | Sphere | Cylinder | Axis | | DVA | | | Drops: | @ 0820 |
|---|---|---|---|---|---|---|---|---|---|
| OD | -2.25 | -0.50 | 098 | OD | 20/20 | 20/20 | | 0.5% Proparacaine | |
| OS | -2.50 | -0.25 | 083 | OS | 20/20 | | | 1gt OU 0.5% Tropicamide | |
| | Prism | | Add | | NVA | | | 1gt OU 2.5% Phenylephrine | |
| OD | | | OD | OD | 20/20 | 20/20 | | 1% Cyclopentolate | |
| OS | | | OS | OS | 20/20 | | | 0.25%/0.4% Fluress | |

| Slit Lamp: | | | 78D & 20D | Dilated | Ancillary Testing | | | |
|---|---|---|---|---|---|---|---|---|
| | OD | | OS | | Pt. educated that too large of an Rx change for CRs | | | |
| L/L | Clear | | Clear | | | | | |
| Conj. | Clear | | Clear | | | | | |
| Cornea | Clear | | Clear | | | | | |
| Tear Layer | Clear | | Clear | | | | | |
| A/C | D & Q | 4X4 | 4X4 | D & Q | **Final Spec Rx** | Full Time Wear | | Add |
| Iris | Clear | | | Clear | OD  -2.25 | -0.50 | 098 | pl |

**Medical Record**

Merwin, Daniel Dennis         DOB: ███ 1985  SSN: ***-**-███         DoD ID: 1286180538         Created: 16 Aug 2017

| Lens | Clear | Clear | OS | -2.50 | -0.25 | 083 | | pl |
|------|-------|-------|----|-------|-------|-----|--|----|
| Vitreous | Clear | Clear | | | | | | PD |
| C/D | .3/.3 | .3/.3 | *No CL Fitting* | | | Sol'n: | Opti-Free Replenish | |
| Margins | Pink/Distinct | Pink/Distinct | *Brand* | *OD:* | AV Oasys | | *OS:* | AV Oasys |
| Macula | +FR, Clear | +FR, Clear | OD | 8.4 | 14.0 | -2.50 | sph | 0 |
| A/V | 2/3 | 2/3 | OS | 8.4 | 14.0 | -2.50 | sph | 0 |
| Periphery | see drawing | -Holes,tears,breaks 360° | Replace: | | Bi-weekly | | Continuous Wear: | No |
| Notes | | -Medication reconciliation was performed. However, no new medications were added and no old medications have been discontinued by the provider. Pt was offered a copy of med list. | | | | | | |
| | Pt ed @ S/S ret tear/detach | | | | | | | |

| Contact Lenses: | | No CL Fitting | | | | | | | OD | OS |
|-----|------|------|------|------|------|------|------|------|------|------|
| | **Brand** | **BC** | **Diam** | **Power** | **Cyl** | **Axis** | **VA** | | | |
| OD | AV Oasys | 8.4 | 14.0 | -2.50 | | | 20/20 | Coverage | 360 degrees | 360 degrees |
| OS | AV Oasys | 8.4 | 14.0 | -2.50 | | | 20/20 | Centration | Centered | Centered |
| | **Over-Refraction:** | | OD: | pl | | | 20/20 | Movement | 0.5-1.0 mm | 0.5-1.0 mm |
| | | | OS: | pl | | | 20/20 | Rotation | | |

Signed By  **ZENT, JOHN W** (Physician/Workstation) @ 23 Apr 2010 1645

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *17 Mar 2010 at NH Pensacola FL, Readiness Center by BROWN, TRAVIS S*

Encounter ID:     PENS-413309     Primary Dx:     Visit for: occupational health / fitness exam

Patient: **MERWIN, DANIEL DENNIS**     Date: **17 Mar 2010 0730 CDT**     Appt Type: **WELL**
Treatment Facility: **NH Pensacola**     Clinic: **DEPLOYMENT HEALTH CLINIC**     Provider: **BROWN,TRAVIS SCOTT**
Patient Status: **Outpatient**

**Reason for Appointment:** PHA PART 2/LABS DONE/JACC/UOD/RECORDS/20MIN/CTD
**Appointment Comments:**
cac-jab

**AutoCites** Refreshed by WHITE,PAMELA J @ 17 Mar 2010 0727 CDT

                                          **Allergies**
                                          • OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Sodium Fluoride, Cream, Dental | Active | BRUSH FOR 5 MINUTES BEFORE BEDTIME. DO NOT RINSE. #2 RF3 | 3 of 3 | 18 Sep 2009 |

**Screening** Written by WHITE,PAMELA J @ 17 Mar 2010 0731 CDT
**Reason For Appointment:** PHA PART 2/LABS DONE/JACC/UOD/RECORDS/20MIN/CTD

Allergen information verified by WHITE, PAMELA J. @ 17 Mar 2010 0730 CDT
**Reason(s) For Visit (Chief Complaint):** visit for: occupational health / fitness exam (New) : PHA PART 2;

**Vitals**
**Vitals** Written by WHITE,PAMELA J @ 17 Mar 2010 0731 CDT
 BP: 102/60, HR: 72, RR: 20, HT: 69.5 in Actual, With Shoes, WT: 150 lbs Upright Scale, Actual,
With Shoes, Corr OD: 20/30, Corr OS: 20/20,
 Corr OU: 20/20, BMI: 21.83, BSA: 1.838 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol
Comments: OCC., Pain Scale: 0 Pain Free

**SO Note** Written by BROWN,TRAVIS SCOTT @ 17 Mar 2010 0807 CDT
**Chief complaint**
The Chief Complaint is: PHA.
**History of present illness**
     The Patient is a 25 year old male.
Barriers to learning were identified as: None

Barriers considered were, social, cultural, emotional, motivational, physical, religious, cognitive and language.
     Problem list reviewed.
     Head symptoms States he has a history of allergy to dogs and cats. Approximately 3 weeks ago he was at a friend's house
who had a dog. since that time, he has had problems with head and nasal congestion and sneezing. Also reports one episode of
shortness of breath when running approximately 2 weeks ago. States he has been using Primatene OTC. No other meds. On
exam today the pharynx and nasal septum with mild erythema, no inflammation or drainage. Lungs clear to auscultation over all
fields bilaterally. No wheezing noted.
**Current medication**
Primatene - OTC
.
**Past medical/surgical history**
**Reported History:**
     Past Medical History:
     Fracture of right 5th phalanyx - 2008 -Resolved
     .
     Surgical / procedural: Surgical / procedural history Past Surgical History:
     noncontributory.
**Review of systems**
**Neck symptoms:** No neck symptoms.

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-████       DoD ID: 1286180538       Created: 16 Aug 2017

**Eye symptoms:** No eye symptoms.
**Otolaryngeal symptoms:** No otolaryngeal symptoms.
**Cardiovascular symptoms:** No cardiovascular symptoms.
**Pulmonary symptoms:** No pulmonary symptoms.
**Gastrointestinal symptoms:** No gastrointestinal symptoms.
**Genitourinary symptoms:** No genitourinary symptoms.
**Musculoskeletal symptoms:** No musculoskeletal symptoms.
**Psychological symptoms:** No psychological symptoms.


**A/P** Written by BROWN,TRAVIS S @ 17 Mar 2010 0815 CDT
**1. visit for: occupational health / fitness exam** *(PERIODIC PREVENTION EXAMINATION)*: Annual TB risk assessment
completed.  He has been in Asia over the past year.  Recommend placing PPD today.  See NAVMED 6224/8.

Counseled on lab results, triglycerides and discussed at length ways to improve through lifestyle changes; exercise, supplements
and better nutrition.  Teaching materials given.
Medically fit for full duty.

**2. ALLERGIC RHINITIS**: Place him on claratin and mucinex.  f/u with PCM if symptoms not improved in 3-4 days.  member states
he was treated by an allergist as a child.  Explained he could discuss this with his PCM if symptoms remain persistent.

Medication(s):        -LORATADINE (CLARITIN)--PO 10MG TAB - T 1 TABLET PO QD PRN FOR ALLERGIES #100 RF0
                      Qt: 100 Rf: 0 Ordered By: BROWN,TRAVIS S Ordering Provider: BROWN, TRAVIS SCOTT
                      -GUAIFENESIN PSE --PO 600MG-60MG TAB - TAKE ONE TABLET TWICE DAILY **MAX 50 TABS
                      PER FILL** #40 RF0 Qt: 40 Rf: 0 Ordered By: BROWN,TRAVIS S Ordering Provider: BROWN, TRAVIS
                      SCOTT

**Disposition** Written by BROWN,TRAVIS S @ 17 Mar 2010 0817 CDT
**Released w/o Limitations**
**Follow up:**  with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


Signed By  **BROWN, TRAVIS S** (NP-C, NH Pensacola FL) @ 17 Mar 2010 0817

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮▮ 1985  SSN: ***-**-▮▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *09 Mar 2010 at NH Pensacola FL, Corry Prime Care by THOMAS, JOSHUA L*

Encounter ID:    PENS-400052    Primary Dx:    Vaccine needed prophylactically against bacterial diseases

Patient: **MERWIN, DANIEL DENNIS**      Date: **09 Mar 2010 0824 CDT**      Appt Type: **ACUT**
Treatment Facility: **NBHC NTTC**        Clinic: **CORRY PRIME CARE**        Provider: **THOMAS,JOSHUA L**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:**  Anthrax Vaccine
**Appointment Comments:** Written by THOMAS,JOSHUA L @ 09 Mar 2010 0824 CDT
jlt

**Vitals**
**Vitals** Written by WILLIAMS,TREVOR M @ 09 Mar 2010 1505 CST

`Comments: n/a`

**SO Note** Written by WILLIAMS,TREVOR M @ 09 Mar 2010 1505 CDT
**History of present illness**
      The Patient is a 25 year old male.
Barriers to learning were identified as:  None.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
**Current medication**
See med list.
**Past medical/surgical history**
**Reported History:**
      Reported medications: Medication history including current prescription medications; over-the-counter medications;
            nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
      . Not taking medication and no contraindications to live vaccine were noted on medication reconciliation.
      .
**Counseling/Education**
Education appropriate to the patient's needs was provided regarding the care/treatment/services provided.  The patient or guardian
voiced understanding and all questions were answered.
 Appropriate Vaccine Information Statements were given.  Patient was identified using two forms of identification (name and prefix
and sponsor's social security number)
Pain control was discussed.
 The patient or guardian was instructed to wait for 15 minutes in the waiting room after vaccines were administered.
.

**A/P** Last Updated by WILLIAMS,TREVOR M @ 09 Mar 2010 1504 CDT
**1. Vaccine needed prophylactically against bacterial diseases**
      Procedure(s):            -Anthrax Vaccine, For Subcutaneous Use x 1

**Disposition** Last Updated by WILLIAMS,TREVOR M @ 09 Mar 2010 1505 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed,
medication history including current
prescription medications, over the counter medications, nutraceuticals,
herbals, supplements and medications not included in ALTHA were reviewed
with patient in detail.  Patient offered medication list by pharmacy tech.
No barriers to learning were identified.  Education appropriate to the
patient's needs was provided regarding the care, treatment, and services
provided.  The patient voices understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

**Signed By  THOMAS, JOSHUA L** (Physician/Workstation) @ 09 Mar 2010 1512

**Medical Record**

| Merwin, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *22 Dec 2009 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM*

Encounter ID:    PENS-281825    Primary Dx:    Parent Education: Immunizations

Patient: **MERWIN, DANIEL DENNIS**       Date: **22 Dec 2009 1100 CST**       Appt Type: **OPAC**
Treatment Facility: **NBHC NTTC**       Clinic: **CORRY PRIME CARE**       Provider: **GUNTER,ROGER WILLIAM**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:** H1N1
**Appointment Comments:** Written by LINVILLE,TREVOR S @ 22 Dec 2009 1100 CST
TSL

**Vitals**
**Vitals** Written by SYDA,KRISTIE LYNN @ 22 Dec 2009 1114 CST

`Comments:` n/a

**SO Note** Written by SYDA,KRISTIE LYNN @ 22 Dec 2009 1114 CST
**History of present illness**
     The Patient is a 24 year old male.
Barriers to learning were identified as:  None.
**Allergies**
Allergy information in Autocite area was reviewed and verified with patient.
.
**Current medication**
See med list.
**Past medical/surgical history**
**Reported History:**
     Reported medications: Medication history including current prescription medications; over-the-counter medications;
          nutraceuticals; herbals; supplements and medications not included in AHLTA were reviewed with patient in detail.
     . Not taking medication and no contraindications to live vaccine were noted on medication reconciliation.
          .
**Counseling/Education**
Education appropriate to the patient's needs was provided regarding the care/treatment/services provided.  The patient or guardian
voiced understanding and all questions were answered.
 Appropriate Vaccine Information Statements were given.  Patient was identified using two forms of identification (name and prefix
and sponsor's social security number)
Pain control was discussed.
 The patient or guardian was instructed to wait for 15 minutes in the waiting room after vaccines were administered.
.

**A/P** Last Updated by SYDA,KRISTIE LYNN @ 22 Dec 2009 1115 CST
**1. Parent Education: Immunizations***(MEDICATION EDUCATION)*
          Procedure(s):          -Immunization Administration One Vaccine x 1
                              -Influenza Virus Vaccine Pandemic Formulation x 1

**Disposition** Last Updated by SYDA,KRISTIE LYNN @ 22 Dec 2009 1115 CST
**Released w/o Limitations**
**Follow up:** as needed with PCM. - Comments: Med Reconciliation completed, medication history including current prescription
medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in AHLTA were
reviewed with patient in detail.  Patient offered medication list by pharmacy tech.  No barriers to learning were identified.  Education
appropriate to the patient's needs was provided regarding the care, treatment, and services provided.  The patient voices
understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  GUNTER, ROGER WILLIAM** (Physician, JACC NBHC Corry Station, Pensacola, FL) @ 22 Dec 2009 1201

| Merwin, Daniel Dennis | DOB: ⬛ 1985 | SSN: ***-**-⬛ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 929**
AR 2916

**Medical Record**

| Merwin, Daniel Dennis | DOB: ░░░ 1985  SSN: ***-**-░░░ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *23 Sep 2009 at NH Pensacola FL, Corry Prime Care by GUNTER, ROGER WILLIAM*

Encounter ID:    PENS-140818        Primary Dx:        Vaccines Prophylactic Need Against
                                                        Influenza

Patient: **MERWIN, DANIEL DENNIS**      Date: **23 Sep 2009 1438 CDT**        Appt Type: **OPAC**
Treatment Facility: **NBHC NTTC**        Clinic: **CORRY PRIME CARE**          Provider: **GUNTER,ROGER WILLIAM**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:**  influenza
**Appointment Comments:** Written by SYDA,KRISTIE LYNN @ 23 Sep 2009 1438 CDT
kls

**AutoCites** Refreshed by BELKNAP, CHARLES HOWARD @ 23 Sep 2009 1529 CDT

| Problems | Active Family History | Allergies |
|---|---|---|
| • visit for: administrative purpose | No Active Family History Found. | • OTHER: Unknown (SEE MED |
| • Inquiry And Counseling: Contraceptive |  |   RECORD) |
|   Practices |  |  |
| • exposed to venereal disease |  |  |
| • visit for: military services physical |  |  |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Sodium Fluoride, Cream, Dental | Active | BRUSH FOR 5 MINUTES BEFORE BEDTIME.  DO NOT RINSE. #2 RF3 | 3 of 3 | 18 Sep 2009 |

**Vitals**
**Vitals** Written by BELKNAP, CHARLES HOWARD @ 23 Sep 2009 1529 CDT

**Comments:** n/a

**SO Note** Written by BELKNAP,CHARLES HOWARD @ 23 Sep 2009 1529 CDT
**Reason for Visit**
      Visit for:  influenza vaccine.
      Patient identified by Name and Date of Birth or other two forms of indentification.
**History of present illness**
      The Patient is a 24 year old male.  Source of patient information was patient.  Past medical history reviewed.
**Allergies**
      Reviewed an allergy.  No allergy to certain foods; Chicken and not to eggs.  No known drug allergies.
**Vaccinations**
: up to date.
      • Received dose of influenza live virus vaccine, for intranasal use Vaccine lot #, manufacturer, and location given recorded in
Immunization module. Patient provided and reviewed current CDC Vaccine Information Sheet. Vaccine inspected for
discoloration/particulates and Exp Date verified
**Past medical/surgical history**
**Reported History:**
      Recent events: No active illness.
**Review of systems**
**Systemic symptoms:** No fever.
**Counseling/Education**

      • Patient education about adverse reactions to medication Patient instructed to remain in clinic for 20 minutes post vaccination.
      Patient educated regarding possible side effects:  soreness\\, redness\\, or swelling at the site of injection, Fever\\

**A/P** Last Updated by BELKNAP, CHARLES HOWARD @ 23 Sep 2009 1529 CDT
**1. Vaccines Prophylactic Need Against Influenza**
      Procedure(s):              -Influenza Virus Vaccine Live Intranasal x 1

---

| Merwin, Daniel Dennis | DOB: ░░░ 1985  SSN: ***-**-░░░ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

-Immunization Administration One Vaccine x 1
**2. Parent Education: Immunizations** *(MEDICATION EDUCATION)*

**Disposition** Last Updated by BELKNAP, CHARLES HOWARD @ 23 Sep 2009 1529 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail.  Patient offered medication list by pharmacy tech.  No barriers to learning were identified.  Education appropriate to the patient?s needs was provided regarding the care, treatment, and services provided.  The patient voices understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 20 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  GUNTER, ROGER WILLIAM** (Physician, NH Jacksonville, FL) @ 23 Sep 2009 1532

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-█ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 931**
AR 2918

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *16 Sep 2009 at NH Pensacola FL, Corry Phys Exams by GUNTER, ROGER WILLIAM*

Encounter ID:     PENS-128312     Primary Dx:     Visit for: military services physical

Patient: **MERWIN, DANIEL DENNIS**          Date: **16 Sep 2009 1430 CDT**          Appt Type: **WELL**
Treatment Facility: **NBHC NTTC**          Clinic: **CORRY PHYS EXAMS**          Provider: **GUNTER,ROGER WILLIAM**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:**  re-enlistment Phy
**Appointment Comments:**
clw

**AutoCites** Refreshed by THORNTON,JAMES M @ 16 Sep 2009 1454 CDT

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |
| • Exposure to venereal disease | | |
| • Inquiry and counseling about | | |
|   contraceptive practices | | |
| • Visit for: administrative purposes | | |

**Active Medications**
No Active Medications Found.

**SO Note** Written by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1541 CDT
**History of present illness**
     The Patient is a 24 year old male.
     He reported: Encounter Background Information: 24 y/o adm coming to medical for re-enlistment pe.  Last PE greater than 2 years so will repeat his full physical to include 2808 and 2807.  Labs recorded.  Audiogram completed today.  Eye exam was done in town but patient will bring in a copy.  No changes in health history since last PE.  PHA was done on ship in FEB 09 as an annual flight deck PE.  Complete in scope.  See DD 2808 and 2807 for details of PE.  Fit for reenlistment.
**Physical findings**
**General appearance:**
     ° Well-appearing.  ° Patient did not appear uncomfortable.

**Lab Result** Cited by THORNTON,JAMES M @ 16 Sep 2009 1454 CDT

| Rapid Plasma Reagin | Site/Specimen | 20 Aug 2009 1007 | Units | Ref Rng |
|---|---|---|---|---|
| Reagin Ab | SERUM | NON-REACTIVE | | |

**Lab Result** Cited by THORNTON,JAMES M @ 16 Sep 2009 1454 CDT

| Lipid Profile | Site/Specimen | 15 Sep 2009 0724 <o> | Units | Ref Rng |
|---|---|---|---|---|
| Cholesterol | PLASMA | 190 <i> | mg/dL | (25-199) |
| HDL Cholesterol | PLASMA | 56 <i> | mg/dL | |
| Triglyceride | PLASMA | **221 (H) <i>** | mg/dL | (20-150) |
| LDL Cholesterol | PLASMA | 90 <i> | mg/dL | (25-100) |

**A/P** Written by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1543 CDT
**1. visit for: military services physical** *(ARMED FORCES MEDICAL EXAMINATION)*: Reenlistment PE.  Fit for reenlistment.  See DD 2808 and 2807 in health record.  Unable to scan into AHLTA.

**Disposition** Last updated by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1543 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PHYS EXAMS clinic. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail.  Patient offered medication list by pharmacy tech.  No barriers to learning were identified.  Education appropriate to the patient?s needs was provided regarding the care, treatment, and services provided.  The patient voices understanding and all questions were answered.

| Merwin, Daniel Dennis | DOB: ■■■ 1985 SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 932**
AR 2919

## Medical Record

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███       DoD ID: 1286180538       Created: 16 Aug 2017

**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  GUNTER, ROGER WILLIAM** (Physician, NH Jacksonville, FL) @ 16 Sep 2009 1544

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten*** *by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1543 CDT:*
The Disposition section was last updated by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1543 CDT - see above.Previous Version of Disposition section was entered/updated by THORNTON,JAMES M @ 16 Sep 2009 1457 CDT.
**Released w/o Limitations**
**Follow up:** as needed with PCM. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with patient in detail.  Patient offered medication list by pharmacy tech.  No barriers to learning were identified.  Education appropriate to the patient?s needs was provided regarding the care, treatment, and services provided.  The patient voices understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
***The following SO Note Was Overwritten*** *by GUNTER,ROGER WILLIAM @ 16 Sep 2009 1541 CDT:*
**SO Note** Written by THORNTON,JAMES M @ 16 Sep 2009 1455 CDT
**History of present illness**
          The Patient is a 24 year old male.
          He reported: Encounter Background Information: 24 y/o adm coming to medical for re-enlistment pe.
**Physical findings**
**General appearance:**
     ° Well-appearing.  ° Patient did not appear uncomfortable.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*10 Sep 2009 at NH Pensacola FL, Corry Phys Exams by GUNTER, ROGER WILLIAM*

Encounter ID:     PENS-121383          Primary Dx:

Patient: **MERWIN, DANIEL DENNIS**          Date: **10 Sep 2009 1430 CDT**          Appt Type: **WELL**
Treatment Facility: **NBHC NTTC**          Clinic: **CORRY PHYS EXAMS**          Provider: **GUNTER,ROGER WILLIAM**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:**  re-enlistment pe
**Appointment Comments:**
jmt

**Appointment Cancelled by Facility**
 Encounter Cancelled by GUNTER,ROGER WILLIAM @ 10 Sep 2009 1529 CDT

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 934**
AR 2921

**Medical Record**

### *20 Aug 2009 at NH Pensacola FL, Corry Prime Care by HEDARIA, ELIZABETH A*

Encounter ID:      PENS-94296         Primary Dx:        Exposure to STD

Patient: **MERWIN, DANIEL DENNIS**        Date: **20 Aug 2009 0930 CDT**        Appt Type: **ACUT**
Treatment Facility: **NH Pensacola**         Clinic: **CORRY PRIME CARE**        Provider: **HEDARIA,ELIZABETH A**
Patient Status: **Outpatient**

**Reason for Appointment:**  REQUEST FOR LABS/JACC/20/MED LIST/CTD
**Appointment Comments:**
CAC-AJB

**Vitals**
**Vitals** Written by COLE,ASHLEY @ 20 Aug 2009 0923 CDT
 BP: 120/79, HR: 82, RR: 16, T: 98.2 °F, HT: 68 in, WT: 145 lbs, BMI: 22.05, BSA: 1.783 square
 meters, Tobacco Use: No, Alcohol Use: Yes,
 Pain Scale: 0 Pain Free
**Comments:** aac

**SO Note** Written by HEDARIA,ELIZABETH A @ 20 Aug 2009 1522 CDT
**Chief complaint**
The Chief Complaint is: Pt would like a male examinaiton.
**History of present illness**
     The Patient is a 24 year old male.
     He reported: Encounter Background Information: Denies painful urination or discharge from penis.
**Subjective**
Pt is a 24 yo active duty male who reports to medical for yearly male examination.Pt states that he would prefer blood wrk if
possible.
**Physical findings**
**Vital signs:**
     ° Normal.
**General appearance:**
     ° Normal.
**Eyes:**
     General/bilateral:
          ° Eyes: normal.
**Ears, Nose, Throat:**
     ° ENT: normal.
**Lymph Nodes:**
     ° Normal.
**Urinary system:**
     ° Normal.
     ° Genital findings were normal.
**Genitalia:**
     ° Normal.

**A/P** Written by HEDARIA,ELIZABETH A @ 20 Aug 2009 1003 CDT
**1. exposed to venereal disease**
          Laboratory(ies):        -CHLAMYDIA/GC NAAT PANEL (Routine); RAPID PLASMA REAGIN (Routine)

**Disposition** Last updated by HEDARIA,ELIZABETH A @ 20 Aug 2009 1523 CDT
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed,
medication history including current prescription medications, over the counter  medications, nutraceuticals, herbals, supplements
and medications not included in ALTHA were reviewed with  patient in detail.  Patient offered medication list by pharmacy tech.  No
barriers to learning were  identified.  Education appropriate to the patient's needs was provided regarding the care, treatment, and
services provided.  The patient voices understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By  HEDARIA, ELIZABETH A** (NURSE PRACTITIONER, NH Pensacola FL) @ 20 Aug 2009 1532

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

## Medical Record

**CHANGE HISTORY**
***The following Disposition Note Was Overwritten** by HEDARIA,ELIZABETH A @ 20 Aug 2009 1523 CDT:*
The Disposition section was last updated by HEDARIA,ELIZABETH A @ 20 Aug 2009 1523 CDT - see above.Previous Version of Disposition section was entered/updated by COLE,ASHLEY @ 20 Aug 2009 0927 CDT.
**Released w/o Limitations**
**Follow up:** as needed with PCM and/or in the CORRY PRIME CARE clinic. - Comments: Med Reconciliation completed, medication history including current prescription medications, over the counter  medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were reviewed with  patient in detail.  Patient offered medication list by pharmacy tech.  No barriers to learning were  identified.  Education appropriate to the patient's needs was provided regarding the care, treatment, and services provided.  The patient voices understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
15 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.
***The following SO Note Was Overwritten** by HEDARIA,ELIZABETH A @ 20 Aug 2009 1522 CDT:*
**SO Note** Written by COLE,ASHLEY @ 20 Aug 2009 0922 CDT
**Chief complaint**
The Chief Complaint is: Pt would like a male examinaiton.
**Subjective**
Pt is a 24 yo active duty male who reports to medical for yearly male examination.Pt states that he would prefer blood wrk if possible.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985   SSN: ***-**-████   DoD ID: 1286180538          Created: 16 Aug 2017

---

*07 May 2009 at NH Pensacola FL, Corry Health Promotion And Wel by LINVILLE, TREVOR S*

Encounter ID:     CDR-64692598          Primary Dx:          Patient Education - HIV

Patient: **MERWIN, DANIEL DENNIS**          Date: **07 May 2009 1355 CDT**          Appt Type: **WELL**
Treatment Facility: **NBHC NTTC**          Clinic: **CORRY COMMUNITY HEALTH**          Provider: **LINVILLE,TREVOR S**
**Pensacola**
Patient Status: **Outpatient**

**Reason for Appointment:**  indoc
**Appointment Comments:**
Notes Entered by: THORNTON, JAMES M 07 May 2009 1355
------------------------------
jmt

**AutoCites** Refreshed by THORNTON, JAMES M @ 07 May 2009 1355 CDT
**Problems**                          **Active Family History**          **Allergies**
• feared medical condition not        No Active Family History Found.     • OTHER: Unknown (SEE MED RECORD)
  demonstrated
• visit for: issue medical certificate fitness

 **Active Medications**
No Active Medications Found.

**Vitals**
**Vitals** Written by THORNTON, JAMES M @ 07 May 2009 1356 CDT

**Comments:** n/a

**SO Note** Written by THORNTON,JAMES M @ 07 May 2009 1356 CDT
**Referred here**
Referred by:
**History of present illness**
      The Patient is a 24 year old male

Patient participated in a 60 minute group education and counseling session on medical and dental wellness and access to care.
Topics include occupational and local hazards.  Specifically, MRSA, STDs, sun hazards, hydration birth control.  No barriers to
learning were identified.  Education appropriate to the patient's needs was provided regarding the care, treatment, and services
provided.  The patient voices understanding and all questions are answered.

**A/P** Written by THORNTON, JAMES M @ 07 May 2009 1356 CDT
1. Patient Education - HIV
2. Anticipatory Guidance: Unsafe Sexual Practices
3. visit for: administrative purpose
4. Inquiry And Counseling: Contraceptive Practices

**Disposition** Written by THORNTON, JAMES M @ 07 May 2009 1356 CDT
**Released w/o Limitations**
Follow up: as needed with PCM. - Comments: Med Reconciliation completed, medication history including current prescription
medications, over the counter medications, nutraceuticals, herbals, supplements and medications not included in ALTHA were
reviewed with patient in detail.  Patient offered medication list by pharmacy tech.  No barriers to learning were identified.  Education
appropriate to the patient?s needs was provided regarding the care, treatment, and services provided.  The patient voices
understanding and all questions were answered.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
15 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

---

**Signed By  LINVILLE, TREVOR S** (Physician/Workstation, NH Pensacola FL) @ 07 May 2009 1412

---

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

### *06 Mar 2006 at NH Pensacola FL, NATTC MHP by MAYNARD, PENELOPE A*

Encounter ID:      17628314          Primary Dx:        Feared medical condition not demonstrated

Patient: **MERWIN, DANIEL DENNIS**        Date: **06 Mar 2006 0815 CST**        Appt Type: **ROUT**
Facility: **Pensacola NH, FL**          Clinic: **NATTC SICK CALL**          Provider: **MAYNARD,PENELOPE A**

**Reason for Appointment:**  abdominal pain
**Appointment Comments:**
cac-ebc

---

**AutoCites** Refreshed by MAYNARD,PENELOPE A @ 06 Mar 2006 0843 CST

**Allergies**
OTHER (SEE MED RECORD)

**Active Medications**
No Active Medications Found.

**Vitals**
**Vitals** Written by MILLER,KATHERINE R @ 06 Mar 2006 0804 CST
 BP: 120/64, HR: 60, RR: 12, T: 97.6 °F, HT: 5' 8", WT: 126 lbs, BMI: 19.16, BSA: 1.679 square meters, Tobacco Use: No, Alcohol
Use: No,  Pain Scale: 0 Pain Free, Pain Scale Comments: none
**Comments:** allergies:nkda

**SO Text Note** Written by MAYNARD,PENELOPE A @ 06 Mar 2006 0843 CST
SEE NOTE FOR RECORD

**A/P** Written by MAYNARD,PENELOPE A @ 06 Mar 2006 0844 CST
**1. feared medical condition not demonstrated**: ABD PAIN RESOLVED- NO  PATHOLOGY
**2. visit for: issue medical certificate fitness**

**Disposition** Written by MAYNARD,PENELOPE A @ 06 Mar 2006 0844 CST
**Released w/o Limitations**
**Follow up:**  as needed .
**Discussed:** Diagnosis with Patient who indicated understanding.

---

**Signed By  MAYNARD,PENELOPE A** (MD. GS-14, GMO, Pensacola) @ 06 Mar 2006 0844

***** End of Previous Encounters *****

---

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

# Clinical Notes

## *09 Aug 2017 1300 GMT at by HANGEMANOLE, DESPINA C*

| | | | |
|---|---|---|---|
| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 09 Aug 2017 1300 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 10 Aug 2017 1147 GMT |
| Facility: | | Document ID: | 9049385304 |
| Clinician: | HANGEMANOLE, DESPINA C | | |

CONSULT REPORT

----------------------------------------------------------------------------------------------------------------------
------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  TOBAR, EDEN T
Requesting Location:  PSYCHIATRY BE
Order ID number:  170718-20734
MCP Referral #:  20171273185
No. of Visits:  90
Referral Authorized Until:  30 Sep 2017
Reason for Consult:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was dri
nking a liter and a half of vodka per week for the 3 months before that.  Comp
leted inpatient alcohol rehabilitation at Ft Belvoir several years ago.  Inter
ested in resuming ATS treatment to stay sober. Please evaluate and call home n
umber in ahlta to reach pt.  Thank you.
Priority:  ROUTINE
Provisional Diagnosis:
Alcohol use disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

----------------------------------------------------------------------------------------------------------------------
------------------------------------------

CONSULT RESULT

Appointment Date:  09 Aug 2017@08:00:00
Requesting HCP:  TOBAR, EDEN T
Clinic:  ATS ADULT BE
Consulting HCP:  HANGEMANOLE, DESPINA C

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 09 Aug 2017 0800 EDTAppt Type: FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ATS

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 939**
AR 2926

**Medical Record**

ADULT BEProvider: HANGEMANOLE,DESPINA C
Patient Status: Outpatient
Reason for Appointment:
f/u
Appointment Comments:
jbf
S/O Note Written by HANGEMANOLE,DESPINA C @ 10 Aug 2017 0742 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
Focus Of Session: Depressive Symptoms
S) SM reported that he spent the weekend watching movies and sleeping. SM
stated that he did talk with his sister and his mother and examined with them
some of the reasons for living. SM stated he has hopes of moving down to
where they live and buying a plot of land to live on together. Sm stated that
his MEB is moving forward for his IBS. SM denied having an intake date with
PCS right now. SM reported that he is still depressed and often thinks about
his reasons for living. SM reported he went to one AA meeting but didn't
really like it because there was "drama" and he didn't feel he got anything
out of it. SM reported that he was triggered to drink one time after hearing
people talk about craft beer on the radio. SM stated that he turned the radio
off and the feeling passed. He stated that he thought about suicide over the
weekend but did not have a plan or intent to harm himself. SM denied any
alcohol use or thoughts about drinking. SM denied being in pain.
O) SM reported to session on time and was dressed in uniform. His mood was
euthymic in session, affect congruent. SM's thoughts and behavior were
appropriate.
A) SM was cooperative and friendly. SM appears to have significant mental
health issues that would be best addressed through PCS IOP. SM would benefit
from continuing to engage in community recovery.
Alcohol Use D/O, Severe
P) Case will be reviewed with treatment team. SM will follow up with social
worker in two weeks.
.eg
ebody
ebody
A/P Last Updated by HANGEMANOLE,DESPINA C @ 09 Aug 2017 0921 EDT
1. Alcohol dependence, uncomplicated
Procedure(s):  -Psychiatric Therapy Individual Approximately 60 Minutes x 1
Disposition Last Updated by HANGEMANOLE,DESPINA C @ 09 Aug 2017 0921 EDT
Released w/o Limitations
Follow up: as needed in the ATS ADULT BE clinic. - Comments: SM will f/u with
social worker in two weeks.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Note Written by HANGEMANOLE,DESPINA C @ 09 Aug 2017 0916 EDT
Consult Order
Referring Provider:TOBAR, EDEN
Date of Request:18 Jul 2017
Priority:Routine
Provisional Diagnosis:
Alcohol use disorder
Reason for Request:
32 y/o USN PO1 with generalized anxiety. Has been sober for 9 days but was
drinking a liter and a half of vodka per week for the 3 months before that.
Completed inpatient alcohol rehabilitation at Ft Belvoir several years ago.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538       Created: 16 Aug 2017

Interested in resuming ATS treatment to stay sober. Please evaluate and call
home number in ahlta to reach pt.  Thank you.
Signed By  HANGEMANOLE, DESPINA C (LCSW-C, MAC, Addiction Treatment Services)
@ 10 Aug 2017 0742
Verified by: HANGEMANOLE,DESPINA C       10 Aug 2017@0747

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

*16 Jun 2017 1430 GMT at  by NICHOLAS, LUKE C*

| | | | |
|---|---|---|---|
| Title: | DERMATOLOGY NCR | Original Date: | 16 Jun 2017 1430 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 19 Jun 2017 1647 GMT |
| Facility: | | Document ID: | 8936043237 |
| Clinician: | NICHOLAS, LUKE C | | |

CONSULT REPORT

-----------------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  RODAK, COLLEEN M
Requesting Location:  INT MED CL F MEDICAL HOME BE
Order ID number:  170519-09885
MCP Referral #:  20170912561
No. of Visits:  1
Referral Authorized Until:  18 Jun 2017
Reason for Consult:
32 to with penile lesions Previously treated for genital warts with topicals a
nd cryosurgery by dermatology; on PE --> 3 less than 05mm circular flat lesion
s consistent with warts on penis shaft; patient is very anxious about the recu
rrence and is requesting to be evaluated by dermatology please evaluate additi
onal question is if this patient she undergo an anal PAP thank you
Priority:  ROUTINE
Provisional Diagnosis:
Anogenital (venereal) warts
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

-----------------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  16 Jun 2017@09:30:00
Requesting HCP:  RODAK, COLLEEN M
Clinic:  DERMATOLO CL BE
Consulting HCP:  NICHOLAS, LUKE C

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 16 Jun 2017 0930 EDTAppt Type: SPEC
Treatment Facility: KIMBROUGH AMBULATORY CARE CENTER-MEADEClinic: DERMATOLO
CL BEProvider: NICHOLAS,LUKE C
Patient Status: Outpatient
Reason for Appointment:
Anogenital (venereal) warts
Appointment Comments:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

MJ/IRMAC
S/O Note Written by DIBLASI,DANIEL ROBERT @ 16 Jun 2017 1154 EDT
bodybodyChief complaint g1
The Chief Complaint is: Genital warts.eg
History of present illness g2
The Patient is a 32 year old male.
32 y/o male presents for evaluation/treatment of genital warts. Have been
there for about 1 year. Has treated topically and with LN2 in the past and
lesions have not resolved. Patient also c/o cysts on the scrotum.
In the Navy and currently on active duty.
No systemic symptoms, not feeling tired or poorly, no fever, and no chills.
No skin symptoms  - No skin symptoms other than described in the HPI.eg
Allergies g24
No known drug allergies.eg
Current medication g3
Current medications reviewed, confirmed and reconciled with patient.
.eg
Past medical/surgical history g4
Diagnoses:
No basal cell carcinoma of the skin
No squamous cell carcinoma of the skin.
No malignant melanoma of the skineg
Personal history g5
 Social history.eg
Physical findings g8
Vital Signs:
Vital Signs/MeasurementsValue
Pain level by numeric rating scale 0
General Appearance:
 Well developed.   Well nourished.   In no acute distress.   Not acutely
ill.
Neurological:
 Oriented to time, place, and person.
Skin:
? Skin:: On exam the following lesions were identified and examined:
Small skin colored papules in the pubic region and on the proximal penile
shaft
Multiple round, subcutaneous cysts on the scrotum.  ? Complexion type II.eg
ebody
ebody
A/P Last Updated by DIBLASI,DANIEL R @ 16 Jun 2017 1247 EDT
1. Anogenital (venereal) warts: 32 y/o male with genital warts. Did not
improve with topical or destructive therapies in the past. Recommended repeat
treatment with LN2 and then regular follow up every 4-6 weeks for repeat
treatment until clear. Patient verbalized understanding.
Seen and staffed with Dr. Nicholas
Procedure(s):  -Destruction Of Benign Lesion By Cryosurgery x 1 - After
discussion of risks, benefits, and alternatives, verbal consent received, and
cryo applied to lesions in standard fashion. Therapy was applied in a pulsed
fashion to minimize collateral tissue injury. Patient was instructed to use
Vaseline ointment to the area(s) until healed. Patient tolerated the
procedure well and left in stable condition.
2. Epidermal cyst: Multiple scrotal EICs. Can schedule for excision. AHLTA and
Outlook calendar unavailable at the time of encounter, so will contact
patient to schedule.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Disposition Last updated by NICHOLAS,LUKE C @ 19 Jun 2017 1241 EDT
Released w/o Limitations
Follow up:  in the DERMATOLO CL BE clinic.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding. - Comments: I saw the
patient with the resident and agree with the above assessment and plan.
Note Written by DIBLASI,DANIEL R @ 16 Jun 2017 1154 EDT
Consult Order
Referring Provider:RODAK, COLLEEN M
Date of Request:19 May 2017
Priority:Routine
Provisional Diagnosis:
Anogenital (venereal) warts
Reason for Request:
32 to with penile lesions Previously treated for genital warts with topicals
and cryosurgery by dermatology; on PE --> 3 less than 05mm circular flat
lesions consistent with warts on penis shaft; patient is very anxious about
the recurrence and is requesting to be evaluated by dermatology please
evaluate additional question is if this patient she undergo an anal PAP thank
you
Signed By  NICHOLAS, LUKE C (Physician-WRNMMC, Dermatologist) @ 19 Jun 2017
1241

_____
_____

CHANGE HISTORY
The following Disposition Note Was Overwritten by NICHOLAS,LUKE C @ 19 Jun
2017 1241 EDT:
Disposition section was last updated by NICHOLAS,LUKE C @ 19 Jun 2017 1241 EDT
- see above.Previous Version of Disposition section was entered/updated by
DIBLASI,DANIEL R @ 16 Jun 2017 1248 EDT.
Released w/o Limitations
Follow up:  in the DERMATOLO CL BE clinic.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
Verified by: LUKE C. NICHOLAS, LT,MC,USN19 Jun 2017@1246

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis    DOB: ⬛ 1985  SSN: ***-**-⬛    DoD ID: 1286180538    Created: 16 Aug 2017 |

*07 Jun 2017 1515 GMT at  by PETERSEN, MAUREEN MICHELE*

| Title: | ALLERGY NCR | Original Date: | 07 Jun 2017 1515 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 10 Jun 2017 1824 GMT |
| Facility: | | Document ID: | 8918397086 |
| Clinician: | PETERSEN,<br>MAUREEN MICHELE | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  RODAK, COLLEEN M
Requesting Location:  INT MED CL F MEDICAL HOME BE
Order ID number:  170517-23114
MCP Referral #:  20170899328
No. of Visits:  1
Referral Authorized Until:  16 Jun 2017
Reason for Consult:
This is a 32 yo male with a HX of developing pruritic rash when coming into co
ntact with grass during PT in addition to severe reaction to animal dander -->
 wheezing /bronchospasm / cough please evaluate to determine antigens and if p
ossible desensitization thank you
Priority:  ROUTINE
Provisional Diagnosis:
Encounter for other general examination
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

--------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

CONSULT RESULT

Appointment Date:  07 Jun 2017@10:15:00
Requesting HCP:  RODAK, COLLEEN M
Clinic:  ALLERGY CL BE
Consulting HCP:  PETERSEN, MAUREEN MICHELE

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 07 Jun 2017 1015 EDTAppt Type: FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ALLERGY
CL BEProvider: PETERSEN,MAUREEN MICHELE
Patient Status: Outpatient
Reason for Appointment:
F/U skin testing
Appointment Comments:
yyc

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538        Created: 16 Aug 2017

Vitals
Vitals Written by PROVENCIO,ELISHA S. @ 07 Jun 2017 1006 EDT
 BP: 129/75,    HR: 75,    RR: 16,    HT: 69 in,    WT: 168 lbs,    BMI:
24.81,    BSA: 1.918 square meters,    Tobacco Use: No,    Alcohol Use:
No,    Pain Scale: 0 Pain Free
Comments: no anti-histamines in last 7 days or more
Note Written by ACKERMAN,JOI D @ 07 Jun 2017 1058 EDT
Note Written by PETERSEN,MAUREEN M @ 10 Jun 2017 1412 EDT
32 yo M who presents for skin testing.
Patient with significant PMH for anxiety and IBS was previously seen for
evaluation of SOB on exposure to animals and grass.  As a child pt states
that he had breathing issues required treatment with inhalers until age
18-19.  He even required a PICU stay at the age of 3 (no intubation) for
these issues.  Prior to joining the navy his symptoms had completely resolved
but 5 years ago when he moved back to MD he noted symptoms of chest tightness
and difficulty getting air in when around cats, dogs and doing PT in the
grass.  His symptoms are not exacerbated during exercise or URIs.  He uses
albuterol which improves his symptoms.  He has not gone to the ER for these
symptoms or taken oral steroids in the past year.  Over the past month he has
required use of albuterol 4-5 times but none at night.  When around grass he
also develops pruritus and sometimes small red bumps but no symptoms or
rhinorrhea or congestion.  He recently started taking zyrtec for these
symptoms.
No history of food/medication/venom allergies, eczema, or history of
anaphylaxis.
Medication list reviewed with patient, reconciliation completed.
Allergies
Allergies Verified and Updated
NKDA.
Current medication
Including OTC meds, vitamins, herbals, etc.
Hyoscyamine 0.125 mg daily
Ibuprofen prn
Zyrtec 10 mg daily
Albuterol prn
Probiotic
Simethicone.
Past medical/surgical history
Reported:
Medical: Reported medical history
IBS-D
GAD / depression
HX of EtOH abuse (previous inpatient treatment)
HPV genital
.
Surgical / Procedural: Surgical / procedural history
Tonsils
PRK
Jaw surgery.
Personal history
Social history reviewed Denies etoh and tobacco abuse
Pets: none.
Family history
Family medical history
non-contributory.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis      DOB:  ███  1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 16 Aug 2017

Review of systems
Systemic: No generalized pain and not feeling tired (fatigue).  No fever, no chills, and no recent weight loss.
Head: No headache, no facial pain, and no sinus pain.
Eyes: No itching of the eyes and no eye pain.  No discharge from the eyes and no red eyes.
Otolaryngeal: No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
Cardiovascular: No chest pain or discomfort and no palpitations.
Pulmonary: Not feeling congested in the chest, no dyspnea, not expressed as feeling short of breath, and not during exertion.  No paroxysmal nocturnal dyspnea, no orthopnea, no cough, and no wheezing.
Gastrointestinal: No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
Genitourinary: No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
Musculoskeletal: No back pain.
Neurological: No lightheadedness.
Skin: No pruritus.  No skin lesions and no rash.
Physical findings
Vital Signs:
? Temperature: Reviewed.  ? RR: Reviewed.  ? PR: Reviewed.  ? Blood pressure: Reviewed.
General Appearance:
 Normal.   Well developed.   Well nourished.   In no acute distress.
Head:
Injuries:  No evidence of a head injury.
Appearance:  Head normocephalic.
Neck:
Appearance:  Of the neck was normal.
Palpation:  No tenderness of the neck.
Thyroid:  Showed no abnormalities.
Eyes:
General/bilateral:
Pupils:  PERRL.   Size of the pupil was normal.   Pupil accommodation was not impaired.
External:  Eyelids showed no abnormalities.   Conjunctiva exhibited no abnormalities.
Sclera:  Normal.
Ears:
General/bilateral:
Outer Ear:  Normal.
External Auditory Canal:  External auditory meatus normal.
Right Ear:
External Auditory Canal:  Normal.
Tympanic Membrane:  No bulging tympanic membrane.   Not erythematous.
Middle Ear:  No fluid in middle ear.
Left Ear:
External Auditory Canal:  Normal.
Tympanic Membrane:  No bulging tympanic membrane.   Not erythematous.
Middle Ear:  No fluid in middle ear.
Nose:
General/bilateral:
Discharge:  No nasal discharge seen.
External Deformities:  No external nose deformities.

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538        Created: 16 Aug 2017

Cavity:  Nasal septum normal.   Nasal mucosa normal.   Nasal turbinate not erythematous.   Nasal turbinate not swollen.
Sinus Tenderness:  No sinus tenderness.
Oral Cavity:
Lips:  Showed no abnormalities.
Buccal Mucosa:  Examination showed no abnormalities.
Pharynx:
Oropharynx:  Normal.   Tonsils showed no abnormalities.
Lymph Nodes:
 Cervical lymph nodes were not enlarged.   Submandibular lymph nodes were not enlarged.   Supraclavicular lymph nodes were not enlarged.
Lungs:
 Respiration rhythm and depth was normal.   Exaggerated use of accessory muscles for inspiration was not observed.   Clear to auscultation.   No wheezing was heard.   No rhonchi were heard.   No rales/crackles were heard.
Cardiovascular:
Heart Rate And Rhythm:  Normal.
Heart Sounds:  Normal S1 and S2.   No gallop was heard.   No click was heard.   No pericardial friction rub heard.
Murmurs:  No murmurs were heard.
Neurological:
 Oriented to time, place, and person.
Balance:  Normal.
Gait And Stance:  Normal.
Psychiatric:
Mood:  Euthymic.
Skin:
 Showed no ecchymosis.   Temperature was normal.   No skin lesions.
Allergic rhinitis: 32 yo M with skin testing only positive to Cat.  No significant symptoms of rhinorrhea but he intermittently has developed a pruritic rash on exposure to grass (picture of back shown to me by patient today is c/w large urticaria on back).  Exam today WNL.
-Cont treatment with albuterol prn symptoms
-Discussed acute urticaria and rhinitis.  Plan for daily Zyrtec to prevent urticaria and prevent symptoms in the presence of cats.  Discussed avoidance measures.
-Would avoid Singulair use in this patient due to behavioral health issues (Singulair has a black box warning regarding SI)
-All questions addressed, patient/parent express understanding of the above, and have no further concerns
A/P Written by PETERSEN,MAUREEN M @ 10 Jun 2017 1418 EDT
1. Allergic rhinitis due to animal (cat) (dog) hair and dander: See above.
Procedure(s):  -Allergy Percutaneous tests - allergenic extracts x 45
ADDITIONAL PROVIDER(S): ACKERMAN,JOI D -
Benefits and risks of skin testing discussed to include the risk of discomfort, bleeding/bruising, and allergic reactions.  Patient agreed to proceed and consent signed.  Positive and negative controls were placed along with a full aeroallergen panel.  Test was read at 15 minutes and results were recorded.
Disposition Written by PETERSEN,MAUREEN M @ 10 Jun 2017 1418 EDT
Released w/o Limitations
Follow up: as needed with PCM. - Comments: f/u prn; meds reconciled.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Signed By  PETERSEN, MAUREEN M (Staff Attending, WRNMMC Allergy, Immunology, & Immunizations) @ 10 Jun 2017 1418
Verified by: MAUREEN M. PETERSEN, LTC, M10 Jun 2017@1424

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 949**
AR 2936

**Medical Record**

| | | | | | |
|---|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▉ | 1985  SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*25 May 2017 1430 GMT at  by BANKS, TAYLOR ALLEN*

| | | | |
|---|---|---|---|
| Title: | ALLERGY NCR | Original Date: | 25 May 2017 1430 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 26 May 2017 0036 GMT |
| Facility: | | Document ID: | 8887468495 |
| Clinician: | BANKS, TAYLOR ALLEN | | |

CONSULT REPORT

----------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  RODAK, COLLEEN M
Requesting Location:  INT MED CL F MEDICAL HOME BE
Order ID number:  170517-23114
MCP Referral #:  20170899328
No. of Visits:  1
Referral Authorized Until:  16 Jun 2017
Reason for Consult:
This is a 32 yo male with a HX of developing pruritic rash when coming into co
ntact with grass during PT in addition to severe reaction to animal dander -->
 wheezing /bronchospasm / cough please evaluate to determine antigens and if p
ossible desensitization thank you
Priority:  ROUTINE
Provisional Diagnosis:
Encounter for other general examination
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

----------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  25 May 2017@09:30:00
Requesting HCP:  RODAK, COLLEEN M
Clinic:  ALLERGY CL BE
Consulting HCP:  BANKS, TAYLOR ALLEN

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 25 May 2017 0930 EDTAppt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: ALLERGY
CL BEProvider: BANKS,TAYLOR ALLEN
Patient Status: Outpatient
Reason for Appointment:
Encounter for other general examination

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▉ | 1985  SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 950**
AR 2937

**Medical Record**

Merwin, Daniel Dennis        DOB:■■■■ 1985  SSN: ***-**-■■■■        DoD ID: 1286180538        Created: 16 Aug 2017

Appointment Comments:
MJ/IRMAC
Vitals
Vitals Written by ACKERMAN,JOI D @ 25 May 2017 1001 EDT
 BP: 124/83,    HR: 74,    RR: 16,    HT: 69 in,    WT: 165 lbs,    SpO2:
96%,    BMI: 24.37,    BSA: 1.903 square meters,
 Tobacco Use: No,    Alcohol Use: No,    Pain Scale: 0 Pain Free
S/O Note Written by HERNANDEZ,CAMELLIA L @ 25 May 2017 1036 EDT
bodybodyChief complaint g1
The Chief Complaint is: Concern for asthma.eg
History of present illness g2
The Patient is a 32 year old male.
<<Note accomplished in TSWF-CORE>>
32 yo M without significant PMH presents for evaluation of SOB on exposure to
animals and grass.  As a child pt states that he had breathing issues
required treatment with inhalers until age 18-19.  He even required a PICU
stay at the age of 3 (no intubation) for these issues.  Prior to joining the
navy his symptoms had completely resolved but 5 years ago when he moved back
to MD he noted symptoms of chest tightness and difficulty getting air in when
around cats, dogs and doing PT in the grass.  His symptoms are not
exacerbated during exercise or URIs.  He uses albuterol which improves his
symptoms.  He has not gone to the ER for these symptoms or taken oral
steroids in the past year.  Over the past month he has required use of
albuterol 4-5 times but none at night.  When around grass he also develops
pruritus and sometimes small red bumps but no symptoms or rhinorrhea or
congestion.  He recently started taking zyrtec for these symptoms.
No history of food/medication/venom allergies, eczema, or history of
anaphylaxis.
Medication list reviewed with patient, reconciliation completed.eg
Allergies g24
Allergies Verified and Updated
NKDA.eg
Current medication g3
Including OTC meds, vitamins, herbals, etc.
Hyoscyamine 0.125 mg daily
Ibuprofen prn
Zyrtec 10 mg daily
Albuterol prn
Probiotic
Simethicone.eg
Past medical/surgical history g4
Reported:
Medical: Reported medical history
IBS-D
GAD / depression
HX of EtOH abuse (previous inpatient treatment)
HPV genital
.
Surgical / Procedural: Surgical / procedural history
Tonsils
PRK
Jaw surgery.eg
Personal history g5
Social history reviewed Denies etoh and tobacco abuse
Pets: none.eg

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Family history g7
Family medical history
non-contributory.eg
Review of systems g16
Systemic: No generalized pain and not feeling tired (fatigue).  No fever, no chills, and no recent weight loss.
Head: No headache, no facial pain, and no sinus pain.
Eyes: No itching of the eyes and no eye pain.  No discharge from the eyes and no red eyes.
Otolaryngeal: No earache, no nasal discharge, no nasal passage blockage (stuffiness), and no sore throat.
Cardiovascular: No chest pain or discomfort and no palpitations.
Pulmonary: Not feeling congested in the chest, no dyspnea, not expressed as feeling short of breath, and not during exertion.  No paroxysmal nocturnal dyspnea, no orthopnea, no cough, and no wheezing.
Gastrointestinal: No nausea, no vomiting, no abdominal pain, no bright red blood per rectum, no diarrhea, and no constipation.
Genitourinary: No change in urinary frequency and no feelings of urinary urgency.  No dysuria.
Musculoskeletal: No back pain.
Neurological: No lightheadedness.
Skin: No pruritus.  No skin lesions and no rash.eg
Physical findings g8
Vital Signs:
? Temperature: Reviewed.  ? RR: Reviewed.  ? PR: Reviewed.  ? Blood pressure: Reviewed.
General Appearance:
 Normal.   Well developed.   Well nourished.   In no acute distress.
Head:
Injuries:  No evidence of a head injury.
Appearance:  Head normocephalic.
Neck:
Appearance:  Of the neck was normal.
Palpation:  No tenderness of the neck.
Thyroid:  Showed no abnormalities.
Eyes:
General/bilateral:
Pupils:  PERRL.   Size of the pupil was normal.   Pupil accommodation was not impaired.
External:  Eyelids showed no abnormalities.   Conjunctiva exhibited no abnormalities.
Sclera:  Normal.
Ears:
General/bilateral:
Outer Ear:  Normal.
External Auditory Canal:  External auditory meatus normal.
Right Ear:
External Auditory Canal:  Normal.
Tympanic Membrane:  No bulging tympanic membrane.   Not erythematous.
Middle Ear:  No fluid in middle ear.
Left Ear:
External Auditory Canal:  Normal.
Tympanic Membrane:  No bulging tympanic membrane.   Not erythematous.
Middle Ear:  No fluid in middle ear.
Nose:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

General/bilateral:
Discharge:  No nasal discharge seen.
External Deformities:  No external nose deformities.
Cavity:  Nasal septum normal.   Nasal mucosa normal.   Nasal turbinate not
erythematous.   Nasal turbinate not swollen.
Sinus Tenderness:  No sinus tenderness.
Oral Cavity:
Lips:  Showed no abnormalities.
Buccal Mucosa:  Examination showed no abnormalities.
Pharynx:
Oropharynx:  Normal.   Tonsils showed no abnormalities.
Lymph Nodes:
 Cervical lymph nodes were not enlarged.   Submandibular lymph nodes were
not enlarged.   Supraclavicular lymph nodes were not enlarged.
Lungs:
 Respiration rhythm and depth was normal.   Exaggerated use of accessory
muscles for inspiration was not observed.   Clear to auscultation.   No
wheezing was heard.   No rhonchi were heard.   No rales/crackles were
heard.
Cardiovascular:
Heart Rate And Rhythm:  Normal.
Heart Sounds:  Normal S1 and S2.   No gallop was heard.   No click was
heard.   No pericardial friction rub heard.
Murmurs:  No murmurs were heard.
Neurological:
 Oriented to time, place, and person.
Balance:  Normal.
Gait And Stance:  Normal.
Psychiatric:
Mood:  Euthymic.
Skin:
 Showed no ecchymosis.   Temperature was normal.   No skin lesions.eg
Test conclusions g21
[ x ] Written care plan and[ ] clinical summary of today's visit was provided
to patient.eg
Practice Management g17
Preventive medicine services.eg
ebody
ebody
A/P Last Updated by HERNANDEZ,CAMELLIA L @ 25 May 2017 1055 EDT
1. Dyspnea, unspecified: 32 yo M without significant PMH presents with
symptoms of chest tightness and difficulty getting air in on exposure to
cats, dogs and grass.  No significant symptoms of rhinorrhea but he
intermittently has developed a pruritic rash on exposure to grass.  Exam
today WNL.  Spirometry performed today also WNL.  History and symptoms could
be consistent with allergic asthma, however, could also be due to VCD.
-Could not perform SPT today due to recent antihistamine use, however, Pt will
follow up on June 7th at 10:15 for SPT to the aeroallergens.  Pt will
discontinue Zyrtec 5 days prior to next apt.
-Cont treatment with albuterol prn symptoms
-If SPT negative, would consider referral to pulmonology for consideration of
MCCT vs laryngoscopy to evaluate for asthma and VCD
-All questions addressed, patient/parent express understanding of the above,
and have no further concerns
Procedure(s):  -Spirometry Pre-bronchodilator x 1 ADDITIONAL PROVIDER(S):

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

BANKS,TAYLOR ALLEN - Interpretation: The patient has normal baseline
spirometry.
Disposition Last updated by BANKS,TAYLOR ALLEN @ 25 May 2017 2031 EDT
Released w/o Limitations
Follow up: as needed with PCM.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
Note Written by HERNANDEZ,CAMELLIA L @ 25 May 2017 0953 EDT
Consult Order
Referring Provider:RODAK, COLLEEN M
Date of Request:17 May 2017
Priority:Routine
Provisional Diagnosis:
Encounter for other general examination
Reason for Request:
This is a 32 yo male with a HX of developing pruritic rash when coming into
contact with grass during PT in addition to severe reaction to animal dander
--> wheezing /bronchospasm / cough please evaluate to determine antigens and
if possible desensitization thank you
Note Written by BANKS,TAYLOR ALLEN @ 25 May 2017 2031 EDT
I saw and evaluated the patient.  Discussed with resident/fellow and reviewed
the history/PE and assessment and plan as documented in the note and agree.
Signed By  BANKS, TAYLOR ALLEN (WRNMMC Allergy-Immunology Staff Physician,
Physician/Workstation) @ 25 May 2017 2031

_____

_____
CHANGE HISTORY
The following Disposition Note Was Overwritten by BANKS,TAYLOR ALLEN @ 25 May
2017 2031 EDT:
Disposition section was last updated by BANKS,TAYLOR ALLEN @ 25 May 2017 2031
EDT - see above.Previous Version of Disposition section was entered/updated
by HERNANDEZ,CAMELLIA L @ 25 May 2017 1056 EDT.
Released w/o Limitations
Follow up: as needed with PCM.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
The following Allergy was Deleted: OTHER  by HERNANDEZ,CAMELLIA L @ 25 May
2017 1038 EDT:
The following Allergy was Deleted: OTHER  by HERNANDEZ,CAMELLIA L @ 25 May
2017 1037 EDT:
The following Allergy was Deleted: OTHER  by HERNANDEZ,CAMELLIA L @ 25 May
2017 1037 EDT:
Verified by: TAYLOR A. BANKS,LT,MC,USN  25 May 2017@2036

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*13 Apr 2017 2000 GMT at  by WONG, ROY KWOCK*

| | | | |
|---|---|---|---|
| Title: | | Original Date: | 13 Apr 2017 2000 GMT |
| | GASTROENTEROLOGY MTF BE | | |
| Document Type: | Consultation | AHLTA Entry Date: | 14 Apr 2017 1330 GMT |
| Facility: | | Document ID: | 8790779933 |
| Clinician: | WONG, ROY KWOCK | | |

CONSULT REPORT

-------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  THOMPSON, DAVID HERRON
Requesting Location:  OTOLARYNG CL BE
Order ID number:  160413-07484
MCP Referral #:  20160660564
No. of Visits:  1
Referral Authorized Until:  13 May 2016
Reason for Consult:
SM with Reflux and Postive H. Pylori on IGG, Please evalute and treat.
Priority:  ROUTINE
Provisional Diagnosis:
Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

-------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  13 Apr 2017@15:00:00
Requesting HCP:  THOMPSON, DAVID HERRON
Clinic:  GI CL BE
Consulting HCP:  WONG, ROY KWOCK HUNG

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 13 Apr 2017 1500 EDTAppt Type: FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: GI CL
BEProvider: WONG,ROY KWOCK HUNG
Patient Status: Outpatient
**Limited System Patient Data at time of Encounter**
Reason for Appointment:
follow up
Appointment Comments:
lma/irmac

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 955**
AR 2942

**Medical Record**

Vitals
Vitals Written by KNIGHT,ASIA L @ 13 Apr 2017 1449 EDT
 BP: 129/90,    HR: 72,    T: 98.1 F,    HT: 69 in,    WT: 165.5 lbs,
SpO2: 95%,    BMI: 24.44,    BSA: 1.906 square meters,
 Tobacco Use: No,    Alcohol Use: Yes,    Pain Scale: 0 Pain Free
S/O Note Written by HALL,NOAH MONTGOMERY @ 13 Apr 2017 1739 EDT
bodybodyHistory of present illness g2
The Patient is a 32 year old male.
32 y/o AD male returns to the GI clinic for f/u regarding IBS manifested by
chronic intermittent abdominal pain. He reports a long history of GI
symptoms, dating back to childhood, but symptoms have been more disruptive
over the past few years. Notes generalized sharp, crampy abdominal pain about
every 1-2 days, that peaks prior to defecation and is relieved after bowel
movements. Typically has 1-2 soft or liquid stools per day, infrequently with
urgency. Symptoms may be worse with intake of insoluble fibers. Also worse
during physical activity and with increased anxiety/stress. He reports
minimal improvement since starting a low-FODMAP diet and is not following
this strictly currently. He denies any benefit from avoiding dairy, caffeine,
and sugar-substitutes.
Of note, patient underwent CT A&P in 2012 for the same abdominal pain, which
showed focal wall-thickening at the hepatic flexure with proximal stool
retention. Colonoscopy (McNally) in 2012 showed mild congestion in the
sigmoid, but biopsies were unremarkable. A subsequent MRE was completely
normal.
He was also previously noted to have a +serum AB to H.pylori. He was treated
with triple therapy, and a stool test confirmed eradication in 2016.
.eg
Allergies g24
Allergies Verified and Updated
NKDA
.eg
Current medication g3
Including OTC meds, vitamins, herbals, etc.
Lexapro (stopped recently)
.eg
Past medical/surgical history g4
Reported:
Medical: Reported medical history
Anxiety/depression
IBS-D
.
Surgical / Procedural: Surgical / procedural history
Tonsillectomy
PRK
.eg
Personal history g5
Social history reviewed
 Tob:  (-)
 Etoh:  (1-2 glasses of wine/ day)
.eg
Family history g7
Family medical history
No malignant neoplasm of the gastrointestinal tract.
.eg
Review of systems g16

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Systemic: No fever, no chills, and no recent weight loss.
Eyes: No eye pain.  No red eyes.
Cardiovascular: No chest pain or discomfort.
Pulmonary: No dyspnea and no cough.
Gastrointestinal: Appetite not decreased.  No dysphagia, no pain on
swallowing, and no heartburn.  No nausea, no vomiting, and no hematemesis.
Abdominal pain.  No jaundice and no bright red blood per rectum.  Diarrhea.
No constipation.
Musculoskeletal: No back pain, no localized joint pain, and no localized joint
swelling.
Neurological: No lightheadedness.
Skin: No skin lesions and no rash.eg
Physical findings g8
Vital Signs:
? Temperature: Reviewed.  ? RR: Reviewed.  ? PR: Reviewed.  ? Blood pressure:
Reviewed.
General Appearance:
 Normal.   Well developed.   Well nourished.   In no acute distress.
Head:
Injuries:  No evidence of a head injury.
Appearance:  Head normocephalic.
Neck:
Appearance:  Of the neck was normal.
Eyes:
General/bilateral:
Pupils:  PERRL.   Size of the pupil was normal.   Pupil accommodation was
not impaired.
External:  Eyelids showed no abnormalities.   Conjunctiva exhibited no
abnormalities.
Sclera:  Normal.
Ears:
General/bilateral:
Outer Ear:  Normal.
External Auditory Canal:  External auditory meatus normal.
Nose:
General/bilateral:
External Deformities:  No external nose deformities.
Cavity:  Nasal septum normal.
Oral Cavity:
Lips:  Showed no abnormalities.
Buccal Mucosa:  Examination showed no abnormalities.
Pharynx:
Oropharynx:  Normal.   Tonsils showed no abnormalities.
Lymph Nodes:
 Submandibular lymph nodes were not enlarged.
Lungs:
 Respiration rhythm and depth was normal.   Exaggerated use of accessory
muscles for inspiration was not observed.   Clear to auscultation.   No
wheezing was heard.   No rhonchi were heard.   No rales/crackles were
heard.
Cardiovascular:
Heart Rate And Rhythm:  Normal.
Heart Sounds:  Normal S1 and S2.   No gallop was heard.   No click was
heard.   No pericardial friction rub heard.
Murmurs:  No murmurs were heard.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ▆▆▆ 1985  SSN: ***-**-▆▆          DoD ID: 1286180538          Created: 16 Aug 2017

Abdomen:
Visual Inspection:  Abdomen was not distended.
Auscultation:  Bowel sounds were not diminished or absent.
Palpation:  Abdomen was soft.   No abdominal guarding.   Abdominal
non-tender.   No mass was palpated in the abdomen.
Liver:  Normal to palpation.
Spleen:  Normal to palpation.
Hernia:  No hernia was discovered.
Musculoskeletal System:
Functional Exam:
General/bilateral:  Mobility was not limited.
Other:
General/bilateral:  No muscle tenderness.
Neurological:
 Oriented to time, place, and person.   Remote memory was not impaired.
Recent memory was not impaired.
Balance:  Normal.
Gait And Stance:  Normal.
Psychiatric:
Mood:  Euthymic.
Affect:  Normal.
Skin:
 Showed no ecchymosis.   Temperature was normal.   No skin lesions.eg
ebody
ebody
A/P Last Updated by HALL,NOAH M. @ 13 Apr 2017 1746 EDT
1. Irritable bowel syndrome with diarrhea:
32 y/o male with IBS-D reports minimal benefit with dietary modification.
Predominant symptom is abdominal pain and episodes are closely associated
with anxiety.
 - Will start trial of Metamucil for stool bulking
 - If bloating/flatulence becomes an issue, consider transition to a
non-fermentable fiber (citrucel OTC)
 - Will also provide Levsin SL for symptomatic relief
 - Recommended continued f/u with Behavioral Health provider, and could
discuss a trial of a low-dose TCA at bedtime as a centrally-acting pain
modulator
 - F/u in GI clinic in 3-4 months
 - Could consider a trial of Rifaximin in the future if no benefit
Medication(s):  -PSYLLIUM/SUCROSE--PO 3.4GM/SCOOP POWD - TAKE ONE SCOOP
EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY #2 RF3
Ordered By: HALL,NOAH M. Ordering Provider: HALL, NOAH MONTGOMERY
 -HYOSCYAMINE IR--PO 0.125MG TBSL - DISSOLVE 1 TABLET UNDER TONGUE EVERY
EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN #30 RF3 Ordered By: HALL,NOAH M.
Ordering Provider: HALL, NOAH MONTGOMERY
Disposition Last Updated by HALL,NOAH M. @ 13 Apr 2017 1747 EDT
Released w/o Limitations
Follow up: as needed in 3 to 4 month(s) in the GI CL BE clinic or sooner if
there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
Signed By  WONG, ROY KWOCK (Physician/Workstation, WRAMC) @ 14 Apr 2017 0925
Verified by: WONG,ROY KWOCK HUNG       14 Apr 2017@0930

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*08 Feb 2017 1300 GMT at  by BENTON, JIKESHA R*

| Title: | PSY DIAGNOSTIC TESTING MTF BE | Original Date: | 08 Feb 2017 1300 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 10 Feb 2017 1913 GMT |
| Facility: | | Document ID: | 8645316959 |
| Clinician: | BENTON, JIKESHA R | | |

CONSULT REPORT

------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  PAUL, SHERIN
Requesting Location:  PSYCHIATRY BE
Order ID number:  161208-20980
MCP Referral #:  20162154263
No. of Visits:  1
Referral Authorized Until:  07 Jan 2017
Reason for Consult:
Diagnostic clarification. Patient has previous undocumented diagnoses of Borde
rline Personality Disorder and Reactive Attachment Disorder. Family history is
 signficant for Bipolar disorder. Patient presents with relational apathy and
anxiety.
Priority:  ROUTINE
Provisional Diagnosis:
Generalized anxiety disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,


------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  08 Feb 2017@07:00:00
Requesting HCP:  PAUL, SHERIN
Clinic:  PSYCHOLOGY ASSESSMENT BE
Consulting HCP:  BENTON, JIKESHA R

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 08 Feb 2017 0700 ESTAppt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic:
PSYCHOLOGY ASSESSMENT BEProvider: BENTON,JIKESHA R
Patient Status: Outpatient
AutoCites Refreshed by BENTON,JIKESHA R @ 10 Feb 2017 1306 EST
Problems
?Generalized anxiety disorder F41.1
?Counseling, unspecified Z71.9

| Merwin, Daniel Dennis | DOB: ▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 959**
AR 2946

**Medical Record**

?EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT
(PHA) DOD0225
?ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
?MAJOR DEPRESSION RECURRENT MODERATE
?ANXIETY DISORDER NOS
?Left ankle joint pain
?NEUROTIC EXCORIATION
?ANKLE SPRAIN LEFT
?ESSENTIAL HYPERTRIGLYCERIDEMIA
?ANOMALIES OF SKIN
?Abdominal pain
?ASTHMA
?POSTSURGICAL STATE OF EYE AND ADNEXA
?Difficulty breathing (dyspnea)
?SKIN NEOPLASM UNCERTAIN BEHAVIOR
?Removal Of Sutures
?ASTHMA EXTRINSIC
?ROSACEA
?PERIPHERAL RETINAL DEGENERATION - LATTICE
?REFRACTIVE ERROR - MYOPIA
?ALLERGIC RHINITIS
  Family History
?no family history of malignant neoplasm of large intestine (General FHx)
?no family history of malignant neoplasm of the gastrointestinal tract
(General FHx)
?paternal grandfather's history of preliminary background HPI [use for free
text] (Paternal Grandfather)
?paternal grandmother's history of preliminary background HPI [use for free
text] (Paternal Grandmother)
?paternal grandmother's history of HPI [use for free text] (Paternal
Grandmother)
?paternal history of preliminary background HPI [use for free text] (Father)
?family medical history (General FHx)
?family history of test conclusions [Use for free text] (General FHx)
?family history of diabetes mellitus (General FHx)
?family history of heart disease (General FHx)
?family history of mental illness (not retardation) (General FHx)
?no family history of cancer (General FHx)
?family history of the options include referral (General FHx)
?family history of patient counseling (General FHx)
?fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
?family history of supplemental HPI [use for free text] (General FHx)
?no family history of chronic liver disease (General FHx)
 Allergies
?OTHER: Unknown (SEE MED RECORD)
Active Medications
Active Medications Status Sig Refills Left Last Filled
NALTREXONE HCL, 50 MG, TABLET, ORAL TAKE ONE-HALF TABLET BY MOUTH
EVERY DAY FOR 1 WEEK, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF
TOLERATED #0 RF3 2 of 3 01 Feb 2017
ESCITALOPRAM OXALATE, 20 MG, TABLET, ORAL Active TAKE ONE TABLET BY MOUTH
EVERY DAY #0 RF3 0 of 3 01 Feb 2017
ESZOPICLONE, 1 MG, TABLET, ORAL Active TAKE 1 TO 2 TABLETS BY MOUTH EVERY
NIGHT AS NEEDED FOR SLEEP #0 RF1 1 of 1 04 Jan 2017
FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE,

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE Active NR 14 Oct 2016
PODOFILOX, 0.5 %, SOLUTION, TOPICAL Active APPLY TWICE A DAY FOR 3 DAYS THEN
STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 2 of 2 24 Feb 2016
AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE,
INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE Active NR 05 Oct 2015
Reason for Appointment:
Dx Interview
Appointment Comments:
CAC
Note Written by BENTON,JIKESHA R @ 10 Feb 2017 1406 EST
 SM Merwin is as 31 year old, single, Caucasian, male, AD USN E-6
Cryptologist. SM was seen for a 1 hour clinical interview by LT Martinez on
02FEB17 under Dr.Benton's supervision.  This writer engaged in 2 hours of
chart review and 5 hours of psychological report preparation and writing.  A
1 hour feedback session was scheduled after the conclusion of the clinical
interview.  LT Martinez administered the MCMI-III, MMPI-2, and RISB on
02FEB17.
Initial Impressions
Psychological testing results were consistent with the established diagnoses
of Generalized Anxiety Disorder.  SM Merwin does not meet criteria for
Borderline Personality Disorder.  SM Merwin endorsed anxious ruminative
thoughts and stress caused by feelings of guilt.  SM Merwin?s pattern of
unstable relationships appears to be more in line with Schizoid personality
traits that may have been adaptive at a young age in the context of his
childhood physical and emotional abuse. SM Merwin exhibits a lack of interest
in social relationships, a tendency towards a solitary lifestyle, emotional
coldness, and apathy. Individuals with Schizoid traits may also demonstrate a
rich, elaborate and exclusively internal fantasy world.  SM Merwin indicated
he enjoys the fantasy world of movies and frequently finds himself
daydreaming.
Mental Status Exam
Mental status examination revealed an alert, fully oriented, appropriately
dressed and groomed male who appeared his stated age.  SM Merwin presented
with a pleasant mood and congruent affect. Throughout the session, SM
Merwin?s mood and affect appeared unchanged, even when discussing difficult
or emotional topics. SM Merwin maintained appropriate eye contact throughout
the session. SM Merwin was engaged in the interview and testing. His speech
was normal in tone and rate. Cognition was grossly intact and abstraction was
adequate. Recent and remote memory was intact. Thought process was clear and
goal oriented. SM Merwin did not exhibit ideas of reference, paranoia, or
delusions. There was no evidence of mania. Judgment and impulse control were
good. No indication of psychomotor retardation or agitation. SM Merwin denied
current suicidal or homicidal ideation, plans, or intent.
Risk  Assessment
SM Merwin has a history of suicidal ideation occurring approximately once a
month since adulthood. His protective factors include his job, his hobby of
creating video games, and wanting to find purpose in his life. SM Merwin has
low social support, but this does not seem to be a significant stressor. SM
Merwin does not have a history of attempts and denies access to lethal means.
He denied current ideation, plan, or intent. SM Merwin is currently assessed
at a mild risk for suicide, and should continue to be monitored by his
healthcare providers.
A/P Written by BENTON,JIKESHA R @ 10 Feb 2017 1407 EST
1. Generalized anxiety disorder
Procedure(s):  -Psychiatric Diagnostic Evaluation Comprehensive Examination

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 961**
AR 2948

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

x 1
 -Psychologic Testing And Report Administered By Physician x 8
Disposition Written by BENTON,JIKESHA R @ 10 Feb 2017 1407 EST
Released w/o Limitations
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives with Patient
who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Signed By  BENTON, JIKESHA R (Physician/Workstation) @ 10 Feb 2017 1407
Verified by: BENTON,JIKESHA R        10 Feb 2017@1412

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*02 Feb 2017 1400 GMT at  by BENTON, JIKESHA R*

| | | | |
|---|---|---|---|
| Title: | PSY DIAGNOSTIC TESTING MTF BE | Original Date: | 02 Feb 2017 1400 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 07 Feb 2017 2047 GMT |
| Facility: | | Document ID: | 8635967203 |
| Clinician: | BENTON, JIKESHA R | | |

CONSULT REPORT

------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  PAUL, SHERIN
Requesting Location:  PSYCHIATRY BE
Order ID number:  161208-20980
MCP Referral #:  20162154263
No. of Visits:  1
Referral Authorized Until:  07 Jan 2017
Reason for Consult:
Diagnostic clarification. Patient has previous undocumented diagnoses of Borde
rline Personality Disorder and Reactive Attachment Disorder. Family history is
 signficant for Bipolar disorder. Patient presents with relational apathy and
anxiety.
Priority:  ROUTINE
Provisional Diagnosis:
Generalized anxiety disorder
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  02 Feb 2017@08:00:00
Requesting HCP:  PAUL, SHERIN
Clinic:  PSYCHOLOGY ASSESSMENT BE
Consulting HCP:  BENTON, JIKESHA R

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 02 Feb 2017 0800 ESTAppt Type: PROC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic:
PSYCHOLOGY ASSESSMENT BEProvider: BENTON,JIKESHA R
Patient Status: Outpatient
AutoCites Refreshed by BENTON,JIKESHA R @ 02 Feb 2017 1446 EST
Problems
?Generalized anxiety disorder F41.1
?Counseling, unspecified Z71.9

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 963**
AR 2950

**Medical Record**

?EXAM/ASSESSMENT, OCCUPATIONAL, SERVICE MEMBER PERIODIC HEALTH ASSESSMENT (PHA) DOD0225
?ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
?MAJOR DEPRESSION RECURRENT MODERATE
?ANXIETY DISORDER NOS
?Left ankle joint pain
?NEUROTIC EXCORIATION
?ANKLE SPRAIN LEFT
?ESSENTIAL HYPERTRIGLYCERIDEMIA
?ANOMALIES OF SKIN
?Abdominal pain
?ASTHMA
?POSTSURGICAL STATE OF EYE AND ADNEXA
?Difficulty breathing (dyspnea)
?SKIN NEOPLASM UNCERTAIN BEHAVIOR
?Removal Of Sutures
?ASTHMA EXTRINSIC
?ROSACEA
?PERIPHERAL RETINAL DEGENERATION - LATTICE
?REFRACTIVE ERROR - MYOPIA
?ALLERGIC RHINITIS
   Family History
?no family history of malignant neoplasm of large intestine (General FHx)
?no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
?paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
?paternal grandmother's history of preliminary background HPI [use for free text] (Paternal Grandmother)
?paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
?paternal history of preliminary background HPI [use for free text] (Father)
?family medical history (General FHx)
?family history of test conclusions [Use for free text] (General FHx)
?family history of diabetes mellitus (General FHx)
?family history of heart disease (General FHx)
?family history of mental illness (not retardation) (General FHx)
?no family history of cancer (General FHx)
?family history of the options include referral (General FHx)
?family history of patient counseling (General FHx)
?fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
?family history of supplemental HPI [use for free text] (General FHx)
?no family history of chronic liver disease (General FHx)
 Allergies
?OTHER: Unknown (SEE MED RECORD)
Active Medications
Active Medications Status Sig Refills Left Last Filled
NALTREXONE HCL, 50 MG, TABLET, ORAL TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 1 WEEK, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF TOLERATED #0 RF3 2 of 3 01 Feb 2017
ESCITALOPRAM OXALATE, 20 MG, TABLET, ORAL Active TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF3 0 of 3 01 Feb 2017
ESZOPICLONE, 1 MG, TABLET, ORAL Active TAKE 1 TO 2 TABLETS BY MOUTH EVERY NIGHT AS NEEDED FOR SLEEP #0 RF1 1 of 1 04 Jan 2017
FLUARIX QUAD 2016-2017 (FLU VACC QS2016-17 36MOS UP/PF), 60MCG/.5ML, SYRINGE,

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

INTRAMUSC, GLAXOSMITHKLINE, 0.5 ml SYRINGE Active NR 14 Oct 2016
PODOFILOX, 0.5 %, SOLUTION, TOPICAL Active APPLY TWICE A DAY FOR 3 DAYS THEN
STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 2 of 2 24 Feb 2016
AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE,
INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE Active NR 05 Oct 2015
Reason for Appointment:
Generalized anxiety disorder
Appointment Comments:
mta
Note Written by BENTON,JIKESHA R @ 07 Feb 2017 1531 EST
Reason for Visit
Visit for: Psychological Testing. Assessment time 5.5 hrs. PT denied any
physical pain. He c/o'ed of issues w/ interpersonal relationships.  PT
discussed his history of physical and emotional abuse by his father.  He was
cooperative and no management problem. The raw data can be found in room
7131. The report will be uploaded once complete.
History of present illness
The Patient is a 31 year old male.
He reported: Feeling numb; he appeared apathetic w/ a flat affect. Not
thinking about suicide.  No homicidal thoughts, no hallucinations, and not
hearing voices when no one is talking.
Compliant with testing:  Y /
Oriented  X4  Y /
Risks reported to patient treatment team   NA/ none at this time
Provider follow-up scheduled  Y /
If yes date is:___scheduled for the Dx interview w/ 2 LT Hannah Martinez; the
feedback session is pending.

___.
Subjective
The patient was seen to discuss participation in a psychological evaluation
requested by his provider. The purpose, nature and limits of confidentiality
were explained to the patient and all questions were answered.
Tests
He completed the RISB and the LNA.
Laboratory Studies:
Psychometric:
Minnesota Multiphasic Personality Inventory (MMPI), Millon clinical
multi-axial inventory, and projective administration of psychologic test.
A/P Written by BENTON,JIKESHA R @ 07 Feb 2017 1541 EST
1. Generalized anxiety disorder
Procedure(s):  -Psychologic Testing And Report Administered By Physician x 6
ADDITIONAL PROVIDER(S): MARTINEZ,HANNAH R
Disposition Written by BENTON,JIKESHA R @ 07 Feb 2017 1541 EST
Released w/o Limitations
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives with Patient
who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Note Written by BENTON,JIKESHA R @ 02 Feb 2017 1446 EST
Consult Order
Referring Provider:PAUL, SHERIN
Date of Request:08 Dec 2016
Priority:Routine
Provisional Diagnosis:
Generalized anxiety disorder

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 965
AR 2952

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Reason for Request:
Diagnostic clarification. Patient has previous undocumented diagnoses of
Borderline Personality Disorder and Reactive Attachment Disorder. Family
history is signficant for Bipolar disorder. Patient presents with relational
apathy and anxiety.
Signed By  BENTON, JIKESHA R (Physician/Workstation) @ 07 Feb 2017 1541
Verified by: BENTON,JIKESHA R       07 Feb 2017@1547

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

*04 Oct 2016 2000 GMT at  by COPSEY, HELEN C*

| | | | |
|---|---|---|---|
| Title: | | Original Date: | 04 Oct 2016 2000 GMT |
| | GASTROENTEROLO GY MTF BE | | |
| Document Type: | Consultation | AHLTA Entry Date: | 04 Oct 2016 2028 GMT |
| Facility: | | Document ID: | 8361359185 |
| Clinician: | COPSEY, HELEN C | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------------
----------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  THOMPSON, DAVID HERRON
Requesting Location:  OTOLARYNG CL BE
Order ID number:  160413-07484
MCP Referral #:  20160660564
No. of Visits:  1
Referral Authorized Until:  13 May 2016
Reason for Consult:
SM with Reflux and Postive H. Pylori on IGG, Please evalute and treat.
Priority:  ROUTINE
Provisional Diagnosis:
Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

--------------------------------------------------------------------------------------------------------------------------
----------------------------------------

CONSULT RESULT

Appointment Date:  04 Oct 2016@15:00:00
Requesting HCP:  THOMPSON, DAVID HERRON
Clinic:  GI CL BE
Consulting HCP:  COPSEY, HELEN C.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 04 Oct 2016 1500 EDTAppt Type: FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: GI CL
BEProvider: COPSEY,HELEN C.
Patient Status: Outpatient
Reason for Appointment:
F/U FOR  Helicobacter pylori [H. pylori] as the cause of diseases cla
Appointment Comments:
ame.cc
Vitals
Vitals Written by THOMPSON,DEREK J @ 04 Oct 2016 1454 EDT

**Medical Record**

BP: 145/86,   HR: 65,    RR: 18,   T: 98.1 F,   HT: 69 in,   WT:
158 lbs,    BMI: 23.33,    BSA: 1.869 square meters,    Tobacco Use: No,
Alcohol Use: Yes,
 Pain Scale: 4/10 Moderate,    Pain Scale Comments: abd
S/O Note Written by COPSEY,HELEN C. @ 04 Oct 2016 1617 EDT
bodybodyReason for Visit g27
Visit for: Abdominal pain.eg
History of present illness g2
The Patient is a 31 year old male.
31 yo M here for abdominal pain. Reports a long history of GI symptoms, dating
back to childhood. Symptoms have been more disruptive over the past few
years. Notes generalized sharp abdominal pain about every other day, that
peaks prior to defecation and is relieved after bowel movements. Typically
has 1-2 soft-liquid stools per day, infrequently with urgency. Symptoms may
be worse with intake of insoluble fibers. Also worse during physical activity
and with increased anxiety/stress. Reports he has never been formally
diagnosed and has not been on treatment for these symptoms. Does consume
cheese several times per week, and splenda on a daily basis.
Of note, patient underwent CT A&P in 2012 for the same abdominal pain, which
showed focal colitis at the hepatic flexure with proximal stool retention.
Colonoscopy (McNally) in 2012 showed mild congestion in the sigmoid, but
biopsies were unremarkable. A subsequent MRE was completely normal.
He saw GI earlier this year after he was noted to have a +serum AB to
H.pylori. He was treated with triple therapy, and a stool test confirmed
eradication in June.
.eg
Allergies g24
NKDA.eg
Past medical/surgical history g4
Reported:
Past medical history
Anxiety/depression
.
Surgical / Procedural: Prior surgery
Tonsillectomy
PRK
.
Medications: Medication history
Lexapro
 (I personally reviewed the medication history, allergy history and compliance
with medications with this patient)
.
Surgical:
? Pre-op ASA class 1eg
Previous therapy g19
? History of possible limitations and risks do not include complications from
anesthesiaeg
Personal history g5
 Tob:  (-)
 Etoh:  (1-2 glasses of wine/ day)
.eg
Family history g7
No malignant neoplasm of large intestine
 No malignant neoplasm of the gastrointestinal tract.eg
Review of systems g16

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Systemic: No fever, no chills, and no recent weight loss.
Otolaryngeal: No mouth sores.
Cardiovascular: No chest pain or discomfort.
Pulmonary: No dyspnea.
Gastrointestinal: No heartburn and no regurgitation.  No early satiety, no
nausea, no vomiting, no abdominal swelling, no tenesmus, no melena, no
hematochezia, and no nocturnal diarrhea.
Musculoskeletal: No arthralgias, new.  No nonspecific pain, swelling, and
stiffness.
Skin: No rash, new.eg
Physical findings g8
Vital Signs:
 Current vital signs reviewed.
Standard Measurements:
 Patient was not observed to be obese.
General Appearance:
 Awake.   Alert.   Well developed.   Well nourished.   In no acute
distress.   Patient did not appear uncomfortable.   Not acutely ill.   Not
chronically ill.
Neck:
Appearance:  Of the neck was normal.
Eyes:
General/bilateral:
Sclera:  Showed no icterus.
Oral Cavity:
 Normal OP clear, Mallampati score = 1.
Chest:
 Visual inspection revealed no abnormalities.
Lungs:
 Normal CTA B.
Cardiovascular:
 System: normal RRR, no M or G.
Abdomen:
 Normal soft, NT/ND, +BS.
Neurological:
 Level of consciousness was normal.   Oriented to time, place, and person.
Speech:  Normal.
Gait And Stance:  Normal.
Psychiatric:
Mood:  Euthymic.
Affect:  Normal.
Thought Processes:  Not impaired.
Skin:
 General appearance was normal.   No jaundice.   No skin lesions.eg
Therapy g12
? Medical regimen review -- medication reconciliation performed.eg
ebody
ebody
Lab Result Cited by COPSEY,HELEN C @ 04 Oct 2016 1454 EDT
Comprehensive Metabolic PanelSite/Specimen16 Feb 2016 1430
Aspartate AminotransferaseSERUM20
Helicobacter pylori Ag EIA
Order #160511-04658 (NNMC Bethesda)
Filler #160606 NBL 374 (NNMC Bethesda)
Status:Final

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB:█████  1985  SSN: ***-**-████  DoD ID: 1286180538        Created: 16 Aug 2017

Ordering Provider:SHAH, NISHA AMISH
Priority:ROUTINE
Date Ordered:11 May 2016 0843
Date Resulted:10 Jun 2016 0857
COLLECT_SAMPLE:STOOL
Order Comment:to be done two weeks after stopping protonix
BACTERIOLOGY RESULT:OBSERVATION: Negative
Specimen:Feces
Collected:06 Jun 2016 1312
Results:
Final report
Tissue Exam
Date Collected:12 Oct 2012 0001
POC Enc:E4520771
Enc Fac:WRNMMC
Clinician:COX, TIFFANY CANDACE
Status:Certify
Procedure:TISSUE EXAM
Order #:121028-01374
Provider:COX, TIFFANY CANDACE
Ordered Date:28 Oct 2012 1038
Priority:ROUTINE
Specimen:TISSUE
Resulted Date:28 Oct 2012 1038.1-0500
121018 NSP 23631            Col:12Oct12
TISSUE(TISSUE)
Hcp:COX,TIFFANY CANDACE        Req Loc: 5 EAST
TISSUE E            C:RB28Oct12@1038
CoPath Report
Patient:MERWIN,DANIEL DENNIS            Specimen #:  NS12-23631
Accessioned:10/18/12
Pathologist:Ross Barner, COL MC USA
SPECIMEN:
A: ascending colon B: sigmoid colon
=======================================================================
=-
-==
FINAL DIAGNOSIS:
A. ASCENDING COLON, BIOPSY:
- BENIGN COLONIC MUCOSA WITH LYMPHOID AGGREGATE.
B. SIGMOID COLON, BIOPSY:
- BENIGN COLONIC MUCOSA WITH LYMPHOID AGGREGATES.
Comment: There is no evidence of acute cryptitis, architectural
distortion, or dysplasia.
rxb/10/19/12            ** Report Electronically Signed Out  **
Ross Barner, COL MC USA
=======================================================================
=-
-==
CLINICAL DIAGNOSIS AND HISTORY:
thickening of ascending colon on ct with no stranding, presented with
obstructive symptoms, rule out mass vs. inflamm.
PRE-OPERATIVE DIAGNOSIS:
ascending colon thickening
POST-OPERATIVE DIAGNOSIS:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

Operative Findings: sigmoid thickening
Post-operative Diagnosis: sigmoid thickening
GROSS DESCRIPTION:
A:  The specimen is received in formalin, labeled with the patient's name
Merwin, Daniel designated, "Ascending Colon" consists of two tan-white
irregular soft tissue fragments measuring 0.4 and 0.6 cm in greatest
dimension.  Submitted entirely.  2/1/ng
B:  The specimen is received in formalin, labeled with the patient's name
Merwin, Daniel designated, "Sigmoid" consists of four tan-white irregular
soft tissue fragments measuring 0.2 to 0.5 cm in greatestd iemsnion.
Submitted entirely.  4/1/ng   NW/JAP/DVC
HLS/meh
Lab Result Cited by COPSEY,HELEN C @ 04 Oct 2016 1454 EDT
Thyroid Stimulating HormoneSite/Specimen06 Sep 2016 0923
ThyrotropinSERUM2.500 <i>
CBC W/DiffSite/Specimen22 Jun 2016 1240
WBCBLOOD5.6
RBCBLOOD4.86
HemoglobinBLOOD15.1
HematocritBLOOD44.4
MCVBLOOD91.4
MCHBLOOD31.1
MCHCBLOOD34.1
RDW CVBLOOD12.9
PlateletsBLOOD272
MPVBLOOD9.0
NeutrophilsBLOOD59.4
LymphocytesBLOOD29.8
MonocytesBLOOD8.9
EosinophilsBLOOD1.5
BasophilsBLOOD0.4
ABS NeutrophilsBLOOD3.3
ABS LymphocytesBLOOD1.7
ABS MonocytesBLOOD0.5
ABS EosinophilsBLOOD0.1
ABS BasophilsBLOOD0.0
Differential ReviewBLOODMANUAL DIFF NOT PERFORMED
Comprehensive Metabolic PanelSite/Specimen16 Feb 2016 1430
AlbuminSERUM4.7
Alkaline PhosphataseSERUM53
Alanine AminotransferaseSERUM17
BilirubinSERUM0.4
Urea NitrogenSERUM13.8
CalciumSERUM9.7
Carbon DioxideSERUM29
ChlorideSERUM98
CreatinineSERUM0.96
GlucoseSERUM89
PotassiumSERUM4.4
ProteinSERUM7.6
SodiumSERUM141
Anion GapSERUM14
GFR Calculated Non-BlackSERUM105.6
GFR Calculated BlackSERUM122.1 <i>
Aspartate AminotransferaseSERUM20

**Medical Record**

Merwin, Daniel Dennis    DOB: ■■■ 1985  SSN: ***-**-■■■  DoD ID: 1286180538    Created: 16 Aug 2017

Rad Result Cited by COPSEY,HELEN C @ 04 Oct 2016 1453 EDT
MERWIN, DANIEL DENNIS    20/■■■  DoD ID: 1286180538  31yo ■■■ 1985
M

    ********** MRI, ABD/PEL ENTEROCLYSIS (GI ONLY) **********
       POC Enc: #E4520771    POC Fac: WRNMMC
         Status: Complete (Amended)
Procedure:         MRI, ABD/PEL ENTEROCLYSIS (GI ONLY)
Event Date:        23-Oct-2012 15:54:00
Exam #:       12359730
Exam Date/Time:     02-Nov-2012 07:18:00
Transcription Date/Time:   05-Nov-2012 09:56:00
Provider:         COPSEY, HELEN C
Requesting Location:
  GSURG GI APU BE    WRNMMC BETHESDA, MD
Status:         COMPLETE (Amended)
Amended Result Code:    SEE RADIOLOGIST'S REPORT
Interpreted By:     MOLLURA, JOSEPH G
Supervised By:     MARCIA JAVITT, MD
Approved By:      JAVITT, MARCIA C
Approved Date:     05-Nov-2012 09:48:00
Supervised By:     115455 MARCIA JAVITT, MD
Supervised By Date:    05-Nov-2012 09:48:00
Amended Report Text:
   ADDITIONAL HISTORY: CT examination with right-sided colonic thickening and
   equalization of small bowel.  Recent colonoscopy and without lesion the terminal
   ileum a concern stenosis or inflammation of the distal ileum.
   TECHNIQUE: Standard MR enterocleisis protocol; Three plane localizer, coronal
   FIESTA, axial T2 SS FSE, axial and coronal T2 SS FSE, axial and coronal FIESTA
   fat sat, axial SPGR in and out of phase, axial and coronal LAVA pre-and
   postcontrast MRI of the abdomen.
   COMPARISONS: CT abdomen/pelvis 10/11/12
   FINDINGS:
   Bowel loops are adequately distended without focal stenosis, stricturing, or
   luminal narrowing.  There is normal bowel peristalsis and motion observed on the
   cinematic images.  Minimal mural thickening of the mid jejunum observed at the
   left upper quadrant without corresponding abnormal mucosal enhancement,
   stricturing or stenosis.
   The liver and gallbladder are normal without intra-or extrahepatic biliary
   ductal dilatation.  The spleen, pancreas, adrenals, and kidneys are normal.
   No intra-abdominal mass or fluid collection.  No enlarged abdominal or pelvic
   lymph nodes.
   Osseous marrow signal is nonpathologic.
   IMPRESSION:
   No abnormal areas of enhancement or mural thickening within the gastrointestinal
   system, specifically evidence of active inflammation at the site of

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

previously
   observed colitis on CT examination 10/11/12.  Correlate with patient's
   symptomatology.
   _____
   Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 11/05/12
   Time:09:20
   _____
   Electronically signed by:Dr. Marcia Javitt Date: 11/05/12 Time:09:48
--------------------------------------------------------------------------
--
--------------------------------------------------------------------------
--
MERWIN, DANIEL DENNIS     20/███     DoD ID: 1286180538     31yo ███ 1985
M
        ********** CT, ABDOMEN / PELVIS WITH (PG) **********
           POC Enc: #E4520771    POC Fac: WRNMMC
               Status: Complete (Amended)
Procedure:              CT, ABDOMEN / PELVIS WITH (PG)
Event Date:            11-Oct-2012 01:30:00
Exam #:        12343907
Exam Date/Time:        11-Oct-2012 00:30:00
Transcription Date/Time:        12-Oct-2012 07:00:00
Provider:              HARDWARE, LESLIE
Requesting Location:
   EMERGENCY RM BE    WRNMMC BETHESDA, MD
Status:              COMPLETE (Amended)
Amended Result Code:        SEE RADIOLOGIST'S REPORT
Interpreted By:          MOLLURA, JOSEPH G
Supervised By:          BERNARD, JACQUELINE, MD, CDR, USN
Approved By:          BERNARD, JACQUELINE M
Approved Date:        11-Oct-2012 08:16:00
Supervised By:          BERNARD, JACQUELINE, MD, CDR, USN
Supervised By Date:        11-Oct-2012 08:16:00
Amended Report Text:
   ADDITIONAL HISTORY: Abdominal pain.
   TECHNIQUE: CT of the abdomen and pelvis was performed under standard
   abdomen/pelvis CT protocol with 5 mm axial helically acquired images
obtained
   from the level of the diaphragm to the level of the pubic symphysis after
the
   intravenous administration of 110 mL Isovue 370 and oral contrast.
Coronal and
   sagittal reformatted images were also obtained.
   COMPARISONS: Acute abdominal series 10/10/12.
   FINDINGS:
   Lung bases are clear.
   Liver parenchyma and vasculature is unremarkable.  Normal biliary tree
without
   intra-or extrahepatic biliary ductal dilatation.  Pancreas, spleen,
adrenals,
   and kidneys are normal.  No identifiable ureteral abnormalities.
Fluid-filled
   urinary bladder is unremarkable.
   Enteric contrast visualized to the level of the mid ileum.  Stomach is
normal.

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 973**
AR 2960

**Medical Record**

Merwin, Daniel Dennis        DOB:■■■■ 1985  SSN: ***-**-■■■■  DoD ID: 1286180538        Created: 16 Aug 2017

There is fecal material and air noted within the distal ileum extending to a

   mildly distended stool filled cecum.  The appendix is identified and is normal.

   There is a focal area of vascular prominence involving the mesentery at the

   level of the hepatic flexure.  The colon wall at this level appears mildly

   thickened but otherwise decompressed.  The colon distal to the hepatic flexure

   is decompressed and normal in appearance.

   Shotty subcentimeter mesenteric lymph nodes about the upper abdomen. No

   intra-abdominal mass or fluid collection.  Vascular structures are normal in

   configuration.

   Pelvic organs are unremarkable.  No free pelvic fluid.  No pelvic or inguinal

   lymphadenopathy.

   Soft tissues, muscles, and osseous structures are unremarkable.

   IMPRESSION:

   Focal colitis at the level of the hepatic flexure with proximal stool retention

   and fecalization of small bowel.  Findings are nonspecific and may be

   representative of an acute infection or inflammatory etiology such as Crohn's

   disease.  Clinical correlation is recommended.

   Note: Findings above were discussed with Dr.  Hardware, via telephone at 0450

   hours on 10/11/12. _____

   Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 10/11/12 Time:07:22


   _____

   Electronically signed by:Dr. Jacqueline M Bernard Date: 10/11/12 Time:08:16

A/P Written by COPSEY,HELEN C @ 04 Oct 2016 1623 EDT

1. Irritable bowel syndrome with diarrhea: Clinical history is consistent with IBS-D. This diagnosis was discussed with the patient in detail and all questions were answered. Goals of management were reviewed including options such as natural interventions/ dietary change/ stress management, all the way to low dose TCA therapy. He v/u and opts to proceed as detailed below.

PLAN:

1. Celiac panel.

2. Strict dairy free trial x 2 weeks.

3. Stop Splenda.

4. Pending progress, consider 2 week course of Xifaxan.

5. F/u with me directly via phone/email/relay health with updates.

Disposition Written by COPSEY,HELEN C @ 04 Oct 2016 1623 EDT

Released w/o Limitations

Follow up:  as needed .

Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

45 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  COPSEY, HELEN C (PA-C, MSHS, WRAMC- GI Clinic) @ 04 Oct 2016 1623

Verified by: COPSEY,HELEN C.        04 Oct 2016@1628

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

---

### *22 Jun 2016 1540 GMT at  by KWOK, RYAN M*

| | | | |
|---|---|---|---|
| Title: | GASTROENTEROLOGY MTF BE | Original Date: | 22 Jun 2016 1540 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 23 Jun 2016 1913 GMT |
| Facility: | | Document ID: | 8136320953 |
| Clinician: | KWOK, RYAN M | | |

CONSULT REPORT

-----------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  THOMPSON, DAVID HERRON
Requesting Location:  OTOLARYNG CL BE
Order ID number:  160413-07484
MCP Referral #:  20160660564
No. of Visits:  1
Referral Authorized Until:  13 May 2016
Reason for Consult:
SM with Reflux and Postive H. Pylori on IGG, Please evalute and treat.
Priority:  ROUTINE
Provisional Diagnosis:
Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

-----------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  22 Jun 2016@10:40:00
Requesting HCP:  THOMPSON, DAVID HERRON
Clinic:  GI CL BE
Consulting HCP:  KWOK, RYAN MITCHELL

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 22 Jun 2016 1040 EDTAppt Type: FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: GI CL
BEProvider: KWOK,RYAN MITCHELL
Patient Status: Outpatient
AutoCites Refreshed by SHAH,NISHA A @ 22 Jun 2016 1111 EDT
 Allergies
?OTHER: Unknown (SEE MED RECORD)
Reason for Appointment:
f/u
Appointment Comments:

---

**Medical Record**

BAR
Vitals
Vitals Written by THOMPSON,DEREK J @ 22 Jun 2016 1039 EDT
 BP: 146/87,    HR: 74,    RR: 14,    T: 98.2 F,    HT: 69 in,    WT:
165 lbs,    SpO2: 99%,    BMI: 24.37,
 BSA: 1.903 square meters,    Tobacco Use: No,    Alcohol Use: Yes,    Pain
Scale: 4/10 Moderate,
 Pain Scale Comments: Sharp Pain in Chest when taking deep breaths on inhale.
S/O Note Written by SHAH,NISHA AMISH @ 22 Jun 2016 1349 EDT
bodybodyChief complaint g1
The Chief Complaint is: F/u.eg
History of present illness g2
The Patient is a 31 year old male.
<<Note accomplished in TSWF-CORE>>
31 year old male to f/u for lab results (confirmed h pylori eradication) but
states he is having intense chest pain worsened with coughing and breathing
right now.  Denies n/v/diaphoresis.  Denies pain radiating to back/jaw/arm.
He is very anxious and concerned and would like to go to ED.  Appointment
ended at this time.eg
ebody
ebody
A/P Last Updated by SHAH,NISHA A @ 22 Jun 2016 1335 EDT
1. Other chest pain R07.89: Due to lightheadedness/dizziness although stable
vital signs and continued chest pain, will send to ED for evaluation.  Can
f/u in 4 weeks after trial of fodmap as discussed in past.  H pylori
eradication confirmed.
Disposition Written by KWOK,RYAN M @ 23 Jun 2016 1507 EDT
Immediate Referral - Referred to: ED
Follow up: 4 week(s) in the GI CL BE clinic or sooner if there are problems. -
Comments: Case discussed with GI staff, Dr. Kwok, who agrees with above plan.
Patient was wheelchaired to ED.  ED staff was called and case discussed.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
Note Written by KWOK,RYAN M @ 23 Jun 2016 1508 EDT
Pt not seen as triaged to ER prior to my encounter, agree with plan for urgent
triage via ER prior to GI evaluation.
Signed By  KWOK, RYAN M (Physician, Gastroenterology / Transplant Hepatology
Staff, Walter Reed National Military Medical Center) @ 23 Jun 2016 1508
Verified by: Ryan M. Kwok, CPT, MC, USA 23 Jun 2016@1513

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *07 Jun 2016 1800 GMT at  by XYDAKIS, MICHAEL S*

| | | | |
|---|---|---|---|
| Title: | | Original Date: | 07 Jun 2016 1800 GMT |
| | OTOLARYNGOLOGY NCR | | |
| Document Type: | Consultation | AHLTA Entry Date: | 07 Jun 2016 1803 GMT |
| Facility: | | Document ID: | 8098344099 |
| Clinician: | XYDAKIS, MICHAEL S | | |

CONSULT REPORT

---------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  THOMPSON, DAVID HERRON
Requesting Location:  OTOLARYNG CL BE
Order ID number:  160411-10434
MCP Referral #:  20160641249
No. of Visits:  5
Referral Authorized Until:  26 Jul 2016
Reason for Consult:
Consult from Dr Thompson to Dr Xydakis: SM with chronic bitter tastes with sur
gery like foods. Normal ENT exam, Ordered MRI Brain, Please evaluate and treat
Priority:  ROUTINE
Provisional Diagnosis:
Unspecified disturbances of smell and taste
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

---------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  07 Jun 2016@13:00:00
Requesting HCP:  THOMPSON, DAVID HERRON
Clinic:  OTOLARYNG CL BE
Consulting HCP:  XYDAKIS, MICHAEL S

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 07 Jun 2016 1300 EDTAppt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic:
OTOLARYNG CL BEProvider: XYDAKIS,MICHAEL S
Patient Status: Outpatient
Reason for Appointment:
Unspecified disturbances of smell and taste
Appointment Comments:
emh

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

S/O Note Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1341 EDT
bodybodyChief complaint g1
The Chief Complaint is: 31 active duty navy from Ft Meade referred by
colleague (dr David Thompson) for dysgusia of approximately 8 months
duration. Specifically, patient indicates that on 16 Oct 2015, he was making
pizza and noticed the alteration in taste. He presented to his nurse
practitioner on 9 Nov 2015 and was referred to ENT. Smell is fine. NO tobacco
(social smoker about 9 years ago). Patient does have a h/o alcohol dependence
requiring counseling (notes in AHLTA indicate that therapy began in Aug
2014). MRI Brain (15 April 2016) = Normal olfactory eloquent structures.eg
History of present illness g2
The Patient is a 31 year old male.
He reported: Past medical history reviewed, problem list reviewed, medication
list reviewed, family history reviewed, and surgical history reviewed.eg
Past medical/surgical history g4
Reported:
Recent Events: An active illness Longstanding history of irritable bowel
syndrome. History of H. Pylori and GERD (followed by GI).eg
Physical findings g8
Neck:
? Neck: No palpable adenopathy.
Nose:
Right Side Of Nose:
? Examined.
Left Side Of Nose:
? Examined Moderate nasal septal deflection to the left with fracture /
dislocation at the bony cartilagenous junction. No infectious, inflammatory
nor obstructive pathology noted.
Oral Cavity:
 General condition was good S/p tonsillectomy. + discoloration and
brownish/green film noted on posterior 1/3 of the tongue. Mucosa otherwise
pale pink and moist. + discoloration of the teeth.
Tongue: ? Mucositis scale.eg
ebody
ebody
A/P Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1356 EDT
1. Unspecified disturbances of smell and taste
2. Glossitis
3. Gastro-esophageal reflux disease without esophagitis: Sniffen extended
battery 16 panel odorant test performed. Patient scored 16/16 with rapid,
crisp reliable responses. Olfactory threshold testing performed. Patient
scored 8/16 which is normal for age. Olfactory discrimination was normal.
Burghart taste strips and sprays administered. Patient was able to discern
tastes (sweet, salty, sour, bitter) at even the lowest concentrations. Hence,
completely normal taste. A/P: Dysgusia due to mild glossitis which is due to
GERD up to the level of the hypopharynx and base of tongue. Patient is
scheduled to see GI in the next week or so. Likely his symptomatology will
resolve once his acid reflux is under control and the tongue is no longer
inflammed. Would consider Nystatin or mycelex oral troches. However, it would
be preferable to address the underlying cause of the problem (i.e. Acid
reflux) and see if the tongue inflammation resolves. Patient understands and
agrees with this approach. He will send me an e-mail to assess interval
change.
Disposition Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1357 EDT
Released w/o Limitations

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Follow up:  as needed .
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Note Written by XYDAKIS,MICHAEL S @ 07 Jun 2016 1255 EDT
Consult Order
Referring Provider:THOMPSON, DAVID HERRON
Date of Request:11 Apr 2016
Priority:Routine
Provisional Diagnosis:
Unspecified disturbances of smell and taste
Reason for Request:
Consult from Dr Thompson to Dr Xydakis: SM with chronic bitter tastes with
surgery like foods. Normal ENT exam, Ordered MRI Brain, Please evaluate and
treat
Signed By  XYDAKIS, MICHAEL S (Physician) @ 07 Jun 2016 1357
Verified by: XYDAKIS,MICHAEL S        07 Jun 2016@1403

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*11 May 2016 1300 GMT at  by LACZEK, JEFFREY T*

| | | | |
|---|---|---|---|
| Title: | GASTROENTEROLO GY MTF BE | Original Date: | 11 May 2016 1300 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 17 May 2016 1849 GMT |
| Facility: | | Document ID: | 8054554000 |
| Clinician: | LACZEK, JEFFREY T | | |

CONSULT REPORT

---------------------------------------------------------------------------------------------------------------
-----------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  THOMPSON, DAVID HERRON
Requesting Location:  OTOLARYNG CL BE
Order ID number:  160413-07484
MCP Referral #:  20160660564
No. of Visits:  1
Referral Authorized Until:  13 May 2016
Reason for Consult:
SM with Reflux and Postive H. Pylori on IGG, Please evalute and treat.
Priority:  ROUTINE
Provisional Diagnosis:
Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

---------------------------------------------------------------------------------------------------------------
-----------------------------------------

CONSULT RESULT

Appointment Date:  11 May 2016@08:00:00
Requesting HCP:  THOMPSON, DAVID HERRON
Clinic:  GI CL BE
Consulting HCP:  LACZEK, JEFFREY T

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 11 May 2016 0800 EDTAppt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: GI CL
BEProvider: LACZEK,JEFFREY T
Patient Status: Outpatient
AutoCites Refreshed by SHAH,NISHA A @ 11 May 2016 0808 EDT
 Allergies
?OTHER: Unknown (SEE MED RECORD)
Reason for Appointment:
Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Appointment Comments:
ek/irmac
Vitals
Vitals Written by THOMPSON,DEREK J @ 11 May 2016 0752 EDT
 BP: 118/72,    HR: 68,    RR: 10,    T: 98.4 F,    HT: 69 in,    WT:
167 lbs,    SpO2: 98%,    BMI: 24.66,
 BSA: 1.913 square meters,    Tobacco Use: No,    Alcohol Use: No,    Pain
Scale: 6/10 Moderate,
 Pain Scale Comments: Cramping intermittent  pain in the Intestines
S/O Note Written by SHAH,NISHA AMISH @ 11 May 2016 1523 EDT
bodybodyChief complaint g1
The Chief Complaint is:  + h pylori test.eg
History of present illness g2
The Patient is a 31 year old male.
<<Note accomplished in TSWF-CORE>>
31 year old male referred from ENT when during w/u of dysgeusia was found to +
serum H pylori Ab and presents for further management.  Patient states he has
never been treated for h pylori.
He also states that he has had 'ibs pain' since age 15.  The pain is in the
upper abdomen described as sharp and does not radiate.  The pain can last
minutes to longer and resolves once he goes to the bathroom having a soft
stool; bristol  type 5-6.  Episodes occur weekly and are triggered by certain
foods (spicy foods/fiber filled foods).
Of note, he went to the ED a few years ago for similar abdominal pain, he was
then seen in the GI clinic and found to have a normal MRE after initial
colonoscopy was concerning for thickened folds.  He was lost to follow up.
Heartburn burning sensation - 2x per month, abdominal pain, and diarrhea.eg
Allergies g24
Allergies Verified and Updated
NKDA.eg
Current medication g3
Including OTCs, vitamins, herbals, supplements, etc.
Albuterol prn
Denies otc/herbals/supplements.eg
Past medical/surgical history g4
Reported:
Medical: Reported medical history
SAR
He denies any other medical issues.
Surgical / Procedural: Surgical / procedural history None.eg
Personal history g5
Social history reviewed Denies tob/etoh.eg
Family history g7
Family medical history
No hx of celiac/IBD
No hx of GI malignancies
Mom and grandmother with also 'stomach problems'.eg
Review of systems g16
Systemic: Not feeling tired (fatigue).  No fever, no chills, and no night
sweats.
Eyes: No eye pain.  No red eyes.
Cardiovascular: No chest pain or discomfort.
Pulmonary: No dyspnea and no cough.
Gastrointestinal: Appetite not decreased.  No dysphagia and no pain on
swallowing.  No nausea, no vomiting, no hematemesis, no jaundice, no bright

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

red blood per rectum, and no constipation.
Musculoskeletal: No localized joint pain.
Skin: No rash.eg
Physical findings g8
Vital Signs:
? Temperature: Reviewed.  ? RR: Reviewed.  ? PR: Reviewed.  ? Blood pressure:
Reviewed.
General Appearance:
 Normal.   Well developed.   Well nourished.   In no acute distress.
Neck:
Appearance:  Of the neck was normal.
Eyes:
General/bilateral:
External:  Conjunctiva exhibited no abnormalities.
Sclera:  Normal.
Ears:
General/bilateral:
Outer Ear:  Normal.
Oral Cavity:
Lips:  Showed no abnormalities.
Buccal Mucosa:  Examination showed no abnormalities.
Pharynx:
? Pharynx: MC3.
Oropharynx:  Normal.   Tonsils showed no abnormalities.
Lungs:
 Respiration rhythm and depth was normal.   Exaggerated use of accessory
muscles for inspiration was not observed.   Clear to auscultation.   No
wheezing was heard.   No rhonchi were heard.   No rales/crackles were
heard.
Cardiovascular:
Heart Rate And Rhythm:  Normal.
Heart Sounds:  Normal S1 and S2.   No gallop was heard.   No click was
heard.   No pericardial friction rub heard.
Murmurs:  No murmurs were heard.
Abdomen:
Visual Inspection:  Abdomen was not distended.
Auscultation:  Bowel sounds were not diminished or absent.
Palpation:  Abdomen was soft.   No abdominal guarding.   Abdominal
non-tender Mild ttp in RLQ.   No mass was palpated in the abdomen.
Liver:  Normal to palpation.
Spleen:  Normal to palpation.
Hernia:  No hernia was discovered.
Musculoskeletal System:
Functional Exam:
General/bilateral:  Mobility was not limited.
Neurological:
 Oriented to time, place, and person.
Gait And Stance:  Normal.
Psychiatric:
Mood:  Euthymic.
Affect:  Normal.
Skin:
 Showed no ecchymosis.   Temperature was normal.   No skin lesions.eg
ebody
ebody

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

Lab Result Cited by SHAH,NISHA A @ 11 May 2016 0814 EDT
CBC W/o DiffSite/Specimen11 Apr 2016 1043
WBCBLOOD4.7
RBCBLOOD4.88
HemoglobinBLOOD15.4
HematocritBLOOD45.0
MCVBLOOD92.3
MCHBLOOD31.5
MCHCBLOOD34.1
PlateletsBLOOD293
RDW CVBLOOD13.3
MPVBLOOD8.6
Lab Result Cited by SHAH,NISHA A @ 11 May 2016 0814 EDT
Basic Metabolic PanelSite/Specimen11 Apr 2016 1043
Urea NitrogenSERUM9.7
Carbon DioxideSERUM28
ChlorideSERUM97 (L)
CreatinineSERUM0.87
GlucoseSERUM92
PotassiumSERUM4.4
SodiumSERUM139
CalciumSERUM10.2
Anion GapSERUM15
GFR Calculated Non-BlackSERUM115.0
GFR Calculated BlackSERUM132.9 <i>
Lab Result Cited by SHAH,NISHA A @ 11 May 2016 0814 EDT
Helicobacter pylori Ab IgGSite/Specimen11 Apr 2016 1043
Helicobacter pylori Ab IgGSERUM7.1 (H) <i>
A/P Last Updated by SHAH,NISHA A @ 11 May 2016 1553 EDT
1. Helicobacter pylori [H. pylori] as the cause of diseases classified
elsewhere B96.81: 31 year old male with incidental finding of h pylori,
unlikely related to dysguesia but would be interested at follow up to see if
treatment affects symptoms.  As it is a carcinogen, would recommend therapy.
No exposure to antibiotics in last 6-8 months, will do triple therapy.
Patient counseled on importance of compliance as well as confirmation of
eradication two weeks after stopping PPI therapy.
Medication(s):  -PANTOPRAZOLE--PO 40MG TBDR - TAKE ONE TABLET BY MOUTH TWICE
A DAY FOR TWO WEEKS #28 RF0 Ordered By: SHAH,NISHA A Ordering Provider: SHAH,
NISHA AMISH
 -AMOXICILLIN--PO 500MG CAP - TAKE TWO CAPSULE BY MOUTH TWICE A DAY FOR TWO
WEEKS #56 RF0 Ordered By: SHAH,NISHA A Ordering Provider: SHAH, NISHA AMISH
 -CLARITHROMYCIN--PO 500MG TAB - TAKE ONE TABLET BY MOUTH TWICE A DAY FOR
FOURTEEN DAYS #28 RF0 Ordered By: SHAH,NISHA A Ordering Provider: SHAH, NISHA
AMISH
Laboratory(ies):  -H PYLORI AG, EIA (Routine): to be done two weeks after
stopping protonix Ordered By: SHAH,NISHA A Ordering Provider: SHAH, NISHA
AMISH
2. Irritable bowel syndrome with diarrhea K58.0: No red flags and triggers
seem to be primarily food/stress.  Will first focus on understanding triggers
with food diary and assess if high fodmap (sheet given), After two week of
obeservation, asked that he eliminate one food a week from his triggers.
Plan to see back in 6-8 weeks and decide next step in management.
Disposition Last Updated by SHAH,NISHA A @ 11 May 2016 1612 EDT
Released w/o Limitations
Follow up: 6 to 8 week(s) in the GI CL BE clinic or sooner if there are

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

problems. - Comments: Case discussed with GI staff, Dr. Laczek, who agrees
with above plan.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
Note Written by MCPHERSON,CARL E @ 11 May 2016 0721 EDT
Consult Order
Referring Provider:THOMPSON, DAVID HERRON
Date of Request:13 Apr 2016
Priority:Routine
Provisional Diagnosis:
Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere
Reason for Request:
SM with Reflux and Postive H. Pylori on IGG, Please evalute and treat.
Note Written by LACZEK,JEFFREY T @ 17 May 2016 1432 EDT
GI Staff
I saw PO1 Merwin with Dr. Shah.  I agree with Dr. Shah's assesment that his
dysguesia is unlikely related to his H. pylori infection.  I also agree with
the plan to treat his H. pylori infection.
Signed By  LACZEK, JEFFREY T (Staff Gastroenterologist, WRNMMC Bethesda, MD) @
17 May 2016 1434
Verified by: LACZEK,JEFFREY T         17 May 2016@1449

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

---

*11 Apr 2016 1330 GMT at  by THOMPSON, DAVID HERRON*

| | | | |
|---|---|---|---|
| Title: | OTOLARYNGOLOGY NCR | Original Date: | 11 Apr 2016 1330 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 11 Apr 2016 1440 GMT |
| Facility: | | Document ID: | 7968044495 |
| Clinician: | THOMPSON, DAVID HERRON | | |

CONSULT REPORT

------------------------------------------------------------------------------------------------------------------------
----------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  AUSTIN, MARIE
Requesting Location: QQQCHCSIITESTBETHESDA CLINIC
Order ID number:  160301-18101
MCP Referral #:  20160371948
No. of Visits:  1
Referral Authorized Until:  31 Mar 2016
Reason for Consult:
Pt is reporting that all sweet  things taste bitter except for artifical sweet
eners please eval and treat
Priority:  ROUTINE
Provisional Diagnosis:
change in taste
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

------------------------------------------------------------------------------------------------------------------------
----------------------------------------

CONSULT RESULT

Appointment Date:  11 Apr 2016@08:30:00
Requesting HCP:  AUSTIN, MARIE
Clinic:  OTOLARYNG CL BE
Consulting HCP:  THOMPSON, DAVID HERRON

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 11 Apr 2016 0830 EDTAppt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic:
OTOLARYNG CL BEProvider: THOMPSON,DAVID HERRON
Patient Status: Outpatient
AutoCites Refreshed by THOMPSON,DAVID HERRON @ 05 Apr 2016 1011 EDT
Problems
?ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR

---

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**-☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 985**
AR 2972

**Medical Record**

?MAJOR DEPRESSION RECURRENT MODERATE
?ANXIETY DISORDER NOS
?Left ankle joint pain
?NEUROTIC EXCORIATION
?ANKLE SPRAIN LEFT
?ESSENTIAL HYPERTRIGLYCERIDEMIA
?ANOMALIES OF SKIN
?Abdominal pain
?ASTHMA
?POSTSURGICAL STATE OF EYE AND ADNEXA
?Difficulty breathing (dyspnea)
?SKIN NEOPLASM UNCERTAIN BEHAVIOR
?Removal Of Sutures
?ASTHMA EXTRINSIC
?ROSACEA
?PERIPHERAL RETINAL DEGENERATION - LATTICE
?REFRACTIVE ERROR - MYOPIA
?ALLERGIC RHINITIS
  Family History
?family medical history (General FHx)
?family history of test conclusions [Use for free text] (General FHx)
?family history of diabetes mellitus (General FHx)
?family history of heart disease (General FHx)
?family history of mental illness (not retardation) (General FHx)
?no family history of cancer (General FHx)
?family history of the options include referral (General FHx)
?family history of patient counseling (General FHx)
?fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
?paternal grandfather's history of preliminary background HPI [use for free
text] (Paternal Grandfather)
?paternal history of preliminary background HPI [use for free text] (Father)
?paternal grandmother's history of HPI [use for free text] (Paternal
Grandmother)
?family history of supplemental HPI [use for free text] (General FHx)
?no family history of malignant neoplasm of the large intestine (General FHx)
?no family history of malignant neoplasm of the gastrointestinal tract
(General FHx)
?no family history of chronic liver disease (General FHx)
  Allergies
?OTHER: Unknown (SEE MED RECORD)
  Active Medications
Active Medications Status Sig Refills Left Last Filled
PODOFILOX, 0.5 %, SOLUTION, TOPICAL Active APPLY TWICE A DAY FOR 3 DAYS THEN
STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 2 of 2 24 Feb 2016
AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE,
INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE Active NR 05 Oct 2015
FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL Active APPLY TO SCALP
EVERY DAY AS NEEDED #0 RF3 3 of 3 29 Sep 2015
Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA Active INHALE
2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 3 of 3 28
Sep 2015
Reason for Appointment:
change in taste
Appointment Comments:
pb/irmac

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Vitals
Vitals Written by KIPTOO,ALEX @ 11 Apr 2016 0908 EDT
 BP: 121/79,    HR: 70,    RR: 16,    T: 98.5 F,    Tobacco Use: No,
Alcohol Use: Yes,    Pain Scale: 0 Pain Free
Comments: 4105625345
nkda
A/P Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1032 EDT
1. Unspecified disturbances of smell and taste: S:  Taste abrupt onset of
better taste ( Oct 16, while eating pizza),  now for surgery foods and
chocholate, most other foods taste OK, and smell is OK. Going off zoloft did
not change
All:  none Rx none Ill none surgery tx , prk tooth, admits GI stuff, IBS ,
ROS: hearing ok, breath nose ok, swallow ok, no sore throats
O: tms nl , mouth, tongue is normal, phx, neck, thyroid no mass Nps: nose
clear, no mass nasopharynx, tvc mobile no edema arytenoids
-- b12 neg
-- HIV neg, 16 Feb 16
A: ddx olfactory nerve issue, brain patholgy, h pylori, zinc, b12
P:  MRI brain, labs, and referral to Dr Xydakis for taste and smell. Plant
based diet
Procedure(s):  -Fiberoptic Laryngoscopy Flexible (diagnostic) x 1 - After
verbal informed consent, topical 4% lidocaine/ afrin mixture was sprayed into
the nose bilaterally.  The flexible scope was passed through bilateral nares
and into hypopharynx with findings as described in above exam. The patient
tolerated well without complications.
Note:  Reviewed AHLTA record, and Reviewed with patient: past treatments,
laboratory, and Radiological Studies, DDX symptoms, and Planned Management
Laboratory(ies):  -H PYLORI IGG (Routine); ZINC (Routine); BASIC METABOLIC
PANEL (Routine); LYME DISEASE AB, TOTAL (Routine); CBC W/O DIFFERENTIAL
(Routine); ESR (Routine); TREPONEMA PALLIDUM AB (Routine)
Radiology(ies):  -MRI, BRAIN W W/O CON (Routine) Impression:  SM with acute
onset distortion taste, Please evaluate olfactory nerves for pathology, and
brain for possible pathology, please use gad
Comment:  Please use gad
Consult(s):  -Referred To: OTOLARYNGOLOGY NCR (Routine) Specialty:
OTORHINOLARYNGOLOGY Clinic: RM OTOLARYNGOLOGY IR Provisional Diagnosis:
Unspecified disturbances of smell and taste
Disposition Written by THOMPSON,DAVID HERRON @ 11 Apr 2016 1034 EDT
Released w/o Limitations
Follow up: 2 month(s) or sooner if there are problems. - Comments: follow up
with Dr Xydakis, c 410 562 5345 w 443 654 5847
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
Administrative Options: Consultation requested
Note Written by KIPTOO,ALEX @ 11 Apr 2016 0907 EDT
Consult Order
Referring Provider:AUSTIN, MARIE R
Date of Request:01 Mar 2016
Priority:Routine
Provisional Diagnosis:
change in taste
Reason for Request:
Pt is reporting that all sweet  things taste bitter except for artifical
sweeteners please eval and treat
Signed By  THOMPSON, DAVID HERRON (Physician/Workstation) @ 11 Apr 2016 1035

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

CHANGE HISTORY
The following Vitals Entry Was Overwritten by KIPTOO,ALEX @ 11 Apr 2016 0909
EDT:
Vitals Written by KIPTOO,ALEX @ 11 Apr 2016 0908 EDT
 Tobacco Use: No,   Alcohol Use: Yes,   Pain Scale: 0 Pain Free
Verified by: DAVID H. THOMPSON,CAPT,MC,U11 Apr 2016@1040

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | | |
|---|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 | |

*05 Apr 2016 1330 GMT at  by BAHR, ROBERT J*

| | | | |
|---|---|---|---|
| Title: | PHYSICAL THERAPY MTF BE | Original Date: | 05 Apr 2016 1330 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 05 Apr 2016 1306 GMT |
| Facility: | | Document ID: | 7954090961 |
| Clinician: | BAHR, ROBERT J | | |

CONSULT REPORT

----------------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  WILSON, BRYAN JAMES
Requesting Location:  INT MED MEDICAL HOME CL C BE
Order ID number:  160216-23530
MCP Referral #:  20160274357
No. of Visits:  1
Referral Authorized Until:  17 Mar 2016
Reason for Consult:
L anterior talofibular ligament sprain 2 yr ago, now recurrence of pain.  On l
ight duty 30 days.  Needs eval and likely graduated exercise.
Priority:  ROUTINE
Provisional Diagnosis:
Sprain of other ligament of left ankle, subsequent encounter
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,


----------------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  05 Apr 2016@08:30:00
Requesting HCP:  WILSON, BRYAN JAMES
Clinic:  PHYS THERAPY CL BE
Consulting HCP:  BAHR, ROBERT J.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 05 Apr 2016 0830 EDTAppt Type: FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: PHYS
THERAPY CL BEProvider: BAHR,ROBERT J.
Patient Status: Outpatient
AutoCites Refreshed by BAHR,ROBERT J @ 05 Apr 2016 0835 EDT
Problems
?ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
?MAJOR DEPRESSION RECURRENT MODERATE
?ANXIETY DISORDER NOS

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ | 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 989
AR 2976

**Medical Record**

?Left ankle joint pain
?NEUROTIC EXCORIATION
?ANKLE SPRAIN LEFT
?ESSENTIAL HYPERTRIGLYCERIDEMIA
?ANOMALIES OF SKIN
?Abdominal pain
?ASTHMA
?POSTSURGICAL STATE OF EYE AND ADNEXA
?Difficulty breathing (dyspnea)
?SKIN NEOPLASM UNCERTAIN BEHAVIOR
?Removal Of Sutures
?ASTHMA EXTRINSIC
?ROSACEA
?PERIPHERAL RETINAL DEGENERATION - LATTICE
?REFRACTIVE ERROR - MYOPIA
?ALLERGIC RHINITIS
 Allergies
?OTHER: Unknown (SEE MED RECORD)
Active Medications
Active Medications Status Sig Refills Left Last Filled
PODOFILOX, 0.5 %, SOLUTION, TOPICAL Active APPLY TWICE A DAY FOR 3 DAYS THEN
STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 2 of 2 24 Feb 2016
AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE,
INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE Active NR 05 Oct 2015
FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL Active APPLY TO SCALP
EVERY DAY AS NEEDED #0 RF3 3 of 3 29 Sep 2015
Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA Active INHALE
2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 3 of 3 28
Sep 2015
Appointment Comments:
dhj
S/O Note Written by BAHR,ROBERT J. @ 05 Apr 2016 0858 EDT
bodybodyHistory of present illness g2
The Patient is a 31 year old male.
He reported: Encounter Background Information: SUBJECTIVE:   Pt is a 31 yo
WM who injured his left ankle 1.5 years ago while sprinting.  The MRI showed
a thickening of his ligament.  He was treated in PT here.  His pain has been
off and on until two months ago when his foot was plantarflexed.  He has had
no recent injury.  He reports that his pain is 2-3/10 at rest, 4-5/10 with
activity.  Mild swelling noted laterally.  Pain increases with walking and
the pushing off of his foot and going up and down stairs.   Pain decreases
with foot into the neutral position.  He states he uses no meds--see AHLTA
for medication reconciliation.   He works with computers, exercises
moderately running/walking 3-11 miles.  He had new xrays three days ago which
appear WNL.   He learns without preference.  His goal is to have a pain free
ankle.  No BTL.  ~OBJECTIVE:  FROM ankle left, strength in ankle
dorsiflexors, plantarflexors, everters, interverters 5/5.   negative drawer.
Mild tenderness along lateral malleolus on left.  Mild swelling noted.  No
heat or warmth or discoloration noted.  Gait WNL, heel and toe walk within
normal limits.  ~ASSESSMENT:   Pt has chronic left ankle pain which will
benefit from skilled physical therapy program.   ~PLAN:  Home program of
eccentric heel lowering and calf stretches for three weeks and then followup.
~GOAL:   Decrease pain 75% in three weeks  STG.  Increase running without
pain to four miles in 2 months.  Pt educated on exercises and given handouts.
`PROGNOSIS:  good.  TODAY'S INTERVENTION:   Pt reports that his pain is

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

now gone.   He is training for a marathon and is up to running 25 miles per
week.   Pt does not want his foot examined today.    Plan:  discharge  PT.
F/U prn.eg
ebody
ebody
A/P Written by BAHR,ROBERT J @ 05 Apr 2016 0900 EDT
1. Pain in left ankle and joints of left foot
Procedure(s):  -Physical Therapy Service Re-Evaluation x 1
Disposition Written by BAHR,ROBERT J @ 05 Apr 2016 0900 EDT
Released w/o Limitations
Signed By  BAHR, ROBERT J (Physical Therapist, wrnmmc) @ 05 Apr 2016 0900
Verified by: BAHR,ROBERT J.          05 Apr 2016@0905

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

### *07 Mar 2016 1430 GMT at  by BAHR, ROBERT J*

| | | | |
|---|---|---|---|
| Title: | PHYSICAL THERAPY MTF BE | Original Date: | 07 Mar 2016 1430 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 07 Mar 2016 1418 GMT |
| Facility: | | Document ID: | 7884138692 |
| Clinician: | BAHR, ROBERT J | | |

CONSULT REPORT

-------------------------------------------------------------------------------------------------------------------
----------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  WILSON, BRYAN JAMES
Requesting Location:  INT MED MEDICAL HOME CL C BE
Order ID number:  160216-23530
MCP Referral #:  20160274357
No. of Visits:  1
Referral Authorized Until:  17 Mar 2016
Reason for Consult:
L anterior talofibular ligament sprain 2 yr ago, now recurrence of pain.  On l
ight duty 30 days.  Needs eval and likely graduated exercise.
Priority:  ROUTINE
Provisional Diagnosis:
Sprain of other ligament of left ankle, subsequent encounter
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

-------------------------------------------------------------------------------------------------------------------
----------------------------------------

CONSULT RESULT

Appointment Date:  07 Mar 2016@08:30:00
Requesting HCP:  WILSON, BRYAN JAMES
Clinic:  PHYS THERAPY CL BE
Consulting HCP:  BAHR, ROBERT J.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 07 Mar 2016 0830 EDTAppt Type: FTR
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: PHYS
THERAPY CL BEProvider: BAHR,ROBERT J.
Patient Status: Outpatient
AutoCites Refreshed by BAHR,ROBERT J @ 07 Mar 2016 0823 EDT
Problems
?ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
?MAJOR DEPRESSION RECURRENT MODERATE
?ANXIETY DISORDER NOS

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Page 992**
AR 2979

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

?Left ankle joint pain
?NEUROTIC EXCORIATION
?ANKLE SPRAIN LEFT
?ESSENTIAL HYPERTRIGLYCERIDEMIA
?ANOMALIES OF SKIN
?Abdominal pain
?ASTHMA
?POSTSURGICAL STATE OF EYE AND ADNEXA
?Difficulty breathing (dyspnea)
?SKIN NEOPLASM UNCERTAIN BEHAVIOR
?Removal Of Sutures
?ASTHMA EXTRINSIC
?ROSACEA
?PERIPHERAL RETINAL DEGENERATION - LATTICE
?REFRACTIVE ERROR - MYOPIA
?ALLERGIC RHINITIS
 Allergies
?OTHER: Unknown (SEE MED RECORD)
 Active Medications
Active Medications Status Sig Refills Left Last Filled
PODOFILOX, 0.5 %, SOLUTION, TOPICAL Active APPLY TWICE A DAY FOR 3 DAYS THEN
STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #0 RF2 2 of 2 24 Feb 2016
IBUPROFEN, 800 MG, TABLET, ORAL Active TAKE ONE TABLET BY MOUTH THREE TIMES
A DAY AS NEEDED FOR PAIN #0 RF0 NR 24 Feb 2016
AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE,
INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE Active NR 05 Oct 2015
FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL Active APPLY TO SCALP
EVERY DAY AS NEEDED #0 RF3 3 of 3 29 Sep 2015
Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA Active INHALE
2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 3 of 3 28
Sep 2015
Appointment Comments:
dhj
S/O Note Written by BAHR,ROBERT J. @ 07 Mar 2016 0909 EDT
bodybodyHistory of present illness g2
The Patient is a 31 year old male.
He reported: Encounter Background Information: SUBJECTIVE:    Pt is a 31 yo
WM who injured his left ankle 1.5 years ago while sprinting.  The MRI showed
a thickening of his ligament.  He was treated in PT here.  His pain has been
off and on until two months ago when his foot was plantarflexed.  He has had
no recent injury.  He reports that his pain is 2-3/10 at rest, 4-5/10 with
activity.  Mild swelling noted laterally.  Pain increases with walking and
the pushing off of his foot and going up and down stairs.  Pain decreases
with foot into the neutral position.  He states he uses no meds--see AHLTA
for medication reconciliation.   He works with computers, exercises
moderately running/walking 3-11 miles.  He had new xrays three days ago which
appear WNL.   He learns without preference.  His goal is to have a pain free
ankle.  No BTL.  ~OBJECTIVE:  FROM ankle left, strength in ankle
dorsiflexors, plantarflexors, everters, interverters 5/5.  negative drawer.
Mild tenderness along lateral malleolus on left.  Mild swelling noted.  No
heat or warmth or discoloration noted.  Gait WNL, heel and toe walk within
normal limits.  ~ASSESSMENT:   Pt has chronic left ankle pain which will
benefit from skilled physical therapy program.  ~PLAN:  Home program of
eccentric heel lowering and calf stretches for three weeks and then followup.
~GOAL:   Decrease pain 75% in three weeks  STG.  Increase running without

**Medical Record**

pain to four miles in 2 months.  Pt educated on exercises and given handouts.
`PROGNOSIS:   good.  TODAY'S INTERVENTION:    Pt reports that his pain has
decreased and his strength is good.  Exercise causds pain laterally while
doing the exercises but he feels better afterwards.  He rates his pain at
1/10 at rest and 3/10 with activity.   Pt to do saphenous and peroneal nerve
glides throughout the day and to return in two to three weeks for followup.eg
ebody
ebody
A/P Written by BAHR,ROBERT J @ 07 Mar 2016 0912 EDT
1. Pain in left ankle and joints of left foot
Procedure(s):  -Physical Therapy: ___ Session Segments, 15 Minutes Each x 1
 -Physical Therapy Service Re-Evaluation x 1
Disposition Written by BAHR,ROBERT J @ 07 Mar 2016 0912 EDT
Released w/o Limitations
Signed By  BAHR, ROBERT J (Physician) @ 07 Mar 2016 0913
Verified by: BAHR,ROBERT J.          07 Mar 2016@0918

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*24 Feb 2016 1900 GMT at  by MARQUART, JASON DANIEL*

| | | | |
|---|---|---|---|
| Title: | DERMATOLOGY MTF BE | Original Date: | 24 Feb 2016 1900 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 24 Feb 2016 2012 GMT |
| Facility: | | Document ID: | 7858019868 |
| Clinician: | MARQUART, JASON DANIEL | | |

CONSULT REPORT

-------------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  WILSON, BRYAN JAMES
Requesting Location:  INT MED MEDICAL HOME CL C BE
Order ID number:  160216-23515
MCP Referral #:  20160274355
No. of Visits:  1
Referral Authorized Until:  17 Mar 2016
Reason for Consult:
1mm x 1mm papules at base of penis previously treated empirically for genital warts, did not respond to Imiquimod.  Skin changes are very limited, may be physiologic.  Please evaluate and treat.
Priority:  ROUTINE
Provisional Diagnosis:
Sprain of other ligament of left ankle, subsequent encounter
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

-------------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  24 Feb 2016@13:00:00
Requesting HCP:  WILSON, BRYAN JAMES
Clinic:  DERMATOLO CL BE
Consulting HCP:  MARQUART, JASON DANIEL

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 24 Feb 2016 1300 ESTAppt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic:
DERMATOLO CL BEProvider: MARQUART,JASON DANIEL
Patient Status: Outpatient
Reason for Appointment:
Sprain of other ligament of left ankle, subsequent encounter
Appointment Comments:
lat/irmac

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page 995**
AR 2982

**Medical Record**

Note Written by LAM,THOMAS KIN @ 24 Feb 2016 1329 EST
CC: Genital warts
HPI: 31 yo man who was referred here by PCM for further evaluation and/or
management of warts on penis not responsive to topical Aldara.
Hx of skin cancer:  None ?  BCC ?  SCC ?  MM ?
Family Hx of melanoma:  None
Drug Allergies: None
Medication list reviewed ?
Pain (10-pt scale): 0
Tobacco Use:  Y ?  N?
Alcohol Use:  Y ?  N ?
OBJECTIVE:
Fitzpatrick Type:  I ?  II ?  III ?  IV ?  V ?  VI ?
Standby:  N/A
A focused skin exam was notable for the following:
1.Scattered (~10) skin-colored, verrucous papules on the dorsal penis.
A/P Last Updated by LAM,THOMAS KIN @ 24 Feb 2016 1330 EST
1. Anogenital (venereal) warts: Lesions on exam c/w warts.  Treated today with
LN2.  Will give Condylox for continued Tx at home.  Also counseled Pt on wart
clinic on Thursday mornings.  Pt voiced understanding and agreement.
Procedure(s):  -Destruction Of Benign Lesion By Cryosurgery x 1 - After
discussion of risks, benefits, and alternatives, verbal consent was received
and cryo applied to lesions in standard fashion.  Tx was applied in a pulsed
fashion to minimize collateral tissue injury.  Pt was instructed to use
Vaseline ointment to the area(s) until healed.  Pt tolerated the procedure
well and left in stable condition.
Locations:  DORSAL PENIS x8
Medication(s):  -PODOFILOX--TOP 0.5% SOLN - APPLY TWICE A DAY FOR 3 DAYS
THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED #1 RF2
Disposition Last Updated by LAM,THOMAS KIN @ 24 Feb 2016 1330 EST
Released w/o Limitations
Note Written by LAM,THOMAS KIN @ 24 Feb 2016 1324 EST
Consult Order
Referring Provider:WILSON, BRYAN J
Date of Request:16 Feb 2016
Priority:Routine
Provisional Diagnosis:
Sprain of other ligament of left ankle, subsequent encounter
Reason for Request:
1mm x 1mm papules at base of penis previously treated empirically for genital
warts, did not respond to Imiquimod.  Skin changes are very limited, may be
physiologic.  Please evaluate and treat.
Note Written by MARQUART,JASON DANIEL @ 24 Feb 2016 1404 EST
I saw and evaluated the patient.  Discussed with resident and agree with
resident's findings and plan as documented in the resident's note.  Chart QA
performed.
Signed By  MARQUART, JASON DANIEL (Physician, WRNMMC Dermatology/Mohs Service)
@ 24 Feb 2016 1404
Verified by: JASON D. MARQUART, MAJ,MC  24 Feb 2016@1512

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*19 Feb 2016 1245 GMT at  by BAHR, ROBERT J*

| Title: | PHYSICAL THERAPY MTF BE | Original Date: | 19 Feb 2016 1245 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 19 Feb 2016 1436 GMT |
| Facility: | | Document ID: | 7845695746 |
| Clinician: | BAHR, ROBERT J | | |

CONSULT REPORT

------------------------------------------------------------------------------------------------------------------------
------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  WILSON, BRYAN JAMES
Requesting Location:  INT MED MEDICAL HOME CL C BE
Order ID number:  160216-23530
MCP Referral #:  20160274357
No. of Visits:  1
Referral Authorized Until:  17 Mar 2016
Reason for Consult:
L anterior talofibular ligament sprain 2 yr ago, now recurrence of pain.  On l
ight duty 30 days.  Needs eval and likely graduated exercise.
Priority:  ROUTINE
Provisional Diagnosis:
Sprain of other ligament of left ankle, subsequent encounter
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

------------------------------------------------------------------------------------------------------------------------
------------------------------------------

CONSULT RESULT

Appointment Date:  19 Feb 2016@06:45:00
Requesting HCP:  WILSON, BRYAN JAMES
Clinic:  PHYS THERAPY CL BE
Consulting HCP:  BAHR, ROBERT J.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 19 Feb 2016 0645 ESTAppt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: PHYS
THERAPY CL BEProvider: BAHR,ROBERT J.
Patient Status: Outpatient
AutoCites Refreshed by BAHR,ROBERT J @ 19 Feb 2016 0928 EST
Problems
?ALCOHOL DEPENDENCE WITH CONTINUOUS DRINKING BEHAVIOR
?MAJOR DEPRESSION RECURRENT MODERATE
?ANXIETY DISORDER NOS
?Left ankle joint pain

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 997
AR 2984

**Medical Record**

?NEUROTIC EXCORIATION
?ANKLE SPRAIN LEFT
?ESSENTIAL HYPERTRIGLYCERIDEMIA
?ANOMALIES OF SKIN
?Abdominal pain
?ASTHMA
?POSTSURGICAL STATE OF EYE AND ADNEXA
?Difficulty breathing (dyspnea)
?SKIN NEOPLASM UNCERTAIN BEHAVIOR
?Removal Of Sutures
?ASTHMA EXTRINSIC
?ROSACEA
?PERIPHERAL RETINAL DEGENERATION - LATTICE
?REFRACTIVE ERROR - MYOPIA
?ALLERGIC RHINITIS
 Allergies
?OTHER: Unknown (SEE MED RECORD)
Active Medications
Active Medications Status Sig Refills Left Last Filled
IBUPROFEN, 800 MG, TABLET, ORAL Active TAKE ONE TABLET BY MOUTH THREE TIMES
A DAY AS NEEDED FOR PAIN #0 RF0 NR 17 Feb 2016
AFLURIA 2015-2016 (FLU VACCINE TS2015-16(5YR+)/PF), 45MCG/.5ML, SYRINGE,
INTRAMUSC, CSL BIOTHERAPIE, 0.5 ml SYRINGE Active NR 05 Oct 2015
FLUOCINOLONE ACETONIDE, 0.01 %, SOLUTION, TOPICAL Active APPLY TO SCALP
EVERY DAY AS NEEDED #0 RF3 3 of 3 29 Sep 2015
Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA Active INHALE
2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 3 of 3 28
Sep 2015
Reason for Appointment:
Sprain of other ligament of left ankle, subsequent encounter
Appointment Comments:
lat/irmac
S/O Note Written by BAHR,ROBERT J. @ 19 Feb 2016 0912 EST
bodybodyHistory of present illness g2
The Patient is a 31 year old male.
He reported: Encounter Background Information: SUBJECTIVE:   Pt is a 31 yo
WM who injured his left ankle 1.5 years ago while sprinting.  The MRI showed
a thickening of his ligament.  He was treated in PT here.  His pain has been
off and on until two months ago when his foot was plantarflexed.  He has had
no recent injury.  He reports his pain is 2-3/10 at rest, 4-5/10 with
activity.  Mild swelling noted laterally.  Pain increases with walking and
the pushing off of his foot and going up and down stairs.   Pain decreases
with foot into the neutral position.  He states he uses no meds--see AHLTA
for medication reconciliation.   He works with computers, exercises
moderately running/walking 3-11 miles.  He had new xrays three days ago which
appear WNL.   He learns without preference.  His goal is to have a pain free
ankle.  No BTL.  ~OBJECTIVE:  FROM ankle left, strength in ankle
dorsiflexors, plantarflexors, everters, interverters 5/5.  negative drawer.
Mild tenderness along lateral malleolus on left.  Mild swelling noted.  No
heat or warmth or discoloration noted.   Gait WNL, heel and toe walk within
normal limits.  ~ASSESSMENT:  Pt has chronic left ankle pain which will
benefit from skilled physical therapy program.   ~PLAN:  Home program of
eccentric heel lowering and calf stretches for three weeks and then followup.
~GOAL:   Decrease pain 75% in three weeks  STG.  Increase running without
pain to four miles in 2 months.  Pt educated on exercises and given handouts.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

`PROGNOSIS:   good.eg
ebody
ebody
A/P Written by BAHR,ROBERT J @ 19 Feb 2016 0930 EST
1. Acquired absence of right leg below knee
Procedure(s):  -Physical Therapy Service Evaluation x 1
 -Physical Therapy: ___ Session Segments, 15 Minutes Each x 1
Disposition Written by BAHR,ROBERT J @ 19 Feb 2016 0930 EST
Released w/o Limitations
Note Written by HARMON,DAVID JR @ 19 Feb 2016 0703 EST
Consult Order
Referring Provider:WILSON, BRYAN J
Date of Request:16 Feb 2016
Priority:Routine
Provisional Diagnosis:
Sprain of other ligament of left ankle, subsequent encounter
Reason for Request:
L anterior talofibular ligament sprain 2 yr ago, now recurrence of pain.  On
light duty 30 days.  Needs eval and likely graduated exercise.
Signed By  BAHR, ROBERT J (Physical Therapist, wrnmmc) @ 19 Feb 2016 0931
Verified by: ROBERT J. BAHR, LTC, SP    19 Feb 2016@0936

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

## *29 Sep 2015 1814 GMT at WRNMMC by MITZMAN, NEIL*

| | | | |
|---|---|---|---|
| Title: | 16SEP15 | Original Date: | 29 Sep 2015 1814 GMT |
| Document Type: | Encounter Note | AHLTA Entry Date: | 29 Sep 2015 1815 GMT |
| Facility: | WRNMMC | Document ID: | 7530276084 |
| Clinician: | MITZMAN, NEIL | | |

MEDICAL RECORD    CHRONOLOGICAL RECORD OF MEDICAL CARE

**PRIVACY ACT STATEMENT:** This information is subject to the Privacy Act of 1974 (5 U.S.C. Section 552a). This information may be provided to appropriate Government agencies when relevant for civil, criminal or regulatory investigations or prosecutions. The Social Security Number authorized by Public Law 93-579 Section 7 (b) and Executive Order 9397, is used as a unique identifier to distinguish between employees with the same names and birth dates and to ensure that each individual's record in the system is complete and accurate and the information is properly attributed

| DATE | SYMPTOMS DIAGNOSIS TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/16/15 | TIME 0738  AGE 30  DOB ■■  5-LMP  N/A |
| | TEMP: 98.0  BP: 132/82  HR: 72  RR: 18  Pulse OXIMETRY 96% |
| | Weight 165 Measured Stated Refused Height 69" Measured Stated |
| | SMOKER (N) Y  Smoking cessation education  N  Y  (N/A) |
| | ALLERGIES  Cats / Feathers / Cats  NKDA |
| | CURRENT MEDICATION  Zoloft |
| | OTC MEDICATIONS/SUPPLEMENTS  Mucinex  Robutussin PRN, Nyles PRN |
| | CHIEF COMPLAINT: Pt. c/o productive cough starting 9/15/15 possibly intermittent SOB. Pt. denies any known sick contacts / fever. Pt states cough ↑ @ HS. Lungs auscultated scattered Rhonchi. Pt to be seen by Provider |
| | OVER THE PAST TWO WEEKS, HAVE YOU FELT DOWN, DEPRESSED OR HOPELESS? Y (N) |
| | SUMMARY OF CARE REVIEWED/UPDATED  N/A TRIAGE SIGNATURE |
| | As above. Symptoms / cough gotten worse. Has Noticed some wheezing. No fevers. Si ? in Nasal d/c. No signif sx this am c OTC's Pe/ NAD, AAO x 3  OV02 |

HOSPITAL OR MEDICAL FACILITY    STATUS    DEPARTMENT/SERVICE    RECORDS MAINTAINED AT

SPONSOR'S NAME

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle, ID NUMBER or Social Security Number. Gender; Date of birth; Rank/Grade)    SOCIAL SECURITY NUMBER    RELATIONSHIP TO SPONSOR    REGISTER NUMBER    WARD NUMBER

Merwin Daniel
USN

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 3-2013)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

AUTHORIZED FOR LOCAL REPRODUCTION

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**1000**    Page

**Medical Record**

Merwin, Daniel Dennis       DOB: ▓ 1985  SSN: ***-**-▓       DoD ID: 1286180538       Created: 16 Aug 2017

| DATE | SYMPTOMS DIAGNOSIS & TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

16 Sep 13  (CONT)  TM's clr; pharynx clr; mmm
Neck Supple ⊖ adenop
Heart Reg
lungs CTA b/l
Mild Tenera TTP of maxillary

A/P Sinobronchitis - Rx 7 pack
Rx Albuterol of MDI
↑ fluids
T/A / Mot prn
Rx Mucinex D
If No imp, F/u c̄ PCP
explained/understood

TTB Biddle

Discussed above

PATIENT PROVIDED _____ DISCHARGE INSTRUCTIONS/PATIENT EDUCATION

Merwin, Daniel

STANDARD FORM 600 (REV. 4-2005) BACK

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page**
1001

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*29 Sep 2015 1500 GMT at  by MARQUART, JASON DANIEL*

| | | | |
|---|---|---|---|
| Title: | DERMATOLOGY MTF BE | Original Date: | 29 Sep 2015 1500 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 29 Sep 2015 1615 GMT |
| Facility: | | Document ID: | 7529705480 |
| Clinician: | MARQUART, JASON DANIEL | | |

CONSULT REPORT

------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  AUSTIN, MARIE
Requesting Location:  INT MED MEDICAL HOME CL C BE
Order ID number:  150928-15177
MCP Referral #:  20151695924
No. of Visits:  10
Referral Authorized Until:  27 Nov 2015
Reason for Consult:
Pt was worked up for herpes and it was negative suspect active molluscum conta
giosum  please evla and treat confirm DX I am going to start aldara
Priority:  ROUTINE
Provisional Diagnosis:
MOLLUSCUM CONTAGIOSUM
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

------------------------------------------------------------------------------------------------------------------------
-----------------------------------------

CONSULT RESULT

Appointment Date:  29 Sep 2015@10:00:00
Requesting HCP:  AUSTIN, MARIE
Clinic:  DERMATOLO CL BE
Consulting HCP:  MARQUART, JASON DANIEL

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 29 Sep 2015 1000 EDTAppt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic:
DERMATOLO CL BEProvider: MARQUART,JASON DANIEL
Patient Status: Outpatient
AutoCites Refreshed by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1031 EDT
 Allergies
?OTHER: Unknown (SEE MED RECORD)
Active Medications
Active Medications Status Sig Refills Left Last Filled

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page
1002

AR 2989

**Medical Record**

GUAIFENESIN, 600 MG, TABLET ER, ORAL Active TAKE ONE TABLET BY MOUTH TWICE A DAY #0 RF0 NR 28 Sep 2015

Fluticasone Propionate 220mcg, Aerosol powder, Inhalation, HFA Active INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER #0 RF3 3 of 3 28 Sep 2015

BENZONATATE, 100 MG, CAPSULE, ORAL Active TAKE ONE CAPSULE BY MOUTH EVERY EIGHT HOURS AS NEEDED FOR COUGH #0 RF0 NR 28 Sep 2015

Imiquimod 5%, Cream, Topical Active APPLY TO WARTS AT BEDTIME, THREE TIMES EVERY DAY FOR 5 CONSECUTIVE DAYS PER WEEK . FOR 4 WEEKS #0 RF3 3 of 3 28 Sep 2015

SERTRALINE HCL, 100 MG, TABLET, ORAL Active TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 0 of 2 08 Sep 2015

SERTRALINE HCL, 100 MG, TABLET, ORAL Ordered TAKE ONE TABLET BY MOUTH EVERY DAY #0 RF2 2 of 2 11 Aug 2015

Imiquimod 5%, Cream, Topical Ordered APPLY TO WARTS AT BEDTIME THREE TIMES A WEEK #0 RF1 1 of 1 11 Aug 2015

Reason for Appointment:
MOLLUSCUM CONTAGIOSUM
Appointment Comments:
LCR
S/O Note Written by CUNNINGHAM,RACHEL ELIZABETH @ 29 Sep 2015 1037 EDT
bodybodyChief complaint g1
The Chief Complaint is: Rash.eg
Reason for Visit g27
Visit for: STAFFED WITH DR. [  ] HANDFIELD  [  ] GRATRIX  [  ]  GREEN  [  ] LACKEY [  ]  KENTOSH  [x  ] MARQUART [  ] MEYERLE [  ] STEARNS  [  ] SPERLING [  ] DARLING

30 yo M with 1 month hx of painful eroded papules in the groin and on the penis, STD workup negative per PCM and previous course of valtrex did not improve. Has hx of multiple sexual partners. Here for further evaluation, notes he does have hx of genital warts and uses aldara on them but has not been using it on the areas in question. Partner currently does not have any STD or similar rash. Uses condoms. Has recently had bronchitis with subjective fevers which began before the papules appeared. HIV testing recently negative.eg
History of present illness g2
The Patient is a 30 year old male.
He reported: Past medical history reviewed and updated dermatology problem list.
No previous history of skin symptoms.  Rash:
Visit is not deployment-related.eg
Past medical/surgical history g4
Reported:
.
Surgical / Procedural: Surgical / procedural history reviewed and updated in patient's Problem List.
Medications: Medication history was reviewed and updated in patient medication list as needed.
Diagnoses:
No eczema
No psoriasis.
No malignant skin neoplasm
No basal cell carcinoma of the skin
No squamous cell carcinoma of the skin.
No malignant melanoma of the skineg

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

Personal history g5
Behavioral:  No tobacco use.
Alcohol: No consumption of alcohol.eg
Family history g7
Family medical history: Reviewed in Problem List.eg
Review of systems g16
Systemic: No systemic symptoms and no night sweats.
Skin: Skin scaling.eg
Physical findings g8
General Appearance:
? General appearance:   Alert.
Neurological:
 Oriented to time, place, and person.
Speech:  Normal.
Skin:
? Multiple skin lesions.  ? Lesions located.  ? Lesions on the scalp Vertex
scalp with short vellus hairs, mild bogginess of scalp and mild erythema with
generalized mild scale. Pustule on R parietal scalp.  ? Perineal lesions.  ?
Lesions in the inguinal region Punched out erythematous eroded papules on L
and R groin without papules on the penis or scrotum on exam.  ? Lesions on
the right side of the groin.  ? Lesions on the left side of the groin.
General appearance was normal.   Mobile.   Texture was normal.   Turgor
was normal.   Color and pigmentation were normal.   Moisture was normal.
Temperature was normal.   No lesions on the ear.   No lesions on the face.
 No lesions on the neck.   No lesions on the upper extremities.   No
lesions on the scrotum.   No lesions on the penile shaft.   No lesions on
the buttocks.   No lesions on the lower extremities.
Hair:
? Quantity and distribution were abnormal.
Nails:
 Normal.eg
ebody
ebody
Lab Result Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT
HIV RapidSite/Specimen08 Sep 2015 0817
HIV-1 Ab RapidBLOODNEGATIVE-ONBOARD QC ACCEPTED <i>
Lab Result Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT
Rapid Plasma ReaginSite/Specimen08 Sep 2015 0817
Reagin AbSERUMNONREACTIVE <i>
Lab Result Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT
Chlamydia+Gonococcus DNA Panel NAATSite/Specimen08 Sep 2015 0817
Neisseria gonorrhoeae DNAURINENEGATIVE FOR N.GONORRHOEAE <i>
Chlamydia trachomatis DNAURINENEGATIVE FOR C.TRACHOMATIS <i>
Lab Result Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT
Herpes Simplex Virus 1+2 Ab IgGSite/Specimen08 Sep 2015 0817
Herpes Simplex Virus 1 Ab IgGSERUM<0.91 <i>
Herpes Simplex Virus 2 Ab IgGSERUM<0.91 <i>
Lab Result Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1042 EDT
HSV 1 & 2 Abs Indirect PanelSite/Specimen08 Sep 2015 0817
Herpes Simplex Virus 1 Ab IgMSERUM<1:10 <i>
Herpes Simplex Virus 2 Ab IgMSERUM<1:10 <i>
Lab Result Cited by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1042 EDT
Herpes Virus Culture
Order #150909-02160 (NNMC Bethesda)
Filler #150909 NVI 2193 (NNMC Bethesda)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page
1004

AR 2991

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Status:Final
Ordering Provider:FIACCO, NICHOLAS RYAN
Priority:ROUTINE
Date Ordered:09 Sep 2015 0748
Date Resulted:14 Sep 2015 1210
COLLECT_SAMPLE:OTHER SOURCE
Order Comment:for specimen already in lab
VIROLOGY RESULT:NO HERPES SIMPLEX VIRUS ISOLATED.
Specimen:Groin, Left
Collected:08 Sep 2015 0819
Results:
Final report
A/P Last Updated by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT
1. SKIN NEOPLASM GROIN: Given punched out erosions on groin hx of multiple
sexual partners, will get DFA today to rule out HSV infection. Previous tests
showed non acute phase of HSV (IgG positive, IgM negative). Has had course of
valtrex 500 twice daily for 10 days 1 month ago but did not resolve, may not
have been correct treatment or may represent atypical presentation of another
herpetic infection. Rest of STD workup negative.
Laboratory(ies):  -HERPES DFA ~ (Routine) Ordered By: CUNNINGHAM,RACHEL E
Ordering Provider: CUNNINGHAM, RACHEL ELIZABETH; VARICELLA DFA (Routine)
Ordered By: CUNNINGHAM,RACHEL E Ordering Provider: CUNNINGHAM, RACHEL
ELIZABETH
2. FOLLICULITIS DECALVANS: Tufted folliculitis in the past on biopsy with
scarring alopecia from inflammation and manipulation. Continued reports of
itching, flaking and occasional pustules. Will use topical steroid solution
daily as needed with antifungal shampoo.
Medication(s):  -FLUOCINOLONE--TOP 0.01% SOLN - APPLY TO SCALP EVERY DAY AS
NEEDED #1 RF3 Ordered By: CUNNINGHAM,RACHEL E Ordering Provider: CUNNINGHAM,
RACHEL ELIZABETH
Disposition Last Updated by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1043 EDT
Released w/o Limitations
Follow up: as needed in the DERMATOLO CL BE clinic.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
Note Written by RANDOLPH,CANDICE M @ 29 Sep 2015 0955 EDT
Consult Order
Referring Provider:AUSTIN, MARIE R
Date of Request:28 Sep 2015
Priority:Routine
Provisional Diagnosis:
MOLLUSCUM CONTAGIOSUM
Reason for Request:
Pt was worked up for herpes and it was negative suspect active molluscum
contagiosum  please evla and treat confirm DX I am going to start aldara
Note Written by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT
Additional A/P Information:
Discontinued IMIQUIMOD--TOP 5% PACK - APPLY TO WARTS AT BEDTIME THREE TIMES A
WEEK
Note Written by CUNNINGHAM,RACHEL E @ 29 Sep 2015 1037 EDT
Additional A/P Information:
Discontinued IMIQUIMOD--TOP 5% PACK - APPLY TO WARTS AT BEDTIME, THREE TIMES
EVERY DAY FOR 5 CONSECUTIVE DAYS PER WEEK . FOR 4 WEEKS
Note Written by MARQUART,JASON DANIEL @ 29 Sep 2015 1132 EDT
I saw and evaluated the patient.  Discussed with resident and agree with

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                                    Page
1005

AR 2992

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

resident's findings and plan as documented in the resident's note.  Chart QA
performed.
Signed By  MARQUART, JASON DANIEL (Physician, WRNMMC Dermatology/Mohs Service)
@ 29 Sep 2015 1132
Verified by: JASON D. MARQUART, MAJ,MC  29 Sep 2015@1215

| Merwin, Daniel Dennis | DOB: ▉ 1985 | SSN: ***-**-▉ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page**
1006

AR 2993

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985 | SSN: ***-**-▮▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*22 Jun 2015 1930 GMT at  by STEARNS, LAUREL R*

| Title: | DERMATOLOGY MTF BE | Original Date: | 22 Jun 2015 1930 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 23 Jun 2015 1945 GMT |
| Facility: | | Document ID: | 7318652769 |
| Clinician: | STEARNS, LAUREL R | | |

CONSULT REPORT

---------------------------------------------------------------------------------------------------------------------
---------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  ARGUINZONI, JUAN B.
Requesting Location:  INT MED MEDICAL HOME CL C BE
Order ID number:  150507-19278
MCP Referral #:  20150820065
No. of Visits:  20
Referral Authorized Until:  06 Jul 2015
Reason for Consult:
30 y/o male with alopecia areata. Please evaluate and treat as needed;
thanks.
Priority:  ROUTINE
Provisional Diagnosis:
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

---------------------------------------------------------------------------------------------------------------------
---------------------------------------

CONSULT RESULT

Appointment Date:  22 Jun 2015@14:30:00
Requesting HCP:  ARGUINZONI, JUAN B.
Clinic:  DERMATOLO CL BE
Consulting HCP:  STEARNS, LAUREL REINHART

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 22 Jun 2015 1430 EDTAppt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic:
DERMATOLO CL BEProvider: STEARNS,LAUREL REINHART
Patient Status: Outpatient
AutoCites Refreshed by TAYLOR,BRADLEY M @ 23 Jun 2015 0722 EDT
 Allergies
?OTHER: Unknown (SEE MED RECORD)
Reason for Appointment:
alopecia areata
Appointment Comments:

| Merwin, Daniel Dennis | DOB:▮▮▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                Page
1007

AR 2994

**Medical Record**

anb
S/O Note Written by TAYLOR,BRADLEY MICHAEL @ 23 Jun 2015 0724 EDT
bodybodyChief complaint g1
The Chief Complaint is: Scalp.eg
History of present illness g2
The Patient is a 30 year old male.
30 y/o male.  Per patient, has history of MRSA infection on scalp about 5 to 6
years ago.  Hair has never completely grown back.  More recently has started
to develop scale in same area as well as other areas of scalp.  Unsure if
area has remained the same size.  He feels it has been getting larger.
.
Medication list reviewed with patient, reconciliation completed, and list
given to patient.eg
Allergies g24
Current Allergies Reviewed.eg
Past medical/surgical history g4
Reported:
Medical: Reported medical history reviewed
.eg
Review of systems g16
Systemic: No fever and no chills.
Skin: Pruritus and skin lesion: rash:eg
Physical findings g8
General Appearance:
 Well developed.   Well nourished.   In no acute distress.
Neurological:
 Oriented to time, place, and person.
Psychiatric:
Mood:  Euthymic.
Affect:  Normal.
Skin:
? Skin: Scalp:  Approx 1.5 to 2 cm annular patch of noticably decreased hair
density on posterior apex scalp.  Smaller but also annular area next to it.
Slightly raised scar like plaque.  Follicle drop and tufting of hair noted.
Mild erythema and scale.eg
ebody
ebody
Note Written by TAYLOR,BRADLEY M @ 23 Jun 2015 0722 EDT
A/P Last Updated by TAYLOR,BRADLEY M @ 23 Jun 2015 1135 EDT
1. Alopecia: Tufted, scarring alopecia on scalp after reported infection about
6 years ago.  Patient feels it is slowly progressing.  Mild erythema and some
scale which feel most likely represents overlying mild seb derm but cannot
completely rule out active scarring process.  Discussed options with patient
to include treating for seb derm and monitoring response vs biopsy for
further evaluation.  Patient elected to proceed with biopsy.  Two punch
biopsies completed today.  Perilesional and normal posterior scalp.
Tolerated well.  Wound care discussed.  Follow up in 10 to 14 days for
suture removal and biopsy results.  Sooner for concerns.  Ddx includes mature
scar w/overlying seb derm v folliculitis decalvans v LPP v other scarring
etiologies.
Seen and d/w Dr. Stearns.
Procedure(s):  -Biopsy Skin x 1 - Universal protocol requirements were met
per WRNMMC Policy. Patient's identification was checked (name & birthdate).
procedure and site, side matches the consent form.  the  lesion was prepped
with alcohol.  local anesthesia was provided by local injection with a 30g

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ████ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 16 Aug 2017

needle of 1ml of 1%lidocaine with epinephrine.   a 4 mm punch biopsy was then
performed.  estimated blood loss was negligible.  the wound was closed with
4 -0 suture, and a sterile dressing applied.  wound care discussed, f/u 10
days for suture removal and discussion of path results.
 -Biopsy Skin Each Additional Lesion x 1
Laboratory(ies):  -TISSUE EXAM (Routine) Start Date: 06/23/2015 Order Date:
06/23/2015 11:35 Ordered By: TAYLOR,BRADLEY M Ordering Provider: TAYLOR,
BRADLEY MICHAEL
Disposition Last Updated by TAYLOR,BRADLEY M @ 23 Jun 2015 1136 EDT
Released w/o Limitations
Follow up:  in the DERMATOLO CL BE clinic. - Comments: 10 to 14 days
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
Note Written by TAYLOR,BRADLEY M @ 23 Jun 2015 0722 EDT
Consult Order
Referring Provider:ARGUINZONI, JUAN B.
Date of Request:07 May 2015
Priority:Routine
Provisional Diagnosis:
Reason for Request:
30 y/o male with alopecia areata. Please evaluate and treat as needed;thanks.
Note Written by STEARNS,LAUREL R @ 23 Jun 2015 1537 EDT
I have seen and evaluated the patient and agree with the findings as
documented in the note.
Signed By  STEARNS, LAUREL R (Cpt, USA, MC, NPI 1356491393, Staff
Dermatologist, Dermatology, WHMC/BAMC) @ 23 Jun 2015 1537
Verified by: STEARNS,LAUREL REINHART   23 Jun 2015@1545

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page**
**1009**

AR 2996

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*23 Apr 2015 1400 GMT at  by ZEMBRZUSKA, HANNA DOMINIKA*

| Title: | BEHAVIORAL HEALTH MTF BE | Original Date: | 23 Apr 2015 1400 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 23 Apr 2015 1539 GMT |
| Facility: | | Document ID: | 7185654377 |
| Clinician: | ZEMBRZUSKA, HANNA DOMINIKA | | |

CONSULT REPORT
--------------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  EDWARDS, OLUSOLA
Requesting Location:  FB4SSA
Order ID number:  150415-24728
MCP Referral #:  20150673545
No. of Visits:  1
Referral Authorized Until:  13 May 2015
Reason for Consult:
Patient will need follow-up appointment for inpatient discharge.  Patient
was diagnosed with generalized anxiety disorder.Patient reported
history of physical and emotional abuse from his father.
Priority:  ROUTINE
Provisional Diagnosis:
Generalized Anxiety Disorder & Alcohol Use Disorder,Severe
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

--------------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  23 Apr 2015@09:00:00
Requesting HCP:  EDWARDS, OLUSOLA
Clinic:  PSYCHIATRY BE
Consulting HCP:  ZEMBRZUSKA, HANNA DOMINIKA

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 23 Apr 2015 0900 EDTAppt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic:
PSYCHIATRY BEProvider: ZEMBRZUSKA,HANNA DOMINIKA
Patient Status: Outpatient
AutoCites Refreshed by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0853 EDT
 Allergies
?OTHER: Unknown (SEE MED RECORD)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page
1010

**Medical Record**

Merwin, Daniel Dennis          DOB:          1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017

Labs
20 Apr 2015 0012
ETG/ETS, UA (500 Cut-Off)Site SpecimenResultUnitsRef Range
Ethyl Glucuronide URINE negative <o> ng/mL Cutoff=500
20 Apr 2015 0012 <o>
Drug Abuse ScreenSite SpecimenResultUnitsRef Range
Amphetamines URINE not detected <i> (Not-detected)
Barbiturates URINE not detected <i> (Not-detected)
Benzodiazepines URINE not detected <i> (Not-detected)
Cocaine URINE not detected <i> (Not-detected)
Opiates URINE not detected <i> (Not-detected)
Phencyclidine, UA URINE not detected <i> (Not-detected)
Cannabinoids URINE not detected <i> (Not-detected)
Methadone URINE not detected <i> (Not-detected)
Oxycodone URINE not detected <i> (Not-detected)
13 Apr 2015 0548
ETG/ETS, UA (500 Cut-Off)Site SpecimenResultUnitsRef Range
Ethyl Glucuronide URINE negative ng/mL Cutoff=500
13 Apr 2015 0548
Drug Abuse ScreenSite SpecimenResultUnitsRef Range
Amphetamines URINE not detected <i> (Not-detected)
Barbiturates URINE not detected <i> (Not-detected)
Benzodiazepines URINE not detected <i> (Not-detected)
Cocaine URINE not detected <i> (Not-detected)
Opiates URINE not detected <i> (Not-detected)
Phencyclidine, UA URINE not detected <i> (Not-detected)
Cannabinoids URINE not detected <i> (Not-detected)
Methadone URINE not detected <i> (Not-detected)
Oxycodone URINE not detected <i> (Not-detected)
06 Apr 2015 0722
ETG/ETS, UA (500 Cut-Off)Site SpecimenResultUnitsRef Range
Ethyl Glucuronide URINE negative ng/mL Cutoff=500
06 Apr 2015 0722
Drug Abuse ScreenSite SpecimenResultUnitsRef Range
Amphetamines URINE not detected <i> (Not-detected)
Barbiturates URINE not detected <i> (Not-detected)
Benzodiazepines URINE not detected <i> (Not-detected)
Cocaine URINE not detected <i> (Not-detected)
Opiates URINE not detected <i> (Not-detected)
Phencyclidine, UA URINE not detected <i> (Not-detected)
Cannabinoids URINE not detected <i> (Not-detected)
Methadone URINE not detected <i> (Not-detected)
Oxycodone URINE not detected <i> (Not-detected)
30 Mar 2015 2236
Chlamydia+Gonococcus DNA Panel NAATSite SpecimenResultUnitsRef Range
Neisseria gonorrhoeae DNA URINE negative for n.gonorrhoeae <i>
Chlamydia trachomatis DNA URINE negative for c.trachomatis <i> (Negative)
30 Mar 2015 0805
ETG/ETS, UA (500 Cut-Off)Site SpecimenResultUnitsRef Range
Ethyl Glucuronide URINE negative ng/mL Cutoff=500
30 Mar 2015 0805
Drug Abuse ScreenSite SpecimenResultUnitsRef Range
Amphetamines URINE not detected <i> (Not-detected)
Barbiturates URINE not detected <i> (Not-detected)
Benzodiazepines URINE not detected <i> (Not-detected)

Merwin, Daniel Dennis          DOB:          1985  SSN: ***-**-          DoD ID: 1286180538          Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page
1011

AR 2998

**Medical Record**

Cocaine URINE not detected <i> (Not-detected)
Opiates URINE not detected <i> (Not-detected)
Phencyclidine, UA URINE not detected <i> (Not-detected)
Cannabinoids URINE not detected <i> (Not-detected)
Methadone URINE not detected <i> (Not-detected)
Oxycodone URINE not detected <i> (Not-detected)
27 Mar 2015 2159
Urinalysis PanelSite SpecimenResultUnitsRef Range
Color URINE straw (Yellow)
Ketones URINE neg mg/dL (neg)
Hemoglobin URINE neg (neg)
Nitrite URINE neg (neg)
pH URINE 7.0 (5.0-9.0)
Protein URINE neg mg/dL (neg)
Appearance URINE clear (Clear)
Leukocyte Esterase URINE neg (neg)
Specific Gravity URINE 1.006 (1.000-1.035)
Urobilinogen URINE normal mg/dL (norm 0.2-1)
Glucose URINE neg mg/dL (neg)
Bilirubin URINE neg (neg)
27 Mar 2015 1630
Mephedrone, MDPV, MethyloneSite SpecimenResultUnitsRef Range
Mephedrone URINE negative NEGATIVE
Methylenedioxypyrovalerone URINE negative NEGATIVE
Methylone URINE negative <r> NEGATIVE
27 Mar 2015 1630
Cannabinoids (THC), SyntheticSite SpecimenResultUnitsRef Range
Cannabinoids, Synthetic URINE negative <r>
27 Mar 2015 1630
Chlamydia+Gonococcus DNA Panel NAATSite SpecimenResultUnitsRef Range
Neisseria gonorrhoeae DNA URINE negative for n.gonorrhoeae <i>
Chlamydia trachomatis DNA URINE negative for c.trachomatis <i> (Negative)
27 Mar 2015 1630
ETG/ETS, UA (250 Cut-Off)Site SpecimenResultUnitsRef Range
Ethyl Glucuronide URINE negative ng/mL Cutoff=250
27 Mar 2015 1630
Drug Abuse ScreenSite SpecimenResultUnitsRef Range
Amphetamines URINE not detected <i> (Not-detected)
Barbiturates URINE not detected <i> (Not-detected)
Benzodiazepines URINE not detected <i> (Not-detected)
Cocaine URINE not detected <i> (Not-detected)
Opiates URINE not detected <i> (Not-detected)
Phencyclidine, UA URINE not detected <i> (Not-detected)
Cannabinoids URINE not detected <i> (Not-detected)
Methadone URINE not detected <i> (Not-detected)
Oxycodone URINE not detected <i> (Not-detected)
27 Mar 2015 1630
Urinalysis PanelSite SpecimenResultUnitsRef Range
Color URINE straw (Yellow)
Ketones URINE neg mg/dL (neg)
Hemoglobin URINE neg (neg)
Nitrite URINE neg (neg)
pH URINE 7.0 (5.0-9.0)
RBC URINE < 1 /HPF (0-3)
Protein URINE neg mg/dL (neg)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Appearance URINE clear (Clear)
Leukocyte Esterase URINE mod (H)(neg)
Specific Gravity URINE 1.008 (1.000-1.035)
Urobilinogen URINE normal mg/dL (norm 0.2-1)
WBC URINE 3 (H)/HPF (0-2)
Glucose URINE neg mg/dL (neg)
Bilirubin URINE neg (neg)
27 Mar 2015 1600
Vitamin D, 1,25-Dihydroxy (Calcitriol) PanelSite SpecimenResultUnitsRef
Range
Vitamin D, 1,25-Dihydroxy SERUM 78 <r> pg/mL
Vitamin D2, 1,25-Dihydroxy SERUM <10 pg/mL
Vitamin D3, 1,25-Dihydroxy SERUM 76 pg/mL
27 Mar 2015 1600
Vitamin B1 (Thiamine)Site SpecimenResultUnitsRef Range
Vitamin B1 (Thiamine) BLOOD 193.4 nmol/L 66.5-200.0
27 Mar 2015 1600
HIV-1/O/2 AbSite SpecimenResultUnitsRef Range
HIV-1/O/2 Ab SERUM ******
27 Mar 2015 1600
Rapid Plasma ReaginSite SpecimenResultUnitsRef Range
Reagin Ab SERUM nonreactive <i> (Non-Reactive)
27 Mar 2015 1600
HomocysteineSite SpecimenResultUnitsRef Range
Homocysteine SERUM 9.1 <r> <i> mcmol/L (4.0-15.4)
27 Mar 2015 1600
Vitamin B12 (Cyanocobalamin)+Folate PanelSite SpecimenResultUnitsRef Range
Vitamin B12 (Cobalamins) SERUM 329 <i> pg/mL (211-946)
Folate SERUM >20.00 <i> ng/mL (4.6-34.8)
27 Mar 2015 1600
MagnesiumSite SpecimenResultUnitsRef Range
Magnesium SERUM 2.2 mg/dL (1.7-2.6)
27 Mar 2015 1600
Thyroid Stimulating HormoneSite SpecimenResultUnitsRef Range
Thyrotropin SERUM 0.757 <i> mcIU/mL (0.27-4.20)
27 Mar 2015 1600
Gamma Glutamyl TransferaseSite SpecimenResultUnitsRef Range
Gamma-Glutamyl Transferase SERUM 40 U/L (10-71)
27 Mar 2015 1600
Comprehensive Metabolic PanelSite SpecimenResultUnitsRef Range
Albumin SERUM 4.9 g/dL (3.5-5.2)
Alkaline Phosphatase SERUM 71 U/L (40-130)
Alanine Aminotransferase SERUM 29 <i> U/L (0-41)
Bilirubin SERUM 0.3 mg/dL (0-1.0)
Urea Nitrogen SERUM 14 mg/dL (6-20)
Calcium SERUM 10.0 mg/dL (8.6-10.2)
Carbon Dioxide SERUM 29 mmol/L (22-31)
Chloride SERUM 98 mmol/L (98-107)
Creatinine SERUM 0.9 mg/dL (0.7-1.4)
Glucose SERUM 82 mg/dL (74-106)
Potassium SERUM 4.7 mmol/L (3.5-5.1)
Protein SERUM 7.9 g/dL (6.4-8.3)
Sodium SERUM 139 mmol/L (135-145)
Anion Gap SERUM 13 mmol/L (8-18)
GFR Calculated Non-Black SERUM 114.7 mL/min (>/=90)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-████     DoD ID: 1286180538     Created: 16 Aug 2017

GFR Calculated Black SERUM 132.6 <i> mL/min (>/=90)
Aspartate Aminotransferase SERUM <5 U/L (0-40)
27 Mar 2015 1600
CBC W/DiffSite SpecimenResultUnitsRef Range
WBC BLOOD 6.8 x10(3)/mcL (3.6-10.6)
RBC BLOOD 4.65 x10(6)/mcL (4.21-5.92)
Hemoglobin BLOOD 14.5 g/dL (12.8-17.7)
Hematocrit BLOOD 43.1 % (37.5-50.9)
MCV BLOOD 92.6 fL (79.5-96.8)
MCH BLOOD 31.1 pg (26.2-33.1)
MCHC BLOOD 33.6 g/dL (32.6-35.0)
RDW CV BLOOD 12.0 % (12.0-16.2)
Platelets BLOOD 296 x10(3)/mcL (162-427)
MPV BLOOD 8.5 fL (7.0-10.9)
Neutrophils BLOOD 67.0 % (40.7-76.4)
Lymphocytes BLOOD 25.1 % (15.9-47.8)
Monocytes BLOOD 6.7 % (4.5-11.8)
Eosinophils BLOOD 0.9 % (0.3-7.1)
Basophils BLOOD 0.3 % (0.2-1.2)
ABS Neutrophils BLOOD 4.5 x10(3)/mcL (1.8-7.5)
ABS Lymphocytes BLOOD 1.7 x10(3)/mcL (1.0-3.1)
ABS Monocytes BLOOD 0.5 x10(3)/mcL (0.2-0.8)
ABS Eosinophils BLOOD 0.1 x10(3)/mcL (0.0-0.5)
ABS Basophils BLOOD 0.0 x10(3)/mcL (0.0-0.4)
Differential Review BLOOD manual diff not performed
27 Mar 2015 16
Coagulation Panel 1 (PT+APTT)Site SpecimenResultUnitsRef Range
Protime PLASMA 12.5 Sec (12.4-14.4)
INR PLASMA 1.0 <i>
APTT PLASMA 32.9 <i> Sec (23.4-36.2)
Microbiology Results
Urine Culture
Order # 150327-24502 (NNMC Bethesda)
Filler # 150327 DWB 64394 (NNMC Bethesda)
Status: Final
Ordering Provider: CEREMUGA, GEORGE J
Priority: ROUTINE
Date Ordered: 27 Mar 2015 1557
Date Resulted: 29 Mar 2015 0651
COLLECT_SAMPLE: URINE/CLEAN CATCH
BACTERIOLOGY RESULT: 03/28/15: LESS THAN 24 HOURS, FURTHER INCUBATION
REQUIRED
BACTERIOLOGY RESULT: 03/29/15 URINE CULTURE NEGATIVE
Specimen: Urine
Collected: 27 Mar 2015 1630
Results:
Final report
Rads
No Rads Found.
Reason for Appointment:
Generalized Anxiety Disorder & Alcohol Use Disorder,Severe
Appointment Comments:
ddr
Vitals
Vitals Written by ERICKSON,NANCY A @ 23 Apr 2015 0855 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

BP: 122/68,   HR: 70,    RR: 16,   T: 96.0 F,    HT: 5' 9",    WT: 160 lbs,    BMI: 23.63,    BSA: 1.879 square meters

Comments: PT weighed in uniform and boots.

S/O Note Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 1113 EDT
bodybodyHistory of present illness g2
The Patient is a 30 year old male.

<<Note accomplished in Tri-Service Behavioral Health AIM>>

 30 y/o single Caucasian man E-6/AD/USN, with approximately 9 ? years continuous active duty service, currently assigned to Navy Information Operations Command (NIOC) at Fort Meade, Maryland with a past psychiatric history of GAD and Alcohol Use Disorder.  Pt initially presented to Integrative Care on 16JUN2014 and was diagnosed with GAD and neurotic excoriation (scalp picking when anxious). He was then referred to a LCSW at WRNMMC for therapy and attended therapy sessions until 30OCT2014. He was then command referred to SARP on 17MAR2015 and diagnosed with Alcohol Use Disorder, moderate to severe. SARP referred pt to a 28 day inpatient alcohol rehab at Ft. Belvoir from which the pt was discharged yesterday.  SARP would like psychiatrist to evaluate pt for psychotropic medication for his depressed mood, anxiety, and sleep symptoms. Pt reports that every day he experiences either a depressed mood or apathy. He does have moments of happiness when he works on his computer game or cooks, but these moments don't last long. He often wonders what the point of life is and what his purpose in life is. He often worries about the future and tasks he has to complete. He feels that he is always planning and runs through scenarios (good version, bad version) of things in his head. He is frequently irritable, impatient, and judgmental of others. His anxious ruminations lead to initial insomnia. He did sleep well last night, but in rehab he was using Melatonin at bedtime. He has been started on Zoloft, but has not noticed a benefit yet. Denies side effects.
.

From SARP note: The SM self-referred for SARP evaluation due to his growing concern about his drinking and inability to stop.  According to the SM, his alcohol of choice is vodka.  He prefers to drink alone at home.  His drinking frequency is daily.  He reported an increase in his drinking, over the past 8 months, to daily drinking.  He described drinking 2 ? 3 self-poured drinks, which has an estimated 4 ounces of alcohol per drink. He described the appeal in terms of the calming effect on his mind, specifically to dampen his anxious ruminations and ?obsessing.?  He further reported that drinking helps prepare him for sleep onset (he has had problems with initial insomnia). Clinical interview further revealed evidence for marked tolerance, significant spending on alcohol ($400 - $500 per month), hangovers (every other week), being told that he drinks too much (past girlfriends), drinking despite the consistent worsening of his negative mood state, and unsuccessful efforts to reduce/quit drinking.  In his personal reflection, he indicated that he does not like himself relative to his drinking and desires to stop. He recognizes that there are multiple triggers to his drinking and usually these involve longstanding feelings of disappointment, frustration, and loneliness.  It should be noted that the SM indicated that he has been engaging in painful introspection, particularly regarding his childhood and family life.
.

Medication list reviewed with patient, reconciliation completed, and list given to patient.
Visit is not deployment-related.
 Pain Severity   0 / 10.eg

Merwin, Daniel Dennis      DOB: ███ 1985 SSN: ***-**-███      DoD ID: 1286180538      Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.      Page
1015

AR 3002

**Medical Record**

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

Allergies g24
Current Allergies Reviewed. NKDA.eg
Current medication g3
 Zoloft 50mg daily started on 26MAR2015
Melatonin for insomia.eg
Past medical/surgical history g4
Reported:
Recent Events: Medication compliance.
Medical: Reported medical history Neurotic excoriation (scalp picking when
anxious)
Asthma during childhood
Allergic response to pets
Recurrent intestinal pain (possibly lactose intolerance)
PRK (2011)
 and psychiatric history
*  THERAPY: multiple visits with clinical social worker, Linda Nilsen, at
WRNMMC, between August 2014 and October 2014.  She documented Anxiety
Disorder, NOS.  The SM indicated that he discontinued his participation in
treatment due to the limited impact of these visits.
*  MEDS: Denies other medication trials
*  INPATIENT/RESIDENTIAL CARE: Denies psychiatric hospitalizations. Completed
28 day inpatient alcohol rehab at Ft. Belvoir.
*  SELF HARM OR MUTILATION/SUICIDE ATTEMPTS: Attempted suicide at 16 y/o by
overdosing on Aspirin and Alcohol in context of conflict with father. Did not
seek care. Attempted suicide (?) at 17 y/o by consuming a large quantity of
alcohol and blacking out. Did not seek care. Denies self-injurious behavior.
Family history:
F: Alcohol use disorder
M: depression
Sister#1: depression, hx of suicide attempts
Sister#2: bipolar disorder, hx of suicide attempts, unknown drug abuse which
led to loss of custody of 2 children
Maternal grandmother: bipolar
.eg
Personal history g5
Social history Pt is the oldest of 3 children from a Sacramento, California
home, broken by divorce when the SM was a toddler (3-6 y/o).  He and his two
sisters were raised by their father, whose employment challenges qualified
them for welfare.  There was also a tumultuous home environment.  Father was
not involved with his children and was emotionally/physically abusive. Pt
felt that he was an inconvenience to his father. Growing up pt had few
friends because he would isolate himself.  He left his family abruptly, upon
graduation from high school, in 2003.  Moved out of state and enrolled in
college. He found himself ?bored? with college. He enlisted in the Navy in
October, 2005, after dropping out of college, working two jobs, and being on
the verge of ?living on the street.?  There were mounting debts (rent,
college tuition, basic apartment furniture) also at the time.  He started as
an Aviation Boatswain?s Mate, then cross-rated in 2009 to Cryptologic
Technician ? Network.  His duty stations have included USS ESSEX, Pensacola,
and NIOC Maryland.  He has been very successful in his enlisted service thus
far, but has been disenchanted at his current Command because everyone is
physically separated and it is not a tight knit command.
Pt was engaged to a Filipino girl he met while stationed overseas, but he
ended the engagement in 2010 because she was 'crazy.' No kids.
.

| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page
1016

AR 3003

**Medical Record**

Behavioral: Caffeine use 16 oz tea/day and never a smoker  / Never Used
Tobacco Products.
Alcohol: Not using alcohol Not currently. Discharged yesterday from Ft.
Belvoir 28 day Residential Alcohol Treatment.eg
Subjective g6
Additional Screening Questions:
Are you having any thoughts about harming another person? Denies
Do you feel like you are at risk for workplace violence? Denies
.
PTSD CHECKLIST (PCL-C)
[ 2 ] Repeated, disturbing memories, thoughts, or images of a stressful
experience from the past?
[ 0 ] Repeated, disturbing dreams of a stressful experience from the past?
[ 0  ] Suddenly acting or feeling as if a stressful experience were happening
again (as if you were reliving it)?
[ 2 ] Feeling very upset when something reminded you of a stressful experience
from the past?
[ 2 ] Having physical reactions (e.g., heart pounding, trouble breathing, or
sweating) when something reminded you of a stressful experience from the
past?
[1  ] Avoid thinking about or talking about a stressful experience from the
past or avoid having feelings related to it?
[1  ] Avoid activities or situations because they remind you of a stressful
experience from the past?
[ 0 ] Trouble remembering important parts of a stressful experience from the
past?
[0  ] Loss of interest in things that you used to enjoy?
[0  ] Feeling distant or cut off from other people?
[2  ] Feeling emotionally numb or being unable to have loving feelings for
those close to you?
[0  ] Feeling as if your future will somehow be cut short?
[0  ] Trouble falling or staying asleep?
[1  ] Feeling irritable or having angry outbursts?
[1  ] Being 'super alert' or watchful on guard?
[ 0 ] Feeling jumpy or easily startled?
Add point values from each response.  Total Score =  13        DATE:
IF you had a positive score on any of the above problems, how difficult have
these problems made it for you to do your work, take care of things at home,
or get along with other people?  [ ] Not difficult   [X ] Somewhat difficult
[ ] Very difficult   [ ] Extremely difficult
During the last 2 weeks have you had thoughts that you would be better off
dead, or of hurting yourself in some way?  [ ] Yes   [X ] No
If 'Yes', how often?   [ ] Several days   [ ] More than half the days   [ ]
Almost everyday.
Depression Screening:
[ 1  ] 1.  Little Interest or pleasure in doing things
[ 1  ] 2.  Feeling down depressed or hopeless
[ 0  ] 3.  Trouble sleeping or sleeping too much
[ 1  ] 4.  Feeling tired or little energy
[ 0  ] 5.  Poor appetite or overeating
[ 0  ] 6.  Feeling bad about self
[ 0  ] 7.  Trouble concentrating on things
[ 1  ] 8.  Moving or speaking slowly or being restless
[ 0  ] 9.  Thoughts that you would be better off dead

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

Add point values from each response.  Total (PHQ-9) Score = 4
Difficulty doing work, taking care of things at home, or getting along with
other people?  [ ] Not at all  [ X ] Somewhat  [ ] Very  [ ]
Extremely.
Generalized Anxiety Disorder Screening:
[ 1  ]  1.  Feeling nervous, anxious, or on edge
[1    ]  2.  Not being able to stop or control worrying
[1    ]  3.  Worrying too much about different things
[0    ]  4.  Trouble relaxing
[0    ]  5.  Being so restless that it's hard to sit still
[ 2   ]  6.  Becoming easily annoyed or irritable
[ 0   ]  7.  Feeling afraid as if something awful might happen
Add point values from each response.  Total (GAD-7) Score = 5
Difficulty doing work, taking care of things at home, or getting along with
other people?  [ ] Not at all  [ X ] Somewhat  [ ] Very  [ ]
Extremely.
NO Learning Disablility, Language or Learning Barriers.eg
Review of systems g16
No current substance use symptoms
No current cognitive symptoms
No current psychotic symptoms
.eg
Physical findings g8
Psychiatric:
Neurovegetative Assessment: ? Dangerousness assessment: suicide risk Suicide
Risk and Protective Factors Review:
Non-Modifiable:
    Gender (risk factor if male): Y
    H/O Suicide Attempts:Y
    Organized Plan:N
    Chronic Psychiatric Disorder:Y
    Recent Psychiatric Hospitalization: RECENT REHAB
    H/O Abuse or Trauma:Y
    Chronic Physical Illness:N
    Family H/O Suicide/Attempts:Y
    Other Recent Loss:N
    Chronic Pain:N
    Age (risk factor if <25 or >60):N
Modifiable:
    Suicidal ideation/plans/intent:N
    Access to Lethal Means:N
    Poor Treatment Compliance:N
    Hopelessness:?
    Psychic Pain/Anxiety:Y
    Acute Event:N
    Insomnia:N
    Low Self-Worth:Y
    Impulsivity:N
    Substance Abuse:Y
    Financial Stress:Y, PAYING OFF DEBT
    Legal Stress:N
Protective:
    Strong Therapeutic Alliance:Y
    Positive Coping Skills:Y
    Responsible to/for Family:Y

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Responsible to/for Pet:N
Frustration Tolerance:Y
Resilience:Y
Good Reality Testing:Y
Amenable to Treatment:Y
Social Support:Y
Risk of Harm to Others: DENIES
Action Taken Based on Risk Assessment:
[ X ] Released without limitations. Advised of emergency procedures.
[  ] SM released to Chain of Command with the following limitations:
[  ] SM sent to ER for evaluation for admission to inpatient psychiatry
[  ] Other:eg
Therapy g12
? Duration of the encounter 60 min.eg
Practice Management g17
Continue assessment and intervention
Multi-Disciplinary Treatment Plan:
Treatment Team Members -
Individual Therapist: SARP
Medication Prescriber: ZEMBRZUSKA
Group Therapist: MELTON FOR CBT-I
Additional Provider and treatment: SARP at Washington Navy Yard
Date last updated: 23APR2015
Reviewed with patient on: 23APR2015
Does patient agree with plan? Yes
If not, what part?
Projected date of next treatment plan update: f/u in 3 weeks
 Discussion of assessment and intervention
Tx Plan cont'd:
Diagnosis
Generalized Anxiety Disorder
Alcohol Use Disorder, moderate to severe
Active Problem List:
1. Anxiety, worry, irritability
2. Depressed/apathetic mood
3. Insomnia
Long-Term Goals:
1.  Improve relationship/increase social support from mother and sister
2.  Improve financial knowledge/pay off debts
 Discussion of risk of assessment and intervention
Interventions Provided at this session:
Objective 1 (Corresponds to Goal #  ): Anxiety, worry, irritability
-
Interventions:
1. Increase Zoloft from 50mg to 75mg daily. Discussed r/b/se.
2. Continue SARP.
3. Will discuss pt being referred for individual therapy for CBT at next session.
4. R/o OCD.
Objective 2 (Corresponds to Goal #  ):  Depressed/apathetic mood
-
Interventions:
1. Increase Zoloft from 50mg to 75mg daily. Discussed r/b/se.
2. Continue SARP.
3. Will discuss pt being referred for individual therapy for CBT at next

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

session.
Objective 3 (Corresponds to Goal #  ): Insomnia
-
Interventions:
1. Pt to obtain Melatonin OTC to help with insomnia
2. Pt to download free CBT-I app and use progressive muscle relaxation and imagery at bedtime to promote relaxation and decrease ruminative thoughts
 3. Pt referred to CBT-I group with Ms. Melton at WRNMMC. First group starts Monday, 27 April 13-14:00 for 4 weeks
Patient agrees to contact the clinic, call 911, or go to the nearest Emergency Department if symptoms worsen or if suicidal or homicidal thoughts develop.eg
ebody
ebody
Lab Result Cited by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0856 EDT
Lipid PanelSite/Specimen10 Apr 2014 0951
CholesterolSERUM208 (H) <i>
TriglycerideSERUM158 (H) <i>
HDL CholesterolSERUM64.0 (H)
LDL CholesterolSERUM112 <i>
VLDL CholesterolSERUM32
Cholesterol/HDL CholesterolSERUM3.25
Lab Result Cited by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0856 EDT
Hemoglobin A1cSite/Specimen04 Jun 2013 0925
Hemoglobin A1cBLOOD5.4 <i>
Lab Result Cited by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0855 EDT
Lipid PanelSite/Specimen19 Mar 2013 1107
CholesterolSERUM209 (H) <i>
TriglycerideSERUM265 (H) <i>
HDL CholesterolSERUM63.0 (H)
LDL CholesterolSERUM93 <i>
VLDL CholesterolSERUM53 (H)
Cholesterol/HDL CholesterolSERUM3.32
A/P Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 1026 EDT
1. GENERALIZED ANXIETY DISORDER 300.02
Procedure(s):  -(90792) Psychiatric Diagnostic Evaluation With Medical Evaluation And Management x 1
2. ALCOHOL DEPENDENCE (ALCOHOLISM) 303.90
Disposition Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 1134 EDT
Released w/o Limitations
Follow up: 3 week(s) in the PSYCHIATRY BE clinic or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
Note Written by ZEMBRZUSKA,HANNA DOMINIKA @ 23 Apr 2015 0852 EDT
Consult Order
Referring Provider:EDWARDS, OLUSOLA O
Date of Request:15 Apr 2015
Priority:Routine
Provisional Diagnosis:
Generalized Anxiety Disorder ~T~ Alcohol Use Disorder,Severe
Reason for Request:
Patient will need follow-up appointment for inpatient discharge.  Patientwas diagnosed with generalized anxiety disorder.Patient reported history of physical and emotional abuse from his father.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ■■■ 1985  SSN: ***-**-■■■        DoD ID: 1286180538        Created: 16 Aug 2017

Signed By  ZEMBRZUSKA, HANNA DOMINIKA (MAJ, Psychiatrist/Internist, Walter
Reed National Military Medical Center, Bethesda, MD) @ 23 Apr 2015 1134
Verified by: ZEMBRZUSKA,HANNA DOMINIKA  23 Apr 2015@1139

Merwin, Daniel Dennis        DOB: ■■■ 1985  SSN: ***-**-■■■        DoD ID: 1286180538        Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page**
**1021**

AR 3008

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*24 Sep 2014 1600 GMT at  by LAI, PHILOMENA C*

| Title: | PHYSICAL THERAPY MTF BE | Original Date: | 24 Sep 2014 1600 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 24 Sep 2014 1952 GMT |
| Facility: | | Document ID: | 6734360621 |
| Clinician: | LAI, PHILOMENA C | | |

CONSULT REPORT

---------------------------------------------------------------------------------------------------------------------------
----------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  DOUGHERTY, DIANA LYNN
Requesting Location:  HEMATOLOG CL BE
Order ID number:  140604-07457
MCP Referral #:  20140984342
No. of Visits:  1
Referral Authorized Until:  04 Jul 2014
Reason for Consult:
29 yo 6 weeks s/p L ankle sprain. Residual pain/swelling, decreased ROM. Pleas
e eval and provide exercises to improve strength, ROM. Please consider soft br
ace for stability while recovering.
Priority:  ROUTINE
Provisional Diagnosis:
ANKLE SPRAIN LEFT
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,


---------------------------------------------------------------------------------------------------------------------------
----------------------------------------

CONSULT RESULT

Appointment Date:  24 Sep 2014@11:00:00
Requesting HCP:  DOUGHERTY, DIANA LYNN
Clinic:  PHYS THERAPY CL BE
Consulting HCP:  LAI, PHILOMENA C.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 24 Sep 2014 1100 EDTAppt Type: EST
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: PHYS
THERAPY CL BEProvider: LAI,PHILOMENA C.
Patient Status: Outpatient
AutoCites Refreshed by LAI,PHILOMENA C @ 24 Sep 2014 1506 EDT
Problems
?MAJOR DEPRESSION RECURRENT MODERATE
?ANXIETY DISORDER NOS
?Left ankle joint pain

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page
1022

AR 3009

**Medical Record**

Merwin, Daniel Dennis      DOB:  ███  1985  SSN: ***-**-███    DoD ID: 1286180538      Created: 16 Aug 2017

?NEUROTIC EXCORIATION
?ANKLE SPRAIN LEFT
?ESSENTIAL HYPERTRIGLYCERIDEMIA
?ANOMALIES OF SKIN
?Abdominal pain
?ASTHMA
?POSTSURGICAL STATE OF EYE AND ADNEXA
?Difficulty breathing (dyspnea)
?SKIN NEOPLASM UNCERTAIN BEHAVIOR
?Removal Of Sutures
?ASTHMA EXTRINSIC
?ROSACEA
?PERIPHERAL RETINAL DEGENERATION - LATTICE
?REFRACTIVE ERROR - MYOPIA
?ALLERGIC RHINITIS
   Family History
?fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
?paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
?paternal history of preliminary background HPI [use for free text] (Father)
?paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
?family medical history (General FHx)
?family history of supplemental HPI [use for free text] (General FHx)
?no family history of malignant neoplasm of the large intestine (General FHx)
?no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
?no family history of chronic liver disease (General FHx)
  Allergies
?OTHER: Unknown (SEE MED RECORD)
Active Medications
Active Medications Status Sig Refills Left Last Filled
OXYCODONE HCL/ACETAMINOPHEN, 5MG-325MG, TABLET, ORAL Active TAKE ONE TABLET EVERY 4-6 HOURS AS NEEDED FOR PAIN #0 RF0 NR 18 Sep 2014
Chlorhexidine Gluconate 0.12%, Solution, Oral Active SWISH AND SPIT 15 ML TWICE A DAY FOR 2 WEEKS STARTING TOMORROW #0 RF0 NR 18 Sep 2014
IBUPROFEN, 800 MG, TABLET, ORAL Active TAKE ONE TABLET THREE TIMES A DAY AS NEEDED FOR PAIN #0 RF0 NR 18 Sep 2014
DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL Ordered TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 1 of 1 16 Jun 2014
Appointment Comments:
tan
Note Written by LAI,PHILOMENA C @ 24 Sep 2014 1547 EDT
Chief complaint
The Chief Complaint is: L ankle sprain
Visit for: Re- Evaluation
(9/24/2014)
Subjective: Patient presents to clinic reporting continue L ankle pain since his return doing PT as he has been walking, running, jumping a lot, L ankle swelling resurface, now  pain on L ankle even walking for long distance. Patient states he will be doing his PFT in 2 weeks but will not be able to do the running portion of PT.
(8/8/2014)
Subjective: Patient reports he has no ankle pain with walking, he has done 2-mile walking, doing stairs with no pain, noticed brusing on L ankle and

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 3010

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985 SSN: ***-**-████       DoD ID: 1286180538       Created: 16 Aug 2017

some swelling, L ankle looks slightly different from R, L ankle popping/cracking with movement and there is pain when that happens. Patient reports he has not tried running yet and he will be doing his PFT (1.5 m run) in Oct.

Objective: Observation: very mild swelling L ankle       ROM: L ankle DF 10 deg, PF 45 deg, EV 15 deg, IV 35 deg       Strength: L ankle 5/5 throughout.
Flexibility: mod tightness hamstrings, mild/mod tightness calf
Assessment/Plan: Improved L ankle ROM with full strength, bilateral hamstrings and calf tightness continue. Patient was instructed on continue with ankle ROM, emphasized importance of daily stretching, proper running gait. Patient will gradual progress to jog/run on his own  Follow up in 4 weeks to re-assess.

History of present illness: INITIAL EVALUATION ( 6/27/2014  ): Patient is a 29    y/o M   referred to physical therapy for evaluation and treatment of L ankle sprain. Patient initially injured L ankle  in April 2014 while he was sprinting during softball game when his L foot went intor the hole.
Since onset, symptoms have  unchanged
Meds: reviewed in AHLTA.
Pain scale 72 hrs:  current 0/10  best 0/10 worst 3/10
Description of pain: comes and goes
Aggravating factors: motion
Mitigating factors: rest, elevation, ice
Day pattern: episodic
Recent/previous treatment: none
Functional limitations: no running at this time, increased throbbing sensation after prolonged walking
Patient goals: to run again (patient used to run 5 miles per day 4-5 time per week).
Past medical/surgical history
Reported:
Past medical history reviewed and discussed. Co-morbidities: none
Diagnostics: x-ray L ankle in AHLTA
Medical precautions: none
Job duties:  desk primarily.
Objective
Observation: genu and tibial varus, normal calcaneus alignment, mild swelling L lateral malleolus area
palpation: TTP lateral L ankle anterior to lateral malleolus
flexibility: mod tightness hamstrings, calf
Joint Mobility: normal L ankle joint mobility
Sensation/Reflex: intact
ROM: ankle: DF L15 deg R 13 deg, PF L 44 deg R 50 deg, IV L 35 deg R 35 deg, EV L12 deg R 15 deg, 1st ray ext L 50 deg R 70 deg, flex L 12 deg R 30 deg
Strength:  DF - 5/5 bil, PF 5/5 bil, IV L 5/5 R 5/5, EV L 5/5 R 5/5
Special Tests: thompson - neg, talar tilt - neg, ant/post drawer
function: gait - no significant deviations, SLS EO - L/R = 30 sec, good ankle stability bil, SLHR L 25/25 R 25/25, no instability noted but fatigue quickly L with pain
Tests
Re-evaluation (9/24/2014): Patient with recurrent ankle pain, most likely repeated strain from excessive impact activities . Recommend patient hold off from jumping, squatting and running activities at this time to allow sufficient time for healing. Patient will need to continue strengthening and stretching program. Provided prescription for ankle brace to provide support.
Assessment (  6/27/2014 ): Patient presented with decreased L ankle ROM s/p

Merwin, Daniel Dennis       DOB: ███ 1985 SSN: ***-**-████       DoD ID: 1286180538       Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.       Page
1024

**Medical Record**

ankle sprain, mild weakness of ankle IV and EV with no instability. Patient
would benefit from physical therapy home based ex program to inprove ROM and
strength.
Rehab prognosis: good
Physical Therapy goals:
STG to be achieved in   3   weeks
Patient to be independent with HEP- met
Patient to increase ROM to: L ankle DF 10 deg, PF 40 deg, IV 35 deg EV 10 deg
- met
LTG to be achieved in  6-8    weeks
Decrease pain to: 0/10
Increase MMT to:  5/5 - met
Improve function to: tolerate long distance walking without increased in
symptoms
running 1 mile 50% pace with no increased in symptoms
Patient education: Patient educated on his/her condition in reference to
pertinent anatomy and biomechanics using anatomical models and illustrations,
self care, physical therapy and POC.
HEP instructions and performance (8/8/2014): stretch - hamstrings, calf, joint
mobilization for DF/PF, ROM, alphabets
Plan of Care: Continue HEP for stretching and strengthening. Follow up in 5-6
weeks for re-evaluation.
A/P Written by LAI,PHILOMENA C @ 24 Sep 2014 1509 EDT
1. Left ankle joint pain
Procedure(s):  -Physical Therapy Service Re-Evaluation x 1
Disposition Written by LAI,PHILOMENA C @ 24 Sep 2014 1547 EDT
Released w/o Limitations
Follow up: 5 to 6 week(s) in the PHYS THERAPY CL BE clinic or sooner if there
are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side
Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Signed By  LAI, PHILOMENA C (Physical Therapist, Walter Reed National Military
Medical Center) @ 24 Sep 2014 1548
Verified by: PHILOMENA C. LAI        24 Sep 2014@1552

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ▮▮▮ 1985  SSN: ***-**-▮▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*08 Aug 2014 1200 GMT at  by LAI, PHILOMENA C*

| | | | |
|---|---|---|---|
| Title: | PHYSICAL THERAPY MTF BE | Original Date: | 08 Aug 2014 1200 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 08 Aug 2014 1155 GMT |
| Facility: | | Document ID: | 6641060874 |
| Clinician: | LAI, PHILOMENA C | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  DOUGHERTY, DIANA L
Requesting Location:  HEMATOLOG CL BE
Order ID number:  140604-07457
MCP Referral #:  20140984342
No. of Visits:  1
Referral Authorized Until:  04 Jul 2014
Reason for Consult:
29 yo 6 weeks s/p L ankle sprain. Residual pain/swelling, decreased ROM. Please eval and provide exercises to improve strength, ROM. Please consider soft brace for stability while recovering.
Priority:  ROUTINE
Provisional Diagnosis:
ANKLE SPRAIN LEFT
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,


--------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  08 Aug 2014@07:00:00
Requesting HCP:  DOUGHERTY, DIANA L
Clinic:  PHYS THERAPY CL BE
Consulting HCP:  LAI, PHILOMENA C.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 08 Aug 2014 0700 EDTAppt Type: EST
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: PHYS THERAPY CL BEProvider: LAI,PHILOMENA C.
Patient Status: Outpatient
AutoCites Refreshed by LAI,PHILOMENA C @ 08 Aug 2014 0649 EDT
Problems
?ANXIETY DISORDER NOS
?Left ankle joint pain

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB:▮▮▮ 1985  SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███      DoD ID: 1286180538        Created: 16 Aug 2017

?NEUROTIC EXCORIATION
?ANKLE SPRAIN LEFT
?ESSENTIAL HYPERTRIGLYCERIDEMIA
?ANOMALIES OF SKIN
?Abdominal pain
?ASTHMA
?POSTSURGICAL STATE OF EYE AND ADNEXA
?Difficulty breathing (dyspnea)
?SKIN NEOPLASM UNCERTAIN BEHAVIOR
?Removal Of Sutures
?ASTHMA EXTRINSIC
?ROSACEA
?PERIPHERAL RETINAL DEGENERATION - LATTICE
?REFRACTIVE ERROR - MYOPIA
?ALLERGIC RHINITIS
   Family History
?fraternal history of SUBJECTIVE [Use for s.o.a.p. note free text] (Brother)
?paternal grandfather's history of preliminary background HPI [use for free text] (Paternal Grandfather)
?paternal history of preliminary background HPI [use for free text] (Father)
?paternal grandmother's history of HPI [use for free text] (Paternal Grandmother)
?family medical history (General FHx)
?family history of supplemental HPI [use for free text] (General FHx)
?no family history of malignant neoplasm of the large intestine (General FHx)
?no family history of malignant neoplasm of the gastrointestinal tract (General FHx)
?no family history of chronic liver disease (General FHx)
   Allergies
?OTHER: Unknown (SEE MED RECORD)
   Active Medications
Active Medications Status Sig Refills Left Last Filled
DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL Ordered TAKE ONE TABLET BY MOUTH TWICE A DAY FOR 30 DAYS #0 RF1 1 of 1 16 Jun 2014
Reason for Appointment:
est
Appointment Comments:
tan
S/O Note Written by LAI,PHILOMENA C. @ 08 Aug 2014 0735 EDT
bodybodyChief complaint g1
The Chief Complaint is: L ankle sprain
Visit for: Re- Evaluation
Subjective: Patient reports he has no ankle pain with walking, he has done 2-mile walking, doing stairs with no pain, noticed brusing on L ankle and some swelling, L ankle looks slightly different from R, L ankle popping/cracking with movement and there is pain when that happens. Patient reports he has not tried running yet and he will be doing his PFT (1.5 m run) in Oct.
Objective: Observation: very mild swelling L ankle      ROM: L ankle DF 10 deg, PF 45 deg, EV 15 deg, IV 35 deg      Strength: L ankle 5/5 throughout. Flexibility: mod tightness hamstrings, mild/mod tightness calf
Assessment/Plan: Improved L ankle ROM with full strength, bilateral hamstrings and calf tightness continue. Patient was instructed on continue with ankle ROM, emphasized importance of daily stretching, proper running gait. Patient will gradual progress to jog/run on his own  Follow up in 4 weeks to

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 3014

**Medical Record**

re-assess.
History of present illness: INITIAL EVALUATION ( 6/27/2014  ): Patient is a
29    y/o M   referred to physical therapy for evaluation and treatment of
L ankle sprain. Patient initially injured L ankle  in April 2014 while he
was sprinting during softball game when his L foot went intor the hole.
Since onset, symptoms have  unchanged
Meds: reviewed in AHLTA.
Pain scale 72 hrs:  current 0/10best 0/10worst 3/10
Description of pain: comes and goes
Aggravating factors: motion
Mitigating factors: rest, elevation, ice
Day pattern: episodic
Recent/previous treatment: none
Functional limitations: no running at this time, increased throbbing sensation
after prolonged walking
Patient goals: to run again (patient used to run 5 miles per day 4-5 time per
week).eg
Past medical/surgical history g4
Reported:
Past medical history reviewed and discussed. Co-morbidities: none
Diagnostics: x-ray L ankle in AHLTA
Medical precautions: none
Job duties:  desk primarily.eg
Objective g9
Observation: genu and tibial varus, normal calcaneus alignment
palpation: no TTP
flexibility: mod tightness hamstrings, calf
Joint Mobility: decreased L TC ant/post mob, STJ med/lat mob
Sensation/Reflex: intact
ROM: ankle: DF L 3 deg R 13 deg, PF L 28 deg R 50 deg, IV L 24 deg R 35 deg,
EV L 6 deg R 15 deg, 1st ray ext L 56 deg R 70 deg, flex L 25 deg R 30 deg
Strength:  DF - 5/5 bil, PF 5/5 bil, IV L 4+/5 R 5-/5, EV L 4+/5 R 5/5
Special Tests: thompson - neg, talar tilt - neg, ant/post drawer - neg
function: gait - no significant deviations, SLS EO - L/R = 30 sec, good ankle
stability bil, SLHR L 25/25 R 25/25, no instability noted.eg
Tests g10
Assessment (  6/27/2014  ): Patient presented with decreased L ankle ROM s/p
ankle sprain, mild weakness of ankle IV and EV with no instability. Patient
would benefit from physical therapy home based ex program to inprove ROM and
strength.
Rehab prognosis: good
Physical Therapy goals:
STG to be achieved in   3   weeks
Patient to be independent with HEP
Patient to increase ROM to: L ankle DF 10 deg, PF 40 deg, IV 35 deg EV 10 deg
LTG to be achieve in  6-8   weeks
Decrease pain to: 0/10
Increase MMT to:  5/5
Improve function to: tolerate long distance walking without increased in
symptoms
running 1 mile 50% pace with no increased in symptoms
Patient education: Patient educated on his/her condition in reference to
pertinent anatomy and biomechanics using anatomical models and illustrations,
self care, physical therapy and POC.
HEP instructions and performance (15 min): stretch - hamstrings, calf, joint

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

mobilization for DF/PF, ROM, alphabets

Plan of Care: Patient has consented to physical therapy treatment. Patient to perform HEP indep. Follow up in 6 weeks..eg

ebody

ebody

A/P Written by LAI,PHILOMENA C @ 08 Aug 2014 0653 EDT

1. Left ankle joint pain

Procedure(s):  -Physical Therapy Service Re-Evaluation x 1

Disposition Written by LAI,PHILOMENA C @ 08 Aug 2014 0750 EDT

Released w/o Limitations

Follow up: 4 week(s) in the PHYS THERAPY CL BE clinic or sooner if there are problems.

Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By  LAI, PHILOMENA C (Physical Therapist, Walter Reed National Military Medical Center) @ 08 Aug 2014 0751

Verified by: PHILOMENA C. LAI        08 Aug 2014@0755

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 3016

**Medical Record**

| Merwin, Daniel Dennis | DOB: ☐ 1985 SSN: ***-**- ☐ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*27 Jun 2014 1200 GMT at  by LAI, PHILOMENA C*

| Title: | PHYSICAL THERAPY MTF BE | Original Date: | 27 Jun 2014 1200 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 27 Jun 2014 1448 GMT |
| Facility: | | Document ID: | 6561280185 |
| Clinician: | LAI, PHILOMENA C | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------------
-------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  DOUGHERTY, DIANA L
Requesting Location:  HEMATOLOG CL BE
Order ID number:  140604-07457
MCP Referral #:  20140984342
No. of Visits:  1
Referral Authorized Until:  04 Jul 2014
Reason for Consult:
29 yo 6 weeks s/p L ankle sprain. Residual pain/swelling, decreased ROM. Pleas
e eval and provide exercises to improve strength, ROM. Please consider soft br
ace for stability while recovering.
Priority:  ROUTINE
Provisional Diagnosis:
ANKLE SPRAIN LEFT
ACV:
Reviewed Date/Time:
Appoint Status:
Appointment Review Comment:
Reviewer:  ,

--------------------------------------------------------------------------------------------------------------------------
-------------------------------------------

CONSULT RESULT

Appointment Date:  27 Jun 2014@07:00:00
Requesting HCP:  DOUGHERTY, DIANA L
Clinic:  PHYS THERAPY CL BE
Consulting HCP:  LAI, PHILOMENA C.

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
NOTE=Patient: MERWIN, DANIEL DENNISDate: 27 Jun 2014 0700 EDTAppt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTRClinic: PHYS
THERAPY CL BEProvider: LAI,PHILOMENA C.
Patient Status: Outpatient
AutoCites Refreshed by LAI,PHILOMENA C @ 27 Jun 2014 0753 EDT
Problems
?NEUROTIC EXCORIATION
?ANKLE SPRAIN LEFT
?ESSENTIAL HYPERTRIGLYCERIDEMIA

Merwin, Daniel Dennis    DOB: ☐ 1985  SSN: ***-**- ☐    DoD ID: 1286180538    Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page
1030

AR 3017

**Medical Record**

?ANOMALIES OF SKIN
?Abdominal pain
?ASTHMA
?POSTSURGICAL STATE OF EYE AND ADNEXA
?Difficulty breathing (dyspnea)
?SKIN NEOPLASM UNCERTAIN BEHAVIOR
?Removal Of Sutures
?ASTHMA EXTRINSIC
?ROSACEA
?PERIPHERAL RETINAL DEGENERATION - LATTICE
?REFRACTIVE ERROR - MYOPIA
?ALLERGIC RHINITIS
  Family History
?paternal grandfather's history of preliminary background HPI [use for free
text] (Paternal Grandfather)
?paternal history of preliminary background HPI [use for free text] (Father)
?paternal grandmother's history of HPI [use for free text] (Paternal
Grandmother)
?family medical history (General FHx)
?family history of supplemental HPI [use for free text] (General FHx)
?no family history of malignant neoplasm of the large intestine (General FHx)
?no family history of malignant neoplasm of the gastrointestinal tract
(General FHx)
?no family history of chronic liver disease (General FHx)
 Allergies
?OTHER: Unknown (SEE MED RECORD)
 Active Medications
Active Medications Status Sig Refills Left Last Filled
DOXYCYCLINE HYCLATE, 100 MG, TABLET, ORAL Ordered TAKE ONE TABLET BY MOUTH
TWICE A DAY FOR 30 DAYS #0 RF1 1 of 1 16 Jun 2014
Reason for Appointment:
ANKLE SPRAIN LEFT
Appointment Comments:
snf
Vitals
Vitals Written by LAI,PHILOMENA C @ 27 Jun 2014 0753 EDT
Comments: Patient has falls in the past 6 months,  minor injury to L ankle.
Patient is not a fall risk.
S/O Note Written by LAI,PHILOMENA C. @ 27 Jun 2014 1034 EDT
bodybodyChief complaint g1
The Chief Complaint is: L ankle sprain
Visit for:  Initial Evaluation
History of present illness: INITIAL EVALUATION ( 6/27/2014  ): Patient is a
29    y/o M   referred to physical therapy for evaluation and treatment of
L ankle sprain. Patient initially injured L ankle  in April 2014 while he
was sprinting during softball game when his L foot went intor the hole.
Since onset, symptoms have  unchanged
Meds: reviewed in AHLTA.
Pain scale 72 hrs:  current 0/10best 0/10worst 3/10
Description of pain: comes and goes
Aggravating factors: motion
Mitigating factors: rest, elevation, ice
Day pattern: episodic
Recent/previous treatment: none
Functional limitations: no running at this time, increased throbbing sensation

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1031

AR 3018

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

after prolonged walking
Patient goals: to run again (patient used to run 5 miles per day 4-5 time per week).eg
Past medical/surgical history g4
Reported:
Past medical history reviewed and discussed. Co-morbidities: none
Diagnostics: x-ray L ankle in AHLTA
Medical precautions: none
Job duties:  desk primarily.eg
Objective g9
Observation: genu and tibial varus, normal calcaneus alignment
palpation: no TTP
flexibility: mod tightness hamstrings, calf
Joint Mobility: decreased L TC ant/post mob, STJ med/lat mob
Sensation/Reflex: intact
ROM: ankle: DF L 3 deg R 13 deg, PF L 28 deg R 50 deg, IV L 24 deg R 35 deg, EV L 6 deg R 15 deg, 1st ray ext L 56 deg R 70 deg, flex L 25 deg R 30 deg
Strength:  DF - 5/5 bil, PF 5/5 bil, IV L 4+/5 R 5-/5, EV L 4+/5 R 5/5
Special Tests: thompson - neg, talar tilt - neg, ant/post drawer - neg
function: gait - no significant deviations, SLS EO - L/R = 30 sec, good ankle stability bil, SLHR L 25/25 R 25/25, no instability noted.eg
Tests g10
Assessment (  6/27/2014 ): Patient presented with decreased L ankle ROM s/p ankle sprain, mild weakness of ankle IV and EV with no instability. Patient would benefit from physical therapy home based ex program to inprove ROM and strength.
Rehab prognosis: good
Physical Therapy goals:
STG to be achieved in   3   weeks
Patient to be independent with HEP
Patient to increase ROM to: L ankle DF 10 deg, PF 40 deg, IV 35 deg EV 10 deg
LTG to be achieved in  6-8   weeks
Decrease pain to: 0/10
Increase MMT to:  5/5
Improve function to: tolerate long distance walking without increased in symptoms
running 1 mile 50% pace with no increased in symptoms
Patient education: Patient educated on his/her condition in reference to pertinent anatomy and biomechanics using anatomical models and illustrations, self care, physical therapy and POC.
HEP instructions and performance (15 min): stretch - hamstrings, calf, joint mobilization for DF/PF, ROM, alphabets
Plan of Care: Patient has consented to physical therapy treatment. Patient to perform HEP indep. Follow up in 6 weeks..eg
ebody
ebody
A/P Written by LAI,PHILOMENA C @ 27 Jun 2014 1043 EDT
1. Left ankle joint pain
Procedure(s):  -Physical Therapy Service Evaluation x 1
 -Physical Therapy: ___ Session Segments, 15 Minutes Each x 1
Disposition Written by LAI,PHILOMENA C @ 27 Jun 2014 1043 EDT
Released w/o Limitations
Follow up: 6 week(s) in the PHYS THERAPY CL BE clinic or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page
1032

AR 3019

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

Effects with Patient who indicated understanding.
60 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Note Written by LAI,PHILOMENA C @ 27 Jun 2014 0753 EDT
Consult Order
Referring Provider:DOUGHERTY, DIANA L
Date of Request:04 Jun 2014
Priority:Routine
Provisional Diagnosis:
ANKLE SPRAIN LEFT
Reason for Request:
29 yo 6 weeks s/p L ankle sprain. Residual pain/swelling, decreased ROM.
Please eval and provide exercises to improve strength, ROM. Please consider
soft brace for stability while recovering.
Signed By  LAI, PHILOMENA C (Physical Therapist, Walter Reed National Military
Medical Center) @ 27 Jun 2014 1043
Verified by: PHILOMENA C. LAI        27 Jun 2014@1048

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page**
**1033**

AR 3020

**Medical Record**

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*24 Oct 2012 1425 GMT at  by*

Title:
Document Type:    Consultation
Facility:
Clinician:

Original Date:         24 Oct 2012 1425 GMT
AHLTA Entry Date:   24 Oct 2012 1425 GMT
Document ID:        5263466095

CONSULT REPORT
----------------------------------------------------------------------------------------------------------------------------
--------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  SALTER, CAROLYN A
Requesting Location:  5 EAST
Order ID number:  121012-04930
MCP Referral #:  20121814182
No. of Visits:  10
Referral Authorized Until:  11 Dec 2012
Reason for Consult:
27 y/o male w/ ascending colon inflammation s/p colonoscopy 12 OCT.  Pt needs
GI f/u to discuss results.
Priority:  ASAP
Provisional Diagnosis:
IBD vs mass
ACV:
Reviewed Date/Time:  12 Oct 2012@08:52:00
Appoint Status:  APPOINT TO MTF
Appointment Review Comment:
Reviewer:  BROWN, CANDICE C

----------------------------------------------------------------------------------------------------------------------------
--------------------------------------------

CONSULT RESULT

Appointment Date:  23 Oct 2012@08:00:00
Requesting HCP:  SALTER, CAROLYN A
Clinic:  GI INFLAM BOWEL DIS BE
Consulting HCP:  COPSEY, HELEN C

HCDP:  106-TRICARE PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
Patient: MERWIN, DANIEL DENNIS
Date: 23 Oct 2012 0800 EDT
Appt Type: SPEC
Treatment Facility: WALTER REED NATIONAL MILITARY MEDICAL CNTR
Clinic: GI INFLAM BOWEL DIS BE
Provider: COPSEY,HELEN C
Patient Status: Outpatient
AutoCites Refreshed by COPSEY,HELEN C @ 23 Oct 2012 0756 EDT
Problems
Chronic:
 Conditions influencing health status

| | | | | |
|---|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page**
1034

AR 3021

**Medical Record**

Asthma
Postsurgical state of eye and adnexa
Dyspnea
Skin neoplasm of uncertain behavior
Removal of sutures
Extrinsic asthma
Rosacea
Lattice peripheral retinal degeneration
Myopia
Allergic rhinitis
Visit for: occupational health/fitness exam
Parent education about immunizations
Visit for: military services physical
Exposure to venereal disease
Visit for: administrative purposes
Inquiry and counseling about contraceptive practices
Family History
Family medical history (General FHx)
Allergies
 OTHER: Unknown (SEE MED RECORD)
Reason for Appointment:
IBD vs mass
Appointment Comments:
ccb
Vitals
Vitals Written by FARRINGTON,SHAUN C @ 23 Oct 2012 0739 EDT
 BP: 114/66,    HR: 79,    T: 95.4  F,    HT: 5' 9",    WT: 147 lbs,
SpO2: 97%,    BMI: 21.71,    BSA: 1.812 square meters,
Tobacco Use: No,    Alcohol Use: Yes,    Have you ever felt you should Cut
down on your drinking? No,
 Have people Annoyed you by criticizing or complaining about your drinking?
No,
 Have you ever felt bad or Guilty about your drinking? No,
 Have you ever had a drink or drug in the morning (Eye opener) to steady your
nerves or to get rid of a hangover? No,
 Alcohol Comments: COUPLE DRINKS/WEEK,    Pain Scale: 0 Pain Free
SO Note Written by COPSEY,HELEN C @ 24 Oct 2012 0936 EDT
Reason for Visit
 Visit for: R/O of IBD.
History of present illness
 The Patient is a 27 year old male.
This is a WM, AD PO2, who presents for R/O of IBD. He reports a long history
of presumed IBS presenting with intermittent lower abdominal cramping that
occurs several times per week, and is triggered by dairy intake, anxiety, and
physical activity. This can be associated with looser stool and mild urgency,
although in general he reports a soft stool each day. An evaluation for these
symptoms along with isolated BRBPR in 2005 (IL) includes a CT scan showing
moderate stool retention in the colon, and a flex sig that was reportedly
limited d/t patient discomfort. He denies any rectal bleeding since that
time. He does endorse occasional oral aphthi but otherwise denies any
additional complaints. His weight has been stable.
Earlier this month he experienced worsening of his baseline abdominal pain,
possibly precipitated by consuming a milk-shake. A CT in the ER showed focal
colitis at the right colon (hepatic flexure) with fecalization of the small
bowel, concerning for IBD. CRP was 1.2, labs otherwise nl. A follow-up

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 3022

**Medical Record**

colonoscopy with Dr. McNally showed cogested appearing mucosa in the left colon. Images of the right colon/ cecum are limited due to liquid stool, and the TI was not intubated per report. Biopsies are pending. The patient reports self-resolution of the pain, and has since been feeling back to baseline.

Allergies
ASA- (nausea).
Past medical/surgical history
Reported:
Past medical history
 - Allergic asthma (cats); Headache, NOS
.
Surgical / Procedural: Prior surgery
 - PRK, Tonsillectomy
.
Medications: Medication history
 - Albuterol, Aleve prn (less than once per week)
 (I personally reviewed the medication history, allergy history and compliance with medications with this patient)
.
Surgical:
 Pre-op ASA class 1
Previous therapy
  History of possible limitations and risks do not include complications from anesthesia
Personal history
 Tob:  (-)
 Etoh:  (2 drinks every other day)
 Drug use:  (-)
.
Family history
 No chronic liver disease
  No malignant neoplasm of the large intestine
  No malignant neoplasm of the gastrointestinal tract
  No known FH of IBD, autoimmune diseases.
Review of systems
Systemic: Not feeling tired (fatigue).  No fever, no chills, no night sweats, and no recent weight loss.
Head: No headache.
Eyes: No vision problems.
Otolaryngeal: No hoarseness, no lump in the throat, and no mouth sores.
Cardiovascular: No chest pain or discomfort and no palpitations.
Pulmonary: No dyspnea and no cough.
Gastrointestinal: No dysphagia, no pain on swallowing, no heartburn, no regurgitation, no early satiety, no nausea, no vomiting, no hematemesis, no hematemesis ('coffee grounds'), no abdominal swelling, no jaundice, no recent increase in bowel frequency, and not decrease.  No tenesmus, no melena, no hematochezia, no acholic stools, no steatorrhea, and stool diameter is not smaller.  No change in consistency of stool and no nocturnal diarrhea.  No rectal pain.
Genitourinary: No urinary symptoms.
Endocrine: No endocrine symptoms.
Hematologic: No tendency for easy bruising.
Musculoskeletal: No arthralgias, new.  No nonspecific pain, swelling, and stiffness.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

Neurological: No confusion and no memory lapses or loss.
Psychological: Mood was euthymic and no sleep complaints.
Skin: No pruritus, no change in skin texture, new, and no rash, new.
Physical findings
Vital Signs:
  Current vital signs reviewed.
Standard Measurements:
  Patient was not observed to be obese.
General Appearance:
  Awake.   Alert.   Oriented to time, place, and person.   Well developed.
  Well nourished.   In no acute distress.   Patient did not appear
uncomfortable.   Not acutely ill.   Not chronically ill.
Neck:
Appearance:   Of the neck was normal.
Eyes:
General/bilateral:
Sclera:   Showed no icterus.
Oral Cavity:
  Normal OP clear, Mallampati score = 1.
Chest:
  Visual inspection revealed no abnormalities.
Lungs:
  Normal CTA B.
Cardiovascular:
  System: normal RRR, no M or G.
Abdomen:
  Normal soft, NT/ND, +BS.
Neurological:
  Level of consciousness was normal.
Speech:   Normal.
Gait And Stance:   Normal.
Psychiatric:
Mood:   Euthymic.
Affect:   Normal.
Thought Processes:   Not impaired.
Skin:
  General appearance was normal.   No jaundice.   No skin lesions.
Therapy
  Medical regimen review -- medication reconciliation performed.
Lab Result Cited by COPSEY,HELEN C @ 24 Oct 2012 0957 EDT
ESR Site/Specimen 12 Oct 2012 1209
ESR BLOOD 10
C-Reactive Protein Site/Specimen 12 Oct 2012 1209
C-Reactive Protein SERUM 1.206 (H)
Magnesium Site/Specimen 12 Oct 2012 0434
Magnesium SERUM 2.1
Phosphorus Site/Specimen 12 Oct 2012 0434
Phosphate SERUM 3.5
Basic Metabolic Panel Site/Specimen 12 Oct 2012 0434
Urea Nitrogen SERUM 5 (L)
Carbon Dioxide SERUM 27
Chloride SERUM 107
Creatinine SERUM 0.80
Glucose SERUM 113 (H)
Potassium SERUM 4.0

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        Page
1037

AR 3024

**Medical Record**

Sodium SERUM 141
Calcium SERUM 9.2
Anion Gap SERUM 8
GFR SERUM >60 <i>
CBC W/o Diff Site/Specimen 12 Oct 2012 0434
WBC BLOOD 5.5
RBC BLOOD 4.02 (L)
Hemoglobin BLOOD 13.1
Hematocrit BLOOD 38.1
MCV BLOOD 94.9
MCH BLOOD 32.6
MCHC BLOOD 34.3
Platelets BLOOD 264
RDW CV BLOOD 13.1
MPV BLOOD 7.8
Neutrophil Cytoplasmic Ab (ANCA) Site/Specimen 11 Oct 2012 1147
Myeloperoxidase Ab SERUM <0.2 <i>
Proteinase 3 Ab SERUM <0.2 <i>
Neutrophil Cytoplasmic Ab (ANCA) Screen W/Reflex Titer Site/Specimen 11 Oct 2012 1147
Neutrophil Cytoplasmic Ab Cytoplasmic SERUM Titer not indicated-ANCA screen Negative
Neutrophil Cytoplasmic Ab Perinuclear SERUM Titer not indicated-ANCA screen Negative
Neutrophil Cytoplasmic Ab SERUM Negative
Neutrophil Cytoplasmic Ab Perinuclear Atypical SERUM Titer not indicated-ANCA screen Negative <r> <i>
Carcinoembryonic Ag Site/Specimen 11 Oct 2012 1147
Carcinoembryonic Ag SERUM 0.9 <i>
Magnesium Site/Specimen 11 Oct 2012 1147
Magnesium SERUM 2.3
Amylase Site/Specimen 11 Oct 2012 1147
Amylase SERUM 49
Comprehensive Metabolic Panel Site/Specimen 11 Oct 2012 1147
Albumin SERUM 4.7
Alkaline Phosphatase SERUM 56
Alanine Aminotransferase SERUM 33
Aspartate Aminotransferase SERUM 29
Bilirubin SERUM 0.5
Urea Nitrogen SERUM 9
Calcium SERUM 9.5
Carbon Dioxide SERUM 29
Chloride SERUM 101
Creatinine SERUM 0.85
Glucose SERUM 82
Potassium SERUM 4.0
Protein SERUM 7.3
Sodium SERUM 139
Anion Gap SERUM 9
GFR SERUM >60 <i>
Lipase Site/Specimen 11 Oct 2012 1147
Triacylglycerol Lipase SERUM 19
Phosphorus Site/Specimen 11 Oct 2012 1147
Phosphate SERUM 3.5
CBC W/Diff Site/Specimen 11 Oct 2012 1147

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538        Created: 16 Aug 2017

WBC BLOOD 6.4
RBC BLOOD 4.30
Hemoglobin BLOOD 14.1
Hematocrit BLOOD 41.0
MCV BLOOD 95.4
MCH BLOOD 32.6
MCHC BLOOD 34.2
RDW CV BLOOD 13.1
Platelets BLOOD 268
MPV BLOOD 8.3
Neutrophils BLOOD 72.7
Lymphocytes BLOOD 18.1
Monocytes BLOOD 7.1
Eosinophils BLOOD 1.8
Basophils BLOOD 0.3
Neutrophils BLOOD 4.6
Lymphocytes BLOOD 1.2
Monocytes BLOOD 0.5
Eosinophils BLOOD 0.1
Basophils BLOOD 0.0
Differential Review BLOOD MANUAL DIFF NOT PERFORMED
Rad Result Cited by COPSEY,HELEN C @ 24 Oct 2012 0957 EDT
    MERWIN, DANIEL DENNIS   20/███████   27yo ███████ 1985   M
        ********** CT, ABD/PELVIS W/ CONTRAST **********
        POC Enc: #E923164   POC Fac: NH Great Lakes IL
                    Status: Complete
Procedure:              CT, ABD/PELVIS W/ CONTRAST
Event Date:             22-Nov-2005 10:48:00
Order Comment:          NO BRIEF COMMENT
Reason for Order:
   20y/o male dot 2-5 with intermittent abdominal pain x 4-5 years with
rectal
bleeding on 19th of NOV.Had normal sigmoidoscopy to proximal transverse colon
and mild int hemorrhoids done on Nov 21.
Exam #:                 05050343
Exam Date/Time:         23-Nov-2005 09:26:00
Transcription Date/Time:    29-Nov-2005 10:02:00
Provider:               ARTATES, NEMESIA F
Requesting Location:
   COURAGE (WHITE) 1007   NBHC 1007/1017
Status:                 COMPLETE
Result Code:            SEE RADIOLOGIST'S REPORT
Interpreted By:         MARINBERG, BORIS V
Approved By:            MARINBERG, BORIS V
Approved Date:          29-Nov-2005 12:25:00
Report Text:
   ba/DICTATION DATE:  23 November 2005
   CT SCAN OF THE ABDOMEN AND PELVIS WITH CONTRAST:
   Technique:  7.5 mm cross-sectional images of the abdomen and pelvis were
   obtained following oral and intravenous introduction of contrast.
   Findings:  There is a normal appearance of the liver, spleen, and
pancreas.
   There is no gallstones.  No dilatation of biliary ducts or pancreatic
duct
   identified.  There is no enlargement of the adrenal glands.  There is no

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        Page
1039

AR 3026

**Medical Record**

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017

hydronephrosis.  No renal stones are seen.  There is no lymphadenopathy.
No
   abnormal collection of fluid in the abdomen or pelvis identified.
Moderate
   amount of fecal material noted throughout the colon.  There is no changes
of
   appendicitis.  No aneurysmal dilatation of the abdominal aorta noted.
There is
   no signs of bowel obstruction.
   IMPRESSION:  NORMAL COMPUTED TOMOGRAPHY OF THE ABDOMEN AND PELVIS.
          MODERATE AMOUNT OF FECAL MATERIAL THROUGHOUT THE COLON.
Rad Result Cited by COPSEY,HELEN C @ 24 Oct 2012 0956 EDT
   MERWIN, DANIEL DENNIS   20/███████   27yo   ███ 1985   M
       ********** CT, ABDOMEN / PELVIS WITH (PG) **********
            POC Enc: #E4520771   POC Fac: WRNMMC
               Status: Complete (Amended)
Procedure:               CT, ABDOMEN / PELVIS WITH (PG)
Event Date:              11-Oct-2012 01:30:00
Exam #:                  12343907
Exam Date/Time:          11-Oct-2012 00:30:00
Transcription Date/Time:     12-Oct-2012 07:00:00
Provider:                HARDWARE, LESLIE
Requesting Location:
   EMERGENCY RM BE    WRNMMC BETHESDA, MD
Status:                  COMPLETE (Amended)
Amended Result Code:     SEE RADIOLOGIST'S REPORT
Interpreted By:          MOLLURA, JOSEPH G
Supervised By:           BERNARD, JACQUELINE, MD, CDR, USN
Approved By:             BERNARD, JACQUELINE M
Approved Date:           11-Oct-2012 08:16:00
Supervised By:           BERNARD, JACQUELINE, MD, CDR, USN
Supervised By Date:      11-Oct-2012 08:16:00
Amended Report Text:
    ADDITIONAL HISTORY: Abdominal pain.
   TECHNIQUE: CT of the abdomen and pelvis was performed under standard
   abdomen/pelvis CT protocol with 5 mm axial helically acquired images
obtained
   from the level of the diaphragm to the level of the pubic symphysis after
the
   intravenous administration of 110 mL Isovue 370 and oral contrast.
Coronal and
   sagittal reformatted images were also obtained.
   COMPARISONS: Acute abdominal series 10/10/12.
   FINDINGS:
   Lung bases are clear.
   Liver parenchyma and vasculature is unremarkable.  Normal biliary tree
without
   intra-or extrahepatic biliary ductal dilatation.  Pancreas, spleen,
adrenals,
   and kidneys are normal.  No identifiable ureteral abnormalities.
Fluid-filled
   urinary bladder is unremarkable.
   Enteric contrast visualized to the level of the mid ileum.  Stomach is
normal.
   There is fecal material and air noted within the distal ileum extending

Merwin, Daniel Dennis     DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538     Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579).  UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                Page
1040

AR 3027

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███  DoD ID: 1286180538          Created: 16 Aug 2017

to a
   mildly distended stool filled cecum.  The appendix is identified and is
normal.
   There is a focal area of vascular prominence involving the mesentery at
the
   level of the hepatic flexure.  The colon wall at this level appears
mildly
   thickened but otherwise decompressed.  The colon distal to the hepatic
flexure
   is decompressed and normal in appearance.
   Shotty subcentimeter mesenteric lymph nodes about the upper abdomen. No
   intra-abdominal mass or fluid collection.  Vascular structures are normal
in
   configuration.
   Pelvic organs are unremarkable.  No free pelvic fluid.  No pelvic or
inguinal
   lymphadenopathy.
   Soft tissues, muscles, and osseous structures are unremarkable.
   IMPRESSION:
   Focal colitis at the level of the hepatic flexure with proximal stool
retention
   and fecalization of small bowel.  Findings are nonspecific and may be
   representative of an acute infection or inflammatory etiology such as
Crohn's
   disease.  Clinical correlation is recommended.
   Note: Findings above were discussed with Dr.  Hardware, via telephone at
0450
   hours on 10/11/12. _____
   Electronically signed by resident: Dr. JOSEPH G MOLLURA Date: 10/11/12
   Time:07:22

   _____
   Electronically signed by:Dr. Jacqueline M Bernard Date: 10/11/12
Time:08:16
A/P Last Updated by COPSEY,HELEN C @ 24 Oct 2012 1002 EDT
1. Imaging Studies Nonspecific Abnormal Findings: CT concerning for colitis
and fecalization of SB ? radiographic artifact, constipation, acute vs.
chronic inflammation, stenosis. Colonoscopy with limited evaluation of right
colon, ICV, distal ileum. Recommend MRE for further evaluation of small bowel
as d/w Dr. Kikendall. He may ultimately require repeat colonoscopy, however
will await biopsy results prior to determining next steps. Patient voices
understanding/ agreement.
2. abdominal pain: Patient with long history of intermittent abdominal pain ?
due to IBS vs. dietary intolerance vs. inflammatory. Will proceed with
evaluation to r/o IBD, however if negative encouraged patient to continue f/u
with GI for management of chronic symptoms.
Disposition Last Updated by COPSEY,HELEN C @ 24 Oct 2012 1003 EDT
Released w/o Limitations
Follow up:  in the GI INFLAM BOWEL DIS BE clinic. - Comments: Will call pt
850-602-8501 after obtaining pathology and discussing need for repeat
colonoscopy with IBD staff.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential
Side Effects with Patient who indicated understanding. - Comments:
45 minutes face-to-face/floor time. >50% of appointment time spent counseling
and/or coordinating care.
Note Written by BROWN,CANDICE C @ 23 Oct 2012 0738 EDT

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Consult Order
Referring Provider: SALTER, CAROLYN A
Date of Request: 12 Oct 2012
Priority:  ASAP
Provisional Diagnosis:
IBD vs mass
Reason for Request:
27 y/o male w/ ascending colon inflammation s/p colonoscopy 12 OCT.  Pt
needsGI f/u to discuss results.
Signed By  COPSEY, HELEN C (PA-C, MSHS, WRAMC- GI Clinic) @ 24 Oct 2012 1003
Note Written by COPSEY,HELEN C @ 24 Oct 2012 1004 EDT
(Added after encounter was signed.)
PATH
PATH
Spoke with Dr. Barner re: patient's pathology results- not yet placed into
CHCS. Biopsies of left-colon show benign colonic mucosa, without active
inflammation, chronicity or architectural distortion.
Verified by: COPSEY,HELEN C        24 Oct 2012@1025

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ██ 1985  SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*15 Oct 2012 1543 GMT at WRNMMC by JORDAN, MARIA T.*

| | | | |
|---|---|---|---|
| Title: | Colonoscopy | Original Date: | 15 Oct 2012 1543 GMT |
| Document Type: | Study Report | AHLTA Entry Date: | 15 Oct 2012 1543 GMT |
| Facility: | WRNMMC | Document ID: | 5240682287 |
| Clinician: | JORDAN, MARIA T. | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 3030

## Medical Record

### Walter Reed National Military Medical Center
*Endoscopy Dept.*

| | | | |
|---|---|---|---|
| **Patient Name:** | Daniel Merwin | **Procedure Date:** | 10/12/2012 8:23 AM |
| **MRN:** | 20____ | **SSN:** | |
| **Date of Birth:** | ____1985 | **Admit Type:** | Inpatient |
| **Age:** | 27 | **Note Status:** | Finalized |
| **Attending MD:** | Michael McNally, MD | | |

| | |
|---|---|
| **Procedure:** | Colonoscopy |
| **Indications:** | Generalized abdominal pain |
| **Providers:** | Michael McNally, MD (Doctor), Tiffany Cox, MD (Fellow), Stephanie R. Raskulinecz, RN, Nickole R. Hooks, Technician |
| **Patient Profile:** | This is a 27 year old patient. |
| **Referring MD:** | |
| **Medicines:** | Fentanyl 150 mcgs, Versed 4 mgs |
| **Complications:** | No immediate complications. |

**Requesting Provider:**

**Procedure:**
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed.  The patient is competent.  The risks and benefits of the procedure and the sedation options and risks were discussed with the patient.  All questions were answered and informed consent was obtained.  Patient identification and proposed procedure were verified by the physician in the pre-procedure area.  Mental Status Examination: alert and oriented. Airway Examination: normal oropharyngeal airway and neck mobility. Respiratory Examination: clear to auscultation.  CV Examination: normal.  Prophylactic Antibiotics: The patient does not require prophylactic antibiotics.  Prior



The Colon

Anticoagulants: The patient has taken no previous anticoagulant or antiplatelet agents.  ASA Grade Assessment: II - A patient with mild systemic disease.  After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.  The anesthesia plan was to use moderate sedation / analgesia (conscious sedation).  Immediately prior to administration of medications, the patient was re-assessed for adequacy to receive sedatives.  The heart rate, respiratory rate, oxygen saturations, blood pressure, adequacy of pulmonary ventilation, and response to care were monitored throughout the procedure.  The physical status of the patient was re-assessed after the procedure.

After the risks of infection, bleeding, and perforation were explained to the patient, informed consent was obtained. A procedure team TIME OUT consisting of correct patient name, FMP and complete social security number, date of birth and procedure was conducted prior to the scope being passed under direct visualization. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously.  Medication reconciliation was performed.The colonoscopy was performed without difficulty.  The patient tolerated the procedure well.  The quality of the bowel preparation was good.

Post Anesthesia Evaluation:     No apparent anesthetic complications    The Colonoscope was introduced through the anus and advanced to.

**Findings:**

The perianal and digital rectal examinations were normal.

An area of congested mucosa was found in the descending colon.  This was biopsied with a cold forceps for histology.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page**

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

## Walter Reed National Military Medical Center
*Endoscopy Dept.*

| | | | |
|---|---|---|---|
| **Patient Name:** | Daniel Merwin | **Procedure Date:** | 10/12/2012 8:23 AM |
| **MRN:** | 20████ | **SSN:** | ████ |
| **Date of Birth:** | ████985 | **Admit Type:** | Inpatient |
| **Age:** | 27 | **Note Status:** | Finalized |
| **Attending MD:** | Michael McNally, MD | | |

An area of congested mucosa was found in the sigmoid colon.

**Add'l Images:**

      

1 Cecum        2 Cecum        3 Rectum        4 Ascending Colon

5 Ascending Colon

**Impression:**    - Congested mucosa in the descending colon.  This was biopsied.
                   - Congested mucosa in the sigmoid colon.

_____        _____
Michael McNally, MD                    Tiffany Cox, MD
10/12/2012 9:34:02 AM
**Number of Addenda:**    0
**Note Initiated On:**    10/12/2012 8:23:15 AM
**Procedure Date:**       10/12/2012 8:23:15 AM
**Scope Withdrawal Time:**
        11 Minutes 40 Seconds

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page**
1045

AR 3032

*29 Mar 2011 2052 GMT at  by*

| | | | |
|---|---|---|---|
| Title: | | Original Date: | 29 Mar 2011 2052 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 29 Mar 2011 1952 GMT |
| Facility: | | Document ID: | 4042153933 |
| Clinician: | | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  ZENT, JOHN W
Requesting Location:  NASP OPTOMETRY CLINIC
Order ID number:  110316-03593
MCP Referral #:  20110080617
No. of Visits:  5
Referral Authorized Until:  16 May 2011
Reason for Consult:
CRS, please eval peripheral retinal lesion OD for correct diagnosis and possib
le laser retinopexy.
Priority:  ROUTINE
Provisional Diagnosis:
Lattice peripheral retinal degeneration
ACV:
Reviewed Date/Time:  17 Mar 2011@15:20:00
Appoint Status:  APPOINT TO MTF
Appointment Review Comment:
Clinic will make appointment.
Reviewer:  CORDOVA, CARLOS

--------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  29 Mar 2011@13:30:00
Requesting HCP:  ZENT, JOHN W
Clinic:  OPHTHALMOLOGY CLINIC
Consulting HCP:  ROPP, CORBY D

Problem List:
Note:
Patient: MERWIN, DANIEL DENNIS
Date: 29 Mar 2011 1330 CDT
Appt Type: SPEC
Treatment Facility: NH Pensacola
Clinic: OPHTHALMOLOGY CLINIC
Provider: ROPP,CORBY D
Patient Status: Outpatient
Reason for Appointment:  PRK Screen
Appointment Comments:

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 3033

**Medical Record**

CJC
AutoCites Refreshed by ROPP,CORBY D @ 29 Mar 2011 1335 CDT
Problems
 Chronic:
   Dyspnea
   Skin neoplasm of uncertain behavior
   Removal of sutures
   Extrinsic asthma
   Folliculitis
   Rosacea
   Lattice peripheral retinal degeneration
   Myopia
   Allergic rhinitis
   Visit for: occupational health/fitness exam
   Parent education about immunizations
   Visit for: military services physical
   Exposure to venereal disease
   Inquiry and counseling about contraceptive practices
   Visit for: administrative purposes
 Family History
No Family History Found.
 Allergies
   OTHER: Unknown (SEE MED RECORD)
Active Medications
Active Medications
Status
Sig
Refills Left
Last Filled
CETIRIZINE HCL, 10 MG, TABLET, ORAL
Active
T1 TAB PO HS #30 RF5
5 of 5
24 Jan 2011
Fluticasone Propionate 0.05%, Spray, Nasal
Active
INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3
3 of 3
24 Jan 2011
Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device,
Inhalation
Active
INHALE 1 PUFF ORALLY BID #1 RF1
0 of 1
24 Jan 2011
KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL
Active
USE ON TRUNK AND SCALP BID AS DIRECTED
4 of 4
13 Oct 2010
Non-Formulary Drug Request (NFDR) Device Not Specified Miscellaneous
Active
KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2
RF4
4 of 4

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

13 Oct 2010
Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA
Active
INH 2 PF PO Q4H FOR WHEEZING #1 RF1
1 of 1
01 Sep 2010
FEXOFENADINE HCL, 180 MG, TABLET, ORAL
Active
T1 TAB PO QD F ALLERGIES UD #30 RF2
2 of 2
25 Aug 2010
Cetaphil/Aquanil Cleanser Lotion Topical
Active
INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6
6 of 6
20 Jul 2010
A/P Written by ROPP,CORBY D @ 29 Mar 2011 1446 CDT
1. visit for: preoperative exam: The risks and benefits and CRS alternatives
eligible for this patient were discussed including PRK/LASIK options.
PRK was discussed as use of a brush to create a large abrasion like defect
which will take several days to heal with aid of a CL.  Potential of
pain/discomfort was mentioned.  Risks of haze which may cause loss of best
vision was discussed.  Significantly slower visual recovery than LASIK (up to
6 months) worsening of dry eye or causing dry eye, and infection were
discussed.  Glare and halos, new dry eye that may persist for 6 months or
longer was mentioned.  The use of MMC as surgeon preference in order to
minimize risk of corneal haze development was discussed as well as it's
unknown long -term affects on the cornea and that it is not FDA approved for
CRS.  It was mentioned that the Navy has a long history of successful
application of MMC with much less haze formation and minimal side effects.
The LASIK option was discussed as creation of a corneal flap which
establishes a thinner corneal structure than PRK, but faster and less painful
visual recovery.  The lesser risk of haze was mentioned.  The potential for
re-lifting the flap if necessary for debri, folds, or re-treatment and risk
for epithelial down-growth was discussed.  The risk of flap dislocation
although small was discussed.  The risk for flap infection although small was
discussed. The risk of worsening or creation of dry eye symptoms due to the
corneal incision, as well as glare and halos at night during the healing
process were discussed.  The risk of worsened dry eye with age was also
discussed, and that its long-term affects not known.  The risk for multiple
suction loss events, even during flap creation w/ potential for resultant
aberrations was discussed.
It was mentioned that people who have either PRK or LASIK are generally happy
and most would recommend to a friend w/  a few exceptions
After a discussion of the risks and benefits the patient elected to have PRK
with MMC application.
 Procedure(s):
-Ophthalmological New Patient Start Comprehensive Care x 1
-Determination Of Refractive State x 1
-Corneal Pachymetry Both Eyes x 1
-Scanning Computerized Ophthalmic Diagnostic Imaging Anterior Segment,
Unilateral x 2 (50-BILATERAL PROCEDURE) - Wavescan, low RMS, okay for
Allegretto
PentaCam - nl A/P floats and Belin-Ambrosio scans ou - Hard copy on file on
system - no printer ink

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985  SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

-Computerized Corneal Topography x 1
2. REFRACTIVE ERROR - MYOPIA
Disposition Written by ROPP,CORBY D @ 29 Mar 2011 1446 CDT
Released w/o Limitations
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential
Side Effects with Patient who indicated understanding.
Note Written by CORDOVA,CARLOS @ 29 Mar 2011 1219 CDT
Consult Order
Referring Provider: ZENT, JOHN W
Date of Request: 16 Mar 2011
Priority:  Routine
Provisional Diagnosis:
Lattice peripheral retinal degeneration
Reason for Request:
Clinic will make appointment.CRS, please eval peripheral retinal lesion OD
for correct diagnosis and possible laser retinopexy.
Signed By  ROPP, CORBY D (Corby D. Ropp, USN, LCDR, 81st Medical Group,
Refractive Surgery) @ 29 Mar 2011 1447
Verified by: ROPP,CORBY D          29 Mar 2011@1452

| Merwin, Daniel Dennis | DOB:■ ■■■ 1985  SSN: ***-**-■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page**
1049

AR 3036

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*25 Mar 2011 1831 GMT at  by*

| | | | |
|---|---|---|---|
| Title: | | Original Date: | 25 Mar 2011 1831 GMT |
| Document Type: | Consultation | AHLTA Entry Date: | 25 Mar 2011 1731 GMT |
| Facility: | | Document ID: | 4035106101 |
| Clinician: | | | |

CONSULT REPORT

--------------------------------------------------------------------------------------------------------------------------------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  LEWIS, CHRISTOPHER T
Requesting Location:  PULMONARY DISEASE CLINIC
Order ID number:  110216-01478
MCP Referral #:  20110050565
No. of Visits:  1
Referral Authorized Until:  18 Mar 2011
Reason for Consult:
Pt is a 26 yo male with chest tightness and dyspnea.  Please evaluate with bas
eline PFTs and a methacholine challange study if necessary to rule out asthma.
Priority:  ROUTINE
Provisional Diagnosis:
difficulty breathing (dyspnea)
ACV:
Reviewed Date/Time:  17 Feb 2011@08:32:00
Appoint Status:  APPOINT TO MTF
Appointment Review Comment:
clinic will schedule.  Per Ms Mcgee.
Reviewer:  ALLEN, SARAH H

--------------------------------------------------------------------------------------------------------------------------------------------------------------------

CONSULT RESULT

Appointment Date:  17 Mar 2011@13:00:00
Requesting HCP:  LEWIS, CHRISTOPHER T
Clinic:  PULMONARY FUNCTION LAB
Consulting HCP:  LEWIS, CHRISTOPHER T

Problem List:
Note:
Patient: MERWIN, DANIEL DENNIS
Date: 17 Mar 2011 1300 CDT
Appt Type: PROC$
Treatment Facility: NH Pensacola
Clinic: PULMONARY FUNCTION LAB
Provider: LEWIS,CHRISTOPHER T
Patient Status: Outpatient
Reason for Appointment:  difficulty breathing (dyspnea)
Appointment Comments:

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.              Page
1050

AR 3037

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

LHM
A/P Last Updated by MCGEE,LINDA H @ 24 Mar 2011 1225 CDT
1. difficulty breathing (dyspnea)
 Procedure(s):
-Special Dr. Services Analysis Of Computerized Data x 1
-Pulse Oximetry x 1
-Pulmonary Function MVV x 1
-Pulmonary Function FRC (% Predicted Normal) x 1
-Pulmonary Function Carbon Monoxide Diffusion % (DLCO) x 1
-Bronchial Challenge With Methacholine x 1
-Spirometry Pre-bronchodilator x 1
-Spirometry Post-bronchodilator x 1
Disposition Last Updated by MCGEE,LINDA H @ 24 Mar 2011 1225 CDT
Released w/o Limitations
Note Written by DAW,PAMELA J @ 17 Mar 2011 1300 CDT
Consult Order
Referring Provider: LEWIS, CHRISTOPHER T
Date of Request: 16 Feb 2011
Priority:  Routine
Provisional Diagnosis:
difficulty breathing (dyspnea)
Reason for Request:
clinic will schedule.  Per Ms Mcgee.Pt is a 26 yo male with chest tightness
and dyspnea.  Please evaluate with baseline PFTs and a methacholine challange
study if necessary to rule out asthma.
Note Written by MCGEE,LINDA H @ 24 Mar 2011 1224 CDT
Signed By  LEWIS, CHRISTOPHER T (Physician, NH Pensacola FL) @ 25 Mar 2011
1117
Verified by: Christopher T. Lewis      25 Mar 2011@1231

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page**
1051

AR 3038

**Medical Record**

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*16 Feb 2011 1552 GMT at  by*

Title:
Document Type:        Consultation
Facility:
Clinician:

Original Date:        16 Feb 2011 1552 GMT
AHLTA Entry Date:     16 Feb 2011 1552 GMT
Document ID:          3954332842

CONSULT REPORT

----------------------------------------------------------------------------------------------------
----------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  BROWN, TRAVIS SCOTT
Requesting Location:  DEPLOYMENT HEALTH CLINIC
Order ID number:  110208-01279
MCP Referral #:  20110041136
No. of Visits:  1
Referral Authorized Until:  10 Mar 2011
Reason for Consult:
25 yo AD male has a history of childhood asthma, with improvement in symptoms
as he reached adulthood.  However he continues to have problems with tightness
 in his chest on occasion.   States some things in the environment (dogs and c
ats for example) trigger his symptoms and may last for days.  Denies any probl
ems with routine exercise.  He has been taking Zyrtec and Flonase daily howeve
r do not seem to be very effective.  He was recently given Albuterol and Advai
r inhaler which he uses prn with good results.   Please evaluate, treat and le
t me know his deployment status.  Are there other environmental factors that c
ould be an issue while on deployment.  thank you.  contact phone # 850 292 714
9
Priority:  ROUTINE
Provisional Diagnosis:
ASTHMA EXTRINSIC
ACV:
Reviewed Date/Time:  09 Feb 2011@11:03:00
Appoint Status:  APPOINT TO MTF
Appointment Review Comment:
LVM ON CELL PHONE
Reviewer:  MARVIN, MELISSA A

----------------------------------------------------------------------------------------------------
----------------------------------------

CONSULT RESULT

Appointment Date:  16 Feb 2011@08:30:00
Requesting HCP:  BROWN, TRAVIS SCOTT
Clinic:  PULMONARY DISEASE CLINIC
Consulting HCP:  LEWIS, CHRISTOPHER T

Problem List:
Note:
Patient: MERWIN, DANIEL DENNIS
Date: 16 Feb 2011 0830 CST
Appt Type: SPEC

| Merwin, Daniel Dennis | DOB: ████ 1985 | SSN: ***-**-████ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          **Page**
1052

AR 3039

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

Treatment Facility: NH Pensacola
Clinic: PULMONARY DISEASE CLINIC
Provider: LEWIS,CHRISTOPHER T
Patient Status: Outpatient
Reason for Appointment:  ASTHMA EXTRINSIC/CTD/MED/REC/15/PULMN
Appointment Comments:
CAC-CN
Screening Written by LEE,BRANDON G @ 16 Feb 2011 0803 CST
Reason For Appointment: ASTHMA EXTRINSIC/CTD/MED/REC/15/PULMN
Allergen information verified by LEE, BRANDON G @ 16 Feb 2011 0803 CST
Vitals
Vitals Written by LEE,BRANDON G @ 16 Feb 2011 0803 CST
 BP: 123/74, HR: 85, RR: 15, HT: 69 in, WT: 157 lbs, SpO2: 98%, BMI: 23.18,
BSA: 1.864 square meters,
 Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free
SO Note Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0905 CST
Chief complaint
The Chief Complaint is: Chest tightness.
History of present illness
 The Patient is a 26 year old male.
 He reported: General overall feeling Good
.
 No military duty-related information  - (Not on PRP/SCI/PSP).  No depression
Screen:  Negative PHQ-2  (Score < 3).
Pt is a 26 yo male with a history of allergies and childhood asthma.  He
notes a history of asthma in childhood which was associated with allergic
symptoms.  He remarks on 1 hospitalization for his asthma as a child but none
since.  Since the age of 8 he has been donig well and was not maintained on
any inhalers.  He is very active and is an active marathoner.  Recently he
has noted increased symptoms of chest tightness associated with exposure to
cats and dogs.  He was briefly treated with advair, but is currently being
maintained on zyrtec and flonase as well as allergen avoidance with excellent
control of his symptoms.  He will have onec weekly chest tightness and
albuterol use, but is otherwise doing well, and recently completed a
marathon.  He presents for routine follow up.
 Pain Severity   0 / 10.
Past medical/surgical history
Reported History:
Past Medical History:
1) childhood asthma
2) allergies.
Medical: Reported medical history N/A.
Surgical / procedural: Surgical / procedural history 1) T&A.
Reported medications: Medication history Zrytec t1 tab po qd
Flonase.
Personal history
-Tob: none
-EtOH: none
Originally from California.  Lived in PA and NJ.  USN for 5 years.  Works as
a cryptologist.  Deployed to Japan recently, but no other travel or
occupational exposure. .
Behavioral history: Never a smoker  / Never Used Tobacco Products.
Alcohol: No consumption of alcohol.
Habits: Exercising regularly  (Engaged in Routine / Regular Activity to
Improve Your Health)

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

.
Family history
 Family medical history N/A.
Review of systems
Military service: Visit is not deployment-related  Location:
          Date:
Systemic symptoms: Not feeling tired or poorly, not tiring easily, and no
lethargy.  No fever and no chills.
Pulmonary symptoms: No dyspnea, not coughing up sputum, no hemoptysis, and no
wheezing.
Gastrointestinal symptoms: No heartburn, no nausea, and no vomiting.
Physical findings
Vital signs:
  Current vital signs reviewed.
General appearance:
  Well-appearing.   Awake.   Alert.   In no acute distress.
Neck:
Palpation:   Of the neck revealed no abnormalities.
Nose:
General/bilateral:
Nasal Discharge:   No nasal discharge seen.
Sinus Tenderness:   No sinus tenderness.
Pharynx:
Oropharynx:   Uvula was not enlarged.    Tonsils were not enlarged.
Lymph Nodes:
  Cervical lymph nodes were not enlarged.    Supraclavicular lymph nodes were
not enlarged.
Lungs:
  No wheezing was heard.   No rhonchi were heard.    No prolonged expiratory
time.    No rales/crackles were heard.
Cardiovascular system:
Jugular Venous Pressure:   JVP was normal.
Jugular Venous Distention:   JVD not increased.
Heart Rate And Rhythm:   Normal.
Heart Sounds:   S1 normal.   S2 normal.   No S3 heard.   No S4 heard.
No pericardial friction rub heard.
Murmurs:   No murmurs were heard.
Abdomen:
Palpation:   Abdomen was not soft.   No abdominal tenderness.
Skin:
  No generalized cyanosis.
A/P Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0930 CST
1. difficulty breathing (dyspnea): Pt is a 26 yo male with a history of
childhood asthma and allergy type symptoms.  His clinical history is
suggestive of mild intermittent asthma, and his symptoms are under excellent
control with control of his allergies with zyrtec and flonase.  He will
continue on these medications and prn albuterol for now, and will be referred
for baseline PFTs and methacholine challenge study to definitive rule in/out
asthma.  Even with a positive study, his symptoms are under excellent control
on his current therapy, and if needed he can be successful controlled with an
inhaled steroid.  He is highly functional, and even if a diagnosis of asthma
is established this in no way should inpact upon his fitness for duty.  He is
currently fit for duty and fit for world wide deployment.  He will follow up
in 3-4 weeks to review the results of his PFTs.
 Consult(s):

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985  SSN: ***-**-███ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page
1054

AR 3041

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

-Referred To: PULMONARY FUNCTION STUDIES (Routine) Specialty: PULMONARY
DISEASE Clinic: PULMONARY FUNCTION LAB Primary Diagnosis: difficulty
breathing (dyspnea)
Disposition Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0931 CST
Released w/o Limitations
Administrative Options: Consultation requested
Note Written by AEPPLI,CAROL @ 16 Feb 2011 0755 CST
Consult Order
Referring Provider: BROWN, TRAVIS S
Date of Request: 08 Feb 2011
Priority:  Routine
Provisional Diagnosis:
ASTHMA EXTRINSIC
Reason for Request:
LVM ON CELL PHONE25 yo AD male has a history of childhood asthma, with
improvement in symptoms as he reached adulthood.  However he continues to
have problems with tightness in his chest on occasion.   States some things
in the environment (dogs and cats for example) trigger his symptoms and may
last for days.  Denies any problems with routine exercise.  He has been
taking Zyrtec and Flonase daily however do not seem to be very effective.  He
was recently given Albuterol and Advair inhaler which he uses prn with good
results.   Please evaluate, treat and let me know his deployment status.  Are
there other environmental factors that could be an issue while on deployment.
 thank you.  contact phone # 850 292 7149
Signed By  LEWIS, CHRISTOPHER T (Physician, NH Pensacola FL) @ 16 Feb 2011
0931

_____

_____
CHANGE HISTORY
The following SO Note Was Overwritten by LEWIS,CHRISTOPHER T @ 16 Feb 2011
0905 CST:
SO Note Written by LEE,BRANDON G @ 16 Feb 2011 0806 CST
Chief complaint
The Chief Complaint is: ASTHMA.
History of present illness
 The Patient is a 26 year old male.
 He reported: General overall feeling Good
 .
 No military duty-related information  - (Not on PRP/SCI/PSP).  No depression
Screen:  Negative PHQ-2  (Score < 3).
 Pain Severity   0 / 10.
Past medical/surgical history
Reported History:
Medical: Reported medical history N/A.
Surgical / procedural: Surgical / procedural history N/A.
Reported medications: Medication history Zrytec t1 tab po qd
Flonase.
Personal history
Behavioral history: Never a smoker  / Never Used Tobacco Products.
Alcohol: No consumption of alcohol.
Habits: Exercising regularly  (Engaged in Routine / Regular Activity to
Improve Your Health)
.
 Family history
 Family medical history N/A.

| Merwin, Daniel Dennis | DOB: ■■■ 1985 | SSN: ***-**-■■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579).  UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page
1055

AR 3042

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

Review of systems
Military service: Visit is not deployment-related  Location:
                Date:
Verified by: Christopher T. Lewis        16 Feb 2011@0952

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

| | | | |
|---|---|---|---|
| Merwin, Daniel Dennis | DOB: ███ 1985 | SSN: ***-**-██ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*20 Jul 2010 2204 GMT at  by*

Title:
Document Type:         Consultation
Facility:
Clinician:

Original Date:             20 Jul 2010 2204 GMT
AHLTA Entry Date:      20 Jul 2010 2204 GMT
Document ID:              3506040982

CONSULT REPORT

---------------------------------------------------------------------------------------------------------------------
--------------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  GUNTER, ROGER WILLIAM
Requesting Location:  CORRY PRIME CARE
Order ID number:  100614-01665
MCP Referral #:  20100165780
No. of Visits:  1
Referral Authorized Until:  13 Jul 2010
Reason for Consult:
25 yo male active duty member with 9 months of facial break outs - pustules, p
apules on forehead, nose and cheeks with any sun exposure.  Patient has tried
every sun screen he knows but every time he goes out to the beach or has any o
utdoor time for 4 or more hours he'll break out.  Clears after about 2-4 days
but comes back every time he gets sun exposure.  It has some features of Rosac
ea but a very unusual onset and resolution.  Please evaluate and treat definit
ively.
Priority:  ROUTINE
Provisional Diagnosis:
ROSACEA
ACV:
Reviewed Date/Time:  15 Jun 2010@10:12:00
Appoint Status:  APPOINT TO MTF
Appointment Review Comment:
1ST L/M ON VM
Reviewer:  HOLLINS, ERICA

---------------------------------------------------------------------------------------------------------------------
--------------------------------------------

CONSULT RESULT

Appointment Date:  20 Jul 2010@09:20:00
Requesting HCP:  GUNTER, ROGER WILLIAM
Clinic:  DERMATOLOGY CLINIC
Consulting HCP:  SMITH, ERIC P

HCDP:  152-TRICARE OVERSEAS PRIME INDIVIDUAL COVERAGE FOR ACTIVE DUTY SPONSORS
Problem List:
Note:
Patient: MERWIN, DANIEL DENNIS
Date: 20 Jul 2010 0920 CDT
Appt Type: SPEC
Treatment Facility: NH Pensacola
Clinic: DERMATOLOGY CLINIC

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Provider: SMITH,ERIC P
Patient Status: Outpatient
Reason for Appointment:  ROSACEA/DERM-NHP/MED LIST/CTD/20/RECORDS/UNIFORM
Appointment Comments:
CAC-EH
AutoCites Refreshed by SMITH,ERIC P @ 20 Jul 2010 0948 CDT
Problems
 Chronic:
   Rosacea
   Lattice peripheral retinal degeneration
   Myopia
   Allergic rhinitis
   Visit for: occupational health/fitness exam
   Parent education about immunizations
   Visit for: military services physical
   Exposure to venereal disease
   Visit for: administrative purposes
   Inquiry and counseling about contraceptive practices
 Allergies
   OTHER: Unknown (SEE MED RECORD)
 Active Medications
Active Medications
Status
Sig
Refills Left
Last Filled
Sodium Fluoride, Cream, Dental
Active
BRUSH FOR 5 MINUTES BEFORE BEDTIME.  DO NOT RINSE. #2 RF3
3 of 3
18 Sep 2009
SO Note Written by SMITH,ERIC P @ 20 Jul 2010 1115 CDT
Chief complaint
The Chief Complaint is: Rosacea.
Referred here
Referred by:
History of present illness
 The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None. Barriers considered were
social; cultural; emotional; motivational; physical; religious; cognitive and
language.
 In the Navy and currently on active duty.  Visit is not deployment-related
/deployment-related.  Paygrade E5.
Presents for evaluation of her recurrent rash that has been occurring over
the past two summers.  He states that when he spends time in the sun and
especially in the water he will develop crops of pustules across his
forehead, cheeks, and somewhat on his back and chest.  These are typically
painful and he tends to puncture these or pick them.  He did that this
morning and does not have any significant acute lesions.  He denies breakouts
on other sun exposed areas of his skin.
He has tried many different types of sunscreens, but most recently used a
baby sunscreen that one time helped prevent a breakout and the other time did
not.
He does not take medications regularly, though occasionally takes Aleve.
He does relate that he had MRSA 3 times, and has been using an antibacterial

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

soap on all of his skin since April of 2009.
Allergies
Allergy information in Autocite area was reviewed and verified with patient.
.
Current medication
Pt is not taking meds at this time.
Past medical/surgical history
Reported History:
Reported medications: Medication history including current prescription
medications; over-the-counter medications; nutraceuticals; herbals;
supplements and medications not included in AHLTA were reviewed with patient
in detail.
.
Personal history
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
Physical findings
Vital signs:
  Pain level (0-10): Reviewed.
  Current vital signs reviewed.
General appearance:
  Well-appearing.    Alert.    Oriented to time, place, and person.    Well
nourished.    Well hydrated.
Skin:
  Lesions: See add note for details.
Also noted to have very fair skin and fairly moderate photo damage with
hundreds of ephelids.    General appearance was normal.
Therapy
  No herbal medicines.
Counseling/Education
Education appropriate to the patients needs was provided regarding the
care/treatment/services provided.  The patient voices understanding and all
questions were answered.
.
A/P Last Updated by SMITH,ERIC P @ 20 Jul 2010 1643 CDT
1. FOLLICULITIS: Appears to developing pustules of unclear etiology.  The
sudden onset following sun exposure may point towards a photosensitive
reaction which could be photo drug or photo toxic or photoallergic.  He only
takes Aleve occasionally, and this could be a potential cause of
pseudo-porphyria though he has no lesions on the back of his hands and no
milia.  It would be atypical for acne, even though he complains of
blackheads, as the sun tends to be more immunosuppressive rather than causing
acne breakouts.
He may have a reaction to sunscreen products, though states that he is broken
out even when not wearing sunscreen.  There does not appear to be a likely
interaction between water in his skin.  These lesions are not urticarial.
There may be a relationship to him starting his antibacterial soap and the
onset of this rash.  Discussed the importance of good skin care without
damaging the surface.
Pitryosporum folliculitis is also in the differential diagnosis.
Recommended:
Stop antibacterial soap.

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    Page
1059

AR 3046

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-███   DoD ID: 1286180538       Created: 16 Aug 2017

Start Dove or Cetaphil for washing his body.
They tried different sunscreens on his skin to see if there is a relationship
between outbreaks.
Return 3 to 6 weeks for reevaluation
 Medication(s):
-CETAPHIL (AQUANIL)CLNSR 240ML --TOP SOAP - INSTEAD OF SOAP UD (BUT THE BEST
SOAP IS NO SOAP) #2 RF6 Qt: 2 Rf: 6
Disposition Written by SMITH,ERIC P @ 20 Jul 2010 1645 CDT
Released w/o Limitations
Follow up: 2 to 6 week(s) in the DERMATOLOGY CLINIC clinic or sooner if there
are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential
Side Effects with Patient who indicated understanding.
Note Written by NEWTON,TYLER JEROME @ 20 Jul 2010 0916 CDT
Consult Order
Referring Provider: GUNTER, ROGER WILLIAM
Date of Request: 14 Jun 2010
Priority:  Routine
Provisional Diagnosis:
ROSACEA
Reason for Request:
1ST L/M ON VM25 yo male active duty member with 9 months of facial break outs
- pustules, papules on forehead, nose and cheeks with any sun exposure.
Patient has tried every sun screen he knows but every time he goes out to the
beach or has any outdoor time for 4 or more hours he'll break out.  Clears
after about 2-4 days but comes back every time he gets sun exposure.  It has
some features of Rosacea but a very unusual onset and resolution.  Please
evaluate and treat definitively.
Note Written by NEWTON,TYLER JEROME @ 20 Jul 2010 1154 CDT
Signed By  SMITH, ERIC P (Physician, NH Pensacola FL) @ 20 Jul 2010 1646

_____

_____
CHANGE HISTORY
The following SO Note Was Overwritten by SMITH,ERIC P @ 20 Jul 2010 1115 CDT:
SO Note Written by MATTHEWS,KARLA M @ 20 Jul 2010 0923 CDT
Chief complaint
The Chief Complaint is: Rosacea.
Referred here
Referred by:
History of present illness
 The Patient is a 25 year old male  Source of patient information was patient.
Barriers to learning were identified as:  None. Barriers considered were
social; cultural; emotional; motivational; physical; religious; cognitive and
language.
 In the Navy and currently on active duty.  Visit is not deployment-related
/deployment-related.  Paygrade E5.
Allergies
Allergy information in Autocite area was reviewed and verified with patient.
.
Current medication
Pt is not taking meds at this time.
Past medical/surgical history
Reported History:
Reported medications: Medication history including current prescription
medications; over-the-counter medications; nutraceuticals; herbals;

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page

**Medical Record**

| Merwin, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

supplements and medications not included in AHLTA were reviewed with patient in detail.
.
Personal history
: Reviewed.
Behavioral history: Caffeine use.  No tobacco use.
Alcohol: Alcohol use.
Drug use: Not using drugs.
Habits: Exercising regularly.
Physical findings
Vital signs:
  Pain level (0-10): Reviewed.
  Current vital signs reviewed.
General appearance:
  Well-appearing.   Alert.   Oriented to time, place, and person.   Well nourished.   Well hydrated.
Therapy
  No herbal medicines.
Counseling/Education
Education appropriate to the patients needs was provided regarding the care/treatment/services provided.  The patient voices understanding and all questions were answered.
.
Verified by: ERIC P. SMITH, CDR, MC, USN20 Jul 2010@1704

| Merwin, Daniel Dennis | DOB: ■■ 1985 | SSN: ***-**-■■ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
1061
Page

AR 3048

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▮▮ 1985 | SSN: ***-**-▮ | DoD ID: 1286180538 | Created: 16 Aug 2017 |

*24 Dec 2005 0302 GMT at  by*

Title:                                      Original Date:           24 Dec 2005 0302
                                                                    GMT

Document Type:    Consultation            AHLTA Entry Date:       24 Dec 2005 0302
                                                                    GMT

Facility:                                  Document ID:            740509843
Clinician:

CONSULT REPORT

----------------------------------------------------------------------------------------------------------------
-----------------------------------------

Order Request for MERWIN, DANIEL

Requesting HCP:  ARTATES, NEMESIA F
Requesting Location:  COURAGE (WHITE) 1007
Order ID number:  051122-02775
MCP Referral #:  20050168555
No. of Visits:  1
Referral Authorized Until:  20 Dec 2005
Reason for Consult:
20y/o male SR dot 2-5 with hx of intermittent abdominal pain 4-5 yrs
EPTE,sometimes triggered by food intake.Then had rectal bleeding Nov
19th.,seen by surgery,had normal sigmoidoscopy to proximal transverse colon
and mild internal hemorrhoids.Also pt has hx of easy bruising with low
platelet.PT,PTT,Bleeding Time _Pending.For further eval and FFD status.Thank
you
Priority:  ROUTINE
Provisional Diagnosis:
Internal Hemorrhoids/Thrombocytopenia with easy bruising
ACV:
Reviewed Date/Time:  23 Dec 2005@21:02:00
Appoint Status:  ADMIN CLOSURE - 30 DAY AUTO
Appointment Review Comment:
This referral/consult order has been administratively closed. It has been
30 days or greater since it was ordered, and has no related appointment.
Reviewer:  POSTMASTER,

----------------------------------------------------------------------------------------------------------------
-----------------------------------------

CONSULT RESULT

Appointment Date:
Requesting HCP:  ARTATES, NEMESIA F
Clinic:  INTERNAL MEDICINE 200H
Consulting HCP:  ,

Problem List:
Note:
This referral/consult order has been administratively closed. It has been
30 days or greater since it was ordered, and has no related appointment.
Administratively Closed on 23 Dec 2005

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

***** End of Clinical Notes *****

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page**
1063

AR 3050

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 16 Aug 2017

# Vitals

Date: 08 Aug 2017  Facility: WRNMMC  Clinician: JONES, ANDRUW

| Type | Value | Units |
|------|-------|-------|
| SBP | 127 | mmHg |
| DBP | 86 | mmHg |
| HR | 78 | beats/min |
| WT | 160 | Pounds |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 07 Aug 2017  Facility: WRNMMC  Clinician: JASLIN, ALFREDO E

| Type | Value | Units |
|------|-------|-------|
| SBP | 123 | mmHg |
| DBP | 80 | mmHg |
| HR | 81 | beats/min |
| RR | 12 | breaths/min |
| T | 98.1 | Fahrenheit |
| HT | 69 | Inches |
| WT | 160 | Pounds |
| BMI | 23.63 | kg/mm |
| BSA | 1.88 | square meters |
| Oxygen Saturation | 96 | Percent Saturation |
| Pain Scale | 3/10 | Adult |
| Pain Scale Comments | Stomach | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 27 Jul 2017  Facility: WRNMMC  Clinician: WESLEY, LATASHA

| Type | Value | Units |
|------|-------|-------|
| SBP | 118 | mmHg |
| DBP | 78 | mmHg |
| HR | 86 | beats/min |
| RR | 18 | breaths/min |
| T | 98 | Fahrenheit |
| HT | 69 | Inches |
| WT | 171 | Pounds |
| BMI | 25.25 | kg/mm |
| BSA | 1.93 | square meters |
| Oxygen Saturation | 100 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Weight with shoes. | |

Date: 27 Jul 2017  Facility: WRNMMC  Clinician: WONG, CHARMIN A

| Type | Value | Units |
|------|-------|-------|
| SBP | 128 | mmHg |

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███     DoD ID: 1286180538          Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.                    **Page**
1064

**Medical Record**

Merwin, Daniel Dennis      DOB: ███  1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 16 Aug 2017

| Type | Value | Units |
|------|-------|-------|
| DBP | 79 | mmHg |
| HR | 76 | beats/min |
| HT | 69 | Inches |
| WT | 162 | Pounds |
| BMI | 23.92 | kg/mm |
| BSA | 1.89 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 18 Jul 2017  Facility: WRNMMC  Clinician: FOX, THOMAS J

| Type | Value | Units |
|------|-------|-------|
| SBP | 112 | mmHg |
| DBP | 66 | mmHg |
| HR | 74 | beats/min |
| RR | 18 | breaths/min |
| T | 97.1 | Fahrenheit |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 13 Jul 2017  Facility: WRNMMC  Clinician: BANGURA, JOHN A

| Type | Value | Units |
|------|-------|-------|
| SBP | 124 | mmHg |
| DBP | 82 | mmHg |
| HR | 78 | beats/min |
| RR | 18 | breaths/min |
| T | 98.3 | Fahrenheit |
| HT | 69 | Inches |
| WT | 78.6 | kg |
| BMI | 25.59 | kg/mm |
| BSA | 1.94 | square meters |
| Oxygen Saturation | 95 | Percent Saturation |
| Pain Scale | 2/10 | Adult |
| Pain Scale Comments | STOMACH | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 12 Jul 2017  Facility: WRNMMC  Clinician: THOMAS, LAUREN A

| Type | Value | Units |
|------|-------|-------|
| HT | 69 | Inches |
| WT | 178 | Pounds |
| BMI | 26.29 | kg/mm |
| BSA | 1.97 | square meters |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 10 Jul 2017  Facility: WRNMMC  Clinician: TOBAR, EDEN

| Type | Value | Units |
|------|-------|-------|

Merwin, Daniel Dennis      DOB: ███  1985  SSN: ***-**-███      DoD ID: 1286180538      Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

1065                                                                                              Page

AR 3052

**Medical Record**

Merwin, Daniel Dennis    DOB: ███  1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

| | | |
|---|---|---|
| SBP | 130 | mmHg |
| DBP | 86 | mmHg |
| HR | 81 | beats/min |
| T | 98.8 | Fahrenheit |
| Comments: | vitals taken by clinic enlisted staff | |

Date: 19 Jun 2017  Facility: WRNMMC  Clinician: GRIFFIN, GERALDINE

| Type | Value | Units |
|---|---|---|
| SBP | 132 | mmHg |
| DBP | 87 | mmHg |
| HR | 81 | beats/min |
| RR | 20 | breaths/min |
| T | 98.5 | Fahrenheit |
| HT | 69 | Inches |
| WT | 178.5 | Pounds |
| BMI | 26.36 | kg/mm |
| BSA | 1.97 | square meters |
| Oxygen Saturation | 97 | Percent Saturation |
| Pain Scale | 3/10 | Adult |
| Pain Scale Comments | Abdomen. | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | 4-5 per week. | None |
| Comments: | | |

Date: 12 Jun 2017  Facility: WRNMMC  Clinician: GRIFFIN, GERALDINE

| Type | Value | Units |
|---|---|---|
| SBP | 127 | mmHg |
| DBP | 82 | mmHg |
| HR | 86 | beats/min |
| RR | 20 | breaths/min |
| T | 98.3 | Fahrenheit |
| HT | 69 | Inches |
| WT | 180.7 | Pounds |
| BMI | 26.68 | kg/mm |
| BSA | 1.98 | square meters |
| Oxygen Saturation | 97 | Percent Saturation |
| Pain Scale | 3/10 | Adult |
| Pain Scale Comments | Abdomen. | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | 2-3 days a week. | None |
| Comments: | | |

Date: 12 Jun 2017  Facility: WRNMMC  Clinician: GRIFFIN, GERALDINE

| Type | Value | Units |
|---|---|---|
| SBP | 127 | mmHg |
| DBP | 82 | mmHg |
| HR | 86 | beats/min |
| RR | 20 | breaths/min |
| T | 98.3 | Fahrenheit |
| HT | 69 | Inches |
| WT | 180.7 | Pounds |
| BMI | 26.68 | kg/mm |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

| | | |
|---|---|---|
| BSA | 1.98 | square meters |
| Oxygen Saturation | 97 | Percent Saturation |
| Pain Scale | 3/10 | Adult |
| Pain Scale Comments | Abdomen. | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | 2-3 days a week. | None |
| Comments: | | |

Date: 07 Jun 2017  Facility: WRNMMC  Clinician: PROVENCIO, ELISHA S.

| Type | Value | Units |
|---|---|---|
| SBP | 129 | mmHg |
| DBP | 75 | mmHg |
| HR | 75 | beats/min |
| RR | 16 | breaths/min |
| HT | 69 | Inches |
| WT | 168 | Pounds |
| BMI | 24.81 | kg/mm |
| BSA | 1.92 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | no anti-histamines in last 7 days or more | |

Date: 25 May 2017  Facility: WRNMMC  Clinician: ACKERMAN, JOI D

| Type | Value | Units |
|---|---|---|
| SBP | 124 | mmHg |
| DBP | 83 | mmHg |
| HR | 74 | beats/min |
| RR | 16 | breaths/min |
| HT | 69 | Inches |
| WT | 165 | Pounds |
| BMI | 24.37 | kg/mm |
| BSA | 1.9 | square meters |
| Oxygen Saturation | 96 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 17 May 2017  Facility: WRNMMC  Clinician: KAMARA, KADIDJA B

| Type | Value | Units |
|---|---|---|
| SBP | 116 | mmHg |
| DBP | 78 | mmHg |
| HR | 85 | beats/min |
| RR | 18 | breaths/min |
| T | 98.4 | Fahrenheit |
| HT | 69 | Inches |
| WT | 82.2 | kg |
| BMI | 26.76 | kg/mm |
| BSA | 1.98 | square meters |
| Oxygen Saturation | 98 | Percent Saturation |
| Pain Scale | 6/10 | Adult |
| Pain Scale Comments | Tooth  and facial pain | Adult |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

| Tobacco Use | No | None |
|---|---|---|
| Alcohol Use | Yes | None |
| Alcohol Usage | 2 TO 3 PER WEEK | None |
| Comments: | | |

Date: 16 May 2017  Facility: WRNMMC  Clinician: DAVIS, ANNETTE R

| Type | Value | Units |
|---|---|---|
| SBP | 116 | mmHg |
| DBP | 68 | mmHg |
| HR | 88 | beats/min |
| RR | 18 | breaths/min |
| HT | 69 | Inches |
| WT | 170 | Pounds |
| BMI | 25.1 | kg/mm |
| BSA | 1.93 | square meters |
| Pain Scale | 5/10 | Adult |
| Pain Scale Comments | Acute Fluctuating Jaw pain | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | Social Drinker | None |
| Alcohol Eye Opener | No | None |
| Alcohol Annoy Others | No | None |
| Alcohol Feel Guilty | No | None |
| Alcohol Cut Down | No | None |
| Comments: | Denies fever and or chills in the past 72 hours. | |

Date: 13 Apr 2017  Facility: WRNMMC  Clinician: KNIGHT, ASIA L

| Type | Value | Units |
|---|---|---|
| SBP | 129 | mmHg |
| DBP | 90 | mmHg |
| HR | 72 | beats/min |
| T | 98.1 | Fahrenheit |
| HT | 69 | Inches |
| WT | 165.5 | Pounds |
| BMI | 24.44 | kg/mm |
| BSA | 1.91 | square meters |
| Oxygen Saturation | 95 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | | |

Date: 05 Apr 2017  Facility: WRNMMC  Clinician: VASQUEZ, BLANCA T

| Type | Value | Units |
|---|---|---|
| SBP | 123 | mmHg |
| DBP | 77 | mmHg |
| HR | 72 | beats/min |
| RR | 20 | breaths/min |
| T | 98.4 | Fahrenheit |
| HT | 69 | Inches |
| WT | 165 | Pounds |
| BMI | 24.37 | kg/mm |
| BSA | 1.9 | square meters |
| Oxygen Saturation | 96 | Percent Saturation |

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page**
**1068**

AR 3055

**Medical Record**

| | | |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Vision Uncorrected Right Eye | 40 | None |
| Vision Uncorrected Left Eye | 40 | None |
| Vision Uncorrected Both Eyes | 40 | None |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | 4 Drink per week. | None |
| Alcohol Eye Opener | No | None |
| Alcohol Annoy Others | No | None |
| Alcohol Feel Guilty | No | None |
| Alcohol Cut Down | No | None |
| Comments: | SM:Presents to Medical Readiness for PHA. Arrives in civilian attire . States feeling good at this time but in several days he feeling down . Reports no H/O of Positive PPD. Refered to speak with Ms. Herbert ( Health Educator for Anxiety & Depression screening and Epworth sleepiness scale.) | |

Date: 01 Mar 2017  Facility: WRNMMC  Clinician: DAVIS, ANNETTE R

| Type | Value | Units |
|---|---|---|
| SBP | 120 | mmHg |
| DBP | 80 | mmHg |
| HR | 64 | beats/min |
| RR | 18 | breaths/min |
| T | 98.4 | Fahrenheit |
| HT | 69 | Inches |
| WT | 162 | Pounds |
| BMI | 23.92 | kg/mm |
| BSA | 1.89 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Eye Opener | No | None |
| Alcohol Annoy Others | No | None |
| Alcohol Feel Guilty | No | None |
| Alcohol Cut Down | No | None |
| Comments: | | |

Date: 01 Feb 2017  Facility: WRNMMC  Clinician: NATHAN, YOGESWARI S

| Type | Value | Units |
|---|---|---|
| SBP | 131 | mmHg |
| DBP | 82 | mmHg |
| HR | 66 | beats/min |
| RR | 16 | breaths/min |
| HT | 69 | Inches |
| WT | 162 | Pounds |
| BMI | 23.92 | kg/mm |
| BSA | 1.89 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | Drinks 1-2 a week 3-4 drinks at atime. No SX of fever or chills. | |

Date: 04 Jan 2017  Facility: WRNMMC  Clinician: TEKELENBURG, JAAP

| Type | Value | Units |
|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

AR 3056

**Medical Record**

Merwin, Daniel Dennis    DOB: ▮▮ 1985  SSN: ***-**-▮▮    DoD ID: 1286180538    Created: 16 Aug 2017

| | | |
|---|---|---|
| SBP | 138 | mmHg |
| DBP | 99 | mmHg |
| HR | 89 | beats/min |
| RR | 14 | breaths/min |
| T | 97.2 | Fahrenheit |
| Pain Scale | 0/10 | Adult |
| Comments: | | |

Date: 24 Oct 2016  Facility: WRNMMC  Clinician: HAWKINS, DEREKSHEA J

| Type | Value | Units |
|---|---|---|
| SBP | 133 | mmHg |
| DBP | 85 | mmHg |
| HR | 78 | beats/min |
| RR | 16 | breaths/min |
| T | 97.3 | Fahrenheit |
| Pain Scale | 0/10 | Adult |
| Comments: | | |

Date: 04 Oct 2016  Facility: WRNMMC  Clinician: THOMPSON, DEREK J

| Type | Value | Units |
|---|---|---|
| SBP | 145 | mmHg |
| DBP | 86 | mmHg |
| HR | 65 | beats/min |
| RR | 18 | breaths/min |
| T | 98.1 | Fahrenheit |
| HT | 69 | Inches |
| WT | 158 | Pounds |
| BMI | 23.33 | kg/mm |
| BSA | 1.87 | square meters |
| Pain Scale | 4/10 | Adult |
| Pain Scale Comments | abd | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | | |

Date: 28 Sep 2016  Facility: WRNMMC  Clinician: HAWKINS, DEREKSHEA J

| Type | Value | Units |
|---|---|---|
| SBP | 139 | mmHg |
| DBP | 91 | mmHg |
| HR | 74 | beats/min |
| RR | 16 | breaths/min |
| T | 97.6 | Fahrenheit |
| Pain Scale | 3/10 | Adult |
| Pain Scale Comments | intestinal pain | Adult |
| Comments: | | |

Date: 22 Jun 2016  Facility: WRNMMC  Clinician: THOMPSON, DEREK J

| Type | Value | Units |
|---|---|---|
| SBP | 146 | mmHg |
| DBP | 87 | mmHg |
| HR | 74 | beats/min |
| RR | 14 | breaths/min |
| T | 98.2 | Fahrenheit |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page**
1070

AR 3057

**Medical Record**

Merwin, Daniel Dennis        DOB: ████  1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017

| | | |
|---|---|---|
| HT | 69 | Inches |
| WT | 165 | Pounds |
| BMI | 24.37 | kg/mm |
| BSA | 1.9 | square meters |
| Oxygen Saturation | 99 | Percent Saturation |
| Pain Scale | 4/10 | Adult |
| Pain Scale Comments | Sharp Pain in Chest when taking deep breaths on inhale. | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | | |

Date: 11 May 2016  Facility: WRNMMC  Clinician: THOMPSON, DEREK J

| Type | Value | Units |
|---|---|---|
| SBP | 118 | mmHg |
| DBP | 72 | mmHg |
| HR | 68 | beats/min |
| RR | 10 | breaths/min |
| T | 98.4 | Fahrenheit |
| HT | 69 | Inches |
| WT | 167 | Pounds |
| BMI | 24.66 | kg/mm |
| BSA | 1.91 | square meters |
| Oxygen Saturation | 98 | Percent Saturation |
| Pain Scale | 6/10 | Adult |
| Pain Scale Comments | Cramping intermittent  pain in the Intestines | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 22 Apr 2016  Facility: WRNMMC  Clinician: WOOTEN, LORI A

| Type | Value | Units |
|---|---|---|
| SBP | 114 | mmHg |
| DBP | 73 | mmHg |
| HR | 72 | beats/min |
| RR | 14 | breaths/min |
| T | 98.1 | Fahrenheit |
| HT | 69 | Inches |
| WT | 170.4 | Pounds |
| BMI | 25.16 | kg/mm |
| BSA | 1.93 | square meters |
| Pain Scale | 0/10 | Adult |
| Vision Uncorrected Right Eye | 40 | None |
| Vision Uncorrected Left Eye | 40 | None |
| Vision Uncorrected Both Eyes | 40 | None |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | 2 or 3 drinks 2 or 3 times a week | None |
| Alcohol Eye Opener | No | None |
| Alcohol Annoy Others | No | None |
| Alcohol Feel Guilty | No | None |
| Alcohol Cut Down | No | None |
| Comments:        PRK 2011 | | |

Merwin, Daniel Dennis        DOB: ████  1985  SSN: ***-**-████    DoD ID: 1286180538        Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        Page
1071

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

| | |
|---|---|
| Epworth Study 15 Pt went to Sleep Clinic and was told he didn't meet the threshhold to have a sleep study. | |

Date: 11 Apr 2016  Facility: WRNMMC  Clinician: KIPTOO, ALEX

| Type | Value | Units |
|---|---|---|
| SBP | 121 | mmHg |
| DBP | 79 | mmHg |
| HR | 70 | beats/min |
| RR | 16 | breaths/min |
| T | 98.5 | Fahrenheit |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | 4105625345 nkda | |

Date: 16 Feb 2016  Facility: WRNMMC  Clinician: WOODS, CHARLESLENE N

| Type | Value | Units |
|---|---|---|
| SBP | 129 | mmHg |
| DBP | 80 | mmHg |
| HR | 78 | beats/min |
| RR | 20 | breaths/min |
| T | 98.1 | Fahrenheit |
| HT | 69 | Inches |
| WT | 175 | Pounds |
| BMI | 25.84 | kg/mm |
| BSA | 1.95 | square meters |
| Oxygen Saturation | 97 | Percent Saturation |
| Pain Scale | 3/10 | Adult |
| Pain Scale Comments | LEFT ANKLE | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | | |

Date: 02 Feb 2016  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | LAUNGUAGE: ENGLISH NO VITALS TAKEN AT SARP TREATMENT | |

Date: 19 Jan 2016  Facility: WRNMMC  Clinician: BROWN, CYNTHIA E

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language: English Contact Number: ████ No vitals taken at SARP treatment | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

Date: 05 Jan 2016  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|------|-------|-------|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | LAUNGUAGE: ENGLISH | |
| | CONTACT NUMBER: ███████ | |
| | NO VITALS TAKEN AT SARP TREATMENT | |

Date: 29 Dec 2015  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|------|-------|-------|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | LAUNGUAGE: ENGLISH | |
| | CONTACT NUMBER: ███████ | |
| | NO VITALS TAKEN AT SARP TREATMENT | |

Date: 22 Dec 2015  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|------|-------|-------|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | LAUNGUAGE: ENGLISH | |
| | CONTACT NUMBER: ███████ | |
| | NO VITALS TAKEN AT SARP TREATMENT | |

Date: 15 Dec 2015  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|------|-------|-------|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | LAUNGUAGE: ENGLISH | |
| | CONTACT NUMBER: ███████ | |
| | NO VITALS TAKEN AT SARP TREATMENT | |

Date: 08 Dec 2015  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|------|-------|-------|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | LAUNGUAGE: ENGLISH | |
| | CONTACT NUMBER: ███████ | |
| | NO VITALS TAKEN AT SARP TREATMENT | |

Date: 01 Dec 2015  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|------|-------|-------|
| Pain Scale | 0/10 | Adult |

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.          Page
1073

AR 3060

**Medical Record**

Merwin, Daniel Dennis        DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538        Created: 16 Aug 2017

| | | |
|---|---|---|
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | VITALS: LAUNGUAGE: ENGLISH | |
| | CONTACT NUMBER: ■■■■ | |
| | NO VITALS TAKEN AT SARP TREATMENT | |

Date: 24 Nov 2015  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | VITALS: LAUNGUAGE: ENGLISH | |
| | CONTACT NUMBER: ■■■■ | |
| | NO VITALS TAKEN AT SARP TREATMENT | |

Date: 17 Nov 2015  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | VITALS: LAUNGUAGE: ENGLISH | |
| | CONTACT NUMBER: ■■■■ | |
| | NO VITALS TAKEN AT SARP TREATMENT | |

Date: 12 Nov 2015  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | LAUNGUAGE: ENGLISH | |
| | CONTACT NUMBER: ■■■■ | |
| | NO VITALS TAKEN AT SARP TREATMENT | |

Date: 10 Nov 2015  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | VITALS: LAUNGUAGE: ENGLISH | |
| | CONTACT NUMBER: ■■■■ | |
| | NO VITALS TAKEN AT SARP TREATMENT | |

Date: 09 Nov 2015  Facility: WRNMMC  Clinician: TRAN, CAT D

| Type | Value | Units |
|---|---|---|
| SBP | 113 | mmHg |
| DBP | 78 | mmHg |
| HR | 69 | beats/min |
| RR | 18 | breaths/min |

Merwin, Daniel Dennis        DOB: ■■■ 1985  SSN: ***-**-■■■    DoD ID: 1286180538        Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page**
**1074**

AR 3061

**Medical Record**

Merwin, Daniel Dennis       DOB: ████  1985  SSN: ***-**-████       DoD ID: 1286180538       Created: 16 Aug 2017

| T | 97.6 | Fahrenheit |
|---|---|---|
| HT | 69 | Inches |
| WT | 167 | Pounds |
| BMI | 24.66 | kg/mm |
| BSA | 1.91 | square meters |
| Oxygen Saturation | 98 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 03 Nov 2015  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | VITALS: LAUNGUAGE: ENGLISH CONTACT NUMBER: ████ NO VITALS TAKEN AT SARP TREATMENT | |

Date: 03 Nov 2015  Facility: WRNMMC  Clinician: NEFF, JOANNE S

| Type | Value | Units |
|---|---|---|
| SBP | 125 | mmHg |
| DBP | 73 | mmHg |
| HR | 76 | beats/min |
| RR | 12 | breaths/min |
| T | 97.2 | Fahrenheit |
| Pain Scale | 0/10 | Adult |
| Comments: | | |

Date: 27 Oct 2015  Facility: WRNMMC  Clinician: MAPLES, MICHAEL J

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | LAUNGUAGE: ENGLISH CONTACT NUMBER: ████ NO VITALS TAKEN AT SARP TREATMENT | |

Date: 01 Oct 2015  Facility: WRNMMC  Clinician: ERICKSON, NANCY A

| Type | Value | Units |
|---|---|---|
| SBP | 132 | mmHg |
| DBP | 76 | mmHg |
| HR | 70 | beats/min |
| RR | 16 | breaths/min |
| T | 97.8 | Fahrenheit |
| Comments: | | |

Date: 28 Sep 2015  Facility: WRNMMC  Clinician: TRAN, CAT D

| Type | Value | Units |
|---|---|---|
| SBP | 122 | mmHg |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**1075**                                                                                 **Page**

AR 3062

**Medical Record**

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: \*\*\*-\*\*-████    DoD ID: 1286180538    Created: 16 Aug 2017

| | | |
|---|---|---|
| DBP | 87 | mmHg |
| HR | 79 | beats/min |
| RR | 16 | breaths/min |
| T | 97.8 | Fahrenheit |
| HT | 69 | Inches |
| WT | 165 | Pounds |
| BMI | 24.37 | kg/mm |
| BSA | 1.9 | square meters |
| Oxygen Saturation | 97 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 15 Sep 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ████ | |
| | No vitals taken at SARP treatment. | |

Date: 08 Sep 2015  Facility: WRNMMC  Clinician: HERNANDEZ, DARROCQUES D

| Type | Value | Units |
|---|---|---|
| SBP | 132 | mmHg |
| DBP | 90 | mmHg |
| HR | 94 | beats/min |
| RR | 16 | breaths/min |
| T | 97.8 | Fahrenheit |
| HT | 69 | Inches |
| WT | 158 | Pounds |
| BMI | 23.33 | kg/mm |
| BSA | 1.87 | square meters |
| Pain Scale | 4/10 | Adult |
| Pain Scale Comments | throat | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | | |

Date: 27 Aug 2015  Facility: WRNMMC  Clinician: NEFF, JOANNE S

| Type | Value | Units |
|---|---|---|
| SBP | 137 | mmHg |
| DBP | 79 | mmHg |
| HR | 80 | beats/min |
| RR | 12 | breaths/min |
| T | 99.3 | Fahrenheit |
| Pain Scale | 0/10 | Adult |
| Comments: | | |

Date: 25 Aug 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |

Merwin, Daniel Dennis    DOB: ████ 1985  SSN: \*\*\*-\*\*-████    DoD ID: 1286180538    Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1076

AR 3063

**Medical Record**

Merwin, Daniel Dennis        DOB: ████ 1985  SSN: ***-**-████  DoD ID: 1286180538        Created: 16 Aug 2017

| Tobacco Use | No | None |
|---|---|---|
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ████████ | |
| | No vitals taken at SARP treatment. | |

Date: 18 Aug 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ████████ | |
| | No vitals taken at SARP treatment. | |

Date: 11 Aug 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ████████ | |
| | No vitals taken at SARP treatment. | |

Date: 11 Aug 2015  Facility: WRNMMC  Clinician: NEWMAN, BRENDA W

| Type | Value | Units |
|---|---|---|
| SBP | 122 | mmHg |
| DBP | 82 | mmHg |
| HR | 73 | beats/min |
| RR | 16 | breaths/min |
| T | 98.2 | Fahrenheit |
| HT | 69 | Inches |
| WT | 163.8 | Pounds |
| BMI | 24.19 | kg/mm |
| BSA | 1.9 | square meters |
| Oxygen Saturation | 97 | Percent Saturation |
| Pain Scale | 3/10 | Adult |
| Pain Scale Comments | Headache | Adult |
| Comments: | | |

Date: 28 Jul 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ████████ | |
| | No vitals taken at SARP treatment. | |

Date: 21 Jul 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Alcohol Use | No | None |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page
1077

AR 3064

**Medical Record**

Merwin, Daniel Dennis       DOB: ███ 1985  SSN: ***-**-████       DoD ID: 1286180538       Created: 16 Aug 2017

| Comments: | Language:English<br>Contact #: ████████<br>No vitals taken at SARP treatment. |
|---|---|

Date: 15 Jul 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English<br>Contact #: ████████<br>No vitals taken at SARP treatment. | |

Date: 30 Jun 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English<br>Contact #: ████████<br>No vitals taken at SARP treatment. | |

Date: 23 Jun 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English<br>Contact #: ████████<br>No vitals taken at SARP treatment. | |

Date: 16 Jun 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English<br>Contact #: ████████<br>No vitals taken at SARP treatment. | |

Date: 09 Jun 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English<br>Contact #: ████████<br>No vitals taken at SARP treatment. | |

Date: 02 Jun 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017

| Alcohol Use | No | None |
|---|---|---|
| Comments: | Language:English | |
| | Contact #: ███████ | |
| | No vitals taken at SARP treatment. | |

Date: 27 May 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ███████ | |
| | No vitals taken for SARP Treatment. | |

Date: 22 May 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ███████ | |
| | No vitals taken at SARP treatment. | |

Date: 20 May 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ███████ | |
| | No vitals taken at SARP treatment. | |

Date: 18 May 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ███████ | |
| | No vitals taken at SARP treatment. | |

Date: 15 May 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ███████ | |
| | No vitals taken at SARP treatment. | |

Date: 14 May 2015  Facility: WRNMMC  Clinician: NEFF, JOANNE S

| Type | Value | Units |
|---|---|---|
| SBP | 121 | mmHg |

Merwin, Daniel Dennis        DOB: ███ 1985  SSN: ***-**-███        DoD ID: 1286180538        Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        Page
1079

AR 3066

**Medical Record**

Merwin, Daniel Dennis        DOB: ███  1985  SSN: ***-**-███   DoD ID: 1286180538        Created: 16 Aug 2017

| | | |
|---|---|---|
| DBP | 79 | mmHg |
| HR | 69 | beats/min |
| RR | 16 | breaths/min |
| T | 97.2 | Fahrenheit |
| Comments: | | |

Date: 13 May 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ████ | |
| | No vitals taken at SARP treatment. | |

Date: 11 May 2015  Facility: WRNMMC  Clinician: BROWN, CYNTHIA E

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language: English | |
| | Contact Number: ████ | |
| | No vitals taken at SARP | |

Date: 08 May 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ████ | |
| | No vitals taken at SARP treatment. | |

Date: 07 May 2015  Facility: WRNMMC  Clinician: OYAWALE, BIDEMI R

| Type | Value | Units |
|---|---|---|
| SBP | 122 | mmHg |
| DBP | 72 | mmHg |
| HR | 76 | beats/min |
| RR | 16 | breaths/min |
| T | 97.8 | Fahrenheit |
| HT | 69 | Inches |
| WT | 161 | Pounds |
| BMI | 23.78 | kg/mm |
| BSA | 1.88 | square meters |
| Oxygen Saturation | 99 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 06 May 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |

Merwin, Daniel Dennis        DOB: ███  1985  SSN: ***-**-███   DoD ID: 1286180538        Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
1080        Page

AR 3067

**Medical Record**

Merwin, Daniel Dennis          DOB: ███ 1985  SSN: ***-**-███          DoD ID: 1286180538          Created: 16 Aug 2017

| | | |
|---|---|---|
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ███ | |
| | No vitals taken at SARP treatment. | |

Date: 06 May 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ███ | |
| | No vitals taken at SARP treatment. | |

Date: 04 May 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ███ | |
| | No vitals taken for SARP Treatment. | |

Date: 01 May 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ███ | |
| | No vitals taken for SARP Treatment. | |

Date: 29 Apr 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ███ | |
| | No vitals taken at SARP treatment. | |

Date: 28 Apr 2015  Facility: WRNMMC  Clinician: PONDS, BRANDON J

| Type | Value | Units |
|---|---|---|
| SBP | 129 | mmHg |
| DBP | 76 | mmHg |
| HR | 61 | beats/min |
| RR | 14 | breaths/min |
| T | 98.1 | Fahrenheit |
| HT | 69 | Inches |
| WT | 150 | Pounds |
| BMI | 22.15 | kg/mm |
| BSA | 1.83 | square meters |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page**
1081

AR 3068

**Medical Record**

Merwin, Daniel Dennis        DOB: ███   1985   SSN: ***-**-████        DoD ID: 1286180538        Created: 16 Aug 2017

| | | |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Vision Uncorrected Right Eye | 25 | None |
| Vision Uncorrected Left Eye | 25 | None |
| Vision Uncorrected Both Eyes | 25 | None |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | EPWORTH SLEEP: 8 | |

Date: 27 Apr 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ██████████ | |
| | No vitals taken for SARP Treatment. | |

Date: 23 Apr 2015  Facility: WRNMMC  Clinician: ERICKSON, NANCY A

| Type | Value | Units |
|---|---|---|
| SBP | 122 | mmHg |
| DBP | 68 | mmHg |
| HR | 70 | beats/min |
| RR | 16 | breaths/min |
| T | 96 | Fahrenheit |
| HT | 69 | Inches |
| WT | 160 | Pounds |
| BMI | 23.63 | kg/mm |
| BSA | 1.88 | square meters |
| Comments: | PT weighed in uniform and boots. | |

Date: 22 Apr 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ██████████ | |
| | No vitals taken for SARP Treatment. | |

Date: 23 Mar 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ██████████ | |
| | No vitals taken at SARP treatment. | |

Date: 20 Mar 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        Page

**Medical Record**

Merwin, Daniel Dennis       DOB: ████ 1985  SSN: ***-**-████   DoD ID: 1286180538       Created: 16 Aug 2017

| | | |
|---|---|---|
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | Contact #: ████ | |
| | No vitals taken at SARP treatment. | |

Date: 19 Mar 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | No vitals taken at SARP treatment. | |

Date: 17 Mar 2015  Facility: WRNMMC  Clinician: PATSOS, ASHLEY N

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | Language:English | |
| | No vitals taken at SARP treatment. | |

Date: 26 Sep 2014  Facility: WRNMMC  Clinician: NEWMAN, BRENDA W

| Type | Value | Units |
|---|---|---|
| SBP | 118 | mmHg |
| DBP | 76 | mmHg |
| HR | 84 | beats/min |
| RR | 16 | breaths/min |
| T | 97.8 | Fahrenheit |
| HT | 69 | Inches |
| WT | 158.4 | Pounds |
| BMI | 23.39 | kg/mm |
| BSA | 1.87 | square meters |
| Oxygen Saturation | 98 | Percent Saturation |
| Pain Scale | 2/10 | Adult |
| Pain Scale Comments | Left ankle | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | | |

Date: 27 Jun 2014  Facility: WRNMMC  Clinician: LAI, PHILOMENA C

| Type | Value | Units |
|---|---|---|
| Comments: | Patient has falls in the past 6 months, minor injury to L ankle. Patient is not a fall risk. | |

Date: 16 Jun 2014  Facility: WRNMMC  Clinician: OWENS, ANGELA M

| Type | Value | Units |
|---|---|---|
| SBP | 137 | mmHg |
| DBP | 84 | mmHg |
| HR | 80 | beats/min |
| RR | 18 | breaths/min |
| T | 98.2 | Fahrenheit |
| HT | 69 | Inches |
| WT | 155 | Pounds |
| BMI | 22.89 | kg/mm |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.       **Page**

1083

**Medical Record**

Merwin, Daniel Dennis    DOB: [REDACTED] 1985  SSN: ***-**-[REDACTED]    DoD ID: 1286180538    Created: 16 Aug 2017

| | | |
|---|---|---|
| BSA | 1.85 | square meters |
| Oxygen Saturation | 98 | Percent Saturation |
| Pain Scale | 2/10 | Adult |
| Pain Scale Comments | left ankle | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | socially | None |
| Alcohol Eye Opener | No | None |
| Alcohol Annoy Others | No | None |
| Alcohol Feel Guilty | No | None |
| Alcohol Cut Down | No | None |
| Comments: | | |

Date: 04 Jun 2014  Facility: WRNMMC  Clinician: PEREZ, DULCE C

| Type | Value | Units |
|---|---|---|
| SBP | 119 | mmHg |
| DBP | 82 | mmHg |
| HR | 81 | beats/min |
| T | 97.9 | Fahrenheit |
| HT | 69 | Inches |
| WT | 155 | Pounds |
| BMI | 22.89 | kg/mm |
| BSA | 1.85 | square meters |
| Oxygen Saturation | 97 | Percent Saturation |
| Pain Scale | 4/10 | Adult |
| Pain Scale Comments | left ankle | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | occassional | None |
| Comments: | | |

Date: 19 May 2014  Facility: WRNMMC  Clinician: SNOWDEN, HEATHER

| Type | Value | Units |
|---|---|---|
| SBP | 127 | mmHg |
| DBP | 68 | mmHg |
| HR | 66 | beats/min |
| RR | 16 | breaths/min |
| T | 98.3 | Fahrenheit |
| HT | 69 | Inches |
| WT | 153.6 | Pounds |
| BMI | 22.68 | kg/mm |
| BSA | 1.85 | square meters |
| Pain Scale | 0/10 | Adult |
| Vision Uncorrected Right Eye | 30 | None |
| Vision Uncorrected Left Eye | 50 | None |
| Vision Uncorrected Both Eyes | 50 | None |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | 2-3 month | None |
| Alcohol Eye Opener | No | None |
| Alcohol Annoy Others | No | None |
| Alcohol Feel Guilty | No | None |
| Alcohol Cut Down | No | None |
| Comments: | | |

Merwin, Daniel Dennis    DOB: [REDACTED] 1985  SSN: ***-**-[REDACTED]    DoD ID: 1286180538    Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1084

AR 3071

**Medical Record**

Merwin, Daniel Dennis     DOB: ▓ 1985  SSN: ***-**-▓     DoD ID: 1286180538     Created: 16 Aug 2017

Date: 06 May 2014  Facility: WRNMMC  Clinician: COLEMAN, AUDREY G

| Type | Value | Units |
|------|-------|-------|
| SBP | 130 | mmHg |
| DBP | 82 | mmHg |
| HR | 79 | beats/min |
| RR | 18 | breaths/min |
| T | 97.5 | Fahrenheit |
| HT | 69 | Inches |
| WT | 153 | Pounds |
| BMI | 22.59 | kg/mm |
| BSA | 1.84 | square meters |
| Oxygen Saturation | 97 | Percent Saturation |
| Pain Scale | 3/10 | Adult |
| Pain Scale Comments | LEFT ANKLE | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | UNIFORM | |

Date: 07 Aug 2013  Facility: WRNMMC  Clinician: SMITH, PRISCILLA E

| Type | Value | Units |
|------|-------|-------|
| SBP | 106 | mmHg |
| DBP | 60 | mmHg |
| HR | 88 | beats/min |
| RR | 14 | breaths/min |
| T | 98.1 | Fahrenheit |
| HT | 69 | Inches |
| WT | 149 | Pounds |
| BMI | 22 | kg/mm |
| BSA | 1.82 | square meters |
| Oxygen Saturation | 96 | Percent Saturation |
| Comments: | | |

Date: 10 Apr 2013  Facility: WRNMMC  Clinician: OLAWUMI, OMOWUMI D

| Type | Value | Units |
|------|-------|-------|
| SBP | 110 | mmHg |
| DBP | 72 | mmHg |
| HR | 77 | beats/min |
| RR | 16 | breaths/min |
| T | 98.7 | Fahrenheit |
| HT | 69 | Inches |
| WT | 153.4 | Pounds |
| BMI | 22.65 | kg/mm |
| BSA | 1.85 | square meters |
| Oxygen Saturation | 98 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | | |

Date: 28 Jan 2013  Facility: WRNMMC  Clinician: OLAWUMI, OMOWUMI D

| Type | Value | Units |
|------|-------|-------|
| SBP | 124 | mmHg |
| DBP | 72 | mmHg |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
**Page**
**1085**

AR 3072

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

| Type | Value | Units |
|------|-------|-------|
| HR | 73 | beats/min |
| RR | 18 | breaths/min |
| T | 97.3 | Fahrenheit |
| HT | 69 | Inches |
| WT | 156.4 | Pounds |
| BMI | 23.1 | kg/mm |
| BSA | 1.86 | square meters |
| Oxygen Saturation | 97 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | | |

Date: 30 Nov 2012  Facility: WRNMMC  Clinician: OLAWUMI, OMOWUMI D

| Type | Value | Units |
|------|-------|-------|
| SBP | 120 | mmHg |
| DBP | 76 | mmHg |
| HR | 66 | beats/min |
| RR | 18 | breaths/min |
| T | 97.5 | Fahrenheit |
| HT | 69 | Inches |
| WT | 145 | Pounds |
| BMI | 21.41 | kg/mm |
| BSA | 1.8 | square meters |
| Oxygen Saturation | 100 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | | |

Date: 05 Nov 2012  Facility: WRNMMC  Clinician: SPINKS, JEAN M

| Type | Value | Units |
|------|-------|-------|
| SBP | 122 | mmHg |
| DBP | 84 | mmHg |
| HR | 65 | beats/min |
| RR | 18 | breaths/min |
| T | 97.7 | Fahrenheit |
| Oxygen Saturation | 97 | Percent Saturation |
| Comments: | | |

Date: 05 Nov 2012  Facility: WRNMMC  Clinician: SPINKS, JEAN M

| Type | Value | Units |
|------|-------|-------|
| HT | 69 | Inches |
| WT | 152 | Pounds |
| BMI | 22.45 | kg/mm |
| BSA | 1.84 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | 1 DRINK A DAY | None |
| Alcohol Eye Opener | No | None |
| Alcohol Annoy Others | No | None |
| Alcohol Feel Guilty | No | None |
| Alcohol Cut Down | No | None |

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1086

AR 3073

**Medical Record**

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

Comments:

Date: 23 Oct 2012  Facility: WRNMMC  Clinician: FARRINGTON, SHAUN C

| Type | Value | Units |
|---|---|---|
| SBP | 114 | mmHg |
| DBP | 66 | mmHg |
| HR | 79 | beats/min |
| T | 95.4 | Fahrenheit |
| HT | 69 | Inches |
| WT | 147 | Pounds |
| BMI | 21.71 | kg/mm |
| BSA | 1.81 | square meters |
| Oxygen Saturation | 97 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | COUPLE DRINKS/WEEK | None |
| Alcohol Eye Opener | No | None |
| Alcohol Annoy Others | No | None |
| Alcohol Feel Guilty | No | None |
| Alcohol Cut Down | No | None |

Comments:

Date: 14 May 2012  Facility: NH Pensacola FL  Clinician: GARZA, OMAR

| Type | Value | Units |
|---|---|---|
| SBP | 120 | mmHg |
| DBP | 76 | mmHg |
| HR | 90 | beats/min |
| RR | 14 | breaths/min |
| T | 98.5 | Fahrenheit |
| HT | 69 | Inches |
| WT | 146 | Pounds |
| BMI | 21.56 | kg/mm |
| BSA | 1.81 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |

Comments:  NKDA
POC -8506028501

Date: 10 May 2012  Facility: NH Pensacola FL  Clinician: MACLUNNY, TONYA M

| Type | Value | Units |
|---|---|---|
| SBP | 112 | mmHg |
| DBP | 68 | mmHg |
| HR | 72 | beats/min |
| RR | 12 | breaths/min |
| T | 98.4 | Fahrenheit |
| HT | 69 | Inches |
| WT | 146 | Pounds |
| BMI | 21.56 | kg/mm |
| BSA | 1.81 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |

| Merwin, Daniel Dennis | DOB: ▇ 1985  SSN: ***-**-▇ | DoD ID: 1286180538 | Created: 16 Aug 2017 |
|---|---|---|---|

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.            **Page**
1087

AR 3074

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

| Comments: | NKDA |
| | POC:850-602-8501 |

Date: 06 Mar 2012  Facility: NH Pensacola FL  Clinician: JOHNSONCRUTCHFIELD, ANDREA C

| Type | Value | Units |
|------|-------|-------|
| SBP | 110 | mmHg |
| DBP | 70 | mmHg |
| HR | 70 | beats/min |
| RR | 17 | breaths/min |
| HT | 69 | Inches |
| WT | 151 | Pounds |
| BMI | 22.3 | kg/mm |
| BSA | 1.83 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 02 Nov 2011  Facility: NH Pensacola FL  Clinician: STANDLEY, CHAD J

| Type | Value | Units |
|------|-------|-------|
| Comments: | N/A | |

Date: 27 Jul 2011  Facility: NH Pensacola FL  Clinician: CONLEY, KARLA E

| Type | Value | Units |
|------|-------|-------|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 26 Jul 2011  Facility: NH Pensacola FL  Clinician: CURRY, JEREMY T

| Type | Value | Units |
|------|-------|-------|
| SBP | 104 | mmHg |
| DBP | 64 | mmHg |
| HR | 72 | beats/min |
| RR | 16 | breaths/min |
| T | 98 | Fahrenheit |
| HT | 68 | Inches |
| WT | 150 | Pounds |
| BMI | 22.81 | kg/mm |
| BSA | 1.81 | square meters |
| Oxygen Saturation | 96 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 16 Mar 2011  Facility: NH Pensacola FL  Clinician: SCHUSTER, ELIZABETH D

| Type | Value | Units |
|------|-------|-------|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

Date: 17 Feb 2011  Facility: NH Pensacola FL  Clinician: KIRK, CAMERON P

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Comments: | | |

Date: ███ 2011  Facility: NH Pensacola FL  Clinician: LEE, BRANDON G

| Type | Value | Units |
|---|---|---|
| SBP | 123 | mmHg |
| DBP | 74 | mmHg |
| HR | 85 | beats/min |
| RR | 15 | breaths/min |
| HT | 69 | Inches |
| WT | 157 | Pounds |
| BMI | 23.18 | kg/mm |
| BSA | 1.86 | square meters |
| Oxygen Saturation | 98 | Percent Saturation |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 08 Feb 2011  Facility: NH Pensacola FL  Clinician: JOHNSONCRUTCHFIELD, ANDREA C

| Type | Value | Units |
|---|---|---|
| SBP | 120 | mmHg |
| DBP | 74 | mmHg |
| HR | 58 | beats/min |
| RR | 20 | breaths/min |
| HT | 69 | Inches |
| WT | 156 | Pounds |
| BMI | 23.04 | kg/mm |
| BSA | 1.86 | square meters |
| Pain Scale | 0/10 | Adult |
| Vision Corrected Right Eye | 25 | None |
| Vision Corrected Left Eye | 25 | None |
| Vision Corrected Both Eyes | 25 | None |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Comments: | | |

Date: 24 Jan 2011  Facility: NH Pensacola FL  Clinician: STANDLEY, CHAD J

| Type | Value | Units |
|---|---|---|
| SBP | 120 | mmHg |
| DBP | 60 | mmHg |
| HR | 64 | beats/min |
| RR | 14 | breaths/min |
| T | 98.3 | Fahrenheit |
| HT | 69 | Inches |
| WT | 147 | Pounds |
| BMI | 21.71 | kg/mm |
| BSA | 1.81 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | No | None |

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    Page
1089

AR 3076

**Medical Record**

Merwin, Daniel Dennis    DOB: ███ 1985  SSN: ***-**-███    DoD ID: 1286180538    Created: 16 Aug 2017

| Comments: |
|---|

Date: 15 Nov 2010  Facility: NH Pensacola FL  Clinician: DAYS, LATAIJA W

| Type | Value | Units |
|---|---|---|
| Comments: | n/a | |

Date: 01 Sep 2010  Facility: NH Pensacola FL  Clinician: STANDLEY, CHAD J

| Type | Value | Units |
|---|---|---|
| SBP | 120 | mmHg |
| DBP | 84 | mmHg |
| HR | 76 | beats/min |
| RR | 16 | breaths/min |
| T | 98 | Fahrenheit |
| HT | 69 | Inches |
| WT | 145 | Pounds |
| BMI | 21.41 | kg/mm |
| BSA | 1.8 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | 850-292-7149 | |

Date: 14 Jun 2010  Facility: NH Pensacola FL  Clinician: STANDLEY, CHAD J

| Type | Value | Units |
|---|---|---|
| SBP | 114 | mmHg |
| DBP | 68 | mmHg |
| HR | 72 | beats/min |
| RR | 16 | breaths/min |
| T | 98.5 | Fahrenheit |
| HT | 69 | Inches |
| WT | 145 | Pounds |
| BMI | 21.41 | kg/mm |
| BSA | 1.8 | square meters |
| Pain Scale | 5/10 | Adult |
| Pain Scale Comments | forehead | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments: | 850-292-7149 | |

Date: 21 Apr 2010  Facility: NH Pensacola FL  Clinician: MERRELL, SHAUNTE R

| Type | Value | Units |
|---|---|---|
| Pain Scale | 0/10 | Adult |
| Comments: | | |

Date: 17 Mar 2010  Facility: NH Pensacola FL  Clinician: WHITE, PAMELA J.

| Type | Value | Units |
|---|---|---|
| SBP | 102 | mmHg |
| DBP | 60 | mmHg |
| HR | 72 | beats/min |
| RR | 20 | breaths/min |
| HT | 69.5 | Inches |
| WT | 150 | Pounds |
| BMI | 21.83 | kg/mm |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**Medical Record**

Merwin, Daniel Dennis    DOB: ████    1985  SSN: ***-**-████    DoD ID: 1286180538    Created: 16 Aug 2017

| | | |
|---|---|---|
| BSA | 1.84 | square meters |
| Pain Scale | 0/10 | Adult |
| Vision Corrected Right Eye | 30 | None |
| Vision Corrected Left Eye | 20 | None |
| Vision Corrected Both Eyes | 20 | None |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Alcohol Usage | OCC. | None |
| Comments: | | |

Date: 09 Mar 2010  Facility: NH Pensacola FL  Clinician: WILLIAMS, TREVOR MICHAEL

| Type | Value | Units |
|---|---|---|
| Comments:     n/a | | |

Date: 22 Dec 2009  Facility: NH Pensacola FL  Clinician: SONNIER, KRISTIE L

| Type | Value | Units |
|---|---|---|
| Comments:     n/a | | |

Date: 23 Sep 2009  Facility: NH Pensacola FL  Clinician: BELKNAP, CHARLES HOWARD

| Type | Value | Units |
|---|---|---|
| Last Menstrual Date | 0 | None |
| Comments:     n/a | | |

Date: 20 Aug 2009  Facility: NH Pensacola FL  Clinician: COLE, ASHLEY A

| Type | Value | Units |
|---|---|---|
| SBP | 120 | mmHg |
| DBP | 79 | mmHg |
| HR | 82 | beats/min |
| RR | 16 | breaths/min |
| T | 98.2 | Fahrenheit |
| HT | 68 | Inches |
| WT | 145 | Pounds |
| BMI | 22.05 | kg/mm |
| BSA | 1.78 | square meters |
| Pain Scale | 0/10 | Adult |
| Tobacco Use | No | None |
| Alcohol Use | Yes | None |
| Comments:     aac | | |

Date: 07 May 2009  Facility: NH Pensacola FL  Clinician: THORNTON, JAMES MATHEW

| Type | Value | Units |
|---|---|---|
| Last Menstrual Date | 0 | None |
| Comments:     n/a | | |

Date: 06 Mar 2006  Facility: NH Pensacola FL  Clinician:

| Type | Value | Units |
|---|---|---|
| SBP | 120 | mmHg |
| DBP | 64 | mmHg |
| HR | 60 | beats/min |
| RR | 12 | breaths/min |
| T | 97.6 | Fahrenheit |
| HT | 5' 8" | yd |
| WT | 126 | Pounds |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.    **Page**
**1091**

**Medical Record**

| | | |
|---|---|---|
| BMI | | kg/mm |
| BSA | | square meters |
| Pain Scale | 0/10 | |
| Pain Scale Comments | none | |
| Tobacco Use | No | None |
| Alcohol Use | No | None |
| Last Menstrual Date | 0 | None |
| Comments: | allergies:nkda | |

***** End of Vitals *****

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

# MERWIN, DANIEL D

**LAST NAME**     **FIRST NAME**     **MI**
(Print name above)

MERWIN,DANIEL DENNIS
FMP/SSN: 20/█████████
DOB: ██ ██ 1985  PAT CAT: N11
NATIONAL CAPITAL AREA
4105625345    APV#
APPT DATE/TIME:

N001685$1001688193    VOL: 2

## INPATIENT/EXTENDED AMBULATORY RECORD

☐ **Inpatient Record**
    **Discharge Date(s)**   ~~27 APR 2017~~

☐ **Extended Ambulatory Record**
    **Discharge Date(s)**   27APR17

---

☐ NAVY      ☐ ACTIVE DUTY

☐ MARINE CORPS      ☐ RETIRED

☐ ARMY      ☐ FAMILY MEMBER

☐ AIR FORCE

☐ COAST GUARD

☐ NATO
     (Enter Country)

☐ OTHER
     (Write in Other Categories)

### Check all that apply to the patient:

☐ Latex Allergy

☐ Oxygen Needed

☐ Crutches

☐ Wheelchair    ☐ 508

☐ Special Needs   ☐ consent

☐ Other _____

SENSITIVITIES ☐
ALLERGIES ☒    Feathers
      Cat dancer

---

**WARNING: PROPERTY OF U.S. GOVERNMENT
DO NOT REMOVE FROM HOSPITAL
RETURN TO INPATIENT RECORDS DEPARTMENT**

IF FOUND, RETURN TO ANY
U.S. POST OFFICE.
POSTMASTER - FORWARD TO:
NAVY DEPARTMENT
WASHINGTON, D.C.  20372

NAVMED 6150/38 (Rev. 8-00)
S/N 0105-LF-987-7800

AR 3080

File Edit View Env Admin Status Boards FlowSheets Lab Results Notes Orders Summary Screens IPLOTS Waveforms Tools OnWatch Web Links Reports Help GE Options Order Entry

**HOLD-PRE  Merwin, Daniel**

| Age | Sex | Unit Name | BED | Allergies | DODID | Billing Num | DOB | ADMIT DATE | PHYSICIAN | Rank |
|-----|-----|-----------|-----|-----------|-------|-------------|-----|------------|-----------|------|
| 32 | M | PREADMIT | HOLD-PRE | Feathers Cat dander | 1286180538 | | 1985 | 04/12/2017 | | |

Essentris



**ADT Orders**

| Name | Freq | Comment | Start Time | Stop Time | MD |
|------|------|---------|------------|-----------|-----|
| Admit to 3E/APU | | Attending: (Jensen, Damon) Service: (OMS)  MEPRS Code: ( )  Dx: (maxillary hypoplasia )Procedure: (Lefort I 3 piece ) DOS: ( 27Apr2017) Pin#: ( )  Coming from: (Cell:307-203-9044 ) | 1000 12 Apr 2017 | 1000 12 Apr 2017 | Jensen, |
| OMS Service Contact Info: | | Staff: (Jensen, Damon) Resident: (Cervenka ) (On-call pgr 2037555) | | 1500 22 Apr 2017 | Jensen, |

**Allergies**

| Name | Freq | Comment | Start Time | Stop Time | MD | ANN | ENT | ACK | VERIFY | SIGN | REVIEW | CS |
|------|------|---------|------------|-----------|-----|-----|-----|-----|--------|------|--------|-----|
| List all allergies: | | NKDA | 1000 12 Apr 2017 | | Jensen, Damon T 2878 | DTJ | JH | | DTJ | | DTJ | |

**Medications**

| Name | Dose | Route | Freq | Comment | Start Time | Stop Time | MD | ANN | ENT | ACK | SIGN | REVIEW | VERIFY | EDIT | DC ENT | Pending DC | DC VERIFY | Priority |
|------|------|-------|------|---------|------------|-----------|-----|-----|-----|-----|------|--------|--------|------|--------|-----------|-----------|----------|
| ampicillin/sulbactam ( UNASYN ) INJ Soln | 3 GRAM | IV PIGGY BACK | X1 | On call to MOR | 1500 22 Apr 2017 | | CERVENKA, PETER D 0736 | D | JH | D | | | | | | | | ROUTINE |
| dexamethasone ( DECADRON ) INJ Soln | 10 MG | IV PIGGY BACK | X1 | On call to MOR | 1500 22 Apr 2017 | | CERVENKA, PETER D 0736 | D | JH | D | | | | | | | | ROUTINE |

**Isolation**

| Name | Freq | Comment | Start Time | Stop Time | MD | ANN | ENT | ACK | VERIFY | SIGN | REVIEW | CS |
|------|------|---------|------------|-----------|-----|-----|-----|-----|--------|------|--------|-----|
| Standard Precaution (No Infectious Disease or MDRO) | Continuous | | 1000 12 Apr 2017 | | Jensen, Damon T 2878 | DTJ | JH | | DTJ | | DTJ | |

**Treatments**

| Name | Freq | Comment | Start Time | Stop Time | MD | ANN | ENT | ACK | VERIFY | SIGN | REVIEW | CS |
|------|------|---------|------------|-----------|-----|-----|-----|-----|--------|------|--------|-----|
| Activity: | | As tolerated pre-op | 1000 12 Apr 2017 | | Jensen, Damon T 2878 | DTJ | JH | | DTJ | | DTJ | |
| Anesthesia: | | GNETA | 1000 12 Apr 2017 | | Jensen, Damon T 2878 | DTJ | JH | | DTJ | | DTJ | |
| Informed consent: | | To be signed and witnessed | 1000 12 Apr 2017 | | Jensen, Damon T 2878 | DTJ | JH | | DTJ | | DTJ | |
| Pre-op teaching: | | Completed in originating clinic | 1000 12 Apr 2017 | | Jensen, Damon T 2878 | DTJ | JH | | DTJ | | DTJ | |

**Labs**

| Name | Freq | Comment | Start Time | Stop Time | MD | ANN | ENT | ACK | VERIFY | SIGN | REVIEW | CS |
|------|------|---------|------------|-----------|-----|-----|-----|-----|--------|------|--------|-----|
| BMP | X1 | Pre-operatively | 1000 12 Apr 2017 | | Jensen, Damon T 2878 | DTJ | JH | | DTJ | | DTJ | |
| CBC | X1 | Pre-operatively | 1000 12 Apr 2017 | | Jensen, Damon T 2878 | DTJ | JH | | DTJ | | DTJ | |

**Diet Orders**

| Name | Freq | Comment | Start Time | Stop Time | MD | ANN | ENT | ACK | VERIFY | SIGN | REVIEW | CS |
|------|------|---------|------------|-----------|-----|-----|-----|-----|--------|------|--------|-----|
| NPO After Midnight | DOS | | 1500 22 Apr 2017 | | CERVENKA, PETER D 0736 | D | JH | | D | | D | |

**Resuscitation Orders \***

| Name | Freq | Comment | Start Time | Stop Time | MD | ANN | ENT | ACK | VERIFY | SIGN | REVIEW | CS |
|------|------|---------|------------|-----------|-----|-----|-----|-----|--------|------|--------|-----|
| Full Code | Continuous | | 1000 12 Apr 2017 | | Jensen, Damon T 2878 | DTJ | JH | | DTJ | | DTJ | |

Active  Ack_Needed  Sign_Needed  Verify_Needed  Review_Needed  Co-Sign_Needed

| L.6.0002.0000 | jmc97 | nnmc1 (214.1.169.135) | wrnmvwp20138/WRNMVWP20138 | PRE-POST-OP_2 | 22:23 Apr 26, 2017 EDT | Clinical link disabled |

Start  10:23 PM 4/26/2017

## Anesthesia Preoperative Questionnaire

| Patient's Name:   Last, First, MI | Age: | Sex: | Ht: 5'9 in | Wt: 160 lbs |
|---|---|---|---|---|
| MERWIN, DANIEL | 32 | ☒ Male ☐ Female | | |

| Sponsor's SSN: ▮▮▮▮ | Rank: E6 | Primary Phone: ▮▮▮▮ Secondary Phone |
|---|---|---|

### 1. Do you have, have you ever had, or been told you had any of the following:

| | | Y | N | | | Y | N | | | Y | N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Asthma | ☐ | ☒ | 13. | Pacemaker | ☐ | ☒ | 25. | Thyroid Disease | ☐ | ☒ |
| 2. | COPD/Emphysema | ☐ | ☒ | 14. | Any Heart Stent Placements | ☐ | ☒ | 26. | Diabetes | ☐ | ☒ |
| 3. | Home Oxygen Use | ☐ | ☒ | 15. | Atrial Fibrillation | ☐ | ☒ | 27. | Any Bleeding Disorder | ☐ | ☒ |
| 4. | Recent Flu/Cold | ☒ | ☐ | 16. | Other Heart Disease | ☐ | ☒ | 28. | Post Traumatic Stress Disorder (PTSD) | ☐ | ☒ |
| 5. | Sleep Apnea | ☐ | ☒ | 17. | Any Cancer | ☐ | ☒ | 29. | Any Psychiatric Disease | ☐ | ☒ |
| 6. | CPAP Use | ☐ | ☒ | 18. | Stroke/TIA | ☐ | ☒ | 30. | Significant Disability | ☐ | ☒ |
| 7. | Significant Snoring | ☐ | ☒ | 19. | Seizures/Epilepsy | ☐ | ☒ | 31. | Born Prematurely | ☐ | ☒ |
| 8. | Other Lung Disease | ☐ | ☒ | 20. | Frequent Heartburn | ☐ | ☒ | 32. | Developmental Delay/ADD/ADHD | ☐ | ☒ |
| 9. | High Blood Pressure | ☐ | ☒ | 21. | Esophageal/Stomach Disease | ☐ | ☒ | 33. | Any Allergies | ☐ | ☒ |
| 10. | Congestive Heart Failure | ☐ | ☒ | 22. | Liver/Gallbladder/Pancreatic Disease | ☐ | ☒ | 34. | Difficult Airway or Failed Intubation | ☐ | ☒ |
| 11. | Heart Valve Problems | ☐ | ☒ | 23. | Kidney/Bladder Disease | ☐ | ☒ | 35. | Any Personal or Family History of Malignant Hyperthermia | ☐ | ☒ |
| 12. | Heart Attack | ☐ | ☒ | 24. | Any Spinal/Back Disease/Problems | ☐ | ☒ | 36. | *Females Only:* Any Gynecological Disease | ☐ | ☐ |

### 2. Please explain any "Yes" answers with corresponding number above in detail.

### 3. Do you have any specific concerns or questions regarding the anesthesia portion of your surgery? YES ☐ NO ☒.

If yes, please explain: _____

### 4. Would you like to be contacted by an anesthesia provider prior to the day of your surgery? YES ☐ NO ☒.

*See reverse to complete questionnaire*

Signature _Joann Highsmith_   For Admin ▮▮
APU Prescreen Personnel
RN

Provider _____

Revised OCT 2017

MERWIN, DANIEL DENNIS
SEX: M DOB: ▮▮▮▮ 1985 AGE: 32
USN N11 PO1 NRP

AP08082

## Anesthesia Preoperative Questionnaire

**5.** Have you had any type of surgery or anesthesia before? YES ☒ NO☐.   If YES, please list the surgery, type of anesthesia (General, Spinal, Epidural, Local, Sedation) and any problem, if any, you had with anesthesia.

| YEAR | Type of Surgery/Procedure | Type of Anesthesia | Problem? |
|------|---------------------------|--------------------|----------|
| 2003 | TONSELECTOMY | ? | NO |
| 2015 | MAXILLO FACIAL ↳ SEE RECORD | ? | NO |
| | | | |
| | | | |

(? at left margin)

**6.** Have you taken any medication (prescription, over the counter, herbal) for any reason in the last 6 months? YES ☒ NO☐. If YES, PLEASE list those medications.

| Medication | Dose | How Often? |
|------------|------|------------|
| LEXAPRO | 20 MG | DAY |
| NALTREXONE | ? | DAILY |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(left margin note: No LONGER TAKING)

**7.** Do you or have you ever smoked? YES ☐ NO☒.   _____ Packs per day for _____ years?
OR when did you quit? _____

**8.** Do you drink alcohol? YES ☒ NO☐.   If YES, how much and how often? _3-4 DRINKS A WEEK_

**9.** Have you ever been hospitalized for ANY reason (other than surgery listed previously)? YES ☒ NO☐. If YES, please provide approximate dates and reason(s).
TONSELECTOMY 2003 ⊘ 2005 IBS ISSUES

**10.** Can you climb stairs? YES ☒ NO☐. If YES, how many flights? 1☐ 2☐ 3☐ 4☒
If NO, please explain. _____

**11. FEMALES ONLY.** Is there any possibility you could be pregnant?

Date of last menstrual period. _____

*Thank you for completing the Anesthesia Preoperative Questionnaire!*

Revised Oct 2013

AR 3083

## PATIENT REGISTRATION FORM
*(Please fill out this form completely)*

Date: 12 APR 17

Registration Clerk: _____

### Patient Information:

Name (Last, First Middle): MERWIN DANIEL

Sponsor's SSN: ███████ ███ Your SSN: ███ ██████ Sex: M

Religious Preference: NONE DOB: ██████ 85

Ethnicity (check one) ☐ Filipino ☐ Hispanic ☐ Southeast Asian ☐ Asian/Pacific Islander ☒ Other: _____

Race (check one): ☐ Asian ☐ Black ☐ Western Hemisphere Indian ☒ White ☐ Other: _____

Marital Status (check one): ☐ Annulled ☐ Divorced ☐ Interlocutory ☐ Legally Separated ☐ Married ☒ Single ☐ Widowed

Home Address: ██████ ████████████ , GLEN BURNIE

State: MD Zip Code: ██████ Home Phone: ██████████ Work Phone: (850) 696-7239

### Emergency Contact Information:

Name (Last, First MI): RUPP, JESSICA Relationship: FRIEND

Address: ███████████████ , BALTIMORE

State: MD Zip Code: ██████ Home Telephone: ███████████████

### Next-of-Kin Information:

Name (Last, First MI): CHOUANIC, LEAH Relationship: MOTHER

Address: █████████████████

State: SC Zip Code: ████ Home Telephone: ██████████████████

### Sponsor Information:

Name (Last, First MI): _____ Flying Status: ☐

Service: _____ Rank: _____ MOS/Rate/Designator _____

Command: _____ Length of Service: _____

**Duty Address:** _____

State: _____ Zip Code: _____ **Duty Telephone:** ( ) _____

### Other Health Insurance: *(Please do not include TRICARE)*

Are you covered by private health insurance: ☐ If Yes, please complete DD FORM 2569.

I certify that the information on this form is complete and correct to the best of my knowledge.

_____ 12 ARR 17

Patient Signature                    Date

20/615122489
MERWIN,DANIEL DENNIS
SEX: M DOB: 2/16/1985 AGE: 32
USN N11 PO1 NRP

AR 3084

## THIRD PARTY COLLECTION PROGRAM/MEDICAL SERVICES ACCOUNT/ OTHER HEALTH INSURANCE
### (Read Privacy Act Statement before signing this form.)

Alternate form for
OMB No. 0704-0323
DD FORM 2569 MAR 2007

[ ] **Initial Submission**   [ ] **Change / Update Status**   [ ] **Annual Update**

**1. PATIENT NAME** *(Last, First, Middle Initial)*
MERWIN DANIEL D

| **2. SSN** | **3. DATE OF BIRTH** *(MM/DD/YYYY)* | **4. HOME TELEPHONE NO.** |
|---|---|---|
| ███ | 1985 | ███ |

**5. MAILING ADDRESS**
███

| **6. CITY** | **7. STATE** | **8. ZIP** |
|---|---|---|
| Glen Burnie | MD | ███ |

| **9. FAMILY MEMBER PREFIX** | **10. SPONSOR SSN** *(Last 4)* | **11. PATIENT'S EMPLOYER'S NAME** | **12. EMPLOYER TELEPHONE #** |
|---|---|---|---|
| | XXX-███ | NAVY | 619 852 7158 |

**13. DO YOU HAVE OTHER HEALTH INSURANCE?**
Title 32, CFR Part 220.9 Rights and obligations of beneficiaries. (c) Uniformed Services beneficiaries are obligation to disclose information and cooperate with collection efforts. *(This includes employer health insurance benefits, other commercial health insurance coverage, Medicare, and Medicare Supplement.)*

|   | a. **YES.** *(Complete sections 14, 16, and 17 below and present insurance card to staff.)* |
|---|---|
| X | b. **NO.** I am a DoD beneficiary and rely solely on TRICARE, Medicare, or Medicaid. *(Proceed to Item 15.)* |
|   | c. **NO.** I am not a DoD beneficiary. *(Proceed to Item 16.)* |

**14. ARE THERE OTHER FAMILY MEMBERS COVERED UNDER THIS POLICY HOLDER?**

| a. Yes (If yes, complete sections c. – f.) | | b. No X | |
|---|---|---|---|
| **c. Dependant Type** | **d. List all Prefix Covered** | **e. Dependant Type** | **f. List all Prefix Covered** |
| Example: 01-19 Dependent children | 01, 02, 03 | 50-54 Mother-in-law of sponsor | |
| 01-19 Dependent children | | 55-59 Father-in-law of sponsor | |
| 20   Sponsor | | 60-69 Other dependents | |
| 30-39 Spouse of sponsor | | 90-95 Beneficiary authorized by statute | |
| 40-44 Mother of sponsor | | 98   Civilian Humanitarian | |
| 45-49 Father of sponsor | | 99   All others not elsewhere classified | |

**15. MEDICARE OR MEDICAID INFORMATION** *(Check all that apply and present card(s) to staff)*

| a. MEDICARE **PART A** | d. MEDICARE **PART D** |
|---|---|
| b. MEDICARE **PART B** | e. MEDICAID |

**16. CERTIFICATION, RELEASE, AND ASSIGNMENT**
a. I acknowledge that the authority to bill third party payers has been conveyed to the medical facility within the Department of Defense by Title 10, United States Code, Sections 1095 and 1079b, and that no personal entitlement to reimbursement or payment has been granted to me by virtue of this act.
b. I certify that the information on this form is true and accurate to the best of my knowledge. Falsification of information is covered by Title 18, United States Code, Section 1001, which provides for a maximum fine of $250,000 or imprisonment for five years, or both.
c. NON-DoD PATIENTS: I authorize and request that the proceeds of any and all benefits be paid directly to the facility of the Uniformed Service for healthcare services provided me and/or my minor dependents. ACKNOWLEDGEMENT: I hereby agree to pay for any service not covered in whole or in part by my third-party insurer.
d. NON-DoD MEDICARE PATIENTS: I acknowledge I am responsible for full payment of any services not covered by Medicare, including but not limited to patient copayments and deductibles.
e. DoD BENEFICIARIES: I hereby acknowledge that the proceeds of any and all benefits shall be paid directly to the facility of the Uniformed Service for services provided me and/or my family member.
f. ALL PATIENTS: I authorize portions of my medical records necessary to support claims for reimbursement for the cost of care rendered to be released to my insurance carriers.

**17. PATIENT OR ADULT FAMILY MEMBER SIGNATURE**        *(MM/DD/YYYY)*

20[ ]
MERWIN,DANIEL DENNIS
SEX: M DOB: 1985 AGE: 32
USN N11 PO1

2/17

AR 3085

**PLEASE INITIAL THE FOLLOWING TO INDICATE YOUR UNDERSTANDING**

Do you now have an Advance Directive on file at this facility? Yes_____  No _____

Would you like to be an organ donor?  Yes_____  No_____  Undecided_____

Are you covered by private health insurance? Yes_____  No ___(If yes, please complete a Third Party Collections form DD FORM 2569 with a copy of your insurance card to facilitate the billing of your private health insurer as required by law.)

_____I also understand that my private health insurer (if applicable) will be notified of this admission and the provisions of my health care coverage will apply.

_____I have been informed that by law I am responsible for the daily rate based on my patient category as listed below.

_____I understand that based on my patient category and/or if I am found not to be eligible to receive care at the Walter Reed National Military Medical Center Bethesda, financial reimbursement for all medical care rendered will be required.

_____I further understand that billing for this care will be at the FULL REIMBURSIBLE RATE as directed by law.

_____I acknowledge that I am responsible for all health care charges or any portion thereof not covered by my health insurance company.

_____I have been informed that I am solely responsible for my valuables and that I must notify the admissions clerk if I have any small valuables for deposit in the Patient Valuables Program.

Printed Name: _DANIEL   MERWIN_____

Signature: _____    Date: _12 APR 17___

**Inpatient Rates**

| No Charge | Active Duty and Retired U. S. Military personnel, Active Duty U.S. Military Family Members Enrolled in TRICARE Prime, Newborn children of Active Duty U.S. Military, SECNAVDES (NC) |
|---|---|
| **Subsistence Rate $9.05** | Foreign Military Members covered by a **Reciprocal Health Care Agreement** including:  Argentina, Bolivia, Canada, Chile, Columbia, Dominican Republic, Ecuador, El Salvador, Georgia, Germany, Guatemala, Honduras, Mexico, Peru, Romania, Tunisia, Ukraine, United Kingdom, and Uruguay, SECNAVDES (SR) |
| **Family Member Rate $16.85** | Active Duty U.S. Military Family Members not Enrolled in TRICARE Prime, All Retired Family Members, Ex-Service Maternity Care patients, Foreign Military Family Members covered by a **Reciprocal Health Care Agreement** excluding Canada, SECNAVDES (FMR) |
| **Full Reimbursable Rate** | All Other Eligible patients including NATO and Non-NATO Foreign military personnel and their families, Civilian Emergencies, SECNAVDES (FRR) **(Please see an Admissions Clerk for details or Questions)** |

20_____ ___
MERWIN,DA_____ DENNIS
SEX: M DOB_____1985 AGE: 32
USN N11 PO1 NRP

AR 3086

## PRIVACY ACT STATEMENT - HEALTH CARE RECORDS

*THIS FORM IS NOT A CONSENT FORM TO RELEASE OR USE HEALTH CARE INFORMATION PERTAINING TO YOU.*

**1. AUTHORITY FOR COLLECTION OF INFORMATION INCLUDING SOCIAL SECURITY NUMBER** *(SSN)*

Sections 133, 1071-87, 3012, 5031 and 8012, title 10, United States Code and Executive Order 9397.

**2. PRINCIPAL PURPOSES FOR WHICH INFORMATION IS INTENDED TO BE USED**

This form provides you the advice required by The Privacy Act of 1974. The personal information will facilitate and document your health care. The Social Security Number (SSN) of member or sponsor is required to identify and retrieve health care records.

**3. ROUTINE USES**

The primary use of this information is to provide, plan and coordinate health care. As prior to enactment of the Privacy Act, other possible uses are to: Aid in preventive health and communicable disease control programs and report medical conditions required by law to federal, state and local agencies; compile statistical data; conduct research; teach; determine suitability of persons for service or assignments; adjudicate claims and determine benefits; other lawful purposes, including law enforcement and litigation; conduct authorized investigations; evaluate care rendered; determine professional certification and hospital accreditation; provide physical qualifications of patients to agencies of federal, state, or local government upon request in the pursuit of their official duties.

**4. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL OF NOT PROVIDING INFORMATION**

In the case of military personnel, the requested information is mandatory because of the need to document all active duty medical incidents in view of future rights and benefits. In the case of all other personnel/ beneficiaries, the requested information is voluntary. If the requested information is not furnished, comprehensive health care may not be possible, but CARE WILL NOT BE DENIED.

This all inclusive Privacy Act Statement will apply to all requests for personal information made by health care treatment personnel or for medical/dental treatment purposes and will become a permanent part of your health care record.

Your signature merely acknowledges that you have been advised of the foregoing. If requested, a copy of this form will be furnished to you.

| SIGNATURE OF PATIENT OR SPONSOR | SSN OF MEMBER OR SPONSOR | DATE |
|---|---|---|
| *[signature]* | ███████████ | 4/12/17 |

**DD FORM 2005, FEB 76 (EG)**    PREVIOUS EDITION IS    USAPPC V1.00



20/61 ███████
MERWIN,DANIEL DENNIS
SEX: M DOB: ███/1985 AGE: 32
USN N11 PO1 NRP

AR 3087

**WALTER REED NATIONAL MILITARY MEDICAL CENTER**
**Inpatient Medical Record Department**
**APV Chart Processing Form**

**Patient Name: MERWIN, DANIEL**                    **MR#: 20/**███████

**Service code: CAA5**                    **Discharge Date: 27APR17**

| Function | Employee | Date Completed | Comments |
|---|---|---|---|
| **Chart Pick Up/Receipt** | TC | 5/1/17 | |
| **Charts Assembly** | | | |
| **Record Creation- CHCS** | | | |
| **Labs/Paths/Rads Filed** | | | |
| **CIS Printing** | | | |
| **First Analysis** | | | |
| **Chart Location: Initial Data Entry** | | | |
| **APV Has Appointment** | YES_____ NO_____ | | |
| **APV Appointment was made** | | | |
| **Second Analysis** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Final  Analysis** | | | |
| **Chart Location: Archived** | | | |

AR 3088

```
Note Type:    SURG Master Note *
Note Time:    N/A
Last Stored:  0643 28 Apr 2017
Stored By:    Jensen, Damon T 2878   CERVENKA, PETER D 0736
```

### SURG Master Note

#### – PATIENT DATA AND INFORMATION –

Age: *32*        Gender: *M*        Information Source(s): *Patient;*

Clinical Service: *Oral-Maxillofacial Surg/ABAA*        Surgeon/Provider: *Jensen, Damon T 2878*

Signature:                                    Time/Date:

**X  ATTACH IMAGE OR EXTERNAL FILE**

    X  Add Image 1          Add Image 2

①

①



Image 1 Comment:   *Questionable periapical region over #12*

**X  TEMPLATE HISTORY **Select to build History: CC, HPI, PMHx, PSHx, etc****

#### Chief Complaint

    *"Teeth don't come together"*

#### History of Present Illness

*Pt in ortho tx. Teeth do not come together on left side when pt bites. Feels like midline is off. Pt does not snore.*

#### Past Medical History

    *Irritable Bowel Syndrome;*

#### Past Surgical History

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ▉▉▉ ▉▉

??? ???

WRNMMC Bethesda      27Apr2017

PERSONAL/PRIV ACT 1974

Clinical Notes

AR 3089



| | |
|---|---|
| *wisdom teeth extraction* | ? |
| *Corneal Refractive Surgery (PRK/LASIK);* | ? |
| *Tonsillectomy:* | 2003 |
| *expose and bond #11* | ? |
| *Maxillo facial* | 2015 |

Other Surgical History:
*SEE H&P*

## Social History

| | | | |
|---|---|---|---|
| Special Duty Status: | *None.* | | |
| Tobacco Use: | *Never* | Type: | *N/A* |
| Alcohol Use: | *Active* | Type: | *Social: 3-4/week* |
| | Drinks/Day: | *SEE TYPE* | Last Drink: *1 week ago* |
| Recreational Drug Use: | *N/A* | Type: | *N/A* |
| Employment History: | *USN* | | |
| Living Situation: | *Lives with roommate* | | |
| Other Social History: | | | |

## Family History

*cancer*
*HTN*
*diabetes*
*heart disease*

## X  REVIEW OF SYSTEMS (ROS) **AHLTA copy/paste, Expanded ROS, etc**

X  Review of Systems negative and within normal limits
   Airway/EENT:
   Cardiovascular:
   Musculoskeletal:

## ALLERGY INFORMATION

| #1 | Type: *MISC.* | Name: *Feathers* | Symptoms: *UserSpecifiedSymptom* |
|---|---|---|---|
| Onset Date: | *04/24/2017* | Severity: *SEVERE* | Other Symptom: *Dyspnea* |

SNOMED Code:

RxNorm Code:    Last Modification Date: *04/24/2017*    Inactive:

| #2 | Type: *MISC.* | Name: *Cat dander* | Symptoms: *UserSpecifiedSymptom* |
|---|---|---|---|
| Onset Date: | *04/24/2017* | Severity: *SEVERE* | Other Symptom: *Dyspnea* |

SNOMED Code:

RxNorm Code:    Last Modification Date: *04/24/2017*    Inactive:

## MEDICATIONS ON ADMISSION

X  Admission Medications: to include home, non prescription, herbals, medications taken in another care facility and illicit drugs.

| *Active CHCS Medication:* | *Dosing Instructions (No abbreviations)* |
|---|---|
| *Additional Medications:* | *Dosing Instructions (No abbreviations)* |
| *multivitamin ( DAILY VITE ) ORAL Tab*   X | |

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███ ██

??? ???

WRNMMC Bethesda    27Apr2017
PERSONAL/PRIV ACT 1974
Clinical Notes

AR 3090

*PAIN*

Pain Score:  0

*PHYSICAL EXAMINATION **Ht/Wt, VS, Focused/Expanded Exam, if applicable***

Admission Height:   175.3    cm =          in
Admission Weight:   76.80    kg =          lbs
           BMI:   24.97    BSA:  1.925

*Latest Vital Signs:*
    HR:   80              BP:   120   /   79     mmHg
                    Temp(F):   97.7          Temp Source:   *forehead*
                  Pulse Ox(%):   96          O2 Source:   *Room Air*

   X  Focused Exam      *Facial 3rds: 51mm/58mm/68mm*
                        *tooth show repose: 2mm   animation: 10mm*
                        *Midline   max:MSP  1mm to right     man:max 1mm to left*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ██████ ████

??? ???

WRNMMC Bethesda      27Apr2017
   PERSONAL/PRIV ACT 1974
       Clinical Notes

AR 3091

```
                    Angle class canine: Class III right and left
                    Angle class molar: Class III right and left
                    Overjet: 0mm
                    OVerbite: 0mm
                    Transverse: adequate (no crossbite)
                    Cant: None
                    Alar: 30mm
                    Upper lip: 21mm
                    Lower lip: 42mm

                    #12 clinically tests delayed sensitivity no mobility no percussion pain 4 mm pockets

                    RADS: Maxillary hypoplasia radiolucency around 12

                    HEART: RRR

                    LUNG :CTAB

                    Airway: MP II
                        Left (Small)
```

| X | **MULTI-DRUG RESISTANT ORGANISM (MDRO)  \*\*Current Status and Precautions\*\*** |

| X | **VENOUS THROMBOEMBOLISM (VTE) RISK ASSESSMENT   \*\*Required if 18yrs and older\*\*** |

Select VTE Risk Stratification:     VTE Low Risk

VTE Prophylaxis to Order: Early and Frequent Ambulation

Contraindications to consider with Pharmacologic VTE Prophylaxis

NONE.

VTE Prophylaxis Planned

SCD in MOR early ambulation

| X | **ACTIVE CODE STATUS/RESUSCITATION PLAN   \*\*Required for ALL patients\*\*** |

Initial Resuscitation Status:     Full

X   I have personally discussed and reviewed this patient's admission circumstances and Code Status
with the patient. The patient has medical decision making capacity at this time and has chosen
to be "Full Code" status and understands they may change this care decision at any time.
An advance directive document, if available, was a part of this discussion.

| X | **ASSESSMENT AND PLAN \*\*Pre-Op Diagnosis/Planned Procedure\*\*** |

Assessment:   maxillary AP hypoplasia

Pre-Op Diagnosis:   maxillary AP hypoplasia

X   Check box for additional Diagnosis

Pre-Op Diagnosis 2:   possible necrosis 12


Planned Procedure:   Maxillary Lefort I advancement

| X | **PRE-OPERATIVE INSTRUCTIONS/COUNSELING** |

Patient was given verbal and written instructions.

X   Provider Specific Instructions:

given by resident

Provider Name:   Jensen, Damon T 2878                     Date:   12Apr2017

Scheduled Procedure Time/Date:   27APR2017@0800          With =>  Jensen, Damon T 2878

Phone Number(s):   307-203-9044

| X | **REVIEWED (H&P) PRIOR TO SURGERY/PROCEDURE \*\*Required for ALL patients\*\*** |

Patient assessed/re-examined and history and physical reviewed prior to surgery/procedure
requiring anesthesia services. The changes found in patient's condition since history and physical
exam were completed are listed below: PT had root canal started on #12 which currently has IRM in
it.  Pre op pt reports 5/10 pain after RCT started.  Pt to have RCT completed after surgery.
Comfortable proceeding with surgery as no s/s of infection feel pain is post extirpation
tenderness.  Ortho set up ran by COL Terp discussed right posterior opening (right posterior
molars are not in contact as per set up.

Reviewed By:   Jensen, Damon T 2878                     Time/Date:   0825 27Apr2017

-----------------------------------------------------------------------------------------

Intern Addendum:

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ▮▮▮ ▮▮▮

??? ???

WRNMMC Bethesda      27Apr2017

PERSONAL/PRIV ACT 1974

Clinical Notes


CliniComp, Intl.

*Resident*
   Resident Addendum:
*Staff Attending*

*Signature:*                                              *Time/Date:*

**OPERATIVE REPORT** **To include the Brief Operative Report required before the next level of care...USE 'standalone' SURG Operative Report* Note!**

---

X   *POST PROCEDURE RELEASE/DISCHARGE SUMMARY* **Required for ALL patients**

           Staff Provider:  *Jensen, Damon T 2878*
         Clinical Service:  *Oral-Maxillofacial Surg/ABAA*
      Admission Diagnosis:  *Maxillary AP hypoplasia*
      Discharge Diagnosis:  *Maxillary AP hypoplasia*
           Admission Date:  *27Apr2017*
           Discharge Date:
    Procedure Performed 1:  *Lefort I osteotomy*                    Date:  *27Apr2017*
Check box for Additional Procedures
           Clinical Course:  *Unremarkable*
              Disposition:  *Discharged Home*
Condition on Discharge:  *Stable*
   Convalescent Day(s):  *14*

---

X   *POST-OP DISCHARGE MEDICATION RECONCILIATION* **Required for ALL patients**

*New Home Medications*

           Medication Name:  *Ibuprofen 100mg/5ml SUSP*
Patient Friendly Discharge   *Drink 40ml (800mg) every eight hours for baseline pain control.*
Dose, Route, Freq (REQUIRED):
      Special Instructions:
      ------------------

           Medication Name:  *Oxycodone 5mg/5ml SOLN*
Patient Friendly Discharge   *Drink 5-10ml every 4 hours as needed for breakthrough post surgical*
Dose, Route, Freq (REQUIRED):  *pain.*
      Special Instructions:
      ------------------

           Medication Name:  *SODIUM CHL (SEA MIST) 0.65% NASAL SPRAY*
Patient Friendly Discharge   *2 puffs each nostril 4 x daily to keep nose moist*
Dose, Route, Freq (REQUIRED):
      Special Instructions:
      ------------------

           Medication Name:  *Pseudoephedrine 30mg/5ml*
Patient Friendly Discharge   *Drink 10ml every 6 hours for congestion*
Dose, Route, Freq (REQUIRED):
      Special Instructions:
      ------------------

           Medication Name:  *ONDANSETRON (ZOFRAN-ODT)--4MG TAB*
Patient Friendly Discharge   *dissolve 1 tab under tongue every 12 hours as needed for nausea*
Dose, Route, Freq (REQUIRED):
      Special Instructions:
      ------------------

           Medication Name:  *Augmentin 400mg/5ml SUSR*
Patient Friendly Discharge   *Drink 10ml, twice a day, until finished, (5 days).*
Dose, Route, Freq (REQUIRED):
      ------------------

           Medication Name:  *WHITE PETROLATUM 30GM TUBE*

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ▮▮▮▮▮▮

??? ???
   WRNMMC Bethesda      27Apr2017
      PERSONAL/PRIV ACT 1974
         Clinical Notes

AR 3093

| | | |
|---|---|---|
| Patient Friendly Discharge Dose, Route, Freq (REQUIRED): | | *apply to lips as needed to keep moist* |

------------------

| | | |
|---|---|---|
| Medication Name: | | CHLORHEXIDINE (AFRIN EQ)--NAS 0.05% SPRA |
| Patient Friendly Discharge Dose, Route, Freq (REQUIRED): | | *2 puffs each nostril 2 x daily for 3 days* |

| | |
|---|---|
| Medication Name: | OXYMETAZOLINE (AFRIN EQ)--NAS 0.05% SPRA |
| Patient Friendly Discharge Dose, Route, Freq (REQUIRED): | *2 puffs each nostril 2 x daily for 3 days* |

------------------

| | |
|---|---|
| Medication Name: | CHLORHEXIDINE (PERDIEX) 15ML UNIT DOSE |
| Patient Friendly Discharge Dose, Route, Freq (REQUIRED): | *Swish 15ml and spit, twice daily* |

**Pre-Admission Home Medications**

| | | |
|---|---|---|
| X | Medication Name: | multivitamin ( DAILY VITE ) ORAL Tab |
| | Patient Friendly Discharge Dose, Route, Freq (REQUIRED): | |
| | Special Instructions: | *Continue taking this medication as previously prescribed.* |

------------------

**PHARMACY \*\*Completed by PHARMACY, if required per facility policy\*\***

X    *PATIENT DISCHARGE INSTRUCTIONS*

X *Discharge Instructions:*

*The patient was admitted to the APU and taken to the operating room for a lefort osteotomy of the maxilla. They tolerated the procedure well. There were no complications during surgery. The patient was extubated in the OR and transported to the PACU in stable condition where they made an uneventful recovery overnight and obtained radiographic imaging. The following morning the patient was transferred to the APU for routine post operative care. Before discharge the patient´s pain was well controlled with oral pain medications, they were voiding spontaneously without issue, tolerating oral intake, and ambulating safely. The patient remained afebrile with stable, normal vital signs and was discharged home with appropriate follow up.*

*MEDICATIONS: Continue all home medications. New medications listed below. Be sure to eat soft nutritious food prior to taking any medications (see DIET below). This will decrease the chances of post surgical nausea.*
*Discharge Meds:*
*-As listed above*

*SINUS PRECAUTIONS: Due to the nature of the surgical procedure in relation to your maxillary sinus cavity it is essential you follow the guidelines below to maximize your chances for a successful and uneventful healing process:*
*-Take the medications your surgeon prescribed, as prescribed.*
*-Do not blow your nose for two-weeks. It is best to wipe away nasal secretions carefully. After 2 weeks,   if you must blow your nose, blow gently through both sides at the same time. Do not pinch your nose; do not blow just one side at a time.*
*-Do not pinch your nose and forcefully clear ears.*
*-If you must sneeze, keep your mouth open while doing so without pinching your nose.*
*-Avoid sucking.  Do not drink through a straw. Do not smoke.*
*-Avoid blowing. Do not play a wind instrument. Do not blow up balloons. No forceful or projectile spitting.*
*-Do not lift or push objects weighing more than 20 pounds.*
*-No bending over - Keep your head above the level of your heart. Sleep with your head slightly elevated with two pillows.*

*WHAT TO EXPECT: The first 2-3 days after surgery, are generally the most uncomfortable and there is usually significant swelling. After the first week, you should be more comfortable. For the first 14 days it is normal to experience a little amount of everything.  This includes swelling, bleeding, soreness, tightness, bruising/yellowing and a little pain or discomfort.  Your nose may feel stiff, congested and mildly ooze with blood, use gauze to gently dab this away. With taking your prescribed medications and strictly following recommendations, this should all be tolerable.  It is not uncommon for the anesthesia team to nasally intubate (place a tube through your nose and into your trachea) for oral surgical procedures. This can cause your nose to be sore and even bleed a little after the surgery for the first few days. Dark red-brown blood may come out of nose after 1 week, this is normal. If bleeding is bright red and heavy, this is abnormal, notify your surgical team. Saline nasal rinses (over the counter) can be used to help with nasal congestion as needed. The remainder of your postoperative course should consist of gradual, steady improvement.*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███ ██

??? ???

WRNMMC Bethesda        27Apr2017

PERSONAL/PRIV ACT 1974

Clinical Notes

AR 3094

*ACTIVITY RESTRICTIONS: Please do not drive for 24 hours after your surgery. Until that time, you will still be affected by the anesthesia medications you were given during your surgery, and it is not safe for you to drive. Starting 24 hours after surgery you may drive limited amounts. Avoid heavy lifting and mildly strenuous activity/exercises that will significantly elevate blood pressure and heart rate for at least three days. You should limit yourself to light activity for one week following the surgery. However, spending as much time as comfortably possible out of bed sitting up and moving around the house helps speed recovery to daily activities.*

*SLEEPING: Please keep your head elevated while sleeping. This will minimize swelling and discomfort and reduce pain while allowing you to breathe more easily. One or two pillows may be placed beneath your mattress at the head of the bed to prop the bed into a more vertical position.*

*SWELLING: Swelling is common after surgery for two weeks. For the first 48 hours place an ice pack (or frozen peas/corn) on your face near the surgical site for 10-20 minutes every 2-3 hours. (Do not put ice in direct contact with the skin). 48 hours after surgery, we suggest switching to warm moist heat to decrease swelling (use a clean facecloth and tap water).*

*DIET: In the past, but very unusual at the present time, teeth were wired together after jaw surgery. This allows the bones to heal while they are being held still. In the majority of cases today, we use small bone plates and screws to hold the bones still to assist in healing. Support is also given by the splint and elastic traction (elastic bands placed onto your teeth.) This allows the jaw to have more and function during the healing period of 8-12 weeks. It must be remembered, however, that the bones are not completely healed and are being stabilized only by the screws and plates. Therefore, we encourage a gradual progression of movement and use of the jaws, keeping in mind that adequate healing does not take place until approximately 6-8 weeks. REMEMBER: Your jaws are weakest at 10 days after your surgery. No alcoholic beverages should be consumed for at least twenty-four hours following general anesthesia or as long as you are taking narcotic pain medications.*
  *Initially, it will be difficult to eat adequate amounts of food in only three meals per day. Try to eat five or six times a day, eating smaller portions each time. The following guidelines may be of help to you:*
*DIET: IMMEDIATELY FOLLOWING SURGERY UNTIL OTHERWISE INSTRUCTED (USUALLY 6 WEEKS)*
  *During this period the diet should be essentially non-chewing. This will minimize the stress on the plates and screws. This may consist of either blenderized food or fluids that don't require chewing. This can include soups, milkshakes, baby food, or any blenderized food just avoid hot food/liquids that could injure/irritate your surgical sites. Some sort of diet supplement such as Ensure, Boost, protein shakes, smoothies or similar liquid meal replacements may be used once or twice a day to increase calorie intake. Plenty of clear fluids, water, etc. will help clean the thicker fluids from your mouth and throat. REMEMBER: It is very important to eat as much as possible to help your wounds heal properly. No straws!!*
*DIET: 6 ~ 8 WEEKS AFTER SURGERY*
  *Chewing can start during this period of time. Initially begin with soft foods that require minimal chewing. This can consist of mashed potatoes, scrambled eggs, soft pasta that is cut into small pieces, soft rice dishes, or soft sandwiches that are cut into small pieces. One can also eat the foods that were eaten during the initial period. SLOWLY advance your diet, progressing into softer meats such as hamburger and soft chicken. The portions should be small so as not to place too much force on the healing bones. Soft fish dishes are also excellent. You will find that your jaw will tire easily. This will continue for the first 2-3 months until your jaw muscles have accommodated for your new jaw position. Avoid eating food which requires chewing for prolonged periods of time.*
*INTRAORAL SUTURES/STITCHES: Your sutures dissolve on their own. You may notice that they are loose after the swelling of your gum tissue decreases. This is completely normal. They commonly dissolve within the first month following surgery.*
*WOUND CARE FOR EXTRA-ORAL SURGICAL SITE: You may shower beginning 24 hours after the surgery.*
  *SURGICAL SITES WITH GLUE/TAPE: The extraoral incision site has a dressing affixed in place with glue that will eventually come off on its own. If the edges peel up simply trim them with scissors. You may remove the dressing once it has loosened but do not attempt to remove early. The dressing will be removed at one of your scheduled follow up appointments.*
  *SURGICAL SITES WITH SUTURES ONLY: The extraoral incision site was closed with sutures or ^stitches.^ These will stay in place until the surgeon removes them, do not attempt to remove them on your own. It is important to keep the incision site clean. Wash your hands thoroughly with antibacterial soap, or use hand sanitizer, before cleaning the site. To clean, dilute a 1:1 solution of hydrogen peroxide and water, using a Q-tip gently clean the surgical site. Using a soft clean cloth, gently pad the area dry and apply a thick amount of Vaseline or the prescribed ointment.*

*Report to an emergency room or OMFS clinic immediately if you have any of the following:*
*1) Temperature greater than 101.5 F*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███ ███

???  ???

WRNMMC Bethesda        27Apr2017
PERSONAL/PRIV ACT 1974
Clinical Notes

CliniComp, Intl.

2) Swelling that makes it difficult to breath, speak, or swallow
3) Pain not controlled by prescribed meds
4) Nausea and vomiting not controlled by prescribed meds
5) Excess bleeding or oozing from wounds

Contact the OMS clinic during normal working hours for any questions or concerns,
(301) 295-4340. The Duty section at the OMS clinic is available 24 hours a day for
emergencies, call or report to the WRNMMC emergency department (301) 295-4810.

For non-emergent after hours concerns call the Walter Reed National Military Medical
Center quarterdeck at (301)295-4611 and ask for the oral surgeon on call.


*******************************************************************************

You have a scheduled follow up appointment as below. Please call (301)295-4340 if you need to
reschedule.  Follow up is at Bldg 1 deck 2 oral surgery.  call 307-203-9044 if you need to
reschedule
Follow-up appointment will be Time/Date:    01MAY2017@0900   with  Jensen, Damon T 2878

follow up is at building 1 deck 2 oral surgery cell contact 307-203-9044
Follow-up appointment will be Time/Date:    10MAY2017@1300   with  Jensen, Damon T 2878

6 week follow up at Building 9 deck 2 (arrowhead) for pano, pa ceph, lat ceph.  Please note your
third/june follow up is at a different location than your 01MAY and 10 MAY follow ups
Follow-up appointment will be Time/Date:    07JUN2017@1100   with  Jensen, Damon T 2878
*******************************************************************************
.***Report any of the following to your Surgeon/Provider***
OR

***NEAREST Emergency Room IMMEDIATELY***
- Fever over 101 degrees by mouth
- Nausea or vomiting for more than 24 hours
- Pain unrelieved by medication.
- Separation of wound edges.
- Increasing bleeding or drainage from wound
- Swelling that does not subside after 7 days.
- Redness around the surgical site that is warm to the touch or is accompanied by
drainage or foul odor.
- For General Surgery; if you experience Nausea and Worsening Abdominal Pain.
*******************************************************************************

| X | DISCHARGE CONVALESCENCE INFORMATION **Use for ANY patient, if applicable** |
| --- | --- |

***Convalescence information entered below will populate to the Discharge Convalescence Memo *. ***

Admitted to the hospital from    27Apr2017     to
Recommend a period of   14       days of convalescence after the date of discharge from the hospital.
Additional Restrictions/Comments:

See Discharge Instructions
Please feel free to call our facility with questions at the number(s) listed below.

See Discharge Instructions

- FINAL SIGNATURES -

Intern
Name of Supervising Resident:
Name of Supervising Staff/Attending:     Jensen, Damon T 2878
Signature:   Cvelich, Michael K LT 6793          Time/Date:   1047 12Apr2017

DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN: ███████
??? ???
WRNMMC Bethesda     27Apr2017
PERSONAL/PRIV ACT 1974
Clinical Notes

AR 3096

X   Resident
   *I have discussed the patient with my supervising Staff/Attending. The supervising Attending for
   this patient care encounter is:*
   Name of Supervising Staff/Attending:       Jensen, Damon T 2878
       Resident Addendum:
   Signature:   CERVENKA, PETER D 0736                    Time/Date:   0643 28Apr2017


       Fellow/Consultant Addendum:
       Nurse Practitioner Addendum:
       other Provider Addendum:
**Staff Attending   (Signature Required)**
   *I have reviewed the documentation, examined the patient, discussed the case with the
   multidisciplinary team and agree with findings and plan of care. Agree with above pt referred to
   endo for eval of 12.  Scheduled 20APR for endo eval.*
   Signature:   Jensen, Damon T 2878                      Time/Date:   1059 12Apr2017

DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN: ███ █
??? ???
   WRNMMC Bethesda      27Apr2017
     PERSONAL/PRIV ACT 1974
       Clinical Notes

AR 3097

# Informed Consent for Anesthesia

Walter Reed National Military Medical Center Anesthesia Department

**Information:** There are several ways to administer anesthesia. **Local Anesthesia** is administered by the surgeon in the procedure area and is combined with **Monitored Anesthesia Care (MAC)** provided by an anesthetist. **MAC** involves the presence of a credentialed anesthetist, for monitoring purposes, who may provide a spectrum of sedation and analgesia ranging from light sedation to deep sedation. Usually light sedation does not affect ventilator or cardiovascular function; whereas individuals treated with deep sedation may require assistance in maintaining a patent airway and adequate ventilation—cardiovascular function is usually not affected. **Regional Anesthesia** refers to nerve block, epidural, and spinal anesthesia and involves the injection of a local anesthetic near major nerves to "numb" specific areas of the body and may be combined with **MAC**. **General Anesthesia** is a technique using intravenous medications and gases to keep you deeply asleep. This technique is often combined with medications to relax muscles and methods such as a breathing tube to provide adequate oxygenation.

**Complications and Risks:** In addition to the risks of surgery, anesthesia of any type carries its own risks. More common complications that may arise include, but are not limited to the following: Sore throat, Nausea and Vomiting, Headache, and Dental damage. Less common complications that may arise include but are not limited to the following: Damage to blood vessels, Back pain, Damage to eyes / nose / skin, Vocal cord injury, Windpipe injury, Respiratory problems, Drug reaction, Infection, Nerve injury, Paralysis, Kidney damage, Brain damage, Heart injury, Awareness during surgery, Damage to baby if pregnant, and Death.

**Understanding:** I understand that my anesthetic plan will be _GENERAL ANESTHESIA_ _____. I have been given an explanation of the proposed anesthetic plan and have been given the opportunity to ask questions about it as well as alternative forms of anesthesia; the risks and hazards have been explained to me to my satisfaction, and I feel I have sufficient information to give informed consent. I understand that my anesthetic will be given by or under the supervision of a staff WRNMMC Anesthesiologist or Certified Registered Nurse Anesthetist. Realizing that this is a teaching facility, I understand that other personnel such as residents, interns, medical students, and student registered nurse anesthetists may be involved in my anesthetic care and will be supervised by a credentialed staff member. I understand that during my procedure invasive monitoring may be necessary; the risks and benefit of this type of special monitoring have been fully explained to me. I understand that during the administration of my anesthetic, conditions may arise which require modification or extension of the anesthetic plan; I therefore authorize modification or extension of this consent as indicated by the professional judgment of my anesthesia team. I understand that during the procedure a transfusion of blood or blood products may become necessary and have been informed of the possible risks involved and understand these risks.

**Consent:** I consent to have anesthesia provided by appropriate medical personnel. I further consent to procedures that good medical judgment considers wise and prudent if it is medically undesirable to delay the procedure until after my further written consent has been obtained.

*Please do not sign this form unless you have read it or had it read to you,*
*understand it, and agree with what it says.*

| | |
|---|---|
| _signature_ | 4/27/17    0650 |
| Patient or person authorized to consent for patient | Date / Time |
| | 4/27/17    0650 |
| _signature_ | Date / Time  Elisa G. Bondu LT,NC USN |
| Witness | ELISEO G. BUNDOC  4/27/17 06 |
| | Anesthesia counselor:    Date / Time |
| | |
| | Anesthesiologist / CRNA / Resident / ⟨SRNA⟩ |

**PATIENT STAMP**

20/▮▮▮▮
MERWIN, DANIEL DENNIS
SEX: M DOB: ▮▮▮▮ 1985 AGE: 32
USN N11 PO1 NRP

AR 3098

**BLOOD TRANSFUSION**
**PATIENT INFORMATION AND CONSENT FORM**
## ESTIMATED RISKS OF SOME TRANSFUSION COMPLICATIONS

| TRANSFUSION RISK FOR EACH UNIT RECEIVED | RISK | REFERENCES |
|---|---|---|
| Febrile reaction[1] | 1 : 60[a] | [a] Estimated to be 1:91 with prestorage leukoreduction and 1:46 with poststorage leukoreduction. |
| Transfusion-associated circulatory overload (TACO)[2] | 1 : 100[b] | |
| Allergic reaction[3] | 1 : 250 | |
| Bacterial Sepsis (from platelets)[9] | 1 : 2,000 to 1 : 3,000 | [b] Indicates the estimated risk per recipient rather than unit. |
| Delayed hemolytic transfusion reaction[11] | 1 : 2,500 to 1 : 11,000 | [c] The estimate is variable depending on the length of the infectious period. |
| Transfusion related acute lung injury (TRALI)[4] | 1 : 12,000 | [1, 2, 3, 4, 5, 6, 7, 8] – Clinical Practice Guidelines From the AABB Red Blood Cell Transfusion Thresholds and Storage, *JAMA*.doi: 10.1001/jama.2016.9185 |
| Acute hemolytic transfusion reaction[10] | 1 : 76,000 | |
| Hepatitis C virus infection[5] | 1 : 1,149,000 | |
| Hepatitis B virus infection[6] | 1 : 1,208,000 to 1 : 843,000[c] | [9] AABB Association Bulletin #14-04, 18 Jul 2014. |
| Human immunodeficiency virus infection[7] | 1 : 1,467,000 | [10, 11] AABB Technical Manual, 18th ed., 2014 |
| Fatal hemolysis[8] | 1 : 1,972,000 | |

The alternatives to transfusion include: (1) not receiving a transfusion, (2) pre-surgical autologous donation, and (3) intraoperative red cell salvage. If you have any questions about transfusion risks, benefits, complications, or alternatives, please discuss them with your doctor **BEFORE** you agree to have any blood transfusion.

**1. COUNSELING PROVIDER OR DENTIST:** I have counseled this patient as to the proposed procedure(s), attendant risks involved, the expected need for transfusion, and the use of intraoperative red cell salvage (if appropriate).

_____     27Nov2017    0640
Provider/Dentist Signature                    Date            Time

**2. PATIENT:** I understand the risks associated with blood transfusion and the reasons why my doctor(s) may wish to transfuse me. Should my doctor(s) deem a transfusion necessary, I agree to be transfused. For surgical patients only - I understand that intraoperative red cell salvage will / will not (initial one) be used.

_____     ____  ____     _____     112717    0643
Witness Signature     Date   Time       Patient Signature       Date    Time

**3. PARENT/LEGAL REPRESENTATIVE:**   (When a patient is a minor or unable to give consent)
I, _____, parent/legal representative of _____, understand the nature of the proposed procedure(s), attendant risks involved, and the expected need for transfusion and red cell salvage (if appropriate). I hereby request that such procedure(s) be performed. Should the doctor(s) taking care of this patient deem a transfusion necessary, I agree with their decision.

_____     ____  ____     _____     ____  ____
Witness Signature     Date   Time       Parent/Legal Representative Signature   Date   Time

Patient Iden...

MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

WRNMMC FO...                      ...TION WILL BE USED.                     Page 2 of 2

AR 3099

## BLOOD TRANSFUSION
## PATIENT INFORMATION AND CONSENT FORM

Dear Patient,

During the course of treatment you may need to receive blood or blood products. You should feel free to ask your doctor why you may need a transfusion. Benefits of transfusion include: (1) to improve oxygen delivery to your organs, (2) to replace factors or cells that help stop bleeding, or (3) to provide proteins (called globulins) to help your immune system, or (4) other reasons your doctor will explain. While many precautions are taken to make blood products safe, there are some well-known risks, including but not limited to, those listed below.

1. **Transmission of infectious diseases: All blood for transfusion in the U.S. is tested for the following infectious diseases: HIV 1 & 2, HTLV I & II, Hepatitis B & C, syphilis, Chagas, and West Nile Virus. Only units that are negative for all of these tests are allowed to be transfused.** Although these tests are extremely sensitive, on very rare occasions, a unit will contain a low level of virus that cannot be detected with current testing methods. There are diseases for which no approved test yet exists or there may be infectious risks, as yet unknown to us, that could be transfusion-transmitted. There is no way to guarantee a zero-risk transfusion, however, research and development of more sensitive tests are ongoing. As better testing methods are introduced into the blood banking industry, it is possible that transfusion recipients could be contacted in the future by their blood bank for follow-up information or blood samples. Your cooperation, should this occur, would be completely voluntary, and your participation could contribute to improvement in the safety of the nation's blood supply.

2. Fever: Transfused blood products can cause fever in some individuals.

3. Allergic reactions: After blood transfusion a person may occasionally experience wheezing, itching, low blood pressure, swelling in the throat, or breathing problems.

4. Hemolytic reactions: A potentially serious reaction can occur if you receive a unit of blood that is of a different ABO type from your own. Even when ABO-compatible blood is given, delayed hemolytic reactions can occur if the transfused red blood cells stimulate your immune system to make antibodies against them a few days to weeks following transfusion. This usually causes the transfused red blood cells to be destroyed in your spleen, resulting in a mild temporary jaundice (yellowing of the skin).

5. Transfusion-related acute lung injury (TRALI): A potentially fatal reaction involving lung damage has been reported in some recipients of cellular blood products and fresh frozen plasma. This reaction is not well understood and is being actively studied. It is believed the reaction is related to either an agent in the blood of certain donors, particularly females who have been pregnant in the past, or an agent that accumulates in some units of blood as they age. TRALI is manifested by difficulty breathing and fever within 1 to 6 hours after transfusion. Most victims fully recover, but in some cases the reaction is severe enough to cause death.

The above complications are rare, but potentially life-threatening. The estimated risks of these complications are shown in the table on the next page.

6. **For surgical patients:** Under special circumstances, your surgeon may determine that it is necessary or desirable to use a technique called Intraoperative Red Cell Salvage. This technique uses specialized equipment that harvests and washes your lost surgical blood and prepares it for transfusion. Use of this blood is an effective means to reduce the use of banked blood, decreasing the likelihood of transfusion reactions and spread of infectious disease. Drawbacks to this method include the need for anticipated large blood loss volumes, non-applicability to all types of surgery, and the potential spread for certain types of malignancy.

MERWIN^DANIEL

Printed 2017/04/27 03:17PM

Printed from 'WRNMWKXL03003WY' by 'Equus.Sanchez'

Patient Name    MERWIN^DANIEL
Patient ID      ███████
Patient Gender  M
Patient DOB/Age 1985███  (032Y)



mage printed to fit                    Page 1 of 1

MERWIN^DANIEL

Printed 2017/04/27 03:17PM                    Printed from 'WRNMWKXL03003WY' by 'Equus.Sanchez'

Patient Name        MERWIN^DANIEL
Patient ID          
Patient Gender      M
Patient DOB/Age     1985      (032Y)

UNV80102

Laser / Inkjet printer labels

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

20
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP



20/
MERWIN,DANIEL DENNIS
SEX: M DOB: ███1985 AGE: 32
USN N11 PO1 NRP

Same size as Avery® 5160®

universal.

MERWIN, D

**Vitals:**

| | | | |
|---|---|---|---|
| HR 103 | PVC 0 | SpO₂ 97 | Pulse (SpO₂) 103 |
| Perf 6.4 | RR 23 | ST-I 0.2 | ST-II 0.1 |
| ST-III -0.2 | ST-aVR -0.2 | ST-aVL 0.2 | ST-aVF 0.0 |
| ST-V 1.2 | ST-MCL 1.0 | | |

**4/28/2017 00:54:22  Saved strip  PR 0.15  QRS 0.09  RR 0.58  QT 0.31  QTc 0.41**

ECG Filter 0.5-20 Hz

4/28/2017 00:54:18

00:54:27

0.2s

MERWIN^DANIEL

Printed 2017/04/27 03:17PM                    Printed from 'WRNMWKXL03003WY' by 'Equus.Sanchez'

Patient Name      MERWIN^DANIEL
Patient ID        ███████
Patient Gender    M
Patient DOB/Age   1985███ (032Y)



AR 3105

APR-28-2017 04:50  FROM:                                         TO:9PU                    P.1/1

(5C) RRIC

## PACU REPORT

**ILLNESS SEVERITY**

OR#: 2  TO: RPK  ETA: 25  AGE: 52  KG: 77  ALLERGIES: NKDA

NAME: Merwin, Daniel Dennis  ASA: II  CONTACT PREC.: YES (NO)

**PATIENT SUMMARY**

PROCEDURE: Leport I. Ostetmy,

SURGEON: Cervenka  SERVICE: OMFS  ANESMD/CRNA: ⊘

ANESTHESIA: ET  LMA  (IV)  SPINAL  MAC  (LOCAL)  BLOCK: Xylo/Marc

98¹

HISTORY: Anxiety / IBS

VERSED 2 MG  FENTANYL 150 MCG  DILAUDID .4 MG  ZOFRAN 4 MG  DECADRON 10 MG

TORADOL 0 MG @  TYLENOL 1g MG @ 0830 OTHER _____ MG

ANTIBIOTICS: 3g Unasyn @ 08/10  NEXT DOSE DUE: _____

IV 16G (18G) 20G 22G  OTHER: _____ (LEFT/RIGHT (HAND)  WRIST  FOREARM  AC  FOOT

MOR: FLUID. TYPE/AMOUNT: 1200  EBL: 120  GU OUTPUT: 600

Nasal - Afrin

OTHER: _____  FOLEY CATH Y/⊘Cd N

| | PREOP | LOW PACU |
|---|---|---|
| HR | 72 | 84 |
| BP | 105/110 | 113/7c |
| TEMP | 98 | 98ᴷ |
| RR | 16 | 16 |
| O₂ SAT | 98 | 96% |
| PAIN SCALE | | 6/6 |

ROS: *PLEASE WRITE BRIEF ASSESSMENT*

NEURO: Intact

RESP: CTA

CV: Sinus

GI: _____

GU: _____  DTV: 11:30

MS: _____

SURGICAL DRESSING: _____

FLUIDS: (Y) N  TYPE/AMOUNT: _____  PO: _____

LABS: Y N  TYPE: _____  BS: _____ @ _____

X-RAYS: (Y) N  TYPE: Panorex @  URINE OUTPUT: _____

DRAIN: Y N  TYPE/AMOUNT: _____

PACU MEDS: Fent 50mcg
Dilaudid 1mg
OTHER: Zofran 4mg

**ACTION LIST**

**SITUATION**

**AWARENESS & CONTINGENCY PLAN**

**SYNTHESIS**

PACU RN: RPD  /FLOOR RN _____  BAY#: _____ /RM _____

• • • • • • • • • • • • • •  FOR APU USE ONLY  • • • • • • • • • • • • • •

AMR: Y/N  14.4  MEDS: Y/N  262  Ca 9.9  D/C ORDERS: Y/N  PARKED ON: 140/99/16  112
60  42.3  4.4  29  .88

Working revised fax 3/13/2017 8:57 AM

AUTHORIZED FOR LOCAL REPRODUCTION

| Medical Record | WRNMMC Request for Administration of Anesthesia and for Performance of Operations and Other Procedures |
|---|---|

**A. IDENTIFICATION**

1. OPERATION or PROCEDURE (Describe)

Lefort osteotomy, possibly segmental, possible maxillo-mandibular fixation and any other indicted procedures

SIDE (MARK ONE)
☐ Right    ☐ Bilateral
☐ Left    ☐ Not Applicable

**B. STATEMENT OF REQUEST**

2. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be (describe operation or procedure in laymans language):

Under general anesthesia the surgeons will cut the gums of my upper jaw then cut and separate the bone, possibly into multiple pieces. They will then reposition my upper jaw into a proper relationship and it with plates and screws. Risks to surgery include facial and jaw swelling ,bleeding which may sometimes be severe enough to require blood transfusion, allergic reaction to medications, delayed healing of the bony segments; rarely requiring a second surgery and/or bone graft to repair, relapse, bruising and discoloration of the skin around the jaws, eyes and nose, diminished sense of smell and a change in my cosmetic appearance.

which is to be performed by or under the direction of | Dr. Jensen and associates

3. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below named medical facility, during the course of the above-named operation or procedure.

4. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

5. Exceptions to surgery or anesthesia, if any, are (if "none", so state): | none

6. I request the disposal by authorities of the below-named medical facility of any tissue or parts which it may be necessary to remove.

7. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and the observation of the operation by authorized personnel, subject to the following conditions:
    a. The name of the patient and his/her family is not used to identify said pictures.
    b. Said pictures be used only for purposes of medical/dental study or research.

8. I understand that as indicated a Health Care Industry Representative or other authorized personnel may be present.
    (Cross out any parts above which are not appropriate)

**C. SIGNATURES (Appropriate items in parts A & B must be completed before signing.)**

9. COUNSELING Provider: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above. I have also discussed potential problems related to recuperation, possible results of non-treatment, and significant alternative therapies.

Provider's Signature: | Peter D. Cervenka
LCDR, DC, USN

Provider's Printed Name: | OMFS Resident
WRNMMC BETHESDA
NPI: 1922239250

10. PATIENT/Guardian: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

Patient/Guardian's Signature: | | Date (MM/DD/YYYY) 1985 | Time (HH:MM) Ø585

Witness' Signature: |

**D. UNIVERSAL PROTOCOL / TIME OUT**

"Time-Out" - Performed immediately before starting the procedure. Entire team confirms the following:

1. CORRECT PATIENT (Full Name / Birth Date)........................................ ☒YES
2. CORRECT PROCEDURE .............................................................. ☒YES
3. CORRECT SITE** ..................................................................... ☒YES
4. REQUIRED EQUIPMENT AVAILABLE................................................ ☒YES    N/A ☐
5. IMAGES / LABS AVAILABLE, PROPERLY LABELED ............................... ☒YES    N/A ☐

** The site must be marked and verified for procedures involving right/left distinction, multiple structures (e.g. digits), or multiple levels (as in spinal procedures) per WRNMMC policies.

Signature below indicates the procedure may be started. If any element is not completed as required, procedure may NOT be started.

Timeout Verified by: | Jenson (Printed Last Name) | (Signature) | Date (MM/DD/YYYY) 27 APRIL | Time (HH:MM) 0830

PATIENT'S IDENTIFICATION (For typed or written entries, give: Name - Last, First Middle; ID no. (SSN or other); Hospital or Medical Facility) | Register # | Ward #

20▮▮▮▮
MERWIN,DANIEL DENNIS
SEX: M DOB: ▮▮1985 AGE: 32
USN N11 PO1 NRP

REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES

Medical Record

LOCAL FORM 522 (Rev. 2/2012)
Prescribed by GSA/ICMR FMR (41 CFR) 102-193.308
DoD Exception to OF 522 approved by GSA

AR 3107

```
10H                    O U T P A T I E N T   A C T I V E   M E D I C A T I O N S   L I S T
NNMC  6000 06/13/08                              Current Prescriptions List
     PATIENT: MERWIN,DANIEL DENNIS    20/████████        Age: 32   DOB: ████ 1985   MALE
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
                   AHFS CLASSIFICATION:  EMPTY
1.       NALTREXONE--PO 50MG TAB                     REFILLS REMAINING: 1 #: 30
         SIG:
         EXPANDED SIG:  TAKE 1/2 TABLET BY MOUTH EVERY DAY X 1 WEEK, THEN
         INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF TOLERATED

2.       ESCITALOPRAM--PO 20MG TAB                   REFILLS REMAINING: 3 #: 70
         SIG:
         EXPANDED SIG:  TAKE ONE TABLET BY MOUTH EVERY DAY
```

*dyspnea, bleating, throat, sweats, dyspnea, Cats/ Feathers*

```
---------------------------------------------------- End of Active Prescriptions -----------------
ALLERGIES:
         OTHER  [Comment: Reaction(s): Unknown; Note: SEE MED RECORD]
         OTHER  [Comment: SEE MED RECORD]
         OTHER  [Comment: Allergen: OTHER; Reaction(s): Unknown; Note: SEE MED R
         ...]
---------------------------------------------------- End of Allergies ----------------
Annotate all other medications taken by patient (OTCs, Herbals) below.  None:____
```

*MVI   1 Tab PO Daily*

SIGN AND STAMP *[signature]*                           DATE/TIME *4/27/17 01*
*********************************************(END OF REPORT)****************************

20/████████
MERWIN,DANIEL DENNIS
SEX: M DOB: ████1985 AGE: 32
USN N11 PO1 NRP

*T-CON*

AR 3108

Patient escorts must have transportation arranged for themselves and the patient (either they drive you home or they have arranged for a reliable form of transportation prior to surgery date). **FAILURE TO HAVE AN ESCORT MAY RESULT IN CANCELLATION OF YOUR PROCEDURE!!**

- **\*\* Patients from Building 62 will still require an escort prior to being discharged to Building 62.**
- DO NOT bring any jewelry (including wedding bands), cash, credit cards, or other items of high value on your day of surgery. The APU and its staff are not responsible for lost or misplaced belongings.
- Please wear appropriate and comfortable clothing suitable for the procedure you will have. Children having surgery may wear their pajamas to the APU and Operating room, unless otherwise indicated.
- Do not wear make-up, lotions, perfumes, deodorants, or fingernail polish.
- All piercings, adornments, dentures, hearing aids, contact lenses/ glasses must be removed prior to going to the OR.
- Do not shave or wax, on or near, your surgery site 24 hours prior to your procedure.

**On the day of surgery, please bring the following items:**

- ☒ Military or government issued picture ID
- ☐ "Prep Check" Sticker sheet if directed to perform surgical skin wipes from surgeon.
- ☐ Crutches if required
- ☐ CPAP Machine if required
- ☐ Any inhalers, if prescribed. Otherwise please do not bring your home medications.
- ☐ Additional assistive devices that will be needed after surgery, such as walkers, canes, or wheelchairs
- ☐ **\*\*Copy of Advance directive, living will, 5 Wishes, or power of attorney (Optional)**
- ☐ **\*\*Females of child bearing age: Urine specimen cup with urine sample; or be prepared to provide a sample in APU.**
- ☐ Other:_____

**Post-Operative Instructions:**

- Anesthetics may affect your sense of balance for a short time. Please ask for assistance when you get out of bed/chair for the first time after surgery.
- **\*\*For Patients receiving block anesthesia (i.e. knee or hip surgery), please DO NOT attempt to get out of bed/chair without the assistance of a nurse or any health care provider.** During your entire stay in the APU you are at a much higher risk for falling post-surgery.

**IF YOU ARE STAYING IN THE APU OVERNIGHT:**

- Patients who will be staying overnight in APU will be discharged by 0800.
- Please ensure your escort/ride is in the APU no later than 0745 to facilitate a prompt discharge time.
- Family and other visitors are not permitted to stay overnight with patients. Visiting hours end at 2200.

**GUESTS AND VISITORS:**

- This is the President's hospital so guest/visitors/escorts without base access must accompany the patient in their vehicle the day of surgery and remain with the patient until discharge, or be pre-vetted through security 3-4 days before surgery date.
- Contact your surgeon's clinical nurse coordinator ASAP if they will not be accompanying you in your car the day of surgery to get the access request in. Please note: Security has the right to refuse entry to any non-ID'd individual.

**INCLEMENT WEATHER INFORMATION:**

- During adverse weather condition, please check the Walter Reed Bethesda website to verify operating status.
- If the clinics are CLOSED all non-emergent surgeries are cancelled for that day. Please call your clinic the next business day to reschedule your elective surgery date and/or prescreen appointment.
- If there is a DELAYED opening, please report to your APU Prescreen appointment or your surgery appointment **on time** as scheduled.

*All information on this form has been reviewed by the patient. The patient has verbalized understanding of all instructions given on this form.*

Staff Name _JoAnn Highsmith_    Staff Signature _JoAnn Highsmith, R.N._    Date _24 APR 201_

Patient Name _XDan_    Patient Signature _XDaniel Morwin_    Date _04/27/17_

Updated 02/06/2017

AR 3109

# WRNMMC APU STANDARDIZED PRE-PROCEDURE TEACHING SHEET

## BEFORE LEAVING WRNMMC THE DAY YOU HAVE YOUR PRE-PROCEDURAL APPOINTMENT:
- Turn in completed package to APU Prescreen Area (Building 9, 3rd floor, across from the Stone Center).
- Pick up pre-procedural medications or prep materials if ordered by your physician.
- Complete labs, EKG, or X-rays as ordered by your doctor. Complete all paperwork **before** your appointment.

## ADHERE TO YOUR MEDICATION REGIME AS OUTLINED BY YOUR DOCTOR OR MODIFIED BY ANESTHESIA
- Medication instructions also include the following, unless otherwise directed:
- Do not take aspirin-containing medications, or Motrin/Aleve/Advil/Ibuprofen type medications, including over the counter, for **2 weeks prior to and 2 weeks after your surgery**, unless otherwise instructed.
- Do not take herbal/dietary supplements such as gingko biloba, garlic, ginger, fish oil, or vitamin E. These can prevent blood from clotting and have been associated with prolonged bleeding.
- Tylenol is OK, however, please make staff aware if you have taken it for cold symptoms or fever.

## THE BUSINESS DAY PRIOR TO YOUR SURGERY:    Date: _26 APR 2017_
- Call the APU Chart Manager at **301-295-2563** in the afternoon between **1:30pm-4:00pm** for your Arrival. Arrival times are **approximately 2 hours** before your SCHEDULED Surgery time and are determined by the main operating room, **not** the surgeon. Please do not come any earlier than your scheduled Arrival Time.
  - ☐ If you were not scheduled to be seen by a nurse during your APU Prescreen appointment, **one of our TCON Nurses will call you for a telephone consultation within 72 hours prior to your surgery date.** If our TCON Nurse has not called you by 1000 on the day before your surgery, please call the APU Prescreen at **301-295-2319.**
- If you wish to cancel your procedure, contact your physician in their respective clinic. If after hours, please call the CDO desk at **301-295-4611** to have the surgeon on call paged to speak with you.
- Emergencies and wounded warriors take priority in the operating room. Please keep this in mind if there is a delay or cancellation to your procedure. Your patience is appreciated.
- Patients scheduled as "time and space available (TSA)" are given times based on estimated surgery time. These times can vary dramatically, and we kindly ask for your patience.

## THE EVENING BEFORE YOUR PROCEDURE:    Date: _26 APR 2017_
- Unless otherwise directed, **DO NOT EAT OR DRINK ANYTHING AFTER MIDNIGHT** on the night before your procedure. *This includes water, coffee, tea, toast, ice chips, candy, or gum.*
- If instructed to take oral medication on the morning of your procedure, please do so with a small sip of plain water.
- Do not consume any alcohol 24 hours prior to your procedure.
- Do not use any tobacco products after midnight the night before your surgery.
- Complete surgical skin preparation the night before and the morning of surgery as directed.
- **\*\*For GI Patients\*\*:** Complete your entire bowel preparation (Moviprep) if ordered by your physician.

## FOR CHILDREN LESS THAN 13 YEARS OLD ONLY:
1. No solid food after midnight the evening prior to the procedure.
2. Clear liquids up to two hours prior to arrival time.
3. Breast milk up to four hours prior to arrival time.
4. Infant formula up to six hours prior to arrival time.
5. All Non-human milk up to six hours prior to arrival time.

20█████████ ENNIS
MERWIN,DA██████
SEX: M DOB █████1985 AGE: 32
USN N11 PO1 NRP

## THE DAY OF THE SURGERY:
- **Please report to Main APU Day of Surgery "Check In" in Building 10, Eagle Building, 3rd Floor (3 East).** It is recommended that you park in the Arrowhead Patient Parking Garage across from Building 10.
- **A responsible adult, age 18 or older, must accompany you when you arrive at APU Check In on the day of surgery and must accompany you home after discharge (unless you are pre-scheduled to be admitted to inpatient ward).**

Updated 02/06/2017

## Patient Needs Assessment Form

Answering the questions will help us provide you the best possible care both before and after your procedure. All information is confidential and will only be used to contact you with regards to your procedure.

**Please check or circle the most appropriate answer:**

1. Who is providing this information today?  Patient/Self  Other:_____
(Please provide name and relationship)

2. Primary language: English  Other:_____

3. Do you have any difficulty:  Hearing    Reading    Both

4. Do you learn best by: Vision    Hearing    Doing or a Combination

5. What is your highest level of education?  Goms  COLLEDGE

6. Describe your current level of anxiety:  None   Mild   Moderate   Severe

7. Are you familiar with *The Patient Bill of Rights*?  Yes   No

8. Do you wish to see the Chaplain on the day of your procedure?  Yes   No

9. Are you familiar with the *Pain Assessment Scale*?  Yes   No

It is very important that we have legibly written phone numbers so that we can complete the pre-screen process.

**If you do NOT have an escort on the day of your procedure or the day you are to be discharged from the APU, your procedure will be cancelled or delayed.**

Your escort home will be: Name:___JESSICA  RUPP_____

Telephone Number ███ ██ ██ ████████████

I give my permission for you to leave a message regarding information about my procedure on my: (*Please circle choices.*)
Home phone     Cell phone     Email address    Work phone
(If you do not circle any choice and we are unable to contact you, your surgery may be delayed or cancelled.)

Patient Signature and Date:_____

MERWIN,DANIEL DENNIS
SEX: M DOB: ████ 1985 AGE: 32
USN N11 P01 NRP

APU Staff Signature Joann Highsmith RN

**Merwin, Daniel D.**

LAST NAME                    FIRST NAME                    M
(Print name above)

- APV -
MERWIN,DANIEL DENNIS
FMP/SSN: 20/█████████
DOB: ██ ██ 1985   PAT CAT: N11
NATIONAL CAPITAL AREA
█████████     APV#
APPT DATE/TIME:

N00168$1001464855                              VOL: 1

# INPATIENT/EXTENDED AMBULATORY RECORD

☐ **Inpatient Record**
   **Discharge Date(s)** _____

☒ **Extended Ambulatory Record**
   **Discharge Date(s)** **9·18·14**

| | |
|---|---|
| ☐ NAVY | ☐ ACTIVE DUTY |
| ☐ MARINE CORPS | ☐ RETIRED |
| ☐ ARMY | ☐ FAMILY MEMBER |
| ☐ AIR FORCE | |
| ☐ COAST GUARD | |
| ☐ NATO _____ (Enter Country) | |
| ☐ OTHER _____ (Write in Other Categories) | |

| ALERT |
|---|
| SENSITIVITIES ☐ |
| ALLERGIES ☐ |

**WARNING: PROPERTY OF U.S. GOVERNMENT**
**DO NOT REMOVE FROM HOSPITAL**
**RETURN TO INPATIENT RECORDS DEPARTMENT**

**IF FOUND, RETURN TO ANY**
**U.S. POST OFFICE.**
**POSTMASTER - FORWARD TO:**
**NAVY DEPARTMENT**
**WASHINGTON, D.C.  20372**

NAVMED 6150/38 (Rev. 8-00)
S/N  0105-LF-987-7800

AR 3112

MERWIN^DANIEL

Printed 2014/09/18 10:21AM

Printed from 'NNMCAMXL03003J9' by 'Amy.Respondek'

Patient Name    MERWIN^DANIEL
Patient ID      ███████
Patient Gender  M
Patient DOB/Age 1985██  (029Y)





Daniel Merwin, , Progress 9/18/2014, Printed: 9/18/2014



## Brief Operation Note

| | |
|---|---|
| Date of Operation: 9/18/14 | Procedure: Ext H, Expose/Bond #11 |
| Time of Operation: 1045 | IVF: 400 cc |
| Preop Diagnosis: FBI #11, Retained H | Blood Loss: 5 cc |
| Post-Op Diagnosis: Exposed/Bonded #11 | Urine Output: Ø |
| Surgeon: Quitmeyer | Drains: Ø |
| Staff: Quitmeyer | Specimen: Ø |
| Anesthesia: IV Sed - Responder | Complications: None |

### Description of operation

RBA discussed and understood: (Y)/N  Consent signed: (Y)/N  Monitors: (Y)/N  O2(Y)/N  IV(Y)/N  ✓ See IV Sedation Form

Local: 2 carp Lidocaine 2% w/epi 1:100K ___ carp Marcaine 0.5% w/epi 1:200K ___Other:_____
Procedure:___ Time Out ___ Throat screen ___Bite block ___ Jaw stabilized for TMJ prophy

# H : ___MP flap ___Bone removal w/drill, NS ___Crown section ___Root section ___Manual alveoloplasty ✓Elevator ✓Forceps
___Follicle rem___Sinus exposure ___Root tip removed ✓Nerve visualized/intact ✓Saline Irrig. ___Suture:____
___Other:_____

# 11 : ✓MP flap ___Bone removal w/drill, NS ___Crown section ___Root section ___Manual alveoloplasty ___Elevator ___Forceps
___Follicle rem___Sinus exposure ___Root tip removed ___Nerve visualized/intact ✓Saline Irrig. ✓Suture: 3-0 (G x2)
___Other: Etch/Bond/Bracket @ Crown Placed

#___: ___MP flap ___Bone removal w/drill, NS ___Crown section ___Root section ___Manual alveoloplasty ___Elevator ___Forceps
___Follicle rem___Sinus exposure ___Root tip removed ___Nerve visualized/intact ___Saline Irrig. ___Suture:____
___Other:_____

#___: ___MP flap ___Bone removal w/drill, NS ___Crown section ___Root section ___Manual alveoloplasty ___Elevator ___Forceps
___Follicle rem___Sinus exposure ___Root tip removed ___Nerve visualized/intact ___Saline Irrig. ___Suture:____
___Other:_____

Notes: _____

✓Throat Screen removed  ✓Hemostasis  ✓Oral gauze packs placed

Rx:
✓Ibuprofen 800mg po q8h, # 30   ✓Peridex, swish and spit 15 ml bid: 1 btl(s)
✓Percocet 5/325, 1-2 po q4-6h prn pain, # 30   ___Other:_____
✓Post-op Instructions reviewed w/ escort/patient   F/U: 1 wk

Special Instructions: _____

| Resident | Staff |
|---|---|
| | AARON E. QUITMEYER, DDS |
| | LCDR, DC, USN |
| | ORAL & MAXILLOFACIAL SURGERY |
| | WRNMMC BETHESDA |
| | NPI: 1306958582 |

Patient Information:

20/
MERWIN, DANIEL DENNIS
SEX: M DOB: [redacted]/1985 AGE: 29
USN N11 PO1 NRP
STAFF      PATIENT

**Moderate/Deep Sedation Flow Sheet**

Procedure: Stuart H, exposed bond #11

Allergies: NKA

PATIENT INFO — Age, M/F, HT, WT 68 kg

Diagnosis: impacted #11, retained #H

Date: 9/18/2014   Location: OMS Clinic

Provider: ___   Monitor: ___

**PRE-PROCEDURE / Sedation Plan / PRE-OP MEDICATIONS / Local Anesthetic**

Medication: Periden

2% Lidocaine with 1:100k epi
0.5% Bupivacaine with 1:200k epi

Gauge: 20 G

Time Out: 10:49

Patient: Merwin, Daniel Dennis

DOB: 1985

AARON E. OHTMEYER, DDS
LCDR, DC, USN
ORAL & MAXILLOFACIAL SURGERY
NMC BETHESDA

AR 3116

# PRESEDATION EVALUATION

| Age 29 | Sex M | Height 69 in/cm | Weight 150 lb/kg |
|---|---|---|---|

**Proposed Procedure** EXT #11 / EXPOSE + BOND #11

**Pre-Procedure Vital Signs** BP 131/91 P 71 R 15 T 97.9 SpO2 79

**Previous Anesthesia / Operations** TONSILECTOMY    None ☐

**Current Medications** NONE    None ☐

**Airway Evaluation:**
Mallampati: ☐ Class I ☒ Class II ☐ Class I ☐ Class IV
Neck: ☒ WNL ☐ Decreased ROM ☐ TM<3FB ☐ Short Neck
Teeth: ☒ WNL ☐ Protruding Incisors ☐ Loose teeth ☐ Other:
Mouth: ☒ WNL ☐ Limited Opening ☐ Other:

**Vitamins / Herbals / Diet Supplements**

**Allergies: Drugs, Latex, Food** NKDA

**Family History of Anesthesia Complications:**    None ☒

**History Source:** ☒ Patient ☐ Parent/Guardian ☐ Significant other ☐ Chart ☐ Poor Historian

# SYSTEM / COMMENTS / PERTINENT STUDY RESULTS

| RESPIRATORY | ☒ WNL | Tobacco Use: ☐ Yes ☒ No    Pack/Day for _____ Years | Chest X-Ray   Pulmonary Studies |
|---|---|---|---|
| Asthma    Pneumonia | | | |
| Bronchitis | | | |
| COPD | | | |
| Dyspnea | | | |
| Orthopnea | | | |
| Productive Cough | | | |
| Tuberculosis | | | |
| Recent Cold | | | |

| CARDIOVASCULAR | ☒ WNL | | EKG |
|---|---|---|---|
| Angina    MVP | | | |
| Arrhythmia    Pacemaker | | | |
| CHF | | | |
| Exercise Tolerance | | | |
| Hypertension | | | |
| Rheumatic Fever | | | |
| MI | | | |
| Murmur | | | |

| HEPATO/GASTROINTESTINAL | ☒ WNL | Ethanol Use: ☐ Yes ☒ No  Frequency: | |
|---|---|---|---|
| Bowel Obstruction    Reflux | | | |
| Cirrhosis    Ulcers | | | |
| Hepatitis | | | |
| Hiatal Hernia | | | |
| N&V | | | |

| NEURO/MUSCULOSKELETAL | ☒ WNL | | |
|---|---|---|---|
| Arthritis    Paralysis | | | |
| Back Problems    Paresthesia | | | |
| CVA/Stroke    Syncope | | | |
| DJD    Seizures | | | |
| Headaches    TIA's | | | |
| Loss of Consciousness    Weakness | | | |
| Neuromuscular Disease | | | |

| RENAL/ENDOCRINE | ☒ WNL | ASA Classification |
|---|---|---|
| Diabetes | | ☒ ASA 1    ☐ ASA 4 |
| Renal Failure/Dialysis | | ☐ ASA 2    ☐ ASA 5 |
| Thyroid Disease | | ☐ ASA 3    ☐ E |
| Urinary Retention | | KEY |
| Urinary Tract Infection | | |

| OTHER | ☒ WNL | |
|---|---|---|
| Anemia    Hemophilia | | ASA 1: Healthy Patient |
| Bleeding Tendencies    Pregnancy | | ASA 2: Mild systemic disease, no functional limitations |
| Sickle Cell Trait | | ASA 3: Severe systemic disease, functional limitations |
| Transfusion History | | ASA 4: Severe systemic disease, constant threat to life |
| | | ASA 5: Moribund patient unlikely to survive 24 hours |
| | | E: Emergency procedure |

# Physical Examination

| | | LAB STUDIES | Hgb/Hct/CBC | Electrolytes |
|---|---|---|---|---|
| General: | ☒ WNL  WDWN | | | |
| HEENT: | ☐ WNL  EXT #11 / EXPOSE + BOND #11 | | | |
| CV: | ☒ WNL  RRR | HCG | PT / INR / PT | |
| Pulm: | ☒ WNL  CTAB | Other: | | |
| GI: | ☒ WNL  S NT ND | | | |
| Neuro: | ☒ WNL  CN II-XII grossly intact | | | |
| MSK: | ☒ WNL  5/5 str | | | |

**Provider Signature:** _____ HARPER    **Date** 4 AUG 2014

**Staff Signature:** _____

☒ Pt. Reassessed, HX/PE/Anesthetic plan unchanged.
☒ Patient agrees to proceed. All questions answered.
**Date/Time:** 16 Sep 2014 @ 0945

**Provider Signature:** _____

20_____
MERWIN, DANIEL DENNIS
SEX: M DOB: _____ 1985 AGE: 29
USN N11 PO1 NRP
STAFF _____ PATIENT _____

**Patient Identification**

(NAME: Last, First, MI.)    (SS#)    (DOB) AR 3117

Date: 9/8/14  Arrival time: 0926  Appointment time: 1000

## WRNMMC OMFS Procedure Note

HR 71

**Pre procedure Interview:** _Name _____ Time: _____ Ht: 69 Wt: 150 BP: 127/85 Resp: 18 O2 sat: 100 % T 97.7

| From: | Patient Identification: | Allergies: ☒ NKDA | Limitations: ☒ N/A | Pre-op Lab Results/Tests: |
|---|---|---|---|---|
| ☐ APU | ☒ Arm band verified with: | Medication: _____ | ☐ Auditory ☐ Visual | ☐ Yes ☐ No ☐ N/A |
| ☐ Home | ☐ Patient/parent/other | Reaction: _____ | ☐ Language | HCG: ☐ |
| ☐ Other ___ | ☒ Allergy/Arm band in place | Latex: ☐ Yes ☐ No | ☐ Mobility | ☐ Positive ☐ Negative |
| | | | ☐ Prosthesis | |
| | | | ☐ Other _____ | |

| Age specific and Cultural Needs Addressed: | Advance Directive in | Pre-Op Pain: ☐ Yes ☒ No |
|---|---|---|
| ☒ Yes ☐ No | Chart: ☐ Yes ☒ No | Level _____ (0-10 scale) |
| | | Location _____ |
| | | ☐ Anesthesia Notified |

Comments: _____

**Circulator Pre-procedure Interview:** Name _Ekiron_____ Time 10:30

| Patient Identification: | Surgical/Anesthesia Consent: | H&P complete: ☒ Yes ☐ No | Mental/Emotional Status: | Current Health Status: (1 = healthy 10 = very sick) |
|---|---|---|---|---|
| ☒ Verbal | ☐ Procedure verified | | ☐ Alert | |
| ☒ Chart | ☒ Consent Signed/Dated | Pre-Op teaching Completed: ☒ Yes ☐ No | ☐ Calm | ① 2 3 4 5 6 7 8 9 10 |
| ☐ Arm band confirmed with patient | ☒ Surgical Safety Check list Complete | NPO: ☐ N/A ☐ No | ☐ Oriented | Why 6 or greater_____ |
| ☐ Other _____ | | ☐ Yes @ time _____ | ☐ Anxious | |
| | | | ☐ Disoriented | |
| | | | ☐ Sedated | ☐ Anesthesia Notified |
| | | | ☐ Unresponsive | |
| | | | ☒ Age appropriate | |

| Allergies Verified: | Accompanying Adult: | Location: OMFS waiting |
|---|---|---|
| ☒ With patient | ☐ Parent ☐ Spouse | Name: Kristina |
| ☒ Against arm band | | Number: ██████ |
| Correct ☐ yes ☐ no | ☒ Other friend | |
| ☐ Corrected | | |

| Personal Items: ☐ None ☐ Dentures ☐ Jewelry ☐ Glasses/contacts ☒ other | Metal in body from previous surgeries: ☒ No ☐ Yes ☐ ESU precautions taken |
|---|---|
| Location of personal items: with escort | Comments: _____ |

**Procedure times:** In room 10:40 TOTS 1050 Time out 10:49   ☐ Ambulatory ☐ W/C ☐ Bed/Gurney

**Positioning and comfort measures:**
Bed: ☒ OR Table ☐ Dental Chair ☐ Other _____
Body: ☒ Supine ☐ Semi Fowlers ☐ High Fowlers
☐ Shoulder Roll   Other _____
Head: ☐ Gel doughnut ☐ Foam ☐ Pillow
Arms: ☐ Resting at side BIL/R/L ☐ Tucked BIL/R/L
☐ Arm boards <90 BIL/R/L
Legs: ☐ straight ☐ flexed ☐ other _____
Bear hugger: ☒ N/A ☐ Upper ☐ Lower
☐ Monitored by anesthesia
Temp ☐ Low ☐ Med ☐ High
Warm Sheets: ☒ Yes ☐ No
Egg crate Padding: ☐ Arms ☐ Heels ☐ Head ☐ Elbows
☐ Other _____
Safety strap in place: ☒ Yes ☐ No

| | |
|---|---|
| R  L | Safety Strap |
| | Skin Lesion |
| | Prep Area |
| | ESU Pad |
| | IV Site |
| | SCD's |

SCD: ☐ N/A ☐ Bilateral ☐ Left ☐ Right

**OR Prep:**
☐ Betadine scrub
☐ Betadine paint
☐ Chlora
By: _____

**Shave Prep:** ☐ N/A
☐ Shaver ☐ Clippers
Area: _____
By Whom: _____

**Foley:** ☐ Yes ☒ No
_____ Fr
☐ Output Noted
By whom: _____

Comments: _____

AR 3118

20█████
MERWIN, DANIEL DENNIS
SEX: M DOB: ████ 1985 AGE: 29
USN N11 PO1 NRP
STAFF _____ PATIENT _____

Intra procedure: Start time: 1053  Anesthesia: ☐Local ☐IV Sedation ☑OPGA ☐Other_____  Wound Class: Ⓘ II  III  IV

Procedure consented: _Extraction of #H's Expose; Bond # 1. 11_

Circulator #1 _M Heat_ IN 1045 OUT 1201 IN____OUT____   Staff: _Dr Quistary_ IN 1042 OUT 1119 IN____OUT____
Circulator #2 _____IN____OUT____IN____OUT____        Resident: _____IN____OUT____IN____OUT____
Circulator #3 _____IN____OUT____IN____OUT____        Resident: _____IN____OUT____IN____OUT____
Scrub #1 _Mr Ortiz_ IN 103 OUT 2 YN____OUT____          Anesthesia: _Dr Raynold_ IN 1042 OUT 1120 IN____OUT____
Scrub #2 _____IN____OUT____IN____OUT____             ☐ Staff ☑ Resident ☐ CRNA
Scrub #3 _____IN____OUT____IN____OUT____             Others: _____IN____OUT____IN____OUT____
Others: _____IN____OUT____IN____OUT____              Others: _____IN____OUT____IN____OUT____

ESU # ____ RAD Lot# ____
Cut    Coag    Bipolar

Implants: ☐N/A ☐ log complete
By whom:_____
Implant Stickers:

Counts:    Initial   Closing   Final
Sponges: 10 / 10  10 / 10  10 / 10
Sharps:   6/6    7/7    7/7
Outcome:    Correct    MD Notified
☐ N/A ☐ Not Correct ☐ X-ray

Packing Placed in OR: ☐ Yes ☑ No
☐ Throat time in 1056 time out 11:12
☐ Other time in _____ time out _____
Location _____ nares _____

Solutions and medications on field:
Ⓝ NaCl          Ⓑ Bacitracin ophthalmic oint
Sterile Water    Gelfoam    BSS
Betadine 5% Ophthalmic Prep
2% Marcaine w/epi ____ ml
0.5% Marcaine w/epi ____ ml
0.5% Xylocaine w/epi ____ ml
0.5% Sensorcaine w/epi ____ ml
3% Polocaine plain ____ ml
2% Lidocaine w/epi 1.7 ml x 2
Other_____

Dressing:
Dermabond   Ⓑ Bacitracin Oint   Benzoin   Mastisol
Steri-strips   Band aid   Jaw Bra
Ⓖ Ghosties   Gauze pads   ABD Binder
Other_____

Laser used: ☑N/A ☐ Log completed   Laser operator_____

Family Member Contacted During
Procedure: Ⓝ No   Yes   Time:

Drains Placed in OR:
Ⓝ N/A   Penrose   Other
Location_____

Post Procedure Assessment:   Stop time: 11 15   Out of room: 11 20   Arrive Stage II: 11 21

Procedure Performed: _Extraction of #H's Exs_

Bovie Pad site: Ⓝ N/A
Clear & intact   Other
Comments_____
_____

Skin Integrity: (other than Incision)
Ⓒ Clear & Intact
Other_____

Transported from OR:
Ⓓ Dental Chair   Bed   Walked
Gurney w/side rails up x2
With Oxygen   Other

Cath removed at end of Case:
Yes   No  Ⓝ N/A
By Whom:_____

Post-procedure Condition
Ⓢ Satisfactory  Unsatisfactory
Complications
Comments_____

Transferred TO:
Ⓟ PACU   Stage II
X-ray
Patient care turned over to:
RN: _CDR Hartzel_

Comments: _Dr Respondek stayed w/ pt to talk._
_initial vitals & neurostat_

Recovery Tech:_____
Report Given by:
RN   Circulator   Ⓐ Anesthesia

Circulator Signature _[signature]_

AR 3119

Recovery Signature _____

AUTHORIZED FOR LOCAL REPRODUCTION

| Medical Record | WRNMMC Request for Administration of Anesthesia and for Performance of Operations and Other Procedures |

**1. OPERATION or PROCEDURE (Describe)**     **A. IDENTIFICATION**     **SIDE (MARK ONE)**

Extraction of Teeth # RETAINED H / EXPOSE + BOND #11
And all necessary procedures

☐ Right    ☐ Bilateral
☒ Left     ☐ Not Applicable

**B. STATEMENT OF REQUEST**

2. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be (describe operation or procedure in layman's language):

Doctor will numb my mouth, gums, and teeth. Doctor may cut my gums, bone, and/or teeth. Doctor will remove my specified teeth. Doctor may place sutures to close.

It has been explained to me that during the course of the procedure(s) unforeseen conditions may be revealed which will necessitate extension of the original procedure(s) or different procedure(s) form set forth on this form. I authorize my doctor(s) and their staff to perform those procedure(s) deemed necessary and desirable in the exercise of professional judgment.

Your extracted teeth may be used for research or other teaching purposes.

which is to be performed by or under the direction of _____ JACKS

3. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below named medical facility, during the course of the above-named operation or procedure.

4. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below named medical facility.

5. Exceptions to surgery or anesthesia, if any, are (if 'none', so state): _____ NONE

6. I request the disposal by authorities of the below-named medical facility of any tissue or parts which it may be necessary to remove.

7. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and the observation of the operation by authorized personnel, subject to the following conditions:
   a. The name of the patient and his/her family is not used to identify said pictures.
   b. Said pictures be used only for purposes of medical/dental study or research.

8. I understand that as indicated a Health Care Industry Representative or other authorized personnel may be present.
(Cross out any parts above which are not appropriate)

**C. SIGNATURES (Appropriate Items in parts A & B must be completed before signing.)**

9. COUNSELING Provider: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above. I have also discussed potential problems related to recuperation, possible results of non-treatment, and significant alternative therapies.

Provider's Signature: _____

Provider's Printed Name: _____ HARPER

10. PATIENT/Guardian: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

Patient/Guardian's Signature: _____     Date (MM/DD/YYYY): 18 Sept 2014    Time (HH:MM): 0945

Witness' Signature: _____

**D. UNIVERSAL PROTOCOL / TIME OUT**

"Time-Out" - Performed immediately before starting the procedure. Entire team confirms the following:

1. CORRECT PATIENT (Full Name / Birth Date)..................☐ YES
2. CORRECT PROCEDURE ............................................☐ YES
3. CORRECT SITE** .....................................................☐ YES
4. REQUIRED EQUIPMENT AVAILABLE........................☐ YES    N/A ☐
5. IMAGES / LABS AVAILABLE, PROPERLY LABELED ...............☐ YES    N/A ☐

** The site must be marked and verified for procedures involving right/left distinction, multiple structures (e.g. digits), or multiple levels (as in spinal procedures) per WRNMMC policies.

Signature below indicates the procedure may be started. If any element is not completed as required, procedure may NOT be started.

Timeout Verified by: Respondek (Printed Last Name / Signature)    Date (MM/DD/YYYY): 9/18/2014    Time (HH:MM): 1049

PATIENT'S IDENTIFICATION (For typed or written entries, give: Name - Last, First Middle; ID no. (SSN or other); Hospital or Medical Facility)     Register #     Ward #

20___
MERWIN,DANIEL DENNIS
SEX: M DOB: ___ 1985 AGE: 29
USN N11 PO1 NRP

STAFF    PATIENT

REQUEST FOR ADMINISTRATION OF ANESTHESIA
AND FOR PERFORMANCE OF OPERATIONS AND
OTHER PROCEDURES

Medical Record

LOCAL FORM 522 (Rev. 2/2012)
Prescribed by GSA/ICMR FMR (41 CFR) 102-193.30(l)
DoD Exception to LF 522 approved by GSA

Clear Form

AR 3120

Taking teeth out is a permanent proce[ss]. Whether the procedure is easy or difficult, it is sti[ll a s]urgical procedure. All surgeries have some risks. They include the following and others:

1. Swelling, bruising and pain. Stretching of the corners of the mouth that may lead to cracking or bruising.
2. Possible infection that might need more treatment.
3. Dry socket - jaw pain that begins a few days after surgery, that may need more care.
4. Possible damage to other teeth close to the ones being taken out, more often those with large fillings or caps.
5. Numbness, pain, or changed feelings in the teeth, gums, lip, chin and/or tongue (including possible loss of taste). This is due to the closeness of tooth roots (mainly with wisdom teeth) to the nerves which can be injured or damaged. Usually the numbness or pain goes away, but in some cases, it may need more treatment or may be permanent.
6. Trismus -- you can only open your mouth a little. This is most common after wisdom teeth are taken out. Sometimes it happens because of jaw joint (TMJ) problems already there. Damage can occur to the ligaments of the jaw joint (TMJ) from having your mouth open wide and/or for a period of time. This is more common if you already have symptoms or signs. This may need separate additional treatment.
7. Bleeding -- oozing can often happen for several hours, but a lot of bleeding is not common.
8. Sharp ridges or bone splinters may form later at the edge of the hole where the tooth was taken out. These may need another surgery to smooth or remove.
9. Sometimes tooth roots may be left in to avoid harming important things such as nerves or a sinus (a hollow place above your upper back teeth).
10. The roots of the upper back teeth are often close to the sinus and sometimes a piece of root can get into the sinus. An opening may occur from the sinus into the mouth that may need more treatment (medications or surgery.)
11. It is very rare that the jaw will break, but it is possible in cases where the teeth are buried very deep in their sockets.
12. When donated, processed, or artificial bone substitutes are placed to preserve a socket the pieces might not join together with the natural bone and could be lost.
13. FEMALE PATIENTS ONLY: I have told my doctor that I use birth control pills. My doctor has told me that some antibiotics and other medications may reduce the preventive effect of birth control pills, and I could conceive and become pregnant. I agree to discuss with my personal doctor using other forms of birth control during my treatment, and to continue those methods until my personal doctor says that I can stop them and use only oral birth control pills.

## ANESTHESIA:

1. The anesthetic I have chosen for my surgery is:
   - ☐ Local Anesthesia
   - ☐ Nitrous Oxide/Oxygen Analgesia with Local Anesthesia
   - ☒ Intravenous Sedation with Local Anesthesia
   - ☐ General Anesthesia with Local Anesthesia

2. ANESTHETIC RISKS include: pain, swelling, bruising, or infection of the vein area where the anesthesia or sedation was given. This could last a long time or make it hard for you to use your arm. This might need special care. There might be numbness that lasts a long time and allergic reactions. You might have nausea and vomiting from the IV Sedation or General Anesthesia, but this doesn't happen often. IV Sedation and General Anesthesia are serious medical procedures.
   They are safe, but the rare risks of heart irregularities, heart attack, kidney damage, stroke, brain damage or death are present. I also understand there is a risk of an unintentional deep plane of anesthesia might be obtained that may require interventions to maintain my respiratory and cardiovascular status.

3. YOUR OBLIGATIONS FOR IV SEDATION OR GENERAL ANESTHESIA ARE:
   A. Because anesthetic medications cause prolonged drowsiness, you MUST be accompanied by a responsible adult to drive you home and stay with you until you are sufficiently recovered to care for yourself. This may be up to 24 hours.
   B. During recovery time you should not drive, operate complicated machinery or devices, or make important decisions.
   C. You must have a completely empty stomach. IT IS VITAL THAT YOU HAVE NOTHING TO EAT OR DRINK FOR SIX (6) HOURS PRIOR TO YOUR ANESTHETIC. TO DO OTHERWISE MAY BE LIFE-THREATENING!
   D. However, it is important to take any regular medications (high blood pressure, antibiotics, etc.) or any medications directed by us, with only a small sip of water.

I understand that my doctor can't promise that everything will be perfect. I have read and understand the above and give my consent to surgery. I have given a complete and truthful medical history, including all medicines, drug use, pregnancy, etc. I certify that I speak, read and write English. All of my questions have been answered before signing this form.

_____          _____
Patient's (or Legal Guardian's) Signature          Date
                                                   18 Sep 2014

_____          _____
Doctor's Signature                                 Date
                                                   18 Sept 14

_____          _____
Witness' Signature                                 Date

| Note Type: | Free Text Narrative Summary |
|---|---|
| Note Time: | N/A |
| Last Stored: | 1314 12 Oct 2012 |
| Stored By: | SALTER, CAROLYN A CPT 1890 |

*THREE COPIES WILL AUTOMATICALLY PRINT OUT. PATIENT SIGNED COPY FOR INPATIENT RECORD. TWO COPIES FOR PATIENT - ONE FOR OUTPATIENT RECORD AND ONE FOR PERSONAL REFERENCE.*

## WRNMMCB NARRATIVE SUMMARY & DISCHARGE INSTRUCTIONS

| | |
|---|---|
| **ADMISSION DATE:** | 11Oct2012 |
| **DISCHARGE DATE:** | 12Oct2012 |
| **Primary Care Manager:** | UDE, ASSUMPTA O |
| **ADMITTING DIAGNOSIS:** | COLON MASS |
| **DISCHARGE DIAGNOSIS:** | |

1. colonic inflammation

### CONDITION AT DISCHARGE

Comment on the physical and cognitive function of patient:

*The patient was afebrile with normal and stable vital signs, tolerating regular diet, ambulating without problems and pain was well controlled on oral pain medicine.*

### Clinic Follow Up

| | CLINIC NAME/PHONE # | LOCATION | APPT. (DATE/TIME) | Clinic Physician | NEXT |
|---|---|---|---|---|---|
| .1 | Gastroenterology Clinic 295-4600 | WRNMMC | TUE 23 OCT at 0800 | | |
| .2 | | | | | |
| .3 | | | | | |
| .4 | | | | | |
| .5 | | | | | |
| .6 | | | | | |
| .7 | | | | | |
| .8 | | | | | |

**********************************
**Patient is responsible for calling the clinic directly to schedule and confirm each of these appointments. You may also schedule/confirm appointments through the Appointment Call Center at (301)295-NAVY  (301-295-6289).**
**********************************

### Pending Test Results

| Name of pending test results | Follow up appointment to discuss final results |
|---|---|
| 1. | |

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ▉▉ ▉▉

USN ACTIVE DUTY  ABAA

WRNMMC Bethesda        11Oct2012

PERSONAL/PRIV ACT 1974

Clinical Notes

AR 3122

---

## *Discharge Medications*

| Drug Name | Dose | Route | Frequency | Discharge Plan for Medication |
|-----------|------|-------|-----------|-------------------------------|

## *DIET – ACTIVITY RESTRICTIONS – WOUND CARE – INSTRUCTIONS*

DIET: *REGULAR*

ACTIVITY RESTRICTIONS:    *none*

WOUND CARE INSTRUCTIONS:    *N/A*

SPECIAL INSTRUCTIONS:    *none*

Symptoms that warrant seeking medical attention:    *Go the ER (301-295-4810) or call the General Surgery clinic 301-295-4442 or AFTER HOURS call CDO desk at 301-295-4611 and have them page the Surgery resident on call for:*

*-Temperature >101.4 F, chills/sweats*
*-Pain not controlled on oral medications*
*-Intractable nausea or vomiting*
*-Anything you believe warrants the attention of a physician*

## *Heart Failure Instructions*

Heart Failure        Yes    *X* No

## *DISPOSITION/RECEIVING ACTIVITY (ACTIVE DUTY ONLY)*

ACTIVE DUTY:    *X* YES

RECOMMENDED CONVALESCENT LEAVE:        *0*    DAYS

IN THE LINE OF DUTY?        *X* YES

DISPOSITION:    *FULL DUTY*

MEDICAL BOARD:    *X* NO

RECEIVING ACTIVITY:        *PARENT COMMAND*

## *ADMISSION DATA*

### *HISTORY:*

*HPI: 27 yo M with recent URI symptoms presents to ER last evening after sharp attack of epigastric abdominal pain after eating 3 slices of pizza. He reports feeling back pain early this afternoon, which he treated with a nap. Last evening, he ate 3 slices of pizza and took a shower when he experienced severe epigastric, sharp, throbbing abdominal pain that caused him to become nauseated. He drove himself to the ER describing that the position of sitting up made the pain worse. He did not vomit, reports passing flatus, last BM was just prior to this at 2100 last night, which was non-bloody and normal.*

*He reports intermittent abdominal pain throughout his life. The pain was as frequent as daily, when he exercised regularly, but has since tapered to twice a week vague abdominal pain that resolves. Family physicians have told him he has "IBS" without any other diagnosis. Most notably, he had an attack of abdominal pain with 1 bloody bowel movement during boot camp at Great Lakes for which he was admitted, CT scanned and underwent sigmoidoscopy to transverse colon, which could not completed due to discomfort. Demonstrated normal findings with internal hemorrhoids. He has soft regular bowel movements once a day.*

*PMH: childhood asthma, internal hemorrhoids; intermittent sun-related rash*
*PSH: PRK, tonsillectomy*
*Allergy: cats*
*MEDs: non, aleve and Dayquil this weekends*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:    ████ █

USN ACTIVE DUTY  ABAA

WRNMMC Bethesda        11Oct2012

PERSONAL/PRIV ACT 1974

Clinical Notes

CliniComp, Intl.        Page 2 of 4        printed Wed Aug 16 11:15:22 2017

AR 3123

*Family:* no history of colon cancer, IBS/IBD or Crohn´s disease; DM and Heart dz
*Social:* no tobacco use, occasional alcohol use; runs 20-30 miles per day, this has decreased over the last month.

## PERTINENT PHYSICAL EXAM FINDINGS ON ADMISSION:

AFVSS - 97.4, 82, 111/61, 15, 96% ra
Gen A&Ox3, NAD now that received pain medication. Non toxic appearing.
Heart: RRR no mrg
Lungs: ctab
Abd: soft, flat, tenderness in epigastrium, no tympany, no hernias, bowel sounds normal
Ext: no rash, no edema
Back: no CVA tenderness, no rash

## PERTINENT LAB DATA ON ADMISSION:

10.1>14.2/40.9<246  143/4.3/105/32/14/0.88<106  9.8

Colitis at the level of the hepatic flexure with stool filled cecum and fecalization of small bowel. Findings are nonspecific and may be representative of an acute infection or inflammatory etiology such as Crohn's disease or ulcerative colitis. Clinical correlation is recommended.

---

### HOSPITAL COURSE

**HOSPITAL COURSE:**

The PT presented to the ER with abdominal pain on the evening of 10 OCT 12 - 11 OCT 12. He initially had an acute abdominal series, which revealed nonspecific, nonobstructive bowel gas pattern. He then had an abdominal CT, which revealed non-specific focal colitis at the level of the hepatic flexure with proximal stool retention and fecalization of small bowel. The Pt was admitted for further evaluation. On 11 OCT, he was placed on a clear liquid diet and started bowel prep. On 12 OCT he underwent a colonoscopy, which was normal. Biopsies were obtained and results are pending. Pt was discharged home in stable condition with appropriate follow-up.

**DID AN ADVERSE DRUG REACTION OCCUR DURING THIS PATIENT STAY?**          No

**DRUG:** none

**PROCEDURES PERFORMED:**          X YES

#1 colonoscopy          **DATE:** 12Oct2012          **RESPONSE:** no complications

**CONSULTATIONS:**          X NONE

#1

Pneumovax Given this          YES/NO          IF "YES", GIVE DATE;
Hospitalization?                               IF "NO" GIVE REASON:

WRNNMC Guidelines for Administration of          Check box to right to read
23-Polyvalent Pnuemococcal Vaccine:          instructions:

 Td Given?

Tobacco use within last 12          Yes/No  No          Diabetes:  Yes/No  No
months?

---

### SIGNATURES

*Sign Name and Date below as appropriate role and chck box as electronically signed*

| | | |
|---|---|---|
| ATTENDING: | DATE: | Electronically Signed |
| RESIDENT: | DATE: | Electronically Signed |
| INTERN:   Carolyn Salter | DATE: 12Oct2012          X | Electronically Signed |
| SUB INTERN: | DATE: | Electronically Signed |

**X  COPY OF NARRATIVE SUMMARY/DISPOSITION GIVEN TO PATIENT.**

I understand the discharge instructions as written above and have no further questions.

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ▓▓▓▓

USN ACTIVE DUTY  ABAA

WRNNMC Bethesda          11Oct2012

PERSONAL/PRIV ACT 1974

Clinical Notes

CliniComp, Intl.

PATIENT/SIGNIFICANT OTHER SIGNATURE _____

RN REVIEWING DISCHARGE INSTRUCTIONS WITH PATIENT _____

---

*Health Promotion Classes from the Integrated Health Services*

*Free Classes for Active Duty and their Family, Retirees, Reservists, Staff and Contractors.  Call 301-295-0105 for more information.*

*Anger Management*
*Cholesterol Control Class*
*Diabetes Survival Skills Class*
*High Blood Pressure Class*
*Pain Management*
*Pre-Diabetes Class*
*Surviving Change/Stress*
*Tobacco Cessation*
*Walk It Out!*
*Weight Management Basics*

Note Version Date:10-27-2011

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ██████ █████

USN ACTIVE DUTY  ABAA

WRNMMC Bethesda      11Oct2012

PERSONAL/PRIV ACT 1974

Clinical Notes



AR 3125

```
Note Type:    Teaching Note
Note Time:    N/A
Last Stored:  1145 12 Oct 2012
Stored By:    THOMAS, KRISTA C 2LT 1546    Crum, Katelynn R 3432
```

## TEACHING NOTE

Support Services to Consult For Discharge

### Educational Reassessment

Learner(s):   Patient  X  Significant Other

Patient

*Any difficulty reading?*    Yes    No X

*Primary Language:*    ENGLISH

*Readiness/Motivation to learn:*

*Asks for resources Asks questions*

*Barriers to learning:*

*None Identified*

*Education Level:*

*Technical School*

*Learns best by:*

*Doing Listening Instruction*
*Discussion Written Instructions*
*Repetition Demonstration Audiovisual*

| Diagnosis/Condition | Diet/Nutrition | Meds/DC Meds | Wound Care | Procedure |
|---|---|---|---|---|
| Chemotherapy | Ostomy/Drains | Central Lines | Social Services | Equipment |
| Community Resources | Activity/Lifestyle Mod | X | Miscellaneous | Infection Control |

### Miscellaneous

| #1 | *Teaching Topic:* | Welcome to 5E: Policies, ordering meals, call bell, orientation to floor | Date | 11Oct2012 |
|---|---|---|---|---|
| | Method of Teaching: | DISCUSSION, | | |
| | Evaluation of Teaching: | *Patient able to verbalize. states understanding of information given* | | |
| | Reassessment of Teaching: | X Teaching Complete    Needs Reinforcement | | |

| #2 | *Teaching Topic:* | POC night shift 1900-0700: medicaiton review, IVF, VS, AM labs, NPO at midnight, completing moviprep, | Date | 11Oct2012 |
|---|---|---|---|---|
| | Method of Teaching: | DISCUSSION, | | |
| | Evaluation of Teaching: | *Patient able to verbalize.* | | |
| | Reassessment of Teaching: | X Teaching Complete    Needs Reinforcement | | |

| #3 | *Teaching Topic:* | Plan of care for shift to include NPO until colonoscopy completed, ambulate often, VS, IVF, and comfort rounds | Date | 12Oct2012 |
|---|---|---|---|---|
| | Method of Teaching: | DISCUSSION, | | |
| | Evaluation of Teaching: | *Patient able to verbalize. states understanding of information given* | | |
| | Reassessment of Teaching: | X Teaching Complete    Needs Reinforcement | | |

### From Nursing Hx & Assessment

Patient                                          Significant Other

*Primary Language:*                              *Primary Language:*

           Yes    No  X    Any difficulty reading?    Yes    No

*Asks for Resources. Asks*    Readiness/Motivation to learn:
*Questions.*

                             Barriers to learning:

*Technical School*           Education Level:

*Doing Listening Instruction*    Learns best by:
*Discussion Audiovisual*
*Demonstration Repetition*
*Written Instructions*

```
DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN:  ████  ████
USN ACTIVE DUTY  ABAA
   WRNMMC Bethesda    11Oct2012
     PERSONAL/PRIV ACT 1974
        Clinical Notes
```


CliniComp, Intl.                    Page 1 of 2          printed Wed Aug 16 11:15:22 2017

AR 3126

## BIOGRAPHICAL INFORMATION

Admission Date: *11Oct2012*   Primary Diagnosis:   *COLON MASS*
Hospital Days: *2*   Reason for Adission:   *Colon Mass*
Admitting Physician:                 Attending Physician:   *KINDELAN, TAMARA JEAN*
Allergies: *OTHER*
Religion: *NoPreference*          DOB: *16Feb1985*     Age: *32*  Sex:   *M* Race: *OTHER*
Military Status:  *USN ACTIVE DUTY*     Rank: *PO2*       Marital Status:  *SINGLE*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  █████ ████

USN ACTIVE DUTY  ABAA
  WRNMMC Bethesda    11Oct2012
    PERSONAL/PRIV ACT 1974
      Clinical Notes


 CliniComp, Intl.

| Note Type: | Nursing Admission Hx & Assess |
|---|---|
| Note Time: | N/A |
| Last Stored: | 1853 11 Oct 2012 |
| Stored By: | Crum, Katelynn R 3432 |

## NURSING ADMISSION HX & ASSESS

Date and Time Initiated: *1030 11Oct2012*

Rank, Svc: *PO2*      Military Status: *USN ACTIVE DUTY*      Duty station: *NIOC PCOL/CYBDEF*

Admitted From: *E.R.*            Mode: *Wheelchair*        Accompanied By: *ER Staff*

Admission Type: *Emergent*              Admitting Dr: *MD O'Donnell*

Religion: *NoPreference*          Command Interest:

Emergency Contact: *CTRI Guiterrez*                Emergency Phone: *850-375-8207*

Patient has the appropriately labeled armbands in place: *yes*

### ALLERGIES

#1    *Type: NONE*              Name:                Symptoms:

Onset Date:              Severity:              Other Symptom:

SNOMED Code:

RxNorm Code:                    Last Modification Date:                    Inactive:

## Unit Orientation

**X 5 East**

X Patient provide unit orientation including operation of call bell, bathroom, bed controls, telephone, TV/Radio/Lights, Visiting hours, Smoking policy.

Significant other provided unit orientation including visiting hours and smoking policy.

Patient prefers to be addressed as:   *Daniel*

X Call bell tested with the patient and found to be working.

X Valuables policy    Valuables status: *with pt, pt accepts responsibilities*

X Unit Policies  *Pt aware of and discussed \" Pt Bill of Rights\" Pt aware last named displayed on Unit's Status Board 5E Welcome Booklet given to patient*

## Advanced Directives

Patient's situation at the time of admission precludes the discussion of advance directives. (i.e., suicidal ideations, confused, coma, under the influence of alcohol or drugs.)

Do you have an advance directive?        Yes   X No

Does the patient want information on advance directives?        Yes   X No

## Tobacco

Yes    No X Are you currently using or have you used tobacco?

  If PRIOR use, enter when quit        Date

Yes    No X Do you drink alcohol?

Yes    No X Do you use any Illicit Drugs?

Yes  X No   Do you drink caffeine products i.e. Coffee, coke?

  Type, quantity, and frequency    *2 cups coffee daily*

## Pneumococcal Vaccination Screening

Yes    No X  *Age: 32*     Is patient age 65 or older?

Yes/No *No*          Patient has previously received the pneumococcal vaccination (pneumovax)?

  If NO please select:   *Patient Refuses*

Yes/No

## Pharmacy

Yes    No X  Do you have any drug allergies/intolerances?

Yes    No X  Are you currently taking any medications?

Yes    No X  Are you taking any over the counter herbs or herbal supplement?

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ██████

USN ACTIVE DUTY  ABAA

WRNMMC Bethesda      11Oct2012

PERSONAL/PRIV ACT 1974

Clinical Notes

AR 3128

## Pharmacy Consult Assessment

| | | |
|---|---|---|
| Yes | No X | Age: *32*     Is patient age 65 or older? |
| Yes | No X | Is the admission due to a possible adverse drug reaction (ADR)? |
| Yes | No X | Is the patient taking five or more regularly scheduled medications? |
| Yes | No X | Is the patient currently receiving anticoagulant therapy? |
| *N* | | Are there any yes answers in the Pharmacy Consult Assessment? |

## Nutrition

| | | |
|---|---|---|
| Yes | No X | Is patient using enteral or parenteral nutrition support? |
| Yes/No | *No* | Does patient have NEW onset diabetes? |
| Yes | No X | Has patient had an unintentional weight loss >10 lbs.in the last three months? |
| *N* | | Are there any yes answers in this area? |

## Social Work

| | | |
|---|---|---|
| Yes | No X | Has patient or family requested referral to a social worker? |
| Yes | No X | Has patient been living outside of the continental US (OCONUS)? |
| Yes | No X | Does the patient live alone and/or is the patient unable to care for him/herself or is the patient the primary caregiver for a family member or significant other? |
| Yes | No X | Was the patient admitted because of suspected abuse, neglect or medical non-compliance? |
| Yes | No X | Has the patient sustained multiple traumas, have multiple medical problems or had 2 or more unscheduled hospital admissions within a 2 month period? |
| Yes | No X | Is the patient HIV+ or have AIDS? |
| Yes | No X | Has the patient had or is the patient scheduled to have an amputation, total joint replacement, radiation therapy, cardio-thoracic surgery or chemotherapy? |
| Yes | No X | Will the patient need, after discharge from NNMC, referral to a nursing home, extended care or assisted living facility or the following home care: skilled nursing care, physical therapy, durable medical equipment, oxygen, intravenous therapy or TPN? |
| Yes | No X | Is the patient pregnant and unmarried or wanting to place a newborn for adoption? |
| Yes | No X | Has the patient been admitted because of intrauterine demise or known fetal anomalies or does the patient have an infant in the NICU? |
| *N* | | Are there any yes answers noted in this area? |

## Physical / Occupational Therapy

| | | |
|---|---|---|
| Yes | No X | Does pt require assistance with ambulation or ADL's at the time of admission? |
| Yes | No X | Does the patient have a recent history of FALLS? |
| Yes | No X | Is the patient's sitting balance, standing balance or gait UNSTEADY? |
| *N* | | If YES then consult Physical Therapy via MD. |

### Physical Exam and History

## Admission Vital Signs:

T  *98.8*  F    P   *94*    R *16*     BP  *142*   /  *84*

Height: *5.00*    ft *9.0*   in *175.3*  cm                      BMI: *21.65*
Weight: *147*   lbs *0.0*   oz *66.56*  kg  Dry Weight (For Drug Calc):    *66.56*   kg  BSA: *1.811*   m^2
Reason for Admission:  *Colon Mass*                      DOB: *16Feb1985*
Primary Diagnosis:  *COLON MASS*            Patient's chief complaint    *LLQ pain*
History obtained from:        X Patient    Family member/Significant other

## Neurological / Psychological

History: *Headache: 2-3 per week*
Orientation: *Alert and oriented to person, place, and time*        Sleeping patterns    *Normal*

Speech: *Clear*                      EOM's: *Intact, six cardinal positions*
Visual Changes: *None*                      Sensation: *Touch and sensation intact s numbness or parathesia.*

Auditory Changes:  *No reported hearing loss*
  Admitted with restraints applied.

### Teaching Learning Assessment

DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN: ▮▮▮
USN ACTIVE DUTY ABAA
WRNMMC Bethesda     11Oct2012
PERSONAL/PRIV ACT 1974
Clinical Notes

CliniComp, Intl.

| | | |
|---|---|---|
| Patient Primary Language: *English* | Significant Other Primary Language: | |
| Any difficulty reading? | Yes   No *X* | Yes   No |
| Readiness/Motivation to learn: | *Asks for Resources. Asks Questions.* | |
| Barriers to learning: | *None Identified* | |
| Education Level: | *Technical School* | |
| Learns best by: | *Doing Listening Instruction Discussion Audiovisual Demonstration Repetition Written Instructions* | |

## Respiratory

Yes/No   *No*        CURRENT Pneumonia Diagnosis (or suspected)?

Yes/No   *No*        Persistant Asthma Diagnosis (or suspected)?

Yes/No   *No*        COPD (emphysema or chronic bronchitis) Diagnosis?

History   *Asthma*

Respiration   *Normal*                        Thoracic Expansion:   *Bilateral and Equal*

Lung Sounds   *ClBi*        Cough character/quality   *Non-productive, no secretions.*

Oxygen Device and Flowrate   *Room Air*

  Tracheostomy:

  Chest Tubes/Mediastinals:

## Cardiovascular

History   *No known problems*

Admitted with CHF exacerbation?        Yes   *X*  No

Heart Sounds   *+*              Edema   *None*

All Extremities warm & dry and all peripheral pulses strong & equal        *X* Yes        No

Are SCDs/TEDS ordered for the patient? *X* Yes        No      N/A

Are the SCDs/TEDS On/Off?            *X* On        Off

Comment:   *Pt denies chest pain*

## Gastrointestinal

Last time eat or drink?   *1900 11OCT2012*

History   *Nausea; Pt reports having GI issues throughout his life. MD's r/o IBS and thought to be d/t dairy and pt's extensive running habits. Pt reports that he has not had GI issues for about a year.*

Oral Health:   *X* Teeth        Dentures:

   Trouble Chewing        Carries:

Abdomen   *S,NTND*        Bowel Activity   *BS+*        Bowel patterns within normal?   *X* Yes    No

   Nasogastric/Enteral Feeding Tubes:

   Stoma:

   Abdominal Drains:

## Genito-urinary

Gender: *M*        Male *X* Female

History   *No known problems*

Monthly Testicular exam?   Yes *X* No        Last prostate exam?   *2005*

   Foley Cath

Urine Output   *Voiding spontaneously without difficulty*

   Continuous Bladder Irrigation:

   Urostomy:

   Ureteral Stents:

   Suprapubic:

## Endocrine

History   *No known problems*

   DIABETES?     YES   *X* NO

## Integumentary (skin)

History   *Intact*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:   ███  █

USN ACTIVE DUTY   ABAA

   WRNMMC Bethesda     11Oct2012

      PERSONAL/PRIV ACT 1974

         Clinical Notes

CliniComp, Intl.

AR 3130

| Skin Color *Normal for race* | Skin Temp *Warm & dry* | Skin Intact *X* | Skin Integrity Impaired |
|---|---|---|---|

*BRADEN SCALE- Skin Breakdown Assessment Tool*

*Braden Scores: [15-18 Low Risk]  [13-14 Moderate Risk] [12 or less High Risk]*

| Sensory perception | 4 | *No impairment* |
|---|---|---|
| Moisture | 4 | *Rarely moist* |
| Activity | 3 | *Walks occasionally* |
| Mobility | 3 | *Slightly limited* |
| Nutrition | 2 | *Probably inadequate* |
| Shear and friction | 3 | *No Apparent problem* |
| Braden Scale Score | 19 | *Score > or = 13 hospital mattress appropiate, Patient must turn or be turned every 2 hours. Then skip next question.* |

Is the Braden Score 12 or less?    Yes

## *Musculo-Skeletal*

| History | *No known problems* |
|---|---|

## *Fall Risk Precautions*

*CALL BELL WORKING AND WITHIN REACH*    *yes*

Assess patient's fall risk upon admission and every shift, change in
status, transfer to another unit and discharge.

### *NMMC Fall Risk Assessment*

FALL RISK FACTOR CATEGORY
Scoring NOT completed for the follwoing reason(s.)
(please check yes or no)

| | Yes | No |
|---|---|---|
| Complete paralysis or completly immobilized. Implement basic safety (low fall risk) | | X |
| Patient has a history of more than one fall within 6 months before admission. Implemenet HIGH fall risk throughout hospitalization. | | X |
| Patient has experienced a fall during hospitalization. Implement HIGH fall risk throughout hospitalization. | | X |
| Patient is deemed high fall risk per protocol. (e.g. seizure precautions) Implement HIGH fall risk throughout hospitalization. | | X |

*Complete the following and calculate Fall Risk Score*

| | Choose ONE (1) in each category | Points |
|---|---|---|
| 1. Age: | *</=60 years* | 0 |
| 2. Fall History: | *N/A* | 0 |
| 3. Medications: | *None prescribed* | 0 |
| Includes PCA/Opiates, Anti-convulsants, Diuretics, Hypnotics, Laxatives, Sedatives, and Psychotics | | |
| 4. Elimination: (Bowel and Urine) | *N/A* | 0 |
| 5. Patient care equipment: Any equiptment that tethers patient. | *One present* | 1 |
| (i.e. IV infusion, chest tube, idwelling catheter, SCDs, etc.) | | |

Choose ALL that apply

| | | |
|---|---|---|
| 6. Mobility: | *Ambulates/Transfers with STEADY gait* | *0* |
| | *Ambulates/Transfers with STEADY gait* | *0* |
| | *Ambulates/Transfers with STEADY gait* | *0* |
| 7. Cognition: | *No mental status changes* | *0* |
| | *No mental status changes* | *0* |
| | *No mental status changes* | *0* |
| | Total Score: | 1 |

*Fall Risk Score*    *0-5 Points = Low Risk*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███ █

USN ACTIVE DUTY  ABAA

WRNMMC Bethesda      11Oct2012

PERSONAL/PRIV ACT 1974

Clinical Notes

CliniComp, Intl.

AR 3131

## Fall Prevention Interventions:

### Basic Fall Risk interventions (ALL PATIENTS):

Direct Care:

1. Obtain paitent history of falls and mobilty impairments in a language the patient understands.

2. Assess the patient's coordination and balance before assisting with transfer and mobility activities.

3. Orient patient to surroundings, include bathroom, location, use of bed and call light.

4. Ensure call light and frequently used items are within reach of patient.

5. Use non-slip footwear.

6. Answer call lights promptly.

7. Saline lock all IV's, except if infusion is in progress.

8. Display special instructions signs for vision and hearing devices. Encouarge patients to wear eyeglasses and hearing devices.

    *1. Noted: Above measures were implemented*

Education:

1. Instruct patient about medication that may affect balance or cause orthostatic hypotension.

2. Encourage patient an family to call staff when assistance is needed.

    *1. Noted: Above measures were implemented*

Equipment:

1. Request for the family to bring in home mobilty assist devices as appropriate.

2. Keep bed in lowest possible position.

3. Keep top two side rails up on wards an all side rails up in ICU.

4. Secure locks on bed, stretcher, and wheelchair.

    *1. Noted: Above measures were implemented*

Environment:

1. Provide adequate lighting, especially at night.

2. Remove excess equipment, supplies, furniture from rooms and hallways. Keep floors clutter and obstacle free. (Special attention to path between bed and bathroom or bedside commode.)

3. Coil and secure excess electrical and telephone wires.

    *1. Noted: Above measures were implemented*

### Invasive Devices Screen

X Peripheral Line #1 (PIV)

Managment (Mgmt) *Assessment*      Placement *18G RAC*      Gauge *18G*

Site Eval *Norm*      Start Date *10OCT2012*      Days In *0*

  Central Line/Cordis

  Dialysis Cath

### Comfort

Is patient in pain?     Yes   *X* No

  PCA

  Epidural

### Summary Statement by Registered Nurse

PLAN OF CARE INITIATED WITH PATIENT?     Yes  *X*   No

PLAN OF CARE INITIATED WITH SIGNIFICANT OTHER?     Yes   No *X*  Indicate Reason:  *Not at bedside*

Education Provided to patient and/family and comprehension evaluated by:     *verbalize understanding*

Other education comment:

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███████

USN ACTIVE DUTY  ABAA

   WRNMMC Bethesda    11Oct2012

    PERSONAL/PRIV ACT 1974

     Clinical Notes

AR 3132



```
Note Type:    Admission Data Screen
Note Time:    N/A
Last Stored:  0927 11 Oct 2012
Stored By:    HILLARD, CRYSTAL L CIV 9790
```

## Admission Information

| | | |
|---|---|---|
| Name: | **MERWIN, DANIEL DENNIS** | Admit Date: **11Oct2012**     Time: **0925** |
| FMP-SSN: | 20-[redacted] | Hospital Register Number:  **438363** |
| | | Patient Type:   In-Patient     Out-Patient |
| Sex: | **M** | Race:     **OTHER** |
| Rank: | **PO2** | |
| Military Status: | **USN ACTIVE DUTY** | |
| Religion: | **NoPreference** | DOB: **16Feb1985**     Age: **32** |
| Marital Status: | **SINGLE** | |

## ALLERGIES

| | | | |
|---|---|---|---|
| #1 | **Type: NONE** | Name: | Symptoms: |
| Onset Date: | | Severity: | Other Symptom: |
| SNOMED Code: | | | |
| RxNorm Code: | | Last Modification Date: | Inactive: |

| | | | | | |
|---|---|---|---|---|---|
| Reason for Admission: | **Colon Mass** | | | | |
| Primary Diagnosis: | **COLON MASS** | | Hospital Days: | **2** | |
| Attending Physician: | **KINDELAN, TAMARA JEAN** | | | | |
| MEPRS Code: | **ABAA** | MEPRS Code Description: | **INPATIENT GENERAL SURGERY** | | |
| Primary Care Manager: | **UDE, ASSUMPTA O** | | | | |

| | | | |
|---|---|---|---|
| Duty Station/Office Phone: | **NIOC PCOL/CYBDEF** | Home Phone: | **8506028501** |
| Patient Address: | **7789 ARUNDEL MILLS BLVD** | | |
| City: **HANOVER** | | State: **MARYLAND**     Zip: **21076** | |

| | | |
|---|---|---|
| Emergency Contact: | **CTRI Guiterrez** | |
| | | Phone:   **850-375-8207** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Height: | **5.00** | ft | **9.0** | in | **175.3** | cm | | | |
| Weight: | **147** | lbs | **0.0** | oz | **66.56** | kg | BSA: | **1.811** | m^2 |

HIPAA Provider Taxonomy:   **KINDELAN, TAMARA JEAN**

```
DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN: [redacted]
USN ACTIVE DUTY  ABAA
  WRNMMC Bethesda    11Oct2012
    PERSONAL/PRIV ACT 1974
        Clinical Notes
```

AR 3133

CliniComp, Intl.     Page 1 of 1     printed Wed Aug 16 11:15:23 2017

| Note Type: | DOD ED Transfer |
|---|---|
| Note Time: | N/A |
| Last Stored: | 0829 11 Oct 2012 |
| Stored By: | THRASHER, ROBIN S CIV 6843 |

Rev. 2012.08.31.1000

## ED Transfer Report

MERWIN, DANIEL DENNIS                    Patient Gender:  *M*

From DOD ED Medical Record:

Disengaging                    *General Surgery*
Service:

History of Present Illness:

*STS FLU LIKE SYMP  NOW HAVING  ABD PAIN  AND  DRY HEEVES.STS PAIN TO
STERUM AND  UPPER ABD AREA.*

Allergies
*OTHER*

Other Allergies    *OTHER*

Dx 1:  *Large bowel obstruction*

Latest Vital Signs:

BP: *106*  /  *64*    HR: *63*    RR: *14*    TempF: *98.3*    SpO2: *96*    Pain Level: *5/10*

With the following:

X Belongings:    *With Patient and/or Family*
X Authority for Admission completed @
X Labs/Radiology complete:        *See Results in Essentris and CHCS I*
   Recent Medications given:
   Medications Due within 1-2 hours:
Report called by ED Nurse:    *THRASHER, ROBIN S CIV 6843*        Time/Date:    *0829 11Oct2012*

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███ █

USN ACTIVE DUTY  ABAA
   WRNMMC Bethesda      11Oct2012
      PERSONAL/PRIV ACT 1974
         Clinical Notes

CliniComp, Intl.

AR 3134

```
Note Type:    Free Text H and P
Note Time:    N/A
Last Stored:  0642 11 Oct 2012
Stored By:    O'DONNELL,MARY T CPT 1687
```

**WARNING:**
*PLEASE COMPLETE THE MEDICATION RECONCILIATION NOTE BEFORE SAVING THIS H&P*

**WRNMMCB ADMISSION HISTORY & PHYSICAL EXAMINATION**

**DATE/TIME INITIATED:**    0615 11Oct2012

*Is this a readmission within the past 30 days?*    Yes    No

*Service:* GENERAL SURGERY    *Note By:* O'DONNELL,MARY T CPT 1687

**HISTORY:**

HPI: 27 yo M with recent URI symptoms presents to ER last evening after sharp attack of epigastric abdominal pain after eating 3 slices of pizza. He reports feeling back pain early this afternoon, which he treated with a nap. Last evening, he ate 3 slices of pizza and took a shower when he experienced severe epigastric, sharp, throbbing abdominal pain that caused him to become nauseated. He drove himself to the ER describing that the position of sitting up made the pain worse. He did not vomit, reports passing flatus, last BM was just prior to this at 2100 last night, which was non-bloody and normal.

He reports intermittent abdominal pain throughout his life. The pain was as frequent as daily, when he exercised regularly, but has since tapered to twice a week vague abdominal pain that resolves. Family physicians have told him he has ¨IBS¨ without any other diagnosis. Most notably, he had an attack of abdominal pain with 1 bloody bowel movement during boot camp at Great Lakes for which he was admitted, CT scanned and underwent sigmoidoscopy to transverse colon, which could not completed due to discomfort. Demonstrated normal findings with internal hemorrhoids. He has soft regular bowel movements once a day.

PMH: childhood asthma, internal hemorrhoids; intermittent sun-related rash
PSH: PRK, tonsillectomy
Allergy: cats
MEDs: non, aleve and Dayquil this weekends
Family: no history of colon cancer, IBS/IBD or Crohn´s disease; DM and Heart dz
Social: no tobacco use, occasional alcohol use; runs 20-30 miles per day, this has decreased over the last month.

**Tobacco Screening**

*Tobacco use in last 12 months?*    Yes/No    No

**ALLERGIES**

IS THIS ADMISSION RELATED TO AN ADVERSE DRUG REACTION?    No

DRUG:    NONE

*Please enter "NONE" or the "NAME OF THE DRUG"*

| #1 | *Type: NONE* | Name: | Symptoms: |
|---|---|---|---|
| Onset Date: | | Severity: | Other Symptom: |

SNOMED Code:

RxNorm Code:    Last Modification Date:    Inactive:

**MEDICATION RECONCILIATION**

| Drug Name | Dose | Route | Frequency | Last Taken Date/Time | Medication Admission Plan |
|---|---|---|---|---|---|

**Medication Precautions**

Is the patient pregnant?    Yes    No
Is the patient breastfeeding?    Yes    No

**** If any of the above answers are yes, please write an order to notify the Pharmacy that the patient is breastfeeding and a Pharmacy Consult for any potential medication contraindications.****

```
DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN:  ███ █
USN ACTIVE DUTY  ABAA
   WRNMMC Bethesda      11Oct2012
      PERSONAL/PRIV ACT 1974
         Clinical Notes
```

CliniComp, Intl.

## PHYSICAL EXAMINATION

AFVSS - 97.4, 82, 111/61, 15, 96% ra
Gen A&Ox3, NAD now that received pain medication. Non toxic appearing.
Heart: RRR no mrg
Lungs: ctab
Abd: soft, flat, tenderness in epigastrium, no tympany, no hernias, bowel sounds normal
Ext: no rash, no edema
Back: no CVA tenderness, no rash

## LABORATORY DATA/DIAGNOSTIC IMAGING DATA/ECG DATA

10.1>14.2/40.9<246  143/4.3/105/32/14/0.88<106  9.8

Colitis at the level of the hepatic flexure with stool filled cecum and fecalization of small bowel.
Findings are nonspecific and may be representative of an acute infection or inflammatory etiology
such as Crohn's disease or ulcerative colitis.  Clinical correlation is recommended.

## Disease Management

Was the patient admitted with a new diagnosis or a suspicion of the following?

| | |
|---|---|
| NO | Acute MI/Coronary Syndrome |
| No | CHF Exacerbation |
| NO | Pneumonia |

## DVT Prophylaxis

**Please assess the need for pharmacological and/or mechanical prophylaxis.**

Does the patient need DVT prophylaxis?        Yes          X
Thrombosis Risk Factor Assessment Score        See assessment scale:
    Patient is low risk

## DIAGNOSTIC ASSESSMENT & PLAN

A/P: 27 yo M with intermittent abdominal pain throughout his life with acute exacerbation last
evening with no flatus and BM since yesterday evening. CT scan suggestive of inflammation in right
colon. Needs colonoscopy and further lab work up to rule out malignancy.
- Admit to 5E, NPO, IVF
- Moviprep
- Colonoscopy later today
- CEA, pANCA, ANCA, ASCA

    X RESIDENT

Resident:     O'DONNELL,MARY T CPT 1687        DATE:  11Oct2012        X  Electronic Signature

    Name and date entered in this field counts as electronic signature.

    Resident Comments:
        Fellow:
Fellow:                                         Electronic Signature
        Fellow Comments:
        ATTENDING:
Staff Attending:                                Electronic Signature
        Attending Comments:

DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN: ███ █
USN ACTIVE DUTY  ABAA
    WRNMMC Bethesda        11Oct2012
        PERSONAL/PRIV ACT 1974
            Clinical Notes



```
Note Type:    Medication Reconciliation
Note Time:    N/A
Last Stored:  0615 11 Oct 2012
Stored By:    O'DONNELL,MARY T CPT 1687
```

## MEDICATION RECONCILIATION COMPONENTS

Service: *GENERAL SURGERY*                 Admission related to: *ABDOMINAL PAIN*

Date of Birth: *16Feb1985*          Age: *32*      Sex: *M*

Weight: *147*    Lbs        *0.0*    oz        *66.56*   Kgs    Are you:      Pregnant    Lactating

### ALLERGIES

*X*  Patient does not have any medication allergies.

#1    *Type: NONE*              Name:                      Symptoms:

Onset                          Severity:              Other Symptom:
Date:

SNOME
D
Code:

RxNor                               Last Modification Date:                    Inactive:
m
Code:

### H & P ELEMENTS

### Current Medications

*Patient not taking any medications at time of admission to include: herbals, OTCs, dietary supplements, eye drops, inhalers, vitamins and illict drugs.*

*Drug Name*        *Dose*      *Route*      *Frequency*      *Medication Admission Plan*

*Medications Reconciled by Pharmacy*

```
DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ███  █████

USN ACTIVE DUTY  ABAA

WRNMMC Bethesda      11Oct2012

PERSONAL/PRIV ACT 1974

Clinical Notes
```

AR 3137

```
Note Type:    DOD ED Medical Record
Note Time:    N/A
Last Stored:  0647 11 Oct 2012
Stored By:    LEE, AKINNOLA S  SMITH-COLEMAN, DORETHEA 4534   KING, LYNAIRE R CIV 6971
              PUTKO, ROBERT M LT 2636   HARDWARE,LESLIE W CIV 4699
```

LOINC 34108-1 Rev. 2012.08.17.1200

## EMERGENCY DEPARTMENT MEDICAL RECORD

ED ARRIVAL DATE  10Oct2012   CHECK-IN  2112  Arrival By  *PRIVATELY OWNED VEHICLE*    Birthdate  *16Feb1985*
TIME

Patient Info: Telephone, Work Phone, Address, City, State, Zip

██████████                                          ██████████        *HANOVER*        *MARYLAND*

Sponsor Info: Name, Rank, Service, Duty Phone, PatCat, UIC

*MERWIN,DANIEL DENNIS        PETTY OFFICER        NAVY*
*                           SECOND CLA*

Sponsor Address, City, State, Zip, Station

                            *FORT GEORGE G        MARYLAND        20755*
                            *MEADE*

Primary Care Manager        *UDE, ASSUMPTA O*

*Contact info for 48hrs:*        ██████████

### 1. TRIAGE

Triage Time  *2130*        Age        Calculated Age  *32*

Chief Complaint  *ABDOMINAL BACK CHEST PAIN*

Triage HPI    *STS FLU LIKE SYMP  NOW HAVING  ABD PAIN  AND  DRY HEEVES.STS*
              *PAIN TO  STERUM AND  UPPER ABD AREA.*

BP *142 / 84*  Source  *R*    HR *94*    RR *16*    SaO2% *98*    RA        Temp  *98.8*  F  *37.1*  C  *Oral*

Weight  *66.56*  kg                                    Tetanus Date  *Current*

                                    kg

*PEDIATRIC IMMUNIZATIONS UTD?*              Yes

*Do you have any Pain?*    *Yes*

| Location (select multiple) | Factors | Quality | Assessment | Score | Time/ Duration |
|---|---|---|---|---|---|
| ABD | | *SHARP/* | *Strong* | *9* | *INT* |

Gender  *M*

Abuse/Neglect?
Have you ever been emotionally or physically abused or threatened by your partner or someone close to you?
Have you ever been hit, slapped, kicked, pushed or otherwise physically hurt?

*X*  No

Sexual Assault?
Has anyone ever forced you to engage in any type of sexual activity
or touched you in a way that made you feel uncomfortable?

*X*  No

Mental Health Issues?

*X*  No

Primary Language        *English*
Other                   *None*
Communication Needs

Is the Patient High Risk for Falls or have a History of Falls?    *No*

TRIAGE ACTION(S)
                *U/A*

TRIAGE ACUITY    *3*

TRIAGED BY    *SMITH-COLEMAN, DORETHEA 4534*

TRIAGED TO    *Waiting Room*

### X 2. BEDSIDE NURSING ASSESSMENT

```
DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN:  ██████
USN ACTIVE DUTY  ABAA
  WRNMMC Bethesda    11Oct2012
    PERSONAL/PRIV ACT 1974
      Clinical Notes
```

CliniComp, Intl.

AR 3138

X GENERAL
  APPEARANCE          *Well nourished, Healthy in appearance*

X MENTAL STATUS       *Awake, Alert, Oriented X3*

X NEUROLOGICAL

    X Normal:  *PERL, Strength and Sensation all four extremities, Steady Gait, Speech Normal*

X HEENT

       Detailed Assessment

X CARDIOVASCULAR

       Detailed Assessment

    Comments: *Report sternum pain/cp with inspiration. State " I never felt pain like this. Report
              increasing back pain onset yesterday. State had "flu like" sx (congestion and
              feverish feeling) onset 5days ago however state sx resolving.Denies n/v. Report
              "sternum pain causes me to take shallow breaths".*

X PULMONARY

       Detailed Assessment

    Comments: *Report sternum pain/cp with inspiration. State " I never felt pain like this. Report
              increasing back pain onset yesterday. State had "flu like" sx (congestion and
              feverish feeling) onset 5days ago however state sx resolving.Denies n/v. Report
              "sternum pain causes me to take shallow breaths".*

X GASTROINTESTINAL

    X Normal:  *Denies nausea vomiting diarrhea, Abdomen soft non-tender non-distended, Bowel sounds
              present in all four quadrants*

X GENITOURINARY

    X Male

         Genitals: *No Complaints or Concerns*          Urine: *Clear yellow urine and urinates
                                                              without difficulty*

X SKIN

    X Appearance: *Color normal for patient Warm, dry,*       Turgor: *Good turgor <1-2 seconds*
                 *and intact*

X MUSCULOSKELETAL

      #1 Location: *back/sternum*           General: *Pain*              Weight Bearing: *Yes*

      Cap Refill: *< 2 seconds*   Edema: *None*

      Range of motion: *Full ROM*              Sensation: *Intact*

    Comments: *Report sternum pain/cp with inspiration. State " I never felt pain like this. Report
              increasing back pain onset yesterday. State had "flu like" sx (congestion and
              feverish feeling) onset 5days ago however state sx resolving.Denies n/v. Report
              "sternum pain causes me to take shallow breaths".*

---

FALLS RISK PROTOCOL **Assessment is mandatory**
                                                         *No*

    *Patient meets:*   X  None

    Patient is not considered a fall risk at this time.

    Patient placed on universal fall precautions

    X  Bed In low position                         X  Call bell within reach

As Indicated Assessment Reviewed by RN:   *KING, LYNAIRE R CIV 6971*        Time/Date: *2157 10ct2012*

---

3.  *MULTI-DISCIPLINARY PAST MEDICAL HISTORY*

*OTHER*

*OTHER*

    Current Outpatient Medications List from CHCS

Past Surgical History

    Social History

           Tobacco       *NO*

           Alcohol       *YES*        Comment   *SOCIAL 24 HRS AGO*

       Living Situation   *Lives alone*

---

4.  *PROVIDER HISTORY / ROS / PHYSICAL EXAM - Age >16*

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███ █

USN ACTIVE DUTY  ABAA

WRNNMC Bethesda     110ct2012

PERSONAL/PRIV ACT 1974

Clinical Notes



RES  RP          Staff  H          Time Seen  2205    ChkIn Time  2112

X Triage Reviewed                     X Medical Records Reviewed

CC    ABDOMINAL BACK CHEST PAIN                    STS FLU LIKE SYMP  NOW HAVING
                                                   ABD PAIN  AND  DRY HEEVES.STS
                                                   PAIN TO  STERUM AND  UPPER ABD
                                                   AREA.

HPI   27yoM with thoracic back pain beginning today at 1400, followed by sternal/sub-xiphoid
      chest pain at 1630 and then 9/10 abdominal pain at 2000 this evening while in the shower.
      Pt states he felt feverish over weekend with cough and congestion but felt OK by Tuesday,
      and today the above symptoms began. Back/sternal pain worse with deep inspiration.
      Currently at 8/10. No recent heavy drinking, tolerating normal diet well with good fluid
      intake, pain unchanged with eating. No nausea/vomiting/diarrhea/constipation. No
      significant PMH, not on any meds.

      Review of Systems

GEN       Felt feverish over weekend but no          GU       Denies dysuria, hematuria
          recorded fever

DERM      Denies Rash

HEENT     congestion

CARD      chest pain as above

PULM      Denies Dyspnea. Mild productive cough

GI        abd pain as above. no nausea, vomiting,
          diarrhea, melena, bright red blood per
          rectum


      Physical Examination

GEN       Well nourished, well developed and in no acute distress.

*HEAD     Atraumatic (or No lacs, bruises, contusions.)

*EYES     Anicteric, EOMI

*NOSE     No active bleeding

*MOUTH    Moist mucosa

NECK      Supple, nontender, no adenopathy

CHEST     No tenderness to palpation, No crepitus

CV        RRR, no murmurs, rubs, gallops      PULM  X  B CTA with good aeration; no retractions, no
                                                       wheeze, rhonchi or rales

ABD       Soft, TTP in upper quadrants        BACK     No midline TTP, no CVAT. Pain not reproducable
          b/l with maximal tenderness in               with palpation.
          epigastric/sub-xiphoid region.
          No guarding or rebound
          tenderness. NABS

                                              DERM     No rash, skin warm and dry

| 5. ED COURSE / CONSULTS |
|---|

   Time/Date    2238 10Oct2012      pt evaluated. cbc/cmp/amylase/lipase with AAS ordered

   Time/Date    0455 11Oct2012      Per Rad: CT c/o colonic obstruction. Transition point in transverse
                                    colon. fecalization of the small intestines present-fecal material in the
                                    ceacum.

   ED decison to Admit time:        0626


   CONSULTATIONS                                          Key Consult Times
   Consulting Service    Consultant         Reason for Consult    Order    Returned Call    Bedside
   General Surgery                                                          0454

| 6. ANCILLARY TESTS / PROCEDURES |
|---|

INTERVENTIONS:

   XRAYS

          X     Radiology                X AAS
                Interpret:

   Acute Abdominal Series was performed for the evaluation of abdominal pain.  No masses, small bowel
   obstruction, large bowel obstruction, air-fluid levels, or free air was identified.

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ███  █

USN ACTIVE DUTY  ABAA

    WRNMMC Bethesda    11Oct2012

        PERSONAL/PRIV ACT 1974

        Clinical Notes

CliniComp, Intl.              Page 3 of 4              printed Wed Aug 16 11:15:24 2017

CAT Scans                          X Abd/Pelv
  Colitis at the level of the hepatic flexure with stool filled cecum and fecalization of small bowel.
  Findings are nonspecific and may be representative of an acute infection or inflammatory etiology such as
  Crohn's disease or ulcerative colitis.  Clinical correlation is recommended
  LABORATORY TESTS
Nl/Unrem Labs --> X CBC  X Chem                                              BNP
  amylase, lipase normal
                          Placement (Initial)

| 7. MEDICAL DECISION MAKING / DIAGNOSIS | |
|---|---|
| Medical Decision Making: | Time/Date |
| 1  27yoM with no prior h/o LBO or abdominal surgery with LBO visualized on CT scan. SOD paged, awaiting eval. Vitals stable, labs WNL. | 0503 11Oct2012 |
| 2  General Surgery will admit pt for further workup of obstruction. | 0611 11Oct2012 |

**Diagnosis**

Diagnosis 1    *Large bowel obstruction*

**8. DISPOSITION**

|  | |
|---|---|
| Condition | *Stable* |
| Disposition | *Admission* |
| Admission Service | *General Surgery* |

**9. ELECTRONIC SIGNATURES**

Junior Resident/Intern Comments/Signature
#1  *I have reviewed and discussed the patient with my Supervising Provider.*

Provider  *PUTKO, ROBERT M LT 2636*


#1  *Pt reports onset of mid back pain-between the scapula-at 1400 hrs today. Went to sleep. Awoke 2 hrs
    later with epigastric/subxiphoid pain  that is aggravated with deep breathig or sitting up. Has had
    antecedent chills few days ago but has had no cough, fever or SOB. Has had no vomiting but has hd
    some retching. No paresthesias or the extremities. No palpitations. Has no other complaints.PE: wd
    wn m in nad. Neck supple. Lungs; clear CVS: rsr ABD: soft, BS active. Some epigastric ttp w/o
    rebound. No ttp over the back/cva area. Other: TTP over the xiphoid and lower costochondral area. No
    step off.*

Unless otherwise noted, all patient care documented in this note was performed under the direct care and
supervision of the Attending Staff Emergency Physician.
*Staff Provider*            *HARDWARE,LESLIE W CIV 4699*
*(Responsible for case)*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███ █

USN ACTIVE DUTY  ABAA
   WRNMMC Bethesda      11Oct2012
      PERSONAL/PRIV ACT 1974
         Clinical Notes

AR 3141

CliniComp, Intl.          Page 4 of 4          printed Wed Aug 16 11:15:24 2017

```
Note Type:    DOD ED Medical Record
Note Time:    N/A
Last Stored:  1637 19 Apr 2014
Stored By:    SALVADOR, JERLYN CTR 1376    THRASHER, NANCY L. CTR 7654    PIRRI, MICHAEL P CTR 0963
              MAURANO, ANDREW W USA 0040
```

LOINC 34108-1 Rev. 2014.03.12.1400

## EMERGENCY DEPARTMENT MEDICAL RECORD

**19Apr2014**  ED ARRIVAL DATE    ED ARRIVAL TIME  **1510**    ARRIVAL BY  **PRIVATELY OWNED VEHICLE**

Patient Info: Telephone, Work Phone, Address, City, State, Zip

████████    ████████            **HANOVER**    **MARYLAND**    ████

Sponsor Info: Name, Rank, Service, Duty Phone, PatCat, UIC

**MERWIN,DANIEL DENNIS    PETTY OFFICER    NAVY    ████████**
                         **SECOND CLA**

Sponsor Address, City, State, Zip, Station

                         **FORT GEORGE G    MARYLAND    20755**
                         **MEADE**

Primary Care Manager        **UDE, ASSUMPTA O**

### 1. TRIAGE

Triage Time        **1531**
Allergies          **NKDA**

                                **X** ID band placed

       Birthdate    **16Feb1985**
          Age       Calculated Age    **29**
       Gender       **M**

Chief Complaint    **(L) FOOT SWOLLEN**
(From CHCS)

Triage HPI         **Pt. reports was playing softball and left foot**
(Subjective)       **went into a hole at 1415 today.  C/o pain and**
                   **swelling to left ankle region.**

Triage Exam        **Ambulatory to triage with slight limp.  Left ankle**
(Obj. Findings)    **swollen.  Alert & oriented x3.  Respirations even**
                   **and unlabored.  Distal neurovascular intact.**

BP **132 / 74**  Source **R**   HR **92**   RR **16**   SaO2% **96**   RA        Temp **98.1  F Oral**

Weight

**Is there any sign of Pain?    Yes**

| Location (select multiple) | Factors | Quality | Assessment | Score | Time/Duration |
|---|---|---|---|---|---|
| *Left ankle* | *W M* | *TB* | *Weak* | *3* | *CONT* |

Is the Patient High Risk for Falls or have a History of Falls?  **No**

Abuse/Neglect?
Have you ever been emotionally or physically abused or threatened by your partner or someone close to you?
Have you ever been hit, slapped, kicked, pushed or otherwise physically hurt?
**X**  No

Sexual Assault?
Has anyone ever forced you to engage in any type of sexual activity
or touched you in a way that made you feel uncomfortable?
**X**  No

Mental Health Issues?
**X**  No

Primary Language        **English**
Other Communication Needs        **None**
HIPAA        **Patient states, 'I DO AGREE to release information about my identity, condition, and location.'**

```
DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN: ████████
??? ???
WRNMMC Bethesda    19Apr2014
   PERSONAL/PRIV ACT 1974
       Clinical Notes
```

CliniComp, Intl.

AR 3142

| Tetanus Date | *Current* | Immunizations verified up to date as of: | *Verified UTD by patient only* |

TRIAGE ACTION(S)

Triage Acuity *4T*
(ESI)

TRIAGED BY

*THRASHER, NANCY L. CTR 7654*

TRIAGED TO *Waiting Room-FT/UCC*

*Best contact info for next 48hrs:*

████████

---

### 2. MULTI-DISCIPLINARY PAST MEDICAL HISTORY

*Allergies*
*Imported Allergies (via ICE/Melder)*
OTHER


*Current Outpatient Medications List*

| Not Taking | Medication | Last Fill Date | Not Taking | PDTS Medication | Last Fill Date |
|---|---|---|---|---|---|
| | *Denies* | | | *FLUZONE 2013-2014 VIAL* | *11/26/2013* |

*Medication Review Completed*

Past Medical History
*Denies PMHx*

Past Surgical History

| Surgery | Year | | Surgery | Year |
|---|---|---|---|---|
| *Tonsillectomy (T&A);* | | | *Corneal Refactive Surgery (PRK/LASIK);* | |

Immunization History
Social History

| | Tobacco | *NO* | | |
| | Alcohol | *YES* | Comment | *weekends* |
| Recreational Drug Use | *Denies* | | | |
| Living Situation | *Lives with girlfriend* | | | |
| Occupational History | *active duty* | | | |

---

### X 3. INITIAL/BEDSIDE NURSING ASSESSMENT

| X GENERAL APPEARANCE | *Well nourished, Healthy in appearance* |
| X MENTAL STATUS | *Awake, Alert, Oriented X3* |
| X MUSCULOSKELETAL | *Left ankle pain and swelling since stepping in a hole while playing softball this afternoon.  Distal neurovascular intact.  Able to bear weight with slight limp.* |

FALLS RISK PROTOCOL

*No*

*Patient meets:*    X None

Patient is not considered a fall risk at this time.
Patient placed on universal fall precautions

X  Bed In low position                          X  Call bell within reach
X  Patient/family verbalizes understanding of risk for falls and measures taken to counter the risk.

Assessment completed by:        *THRASHER, NANCY L. CTR 7654*        Time/Date:  *1546 19Apr2014*

---

### 4. PROVIDER HISTORY / ROS / PHYSICAL EXAM

RES  *DM*        Staff  *MP*      Time Seen  *1606*    ChkIn Time   *1510*

X Triage Reviewed

---



DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ████████

??? ???

WRNMMC Bethesda      19Apr2014
PERSONAL/PRIV ACT 1974
Clinical Notes

ClinicComp, Intl.

| Triage HPI (Subjective) | Pt. reports was playing softball and left foot went into a hole at 1415 today. C/o pain and swelling to left ankle region. |
|---|---|
| CC | (L) FOOT SWOLLEN . |

## History of Present Illness

*29 y/o male c/o left ankle pain and anterior/lateral edema after an inversion injury while playing softball this afternoon. No open lesions, numbness, weakness or decreased rom. No knee pain. No achille injury. Able to bear weight but with pain.*

X 2 systems reviewed

## Physical Exam

| | |
|---|---|
| GEN | Well nourished, well developed and in no acute distress. |
| CHEST | No tenderness to palpation, No crepitus· |
| CV | RRR, no murmurs, rubs, gallops |
| ABD | Soft, NTND without masses, no HSM |
| EXTREM | left ankle – diffuse edema and anterior/lateral tenderness. |
| DERM | No rash, skin warm and dry |
| NEURO | A&Ox3, CN II-XII intact, Full strength x 4 |

## Context

    Immunocompromised due to:
    Cancer

## Prenatal Care

### 5. ED COURSE / CONSULTS

    Time/Date    1633 19Apr2014    negative foot and ankle x-ray

### 6. TESTS / PROCEDURES / IMAGES / FILES

### 7. MEDICAL DECISION MAKING / DIAGNOSIS

    Time Seen by Provider    1606
    Medical Decision Making:                                    Time/Date
    1

### Diagnosis

    Diagnosis 1    845.00 SPRAIN ANKLE

### 8. DISPOSITION

|   |   |
|---|---|
| Condition | Stable |
| Disposition | Discharge |
| Discharge | Home w/o Activity Restriction |

Discharge Instructions

    *Keep the ankle in the brace for the next week and use the crutches when walking until you can bear weight without pain. Ice to reduce swelling and elevate as much as possible. Follow up with PCM in 2 weeks.*

Exit Care Patient Aftercare/Discharge Instructions:
    DI 1:    *Ankle Sprain*
    Please follow-up as directed
Contract for Safety
    Discharge Medications

| Name | Dose | Route | Frequency | #Amt |
|---|---|---|---|---|
| ibuprofen ( MOTRIN ) ORAL Tab 800 MG ORAL | 1 | Orally | Every 8 hours | 14 days |

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: 

??? ???

    WRNMMC Bethesda    19Apr2014

    PERSONAL/PRIV ACT 1974

    Clinical Notes

CliniComp, Intl.

*Discharge Medication Reconciliation*

| Outpatient Medication | Not Taking | Corrected SIG (If needed) | Discharge Plan |
|---|---|---|---|

*Denies*

*Medication Review Completed*

| Active PDTS Prescription | Not Taking | Corrected SIG (If needed) | Discharge Plan |
|---|---|---|---|

*FLUZONE 2013-2014 VIAL*

## 9. ELECTRONIC SIGNATURES

Junior Resident/Intern Comments/Signature

X NP/PA/IDC/IDMT Comments/Signature

#1  I have reviewed and discussed the patient with my Supervising Provider.


Sign Out

Final Extender Signature    *Maurano, Andrew PA-C*

#1  1. I have discussed in detail and reviewed the treatment and management plan presented to me by the resident/junior provider and agree.

#2  2. I have evaluated the patient myself and discussed in detail the treatment and management plan presented to me by the resident/junior provider and agree.

#3  29yo M with left ankle sprain playing soft ball, no fracture on XR, will give splint for support and NSAIds, will dc home neurovascular intact


Sign Out

Unless otherwise noted, all patient care documented in this note was performed under the direct care and supervision of the Attending Staff Emergency Physician.

*Staff Provider*          *PIRRI, MICHAEL P CTR 0963*
*(Responsible for case)*

## 10. CODING ASSISTANCE SECTION (autopopulated by documentation above)

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███ ██

??? ???

WRNMMC Bethesda      19Apr2014

PERSONAL/PRIV ACT 1974

Clinical Notes

AR 3145

 CliniComp, Intl.          Page 4 of 4          printed Wed Aug 16 11:17:14 2017

```
Note Type:    DOD ED Medical Record
Note Time:    N/A
Last Stored:  1637 19 Apr 2014
Stored By:    SALVADOR, JERLYN CTR 1376   THRASHER, NANCY L. CTR 7654   PIRRI, MICHAEL P CTR 0963
              MAURANO, ANDREW W USA 0040
```

LOINC 34108-1 Rev. 2014.03.12.1400

## EMERGENCY DEPARTMENT MEDICAL RECORD

*19Apr2014*   ED ARRIVAL DATE       ED ARRIVAL TIME   *1510*         ARRIVAL BY   *PRIVATELY OWNED VEHICLE*

Patient Info: Telephone, Work Phone, Address, City, State, Zip

████████  ████████                              *HANOVER*         *MARYLAND*   ████

Sponsor Info: Name, Rank, Service, Duty Phone, PatCat, UIC

*MERWIN,DANIEL DENNIS*     *PETTY OFFICER*      *NAVY*          *854-410-1041*
                          *SECOND CLA*

Sponsor Address, City, State, Zip, Station

                          *FORT GEORGE G*     *MARYLAND*      *20755*
                          *MEADE*

Primary Care Manager          *UDE, ASSUMPTA O*

### 1. TRIAGE

Triage Time          *1531*
Allergies            *NKDA*

                              *X* ID band placed

        Birthdate   *16Feb1985*
              Age    Calculated Age      *29*
           Gender    *M*

Chief Complaint   *(L) FOOT SWOLLEN*
(From CHCS)

    Triage HPI    *Pt. reports was playing softball and left foot*
   (Subjective)   *went into a hole at 1415 today.  C/o pain and*
                  *swelling to left ankle region.*

Triage Exam       *Ambulatory to triage with slight limp.  Left ankle*
(Obj. Findings)   *swollen.  Alert & oriented x3.  Respirations even*
                  *and unlabored.  Distal neurovascular intact.*

BP *132 / 74*  Source *R*   HR *92*   RR *16*   SaO2% *96*   *RA*            Temp *98.1*  F *Oral*

Weight

*Is there any sign of Pain?*   *Yes*

| Location (select multiple) | Factors | Quality | Assessment | Score | Time/ Duration |
|---|---|---|---|---|---|
| *Left ankle* | *W M* | *TB* | *Weak* | *3* | *CONT* |

Is the Patient High Risk for Falls or have a History of Falls?   *No*

Abuse/Neglect?
Have you ever been emotionally or physically abused or threatened by your partner or someone close to you?
Have you ever been hit, slapped, kicked, pushed or otherwise physically hurt?
*X*  No

Sexual Assault?
Has anyone ever forced you to engage in any type of sexual activity
or touched you in a way that made you feel uncomfortable?
*X*  No

Mental Health Issues?
*X*  No

Primary Language      *English*
Other Communication Needs      *None*
HIPAA      *Patient states, 'I DO AGREE to release information about my identity, condition, and location.'*

---

```
DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN:  ████ █
???  ???
   WRNMMC Bethesda      19Apr2014
      PERSONAL/PRIV ACT 1974
         Clinical Notes
```

AR 3146

| Tetanus Date | *Current* | Immunizations verified up to date as of: | *Verified UTD by patient only* |
|---|---|---|---|

TRIAGE ACTION(S)

Triage Acuity *4T*
(ESI)

   TRIAGED BY

          THRASHER, NANCY L. CTR 7654

   TRIAGED TO   *Waiting Room-FT/UCC*

          *Best contact info for next 48hrs:*

          ███████

---

## 2. MULTI-DISCIPLINARY PAST MEDICAL HISTORY

Allergies
Imported Allergies (via ICE/Melder)
OTHER

Current Outpatient Medications List

| Not Taking | Medication | Last Fill Date | Not Taking | PDTS Medication | Last Fill Date |
|---|---|---|---|---|---|
| | *Denies* | | | *FLUZONE 2013-2014 VIAL* | *11/26/2013* |

          Medication Review
          Completed

Past Medical History
*Denies PMHx*
Past Surgical History

| Surgery | Year | | Surgery | Year |
|---|---|---|---|---|
| *Tonsillectomy (T&A);* | | | *Corneal Refactive Surgery (PRK/LASIK);* | |

   Immunization History
   Social History

| | Tobacco | *NO* | | |
|---|---|---|---|---|
| | Alcohol | *YES* | Comment | *weekends* |
| Recreational Drug Use | *Denies* | | | |
| Living Situation | *Lives with girlfriend* | | | |
| Occupational History | *active duty* | | | |

---

## X 3. INITIAL/BEDSIDE NURSING ASSESSMENT

| X GENERAL APPEARANCE | *Well nourished, Healthy in appearance* |
|---|---|
| X MENTAL STATUS | *Awake, Alert, Oriented X3* |
| X MUSCULOSKELETAL | *Left ankle pain and swelling since stepping in a hole while playing softball this afternoon. Distal neurovascular intact. Able to bear weight with slight limp.* |

FALLS RISK PROTOCOL

                                        *No*

   *Patient meets:*   X None
   Patient is not considered a fall risk at this time.
   Patient placed on universal fall precautions
   X   Bed In low position                    X   Call bell within reach
   X   Patient/family verbalizes understanding of risk for falls and measures taken to counter the risk.
Assessment completed by:          THRASHER, NANCY L. CTR 7654      Time/Date:  *1546 19Apr2014*

---

## 4. PROVIDER HISTORY / ROS / PHYSICAL EXAM

RES  *DM*    Staff  *MP*    Time Seen  *1606*    ChkIn Time  *1510*

X Triage Reviewed

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ████

??? ???

   WRNMMC Bethesda    19Apr2014
      PERSONAL/PRIV ACT 1974
         Clinical Notes

 CliniComp, Intl.                    Page 2 of 4                printed Wed Aug 16 11:18:04 2017

AR 3147

| Triage HPI (Subjective) | Pt. reports was playing softball and left foot went into a hole at 1415 today. C/o pain and swelling to left ankle region. |
|---|---|
| CC | (L) FOOT SWOLLEN |

## History of Present Illness

29 y/o male c/o left ankle pain and anterior/lateral edema after an inversion injury while playing softball this afternoon. No open lesions, numbness, weakness or decreased rom. No knee pain. No achille injury. Able to bear weight but with pain.

X 2 systems reviewed

## Physical Exam

| GEN | Well nourished, well developed and in no acute distress. | | |
|---|---|---|---|
| CHEST | No tenderness to palpation, No crepitus | | |
| CV | RRR, no murmurs, rubs, gallops | | |
| ABD | Soft, NTND without masses, no HSM | | |
| EXTREM | left ankle - diffuse edema and anterior/lateral tenderness. | DERM | No rash, skin warm and dry |
| NEURO | A&Ox3, CN II-XII intact, Full strength x 4 | | |

## Context

Immunocompromised due to:
Cancer

## Prenatal Care

## 5. ED COURSE / CONSULTS

Time/Date    1633 19Apr2014    negative foot and ankle x-ray

## 6. TESTS / PROCEDURES / IMAGES / FILES

## 7. MEDICAL DECISION MAKING / DIAGNOSIS

Time Seen by Provider    1606
Medical Decision Making:                                                    Time/Date
1

## Diagnosis

Diagnosis 1    845.00 SPRAIN ANKLE

## 8. DISPOSITION

| Condition | Stable |
|---|---|
| Disposition | Discharge |
| Discharge | Home w/o Activity Restriction |

Discharge Instructions
Keep the ankle in the brace for the next week and use the crutches when walking until you can bear weight without pain. Ice to reduce swelling and elevate as much as possible. Follow up with PCM in 2 weeks.

Exit Care Patient Aftercare/Discharge Instructions:
DI 1:    Ankle Sprain
Please follow-up as directed
Contract for Safety

Discharge Medications

| Name | Dose | Route | Frequency | #Amt |
|---|---|---|---|---|
| ibuprofen ( MOTRIN ) ORAL Tab 800 MG  ORAL | 1 | Orally | Every 8 hours | 14 days |

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███████

???  ???

WRNMMC Bethesda      19Apr2014

PERSONAL/PRIV ACT 1974

Clinical Notes

CliniComp, Intl.

*Discharge Medication Reconciliation*

| Outpatient Medication | Not Taking | Corrected SIG (If needed) | Discharge Plan |
|---|---|---|---|

*Denies*

*Medication Review Completed*

| Active PDTS Prescription | Not Taking | Corrected SIG (If needed) | Discharge Plan |
|---|---|---|---|

*FLUZONE 2013-2014 VIAL*

## 9. ELECTRONIC SIGNATURES

Junior Resident/Intern Comments/Signature

X NP/PA/IDC/IDMT Comments/Signature

#1 *I have reviewed and discussed the patient with my Supervising Provider.*

Sign Out

Final Extender Signature    *Maurano, Andrew PA-C*

#1 *1. I have discussed in detail and reviewed the treatment and management plan presented to me by the resident/junior provider and agree.*

#2 *2. I have evaluated the patient myself and discussed in detail the treatment and management plan presented to me by the resident/junior provider and agree.*

#3 *29yo M with left ankle sprain playing soft ball, no fracture on XR, will give splint for support and NSAIds, will dc home neurovascular intact*

Sign Out

Unless otherwise noted, all patient care documented in this note was performed under the direct care and supervision of the Attending Staff Emergency Physician.

*Staff Provider*         PIRRI, MICHAEL P CTR 0963
*(Responsible for case)*

## 10. CODING ASSISTANCE SECTION (autopopulated by documentation above)

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ▮▮▮ ▮▮

??? ???

WRNMMC Bethesda      19Apr2014

PERSONAL/PRIV ACT 1974

Clinical Notes

AR 3149

```
Note Type:     DOD ED Medical Record
Note Time:     N/A
Last Stored:   1405 22 Jun 2016
Stored By:     Bitter, Jordan N CIV 8495    MOSS, THEA E LTJG 3982    WEATHERS, BRUCE K MD 5696
```

LOINC 34108-1 Rev. 2014.10.15.1335

## EMERGENCY DEPARTMENT MEDICAL RECORD

ED ARRIVAL DATE  *22Jun2016*   CHECK-IN  *1126*  Arrival By  *PRIVATELY OWNED VEHICLE*     Birthdate  *16Feb1985*
                               TIME

Contact info for 48hrs:     ████████████

### 1. TRIAGE

Triage Time  *1130*       Age            Calculated Age  *32*

Chief Complaint   *Chest pain and light headed*
(from CHCS)

       Triage HPI   *Pt c/o constant left sided chest pain x 2 wks.  Pt c/o*
                    *increased sharpness with deep inspiration.  Also*
                    *lightheadedness started today.*

Triage(con't.)   *Denies recent travel.*

Recent travel     *Denies*
outside of the
country in the
past 3 months

BP  *158 / 102*  Source *R*    HR  *83*    RR  *16*    SaO2%  *98*    *RA*          Temp  *97.8*  *F*    *Oral*

Is there any sign of Pain?   *Yes*

| Location<br>(select multiple) | Factors | Quality | Assessment | Score | Time/<br>Duration |
|---|---|---|---|---|---|
| *CHEST* | | | | *4* | *CONT* |

Gender  *M*

       Abuse/Neglect?
       Have you ever been emotionally or physically abused or threatened by your partner or someone close to you?
       Have you ever been hit, slapped, kicked, pushed or otherwise physically hurt?

       *X*  No

       Sexual Assault?
       Has anyone ever forced you to engage in any type of sexual activity
       or touched you in a way that made you feel uncomfortable?

       *X*  No

       Mental Health Issues?
               *X* Yes

       *History:anxiety*
       Suicidal Ideations?

       *X*  No

       Homicidal Ideations?

       *X*  No

       Primary Language      *English*
       Other                 *None*
       Communication Needs

HIPAA   *Patient states, 'I DO AGREE to release information about my identity, condition, and location.'*

                                                Tetanus Date   *Current*

Is the Patient High Risk for Falls or have a History of Falls?   *No*

TRIAGE ACTION(S)   *X*  ID band placed

TRIAGE ACUITY   *3*

TRIAGED BY    *Bitter, Jordan N CIV 8495*

TRIAGED TO

### X 2. BEDSIDE NURSING ASSESSMENT

| *X* GENERAL<br>APPEARANCE | *Well nourished, Healthy in appearance* |
|---|---|

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ██████

??? ???

   WRNMMC Bethesda    22Jun2016

     PERSONAL/PRIV ACT 1974

        Clinical Notes


CliniComp, Intl.                    Page 1 of 6              printed Wed Aug 16 11:18:55 2017

AR 3150

```
X MENTAL STATUS      Awake, Alert, Oriented X3
X NEUROLOGICAL
     X Detailed Assessment
          Respiratory Pattern:  N                    Cough Reflex: +
          X Glasgow Coma Scale
               Eyes Open To:              4
               Best Motor Response:       6
               Best Verbal Response:      5
               Glasgow Coma Score:                         15
               Level of Consciousness:    3
          X Ophth
                                   Right              Left
               Pupil Size:         3mm                3mm
               Pupil Shape:        R                  R
               Pupil Reaction:     B                  B
               Movement:           FR                 FR
          X Speech              Appro
            Motor/Sensory
          Comments:  pt denies ha blurred or double vision. pt claims dizziness started this AM, none
                     currently
X CARDIOVASCULAR
     X Detailed Assessment
          Rate:       Regular Rate            Rhythm:  NSR
          Heart sounds: S1-S2 present         Ectopy:  None
                                   LUE                           RUE
          Circulation Perfusion:  Warm and dry          Warm and dry
          Capillary Refill:       < 2 seconds           < 2 seconds
          Pulses:                 Equal Bilaterally     Equal Bilaterally
                                   LLE                           RLE
          Circulation Perfusion:  Warm and dry          Warm and dry
          Capillary Refill:       < 2 seconds           < 2 seconds
          Pulses:                 Equal Bilaterally     Equal Bilaterally
          Edema: No
          JVD:   No
          Comments:  pt claims chest pain worsening with deep inspiration over past x2weeks. worse today.
                     denies palpitations
X PULMONARY
     X Normal:  Breathing unlabored, Bilateral breath sounds clear to auscultation, Equal chest wall rise
               and fall
       Detailed Assessment
X GASTROINTESTINAL
       Comments:  hx of IBS, BM daily, no changes. denies n/v/d
X GENITOURINARY
     X Male
          Genitals: No Complaints or Concerns        Urine:  Clear yellow urine and urinates
                                                             without difficulty
```

```
FALLS RISK PROTOCOL **Assessment is mandatory**
                                        No
Criteria:
          Mental Status: confusion, impaired, or inability to understand/follow directions.
          Age: Over 60 or infant/child.
          Elimination: incontinent or increased urgency/frequency.
       X  Impaired physical status (e.g. dizzy, impaired balance/strength, hypotension, post-op within
          24 hours, anemia, vision/hearing impairment, seizure disorder, assistive device, sedated.)
          History or fear of falls.
```

```
DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN:  ███ █
???  ???
   WRNMMC Bethesda      22Jun2016
      PERSONAL/PRIV ACT 1974
         Clinical Notes

CliniComp, Intl.
```

Equipment: any device that tethers the patient (e.g. cardiac monitor, infusion, catheter, chest tube).

Medications (e.g. diuretics, vasoactive drugs that alter thought processes, increase GI motility)

*Patient meets:*                    X  1

*Level 1 Interventions:*

- *Provide a clear environment*
- *Maintain room illumination, adequate lighting.*
- *Ensure that side rails are up, carts, bed, table in locked position.*
- *Offer toileting assistance at least every two hours.*

Patient placed on universal fall precautions

  X    Bed In low position              X   Call bell within reach

Assessment completed by:        MOSS, THEA E LTJG 3982        Time/Date:  1213 22Jun2016

### 3. MULTI-DISCIPLINARY PAST MEDICAL HISTORY

Imported Allergies (via Melder)
*OTHER*

*NKDA*

Current Outpatient Medications List (Imported from CHCS)

| Not Taking | Trade Name | Generic Name | Dose | Current SIG | Last Fill Date |
|---|---|---|---|---|---|
| | PODOFILOX--TOP 0.5% SOLN | PODOFILOX | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS NEEDED | APPLY BID FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT | 02/24/2016 |
| | FLUOCINOLONE--TOP 0.01% SOLN | FLUOCINOLONE ACETONIDE | APPLY TO SCALP EVERY DAY AS NEEDED | APPLY TO SCALP DAILY AS NEEDED #1 | 09/29/2015 |
| | FLUTICASONE--PO 220MCG/PUFF MDI | FLUTICASONE PROPIONATE | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER | INH 2 PUFFS PO BID THEN RINSE MOUTH WITH WATER #1 | 09/28/2015 |

Additional Medications
*Medication Review Completed*
Past Medical History

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ████ █

???  ???

WRNMMC Bethesda      22Jun2016

PERSONAL/PRIV ACT 1974

Clinical Notes

AR 3152

  CliniComp, Intl.          Page 3 of 6          printed Wed Aug 16 11:18:55 2017

*Denies PMHx*
Past Surgical History

| Surgery | Year | Surgery | Year |
|---------|------|---------|------|
| *Tonsillectomy (T&A);* | | *Corneal Refactive Surgery (PRK/LASIK);* | |

Immunization History

Social History

## 4. PROVIDER HISTORY / ROS / PHYSICAL EXAM

Staff    BW        Time Seen    1210    ChkIn Time    1126

X Triage Reviewed

*Pt c/o constant left sided chest pain x 2 wks.  Pt c/o increased sharpness with deep inspiration.  Also lightheadedness started today.*

CC        *Chest pain and light headed*

Travel Screening    *Denies*
History

## History of Present Illness

*31 yo AD USN m NSA analyst with h/o anxiety c/o 2 week h/o pain in L chest. Pt was seen two weeks ago and reports concern over blood pressure 138/82. Pt states he sneezed this am which cause severe pain in chest and he felt briefly lightheaded following his sneezing and pain. Pt denies any fevr, chills, NVD, SOB or other complaint.*

## Review of Systems

| | | | |
|---|---|---|---|
| GEN | Denies fever, recent illness; see HPI | GU | Denies dysuria, hematuria |
| DERM | Denies Rash | MS | Denies focal swelling, Pain |
| HEENT | Denies URI symptoms, headache | NEURO | Denies vertigo, focal weakness; see HPI |
| CARD | see HPI | PSYCH | Denies suicidal or homicidal ideation, hallucinations; (+) anxiety |
| PULM | Denies Dyspnea, cough | ENDO | Denies Polyuria, polydipsia, temperature sensitivity |
| GI | Denies abdominal pain, nausea, vomiting, diarrhea, melena, bright red blood per rectum | HEME | Denies Easy Bruising, Easy Bleeding |

## Physical Exam

| | |
|---|---|
| GEN | Well nourished, well developed and in no acute distress. |
| *HEAD | Atraumatic (or No lacs, bruises, contusions.) |
| *EYES | Anicteric, EOMI, PERL |
| *EARS | TM's normal bilaterally |
| *NOSE | No active bleeding |
| *MOUTH | Moist mucosa |
| THROAT | Airway patent, pharynx clear and uvula midline |
| NECK | Supple, nontender, no adenopathy |
| CHEST | (+) tenderness to palpation B SCMs and L anterior chest wall; No crepitus; no swelling, no erythema |

| | | | |
|---|---|---|---|
| CV | RRR, no murmurs, rubs, gallops | PULM | X B CTA with good aeration; no retractions, no wheeze, rhonchi or rales |
| ABD | Soft, NTND without masses, no HSM | BACK | No midline TTP, no CVAT |
| EXTREM | Full ROM, no calf tenderness, no edema | DERM | No rash, skin warm and dry |
| NEURO | A&Ox3, CN II-XII intact, Full strength x 4 | | |
| VASC | Symmetric pulses, capillary refill <2 seconds | | |

## 5. ED COURSE / CONSULTS

Time/Date    1210 22JUNE2016    seen and examined

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ▌▌

??? ???

WRNMMC Bethesda    22Jun2016

PERSONAL/PRIV ACT 1974

Clinical Notes



## 6. ANCILLARY TESTS / PROCEDURES

INTERVENTIONS:   X Cardiac Monitoring X O2-see flowsheet   X IV Access X IV Fluid during ED visit-see flowsheet

   EKG:  X Narrative interpretation        Expanded interpretation

              X Nonspecific STTW

   EKG with nonspecific ST-T wave changes but no evidence of QT prolongation, ST elevations or depressions, or PR shortening.

   XRAYS

      X ED Interpret:          XCXR                                                      Other

   Chest xray: no acute findings

      X    Radiology            XCXR
          Interpret:

   Chest xray: IMPRESSION:
   Normal chest radiographs.

   ―――――――――――――――――――――

   Electronically signed by:Dr. MATTHEW LEO LUTYNSKI
   Department of Radiology
   Walter Reed National Military Medical Center

   Date: 06/22/16
   Time:13:08


   APPROVED BY: LUTYNSKI, MATTHEW LEO
   DATE/TIME: 20160622 130800

   CAT Scans
   LABORATORY TESTS
Nl/Unrem Labs ->   X CBC   X Chem            X Trop            X D-Dimer  BNP

## 7. MEDICAL DECISION MAKING / DIAGNOSIS

   Time Seen by Provider   1210
   Medical Decision Making:                                   Time/Date
   1   Hx and findings c/w costochondritis

### Diagnosis

   Diagnosis 1    COSTOCHONDRITIS   (ICD9: 733.6)

## 8. DISPOSITION

               Condition   Improved
             Disposition   Discharge
              Discharge   Home w/o Activity Restriction

   Discharge Instructions
      Take your medication as needed for pain. Follow-up wiht your Primary Care provider or
      siick-call as needed. Go to nearest ER for any emergency

   Exit Care Patient Aftercare/Discharge Instructions:
     DI 1:    Costochondritis
       Follow-up/Referral Clinic   Kimbrough Ambulatory Care Center/Sick-Call-301-677-8800
   Contract for Safety
   Discharge Medications

| Name | Dose | Route | Frequency | #Amt |
|------|------|-------|-----------|------|
| ibuprofen ( MOTRIN ) ORAL Tab 800 MG ORAL | | | | |

   Discharge Medication Reconciliation

| Active CHCS Prescription | Not Taking | Generic Name | Corrected SIG (If needed) | Discharge Plan |
|--------------------------|------------|--------------|---------------------------|----------------|
| PODOFILOX--TOP 0.5% SOLN | | PODOFILOX | APPLY TWICE A DAY FOR 3 DAYS THEN STOP FOR 4 DAYS, REPEAT WEEKLY AS | |

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ████ █

??? ???

  WRNMMC Bethesda      22Jun2016

   PERSONAL/PRIV ACT 1974

     Clinical Notes

AR 3154



| | | NEEDED |
| --- | --- | --- |
| FLUOCINOLONE--TOP 0.01% SOLN | FLUOCINOLONE ACETONIDE | APPLY TO SCALP EVERY DAY AS NEEDED |
| FLUTICASONE--PO 220MCG/PUFF MDI | FLUTICASONE PROPIONATE | INHALE 2 PUFFS BY MOUTH TWICE A DAY THEN RINSE MOUTH WITH WATER |

Additional Medications

Med Reconciliation Completed

Additional Medications      Medication Review Completed
(Medication Reconciliation)

---

### 9. ELECTRONIC SIGNATURES

#1  2. I have evaluated the patient myself/

Unless otherwise noted, all patient care documented in this note was performed under the direct care and supervision of the Attending Staff Emergency Physician.

**Staff Provider**          WEATHERS, BRUCE K MD 5696
**(Responsible for case)**

---

### 10. CODING ASSISTANCE SECTION (autopopulated by documentation above)

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ▮▮▮▮

??? ???

WRNMMC Bethesda      22Jun2016

PERSONAL/PRIV ACT 1974

Clinical Notes

CliniComp, Intl.                Page 6 of 6          printed Wed Aug 16 11:18:55 2017

AR 3155

```
Note Type:    ED Medical Record *
Note Time:    N/A
Last Stored:  1830  6 Jul 2017
Stored By:    FOTOPOULOS, JOHN P CIV 2450   JEZAK-DEMERY, TOBY CTR 2476   Owens, Susan W MD
```

LOINC 34108-1    Rev. 2016.06.17.1530 (R35)

## Emergency Department Medical Record

*06Jul2017*  ED ARRIVAL DATE        ED ARRIVAL TIME *1430*        ARRIVAL MODE *PRIVATELY OWNED VEHICLE*

### 1. TRIAGE

| | |
|---|---|
| Triage Time | *1436* |
| Allergies | *NKDA* |

X ID band placed

| | |
|---|---|
| Birthdate | *16Feb1985* |
| Age | *32*        Calculated Age *32* |
| Sex | *M* |
| Chief Complaint (From CHCS) | *PSYCH EVAL* |
| Triage HPI (Subjective) | *Pt c/o SI x days, pt has taken meds in past but is currently not on meds since april. Command rep with patient* |

BP *144 / 96*        HR *93*    RR *16*    Pulse *97*    RA        Temp(F) *98.1*        Oral
                                          Ox(%)

*Is there any sign of Pain?*    Yes

| Score | Location (select multiple) | Quality | Time/ Duration | Modifying Factors |
|---|---|---|---|---|
| 7 | headache | DL | CONT | |

Is the Patient High Risk for Falls or have a History of Falls?    *No*

Abuse/Neglect?
Have you ever been emotionally or physically abused or threatened by your partner or someone close to you?
Have you ever been hit, slapped, kicked, pushed or otherwise physically hurt?
*X* No
Sexual Assault?
Has anyone ever forced you to engage in any type of sexual activity
or touched you in a way that made you feel uncomfortable?
*X* No
Mental Health Issues?
        X Yes
*History: depression*
Suicidal Ideations?
        X Yes
*Security Contacted: ?*
*1:1 watch stationed: MTF or Command ?*
*1:1 Watch verbalizes understanding of role?*
*Plan: ?*
Homicidal Ideations?
*X* No
Primary Language        *English*
Other Communication Needs        *None*
HIPAA    *Patient states, 'I DO AGREE to release information about my identity, condition, and location.'*
Tetanus Date    *Current*        Immunizations verified    *Verified UTD by patient only*
                                 up to date as of

Triage Action(s)
## Triage Acuity *3*
        (ESI)
        Triaged By

DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN: 
??? ???
    WRNMMC Bethesda    06Jul2017
    PERSONAL/PRIV ACT 1974
    Clinical Notes

CliniComp, Intl.

| Triaged To | FOTOPOULOS, JOHN P CIV 2450<br>Waiting Room-Main<br>Best contact info for next 48hrs: |
|---|---|

## 2. MULTI-DISCIPLINARY PAST MEDICAL HISTORY

*Allergies*

NKDA

*Imported Allergies (via ICE/Melder)*

NKDA

NKA

*Current Outpatient Medications List*

| Not Taking | Medication | Last Fill Date | Not Taking | CHCS PDTS Drug Name | Last Fill Date |
|---|---|---|---|---|---|
| | OMEGA-3/DHA/EPA/FISH OIL--PO 1,000MG CAP | 06/06/2017 | | XIFAXAN/550 MG/TABLET | 06/06/2017 |
| | PROBIOTIC (VSL#3 DS)--PO PACK | 06/06/2017 | | FISH OIL/300-1000MG/CAPSULE DR | 06/06/2017 |
| | SIMETHICONE--PO 80MG TBCH | 05/18/2017 | | VSL#3 DS/900B CELL/PACKET | 06/06/2017 |
| | IBUPROFEN--PO 100MG/5ML SUSP | 04/28/2017 | | FISH OIL/300-1000MG/CAPSULE DR | 05/23/2017 |
| | PSEUDOEPHEDRINE--PO 30MG/5ML SOLN | 04/28/2017 | | MYTAB GAS/80 MG/TAB CHEW | 05/17/2017 |
| | PSYLLIUM/SUCROSE--PO 3.4GM/SCOOP POWD | 05/10/2017 | | PROAIR HFA/90 MCG/HFA AER AD | 05/17/2017 |
| | HYOSCYAMINE IR--PO 0.125MG TBSL | 05/10/2017 | | CETIRIZINE HCL/10 MG/TABLET | 05/17/2017 |
| | | | | PAROEX/0.12 %/MOUTHWASH | 05/10/2017 |
| | | | | HYOSCYAMINE SULFATE/0.125 MG/T | 05/10/2017 |
| | | | | OXYCODONE-ACETAMINOPHE/5 MG-32 | 05/03/2017 |
| | | | | OXYCODONE-ACETAMINOPHE/5 MG-32 | 05/03/2017 |
| | | | | AMOXICILLIN-CLAVULANAT/400-57M | 04/27/2017 |
| | | | | NASAL DECON (PSEUDOEPH/30 MG/5 | 04/27/2017 |
| | | | | AMOXICILLIN-CLAVULANAT/400-57M | 04/27/2017 |
| | | | | IBUPROFEN/100 MG/5ML/ORAL SUSP | 04/27/2017 |
| | | | | OXYCODONE HCL/5 MG/5 ML/SOLUTI | 04/27/2017 |
| | | | | NASAL DECONGESTANT/0.05 %/SPRA | 04/26/2017 |
| | | | | WHITE PETROLATUM//OINT.(GM ) | 04/26/2017 |
| | | | | PAROEX/0.12 %/MOUTHWASH | 04/26/2017 |
| | | | | ONDANSETRON ODT/4 MG/TAB RAPDI | 04/26/2017 |

*Past Medical History*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: 

??? ???

WRNMMC Bethesda        06Jul2017

PERSONAL/PRIV ACT 1974

Clinical Notes

CliniComp, Intl.

AR 3157

*Irritable Bowel Syndrome;*

*Past Surgical History*

| Surgery | Date | | Surgery | Date |
|---|---|---|---|---|
| *wisdom teeth extraction* | *?* | | *Corneal Refractive Surgery (PRK/LASIK);* | *?* |
| *Tonsillectomy:* | *2003* | | *expose and bond #11* | *?* |
| *Maxillo facial* | *2015* | | | |
| Other Surgical History | *SEE H&P* | | | |

*Family History*

## X 3. INITIAL/BEDSIDE NURSING ASSESSMENT

| X GENERAL APPEARANCE | *Well nourished, Healthy in appearance* |
|---|---|
| X MENTAL STATUS | *Awake, Alert, Oriented X3* |
| X PULMONARY | *Breathing unlabored, Bilateral breath sounds clear to auscultation, Equal chest wall rise and fall* |
| X GASTROINTESTINAL | *Denies nausea vomiting diarrhea, Abdomen soft non-tender non-distended, Bowel sounds present in all four quadrants* |
| X PSYCHOSOCIAL | |
| Behavior/Emotional State: | *Expression relaxed, manner alert, affect appropriate* |
| Affect: | *pleasant*        Eye Contact: *Yes* |
| Escort with Patient: | *Yes*        Command *representative* |
| Contracts for Safety: | *Yes* |
| Comments: | *PT PRESENTS WITH SI IDEATION X1 WEEK. PT DOES NOT HAVE A PLAN. NO HI NOTED. PT HAS A HISTORY OF DEPRESSION BUT NO PRIOR SI ATTEMPTS.* |

## FALLS RISK PROTOCOL

Patient placed on universal fall precautions

X Call bell within reach

Assessment completed by:     *JEZAK-DEMERY, TOBY CTR 2476*        Time/Date: *1818 06Jul2017*

## 4. PROVIDER HISTORY / ROS / PHYSICAL EXAM

RES  –     Staff  *so*        Time Seen *1607*   ChkIn Time *1430*

X Triage Reviewed

| Triage HPI (Subjective) | *Pt c/o SI x days, pt has taken meds in past but is currently not on meds since april. Command rep with patient* |
|---|---|
| CC | *PSYCH EVAL* |

## History of Present Illness

*32 yo male Navy AD sent from Ft Meade for SI. Has had increasing SI for past 3 weeks, job problems, lonely..family in SC, lives with roommate. Sees Dr. Paul here and called her to tell her he was here. Disc SI with command at Meade. researching on computer painless and assured way to commit suicide...guns/ CO...but has no plan. Attempted x 2 while in HS, ASA/ETOH and ETOH. On lexapro and stopped in Arpil, told psychiatrist and OK. Hx mj depression/anxiety/schizoaffective traits. No pmh other than allergies.*

X All other ROS/systems reviewed and are negative

## Physical Exam

*alert and cooperative, VSS*

| GEN | *Well nourished, well developed and in no acute distress.* |
|---|---|
| *HEAD | *Atraumatic (or No lacs, bruises, contusions.)* |
| *EYES | *Anicteric, EOMI, PERL* |
| *NOSE | *No active bleeding* |
| *MOUTH | *Moist mucosa* |
| NECK | *Supple, nontender, no adenopathy* |
| CHEST | *No tenderness to palpation, No crepitus* |
| CV | *RRR, no murmurs, rubs, gallops*        PULM   X  *B CTA with good aeration; no retractions, no wheeze, rhonchi or rales* |

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ████ █

??? ???

WRNMMC Bethesda     06Jul2017

PERSONAL/PRIV ACT 1974

Clinical Notes

 CliniComp, Intl.

AR 3158

| ABD | Soft, NTND without masses, no HSM | BACK | No midline TTP, no CVAT |
| EXTREM | Full ROM, no calf tenderness, no edema | DERM | No rash, skin warm and dry |
| NEURO | A&Ox3, CN II-XII intact, Full strength x 4 | | |

## 5. ED COURSE / CONSULTS

ED COURSE

Time/Date    1612 06Jul2017    d/w POD...coming to see

CONSULTATIONS

| Consulting Service | Consultant | Reason for Consult | Order | Key Consult Times | | |
| | | | | Returned Call | Bedside |
Psychiatry

## 6. TESTS / PROCEDURES / IMAGES / FILES

## 7. MEDICAL DECISION MAKING / DIAGNOSIS

Time Seen by Provider:   1607

Medical Decision Making:                                          Time/Date

1   Has been seen by Psychiatry...may be discharged, to follow up with his      1829 06Jul2017
    psych on Monday on scheduled appt. SI and safety discussed with Psych.

2   Pt feels better after being seen

### Diagnosis

Diagnosis 1   *Depression*

## 8. DISPOSITION

Condition   *Stable*

Disposition   *Discharge*

Discharge   *Home w/o Activity Restriction*

Discharge Instructions

Follow up with your psychiatrist at Ft. Meade on Monday.

Contract for Safety

Discharge Medications

Discharge Medication Reconciliation

| Medication | Not Taking | Corrected SIG (If needed) | Discharge Plan |
|---|---|---|---|
| OMEGA-3/DHA/EPA/FISH OIL---PO 1,000MG CAP | | TAKE 2 BY MOUTH EVERY DAY | |
| PROBIOTIC (VSL#3 DS)--PO PACK | | TAKE ONE PACKET BY MOUTH EVERY DAY | |
| SIMETHICONE--PO 80MG TBCH | | CHEW 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR GAS | |
| IBUPROFEN--PO 100MG/5ML SUSP | | DRINK 20ML (400MG) EVERY-FOUR HOURS FOR BASELINE-PAIN CONTROL ~ | |
| PSEUDOEPHEDRINE--PO 30MG/5ML SOLN | | DRINK 10ML EVERY 6 HOURS-FOR CONGESTION  ~ | |
| PSYLLIUM/SUCROSE--PO 3.4GM/SCOOP POWD | | TAKE ONE SCOOP EVERY DAY MIXED IN LIQUID. AFTER TWO WEEKS INCREASE TO TWICE EVERY DAY | |
| HYOSCYAMINE IR--PO 0.125MG TBSL | | DISSOLVE 1 TABLET UNDER TONGUE EVERY EIGHT HOURS AS NEEDED FOR ABDOMINAL PAIN | |

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███████

??? ???

WRNMMC Bethesda      06Jul2017

PERSONAL/PRIV ACT 1974

Clinical Notes


 CliniComp, Intl.

| CHCS PDTS Drug Name | Not Taking | Corrected SIG (If needed) | Discharge Plan |
|---|---|---|---|
| XIFAXAN/550 MG/TABLET | | | |
| FISH OIL/300-1000MG/CAPSULE DR | | | |
| VSL#3 DS/900B CELL/PACKET | | | |
| FISH OIL/300-1000MG/CAPSULE DR | | | |
| MYTAB GAS/80 MG/TAB CHEW | | | |
| PROAIR HFA/90 MCG/HFA AER AD | | | |
| CETIRIZINE HCL/10 MG/TABLET | | | |
| PAROEX/0.12 %/MOUTHWASH | | | |
| HYOSCYAMINE SULFATE/0.125 MG/T | | | |
| OXYCODONE-ACETAMINOPHE/5 MG-32 | | | |
| OXYCODONE-ACETAMINOPHE/5 MG-32 | | | |
| AMOXICILLIN-CLAVULANAT/40 0-57M | | | |
| NASAL DECON (PSEUDOEPH/30 MG/5 | | | |
| AMOXICILLIN-CLAVULANAT/40 0-57M | | | |
| IBUPROFEN/100 MG/5ML/ORAL SUSP | | | |
| OXYCODONE HCL/5 MG/5 ML/SOLUTI | | | |
| NASAL DECONGESTANT/0.05 %/SPRA | | | |
| WHITE PETROLATUM//OINT.(GM) | | | |
| PAROEX/0.12 %/MOUTHWASH | | | |
| ONDANSETRON ODT/4 MG/TAB RAPDI | | | |

## 9. ELECTRONIC SIGNATURES

Junior Resident/Intern Comments/Signature
#1  4. I have seen this patient primarily.


Unless otherwise noted, all patient care documented in this note was performed under the direct care and supervision of the Attending Staff Emergency Physician.

*Staff Provider*        Owens, Susan W MD
*(Responsible for case)*

## 10. CODING ASSISTANCE SECTION (autopopulated by documentation above)

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ████ █

??? ???

WRNMMC Bethesda      06Jul2017

PERSONAL/PRIV ACT 1974

Clinical Notes



```
Note Type:    ANES PreAnesthesia Eval *
Note Time:    N/A
Last Stored:  0858 27 Apr 2017
Stored By:    Bundoc, Elisio G JR 0762   HARKINS, CHARLES K MIL 4731
```

LOINC 34876-3   2015.04.08.1515 (R.2.0)

### PreAnesthesia Evaluation

## Patient Pre-Op Information

DoD ID (EDI-PI):   *1286180538*        **DEERS ID/Electronic Data Interchange Person Identifier**

*ASA:*   **2**

Age:   *32*      Gender:   *M*

Combat Casualty Patient?                    *X* No

## Allergy Information

** NOTE: Previously unidentified medication allergies must be entered into CHCS/AHLTA (per local policy)
to allow drug-allergy checking.

If a Drug is not on the formulary list please change Type of allergy to MISC. This will allow entry of
the unlisted drug name. **

#1   *Type: MISC.*              Name: *Feathers*          Symptoms: *UserSpecifiedSymptom*

Onset    *04/24/2017*          Severity: *SEVERE*        Other Symptom: *Dyspnea*
Date:

SNOMED
Code:

RxNorm                                    Last Modification Date: *04/24/2017*              Inactive:
Code:

#2   *Type: MISC.*              Name: *Cat dander*        Symptoms: *UserSpecifiedSymptom*

Onset    *04/24/2017*          Severity: *SEVERE*        Other Symptom: *Dyspnea*
Date:

SNOMED
Code:

RxNorm                                    Last Modification Date: *04/24/2017*              Inactive:
Code:

## Procedure Information

Pediatric Patient ***Less than 18 yrs***

Parent/Legal Guardian:

Phone:

Relationship:

Planned Date of Procedure:   27Apr2017        Patient Status:   Outpatient/APV;

Clinical Service:   *OMS*                    Surgeon/Provider:   *Jensen*

Planned Procedure:   *Lefort Osteotomy,Possibly Segmental,Possible Maxillo-Mandibular Fixation And Any
                      Other Indicated Procedures.*

## Past Medical History / Review of Systems (ROS)

HPI

        *Pt in ortho tx. Teeth do not come together on left side when pt bites.
        Feels like midline is off. Pt does not snore.*

The Following Checked ROS are Remarkable:

Airway/EENT:

*X* Cardiovascular:    *denies CP/SOB*

*X* Exercise Tolerance:   *4-10 METS (i.e. climb 1 flight
                          stairs, brisk walk on level
                          ground, play golf)*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: 

??? ???

WRNMMC Bethesda    27Apr2017

PERSONAL/PRIV ACT 1974

Newborn SF 535 (Revised)

AR 3161

CliniComp, Intl.

```
                    ADLs:
                          X   ADL, Independent
       X  GI/Hepatic:       IBS
       X  Neuro/Psych:      anxiety
```

## Past Surgical and Anesthetic History

| Procedure | Date | Anesthesia | Comments |
|---|---|---|---|
| wisdom teeth extraction | ? | Unknown. | No anesthetic-related problems. |
| Corneal Refractive Surgery (PRK/LASIK); | ? | Unknown. | No anesthetic-related problems. |
| Tonsillectomy: | 2003 | Unknown. | No anesthetic-related problems. |
| expose and bond #11 | ? | Unknown. | No anesthetic-related problems. |
| Maxillo facial | 2015 | Unknown. | No anesthetic-related problems. |
| Other Surgical History: | SEE H&P | | |

## Family History

X  No Family History of Anesthetic Problems

## Social History

X  Select Box for Expanded History
   Special Duty Status:  None.

```
Tobacco:        Tobacco Use:  Never              Type:   N/A
Alcohol:        Alcohol Use:  Active                    Type:   Social: 3-4/week
                Drinks/Day:   SEE TYPE            Last Drink:  1 week ago
Drug Use:       Recreational Drug Use:   N/A            Type:   N/A
```

## Medications

X  Admission Medications

```
   CHCS Drug Name                SIG             Corrected SIG              Comments
   Additional medications not listed above
          Drug Name                        Taking      Corrected SIG              Comment
   multivitamin ( DAILY VITE ) ORAL Tab       X
```

## Physical Examination

```
   Vital Signs:
          HR:  72               BP:  125  /  86   mmHg
                            Temp(F):  98.5
          RR:  16         Pulse Ox(%):  98          O2 Source:   Room Air

               175.3    cm =
   Admission Weight:  76.80    Kg =
          BMI:  24.97

      Pain Score:  0


   Airway:
             General:  Normal appearing airway.
      Mallampati Class:  2
Thyro-Mental(TM) Distance:  3 fingerbreadths or greater
        Mouth Opening:  3 fingerbreadths or greater
            Dentition:  Normal/intact. orthodontics in place
                 Neck:  Unremarkable.
             Pulmonary:  Normal to auscultation.
```

```
DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN:  ████-█
???  ???
WRNMMC Bethesda      27Apr2017
     PERSONAL/PRIV ACT 1974
   Newborn SF 535 (Revised)
```

CliniComp, Intl.

AR 3162

Cardiovascular:  *Normal heart sounds.*
X Indwelling Lines/Monitors:
    Peripheral IV Line:  *18G LH*

## Laboratory and Clinical Studies

*Lab Results:*

CBC:    \\  14.4  /        BMP:   *140*  |  *99*  |  *16.0*  /

6.0 (at 1147 12  >------<  262 (at 1147 12 Apr        ------+---------+------<  112 (at 1147 12
Apr 2017)          2017)                                Apr 2017)
           /  42.3  \\                4.9  |  28  |  0.88  \\
                                  Ca:  *9.9*

## Consults and Additional Evaluation

X Patient is suitable for proposed scheduled surgery.

                                 X *Anesthetic Assessment/Plan*

              NPO Since Date:  *27Apr2017*     Time:  *0000*
ASA Physical Status Classification:  *2*
     Anesthesia Specific Concerns:  *None noted.*

Is the patient currently on beta-blocker therapy?        X  No

   *Anesthetic Plan*
   X General Anesthesia

## Signatures

X *Trainee Signature:*
     Name of Staff Anesthesia Provider:  *HARKINS, CHARLES K MIL 4731*       **NOT an elect. signature**
     Trainee:  *Bundoc, Elisio G JR 0762*           Time/Date:  *0701 27Apr2017*
*Staff Anesthesia Provider Signature:*
   X Check if supervising a trainee
   Does Staff Anesthesia concur with trainee assessment? X Yes
     *Provider Signature:*  *HARKINS, CHARLES K MIL 4731*        Time/Date:   *0725 27Apr2017*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███-█
??? ???
  WRNMMC Bethesda    27Apr2017
   PERSONAL/PRIV ACT 1974
  Newborn SF 535 (Revised)


CliniComp, Intl.

```
Note Type:    PERIOP Nurse Preop Eval-Tch * (T-CON)
Note Time:    N/A
Last Stored:  1452 24 Apr 2017
Stored By:    HIGHSMITH, JOANN
```

## Preop Evaluation and Teaching Note

### Allergy Information

If a Drug is not on the formulary list please change Type of allergy to MISC. This will allow entry of the unlisted drug name. **

#1    Type: MISC.                 Name: *Feathers*                 Symptoms: *UserSpecifiedSymptom*
Onset         04/24/2017          Severity: *SEVERE*              Other Symptom: *Dyspnea*
Date:

SNOMED
Code:

RxNorm                                    Last Modification Date: *04/24/2017*              Inactive:
Code:

#2    Type: MISC.                 Name: *Cat dander*               Symptoms: *UserSpecifiedSymptom*
Onset         04/24/2017          Severity: *SEVERE*              Other Symptom: *Dyspnea*
Date:

SNOMED
Code:

RxNorm                                    Last Modification Date: *04/24/2017*              Inactive:
Code:

Food Allergies:              X  No
Latex Allergies:             X  No

### MDRO/Isolation

CHCS MDRO Status:
Isolation Precautions:                                    ** Isolation Status Descriptions **
For:

### Procedure Information

Planned Date of Procedure: 27Apr2017            Patient Status: *Outpatient/APV;*

Clinical Service:  *OMS*                         Surgeon/Provider:  *Jensen*

Planned Procedure:    *Lefort Osteotomy,Possibly Segmental,Possible Maxillo-Mandibular Fixation And Any Other Indicated Procedures.*

### Consent Verification

Informed Consent verified and completed IAW local policy:          X  No

Comment:  *Signatures,date and time needed.*

### Pre-Op Vital Signs

HR:                    BP:          /          mmHg
Temp(C):              Temp(F):          Temp Source:  *T-CON*
RR:              Pulse Ox(%):          O2 Source:                      @      lpm

Admission Height:  175.3              in            Ht:  175.26    cm =  69      in
Admission Weight:  76.80    kg =          lbs        Wt:  76.80    kg =  168.96  lbs
BMI:  24.97                                          BMI:  24.9483

### Past Surgical and Anesthetic History

| Procedure | Date | Anesthesia | Comments |
|---|---|---|---|
| *wisdom teeth extraction* | ? | *Unknown.* | *No anesthetic-related problems.* |
| *Corneal Refractive Surgery (PRK/LASIK);* | ? | *Unknown.* | *No anesthetic-related problems.* |

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ▮▮▮▮

??? ???

WRNMMC Bethesda        27Apr2017

PERSONAL/PRIV ACT 1974

Clinical Notes

 CliniComp, Intl.

| | | | |
|---|---|---|---|
| *Tonsillectomy:* | 2003 | *Unknown.* | *No anesthetic-related problems.* |
| *expose and bond #11* | ? | *Unknown.* | *No anesthetic-related problems.* |
| *Maxillo facial* | 2015 | *Unknown.* | *No anesthetic-related problems.* |

Other Surgical History:     *SEE H&P*
Pre-existing Implanted Devices:     X Yes
      Type/Location:     *Tooth eleven*                           Additional Implants

## *Family History*

X  No Family History of Anesthetic Problems

## *Social History*

Special Duty Status:     *None.*

*Tobacco:*          Tobacco Use:  *Never*               Type:    *N/A*
                Tobacco use within the past 30 days prior to the day of hospital admission?          X No
                (i.e., cigarettes, smokeless tobacco, cigars, pipes)
*Alcohol:*          Alcohol Use:  *Active*                 Type:   *Social: 3-4/week*
                Drinks/Day:   *SEE TYPE*           Last Drink:  *1 week ago*
*Drug Use:*          Recreational Drug Use:  *N/A*           Type:  *N/A*

  Employment History:  *USN*
    Living Situation:  *Lives with roommate*
Do you have any questions or concerns about this hospitalization or illness?          X No
Do you have any concerns regarding your sexual health?                              X No
Do you have concerns about violence, abuse or neglect for yourself or your family?   X No

## Review of Systems **Select to Expand, Review, Edit**

  Genito-Urinary:
    Comment:  *SEE H&P*

## *Preadmission Assessment/Teaching*

*Knowledge Assessment*
                  Language(s) Spoken:     *English*
Language Preference for discussing Healthcare:  *English*
                   Learning Methods:  *Hands on; Video;*
                Barriers to Learning:  *None*

*Mobility Assessment*       *Independent (I)*
  ***All surgical/procedure patients classified as HIGH RISK for falls. Institute fall risk policy.***

*Advance Directives*
  Does the patient have an Advance Directive/ Living Will/Medical Power of Attorney?     X No
  Does the patient want assistance, information or referral for an Advance          X No
  Directive/Living Will/Medical Power of Attorney?

Assessment/Teaching Comment:     *Patient denies.*

## *Emergency Contact/Next of Kin*

X  Emergency Contact/Next of Kin.
  Next of Kin:              X No
  Relationship:  *Friend*
      Name:  *Jessica Rupp*
     Phone:  *443-991-2459*     Cell          Addtl Phone number

## *Instructions given to patient: (Verbal and Written)*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ▮▮▮ ▮▮

??? ???

WRNMMC Bethesda          27Apr2017

PERSONAL/PRIV ACT 1974

Clinical Notes

CliniComp, Intl.

X  Preop Instructions provided to patient.
   Patient/(guardian) verbalized understanding and willingness to comply.

X  Patient verbalized and understands that patient must have Escort on **Day of Surgery**

   Comment:    *See the APU pre-procedure teaching sheet.*

## PRE-OP ALERT

## Signatures

RN Signature:  HIGHSMITH, JOANN CTR 7559          Time/Date:    1447 24Apr2017

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███ █

??? ???

WRNMMC Bethesda       27Apr2017

PERSONAL/PRIV ACT 1974

Clinical Notes



Page 3 of 3          printed Wed Aug 16 11:20:26 2017

AR 3166

| Note Type: | SURG Master Note * |
|---|---|
| Note Time: | N/A |
| Last Stored: | 0643 28 Apr 2017 |
| Stored By: | Jensen, Damon T 2878    CERVENKA, PETER D 0736 |

### *SURG Master Note*

#### – PATIENT DATA AND INFORMATION –

Age: *32*    Gender: *M*    Information Source(s): *Patient;*
Clinical Service: *Oral-Maxillofacial Surg/ABAA*    Surgeon/Provider: *Jensen, Damon T 2878*

*Signature:*    *Time/Date:*

| X | ATTACH IMAGE OR EXTERNAL FILE |
|---|---|
| | X Add Image 1    Add Image 2 |

①

①



Image 1 Comment:    *Questionable periapical region over #12*

| X | TEMPLATE HISTORY **Select to build History: CC, HPI, PMHx, PSHx, etc** |
|---|---|

#### Chief Complaint

"*Teeth don't come together*"

#### History of Present Illness

*Pt in ortho tx. Teeth do not come together on left side when pt bites. Feels like midline is off. Pt does not snore.*

#### Past Medical History

*Irritable Bowel Syndrome;*

#### Past Surgical History

DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN: ████ █
??? ???
WRNMMC Bethesda    27Apr2017
PERSONAL/PRIV ACT 1974
Clinical Notes

AR 3167

CliniComp, Intl.

| | |
|---|---|
| *wisdom teeth extraction* | ? |
| *Corneal Refractive Surgery (PRK/LASIK);* | ? |
| *Tonsillectomy:* | *2003* |
| *expose and bond #11* | ? |
| *Maxillo facial* | *2015* |

Other Surgical History:
*SEE H&P*

## Social History

| | | | |
|---|---|---|---|
| Special Duty Status: | *None.* | | |
| Tobacco Use: | *Never* | Type: | *N/A* |
| Alcohol Use: | *Active* | Type: | *Social: 3-4/week* |
| | Drinks/Day: | *SEE TYPE* | Last Drink: *1 week ago* |
| Recreational Drug Use: | *N/A* | Type: | *N/A* |
| Employment History: | *USN* | | |
| Living Situation: | *Lives with roommate* | | |
| Other Social History: | | | |

## Family History

*cancer*
*HTN*
*diabetes*
*heart disease*

## X   REVIEW OF SYSTEMS (ROS) **AHLTA copy/paste, Expanded ROS, etc**

X  Review of Systems negative and within normal limits
   Airway/EENT:
   Cardiovascular:
   Musculoskeletal:

## ALLERGY INFORMATION

| #1 | Type: MISC. | Name: *Feathers* | Symptoms: *UserSpecifiedSymptom* |
|---|---|---|---|
| Onset Date: | *04/24/2017* | Severity: *SEVERE* | Other Symptom: *Dyspnea* |

SNOMED Code:

RxNorm Code:                    Last Modification Date: *04/24/2017*          Inactive:

| #2 | Type: MISC. | Name: *Cat dander* | Symptoms: *UserSpecifiedSymptom* |
|---|---|---|---|
| Onset Date: | *04/24/2017* | Severity: *SEVERE* | Other Symptom: *Dyspnea* |

SNOMED Code:

RxNorm Code:                    Last Modification Date: *04/24/2017*          Inactive:

## MEDICATIONS ON ADMISSION

X  Admission Medications: to include home, non prescription, herbals, medications taken in another care facility and illicit drugs.

   *Active CHCS Medication:*                    *Dosing Instructions (No abbreviations)*


   *Additional Medications:*                    *Dosing Instructions (No abbreviations)*
   *multivitamin ( DAILY VITE ) ORAL Tab*            X

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ▉   ▉

???  ???

WRNMMC Bethesda     27Apr2017
   PERSONAL/PRIV ACT 1974
      Clinical Notes

AR 3168

---

***PAIN***

   Pain Score:  *0*

---

***PHYSICAL EXAMINATION \*\*Ht/Wt, VS, Focused/Expanded Exam, if applicable\*\****

Admission Height:  *175.3*   cm =       in
Admission Weight:  *76.80*   kg =      lbs
          BMI:  *24.97*  BSA: *1.925*

*Latest Vital Signs:*
  HR:  *80*         BP:  *120*   /  *79*    mmHg
            Temp(F):  *97.7*       Temp Source:   *forehead*
        Pulse Ox(%):  *96*       O2 Source:   *Room Air*

  X  *Focused Exam*     *Facial 3rds:* 51mm/58mm/68mm
                  *tooth show repose:* 2mm   *animation:* 10mm
                  *Midline   max:MSP* 1mm to right    *man:max* 1mm to left

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ██████

??? ???

  WRNMMC Bethesda    27Apr2017

    PERSONAL/PRIV ACT 1974

      Clinical Notes

CliniComp, Intl.

*Angle class canine: Class III right and left*
*Angle class molar: Class III right and left*
*Overjet: 0mm*
*OVerbite: 0mm*
*Transverse: adequate (no crossbite)*
*Cant: None*
*Alar: 30mm*
*Upper lip: 21mm*
*Lower lip: 42mm*

*#12 clinically tests delayed sensitivity no mobility no percussion pain 4 mm pockets*

*RADS: Maxillary hypoplasia radiolucency around 12*

*HEART: RRR*

*LUNG :CTAB*

*Airway: MP II*
    Left (Small)

| | |
|---|---|
| | **MULTI-DRUG RESISTANT ORGANISM (MDRO) \*\*Current Status and Precautions\*\*** |
| X | **VENOUS THROMBOEMBOLISM (VTE) RISK ASSESSMENT   \*\*Required if 18yrs and older\*\*** |

*Select VTE Risk Stratification:    VTE Low Risk*
*VTE Prophylaxis to Order: Early and Frequent Ambulation*
*Contraindications to consider with Pharmacologic VTE Prophylaxis*
*NONE.*
*VTE Prophylaxis Planned*
*SCD in MOR early ambulation*

| | |
|---|---|
| X | **ACTIVE CODE STATUS/RESUSCITATION PLAN   \*\*Required for ALL patients\*\*** |

*Initial Resuscitation Status:      Full*

X    *I have personally discussed and reviewed this patient's admission circumstances and Code Status with the patient. The patient has medical decision making capacity at this time and has chosen to be "Full Code" status and understands they may change this care decision at any time. An advance directive document, if available, was a part of this discussion.*

| | |
|---|---|
| X | **ASSESSMENT AND PLAN \*\*Pre-Op Diagnosis/Planned Procedure\*\*** |

    *Assessment:    maxillary AP hypoplasia*
*Pre-Op Diagnosis:    maxillary AP hypoplasia*
X    *Check box for additional Diagnosis*
*Pre-Op Diagnosis 2:   possible necrosis 12*


*Planned Procedure:    Maxillary Lefort I advancement*

| | |
|---|---|
| X | **PRE-OPERATIVE INSTRUCTIONS/COUNSELING** |

*Patient was given verbal and written instructions.*
X    *Provider Specific Instructions:*
    *given by resident*
*Provider Name:   Jensen, Damon T 2878*          Date:   12Apr2017
*Scheduled Procedure Time/Date:   27APR2017@0800*     With =>   Jensen, Damon T 2878
    *Phone Number(s):   307-203-9044*

| | |
|---|---|
| X | **REVIEWED (H&P) PRIOR TO SURGERY/PROCEDURE \*\*Required for ALL patients\*\*** |

*Patient assessed/re-examined and history and physical reviewed prior to surgery/procedure requiring anesthesia services. The changes found in patient's condition since history and physical exam were completed are listed below: PT had root canal started on #12 which currently has IRM in it. Pre op pt reports 5/10 pain after RCT started. Pt to have RCT completed after surgery. Comfortable proceeding with surgery as no s/s of infection feel pain is post extirpation tenderness. Ortho set up ran by COL Terp discussed right posterior opening (right posterior molars are not in contact as per set up.*


    *Reviewed By:   Jensen, Damon T 2878*          Time/Date:   0825 27Apr2017*
------------------------------------------------------------------------------------------
    Intern Addendum:

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: 

??? ???

  WRNMMC Bethesda     27Apr2017
     PERSONAL/PRIV ACT 1974
        Clinical Notes

CliniComp, Intl.

*Resident*

    Resident Addendum:

*Staff Attending*

*Signature:*                                            *Time/Date:*

**OPERATIVE REPORT \*\*To include the Brief Operative Report required before the next level of care...USE 'standalone' SURG Operative Report\* Note!\*\***

| X | POST PROCEDURE RELEASE/DISCHARGE SUMMARY \*\*Required for ALL patients\*\* |
|---|---|

      Staff Provider:   *Jensen, Damon T 2878*

     Clinical Service:   *Oral-Maxillofacial Surg/ABAA*

  Admission Diagnosis:   *Maxillary AP hypoplasia*

  Discharge Diagnosis:   *Maxillary AP hypoplasia*

     Admission Date:   *27Apr2017*

     Discharge Date:

  Procedure Performed 1:  *Lefort I osteotomy*                   Date:   *27Apr2017*

  Check box for Additional Procedures

     Clinical Course:   *Unremarkable*

        Disposition:   *Discharged Home*

Condition on Discharge:   *Stable*

  Convalescent Day(s):   *14*

| X | POST-OP DISCHARGE MEDICATION RECONCILIATION \*\*Required for ALL patients\*\* |
|---|---|

  *New Home Medications*

         Medication Name:   *Ibuprofen 100mg/5ml SUSP*

  Patient Friendly Discharge   *Drink 40ml (800mg) every eight hours for baseline pain control.*
Dose, Route, Freq (REQUIRED):

    Special Instructions:

------------------

         Medication Name:   *Oxycodone 5mg/5ml SOLN*

  Patient Friendly Discharge   *Drink 5-10ml every 4 hours as needed for breakthrough post surgical*
Dose, Route, Freq (REQUIRED):   *pain.*

    Special Instructions:

------------------

         Medication Name:   *SODIUM CHL (SEA MIST) 0.65% NASAL SPRAY*

  Patient Friendly Discharge   *2 puffs each nostril 4 x daily to keep nose moist*
Dose, Route, Freq (REQUIRED):

    Special Instructions:

------------------

         Medication Name:   *Pseudoephedrine 30mg/5ml*

  Patient Friendly Discharge   *Drink 10ml every 6 hours for congestion*
Dose, Route, Freq (REQUIRED):

    Special Instructions:

------------------

         Medication Name:   *ONDANSETRON (ZOFRAN-ODT)---4MG TAB*

  Patient Friendly Discharge   *dissolve 1 tab under tongue every 12 hours as needed for nausea*
Dose, Route, Freq (REQUIRED):

    Special Instructions:

------------------

         Medication Name:   *Augmentin 400mg/5ml SUSR*

  Patient Friendly Discharge   *Drink 10ml, twice a day, until finished, (5 days).*
Dose, Route, Freq (REQUIRED):

------------------

         Medication Name:   *WHITE PETROLATUM 30GM TUBE*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ▮▮▮ ▮

??? ???

  WRNMMC Bethesda    27Apr2017

    PERSONAL/PRIV ACT 1974

      Clinical Notes

AR 3171

 CliniComp, Intl.                 Page 5 of 9         printed Wed Aug 16 11:20:28 2017

|  |  |
|---|---|
| Patient Friendly Discharge Dose, Route, Freq (REQUIRED): | *apply to lips as needed to keep moist* |

------------------

|  |  |
|---|---|
| Medication Name: | *OXYMETAZOLINE (AFRIN EQ)--NAS 0.05% SPRA* |
| Patient Friendly Discharge Dose, Route, Freq (REQUIRED): | *2 puffs each nostril 2 x daily for 3 days* |

------------------

|  |  |
|---|---|
| Medication Name: | *CHLORHEXIDINE (PERDIEX) 15ML UNIT DOSE* |
| Patient Friendly Discharge Dose, Route, Freq (REQUIRED): | *Swish 15ml and spit, twice daily* |

### *Pre-Admission Home Medications*

| X | Medication Name: | *multivitamin ( DAILY VITE ) ORAL Tab* |
|---|---|---|
|  | Patient Friendly Discharge Dose, Route, Freq (REQUIRED): |  |
|  | Special Instructions: | *Continue  taking this medication as previously prescribed.* |

------------------

***PHARMACY **Completed by PHARMACY, if required per facility policy****

| X | *PATIENT DISCHARGE INSTRUCTIONS* |
|---|---|

X *Discharge Instructions:*

*The patient was admitted to the APU and taken to the operating room for a lefort osteotomy of the maxilla.  They tolerated the procedure well. There were no complications during surgery.  The patient was extubated in the OR and transported to the PACU in stable condition where they made an uneventful recovery overnight and obtained radiographic imaging. The following morning the patient was transferred to the APU for routine post operative care. Before discharge the patient's pain was well controlled with oral pain medications, they were voiding spontaneously without issue, tolerating oral intake, and ambulating safely. The patient remained afebrile with stable, normal vital signs and was discharged home with appropriate follow up.*

*MEDICATIONS: Continue all home medications.  New medications listed below. Be sure to eat soft nutritious food prior to taking any medications (see DIET below). This will decrease the chances of post surgical nausea.*
*Discharge Meds:*
*-As listed above*

*SINUS  PRECAUTIONS: Due to the nature of the surgical procedure in relation to your maxillary sinus cavity it is essential you follow the guidelines below to maximize your chances for a successful and uneventful healing process:*
*-Take the medications your surgeon prescribed, as prescribed.*
*-Do not blow your nose for two-weeks. It is best to wipe away nasal secretions carefully. After 2 weeks,  if you must blow your nose, blow gently through both sides at the same time. Do not pinch your nose; do not blow just one side at a time.*
*-Do not pinch your nose and forcefully clear ears.*
*-If you must sneeze, keep your mouth open while doing so without pinching your nose.*
*-Avoid sucking.  Do not drink through a straw. Do not smoke.*
*-Avoid blowing. Do not play a wind instrument. Do not blow up balloons. No forceful or projectile spitting.*
*-Do not lift or push objects weighing more than 20 pounds.*
*-No bending over - Keep your head above the level of your heart. Sleep with your head slightly elevated with two pillows.*

*WHAT TO EXPECT: The first 2-3 days after surgery, are generally the most uncomfortable and there is usually significant swelling. After the first week, you should be more comfortable. For the first 14 days it is normal to experience a little amount of everything.  This includes swelling, bleeding, soreness, tightness, bruising/yellowing and a little pain or discomfort.  Your nose may feel stiff, congested and mildly ooze with blood, use gauze to gently dab this away. With taking your prescribed medications and strictly following recommendations, this should all be tolerable.  It is not uncommon for the anesthesia team to nasally intubate (place a tube through your nose and into your trachea) for oral surgical procedures. This can cause your nose to be sore and even bleed a little after the surgery for the first few days. Dark red-brown blood may come out of nose after 1 week, this is normal. If bleeding is bright red and heavy, this is abnormal, notify your surgical team. Saline nasal rinses (over the counter) can be used to help with nasal congestion as needed. The remainder of your postoperative course should consist of gradual, steady improvement.*

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███ █

??? ???

WRNMMC Bethesda          27Apr2017

PERSONAL/PRIV ACT 1974

Clinical Notes


CliniComp, Intl.

ACTIVITY RESTRICTIONS: Please do not drive for 24 hours after your surgery. Until that time, you will still be affected by the anesthesia medications you were given during your surgery, and it is not safe for you to drive. Starting 24 hours after surgery you may drive limited amounts. Avoid heavy lifting and mildly strenuous activity/exercises that will significantly elevate blood pressure and heart rate for at least three days. You should limit yourself to light activity for one week following the surgery. However, spending as much time as comfortably possible out of bed sitting up and moving around the house helps speed recovery to daily activities.

SLEEPING: Please keep your head elevated while sleeping. This will minimize swelling and discomfort and reduce pain while allowing you to breathe more easily. One or two pillows may be placed beneath your mattress at the head of the bed to prop the bed into a more vertical position.

SWELLING: Swelling is common after surgery for two weeks. For the first 48 hours place an ice pack (or frozen peas/corn) on your face near the surgical site for 10-20 minutes every 2-3 hours. (Do not put ice in direct contact with the skin). 48 hours after surgery, we suggest switching to warm moist heat to decrease swelling (use a clean facecloth and tap water).

DIET: In the past, but very unusual at the present time, teeth were wired together after jaw surgery. This allows the bones to heal while they are being held still. In the majority of cases today, we use small bone plates and screws to hold the bones still to assist in healing. Support is also given by the splint and elastic traction (elastic bands placed onto your teeth.) This allows the jaw to move and function during the healing period of 8-12 weeks. It must be remembered, however, that the bones are not completely healed and are being stabilized only by the screws and plates. Therefore, we encourage a gradual progression of movement and use of the jaws, keeping in mind that adequate healing does not take place until approximately 6-8 weeks. REMEMBER: Your jaws are weakest at 10 days after your surgery. No alcoholic beverages should be consumed for at least twenty-four hours following general anesthesia or as long as you are taking narcotic pain medications.
 Initially, it will be difficult to eat adequate amounts of food in only three meals per day. Try to eat five or six times a day, eating smaller portions each time. The following guidelines may be of help to you:
DIET: IMMEDIATELY FOLLOWING SURGERY UNTIL OTHERWISE INSTRUCTED (USUALLY 6 WEEKS)
 During this period the diet should be essentially non-chewing. This will minimize the stress on the plates and screws. This may consist of either blenderized food or fluids that don't require chewing. This can include soups, milkshakes, baby food, or any blenderized food just avoid hot food/liquids that could injure/irritate your surgical sites. Some sort of diet supplement such as Ensure, Boost, protein shakes, smoothies or similar liquid meal replacements may be used once or twice a day to increase calorie intake. Plenty of clear fluids, water, etc. will help clean the thicker fluids from your mouth and throat. REMEMBER: It is very important to eat as much as possible to help your wounds heal properly. No straws!!
DIET: 6 - 8 WEEKS AFTER SURGERY
 Chewing can start during this period of time. Initially begin with soft foods that require minimal chewing. This can consist of mashed potatoes, scrambled eggs, soft pasta that is cut into small pieces, soft rice dishes, or soft sandwiches that are cut into small pieces. One can also eat the foods that were eaten during the initial period. SLOWLY advance your diet, progressing into softer meats such as hamburger and soft chicken. The portions should be small so as not to place too much force on the healing bones. Soft fish dishes are also excellent. You will find that your jaw will tire easily. This will continue for the first 2-3 months until your jaw muscles have accommodated for your new jaw position. Avoid eating food which requires chewing for prolonged periods of time.
INTRAORAL SUTURES/STITCHES: Your sutures dissolve on their own. You may notice that they are loose after the swelling of your gum tissue decreases. This is completely normal. They commonly dissolve within the first month following surgery.
WOUND CARE FOR EXTRA-ORAL SURGICAL SITE: You may shower beginning 24 hours after the surgery.
 SURGICAL SITES WITH GLUE/TAPE: The extraoral incision site has a dressing affixed in place with glue that will eventually come off on its own. If the edges peel up simply trim them with scissors. You may remove the dressing once it has loosened but do not attempt to remove early. The dressing will be removed at one of your scheduled follow up appointments.
 SURGICAL SITES WITH SUTURES ONLY: The extraoral incision site was closed with sutures or ^stitches." These will stay in place until the surgeon removes them, do not attempt to remove them on your own. It is important to keep the incision site clean. Wash your hands thoroughly with antibacterial soap, or use hand sanitizer, before cleaning the site. To clean, dilute a 1:1 solution of hydrogen peroxide and water, using a Q-tip gently clean the surgical site. Using a soft clean cloth, gently pad the area dry and apply a thick amount of Vaseline or the prescribed ointment.

Report to an emergency room or OMFS clinic immediately if you have any of the following:
1) Temperature greater than 101.5 F



DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ███-██-████

??? ???

WRNMMC Bethesda      27Apr2017

PERSONAL/PRIV ACT 1974

Clinical Notes

CliniComp, Intl.

AR 3173

2) *Swelling that makes it difficult to breath, speak, or swallow*
3) *Pain not controlled by prescribed meds*
4) *Nausea and vomiting not controlled by prescribed meds*
5) *Excess bleeding or oozing from wounds*


*Contact the OMS clinic during normal working hours for any questions or concerns,*
*(301) 295-4340. The Duty section at the OMS clinic is available 24 hours a day for*
*emergencies, call or report to the WRNMMC emergency department (301) 295-4810.*

*For non-emergent after hours concerns call the Walter Reed National Military Medical*
*Center quarterdeck at (301)295-4611 and ask for the oral surgeon on call.*



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*You have a scheduled follow up appointment as below. Please call (301)295-4340 if you need to*
*reschedule. Follow up is at Bldg 1 deck 2 oral surgery. call 307-203-9044 if you need to*
*reschedule*

*Follow-up appointment will be Time/Date:      01MAY2017@0900  with  Jensen, Damon T 2878*


*follow up is at building 1 deck 2 oral surgery cell contact 307-203-9044*

*Follow-up appointment will be Time/Date:      10MAY2017@1300  with  Jensen, Damon T 2878*


*6 week follow up at Building 9 deck 2 (arrowhead) for pano, pa ceph, lat ceph.  Please note your*
*third/june follow up is at a different location than your 01MAY and 10 MAY follow ups*

*Follow-up appointment will be Time/Date:      07JUN2017@1100  with  Jensen, Damon T 2878*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ***Report any of the following to your Surgeon/Provider***
### OR

### ***NEAREST Emergency Room IMMEDIATELY***

- *Fever over 101 degrees by mouth*
- *Nausea or vomiting for more than 24 hours*
- *Pain unrelieved by medication.*
- *Separation of wound edges.*
- *Increasing bleeding or drainage from wound*
- *Swelling that does not subside after 7 days.*
- *Redness around the surgical site that is warm to the touch or is accompanied by*
*drainage or foul odor.*
- *For General Surgery; if you experience Nausea and Worsening Abdominal Pain.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| X | DISCHARGE CONVALESCENCE INFORMATION **Use for ANY patient, if applicable** |

***Convalescence information entered below will populate to the Discharge Convalescence Memo *. ***


Admitted to the hospital from    27Apr2017        to

Recommend a period of  *14*        days of convalescence after the date of discharge from the hospital.

Additional Restrictions/Comments:


*See Discharge Instructions*
Please feel free to call our facility with questions at the number(s) listed below.


*See Discharge Instructions*

## - FINAL SIGNATURES -

Intern

Name of Supervising Resident:

Name of Supervising Staff/Attending:     Jensen, Damon T 2878

*Signature:*   Cvelich, Michael K LT 6793          Time/Date:   1047 12Apr2017


DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN: ▮▮▮▮▮

??? ???

WRNMMC Bethesda      27Apr2017

PERSONAL/PRIV ACT 1974

Clinical Notes

CliniComp, Intl.

X   Resident

I have discussed the patient with my supervising Staff/Attending. The supervising Attending for this patient care encounter is:

Name of Supervising Staff/Attending:     Jensen, Damon T 2878

   Resident Addendum:

Signature:    CERVENKA, PETER D 0736                    Time/Date:    0643 28Apr2017


   Fellow/Consultant Addendum:

   Nurse Practitioner Addendum:

   other Provider Addendum:

**_Staff Attending   (Signature Required)_**

I have reviewed the documentation, examined the patient, discussed the case with the multidisciplinary team and agree with findings and plan of care. Agree with above pt referred to endo for eval of 12.  Scheduled 20APR for endo eval.

Signature:    Jensen, Damon T 2878                    Time/Date:    1059 12Apr2017

---

DODID:

MERWIN, DANIEL DENNIS

FMPL6SSN:  ███ █

??? ???

WRNMMC Bethesda      27Apr2017

PERSONAL/PRIV ACT 1974

Clinical Notes



Page 9 of 9

printed Wed Aug 16 11:20:28 2017

AR 3175

```
Note Type:      Medication Reconciliation *
Note Time:      N/A
Last Stored:    0512 27 Apr 2017
Stored By:      Jensen, Damon T 2878   LONGO, ANTONIO CIV. 0901
```

LOINC 56445-0    Rev. 2015.10.09.1255 (R2.1)

## Medication Reconciliation Worksheet

Date of Birth: *16Feb1985*      Age: *32*      Sex: *M*

Height: *175.3*   cm =         in
Weight: *76.80*   kg
BMI: *24.97*
BSA(m^2): *1.925*

Pregnant? *N*      Lactating: *N*

Source(s) of Information:
Patient;

## Allergy Information

#1    Type: *MISC.*                Name: *Feathers*              Symptoms: *UserSpecifiedSymptom*
Onset       *04/24/2017*          Severity: *SEVERE*        Other Symptom: *Dyspnea*
Date:
SNOMED
Code:
RxNorm                                   Last Modification Date: *04/24/2017*              Inactive:
Code:

#2    Type: *MISC.*                Name: *Cat dander*            Symptoms: *UserSpecifiedSymptom*
Onset       *04/24/2017*          Severity: *SEVERE*        Other Symptom: *Dyspnea*
Date:
SNOMED
Code:
RxNorm                                   Last Modification Date: *04/24/2017*              Inactive:
Code:

CHCS Identified Allergies

## Medication Listing

Admission Medications: to include home, non prescription, herbals, medications taken in
another care facility and illicit drugs.

Active CHCS Medication List

| Drug Name | Last Refill Date | Patient Currently Taking | Dosing Instructions (NO abbreviations) | Inpatient Plan (Provider Only) |
|---|---|---|---|---|
| OXYMETAZOLINE--NAS 0.05% SPRA | 04/27/2017 | | 2 PUFFS EACH NOSTRIL 2-TIMES A DAY EVERY DAY FOR 3-DAYS | |
| PSEUDOEPHEDRINE--PO 30MG/5ML SOLN | 04/27/2017 | | 5 ML BY MOUTH EVERY SIX-HOURS  ~ | |
| oxyCODONE/APAP--PO 5/325MG TAB | 04/27/2017 | | TAKE 1 TO 2 TABLETS EVERY 6-HOURS AS NEEDED | |

```
DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN:  ████ █
???  ???
    WRNMMC Bethesda    27Apr2017
    PERSONAL/PRIV ACT 1974
        Clinical Notes
```

CliniComp, Intl.

|  |  |  |
|---|---|---|
|  |  | FOR POST-SURGICAL PAIN ~ |
| PETROLATUM NF--TOP OINT | 04/27/2017 | APPLY TO LIPS AS NEEDED TO-KEEP MOIST ~ |
| AMOXICILLIN/CLAVULANATE--PO 875MG TAB | 04/27/2017 | TAKE 1 TABLET TWICE A DAY UNTIL GONE |
| ONDANSETRON--PO 4MG TAB | 04/27/2017 | DISSOLVE 1 TABLET UNDER-TONGUE EVERY 12 HOURS AS-NEEDED FOR NAUSEA ~ |
| CHLORHEXIDINE (AF)--MTH 0.12% SOLN | 04/27/2017 | RINSE (50% PERIDEX/50%-WATER) 2 TIMES A DAY EVERY-DAY STARTING ON THE DAY-AFTER SURGERY ~ |
| IBUPROFEN--PO 800MG TAB | 04/27/2017 | TAKE ONE TABLET THREE TIMES~EVERY DAY ~ |
| ESCITALOPRAM--PO 20MG TAB | 03/01/2017 | TAKE ONE TABLET BY MOUTH EVERY DAY |
| NALTREXONE--PO 50MG TAB | 03/01/2017 | TAKE 1/2 TABLET BY MOUTH EVERY DAY X 1 WEEK, THEN INCREASE TO ONE TABLET BY MOUTH EVERY DAY IF TOLER |

Additional Medications:

| Drug Name | Patient Currently Taking | Dosing Instructions (NO abbreviations) | Inpatient Plan (Provider Only) |
|---|---|---|---|
| multivitamin ( DAILY VITE ) ORAL Tab | X | | |

Provider
#1  Signature:    Jensen, Damon T 2878            Time/Date:   1029 12Apr2017
                  HT: 69"  WT: 165

DODID:
MERWIN, DANIEL DENNIS
FMPL6SSN: ███
??? ???
WRNMMC Bethesda    27Apr2017
PERSONAL/PRIV ACT 1974
Clinical Notes
CliniComp, Intl.

AR 3177

AUTHORIZED FOR LOCAL REPRODUCTION

| Medical Record | WRNMMC Request for Administration of Anesthesia and for Performance of Operations and Other Procedures |
|---|---|

**1. OPERATION or PROCEDURE (Describe)**       **A. IDENTIFICATION**       SIDE (MARK ONE)

EXCISION  Scrotum.

☐ Right   ☐ Bilateral
☐ Left    ☐ Not Applicable

**B. STATEMENT OF REQUEST**

2. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be (describe operation or procedure in layman's language):

Under local anesthesia, the lesion(s) will be surgically removed and sent to pathology.  The site will be closed with sutures and bandaged.  Risks include: bleeding, scarring, infection, nerve damage, poor cosmetic result, and lesion recurrence.

which is to be performed by or under the direction of DR.  113 25,

3. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below named medical facility, during the course of the above-named operation or procedure.

4. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

5. Exceptions to surgery or anesthesia, if any, are (if "none", so state): NONE

6. I request the disposal by authorities of the below-named medical facility of any tissue or parts which it may be necessary to remove.

7. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and the observation of the operation by authorized personnel, subject to the following conditions:
   a. The name of the patient and his/her family is not used to identify said pictures.
   b. Said pictures be used only for purposes of medical/dental study or research.

8. I understand that as indicated a Health Care Industry Representative or other authorized personnel may be present.
(Cross out any parts above which are not appropriate)

**C. SIGNATURES (Appropriate items in parts A & B must be completed before signing.)**

9. COUNSELING Provider: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above. I have also discussed potential problems related to recuperation, possible results of non-treatment, and significant alternative therapies.

Provider's Signature:

Provider's Printed Name:

10. PATIENT/Guardian: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

Patient/Guardian's Signature: X _____   Date (MM/DD/YYYY) 06 21 2017   Time (HH:MM) 1317

Witness' Signature:

**D. UNIVERSAL PROTOCOL / TIME OUT**

**"Time-Out" - Performed immediately before starting the procedure. Entire team confirms the following:**

1. CORRECT PATIENT (Full Name / Birth Date)……………………………………☑YES
2. CORRECT PROCEDURE …………………………………………………………☑YES
3. CORRECT SITE** ………………………………………………………………… ☑YES
4. REQUIRED EQUIPMENT AVAILABLE……………………………………………☑YES    N/A ☐
5. IMAGES / LABS AVAILABLE, PROPERLY LABELED ………………………… ☐ YES    N/A ☑

** The site must be marked and verified for procedures involving right/left distinction, multiple structures (e.g. digits), or multiple levels (as in spinal procedures) per WRNMMC policies.

**Signature below indicates the procedure may be started. If any element is not completed as required, procedure may NOT be started.**

Timeout Verified by: _____  Printed Last Name  _____ Signature    Date (MM/DD/YYYY) 06 / 21 / 2017   Time (HH:MM) 1325

**PATIENT'S IDENTIFICATION** (For typed or written entries, give: Name - Last, First Middle; ID no. (SSN or other); Hospital or Medical Facility)

MERWIN, DANIEL D.
20/███  DOB: ███1985

Register #       Ward #

REQUEST FOR ADMINISTRATION OF ANESTHESIA
AND FOR PERFORMANCE OF OPERATIONS AND
OTHER PROCEDURES

Medical Record

LOCAL FORM 522 (Rev. 2/2012)       AR 3178
Prescribed by GSA/ICMR FMR (41 CFR) 102-193.30(i)
DoD Exception to OF 522 approved by GSA

WALTER REED-BETHESDA BEHAVIORAL HEALTH CLINIC
**LIMITS OF CONFIDENTIALITY**

Authority: DoD 6025.18-R, "Health Information Privacy Regulation"

Limitations of Confidentiality: As part of your healthcare team, our goal is to provide you with quality care as well as protect the privacy of your personal information. The care we provide you may include, but is not limited to, assessment, referral, individual therapy, couples therapy, family therapy, group therapy, and psychiatric evaluation and medications. As your providers, we will document information about your visits in your military health record (written and electronic) to ensure continuity of care. Your health record is maintained as the property of the U.S. Government. In the majority of cases, we will not disclose any of your personal information nor confirm/deny that we have met with you unless you provide us with written authorization to disclose your personal information. There are exceptions, however, under which we may be required to release your personal information without obtaining your prior authorization. For example:

1. **Safety:** If you threaten to harm yourself, we may seek hospitalization and/or contact others to ensure your safety. If you threaten serious bodily harm to another, we are required to take protective actions, such as contacting the victim, police, chain of command, or seeking your hospitalization.
2. **Abuse:** If we believe that a child or vulnerable adult is being abused, we are required to file a report with the appropriate protective agency. We may also be required to Report spousal abuse under certain circumstances.
3. **Court Orders and Subpoenas:** If you are involved in legal actions/proceedings, your records may be subject to subpoena or lawful directive from a court. Under the Uniform Code of Military Justice (UCMJ), we have a limited "privileged communication" that may prevent your records from being disclosed in legal proceedings. This privilege is not absolute and there may be situations involving some violations of the UCMJ, civil, or criminal lay where we may be required to divulge that information to your Commanding Officer (CO) and/or other authorities. If you have any concerns related to this, please contact an attorney.
4. **Command Consultations:** For service members, your Commanding Officer or Command Element (CO) is entitled to limited information, as pertinent to any duty limitation or restriction, security clearance, or treatment that might affect duty performance or jeopardize the safety of yourself, co-workers, or the unit's mission. Your CO or chain of command is not authorized to view your medical record through informal means. Information that impacts your duty status may be provided to your CO in writing, such as through service-specific documentation. We do not practice routine disclosure to commands. When we must disclose information, it is the minimum necessary and will only be to your CO unless you give written permission otherwise. This applies even if you are command-referred here. For information on command referred evaluations, see Department of Defense Instruction 6490.4.
5. **Care Coordination:** Because we operate as a team with other healthcare staff to provide you the best possible services, we may disclose your information to other providers or care managers to facilitate your continued care. These members of the health care team are permitted access to your records in their treatment of you. In most cases, your information will not be discussed outside the clinic or hospital setting without your written permission.
6. **Legal:** Medical care providers may be required to report information disclosed about the intent to violate a military regulation or a law.
7. **Quality Care Reviews:** Quality assurance personnel may review your record to ensure that care standards are being met. If this occurs, the reviewer is required to keep your identity confidential.
8. **Third-Party Insurance:** If you have health insurance besides TRICARE, limited information may be released to your insurance company.
9. **Email and Other Electronic Contact:** As per The Health Information Technology for Economic and Clinical Health Act (HITECH Act) that is part of the American Recovery and Reinvestment Act of 2009 (ARRA), we can only communicate with you electronically through encrypted technologies. Because of these restrictions, our ability to contact you electronically is limited to an encrypted method that you and your provider might establish.

If you have any questions or concerns, please feel free to discuss them with us. Our intent is to discuss our limitations with you now and throughout you treatment as they may arise. We shall approach your care in the spirit of advocacy for you and in accordance with our hospital's vision of providing patient and family-centered care.

Acknowledgment of Privacy Act Rights and Limitations: Your signature merely acknowledges that you have been advised of the foregoing. If requested, a copy of this form will be furnished to you.

| Patient Signature | Witness Signature | Provider Signature |
|---|---|---|
| DANIEL MERWIN | | Edw ZD r 06 SEP16 |
| Printed Name/Date | Printed Name/Date | Printed Name/Date |
| 6 SEP16 | | |



**Walter Reed**
**National Military**
**Medical Center**

Bithiah R. Reed
Ph.D., ABPP, MSCP, CDR, USPHS
Service Chief
Adult Outpatient Behavioral Health Clinic
Walter Reed National Military Medical Center
8901 Wisconsin Ave., Bethesda, MD 20889-5600
(301)400-1931
Bithiah.r.reed.mil@mail.mil

07 AUG 2015

Dear Valued Beneficiary,

Thank you for choosing this clinic for your mental health care. We strive to provide patient-centered care, and that includes continual efforts to improve access to care by minimizing missed appointments.

Missed appointments: These are documented as "no show" in the electronic medical record and you may receive a "wellness check" call from the clinic. Greater than one missed "new" appointment will not be rescheduled except through a discussion with the Clinic Manager or Service Chief. A pattern of missing follow-up appointments (greater than two) will trigger similar intervention by clinic leadership, as these negatively impact providers' ability to deliver care safely and accessibly. A pattern of missed appointments may also warrant contacting the patient's Commanding Officer (for active duty), or making referrals elsewhere and closing an episode of care here.

Same day appointment cancellation: These often go unused because they are almost impossible to re-book with other patients on such short notice. They negatively impact our clinic's access to care. These late cancellations are also documented as "no-show," and if this becomes a pattern (greater than two), clinic leadership may intervene as noted above.

Please try to attend the appointments you schedule with us, or change the appointment in advance. If you need to cancel, please do so during business hours prior to the day your appointment occurs. You can expect our providers and the clinic leadership to look for ways to help our patients problem-solve appointment attendance issues, and actively intervene if missing appointments becomes a pattern.

Questions or concerns may be discussed with your provider, the Clinic Manager, or Service Chief.

*Bith~ Reed*

Bithiah R. Reed

---

I acknowledge receipt of the above letter and understand that I am responsible for adhering to this policy.

| | | |
|---|---|---|
| _Beneficiary's Signature_ | _Beneficiary's printed name_ | _Date_ |
| Beneficiary's Signature | DANIEL MIAW | 6 SEP 16 |
| | Beneficiary's printed name | Date |

Patient Radiology Report

MERWIN, DANIEL 20/⬛⬛⬛⬛⬛⬛ 31y M

Priority:    Exam#: 0067-16227558

Procedure: CHEST  PA/LAT   Exam date: 6/22/2016 12:38:00 PM

Reason for exam: r/o abnormality

Order comment:

Result code: SEE RADIOLOGIST'S REPORT

Finding:
HISTORY: r/o abnormality

TECHNIQUE: Upright, PA and lateral chest radiographs.  Two views.

COMPARISON: None.

FINDINGS:
Lungs: Lungs are clear.

Pleura: No pleural effusion or visible pneumothorax.

Heart / Mediastinum: Within normal limits.

Upper Abdomen: Within normal limits.

Bones and Soft Tissues:   No acute osseous abnormality.

IMPRESSION:
Normal chest radiographs.
_____

Electronically signed by:Dr. MATTHEW LEO LUTYNSKI
Department of Radiology
Walter Reed National Military Medical Center

Date: 06/22/16
Time:13:08

Interpreting Radiologist: LUTYNSKI, MATTHEW

Approved by: LUTYNSKI, MATTHEW

Supervised by: LUTYNSKI, MATTHEW

Transcription date: Jun 22 2016 01:08PM

Transcriptionist: LUTYNSKI, MATTHEW

Patient Radiology Report

MERWIN, DANIEL 20/███████████ 31y M

Priority:     Exam#: 0067-16131283

Procedure: MRI, BRAIN W W/O CON   Exam date: 4/15/2016 4:48:00 AM

Reason for exam: SM with acute onset distortion taste, Please evaluate olfactory nerves for pathology, and brain for possible pathology, please use gad

Order comment: Please use gad

Result code: SEE RADIOLOGIST'S REPORT

Finding:
Brain MRI without and with gadolinium: 04/15/16 04:48:00.

History: 31 y/o M with acute onset distortion taste, Please evaluate olfactory nerves for pathology, and brain for possible pathology, please use gad.

Technique: Sagittal T1, axial and coronal T2, axial T2 FLAIR, axial DWI, axial GRE, axial T1, axial post T1 FS, coronal post 3D SPGR of the brain. A total of 16 mL of ProHance was given intravenously as part of the study.

FINDINGS: No focal mass lesion or abnormal enhancement along the expected course of either olfactory bulb or groove is seen. There is normal appearance of both olfactory bulb and nerves.

Acute: No hemorrhage, herniation, or hydrocephalus.  No evidence of acute ischemia.

Brain: Brain parenchyma is within normal limits in signal and volume for age.

Vessels: No abnormal intravascular signal to suggest thrombosis. There is note of a tubular enhancing structure posteriorly in the left cerebellar hemisphere compatible with an incidental developmental venous anomaly

Bones: No suspicious lesion in the calvarium or skull base.

Other: Extracranial soft tissues are unremarkable.

IMPRESSION:

1.  No enhancing mass lesions along the expected course of either olfactory bulb or groove is seen. Both olfactory bulbs and nerves appear to be normally developed.

2. No intracranial pathology.  No abnormal enhancement.
_____

Electronically signed by:Demarco
Department of Radiology
Walter Reed National Military Medical Center

Date: 04/15/16
Time:08:18

Interpreting Radiologist: DEMARCO, JAMES

Approved by: DEMARCO, JAMES

Supervised by: DEMARCO, JAMES

Transcription date: Apr 15 2016 08:18AM

Transcriptionist: DEMARCO, JAMES

Patient Radiology Report

MERWIN, DANIEL 20/▮▮▮▮▮▮▮  31y M

Priority:    Exam#: 0067-16054521

Procedure: ANKLE, LT 3 VIEWS   Exam date: 2/16/2016 2:10:00 PM

Reason for exam: H/o anterior talofibular ligament sprain, conservative management.   Recurrence of pain. Concern for arthritis.

Order comment:

Result code: SEE RADIOLOGIST'S REPORT

Finding:
Comparison: MRI October 5, 2014 and prior radiographs May 6, 2014

Findings: Routine radiographs of the ankle were obtained.  Normal alignment is present without evidence for acute fracture or dislocation.  There is mild lateral soft tissue swelling present.  The ankle mortise and talar dome are intact.  The joint spaces are preserved without significant degenerative changes.

Impression: Lateral soft tissue swelling without evidence for acute bony abnormality

_____

Electronically signed by:Dr. ZACHARY ETHAN FISHER
Department of Radiology
Walter Reed National Military Medical Center

Date: 02/16/16
Time:14:54

Interpreting Radiologist: FISHER, ZACHARY

Approved by: FISHER, ZACHARY

Supervised by: FISHER, ZACHARY

Transcription date: Feb 16 2016 02:54PM

Transcriptionist: FISHER, ZACHARY

AUTHORIZED FOR LOCAL REPRODUCTION

| Medical Record | WRNMMC Request for Administration of Anesthesia and for Performance of Operations and Other Procedures |
|---|---|

**1. OPERATION or PROCEDURE** (Describe)    **A. IDENTIFICATION**    SIDE (MARK ONE)

PUNCH BIOPSY: 2mm 3mm (4mm) 5mm 6mm 8mm

☐ Right    ☐ Bilateral
☐ Left    ☐ Not Applicable

**B. STATEMENT OF REQUEST**

2. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be (describe operation or procedure in layman's language):

Under local anesthesia, the lesion(s) will be removed with a round "cookie cutter" device and sent to pathology. The site will be closed with stitches and bandaged. Risks include: bleeding, scarring, infection, nerve damage, poor cosmetic result, and lesion recurrence.

which is to be performed by or under the direction of DR. TAYLOR

3. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below named medical facility, during the course of the above-named operation or procedure.

4. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

5. Exceptions to surgery or anesthesia, if any, are (if "none", so state):  None

6. I request the disposal by authorities of the below-named medical facility of any tissue or parts which it may be necessary to remove.

7. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and the observation of the operation by authorized personnel, subject to the following conditions:

    a. The name of the patient and his/her family is not used to identify said pictures.

    b. Said pictures be used only for purposes of medical/dental study or research.

8. I understand that as indicated a Health Care Industry Representative or other authorized personnel may be present.
(Cross out any parts above which are not appropriate)

**C. SIGNATURES (Appropriate items in parts A & B must be completed before signing.)**

9. COUNSELING Provider: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above. I have also discussed potential problems related to recuperation, possible results of non-treatment, and significant alternative therapies.

Provider's Signature:

Provider's Printed Name:  TAYLOR

10. PATIENT/Guardian: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

Patient/Guardian's Signature: X    Date (MM/DD/YYYY) 06/22/205    Time (HH:MM) 1520

Witness' Signature:

**D. UNIVERSAL PROTOCOL / TIME OUT**

"Time-Out" - Performed immediately before starting the procedure. Entire team confirms the following:

1.  CORRECT PATIENT (Full Name / Birth Date)...............................☐ YES

2.  CORRECT PROCEDURE .............................................................☐ YES

3.  CORRECT SITE** ..........................................................................☐ YES

4.  REQUIRED EQUIPMENT AVAILABLE...........................................☐ YES    N/A ☐

5.  IMAGES / LABS AVAILABLE, PROPERLY LABELED ..................☐ YES    N/A ☐

** The site must be marked and verified for procedures involving right/left distinction, multiple structures (e.g. digits), or multiple levels (as in spinal procedures) per WRNMMC policies.

**Signature below indicates the procedure may be started. If any element is not completed as required, procedure may NOT be started.**

Timeout Verified by:    Printed Last Name  NIEGAREK    Signature    Date (MM/DD/YYYY) 06/22/205    Time (HH:MM) 1530

| PATIENT'S IDENTIFICATION (For typed or written entries; give: Name - Last, First Middle; ID no. (SSN or other); Hospital or Medical Facility) | Register # | | Ward # |
|---|---|---|---|

MERWIN, DANIEL D.

20 / ▮▮▮  DOB: ▮▮▮ 1985

REQUEST FOR ADMINISTRATION OF ANESTHESIA
AND FOR PERFORMANCE OF OPERATIONS AND
OTHER PROCEDURES

Medical Record

LOCAL FORM 522 (Rev. 2/2012)
Prescribed by GSA/ICMR FMR (41 CFR) 102-193.30(i)
DoD Exception to OF 522 approved by GSA

[Clear Form]

| Note Type: | BH Narrative Summ/Disposition |
|---|---|
| Note Time: | N/A |
| Last Stored: | 0921 22 Apr 2015 |
| Stored By: | Brockington, Rhanda J, NP |

*THREE COPIES MUST BE PRINTED OUT MANUALLY:*
  *– PATIENT SIGNED COPY FOR INPATIENT RECORD.*
  *– ONE COPY FOR PATIENT*
  *– ONE FOR OUTPATIENT RECORD*

### FBCH BH Narrative Summary/Disposition

**ADMISSION DATE:** 25Mar2015

**DISCHARGE DATE:** 22APR2015

**PRIMARY CARE MANAGER:**

**ADMITTING DIAGNOSIS:**    ALCOHOL ABUSE

### ADMISSION DATA

**HISTORY:**

HPI : 30 y.o. male admitted to 4 North for "drinking a lot." Pt began drinking at age 12 with his older, high school age friends for fun. He drank every other weekend for the next few years until he turned 18, at which point he began drinking 4-6 mixed drinks 3-4 days each week until 2012. During that period, he drank when he was sad, and when he was out at parties. In 2012, he had a major break-up from a 2-yr relationship, and began consuming 4-6 vodka or rum mixed drinks daily. Pt states that he drinks when he is sad, has relationship problems, or needs to fall asleep. He has very few friends, so he drinks alone. He attributes his lack of friends to his poor relationship with his father growing up. Pt states that he does not drink as much as he does at home when he goes out because he does not want others to see him like that. Says that alcohol makes him forget what is bothering him, but believes that it is not actually fixing his problems. Pt attempted to stop drinking on 18-19 March 2015, but was not able to maintain abstinence and started drinking again on 20 March. He had his last drink on 24 March.
Pt denies visual, auditory, olfactory hallucinations, but states that his thoughts seem to race and he speeds through everything that he does feels like he is always moving fast.

Suicidal Ideation: Pt admits to SI three days ago. He thought of a plan to use a helium hood because it is less painful and no one would know if he died. Pt did not have the means to complete this action, and said he doesn´t think he would have done it. Says he often thinks of committing suicide. The thought comes and goes, and is due to a mixture of sadness and alcohol. In the past, he has never thought through a plan in that much detail.

He has attempted suicide twice in the past. He does not possess of firearms.

Grief, Abandonment, Abuse: Pt states that as a child his father would punish him and his sisters by spanking them with his hands hard enough to leave marks. States that his father seemed to take out his anger on them as he spanked them, and that his father yelled a lot. For a few weeks pt was placed in foster care while his father was investigated for child abuse, but he was soon returned to his father. Father spanked pt and his siblings until they were late teens, and once punched pt in face. Pt states that when he was 17, his father forcefully grabbed and shaved off his hair one day. Father drank alcohol every day, but pt does not know if he had a substance abuse problem. Pt believes that his problems maintaining friendships stems from his lack of relationship with his father. Says there was no real relationship between the two and that he had to work for everything he wanted. No sexual abuse history.

Medications: Multivitamin

Allergies: Cats; pt´s throat closes and he itches

Pain: 2/10 today because he recently got his braces tightened

Social Hx: Pt states he doesn´t really have any friends, and if not at work programming, he spends most of his time alone. No smoker, no illicit drugs, no supplements, drinks up to 16oz coffee per day, single.

Past psychiatric Hx: Pt has no psychiatric diagnoses. Pt has anxiety that keeps him up at night. He anxiously thinks about a lot of things at night, which results in his inability to fall asleep for a while. When he cannot fall asleep, he uses alcohol to help. When he eventually does fall asleep, he wakes up a few times to use the restroom in the night. He usually gets 5-7 hr of sleep a night, but says he does not sleep well, and does not feel rested in the morning. He naturally wakes up between 0700-0800 every day, no matter how late he goes to bed. He says that he often cannot stay awake during the day and has to take naps.

Prior Suicide attempts: Pt attempted to commit suicide twice in high school. First attempt he swallowed a whole bottle of aspirin. Said he just got sick, but was not hospitalized and told very few people. Second attempt was also in high school, and he tried to drink a lot of alcohol, but that also was to no avail.
Hx of Violent behavior: Pt got into a few fights in high school, and got into two fights when he was deployed on a Navy ship from 2006-2009. One fight was in 2006 and the other was in 2007.
Hx of firearms in home: Pt does not possess any firearms. Were at house when he lived with a significant other in the past, but none of his own.

Hx of pending Legal issues: Pt does not have any legal issues.

---



716436

MERWIN, DANIEL DENNIS

20-███████985

USN ACTIVE DUTY AFBA

FBCH        25Mar2015

PERSONAL DATA/PRIV ACT 1974

SF-509

CliniComp, Intl.

**Financial:** Pt says finances cause him much stress and worry. He is in debt, and is getting closer to paying off his debt, but it still worries him quite a lot.

**Education:** Pt states he did not do well in high school; graduated with 2.2 GPA. Worked as much as possible during the week, he said legal max was 20hr and worked 40hr during summer. Currently pt has 60 credit hours towards his Computer Science degree, but says he hates school. In the future, he does not know exactly what he wants to do, but has always wanted to be a chef and open his own restaurant.

**PMX:** Inflammatory colon; has been tested for Crohns and other GI conditions, but none found yet. Since age 15, has had stabbing pain and inflammation (as seen on imaging) caused by eating spicy and fiber-rich foods. Has been hospitalized for this.

**Family Hx:** Pt has a younger sister with depression. His other sister, maternal grandmother and possibly his mother have bipolar disorder. Pt does not know much about his father's side of the family.

**Military hx:** Pt is in a Navy cryptologic tech.

**Deployment hx:** Pt did tour on Navy ship from 2006-2009.

**TBI hx:** Denies.

**PTSD hx:** Denies.

**SIGECAPS:**
**Sleep:** 5-7 hrs of poor quality sleep, uses alcohol to fall asleep
**Interest:** No change; never really had much interest in anything, recently purchased snow-board gear to try this hobby
**Guilt:** No change, says maybe sometimes he feels guilty about lying so much as a child
**Energy:** No change
**Connections:** Does not enjoy the fact that he has no friends
**Appetite:** No change, eating normally recommended portions
**Psychomotor:** agitated +
**Suicide/Homicide:** SI three days ago (See above); denies homicidal ideation
**Sex:** No change in libido, usually high

## PERTINENT PHYSICAL EXAM FINDINGS ON ADMISSION:

Exam Date: **0025 25 Mar 2015**

Vital Signs:  SBP: **131**    DBP: **80**          HR: **80**     RR: **16**     TEMP: **98.3**

Comments: **alert and cooperative and agreeable to exam**

Head/Neck: **Normocephalic. Supple without masses**

Eyes: **PERLA**

Ears: **Clear TMS, normal canals**

Nose/Sinuses: **No nasal/tender discharge, no tender Sinuses, patent nares**

Throat/Mouth/Teeth: **Normal**

Female Breast: **N/A**

Chest/Lungs: **Equal BS, no rales, rhonchi, wheezes or rubs**

Heart: **No gallops,rubs or murmurs**

Abdomen: **Soft, nontender, normal BS, no organomegaly**

Male Genitalia: **Not observed**

Rectal/Prostate: **offered and pt declined**

Genitalia/Rectal (F): **Not observed**

Pelvic: **Not observed**

Back: **Standing: Cervical exam:**
**Sidebending : 30 degrees b/l**
**Rotation: 60 degrees b/l**
**Flexion:30 degrees**
**Extension: 10 degrees**

**Lumbar exam:**
**Flexion: 120 degrees**
**Extension: 20 degrees**

Pulses: **Posterior Tibial and Dorsalis Pedis 2**

Extremities: **No clubbing, cyanosis or edema**

Skin: **Lesions noted on back of head, three hairless spots with dry, flaky skin**

Lymphatics: **No palpable or enlarged nodes**

## Neurologic:



716436

MERWIN, DANIEL DENNIS

20-          985

USN ACTIVE DUTY  AFBA

FBCH        25Mar2015

PERSONAL DATA/PRIV ACT 1974

SF-509

CliniComp, Intl.

Cranial Nerves:  *Intact*

Motor: *5/5 upper and lower extremities*

Sensory: *normal to light touch*

Coordination: *romberg negative*

Reflexes:  *patella 2/4 b/l and achilles 2/4 b/l*

## Mental Status:

General Appearance:  *Well nourished, well developed*

Psychomotor State:  *no agitation tics or abnormal movements*

Relation to Interviewer:  *pleasant*

Mood: *(observed) friendly and open, mildly anxious*

Affect: *open and friendly, lively but consistent throughout encounter, congruent with mood*

Speech: *Normal rate, appropriate volume for size of room, appropriate inflection and articulation*

Thought Processes:  *Linear, logical, coherent*

Thought Content:

Suicidal Ideation:  *Suicidal ideation 3 days ago. He thought of a plan to use a helium hood bc it is less painful and no one would know if he died. Did not have means to complete action, and said he doesn´t think he would have done it.  Often thinks of committing suicide; the thought comes and goes, and is due to a mixture of sadness and alcohol.  In the past, he has never thought through a plan in that much detail.*

Homicidal Ideation:  *denies past to present*

Delusions:  *denies past to present*

Hallucinations:  *denies past to present*

Higher Cognitive Functions:  *intact*

Judgement/Impulse Control:  *poor*

Insight: *self-referred, aware that he has a problem and willing to take steps to fix it*

Estimated Intelligence: *above average*

Risk Assessment:  *A complete History and Physical Evaluation as well as a comprehensive nursing evaluation performed on admission. Risk evaluation was completed on the day of admission and the patient was appropriate in risk for admission to the RTC.*

## LABORATORY DATA/DIAGNOSTIC IMAGING DATA/ECG DATA:

Drug Abuse Screen Site/Specimen 30 Mar 2015 0805
Amphetamines URINE Not detected <i>
Barbiturates URINE Not detected <i>
Benzodiazepines URINE Not detected <i>
Cocaine URINE Not detected <i>
Opiates URINE Not detected <i>
Phencyclidine, UA URINE Not detected <i>
Cannabinoids URINE Not detected <i>
Methadone URINE Not detected <i>
Oxycodone URINE Not detected <i>

Coagulation Panel 1 (PT+APTT) Site/Specimen 27 Mar 2015 1600
Protime PLASMA 12.5
INR PLASMA 1.0 <i>
APTT PLASMA 32.9 <i>

Urinalysis Panel Site/Specimen 27 Mar 2015 2159
Color URINE Straw
Ketones URINE neg
Hemoglobin URINE neg
Nitrite URINE neg
pH URINE 7.0
Protein URINE neg
Appearance URINE Clear
Leukocyte Esterase URINE neg
Specific Gravity URINE 1.006
Urobilinogen URINE normal
Glucose URINE neg
Bilirubin URINE neg

---

716436

MERWIN, DANIEL DENNIS

20-█████████985

USN ACTIVE DUTY  AFBA

FBCH        25Mar2015

PERSONAL DATA/PRIV ACT 1974

SF-509



Drug Abuse Screen Site/Specimen 27 Mar 2015 1630
Amphetamines URINE Not detected <i>
Barbiturates URINE Not detected <i>
Benzodiazepines URINE Not detected <i>
Cocaine URINE Not detected <i>
Opiates URINE Not detected <i>
Phencyclidine, UA URINE Not detected <i>
Cannabinoids URINE Not detected <i>
Methadone URINE Not detected <i>
Oxycodone URINE Not detected <i>

Urinalysis Panel Site/Specimen 27 Mar 2015 1630
Color URINE Straw
Ketones URINE neg
Hemoglobin URINE neg
Nitrite URINE neg
pH URINE 7.0
RBC URINE < 1
Protein URINE neg
Appearance URINE Clear
Leukocyte Esterase URINE MOD (H)
Specific Gravity URINE 1.008
Urobilinogen URINE normal
WBC URINE 3 (H)
Glucose URINE neg
Bilirubin URINE neg

Comprehensive Metabolic Panel Site/Specimen 27 Mar 2015 1600
Albumin SERUM 4.9
Alkaline Phosphatase SERUM 71
Alanine Aminotransferase SERUM 29 <i>
Bilirubin SERUM 0.3
Urea Nitrogen SERUM 14
Calcium SERUM 10.0
Carbon Dioxide SERUM 29
Chloride SERUM 98
Creatinine SERUM 0.9
Glucose SERUM 82
Potassium SERUM 4.7
Protein SERUM 7.9
Sodium SERUM 139
Anion Gap SERUM 13
GFR Calculated Non-Black SERUM 114.7
GFR Calculated Black SERUM 132.6 <i>
Aspartate Aminotransferase SERUM <5

Thyroid Stimulating Hormone Site/Specimen 27 Mar 2015 1600
Thyrotropin SERUM 0.757 <i>

Gamma Glutamyl Transferase Site/Specimen 27 Mar 2015 1600
Gamma-Glutamyl Transferase SERUM 40

Magnesium Site/Specimen 27 Mar 2015 1600
Magnesium SERUM 2.2

CBC W/Diff Site/Specimen 27 Mar 2015 1600
WBC BLOOD 6.8
RBC BLOOD 4.65
Hemoglobin BLOOD 14.5
Hematocrit BLOOD 43.1
MCV BLOOD 92.6
MCH BLOOD 31.1
MCHC BLOOD 33.6
RDW CV BLOOD 12.0
Platelets BLOOD 296
MPV BLOOD 8.5
Neutrophils BLOOD 67.0
Lymphocytes BLOOD 25.1
Monocytes BLOOD 6.7
Eosinophils BLOOD 0.9
Basophils BLOOD 0.3
ABS Neutrophils BLOOD 4.5
ABS Lymphocytes BLOOD 1.7
ABS Monocytes BLOOD 0.5
ABS Eosinophils BLOOD 0.1
ABS Basophils BLOOD 0.0
Differential Review BLOOD MANUAL DIFF NOT PERFORMED



716436

MERWIN, DANIEL DENNIS

20-■■■■■■■985

USN ACTIVE DUTY AFBA

FBCH        25Mar2015

PERSONAL DATA/PRIV ACT 1974

SF-509

CliniComp, Intl.

```
Drug Abuse Screen Site/Specimen 20 Apr 2015 0812 <o> Units Ref Rng
Amphetamines URINE Not detected <i>  (Not-detected)
Barbiturates URINE Not detected <i>  (Not-detected)
Benzodiazepines URINE Not detected <i>  (Not-detected)
Cocaine URINE Not detected <i>  (Not-detected)
Opiates URINE Not detected <i>  (Not-detected)
Phencyclidine, UA URINE Not detected <i>  (Not-detected)
Cannabinoids URINE Not detected <i>  (Not-detected)
Methadone URINE Not detected <i>  (Not-detected)
Oxycodone URINE Not detected <i>  (Not-detected)

ETG/ETS, UA (500 Cut-Off) Site/Specimen 13 Apr 2015 0548 Units Ref Rng
Ethyl Glucuronide URINE Negative ng/mL Cutoff=500

Drug Abuse Screen Site/Specimen 13 Apr 2015 0548 Units Ref Rng
Amphetamines URINE Not detected <i>  (Not-detected)
Barbiturates URINE Not detected <i>  (Not-detected)
Benzodiazepines URINE Not detected <i>  (Not-detected)
Cocaine URINE Not detected <i>  (Not-detected)
Opiates URINE Not detected <i>  (Not-detected)
Phencyclidine, UA URINE Not detected <i>  (Not-detected)
Cannabinoids URINE Not detected <i>  (Not-detected)
Methadone URINE Not detected <i>  (Not-detected)
Oxycodone URINE Not detected <i>  (Not-detected)

ETG/ETS, UA (500 Cut-Off) Site/Specimen 06 Apr 2015 0722 Units Ref Rng
Ethyl Glucuronide URINE Negative ng/mL Cutoff=500

Drug Abuse Screen Site/Specimen 06 Apr 2015 0722 Units Ref Rng
Amphetamines URINE Not detected <i>  (Not-detected)
Barbiturates URINE Not detected <i>  (Not-detected)
Benzodiazepines URINE Not detected <i>  (Not-detected)
Cocaine URINE Not detected <i>  (Not-detected)
Opiates URINE Not detected <i>  (Not-detected)
Phencyclidine, UA URINE Not detected <i>  (Not-detected)
Cannabinoids URINE Not detected <i>  (Not-detected)
Methadone URINE Not detected <i>  (Not-detected)
Oxycodone URINE Not detected <i>  (Not-detected)

Chlamydia+Gonococcus DNA Panel NAAT Site/Specimen 30 Mar 2015 2236 Units Ref Rng
Neisseria gonorrhoeae DNA URINE NEGATIVE FOR N.GONORRHOEAE <i>
Chlamydia trachomatis DNA URINE NEGATIVE FOR C.TRACHOMATIS <i>  (Negative)

ETG/ETS, UA (500 Cut-Off) Site/Specimen 30 Mar 2015 0805 Units Ref Rng
Ethyl Glucuronide URINE Negative ng/mL Cutoff=500

Drug Abuse Screen Site/Specimen 30 Mar 2015 0805 Units Ref Rng
Amphetamines URINE Not detected <i>  (Not-detected)
Barbiturates URINE Not detected <i>  (Not-detected)
Benzodiazepines URINE Not detected <i>  (Not-detected)
Cocaine URINE Not detected <i>  (Not-detected)
Opiates URINE Not detected <i>  (Not-detected)
Phencyclidine, UA URINE Not detected <i>  (Not-detected)
Cannabinoids URINE Not detected <i>  (Not-detected)
Methadone URINE Not detected <i>  (Not-detected)
Oxycodone URINE Not detected <i>  (Not-detected)

Urinalysis Panel Site/Specimen 27 Mar 2015 2159 Units Ref Rng
Color URINE Straw  (Yellow)
Ketones URINE neg mg/dL  (neg)
Hemoglobin URINE neg  (neg)
Nitrite URINE neg  (neg)
pH URINE 7.0  (5.0-9.0)
Protein URINE neg mg/dL  (neg)
Appearance URINE Clear  (Clear)
Leukocyte Esterase URINE neg  (neg)
Specific Gravity URINE 1.006  (1.000-1.035)
Urobilinogen URINE normal mg/dL (norm 0.2-1)
Glucose URINE neg mg/dL  (neg)
Bilirubin URINE neg  (neg)

Mephedrone, MDPV, Methylone Site/Specimen 27 Mar 2015 1630 Units Ref Rng
Mephedrone URINE Negative NEGATIVE
Methylenedioxypyrovalerone URINE Negative  NEGATIVE
Methylone URINE Negative <r>  NEGATIVE

Cannabinoids (THC), Synthetic Site/Specimen 27 Mar 2015 1630 Units Ref Rng
Cannabinoids, Synthetic URINE Negative <r>
```



716436

MERWIN, DANIEL DENNIS

20-        985

USN ACTIVE DUTY  AFBA

FBCH        25Mar2015

PERSONAL DATA/PRIV ACT 1974

SF-509

CliniComp, Intl.

```
Chlamydia+Gonococcus DNA Panel NAAT Site/Specimen 27 Mar 2015 1630 Units Ref Rng
Neisseria gonorrhoeae DNA URINE NEGATIVE FOR N.GONORRHOEAE <i>
Chlamydia trachomatis DNA URINE NEGATIVE FOR C.TRACHOMATIS <i>  (Negative)

ETG/ETS, UA (250 Cut-Off) Site/Specimen 27 Mar 2015 1630 Units Ref Rng
Ethyl Glucuronide URINE Negative ng/mL Cutoff=250

Drug Abuse Screen Site/Specimen 27 Mar 2015 1630 Units Ref Rng
Amphetamines URINE Not detected <i>  (Not-detected)
Barbiturates URINE Not detected <i>  (Not-detected)
Benzodiazepines URINE Not detected <i>  (Not-detected)
Cocaine URINE Not detected <i>  (Not-detected)
Opiates URINE Not detected <i>  (Not-detected)
Phencyclidine, UA URINE Not detected <i>  (Not-detected)
Cannabinoids URINE Not detected <i>  (Not-detected)
Methadone URINE Not detected <i>  (Not-detected)
Oxycodone URINE Not detected <i>  (Not-detected)

Urinalysis Panel Site/Specimen 27 Mar 2015 1630 Units Ref Rng
Color URINE Straw  (Yellow)
Ketones URINE neg mg/dL  (neg)
Hemoglobin URINE neg  (neg)
Nitrite URINE neg  (neg)
pH URINE 7.0  (5.0-9.0)
RBC URINE < 1 /HPF (0-3)
Protein URINE neg mg/dL  (neg)
Appearance URINE Clear  (Clear)
Leukocyte Esterase URINE MOD (H)  (neg)
Specific Gravity URINE 1.008  (1.000-1.035)
Urobilinogen URINE normal mg/dL  (norm 0.2-1)
WBC URINE 3 (H) /HPF (0-2)
Glucose URINE neg mg/dL  (neg)
Bilirubin URINE neg  (neg)

Vitamin D, 1,25-Dihydroxy (Calcitriol) Panel Site/Specimen 27 Mar 2015 1600 Units Ref Rng
Vitamin D, 1,25-Dihydroxy SERUM 78 <r> pg/mL
Vitamin D2, 1,25-Dihydroxy SERUM <10 pg/mL
Vitamin D3, 1,25-Dihydroxy SERUM 76 pg/mL

Vitamin B1 (Thiamine) Site/Specimen 27 Mar 2015 1600 Units Ref Rng
Vitamin B1 (Thiamine) BLOOD 193.4 nmol/L 66.5-200.0

HIV-1/O/2 Ab Site/Specimen 27 Mar 2015 1600 Units Ref Rng
HIV-1/O/2 Ab SERUM ******

Rapid Plasma Reagin Site/Specimen 27 Mar 2015 1600 Units Ref Rng
Reagin Ab SERUM NONREACTIVE <i>  (Non-Reactive)

Homocysteine Site/Specimen 27 Mar 2015 1600 Units Ref Rng
Homocysteine SERUM 9.1 <r> <i> mcmol/L (4.0-15.4)

Vitamin B12 (Cyanocobalamin)+Folate Panel Site/Specimen 27 Mar 2015 1600 Units Ref Rng
Vitamin B12 (Cobalamins) SERUM 329 <i> pg/mL (211-946)
Folate SERUM >20.00 <i> ng/mL (4.6-34.8)

Magnesium Site/Specimen 27 Mar 2015 1600 Units Ref Rng
Magnesium SERUM 2.2 mg/dL (1.7-2.6)

Thyroid Stimulating Hormone Site/Specimen 27 Mar 2015 1600 Units Ref Rng
Thyrotropin SERUM 0.757 <i> mcIU/mL (0.27-4.20)

Gamma Glutamyl Transferase Site/Specimen 27 Mar 2015 1600 Units Ref Rng
Gamma-Glutamyl Transferase SERUM 40 U/L (10-71)

Comprehensive Metabolic Panel Site/Specimen 27 Mar 2015 1600 Units Ref Rng
Albumin SERUM 4.9 g/dL (3.5-5.2)
Alkaline Phosphatase SERUM 71 U/L (40-130)
Alanine Aminotransferase SERUM 29 <i> U/L (0-41)
Bilirubin SERUM 0.3 mg/dL (0-1.0)
Urea Nitrogen SERUM 14 mg/dL (6-20)
Calcium SERUM 10.0 mg/dL (8.6-10.2)
Carbon Dioxide SERUM 29 mmol/L (22-31)
Chloride SERUM 98 mmol/L (98-107)
Creatinine SERUM 0.9 mg/dL (0.7-1.4)
Glucose SERUM 82 mg/dL (74-106)
Potassium SERUM 4.7 mmol/L (3.5-5.1)
Protein SERUM 7.9 g/dL (6.4-8.3)
Sodium SERUM 139 mmol/L (135-145)
Anion Gap SERUM 12 mmol/L (8-16)
```

716436

MERWIN, DANIEL DENNIS

20-            1985

USN ACTIVE DUTY  AFBA

FBCH        25Mar2015

PERSONAL DATA/PRIV ACT 1974

SF-509



 CliniComp, Intl.

```
GFR Calculated Non-Black SERUM 114.7 mL/min (>/=90)
GFR Calculated Black SERUM 132.6 <i> mL/min (>/=90)
Aspartate Aminotransferase SERUM <5 U/L (0-40)

CBC W/Diff Site/Specimen 27 Mar 2015 1600 Units Ref Rng
WBC BLOOD 6.8 x10(3)/mcL (3.6-10.6)
RBC BLOOD 4.65 x10(6)/mcL (4.21-5.92)
Hemoglobin BLOOD 14.5 g/dL (12.8-17.7)
Hematocrit BLOOD 43.1 % (37.5-50.9)
MCV BLOOD 92.6 fL (79.5-96.8)
MCH BLOOD 31.1 pg (26.2-33.1)
MCHC BLOOD 33.6 g/dL (32.6-35.0)
RDW CV BLOOD 12.0 % (12.0-16.2)
Platelets BLOOD 296 x10(3)/mcL (162-427)
MPV BLOOD 8.5 fL (7.0-10.9)
Neutrophils BLOOD 67.0 % (40.7-76.4)
Lymphocytes BLOOD 25.1 % (15.9-47.8)
Monocytes BLOOD 6.7 % (4.5-11.8)
Eosinophils BLOOD 0.9 % (0.3-7.1)
Basophils BLOOD 0.3 % (0.2-1.2)
ABS Neutrophils BLOOD 4.5 x10(3)/mcL (1.8-7.5)
ABS Lymphocytes BLOOD 1.7 x10(3)/mcL (1.0-3.1)
ABS Monocytes BLOOD 0.5 x10(3)/mcL (0.2-0.8)
ABS Eosinophils BLOOD 0.1 x10(3)/mcL (0.0-0.5)
ABS Basophils BLOOD 0.0 x10(3)/mcL (0.0-0.4)
Differential Review BLOOD MANUAL DIFF NOT PERFORMED

Coagulation Panel 1 (PT+APTT) Site/Specimen 27 Mar 2015 1600 Units Ref Rng
Protime PLASMA 12.5 Sec (12.4-14.4)
INR PLASMA 1.0 <i>
APTT PLASMA 32.9 <i> Sec (23.4-36.2)
```

### TREATMENT/PROCEDURES.

#1                                                         DATE:

RESULTS:

    *The patient was treated with yoga, Qi-Gong, Reiki therapy and meditation*
    *for ongoing alcohol use disorder and behavioral health issues.*
    *Therapeutic benefit was achieved.*

### PROSTHESIS:

#1  NONE                                                   DATE:

*Did Any of the Following Complications Occur During Hospitalization?*

#1  NONE                                                   DATE:

---

### HOSPITAL COURSE

**HOSPITAL COURSE:**

Fort Belvoir Community Hospital
  Rehabilitation Treatment Center
    Discharge Narrative Summary

Patient: Merwin, Daniel

Admission Date: 25th March 2015

Discharge Date: 22nd April 2015

Treatment Progress Summary:

Reason for Admission: Alcohol Use disorder

Reason for Discharge: Patient has successfully completed 28 days of inpatient addiction treatment.

Physical Condition: Patient has been medically cleared for discharge by his treating physician.

Educational Progress: Patient has gained a basic understanding of the educational topics covered
during the course of treatment, including the following: addiction as a disease; stages of change as
they apply to substance use; defense mechanisms in substance use; anger and stress management;
relaxation techniques; the association of depression and anxiety with substance use; identification
and modification of maladaptive beliefs; effective communication skills; utilization of social
support; identification of substance use triggers; crisis management; and, relapse prevention. The



716436

MERWIN, DANIEL DENNIS

20-            1985

USN ACTIVE DUTY  AFBA

FBCH        25Mar2015

PERSONAL DATA/PRIV ACT 1974

SF-509

patient participated in group and individual therapy, art therapy, creative writing, and recreational activities, and participated in individual goal-setting and completed individual homework assignments.

Community Adjustment:  Patient adjusted well to the community environment. He was self-motivated and accepted responsibility for his treatment by actively engaging in the treatment modalities offered and completing individual assignments. He was an active contributor to the group process as well.

Art therapist input ˘ (quoted): "Patient participated in group and individual therapy sessions 3-4 times weekly during his inpatient treatment.  Art therapy sessions integrate both creative and traditional psychotherapeutic interventions to increase insight, provide an outlet for challenging emotions, manage resistance, and address treatment goals holistically.

This patient was an active and engaged participant in art therapy.  His identified art therapy specific goals included expressing, understanding, and managing emotions; improving insight through creative exploration; and building social/relational skills through shared experiences and giving/receiving feedback.  Patient responded particularly well to interventions focusing on group cohesion and social support, and took on an active leadership role within art therapy sessions during his time in treatment. .  Patient responded particularly well to insight- and product-oriented art therapy interventions, and was able to effectively utilize the creative process as a way of expressing himself and connecting with others.  Patient was a willing and engaged participant in art therapy and effectively developed a foundational process for containing and managing difficult emotions related to family of origin issues and self-concept.  It is recommended that ongoing outpatient treatment for this patient incorporate opportunities for creative work to continue building positive self-concept as well as insight into behavioral patterns related to his substance abuse, and this writer has provided the patient with area resources for veteran- and military-led therapeutic art and writing opportunities, as well as available art therapy services".

E.A. McKee, LCPAT, ATR-BC.
Licensed, Registered and Board-Certified Art Therapist.

Peer (12-Step) counselor input ˘ (quoted) "The patient acquired the foundation of Steps of 1-3, evidenced by daily reconnection to spirituality. Patient acknowledged being powerless over their substance abuse and the humility to ask for help when life gets unmanageable. Patient was open-minded of the need of lifestyle changes. Patient expressed a leap of faith in self, evidence by shared humiliations in group(s) of and the willingness to explore positive lifestyles outcome changes needed to live without substance abuse.  This patient came to writers' group appalled that he was confronted on his very first day. While in group this patient disclosed emotions of anger that increase entitlement issues that sustain affixed to the past and now used for insight by realizing that was holding on to the past for the use of sympathy to manipulated others. This was evidenced by patient expressing in group the need to forgive others, also the need to be accepted by others, while bonding with peers to better understand shortcomings or character flaws they could do harm in the end. It is the writers' position that this patient has a very good sobriety outlook toward recovery. It was my honor to have served this Service Member".

Eugene Allen
Peer Counselor

Recreational therapist input ˘ (quoted) "Patient participated in recreation therapy group 3-4x per week during inpatient stay at RTC. Recreation therapy focuses on improving patient's affect, reducing depression, enhance self-sufficiency, and identify new positive leisure opportunities and interest, as well as recreation participation by using different recreational modalities such as archery, bowling and nutrition cooking class.  Patient did a great job in recreation therapy. Patient was able to stay on task without encouragement from staff. Patient was open-minded in trying new unfamiliar activities. Patient learned new positive coping skills through recreation participation. Patient is now able to identify 3 positive leisure activities to use as coping skills. Patient will be giving a list of volunteer community resources to continue to build positive leisure skills.

Jeremy Johnson CTRS
Recreation Therapist




Understanding for Disease Process: Patient demonstrated an understanding of substance addiction as a disease and verbalized the need for abstinence to maintain improvements to his physical health and emotional health, as well as to improve interpersonal relationships and overall quality of life.

Commitment to Treatment Needs: Patient attended Alcoholics Anonymous (AA) and sought information on self-help groups available within his community.  Patient understands the need to find and maintain a permanent sponsor when he returns home. The patient appears to be committed to participating in self-help groups after discharge.  He has agreed to follow through with all outpatient treatment recommendations.

Command/Family Involvement: Patient's command team appeared fully engaged with treatment. Patient and family members communicated via phone.



716436
MERWIN, DANIEL DENNIS
20-&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;1985
USN ACTIVE DUTY  AFBA
FBCH        25Mar2015
PERSONAL DATA/PRIV ACT 1974
SF-509

CliniComp, Intl.

*Patient's Assessment of Progress:* Patient reported that he has benefited from treatment, has developed insight into his problematic substance use, and has gained an understanding of effective methods of maintaining sobriety and coping with life stressors in an adaptive fashion.

*Discharge Assessment of Functioning:*

*Treatment Program Assessment of Continuing Treatment Needs:* On a daily basis, the patient needs to continue employing behaviors and strategies that support total abstinence from all mood- and mind-altering substances. It recommended that patient follow up with Washington Navy Yard for outpatient aftercare for treatment and also attends AA/NA meetings or Smart Recovery (12-Step groups; minimum of weekly communication with a sponsor with several years of sobriety; weekly individual and group substance abuse counseling; ongoing mental health therapy/medication management, as needed.

*Patient Assessment of Continuing Needs:* Patient acknowledges that he needs continued treatment to address his substance use disorder and mental health. It is recommended that patient follow-up with Washington NY to manage substance use disorder and WRNMMC for behavioral health.  Patient will follow-up with Washington NY on the 22 of April 2015 at 1000.  Patient was referred to behavioral health at WRNMMC for continuum of care and appointment is with Major Zembruska on the 23rd of April,2015 at 0900.   .

*Family Assessment of Continuing Needs:* Patient's family was not directly  involved in treatment.

*Goals Completed During Treatment:*

1). List and discuss negative consequences resulting from or exacerbated by alcohol use.
Therapeutic Intervention- Pt. will make a list of the ways chemical use has negatively impacted his life; substance abuse negative impact versus sobriety positive impact.  Pt. will acknowledge how he has used denial to minimize the severity and negative consequences of alcohol use.  Pt. will also acknowledge the need to stay in treatment. (Completed)

2). Patient will verbalize recognition that mood altering chemicals were used as the primary coping mechanism to escape from stress.
Therapeutic Intervention- Explore how addiction was used to escape from stress.  Pt. will learn and develop alternatives to drinking that will help him manage his anxiety. (Completed)

3). Pt. will meet with an AA member who has been working the 12-Step program for several years and find out specifically how the program has helped him/her stay sober afterward.
Therapeutic Intervention- Pt. will attain a temporary sponsor while in treatment. (Completed)

4). Identify triggers and cues for alcohol use and also learn basic coping skills and healthy alternatives to keep his mind of drinking.
Therapeutic Intervention- Patient will identify projects, and recreational activities free from substance/alcohol use. (Completed)

5). Pt. will utilize cognitive methods to control trigger thoughts and reduce impulsive reactions to those thoughts.
Therapeutic Intervention- Pt. will identify dysfunctional thoughts that lead to impulsivity; then replace each thought with a thought that is accurate, positive, self-enhancing, and adaptive. (Completed)

*Goals to be completed after Treatment:*

Continued treatment/ assessment to stabilize condition medically, behaviorally, emotionally, cognitively and return to functioning within normal parameters.
*Discharge Mental Status Exam:*
Patient was well-groomed and appropriately dressed in the uniform of the day. He was alert and oriented to person, place, time, and circumstance, with no evidence of disorder of perception or thought process or content during the interview. Speech was of normal rate, tone, and rhythm. Expressive and receptive communication skills were intact. Memory appeared intact. Affect was full-range and mood was euthymic. He denied current suicidal or homicidal ideation, plan, or intent. Insight (e.g., the ability to identify and understand how psychological symptoms are affecting functioning) and judgment (e.g., the ability to determine right from wrong) appeared intact. Intelligence was clinically estimated as within the average range based on use of vocabulary, syntax, and semantics. He neither demonstrated nor reported difficulties with self-care.

*Discharge Risk Assessment:*
*RISK ASSESSMENT*
*Suicide Risk*
*Suicide Risk*
After considering variables that influence suicide risk, including prior suicide attempts, psychiatric diagnoses that alleviate risk, age, gender, family background, interpersonal relationships, physical health, suicide risk variables regarding lethality/access/planning, affective control, degree of hope, family history of completed suicide, degree of willingness to seek help, connection with therapist, and degree of psychosocial support for dealing with current



716436
MERWIN, DANIEL DENNIS
20-████████985
USN ACTIVE DUTY AFBA
FBCH        25Mar2015
PERSONAL DATA/PRIV ACT 1974
SF-509

CliniComp, Intl.

life stressors, current suicide risk is judged to be: Low.

**Homicide Risk (using TIPM, Rosenberg, 1997)**
Is patient having homicidal Thoughts (T)? Patient denied.
Is patient Intending (I) to attempt homicide? Patient denied.
Does patient have a homicide Plan (P)? Patient denied.
Does patient have the Means (M)? Patient denied.
Summary of risk assessment: Patient denies any current thoughts or ideation about suicide, and
denies any history or current homicidal ideation, plan, or intent. He has displayed future
orientation. Patient appears to be at low risk for self-harm or harm to others at present.
Protective factors include future orientation, and a desire to continue his military career.

**DIAGNOSES**
1. Alcohol Use Disorder, Severe (in a controlled environment)
2. Generalized Anxiety Disorder

**Final Recommendations:**
1. Abstinence from alcohol (including non-alcoholic beer & cold medications) and all mood-altering
substances.
2. Follow-up with Washington NY on the 22nd of April at 1000.
3. Appointment with Behavioral Health, Major Zembrzuska on the 23rd of April, 2015 at 0900.
4. Participate in 12-Step meetings and/or Smart Recovery for 90 days and maintain a minimum of
weekly contact with sponsor (If possible).
5. Continue medications as prescribed (see discharge medication list).

_____

Olusola Edwards, LPC, LMFT, LCDC
21st April 2015

**DID AN ADVERSE DRUG REACTION OCCUR DURING THIS PATIENT STAY?**  No

**Was the patient physically restrained during this admission?**  No

**DISCHARGE DIAGNOSIS:**

1. Alcohol Use Disorder                                          X
2. Intermittent headaches since childhood-required f/u           X
   by PCM, pt instructed to f/u with PCM
3. Anxiety-on Zoloft 50mg qhs

Discharge Mental Status Exam Completed: **Yes**

Excess medications secured/disposed:  **N/A**

Firearms secured:  **N/A**

Risk Assessment completed:  **Yes**

TBI referral made:  **No**

Substance Abuse referral made:  **Yes**

FAP referral made:  **N/A**

SARC  referral made:  **N/A**

Support Systems and/or chain of command involved in discharge planning: **Yes**

Pending UCMJ/legal concerns addressed:  **N/A**

Narrative Summary provided to gaining provider(s)? No

| DISCHARGE INSTRUCTIONS |
|---|

**PHYSICAL LIMITATIONS:**

#1  **Unrestricted**

PHYSICAL THERAPY:  **NO**

Has the required outpatient physical therapy consult, to include          **NO**
precautions and limitations, been entered into CHCS/AHLTA?

PRESCRIBED DIET:  **Regular**                    INSTRUCTED ON DIET:  **X** YES       NO

INSTRUCTED ON POTENTIAL DRUG/NUTRIENT INTERACTIONS OF DISCHARGE MEDS:     **X** YES       NO

**MEDICATION RECONCILIATION:**

**X** I have reconciled the patient's medications in the discharge summary and in CHCS/AHLTA.

**X** I have given the patient a list of medications on the Discharge Summary and asked that they review
this with their primary care manager.

**MEDICATIONS FOR DISCHARGE:**

| Drug Name | Dose | Route | Frequency | Discharge Plan for Medication |
|---|---|---|---|---|
| multivitamin ( DAILY VITE ) ORAL Tab | 1 tab | By Mouth | DAILY | Continue as previously prescribed |



716436

MERWIN, DANIEL DENNIS

20-█████████.985

USN ACTIVE DUTY AFBA

FBCH        25Mar2015

PERSONAL DATA/PRIV ACT 1974

SF-509

CliniComp, Intl.

| Indication: | Nutritional supplement | Dispensed: | 30 | Special Instructions: | Continue taking this medication as previously prescribed. |

serTRAline [ ZOLOFT ]  [ 1 1/2 ] By Mouth  [AT BEDTIME ] Continue as previously
ORAL Tab 100 MG _ORAL                                      prescribed

| Indication: | Anxiety | Dispensed: | 30 | Special Instructions: | Continue taking this medication as previously prescribed. |

---

Is more than one antipsychotic medication prescribed? **NO**

## MEDICATIONS REVIEWED:

with Patient                    Patient/Caregiver verbalized basic understanding including precautions
                                about mixing prescribed medications with alcohol, illicit drugs, and OTC
                                medications and follow up required

Is patient being discharged on anticoagulant(s)?

### ACTIVITY RESTRICTIONS - WOUND CARE - INSTRUCTIONS

Activity Restrictions: **See profile/LIMDU form. Recommend no access to firearms, classified information or government vehicles. Recommend no night shifts or overnight duty to maintain sleep hygiene. Until further evaluation at next level of treatment.**

SPECIAL INSTRUCTIONS: **Please take all prescribed medications as prescribed doses. Please attend all appointments. If suicidal or homicidal feeling occur or return, please call your provider, call your commander, go to nearest ER, or call 911.**

Influenza vaccine given this Hospitalization? Yes    No **X**

                                                IF "No" GIVE REASON: **Previously received**

Pneumovax Given this Hospitalization?          Yes    No **X**

                                                IF "No" GIVE REASON: **Not indicated**

TD or DTaP given?       No **X**                Reason for Not Giving:

Tobacco use within last 12 months? **NO**

Diabetes:   **NO**

### CLINIC FOLLOW UP

CLINIC NAME/PHONE #           LOCATION          APPT. (DATE/TIME)      Clinic Physician

#1

COMMENTS    **Final Recommendations:**
            **1. Abstinence from alcohol (including non-alcoholic beer & cold medications) and all mood-altering substances.**
            **2. Follow-up with Washington NY on the 22nd of April at 1000.**
            **3. Appointment with Behavioral Health, Major Zembrzuska on the 23rd of April, 2015 at 0900.**
            **4. Participate in 12-Step meetings and/or Smart Recovery for 90 days and maintain a minimum of weekly contact with sponsor (If possible).**
            **5. Continue medications as prescribed (see discharge medication list).**

            _____
            **Olusola Edwards, LPC, LMFT, LCDC**
            **21st April 2015**

**Patient is responsible for calling the clinic directly to schedule and confirm each of these appointments. You may also schedule/confirm appointments through the Appointment Call Center at (1-855-227-6331).**

### DISPOSITION/RECIEVING ACTIVITY (ACTIVE DUTY ONLY)

SIGNATURES:  Sign Name and Date below as appropriate role and chck box as electronically signed

| ATTENDING: | | DATE: | | Electronically Signed |
| RESIDENT: | | DATE: | | Electronically Signed |
| INTERN: | | DATE: | | Electronically Signed |
| PA/NP: | MAJ Brockington, FNP | DATE: | 04/21/2015 | X Electronically Signed |
| SUB INTERN: | | DATE: | | Electronically Signed |

**RN REVIEWING DISCHARGE INSTRUCTIONS WITH PATIENT:**

COMMENTS

---

716436

MERWIN, DANIEL DENNIS

20-        1985

USN ACTIVE DUTY AFBA

FBCH        25Mar2015

PERSONAL DATA/PRIV ACT 1974

SF-509

CliniComp, Intl.

*I HAVE BEEN INSTRUCTED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS ON SELF-CARE*
*PATIENT/GUARDIAN'S SIGNATURE:* _____   *DATE:* 4/22/15

ACTIVE DUTY:   *X* YES

                          COMMENT:   *N/A*

MEDICAL BOARD:    NO        DUTY CHOICES    *N/A*
MED BOARD DICTATED:    YES    NO  DATE DICTATED:            *DATE MUST BE ENTERED.*
                          ESTIMATED DATE FOR DICTATION:

RECEIVING ACTIVITY:    *N/A*

                              *PLEASE REEVALUATE WHERE*
                              *YOU ARE SENDING PATIENT.*

    COMMENT:  *N/A*

---

716436

MERWIN, DANIEL DENNIS

20-███████985

USN ACTIVE DUTY AFBA

FBCH        25Mar2015

PERSONAL DATA/PRIV ACT 1974

SF-509

CliniComp, Intl.            Page 12 of 12        printed Wed Apr 22 09:31:38 2015

AR 3197

Patient Radiology Report

MERWIN, DANIEL 20/█████████    29y M

Priority:    Exam#: 0067-14327819

Procedure: MRI, FOOT LT W OR W/O CON   Exam date: 10/5/2014 2:43:00 PM

Reason for exam: Pt had and ankle sprain in april and continues to have pain, discomfort and swelling despite conservative treatment


Order comment:

Result code: SEE RADIOLOGIST'S REPORT

Finding:

HISTORY: Continuous pain following injury

COMPARISONS: Left foot and ankle radiographs dated 5/6/14

TECHNIQUE: WRNMMC MRI of the left ankle was performed utilizing standard imaging sequences (3 plane localizer, axial T1, axial PD fat-sat, coronal T1, coronal PD fat-sat, sagittal T1, sagittal PD fat-sat).  No intravenous or intra-articular contrast was administered.  Subsequently, MRI of the forefoot was obtained to include 3 plane localizer, coronal T1, coronal PD fat-sat, axial T1, sagittal T1, axial PD fat-sat, sagittal PD fat-sat.

FINDINGS:
ANKLE:
A skin marker was placed along the anterolateral aspect of the lower leg at the site of symptoms.

Plantar aponeurosis: within normal limits.

Tendons
  Achilles' tendon: within normal limits.

  Peroneal tendons: within normal limits.

  Flexor tendons: Apart from minimal fluid accumulation at the knot of Henry, the flexor tendons about the ankle are otherwise within normal limits.

  Extensor tendons: within normal limits.

Ligaments:
  Syndesmotic ankle ligaments: within normal limits.

  Low lateral ankle ligaments: The anterior talofibular ligament appears thickened.  Calcaneofibular and posterior talofibular ligaments are within normal limits.

  Deltoid ligamentous complex: within normal limits.

  Spring ligamentous complex: within normal limits.

  Lisfranc ligament: within normal limits.

Sinus tarsi and tarsal tunnel: within normal limits.

Muscle morphology and signal intensity: within normal limits.

Bone morphology and signal intensity: within normal limits.

Chondral surfaces: within normal limits.

FOREFOOT:
Tendons:
  Distal peroneal tendons: within normal limits.

  Distal flexor tendons: within normal limits.

  Distal extensor tendons: within normal limits.

Ligaments:
  Intermetatarsal ligaments: within normal limits.

  Lisfranc ligament: within normal limits.

The plantar plate and capsular ligamentous structures about the metatarsal phalangeal and interphalangeal joints of the forefoot are within normal limits.

Recesses and Bursae:  No evidence of Morton's neuroma or intermetatarsal bursitis.

Muscle morphology and signal intensity: within normal limits.

Bone morphology and signal intensity: Mild degenerative changes are seen at the 1st metatarsophalangeal joint.


IMPRESSION:
Findings suggestive of prior lateral ankle sprain.
_____

Electronically signed by resident: Dr. MATTHEW LEO LUTYNSKI
Date: 10/06/14
Time:14:23


_____


Electronically signed by:FRANK EDWARD MULLENS
Department of Radiology
Walter Reed National Military Medical Center

Date: 10/06/14
Time:15:52


Interpreting Radiologist: MULLENS, FRANK


Approved by: LUTYNSKI, MATTHEW

Supervised by: MULLENS, FRANK

Transcription date: Oct 06 2014 03:52PM

Transcriptionist: LUTYNSKI, MATTHEW

Patient Radiology Report

MERWIN, DANIEL 20/⬛⬛⬛⬛⬛⬛⬛    29y M

Priority:    Exam#: 0067-14327823

Procedure: MRI, ANKLE LT W OR W/O CON   Exam date: 10/5/2014 2:43:00 PM

Reason for exam: Pt had a L ankle sprain in april and continues to have pain, discomfort and swelling despite conservative treatment. r/o stress fx

Order comment:

Result code: SEE RADIOLOGIST'S REPORT

Finding:

HISTORY: Continuous pain following injury

COMPARISONS: Left foot and ankle radiographs dated 5/6/14

TECHNIQUE: WRNMMC MRI of the left ankle was performed utilizing standard imaging sequences (3 plane localizer, axial T1, axial PD fat-sat, coronal T1, coronal PD fat-sat, sagittal T1, sagittal PD fat-sat).  No intravenous or intra-articular contrast was administered.  Subsequently, MRI of the forefoot was obtained to include 3 plane localizer, coronal T1, coronal PD fat-sat, axial T1, sagittal T1, axial PD fat-sat, sagittal PD fat-sat.

FINDINGS:
ANKLE:
A skin marker was placed along the anterolateral aspect of the lower leg at the site of symptoms.

Plantar aponeurosis: within normal limits.

Tendons
  Achilles' tendon: within normal limits.

  Peroneal tendons: within normal limits.

  Flexor tendons: Apart from minimal fluid accumulation at the knot of Henry, the flexor tendons about the ankle are otherwise within normal limits.

  Extensor tendons: within normal limits.

Ligaments:
  Syndesmotic ankle ligaments: within normal limits.

  Low lateral ankle ligaments: The anterior talofibular ligament appears thickened.  Calcaneofibular and posterior talofibular ligaments are within normal limits.

  Deltoid ligamentous complex: within normal limits.

  Spring ligamentous complex: within normal limits.

  Lisfranc ligament: within normal limits.

Sinus tarsi and tarsal tunnel: within normal limits.

Muscle morphology and signal intensity: within normal limits.

Bone morphology and signal intensity: within normal limits.

Chondral surfaces: within normal limits.

FOREFOOT:
Tendons:
  Distal peroneal tendons: within normal limits.

  Distal flexor tendons: within normal limits.

  Distal extensor tendons: within normal limits.

Ligaments:
  Intermetatarsal ligaments: within normal limits.

  Lisfranc ligament: within normal limits.

The plantar plate and capsular ligamentous structures about the metatarsal phalangeal and interphalangeal joints of the forefoot are within normal limits.

Recesses and Bursae:  No evidence of Morton's neuroma or intermetatarsal bursitis.

Muscle morphology and signal intensity: within normal limits.

Bone morphology and signal intensity: Mild degenerative changes are seen at the 1st metatarsophalangeal joint.


IMPRESSION:
Findings suggestive of prior lateral ankle sprain.
_____

Electronically signed by resident: Dr. MATTHEW LEO LUTYNSKI
Date: 10/06/14
Time:14:23


_____


Electronically signed by:FRANK EDWARD MULLENS
Department of Radiology
Walter Reed National Military Medical Center

Date: 10/06/14
Time:15:52


Interpreting Radiologist: MULLENS, FRANK


Approved by: LUTYNSKI, MATTHEW

Supervised by: MULLENS, FRANK

Transcription date: Oct 06 2014 03:52PM

Transcriptionist: LUTYNSKI, MATTHEW

WRNMMC BEHAVIORAL HEALTH CLINIC
LIMITS OF CONFIDENTIALITY



<u>Authority:</u> DoD 6025.18-R, "Health Information Privacy Regulation"

<u>Limitations of Confidentiality:</u> As part of your healthcare team, our goal is to provide you with quality care as well as protect the privacy of your personal information. The care we provide you may include, but is not limited to, assessment, referral, individual therapy, couples therapy, family therapy, group therapy, and psychiatric evaluation and medications. As your providers, we will document information about your visit in your military health record (written and electronic) to ensure continuity of care. Your health record is maintained as the property of the U.S. Government. In the majority of cases, we will not disclose any of your personal information nor confirm/deny that we have met with you unless you provide us with written authorization to disclose your personal information. There are exceptions, however, under which we may be required to release your personal information without obtaining your prior authorization. For example:

1. **Safety:** If you threaten to harm yourself, we may seek hospitalization and/or contact others to ensure your safety. If you threaten serious bodily harm to another, we are required to take protective actions, such as contacting the victim, police, chain of command, or seeking your hospitalization.
2. **Abuse:** If we believe that a child or vulnerable adult is being abused, we are required to file a report with the appropriate protective agency. We may also be required to report spousal abuse under certain circumstances.
3. **Court Orders and Subpoenas:** If you are involved in legal actions/proceedings, your record may be subject subpoena or lawful directive from a court. Under the Uniform Code of Military Justice (UCMJ), we have a limited "privileged communication" that may prevent your records from being disclosed in legal proceedings. This privilege is not absolute and there may be situations involving some violations of the UCMJ, civil, or criminal lay where we may be required to divulge that information to your Commanding Officer (Co) and/or other authorities. If you have any concerns related to this, please contact an attorney.
4. **Command Consultations:** For service members, your Commanding Officer or Command Element (CO) is entitled to limited information, as pertinent to any duty limitations or restriction, security clearance, or treatment that might affect duty performance or jeopardize the safety of yourself, co-workers, or the unit's mission. Your CO or chain of command is not authorized to view your medical records through informal means. Information that impacts your duty status may be provided to your CO in writing, such as through service-specific documentation. We do not practice routine disclosure to commands. When we must disclose information, it is the minimum necessary and will only be to your CO unless you give written permission otherwise. This applies even if you are command-referred here. For information on command referred evaluations, see Department of Defense Instruction 6490.4.
5. **Care Coordination:** Because we operate as a team with other healthcare staff to provide you the best possible services, we may disclose your information to other providers or care managers to facilitate your continued care. These members of the health care team are permitted access to your records in their treatment of you. In most cases, your information will not be discussed outside the clinic or hospital setting without your written permission.
6. **Legal:** Medical care providers may be required to report information disclosed about the intent to violate a military regulation or law.
7. **Quality Care Reviews:** Quality assurance personnel may review your record to ensure that care standards are being met. If this occurs, the reviewer is required to keep your identity confidential.
8. **Third-Party Insurance:** If you have health insurance besides TRICARE, limited information may be released to your insurance company.
9. As per the Health Information Technology for Economic and Clinical Health act (HITECH act) that is part of the American Recovery and Reinvestment Act of 2009 (ARRA), we can only communicate with you electronically through encrypted technologies. Because of these restrictions, our ability to contact your electronically is limited to an encrypted method that you and your provider might establish.

If you have any questions or concerns, please feel free to discuss them with us. Our intent is to discuss our limitations with you now and throughout your treatment as they may arise. We shall approach your care in the spirit of advocacy for you and in accordance with our hospital's vision of providing patient and family-centered care.

Acknowledgement of Privacy Act Rights and Limitations: Your signature merely acknowledges that you have been advised of the foregoing. If requested, a copy of this form will be furnished to you.

_____        _____        _____
Patient Signature                      Witness Signature                      Provider Signature   LCSWC

_____        _____        _____
Printed Name/Date                    Printed Name/Date                    Printed Name/Date
DANIEL MAWIN                                                                      L. Nilsen  8-4-14
06 AUG 14



**Walter Reed National Military Medical Center**

**Russell B. Carr, M.D.**
Commander, Medical Corps, United States Navy
Service Chief
Adult Behavioral Health Clinic
Walter Reed National Military Medical Center
8901 Wisconsin Ave., Bethesda, MD 20889-5600

2 January 2013

From:  CDR Russell B. Carr, MC, USN, Service Chief, Adult Behavioral Health Clinic
To:    All Patients of Adult Behavioral Health Clinic

SUBJECT:  CHANGE IN CLINIC'S POLICY ON FAILURE TO KEEP APPOINTMENTS

1. I want to thank all of you for choosing our clinic for your mental health care. We take pride in providing Patient and Family-Centered Care. So our patients can have better access to our providers, I am implementing policies to help make sure that Wounded Warriors and others who need and want to be seen in our clinic can get the care they need.

2. One aspect of these changes involves our "No-Show" policy. These are instances when patients have appointments scheduled but do not come for them. Here is how our new policies will affect you:

   a. Any appointment you cancel on the same day as the appointment will be documented as a "No-Show." This helps us and our patients by having time to open the appointment for other patients to use it.

   b. The missed appointment will be documented in your electronic medical record (AHLTA). Your provider may call you. This is typically done to ensure the patient is safe.

   c. Initial Appointments: Patients will be allowed one rescheduling for a missed appointment for a new referral. After missing two appointments for the initial evaluation, the patient will need to discuss the situation with either the Clinic Manager or Service Chief to reschedule a third new appointment. Otherwise, the referral for this episode of care will be closed. For active duty patients, we will consider if the missing of these two appointments warrants contact with the service member's Commanding Officer.

   d. Follow-Up Appointments: Nothing will change if you miss one follow-up appointment with a provider. You will also be allowed to reschedule after two in a row missed follow-up appointments. But after two in a row missed follow-up appointments, any appointments regularly reserved for you at a set time with a provider will be opened for other patients. After three in a row follow-up appointments are missed, you will need to discuss the situation with either the Clinic Manager or Service Chief to schedule another appointment. Otherwise, care with that particular provider will be considered closed, and the situation will be discussed with any other providers you have in the clinic. For active duty patients, we will consider if the missing of three appointments in a row warrants contact with the service member's Commanding Officer.

   e. If a provider feels that missed appointments are directly due to the patient's mental health issues, then the patient's current care may not be closed. However, the provider will address with the patient the reasons for the missed appointments and problem-solve with him or her ways to address any problems.

   f. Patients will not be refused care due to this policy. Non-active duty patients will be offered care through the TRICARE network. Active duty patients can get care after either talking to CDR Carr or other clinic personnel. Clinic leadership may discuss the situation with the service member's Commanding Officer.

   g. If you have questions or concerns, please contact me, CDR Carr. My office phone number is 301-319-4376. You may also contact the hospital's Patient Advocate Office at 301-295-0156.

*[signature]* mc
R. B. CARR
CDR MC USN

I have read this policy, discussed it with a clinic staff member, and understand it.

_[signature]_ ___ Date 04/AUG/14

Name: DANIEL MERWIN  Age: 29  SSN (Sponsor' ███████ ate: 04 AUG 14

Home Phone: ████████  Cell Phone: HOME (message OK?) Email: ████████ @ GMAIL.

Mailing address: ████████████████ HANOVER MD ████ com

Gender: [X] Male  [ ] Female  Ethnicity CAUSIAN  Martial Status: SINGLE  Branch of Service: NAVY

Rank: E6  MOS/Description: SN-(AUTOLOG) Current Job: ANALIST  ETS Date: _____

Time in Service: 9 Y  Time in Unit: 2 Y  Unit: NIOC MD  Phone: 301 3772403?

Commanding Officer: CAPT ELAM  Sr. Enlisted Leader: MASTER CHIEF BARNS  Primary Care Provider: _____

Is this visit deployment related? [ ] yes [X] no  WTU? [ ] yes [ ] no  Case Manager: _____  Phone: _____

Are you PRP / SCI Authorized / PSP / Special Duty (i.e. Active Flying Status or SMOD)? [ ] no  yes : _____

Previous Deployments (list): USS ESSEX 4YPD2 - 3 YEARS OVERSEAS TOUR.

Who referred you here? [X] Self  [ ] Unit  [ ] Chaplin  [ ] Emergency Room  [ ] Substance Abuse Program
[ ] Inpatient Psychiatry  Other: _____

Do you consider this evaluation to be voluntary or involuntary?
(a.) Voluntary. I agree to be seen by Mental Health.
b.) In voluntary. I do not agree to this evaluation. (Provider must ensure patient has been adequately informed of his/her rights IAW Pub. Law 102-48)

Any previous use of behavioral health services (military or civilian)? No [ ]  Yes: _____

Any history of abuse? [ ] yes [X] no  Traumatic experiences? [X] yes [ ] no  Life threatening events? [ ] yes [X] no

Please describe the concern(s) that brought you here today: FAMILY  ANXIETY

Please circle the symptoms you have been experiencing in the past month:

| Depressed or sad mood | (Difficulty concentrating) | Problems with eating | Have you ever experienced: |
| (Anxiety or worries) | Nightmares | Thoughts of death | Alcohol or drug problems: |
| Loneliness | Family problems | Tearfulness | Learning problems |
| Recent loss or grief | Problems sleeping | Distrustful | Work problems |
| Financial problems | Sexual problems | Angry outbursts | Suicidal thoughts |
| Feel picked on | Gambling problems | Restless or on edge | Homicidal thoughts → FAMISYO. |
| Fear of being harmed | Fatigue / low energy | Excessive spending | Physical altercations (IN) |

Suicide attempts in the past (ever): IN HIGH SCHOOL BUT NO ONE EVER KNO with  are there weapons in your home? [ ] yes [ ] no

Do you feel safe at home? [X] yes [ ] no  Any current or past domestic violence? [ ] yes [X] no

Current medical problems (explain): _____

Have you ever had a head injury? [X] no [ ] yes details and date: _____

Current medications and doses (include over the counter and supplements): _____
NONE

Medication allergies and reactions: NONE

What provides you with strength and hope: UNSURE... ESCAPING INTO MY HEAD AND

Do you have unmet spiritual needs? _____ SOLVING PROBLEM?

What have you been doing to help yourself so far? BREATH EXERCISE.

[ ] I have an illness or condition that made me change the kind or amount of food I eat, or make it hard for me to eat.
[ ] I eat fewer than 2 meals per day. [ ] Without wanting to, I have lost or gained 10 or more pounds in the last 6 months.

What are the top 3 goals you would like to address?
1. ANXIETY
2. PAST ISSUE - FAMILY - ABUSE (VERBAL - EMETIONALY PHISICAL)
3. NEW WAY of HANDLING ISSUES RATHER THEN IGNORE

Thank you for completing this questionnaire. You may add extra information you'd like us to know on the reverse side.

AR 3204

# AUDIT-C Questionnaire

Patient Name: _DANIEL MERWIN_          Date of Visit: _0 4AU⋯⋯_

1. How often do you have a drink containing alcohol?
   - [ ] a.) Never
   - [ ] b.) Monthly or less
   - [X] c.) 2-4 times a month
   - [X] d.) 2-3 times a week
   - [ ] e.) 4 or more

   VARIES — IF I KEEP BUSY 2-4 TIMES A MONTH

2. How many standard drinks containing alcohol do you have on a typical day?
   - [X] a.) 1 or 2
   - [X] b.) 3 or 4   VARIES
   - [ ] c.) 5 or 6
   - [ ] d.) 7 to 9
   - [ ] e.) 10 or more

3. How often do you have six or more drinks on one occasion?
   - [ ] a.) Never
   - [X] b.) Less than monthly
   - [ ] c.) Monthly
   - [ ] d.) Weekly
   - [ ] e.) Daily or almost daily

AR 3205

## Generalized Anxiety Disorder 7-item (GAD-7) scale

| Over the last 2 weeks, how often have you been bothered by the following problems? | Not at all sure | Several days | Over half the days | Nearly every day |
|---|---|---|---|---|
| 1. Feeling nervous, anxious, or on edge | 0 | 1 | 2 | ③ |
| 2. Not being able to stop or control worrying | 0 | ① | 2 | 3 |
| 3. Worrying too much about different things | 0 | 1 | ② | 3 |
| 4. Trouble relaxing | 0 | 1 | ② | 3 |
| 5. Being so restless that it's hard to sit still | 0 | ① | 2 | 3 |
| 6. Becoming easily annoyed or irritable | 0 | 1 | 2 | ③ |
| 7. Feeling afraid as if something awful might happen | ⓪ | 1 | 2 | 3 |
| *Add the score for each column* | 0 + | 2 + | 4 + | 6 |
| Total Score *(add your column scores)* = | 12 | | | |

If you checked off any problems, how difficult have these made it for you to do your work, take care of things at home, or get along with other people?

Not difficult at all _____
Somewhat difficult _____
Very difficult _____X_____
Extremely difficult _____

Source: Spitzer RL, Kroenke K, Williams JBW, Lowe B. A brief measure for assessing generalized anxiety disorder. *Arch Inern Med.* 2006;166:1092-1097.

## Insomnia Severity Index

The Insomnia Severity Index has seven questions. The seven answers are added up to get a total score. When you have your total score, look at the 'Guidelines for Scoring/Interpretation' below to see where your sleep difficulty fits.

For each question, please CIRCLE the number that best describes your answer.

*Please rate the CURRENT (i.e. LAST 2 WEEKS) SEVERITY of your insomnia problem(s).*

| Insomnia Problem | None | Mild | Moderate | Severe | Very Severe |
|---|---|---|---|---|---|
| 1. Difficulty falling asleep | 0 | 1 | (2) | 3 | 4 |
| 2. Difficulty staying asleep | 0 | (1) | 2 | 3 | 4 |
| 3. Problems waking up too early | (0) | 1 | 2 | 3 | 4 |

4. How SATISFIED/DISSATISFIED are you with your CURRENT sleep pattern?

| Very Satisfied | Satisfied | Moderately Satisfied | Dissatisfied | Very Dissatisfied |
|---|---|---|---|---|
| 0 | 1 | (2) | 3 | 4 |

5. How NOTICEABLE to others do you think your sleep problem is in terms of impairing the quality of your life?

| Not at all Noticeable | A Little | Somewhat | Much | Very Much Noticeable |
|---|---|---|---|---|
| 0 | (1) | 2 | 3 | 4 |

6. How WORRIED/DISTRESSED are you about your current sleep problem?

| Not at all Worried | A Little | Somewhat | Much | Very Much Worried |
|---|---|---|---|---|
| 0 | (1) | 2 | 3 | 4 |

7. To what extent do you consider your sleep problem to INTERFERE with your daily functioning (e.g. daytime fatigue, mood, ability to function at work/daily chores, concentration, memory, mood, etc.) CURRENTLY?

| Not at all Interfering | A Little | Somewhat | Much | Very Much Interfering |
|---|---|---|---|---|
| 0 | (1) | 2 | 3 | 4 |

**Guidelines for Scoring/Interpretation:**

Add the scores for all seven items (questions 1 + 2 + 3 + 4 + 5 +6 + 7) = ___8___ your total score

Total score categories:
0–7 = No clinically significant insomnia
8–14 = Subthreshold insomnia
15–21 = Clinical insomnia (moderate severity)
22–28 = Clinical insomnia (severe)

*hard to get to sleep*
*wakes up when something is on his mind*
*a rain/storm helps.*

*Used via courtesy of www.myhealth.va.gov with permission from Charles M. Morin, Ph.D., Université Laval*

## PTSD CheckList – Military Version (PCL-M)

Patient's Name: DANIEL MERWIN

Instruction to patient: Below is a list of problems and complaints that veterans sometimes have in response to stressful life experiences. Please read each one carefully, put an "X" in the box to indicate how much you have been bothered by that problem *in the last month*.

| No. | Response | Not at all (1) | A little bit (2) | Moderately (3) | Quite a bit (4) | Extremely (5) |
|---|---|---|---|---|---|---|
| 1. | Repeated, disturbing *memories, thoughts, or images* of a stressful military experience from the past? | X | | | | |
| 2. | Repeated, disturbing *dreams* of a stressful military experience from the past? | X | | | | |
| 3. | Suddenly *acting* or *feeling* as if a stressful military experience *were happening* again (as if you were reliving it)? | X | | | | |
| 4. | Feeling *very upset* when *something reminded* you of a stressful military experience from the past? | X | | | | |
| 5. | Having *physical reactions* (e.g., heart pounding, trouble breathing, or sweating) when *something reminded* you of a stressful military experience from the past? | X | | | | |
| 6. | Avoid *thinking about* or *talking about* a stressful military experience from the past or avoid *having feelings* related to it? | X | | | | |
| 7. | Avoid *activities or situations* because they *remind you* of a stressful military experience from the past? | X | | | | |
| 8. | Trouble *remembering important parts* of a stressful military experience from the past? | X | | | | |
| 9. | Loss of *interest in things that you used to enjoy*? | X | | | | |
| 10. | Feeling *distant or cut off* from other people? | X | | | | |
| 11. | Feeling *emotionally numb* or being unable to have loving feelings for those close to you? | X | | | | |
| 12. | Feeling as if your *future* will somehow be *cut short*? | X | | | | |
| 13. | Trouble *falling or staying asleep*? | X | | | | |
| 14. | Feeling *irritable* or having *angry outbursts*? | X | | | | |
| 15. | Having *difficulty concentrating*? | X | | | | |
| 16. | Being *"super alert"* or watchful on guard? | X | | | | |
| 17. | Feeling *jumpy* or easily startled? | X | | | | |

**PCL-M for DSM-IV (11/1/94)** Weathers, Litz, Huska, & Keane National Center for PTSD - Behavioral Science Division

This is a Government document in the public domain.

## PATIENT HEALTH QUESTIONNAIRE-9 (PHQ-9)

**Over the last 2 weeks, how often have you been bothered by any of the following problems?**
*(Use "✔" to indicate your answer)*

| | Not at all | Several days | More than half the days | Nearly every day |
|---|---|---|---|---|
| 1. Little interest or pleasure in doing things | 0 | (1) | 2 | 3 |
| 2. Feeling down, depressed, or hopeless | (0) | 1 | 2 | 3 |
| 3. Trouble falling or staying asleep, or sleeping too much | 0 | 1 | (2) | 3 |
| 4. Feeling tired or having little energy | (0) | 1 | 2 | 3 |
| 5. Poor appetite or overeating | (0) | 1 | 2 | 3 |
| 6. Feeling bad about yourself — or that you are a failure or have let yourself or your family down | 0 | (1) | 2 | 3 |
| 7. Trouble concentrating on things, such as reading the newspaper or watching television | 0 | (1) | 2 | 3 |
| 8. Moving or speaking so slowly that other people could have noticed? Or the opposite — being so fidgety or restless that you have been moving around a lot more than usual | 0 | 1 | (2) | 3 |
| 9. Thoughts that you would be better off dead or of hurting yourself in some way | (0) | 1 | 2 | 3 |

FOR OFFICE CODING ___0___ + __3__ + __4__ + __0__

=Total Score: __7__ /27

**If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people?**

| Not difficult at all | Somewhat difficult | Very difficult | Extremely difficult |
|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ |

Developed by Drs. Robert L. Spitzer, Janet B.W. Williams, Kurt Kroenke and colleagues, with an educational grant from Pfizer Inc. No permission required to reproduce, translate, display or distribute.

Patient Radiology Report

MERWIN, DANIEL 20/█████████    29y M

Priority:    Exam#: 0067-14130311

Procedure: FOOT, LT 3 VIEWS   Exam date: 4/19/2014 3:42:00 PM

Reason for exam: Running and stepped in hole c/o left ankle/foot pain and swelling.  R/o fx


Order comment:

Result code: SEE RADIOLOGIST'S REPORT

Finding:

History:  Running and stepped in hole c/o left ankle/foot pain and swelling.
R/o fx

Technique: Frontal, oblique, and lateral radiographs of the left foot and
ankle

Comparison: None available

Findings:

No acute fracture or dislocation. Osseous alignment and mineralization is
normal. Joint spaces are preserved. The ankle mortise and talar dome are
intact. A small developing plantar calcaneal spur is identified. No
significant degenerative or erosive changes are seen. There is mild soft
tissue edema overlying the lateral malleolus.

Impression:

Mild soft tissue edema overlying the lateral malleolus without evidence of
acute osseous abnormality.
_____

Electronically signed by resident: Dr. NATHAN S NIELSEN
Date: 04/19/14
Time:19:41


_____

Electronically signed by:Dr. Kenric T Aban
Date: 04/20/14
Time:19:40


Interpreting Radiologist: ABAN, KENRIC


Approved by: ABAN, KENRIC

Supervised by: ABAN, KENRIC

Transcription date: Apr 20 2014 07:40PM

Transcriptionist: NIELSEN, NATHAN

Patient Radiology Report

MERWIN, DANIEL 20/_____ 29y M

Priority:    Exam#: 0067-14130312

Procedure: ANKLE, LT 3 VIEWS   Exam date: 4/19/2014 3:42:00 PM

Reason for exam: Running and stepped in hole c/o left ankle/foot pain and swelling.  R/o fx


Order comment:

Result code: SEE RADIOLOGIST'S REPORT

Finding:

History:  Running and stepped in hole c/o left ankle/foot pain and swelling.
R/o fx

Technique: Frontal, oblique, and lateral radiographs of the left foot and
ankle

Comparison: None available

Findings:

No acute fracture or dislocation. Osseous alignment and mineralization is
normal. Joint spaces are preserved. The ankle mortise and talar dome are
intact. A small developing plantar calcaneal spur is identified. No
significant degenerative or erosive changes are seen. There is mild soft
tissue edema overlying the lateral malleolus.

Impression:

Mild soft tissue edema overlying the lateral malleolus without evidence of
acute osseous abnormality.
_____

Electronically signed by resident: Dr. NATHAN S NIELSEN
Date: 04/19/14
Time:19:41


_____

Electronically signed by:Dr. Kenric T Aban
Date: 04/20/14
Time:19:40


Interpreting Radiologist: ABAN, KENRIC


Approved by: ABAN, KENRIC

Supervised by: ABAN, KENRIC

Transcription date: Apr 20 2014 07:40PM

Transcriptionist: NIELSEN, NATHAN

n. Any other symp that you think may be related to lung problems:
Yes/No

5. Have you ever y of the following cardiovascular or heart problems?
a. Heart attack:
b. Stroke: Yes/No
c. Angina: Yes/No
d. Heart failure:
e. Swelling in you or feet (not caused by walking): Yes/No
f. Heart arrhythmi rt beating irregularly): Yes/No
g. High blood pres Yes/No
h. Any other heart em that you've been told about: Yes/No
6. Have you ever h of the following cardiovascular or heart symptoms?
a. Frequent pain o ness in your chest: Yes/No
b. Pain or tightne your chest during physical activity: Yes/No
c. Pain or tightne our chest that interferes with your job: Yes/No
d. In the past 2 y ave you noticed your heart skipping or missing a beat: Yes/No
e. Heartburn or ind on that is not related to eating: Yes/No
f. Any other sympto t you think may be related to heart or circulation problems: Yes/No
7. Do you currently medication for any of the following problems?
a. Breathing or lun ems: Yes/No
b. Heart trouble: Y
c. Blood pressure:
d. Seizures (fits):
8. If you've used a ator, have you ever had any of the following problems?
(If you've never use pirator, check the following space and go to question 9:)
a. Eye irritation: Y
b. Skin allergies or : Yes/No
c. Anxiety: Yes/No
d. General weakness gue: Yes/No

AR 3214

NSN 7540-00-634-4176                                                                600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

27 JAN 07    MEDICAL DEPARTMENT; USS ESSEX (LHD 2) FPO AP 96643-1661

TIME IN: 1315    HM NAME: HM3 JACKSON          MO OR IDC NAME:

TIME OUT:          CC: FACIAL CELLULITIS F/U
                  S: 21 Y/O ♂ INID MEDICAL FOR F/U ON FACIAL
T - 97.6    ABCESS X 5 DAYS. PT IS REPORTING A    THROBBING
P - 72    3/10 NECK PX Č MILD STIFFNESS STIFFNESS. PT ALSO
RR
HR - 18    REPORTS TAKING DICLOXACILLIN + TYLENOL #3
B/P - 111/63
MEDS: #103    O: GEN - NAD; WD, WN; NAD
DICLOXACILLIN    (L) SIDE OF NECK - (+) DRAINAGE, ERYTHEMA: INDURATION
TYLENOL #3 Č    MILD SURROUNDIN ERYTHEMA. (+) TTP.
ALLERGY:        improved, (L) swelling grown under LAD
NKDA            minor - moderate discharge
LMP: ∅    A/P  Abscess (improving) Facial
SMOKE: ∅    (1) Cont antibiotics Dicloxi. + Tylenol #3 NSAID.
∅              warm compresses.
DRINK:    (3) RTC in am or sooner if symptoms worsen
YES       (4) Monitor PRN
                    (_____ MD) Tracy Bryan MD

28 Jan 07    PN  BMO
0730 am    Here for F/U — improving of F/C/MN
         Ext. Area  - - - (R) swelling improving
         (L) Neck - - - - (+) discharge — Cont. w/ same antibodies
                              - will F/U in am

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ►    USS ESSEX (LHD 2)

| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
|---|---|---|---|
| MERWIN    DANIEL | | | |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SELF | ACDU | | ABFAN |
| SPONSOR'S NAME | | ORGANIZATION | |
| N/A | | DEPT: AIR  DIV: V-3 | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |
| DOD/USN | Z0█████ | | █████ 1985 |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

AR 3215

NSN 7540-00-634-4176                                                                600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**26 JAN 07**

MEDICAL DEPARTMENT; USS ESSEX (LHD 2) FPO AP 96643-1661

TIME IN: 26 0930   HM NAME: _HN ROHDE / DESANTIS_   MO OR IDC NAME:

TIME OUT:    C: ABCESS    Day 2 of Diclox.

T - 98.6    S: 21 yo ♂ c/o edema to abcess. ABCESS

R - 16    drained 25 JAN 07. Pt states drained abscess

HR - 96    "12" times x warm compress. til drained. Pt

B/P - 112/73    states 6/10 PAIN. No further drainage.

MEDS: T3    O: RA Pt A+O x3    — Lungs CTA

Dicloxacillin    — Pt ⊤ Redness / edema ® side JAW TO UPPER

(R) site neck.    — unchanged in diameter (2cm)

ALLERGY:    — Swelling site warm to touch ⁸ˣ³

Ø    — HN [signature]

LMP:    A/P: Abcess                                                    (20)

SMOKE: Ø    — Cont ABX + NSAID + compresses.

    — RTC in am. If no improvement, consider ABX change to Doxy.

DRINK:    — Return sooner if needed.

Social    [signature] Sortor

SORTOR, BRETT V.
CDR MC USN

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)   RECORDS MAINTAINED AT: ▶   USS ESSEX (LHD 2)

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| MERWIN, DANIEL | | MALE |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SELF | ACDU | ABFAN |
| SPONSOR'S NAME | ORGANIZATION | |
| N/A | DEPT: AIR   DIV: V-3 | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
| DOD/USN | 20▮▮▮▮ | ▮▮25 |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

AR 3216

NSN 7540-00-634-4176                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**DATE** 25 JAN 07

MEDICAL DEPARTMENT; USS ESSEX (LHD 2) FPO AP 96643-1661

**TIME IN:** 0805   HM NAME: Hirzhen            MO OR IDC NAME:

**TIME OUT:** 0801   CC: F/U ABCESS

**T - 98.2**   S: 21y/o F/U ABCESS FROM YESTERDAY WOKE UP THIS AM

**R - 16**   HAD DRAINAGE, SLIGHTLY BIGGER, 7/10 RE. STATES HE

**HR - 89**   HE USED WARM COMPRESS THIS AM.

**B/P - 128/69**   - painful today

**MEDS:**   O: VS reviewed

DICLOXACILLIN   Gen NAD

MOTRIN   Saw - draining abscess on (L) angle of mandible

**ALLERGY:**   Expressed wound + ~5cc purulent material removed.

NKDA.   Wound was dressed.

**LMP:**   A/P: Abscess                                    ⟨20⟩

**SMOKE:** ∅   - Cont Diclox.

   - T3 #10

**DRINK:** ∅   - Cont. warm compress.

   - RTC ~ 2-3 d, sooner prn.

                                          Sortor

                              SORTOR, BRETT V.
                              CDR MC USN

PATIENTS IDENTIFICATION (Use this space for Mechanical Imprint)   RECORDS MAINTAINED AT: ▶   USS ESSEX (LHD 2)

PATIENT'S NAME (Last, First, Middle Initial)   MENWIN, DANIEL   SEX: M

RELATIONSHIP TO SPONSOR: SELF   STATUS: ACDU   RANK/GRADE: ████

SPONSOR'S NAME: N/A   ORGANIZATION: DEPT: ███ DIV: V3

DEPART./SERVICE: DOD/USN   SSN/IDENTIFICATION NO. ~ █████   DATE OF BIRTH: ████

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176                                                                                      600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

24JAN07                  HM3 SVACHA

IN: 0715    CC: NODULE AT ⊙ SIDE OF JAWLINE    Pmul/PsH

OUT:      S: 21 y/o ♂ PRESENTING c̄ 1-2 IN NODULE

ON ⊙ SIDE OF FACE (JAWLINE) SINCE    ~similar nodule last wk

T 98.6    MONDAY. PT STATES YELLOW DRAINAGE    ⊕ h/o acne

P 94    AND BLEEDING FROM SITE. PT c/o ³/10

R 18    PAIN CURRENTLY AND ⁷/10 PAIN WHEN

BP 113/65    NODULE IS TOUCHED. ⊖ F/C/ ⊙ V/D. ⊕ NAUSEA.

PT PRESENTED c̄ SAME S/S ON 22JAN07. ROS: ⊖ fever, drainage

NKDA    O: ~~VITALS NOTED~~: AFEBRILE. GEN- WN/WD. A&Ox3

NAD. NODULE SITE: TTP, ⊕ ERYTHEMIA.

MEDS    SMO

IBP 800mg    O: VS reviewed

Gen- NAD

Heart - ~ 2cm erythematous, tense but non-fluctuant

abscess on (L) angle of mandible

Neck - supple s̄ goiter

Lymph - ⊖ auricular or clavicular nodes.

A/P:   Abscess       ㉛

- Warm compresses frequently

- Dulox 500 g qid ×10 d      *Sortor*

RTC c̄ 2-3 days, sooner prn.    SORTOR, BRETT V.
                                CDR MC USN

| PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)* | RECORDS MAINTAINED AT: ▶ | |
|---|---|---|
| | PATIENT'S NAME *(Last, First, Middle Initial)* MERWIN, DANIEL | SEX m |
| | RELATIONSHIP TO SPONSOR — | STATUS AD | RANK/GRADE ABHAN |
| | SPONSOR'S NAME — | ORGANIZATION AIR/V3 |
| | DEPART./SERVICE DCD/USN | SSN/IDENTIFICATION NO. 261 ▊▊▊ | DATE OF BIRTH ▊▊SS |

CHRONOLOGICAL RECORD OF MEDICAL CARE      STANDARD FORM 600 *(Rev. 5-84)*
                                        Prescribed by GSA and ICMR
                                        FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176                                                                                          600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

| DATE | |
|---|---|
| 22 JAN 09 @ 0943 | CC: INGROWN NAIL. NODULE TO ® SIDE OF HEAD |
| 112/09 70 9714 18 | S: 21 y/o ♂ INTO MEDICAL PRESENTING INGROWN NAIL AND NODULE TO THE SIDE OF THE HEAD x 1 1/2 WEEKS. PT IS REPORTING A SHARP 8/10 TOE PX c̄ ACTIVITY. PT DENIES ANY DRAINAGE. FEVER + CHILLS. PT IS ALSO REPORTING A 2-3 CM NODULE TO THE ℗ SIDE OF THE HEAD (TEMPLE) c̄ MILD DRAINAGE. |
| | O: VITALS NOTED. AFEBRILE |
| | RGN AOX3, WD/WN/NAD |
| | ℗ RT GREAT TOE: (-) DRAINAGE, ERYTHEMA, OR TENDERNESS. |
| | Ext: ⊕ minor erythema edema c̄ discharge Quad toe |
| | ℗ Neurovascularly intact |
| | A/P: Ingrown toe nail mild |
| | ① warm soaks QD-BID |
| | ② F/U PRN for worsening symptoms: F/U PRN |
| | ③ Motrin 800 mg PO TID Tx needed for pain 70 |
| | ④ ℗ surgical excision needed @ this time |
| | [signature] Agraz Jr. |
| | Javier LT 2 / MC / 6937 |

PATIENT'S IDENTIFICATION  (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶

PATIENT'S NAME (Last, First, Middle Initial)    SEX
MERVIN, DALE                                    M

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE
                                              ABHAN

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.    DATE OF BIRTH
AIR/V-3           20/ [redacted]                          85

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600  (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

AR 3219

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT   TREATING ORGANIZATION (*Sign each entry*)

HN BARBER

**Today's Date:**
1 OCT 2006

**Time:** 0935

**Temp:** 97.8
**Pulse:** 89
**Resp:** 12
**B/P:** 122/57
**SpO2:**

**Allergies:**
NKDA

**Meds/Supps:**
Ø STD tx.

C/O: ISSUE c̄ PENIS

21 y/o ♂ c/o OF BURNING, PINCHING SENSATION IN PENIS SINCE 3 days
AGO. PT NOTICED SWELLING STARTED 2 days ago. PT UNABLE TO RECALL ANY
TRAUMA / LAST SEXUAL ENCOUNTER 1 MONTH EARLIER. PT STATES IT FEELS LIKE
ONE OF THE BLOOD VESSELS MAY HAVE RUPPURED. PT DENIES S/S OF
STD urethra, DISCHARGE, SORES. ∅ f/c/n/v ∅ discharge
∅ rash  ∅ hospitalization

General: NAD pleasant
HEENT: ∅ LAD   ∅ oral lesions
Abd: NT/ND ⊕ BS ∅ guarding ∅ rebound ∅ hepatosplenomegaly
Ext: ⊕ sbc foreskin ∅ swelling ∅ LTTP (inguinal)
∅ urethra discharge  ∅ sign of inguinal hernia

21 y/o ♂ CM w/ inflammatory response to head
of penile skin most likely irritation
① Motrin 800mg TABPO
② PT on STD education
③ ∅ sexual activity for 2-3 wk
④ RTC w/nm for f/u
⑤ will monitor

Javier LT 2 / MC / 6937    Agraz Jr.

PATIENT'S IDENTIFICATION (*Use this space for Mechanical Imprint*)

RECORDS MAINTAINED AT: ▶ USS ESSEX (LHD 2)

PATIENT'S NAME (*Last, First, Middle Initial*)
MERWIN, DANIEL D

SEX: MALE / FEMALE

RELATIONSHIP TO SPONSOR
------- N/A -------

STATUS
Active Duty

RANK/GRADE
ABHAN

SPONSOR'S NAME
------- N/A -------

ACTIVITY/DIVISION
LHD 2/ V-3

DEPART./SERVICE
DOD/

SSN/IDENTIFICATION NO.
20/ ███████

DATE OF BIRTH
1985

CHRONOLOGICAL RECORD OF MEDICAL CARE

AR 3220

| HEALTH RECORD | CHRONOLOGICAL RECORD MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT   TREATING ORGANIZATION (*Sign each entry*)

**Today's Date:** 17 JUNE 2006

**Time:** 0755

**Temp:** 98.0

**Pulse:** 67

**Resp:** 14

**B/P:** 99/58

**SpO2:** 99

**Allergies:** NKDA

**Meds/Supps:**

---

21 y/o ♂ c/c INGROWN TOENAIL ON LEFT GREAT TOE FOR THE LAST 2 WEEKS. PT HAD A PARTIAL TOENAIL REMOVAL IN DEC. 2005.

④ pain c dbrd prem, min. c ambulate. ∅ purulent discly.

G: A+O, NAD

Skin: ① great toe ~ mild redness c Htp medial aspect. Min. edema.

－ ∅ purulent discly

A/P: Ingrown toenail, mild

1) Warm soaks QD-BID

2) f/u PRN worsening of pain, redness, or devlpmt of purulence.

Verbrugge, Noel K
LT/MC/USN
2/AA/ 9060

---

W 109/70
P 105
T 98.3
R. 14

18 JUL 06

CC F/U FOR INGROWN TOENAIL, ① BIG TOE

PT STATES " MY TOE HAS BEEN PUSSING AND SWELLING FOR THE PAST 10 days. THE PAIN HAS GOTTEN WORSE." － Recurrent, mild tenderness, no improvement.

O/ ① ERYTHEMA, ① SWELLING

YELLOWISH TINT TO NAIL.

A/P: IGT

Consult signed + placed on chart.

Procedure － Toe prepped + draped in usual fashion.      (over)

---

PATIENT'S IDENTIFICATION  (*Use this space for Mechanical Imprint*)

RECORDS MAINTAINED AT: ▶ USS ESSEX (LHD 2)

PATIENT'S NAME (*Last, First, Middle Initial*): MERWIN/DANIEL D

SEX: **MALE** / FEMALE

RELATIONSHIP TO SPONSOR: －－－－－－ N/A －－－－－－

STATUS: **Active Duty**

RANK/GRADE: ABHAN

SPONSOR'S NAME: －－－－－－ N/A －－－－－－

ACTIVITY/DIVISION: LHD 2/ V-3

DEPART./SERVICE: DOD/ AIR

SSN/IDENTIFICATION NO.: 20/ ■■■■

DATE OF BIRTH: ■■■ /05

CHRONOLOGICAL RECORD OF MEDICAL CARE

AR 3221

Digital block obtained using 5cc 1% lidocaine & epi on both sides.

Medial 1/2 nail elevated then split and removed from toe.

Hypertrophic tissue trimmed

Wound was cleaned & dressed.

Keep wound dry today, then shower normally.

Wear wider, - roomy shoes.

Discussed proper trimming technique.

RTC prn

HN Kendall

Sortor
SORTOR, BRETT V.
LCDR-MC USNR

| MEDICAL RECORD | REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES |
|---|---|

**A. IDENTIFICATION**

1. OPERATION OR PROCEDURE

*INGROWN TOENAIL REMOVAL*

**B. STATEMENT OF REQUEST**

1. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be *REMOVAL OF HALF OK*

*(Description of operation or procedure in layman's language)*

*LEFT BIG TOE NAIL. Removal after proper anesthesia*

*Risks: bleeding, infection, recurrence,*

which is to be performed by or under the direction of Dr. *Sorton*

2. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below-named medical facility, during the course of the above-named operation or procedure.

3. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

4. Exceptions to surgery or anesthesia, if any, are: _____ *None* _____

*(If "none", so state)*

5. I request the disposal by authorities of the below-named medical facility of any tissues or parts which it may be necessary to remove.

6. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions:

    a. The name of the patient and his/her family is not used to identify said pictures.

    b. Said pictures be used only for purposes of medical/dental study or research.

*(Cross out any parts above which are not appropriate)*

**C. SIGNATURES**    *(Appropriate items in Parts A and B must be completed before signing)*

1. COUNSELING PHYSICIAN/DENTIST: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above.

*(Signature of Counseling Physician/Dentist)*

2. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

_____    *Danns mills*    *18 JUL 86  10:10*
*(Signature of Witness, excluding members of operating team)*    *(Signature of Patient)*    *(Date and Time)*

3. SPONSOR OR GUARDIAN: (When patient is a minor or unable to give consent) I, _____
sponsor/guardian of _____ understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

_____    _____    _____
(Signature of Witness, excluding members of operating team)    (Signature of Sponsor/Legal Guardian)    (Date and Time)

| PATIENT'S IDENTIFICATION | *(For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)* | REGISTER NO. | WARD NO. |
|---|---|---|---|

*MERWIN, DANIEL D*

☆U.S. Government Printing Office: 1988-201-760/80145

STANDARD FORM 522 (Rev. 10–76)
General Services Administration &
Interagency Comm. on Medical Records
FIRMR (41 CFR) 201–45.505
522–110

AR 3223

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE/TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |

18 APR '06    USS ESSEX  LHD-2

USS ESSEX (LHD-2) UIC:21533
Hearing Conservation Program

HEARING CAN BE PERMANENTLY LOST BY PHYSICAL DAMAGE, ILLNESS, AGE, TOXIC REACTION TO DRUGS OR CHEMICALS, AND LONG EXPOSURE TO HIGH NOISE LEVELS. NOISE LEVELS WHICH ARE HAZARDOUS TO HEARING MAY BE ENCOUNTERED ABOARD NAVAL VESSELS. LONG EXPOSURE TIMES TO HIGH NOISE LEVELS PRODUCE DAMAGE TO NERVE CELLS IN THE INNER EAR. HEARING IMPAIRMENT FROM NOISE (NO MATTER HOW INTENSE THE SOUND LEVEL) DOES NOT HAVE TO OCCUR IF PROPER HEARING PROTECTION IS UTILIZED.

A HEARING CONSERVATION PROGRAM IS IN EFFECT AT THIS COMMAND. THE PROGRAM INCLUDES MONITORING AND LABELING OF NOISE HAZARD AREAS, HEARING TESTING, THE USE OF PROTECTIVE DEVICES, AND TRAINING AS REQUIRED BY OPNAVINST 5100.19 SERIES. YOU ARE AN IMPORTANT PART OF THIS PROGRAM AS IT IS DESIGNED TO SAVE YOUR HEARING. NOISE HAZARDOUS AREAS MUST BE OBSERVED AND HEARING PROTECTION MUST BE WORN IN THESE AREAS. ANNUAL AUDIOGRAMS ARE REQUIRED TO MONITOR PERSONNEL IN THE HEARING CONSERVATION PROGRAM.

84 DB OR GREATER OF CONTINOUS NOISE= (SINGLE HEARING PROTECTION)
104 DB OR GREATER OF IMPACT NOISE= (DOUBLE HEARING PROTECTION)

GOOD EAR CARE INCLUDES NOT PLACING FOREIGN OBJECTS INTO EARS TO CLEAN THEM (IT USUALLY RESULTS IN PACKING OF EAR WAX), AND EARLY MEDICAL EVALUATION IF DRAINAGE, PAIN OR HEARING DIFFICULTY DEVELOP. THE EAR PLUGS SHOULD BE WASHED FREQUENTLY WITH SOAP AND WATER, AIR DRIED AND STOWED IN PLASTIC EAR PLUG CASES. REPLACEMENTS MAY BE OBTAINED AT ANY TIME FROM THE MEDICAL DEPARTMENT REPRESENTATIVE.

MEMBER COUNSELED ON THE PROVISIONS OF THE HEARING CONSERVATION PROGRAMS AS TO THE EFFECTS OF HAZARDOUS NOISE AND THE NEED TO WEAR PROTECTION WHEN EXPOSED TO HAZARDOUS NOISE LEVELS.

***MEMBER (PLACED) / NOT PLACED IN THE HEARING CONSERVATION PROGRAM***

EAR PLUGS ISSUED THIS DATE: ___4/8/06___   FOAMIES.
SINGLE FLANGE:__✓__TRIPLE FLANGE:___CASE:___

HEARING PROTECTION SIZE:RIGHT EAR XS:__SM:__MED:__LRG:__XL:✓
HEARING PROTECTION SIZE:LEFT EAR  XS:__SM:__MED:__LRG:__XL:✓

I CERTIFY THAT I HAVE BEEN FITTED FOR AND ISSUED EARPLUGS AS OF THIS DATE: 4/18/06

R. V. DINULONG
HMCS(SW/FMF) IDC USN

MEMBER SIGNATURE: _Daniel Merwin_    MEDICAL DEPT REP SIGNATURE: ___

---

| PATIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL IMPRINT) | RECORDS MAINTAINED AT: | USS ESSEX LHD-2 MEDICAL DEPARTMENT FPO AP 96643-1661 | |
|---|---|---|---|
| | PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) MERWIN, DANIEL | | SEX Male |
| | RELATIONSHIP TO SPONSOR N/A | STATUS — ACDU — | RANK/GRADE ABHAN |
| | SPONSOR'S NAME N/A | | ORGANIZATION AIR V3 |
| | DEPART./SERVICE DOD/ | SSN/IDENTIFICATION NO. 20█ | DATE OF BIRTH 1985 |

CHRONOLOGICAL RECORD OF MEDICAL CARE   Standard Form 600 (Rev.5-84)

| HEALTH RECORD | C H R O N O L O G I C A L   R E C O R D   O F   M E D I C A L   C A R E |
|---|---|
| DATE/TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |

18APR2006/1513 USS ESSEX LHD-2

DATE:      MEDICAL DEPARTMENT      USS ESSEX (LHD-2) FPO AP 96643-1661
03Jan06

CHECK-IN / CHECK OUT / ANNUAL / CLOSE OUT VERIFICATION
--------------------------------------------------------------------------------

PMT REVIEW      PART ONE: PREVENTIVE MEDICINE   Completed by:
            ( )Medical Surveillance Questionnaire completely filled out?
               REQUIRED SURVEILLANCE PROGRAM: _____ NONE
            ( )Asbestos Questionnaire Asbestos Physical Frequency:_____
               Last Asbestos Physical: _N/A_
            ( )Special PMT physical (for all CSs,SHs,HTs,All R div. All AIMD
               Painters, or other special physical)
            ( )Respirator Questionnaire (E1-E6 Only) ( )PPD Converter? Y/(N)
               If no: Last screening: _N/A_
            (✓)LAST PPD:_11/05/05_ PPD Converters: INH Complete? Y/N.
               LAST MONTHLY/ANNUAL EVAL: _____
            ( )Immunizations:
               ANTHRAX: 1 _____ 2 _____ 3 _____ 4 _____ 5
                           6 _____ B _____
               SMALLPOX: _____
               INFLUENZA: _11/01/05_
               TETANUS: _11/8/05_
               TYPHOID: _8/14/06_ TYPE: _PROVENTERIX 2_
               HEPATIS-A: #1 _11/8/05_ #2 _12/14/05_
               HEPATISTIS-B: #1 _11/8/05_ #2 _12/14/05_ #3 _____
               MMR: _11/8/05_
               POLIO: _11/8/05_
               YELLOW FEVER: _12/14/05_
--------------------------------------------------------------------------------

LABORATORY REVIEW      PART TWO: LABORATORY      Completed by:
            ( )Last annual PAP Smear _N/A_ F/u for PAP Smear due on_____
            (✓)Sickle Cell Pos/Neg Counseling complete? Yes/No/N/A
            (✓)G6PD Norm/Deficient Counseling complete? Yes/No/N/A
            (✓)HIV Date: _11/06/05_
            (✓)Blood type: _11/06/05_
            (✓)DNA DRAW DATE: _11/05/05_ VERIFIED? Y /(N) DATE: _____
--------------------------------------------------------------------------------

PHYSICAL REVIEW      PART THREE:PHYSICAL      Complete by:
            (✓)Last Preventative Health Assessment (PHA): _4/14/06_
            (✓)Special Physicals required?(Y) Y N Last conducted: _FLIGHT 14 APR 06_
            (✓)Wears Glasses? Last exam: _11/7/05_ # of Glasses/GMI: __/__

| PATIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL IMPRINT) | RECORDS MAINTAINED AT: | USS ESSEX LHD-2 | |
|---|---|---|---|
| | PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) MERWIN DANIEL | | SEX Male |
| | RELATIONSHIP TO SPONSOR N/A | STATUS AD | RANK/GRADE ABHAN/E03 |
| | SPONSOR'S NAME N/A | | ORGANIZATION USS ESSEX LHD-2 |
| | DEPART./SERVICE DOD/USN | SSN/IDENTIFICATION NO. ▮▮▮ | DATE OF BIRTH ▮▮▮1985 |

AR 3225

CHRONOLOGICAL RECORD OF MEDICAL CARE   Standard Form 600 (Rev.5-84)

| HEALTH RECORD | C H R O N O L O G I C A L   R E C O R D   O F   M E D I C A L   C A R E |
|---|---|
| DATE/TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |

Issued/Ordered/N/A Date Issued:_____
( ) Flight Deck screening (for personnel in V-1 and V-4 Div) 4/14/06
( ) Ear Plug size: L:___ R:___ TYPE: _____
( ) Hearing Conservation screeening for personnnel in ACU-1, AIR,
    DECK, ENG, AIMD.
    Date of last 2215: 11/7/05 Date of last 2216:___ Next 2216 due: 11/7/16
( ) Sight Conservation Screening for personnel in ACU-1, AIR, AIMD
    DECK, ENG, LAB, X-RAY, PMT.
( ) AMMO Driver/Explosive Ordinance Physical for WEPS division
    and some AIMD personnel (given annually)

------------------------------------------------------------------

MEDICAL ADMIN    PART FOUR: HEALTH RECORDS    Completed by:
( ) Year Blackened on Jacket? ( ) Pencil entries on inside cover?
( ) Current rate in pencil on jacket?
( ) Privacy Act entries/signature inside back cover?
( ) Pink card complete? ( ) Line out blank SF 600s
( ) Update Problem Summary list ( ) 6150/4? _____
( ) Allergy Dog tag required? Y/N/N/A
    Patient Signature:_____ HM Signature:_____ Date:_____
( ) Health Record in Good Repair? Replace/Repair if not:_____
    Ensure that forms are in the right location.
( ) SAMS data entry complete? Y / N
( ) Enrolled in TRICARE? Y / N

------------------------------------------------------------------

CLNICAL REVIEW    (X) Operational Duty Screening conducted as required? Y / N
( ) Any presence of CHRONIC OR SIGNIFICANT ILLNESS? Y / N
    DIAGNOSIS:_____
    LAST FOLLOW-UP:_____
(X) On maintenance medication? Y / N
    MEDICATION:_____
( ) ENROLLED ON MAIL ORDER PHARMACY? Y / N
(X) DRUG ALLERGIES: NKDA

SAMS entry
verified
4/24/06

R. V. DINUBONG
HMCS(SW/FMF) IDC USN
[REDACTED]

Exequiel C. Sabijon Jr
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
HM1 (SW/A) USN
Advance Lab Tech

ILENPALL H.B.
OCO-OO-[REDACTED]
HA AVT USN

| RECORDS MAINTAINED AT: | USS ESSEX   LHD-2 | |
|---|---|---|
| PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) MERWIN DANIEL | | SEX Male |
| RELATIONSHIP TO SPONSOR N/A | STATUS AD | RANK/GRADE ABHAN/E03 |
| SPONSOR'S NAME N/A | | ORGANIZATION USS ESSEX   LHD-2 |
| DEPART./SERVICE DOD/USN | SSN/IDENTIFICATION NO. [REDACTED] | DATE OF BIRTH [REDACTED]1985 |

PATIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL IMPRINT)

CHRONOLOGICAL RECORD OF MEDICAL CARE   Standard Form 600 (Rev.5-84)

Apr 07, 005

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (*Sign each entry*) |

**Time**

14 APR 06

T- 96.8

P- 70

BP- 137/70

**SMKR**
NONE

**ETOH**
NONE

**Allergies**
Feathers

**Meds**
NONE

**Annual Flight Deck Personnel Medical Screening Examination**
Reference - Manual of the Medical Department Chapter 15, Article 15-65

Prospective Flight Deck Position: ☐ Critical  ☒ Non Critical  ☐ Special

➤ Date of Last Physical Examination: 14 APR 06  Date of Last Eye Examination: 07 NOV 05

➤ Current Visual Acuity as transcribed from last Comprehensive Eye Examination:
Uncorrected  OS 20/40 ___ OD 20/50 ___ OU _____

Corrected  OS _____ OD _____ OU _____

➤ **Critical:** Distant/near visual acuity – No limits uncorrected however must correct to 20/20 in each eye
Uncorrected  OS _____ OD _____ OU _____

Corrected  OS _____ OD _____ OU _____

➤ **Non Critical:** Distant/near visual acuity-No limits uncorrected however must correct to 20/40 or better in one eye, 20/30 or better in the other
Uncorrected  OS 20/50 ___ OD 20/80 ___ OU _____

Corrected  OS 20/20 ___ OD 20/20 ___ OU _____

➤ **Special:** Distant/near visual acuity – No limits uncorrected however must correct to 20/20 in each eye
Uncorrected  OS _____ OD _____ OU _____

Corrected  OS _____ OD 2 _____ OU _____

➤ **All:** Field of Vision: OS FULL ___ OD FULL ___ OU FULL ___

➤ **All:** Depth Perception, did member pass Verhoeff or AFVBT 14/14  ☒ Pass  ☐ Fail

➤ **All:** Color Vision FALANT Results 9/9 ___ ☒ Pass  ☐ Fail

Was member issued regular glasses? ☒ Yes  ☐ No  If yes what is the date of issue: 07 NOV 05

**Members Acknowledgement.**
"I understand that I am required to maintain my current eyewear onboard at all times and that I am required to wear them during all flight deck evolutions."

Based upon history, records review and physical examination the member is found to be:
☒ Qualified  ☐ Disqualified  ☐ Medically Deferred

_Paul Merwin_
Member's Signature

_[signature]_
SMDR Signature

Verbrugge, Joel K
LT/MC/USNR
2/AA/ ███

| Records Maintained At | |
|---|---|
| Patient's Name (Last, First, Middle Initial) MERWIN, DANIEL D | Sex MALE |
| Relationship to Sponsor **Self** | Status **Active Duty** | Rank/Grade ABHAN |
| Sponsor's Name **Self** | Organization |
| Department/Service **USN** | SSN 20/ ███ | Date of Birth ██ 85 |

Enclosure (1)

AR 3227

| HEALTH RECORD | C H R O N O L O G I C A L   R E C O R D   O F   M E D I C A L   C A R E |
|---|---|
| DATE/TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |

4/14/06

USS ESSEX LHD-2

Preventive Health Assessment:

Sex: (M) F
AGE: 21
Ht: 5'8
Wt: 136
BMI: _____

BP: 137/70
P: 70
R: 16
Temp: 96.8

1. Do you have a history of ulcerative colitis or cancer?   Y (N)
   If so, which? _____
2. Do your parents or grandparents have a h/o colon cancer?   Y (N)
3. Do you smoke? Number of packs per day ___ No of years ___   Y (N)
4. Do you have diabetes?   Y (N)
5. Do your parents, siblings, or grandparents have a h/o heart
   attacks at a young age (<55 in male, <65 in female)?   Y (N)
6. Do you have a history of high blood pressure?   Y (N)
7. Do you have a history of high cholesterol?   Y (N)
8. Do your parents, siblings, or grandparents have a h/o high
   cholesterol?   Y (N)
9. Do you exercise less than 30 min 3 days per week?   Y (N)
10. Do you have any medical history that prevents deployment?   Y (N)
    What issues? _____
11. Have you any admin issues that prevent deployment, i.e. EFMP,
    pregnancy, etc.? _____   Y (N)
12. Special Duties, ie. radiation, flight, explosive handlers,
    diving, SAR swimmer? other:_____   Y (N)
    Hearing Conservation Program?   (Y) (N)
    Asbestos Surveillance?   Y (N)

Women's Health:
13. History of abnormal Pap or dysplasia? Treatment: _____   Y  N
14. Do you need to be taught how to perform a self breast exam?   Y  N
15. Have you begun screening mammograms?  Age began: _____   Y  N
16. Do you need education on family planning, contraception, or STDs?   Y  N
17. On average, do you drink more than 7 drinks per week? _____   Y  N

Men's Health:
18. Do you have a history of undescended or abnormally small testes?   Y (N)
19. Do you need to be taught how to do a self testicular exam?   Y (N)
20. Do you have a family history of prostate cancer in a close relative?   Y (N)
21. On average, do you drink more than 14 drinks per week? _____   Y (N)

22. I am taking the following meds/otc/supplements:
    N/A

23. Allergies: (No known drug allergies or _____ causes _____.)

| PATIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL IMPRINT) | RECORDS MAINTAINED AT: | | |
|---|---|---|---|
| | PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) MERWIN, DANIEL D | | SEX M |
| | RELATIONSHIP TO SPONSOR N/A | STATUS SINGLE | RANK/GRADE ABHAN |
| | SPONSOR'S NAME N/A | | ORGANIZATION NAVY |
| | DEPART./SERVICE DOD/ | SSN/IDENTIFICATION NO. | DATE OF BIRTH 85 |

CHRONOLOGICAL RECORD OF MEDICAL CARE  Standard Form 600 (Rev.5-84)

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE/TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |

4/14/06

Clinic Review:

Labs documented:

Blood type    A  B (O)(B)/-
Sickle Cell    +  (-)
G6PD    (nl)  abnl
DNA on file    (Y)  N
HIV w/in 1yr  (Y)  N

Immunizations current:

typhoid (2yr)    Y (N)
Hep A x 2    (Y) N
Yellow fever-10 (Y) N
IPV    (Y) N
Td (10y)    (Y) N
MMR    (Y) N
Influenza (1y)    (Y) N
Smallpox (10y)    Y (N)
PPD (annual)    (Y) N

Tests/Referrals/Education

___ BP checks x _____ days
___ fasting lipids
___ HIV within 1 year
___ Chem 7
___ Dental Appt >1 year
___ Optometry appt >2 yr
___ Nutritionist consult
___ Colon Ca Screening@__
___ Mammograms @ _____
___ Prostate screen @ ____
___ Stress Management
✓ Rec: SBE or STE
✓ Rec: aerobic exercises

Equipment on hand:
2 pair of glasses    (Y) N    1 pair
1 pair of mask inserts    Y (N)

Follow up in Medical in _____ weeks, with duty doc or    PRN for Annual Audio.

R. V. DINULONG
HMCS(SW/FMF)IDC/USN
Provider's sig: _____ 1  '. -1272 _____

① Need to order 7 pr of glasses & a GMI
② Educated on self testicular exam

| PATIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL IMPRINT) | RECORDS MAINTAINED AT: | |
|---|---|---|
| | PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) | SEX |
| | RELATIONSHIP TO SPONSOR N/A | STATUS | RANK/GRADE |
| | SPONSOR'S NAME N/A | ORGANIZATION |
| | DEPART./SERVICE DOD/ | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

AR 3229

CHRONOLOGICAL RECORD OF MEDICAL CARE   Standard Form 600 (Rev.5-84)

7046

```
NATTC NAS PENSACOLA NBHC                          DIVISION:NATTC NAS PENSAC
Personal Data    - Privacy Act of 1974 (PL 93-579)   Customized Version of SF600
                    PRINTED:  06 Mar 2006@0802
NATTC SICK CALL      MAYNARD,PENELOPE A      06 Mar 2006@0815      ROUT       BHAK
REF:                                  CMT: cac-ebc
CHIEF COMPLAINT: abdominal pain
Detail Codes:                            INSURANCE YES/NO
PATIENT'S PCM:NO PCM HISTORY
BP 100/60  PULSE: 60    RESP: 12    TEMP: 97.6   HT: 5'8" AGE: 21  WGT: 126
=====================================================================
PAIN ASSESSMENT:   Language\Cultural Barriers? Y/N   Is Pain Present? Y/N
Intensity:     1   2   3   4   5   6   7   8   9  10
Description: _____

Action Plan: [] Refer to PCM        [] Refer to Note        [] Refer to Pain Mgt
Other: _____
=====================================================================
ALLERGIES: OTHER
Is the reason for your visit today related to deployment?  []Yes  [] No
CLINICAL NOTE:
```

ALLERGIES  NKDA
MEDS  Ø
TOBACCO  Ø
SUPPLEMENTS  Ø
PAIN  Ø /10

Denies pain since 5 Dec
No further rectal bleed
colonoscopy showed - internal
hemorrhoid

O). abd - soft non tender
non surg.

A) fit full light duty
abd pain resolved

P) forms signed -

Abdominal pain stopped
Dec. 05
Have had CT w/ IV contrast,
Barium swallow
All negative
need appr. to help w/
over seas screening.
Has changed diet & using
bathroom more regularly

P.A. MAYNARD, MD
31
GS-14   GMO

```
=====================================================================
20/[redacted]   MERWIN,DANIEL DENNIS          USN ACTIVE DUTY
          [redacted] 1985  MALE              W:7600          H:4847672804
          SPON: MERWIN,DANIEL DENNIS   CIC:
                                                            AR 3230
```

**NAVAL HOSPITAL GREAT LAKES**
**USS TRANQUILLITY BRANCH MEDICAL CLINIC BLDG 1007**
**3420 ILLINOIS STREET**
**GREAT LAKES IL 60088-5230**
**(847) 688-6755 ext. 6290, 6291, 6242, 6245, and 6246**

Mark boxes to the left indicating that the step in verification has been completed on the date indicated. Correct discrepancies as you go!

| | |
|---|---|
| X | Verify right record for Division with Divisional Roster. |
| X | If ASMO'd out of Division. Locate new Division in CETARS. |
| X | Verify Patients Name matches CHCS Label |
| X | Note allergies and sensitivities on NAVMED 6150/30. Blocks are marked on the front of the record jacket. Verify ALERT matches on DD Form 2766 and Summary of Care. |
| X | Verify Record Category is red tape & in place. |
| X | Verify SSN Tapes are black and covering proper number. |
| **PART I** | |
| X | Verify DD Form 2766 (pages 1-4) is present and completed. |
| X | Document discrepancies and all health problems on DD2766. |
| X | Verify Summary of Care is in the record and completed. |
| X | Verify patient has received all required immunizations, DNA, and PPD documented on SF601. |
| X | Record Date Recorded, Result, Verified By (Rank and Last Name), Command UIC (00763), and Test or Process MTF (RTCGLAKES) on Chronological Record of HIV Testing Form NAVMED 6000/2. |
| X | Verify DD Form 2215E is in the record and completed without discrepancies. |
| **PART II** | |
| X | Review sheet first page. |
| X | Verify Part II is in Chronological order and all follow-ups are met. |
| X | Verify all forms in the record have Name, SSN, & date of Birth |
| X | Verify all forms in the record are the patients' forms. |
| X | **FEMALES** Verify documented PAP/Pelvic Examination completed. Verify USS Red Rover SF600 concerning Immunizations, Wellness and Record Review is in record and signed. |
| X | Verify In-processing Eye Exam completed and no discrepancies. |
| X | Verify Member Meets minimum Standards for Vision and Color. |
| X | Verify patient signs DD Form 2005. |
| **PART III** | |
| X | Verify 1300/2 is completed. |
| X | Verify DD Form 2808 and 2807 are in Part III. |
| X | Verify No pending Waiver on MEPS Physical |
| X | Verify Abstract & History is completed. |
| X | Verify Special Physical is Completed if Applicable. |
| **PART IV** | |
| X | Verify all Labs and X-ray reports printed and no discrepancies. |
| X | Check for LCX. |
| | |
| X | Verified HIPPA Label Signed on back of jacket. |
| | |
| | MEMBER IS NOT FIT FOR TRANSFER. Following Discrepancies found: |
| | |
| | MEMBER IS FIT FOR TRANSFER. (Taken off Hit List) |

HN RYALS, MICHAEL
_____       _____       _____
HM'S Signature                        (Print Rate/Rank, Full Name )                    Today's Date

**PATIENT'S INFORMATION:**
LAST, FIRST NAME:                    SSN: 20/                    DOB:
E1/SR                                          DOD/USN

AR 3231



AR 3232

NH 6010/14 (REV 06/04)

# UNITED STATES NAVAL HOSPITAL, GREAT LAKES
# EMERGENCY MEDICAL SERVICES REPORT

| DEPARTMENT# | Nature of Call ABD PX / BLOODY STOOL | MM 11 DD 19 YYYY 2005 |
|---|---|---|

| Patient Name (Last, First etc…) MERWIN, DANIEL | SSN ▓▓▓ | Age 20 | Gender [ ] F [X] M | DOB ▓▓▓ YYYY 1985 | Location 7101 — CPD |
|---|---|---|---|---|---|

| Address: SHIP-06 DIV-041 | City: GREAT LAKES | State: IL | Zip: 60088 | Unit 1941 | Call Sign: R-1 | Incident Number: 7299 |
|---|---|---|---|---|---|---|

| Chief Complaint: STOMACH PX | Status (AD, Recruit, Dep etc) RECRUIT | Received Call: 0306 |
|---|---|---|

| Medical History: TONSILECTOMY-19, WKDOM 2 WKS AGO | Mechanism of Injury [ ] None UNKNOWN | Enroute: 0311 |
| | | On Scene: 0314 |
| | | Depart Scene: 0324 |

| Medications: [ ] None [ ] Unknown VICODEN, AMOX, PRILOSEC, IBU, DOCUSATE | Allergies: [X] NKDA [ ] Unknown DENIES | Patient Number 1 of 1 | At Hospital: 0320 |
|---|---|---|---|
| | | | In Service: 0335 |

## VITAL SIGNS / TREATMENT

| TIME 0320 | RESP 16 | B/P 130/70 | PULSE 93 | SPO2% 99 | IV SOLUTION: NS  LR  RATE:  SITE: GLUCOMETER  DL mL  VENOUS / CAPILLARY OXYGEN DEVICE:  LPM: |
|---|---|---|---|---|---|

| Mental Status | Pupils | Lung Sounds | Respiratory Effort | Skin Color | [X] Appears Normal |
|---|---|---|---|---|---|
| [X] Conscious | L  R | L  R | [X] Normal | Cyanotic | Cold |
| Combative | [X][X] PERRL | Clear | Absent | Flushed | Cool |
| Disoriented | Dilated | Decreased | Decreased | Pale | Hot |
| Lethargic | Pinpoint | Rales | Labored | Pink | Dry |
| Unconscious | Unresponsive | Stridor | Tachypnea | | Moist |
| [X] Oriented | | Wheezing | | | |

| Treatment: | 1 | 2 | 3 | 4 | Comments: 20 Y/O ♂ C/O ABD PX X 2 WKS ℅ SAID SIGNS |
|---|---|---|---|---|---|
| Vital Signs | X | X | | | UP BLOOD IN STOOL X 2 HRS. ⊕ TTP IN (R) QUADS. |
| Assessment | X | | | | ⊕ DISTENTION, ⊕ GUARDING, ⊘ REBOUND TENDERNESS, NL |
| Glucometer | | | | | BOWEL SOUNDS. PT STATES PX 8/10 AND THROBBING |
| Oral Glucose | | | | | IN NATURE. PT STATES ABNORMAL BM. PT HAS |
| IV Started | | | | | BEEN TX'D AT 100'7 BUT BECAME MORE ALARMED |
| IV Missed | | | | | WHEN BLOODY STOOL BECAME PRESENT. AOX3, ABC |
| Blood Draw | | | | | INTACT. NSS. PT AMBULATORY ℅ NL GAIT AND |
| Airway Nasal | | | | | TRANSPORTED UP. |
| Airway Oral | | | | | |
| Nasal Cannula | | | | | Medical Direction NHGL:  Crew  Status |
| Nonrebreather | | | | | By: DINKEL  1. SOMEBEXXXY EMT |
| Combitube | | | | | Transported To:  2. ICE  DRIVER |
| Suction | | | | | [X] 200H ER  3. |
| Ventilation | | | | | 200H  4. |
| Bandaging | | | | | BMC 1007  Response |
| Backboard | | | | | BMC 237  To Scene:  Code 1 or (3) |
| C-Collar | | | | | AMA  To Hospital: Code (1) or 3 |
| Splinting | | | | | Other (i.e. Lake Forest) |
| AED | | | | | Weather Conditions: |
| Driver | X | | | | Patient's Condition enroute: [X] Clear  Rain |
| Assisted By: | | | | | [X] Same  Snow  Ice |
| GLFD | | | | | Improved  Fog  Sleet/Hail |
| Name | | | | | Worse  Communications: |
| GLFD | | | | | Patient Status: Good  Bad  Cell Phone |
| Engine # | | | | | Emergent  Radio |
| OTHER | | | | | [X] Urgent  Telephone |
| Name | | | | | Non-Urgent |

| Accepting Signature: | Tape # | QM Review By: | Forward for further Review: Yes [ ] No |
|---|---|---|---|

32782 (REV 6-04)GL

# EMERGENCY DEPARTMENT TRIAGE EVALUATION

Arrival time: 03  Date: 11-19  B/P: 146/87  P 87  R ___  T 97  Triage category: **Emergent** @ _____

Method of Arrival: ☐ wheelchair ☑ ambulatory ☐ assisted ☐ gurney ☐ C-Spine Precautions  **Urgent** @ _____

Complaint/Onset ___Abd Pain___  **Non-Urgent** @ _____

Meds: ☐ Denies ☐ See ETR  Allergies: ☐ NKDA ☐ Latex ☐ SI ☐ HI ☐ See Mental Health Triage Note

| Prilosec | Doxazosin | | SaO2 99 | We routinely screen all patients for domestic violence in their lives. Is this a problem for you in any way? |
|---|---|---|---|---|
| | | | Wt _____ | ☐ Yes ☐ No |
| | | | | Do you want help with this today? ☐ Yes ☐ No |

Medical Hx: ☐ Denies ☐ Asthma ☐ MI ☐ HTN ☐ DM ☐ Other _____

| **Airway:** | **Skin/Circulation:** | Fontanel | **Neurological:** | **GI:** ☐ WNL ☐ N/A | **Extremities/Lacerations:** |
|---|---|---|---|---|---|
| ☐ Patent | Color ☑ Warm ☐ Sunken | | A+ Ox _3_ | Abd ☐ Nausea | ☑ WNL ☐ N/A |
| **Breathing:** | ☑ Pink ☐ Cool ☐ Bulging | | ☐ Cooperative | ☐ Soft ☐ Vomiting X___ | TTP: _____ |
| ☑ Unlabored ☐ Labored | ☐ Pale ☐ Dry ☐ Normal | | ☐ Uncooperative | ☐ Rigid ☐ Diarrhea X___ | MOI: _____ |
| ☐ Clear ☐ Shallow | ☐ Mottled ☐ Diaphoretic | | ☐ Weakness | | |
| ☐ Accessory Muscle Use | ☐ Cyanotic | Membranes | ☐ Age Appropriate | **GU/GYN:** | ☐ Edema ☐ Active Bleeding |
| R  Breath Sounds  L | ☐ Jaundiced ☐ Moist ☐ Dry | | ☐ Steady Gait | ☑ WNL ☐ N/A | ☐ Ecchymosis ☐ Erythema |
| ☐  Rales  ☐ | Cap Refill: Turgor | | ☐ Equal Strength | ☐ Dysuria ☐ LBP | ☐ Deformity |
| ☐  Wheezing  ☐ | ☐ < 2 sec ☑ Normal | | ☐ PERRLA | ☐ Hematuria | Tetanus_____ |
| ☐  Diminished  ☐ | ☐ > 2 sec ☐ Tented | | ☐ Syncope | ☐ Frequency LMP___ | CMS_____ Cap Refill_____ |
| ☐  Rhonchi  ☐ | | | | ☐ Discharge G___ P___ AB___ | |

Pain:  1  2  3  4  5  6  7  8  9  10

History of present illness: c/o Blood in stool since tonight. Being travel by Dr. Dittal "Makes water red"

**Disposition from Triage:** ☑ Bed _3_ @ _____

☐ RAD @ _____  Lobby @ _____

Triage RN _____

Patient desires to be seen in _____ Clinic today at _____ and refuses treatment in the Emergency Department.

Patient's plan of care discussed with _____

Patient/Guardian Signature: _____

| Time | Nursing Notes |
|---|---|
| 0542 | IV discontinued IV cath intact _____ ☐ |
| 0550 | Pt discharged _____ ☐ |
| | |
| | |
| | |
| | |
| | |

## Medications/IV/O2

| Time | Medications/Fluids/O2 | Dose | Route | Rate | Site/Gauge | Initials | Response |
|---|---|---|---|---|---|---|---|
| 0350 | N/S | 1 L | IV | KVO | ☐ RAC 118ga | ☐ | Pt tolerated well ☐ |
| 0355 | Phenergan | 10 mg | IVP | / | | ☐ | |
| 0358 | Benadryl | 50 mg | IVP | / | | ☐ | |

Discharge to: ☑ Home ☐ Command ☐ Ward _____ ☐ Other _____

☑ Patient/Parents verbalized understanding of discharge instructions

☑ Instruction sheet given to pt: ER /verbal

☐ Ambulatory ☐ Other _____ ☐ Belongings with pt

Discharge Time: 0550  Initials: ☐

Vitals: B/P _____ P _____ R _____ T _____

Patient Identification

MERWIN, DANIEL DENN   051119-00002
20/███████  DOB: █ ██ 1985
N13  SR   NO STATUS
SPON UNIT: N0763A
RR: FA COURAGE RECORDS NBHC 1007

Signature/Initials

AR 3234

```
NAVHOSP GREAT LAKES IL                          DIVISION: NH GREAT LAKES, 2
Personal Data - Privacy Act of 1974 (PL 93-579)  Automated Version of SF600
                    Printed: 29 Nov 2005@0739
```

INTERNAL MEDICINE   FRANKLIN,MALCOM B        29 Nov 2005 0840 EST 20     BAAA
REF:                                    CMT:
RSN:
Detail Codes:                                INSURANCE YES/NO:

BP: 109/57  PULSE: 78    RESP: 16    TEMP: 97.7   HT: 68"   WT: 118   AGE: 20
===============================================================================
ALLERGIES: NKDA

Meds
Doxycycline
~~~~~~~~~~ Triderm
Flusoprofen

| PMHx | PSHx |
| --- | --- |
| ☐ Reviewed & Updated | ☐ Reviewed & Updated |
| Allergic rhinitis | · Wisdom teeth explanation |
| | · tonsillectomy |

Pain Scale: 0/10
Location: _____  Quality: _dull sharp___
Duration: _____
Made worse by: _____   Made better by: _____

**HPI:** 20 yo AD ♂ Recruit 3-2 presents
for evaluation of thrombocytopenia.
Pt was having hematochezia x 1 day.
Evaluated ē colonoscopy which revealed
internal hemorrhoids. Labs ē ↓ plts and
bleeding time @ upper limits Nml.
ē rash, some easy bruising. No prolonged
bleeding ē wisdom teeth extraction
2 wks ago.

ADDITIONAL COMMENTS:

| 2 to 9 ROS | Reviewed | Comments |
| --- | --- | --- |
| Constitutional | X | |
| HEENT | X | |
| Cardiovascular | X | |
| Respiratory | X | |
| Hematological | | |
| Lymphatic | | X |
| GI | | |
| GU | X | |
| SKIN | | |
| Musculoskeletal | X | |
| Endocrine | | |
| Psychiatric | | |
| Allergic | | |
| Neurologic | | |
| Renal | | |
| Immunizations | | |
| Allergies & Medications | | |

Family History: Cancers: φ
Heart Dz: φ

Social Hx: Tob: φ
ETOH: φ      Occupation:

Immunizations: PVAX _____

22 Nov 05
PT 38
PTT 13
INR 1.063

Bleeding time 7.5

| 140 | 102 | 13 | 101
| 4.1 | 29 | 0.9 |

Labs:  /  /

AST 26
ALT 28
Ak 75

19 Nov 05
        85
9 < 14 > (105)
    40

22 Nov
        86
6.12 < 14 > 408
     40

Exam:
Thin ww, NN ♂
HEENT PERRLA, EOMI
Neck supple wds
chest CTA ⊗
COR RRR ¼ MRG
Abd ⊕ BS, soft, ¼ HSM
Ext ¼ edema
Skin mild ecchymosis
RUE
⊕ petechiae

LDL: _____   HDL: _____   Total Chol: _____   TG: _____

29 Nov 2005
        13
12.9 < 38 > 358

2 √

NSN 7540-00-634-4176     INTERNAL MEDICINE  NAVAL HOSPITAL GREAT LAKES     AUTHORIZED FOR LOCAL REPRODUCTION

| Exam Point | N L | Comments | Impression/Plan: |
|---|---|---|---|
| General: NAD WDWN thin obese ill-looking  AOx3 | | | ① Thrombo cytopenia |
| Eyes: Conjunctivae & lids | | | Appears to have been |
| PERL      EOMI | | | transient phenomenon. |
| Fundoscopic exam | | | Now c Nml plts today |
| ENMT: External ears, nose | | | and on 22 Nov. |
| Tympanic membranes | | | Coags Nml c bleeding time |
| Hearing assessment | | | in upper limits of Nml. |
| Nasal mucosa, septum, turb | | | Hematochezia resolved. |
| Lips, teeth, gums | | | |
| Oropharynx, oral mucosa, salivary glands, palates, tongue | | | |
| Neck:  JVD | | | ② Fit for full Duty. |
| Thyroid | | | |
| Respiratory: | | | |
| Respiratory effort unlabored | | | |
| Auscultation of lungs  CTA | | | ③ If Sx recur √ CBC |
| Cardiovascular: | | | "y low platelets will |
| Auscultation of heart S1S2 | | | return w/o -- Duty Status. |
| Palpation of heart | | | |
| Carotid/abdominal/femoral arteries | | | |
| Pedal pulses | | | |
| Extremity:  varicosities | | | |
| Clubbing cyanosis edema | | | |
| GI(abdomen): NT, ND NABS liver spleen | | | |
| Anus, perineum, rectum, hernia | | | |
| Prostate | | | |
| Lymphatic | | | |
| Neck, axillae, supraclavicular | | | |
| Inguinal | | | |
| Musculoskeletal: | | | |
| Gait & Station | | | |
| ROM | | | |
| Neurologic: CN II-XII | | | |
| Deep tendon Reflexes | | | |
| Sensation | | | |
| Motor strength | | | |
| Breast: | | | |
| Inspection,palpation or breast & axillae | | | |
| Nipple discharge | | | |
| Skin: | | | |
| No Rash | | | |
| Feet | | | |

Counseling, teaching: __15__ min. of __20__ min.  Topic: Diabetes  Mammogram HTN Colon  Smoking Cessation Exercise

F/u  1  2  3  6   days/wks/mo.

Malcolm B. Franklin
LT/MC/USNR
Legible Signature: _____  ZAA ▓▓▓▓     Date: __29 Nov 2005__

☐ G. Sladek, MD 9145   ☐ N. Lee, MD 8486   ☐ R. Juhala 0123   ☐ D. Landry 3405     Page 2

AR 3236

**General Surgery Clinic**
**United States Naval Hospital**
**3001 A 6th Street**
**Great Lakes, IL 60088-5230**
**Phone: (847)688-2095**
**Fax: (847)688-3505**

### OPERATIVE PROCEDURE REPORT - 11/21/2005

PATIENT:    **Merwin, Daniel**
BIRTHDATE:    ███985                    GENDER:        20/███████
AGE:    20                                            male

ENDOSCOPIST:    Winnie M. Polen, LT/MC
ASSISTANT:    Nastarsha N. Bishop, HM3/USN

PROCEDURE:    **Flexible Sigmoidoscopy, diagnostic**

INDICATIONS:    hematochezia

MEDICATIONS:    None

DESCRIPTION OF PROCEDURE:   After the risks benefits and alternatives of the procedure were thoroughly explained, informed consent was obtained. Digital rectal exam was performed and revealed no abnormalities.   The Pentax ES-3830 endoscope was introduced through the anus and advanced to the proximal transverse colon.  The quality of the prep was excellent.  The instrument was then slowly withdrawn as the mucosa was fully examined.



The examination was normal with no endoscopic findings. Retroflexed views in the rectum revealed hemorrhoids.  Mild grade I internal hemorrhoids  The scope was then completely withdrawn from the patient and the procedure terminated.

COMPLICATIONS:    None

ENDOSCOPIC IMPRESSION:
                **1) Normal sigmoidoscopy otherwise**
                **2) Internal hemorrhoids**
RECOMMENDATIONS:
                **1) fiber rich diet**
                **2) follow-up: primary MD PRN**
                **Needs work-up for thrombocytopenia**

REPEAT EXAM:    No

_____
Winnie M. Polen, LT/MC

CC:

| MEDICAL RECORD | REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES |
|---|---|

### A. IDENTIFICATION

1. OPERATION OR PROCEDURE

*Flexible Sigmoidoscopy, possible biopsy*

### B. STATEMENT OF REQUEST

2. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be

*(Description of operation or procedure in layman's language)*

*place a scope into my colon to look for disease*

which is to be performed by or under the direction of Dr.  **Bacaner / Kamdar / Polen**

3. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgement of the professional staff of the below-named medical facility, during the course of the above-named operation or procedure.

4. I request the administration of such anesthesia as may be considered necessary or advisable in the judgement of the professional staff of the below-named medical facility.

5. Exceptions to surgery or anesthesia, if any are:  **OBSERVATION**

*(If "none", so state)*

6. I request the disposal by authorities of the below-named medical facility of any tissue or parts which may be necessary to remove.

7. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions:

    a. The name of the patient and his/her family is not used to identify said pictures.

    b. Said pictures be used only for purposes for medical/dental study or research.

*(Cross out any parts above which are not appropriate)*

### C. SIGNATURES
*(Appropriate items in parts A and B must be completed before signing)*

8. COUNSELING PHYSICIAN/DENTIST: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above:

*(Signature of Counseling Physician/Dentist)*

9. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

*(Signature of Witness, excluding members of operating team)*    *(Signature of Patient)*    11/21/05  1436 *(Date and Time)*

10. SPONSOR OR GUARDIAN: (When patient is a minor or unable to give consent) I, sponsor/guardian of _____ understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

*(Signature of Witness, excluding members of operating team)*    *(Signature of Sponsor/Legal Guardian)*    *(Date and Time)*

| PATIENTS IDENTIFICATION | (For typed or written entries, give: Name--last, first, middle; grade, rank: rate: hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|---|

*Mervin, Daniel*
*201* ▓▓▓▓▓

REQUEST FOR ADMINISTRATION OF ANESTHESIA
AND FOR PERFORMANCE OF OPERATIONS AND
OTHER PROCEDURES

Medical Record

OPTIONAL FORM 522 (12-94)
Prescribed by GSA/ICMR FIRMR (41 CFR)
201-9.202-1

AR 3238

NSN 7540-00-4176                                              AUTHORIZED FOR LOCAL REPRODUCTION

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Date: _DENOUDS_    Branch Medical Clinic 1007, USS TRANQUILLITY, Great Lakes, IL

| # of Cold Packs | # of Canteens | Day of Training | ALLERGIES | Current Medications | SIQ Day # |
|---|---|---|---|---|---|
| 0 | 6 | 2-5 | FEATHERS | Dicloxa Dam Do co sate Calcium | 60 of 7 |

Temp: _97.3_ Pulse: _77_ Resp: _16_ BP: _118/73_ Pulse Ox: _99_ % FDLMP: _____ Tylenol _____

_20_ y/o (MALE) / FEMALE STAFF / RECRUIT with a NEW / (Follow Up) Chief Complaint of _BLEEDING / STOMACH PAIN_

*I request a cold pack /other and DO NOT wish to see a provider.* Patient signature _____

**REVIEW OF SYMPTOMS:**
Fever/Chills ____ Congestion ____ Rhinorrhea ____ Sore throat ____ Nausea ____ Vomiting ____ Diarrhea ____
Constipation ____ Cough ____ (Productive/ Non-Productive)

Other _20 y/o male, with Lt of abdominal pain / intermittently for_
Length of Symptoms _2_ days/ weeks _about 4-5 yrs now_    Pain Scale: (0) 1 2 3 4 5 6 7 8 9 10

**EXAMINATION**                                      Stand-by: (DECLINED) / ACCEPTED _____
General:      WD / WN _+/_ Distress, A&O x _____
HEENT:        NC / AT PERRL, EOMI x 6. Pharynx: Normal / Erythema / Exudate / Tonsillar Hypertrophy / Adenopathy
              TM: Normal / Erythema R / L/ Bilat. Sinuses: NTTP / TTP @ Frontal / Ethmoid / Maxillary
HEART:        Normal / Tachycardic / Bradycardic pulse w/ Murmur / Rubs / Gallops
LUNGS:        CTA Bilaterally w/ Rales / Ronchi / Wheezes in R / L / Bilat ULF / LLF
ABDOMEN:      Soft / NTTP w/ TTP @ RUQ / RLQ / LUQ / LLQ / Rigidity / Rebound / Guarding. BS noted in ____ Quadrants
GU/Vaginal:   see back
Rectal:       see back
Skin:         Normal
Extremities:  Normal

**Radiology/Lab:**
Labs 19 WN
Chem 7 (N)
CBC - Urinalysis V/OS CT P

**ASSESSMENT:** ____ Upper Respiratory Infection ____ Viral Syndrome ____ Other: _____

**PLAN**
| | |
|---|---|
| ____ Continue Current Medications | ____ IV: 1 / 2 Liters NS / LR |
| ____ Tylenol 325 / 500 mg PO Q 4 hr PRN | ____ Nu Tears |
| ____ Motrin 400 / 600 / 800 mg PO TID | ____ Albuterol MDI 1-2 puffs q 4 to 6 H |
| ____ Sudafed 30 mg PO q 6 H | ____ Halls Cough Drops |
| ____ Miraphen / Deconamine 1 tab PO BID | ____ Cepacol Lozenges |
| ____ Afrin / Saline Nasal Spray 2 inh BID x 3 D | ____ Chlorasetic Spray |
| ____ Benzonatate 100 mg PO TID | ____ Phenergan 25 mg PO Q 6 H |
| ____ Robitussin DM / Codeine 2 tsp PO Q 4 H | ____ Benadryl 25 mg PO Q 6 H |
| ____ Bicillin 1.2 Million units IM x 1 now | ____ Throat Culture / RST |
| ____ Amoxicillin 500 mg PO TID x 7 D | ____ X-Ray / Bone Scan |
| ____ Augmentin 875 mg PO BID | ____ Other _____ |
| ____ Biaxin XL 500 mg 2 tab PO daily x 10 D | |
| ____ Z-Pack #1 - Take as directed | |
| ____ Erythromycin 333 mg PO TID x 10 D | |
| ____ Keflex 500 mg PO QID | |
| ____ Hydrocortisone 1% Cream AAA TID | |

| | |
|---|---|
| ____ Fit for Duty (FFD) | |
| ____ LD for ____ Days | |
| ____ SIQ – Follow Up in a.m. | |
| ____ Patient Educated | |
| ____ Increase Fluids | |
| ____ BRAT Diet | |
| ____ Rest, Ice, Compress, Elevation | |
| ____ Follow Up w/ | |

Provider Signature _____

CHRONOLOGICAL RECORD OF MEDICAL CARE
STANDARD FORM 600,
Prescribed by GSA/CMR

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| MERWIN, DANIEL D | | M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| N/A | | |
| SPONSOR'S NAME | | ORGANIZATION |
| N/A | | DIV: 041 SH: 06 |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
| DOD/USN | | 85 |

Additional Documentation on Back of Form  Y  /  N                36062 (6-05)GL

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|



Labs

Surgery consult → w/ Dr. John → Flexible Sigmoidoscopy →
- (N), Internal Hemorrhoids.
- Suffering w/u of thrombocytopenia & may ? CT of abd.
SM- does easy bruising noted on impression
- some smaller kinds of bruising
- & sometimes when he bumps something

NAVHOSP GREAT LAKES IL                          DIVISION: NH GREAT LAKES, 2
Personal Data - Privacy Act of 1974 (PL 93-579)   Automated Version of SF600
                Printed: 21 Nov 2005@1314

GENERAL SURGERY C    POLEN,WINNIE M          21 Nov 2005 1300 SPEC 30    BBAA
REF: DINKEL,TROY A                CMT: nsp
RSN: D/W Dr. Polen, hematochezia (constipation, small fissure, hemorrhoid) reche
Detail Codes:                                INSURANCE YES/NO:
=============================================================================
BP: 123/69  PULSE: 93    RESP: 18    TEMP: 98.6°F  HT: 68"  WT: 116  AGE: 20
=============================================================================
ALLERGIES:

MEDS: DOCUSATE CALCIUM, TYLENOL, Bentyl

ETOH: N/A

TOB: N/A

PAIN: 2/10

                    V/S taken by HN MEDINA

ADDITIONAL COMMENTS:

D/W DR POLEN, HEMATOCHEZIA (CONSTIPATION, SMALL FISSURE, HEMORRHOID) NL H/H
WILL RECHECK ON 11/21 AT 1300
          PAGE 1          -    END OF TEXT    -

PMHx
∅

PSHx
T+A

S/ 20 yo recruit male DOT 2/2
⊕ abdominal pain intermittently over years. Last 2 weeks has had pain
daily. ? Assoc c eating.
Has had occ blood in stool — told it was normal or due to a hemorrhoid
FamHx — father c irritable bowel syndrome ?
⊕ gums bleeding c brushing "for a while"

O/ NAD
∅ pale
ABD soft, ND. ∅TTP. ∅ masses
∅ umbilical or ⊕ inguinal hernias. ⊕ testes ↓
Anal exam → NL tone, ∅ masses. ∅ fissure. ∅TTP. ∅ blood.
Flex sig → NL to prox transverse. Mild grade I int hemorrhoids

Labs
LFT NL
A/L NL
Lytes NL
9 >14/40< (105)

A/ Grade I internal hemorrhoids, thrombocytopenia with clinical manifestations (easy bruising/bleeding!)

P/ Needs work-up for thrombocytopenia!
Flu c PCP for repeat CT with Po +IV contrast
↑ fluids, avoid constipation, ↑ fiber

                                        LN/Polen

=============================================================================
20/███████  MERWIN,DANIEL DENNIS        N13
              1985  MALE               W:NONE      H:NONE
          Spon: MERWIN,DANIEL DENNIS  CIC:  ORIGINAL   AR 3241

**General Surgery Clinic**
**United States Naval Hospital**
**3001 A 6th Street**
**Great Lakes, IL 60088-5230**
**Phone: (847)688-2095**
**Fax: (847)688-3505**

### OPERATIVE PROCEDURE REPORT - 11/21/2005

PATIENT:      **Merwin, Daniel**
BIRTHDATE:    ███1985                    GENDER:          male
AGE:          20

ENDOSCOPIST:  Winnie M. Polen, LT/MC
ASSISTANT:    Nastarsha N. Bishop, HM3/USN

PROCEDURE:    **Flexible Sigmoidoscopy, diagnostic**

INDICATIONS:  hematochezia

MEDICATIONS:  None

DESCRIPTION OF PROCEDURE:   After the risks benefits and alternatives of the procedure were thoroughly explained, informed consent was obtained. Digital rectal exam was performed and revealed no abnormalities.   The Pentax ES-3830 endoscope was introduced through the anus and advanced to the proximal transverse colon.  The quality of the prep was excellent.  The instrument was then slowly withdrawn as the mucosa was fully examined.



The examination was normal with no endoscopic findings. Retroflexed views in the rectum revealed hemorrhoids.  Mild grade I internal hemorrhoids  The scope was then completely withdrawn from the patient and the procedure terminated.

COMPLICATIONS:   None

ENDOSCOPIC IMPRESSION:
          **1) Normal sigmoidoscopy otherwise**
          **2) Internal hemorrhoids**
RECOMMENDATIONS:
          **1) fiber rich diet**
          **2) follow-up: primary MD PRN**
          **Needs work-up for thrombocytopenia**

REPEAT EXAM:  No

Winnie M. Polen, LT/MC

CC:

F/U fu E.R.

NSN 7540-00-4176             **AUTHORIZED FOR LOCAL REPRODUCTION**

## CHRONOLOGICAL RECORD OF MEDICAL CARE
Branch Medical Clinic 1007, USS TRANQUILLITY, Great Lakes, IL

**Date:** 20 NOV 05

| # of Cold Packs | # of Canteens | Day of Training | ALLERGIES | Current Medications | SIQ Day # |
|---|---|---|---|---|---|
| Ø | 5 | 2-4 | FEATHERS | Rx TYLONAL | 2 |

**Temp:** 97.1 **Pulse:** 90 **Resp:** 20 **BP:** 116/74 **Pulse Ox:** 98 % **FDLMP:** ___ **Tylenol** ___

20 y/o MALE / FEMALE STAFF / RECRUIT with a NEW / (Follow Up) Chief Complaint of Blood in Stool / Stomach PAIN

*I request a cold pack /other and DO NOT wish to see a provider.* Patient signature _____

**REVIEW OF SYMPTOMS:**
Fever/Chills ✓ Congestion ___ Rhinorrhea ___ Sore throat ___ Nausea ✓ Vomiting ___ Diarrhea ✓
Constipation ___ Cough ___ (Productive/ Non-Productive)

Other Abdominal pain Severe.

Length of Symptoms 2 days (weeks)

Pain Scale: 0 1 2 3 4 5 6 7 (8) 9 10

**EXAMINATION**      Stand-by: DECLINED / ACCEPTED ___

General: WD / WN +/− Distress, A & O x   V.S.S — N.D. — W.D — W/P.

HEENT: NC / AT PERRL, EOMI x 6. Pharynx: Normal / Erythema / Exudate / Tonsillar Hypertrophy / Adenopathy
TM: Normal / Erythema R / L / Bilat. Sinuses: NTTP / TTP @ Frontal / Ethmoid / Maxillary

HEART: Normal / Tachycardic / Bradycardic pulse w/ Murmur / Rubs / Gallops

LUNGS: CTA Bilaterally w/ Rales / Ronchi / Wheezes in R / L / Bilat ULF / LLF

ABDOMEN: Soft / NTTP w/ TTP @ RUQ / RLQ / LUQ / LLQ / Rigidity / Rebound / Guarding. BS noted in 4 Quadrants

GU/Vaginal: see back

Rectal: see back → anus → ⊘ hemmeroids, ⊘ ___

Skin: Normal

Extremities: Normal

**Radiology/Lab:** C.T. of Pelvis / Abd (11-18) → reported by pr as "Normal"

**ASSESSMENT:** ___ Upper Respiratory Infection ___ Viral Syndrome ___ Other: IBS ??

**PLAN**

| | | |
|---|---|---|
| ✓ Continue Current Medications | ___ IV: 1 / 2 Liters NS / LR | ___ Fit for Duty (FFD) |
| ___ Tylenol 325 / 500 mg PO Q 4 hr PRN | ___ Nu Tears | ___ LD for ___ Days (from E.R.) |
| ___ Motrin 400 / 600 / 800 mg PO TID | ___ Albuterol MDI 1-2 puffs q 4 to 6 H | ___ SIQ – Follow Up in a.m. |
| ___ Sudafed 30 mg PO q 6 H | ___ Halls Cough Drops | ✓ Patient Educated |
| ___ Miraphen / Deconamine 1 tab PO BID | ___ Cepacol Lozenges | ✓ Increase Fluids |
| ___ Afrin / Saline Nasal Spray 2 inh BID x 3 D | ___ Chlorasetic Spray | ___ BRAT Diet |
| ___ Benzonatate 100 mg PO TID | ___ Phenergan 25 mg PO Q 6 H | ___ Rest, Ice, Compress, Elevation |
| ___ Robitussin DM / Codeine 2 tsp PO Q 4 H | ___ Benadryl 25 mg PO Q 6 H | ✓ Follow Up w/ 1007 |
| ___ Bicillin 1.2 Million units IM x 1 now | ___ Throat Culture / RST | |
| ___ Amoxicillin 500 mg PO TID x 7 D | ___ X-Ray / Bone Scan | & have Surg. consult |
| ___ Augmentin 875 mg PO BID | ___ Other ___ | |
| ___ Biaxin XL 500 mg 2 tab PO daily x 10 D | | |
| ___ Z-Pack #1 - Taken as directed | | |
| ___ Erythromycin 333 mg PO TID x 10 D | Provider Signature | R.A. STRNAD LT/265 MDR CLINIC 237 STAFF |
| ___ Keflex 500 mg PO QID | | |
| ___ Hydrocortisone 1% Cream AAA TID | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
STANDARD FORM 600,
Prescribed by GSA/CMR

| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
|---|---|---|---|
| MERWIN, DANIEL, D | | | M |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| N/A | | | |
| SPONSOR'S NAME | | ORGANIZATION | |
| N/A | | DIV: 041 SH: 06 | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |
| DOD/USN | ███████ | | 185 |

Additional Documentation on Back of Form  Y ___ N ___

36062 (6-05)GL

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|------|--------------------------------------------------------------------------|



Labs

NSN 7540-00-4176                                                    **AUTHORIZED FOR LOCAL REPRODUCTION**

# CHRONOLOGICAL RECORD OF MEDICAL CARE
Branch Medical Clinic 1007, USS TRANQUILLITY, Great Lakes, IL

Date: 08JAN05

| # of Cold Packs | # of Canteens | Day of Training | ALLERGIES | Current Medications | SIQ Day # |
|---|---|---|---|---|---|
| 0 | 3 | P-5 | FEATHERS | NONE | |

Temp: 98.7    Pulse:____    Resp:____    BP:____    Pulse Ox:____ %  FDLMP:____    Tylenol____

20 y/o MALE / FEMALE  STAFF / RECRUIT with a  NEW / Follow Up  Chief Complaint of VOMITING

*I request a cold pack /other and DO NOT wish to see a provider.*  Patient signature _____

**REVIEW OF SYMPTOMS:**
Fever/Chills ____  Congestion ____  Rhinorrhea ____  Sore throat ____  Nausea ✓  Vomiting ✓  Diarrhea ____
Constipation ____  Cough ____  (Productive/ Non-Productive)

Other _____                                          x3 /24

Length of Symptoms | days/ weeks                Pain Scale:  0  1  2  3  4  5  6  7  8  9  10

**EXAMINATION**                              Stand-by:  DECLINED / ACCEPTED _____

General:     WD / WN  + / −  Distress,  A & O x 3
HEENT:      NC / AT  PERRL, EOMI x 6  Pharynx: Normal / Erythema / Exudate / Tonsillar Hypertrophy / Adenopathy
             TM: Normal / Erythema R / L/ Bilat.  Sinuses: NTTP / TTP @ Frontal / Ethmoid / Maxillary
HEART:      Normal / Tachycardic / Bradycardic pulse w/ Murmur / Rubs / Gallops
LUNGS:      CTA Bilaterally  w/  Rales / Ronchi / Wheezes in  R / L / Bilat  ULF / LLF
ABDOMEN:  Soft / NTTP  w/ TTP @ RUQ / RLQ / LUQ / LLQ / Rigidity / Rebound / Guarding.  BS noted in  4  Quadrants
GU/Vaginal:  see back
Rectal:      see back
Skin:        Normal
Extremities:  Normal

Radiology/Lab:

**ASSESSMENT:** ____ Upper Respiratory Infection ____ Viral Syndrome ____ Other: VGE

**PLAN**
____ Continue Current Medications
____ Tylenol 325 / 500 mg  PO Q 4 hr PRN
____ Motrin  400 / 600 / 800  mg PO TID
____ Sudafed 30 mg PO q 6 H
____ Miraphen / Deconamine 1 tab PO BID
____ Afrin / Saline Nasal Spray 2 inh BID x 3 D
____ Benzonatate 100 mg PO TID
____ Robitussin DM / Codeine 2 tsp PO Q 4 H
____ Bicillin 1.2 Million units IM x 1 now
____ Amoxicillin 500 mg PO TID x 7 D
____ Augmentin 875 mg PO BID
____ Biaxin XL 500 mg 2 tab PO daily x 10 D
____ Z-Pack #1 - Take as directed
____ Erythromycin 333 mg PO TID x 10 D
____ Keflex 500 mg PO QID
____ Hydrocortisone 1% Cream AAA TID

____ IV: 1 / 2 Liters  NS / LR
____ Nu Tears
____ Albuterol MDI 1-2 puffs q 4 to 6 H
____ Halls Cough Drops
____ Cepacol Lozenges
____ Chloraseptic Spray
____ Phenergan 25 mg PO Q 6 H
____ Benadryl 25 mg PO Q 6 H
____ **Throat Culture / RST**
____ **X-Ray / Bone Scan**
____ Other _____

____ Fit for Duty (FFD)
____ LD for ____ Days
____ SIQ – Follow Up in a.m.
✓ Patient Educated
✓ Increase Fluids
____ BRAT Diet
____ Rest, Ice, Compress, Elevation
____ Follow Up w/ _____

JESUS A. LEDESMA
8867
HMC (FMF) IDC USN

Provider Signature _____

CHRONOLOGICAL RECORD OF MEDICAL CARE
STANDARD FORM 600,
Prescribed by GSA/CMR

| PATIENT'S NAME *(Last, First, Middle Initial)* | | SEX |
|---|---|---|
| MERWIN, DANIEL, D | | M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| N/A | | |
| SPONSOR'S NAME | | ORGANIZATION |
| N/A | | DIV: 041  SH: 06 |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
| DOD/USN | | 1985 |

Additional Documentation on Back of Form  Y / N                       36062 (6-05)GI

EMERGENCY CARE & TREATMENT _ NH GREAT LAKES, 200H    LOG NUMBER: 051119-00002

Arrival Date/Time: 19 Nov 2005@0334          | 3rd Party Payer: NO
Trans to Hospital: AMBULANCE                  | Time Seen: 0342
History Obtained From: PATIENT                | Category: A

Addr: SHIP 03 DIV 041      GREAT LAKES, IL  60088 | Phone: NONE
Chief Complaint: ABD PX X 2 WKS WITH BLOODY STOOLS | Sex: MALE    Age: 20

| VITAL SIGNS | Medications |
Time          |
BP-SY         |
BP-DI         |
Pulse         |
Resp          |
Temp          |
WT-Ped        |

Orders    Inits  Time

DISPOSITION
_Home    _Full Duty
_Quarters
_24hrs  _48hrs  _72hrs

Modified Duty Until:
Day:___  Mon:___  Yr:___

Referred to:_____

_Emergency
_72 hours    _Routine

Admitted to:

Others:

Condition Upon Release:
_Improved   _Unchanged
_Deteriorated
Release Time:_____

Signature of Provider/Stamp:

Instructions to Patient:

I HAVE RECEIVED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS

207_____  MERWIN,DANIEL DENNIS            N13
            1985  MALE                       M:NONE        H:NONE
            Loc: EMERGENCY MEDICAL CARE 200H
Spon: MERWIN,DANIEL DENNIS        Rank: SR        D:NONE
Unit: NAVCRUITRACOM             RR: FA COURAGE RECORDS NRMC 1007

AR 3246

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|



Labs

NH 6010/40 (12/97)

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

14NOV05

NAVAL HOSPITAL GREAT LAKES ILLINOIS
RECRUIT MEDICINE

INGROWN TOENAIL

S: 18 y.o. (male)/female with c/o ingrown toenail to (left)/right 5th digit

Allergies: X 5 days duration

N/CDA

O: Tenderness to palpation of the tibial/fibular nail border of the

Meds:

(left)/right 5th digit

Doxy
Calcim.

- Erythema, effusion and elevated skin temperature noted/(not noted)

- Drainage (noted)/not noted  Purulent

- Neurovascular status intact left/right foot D/P + P/T + CFT 3 SEC.

A: (✓) Paronychia  5  digit(s) (left)/right foot

( ) Onychocryptosis _____ digit(s) left/right foot

P: (✓) Pt. education on diagnosis, treatment and local wound care

(✓) Consent for local anesthesia  Lidocaine  without epinephrine

(✓) Prepare, drape and scrub hallux in a sterile manner

(✓) Total/Partial/Simple nail avulsion (left)/right  5th  digit(s)

(✓) H2O2 flush and dry sterile dressing applied

( ) Domboro's soaks as directed

(✓) Light duty for  2  days and tennis shoes for  2  days

(✓) Pt tolerated procedure with/(without) complications

(✓) Follow-up PRN  Podiatry  and Pt advised on care

( ) Dicloxicillin 250mg #40/80  i/ii PO QID till out

(✓) Motrin (800mg)/600mg i PO TID with food #9

LAWRENCE E WALTER
CDR MC USN

| PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)* | RECORDS MAINTAINED AT: | BRANCH MEDICAL CLINIC |  |
|---|---|---|---|
|  | PATIENT'S NAME *(Last, First, Middle Initial)* |  | SEX |
|  | MERWYN, DANIEL |  | MALE |
|  | RELATIONSHIP TO SPONSOR N/A | STATUS URT | RANK/GRADE SR/E-1 |
|  | SPONSOR'S NAME N/A | ORGANIZATION DIV: 041 SH: 6 |  |
|  | DEPART./SERVICE 1301/USN | SSN/IDENTIFICATION NO. | DATE OF BIRTH 86 |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

AR 3248

Standard Form 600
Scantron System  (Rev 4/95)

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| Date | Symptoms, Diagnosis, Treatment Treating Organization    *(Sign each entry)* |
|---|---|
| NOV 07 2005 | NAVHOSP. BMC 1523. Great Lakes. IL 60088 |
| | S)   Review Of Medical History Reveals An Allergy To The Following: |
| | Feathers _ SOB - No chest pain. |
| | |
| | History Confirmed By Service Member.   Service Member: ☐ Does Not Wear Contacts. |
| | ☐ Wears Contacts. |
| | usually goes away ☐ Plans To Wear Contacts. |
| | w/o any medication when allergen |
| | is removed. |
| | |
| | A) ☑ Allergy To:    Feathers |
| | ☐ No Allergy. |
| | |
| | A)   RTD |
| | ☑ Allergy Tag Ordered. |
| | |
| | Provider: |
| | Obedoza, E., MD |
| | OBEDFR- |
| | GMO/Staff |
| 11/8/05 - | Sir can eat chicken & eggs w/o any problem. |
| | EDEN U. PADILLA, M.D. |
| | PADIED |
| | GMO/STAFF |

| Patient's Identificatio *(Use This Space For Mechanical Imprint)* | Records Maintained At: » | NAVHOSP, BMC 1007 RTC GREAT LAKES, GREAT LAKES, IL 60088 |
|---|---|---|
| | Patient's Name *(Last, First, Middle Initial)* MERWIN, DANIEL | | Sex M |
| | Relationship To Sponsor | Status USN | Rank / Grade SR |
| | Sponsor's Name | | Organization 041/ |
| | Depart. / Service USN | SSN / Identification No ■■■■ | Date Of Birth ■■91985 |

NBN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | **USS RED ROVER  BRANCH MEDICAL CLINIC**<br>**RECRUIT TRAINING COMMAND, GREAT LAKES** |
| | **IMMUNIZATIONS:** RECRUIT WAS PROVIDED INFORMATION ON: MEASLES, MUMPS, & RUBELLA (MMR), BICILLIN, HEPATITIS-A, MENINGOCOCCAL, YELLOW FEVER, TETANUS-DIPHTHERIA, AND INACTIVATED POLIOVIRUS VACCINES. RECRUIT WAS GIVEN THE OPPORTUNITY TO ASK QUESTIONS AND DISCLOSE KNOWN ALLERGIES AND ADVERSE REACTIONS TO PREVIOUS IMMUNIZATIONS. |
| | **WELLNESS TRAINING:** RECRUIT ATTENDED TRAINING ON GENDER SPECIFIC SELF-EXAMINATIONS (i.e. BREAST, PAP & TESTICULAR EXAMINATIONS). VIDEOS AND TEACHING AIDS WERE USED FOR DEMONSTRATIONS. TOBACCO CESSATION, BASIC NUTRITION, CONTRACEPTION, SEXUALLY TRANSMITTED DISEASES (i.e. AIDS), GENDER SPECIFIC INFECTIONS, HYGIENE AND GENERAL HEALTH TOPICS WERE DISCUSSED. VARICELLA TITER INDICATES NON IMMUNE. VARICELLA WAS GIVEN. INDIVIDUAL WAS ADVISED TO AVOID PREGNANCY FOR ONE MONTH AFTER RECEIVING VARICELLA & THREE MONTHS AFTER RECEIVING ALL OTHER LIVE VIRUSES. QUESTIONS WERE ENCOURAGED THROUGHOUT THE CLASS. |
| NOV 0 7 2005 | **RECORD REVIEW:** RECRUIT MEDICAL SCREENING AND REVIEW OF MEDICAL HISTORY CONDUCTED IAW: MANUAL OF THE MEDICINE, CHAPTER 15, ARTICLE 26. SIGNIFICANT FINDINGS AND DEFECTS, IF ANY, ARE NOTED BELOW.<br>**BICILLIN 1.2MU WAS/ WAS NOT GIVEN ON THIS DATE.** |
| | **PEN VK 250 MG 1 TAB PO BID WAS/ WAS NOT GIVEN** |
| | **RECORDS DIVISION STAFF STAMP/SIGNATURE**<br>**COLLECTED BY:** |
| | **REVIEWED BY:**                                    **MEPS LOCATION:** |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART /SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade )* | REGISTER NO | WARD NO |
|---|---|---|
| MERWIN, DANIEL R20060411<br>-85 E11Y | | |

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

**NOV 07 2005**

**MEDS.**

NONE

Inprocessing Screening Examination
Naval Hospital, Branch Optometry Clinic, Great Lakes, IL 60088-5233

CONTACT LENSES     TYPE:          WEARER X:          OUT X:

**TRAUMA/SURG** ⊘          **GLAU** ⊘          **FOH** ⊘

**ALLG.**

NKDA

| | UNAIDED VA: | VA WITH OLD SPECTACLES: | | SPHERE | CYLINDER |
|---|---|---|---|---|---|
| | OD 20/ 50 | OD 20/ | | OD — | X |
| | OS 20/ 40 | OS 20/ | | OS — | X |

**NCT**

FALANT: 9 (PASS)     FAILED

**OD:**

**OS:**

| P_RRL | APD | EOM | CT |
|---|---|---|---|

| INTERPUPILLARY DIS DISTANCE NEAR 59 | EYE SIZE 48 | BRIDGE SIZE 20 | TEMPLE LENGTH AND STYLE CC5 |
|---|---|---|---|

**@**

**NEW RX**

SINGLE VISION

| | SPHERE | CYLINDER | AXIS | DECENTRATION IN OUT | PRISM | BASE | ACUITY |
|---|---|---|---|---|---|---|---|
| R | -1.50 | -0.50 | 091 | | NC | | 20/ 20 |
| L | -1.50 | X | | | | | 20/ 20 |

**SLE**          A) MEETS MINIMUM STANDARDS
                        FOR VISION AND COLOR.
**INT/CD**          B) SCREENING RX ONLY FOR
                        SPECTACLES F/U IN 3 MONTHS.
**MACULA**

HM2 WARE
USN/AD

**DROPS FOR DILATION**

| OD | OS | OU |
|---|---|---|
| 1 | 2 | 3 |

A:1.

— 1/2%ALCAINE
— 1%MYDRIACYL          2.
— 21/2%NEOSYN
— 1%CYCLOGEL
— 2%CYCLOGEL

**TIME GIVEN**          P: 1. FT SRX

**INITIALS**          2. RTC ANUAL/PRN

| NAME (Last, First, Middle) | | SSN | BRANCH/CLASS |
|---|---|---|---|
| MERWIN, DANIEL D | R20060411 | | 11 |

| DATE OF BIRTH | SEX | RACE | DEPARTMENT | ORGANIZATION |
|---|---|---|---|---|
| 85 | M | | DOD | RTC GREAT LAKES |

AR 3251

STANDARD FORM 600 (REV. 5-84) Prescribed by          CHRONOLOGICAL RECORD OF MEDICAL CARE          RTC MED-DE
GSA and ICMR FIRMR (41 CFR) 201-45.505                                                                                              NETPMSA O

| REPORT OF MEDICAL EXAMINATION | 1. DATE OF EXAMINATION *(YYYYMMDD)* | 2. SOCIAL SECURITY NUMBER |
|---|---|---|

**PRIVACY ACT STATEMENT**

**AUTHORITY:** 10 USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397.
**PRINCIPAL PURPOSE(S):** To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members from the Armed Forces.
**ROUTINE USE(S):** None.
**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

| 3. LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | 4. HOME ADDRESS *(Street, Apartment Number, City, State and ZIP Code)* | 5. HOME TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| Merwin, DANIEL D | PENSACOLA , FL | |

| 6. GRADE | 7. DATE OF BIRTH *(YYYYMMDD)* | 8. AGE | 9. SEX | 10.a. RACIAL CATEGORY *(X one or more)* | b. ETHNIC CATEGORY |
|---|---|---|---|---|---|
| E4 | 1985 | 24 | Female / ☒ Male | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☒ White | ☐ Hispanic/Latino  ☐ Not Hispanic/Latino |

| 11. TOTAL YEARS GOVERNMENT SERVICE | | 12. AGENCY *(Non-Service Members Only)* | 13. ORGANIZATION UNIT AND UIC/CODE |
|---|---|---|---|
| a. MILITARY 3y 10m | b. CIVILIAN | | NIOC PENSACOLA 7495 |

| 14.a. RATING OR SPECIALTY *(Aviators Only)* | b. TOTAL FLYING TIME | c. LAST SIX MONTHS |
|---|---|---|
| | | |

| 15.a. SERVICE | b. COMPONENT | c. PURPOSE OF EXAMINATION | 16. NAME OF EXAMINING LOCATION, AND ADDRESS *(Include ZIP Code)* |
|---|---|---|---|
| ☐ Army  ☐ Coast Guard  ☒ Navy  ☐ Marine Corps  ☐ Air Force | ☒ Active Duty  ☐ Reserve  ☐ National Guard | ☐ Enlistment  ☐ Commission  ☐ Retention  ☐ Separation  ☐ Medical Board  ☐ Retirement  ☐ U.S. Service Academy  ☐ ROTC Scholarship Program  ☒ Other REENLISTMENT | NBHC CORRY CLINIC  790 VETERANS WAY  PENSACOLA, FL 32511 |

**CLINICAL EVALUATION** *(Check each item in appropriate column. Enter "NE" if not evaluated.)*

| | Normal | Abnorm | NE |
|---|---|---|---|
| 17. Head, face, neck, and scalp | ✓ | | |
| 18. Nose | ✓ | | |
| 19. Sinuses | ✓ | | |
| 20. Mouth and throat | ✓ | | |
| 21. Ears - General *(Int. and ext. canals/Auditory acuity under item 71)* | ✓ | | |
| 22. Drums *(Perforation)* | ✓ | | |
| 23. Eyes - General *(Visual acuity and refraction under items 61 - 63)* | ✓ | | |
| 24. Ophthalmoscopic | ✓ | | |
| 25. Pupils *(Equality and reaction)* | ✓ | | |
| 26. Ocular motility *(Associated parallel movements, nystagmus)* | ✓ | | |
| 27. Heart *(Thrust, size, rhythm, sounds)* | ✓ | | |
| 28. Lungs and chest *(Include breasts)* | ✓ | | |
| 29. Vascular system *(Varicosities, etc.)* | ✓ | | |
| 30. Anus and rectum *(Hemorrhoids, Fistulae)* *(Prostate if indicated)* | | ✓ | |
| 31. Abdomen and viscera *(Include hernia)* | ✓ | | |
| 32. External genitalia *(Genitourinary)* | ✓ | | |
| 33. Upper extremities | ✓ | | |
| 34. Lower extremities *(Except feet)* | ✓ | | |
| 35. Feet *(See Item 35 Continued)* | ✓ | | |
| 36. Spine, other musculoskeletal | ✓ | | |
| 37. Identifying body marks, scars, tattoos | | ✓ | |
| 38. Skin, lymphatics | ✓ | | |
| 39. Neurologic | ✓ | | |
| 40. Psychiatric *(Specify any personality deviation)* | ✓ | | |
| 41. Pelvic *(Females only)* | NA | | |
| 42. Endocrine | | | |

**44. NOTES:** *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)*

37. MST- Tatoos
(L) Deltoid- "USN" with Anchor and Shark
(L) Pectoralis - 1" Star (Blue/Red)
(R) Shoulder Blade - Eagle with US Flag
CIRC

| 43. DENTAL DEFECTS AND DISEASE *(Please explain. Use dental form if completed by dentist. If dental examination not done by dental officer, explain in item 44.)* | 35. FEET *(Continued) (Circle category)* |
|---|---|
| ☒ Acceptable  ☐ Not Acceptable  Class 3 | (Normal Arch)   Mild   Asymptomatic  Pes Cavus   Moderate  Pes Planus   Severe   Symptomatic |

**DD FORM 2808, OCT 2005**   DoD exception to SF 88 approved by ICMR, August 3, 2000.   Page 1 of 3 Pages
PREVIOUS EDITION IS OBSOLETE.   Adobe Professional 7.0

| LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | | | SOCIAL SECURITY NUMBER | |
|---|---|---|---|---|
| MERWIN, DANIEL D | | | ███ █████ ████ | |

## LABORATORY FINDINGS

| 45. URINALYSIS | | 46. URINE HCG | 47. H/H | 48. BLOOD TYPE |
|---|---|---|---|---|
| a. Albumin | | | | O+ |
| b. Sugar | | | | |

| TESTS | RESULTS | HIV SPECIMEN ID LABEL | DRUG TEST SPECIMEN ID LABEL |
|---|---|---|---|
| 49. HIV   02OCT09 | NEG | | |
| 50. DRUGS | | | |
| 51. ALCOHOL | | | |
| 52. OTHER   RPR | NON-REACTIVE | | |
| a. PAP SMEAR | | | |
| b. | | | |
| c. | | | |

## MEASUREMENTS AND OTHER FINDINGS

| 53. HEIGHT | 54. WEIGHT | 55. MIN WGT - MAX WGT | MAX BF % | 56. TEMPERATURE | 57. PULSE |
|---|---|---|---|---|---|
| 68 in | 145 lbs. | | | 98.4 | 12 |

| 58. BLOOD PRESSURE | | | 59. RED/GREEN (Army Only) | 60. OTHER VISION TEST |
|---|---|---|---|---|
| a. 1ST | b. 2ND | c. 3RD | | |
| SYS. 108 | SYS. | SYS. | | |
| DIAS. 64 | DIAS. | DIAS. | | |

| 61. DISTANT VISION | | 62. REFRACTION BY AUTOREFRACTION OR MANIFEST | | | 63. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| Right 20/ | Corr. to 20/ 20 | By | S. | CX | Right 20/20 | Corr. to 20/ | by |
| Left 20/ | Corr. to 20/ 20 | By | S. | CX | Left 20/ 20 | Corr. to 20/ | by |

| 64. HETEROPHORIA (Specify distance) | | | | | | | |
|---|---|---|---|---|---|---|---|
| ES° | EX° | R.H. | L.H. | Prism div. | Prism Conv CT | NPR | PD |

| 65. ACCOMMODATION | | 66. COLOR VISION (Test used and result) | 67. DEPTH PERCEPTION (Test used and score) AFVT | |
|---|---|---|---|---|
| Right | Left | PIP                    /14 | Uncorrected | Corrected |

| 68. FIELD OF VISION | 69. NIGHT VISION (Test used and score) | 70. INTRAOCULAR TENSION | |
|---|---|---|---|
| | | O.D. | O.S. |

| 71a. AUDIOMETER | Unit Serial Number | | | | | 71b. Unit Serial Number | | | | | | 72a. READING ALOUD TEST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Calibrated (YYYYMMDD) | | | | | | Date Calibrated (YYYYMMDD) | | | | | | | |
| HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | SAT | UNSAT |
| Right | 5 | 5 | 0 | 10 | 10 | -5 | Right | | | | | | | 72b. VALSALVA |
| Left | 0 | 5 | 15 | 20 | 10 | 15 | Left | | | | | | | SAT | UNSAT |

| 73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY (Use additional sheets if necessary.) |
|---|

CHOLESTEROL: 190
    HDL: 56
  TRIGlYCERIDE: 221 (H)
      LDL: 90

| LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| Merwin, Daniel | |

| 74.a. EXAMINEE/APPLICANT (check one) | 75. I have been advised of my disqualifying condition. | |
|---|---|---|
| ✓ IS QUALIFIED FOR SERVICE  Reenlistment | a. SIGNATURE OF EXAMINEE | b. DATE (YYYYMMDD) |
| IS NOT QUALIFIED FOR SERVICE | | |

**b. PHYSICAL PROFILE**

| P | U | L | H | E | S | X | PROFILER INITIALS | DATE (YYYYMMDD) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**76. SIGNIFICANT OR DISQUALIFYING DEFECTS**

| ITEM NO. | MEDICAL CONDITION/DIAGNOSIS | ICD CODE | PROFILE SERIAL | RBJ DATE (YYYYMMDD) | QUALI-FIED | DIS-QUALI-FIED | EXAMINER INITIALS | WAIVER RECEIVED SERVICE | DATE (YYYYMMDD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**77. SUMMARY OF DEFECTS AND DIAGNOSES** (List diagnoses with item numbers) (Use additional sheets if necessary.)

37. MST - NCD

73. Noted Elevated Triglycerides - Discussed Diet - NCD

**78. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED** (Specify) (Use additional sheets if necessary.)

D/co pt. Routine Health Maintenance, TSE, Diet

**79. MEPS WORKLOAD** (For MEPS use only)

| WKID | ST | DATE (YYYYMMDD) | INITIAL | WKID | ST | DATE (YYYYMMDD) | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**80. MEDICAL INSPECTION DATE**

| | HT | WT | %BF | MAX WT | HCG | QUAL | DISQ | PHYSICIAN'S SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 81.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER  ROBERT COUNTRYMAN  LCDR  USN  PA-C  2511 | b. SIGNATURE |
|---|---|
| 82.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | b. SIGNATURE |
| 83.a. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which)  KAREN S. SMITH COR DC USN | b. SIGNATURE  K Smith, CDR |
| 84.a. TYPED OR PRINTED NAME OF REVIEWING OFFICER/APPROVING AUTHORITY | b. SIGNATURE |

**85. This examination has been administratively reviewed for completeness and accuracy.**

| a. SIGNATURE | b. GRADE | c. DATE (YYYYMMDD) |
|---|---|---|
| | | |

| 86. WAIVER GRANTED (If yes, date and by whom) | 87. NUMBER OF ATTACHED SHEETS |
|---|---|
| YES | |
| NO | |

**DD FORM 2808, OCT 2005**

# REPORT OF MEDICAL HISTORY
**(This information is for official and medically confidential use only and will not be released to unauthorized persons.)**

OMB No. 0704-0413
OMB approval expires
Mar 31, 2010

The public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services Directorate (0704-0413). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ORGANIZATION. RETURN COMPLETED FORM AS INDICATED ON PAGE 2.**

## PRIVACY ACT STATEMENT

**AUTHORITY:** 10 USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397 (SSAN).
**PRINCIPAL PURPOSE(S):** To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members from the Armed Forces.
**ROUTINE USE(S):** None.
**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

**WARNING:** The information you have given constitutes an official statement. Federal law provides severe penalties (up to 5 years confine- ment or a $10,000 fine or both), to anyone making a false statement. If you are selected for enlistment, commission, or entrance into a commissioning program based on a false statement, you can be tried by military courts-martial or meet an administrative board for discharge and could receive a less than honorable discharge that would affect your future.

| 1. LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | 2. SOCIAL SECURITY NUMBER | 3. TODAY'S DATE (YYYYMMDD) |
|---|---|---|
| MERWIN, DANIEL D | | 2009 SEP 03 |

| 4.a. HOME ADDRESS (Street, Apartment No., City, State, and ZIP Code) | 5. EXAMINING LOCATION AND ADDRESS (Include ZIP Code) |
|---|---|
| PENSACOLA FL | NBHC CORRY CLINIC 790 VETERANS WAY PENSACOLA FL, 32511 |

**b. HOME TELEPHONE** (Include Area Code)

**X ALL APPLICABLE BOXES:**

**7.a. POSITION** (Title, Grade, Component): CTN

| 6.a. SERVICE | b. COMPONENT | c. PURPOSE OF EXAMINATION | |
|---|---|---|---|
| Army / Coast Guard | ☒ Active Duty | ☐ Enlistment | ☐ Medical Board  ☐ Other (Specify) |
| ☒ Navy | ☐ Reserve | ☐ Commission | ☐ Retirement |
| ☐ Marine Corps | ☐ National Guard | ☒ Retention | ☐ U.S. Naval Academy |
| ☐ Air Force | | ☐ Separation | ☐ ROTC Scholarship Program |

**b. USUAL OCCUPATION:** Crypto Tech

| 8. CURRENT MEDICATIONS (Prescription and Over-the-counter) | 9. ALLERGIES (Including insect bites/stings, foods, medicine or other substance) |
|---|---|
| NONE | NONE |

**Mark each item "YES" or "NO". Every item marked "YES" must be fully explained in Item 29 on Page 2.**

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO | 12. (Continued) | YES | NO |
|---|---|---|---|---|---|
| 10.a. Tuberculosis | ○ | ◉ | f. Foot trouble (e.g., pain, corns, bunions, etc.) | ○ | ◉ |
| b. Lived with someone who had tuberculosis | ○ | ◉ | g. Impaired use of arms, legs, hands, or feet | ○ | ◉ |
| c. Coughed up blood | ○ | ◉ | h. Swollen or painful joint(s) | ○ | ◉ |
| d. Asthma or any breathing problems related to exercise, weather, pollens, etc. | ○ | ◉ | i. Knee trouble (e.g., locking, giving out, pain or ligament injury, etc.) | ○ | ◉ |
| e. Shortness of breath | ○ | ◉ | j. Any knee or foot surgery including arthroscopy or the use of a scope to any bone or joint | ○ | ◉ |
| f. Bronchitis | ○ | ◉ | k. Any need to use corrective devices such as prosthetic devices, knee brace(s), back support(s), lifts or orthotics, etc. | ○ | ◉ |
| g. Wheezing or problems with wheezing | ○ | ◉ | l. Bone, joint, or other deformity | ○ | ◉ |
| h. Been prescribed or used an inhaler | ○ | ◉ | m. Plate(s), screw(s), rod(s) or pin(s) in any bone | ○ | ◉ |
| i. A chronic cough or cough at night | ○ | ◉ | n. Broken bone(s) (cracked or fractured) | ○ | ◉ |
| j. Sinusitis | ○ | ◉ | 13.a. Frequent indigestion or heartburn | ○ | ◉ |
| k. Hay fever | ○ | ◉ | b. Stomach, liver, intestinal trouble, or ulcer | ○ | ◉ |
| l. Chronic or frequent colds | ○ | ◉ | c. Gall bladder trouble or gallstones | ○ | ◉ |
| 11.a. Severe tooth or gum trouble | ○ | ◉ | d. Jaundice or hepatitis (liver disease) | ○ | ◉ |
| b. Thyroid trouble or goiter | ○ | ◉ | e. Rupture/hernia | ○ | ◉ |
| c. Eye disorder or trouble | ○ | ◉ | f. Rectal disease, hemorrhoids or blood from the rectum | ○ | ◉ |
| d. Ear, nose, or throat trouble | ○ | ◉ | g. Skin diseases (e.g. acne, eczema, psoriasis, etc.) | ○ | ◉ |
| e. Loss of vision in either eye | ○ | ◉ | h. Frequent or painful urination | ○ | ◉ |
| f. Worn contact lenses or glasses | ◉ | ○ | i. High or low blood sugar | ○ | ◉ |
| g. Kidney stone or blood in urine | ○ | ◉ | j. Kidney stone or blood in urine | ○ | ◉ |
| h. Surgery to correct vision (RK, PRK, LASIK, etc.) | ○ | ◉ | k. Sugar or protein in urine | ○ | ◉ |
| 12.a. Painful shoulder, elbow or wrist (e.g. pain, dislocation, etc.) | ○ | ◉ | l. Sexually transmitted disease (syphilis, gonorrhea, chlamydia, genital warts, herpes, etc.) | ○ | ◉ |
| b. Arthritis, rheumatism, or bursitis | ○ | ◉ | 14.a. Adverse reaction to serum, food, insect stings or medicine | ○ | ◉ |
| c. Recurrent back pain or any back problem | ○ | ◉ | b. Recent unexplained gain or loss of weight | ○ | ◉ |
| d. Numbness or tingling | ○ | ◉ | c. Currently in good health (If no, explain in Item 29 on Page 2.) | ○ | ◉ |
| e. Loss of finger or toe | ○ | ◉ | d. Tumor, growth, cyst, or cancer | ○ | ◉ |

AR 3255

**DD FORM 2807-1, MAR 2007**

DoD exception to SF 93 approved by ICMR, August 3, 2000.
PREVIOUS EDITION IS OBSOLETE.

Page 1 of 3 Pages
Adobe Professional 7.0

| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| MERWIN DANIEL D | ██████  ████████ |

**Mark each item "YES" or "NO". Every item marked "YES" must be fully explained in Item 29 below.**

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|
| **15.a.** Dizziness or fainting spells | ○ | ◉ | **19.** Have you been refused employment or been unable to hold a job or stay in school because of: | | | |
| b. Frequent or severe headache | ○ | ◉ | a. Sensitivity to chemicals, dust, sunlight, etc. | | ○ | ◉ |
| c. A head injury, memory loss or amnesia | ○ | ◉ | b. Inability to perform certain motions | | ○ | ◉ |
| d. Paralysis | ○ | ◉ | c. Inability to stand, sit, kneel, lie down, etc. | | ○ | ◉ |
| e. Seizures, convulsions, epilepsy or fits | ○ | ◉ | d. Other medical reasons (If yes, give reasons.) | | ○ | ◉ |
| f. Car, train, sea, or air sickness | ○ | ◉ | **20.** Have you ever been treated in an Emergency Room? (If yes, for what?) | | ○ | ◉ |
| g. A period of unconsciousness or concussion | ○ | ◉ | | | | |
| h. Meningitis, encephalitis, or other neurological problems | ○ | ◉ | **21.** Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ○ | ◉ |
| **16.a.** Rheumatic fever | ○ | ◉ | | | | |
| b. Prolonged bleeding (as after an injury or tooth extraction, etc.) | ○ | ◉ | | | | |
| c. Pain or pressure in the chest | ○ | ◉ | **22.** Have you ever had, or have you been advised to have any operations or surgery? (If yes, describe and give age at which occurred.) | | ○ | ◉ |
| d. Palpitation, pounding heart or abnormal heartbeat | ○ | ◉ | | | | |
| e. Heart trouble or murmur | ○ | ◉ | | | | |
| f. High or low blood pressure | ○ | ◉ | **23.** Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) | | ○ | ◉ |
| **17.a.** Nervous trouble of any sort (anxiety or panic attacks) | ○ | ◉ | | | | |
| b. Habitual stammering or stuttering | ○ | ◉ | **24.** Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) | | ○ | ◉ |
| c. Loss of memory or amnesia, or neurological symptoms | ○ | ◉ | | | | |
| d. Frequent trouble sleeping | ○ | ◉ | | | | |
| e. Received counseling of any type | ○ | ◉ | | | | |
| f. Depression or excessive worry | ○ | ◉ | **25.** Have you ever been rejected for military service for any reason? (If yes, give date and reason for rejection.) | | ○ | ◉ |
| g. Been evaluated or treated for a mental condition | ○ | ◉ | | | | |
| h. Attempted suicide | ○ | ◉ | **26.** Have you ever been discharged from military service for any reason? (If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability.) | | ○ | ◉ |
| i. Used illegal drugs or abused prescription drugs | ○ | ◉ | | | | |
| **18. FEMALES ONLY.** Have you ever had or do you now have: | | | | | | |
| a. Treatment for a gynecological (female) disorder | ○ | ○ | **27.** Have you ever received, is there pending, or have you ever applied for pension or compensation for any disability or injury? (If yes, specify what kind, granted by whom, and what amount, when, why.) | | ○ | ◉ |
| b. A change of menstrual pattern | ○ | ○ | | | | |
| c. Any abnormal PAP smears | N/A ○ | ○ | | | | |
| d. First day of last menstrual period (YYYYMMDD) | | | | | | |
| e. Date of last PAP smear (YYYYMMDD) | | | **28.** Have you ever been denied life insurance? | | ○ | ◉ |

**29. EXPLANATION OF "YES" ANSWER(S)** (Describe answer(s), give date(s) of problem, name of doctor(s) and/or hospital(s), treatment given and current medical status.)

CONTACT FOR VISION 24/20@ - NCD

Fit for Reenlishmut - NCD

**NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL PERSONNEL ONLY."**

**DD FORM 2807-1, MAR 2007**

| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| MERWIN   DANIEL   D | ▮ |

**30. EXAMINER'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA** *(Physician/practitioner shall comment on all positive answers in questions 10 - 29. Physician/practitioner may develop by interview any additional medical history deemed important, and record any significant findings here.)*

a. COMMENTS

| b. TYPED OR PRINTED NAME OF EXAMINER *(Last, First, Middle Initial)* | c. SIGNATURE | d. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|
| ROGER GUNTER LCDR   USN PA-C | | 20090916 |

DD FORM 2807-1, MAR 2007

# REPORT OF MEDICAL HISTORY

**(This information is for official and medically confidential use only and will not be released to unauthorized persons.)**

*Form Approved*
*OMB No. 0704-0413*
*Expires Oct 31, 2006*

The public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0413). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ORGANIZATION. RETURN COMPLETED FORM AS INDICATED ON PAGE 2.**

## PRIVACY ACT STATEMENT

**AUTHORITY:** 10 USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397 (SSAN).
**PRINCIPAL PURPOSE(S):** To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members from the Armed Forces.
**ROUTINE USE(S):** None.
**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

**WARNING:** The information you have given constitutes an official statement. Federal law provides severe penalties (up to 5 years confinement or a $10,000 fine or both), to anyone making a false statement. If you are selected for enlistment, commission, or entrance into a commissioning program based on a false statement, you can be tried by military courts-martial or meet an administrative board for discharge and could receive a less than honorable discharge that would affect your future.

| 1. LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | 2. SOCIAL SECURITY NUMBER | 3. TODAY'S DATE (YYYYMMDD) |
|---|---|---|
| MERWIN, DANIEL D | | 02/23/06 |

**4.a. HOME ADDRESS** *(Street, Apartment No., City, State, and ZIP Code)*
ABRAHAM LINCOLN BARRACKS

**b. HOME TELEPHONE** *(Include Area Code)*

**5. EXAMINING LOCATION AND ADDRESS** *(Include ZIP Code)*
NATTC BRANCH MEDICAL
760 EAST AVENUE
PENSACOLA, FL 32508

**X ALL APPLICABLE BOXES:**

| 6.a. SERVICE | b. COMPONENT | c. PURPOSE OF EXAMINATION | 7.a. POSITION (Title, Grade, Component) |
|---|---|---|---|
| Army / Coast Guard | ☒ Active Duty | Enlistment / Medical Board / ☒ Other (Specify) | STUDENT |
| ☒ Navy | Reserve | Commission / Retirement  OSS | b. USUAL OCCUPATION |
| Marine Corps | National Guard | Retention / U.S. Service Academy | STUDENT |
| Air Force | | Separation / ROTC Scholarship Program | |

**8. CURRENT MEDICATIONS** *(Prescription and Over-the-counter)*
N/A

**9. ALLERGIES** *(Including insect bites/stings, foods, medicine or other substance)*
NKDA FEATHERS
(D. D. M(initials))

**Mark each item "YES" or "NO". Every item marked "YES" must be fully explained in Item 29 on Page 2.**

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO |
|---|---|---|
| 10.a. Tuberculosis | ○ | ● |
| b. Lived with someone who had tuberculosis | ○ | ● |
| c. Coughed up blood | ○ | ● |
| d. Asthma or any breathing problems related to exercise, weather, pollens, etc. | ○ | ● |
| e. Shortness of breath | ○ | ● |
| f. Bronchitis | ○ | ● |
| g. Wheezing or problems with wheezing | ○ | ● |
| h. Been prescribed or used an inhaler | ○ | ● |
| i. A chronic cough or cough at night | ○ | ● |
| j. Sinusitis | ○ | ● |
| k. Hay fever | ○ | ● |
| l. Chronic or frequent colds | ○ | ● |
| 11.a. Severe tooth or gum trouble | ○ | ● |
| b. Thyroid trouble or goiter | ○ | ● |
| c. Eye disorder or trouble | ○ | ● |
| d. Ear, nose, or throat trouble | ○ | ● |
| e. Loss of vision in either eye | ○ | ● |
| f. Worn contact lenses or glasses | ● | ○ |
| g. A hearing loss or wear a hearing aid | ○ | ● |
| h. Surgery to correct vision (RK, PRK, LASIK, etc.) | ○ | ● |
| 12.a. Painful shoulder, elbow or wrist (e.g. pain, dislocation, etc.) | ○ | ● |
| b. Arthritis, rheumatism, or bursitis | ○ | ● |
| c. Recurrent back pain or any back problem | ○ | ● |
| d. Numbness or tingling | ○ | ● |
| e. Loss of finger or toe | ○ | ● |

| 12. (Continued) | YES | NO |
|---|---|---|
| f. Foot trouble (e.g., pain, corns, bunions, etc.) | ○ | ● |
| g. Impaired use of arms, legs, hands, or feet | ○ | ● |
| h. Swollen or painful joint(s) | ○ | ● |
| i. Knee trouble (e.g., locking, giving out, pain or ligament injury, etc.) | ○ | ● |
| j. Any knee or foot surgery including arthroscopy or the use of a scope to any bone or joint | ○ | ● |
| k. Any need to use corrective devices such as prosthetic devices, knee brace(s), back support(s), lifts or orthotics, etc. | ○ | ● |
| l. Bone, joint, or other deformity | ○ | ● |
| m. Plate(s), screw(s), rod(s) or pin(s) in any bone | ○ | ● |
| n. Broken bone(s) (cracked or fractured) | ○ | ● |
| 13.a. Frequent indigestion or heartburn | ○ | ● |
| b. Stomach, liver, intestinal trouble, or ulcer | ○ | ● |
| c. Gall bladder trouble or gallstones | ○ | ● |
| d. Jaundice or hepatitis (liver disease) | ○ | ● |
| e. Rupture/hernia | ○ | ● |
| f. Rectal disease, hemorrhoids or blood from the rectum | ● | ○ |
| g. Skin diseases (e.g. acne, eczema, psoriasis, etc.) | ○ | ● |
| h. Frequent or painful urination | ○ | ● |
| i. High or low blood sugar | ○ | ● |
| j. Kidney stone or blood in urine | ○ | ● |
| k. Sugar or protein in urine | ○ | ● |
| l. Sexually transmitted disease (syphilis, gonorrhea, chlamydia, genital warts, herpes, etc.) | ○ | ● |
| 14.a. Adverse reaction to serum, food, insect stings or medicine | ○ | ● |
| b. Recent unexplained gain or loss of weight | ○ | ● |
| c. Currently in good health (If no, explain in Item 29 on Page 2.) | ● | ○ |
| d. Tumor, growth, cyst, or cancer | ○ | ● |

**DD FORM 2807-1, OCT 2003**    DoD exception to SF 93 approved by ICMR, August 3, 2000.
PREVIOUS EDITION IS OBSOLETE.

Page 1 of 3 Pages

| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| MERWIN, DANIEL D | |

**Mark each item "YES" or "NO". Every item marked "YES" must be fully explained in Item 29 below.**

HAVE YOU EVER HAD OR DO YOU NOW HAVE:  YES  NO

| | | YES | NO |
|---|---|---|---|
| 15.a. | Dizziness or fainting spells | ○ | ● |
| b. | Frequent or severe headache | ○ | ● |
| c. | A head injury, memory loss or amnesia | ○ | ● |
| d. | Paralysis | ○ | ● |
| e. | Seizures, convulsions, epilepsy or fits | ○ | ● |
| f. | Car, train, sea, or air sickness | ○ | ● |
| g. | A period of unconsciousness or concussion | ○ | ● |
| h. | Meningitis, encephalitis, or other neurological problems | ○ | ● |
| 16.a. | Rheumatic fever | ○ | ● |
| b. | Prolonged bleeding (as after an injury or tooth extraction, etc.) | ○ | ● |
| c. | Pain or pressure in the chest | ○ | ● |
| d. | Palpitation, pounding heart or abnormal heartbeat | ○ | ● |
| e. | Heart trouble or murmur | ○ | ● |
| f. | High or low blood pressure | ○ | ● |
| 17.a. | Nervous trouble of any sort (anxiety or panic attacks) | ○ | ● |
| b. | Habitual stammering or stuttering | ○ | ● |
| c. | Loss of memory or amnesia, or neurological symptoms | ○ | ● |
| d. | Frequent trouble sleeping | ○ | ● |
| e. | Received counseling of any type | ○ | ● |
| f. | Depression or excessive worry | ○ | ● |
| g. | Been evaluated or treated for a mental condition | ○ | ● |
| h. | Attempted suicide | ○ | ● |
| i. | Used illegal drugs or abused prescription drugs | ○ | ● |
| 18. FEMALES ONLY. Have you ever had or do you now have: | | | |
| a. | Treatment for a gynecological (female) disorder | ○ | ○ |
| b. | A change of menstrual pattern | ○ | ○ |
| c. | Any abnormal PAP smears | ○ | ○ |
| d. | First day of last menstrual period (YYYYMMDD) | | |
| e. | Date of last PAP smear (YYYYMMDD) | | |

| | | YES | NO |
|---|---|---|---|
| 19. | Have you ever been refused employment or been unable to hold a job or stay in school because of: | | |
| a. | Sensitivity to chemicals, dust, sunlight, etc. | ○ | ● |
| b. | Inability to perform certain motions | ○ | ● |
| c. | Inability to stand, sit, kneel, lie down, etc. | ○ | ● |
| d. | Other medical reasons (If yes, give reasons.) | ○ | ● |
| 20. | Have you ever been treated in an Emergency Room? (If yes, for what?) | ● | ○ |
| 21. | Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | ○ | ● |
| 22. | Have you ever had, or have you been advised to have any operations or surgery? (If yes, describe and give age at which occurred.) | ● | ○ |
| 23. | Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) | ○ | ● |
| 24. | Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) | ○ | ● |
| 25. | Have you ever been rejected for military service for any reason? (If yes, give date and reason for rejection.) | ○ | ● |
| 26. | Have you ever been discharged from military service for any reason? (If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability.) | | |
| 27. | Have you ever received, is there pending, or have you ever applied for pension or compensation for any disability or injury? (If yes, specify what kind, granted by whom, and what amount, when, why.) | ○ | ● |
| 28. | Have you ever been denied life insurance? | ○ | ● |

**29. EXPLANATION OF "YES" ANSWER(S)** (Describe answer(s), give date(s) of problem, name of doctor(s) and/or hospital(s), treatment given and current medical status.)

11F. GLASSES ISSUED IN BOOT CAMP.

13F. ONE HEMROID SEE MEDICAL RECORD, WAS NOT A ISSUE. JUST A FINDING DURING A COLONOSCOPY

20. ABDOMINAL PAIN, UNKNOWN CAUSE.

22. TONSOLECTOMY

**NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL PERSONNEL ONLY."**

**DD FORM 2807-1, OCT 2003**

| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| MERWIN, DANIEL, D | ▮▮▮▮▮▮▮▮ |

**30. EXAMINER'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA** *(Physician/practitioner shall comment on all positive answers in questions 10 - 29.  Physician/practitioner may develop by interview any additional medical history deemed important, and record any significant findings here.)*

**a. COMMENTS**

11/C gtm
13 F internal hemrd Dx at colonoscopy,
20  add pain resolved 5 Dec 2005
  ē nml CT
    colonoscopy - int hemrd
   initially thrombocytopenic but resolved wh
    seen by Int med

| b. TYPED OR PRINTED NAME OF EXAMINER *(Last, First, Middle Initial)* | c. SIGNATURE | d. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|
| MAYNARD, MD  GS-11  GMO | *[signature]* | 2006/03/16 |

DD FORM 2807-1, OCT 2003

BUMEDINST 1300.2
17 Feb 2000

## MEDICAL, DENTAL AND EDUCATIONAL SUITABILITY SCREENING FOR SERVICE AND FAMILY MEMBERS

| SERVICE MEMBER NAME | GRADE / RATE | SSN |
|---|---|---|
| MERWIN, DANIEL D | E2 / ABH | ████ █ |
| FAMILY MEMBER NAME | FAMILY MEMBER PREFIX | SSN |
| | | |
| NEXT DUTY STATION: SUSABA, JAPAN USS ESSEX LHD-2 | NEXT UNIT IDENTIFICATION CODE (UIC): | |

### PART I

**Medical Screening.** Completed by the medical provider to identify special needs and determine if a service or family member is suitable for an overseas, remote duty, or operational assignment. Complete the Report of Medical History (SF 93) and attach to this form.

| Yes | No | N/A | ITEM |
|:---:|:---:|:---:|---|
| ✓ | | | 1.   All health records (military and civilian) reviewed? |
| ✓ | | | 2.   Physical examinations are current? |
| ✓ | | | 3.   G-6P-D, PPD and Sickle Cell trait test and Blood Type completed & documented? |
| ✓ | | | 4.   Immunizations are up-to-date and meet destination country requirements? |
| ✓ | | | 5.   Reference audiogram documented on DD 2215? |
| ✓ | | | 6.   Latest audiogram (DD 2216) reviewed? |
| ✓ | | | 7.   HIV testing completed or drawn? |
| ✓ | | | 8.   DNA testing completed and documented? |
| | ✓ | | 9.   Are there pending consults or tests that have a bearing on assignment suitability? |
| | ✓ | | 10.  Any past limited duty or medical board(s)? (document on SF 93) |
| | | ✓ | 11.  Pap smear and pelvic/breast examination within past year? |
| | | ✓ | 12.  Mammogram current (based on age)? |
| | | ✓ | 13.  Pregnancy screening (verbal inquiry)? |
| | | ✓ | 14.  If pregnant? (EDC:                    ) |
| | ✓ | | 15.  If a Special Duty assignment, is there a condition, which by MANMED, chapter 15, section IV, is disqualifying? |
| | | | 16.  Are there any conditions requiring ongoing care in the following areas? (document on SF 93) |
| ✓ | | DD/NM | a.  Orthopedic conditions (e.g., chronic back, knee, joint pain or weakness) |
| ✓ | | NM | b.  Cardiovascular conditions (e.g., chest pain/angina, arrhythmia, valve disease, infarction) |
| | ✓ | | c.  Gynecologic conditions (e.g., chronic pelvic pain, abnormal PAP, breast mass) |
| | ✓ | | d.  Neurologic conditions (e.g., seizure, pinched nerve, migraine, neuropathy) |
| | ✓ | | e.  Respiratory conditions (e.g., asthma, RAD, chronic sinus, allergies) |
| | ✓ | | f.  Mental health or behavioral conditions (e.g., depression, adjustment/personality disorder, ADD/ADHD) |
| | ✓ | | g.  Recurrent or frequent medications (list on SF 93) |
| | ✓ | | h.  Alcohol abuse or dependence |
| | ✓ | | i.  Developmental concerns (e.g., motor, cognitive, communication, social/emotional, or adaptive development) |
| | ✓ | | j.  Other conditions or concerns?  (explain): |
| | | ✓ | 17.  For service/family members requiring medication in excess of 90 days: (if not applicable, check block and skip to #18) |
| | | | a.  Is the patient in the maintenance phase of treatment? |
| | | | b.  Should medication use cease, could the underlying condition become life threatening, pose a risk for dangerous or disruptive behavior or result in a limited duty, MEDEVAC, or early return situation? |
| | | | c.  Is the medical staff at the gaining MTF/operational platform competent to manage the medication manipulation(s) if the underlying condition exacerbates? |
| | | | d.  Can the pharmacy at the gaining MTF/operational platform obtain the medication for the duration of the assignment? Non-authorized medical allowance list  (AMAL) medications may be provided by the supporting MTF for up to 180 days or obtained through the national mail order pharmacy program. |

**NAVMED 1300/1 (Rev. 02-00)**

AR 3261

BUMEDINST 1300.2
17 Feb 2000

| Yes | No | N/A | ITEM |
|---|---|---|---|
| | | ✓ | 18. For service/family members with underlying medical conditions: (if not applicable, check block and skip to #19) |
| | | | a. Is there a requirement for special medical supplies, adaptive equipment, assistive technology devices, special accommodations, etc.? |
| | | | b. If exposed to a physically or emotionally demanding environment, could the underlying condition become life threatening, pose a risk for dangerous or disruptive behavior, or result in a limited duty or MEDEVAC situation? |
| | | | c. Can the gaining MTF/operational platform provide the current required medical support? |
| | | | d. Can the gaining MTF/operational platform provide required medical support (diagnostic and therapeutic) if the underlying condition is exacerbated? |
| | | | e. Are there any chronic medical or mental health conditions requiring routine or continuing access to care or access to specialized medical care?  (document on SF 93) |
| | | | f. If required, were potential environmental concerns and possible health effects communicated to each service and family member?  (document on appropriate SF 600 overprint) |
| | | ✓ | 19. For infants and toddlers (birth through age 2 inclusive) with a disability, is the child receiving or eligible to receive early intervention services as evidenced by an Individualized Family Service Plan (IFSP)? |
| | | ✓ | 20. For preschool and school children (ages 3 to 21) with a disability, is the child receiving or eligible to receive special education and related services as evidenced by an Individualized Education Program (IEP) and Special Education Worksheet (NAVPERS 1754/4)? |
| | ✓ | | 21. Other concerns?  (specify) |

IF ANY OF THE ABOVE SHADED BLOCKS ARE CHECKED, QUERY THE GAINING MILITARY TREATMENT FACILITY OR MEDICAL DEPARTMENT SUPPORTING THE OVERSEAS, REMOTE DUTY OR OPERATIONAL LOCATION CONCERNING LOCAL CAPABILITIES TO PROVIDE REQUIRED SUPPORT.  (attach reply)

| Yes | No | IS THE SERVICE/FAMILY MEMBER SUITABLE FOR THE OVERSEAS, REMOTE DUTY OR OPERATIONAL ASSIGNMENT? (completed by a MTF designated military medical screener only) |
|---|---|---|

| | |
|---|---|
| Military Medical Screener (Signature)          Date | Civilian Medical Screener (Signature)          Date |
| Printed Name, Rank or Grade<br><br>P.A. MAYNARD, MD<br><br>MTF or Duty Station<br><br>GS-14   CMO | Printed Name<br><br><br>Address |
| Telephone Number (include area/country code) | City, State, and Zip Code |
| DSN Number | Telephone Number (include area/country code) |
| Telefax Number (include area/country code) | Telefax Number (include area/country code) |
| E-mail Address | E-mail Address |

**NAVMED 1300/1 (Rev. 02-00) BACK**

AR 3262

MERWIN, DANIEL ~~FR0060411~~
~~85 E11Y~~

BUMEDINST 1300.2
17 Feb 2000

## PART II

**Dental Screening.** Completed by the dental screener to assess and match the dental needs of service or family member to the support capabilities during an overseas, remote duty, or operational assignment.

| Yes | No | N/A | ITEM |
|-----|-----|-----|------|
| ✓ | | | 1. All dental records (military and civilian) reviewed? |
| ✓ | | | 2. Dental examinations are current? |
| | | ✓ | 3. Is a reexamination required by a DTF if examined or treated at a non-Navy facility? |
| | | ✓ | 4. If service/family member is in Dental Class 3 or 4, can dental treatment or examination be completed before the transfer? |
| | | ✓ | 5. Is there a requirement for follow-on care such as orthodontics, implants, specialty prosthetics, etc.? |
| | ✓ | | 6. Are there any chronic dental conditions requiring routine or continuing access to care or access to specialized dental care? |
| | | | 7. Other concerns? (specify) |

**Dental Classifications:**
Class 1 - Patients who do not require dental treatment.
Class 2 - Patients who have dental conditions that are unlikely to result in a dental emergency within 12 months.
Class 3 - Patients who have dental conditions that are likely to cause a dental emergency in the next 12 months.
Class 4 - Patients who require a dental examination either because: (1) No type 1 (comprehensive) or type 2 (annual or periodic oral) examination by a dental officer within the past 12 months or, (2) A patient's dental record does not exist, or the dental record is not held by the responsible dental treatment facility or Medical Department activity.

IF ANY OF THE ABOVE SHADED BLOCKS ARE CHECKED, QUERY THE GAINING DENTAL TREATMENT FACILITY OR MEDICAL DEPARTMENT SUPPORTING THE OVERSEAS, REMOTE DUTY OR OPERATIONAL LOCATION CONCERNING LOCAL CAPABILITIES TO PROVIDE REQUIRED SUPPORT. (attach reply)

| Yes | NO | IS THE SERVICE/FAMILY MEMBER SUITABLE FOR THE OVERSEAS, REMOTE DUTY OR OPERATIONAL |
|-----|-----|------|
| ✓ | | ASSIGNMENT? (completed by a DTF designated military dental screener only) |

| | |
|---|---|
| *Kevin T. Kalanta* | 23FEB06 |
| Military Dental Screener (Signature) | Date |
| KEVIN T. KALANTA, CDR, DC, USN | |
| Printed Name, Rank or Grade | |
| NATTC, NBHC PENSACOLA | |
| DTF or Duty Station | |
| 850-452-8970 x 106/107 | |
| Telephone Number (include area/country code) | |
| 922-8970 x 106/107 | |
| DSN Number | |
| 850-452-8892 | |
| Telefax Number (include area/country code) | |
| | |
| E-mail Address | |

| |
|---|
| Civilian Dental Screener (Signature)          Date |
| Printed Name |
| Address |
| City, State, and Zip Code |
| Telephone Number (include area/country code) |
| Telefax Number (include area/country code) |
| E-mail Address |

**NAVMED 1300/1 (Rev. 02-00)**

AR 3263

# REPORT OF MEDICAL EXAMINATION

| 1. DATE OF EXAMINATION (YYYYMMDD) | 2. SOCIAL SECURITY NUMBER |
|---|---|
| 20051013 | ▮▮▮▮▮ |

## PRIVACY ACT STATEMENT

**AUTHORITY:** 10 USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397.
**PRINCIPAL PURPOSE(S):** To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members from the Armed Forces.
**ROUTINE USE(S):** None.
**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

| 3. LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | 4. HOME ADDRESS (Street, Apartment Number, City, State and ZIP Code) | 5. HOME TELEPHONE NUMBER |
|---|---|---|
| MERWIN DANIEL DENNIS | BETHLEHEM, PA ▮▮▮ | ▮▮▮ |

| 6. GRADE | 7. DATE OF BIRTH (YYYYMMDD) | 8. AGE | 9. SEX | 10.a. RACIAL CATEGORY (X one or more) | 10.b. ETHNIC CATEGORY |
|---|---|---|---|---|---|
| CIVILIAN | 1985▮▮ | (20) | Female / X Male | American Indian or Alaska Native / Asian / Black or African American / X White / Native Hawaiian or Other Pacific Islander | Hispanic/Latino / X Not Hispanic/Latino |

| 11. TOTAL YEARS GOVERNMENT SERVICE | | 12. AGENCY (Non-Service Members Only) | 13. ORGANIZATION UNIT AND UIC/CODE |
|---|---|---|---|
| a. MILITARY ○ | b. CIVILIAN ○ | DN | |

| 14.a. RATING OR SPECIALTY (Aviators Only) | b. TOTAL FLYING TIME | c. LAST SIX MONTHS |
|---|---|---|
| | | |

| 15.a. SERVICE | b. COMPONENT | c. PURPOSE OF EXAMINATION | 16. NAME OF EXAMINING LOCATION, AND ADDRESS (Include ZIP Code) |
|---|---|---|---|
| Army / Coast Guard / X Navy / Marine Corps / Air Force | X Active Duty / Reserve / National Guard | X Enlistment / Commission / Retention / Separation / Medical Board / Retirement / U.S. Service Academy / ROTC Scholarship Program / Other | HARRISBURG MEPS 4641 Westport Drive Mechanicsburg, PA 17055-4843 |

## CLINICAL EVALUATION (Check each item in appropriate column. Enter "NE" if not evaluated.)

| | Normal | Abnorm | NE |
|---|---|---|---|
| 17. Head, face, neck, and scalp | ✓ | | |
| 18. Nose | ✓ | | |
| 19. Sinuses | ✓ | | |
| 20. Mouth and throat | ✓ | | |
| 21. Ears - General (Int. and ext. canals/Auditory acuity under item 71) | ✓ | | |
| 22. Drums (Perforation) | ✓ | | |
| 23. Eyes - General (Visual acuity and refraction under items 61 - 63) | ✓ | | |
| 24. Ophthalmoscopic | ✓ | | |
| 25. Pupils (Equality and reaction) | ✓ | | |
| 26. Ocular motility (Associated parallel movements, nystagmus) | ✓ | | |
| 27. Heart (Thrust, size, rhythm, sounds) | ✓ | | |
| 28. Lungs and chest (Include breasts) | ✓ | | |
| 29. Vascular system (Varicosities, etc.) | ✓ | | |
| 30. Anus and rectum (Hemorrhoids, Fistulae) (Prostate if indicated) | ✓ | | |
| 31. Abdomen and viscera (Include hernia) | ✓ | | |
| 32. External genitalia (Genitourinary) | ✓ | | |
| 33. Upper extremities | ✓ | | |
| 34. Lower extremities (Except feet) | ✓ | | |
| 35. Feet (See Item 35 Continued) | ✓ | | |
| 36. Spine, other musculoskeletal | ✓ | | |
| 37. Identifying body marks, scars, tattoos | ✓ | | |
| 38. Skin, lymphatics | ✓ | | |
| 39. Neurologic | ✓ | | |
| 40. Psychiatric (Specify any personality deviation) | ✓ | | |
| 41. Pelvic (Females only) | | | |
| 42. Endocrine | ✓ | | |

**44. NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

| 43. DENTAL DEFECTS AND DISEASE | (Please explain. Use dental form if completed by dentist. If dental examination not done by dental officer, explain in item 44.) |
|---|---|
| ✓ Acceptable | |
| Not Acceptable    Class | |

**35. FEET (Continued) (Circle category)**

N - Normal Arch
C - Pes Cavus
P - Pes Planus

1 - Mild
2 - Moderate
3 - Severe

A - Asymptomatic
S - Symptomatic

**DD FORM 2808, OCT 2005**

DoD exception to SF 88 approved by ICMR, August 3, 2000.
PREVIOUS EDITION IS OBSOLETE.

DESIGNED USING MIRS, USMEPCOM; OUSD(P&R)
OVERPRINT/EXCEPTION APPROVED, MAY 7, 2001

Page 1 of 4 Pages

| LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | | DNR | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| **MERWIN, DANIEL DENNIS** | | | |

**LABORATORY FINDINGS**

| 45. URINALYSIS | | 46. URINE HCG | 47. H/H | 48. BLOOD TYPE |
|---|---|---|---|---|
| a. Albumin | NEG | | | |
| b. Sugar | NEG | | | |

| TESTS | RESULTS | | | | SECOND SPECIMEN ID LABEL |
|---|---|---|---|---|---|
| | FIRST TEST | CODE | SECOND TEST | CODE | |
| **49. HIV** | Neg | 5B | | | |
| **50. DRUGS** | Neg | N | | | |
| **51. ALCOHOL** | Neg | N | | | |
| **52. OTHER** | | | | | |
| a. PAP SMEAR | | | | | |
| b. EKG | | | | | |
| c. CXR | | | | | |

06095320  Initial:
20051013
(YYYYMMDD)

**MEASUREMENTS AND OTHER FINDINGS**

| 53. HEIGHT | 54. WEIGHT | 55.a. MIN WGT - MAX WGT | 55.b. ACTUAL BF % - MAX BF % | 56. TEMPERATURE | 57. PULSE |
|---|---|---|---|---|---|
| 6800 | 110 lbs. | - 181 | - | | 96 |

| 58. BLOOD PRESSURE | | | 59. RED/GREEN (Army Only) | 60. OTHER VISION TEST: | |
|---|---|---|---|---|---|
| a. 1ST | b. 2ND | c. 3RD | | a. COLOR HAIR | b. COLOR EYES |
| SYS. 131 | SYS. | SYS. | | Red | Right: |
| DIAS. 74 | DIAS. | DIAS. | | | Left: Other |

| 61. DISTANT VISION | | 62. REFRACTION BY AUTOREFRACTION OR MANIFEST | | 63. NEAR VISION | |
|---|---|---|---|---|---|
| Right 20/ 40 | Corr. to 20/ 20 | By -1.00 S. +050 CX 180 | | Right 20/ 20 | Corr. to 20/ by |
| Left 20/ 50 | Corr. to 20/ 20 | By -0.75 S. +0.00 CX 180 | | Left 20/ 20 | Corr. to 20/ by |

| 64. HETEROPHORIA (Specify distance) | | | | | |
|---|---|---|---|---|---|
| ES° | EX° | R.H. | L.H. | Prism div. | Prism Conv CT | NPR | PD |

| 65. ACCOMMODATION | | 66. COLOR VISION (Test used and result) | 67. DEPTH PERCEPTION (Test used and score) AFVT | |
|---|---|---|---|---|
| Right | Left | PIP PASSED Ø /14 | Uncorrected | Corrected |

| 68. FIELD OF VISION | 69. NIGHT VISION (Test used and score) | 70. INTRAOCULAR TENSION | |
|---|---|---|---|
| | | O.D. | O.S. |

| 71a. AUDIOMETER | Unit Serial Number 11042539 | 71b. Unit Serial Number | 72a. READING ALOUD TEST |
|---|---|---|---|
| Date Calibrated (YYYYMMDD) 20041111 | | Date Calibrated (YYYYMMDD) | |

| HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | SAT | UNSAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 05 | 10 | 15 | 15 | 15 | 05 | Right | | | | | | | 72b. VALSALVA | |
| Left | 10 | 15 | 15 | 20 | 10 | 15 | Left | | | | | | | SAT | UNSAT |

**73. NOTES** (Continued) AND SIGNIFICANT OR INTERVAL HISTORY (Use additional sheets if necessary.)

**DD FORM 2808, OCT 2005**

| LAST NAME – FIRST NAME – MIDDLE NAME (SUFFIX) | | DNR | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| **MERWIN, DANIEL DENNIS** | | | |

**74.a. EXAMINEE/APPLICANT** (check one)

**75.** I have been advised of my disqualifying condition. I have been advised to see my private medical care provider within 24-48-72 hours/30 days / Routine Follow-up (circle one) for further evaluation and/or treatment.

☑ IS QUALIFIED FOR SERVICE IN SPF  DNR

☐ IS NOT QUALIFIED FOR SERVICE

**a. SIGNATURE OF EXAMINEE**  **b. DATE** (YYYYMMDD)

**b. PHYSICAL PROFILE**

| P | U | L | H | E | S | X | PROFILER INITIALS | DATE (YYYYMMDD) |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | O | | 20051013 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**76. SIGNIFICANT OR DISQUALIFYING DEFECTS**

| ITEM NO. | MEDICAL CONDITION/DIAGNOSIS | ICD CODE | PROFILE SERIAL | RBJ DATE (YYYYMMDD) | QUALI-FIED | DIS-QUALI-FIED | EXAMINER INITIALS | WAIVER RECEIVED | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SERVICE | DATE (YYYYMMDD) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**77. SUMMARY OF DEFECTS AND DIAGNOSES** (List diagnoses with item numbers)(Use additional sheets if necessary.)

**78. RECOMMENDATIONS – FURTHER SPECIALIST EXAMINATIONS INDICATED** (Specify) (Use additional sheets if necessary.)

**79. MEPS WORKLOAD** (For MEPS use only)

| WKID | ST | DATE (YYYYMMDD) | INITIAL | WKID | ST | DATE (YYYYMMDD) | INITIAL |
|---|---|---|---|---|---|---|---|
| 7 | P | 20051013 | | | | | |
| | | 20051101 | | | | | |

**80. MEDICAL INSPECTION DATE** 20051101

| HT | WT | %BF | MAX WT | HCG | QUAL | DISQ | PHYSICIAN'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| 64.50 | 116 | | | | ✓ | | |
| | | | | | | | |
| | | | | | | | |

**81.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER**
DEANNE S. ENDY, D.O.

**b. SIGNATURE**

**82.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER**

**b. SIGNATURE**

**83.a. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN** (Indicate which)

**b. SIGNATURE**

**84.a. TYPED OR PRINTED NAME OF REVIEWING OFFICER/APPROVING AUTHORITY**
JOSEPH A. NOWAK, M.D.  20051013
Chief Medical Officer

**b. SIGNATURE**

**85.** This examination has been administratively reviewed for completeness and accuracy.

| a. SIGNATURE | b. GRADE | c. DATE (YYYYMMDD) |
|---|---|---|
| | GS04 | |

**86. WAIVER GRANTED** (If yes, date and by whom)

☐ YES

☐ NO

**87. NUMBER OF ATTACHED SHEETS**

AR 3266

**DD FORM 2808, OCT 2005**

| LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | DNR | SOCIAL SECURITY NUMBER |
|---|---|---|
| **MERWIN, DANIEL DENNIS** | | |

88. Additional Remarks (extension of blocks 77 or 78).



# REPORT OF MEDICAL HISTORY

**(This information is for official and medically confidential use only and will not be released to unauthorized persons.)**

Form Approved
OMB No. 0704-0413
Expires Oct 31, 2006

The public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate of Information Operations and Reports (0704-0413), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no persons shall be subject to any penalty for failing to comply with a collection of information if it does not display a current valid OMB control number.
**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM AS INDICATED ON PAGE 2.**

**PRIVACY ACT STATEMENT**
**AUTHORITY:** 1O USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397.
**PRINCIPAL PURPOSES(S):** To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members for the Armed Forces.
**ROUTINE USE(S):** None.
**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.
**WARNING:** The information you have given constitutes an official statement. Federal law provides severe penalties (up to 5 years confinement or a $10,000 fine or both), to anyone making a false statement. If you are selected for enlistment, commission, or entrance into a commissioning program based on a false statement, you can be tried by military courts-martial or meet an administrative board for discharge and could receive a less than honorable discharge that would affect your future.

| 1. LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | 2. SOCIAL SECURITY NUMBER | 3. TODAY'S DATE (YYYYMMDD) |
|---|---|---|
| **MERWIN** <br> DANIEL DENNIS | ▮▮▮▮▮ | 20051013 |

| 4.a. HOME ADDRESS (Street, Apartment No., City, State, ZIP Code) | 5. EXAMINING LOCATION AND ADDRESS (Include ZIP Code) |
|---|---|
| BETHLEHEM, PA ▮▮▮ <br><br> b. HOME TELEPHONE (Include Area Code) ▮▮▮ | **Harrisburg Meps** <br> 4641 Westport Drive <br> Mechanicsburg, PA 17055-4843 |

**X ALL APPLICABLE BOXES:**

| 6.a. SERVICE | b. COMPONENT | c. PURPOSE OF EXAMINATION | 7.a. POSITION (Title, Grade, Component) |
|---|---|---|---|
| **X** Army <br> ☐ Navy <br> ☐ Marine Corps <br> ☐ Air Force <br> ☐ Coast Guard | **X** Active Duty <br> ☐ Reserve <br> ☐ National Guard | **X** Enlistment   ☐ Commission   ☐ Retention   ☐ Separation     ☐ Medical Board   ☐ Other (Specify) <br> ☐ Retirement <br> ☐ U.S. Service Academy <br> ☐ ROTC Scholarship Program | CIVILIAN <br> **b. USUAL OCCUPATION** <br> Technical Care Representive |

| 8. CURRENT MEDICATIONS (Prescription and Over-the-counter) | 9. ALLERGIES (Including insect bites/stings, foods, medicine or other substance) |
|---|---|
| None | None |

**Mark each item "YES" or "NO".**

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO | | 12. (Continued) | YES | NO |
|---|---|---|---|---|---|---|
| 10. a. Tuberculosis | ○ | ⊘ | | f. Foot trouble (e.g., pain, corns, bunions, etc.) | ○ | ⊘ |
| b. Lived with someone who had tuberculosis | ○ | ⊘ | | g. Impaired use of arms, legs, hands, or feet | ○ | ⊘ |
| c. Coughed up blood | ○ | ⊘ | | h. Swollen or painful joint(s) | ○ | ⊘ |
| d. Asthma or any breathing problems related to exercise, weather, pollens, etc. | ○ | ⊘ | | i. Knee trouble (e.g., locking, giving out, pain or ligament injury, etc.) | ○ | ⊘ |
| e. Shortness of breath | ○ | ⊘ | | j. Any knee or foot surgery including arthroscopy or the use of a scope or any bone or joint | ○ | ⊘ |
| f. Bronchitis | ○ | ⊘ | | k. Any need to use corrective devices such as prosthetic devices, knee brace(s), back support(s), lifts or orthotics, etc. | ○ | ⊘ |
| g. Wheezing or problems with wheezing | ○ | ⊘ | | l. Bone, joint, or other deformity | ○ | ⊘ |
| h. Been prescribed or used an inhaler | ○ | ⊘ | | m. Plate(s), screw(s), rod(s) or pin(s) in any bone | ○ | ⊘ |
| i. A chronic cough or cough at night | ○ | ⊘ | | n. Broken bone(s) (cracked or fractured) | ○ | ⊘ |
| j. Sinusitis | ○ | ⊘ | | 13. a. Frequent indigestion or heartburn | ○ | ⊘ |
| k. Hay fever | ○ | ⊘ | | b. Stomach, liver, intestinal trouble, or ulcer | ○ | ⊘ |
| l. Chronic or frequent colds | ○ | ⊘ | | c. Gall bladder trouble or gallstones | ○ | ⊘ |
| 11. a. Severe tooth or gum trouble | ○ | ⊘ | | d. Jaundice or hepatitis (liver disease) | ○ | ⊘ |
| b. Thyroid trouble or goiter | ○ | ⊘ | | e. Rupture/hernia | ○ | ⊘ |
| c. Eye disorder or trouble | ○ | ⊘ | | f. Rectal disease, hemorrhoids or blood from the rectum | ○ | ⊘ |
| d. Ear, nose, or throat trouble | ○ | ⊘ | | g. Skin diseases (e.g. acne, eczema, psoriasis, etc.) | ○ | ⊘ |
| e. Loss of vision in either eye | ○ | ⊘ | | h. Frequent or painful urination | ○ | ⊘ |
| f. Worn contact lenses or glasses | ○ | ⊘ | | i. High or low blood sugar | ○ | ⊘ |
| g. A hearing loss or wear a hearing aid | ○ | ⊘ | | j. Kidney stone or blood in urine | ○ | ⊘ |
| h. Surgery to correct vision (RK, PRK, LASIK, etc.) | ○ | ⊘ | | k. Sugar or protein in urine | ○ | ⊘ |
| 12. a. Painful shoulder, elbow or wrist (e.g. pain, dislocation, etc.) | ○ | ⊘ | | l. Sexually transmitted disease (syphilis, gonorrhea, chlamydia, genital warts, herpes, etc.) | ○ | ⊘ |
| b. Arthritis, rheumatism, or bursitis | ○ | ⊘ | | 14. a. Adverse reaction to serum, food, insect stings or medicine | ○ | ⊘ |
| c. Recurrent back pain or any back problem | ○ | ⊘ | | b. Recent unexplained gain or loss of weight | ○ | ⊘ |
| d. Numbness or tingling | ○ | ⊘ | | c. Currently in good health (If no, explain in Item 29 on page 2) | ✓ | ○ |
| e. Loss of finger or toe | ○ | ⊘ | | d. Tumor, growth, cyst, or cancer | ○ | ⊘ |

| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | | | | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| **MERWIN, DANIEL DENNIS** | | | | |

Mark each item "YES" or "NO".

Mark each item "YES" or "NO". For items 19 - 28, every item marked "YES" must be fully explained in Item 29 below.

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO |
|---|---|---|
| 15. a. Dizziness or fainting spells | ○ | ✓ |
| b. Frequent or severe headache | ○ | ✓ |
| c. A head injury, memory loss or amnesia | ○ | ✓ |
| d. Paralysis | ○ | ✓ |
| e. Seizures, convulsions, epilepsy or fits | ○ | ✓ |
| f. Car, train, sea, or air sickness | ○ | ✓ |
| g. A period of unconsciousness or concussion | ○ | ✓ |
| h. Meningitis, encephalitis, or other neurological problems | ○ | ✓ |
| 16. a. Rheumatic fever | ○ | ✓ |
| b. Prolonged bleeding (as after an injury or tooth extraction, etc.) | ○ | ✓ |
| c. Pain or pressure in the chest | ○ | ✓ |
| d. Palpitation, pounding heart or abnormal heartbeat | ○ | ✓ |
| e. Heart trouble or murmur | ○ | ✓ |
| f. High or low blood pressure | ○ | ✓ |
| 17. a. Nervous trouble of any sort (anxiety or panic attacks) | ○ | ✓ |
| b. Habitual stammering or stuttering | ○ | ✓ |
| c. Loss of memory or amnesia, or neurological symptoms | ○ | ✓ |
| d. Frequent trouble sleeping | ○ | ✓ |
| e. Received counseling of any type | ○ | ✓ |
| f. Depression or excessive worry | ○ | ✓ |
| g. Been evaluated or treated for a mental condition (If yes, fully explain in Item 29 below.) | ○ | ✓ |
| h. Attempted suicide | ○ | ✓ |
| i. Used illegal drugs or abused prescription drugs | ○ | ✓ |
| 18. FEMALES ONLY. Have you ever had or do you now have: | | |
| a. Treatment for a gynecological (female) disorder | ○ | ○ |
| b. A change of menstrual pattern | ○ | ○ |
| c. Any abnormal PAP smears | ○ | ○ |
| d. First day of last menstrual period (YYYYMMDD) | | |
| e. Date of last PAP smear (YYYYMM). | | |

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO |
|---|---|---|
| 19. Have you been refused employment or been unable to hold a job or stay in school because of: | | |
| a. Sensitivity to chemicals, dust, sunlight, etc. | ○ | ✓ |
| b. Inability to perform certain motions | ○ | ✓ |
| c. Inability to stand, sit, kneel, lie down, etc. | ○ | ✓ |
| d. Other medical reasons (If yes, give reasons.) | ○ | ✓ |
| 20. Have you ever been treated in an Emergency Room? (If yes, for what?) | ○ | ✓ |
| 21. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | ○ | ✓ |
| 22. Have you ever had, or have you been advised to have any operations or surgery? (If yes, describe and give age at which occurred.) | ✓ | ○ |
| 23. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) | ✓ | ○ |
| 24. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) | ○ | ✓ |
| 25. Have you ever been rejected for military service for any reason? (If yes, give date and reason for rejection.) | ○ | ✓ |
| 26. Have you ever been discharged from military service for any reason? (If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability.) | ○ | ✓ |
| 27. Have you ever received, is there pending, or have you ever applied for pension or compensation for any disability or injury? (If yes, specify what kind, granted by whom, and what amount, when, why.) | ○ | ✓ |
| 28. Have you ever been denied life insurance? | ○ | ✓ |

**29. EXPLANATION OF "YES" ANSWER(S)** (Describe answer(s), give date(s) of problem, name of doctor(s) and/or hospital(s), treatment given and current medical status.)

(22) tonsillectomies, Hadit Done, 200409

(23)(CD) Chicken Pox

Stacy lynn Rhoades (Mother)

Same as block #4

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED, MARK ENVELOPE "TO BE OPENED BY MEDICAL PERSONNEL ONLY."

**DD FORM 2807-1, OCT 2003**    DoD exception to SF 93 approved by ICMR, August 3, 2000.    Page 2 of 4 Pages

DESIGNED USING MIRS, USMEPCOM; OUSD(P&R)
OVERPRINT/EXCEPTION APPROVED, MAY 7, 2001

| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| **MERWIN, DANIEL DENNIS** | |

**31. ADDITIONAL REMARKS.** *(Extention of blocks 29 or 30).*

**DD FORM 2807-1, OCT 2003**

DoD exception to SF 93 approved by ICMR, August 3, 2000.

DESIGNED USING MIRS, USMEPCOM: OUSD(P&R)
OVERPRINT/EXCEPTION APPROVED, MAY 7, 2001

AR 3270



| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| **MERWIN, DANIEL DENNIS** | |

**30. EXAMINER'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA** *(Physician/practitioner shall comment on all positive answers in questions 8 - 29. Physician/practitioner may develop by interview any additional medical history deemed important, and record any significant findings here.)*

a. COMMENTS

22    Tonsillectomy – 2004, Sept
age 19.

23.    UCD chickenpox –

| QUESTIONING REVEALS | YES | NO | DETAILS |
|---|---|---|---|
| MARIJUANA USE | | ✓ | |
| OTHER DRUG ABUSE | | ✓ | |
| ALCOHOL ABUSE | | ✓ | |

EXAMINEE. I certify the information on this form is true and complete to the best of my knowledge and belief, and no person has advised me to conceal or falsify any information about my physical and mental history.  I further understand that I may be requested to provide medical documentation regarding issues within my medical history. I authorize any of the doctors, hospitals, clinics or insurance company(ies) to furnish the Department of Defense medical authority a complete transcript of my medical record for purposes of processing my application for military service.

EXAMINEE SIGNATURE          20051013

| b. TYPED OR PRINTED NAME OF EXAMINER | c. SIGNATURE | d. DATE SIGNED (YYYYMMDD) |
|---|---|---|
| DEANNE S. LINDY, D.O. | | 20051013 |

**DD FORM 2807-1, OCT 2003**        DoD exception to SF 93 approved by ICMR, August 3, 2000.



Page 3 of 4 Pages
AR 3271
DESIGNED USING MIRS, USMEPCOM; OUSD(P&R)
OVERPRINT/EXCEPTION APPROVED, MAY 7, 2001

**ABSTRACT OF SERVICE AND MEDICAL HISTORY**
NAVMED 6150/4 (Rev. 12-67)
*(Formerly NAVMED 1406)*

| SHIP OR STATION | DIAGNOSIS, DIAGNOSIS NUMBER AND REMARKS | DATE | |
| | | FROM | TO |
|---|---|---|---|
| RTC Great Lakes | Recruit Training | NOV 0 3 2005 | |
| USS ESSEX LHD2 | DUTY | 18 Apr 06 | 4 APR 09 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| NAME *(Last, First, Middle)* | | SSN | BRANCH/CLASS |
|---|---|---|---|
| MERWIN, DANIEL  D          R20060411 | | ▐ | 11 |

| DATE OF BIRTH | SEX | RACE | DEPARTMENT | ORGANIZATION |
|---|---|---|---|---|
| ▐ 05 | M | | DOD | RTC GREAT LAK AR 3272 |

**RTC MED-DENT SET 1**

**ABSTRACT OF SERVICE AND MEDICAL HISTORY**
NAVMED 6150/4 (Rev. 12-67)
*(Formerly NAVMED 1406)*

| SHIP OR STATION | DIAGNOSIS, DIAGNOSIS NUMBER AND REMARKS | DATE | |
| --- | --- | --- | --- |
| | | FROM | TO |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| NAME (Last, first and middle) | BIRTH DATE | BRANCH OF SERVICE | SERVICE/SOCIAL SECURITY NO. |
| --- | --- | --- | --- |
| | | | |

**RTC MED-DENT SET 1**

AR 3273

## Casupanan, Reiner S. HM1

**From:**     E. A. McGuigan, CDR, MC, USN [EAMcguigan@bethesda.med.navy.mil]
**Sent:**     Monday, February 19, 2007 11:26 PM
**To:**       CC; telmed-results@bethesda.med.navy.mil; dacundiff@bethesda.med.navy.mil; ALL TELERAD; CC; CC
**Subject:**  LHD2 || MERWIN, DANIEL || 20/████████ || upper extremities || Study: 2/17/2007 8:08:16 AM || Sent: 2/19/2007 9:26:18 AM

---

Preliminary Interpretation:
Right Hand Series X3
Follow up films from exam taken 10Feb07 for fractured right 5th metacarpal.,,

Radiologist Interpretation: Compared to 2/10/2007. Right 5th metacarpal head fracture with volar angulation and impaction of the distal fracture fragment, appearance not significantly changed from prior study. Soft tissue swelling noted over the dorsum of the hand at the level of the injury.


E. A. McGuigan, CDR, MC, USN
Staff Radiologist
NNMC Radiology
Electronically Signed By: E. A. McGuigan, CDR, MC, USN. On 2/19/2007 - 9:26:18 AM


This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that don't require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to application of appropriate sanction. If you have received this correspondence in error, please noti! fy the sender at once and destroy any copies you have made.

2/20/2007

## Casupanan, Reiner S. HM1

| | |
|---|---|
| **From:** | W.R. Carter [wrcarter@bethesda.med.navy.mil] |
| **Sent:** | Tuesday, February 13, 2007 12:30 AM |
| **To:** | CC; telmed-results@bethesda.med.navy.mil; dacundiff@bethesda.med.navy.mil; ALL TELERAD; CC |
| **Subject:** | LHD2 || Merwin, Daniel || 20/▆▆▆▆▆▆ || upper extremities || Study: 2/10/2007 8:54:50 AM || Sent: 2/12/2007 10:30:19 AM |

Preliminary Interpretation:
Right Hand Series X3
Fracture fifth metacarpal.,,

Radiologist Interpretation:
5th metacarpal neck fx with impaction/volar angulation

W.R. Carter, LCDR, MC, USN
Staff Radiologist
NNMC Bethesda
Electronically Signed By: W.R. Carter. On 2/12/2007 - 10:30:19 AM

This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that don't require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to application of appropriate sanction. If you have received this correspondence in error, please notify the sender at! once and destroy any copies you have made.

AR 3275

2/13/2007

```
NH OKINAWA PSC 482 FPO AP 96362-1600                09 Feb 2007@2146    Page 1
                 Personal Data - Privacy Act of 1974  (PL 93-579)
                              Review Results

Report requested by: SORTOR,BRETT V
----------------------------------------------------------------------------
MERWIN,DANIEL                    20/███████████         M/21        Reg #:
Ph: 642-2378                                            Military Unit: LHD 2 ESSEX
----------------------------------------------------------------------------
01 Feb 07 @ 1522 (Coll)                                     SWAB(NASAL CAVITY)
Order comment: recurrent abscesses
                         R/O MRSA: Final Report
Bacteriology Result:
   NO METHICILLIN RESISTANT STAPH AUREUS ISOLATED.
```

Javier
LT
2 /MC ███

Agraz Jr.

```
============================================================================
   L=Lo  H=Hi  *=Critical   R=Resist  S=Susc  MS=Mod Susc  I=Intermed
   []=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
============================================================================
                        *** End of Report ***
```

                  Personal Data - Privacy Act of 1974 (PL 93-579)
                              PATIENT LAB INQUIRY
                        For: 07 Aug 04 - 19 Dec 05
Report requested by: WALSH,KIMBERLY A
----------------------------------------------------------------------------
MERWIN,DANIEL DENNIS                20/███████████        M/20        Reg £:
Ph: NONE                                          Military Unit: NAVCRUITRACOM
----------------------------------------------------------------------------
051129 HE 1549                    Col: 29Nov05@0827                      BLOOD
STAT                         Hcp: FRANKLIN,MALCOM B       Req Loc: INTERNAL
WBC . . . . . . .   12.90    H    (3.4-10.8)     x10(9)/L  C:BCP29Nov05@0841
RBC CNT . . . . .    4.42         (4.2-5.6)      x10(12)/L
HGB . . . . . . .   13.1     L    (13.2-17.0)    G/DL
HCT . . . . . . .   38.0     L    (38.1-49.3)    %
MCV . . . . . . .   86.1          (80-100)       FL
MCH . . . . . . .   29.7          (27-31)        PG
MCHC. . . . . . .   34.5          (31-36)        G/DL
RDW . . . . . . .   10.3          (9.8-12.8)     %
PLATELETS . . .    358            (130-400)      X10(9)/L
MPV . . . . . . .    7.8          (7.4-10.4)     FL
NEUT/100 WBC. .    85.1     H    (43.3-74.3)    %
LYMPHS/100 WBC.     7.2     L    (12.4-46)      %
MONO/100 WBC. .     6.6          (4-14.6)       %
EOS/100 WBC . .     0.7          (0-3.3)        %
BASO/100 WBC. .     0.361        (0-2)          %
NEUT£ . . . . . .   10.90    H    (1.0-7.5)      x10(9)/L
LYMPH£. . . . . .    0.93         (0.9-3.0)      x10(9)/L
MONO£ . . . . . .    0.85         (0.2-1.0)      x10(9)/L
EOS£. . . . . . .    0.09         (.0-.40)       X10(9)/L
BASO£ . . . . . .    0.046        (.0-.20)       X10(9)/L


051122 CO 1294                    Col: 22Nov05@1320                     PLASMA
                             Hcp: ARTATES,NEMESIA F       Req Loc: COURAGE
APTT. . . . . . .   38.00         (21.1-40.7)    SECS     C:MAV22Nov05@1442
PT. . . . . . . .   13.00         (9.7-13.9)     SECS     C:MAV22Nov05@1442
INR . . . . . . .    1.063        (0.81-1.197)


051122 HE 1276                    Col: 22Nov05@1320                      BLOOD
                             Hcp: ARTATES,NEMESIA F       Req Loc: COURAGE
WBC . . . . . . .    6.12         (3.4-10.8)     x10(9)/L  C:BCP22Nov05@1350
RBC CNT . . . . .    4.67         (4.2-5.6)      x10(12)/L
HGB . . . . . . .   14.1          (13.2-17.0)    G/DL
HCT . . . . . . .   40.0          (38.1-49.3)    %
MCV . . . . . . .   85.6          (80-100)       FL
MCH . . . . . . .   30.2          (27-31)        PG
MCHC. . . . . . .   35.3          (31-36)        G/DL
RDW . . . . . . .   10.0          (9.8-12.8)     %
PLATELETS . . .    408       H    (130-400)      X10(9)/L
MPV . . . . . . .    7.3     L    (7.4-10.4)     FL
NEUT/100 WBC. .    67.7          (43.3-74.3)    %
LYMPHS/100 WBC. .  23.0          (12.4-46)      %
============================================================================
     L=Lo  H=Hi  *=Critical   R=Resist  S=Susc  MS=Mod Susc  I=Intermed
     []=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
============================================================================

                  Personal Data - Privacy Act of 1974 (PL 93-579)
                              PATIENT LAB INQUIRY                    AR 3277

```
                       For: 07 Aug 04 - 19 Dec 05
Report requested by: WALSH,KIMBERLY A
------------------------------------------------------------------------
MERWIN,DANIEL DENNIS              20/███████████      M/20        Reg £:
Ph: NONE                                       Military Unit: NAVCRUITRACOM
------------------------------------------------------------------------
051122 HE 1276               Col: 22Nov05@1320                      BLOOD
                            Hcp: ARTATES,NEMESIA F       Req Loc: COURAGE
MONO/100 WBC. . .    7.2            (4-14.6)        %
EOS/100 WBC . . .    1.5            (0-3.3)         %
BASO/100 WBC. . .    0.662          (0-2)           %
NEUT£ . . . . . .    4.14           (1.0-7.5)       x10(9)/L
LYMPH£. . . . . .    1.41           (0.9-3.0)       x10(9)/L
MONO£ . . . . . .    0.44           (0.2-1.0)       x10(9)/L
EOS£. . . . . . .    0.09           (.0-.40)        X10(9)/L
BASO£ . . . . . .    0.041          (.0-.20)        X10(9)/L


051122 CO 1295               Col: 22Nov05@1320                      BLOOD
                            Hcp: ARTATES,NEMESIA F       Req Loc: COURAGE
BLEEDING TIME . .    7.5            (2.5-8)         MINUTES   C:JW23Nov05@0742


051119 CH 3363               Col: 19Nov05@0355                      SERUM
STAT                        Hcp: DINKEL,TROY A      Req Loc: EMERGENC
PROTEIN TOTAL . .    8.2            (6.3-8.2)       MG/DL     C:WTJ19Nov05@0419
ALBUMIN . . . . .    4.6            (3.9-5.1)       MG/DL
GLOBULIN. . . . .    3.6      H     (2.4-3.5)       G/DL
A/G RATIO . . . .    1.3            (1.1-2.2)
ALK PHOS. . . . .    75             (38-126)        U/L
AST . . . . . . .    26             (5-40)          U/L
ALT . . . . . . .    28             (7-56)          U/L
LDH . . . . . . .    495            (313-618)       U/L
GGT . . . . . . .    17             (8-78)          U/L
TBILI . . . . . .    0.4            (0.2-1.3)       MD/DL
DBILI . . . . . .    0.0            (0.0-0.4)       MD/DL
AMYLASE . . . . .    44.            (30-110)        IU/L      C:WTJ19Nov05@0419
LIPASE. . . . . .    66             (23-230)        U/L       C:WTJ19Nov05@0419
GLUCOSE . . . . .    101            (75-110)        MG/DL     C:WTJ19Nov05@0419
BUN . . . . . . .    13             (9-21)          MG/DL
BUN/CR RATIO. . .    14.7           (7-25)          MG/DL
NA+ . . . . . . .    140            (137-145)       MMOL/L
K . . . . . . . .    4.1            (3.6-5.0)       MMOL/L
CL- . . . . . . .    102            (98-107)        MMOL/L
CO2 . . . . . . .    29.4           (22-40)         MMOL/L
ANION GAP . . . .    12.            (10-20)         MMOL/L
CREAT . . . . . .     .9            (0.8-1.5)       MG/DL
GFR . . . . . . .    114            (>/= 90)        cc/min
Interpretations:
  A result of "0" (zero) for ages 17 and under is the same
  as not performed.
========================================================================
   L=Lo  H=Hi  *=Critical  R=Resist  S=Susc  MS=Mod Susc  I=Intermed
  []=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
========================================================================
```

```
NAVHOSP GREAT LAKES IL                        20 Dec 2005@1301    Page 3
              Personal Data - Privacy Act of 1974 (PL 93-579)
                          PATIENT LAB INQUIRY
                    For: 07 Aug 04 - 19 Dec 05
Report requested by: WALSH,KIMBERLY A
------------------------------------------------------------------------
MERWIN,DANIEL DENNIS             20/███████████      M/20        Reg 3278
```

```
Ph: NONE                                          Military Unit: NAVCRUITRACOM
-------------------------------------------------------------------------------
051119 CH 3363                  Col: 19Nov05@0355                         SERUM
STAT                            Hcp: DINKEL,TROY A         Req Loc: EMERGENC
Interpretations:  (Cont'd)
                    Reference Values:
                        >=90 = Normal GFR
                       60-89 = Mildly decreased GFR
                       30-59 = Moderately decreased GFR
                       15-29 = Severely decreased GFR
                        <15  = Kidney Failure

    This is an estimated GFR only. The value has been derived
    from the modified MDRD equation:  GFR = 270 x serum
    creatinine^(-1.007) x age^(-0.180) x BUN^(-0.169)(x0.755
    if female). Values for African Americans should be adjusted
    by multiplying by 1.18. As with all estimations, results
    may not be valid for certain sub-groups including:
    pediatric patients (0-17 years old), severely hypo-
    albuminemic patients, patients not in steady state
    (including acute renal failure), dialysis patients, and
    patients with atypical body habitus. If a more accurate
    estimation is required, consider obtaining a Nuclear
    Medicine GFR determination or Nephrology consultation.

    ----------------------------------------------------------


051119 HE 1164                  Col: 19Nov05@0355                         BLOOD
STAT                            Hcp: DINKEL,TROY A         Req Loc: EMERGENC
WBC . . . . . . .    8.98            (3.4-10.8)    x10(9)/L   C:WTJ19Nov05@0416
RBC CNT . . . . .    4.68            (4.2-5.6)     x10(12)/L
HGB . . . . . . .   14.4            (13.2-17.0)    G/DL
HCT . . . . . . .   39.8            (38.1-49.3)    %
MCV . . . . . . .   85.0             (80-100)      FL
MCH . . . . . . .   30.8             (27-31)       PG
MCHC. . . . . . .   36.3     H       (31-36)       G/DL
RDW . . . . . . .   10.1            (9.8-12.8)     %
PLATELETS . . .    105       L      (130-400)      X10(9)/L
MPV . . . . . . .    7.8            (7.4-10.4)     FL
NEUT/100 WBC. . .   79.5     H      (43.3-74.3)    %
LYMPHS/100 WBC.     15.0            (12.4-46)      %
MONO/100 WBC. . .    3.9     L       (4-14.6)      %
EOS/100 WBC . . .    1.2             (0-3.3)       %
BASO/100 WBC. . .    0.388           (0-2)         %
NEUT£ . . . . . .    7.14           (1.0-7.5)      x10(9)/L
===============================================================================
    L=Lo  H=Hi  *=Critical  R=Resist  S=Susc  MS=Mod Susc  I=Intermed
    []=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
===============================================================================



NAVHOSP GREAT LAKES IL                          20 Dec 2005@1301      Page 4
                Personal Data - Privacy Act of 1974 (PL 93-579)
                        PATIENT LAB INQUIRY
                      For: 07 Aug 04 - 19 Dec 05
Report requested by: WALSH,KIMBERLY A
-------------------------------------------------------------------------------
MERWIN,DANIEL DENNIS               20/███████        M/20          Reg £:
Ph: NONE                                          Military Unit: NAVCRUITRACOM
-------------------------------------------------------------------------------
051119 HE 1164                  Col: 19Nov05@0355                         BLOOD
STAT                            Hcp: DINKEL,TROY A         Req Loc: EMERGENC
```

```
LYMPH£. . . . . .    1.35              (0.9-3.0)      x10(9)/L
MONO£ . . . . . .    0.35              (0.2-1.0)      x10(9)/L
EOS£. . . . . . .    0.10              (.0-.40)       X10(9)/L
BASO£ . . . . . .    0.035             (.0-.20)       X10(9)/L


051103 INP 35604            Col: 03Nov05@1749                        BLOOD
                           Hcp: PADILLA,EDEN U        Req Loc: MED. ASS
INPROCESSING AB . . .    O                            C:NRF04Nov05@0929
INPROCESSING RH . . . .
                POSITIVE
G6PD. . . . . . .    NORMAL                           C:NRF04Nov05@0934
INPROCESS RPR . . . . .                               C:NRF04Nov05@0924
                NON-REACTIVE
SICKLE SCREEN . . . .                                 C:CMB04Nov05@0904
                NEGATIVE


051103 UIP 529             Col: 03Nov05@1749                  VOIDED URINE
                           Hcp: PADILLA,EDEN U        Req Loc: MED. ASS
LEUK ESTERASE . . . . .                               C:JG07Nov05@0836
                NEGATIVE
Interpretations:
   THIS IS A LEUKOCYTE ESTERASE SCREEN NOT SPECIFIC FOR CHLAMYDIA.


051103 REC 33454           Col: 03Nov05@1749                        SERUM
                           Hcp: PADILLA,EDEN U        Req Loc: MED. ASS
VARICELLA . . . .    IMMUNE                           C:JG04Nov05@1113


051103 CH 867              Col: 03Nov05@1749                        SERUM
                           Hcp: PADILLA,EDEN U        Req Loc: MED. ASS
GLUCOSE . . . . .    96              (75-110)      MG/DL  C:WJA04Nov05@1323


051103 N08 388784          Col: 03Nov05@1749                        SERUM
                           Hcp: PADILLA,EDEN U        Req Loc: MED. ASS
Performing Lab: NAVY CENTRAL HIV SERVICE
HIV-1 AB. . . . . . .                                 C:CAC06Nov05@1854
                Negative
Order Required Data:
P_PHYSICAL EXAM

=========================================================================
   L=Lo  H=Hi  *=Critical   R=Resist  S=Susc  MS=Mod Susc  I=Intermed
   []=Uncert  /A=Amended  Comments= (O)rder, (I)nterpretations, (R)esult
=========================================================================



                   *****End of report*****
```

```
NAVHOSP GREAT LAKES IL                         20 Dec 2005@1301      Page 1
                 Personal Data - Privacy Act of 1974 (PL 93-579)
                            PATIENT LAB INQUIRY
                         For: 07 Aug 04 - 19 Dec 05
Report requested by: WALSH,KIMBERLY A
--------------------------------------------------------------------------
MERWIN,DANIEL DENNIS                20/████████        M/20          Reg £:
Ph: NONE                                        Military Unit: NAVCRUITRACOM
--------------------------------------------------------------------------
                          OrdFor: 22Nov05@1043                        BLOOD
                          Hcp: ARTATES,NEMESIA F      Req Loc: COURAGE
CBC/DIFF. . . .    DISCONTINUED
```

```
==========================================================================
   L=Lo   H=Hi   *=Critical   R=Resist   S=Susc   MS=Mod Susc   I=Intermed
   []=Uncert   /A=Amended   Comments= (O)rder, (I)nterpretations, (R)esult
==========================================================================
```

                          *****End of report*****

Personal Data - Privacy Act 1974  (PL 93-579)    Printed date: 20 Dec 2005@1327
                                                                    Page: 1
                    RADIOLOGIC EXAMINATION REPORT

  Patient: MERWIN,DANIEL DENNIS                    FMP/SSN: 20/███████████
--------------------------------------------------------------------------------
NH GREAT LAKES, 200H                              COMPUTED TOMOGRAPHY 200H
Procedure: CT, ABD/PELVIS W/ CONTRAST             Exam Date: 23 Nov 2005@0926
Requested by: ARTATES,NEMESIA F                   Status: COMPLETE
Ward/Clinic: COURAGE (WHITE) 1007                 Exam £: 05050343
                                                  Pregnant:
Reason for Order:
20y/o male dot 2-5 with intermittent abdominal pain x 4-5 years with rectal
bleeding on 19th of NOV.Had normal sigmoidoscopy to proximal transverse colon
and mild int hemorrhoids done on Nov 21.


Order Comment:
--------------------------------------------------------------------------------
Result Code: SEE RADIOLOGIST'S REPORT

Report:

ba/DICTATION DATE:  23 November 2005

CT SCAN OF THE ABDOMEN AND PELVIS WITH CONTRAST:

Technique:  7.5 mm cross-sectional images of the abdomen and pelvis were
obtained following oral and intravenous introduction of contrast.

Findings:  There is a normal appearance of the liver, spleen, and pancreas.
There is no gallstones.  No dilatation of biliary ducts or pancreatic duct
identified.  There is no enlargement of the adrenal glands.  There is no
hydronephrosis.  No renal stones are seen.  There is no lymphadenopathy.
No abnormal collection of fluid in the abdomen or pelvis identified.
Moderate amount of fecal material noted throughout the colon.  There is no
changes of appendicitis.  No aneurysmal dilatation of the abdominal aorta
noted.  There is no signs of bowel obstruction.

IMPRESSION:  NORMAL COMPUTED TOMOGRAPHY OF THE ABDOMEN AND PELVIS.

        MODERATE AMOUNT OF FECAL MATERIAL THROUGHOUT THE COLON.

Transcription Date/Time:  29 Nov 2005@1002

Interpreted by: B V MARINBERG
Supervised by:



--------------------------------------------------------------------------------
20/███████████      MERWIN,DANIEL DENNIS              USN AD RECRUIT
                    ███████ 1985 / MALE               H:NONE          W:NONE
                    Loc:
                    Spon: MERWIN,DANIEL DENNIS         Rank: SEAMAN RE D:NONE
SF519-B             Unit: NAVCRUITRACOM               RR: FA COURAGE RECORDS NBHC 10


Personal Data - Privacy Act 1974  (PL 93-579)    Printed date: 20 Dec 2005@1327

RADIOLOGIC  EXAMINATION  REPORT

Patient: MERWIN,DANIEL DENNIS                      FMP/SSN: 20/███████████
--------------------------------------------------------------------------
Approved by: B V MARINBERG    29 Nov 2005@1225
Supervised by:

--------------------------------------------------------------------------
20/███████████      MERWIN,DANIEL DENNIS          USN AD RECRUIT
                    ███████ 1985 / MALE           H:NONE        W:NONE
                    Loc:
                    Spon: MERWIN,DANIEL DENNIS     Rank: SEAMAN RE D:NONE
SF519-B             Unit: NAVCRUITRACOM            RR: FA COURAGE RECORDS NBHC 10


Transparent print on

Personal Data - Privacy Act 1974   (PL 93-579)    Printed date: 20 Dec 2005@1327
                                                                      Page: 1
                         RADIOLOGIC EXAMINATION REPORT

   Patient: MERWIN,DANIEL DENNIS                      FMP/SSN: 20/███████
--------------------------------------------------------------------------------
NH GREAT LAKES, 200H                           COMPUTED TOMOGRAPHY 200H
Procedure: CT, ABD/PELVIS W/O CONTRAST          Exam Date: 19 Nov 2005@0428
Requested by: DINKEL,TROY A                     Status: COMPLETE
Ward/Clinic: EMERGENCY MEDICAL CARE 200H        Exam £: 05050058
                                                Pregnant:

Reason for Order:
KIDNEY STONE PROTOCOL


Order Comment:
--------------------------------------------------------------------------------
Result Code: SEE RADIOLOGIST'S REPORT

Report:

djk/Dictated 11-19-2005

CT OF THE ABDOMEN AND PELVIS:

Examination is limited due to lack of IV or oral contrast.

As visualized, the liver, spleen, pancreas, abdominal aorta and both kidneys
are intact.  No evidence of renal stones or hydronephrosis is seen.  The
gallbladder is moderately distended.

Substantial amount of fecal matter is noted in the colon.  No obvious
inflammatory changes, masses or abnormal fluid collections are seen in the
abdomen.

Imaging into the pelvic shows a large amount of fecal matter within the
distal colon.  The urinary bladder is intact.

IMPRESSION:
     NO CLEAR INDICATION OF ACUTE INTRA-ABDOMINAL ABNORMALITY.

     SIGNIFICANT AMOUNT OF FECAL MATTER IS NOTED IN THE COLON.

     OTHER FINDINGS AS DESCRIBED.

Transcription Date/Time:  23 Nov 2005@1343


Interpreted by: A KAMENETSKY




--------------------------------------------------------------------------------
20/███████       MERWIN,DANIEL DENNIS           USN AD RECRUIT
                      1985 / MALE               H:NONE          W:NONE
                 Loc:
                 Spon: MERWIN,DANIEL DENNIS      Rank: SEAMAN RE D:NONE
SF519-B          Unit: NAVCRUITRACOM            RR: FA COURAGE RECORDS NBH


Personal Data - Privacy Act 1974   (PL 93-579)    Printed date: 20 ┌
                                                             Page: 2   ⌐

RADIOLOGIC EXAMINATION REPORT

Patient: MERWIN,DANIEL DENNIS                    FMP/SSN: 20/█████████
------------------------------------------------------------------------
Supervised by:

Approved by: A KAMENETSKY    23 Nov 2005@1451
Supervised by:

------------------------------------------------------------------------
20/████████        MERWIN,DANIEL DENNIS          USN AD RECRUIT
                   █████ 1985 / MALE             H:NONE        W:NONE
                   Loc:
                   Spon: MERWIN,DANIEL DENNIS     Rank: SEAMAN RE D:NONE
SF519-B            Unit: NAVCRUITRACOM            RR: FA COURAGE RECORDS NBHC 10


Transparent print on

Personal Data - Privacy Act 1974   (PL 93-579)    Printed date: 20 Dec 2005@1327
                                                   Page: 1
                    RADIOLOGIC EXAMINATION REPORT

   Patient: MERWIN,DANIEL DENNIS                    FMP/SSN: 20/████████
--------------------------------------------------------------------------
NH GREAT LAKES, 200H                      MAIN RADIOLOGY 200H
Procedure: *ACUTE ABDOMINAL SERIES        Exam Date: 19 Nov 2005@0418
Requested by: DINKEL,TROY A               Status: COMPLETE
Ward/Clinic: EMERGENCY MEDICAL CARE 200H  Exam £: 05050057
                                          Pregnant:

Reason for Order:
ABD
PAIN


Order Comment:
--------------------------------------------------------------------------
Result Code: SEE RADIOLOGIST'S REPORT

Report:

djk/Dictated 11-20-2005

ABDOMEN OBSTRUCTIVE SERIES:

Views of the abdomen demonstrate a normal bowel-gas pattern.
Pneumoperitoneum is not present.  The psoas shadows are adequately
visualized.  There is no evidence of intra-abdominal mass or significant
calcifications.  The visualized osseous structures show no abnormality.
The heart and lungs are normal

IMPRESSION:  NORMAL OBSTRUCTIVE SERIES OF THE ABDOMEN.

Transcription Date/Time:  23 Nov 2005@1416

Interpreted by: A KAMENETSKY
Supervised by:

Approved by: A KAMENETSKY   23 Nov 2005@1451
Supervised by:


--------------------------------------------------------------------------
20/████████       MERWIN,DANIEL DENNIS            USN AD RECRUIT
                  ██████ 1985 / MALE              H:NONE              W:NONE
                  Loc:
                  Spon: MERWIN,DANIEL DENNIS       Rank: SEAMAN RE D:NONE
SF519-B           Unit: NAVCRUITRACOM             RR: FA COURAGE RECORDS NBHC 10


Transparent print on

Personal Data - Privacy Act 1974  (PL 93-579)    Printed date: 20 Dec 2005@1327
                                                  Page: 1
                         RADIOLOGIC  EXAMINATION  REPORT

  Patient: MERWIN,DANIEL DENNIS                    FMP/SSN: 20/███████
------------------------------------------------------------------------
NBHC 1007/1017                                    RADIOLOGY NBHC 1007
Procedure: *ACUTE ABDOMINAL SERIES               Exam Date: 10 Nov 2005@1525
Requested by: MADAMBA,LUNINGNING G               Status: COMPLETE
Ward/Clinic: COURAGE (WHITE) 1007                Exam £: 05048946
                                                 Pregnant:
Reason for Order:
pain in lower abd. across umbilicalarea from r-l


Order Comment:
------------------------------------------------------------------------
Result Code: SEE RADIOLOGIST'S REPORT

Report:

ba/DICTATION DATE:  14 November 2005

ACUTE ABDOMINAL SERIES:

Reason:  20 year old male with lower abdominal pain.

Comparison studies:  None.

Findings:  Single frontal view of the chest reveals normal cardiac and
mediastinal silhouette.  Lungs are clear without infiltrate, effusion,
mass, or pneumothorax.  Remaining bones and soft tissues are otherwise
unremarkable.  No free air is seen under the diaphragm.

Frontal views of the supine and upright abdomen reveal no dilated loops of
bowel or abnormal air fluid levels.  No abnormal calcifications or masses are
seen.  Remaining bones and soft tissues are otherwise unremarkable.

IMPRESSION:  NO EVIDENCE OF ACUTE PULMONARY PROCESS.

              NORMAL BOWEL GAS PATTERN.

Transcription Date/Time:  16 Nov 2005@0528

Interpreted by: D K NAUGLE
Supervised by:

Approved by: D K NAUGLE   17 Nov 2005@1437



------------------------------------------------------------------------
20/███████       MERWIN,DANIEL DENNIS              USN AD RECRUIT
                       1985 / MALE                 H:NONE          W:NONE
                 Loc:
                 Spon: MERWIN,DANIEL DENNIS        Rank: SEAMAN RE D:NONE
SF519-B          Unit: NAVCRUITRACOM               RR: FA COURAGE RECORDS NBHC 10


Personal Data - Privacy Act 1974  (PL 93-579)    Printed date: 20 Dec 2005@1327
                                                  Page: 2    AR 3287

RADIOLOGIC EXAMINATION REPORT

Patient: MERWIN,DANIEL DENNIS                    FMP/SSN: 20/██████████

--------------------------------------------------------------------------

Supervised by:

--------------------------------------------------------------------------

20/████████        MERWIN,DANIEL DENNIS              USN AD RECRUIT
                        1985 / MALE               H:NONE          W:NONE
                   Loc:
                   Spon: MERWIN,DANIEL DENNIS       Rank: SEAMAN RE D:NONE
SF519-B            Unit: NAVCRUITRACOM             RR: FA COURAGE RECORDS NBHC 10

```
LABORATORY 200H                              29 Nov 2005@0841    Page 1
              Personal Data - Privacy Act of 1974 (PL 93-579)
                        Priority Result Notification
Report requested by: System Generated
------------------------------------------------------------------------
MERWIN,DANIEL DENNIS              20/███████████  M/20              ph£ NONE
                                 Mil. Unit: NAVCRUITRACOM
------------------------------------------------------------------------
Ordered by: FRANKLIN,MALCOM    Col: 29 Nov 2005@0827   Acc£: 051129 HE 1549
   Specimen: BLOOD (BLOOD)      Pri: STAT              Ord£: 051129-00529
   Res Lab: LABNH                                    Req Loc: INTM
      Test name              Result      Units          Normal range
       WBC                   12.90 H    x10(9)/L        3.4 - 10.8
       RBC CNT                4.42      x10(12)/L        4.2 - 5.6
       HGB                   13.1 L     G/DL           13.2 - 17.0
       HCT                   38.0 L     %              38.1 - 49.3
       MCV                   86.1       FL               80 - 100
       MCH                   29.7       PG               27 - 31
       MCHC                  34.5       G/DL             31 - 36
       RDW                   10.3       %               9.8 - 12.8
       PLATELETS              358       X10(9)/L        130 - 400
       MPV                    7.8       FL              7.4 - 10.4
       NEUT/100 WBC          85.1 H     %              43.3 - 74.3
       LYMPHS/100 WBC         7.2 L     %              12.4 - 46
       MONO/100 WBC           6.6       %                 4 - 14.6
       EOS/100 WBC            0.7       %                 0 - 3.3
       BASO/100 WBC          0.361      %                 0 - 2
       NEUT£                 10.90 H    x10(9)/L          1.0 - 7.5
       LYMPH£                 0.93      x10(9)/L          0.9 - 3.0
       MONO£                  0.85      x10(9)/L          0.2 - 1.0
       EOS£                   0.09      X10(9)/L          .0 - .40
       BASO£                  0.046     X10(9)/L          .0 - .20


                    *** End of Report ***
```

AR 3289

| PENCIL ENTRIES | |
| --- | --- |
| N106 MD | CTN7/8 |
| **COMMAND** | **TITLE** |

**LAST** MERWIN **FIRST** DANIEL **MIDDLE** D

PATIENT IDENTIFICATION KIMBROUGH AFF (TYPE OR AFFIX PREPRINTED LABEL)

WARNKE BETHE..., MD
NNMC MEDICAL READINESS RECORDS
Name: MERWIN,DANIEL DENNIS
20/

DOB: ██ ██ 1985    Sex: MALE
PT CATEG: N11    GRADE/RANK: NE5
STATION/UNIT: 21 NMT
CURRENT DATE: 17 Aug 2017 WITO

N00168$1001197156    Vol: 1

*NO262$99922811.*

Active duty: Specify grade or rate.

Retired Military: Specify preferred form of address: military grade or rate of civilian title.

Civilian: Specify preferred form of address (Mr. Mrs. Ms. Miss, Dr., etc.).

**Instruct**
This treatment rec
purpose record wh
used as an Outpat
Treatment Record o
    Treatment R

1. Place a che
appropriate box
which type of treat
you wish this to b
2. Fill in all
information on the
as inside this record.
3. Follow Manual of the
Medical Department, chapters
6 (for dental) and 16 (for
medical).

☑ **Outpatient Treatment Record**
☐ **Dental Treatment Record**

**Military** (provide grade or rate and, if family member, provide sponsor's service and status)
- ☑ Navy _____
- ☐ Marine Corps _____
- ☐ Other _____
☐ Retired _____
☐ Family Member _____
  Family Member Insurance   Yes ____ No ____
☐ Civilian
☐ Personnel Reliability Program
☑ Blood Type  O POS _____
☐ Flight Status
☐ Food Handler
☐ Radiation Exposure
☐ Asbestos Surveillance
☐ Medical Condition _____
☐ _____

| **Alert** |
| --- |
| ☒ Allergies |
| ☐ Sensitivities |

NATTC NBHC

NATTC NBHC

NATTC NBHC

NATTC NBHC

**USS ESSEX LHD-2**
**FPO AP 96643-1661**

## U.S. Navy Medical Outpatient and Dental Treatment Record

NAVMED 6150/28 (11-96)
SN 0105-LF-113-9500

Warning: Property of US Government. Possession by individual without proper authorization is prohibited. Removal of this record or its contents from the treatment facility is prohibited unless auth by appropriate authority. Postmaster, forward to the nearest US naval medical or dental treatment facility.

## ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET

**7. SCREENING EXAMS** (* = Actual Result, ** = Tricare Benefit, N = Normal, X = Abnormal, E = Done Elsewhere, R = Refused, NA = Note Indicated) ( = Next Due)

| a. TEST | b. FREQUENCY | c. YEAR / d. AGE | 2011 / 25 | 2010 / 25 | 2014 / 2ᴺ | e. DATES | | | |
|---|---|---|---|---|---|---|---|---|---|
| (1) CLINICAL DISEASE PREV EVAL/PHA (HEAR) | ANNUAL | | | | | | | | |
| *(2) WEIGHT | ANNUAL FOR ACTIVE DUTY | | 147 | 150 | 153.6 | | | | |
| *(3) HEIGHT | ANNUAL FOR ACTIVE DUTY | | 69 in | 69.5 in | 69 | | | | |
| *(4) BLOOD PRESSURE | ONCE q 2 YRS FOR BP < 130/85, ANNUAL IF GREATER | | 120/60 | 102/60 | 127/60 | | | | |
| *(5) CHOLESTEROL** | q 5 YRS FOR AGE >= 18 q YR IF PREV ABN | | 194 | 170 | +C 2ᵈ 101 112 | | | | |
| (6) HEARING | CLINICIAN'S DISCRETION | | | | | | | | |
| (7) SKIN EXAM (Cancer) | ANNUAL IF AT RISK | | | | | | | | |
| (8) ORAL/DENTAL** | ANNUAL | | | 15 NOV 2010 | | | | | |
| (9) EYE/VISION** | ROUTINE ACUITY WITH PERIODIC ASSESSMENT DIABETES ANNUALLY GLAUCOMA CHECK: Blacks q 3-5 yrs age 20-39 All q 2-4 yrs age 40-64 | | 08 FEB 2011 | 17 MAR 2010 | | | | | |
| (10) BREAST EXAM | ANNUAL: > 40 YRS | | | | N A | | | | |
| (11) MAMMOGRAM** | BASELINE @40, q 2 YRS 40-50, ANNUALLY > 50 | | | | | | | | |
| (12) PAP ** (Digital Rectal Exam) | BASELINE: AGE 18 OR ONSET OF SEXUAL ACTIVITY AFTER 3 NL ANNUAL EXAMS, PERFORM q 1-3 YEARS | | | | | | | | |
| (13) FECAL OCCULT BLOOD | ANNUAL: > 50 YRS | | | | | | | | |
| (14) SIGMOID | EVERY 3-5 YRS: > 50 YRS | | | | | | | | |
| (15) COLONOSCOPY** | HIGH RISK q 5 YRS: > 40 YRS | | | | | | | | |
| (16) TESTICULAR** | HIGH RISK ANNUAL 13-39 YRS | | | | SELF | | | | |
| (17) PROSTATE** **(Digital Rectal Exam) | WITH P.E. > 40 YRS (Presently recommended annually) | | | | N A | | | | |
| (18) RUBELLA SCREEN (Females) | ONCE BETWEEN AGES 12-18 YRS (Unless prev. vaccinated) | | | | | | | | |
| (19) OCCUPATIONAL SCREENING EXAMS | APPROPRIATE TO EXPOSURES | | | | X | | | | |
| (20) | | | | | | | | | |
| (21) | | | | | | | | | |
| (23) | | | | | | | | | |

DD FORM 2766, MAR 1998 (Automated Version) (EF-V2)                    PAGE 2 OF 4 PAGES

Name: MERWIN, DANIEL DENNIS
FMP: 20   SSN: 20█████████

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

# ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET
### (This form is subject to the Privacy Act of 1974 - Use DD Form 2005)

## 1. ALLERGIES

| Allergen | Reaction | Information Source | Onset Date |
|----------|----------|--------------------|------------|
| OTHER | Unknown | Unknown Source of Info | 11/07/2005 |

## 2. CHRONIC ILLNESSES

| Chronic Illness | Date |
|-----------------|------|
| Skin Neoplasm Of Uncertain Behavior | 24 NOV 2010 |
| Removal Of Sutures | 04 OCT 2010 |
| Extrinsic Asthma | 01 SEP 2010 |
| Folliculitis | 20 JUL 2010 |
| Rosacea | 14 JUN 2010 |
| Lattice Peripheral Retinal Degeneration | 23 APR 2010 |
| Myopia | 23 APR 2010 |
| Allergic Rhinitis | 17 MAR 2010 |
| Visit For: Occupational Health/fitness Exam | 17 MAR 2010 |
| Parent Education About Immunizations | 23 SEP 2009 |
| Visit For: Military Services Physical | 16 SEP 2009 |
| Exposure To Venereal Disease | 20 AUG 2009 |
| Visit For: Administrative Purposes | 07 MAY 2009 |
| Inquiry And Counseling About Contraceptive Practices | 07 MAY 2009 |

## 3. MEDICATIONS

| Medication | Sig | Expiration Date |
|------------|-----|-----------------|
| Cetirizine Hcl, 10 Mg, Tablet, Oral | T1 Tab Po Hs #30 Rf5 | 24 Jan 2012 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Inhale 2 Sprays In Each Nostril Once A Day #1 Rf3 | 24 Jan 2012 |
| Ketoconazole, 2 %, Shampoo, Topical | Use On Trunk And Scalp Bid As Directed | 13 Oct 2011 |
| Non-Formulary Drug Request (Nfdr) Device Not Specified Miscellaneous | Ketoconazole 2% Shampoo-- Use On Trunk And Scalp Twice Daily As Directed #2 Rf4 | 12 Oct 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Inhale 1 Puff Orally Bid #1 Rf1 | 01 Sep 2011 |
| Albuterol Sulfate 90mcg, Aerosol Powder, Inhalation, Hfa | Inh 2 Pf Po Q4h For Wheezing #1 Rf1 | 01 Sep 2011 |
| Fexofenadine Hcl, 180 Mg, Tablet, Oral | T1 Tab Po Qd F Allergies Ud #30 Rf2 | 25 Aug 2011 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Instead Of Soap Ud (But The Best Soap Is No Soap) #2 Rf6 | 20 Jul 2011 |

## 4. HOSPITALIZATIONS / SURGERIES

## 5. Counseling

## 6. FAMILY HISTORY (M = Mother, F = Father, S = Son, D = Daughter, B = Brother, Z = Sister, MGM/GM = Maternal/Paternal Grandmother, MGF/PGF = Maternal/Paternal Grandfather, MU/PU = Maternal/Paternal Uncle, MA/PA = Maternal/Paternal Aunt, Other = Other)

ADVANCED DIRECTIVES:
**PATIENT'S IDENTIFICATION**
Name: MERWIN, DANIEL DENNIS
Sex: M          DOB: ▇▇▇ 1985
SSN: ▇▇▇▇▇▇
FMP/SponsorSSN: 20/▇▇▇▇▇

**RECORDS MAINTAINED AT:**
CORRY OUTPAT RECS

| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
|--------------------------|--------|------------|
| Sponsor | Active Duty | SEAMAN APPRENTICE |

SPONSOR'S NAME (Last, First, Middle Initial)
MERWIN, DANIEL DENNIS

DEPT/SERVICE
Navy

ORGANIZATION
N4197660

AR 3292

# ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET

## 8. OCCUPATIONAL HISTORY/RISK

| | | | | |
|---|---|---|---|---|
| a. PRP | YES | | X | NO |
| b. FLYING STATUS | YES | | X | NO |

## 9. IMMUNIZATIONS (Enter numeric calls in sub block)

| (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) | (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) | (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) | (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) |
|---|---|---|---|---|---|---|---|
| a. HEP A #1 | 08 NOV 2005 | f. MMR #1 | 08 NOV 2005 | j. TD (q 10 yrs) (Last) | 08 NOV 2005 | | |
| b. HEP A #2 | 14 DEC 2005 | g. MMR #2 | | k. TD (Due) | 08 NOV 2015 | | |
| c. HEP B #1 | 08 NOV 2005 | h. PNEUMOCOCCUS | | l. YELLOW FEVER (Last) | 14 DEC 2005 | | |
| d. HEP B #2 | 14 DEC 2005 | i. POLIO   OPV = O   IPV = I | 08 NOV 2005 | m. YELLOW FEVER (Due) | 14 DEC 2015 | | |
| e. HEP B #3 | | | | | | | |

| n. TYPHOID (Enter numeric class in sub block)  ORAL = O  TYPHIM Vi = 1, TYPHOID USP = 2 | (1) DATE 2 | (2) DATE 2 | (3) DATE | (4) DATE | (5) DATE | (6) DATE |
|---|---|---|---|---|---|---|
| | 14 APR 2006 | 19 FEB 2008 | | | | |

| o. ANTHRAX | (1) INITIAL DATE | (2) 2 WEEK DATE | (3) 4 WEEK DATE | (4) 6 MONTH DATE | (5) 12 MONTH DATE | (6) 18 MONTH DATE |
|---|---|---|---|---|---|---|
| | 01 OCT 2007 | 20 OCT 2007 | 13 NOV 2007 | 05 MAY 2008 | 09 MAR 2010 | |

| p. IPPD (Enter mm and date) | (1)(a) mm 0 | (2)(a) mm | (3)(a) mm | (4)(a) mm | (5) (a) mm | (6)(a) mm | (7)(a) mm |
|---|---|---|---|---|---|---|---|
| | (b) DATE 17 MAR 2010 | (b) DATE | (b) DATE | (b) DATE | (b) DATE | (b) DATE | (b) DATE |

| q. INFLUENZA | (1) DATE 08 NOV 2005 | (2) DATE 23 SEP 2009 | (3) DATE | (4) DATE | (5) DATE | (6) DATE |
|---|---|---|---|---|---|---|

| r. VARICELLA | (1) DATE | (2) DATE | u. JAPANESE B ENCEPAHLITIS | (1) DATE | (2) DATE | (3) DATE | (4) DATE |
|---|---|---|---|---|---|---|---|

| s. MENINGO | (1) DATE 08 NOV 2005 | (2) DATE | v. OTHER (Specify) | | (1) DATE | (2) DATE | (3) DATE |
|---|---|---|---|---|---|---|---|

| t. ADENO | (1) DATE | (2) DATE | w. OTHER (Specify) | | (1) DATE | (2) DATE | (3) DATE |
|---|---|---|---|---|---|---|---|

## 10. READINESS

*(Glucose-6-phosphate dehydrogenase)*

| a. DNA | DATE: | b. BLOOD TYPE | DATE: | RESULT: | c. G6PD* | DATE: 06 NOV 2005 | RESULT: Normal | d. SICKLE CELL | DATE: 06 NOV 2005 | RESULT: Negative |
|---|---|---|---|---|---|---|---|---|---|---|

| e. PERMANENT PROFILE CHANGE | (1) DATE: | (2) P: | (3) U: | (4) L: | (5) H: | (6) E: | (7) S: |
|---|---|---|---|---|---|---|---|

| f. GLASSES/GAS MASK Rx: | (1) DATE 08 FEB 2011 | (2) DATE 17 MAR 2010 | (3) DATE | (4) DATE | (5) DATE | (6) DATE |
|---|---|---|---|---|---|---|

| g. DENTAL EXAM (Enter numeric class in sub block) | (1) DATE 1 11 SEP 2009 | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE |
|---|---|---|---|---|---|---|

| h. HIV TESTING | (1) DATE 09 MAR 2010 | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE |
|---|---|---|---|---|---|---|

| i. FITNESS (in sub block enter P=Pass, F=Fail, W=Waiver) | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE |
|---|---|---|---|---|---|---|
| | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE |
| | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE |

## 11. PRE/POST DEPLOYMENT HISTORY

| a. LOCATION | | | | | | |
|---|---|---|---|---|---|---|
| (1) PREDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |
| (2) POSTDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |

| b. LOCATION | | | | | | |
|---|---|---|---|---|---|---|
| (1) PREDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |
| (2) POSTDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |

| c. CHART AUDIT | | | | | | |
|---|---|---|---|---|---|---|

| Name: MERWIN, DANIEL DENNIS | THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO |
|---|---|
| FMP: 20   SSN: 20▮▮▮▮ | THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED. |

# PRIVACY ACT STATEMENT

*THIS FORM IS NOT A CONSENT FORM TO RELEASE OR USE HEALTH CARE INFORMATION PERTAINING TO YOU*

**AUTHORITY FOR COLLECTION OF INFORMATION INCLUDING SOCIAL SECURITY NUMBER (SSN).**
Sections 133, 1071.87, 3012, 5031 and 8012, title 10, United States Codes and Executive Order 9397.

**PRINCIPLE PURPOSES FOR WHICH INFORMATION IS INTENDED TO BE USED**
This form provides you the advice required by The Privacy Act of 1974. The personal information will facilitate and document your health care. The Social Security Number (SSN) is required to identify and retrieve health records.

**ROUTINE USES**
The primary use of this information is to provide, plan, and coordinate health care. As prior to enactment of the Privacy Act, other possible uses are to: Aid in preventive health and communicable disease control programs and report medical conditions required by law to federal, state and local agencies; compile statistical data; conduct research; teach; determine suitability of persons for service or assignments; adjudicate claims and determine benefits; other lawful purposes, including law enforcement and litigation; conduct authorized investigations; evaluate care rendered; determine professional certification and hospital accreditation; provide physical qualifications of patients to agencies of federal, state or local government upon request in the pursuit of their official duties.

**WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL OF NOT PROVIDING INFORMATION**
In the case of military personnel, the requested information is mandatory because of the need to document all active duty medical incidents in view of future rights and benefits. In the case of all other personnel/beneficiaries, the requested information is voluntary. If the information is not furnished, comprehensive health care may not be possible, but CARE WILL.

This all inclusive Privacy Act Statement will apply to all requests for personal information made by health care treatment personnel or for medical/dental treatment purposes and will become a permanant part of your health care record.

---

DD FORM 2766, MAR 1998 (Automated Version) (EF-V2)                                     PAGE 4 OF 4 PAGES

| | |
|---|---|
| Name: MERWIN, DANIEL DENNIS | THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO |
| FMP: 20    SSN: 20█████ | THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED. |

# VACCINE ADMINISTRATION RECORD

## (THIS FORM IS SUBJECT TO THE PRIVACY ACT OF 1974)

FILE AS PAGE DIRECTLY BEHIND DD FORM 2766 ON LEFT SIDE OF MEDICAL RECORD

By printing and placing in the medical record, providers are verifying that the vaccines annotated were administered and current CDC published Vaccine Information Sheets (VIS) or Important Information Sheet was given to the parent, legal guardian or patient. This form complies with all federal record keeping requirements of the National Childhood Vaccine Injury Act of 1986 as amended 14 December 1993. Parent, guardian, or patient signature is not required unless state law mandates a guardian signature and proof of informed consent. Local VIS's may be developed for vaccines not covered by CDC Publications. This document complies with article 80 of the WHO international health regulations and can be used in place of the PHS 731 when traveling outside the United States.

| Vaccine | Series | Date | Manufacturer | Lot Number | Dose/Site | Exemption | Administering Tech |
|---|---|---|---|---|---|---|---|
| Anthrax | 1 | 1 Oct 2007 | Other | FAV114 | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Anthrax | 2 | 20 Oct 2007 | Other | FAV114 | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Anthrax | 3 | 13 Nov 2007 | Other | FAV114 | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Anthrax | 4 | 5 May 2008 | Unknown | UNK | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Anthrax | 5 | 9 Mar 2010 | Emergent BioDefense Operations Lansing | TRANSCRIBED | /Unknown | None | |
| VIS Version(s): N/A | | | | | | | |
| Hep A (Adult) | 1 | 8 Nov 2005 | Unknown | UNKNOWN | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Hep A (Adult) | 2 | 14 Dec 2005 | Unknown | UNKNOWN | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Hep A - Hep B (Twinrix) | 1 | 8 Nov 2005 | Other | AHABB043BA | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Hep A - Hep B (Twinrix) | 1 | 14 Dec 2005 | Other | AHABB043BA | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Hep B - Adult | 1 | 8 Nov 2005 | Unknown | UNKNOWN | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Hep B - Adult | 2 | 14 Dec 2005 | Unknown | UNKNOWN | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Influenza | 0 | 23 Sep 2009 | MedImmune, Inc. | 500719P | .25 mL/Intranasal | None | |
| VIS Version(s): N/A | | | | | | | |
| Influenza | 1 | 2 Nov 2011 | Sanofi Pasteur | ut423aa | .5 mL/Unknown | None | |
| VIS Version(s): N/A | | | | | | | |
| Influenza NOS | 1 | 1 Nov 2005 | MedImmune, Inc. | 500388P | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Influenza NOS | 0 | 12 Nov 2006 | Other | AFLUA219BA | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Influenza NOS | 0 | 16 Jan 2008 | Unknown | UNKNOWN | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Influenza Split Virus | 0 | 8 Nov 2005 | Other | U1911AA | / | None | |
| VIS Version(s): N/A | | | | | | | |
| Influenza, H1N1 (Injectable) | 0 | 22 Dec 2009 | Novartis Pharmaceutical Corp. | 104040P1 | .5 mL/Left Arm | None | |
| VIS Version(s): N/A | | | | | | | |
| Influenza, Live, Intranasal | 0 | 23 Sep 2009 | MedImmune, Inc. | 500719P | / | None | |
| VIS Version(s): N/A | | | | | | | |

| IMMUNIZATION KI | Name: MERWIN DANIEL DENNIS | | Sex: M |
|---|---|---|---|
| 2480 LLEWELLYN AVE | Status: AD / N2153370 | | Rank: PO2 |
| FORT GEORGE G MEADE, MARYLAND 20755 | Service: Navy | Sponsor's SSN: 20 / ███████ | DOB: ███ 1985 |

FILE AS PAGE DIRECTLY BEHIND DD FORM 2766 ON LEFT SIDE OF MEDICAL RECORD

## VACCINE ADMINISTRATION RECORD
### (THIS FORM IS SUBJECT TO THE PRIVACY ACT OF 1974)

This document complies with Article 36 and Annex 6 of the World Health Organization International Health Regulations (IHR) of 2005. International Health Regulations call for this document to be accepted in lieu of the International Certificate of Vaccination (PHS Form 731) when traveling outside the United States. In accordance with the IHR, this automated record is an equivalent document issued by the United States Armed Forces.

By inserting the Vaccine Information Statement (VIS) version date in the applicable field, providers verify that the vaccine(s) annotated were administered and current VISs were given to the parent, legal guardian or patient. This form complies with federal record-keeping requirements of the National Childhood Vaccine Injury Act of 1986 as amended 14 December 1993. Parent, guardian, or patient signature is not required unless state law mandates a guardian signature and proof of informed consent.

| Vaccine (Series) | Date | Manufacturer | Lot Number | Dosage | VIS Version | Administering Tech |
|---|---|---|---|---|---|---|
| Anthrax(1) | 1 Oct 2007 | Other | FAV114 | | | |
| Anthrax(2) | 20 Oct 2007 | Other | FAV114 | | | |
| Anthrax(3) | 13 Nov 2007 | Other | FAV114 | | | |
| Anthrax(4) | 5 May 2008 | Unknown | UNK | | | |
| Anthrax(5) | 9 Mar 2010 | Bioport Corporation | UNK | | | |
| Hep A (Adult)(1) | 8 Nov 2005 | Unknown | UNKNOWN | | | |
| Hep A (Adult)(2) | 14 Dec 2005 | Unknown | UNKNOWN | | | |
| Hep A-Hep B(1) | 8 Nov 2005 | Other | AHABB043BA | | | |
| Hep A-Hep B(1) | 14 Dec 2005 | Other | AHABB043BA | | | |
| Hep B - Adult(1) | 8 Nov 2005 | Unknown | UNKNOWN | | | |
| Hep B - Adult(2) | 14 Dec 2005 | Unknown | UNKNOWN | | | |
| Influenza Split Virus | 8 Nov 2005 | Other | U1911AA | | | |
| Influenza, live, intranasal | 23 Sep 2009 | MedImmune, Inc. | 500719P | | | |
| Influenza, live, intranasal | 15 Nov 2010 | MedImmune, Inc. | 501061P | | | |
| Influenza, live, intranasal | 24 Oct 2012 | CSL Biotherapies, Inc. | AH2139 | | | |
| Influenza, unspecified | 1 Nov 2005 | MedImmune, Inc. | 500388P | | | |
| Influenza, unspecified | 12 Nov 2006 | Other | AFLUA219BA | | | |
| Influenza, unspecified | 16 Jan 2008 | Unknown | UNKNOWN | | | |
| Influenza, whole | 2 Nov 2011 | Unknown | UNK | | | |
| IPV(1) | 8 Nov 2005 | Other | Y0535 | | | |
| Meningococcal MPSV4 | 8 Nov 2005 | Other | UE359AA | | | |
| MMR(1) | 8 Nov 2005 | Merck & Co., Inc. | 0298R | | | |
| Novel Influenza-H1N1-09(0) | 22 Dec 2009 | | 104040P1 | | | |
| PPD N/0mm | 19 Mar 2013 | Parkedale Pharmaceutic | 293238 | 0.1 mL | | Wray, KIM |
| Td (Adult), adsorbed | 8 Nov 2005 | Other | U1586BA | | | |
| Td (Adult), adsorbed | 19 Mar 2013 | Sanofi Pasteur | u4422aa | | | |
| Tdap | 19 Mar 2013 | Sanofi Pasteur | u4422aa | 0.5 mL | | Wray, KIM |
| Typhoid, parenteral | 14 Apr 2006 | Unknown | UNKNOWN | | | |
| Typhoid, parenteral | 19 Feb 2008 | Unknown | UNKNOWN | | | |
| Typhoid, ViCPs | 19 Mar 2013 | Sanofi Pasteur | h1481 | 0.5 mL | | Wray, KIM |
| Yellow Fever | 14 Dec 2005 | Other | UE351AA | | | |

## LAST ITEM
## DO NOT MAKE ENTRIES BELOW THIS BLOCK

Allergy and Immunization Clinic
2480 Llewellyn Ave STE 5800
Fort Meade, MD 20755-5120
301-677-8522

| **Kimbrough Ambulatory Care Center** | Name: | Merwin Daniel D | | Sex: | M |
|---|---|---|---|---|---|
| **2480 LLEWELYN AVE** | Status: | AD | | Rank: | E5 |
| **FORT GEORGE G. MEADE, MARYLAND** | | | | | |
| **20755-5800** | Service: | Navy | Sponsor's SSAN: ▓▓▓ | DOB: ▓▓▓ 1985 | |
| **301 677 8242** | | | | | |

DD FORM 2766C (Computer Generated) - ASIMS

Printed 03/21/2013 09:16

**ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET**
**(This form is subject to the Privacy Act of 1974 - Use DD Form 2005)**

## 1. ALLERGIES

| Allergen | Reaction | Information Source | Onset Date |
|---|---|---|---|
| OTHER | Unknown | Unknown Source of Info | 11/07/2005 |

*Feathers, CATS*

## 2. CHRONIC ILLNESSES

| Chronic Illness | Date |
|---|---|
| Allergic Rhinitis | 17 MAR 2010 |
| Visit For: Occupational Health/fitness Exam | 17 MAR 2010 |
| Parent Education About Immunizations | 23 SEP 2009 |
| Visit For: Military Services Physical | 16 SEP 2009 |
| Exposure To Venereal Disease | 20 AUG 2009 |
| Inquiry And Counseling About Contraceptive Practices | 07 MAY 2009 |
| Visit For: Administrative Purposes | 07 MAY 2009 |

## 3. MEDICATIONS

## 4. HOSPITALIZATIONS / SURGERIES

## 5. Counseling

## 6. FAMILY HISTORY

DD FORM 2766, MAR 1998 (Automated Version)  (EF-V2)

PAGE 1 OF 4 PAGES

RECORDS MAINTAINED AT:
CORRY OUTPAT RECS

ADVANCED DIRECTIVES:
**PATIENT'S IDENTIFICATION**
Name:MERWIN, DANIEL DENNIS
Sex:M          DOB:▮▮▮▮ 1985
SSN: ▮▮▮▮▮▮▮▮
FMP/SponsorSSN:20/▮▮▮▮▮▮▮

RELATIONSHIP TO SPONSOR          STATUS
Sponsor                          Active Duty
SPONSOR'S NAME *(Last, First, Middle Initial)*
MERWIN, DANIEL DENNIS
ORGANIZATION
N419/660

RANK/GRADE
PETTY OFFICER THIRD CLASS

DEPT/SERVICE
Navy

AR 3297

## ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET

**7. SCREENING EXAMS** (* = Actual Result,  ** = Tricare Benefit, N = Normal, X = Abnormal, E = Done Elsewhere, R = Refused, NA = Note Indicated)  ( = Next Due)

| a. TEST | b. FREQUENCY | c. YEAR<br>d. AGE | 2010<br>25 | 2009<br>24 | e. DATES |
|---|---|---|---|---|---|
| (1) CLINICAL DISEASE PREV EVAL/PHA (HEAR) | ANNUAL | | | | |
| *(2) WEIGHT | ANNUAL FOR ACTIVE DUTY | | 150 | 145 | |
| *(3) HEIGHT | ANNUAL FOR ACTIVE DUTY | | 69.5 in | 68 in | |
| *(4) BLOOD PRESSURE | ONCE q 2 YRS FOR BP < 130/85. ANNUAL IF GREATER | | 102/60 | 120/79 | |
| *(5) CHOLESTEROL** | q 5 YRS FOR AGE >= 18 q YR IF PREV ABN | | 170 | 190 | |
| (6) HEARING | CLINICIAN'S DISCRETION | | | | |
| (7) SKIN EXAM (Cancer) | ANNUAL IF AT RISK | | | | |
| (8) ORAL/DENTAL** | ANNUAL | | | 11 SEP 2009 | |
| (9) EYE/VISION** | ROUTINE ACUITY WITH PERIODIC ASSESSMENT DIABETES ANNUALLY GLAUCOMA CHECK: Blacks q 3-5 yrs age 20-39 All q 2-4 yrs age 40-64 | 17 MAR 2010 | | | |
| (10) BREAST EXAM | ANNUAL > 40 YRS | | | | |
| (11) MAMMOGRAM** | BASELINE @40, q 2 YRS 40-50, ANNUALLY > 50 | | | | |
| (12) PAP **(Digital Rectal Exam) | BASELINE: AGE 18 OR ONSET OF SEXUAL ACTIVITY AFTER 3 NL ANNUAL EXAMS, PERFORM q 1-3 YEARS | | | | |
| (13) FECAL OCCULT BLOOD | ANNUAL > 50 YRS | | | | |
| (14) SIGMOID | EVERY 3-5 YRS: > 50 YRS | | | | |
| (15) COLONOSCOPY** | HIGH RISK q 5 YRS: > 40 YRS | | | | |
| (16) TESTICULAR** | HIGH RISK ANNUAL 13-39 YRS | | | | |
| (17) PROSTATE** **(Digital Rectal Exam) | WITH P.E. > 40 YRS (Presently recommended annually) | | | | |
| (18) RUBELLA SCREEN (Females) | ONCE BETWEEN AGES 12-18 YRS (Unless prev vaccinated) | | | | |
| (19) OCCUPATIONAL SCREENING EXAMS | APPROPRIATE TO EXPOSURES | | | | |
| (20) | | | | | |
| (21) | | | | | |
| (23) | | | | | |

Name: MERWIN, DANIEL DENNIS    THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579).  UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW.  VIOLATORS WILL BE PROSECUTED.
FMP:  20    SSN: 20█████

AR 3298

# ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET

**8. OCCUPATIONAL HISTORY/RISK**

a. PRP      YES    X    NO
b. FLYING STATUS    YES    X    NO

**9. IMMUNIZATIONS** (Enter numeric calls in sub block)

| (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) | (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) | (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) | (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) |
|---|---|---|---|---|---|---|---|
| a. HEP A #1 | 08 NOV 2005 | f. MMR #1 | 08 NOV 2005 | j. TD (q 10 yrs) (Last) | 08 NOV 2005 | | |
| b. HEP A #2 | 14 DEC 2005 | g. MMR #2 | | k. TD (Due) | 08 NOV 2015 | | |
| c. HEP B #1 | 08 NOV 2005 | h. PNEUMOCOCCUS | | l. YELLOW FEVER (Last) | 14 DEC 2005 | | |
| d. HEP B #2 | 14 DEC 2005 | i. POLIO OPV = O    IPV = I | I    08 NOV 2005 | m. YELLOW FEVER (Due) | 14 DEC 2015 | | |
| e. HEP B #3 | | | | | | | |

| | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE |
|---|---|---|---|---|---|---|
| n. TYPHOID (Enter numeric class in sub block) ORAL = O TYPHIM Vi = I, TYPHOID USP = 2 | 2  14 APR 2006 | 2  19 FEB 2008 | | | | |

| | (1) INITIAL DATE | (2) 2 WEEK DATE | (3) 4 WEEK DATE | (4) 6 MONTH DATE | (5) 12 MONTH DATE | (6) 18 MONTH DATE |
|---|---|---|---|---|---|---|
| o. ANTHRAX | 01 OCT 2007 | 20 OCT 2007 | 13 NOV 2007 | 05 MAY 2008 | 09 MAR 2010 | |

| | (1)(a) mm | (2)(a) mm | (3)(a) mm | (4)(a) mm | (5)(a) mm | (6)(a) mm | (7)(a) mm |
|---|---|---|---|---|---|---|---|
| p. IPPD (Enter mm and date) | (b) DATE | (b) DATE | (b) DATE | (b) DATE | (b) DATE | (b) DATE | (b) DATE |

| | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | (7) DATE |
|---|---|---|---|---|---|---|---|
| q. INFLUENZA | 08 NOV 2005 | 23 SEP 2009 | | | | | |
| r. VARICELLA | (1) DATE | (2) DATE | | | | | |

| u. JAPANESE B ENCEPAHLITIS | (1) DATE | (2) DATE | (3) DATE | (4) DATE |
|---|---|---|---|---|
| s. MENINGO (1) DATE 08 NOV 2005 (2) DATE | | | | |
| v. OTHER (Specify) | (1) DATE | (2) DATE | (3) DATE |
| t. ADENO (1) DATE (2) DATE | | | |
| w. OTHER (Specify) | (1) DATE | (2) DATE | (3) DATE |

**10. READINESS**

\* (Glucose-6-phosphate dehydrogenase)

| a. DNA DATE: | b. BLOOD TYPE DATE: | RESULT: | c. G6PD* DATE: | RESULT: | d. SICKLE CELL DATE: | RESULT: |
|---|---|---|---|---|---|---|
| 15 Dec 05 | 06 Nov 05 | O pos | 06 NOV 2005 | Normal | 06 NOV 2005 | Negative |

| e. PERMANENT PROFILE CHANGE | (1) DATE | (2) P: | (3) U: | (4) L: | (5) H: | (6) E: | (7) S: |
|---|---|---|---|---|---|---|---|
| f. GLASSES/GAS MASK Rx: | (1) DATE 17 MAR 2010 | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |
| g. DENTAL EXAM (Enter numeric class in sub block) | (1) DATE 1 11 SEP 2009 | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |
| h. HIV TESTING | (1) DATE 09 MAR 2010 | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |
| i. FITNESS (in sub block enter P=Pass, F=Fail, W=Waiver) | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |
| | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |
| | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |

**11. PRE/POST DEPLOYMENT HISTORY**

a. LOCATION

| (1) PREDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |
|---|---|---|---|---|---|---|
| (2) POSTDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |

b. LOCATION

| (1) PREDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |
|---|---|---|---|---|---|---|
| (2) POSTDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |

c. CHART AUDIT

---

**DD FORM 2766, MAR 1998 (Automated Version)  (EF-V2)**      PAGE 3 OF 4 PAGES

| Name: MERWIN, DANIEL DENNIS | THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974  (PL-93-579).  UNAUTHORIZED ACCESS TO |
|---|---|
| FMP:  20    SSN: 20█████ | THIS INFORMATION IS A VIOLATION OF FEDERAL LAW.  VIOLATORS WILL BE PROSECUTED. |

# PRIVACY ACT STATEMENT

*THIS FORM IS NOT A CONSENT FORM TO RELEASE OR USE HEALTH CARE INFORMATION PERTAINING TO YOU*

**AUTHORITY FOR COLLECTION OF INFORMATION INCLUDING SOCIAL SECURITY NUMBER (SSN).**
Sections 133, 1071.87, 3012, 5031 and 8012, title 10, United States Codes and Executive Order 9397.

**PRINCIPLE PURPOSES FOR WHICH INFORMATION IS INTENDED TO BE USED**
This form provides you the advice required by The Privacy Act of 1974. The personal information will facilitate and document your health care. The Social Security Number (SSN) is required to identify and retrieve health records.

**ROUTINE USES**
The primary use of this information is to provide, plan, and coordinate health care. As prior to enactment of the Privacy Act, other possible uses are to: Aid in preventive health and communicable disease control programs and report medical conditions required by law to federal, state and local agencies; compile statistical data; conduct research; teach; determine suitability of persons for service or assignments; adjudicate claims and determine benefits; other lawful purposes, including law enforcement and litigation; conduct authorized investigations; evaluate care rendered; determine professional certification and hospital accreditation; provide physical qualifications of patients to agencies of federal, state or local government upon request in the pursuit of their official duties.

**WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL OF NOT PROVIDING INFORMATION**
In the case of military personnel, the requested information is mandatory because of the need to document all active duty medical incidents in view of future rights and benefits. In the case of all other personnel/beneficiaries, the requested information is voluntary. If the information is not furnished, comprehensive health care may not be possible, but CARE WILL.

This all inclusive Privacy Act Statement will apply to all requests for personal information made by health care treatment personnel or for medical/dental treatment purposes and will become a permanant part of your health care record.

---

**DD FORM 2766, MAR 1998 (Automated Version) (EF-V2)**                                PAGE 4 OF 4 PAGES

| | |
|---|---|
| Name: MERWIN, DANIEL DENNIS<br>FMP: 20   SSN: 20█████████ | THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED. |

# ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET

(This form is subject to the Privacy Act of 1974 - Use DD Form 2005)

**b. OTHER ALLERGIES** _FEATHERS, CATS_

**3. MEDICATIONS**

**1. ALLERGIES** { FEATHERS }
a. MEDICATION ALLERGIES

**2. CHRONIC ILLNESSES**

**4. HOSPITALIZATIONS / SURGERIES** _AGE 19_

_-TONSILLECTOMY_

| | | | |
|---|---|---|---|
| | a. DATE | _4/10/13_ _2:28_ | |
| | b. AGE | | |
| | c. TOPIC | _F, D, I,_ | |

**5. COUNSELING**

| | | | | | |
|---|---|---|---|---|---|
| F | FITNESS | | d. DATE | | |
| D | DENTAL | | e. AGE | | |
| I | INJURY PREVENTION | | f. TOPIC | | |
| N | NUTRITION / FOLATE | | | | |
| C | CANCER PREVENTION | | | | |
| S | SAFE SEX | | g. DATE | | |
| FP | FAMILY PLANNING | | h. AGE | | |
| Rx | PRESENT MEDICATIONS | | i. TOPIC | | |
| MH | MENTAL HEALTH / STRESS / SUICIDE / OCCUPATIONAL STRESS | | | | |
| | HORMONE / CALCIUM REPLACEMENT | | j. DATE | | |
| To | TOBACCO | | k. AGE | | |
| A | ALCOHOL / SUBSTANCE ABUSE | | l. TOPIC | | |
| T | TRAVEL | | | | |
| O | OCCUPATIONAL EXPOSURE (HEARING THRESHOLD CHANGES / CUMULATIVE TRAUMA DISORDER) | | | | |

**ADVANCED DIRECTIVES: DATE FILED** (Use this space for mechanical imprint)

**PATIENT'S IDENTIFICATION**

**RECORDS MAINTAINED AT:** USS ESSEX

| | | |
|---|---|---|
| **PATIENT'S NAME** | FIRST DANIEL | STATUS |
| LAST MERWIN | | M.I. |
| RELATIONSHIP TO SPONSOR | | |
| SPONSOR'S NAME (Last, First, Middle Initial) | | NUMBER ▮▮▮ |
| ORGANIZATION USS ESSEX | | |

DD FORM 2766   _7296_

AR 3301



# ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET
## (Continuation Sheet)
M = Mother, F = Father, S = Sibling, MGM = Maternal Grandmother, MGF = Maternal Grandfather,
PGM = Paternal Grandmother  PGF = Paternal Grandfather

**FAMILY HISTORY**

F - MI  PGF - MI
Sib, F, PGF & PGM

| | FAMILY HISTORY |
|---|---|
| a. | CANCER ( SPECIFY ) |
| b. | CARDIOVASCULAR DISEASE ( SPECIFY ) |
| c. | DIABETES ( SPECIFY ) |
| d. | MENTAL ILLNESS / CHEMICAL DEPENDENCY ( SPECIFY ) |

## 7. SCREENING EXAMS ( * = Actual Result, ● = Next Due )
( * = Actual Result, ● = Next Due, N = Normal, X = Abnormal, E = Done Elsewhere, R = Refused, * * = Tricare Benefit, NA = Not Indicated )

| a. TEST | b. FREQUENCY | c. YEAR / d. AGE | e. DATES | | | |
|---|---|---|---|---|---|---|
| | | | 1918  2013 | | | |
| | | | 78 | | | |
| | | | PHA | | | |
| | | | 21.2 | | | |
| | | | 69 | | | |
| | | | 155-68 | | | |
| | | | 110/72 | | | |
| * ( 1 ) CLINICAL DISEASE PREV. EVAL / PHA ( HEAR ) | ANNUAL | | | | | |
| * ( 2 ) WEIGHT | ANNUAL FOR ACTIVE DUTY | | 149-265 | | | |
| * ( 3 ) HEIGHT | ANNUAL FOR ACTIVE DUTY | | 19 MAR 09 | | | |
| * ( 4 ) BLOOD PRESSURE | ONCE q 2 YRS FOR BP 130 / 85, ANNUAL IF GREATER | 11NOV2007 | 3/19/2018 | | | |
| * ( 5 ) CHOLESTEROL * * | q 5 YRS FOR AGE ≥ 18 q YR IF PREV ABN CLINICIAN'S DISCRETION ANNUAL IF AT RISK | 07NOV2005 | 2020 09 2910 04 NV 04 | | | |
| ( 6 ) HEARING | ANNUAL | | | | | |
| ( 7 ) SKIN EXAM ( CANCER ) | ROUTINE ACUITY WITH PERIODIC ASSESSMENT | | NA | | | |
| ( 8 ) ORAL / DENTAL * * | DIABETES ANNUALLY GLAUCOMA CHECK : ALL q 3 - 5 YRS AGE 20 - 39 q 2 - 4 YRS AGE 40 - 54 ALL q 2 - 4 YRS AGE 55 | N/A | NA | | | |
| ( 9 ) EYE / VISION * * | q ANNUAL : ≥ 40 YRS | N/A | | | | |
| ( 10 ) BREAST EXAM * * | ANNUAL q 2 YRS 40 - 50 BASELINE @ 40, q 2 YRS 40 - 50 ANNUAL > 50 | | | | | |
| ( 11 ) MAMMOGRAM * * | BASELINE : AGE 18 OR ONSET OF SEXUAL ACTIVITY AFTER 3 NL ANNUAL EXAMS, PERFORM q 1 - 3 YEARS | | self | | | |
| ( 12 ) PAP | ANNUAL : ≥ 50 YRS | | | | | |
| * * DIGITAL RECTAL EXAM | EVERY 2 - 5 YRS : q 5 YRS : ≥ 40 YRS | | | | | |
| ( 13 ) FECAL OCCULT BLOOD | HIGH RISK ANNUAL 13 - 35 YRS | | | | | |
| ( 14 ) SIGMOID | HIGH RISK : ≥ 40 YRS PRESENTLY | | | | | |
| ( 15 ) COLONOSCOPY * * | WITH P. E. : ≥ 40 YRS RECOMMENDED ANNUALLY | | | | | |
| ( 16 ) TESTICULAR * * | ONCE BETWEEN AGES 12 - 18 YRS ( UNLESS PREV VACCINATED ) | | | | | |
| ( 17 ) PROSTATE * * * * DIGITAL RECTAL EXAM | | | | | | |
| ( 18 ) RUBELLA SCREEN ( FEMALES ) | APPROPRIATE TO EXPOSURES | | | | | |
| ( 19 ) OCCUPATIONAL SCREENING EXAMS | | | | | | |
| ( 20 ) | | | | | | |
| ( 21 ) | | | | | | |
| ( 22 ) | | | | | | |

DD FORM 2766

AR 3302

## ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET
### (Continuation Sheet)

### 8. OCCUPATIONAL HISTORY / RISK

| | | | | |
|---|---|---|---|---|
| a. PRP | | YES | X | NO |
| b. FLYING STATUS | | YES | | NO |

### 9. IMMUNIZATIONS *(ENTER NUMERIC CLASS IN SUB BLOCK)*

| (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) | (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) | (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) | (1) IMMUNIZATION | (2) DATE (DDMMMYYYY) |
|---|---|---|---|---|---|---|---|
| a. HEP A #1 | 08NOV2005 | f. MMR #1 | 08NOV2005 | j. TD (q 10 YRS) (LAST) | 08NOV2005 | | |
| b. HEP A #2 | 14DEC2005 | g. MMR #2 | | k. TD (DUE) | 06NOV2015 | | |
| c. HEP B #1 | 08NOV2005 | h. PNEUMOCOCCUS | | l. YELLOW FEVER (LAST) | 14DEC2005 | | |
| d. HEP B #2 | 14DEC2005 | i. POLIO OPV = O  IPV = I | I 08NOV2005 | m. YELLOW FEVER (DUE) | 12DEC2015 | | |
| e. HEP B #3 | | | | | | | |

| n. TYPHOID *(ENTER NUMERIC CLASS IN SUB BLOCK)* ORAL = O TYPHUM VI = 1, TYPHOID USP = 2 | (1) DATE  2  19FEB2008 | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE |
|---|---|---|---|---|---|---|
| o. ANTHRAX | (1) INITIAL DATE 01OCT2007 | (2) 2 WEEK DATE 20OCT2007 | (3) 4 WEEK DATE 13NOV2007 | (4) 6 MONTH DATE 05May08 | (5) 12 MONTH DATE 01NOV08 | (6) 18 MONTH DATE |
| p. PPD *(ENTER MM AND DATE)* | (1) (a) mm ZERO | (2) (a) mm | (3) (a) mm | (4) (a) mm | (5) (a) mm | (6) (a) mm | (7) (a) mm |
| | (b) DATE 22OCT2007 | (b) DATE | (b) DATE | (b) DATE | (b) DATE | (b) DATE | (b) DATE |
| q. INFLUENZA | (1) DATE 16JAN2008 | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | (7) DATE |
| r. VARICELLA | (1) DATE | (2) DATE | u. JAPANESE B ENCEPHALITIS | (1) DATE | (2) DATE | (3) DATE | (4) DATE |
| s. MENINGO | (1) DATE 08NOV2005 | (2) DATE | v. OTHER (SPECIFY) | (1) DATE | (2) DATE | (3) DATE | |
| t. ADENO | (1) DATE | (2) DATE | w. OTHER (SPECIFY) | (1) DATE | (2) DATE | (3) DATE | |

### 10. READINESS

*(GLUCOSE - 6 -PHOSPHATE DEHYDROGENASE)*

| a. DNA VERIFIED | DATE: 27APR2006 | b. BLOOD TYPE | DATE: 06NOV2005 | RESULT: O-POS | c. G6PD | DATE: 06NOV2005 | RESULT: POS | d. SICKLE CELL | DATE: 06NOV2005 | RESULT: NEG |
|---|---|---|---|---|---|---|---|---|---|---|

| e. PERMANENT PROFILE CHANGE | (1) DATE | (2) P: | (3) U: | (4) L: | (5) H: | (6) E: | (7) S: |
|---|---|---|---|---|---|---|---|
| f. GLASSES / GAS MASK Rx: | (1) DATE 07NOV2005 | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |
| g. DENTAL EXAM *(ENTER NUMERIC CLASS IN SUB BLOCK)* | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |
| h. HIV TESTING | (1) DATE 07DEC2006 | (2) DATE 02OCT08 | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |
| i. FITNESS *(IN SUB BLOCK ENTER P = PASS, F = FAIL, W = WAIVER)* | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |
| | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |
| | (1) DATE | (2) DATE | (3) DATE | (4) DATE | (5) DATE | (6) DATE | |

### 11. PRE / POST DEPLOYMENT HISTORY

| a. LOCATION | | | | | | |
|---|---|---|---|---|---|---|
| (1) PREDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |
| (2) POSTDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |
| b. LOCATION | | | | | | |
| (1) PREDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |
| (2) POSTDEPLOYMENT | (a) DATE | (b) DATE | (c) DATE | (d) DATE | (e) DATE | (f) DATE |
| c. CHART AUDIT | 05FEB2008 | | | | | |

DD FORM 2766

Page 3 of 4 Pages

AR 3303

## ADULT PREVENTIVE AND CHRONIC CARE FLOWSHEET

(This form is subject to the Privacy Act of 1974 - Use DD Form 2005)

| TEST | FREQUENCY | DATES | | | | | |
|---|---|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) | (e) | (f) |
| PHA | | 19FEB2008 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**REMARKS**

| PATIENT'S IDENTIFICATION (Use this space for mechanical imprint) | RECORDS MAINTAINED AT: USS ESSEX |
|---|---|

| PATIENT'S NAME | | | SEX |
|---|---|---|---|
| LAST MERWIN | FIRST DANIEL | M.I. | M |

| RELATIONSHIP TO SPONSOR | STATUS | RANK / GRADE ABH3 |
|---|---|---|

| SPONSOR'S NAME (Last, First, Middle Initial) | DEPT / SERVICE USN |
|---|---|

| ORGANIZATION USS ESSEX | SSN / ID NUMBER ▓▓▓▓▓▓ | DATE OF BIRTH ▓▓▓1985 |
|---|---|---|

DD FORM 2766

Page 4 of 4 Pages

Scantron System Report                                                      NAVHOPGLAKESINST 6150 3C

# Summary Of Care
*(This form is subject to the Privacy Act Of 1974)*

| | Significant Health Problem | Date | Medical Alert (SBE Prophylaxis, Allergies, Other) | | |
|---|---|---|---|---|---|
| 1 | | | Allergic To: FEATHERS | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | Alcohol: Never | | |
| 5 | | | Tobacco: | | |
| 6 | | | Medications | Start | Stop |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |

| | Exceptional Family Member Prog Hospitalization/Surgery | Date | Health Maintenance | Results | Date of Last Test (Pencil Entry) |
|---|---|---|---|---|---|
| 1 | | | Prostate Exam | | |
| 2 | | | RPR | NR | 11/6/2005 |
| 3 | | | G6PD/GPAB | Nuru | 11/6/2005 |
| 4 | | | Stool GUAIAC | | |
| 5 | | | Mammogram | | |
| 6 | | | Chest X-Ray | | |
| 7 | | | ECG | | |
| 8 | | | Birth Control Method | | |
| 9 | | | PAP Smear | | |
| 10 | Advance Directive Provided: | | Sickle Cell Trait | NEG | 11/6/2005 |
| 11 | Advance Directive Provided: | | HIV Screen | | |
| 12 | | | Blood Type | Opos | 11/6/2005 |

**(Continue Significant Health Problems, Medications, Hospitalizations / Surgery On Reverse)**

| Space For Mechanical Imprint | Name Of Patient (Last, First, Middle Initial) MERWIN, DANIEL          USN | Sex M |
|---|---|---|
| | Year Of Birth 1985 | Name Of Sponsor |
| | SSN Or ID No. ███████ | Relationship To Sponsor |
| | Case File Maintained At: | AR 3305 |

# HEALTH RECORD

## IMMUNIZATION RECORD

*All entries made in* [cut off]

### VACCINATION AGAINST SMALLPOX *(Number of previous vaccination scars)*

|   | DATE | ORIGIN | BATCH NUMBER | REACTION | STATION | PHYSICIAN'S NAME |
|---|------|--------|--------------|----------|---------|------------------|
| 1 |      |        |              |          |         |                  |
| 2 |      |        |              |          |         |                  |
| 3 |      |        |              |          |         |                  |
| 4 |      |        |              |          |         |                  |
| 5 |      |        |              |          |         |                  |
| 6 |      |        |              |          |         |                  |

### YELLOW FEVER VACCINE

|   | DATE | ORIGIN | BATCH NUMBER | STATION | PHYSICIAN'S NAME |
|---|------|--------|--------------|---------|------------------|
| 1 |      |        |              |         |                  |
| 2 |      |        |              |         |                  |
| 3 |      |        |              |         |                  |

### TYPHOID VACCINE

|   | DATE | DOSE | PHYSICIAN'S NAME |   | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| 1 | 19 Feb 85 | .5 cc | HM$^3$ BuBiC | 4 |  |  |  |
| 2 |      |      |                  | 5 |      |      |                  |
| 3 |      |      |                  | 6 |      |      |                  |

### TETANUS-DIPHTHERIA TOXOIDS

|   | DATE | DOSE | PHYSICIAN'S NAME |   | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| 1 |      |      |                  | 4 |      |      |                  |
| 2 |      |      |                  | 5 |      |      |                  |
| 3 |      |      |                  | 6 |      |      |                  |

### CHOLERA VACCINE

|   | DATE | PHYSICIAN'S NAME |   | DATE | PHYSICIAN'S NAME |   | DATE | PHYSICIAN'S NAME |
|---|------|------------------|---|------|------------------|---|------|------------------|
| 1 |      |                  | 4 |      |                  | 7 |      |                  |
| 2 |      |                  | 5 |      |                  | 8 |      |                  |
| 3 |      |                  | 6 |      |                  | 9 |      |                  |

**PATIENT'S IDENTIFICATION** *(Mechanically Imprint, Type or Print):*



◄ Patient's Name—last, first, middle initial;
Sex; Age or Year of Birth; Relationship to Sponsor;
Component/Status; Department/Service.

◄ Sponsor's Name—last, first, middle initial;
Rank/Grade; SSN or Identification Number;
Organization.

601-105

**IMMUNIZATION RECORD**

Standard Form 601—October 1975 (Rev.)
General Services Administration & Interagency
Committee on Medical Records
FIRMR (41 CFR) 201-45.505

AR 3306

### ORAL POLIOVIRUS VACCINE

|   | DATE | DOSE | PHYSICIAN'S NAME |   | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| 1 |      |      |                  | 3 |      |      |                  |
| 2 |      |      |                  | 4 |      |      |                  |

### INFLUENZA VACCINE

|   | DATE | DOSE | PHYSICIAN'S NAME |   | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| 1 | 12 NOV 06 | .5cc | HM3 HALL | 3 | 15 NOV 10 | .5cc | HM3 CRUMPTON |
| 2 | 16 Jan 08 | .2 cc | HM AL.Amin | 4 |      |      |                  |

### OTHER IMMUNIZATIONS

|   | DATE | TYPE | DOSE | PHYSICIAN'S NAME |   | DATE | TYPE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------|------------------|---|------|------|------|------------------|
| 1 |      |      |      |                  | 5 |      |      |      |                  |
| 2 |      |      |      |                  | 6 |      |      |      |                  |
| 3 |      |      |      |                  | 7 |      |      |      |                  |
| 4 |      |      |      |                  | 8 |      |      |      |                  |

### SENSITIVITY TESTS *(Tuberculin, etc.)*

|   | DATE | TYPE | DOSE | ROUTE | RESULTS | PHYSICIAN'S NAME |
|---|------|------|------|-------|---------|------------------|
| 1 | 25 SEP 07 | PPD | .1 ml | ID (L) FA |       |       |
| 2 | 00 OCT 07 | PPD | .1 ml | ID (R) FA | Zero mm | HM2 Sparks |
| 3 | 01 NOV 08 | PPD | 0.1 cc | LD |       |       |
| 4 | 06 FEB 09 | PPD | .1 mL | ID (L) FA |       |       |
| 5 | 17 MAR 10 | PPD | .1 mL | ID (R) FA |       |       |

**REMARKS:**

THIS RECORD IS ISSUED IN ACCORDANCE WITH ARTICLE 99, WHO SANITARY REGULATION NO. 2.

SAFEGUARD IAW PRIVACY ACT 1974
Immunization Record Report

16DEC2005         BRANCH MED CLIN RTC GREAT LAKES         Page203

UIC: 45009

| Rank/Rate | Name | SSN | DOB | Sex | Dept | Div |
|---|---|---|---|---|---|---|
| | MERWIN DANIEL | ■■■■■ | ■■■■1985 | M | 06 | 041 |

| Immunization Name | | BSC # | Last Date | Dose | Route | Reaction |
|---|---|---|---|---|---|---|
| HEP A - HEP B | | 1/ | 08NOV2005 | 1.0 cc | IM | |
| Manufacture Name | | Lot ID | | | Exception Code | |
| SMITHKLINE BEECHAM BIO | | AHABB043BA | | | | |
| Admin. Facility | | Health Care Prov. | | | | |
| BRANCH MED CLIN RTC GREAT LAKES | | HM3(SW) Verner | | | | |
| Read Date | Result | Health Care Prov. Reading | | | | |
| / / | | | | | | |

| Immunization Name | | BSC # | Last Date | Dose | Route | Reaction |
|---|---|---|---|---|---|---|
| HEP A - HEP B | | 1/ | 14DEC2005 | 1.0 cc | IM | |
| Manufacture Name | | Lot ID | | | Exception Code | |
| SMITHKLINE BEECHAM BIO | | AHABB043BA | | | | |
| Admin. Facility | | Health Care Prov. | | | | |
| BRANCH MED CLIN RTC GREAT LAKES | | HM3 JACKSON, E | | | | |
| Read Date | Result | Health Care Prov. Reading | | | | |
| / / | | | | | | |

| Immunization Name | | BSC # | Last Date | Dose | Route | Reaction |
|---|---|---|---|---|---|---|
| INFLUENZA, NOS | | 1/ | 01NOV2005 | 0.5 cc | NASAL | |
| Manufacture Name | | Lot ID | | | Exception Code | |
| MEDIMMUNE INC | | 500388P | | | | |
| Admin. Facility | | Health Care Prov. | | | | |
| BRANCH MED CLIN RTC GREAT LAKES | | TYLER WATSON | | | | |
| Read Date | Result | Health Care Prov. Reading | | | | |
| / / | | | | | | |

| Immunization Name | | BSC # | Last Date | Dose | Route | Reaction |
|---|---|---|---|---|---|---|
| INFLUENZA, SPLIT | | A/ | 08NOV2005 | 0.5 cc | IM | |
| Manufacture Name | | Lot ID | | | Exception Code | |
| AVENTIS PASTEUR INC | | U1911AA | | | | |
| Admin. Facility | | Health Care Prov. | | | | |
| BRANCH MED CLIN RTC GREAT LAKES | | HM3(SW) Verner | | | | |
| Read Date | Result | Health Care Prov. Reading | | | | |
| / / | | | | | | |

| Date | Type | Dose | Route | Results | Physician's Name |
|---|---|---|---|---|---|
| 05NOV05 | PPD 1/5 | TBU 0.1ml | Intradermal | ZERO | HM3 Mitchell |
| 05NOV05 | DNA drawn at BMC 1523 Great Lakes, IL | | | | HM3(SW)Verner |

SAFEGUARD IAW PRIVACY ACT 1974
Immunization Record Report
BRANCH MED CLIN RTC GREAT LAKES
UIC:  45009

16DEC2005                                                              Page204

| Rank/Rate | Name | SSN | DOB | Sex | Dept | Div |
|---|---|---|---|---|---|---|
| | MERWIN DANIEL | ▮▮▮▮ | ▮▮▮1985 | M | 06 | 041 |

| Immunization Name | | BSC # | Last Date | Dose | Route | Reaction |
|---|---|---|---|---|---|---|
| IPV | | 1/ | 08NOV2005 | 0.5 cc | SC | |
| Manufacture Name | | Lot ID | | | Exception Code | |
| AVENTIS PASTEUR INC | | Y0535 | | | | |
| Admin. Facility | | Health Care Prov. | | | | |
| BRANCH MED CLIN RTC GREAT LAKES | | HM3 (SW) Verner | | | | |
| Read Date | Result | Health Care Prov. Reading | | | | |
| / / | | | | | | |

| Immunization Name | | BSC # | Last Date | Dose | Route | Reaction |
|---|---|---|---|---|---|---|
| MENINGOCOCCAL | | 1/ | 08NOV2005 | 0.5 cc | SC | |
| Manufacture Name | | Lot ID | | | Exception Code | |
| AVENTIS PASTEUR INC | | UE359AA | | | | |
| Admin. Facility | | Health Care Prov. | | | | |
| BRANCH MED CLIN RTC GREAT LAKES | | HM3 (SW) Verner | | | | |
| Read Date | Result | Health Care Prov. Reading | | | | |
| / / | | | | | | |

| Immunization Name | | BSC # | Last Date | Dose | Route | Reaction |
|---|---|---|---|---|---|---|
| MMR | | 1/ | 08NOV2005 | 0.5 cc | SC | |
| Manufacture Name | | Lot ID | | | Exception Code | |
| MERCK & CO INC | | 0298R | | | | |
| Admin. Facility | | Health Care Prov. | | | | |
| BRANCH MED CLIN RTC GREAT LAKES | | HM3 (SW) Verner | | | | |
| Read Date | Result | Health Care Prov. Reading | | | | |
| / / | | | | | | |

| Immunization Name | | BSC # | Last Date | Dose | Route | Reaction |
|---|---|---|---|---|---|---|
| TD (ADULT) | | 1/ | 08NOV2005 | 0.5 cc | IM | |
| Manufacture Name | | Lot ID | | | Exception Code | |
| AVENTIS PASTEUR INC | | U1586BA | | | | |
| Admin. Facility | | Health Care Prov. | | | | |
| BRANCH MED CLIN RTC GREAT LAKES | | HM3 (SW) Verner | | | | |
| Read Date | Result | Health Care Prov. Reading | | | | |
| / / | | | | | | |

| Date | Type | Dose | Route | Results | Physician's Name |
|---|---|---|---|---|---|
| 05NOV05 | PPD 1/5 | TBU 0.1ml | Intradermal | ZERO | HM3 Mitchell |
| 05NOV05 | DNA drawn at BMC 1523 Great Lakes, IL | | | | HM3(SW)Verner |

SAFEGUARD IAW PRIVACY ACT 1974

SAFEGUARD IAW PRIVACY ACT 1974
Immunization Record Report

BRANCH MED CLIN RTC GREAT LAKES

UIC:  45009

16DEC2005

| Rank/Rate | Name | SSN | DOB | Sex | Dept | Div |
|---|---|---|---|---|---|---|
| | MERWIN DANIEL | ███████ | ████1985 | M | 06 | 041 |

| Immunization Name YELLOW FEVER | BSC # 1/ | Last Date 14DEC2005 | Dose 0.5 cc | Route SC | Reaction |
|---|---|---|---|---|---|
| Manufacture Name AVENTIS PASTEUR INC | Lot ID UE351AA | | | Exception Code | |
| Admin. Facility BRANCH MED CLIN RTC GREAT LAKES | Health Care Prov. HM3 JACKSON, E | | | | |

| Read Date / / | Result | Health Care Prov. Reading |
|---|---|---|

MERWIN          2489
DNA Verified with AFRSSIR
Collection Date: 12-15/05
Date Verified: 4/27/06

| Date | Type | Dose | Route | Results | Physician's Name |
|---|---|---|---|---|---|
| 05NOV05 | PPD 1/5 | TBU 0.1ml | Intradermal | ZERO | HM3 Mitchell |
| 05NOV05 | DNA drawn at BMC 1523 Great Lakes, IL | | | | HM3(SW)Verner |

SAFEGUARD IAW PRIVACY ACT 1974

AR 3310

# HEALTH RECORD

## ANTHRAX IMMUNIZATION RECORD

*All entries in ink to be made in block letters*

Date Vaccine Information Sheet Provided

| Date Given | Dosage No. or booster | Dosing Schedule (From day 0) | Dose (ml) | Site (left or right arm) | Lot Number | Provider | Administering Facility | Comments |
|---|---|---|---|---|---|---|---|---|
| 6 OCT 07 | 1 | Day 0 | 0.5 | R ARM | FAV 114 | JMC Denney | USS ESSEX | |
| 20 OCT 07 | 2 | 2 weeks | 0.5 | R ARM | FAV 114 | 1-04 10m | ESSEX | |
| 13 NOV 07 | 3 | 4 weeks | 0.5 | L ARM | FAV 114 | Claus | ESSEX | |
| 05 MAY 08 | 4 | 6 months | 0.5 | R | FAV 173 | ROHDE | ESSEX | |
| 01 NOV 08 | 5 | 12 months | 0.5 | L | FAV 143 | Grace | Essex | |
| 22 APR 10 | 6 | 18 months | 0.5 | L | FAV 226 | AM3 WILLIAMS | NAV PERRY | |
| | Booster | Annual | 0.5 | | | | | |
| | Booster | Annual | 0.5 | | | | | |
| | Booster | Annual | 0.5 | | | | | |
| | Booster | Annual | 0.5 | | | | | |
| | Booster | Annual | 0.5 | | | | | |
| | Booster | Annual | 0.5 | | | | | |
| | Booster | Annual | 0.5 | | | | | |
| | Booster | Annual | 0.5 | | | | | |
| | Booster | Annual | 0.5 | | | | | |
| | Booster | Annual | 0.5 | | | | | |

## Anthrax Vaccine Dosing

Basic vaccination series consists of 6 shots over 18 months, given as indicated above. The following intervals between doses must be maintained: the 2nd dose is given 2 weeks after the 1st dose; the 3rd dose is given 2 weeks after the 2nd dose; the 4th dose is given 5 months after the 3rd dose; the 5th dose is given 6 months after the 4th dose; and the 6th dose is given 6 months after the 5th dose. If one is late for a dose, or strays from the established schedule, the next dose due should be given, with the intervals for the remaining doses maintained. A booster dose should be administered every 12 months. If an adverse reaction occurs following an anthrax vaccination, note in "comments" block above and on a SF 600. If a severe reaction occurs, further administration of anthrax vaccine should be discontinued.

Unless otherwise indicated, the manufacturer of Anthrax Vaccine, Adsorbed, is Michigan Biologic Products Institute

**I have been briefed on the Anthrax Vaccination**

| PATIENT'S IDENTIFICATION | RECORDS MAINTAINED AT: | | |
|---|---|---|---|
| *Use this space for mechanical imprint:* | PATIENT'S NAME MORWIN, DANIEL | | SEX M |
| | RELATIONSHIP TO SPONSOR | STATUS A | RANK/GRADE |
| | SPONSOR'S NAME | | ORGANIZATION NAVY |
| | DEPART./SERVICE A12/03 | SSN OR IDENTIFICATION NO. | DATE OF BIRTH 85 |

AR 3311

## Chronological Record of HIV Testing

| Barcode | Last Name | HIV Result | Source of Test | Date Drawn | Specimen UIC |
|---------|-----------|------------|----------------|------------|--------------|
| N31B077456 | MERWIN | Negative | F | 10/2/08 | 21533 |
| N08 388784 | MERWIN | Negative | P | 11/3/05 | N00211 |
| DMDC332301 | MERWIN | Negative | E | 10/13/05 | |

**Patient Identification:**

**Name:** MERWIN, DANIEL D
**SSN:** ▮▮▮▮▮
**Command/UIC:** 21533
**Branch:** Navy **Gender:** Male
**DOB:** ▮▮85 **Status:** Active **Rank:** E04

AR 3312

# CHRONOLOGICAL RECORD OF HIV TESTING

NAVMEDCOMINST 6000.7

| DATE RECORDED | HIV RESULT | VERIFIED BY | COMMAND UIC | DATE DRAWN | ROSTER NUMBER | TEST OR PROCESS MTF |
|---|---|---|---|---|---|---|
| 4/14/06 | NEG | | | NOV 0 4 2005 | | |
| | | | 21533 | 03 NOV 06 | | LHO-2 |
| 05FEB09 | NEG | HM3 QUEVEDO | 21533 | 02OCT2008 | | LHO-2 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NAME (Last, First, Middle)
MERWIN, DANIEL D        R20060411

SSN: [redacted]

BRANCH/CLASS: 11

DATE OF BIRTH: [redacted] 85   SEX: M   RACE:   DEPARTMENT: DOD   ORGANIZATION: RTC GREAT LAKES

NAVMED 6000/2 (7-89)

RTC MED-DENT SET 1

# REFERENCE AUDIOGRAM

*(This form is subject to the Privacy Act of 1974 - use Blanket PAS - DD Form 2005)*

| | |
|---|---|
| **1. ZIP CODE/APO/FPO/PAS** | 45943 |

**2. DOD COMPONENT**

N

A - ARMY    F - AIR FORCE    1 - OTHER
N - NAVY    M - MARINE CORPS

**3. SERVICE COMPONENT**

R

R - REGULAR    G - NATIONAL GUARD
V - RESERVE    1 - OTHER

**4. SOCIAL SECURITY NUMBER**

**5. NAME** *(Last, First, Middle Initial)*
MERWIN, DANIEL D

**6. DATE OF BIRTH** 1985

**7. SEX** M    M - MALE    F - FEMALE

**8. PAY GRADE** UNIFORMED SERVICES
E01

**9. PAY GRADE** CIVILIAN

**10. SERVICE DUTY OCCUPATION CODE**
9999

**11. MAILING ADDRESS OF ASSIGNMENT** 00763
GREAT LAKES    IL  60088

**12. LOCATION - PLACE OF WORK**
60088

**13. MAJOR COMMAND**
NAVCRUITCOM

**14. DUTY TELEPHONE** *(Include area code)*
(___) ___-____

## AUDIOMETRY

**15. REASON FOR CONDUCTING AUDIOGRAM**

1

1 - REFERENCE ESTABLISHED PRIOR TO INITIAL DUTY IN HAZARDOUS NOISE AREAS

2 - REFERENCE ESTABLISHED FOLLOWING EXPOSURE IN NOISE DUTIES

3 - REFERENCE RE-ESTABLISHED AFTER FOLLOW-UP PROGRAM

**16. AUDIOMETRIC DATA** RE: ANSI S3.6 - 1996

| | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| **17. DATE OF AUDIOGRAM** 07 Nov 2005 | 5 | 10 | 10 | 15 | 10 | 5 | 5 | 10 | 5 | 15 | 15 | 0 |

**18. MEETS REFERRAL CRITERIA**

N/A

1 - NO
2 - YES

**19. MILITARY TIME OF DAY** *(Optional)*
09:49

**20. HOURS SINCE LAST NOISE EXPOSURE**
14

**21. EAR, NOSE, AND THROAT PROBLEM AT TIME OF TEST**

3

1 - NO
2 - YES    3 - UNKNOWN

**22. EXAMINER**

**a. NAME** *(Last, First, Middle Initial)*
BARON, LUCIANO A

**b. TRAINING CERTIFICATION NUMBER**
0412109N

**c. SERVICE DUTY OCCUPATION CODE**
0640

**d. OFFICE SYMBOL**
BHDJ

**23. AUDIOMETER**

**a. TYPE**

3

1 - MANUAL
2 - SELF-RECORDING *(Automatic)*
3 - MICROPROCESSOR

**b. MODEL**
CCA-200

**c. MANUFACTURER**
MAICO Inc.

**d. SERIAL NUMBER**
20624

**e. LAST ELECTROACOUSTIC CALIBRATION DATE**
04 August 2005

**24. PERSONAL HEARING PROTECTION**

**a. TYPE ISSUED**

7

1 - SINGLE FLANGE (V51R)    5 - NOISE MUFFS
2 - TRIPLE FLANGE    6 - OTHER
3 - HANDFORMED EARPLUG    7 - NONE
4 - EAR CANAL CAPS

**b. SIZE EARPLUGS**
L    R

1 - XS    4 - L
2 - S    5 - XL
3 - M

**c. DOUBLE PROTECTION USED**

1

1 - NO
2 - YES

**d. GLASSES WORN**

1

1 - NO
2 - YES

**e. FREQUENCY GLASSES WORN**

3

1 - ALWAYS
2 - SELDOM
3 - N/A

**25. REMARKS** *(Include Exposure Data)*

Navy 8 kHz Left Ear : NT
Navy 8 kHz Right Ear : NT
Steady Noise Exp(TWA dBA): Not Entered, Impulse Noise Exp(dBP): Not Entered.

**DD FORM 2215E, MAY 96**    PREVIOUS EDITIONS ARE OBSOLETE    AR 3314

Approved for Electronic Generation by WHS-DIOR

## NON-HEARING CONSERVATION HEARING TEST

ZIP CODE/APO/FPO/PAS

32561

(This report contains data subject to the Privacy Act of 1974. )

| DOD COMPONENT | A - ARMY | F - AIR FORCE | C - COAST GUARD | SERVICE COMPONENT | R - REGULAR | G - GUARD |
|---|---|---|---|---|---|---|
| N | N - NAVY | M - MARINE CORPS | 1 - OTHER | R | V - RESERVE | 1 - OTHER |

| SOCIAL SECURITY NUMBER | NAME *(Last, First, Middle Initial)* | DATE OF BIRTH | SEX |
|---|---|---|---|
| ▓▓▓▓ | MERWIN, DANIEL | ▓▓▓ 1985 | M |

| PAY GRADE UNIFORMED SERVICES | PAY GRADE CIVILIAN | SERVICE DUTY OCCUPATION CODE | MAJOR COMMAND *(Optional)* | ENT PROBLEM AT TIME OF TEST |
|---|---|---|---|---|
| E04 | | CTO9199 | NETC | 1    1 - NO    2 - YES    3 -UNKNOWN |

## HEARING TEST  (Audiometric Data RE:  ANSI S3.6 - 1989)

| AUDIOGRAM DATE | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| 09/16/09 | 0 | 5 | 15 | 20 | 10 | 15 | 5 | 5 | 0 | 10 | 10 | -5 |

## EXAMINER

| NAME *(Last, First, Middle Initial)* | TRAINING CERTIFICATE NO. | SERVICE DUTY  OCCUPATION CODE |
|---|---|---|
| THOMAS, JOSHUA L | 093015N | HM8404 |

## AUDIOMETER

| TYPE | MODEL | MANUFACTURER |
|---|---|---|
| 3 | CCA-200m | MAICO Inc. |

| SERIAL NUMBER | LAST ELECTROACOUSTIC CALIBRATION DATE |
|---|---|
| 62223 | 19 Nov 2008 |

AR 3315

# HEARING CONSERVATION DATA
*(This form is subject to the Privacy Act of 1974 - use Blanket PAS - DD Form 2005)*

**1. ZIP CODE/APO/FPO/PAS**
21533

**2. DOD COMPONENT**
N

A - ARMY   F - AIR FORCE   C - COAST GUARD
N - NAVY   M - MARINE CORPS   1 - OTHER

**3. SERVICE COMPONENT**
R

R - REGULAR   G - NATIONAL GUARD
V - RESERVE   1 - OTHER

**4. SOCIAL SECURITY NUMBER**

**5. NAME** *(Last, First, Middle Initial)*
MERWIN, DANIEL D

**6. DATE OF BIRTH**
1985

**7. SEX**
M   M - MALE   F - FEMALE

**8. PAY GRADE** UNIFORMED SERVICES
E04

**9. PAY GRADE** CIVILIAN

**10. SERVICE DUTY OCCUPATION CODE**
ABH70H9

**11. MAILING ADDRESS OF ASSIGNMENT**
MEDICAL DEPARTMENT   21533
FPO   AP   96643-1661

**12. LOCATION - PLACE OF WORK**
AIR V-3

**13. MAJOR COMMAND**
CINCPACFLT

**14. DUTY TELEPHONE** *(Include area code)*
(315) 252-3365

**15. AUDIOMETRY**   2   **a. PURPOSE**   1 - 90 DAY   2 - ANNUAL   3 - TERMINATION   4 - OTHER

| AUDIOMETRIC DATA RE: ANSI S3.6 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE 11 Nov 2007 | 5 | 15 | 15 | 25 | 20 | 10 | 5 | 10 | 15 | 15 | 15 | 5 |
| c. REFERENCE AUDIOGRAM DATE 07 Nov 2005 | 5M | 10M | 10M | 15M | 10M | 5M | 5M | 10M | 5M | 15M | 15M | 0M |
| d. SIGNIFICANT THRESHOLD SHIFT (STS) 1   1 - NO   2 - YES   e. THRESHOLD SHIFT --------> | 5 | 5 | 10 | 10 | | | 0 | 10 | 0 | 0 | | |

**f. REMARKS** *(Include Exposure Data)*
Steady Noise Exp(TWA dBA): Not Entered, Impulse Noise Exp(dBP): Not Entered, Health Ed Prov, HPD Prev Fit.

**g. TYPE OF PERSONAL HEARING PROTECTION USED**
1
1 - SINGLE FLANGE (V51R)   4 - EAR CANAL CAPS
2 - TRIPLE FLANGE   5 - NOISE MUFFS
3 - HAND FORMED EARPLUG   6 - OTHER   7 - NONE

**h. EXAMINER NAME** *(Last, First, Middle Initial)*
KENDALL, HAROLD B

**i. TRAINING CERTIFICATE NO.**
056207N

**j. SERVICE DUTY OCCUPATION CODE**
HM8406

**k. OFFICE SYMBOL**
AVT

**l. AUDIOMETER TYPE**
3
1 - MANUAL
2 - SELF-RECORDING   (Automatic)
3 - MICROPROCESSOR

**m. MODEL**
CCA-200

**n. MANUFACTURER**
MAICO Inc.

**o. SERIAL NUMBER**
22549

**p. LAST ELECTROACOUSTIC CALIBRATION DATE**
26 Jul 2007

**16. FOLLOW-UP NO. 1**   **a. MINIMUM 14 HOURS NOISE FREE SINCE CURRENT AUDIOGRAM**   *(See Item 15.B)*

| AUDIOMETRIC DATA RE: ANSI S3.6 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE | | | | | | | | | | | | |
| c. REFERENCE AUDIOGRAM DATE | | | | | | | | | | | | |
| d. SIGNIFICANT THRESHOLD SHIFT (STS)   1 - NO   2 - YES   e. THRESHOLD SHIFT --------> | | | | | | | | | | | | |

**f. EXAMINER NAME** *(Last, First, Middle Initial)*

**g. TRAINING CERTIFICATE NO.**

**h. SERVICE DUTY OCCUPATION CODE**

**i. OFFICE SYMBOL**

**j. AUDIOMETER TYPE**
1 - MANUAL
2 - SELF-RECORDING
3 - MICROPROCESSOR

**k. MODEL**

**l. MANUFACTURER**

**m. SERIAL NUMBER**

**n. LAST ELECTROACOUSTIC CALIBRATION DATE**

**17. FOLLOW-UP NO.2**   **a. MINIMUM 14 HOURS NOISE FREE SINCE CURRENT AUDIOGRAM**   *(See Item 15.B)*

| AUDIOMETRIC DATA RE: ANSI S3.6 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE | | | | | | | | | | | | |
| c. REFERENCE AUDIOGRAM DATE | | | | | | | | | | | | |
| d. SIGNIFICANT THRESHOLD SHIFT (STS)   1 - NO   2 - YES   e. THRESHOLD SHIFT --------> | | | | | | | | | | | | |

**f. EXAMINER NAME** *(Last, First, Middle Initial)*

**g. TRAINING CERTIFICATE NO.**

**h. SERVICE DUTY OCCUPATION CODE**

**i. OFFICE SYMBOL**

**j. AUDIOMETER TYPE**
1 - MANUAL
2 - SELF-RECORDING
3 - MICROPROCESSOR

**k. MODEL**

**l. MANUFACTURER**

**m. SERIAL NUMBER**

**n. LAST ELECTROACOUSTIC CALIBRATION DATE**

**DD FORM 2216E, MAY 96**
Approved for Electronic Generation by WHS-DIOR
PREVIOUS EDITIONS ARE OBSOLETE

AR 3316

# HEARING CONSERVATION DATA
*(This form is subject to the Privacy Act of 1974 - use Blanket PAS - DD Form 2005)*

**1. ZIP CODE/APO/FPO/PAS**
FPO AP 96643-1661

| 2. DOD COMPONENT | 3. SERVICE COMPONENT | |
|---|---|---|
| N  A - ARMY　　F - AIR FORCE　1 - OTHER DOD<br>N - NAVY　M - MARINE CORPS　ACTIVITY | R  R - REGULAR　　G - NATIONAL GUARD<br>V - RESERVE　　1 - OTHER | **7. SEX** M  M - MALE<br>F - FEMALE |

**4. SOCIAL SECURITY NUMBER**

**5. NAME** *(Last, First, Middle Initial)*
MERWIN, DANIEL D

**6. DATE OF BIRTH** *(YYYYMMDD)* ⬛85

| 8. PAY GRADE, UNIFORMED SERVICES | 9. PAY GRADE, CIVILIAN | 10. SERVICE DUTY OCCUPATION CODE | 11. MAILING ADDRESS OF ASSIGNMENT |
|---|---|---|---|
| E3 | NA | | USS ESSEX LHD-2 FPO AP 96643-1661 |

| 12. LOCATION - PLACE OF WORK | 13. MAJOR COMMAND | 14. DUTY TELEPHONE *(Include area code)* |
|---|---|---|
| V3/AIR | COMNAVSURFOR | 7405 |

**15. AUDIOMETRY** 2 **a. PURPOSE**　1 - 90 DAY　　2 - ANNUAL　　3 - TERMINATION　　4 - OTHER

| AUDIOMETRIC DATA RE: ANSI S3.6 - 1989 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE *(YYYYMMDD)* 20061103 | 5 | 15 | 20 | 25 | 10 | 15 | 5 | 10 | 15 | 15 | 20 | 0 |
| c. REFERENCE AUDIOGRAM DATE *(YYYYMMDD)* 20051107 | 5 | 10 | 10 | 15 | 10 | 5 | 5 | 10 | 5 | 15 | 15 | 0 |
| d. SIGNIFICANT THRESHOLD SHIFT (STS) 1 | e. THRESHOLD SHIFT | | | | | | | | | | | |
| 1 - NO　2 - YES | | +5 | +10 | +10 | 0 | | | 0 | +10 | 0 | +5 | |

**f. REMARKS** *(Include exposure data)*
Member educated on the provisions of the Hearing Conservation Program and on the proper use and care of hearing protection. Early signs of significant threshold shift (STS) IS / IS NOT present. Follow-up in 1 yr .

*(signature)* 1103
Medical Department Representative

**g. TYPE OF PERSONAL HEARING PROTECTION USED** 2
1 - SINGLE FLANGE (VS1R)　2 - TRIPLE FLANGE　3 - HAND FORMED EARPLUGS　4 - EAR CANAL CAPS　5 - NOISE MUFFS　6 - OTHER

| h. EXAMINER NAME *(Last, First, Middle Initial)* | i. TRAINING CERTIFICATE NO. | j. SERVICE DUTY OCCUPATION CODE | k. OFFICE SYMBOL |
|---|---|---|---|
| KENDALL, HAROLD B. | 0562071 | 8406 | AVT |

| l. AUDIOMETER TYPE | m. MODEL | n. MANUFACTURER | o. SERIAL NUMBER | p. LAST ELECTROACOUSTIC CALIBRATION DATE *(YYYYMMDD)* |
|---|---|---|---|---|
| 3  1 - MANUAL<br>2 - SELF-RECORDING *(Automatic)*<br>3 - MICROPROCESSOR | MA - 1000 | MAICO | 22549 | 20060618 |

**16. FOLLOWUP NO. 1**　　a. MINIMUM 14 HOURS NOISE FREE SINCE CURRENT AUDIOGRAM *(See item 15.b.)*

| AUDIOMETRIC DATA RE: ANSI S3.6 - 1989 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE *(YYYYMMDD)* | | | | | | | | | | | | |
| c. REFERENCE AUDIOGRAM DATE *(YYYYMMDD)* | | | | | | | | | | | | |
| d. SIGNIFICANT THRESHOLD SHIFT (STS) 1 - NO　2 - YES | e. THRESHOLD SHIFT | | | | | | | | | | | |

| f. EXAMINER NAME *(Last, First, Middle Initial)* | g. TRAINING CERTIFICATE NO. | h. SERVICE DUTY OCCUPATION CODE | i. OFFICE SYMBOL |
|---|---|---|---|
| | | | |

| j. AUDIOMETER TYPE | k. MODEL | l. MANUFACTURER | m. SERIAL NUMBER | n. LAST ELECTROACOUSTIC CALIBRATION DATE *(YYYYMMDD)* |
|---|---|---|---|---|
| 1 - MANUAL<br>2 - SELF-RECORDING *(Automatic)*<br>3 - MICROPROCESSOR | | | | |

**17. FOLLOWUP NO. 2**　　a. MINIMUM 14 HOURS NOISE FREE SINCE CURRENT AUDIOGRAM *(See item 15.b.)*

| AUDIOMETRIC DATA RE: ANSI S3.6 - 1989 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE *(YYYYMMDD)* | | | | | | | | | | | | |
| c. REFERENCE AUDIOGRAM DATE *(YYYYMMDD)* | | | | | | | | | | | | |
| d. SIGNIFICANT THRESHOLD SHIFT (STS) 1 - NO　2 - YES | e. THRESHOLD SHIFT | | | | | | | | | | | |

| f. EXAMINER NAME *(Last, First, Middle Initial)* | g. TRAINING CERTIFICATE NO. | h. SERVICE DUTY OCCUPATION CODE | i. OFFICE SYMBOL |
|---|---|---|---|
| | | | |

| j. AUDIOMETER TYPE | k. MODEL | l. MANUFACTURER | m. SERIAL NUMBER | n. LAST ELECTROACOUSTIC CALIBRATION DATE *(YYYYMMDD)* |
|---|---|---|---|---|
| 1 - MANUAL<br>2 - SELF-RECORDING *(Automatic)*<br>3 - MICROPROCESSOR | | | | |

**DD FORM 2216, JAN 2000**　　PREVIOUS EDITION MAY BE USED.

AR 3317

# INSTRUCTIONS
*(Refer to DoD Component Instructions for additional guidance)*

**PURPOSE:** This form is used to record the results of periodic and followup audiometry for individuals routinely exposed to hazardous noise. Before this form is used, a DD Form 2215, "Reference Audiogram," must already be filed in the individual's health record.

**1. ZIP CODE/APO/FPO/PAS.** Enter nine digit ZIP Code/APO/FPO/ PAS of where audiometric test is conducted.

**2. DOD COMPONENT.** Enter letter in box of major organizational subdivision of DoD to which military or civilian individual is assigned. Enter "1" if DoD component is not listed.

**3. SERVICE COMPONENT.** Enter letter corresponding to primary subdivision of separate military service in which military is assigned (e.g., Regular (R) - standing military component of armed forces in peace and war; Reserve (V) - component of ready trained personnel for military service when needed, etc.; National Guard (G) - component of National Guard personnel in full-time or part-time status). Enter "1" for all others not listed.

**4. SOCIAL SECURITY NUMBER.** Enter nine digit social security number. If foreign national, enter "FN" in middle two blocks.

**5. NAME.** Enter surname, given name and middle initial of individual being tested.

**6. DATE OF BIRTH.** Enter year, month, day.

**7. SEX.** Enter "M" if male, "F" if female.

**8. PAY GRADE, UNIFORMED SERVICES.** For military personnel only, enter military personnel class and pay level serial number as follows:
O11 - General of the Army/General of the Air Force/Fleet Admiral
O10 - General/Admiral
O09 - Lieutenant General/Vice Admiral
O08 - Major General/Rear Admiral (Upper Half)
O07 - Brigadier General/Rear Admiral (Lower Half)/Commodore
O06 - Colonel (A,F,M)/Captain (N)
O05 - Lieutenant Colonel/Commander
O04 - Major/Lieutenant Commander
O03 - Captain (A,F,M)/Lieutenant (N)
O02 - First Lieutenant/Lieutenant Junior Grade
O01 - Second Lieutenant/Ensign
W05 - Chief Warrant Officer, W-5
W04 - Chief Warrant Officer, W-4
W03 - Chief Warrant Officer, W-3
W02 - Chief Warrant Officer, W-2
W01 - Warrant Officer, W-1
C00 - Cadet/Midshipman
E09 - Sergeant Major/Chief Master Sergeant/Master Chief Petty Officer
E08 - Master Sergeant (A,M)/Senior Chief Petty Officer/Senior Master Sergeant/First Sergeant(A)
E07 - Sergeant First Class/Gunnery Sergeant/Chief Petty Officer/ Master Sergeant (F)/Platoon Sergeant (A)/Specialist-7
E06 - Staff Sergeant/Technical Sergeant/Petty Officer First Class/ Specialist-6
E05 - Sergeant (A,M)/Staff Sergeant/Petty Officer Second Class/ Specialist-5
E04 - Corporal/Sergeant (F)/Petty Officer Third Class/Specialist-4
E03 - Private First Class (A)/Airman First Class/Lance Corporal/Seaman
E02 - Private (PV1)/Airman/Private First Class (M)/Seaman Apprentice
E01 - Private (PV2)/Private (M)/Airman Basic/Seaman Recruit

**9. GRADE, CIVILIAN.** Enter two letters and two numbers of Federal civilian employee rank (e.g., WG05, GS11, etc). Letter entries will be WG, WL, WS, WN, WD or GS. Number entries will be 01 to 18. Enter "1111" if other (e.g., foreign national, contractor, etc.).

**10. SERVICE DUTY OCCUPATION CODE.** Enter code to which military member's duty occupation is assigned (e.g., MOS, SSI, NEC/Rating, NOBC or AFSC in which individual is actually working). Enter number code of civilian job series in which civilian member is actually working (e.g., for a carpenter enter "4607").

**11. MAILING ADDRESS OF ASSIGNMENT.** Enter installation name (and street address for Navy and Marines), unit, office symbol, and ZIP Code/APO/ FPO/PAS of individual's current duty assignment.

**12. LOCATION - PLACE OF WORK.** Enter specific location where individual is routinely exposed to hazardous noise including building number (e.g., Corpus Christi, NAS, Building 1571, Carpenter Shop). For Air Force personnel, enter 12-digit Workplace Identifier Code per AFOSH Std. 161-17.

**13. MAJOR COMMAND.** Enter authorized abbreviation of military major command to which individual is assigned.

**14. DUTY TELEPHONE.** Enter individual's duty telephone number.

**15. AUDIOMETRY.**
**a. Purpose.** Enter number in box for reason to complete audiogram. "1" - First periodic test given 90 days after beginning duties in noise- hazardous area or operation; "2" - Periodic test given at yearly intervals; "3" - Last test given, regardless of noise exposure history, before termination of active duty or employment; "4" - Test at interval for reason of duty.
**b. Current Audiogram Date.** Enter year, month, day (e.g., if January 31, 2000, enter 20000131) that audiometric test is given and current threshold levels determined for this individual at six frequencies in each ear. Results are entered in 5 dB increments (e.g., 0, 5, 10, 15, etc.). If responses exceed maximum limits of audiometer, enter that limit with plus sign (e.g., 110+).

**15.c. Reference Audiogram Date.** Enter year, month, and day reference test results were obtained. See DD Form 2215, "Reference Audiogram," or other appropriate source. Enter threshold levels in 5 dB increments from reference audiogram.
**d. Significant Threshold Shift (STS).** Enter "1" if no STS is present; enter "2" if STS is present.
STS - NO: See DoD component specific manuals for detailed guidance.
STS-YES: Outlines procedures required when a significant threshold shift present: "Notify Supervisor" - Notify individual's supervisor that significant threshold shift has been found and followup audiogram must be done. "Followup No. 1 After Minimum 14 Hours Noise Free" - Schedule individual for first followup audiogram. They must be instructed to stay in a noise free environment (not to exceed 75 dBA or 120 dBP) for at least 14 hours prior to test. They must be told to avoid environments in which noise levels make it necessary to use raised voice to talk at 1 meter (3 feet) distance. If examinee has obvious ear problem (e.g., earache, draining ear, excessive cerumen buildup), he/she should be examined by physician and followup postponed until after any necessary treatment.
**e. Threshold Shift.** Enter difference between current and most recent reference audiogram for 1000, 2000, 3000 and 4000 Hz. Refer to DoD component manuals for established criteria. Enter " + " to indicate positive shift (poorer hearing) or "-" to indicate negative shift (better hearing) on current audiogram.
**f. Remarks.** Print any information considered pertinent. Include the individual's 8-hour TWA noise exposure, when available.
**g. Type of Personal Hearing Protection Used.** Enter number for type of hearing protection that is routinely used by individual.
**h. Examiner Name.** Enter surname, given name and middle initial of individual operating audiometer.
**i. Training Certificate Number.** Enter audiometric technician training certificate number.
**j. Service Duty Occupation Code.** Enter examiner's service duty occupation code (see Item 10).
**k. Office Symbol.** Enter complete office symbol where examiner is performing the test.
**l. Audiometer Type.** Enter number for type of audiometer used (e.g., "1" for manual type, etc.).
**m. Model.** Enter manufacturer's designation of audiometer.
**n. Manufacturer.** Enter name of company that produced audiometer.
**o. Serial Number.** Enter manufacturer's serial number of audiometer.
**p. Last Electroacoustic Calibration Date.** Enter year, month and day (see Item 15.b.) of last electroacoustic determination of this audiometer's performance specifications.

**16. FOLLOWUP NO. 1.** If significant threshold shift determined on periodic test, record results of first followup audiogram in this section. Mark (X) box to certify "Minimum 14 Hours Noise Free Since Current Audiogram (see Item 15.b.)".
**b., c., and e., "Current Audiogram," "Reference Audiogram," and "Threshold Shift" completed in same format as above. Note: Hearing threshold levels entered in 16.c. are the same values as those used in 15.c.
**d.** "STS - NO" - If no STS noted, enter "1" in box and follow steps in "STS - NO" section.
"STS - YES" - If STS remains following this examination (Followup No. 1), follow service component instructions (e.g., supervisor is notified for the second time, individual is scheduled for Followup No. 2 audiogram, and individual is instructed to stay in a noise free environment (not to exceed 75 dBA or 120 dBP) for a minimum of 14 hours of auditory rest since current audiogram (Item 15.b.)).
**e. through m.** Enter the required information according to guidelines for entries on periodic audiogram.

**17. FOLLOWUP NO. 2.** If significant threshold shift determined on Followup No. 1, record results of Followup No. 2 in this section. Mark (X) box to certify "Minimum 14 Hours Noise Free Since Current Audiogram (see Item 15.b.)".
**b., c., and e.,** "Current Audiogram," "Reference Audiogram," and "Threshold Shift" completed in same format as above. Note: Hearing threshold levels entered in 17.c. are the same values as those used in 15.c.
**d.** "STS - NO" - If no STS noted, enter "1" in box and follow steps in "STS - NO" section.
"STS - YES" - If STS remains following this examination (Followup No. 2), enter "2" in box. Refer to DoD component instructions for appropriate patient disposition.
**e. through m.** Enter the required information according to guidelines for entries on periodic audiogram.

See specific DoD component manuals regarding followup procedures required in addition to those listed above. For example, if the annual test indicates a "negative" threshold shift and is confirmed on the first followup, the reference audiogram may be reestablished at this time without any further followup testing for DA personnel.

**DD FORM 2216 (BACK), JAN 2000**

OPNAVINST 5100.23B

# MEDICAL SURVEILLANCE QUESTIONNAIRE

### PRIVACY ACT STATEMENT

"The authority to collecting this information is Section 19 of the Occupational Safety and Health Act and the Code of Federal Regulations (29 CFR 1960). This information will be used by the Occupational Health Physician, and/or such clinical staff as he may designate to help identify the causes of adverse health effects and for future epidemiology studies. Providing the information is voluntary; however, failure to provide the information could unnecessarily hamper the identification of potential health problems and preclude any redress of problems identified in the future."

## PART 1 - OCCUPATIONAL HISTORY

Instructions:  Please complete the following work history in chronological order from your first job to the present, and list all part-time and full-time jobs you have held. Be as specific as possible; if you held more than one job with the same employer, list each title and activity. Use additional sheets as needed.

| TODAY'S DATE | DATES | | NO. HRS/WK | JOB TITLE AND WORK ACTIVITIES (include employer if not Navy) | POTENTIAL HAZARDS (Be as specific as possible.) | PROTECTIVE EQUIPMENT (Respirator, ear plugs, protective clothing, etc.) |
|---|---|---|---|---|---|---|
| | FROM MO/YR | TO MO/YR | | | | |
| | | | | Ø | | |

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | PATIENT'S Name (Last, First. Middle initial) MERWIN, DANIEL D | | | | SEX M |
|---|---|---|---|---|---|
| | YEAR OF BIRTH ▮▮▮▮ 1985 | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE | |
| | SPONSOR'S NAME | | | | |
| | SSAN OR IDENTIFICATION NO. ▮▮▮ ▮▮ ▮▮▮▮ | | ORGANIZATION AR 3319 NAUX | | |

S·N 0107-LF-010-1400

# PERIODIC HEALTH ASSESSMENT (PHA)

**DATE:** 10 APR 13

**SCREENING:**

**Height:** (inches) 69 in

**Weight** (pounds) 153.4

**BMI:** 22.65

**Temperature:** 98.7 *deferred*

**Pulse:** 77

**Respirations:** 16 *deferred*

**Blood Pressure:** 110/72

**MEDICAL EQUIPMENT:**

**Prescription Lenses (two pairs)**
☐ Y ☐ N ☑ NA

**Ballistic Eyewear**
☐ Y ☐ N ☑ NA

**Gas Mask Inserts**
☐ Y ☐ N ☑ NA

**Medical Alert Tags**
☐ Y ☐ N ☑ NA

**S: SUBJECTIVE**

20 year old (✓) male ( ) female reports for an annual PHA which includes record review/verification, assessment and counseling of health risk factors, clinical preventive services, deployment health history, and individual medical readiness (IMR) assessment.

**Allergies** (Medication and other): See Block 1 on DD 2766
**Chronic Illnesses:** See Block 2 on DD 2766
**Medications** (Rx / OTC / herbals / supplements / performance enhancers): See Block 3 on DD 2766
**Hospitalizations/Surgeries since last PHA:** See Block 4 on DD 2766
**Family History:** See Block 6 on DD 2766
**Occupational History:** See Block 8 on DD 2766

**O: OBJECTIVE**

Vital Signs noted. Remarkable for: ☑ None ☐ Other: _____
Visual Acuity: OD: 20/20    OS: 20/20    *(Consult if worse than 20/40, no contacts)*
Physical examination is otherwise deferred.

| | Reviewed | Not Available | Remarkable for: |
|---|---|---|---|
| Health Record | ☑ Reviewed | ☐ Not Available | ☐ Remarkable for: |
| Dental Readiness | ☑ Reviewed | ☐ Not Available | ☐ See Plan |
| Dental Classification | ☐ 1 | ☑ 2 | ☐ 3    ☐ 4 |
| Immunization Record | ☑ Reviewed | ☐ Not Available | ☐ See Plan |
| Lab/Path Results | ☑ Reviewed | ☐ Not Available | ☐ See Plan |
| Clinical Prev. Services | ☐ Reviewed | ☐ Not Available | ☐ See Plan |
| Occupational Health | ☐ Reviewed | ☐ Not Available | ☐ See Plan |
| Hearing Assessment | ☐ Reviewed | ☐ Not Available | ☐ See Plan |

**Deployment Health:** See DD 2766
Deployed since previous PHA? ☐ Yes ☐ No
Post-Deployment Health Assessment (DD 2796) in record? ☐ Yes ☐ No
Post-Deployment Health Reassessment (DD 2900) in record? ☐ Yes ☐ No    N/A
Any unresolved deployment-related issues or health concerns? ☐ Yes ☐ No
Comments: _____

**A: ASSESSMENT**

Health Risk Assessment: Completed and reviewed? ☑ Yes ☐ No
Health Risk Assessment Level: ☐ High ☐ Med ☑ Low
Cardiovascular Screening (Framingham 10-year risk for Event/Death): _____

Pain Assessment (zero pain to severe): (0) 1 2 3 4 5 6 7 8 9 10
Location: _____

Any other current health concerns? flakiness scalp sore

---

**PATIENT'S IDENTIFICATION**
Use this space for mechanical imprint, telephone number, and e-mail address for follow-up:

| PATIENT'S NAME (Last, First, Middle Initial) | SEX |
|---|---|
| MERWIN  DANIEL  D | M |
| SSN / IDENTIFICATION NO. | STATUS: ACTIVE DUTY | RANK/GRADE: CTN2/E5 |
| RECORDS MAINTAINED AT: KIMBROUGH | DATE OF BIRTH: ___85 |

NAVMED 6120/4  (Rev. 03/2008)

## PERIODIC HEALTH ASSESSMENT (PHA) (Continued)

**Duty Status Assessment**

On Limited Duty (LIMDU) ☐ Yes ☑ No ☐ NA ☐ Comments: _____

Medical Board ☐ Yes ☑ No ☐ NA ☐ Comments: _____

☐ TNPQ ☐ TNDQ ☐ NPQ ☐ LOD ☐ NA ☐ Comments: _____

**P: PLAN / P: PREVENTION**

1. Updated DD 2766 Sections: ☑ 1 ☑ 2 ☑ 3 ☑ 4 ☑ 5 ☑ 6 ☑ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11

2. Health counseling performed and documented on the DD 2766: ☑ Yes ☐ No

3. Labs ordered for the following: ☐ Blood Type and RH ☐ G6PD ☑ HIV ☐ DNA ☐ Lipids
   ☐ Others as required by geographic, occupation, or ISIC _____
   Electronic verification complete: ☑ Yes ☐ No

4. Immunizations ordered for the following: ☐ MMR ☐ Tdap (1 time booster) or ☐ Td ☐ IPV ☐ Influenza
   ☐ Hep A #1 #2 ☐ Hep B #1 #2 #3 (required for all new recruits) TWINRIX® may be used (3 shots required)
   Other immunizations: ☐ _____ ☐ _____ ☐ _____
   Electronic verification complete: ☑ Yes ☐ No

5. Tuberculosis Screening: ☑ PPD    Placement: 19 MAR 13    Results: zero mm

6. Clinical Preventive Services recommended: ☐ Pap ☐ Chlamydia ☐ Mammogram ☐ Colorectal
   ☐ Clinical Breast Exam ☐ Testicular Exam ☐ Prostate ☐ Cholesterol
   ☐ Other: _____

7. Referred to Dental for: ☐ Annual T-2 Dental Exam ☐ Dental Class 3 ☐ Dental Class 4 ☐ Bitewings ☐ Panograph

8. Referred to PCM for: ☐ Physical Fitness Clearance ☐ Deployment-Related Condition
   ☐ Current Medications / Supplements ☐ Chronic Medical Conditions ☐ Current Illness / Injury
   ☐ Other: _____

9. Referred for Preventive / Healthy Lifestyle Counseling:
   ☐ Tobacco Use ☐ Physical Activity ☐ Safety ☐ Alcohol Use ☐ Dental Care ☐ Nutrition ☐ Mental Health
   ☐ Sexuality ☐ Other _____

10. Other indicated referrals:
   ☐ Audiology ☐ Optometry ☐ Behavioral Health ☐ OB / GYN ☐ Dietician ☐ OCC Health
   ☐ Chaplain ☐ DAPA ☐ FFSC ☐ Semper Fit ☐ Weight Management
   ☐ Other: Derm

11. Member readiness reviewed ☑ Yes ☐ No   and updated in approved electronic data system ☐ Yes ☐ No
    Member is fully medically ready and requires no follow-up at this time: ☑ Yes ☐ No

12. Additional Comments: Hypocaloric diet, Flu after fasting _____
    _____
    _____
    _____

13. Member informed that completion of recommended tests / immunizations / screenings is to be performed within the next 30 days, and he/she is personally responsible for maintaining IMR. Service Member received health risk prevention / healthy lifestyle counseling and voiced understanding.

Member Signature: _____ Date: 4/10/2013

HM / MDR Signature: _____ Date: 4/10/2013

Provider Signature: _____ Date: _____

AR 3321

NAVMED 6120/4 (Rev. 03/2008)

# HEARING CONSERVATION DATA
*(This form is subject to the Privacy Act of 1974 - use Blanket PAS - DD Form 2005)*

| | |
|---|---|
| 1. ZIP CODE/APO/FPO/PAS | 20755 |

| 2. DOD COMPONENT | | | | 3. SERVICE COMPONENT | | | |
|---|---|---|---|---|---|---|---|
| N | A - ARMY<br>N - NAVY | F - AIR FORCE<br>M - MARINE CORPS | C - COAST GUARD<br>O - OTHER | R | R - REGULAR<br>V - RESERVE | G - NATIONAL GUARD<br>1 - OTHER | |

| 4. SOCIAL SECURITY NUMBER | 5. NAME *(Last, First, Middle Initial)* | 6. DATE OF BIRTH | 7. SEX |
|---|---|---|---|
| ▮▮▮▮ | MERWIN, DANIEL | ▮▮▮▮ 1985 | M | M - MALE<br>F - FEMALE |

| 8. PAY GRADE UNIFORMED SERVICES | 9. PAY GRADE CIVILIAN | 10. SERVICE DUTY OCCUPATION CODE | 11. MAILING ADDRESS OF ASSIGNMENT 3000B | NIOC MD |
|---|---|---|---|---|
| E05 | 9999 | | FT MEADE | FT MEADE    MD   20765 |

| 12. LOCATION - PLACE OF WORK | 13. MAJOR COMMAND | 14. DUTY TELEPHONE *(Include area code)* |
|---|---|---|
| NIOC | NSA | (410) 854-0400 |

| 15. AUDIOMETRY | 2 | a. PURPOSE | 1 - 90 DAY | 2 - ANNUAL | 3 - TERMINATION | 4 - OTHER |
|---|---|---|---|---|---|---|

| AUDIOMETRIC DATA RE: ANSI S3.6 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE  19 Mar 2013 | 5 | 10 | 10 | 20 | 15 | 15 | 0 | 20 | 0 | 15 | 0 | 5 |
| c. REFERENCE AUDIOGRAM DATE L: 07 Nov 2005 R: 07 Nov 2005 | 5 | 10 | 10 | 15 | 10 | 5 | 5 | 10 | 5 | 15 | 15 | 0 |

| d. SIGNIFICANT THRESHOLD SHIFT (STS) L: 1 R: 1 | e. THRESHOLD SHIFT --------> | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - NO 2 - YES | | 0 | 0 | 5 | 5 | | | 10 | -5 | 0 | -15 | |

**f. REMARKS** *(Include Exposure Data)*
Steady Noise Exp(TWA dBA): Not Entered,  Impulse Noise Exp(dBP): Not Entered,  H-1,  Health Ed Prov, HPD Prev Fit.

| g. TYPE OF PERSONAL HEARING PROTECTION USED | | |
|---|---|---|
| 2 | 1 - SINGLE FLANGE (V51R)<br>2 - TRIPLE FLANGE<br>3 - HAND FORMED EARPLUG | 4 - EAR CANAL CAPS<br>5 - NOISE MUFFS<br>6 - OTHER<br>7 - NONE |

| h. EXAMINER NAME *(Last, First, Middle Initial)* | i. TRAINING CERTIFICATE NO. | j. SERVICE DUTY OCCUPATION CODE | k. OFFICE SYMBOL |
|---|---|---|---|
| PERRY, CHARLES C | 085909A | 0650 | W6F2AA |

| l. AUDIOMETER TYPE | m. MODEL | n. MANUFACTURER | o. SERIAL NUMBER | p. LAST ELECTROACOUSTIC CALIBRATION DATE |
|---|---|---|---|---|
| 3  1 - MANUAL<br>2 - SELF-RECORDING *(Automatic)*<br>3 - MICROPROCESSOR | CCA-200m | Benson Co. | 61714 | 13 Jun 2012 |

## 16. FOLLOW-UP NO. 1

| | a. MINIMUM 14 HOURS NOISE FREE SINCE CURRENT AUDIOGRAM | *(See Item 15.B)* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| AUDIOMETRIC DATA RE: ANSI S3.6 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE | | | | | | | | | | | | |
| c. REFERENCE AUDIOGRAM DATE | | | | | | | | | | | | |

| d. SIGNIFICANT THRESHOLD SHIFT (STS) | e. THRESHOLD SHIFT --------> | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - NO 2 - YES | | | | | | | | | | | | |

| f. EXAMINER NAME *(Last, First, Middle Initial)* | g. TRAINING CERTIFICATE NO. | h. SERVICE DUTY OCCUPATION CODE | i. OFFICE SYMBOL |
|---|---|---|---|
| | | | |

| j. AUDIOMETER TYPE | k. MODEL | l. MANUFACTURER | m. SERIAL NUMBER | n. LAST ELECTROACOUSTIC CALIBRATION DATE |
|---|---|---|---|---|
| 1 - MANUAL<br>2 - SELF-RECORDING<br>3 - MICROPROCESSOR | | | | |

## 17. FOLLOW-UP NO.2

| | a. MINIMUM 14 HOURS NOISE FREE SINCE CURRENT AUDIOGRAM | *(See Item 15.B)* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| AUDIOMETRIC DATA RE: ANSI S3.6 | LEFT | | | | | | RIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE | | | | | | | | | | | | |
| c. REFERENCE AUDIOGRAM DATE | | | | | | | | | | | | |

| d. SIGNIFICANT THRESHOLD SHIFT (STS) | e. THRESHOLD SHIFT --------> | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - NO 2 - YES | | | | | | | | | | | | |

| f. EXAMINER NAME *(Last, First, Middle Initial)* | g. TRAINING CERTIFICATE NO. | h. SERVICE DUTY OCCUPATION CODE | i. OFFICE SYMBOL |
|---|---|---|---|
| | | | |

| j. AUDIOMETER TYPE | k. MODEL | l. MANUFACTURER | m. SERIAL NUMBER | n. LAST ELECTROACOUSTIC CALIBRATION DATE |
|---|---|---|---|---|
| 1 - MANUAL<br>2 - SELF-RECORDING<br>3 - MICROPROCESSOR | | | | |

**DD FORM 2216E, MAY 96**     PREVIOUS EDITIONS ARE OBSOLETE     Approved for Electronic Generation by WHS-DIOR     For Official Use Only     AR 3322

**\*\*\*\*\* FOR OFFIC_L USE ONLY - PRIVACY AC_ SENSITIVE \*\*\*\*\***

Any misuse or unauthorized disclosure of this information may
result in both criminal and civil penalties.

Date: 05-Mar-2012

## Force IMR Report

Page: 1

Activity:   N6288 - NIOC PENSACOLA                    Cmd:   98 - Active Duty Navy

| Name | Rate/Rank | SSN | DOB | Gender | Age | Unit | Blood Type | IMR Status |
|------|-----------|-----|-----|--------|-----|------|------------|------------|
| MERWIN DANIEL DENNIS | CTN2 | ███ | ████1985 | M | 27 | 41976 | OPOS | Fully Medically Ready |

USN    LOD: None        MRR: None        TNPQ: None        TNDQ: None      LIMDU: None      MEDBRD: None

Waiver Type              Issue Date      Reason

| Immunization | Series | Completed | Due | Lot Number | Req | Def | Date Deferred | Reaction |
|--------------|--------|-----------|-----|------------|-----|-----|---------------|----------|
| Adenovirus | | | | | | | | |
| Anthrax | 5 | 09-Mar-2010 | | UNK | | | | |
| Cholera | | | | | | | | |
| H1N1 Influenza | | 22-Dec-2009 | | 104040P1 | | | | |
| HPV- Human Papilloma | | | | | | | | |
| Hepatitis A | 2 | 14-Dec-2005 | | UNK | Y | Y | 02-Apr-07 | |
| Hepatitis B | 2 | 14-Dec-2005 | | UNK | | Y | 02-Apr-07 | |
| Influenza | 0 | 02-Nov-2011 | 01-Sep-2012 | UNK | Y | | | |
| JEV | | | | | | | | |
| MGC | | | | | | | | |
| MMR | 0 | 08-Nov-2005 | | UNK | Y | | | |
| Pneumococcal | | | | | | | | |
| Polio | 0 | 08-Nov-2005 | | UNK | Y | | | |
| Rabies | | | | | | | | |
| Smallpox | | | | | | | | |
| Smallpox Reading | | | | | | | | |
| Tetanus/Diphtheria | 0 | 08-Nov-2005 | 06-Nov-2015 | UNK | Y | | | |
| TwinRix | 1 | 14-Dec-2005 | | UNK | Y | | | |
| Typhoid | | | | | | | | |
| Varicella | | | | | | | | |
| Yellow Fever | 0 | 14-Dec-2005 | | UNK | | | | |

## Tests

Primary Physical:                      Due:            06 Mar 2012      Routine
PHA Exam Date:            08-Feb-2011   PHA Compl Date:   08-Feb-2011              Due: 08-Feb-2012
Short Flight Date:                     Due:
Dental Date:             22-Feb-2012   Class:        2          Type: Military    Due: 01-Apr-2013
Bitewing Date:                         Due:    05-Mar-2012   Panograph Date:       Due: 05-Mar-2012
HIV Test Date:           22-Feb-2012   Results Date:   24-Feb-2012   Due: 22-Feb-2014
DNA Sent Date:                         Date Reg:      15-Dec-2005
Baseline DD2215:         07-Nov-2005
Sickle Cell Test Date:   06-Nov-2005   Results:       N
G6PD Date:               06-Nov-2005   G6PD Code:     N
HBSAB Serology Titre:                  Results:
PAP Smear:                             Mammogram:
Eye Exam Date: 17-Feb-2011   Eye Exam Req: Y   Eyeware Req:   Y    Verified Date: 17-Feb-2011  Due: 17-Feb-2012
Gas Mask Inserts Req:        N         Issue Date:
Pregnant: No            Weeks Pregnant:      Due Date:          Postpartum Until:              Waiver: No
OCC Health Eval Date:                  Eval Req:      N    OCC Health:
TST Reading:             19-Mar-2010   PPD Reactor: N    Due: 18-Mar-2013   TB Questionaire:
NAMI Eval Date:                        Specialty:                Annual Resubmit Req:      Waiver:
Health Care Promotion:   N             Health Enrollment Assessment: N   Health Risk Appraisal: N
Allergies (Y/N):         Y             Warning Tag Required: 10-Nov-2008   Warning Tag Issued: 10-Aug-2009
    Due - highlighted

20/████   CORRY

# INTERIM TUBERCULOSIS EXPOSURE RISK ASSESSMENT

**FOR THE PATIENT** (*Check the correct response*)

1. Since your last tuberculosis risk assessment, were you exposed to anyone known to have or suspected of having active tuberculosis (i.e., individuals with persistent cough, weight loss, night sweats, and/or fever)?   ☐ Yes   ☒ No   ☐ Don't Know
   If Yes, test the patient.

2. Since your last Tuberculosis Exposure Risk Assessment or Post-Deployment Health Assessment (DD Form 2796), did you have direct and prolonged contact with any individuals of the following groups: refugees or displaced persons; hospitalized patients, prisoners, or homeless shelter populations?   ☐ Yes   ☒ No
   If Yes, test the patient.

3a. Check any countries where you have traveled or deployed to since your last tuberculosis risk assessment.

| | | | |
|---|---|---|---|
| ☐ Bangladesh | ☐ India | ☐ Pakistan | ☐ UR Tanzania |
| ☐ Brazil | ☐ Indonesia | ☐ Philippines | ☐ Viet Nam |
| ☐ Cambodia | ☐ Kenya | ☐ Russian Federation | ☐ Zimbabwe |
| ☐ China | ☐ Mozambique | ☐ South Africa | |
| ☐ DR Congo | ☐ Myanmar | ☐ Thailand | |
| ☐ Ethiopia | ☐ Nigeria | ☐ Uganda | |

If any of these listed countries are selected, test the patient.

☐ Other _____   If "other" is checked, write in the name of the country or countries and describe further in number 6.

3b. During this travel, did you have prolonged direct contact with the local population?   ☐ Yes   ☐ No   If Yes, test the patient

3c. Have you traveled to Afghanistan for a reason not part of a deployment that required completion of a Post Deployment Health Assessment (PDHA)?   ☐ Yes   ☐ No   If Yes, test the patient

3d. Have you recently had any of the following symptoms:
☐ Fever   ☐ Cough   ☐ Weight Loss   ☐ Chills   ☐ Night Sweats
if any are checked, see the medical officer for evaluation.

**FOR THE PROVIDER**
(*If the answer to questions 1, 2, or 3b is a YES, test the patient. If a country is selected in 3a, test the patient.*)

4. Tuberculosis risk assessment, based on above responses   ☐ Minimal Risk   ☐ Increased Risk
5. Recommend Latent Tuberculosis Infection (LTBI) Testing   ☐ Yes   ☒ No
6. Provider Comments

*last PPD 19 Mar 2010.*

*Neg*

LAUREN TREVEN MSPA_C
NAVHOSP PENSACOLA
☎ (850) 452 6326 X4100
LAUREN.TREVEN.CTR@

| PROVIDER'S NAME    .NAVY.MIL | PROVIDER'S SIGNATURE | DATE |
|---|---|---|
| | *(signature)* PA-C | 6MAR12 |
| **PATIENT'S IDENTIFICATION:** (*For typed or written entries, give: Name - last, first, middle; SSN; Sex; Date of Birth; Rank/Grade.*) | HOSPITAL OR MEDICAL FACILITY | STATUS  Active |
| | DEPARTMENT / SERVICE  Navy | RECORDS MAINTAINED AT |
| | SPONSOR'S NAME  *(handwritten)* | SSN ▬▬▬ |
| | RELATIONSHIP TO SPONSOR | |

NAVMED 6224/8 (Rev. 6-2010)

AR 3324

*Shoot*

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE: 2 Nov 11 | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |

**ADULT SCREENING AND IMMUNIZATION DOCUMENTATION FORM**
**Influenza Vaccination Program**

The following questions will help us determine if we should give you the intranasal or the injectable influenza vaccination today. If you answer "yes" to any question, we will ask additional questions to determine which vaccine, if any, you will receive. Please speak to your healthcare provider, if you have any questions.

| | CIRCLE ANSWERS TO QUESTIONS 1-12 | | |
|---|---|---|---|
| | What is your age? _2 6_ | | |
| 1 | Do you currently feel sick or have a fever? | NO | YES |
| 2 | Are you taking any prescription medications to prevent or treat influenza? Have you taken any antivirals in the last 48 hours? | NO | YES |
| 3 | Are you pregnant or planning to become pregnant in the next month? | NO | YES |
| 4 | Have you ever had a serious reaction to a flu vaccine? | NO | YES |
| 5 | Do you have any allergy to any of the following: eggs, chicken or egg protein, gentamycin, gelatin, arginine, neomycin, polymycin B, thimerosal, formaldehyde, or other vaccine components? | NO | YES |
| 6 | Do you have a chronic health problem such as: heart disease, lung disease, asthma, kidney disease, metabolic disease (e.g. diabetes), anemia, or other blood disorder? | NO | YES |
| 7 | Do you have an active neurological disease? | NO | YES |
| 8 | Do you have a history of Guillain-Barre Syndrome (GBS)? | NO | YES |
| 9 | Has your doctor ever told you that you have an immune system disorder? Are you taking long-term steroid treatment or immunosuppressants? | NO | YES |
| 10 | Do you have HIV, AIDS, cancer, or have you received an organ transplant? | NO | YES |
| 11 | Do you live with or have close contact with severely immunocompromised individuals or someone who must be in a protective environment (such as transplant recipients)? | NO | YES |
| 12 | Have you received any vaccines within the last 30 days or do you plan to receive any vaccines in the next four weeks? | NO | YES |

If you are 49 years of age or younger, please list below all the medications you are currently taking (for medication reconciliation):

I have read, or have had explained to me the information in the Influenza Vaccine Information Statement (VIS). I have also had a chance to ask questions and they were answered to my satisfaction. I understand the benefits and risks of the influenza vaccine.

Signature: _____     Date: _2 Nov 11_

**(CONTINUE ON REVERSE SIDE)**

| HOSPITAL OR MEDICAL FACILITY | STATUS  Active | DEPART./SERVICE  Navy | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME  MERWIN / DANIEL | SSN/ID. NO. ▮▮▮▮ | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (*For typed or written entries, give: Name – last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.*)

| REGISTER NO. | WARD NO. |
|---|---|
| | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
**STANDARD FORM 600** (Rev. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NAVHOSPPNCLA 6000/5 (Rev. 9/10) Overprint to SF600 (Rev. 6-97)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|------|--------------------------------------------------------------------------|

**BELOW TO BE COMPLETED BY HEALTHCARE PROVIDER**

☐ Give injectable seasonal Influenza vaccine
☐ Give intranasal seasonal Influenza vaccine
☐ Do not administer Seasonal Influenza vaccine

VIS provided (check box)
☐ Inactivated Influenza Vaccine (TIV)
☐ Live, Attenuated Influenza Vaccine (LAIV)

Interviewer's Signature:                                      Date:

**VACCINE ADMINISTERED**

☐ Live Intranasal Influenza (FluMist)
   Dose: 0.2 mL
   Route: Intranasal

   Lot # _____
   Manufacturer: MedImmune

☐ Inactivated Influenza (Fluzone)
   Dose: 0.5 mL
   Route: IM (check one)  ☐ Right Deltoid
                          ☐ Left Deltoid

   Lot # _____
   Manufacturer: Sanofi Pasteur

☐ Inactivated Influenza (Afluria)
   Dose: 0.5 mL
   Route: IM (check one)  ☐ Right Deltoid
                          ☐ Left Deltoid

   Lot # _____
   Manufacturer: CSL

Comments:

Administered by:                                             Date:

# KEESLER REFRACTIVE SURGERY NON-LOCAL CHECKLIST

**\*\*PACKET WILL NOT BE ACCEPTED IF CHECKLIST IS INCOMPLETE\*\***

2011 JUN 16 AM 10 47

PATIENT: _Merwin, Daniel_     LAST 4: ▮▮▮▮

CELL/HOME #: ▮▮▮▮     WORK #: _855- 452-0237_

SURGEON: (ROPP)   O'CONNELL   BROOKS
(CIRCLE ONE)

(CHECK BOXES WHEN COMPLETED/AQUIRED)

☑ Application (page 1)                    ☑ Exam Form

☑ Commander's Authorization               ☑ ID copy   (Front & Back)

☐ Scans (pentacam, (wave) (orbs)          ☑ Register with Keesler Medical Center
                                              228-376-4742 or 4743

☑ Managed Care Agreement                  ☑ Verify adequate retainability
                                              (12 months required from the date of surgery)
☑ 21 yrs old or older

☐ Pregnancy Consent

**\*\*\*ALL PACKETS MUST BE RECEIVED 3 WEEKS IN ADVANCE TO HAVE SURGERY\*\*\***

_Corry ga AbR_

AR 3327

# KEESLER REFRACTIVE SURGERY NON-LOCAL CHECKLIST

**\*\*PACKET WILL NOT BE ACCEPTED IF CHECKLIST IS INCOMPLETE\*\***

2011 JUN 16  AM 10 47

PATIENT:  MERWIN, DANIEL                           LAST 4: ████████

CELL/HOME #:  ████████████                WORK #:  850- 452-0237

SURGEON:  (ROPP)    O'CONNELL      BROOKS
(CIRCLE ONE)

(CHECK BOXES WHEN COMPLETED/AQUIRED)

- [x] Application (page 1)
- [x] Commander's Authorization
- [ ] Scans (pentacam, wave, orbs)
- [x] Managed Care Agreement
- [x] 21 yrs old or older
- [ ] ~~Pregnancy Consent~~

- [x] Exam Form
- [x] ID copy    (Front & Back)
- [x] Register with Keesler Medical Center
      228-376-4742 or 4743
- [x] Verify adequate retainability
      (12 months required from the date of surgery)

**\*\*\*ALL PACKETS MUST BE RECEIVED 3 WEEKS IN ADVANCE TO HAVE SURGERY\*\*\***

*Corey Jr* *[signature]*

## Commander's Authorization
## USAF Refractive Surgery (USAF-RS) Program

I, DANIEL D MERWIN (CTN2), a member in your command, request to have laser vision correction surgery at a DoD Refractive Surgery Center. **The policy letter** *"USAF REFRACTIVE SURGERY (USAF-RS) PROGRAM"* **dated 21 May 2007 should be reviewed prior to completion of this authorization.** Refer to https://kx.afms.mil/USAF-RS, it outlines the purpose of this program, issues to consider before authorizing an individual to enter the program and procedures to be followed. **Your signature on this form acknowledges an understanding of the policy and willingness to ensure compliance with the requirements of the program.**

Access to the DoD laser centers is prioritized according to the Chapter 1, para 1.13 of the policy letter. In your best judgment, indicate which prioritization category applies to this individual:

Priority    1    2    ③    Job Title **ANALYST**

Air Force Personnel: AFSC _____    Branch of Service **NAVY**

To ensure a return on investment for the Air Force, individuals in the **Aviation and Aviation-Related Special Duty Management Group must have one year retainability** on active duty from the date of surgery and personnel in the **Warfighter Management Group must have a minimum of 6 months retainability** on active duty from the date of surgery according to Chapter 3, para 3.2.3.

Current projected separation / end of service commitment / retirement date. **Provide which ever is the earliest.**
**(Date)** OCT 2015    *do not specify indefinite*

Is member scheduled to deploy or PCS during the next 6 months? NO

Participation in this program requires a considerable investment of time by the individual resulting in absences from duty. **These are the minimum requirements:**

- Initial Consultation (1 ½ hr)    Mass Consent Briefing (2 ½ hrs.)
- Surgery – up to 8 day of convalescent leave off work
- MANDATORY - Post-operative exams (at local MTF) up to 7 visits in the first year.    Intl _____

**\*\*All follow-up visits must be performed by *your local* RS-certified military eye care provider. \*\***

**\*Commander:** recovery from surgery will impact the individual's activities. Expect some limitations on routine duties for up to one month depending on vision standards applicable to individual's AFSC. The wear of sunglasses outdoors for the first year is required to prevent complications. **The individual WILL NOT be World-Wide Qualified (non-deployable and not eligible to PCS) for up to 4 months** while on steroid eye drops. A 4T profile will be issued to cover/prevent both situations. Flight Surgeon (FS) will manage the appropriate grounding actions and profile for AASD personnel. Primary Care Manager (PCM) in conjunction with local optometry will manage the profile for Warfighter personnel.

This original command authorization form must be received in our clinic before we move forward with the RS surgery. This authorization form is valid for 90 days only. Individuals will be required to re-accomplish this authorization letter if on their date of surgery it has expired.

| | | | | |
|---|---|---|---|---|
| TRAVIS NASERT | | | 23FEB11 | (850) 452-0463 |
| Supervisor Name/ Rank | (print) | Signature | Date | Phone Number |
| Henry M. Vigter | | LCDR, USN 24FEB2011 | | (850) 452-0202 |
| Unit Mobility officer Name/ Rank | (print) | Signature | Date | Phone Number |
| Sean Heritage | | | 24 FEB11 | (850) 452-0261 |
| Squadron Commander | (stamp or print) | Signature | Date | Phone Number |

Applicant signature _Daniel Merwin_ Date 17 FEB 11
Your signature states that you agree and commit to the minimum requirements and have the required AD service commitment remaining.
**\*No surgery will be performed until your Commander signs and dates this form.**

AR 3329

# USAF REFRACTIVE SURGERY (USAF-RS) APPLICATION
(READ ALL INSTRUCTIONS PRIOR TO COMPLETING FORM)

| Application Date: | This form and other USAF-RS Tools are available on AF Knowledge Exchange (DotMil) https://kx.afms.mil/USAF-RS or Public Access http://airforcemedicine.afms.mil/USAF-RS |
|---|---|

## APPLICANT INFORMATION / AASD PERSONNEL ONLY

| Last Name MERWIN | First Name DANIEL | Middle Initial D | Actively Flying: Yes ☐ No ☐ | Current Aircraft of Assignment |  |
|---|---|---|---|---|---|
| SSN (last 4) [redacted] | DOB 85 | Age 26 | Crew/Duty Position: |  | Aviation Service Code (ASC): |
| Grade/Rank E5 | Primary AFSC | Sex Male ☑ Female ☐ | Total # of Military Flying Hours | Total # of Flying Hours In Last 6 Months |  |

| Duty Status | ☑ AD  ☐ AGR  ☐ AFRes  ☐ ANG  ☐ Other | MAJCOM | FLIGHT SURGEON CONTACT INFORMATION |
|---|---|---|---|

| Total # months of remaining AD retainability 36 MONTHS | Unit/Squadron & Office Symbol | Phone (DSN) |
|---|---|---|

**AFTER Refractive Surgery AASD must have minimum 12 months and Warfighter 6 months retainability**

| Unit/Squadron & Office Symbol NIOC P | Phone (DSN) 452-0237 | Base / State Zip + 4 | Street |
|---|---|---|---|
| Street [redacted] | | | Duty E-mail |
| Base / State Zip + 4 PENSACOLA, FL CORRY STATION | | | Flight Surgeon's Name/Rank |
| Duty E-mail MERWIN, DANIEL [redacted]@NAVY.MIL | | | I have read and will comply IAW USAF-RS Policy 21 May 2007 |
| Planned RS treatment Location USAF - KEESLER AFB, MS | | | Flight Surgeon's Signature |

| Preferred RS Treatment | ☑ Advanced Surface Ablation (ASA) (PRK, WFG-PRK, LASEK, Epi-LASIK) | ☐ Intra-Stromal Ablation (ISA) (LASIK, WFG-LASIK, FS-LASIK) | ☐ Any Approved USAF RS Procedure | PERMISSION TO PROCEED | USAF-RS REGISTRY REVIEWER USE ONLY |
|---|---|---|---|---|---|
| Applicant's Signature [signature] | | | | Disposition | Permission to Proceed? ☐ Yes ☐ No |
| | | | | Date | |
| | | | | Reviewing Officer's Name/Rank | |
| | | | | Reviewing Officer's Signature | |

## MANDATORY QUESTIONS (APPLICANT MUST INITIAL)

| Initials | |
|---|---|
| [initials] | I am responsible for reading the policy and guidelines of USAF-RS Program available at https://www.afms.mil/USAF-RS and I am committed to comply with these guidelines |
| [initials] | I understand I am NOT authorized to undergo refractive surgery until I have received "Permission to Proceed" from the USAF-RS Registry. If granted "Permission to Proceed", the final treatment decision is not guaranteed, but will be made by the surgeon. |
| [initials] | I understand that the Command Authorization expires 6 months from the date my commander signed. In addition, if this occurs, I understand I must re-accomplish a new one and present the original copy before I will get treated at this center. |
| [initials] | I must inform my flight surgeon, primary care provider, and eye care provider of surgery, follow-up care, and any complications. I must accomplish all follow-up examinations as required by policy or I may be restricted from duty or be DNIF until in compliance. |
| [initials] | I understand that during my evaluation at a DoD RS center, I may be disqualified as a RS candidate and will not be treated. The final decision will be made by my surgeon. |
| [initials] | If I am disqualified as a RS candidate, I am not eligible for reimbursement of expenses incurred for travel to/from the DoD RS center, including, but not limited to travel, meals, and lodging. (This does not apply if I am unit-funded.) |
| [initials] | I understand that I may require or continue to require reading and/or distance prescription correction for best vision after surgery. I understand that RS will create a permanent change in my vision and even with an optimal outcome may change over time. |
| [initials] | Furthermore, I understand there is a chance I cannot be fit with contact lenses after RS. |
| [initials] | I understand my vision may take time to fully recover following RS Surgery and there is a risk of not meeting relevant vision standards after RS. Therefore, I may be disqualified from certain careers, duties, or even continued military service. |

USAF-RS Application (Page 1), 20080603

# USAF Refractive Surgery (USAF-RS)
# Managed Care Agreement

DANIEL D MERWIN
Patient Name

E-5
Rank

NAVY / ACTIVE
Service / Status

CORRY STATION
Military Installation

▮▮▮▮▮▮▮▮▮▮
Phone Number

(NO) YES   If Yes, when _____
Upcoming PCS/Separation/Retirement/Deployment

KEESLER
Refractive Surgery Center ( WHMC / USAFA / WPAFB / Travis / Keesler / Other DoD )

## PATIENT AGREEMENT

DDM I request to be returned to my local eye clinic for post-operative care following refractive surgery at the DoD Refractive Surgery Center listed above. The staff on the Refractive Surgery Center will be available for additional consultation as needed.

DDM will contact my local Optometry Clinic to schedule my first follow-up appointment as soon as I am notified of my surgery date.

DDM understand that I must bring the package of copied exams given to me by the Refractive Surgery Center to the local Optometry Clinic at my first follow-up appointment.

DDM I am aware that I will be placed on a 4T profile after surgery and can not deploy or PCS up to 4 months after surgery.

_____
Patient Signature

17 MAR 11
Date

**Post-Operative Appointment Schedule:**
AASD:        1, 3, 6, 12, and 24 months, 4 years and then every 5 years
Warfighter:   1, 3, 6, 12 months
Note:  ASA (PRK, LASEK, Epi-LASIK, WFG-PRK) requires a 2 month pressure check

## REFERRING DOCTOR'S AGREEMENT

I certify that I have gone through the USAF Refractive Surgery Co-Management Course. I will manage this patient and accept responsibility for his/her post-operative care. I agree to refer this patient promptly if a condition arises post-operatively that will require further treatment by the Refractive Surgery Center.

KJ Whitwell, OD, MBA, FAAO
CDR MSC USN

850-452-5242 x 222
Phone

03/29/11 @ 1345
Date

850-452-5205
Fax

AR 3331

| HEALTH RECORD | RECORD OF REFRACTIVE SURGERY PREOPERATIVE & TREATMENT PLAN |
|---|---|

**C/C—Blurred Vision**

Pt Pref: (PRK) LASIK ReTX

| | Right | Left |
|---|---|---|
| | VAsc 20/200 | VAsc 20/200 |

| CL Hx: | N/A | **Habitual** # | -2.75 | -0.50 | X 103 | 20/20 | -2.50 | -0.25 | X 069 | 20/15 |
|---|---|---|---|---|---|---|---|---|---|---|
| DW SCL | | | | | | | | | | |
| RGP CL | | **Rx #1** 2010 Date: 21/Apr | -2.25 | -0.50 | 098 | 20/70 | -2.50 | -0.25 | 083 | 20/20 |
| Last Worn: > 30 days | | | | | | | | | | |
| Dominant Eye: R  L | | | | | | | | | | |

**Medical Hx:** ∅

| **Rx #2** 1½ Date: Feb 11 | -2.50 | -0.25 | 095 | 20/20 | -2.75 | 0.5 | | 20/20 |
|---|---|---|---|---|---|---|---|---|
| **Auto Ref** # 03/29/11 | -2.50 | -0.50 | 101 | | -2.75 | -0.25 | 64 | |

**Medications:** ∅

| **Auto Ref K's** | 40.50 @ 093  40.75 @ 003 | 40.50 @ 067  40.75 @ 157 |
|---|---|---|

| **Dilated with** Cycl 1% Trop 1% @ | Time: 1236 Ta: 13 mmHg | Pent. Pachs 583 | Time: 1236 Ta: 13 mmHg | Pent. Pachs 577 |
|---|---|---|---|---|
| | Pupils: PERRLA ☑ | U.S. Pach. 586 | Pupils: PERRLA ☑ | U.S. Pach. 576 |
| | EOM: Full & Smooth ☑ | Pupil Size 7 mm | EOM: Full & Smooth ☑ | Pupil Size 7 mm |

**Allergies:** (NKDA)

| **Manifest** | -2.75 | -0.50 | 100 | 20/15 | -2.75 | -0.25 | 075 | 20/15 |
|---|---|---|---|---|---|---|---|---|

Schirmer's @ 5min. With 0.5% Prop. R:_____mm L:_____mm

| **Cycloplegic Rx** | -2.50 | -0.50 | 100 | 20/15-1 | -2.75 | -0.25 | 100 | 20/15 |
|---|---|---|---|---|---|---|---|---|

| Pain: 0—10 (0 = none) ∅ | **WAMR** | -2.75 | -0.50 | 105 | 20/15 | -2.75 | -0.25 | 060 | 20/15 |
|---|---|---|---|---|---|---|---|---|---|

**Notes/Plan:**

1. Topo & Pentacam WNL — Y/N
2. Discussed at length risks, limitations, expectations — Y/N
3. All questions answered and patient elects to proceed — Y/N
4. Acceptable Candidate — Y/N
5. Schedule Procedure — Y/N

81 MDG/ SGCQXE
James E. Rux , OD Contractor _____

**Slit Lamp Exam**

R Normal   Normal L

LIDS / CONJ / CORNEA / AC / ANGLE / IRIS / LENS

**Retina / Fundus**

R  03/16/11 Dr. Rux Normal   Normal L

Flat Retina - schisis

Optic Nerve / Macula / Periphery

rms -0.27 -0.19

| | Right | Left |
|---|---|---|
| K-Cal: CCT | 583 | 577 |
| Flap Thickness | — | — |
| CCT - Flap | — | — |
| - Est Abl Depth | 52 | 48 |
| =RSB | 531 | 529 |

**Planned Treatment:** STANDARD on/os ☑ CUSTOM on/os ☑ MMC on/os — Planned Surgery Date May
☑ PRK s/on/aus/us  ☐ LASIK Micro K/ FEMTO/ krs

| Right: | W to W: | Noml Add: | RSB: | Left: | W to W: | Noml Add: | RSB: |
|---|---|---|---|---|---|---|---|
| Optical Zone | VISX | Alle-gretto | | Optical Zone | VISX | Alle-gretto | |
| | | X | -2.75 | -0.50 | X 100 | -2.75 | -0.25 | X 075 |

Blend Zone Enabled ☑ Larger Zone Enabled ☑     Blend Zone Enabled ☑ Larger Zone Enabled ☑

**MERWIN, DANIEL DENNIS**
20/▮▮▮▮▮
**29 Mar 2011, 0718**
DOB: ▮▮ 1985

Appt Date: _____

| Occupation: Analyst | Bartlett H. Hayes, Col, USAF, MC, FS 81 MSGS/CC Commander, Surgical Operations Squadron | Jonathan Ellis, Capt, USAF, MC 81 MSGS/SGCX Staff Ophthalmologist |
|---|---|---|
| Age: 26  Pri: 3 | | |
| Base: Corny | Hoon Jung, Maj, USAF, MC 81 MSGS/SGCXE Chief, Ophthalmology & Refractive Surgery | James C. Hartley, Capt, USAF, MC 81 MSGS/SGCX Staff Ophthalmologist |
| Branch: USJ | | |
| Rank: PO2  Grade: | Notes: C. Rox mcusn ▮▮▮ |  |

AR 3332

Date:_____

| | | | X | | 20/ | | | X | | 20/ |
|---|---|---|---|---|---|---|---|---|---|---|
| Manifest | | | X | | 20/ | | | X | | 20/ |
| Cyclo | | | X | | 20/ | | | X | | 20/ |
| WAMR | | | X | | 20/ | | | X | | 20/ |
| | PERRLA ☐ | | | TA: | @ | PERRLA ☐ | | | TA: | |

**Assessment / Plan:**

- Myopia.
- Allegretto PRK (ou).

James E. Rux, OD Contractor:_____

| CONTRAINDICATIONS / WARNINGS (per FDA) | | |
|---|---|---|
| > 0.50 D change in sph or cyl in past 12 mos. | YES | (NO) |
| Pregnant | YES | (NO) |
| Nursing during last 6 months | YES | (NO) |
| Autoimmune disease / immunodeficiency | YES | (NO) |
| Diabetes Mellitus | YES | (NO) |
| Keratoconus or corneal irregularity | YES | (NO) |
| History of HSV / HZV keratitis | YES | (NO) |
| Current use of: | | |
| Accutane (Isotretinoin) | YES | (NO) |
| Imitrex (Sumatriptan) | YES | (NO) |
| Corarone (Amiodarone) | YES | (NO) |
| Steroids | YES | (NO) |
| INH | YES | (NO) |
| Severe dry eyes / atopic disease | YES | (NO) |
| Glaucoma | YES | (NO) |
| Visually significant cataract | YES | (NO) |
| Active Ophthalmic disease | YES | (NO) |
| Corneal NV > 2mm from limbus | YES | (NO) |
| Electronic Pacemaker/similar cardiac device | YES | (NO) |
| Hx of prior refractive surgery | YES | (NO) |
| CONTRAINDICATIONS / WARNINGS (per USAF Policy) | | |
| Age < 21 | YES | (NO) |
| IOP > 22 / disease predisposing to glaucoma | YES | (NO) |
| Thyroid Disease | YES | (NO) |

**Name:**
**Last 4:**
**DOB:**

C.PJM
MC USN

**MERWIN, DANIEL DENNIS**
20/
29 Mar 2011, 0718

AR 3333

**HEALTH RECORD** — **RECORD OF REFRACTIVE SURGERY PREOPERATIVE & TREATMENT PLAN**

C/C—Blurred Vision

Pt Pref: PRK  LASIK  ReTX

CL Hx:  N A
DW SCL  ☑
RGP CL

Last Worn: 30 days
Dominant Eye:  R  L

Medical Hx:

Medications:

Allergies:
NKDA/

Schirmer's @ 5min.
With 0.5% Prop.
R:_____mm
L:_____mm

Pain: 0—10 (0 = none)

| | | **Right** | | | | | **Left** | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VAsc 20/200 | | X | 20/ | | VAsc 20/200 | | X | 20/ |
| **Habitual** # | | -2.25 | -0.50 | | 103  20 | | -2.50 | -0.25 | | 069  20 |
| **Rx #1** 2010 Date: 21 APR | | -2.25 | -0.50 | | 098  20 | | -2.50 | -0.25 | | 083  20 |
| **Rx #2** Date: | | | | X | 20/ | | | | X | 20/ |
| **Auto Ref** # | | -2.75 | -0.50 | X | 095 | | -3.00 | -0.25 | X | 014 |
| **Auto Ref K's** | | 40.25 @ 088 / 40.75 @ 178 | | | | | 40.75 @ 163 / 41.00 @ 073 | | | |
| **Manifest** | | -2.50 | -0.25 | X | 095  20 | | -2.75 | DS | X | 20/ |
| **Cycloplegic Rx** | | -2.50 | -0.50 | X | 100  20/15-1 | | -2.75 | -0.25 | X | 100  20/15 |
| **WAMR** | | | | X | 20/ | | | | X | 20/ |

Dilated with Cyclo 1% Trop. 1% @ 0920

Right: Time: 0900  Ta: 15 mmHg  Pupils: PERRLA ☑  EOM: Full & Smooth ☑  Pent. Pachs  U.S. Pach. 586  Pupil Size 7 mm

Left: Time: 0900  Ta: 16 mmHg  Pupils: PERRLA ☑  EOM: Full & Smooth ☑  Pent. Pachs  U.S. Pach. 576  Pupil Size 7 mm

**Notes/Plan:**
1. Topo & Pentacam WNL
2. Discussed at length risks, limitations, expectations
3. All questions answered and patient elects to proceed
4. Acceptable Candidate
5. Schedule Procedure

Y N
Y N
Y N
Y N
Y N

**LT Zent, John W, OD USN**

Slit Lamp Exam:  R Normal  L Normal
LIDS, CONJ, CORNEA, AC, ANGLE, IRIS, LENS

Retina / Fundus:  R Normal  L Normal
Optic Nerve, Macula, Periphery

flat retinoscheas

Right: K-Cal: CCT: _____ Flap Thickness:_____ CCT - Flap:_____ - Est Abl Depth:_____ =RSB:_____

Left: K-Cal: CCT: _____ Flap Thickness:_____ CCT - Flap:_____ - Est Abl Depth:_____ =RSB:_____

**Planned Treatment:** STANDARD OD/OS / CUSTOM OD/OS  MMC OD/OS  Planned Surgery Date
☐ PRK ETOH / BRUSH   ☐ LASIK MICRO-K / FEMTO / EPI

| **Right** | W to W: | Nomo Adj: | RSB: | **Left** | W to W: | Nomo Adj: | RSB: |
|---|---|---|---|---|---|---|---|
| Optical Zone | VISX | Alle-gretto | X | Optical Zone | VISX | Alle-gretto | X |

☐ Blend Zones Enabled  ☐ Larger Zones Enabled   ☐ Blend Zones Enabled  ☐ Larger Zones Enabled

Name: MERWIN, DANIEL D.

SSN:

DOB: 1985

Appt Date: 16 MAR 2011

| Occupation: | Bartlett H. Hayes, Col, USAF, MC, FS 81 MSGS/CC Commander, Surgical Operations Squadron | Jonathan Ellis, Capt, USAF, MC 81 MSGS/SGCX Staff Ophthalmologist |
|---|---|---|
| Age: | Pri: | |
| Base: | Hoon Jung, Maj, USAF, MC 81 MSGS/SGCXE Chief, Ophthalmology & Refractive Surgery | James C. Hartley, Capt, USAF, MC 81 MSGS/SGCX Staff Ophthalmologist |
| Branch: | | |
| Rank: | Grade: | Notes: |

Date:_____

| Manifest | | | X | | | 20/ |
|---|---|---|---|---|---|---|
| Cyclo | | | X | | | 20/ |
| WAMR | | | X | | | 20/ |
| | PERRLA ☐ | | | TA: | @ | |

| | | | X | | | 20/ |
|---|---|---|---|---|---|---|
| | | | X | | | 20/ |
| | | | X | | | 20/ |
| | PERRLA ☐ | | | TA: | | |

**Assessment / Plan:**

A ① Myopia OU
② Possible flat retinoschesis OD

P (1+2) Recommed retinal consult pre CRS.

LT Zent, John W, OD USN  *[signature]*

| CONTRAINDICATIONS / WARNINGS (per FDA) | | |
|---|---|---|
| > 0.50 D change in sph or cyl in past 12 mos. | YES | (NO) |
| Pregnant | YES | NO |
| Nursing during last 6 months | YES | (NO) |
| Autoimmune disease / immunodeficiency | YES | (NO) |
| Diabetes Mellitus | YES | (NO) |
| Keratoconus or corneal irregularity | YES | (NO) |
| History of HSV / HZV keratitis | YES | (NO) |
| Current use of: | | |
|   Accutane (Isotretinoin) | YES | (NO) |
|   Imitrex (Sumatriptan) | YES | (NO) |
|   Corarone (Amiodarone) | YES | (NO) |
|   Steroids | YES | (NO) |
|   INH | YES | (NO) |
| Severe dry eyes / atopic disease | YES | (NO) |
| Glaucoma | YES | (NO) |
| Visually significant cataract | YES | (NO) |
| Active Ophthalmic disease | YES | (NO) |
| Corneal NV > 2mm from limbus | YES | (NO) |
| Electronic Pacemaker/similar cardiac device | YES | (NO) |
| Hx of prior refractive surgery | YES | (NO) |
| CONTRAINDICATIONS / WARNINGS (per USAF Policy) | | |
| Age < 21 | YES | (NO) |
| IOP > 22 / disease predisposing to glaucoma | YES | (NO) |
| Thyroid Disease | YES | (NO) |

**Name:**
**Last 4:**
**DOB:**



mostly
spherical c̄
minimal
astigmatism
(OU) c̄

# Patient:  Merwin, Daniel #20[redacted]
## DR. Ropp     Naval Hospital Pensacola Ophthalmology

# OD/OS Compare Display

**OD side:**

| Diopter | | |
|---|---|---|
| 43.5 | Power:  40.8 D | |
| 43.0 | ( 8.27 mm) | |
| 42.5 | From vertex: | |
| 42.0 | Dist  0.00 mm | |
| 41.5 | S-merid    0° | |
| 41.0 | | |
| 40.5 | SimK Values: | |
| 40.0 | 40.87D @180 | |
| 39.5 | 40.62D @90 | |
| 39.0 | | |
| 38.5 | **OD** | |
| 38.0 | | |

Diopter
03/29/11
12:36 PM
[TN]

**Axial Map**

**OS side:**

| | | Diopter |
|---|---|---|
| Power:  41.8 D | | 43.5 |
| ( 8.07 mm) | | 43.0 |
| From vertex: | | 42.5 |
| Dist  0.00 mm | | 42.0 |
| S-merid    0° | | 41.5 |
| | | 41.0 |
| SimK Values: | | 40.5 |
| 41.62D @36 | | 40.0 |
| 41.12D @126 | | 39.5 |
| | | 39.0 |
| **OS** | | 38.5 |
| | | 38.0 |

03/29/11
12:36 PM
[TN]

**Axial Map**

---

**OD Numerical View:**

Avg Curvature
Overall = 40.3
10mm = 39.4
8mm = 39.7
6mm = 40.4
4mm = 40.7
2mm = 41.0
0mm = 40.8

**OD**

03/29/11
12:36 PM
[TN]

**Numerical View**

**OS Numerical View:**

Avg Curvature
Overall = 40.7
10mm = 39.9
8mm = 39.8
6mm = 40.8
4mm = 41.2
2mm = 41.5
0mm = 41.8

**OS**

03/29/11
12:36 PM
[TN]

**Numerical View**

---

**Options**     ATLAS  Version A12.2 (0001)  Autosize     **Extrapolated 1 mm**

AR 3336

**Wavefront Error**

| Physician: Ropp, Corby | Operator: HM2 Cordova |

Patient: Merwin, Daniel
Patient ID: 20/▮▮▮
Notes:

*CustomVue*™ BY **visx** WE MAKE THINGS CLEAR

**OD**

-2.68 DS -0.55 DC x 105° @25.0 mm (4.00 Rx Calc)
29-Mar-2011 11:38:19    W.F. Diam (mm): 6.75    High Order: 4.9 %
Eff. Blur (D): 2.81    Rms Err.(µ): 4.62    Quality: ✓ ✓ ✓ ✓

**OS**

-2.62 DS -0.24 DC x 58° @25.0 mm (4.00 Rx Calc)
29-Mar-2011 11:39:37    W.F.Diam (mm): 6.25    High Order: 11.3 %
Eff. Blur (D): 2.57    Rms Err.(µ): 3.62    Quality: ✓ ✓ ✓ ✓

**Acuity Map**    Rms Error (µ): 4.62

microns
28.00 ▸
24.00 ▸
20.00 ▸
16.00 ▸
12.00 ▸
8.00 ▸
4.00 ▸
0.00 ▸
-4.00 ▸
-8.00 ▸
-12.00 ▸
-16.00 ▸
-20.00 ▸
-24.00 ▸
-28.00 ▸

Range: -0.0 to +18.1 microns    Grid spacing: 1 mm.

**Acuity Map**    Rms Error (µ): 3.62

microns
14.00 ▸
12.00 ▸
10.00 ▸
8.00 ▸
6.00 ▸
4.00 ▸
2.00 ▸
0.00 ▸
-2.00 ▸
-4.00 ▸
-6.00 ▸
-8.00 ▸
-10.00 ▸
-12.00 ▸
-14.00 ▸

Range: -0.0 to +13.8 microns    Grid spacing: 1 mm.

**Wavefront High Order Aberrations**    Rms Error (µ): 0.27

microns
1.75 ▸
1.50 ▸
1.25 ▸
1.00 ▸
0.75 ▸
0.50 ▸
0.25 ▸
0.00 ▸
-0.25 ▸
-0.50 ▸
-0.75 ▸
-1.00 ▸
-1.25 ▸
-1.50 ▸
-1.75 ▸

Range: -0.9 to +0.9 microns    Grid spacing: 1 mm.

**Wavefront High Order Aberrations**    Rms Error (µ): 0.19

microns
1.75 ▸
1.50 ▸
1.25 ▸
1.00 ▸
0.75 ▸
0.50 ▸
0.25 ▸
0.00 ▸
-0.25 ▸
-0.50 ▸
-0.75 ▸
-1.00 ▸
-1.25 ▸
-1.50 ▸
-1.75 ▸

Range: -0.5 to +0.9 microns    Grid spacing: 1 mm.

AR 3337

**Ophthalmology**

© Copyright 2001-2004 by VISX, Incorporated.





# REFRACTIVE SURGERY
# MEETING INFORMED CONSENT



Please read and initial each line.  Sign where indicated.

| Initial | # | Statement |
|---|---|---|
| DPM | 1 | I have read the Patient Information Booklet (downloaded from the website) |
| OPM | 2 | I understand the Surgery process and what will occur the day of surgery. |
| DPM | 3 | I understand what my responsibilities are the day of surgery.<br> a Remember to bring Medications and dark sunglasses<br> b No Mascara, perfumes, or colognes |
| DPM | 4 | I understand that I will need a driver on the day of surgery, my one day post op, and my five day post op appointments. |
| DPM | 5 | I understand my medication directions. |
| DPM | 6 | I have received a 2 page Pre & Post Op Instruction sheet. |
| DPM | 7 | I have read and signed my informed consents. |
| DPM | 8 | My questions have been answered to my satisfaction. |
| DPM | 9 | I understand I have an obligation and agree to meet my monthly follow-ups as required by my eye care provider. I also understand that I must book these exams myself; they are not booked for me. |
| DPM | 10 | I understand that if I am to PCS to any location at anytime prior to my 12 month post operative visit I must have an express written letter from a PRK/LASIK certified Optometrist or Ophthalmologist stating I will be accepted as a post PRK/LASIK patient at their clinic.  I also understand I am not allowed to PCS nor do a TDY for 1 month after the procedure. |
| DPM | 11 | I affirm I do have proper retainability, and intend to remain active for the length required to have surgery, i.e. 6 months for Air Force, 12 months for Navy, Marines, and Coast Guard, and 18 months for Army.  Date of Separation? _3lOcT 15_ |
| DPM | 12 | I affirm that I have NOT received the smallpox vaccination with in the last 21 days.  I will NOT receive a smallpox vaccination until the steroid taper is completed. |

Patient Name (Print) _DANIEL MERWIN_ Date _4/14/11_

Patient Signature _____

**Where can we reach you during your surgery week?** _Here_

**And an emergency contact; name and number?** _Here_

**Comments to improve our service:**

_Corey_ _Jones_

## INFORMED CONSENT FOR EXCIMER LASER PHOTOREFRACTIVE KERATECTOMY

I, DANIEL Dennis MERWIN, agree to have my surgeon, DR RoBB, M.D., perform the U.S. Food and Drug Administration (FDA) approved laser procedure called PHOTOREFRACTIVE KERATECTOMY (PRK). The excimer laser will be used to reshape the front of the cornea (the clear front part of the eye) to reduce or eliminate the need for glasses or contact lenses. I understand that this procedure is permanent and irreversible. I also understand that this is an elective procedure and that there is no government requirement for me to have this procedure done.

## PROCEDURE (RIGHT – LEFT – (BOTH))

My eye(s) being treated will receive topical anesthetic drops to reduce or eliminate discomfort associated with the procedure. I will be lying on my back under the laser and will be asked to look up into the operative microscope at the flashing red light. The laser will remove a calculated amount of tissue from the cornea in an attempt to reshape the cornea to reduce my dependence on glasses or contact lenses.

During the laser procedure, a popping or cracking sound will be heard. After the procedure, a bandage soft contact lens will be placed on my eye(s) along with antibiotic and anti-inflammatory drops. I realize that I may experience discomfort or pain in the hours following treatment as well as light sensitivity, tearing, irritation, and redness. Additional drops and instructions will be provided.

## RISKS:

_____(Initials)  1. I understand that, as with all surgical procedures, the results cannot be guaranteed. There is also no guarantee that I will eliminate my reliance on glasses or contact lenses. It is possible that the treatment could result in under-correction (residual nearsightedness or myopia), over-correction (farsightedness or hyperopia), or astigmatism, any of which may require glasses or contact lenses. It is also possible that this treatment may increase my dependence on reading glasses, or that I may require reading glasses at an earlier age. I understand that further treatment may be necessary, including the use of eyedrops, the wearing of glasses or contact lenses, or an additional laser treatment.

_____(Initials)  2. I understand that if I currently wear reading glasses, I will likely still need them after this treatment. I also understand that if I currently do not need reading glasses, I will most likely need them at some point in time.

N/A_____(Initials)  3. (Female only) I am not pregnant nor have I been pregnant in the past 12 months. I am not nursing nor have I been nursing in the past 6 months. If it is possible that I am pregnant, I will obtain a pregnancy test to ascertain that I am not pregnant since pregnancy could adversely affect the treatment results. Also, I will notify my doctor immediately if I become pregnant within the six months following treatment. I understand that the use of oral contraceptive agents may increase certain risks associated with the procedure.

_____(Initials)  4. I understand that I should make the doctor aware of any vascular or autoimmune disease I may have, or of any drug therapy that may suppress the immune system.

_____(Initials)  5. I understand that the FDA has not specifically approved the use of a bandage soft contact lens immediately after the procedure. The contact lens is used to reduce postoperative pain or discomfort that can be severe. The contact lens however can increase the risk of corneal infection or inflammation. I will inform my doctor if I do not want a contact lens used after the procedure.

_____(Initials)  6. I have been informed that complications can occur which, although usually temporary, may be permanent, and include:

a. *Decrease in best-corrected visual acuity.* A decrease in best-corrected visual acuity (vision with eyeglasses or contact lenses) may occur.
b. *Glare and halos.* Glare from bright lights or halos around lights may be experienced especially at night. The glare may be severe enough to cause difficulty driving at night or under low-light conditions.
c. *Decrease in contrast sensitivity.* A decrease in the *quality* of vision may occur even with excellent visual acuity as measured on a standard eye chart.
d. *Corneal scarring and haze.* A scar dense enough to affect vision may occur after the procedure.

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name – last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|

CTN² MERWIN, DANIEL
20/ ▓▓
DoB: ▓▓▓ 1985

**MEDICAL RECORD REPORT**
**Medical Record**
OPTIONAL FORM 275
81 MDG/DREF-FORMS Approved Overprint 10/04 – PRK Consent

AR 3340

e. *Elevated intraocular pressure.* High pressure in the eye, which may reduce vision, may occur while taking eye drops after the procedure. This condition is treated with additional drops, or rarely surgery.

f. *Delayed healing.* Delayed healing of the skin on the surface of the cornea may extend the discomfort.

____ (Initials) 7. Other complications which have been reported include: cataract, corneal ulceration, infection, inflammation in the eye, corneal inflammation, double vision, drooping eyelid, shadow images, ghost images, and allergic reactions to the prescribed medications. Since it is impossible to state every complication of PRK, it is understandable that the above list is not complete or exhaustive. Fortunately, most complications are rare, temporary, or mild. Since each person is unique and responds differently to surgery and the healing process that follows, there can be no guarantee made to me regarding the results of PRK on my eye(s).

____ (Initials) 8. I give permission for the medical data concerning my operation and any subsequent treatment to be submitted for outcome data analysis. I understand that my identity will be kept strictly confidential in any reports or journal articles.

____ (Initials) 9. I understand that PRK treatment requires follow-up care at prescribed intervals for one year after treatment, and I agree to return for required examinations as requested.

____ (Initials) 10. **SPECIAL MILITARY CONSIDERATIONS:** I understand that there is a risk of having complications such as loss of best corrected vision after the laser procedure which, in spite of additional treatment, may cause me to be no longer world wide qualified for continued active duty service, and may result in a change in my primary Air Force Specialty Code (AFSC), disqualification from flying duties, or in administrative separation from the U.S. Air Force.

Notes:

**BENEFITS AND ALTERNATIVES TO TREATMENT:**
The benefit of the procedure is to reduce my dependence on glasses or contact lenses and to reduce my blurriness when not wearing glasses or contact lenses (uncorrected visual acuity).

Non-surgical alternatives to treatment include continued wear of glasses or contact lenses. Surgical alternatives to PRK include, but are not limited to, radial keratotomy (RK), automated lamellar keratectomy (ALK), and laser in-situ keratomileusis (LASIK). RK uses a special knife to make incisions on the cornea and ALK uses a motorized blade to remove a small amount of tissue from the center of the cornea. LASIK combines the use of a motorized blade and a laser to reshape the cornea.

Notes:

**ADVANCED DIRECTIVES:**
____ (Initials) I understand that by hospital policy, a ***DO NOT RESUSICTATE*** order is temporarily suspended for the period surrounding conscious sedation or surgery. Any suspended advance directive may be re-instituted by me or my designated surrogate upon completion of the procedure.

**AGREEMENT:**
My signature indicates that I have read and understand the information provided and have discussed the risks, benefits, and alternatives of the procedure with an eye care provider. I have had an opportunity to ask my physician questions and would like to proceed with the treatment. I have received and read the FDA-mandated patient information booklet entitled "Facts You Need to Know about Photorefractive Keratectomy (PRK) Surgery". I agree that I will follow postoperative instructions and go to the required follow-up evaluations.

| DANIEL MERWIN | _Daniel Merwin_ | 4/14/11 |
|---|---|---|
| (Patient) | (Patient signature) | (Date) |
| Ropp, Corby D. | | 4/14/11 |
| (Physician) | (Physician signature) | (Date) |
| HM2 Young, Richard | | 14APR11 |
| (Witness) | (Witness signature) | (Date) |

OPTIONAL FORM 275 – PRK Consent (back)

AR 3341

| Exam Date | Last Name | First Name | MI | Last 4 |
|---|---|---|---|---|

## SLIT LAMP EXAM

| OD | NL | ABNL | FINDINGS | OS | NL | ABNL | FINDINGS |
|---|---|---|---|---|---|---|---|
| Lids / Lashes / Lac | ☐ | ☐ | | Lids / Lashes / Lac | ☑ | ☐ | |
| Conjunctiva | ☐ | ☐ | | Conjunctiva | ☑ | ☐ | |
| Cornea | ☐ | ☐ | | Cornea | ☐ | ☑ | |
| Haze ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 | | | | Haze ☑ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 | | | |
| A/C | ☐ | ☐ | | A/C | ☑ | ☐ | |
| Iris | ☐ | ☐ | | Iris | ☑ | ☐ | |
| Lens | ☐ | ☐ | | Lens | ☑ | ☐ | |
| IOP  7  mmHg | | | Must be TA while on steroid eyedrops | IOP  —  mmHg | | | Must be TA while on steroid eyedrops |

flap
tear
heal

| TOPOGRAPHY | OD OS | Comments |
|---|---|---|
| Not Performed | ☐ ☐ | |
| Normal | ☐ ☐ | |
| Abnormal | ☐ ☐ | |

| FUNDUS | OD OS | Comments |
|---|---|---|
| Not Performed | ☐ ☐ | |
| DFE | ☐ ☐ | |
| Non-DFE | ☐ ☐ | |
| Normal | ☐ ☐ | |
| Abnormal | ☐ ☐ | |

## IMPRESSION / PLAN

A.) Healing abrasion
(OS).

B.) Vigamox Q1D (OS).
cm,
motrin 2way TID,
flu 1 day.

| Eye Care Provider RECOMMENDATION | Aviator Meets AF Flight Vision Standards | ☐ Yes ☐ No | ☐ Full Duty ☐ Restricted |
|---|---|---|---|
| | Warfighter Meets AF Duty Vision Standards | ☐ Yes ☐ No | ☐ Full Duty ☐ Restricted |

| Eye Care Provider | SR O'Connell, MD | Flight Surgeon Stamp/Signature |
|---|---|---|
| Rank/Name | CAPT MC USN | |
| Base | Naval Hospital Pensacola | |
| DSN | | FAX | |
| E-mail | stephen.oconnell@med.navy.mil | |

C. R.——
MC USN

USAF-RS Post-Op, 20080603

**MERWIN, DANIEL D**
20/████████
**4 May 2011, 0818**

COPY

2011 MAY 5 AM 8 08

## USAF REFRACTIVE SURGERY (USAF-RS) POST-OP FORM

This form and other USAF-RS Tools are available on AF Knowledge Exchange (DotMil) https://kx.afms.mil/USAF-RS
or Public Access http://airforcemedicine.afms.mil/USAF-RS

Examination Date: *4 May 2011*

### PATIENT INFORMATION

| Last Name *merwin* | | First Name *Daniel* | | MI *D* |
|---|---|---|---|---|
| Grade / Rank *po2* | SSN (Last 4) | Management Group | ☐ AASD | ☐ Warfighter |

### SURGERY INFORMATION

| RS Treatment Location | | Post-Op Visit | | |
|---|---|---|---|---|
| RS Treatment | OD | Surgery Date | OD *21 Apr* | Post-Op Time | OD *2* weeks ___ months |
| | OS | | OS *21 Apr* | | OS *2* weeks ___ months |

### SUBJECTIVE INFORMATION

**Chief Complaint / Interval History**

~~street~~ *stracts by dog Left eye*
*Scratched*
*- last night 10 p.m.*
*↝ 10/10 pain 5/10 now*

**Post-Op Medication** OD OS

| | | |
|---|---|---|
| ☒ ☒ | Steroid | If currently using, indicate name and dosage |
| ☐ ☐ | IOP Control | *FmL BID* |
| ☐ ☒ | Artificial Tear | *Refresh PRN* |
| ☐ ☐ | Other | *Fesetasis BID, Nevanac PRN* |

| SYMPTOMS | NONE OD OS | MILD OD OS | MOD OD OS | SEVERE OD OS |
|---|---|---|---|---|
| Glare / Halo | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| Ghosting/Diplopia | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| Hazy / Foggy Vision | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| Reduced Night Vision | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| Dry Eye Discomfort | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| Other: | ☐ ☐ | ☐ ☐ | ☐ ☐ | ☐ ☐ |

**Post-Op Complications**

| | OD OS | | | OD OS |
|---|---|---|---|---|
| Corneal Erosion | ☐ ☐ | Diffuse Lamellar Keratitis | | ☐ ☐ |
| Corneal Infiltrate/Ulcer | ☐ ☐ | Irregular Flap (fold/wrinkle/striae) | | ☐ ☐ |
| Haze (>trace) | ☐ ☐ | Displaced Flap (Incomplete/partial) | | ☐ ☐ |
| IOP >25mmHg by TA | ☐ ☐ | Epithelial Ingrowth | | ☐ ☐ |
| BCVA <20/25 | ☐ ☐ | Other | dafs | ☐ ☐ |

**Post-Op Use of Optical Correction**    ☐ None   ☐ Distance Only   ☐ Near Only   ☐ Both Distance & Near

Specs: ☐ 0% ☐ <25% ☐ 26-50% ☐ 51-75% ☐ >75%   CL's ☐ 0% ☐ <25% ☐ 26-50% ☐ 51-75% ☐ >75%

### OBJECTIVE INFORMATION

| Uncorrected DVA | NVA | Manifest Refraction to **BEST** Visual Acuity | | ADD |
|---|---|---|---|---|
| OD 20/ *30* | 20/ | OD *+2.00* - *0.50* x *160*   20/ | + | 20/ |
| OS 20/ *30* | 20/ | OS *+1.25* - *0.75* x *023*   20/ | + | 20/ |

| ***AASD ONLY*** UNCORRECTED VISUAL ACUITY | | BEST-CORRECTED MANIFEST VISUAL ACUITY | |
|---|---|---|---|
| **OD** PV (High Contrast) | **OS** PV (High Contrast) | **OD** PV (High Contrast) | **OS** PV (High Contrast) |

Visual Acuity is calculated from the total number of letters correctly identified. Encourage patient to identify as many letters as possible.

| OD | OS | OD | OS |
|---|---|---|---|
| # letters   20/xx | # letters   20/xx | # letters   20/xx | # letters   20/xx |
| 20/ | 20/ | 20/ | 20/ |
| PV (5% Contrast) | PV (5% Contrast) | PV (5% Contrast) | PV (5% Contrast) |
| # letters   20/xx | # letters   20/xx | # letters   20/xx | # letters   20/xx |
| 20/ | 20/ | 20/ | 20/ |
| PV Chart to Patient. Distance in meters. Typical **4** | PV Chart to Patient. Distance in meters. Typical **4** | PV Chart to Patient. Distance in meters. Typical **4** | PV Chart to Patient. Distance in meters. Typical **4** |

| If aeromedical waiver is being considered, cyclopleglic refraction and dilated fundus exam (DFE) are required. At least, one post-CRS evaluation must be included with the aeromedical summary requesting MAJCOM waiver. | ☐ Cyclopentolate 1%   Drop 1 @ ___ hrs   Drop 2 @ ___ | **Cyclopleglic Refraction to BEST Visual Acuity** OD ___ - ___ x ___ 20/   OS ___ - ___ x ___ 20/ |
|---|---|---|

**MERWIN, DANIEL D**
**20/▮▮▮▮**
**4 May 2011, 0818**



*C. R. ... P*
*MC USN*

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: **MERWIN, DANIEL DENNIS**    Date: **16 Feb 2011 0830 CST**    Appt Type: **SPEC**
Treatment Facility: **NH Pensacola**    Clinic: **PULMONARY DISEASE CLINIC**    Provider: **LEWIS,CHRISTOPHER T**
Patient Status: **Outpatient**

**Reason for Appointment:** ASTHMA EXTRINSIC/CTD/MED/REC/15/PULMN
**Appointment Comments:**
CAC-CN

**Screening** Written by LEE,BRANDON G @ 16 Feb 2011 0803 CST
**Reason For Appointment:** ASTHMA EXTRINSIC/CTD/MED/REC/15/PULMN

Allergen information verified by LEE, BRANDON G @ 16 Feb 2011 0803 CST

**Vitals**
**Vitals** Written by LEE,BRANDON G @ 16 Feb 2011 0803 CST
BP: 123/74, HR: 85, RR: 15, HT: 69 in, WT: 157 lbs, SpO$_2$: 98%, BMI: 23.18, BSA: 1.864 square meters,
Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**SO Note** Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0905 CST
**Chief complaint**
The Chief Complaint is: Chest tightness.
**History of present illness**
   The Patient is a 26 year old male.
   He reported: General overall feeling Good
   .
   No military duty-related information  - (Not on PRP/SCI/PSP).  No depression Screen:  Negative PHQ-2  (Score < 3).
Pt is a 26 yo male with a history of allergies and childhood asthma.  He notes a history of asthma in childhood which was
associated with allergic symptoms.  He remarks on 1 hospitalization for his asthma as a child but none since.  Since the age of 8
he has been donig well and was not maintained on any inhalers.  He is very active and is an active marathoner.  Recently he has
noted increased symptoms of chest tightness associated with exposure to cats and dogs.  He was briefly treated with advair, but is
currently being maintained on zyrtec and flonase as well as allergen avoidance with excellent control of his symptoms.  He will have
onec weekly chest tightness and albuterol use, but is otherwise doing well, and recently completed a marathon.  He presents for
routine follow up.
Pain Severity  0 / 10.
**Past medical/surgical history**
**Reported History:**
   Past Medical History:
   1) childhood asthma
   2) allergies.
   Medical: Reported medical history N/A.
   Surgical / procedural: Surgical / procedural history 1) T&A.
   Reported medications: Medication history Zrytec t1 tab po qd
   Flonase.
**Personal history**
-Tob: none
-EtOH: none
Originally from California.  Lived in PA and NJ.  USN for 5 years.  Works as a cryptologist.  Deployed to Japan recently, but no
other travel or occupational exposure. .
Behavioral history: Never a smoker  / Never Used Tobacco Products.
Alcohol: No consumption of alcohol.
Habits: Exercising regularly  (Engaged in Routine / Regular Activity to Improve Your Health)
.
**Family history**
   Family medical history N/A.
**Review of systems**
**Military service:** Visit is not deployment-related  Location:              Date:
**Systemic symptoms:** Not feeling tired or poorly, not tiring easily, and no lethargy.  No fever and no chills.
**Pulmonary symptoms:** No dyspnea, not coughing up sputum, no hemoptysis, and no wheezing.
**Gastrointestinal symptoms:** No heartburn, no nausea, and no vomiting.
**Physical findings**
**Vital signs:**
   ° Current vital signs reviewed.

CHRISTOPHER T LEWIS

PULM-CRITICAL CARE MEDICINE

| **Name/SSN: MERWIN, DANIEL DENNIS/** | | Sex: **M** | Sponsor/SSN: | MERWIN, DANIEL DENNIS/ |
|---|---|---|---|---|
| FMP/SSN: **20/** | | Tel H: | Rank: | PETTY OFFICER SECOND CLASS |
| DOB: | **1985** | Tel W: | Unit: | N30922   (IA CNINTEL TRNG) |
| PCat: | **N11 USN ACTIVE DUTY** | CS: | Outpt Rec. Rm: | CORRY OUTPAT RECS |
| MC Status: | | Status: | PCM: | |
| Insurance: **No** | | | Tel. PCM: | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 1 of 3

AR 3344

| HEALTH RECORD | CHRONOLOGICAL RECORD O EDICAL CARE |
|---|---|

**16 Feb 2011 0755**
Facility: NH Pensacola FL    Clinic: PULMONARY DISEASE CLINIC    Provider: LEWIS,CHRISTOPHER T

**General appearance:**
° Well-appearing. ° Awake. ° Alert. ° In no acute distress.
**Neck:**
Palpation: ° Of the neck revealed no abnormalities.
**Nose:**
General/bilateral:
Nasal Discharge: ° No nasal discharge seen.
Sinus Tenderness: ° No sinus tenderness.
**Pharynx:**
Oropharynx: ° Uvula was not enlarged. ° Tonsils were not enlarged.
**Lymph Nodes:**
° Cervical lymph nodes were not enlarged. ° Supraclavicular lymph nodes were not enlarged.
**Lungs:**
° No wheezing was heard. ° No rhonchi were heard. ° No prolonged expiratory time. ° No rales/crackles were heard.
**Cardiovascular system:**
Jugular Venous Pressure: ° JVP was normal.
Jugular Venous Distention: ° JVD not increased.
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° S1 normal. ° S2 normal. ° No S3 heard. ° No S4 heard. ° No pericardial friction rub heard.
Murmurs: ° No murmurs were heard.
**Abdomen:**
Palpation: • Abdomen was not soft. ° No abdominal tenderness.
**Skin:**
° No generalized cyanosis.

**A/P** Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0930 CST
**1. difficulty breathing (dyspnea):** Pt is a 26 yo male with a history of childhood asthma and allergy type symptoms. His clinical history is suggestive of mild intermittent asthma, and his symptoms are under excellent control with control of his allergies with zyrtec and flonase. He will continue on these medications and prn albuterol for now, and will be referred for baseline PFTs and methacholine challenge study to definitive rule in/out asthma. Even with a positive study, his symptoms are under excellent control on his current therapy, and if needed he can be successful controlled with an inhaled steroid. He is highly functional, and even if a diagnosis of asthma is established this in no way should inpact upon his fitness for duty. He is currently fit for duty and fit for world wide deployment. He will follow up in 3-4 weeks to review the results of his PFTs.
Consult(s):    -Referred To: PULMONARY FUNCTION STUDIES (Routine) Specialty: PULMONARY DISEASE Clinic:
PULMONARY FUNCTION LAB Primary Diagnosis: difficulty breathing (dyspnea)

**Disposition** Written by LEWIS,CHRISTOPHER T @ 16 Feb 2011 0931 CST
**Released w/o Limitations**
**Administrative Options:** Consultation requested

**Note** Written by AEPPLI,CAROL @ 16 Feb 2011 0755 CST
**Consult Order**
**Referring Provider:**    BROWN, TRAVIS S
**Date of Request:**    08 Feb 2011
**Priority:**    Routine

**Provisional Diagnosis:**

ASTHMA EXTRINSIC

**Reason for Request:**

LVM ON CELL PHONE25 yo AD male has a history of childhood asthma, with improvement in symptoms as he reached adulthood. However he continues to have problems with tightness in his chest on occasion. States some things in the environment (dogs and cats for example) trigger his symptoms and may last for days. Denies any problems with routine exercise. He has been taking Zyrtec and Flonase daily however do not seem to be very effective. He was recently given Albuterol and Advair inhaler which he uses prn with good results. Please evaluate, treat and let me know his deployment status. Are there other environmental factors that could be an issue while on deployment. thank you. contact phone # 850 292 7149

**Signed By LEWIS, CHRISTOPHER T** (Physician, NH Pensacola FL) @ 16 Feb 2011 0931

| **Name/SSN:** MERWIN, DANIEL DENNIS | | | |
|---|---|---|---|
| | Sex: M | Sponsor/SSN: | MERWIN, DANIEL DENNIS |
| FMP/SSN: 20/ | Tel H: | Rank: | PETTY OFFICER SECOND CLASS |
| DOB: 1985 | Tel W: | Unit: | N30922   (IA CNINTEL TRNG) |
| PCat: N11 USN ACTIVE DUTY | CS: | Outpt Rec. Rm: | CORRY OUTPAT RECS |
| MC Status: | Status: | PCM: | |
| Insurance: No | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 2 of 3

```
NH PENSACOLA, FL                              DIVISION:NH PENSACOLA, FL
Personal Data    - Privacy Act of 1974 (PL 93-579)   Customized Version of SF600
                     PRINTED:  14 Feb 2011@1157
PULMONARY DISEASE CL LEWIS,CHRISTOPHER T    16 Feb 2011@0830      SPEC     BANA
REF: BROWN,TRAVIS SCOTT                      CMT: CAC-CN
CHIEF COMPLAINT: ASTHMA EXTRINSIC/CTD/MED/REC/15/PULMN
Detail Codes:                            INSURANCE YES/NO
PATIENT'S PCM:NO PCM HISTORY
BP:123/74 PULSE: 85   RESP:15    TEMP:        HT: 69''  AGE:26  WGT:157
=================================================================================
PAIN ASSESSMENT:  Language\Cultural Barriers? Y/N   Is Pain Present? Y/N
Intensity:   1   2   3   4   5   6   7   8   9   10
Description:_____
Action Plan: [] Refer to PCM      [] Refer to Note       [] Refer to Pain Mgt
Other:_____
=================================================================================
ALLERGIES: OTHER
Is the reason for your visit today related to deployment? []Yes  []No
CLINICAL NOTE:
```

```
=================================================================================
20/                MERWIN,DANIEL DENNIS      USN ACTIVE DUTY
                     1985   MALE             W:              H:C
                   SPON: MERWIN,DANIEL DENNIS CIC:
                   CS:                        RANK: PETTY OFFI  DSN:
SF600              Unit:  IA CNINTEL TRNG     RR: CORRY OUTPAT RECS
```

*Lewis*
*16 Feb C 0830*

CONSULTATION SHEET - Electronic Version of SF513

To: PULMONARY DISEASES CONSULT        From: DEPLOYMENT HEALTH CLINIC
Order/Date Time: 08 Feb 2011@0915     Requested Date of Consult:

Reason for Request:
   25 yo AD male has a history of childhood asthma, with improvement in symptoms
   as he reached adulthood.  However he continues to have problems with tightness
   in his chest on occasion.  States some things in the environment (dogs and c
   ats for example) trigger his symptoms and may last for days.  Denies any probl
   ems with routine exercise.  He has been taking Zyrtec and Flonase daily howeve
   r do not seem to be very effective.  He was recently given Albuterol and Advai
   r inhaler which he uses prn with good results.  Please evaluate, treat and le
   t me know his deployment status.  Are there other environmental factors that c
   ould be an issue while on deployment.  thank you.  contact phone # 850 292 714
   9

Provisional Diagnosis: ASTHMA EXTRINSIC

Requesting HCP: BROWN,TRAVIS SCOTT        Priority: ROUTINE
Entered By: BROWN,TRAVIS S

------------------------------------------------------------------------
                        CONSULTATION REPORT
------------------------------------------------------------------------

------------------------------------------------------------------------
Signature and Title:                          Date/Time:

========================================================================
20/ ▓▓▓▓▓▓▓     MERWIN,DANIEL DENNIS          USN ACTIVE DUTY
                ▓▓▓▓▓▓  1985 / Male           H: C ▓▓▓▓▓▓▓▓▓▓
                Loc:                          W: not on file
                Spon: MERWIN,DANIEL DENNIS    Rank: NE5
                Unit: IA CNINTEL TRNG         RR: CORRY OUTPAT RECS
Addr: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , PENSACOLA , FL ▓▓▓▓▓
Automated version of SF513

AR 3347

***** FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE *****

Any misuse or unauthorized disclosure of this information may
result in both criminal and civil penalties.

Date: 08-Feb-2011

## Force IMR Report

Page:    1

**Activity:**    N6288 - NIOC PENSACOLA                    **Cmd:**    98 - Active Duty Navy

| Name | Rate/Rank | SSN | DOB | Gender | Age | Unit | Blood Type | IMR Status |
|------|-----------|-----|-----|--------|-----|------|-----------|-----------|
| MERWIN DANIEL DENNIS | CTN2 | ▮ | ▮1985 | M | 25 | 41976 | OPOS | Fully Medically Ready |

USN    LOD: None    MRR: None    TNPQ: None    TNDQ: None    LIMDU: None    MEDBRD: None

| Waiver Type | Issue Date | Reason |
|-------------|-----------|--------|

| Immunization | Series | Completed | Due | Lot Number | Req | Def | Date Deferred | Reaction |
|--------------|--------|-----------|-----|-----------|-----|-----|--------------|----------|
| Adenovirus | | | | | | | | |
| Anthrax | 5 | 09-Mar-2010 | | UNK | | | | |
| Cholera | | | | | | | | |
| H1N1 Influenza | | 22-Dec-2009 | | 104040P1 | | | | |
| HPV- Human Papilloma | | | | | | | | |
| Hepatitis A | 2 | 14-Dec-2005 | | UNK | Y | Y | 02-Apr-07 | |
| Hepatitis B | 2 | 14-Dec-2005 | | UNK | | Y | 02-Apr-07 | |
| Influenza | | 15-Nov-2010 | 01-Sep-2011 | 501061P | Y | | | |
| JEV | | | | | | | | |
| MGC | | | | | | | | |
| MMR | 0 | 08-Nov-2005 | | UNK | Y | | | |
| Pneumococcal | | | | | | | | |
| Polio | 0 | 08-Nov-2005 | | UNK | Y | | | |
| Rabies | | | | | | | | |
| Smallpox | | | | | | | | |
| Smallpox Reading | | | | | | | | |
| Tetanus/Diphtheria | 0 | 08-Nov-2005 | 06-Nov-2015 | UNK | Y | | | |
| TwinRix | 1 | 14-Dec-2005 | | UNK | Y | | | |
| Typhoid | | | | | | | | |
| Varicella | | | | | | | | |
| Yellow Fever | 0 | 14-Dec-2005 | | UNK | | | | |

## Tests

| | | | |
|---|---|---|---|
| Primary Physical: | | Due: | Routine |
| PHA Exam Date: | 17-Mar-2010 | PHA Compl Date:    17-Mar-2010 | Due: 17-Mar-2011 |
| Short Flight Date: | | Due: | |
| Dental Date: | 15-Nov-2010 | Class:         1 | Type: Military    Due: 01-Jan-2012 |
| Bitewing Date: | | Due:    08-Feb-2011    Panograph Date: | Due: 08-Feb-2011 |
| HIV Test Date: | 09-Mar-2010 | Results Date:    11-Mar-2010 | Due: 09-Mar-2012 |
| DNA Sent Date: | | Date Reg:    15-Dec-2005 | |
| Baseline DD2215: | 07-Nov-2005 | | |
| Sickle Cell Test Date: | 06-Nov-2005 | Results:    N | |
| G6PD Date: | 06-Nov-2005 | G6PD Code:    N | |
| HBSAB Serology Titre: | | Results: | |
| PAP Smear: | | Mammogram: | |
| Eye Exam Date: 07-Nov-2005 | Eye Exam Req: Y | Eyeware Req: Y    Verified Date: 17-Mar-2010 | Due: 17-Mar-2011 |
| Gas Mask Inserts Req: | N | Issue Date: | |
| Pregnant: | | Due Date: | Weeks Pregnant: |
| OCC Health Eval Date: | | Eval Req:    N | OCC Health: |
| TST Reading: | 19-Mar-2010 | TB Questionaire: | PPD Reactor: N    Due: 18-Mar-2013 |
| NAMI Eval Date: | | Specialty: | Annual Resubmit Req: N    Waiver: |
| Health Care Promotion: | N | Health Enrollment Assessment:  N | Health Risk Appraisal: N |
| Allergies (Y/N): | Y | Warning Tag Required: 10-Nov-2008 | Warning Tag Issued: 10-Aug-2009 |

    Due - highlighted

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

**Patient: MERWIN, DANIEL DENNIS**
Treatment Facility: **NH Pensacola**
Patient Status: **Outpatient**

Date: **08 Feb 2011 0830 CST**
Clinic: **DEPLOYMENT HEALTH CLINIC**

Appt Type: **WELL**
Provider: **BROWN,TRAVIS SCOTT**

**Reason for Appointment:** pha/jacc/15 min/rec/rx/ct
**Appointment Comments:**
cac-cjm

<u>AutoCites</u> Refreshed by JOHNSONCRUTCHFIELD,ANDREA C @ 08 Feb 2011 0836 CST

| Problems | Family History | Allergies |
|---|---|---|
| **Chronic:** | No Family History Found. | • OTHER: Unknown (SEE MED RECORD) |
| • Skin neoplasm of uncertain behavior | | |
| • Removal of sutures | | |
| • Extrinsic asthma | | |
| • Folliculitis | | |
| • Rosacea | | |
| • Lattice peripheral retinal degeneration | | |
| • Myopia | | |
| • Allergic rhinitis | | |
| • Visit for: occupational health/fitness exam | | |
| • Parent education about immunizations | | |
| • Visit for: military services physical | | |
| • Exposure to venereal disease | | |
| • Inquiry and counseling about contraceptive practices | | |
| • Visit for: administrative purposes | | |

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| CETIRIZINE HCL, 10 MG, TABLET, ORAL | Active | T1 TAB PO HS #30 RF5 | 5 of 5 | 24 Jan 2011 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY #1 RF3 | 3 of 3 | 24 Jan 2011 |
| Salmeterol Xinafoate 50mcg + Fluticasone Propionate 250mcg, Device, Inhalation | Active | INHALE 1 PUFF ORALLY BID #1 RF1 | 0 of 1 | 24 Jan 2011 |
| KETOCONAZOLE, 2 %, SHAMPOO, TOPICAL | Active | USE ON TRUNK AND SCALP BID AS DIRECTED | 4 of 4 | 13 Oct 2010 |
| Non-Formualary Drug Request (NFDR) Device Not Specified Miscellaneous | Active | KETOCONAZOLE 2% SHAMPOO-- USE ON TRUNK AND SCALP TWICE DAILY AS DIRECTED #2 RF4 | 4 of 4 | 13 Oct 2010 |
| Albuterol Sulfate 90mcg, Aerosol powder, Inhalation, HFA | Active | INH 2 PF PO Q4H FOR WHEEZING #1 RF1 | 1 of 1 | 01 Sep 2010 |
| FEXOFENADINE HCL, 180 MG, TABLET, ORAL | Active | T1 TAB PO QD F ALLERGIES UD #30 RF2 | 2 of 2 | 25 Aug 2010 |
| Cetaphil/Aquanil Cleanser Lotion Topical | Active | INSTEAD OF SOAP UD (BUT THE BEST SOAP IS NO SOAP) #2 RF6 | 6 of 6 | 20 Jul 2010 |

<u>Screening</u> Written by JOHNSONCRUTCHFIELD,ANDREA C @ 08 Feb 2011 0836 CST
**Reason For Appointment:** pha/jacc/15 min/rec/rx/ct

Allergen information verified by JOHNSONCRUTCHFIELD, ANDREA C @ 08 Feb 2011 0836 CST
**Reason(s) For Visit (Chief Complaint):** visit for: occupational health / fitness exam (New) : pha;

<u>Vitals</u>
<u>Vitals</u> Written by JOHNSONCRUTCHFIELD,ANDREA C @ 08 Feb 2011 0835 CST
BP: 120/74 Left Arm, Adult Cuff, HR: 58 Regular, Radial Artery, RR: 20, HT: 69 in Actual, With Shoes,
WT: 156 lbs Upright Scale, Actual, With Shoes, Corr OD: 20/25, Corr OS: 20/25, Corr OU: 20/25, BMI: 23.04, BSA: 1.859 square meters,

| Name/SSN: **MERWIN, DANIEL DENNIS/**▓▓▓ | | | |
|---|---|---|---|
| | Sex: **M** | Sponsor/SSN: | MERWIN, DANIEL DENNIS/▓▓▓ |
| FMP/SSN: 20/▓▓▓ | Tel H: ▓▓▓ | Rank: | SEAMAN APPRENTICE |
| DOB: ▓▓▓ 1985 | Tel W: 252-3892 | Unit: | N4197660 |
| PCat: N11 USN ACTIVE DUTY | CS: | Outpt Rec. Rm: | CORRY OUTPAT RECS |
| MC Status: | Status: | PCM: | |
| Insurance: No | | Tel. PCM: | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**STANDARD FORM 600 (REV. 5)**
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 1 of 3

## INTERIM TUBERCULOSIS EXPOSURE RISK ASSESSMENT

**FOR THE PATIENT** *(Check the correct response)*

| | | |
|---|---|---|
| 1. | Since your last tuberculosis risk assessment, were you exposed to anyone known to have or suspected of having active tuberculosis (i.e., individuals with persistent cough, weight loss, night sweats, and/or fever)? | ☐ YES  ☒ NO  ☐ DON'T KNOW |
| 2. | Since your last Tuberculosis Exposure Risk Assessment or Post-Deployment Health Assessment (DD Form 2796), did you have direct and prolonged contact with any individuals of the following groups: refugees or displaced persons; hospitalized patients, prisoners, or homeless shelter populations? | ☐ YES  ☒ NO |

3. List any countries where you have traveled or deployed to since your last tuberculosis risk assessment.

NONE

4a. During this travel, did you have direct and prolonged contact with the local population?   ☐ YES  ☒ NO

4b. If yes, explain.

**FOR THE PROVIDER**

| | |
|---|---|
| 5. Tuberculosis risk assessment, based on above responses | ☒ MINIMAL RISK  ☐ INCREASED RISK |
| 6. Recommend LTBI Testing | ☐ YES  ☒ NO |
| 7. Provider Comments | |

```
TRAVIS BROWN  NP-C
NAVHOSP PENSACOLA
DEPLOYMENT HEALTH
```

| PRACTITIONER'S NAME | PRACTITIONER'S SIGNATURE  *Travis Brown* NP-C | DATE  08 Feb 2011 |
|---|---|---|
| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; SSN; Sex; Date of Birth; Rank/Grade.)*  MERWIN, DANIEL D  ███  M  ██ 85  E 5 | HOSPITAL OR MEDICAL FACILITY | STATUS |
| | DEPARTMENT / SERVICE | RECORDS MAINTAINED AT |
| | SPONSOR'S NAME | SSN |
| | RELATIONSHIP TO SPONSOR | |

NAVMED 6224/8 (08-2008)

AR 3350

AUTHORIZED FOR LOCAL REPRODUCTION

| **MEDICAL RECORD** | **REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES** |
|---|---|

### A. IDENTIFICATION

| 1a. *(Check all applicable boxes)* | 1b. DESCRIBE |
|---|---|
| ☒ OPERATION OR PROCEDURE | ☐ SEDATION |
| ☒ ANESTHESIA | ☐ TRANSFUSION |

1b. DESCRIBE: Punch biopsy  ① Chest  ② Back

### B. STATEMENT OF REQUEST

2. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be (describe operation or procedure in layman's language)

*After cleaning and local anesthesia, a plug of tissue will be removed using a punch instrument and then stitched closed. A scar will form. Risks also include bleeding, infection and damage to adjacent structures.*

which is to be performed by or under the direction of Dr. Smith Brunwell

3. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below-named medical facility, during the course of the above-named operation or procedure.

4. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

5. Exceptions to surgery or anesthesia, if any are: _____NONE_____
*(If "none", so state)*

6. I request the disposal by authorities of the below-named medical facility of any tissues or parts which it may be necessary to remove.

7. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions:

   a.  The name of the patient and his/her family is not used to identify said pictures.

   b.  Said pictures be used only for purposes for medical/dental study or research.

8. I understand that as indicated a Health Care Industry Representative or other authorized personnel may be present.
*(Cross out any parts above which are not appropriate)*

### C. SIGNATURES
*(Appropriate items in parts A and B must be completed before signing)*

9. COUNSELING PHYSICIAN/DENTIST: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above. I have also discussed potential problems related to recuperation, possible results of non-treatment, and significant alternative therapies.

_____
*(Signature of Counseling Physician/Dentist)*

10. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.



| _____ | X _____ | 28 Sept 10 |
| *(Signature of Witness, excluding members of operating team)* | *(Signature of Patient)* | *(Date and Time)* |

11. SPONSOR OR GUARDIAN: (When patient is a minor or unable to give consent) _____

sponsor/guardian of _____ understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

| _____ | _____ | _____ |
| *(Signature of Witness, excluding members of operating team)* | *(Signature of Sponsor/Legal Guardian)* | *(Date and Time)* |

| PATIENT'S IDENTIFICATION | *(For typed or written entries, give: Name -- last, first, middle; ID no.; SSN or other); hospital or medical facility)* | REGISTER NO. | WARD NO. |
|---|---|---|---|

**MERWIN, DANIEL DENNIS**
20/ ███████████
**28 Sep 2010, 0816**

**REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES**

**Medical Record**

**OPTIONAL FORM 522**  (REV. 7/2008)
Prescribed by GSA/ICMR FMR (41 CFR) 102-194.30(l)
DoD Exception to OF 522 approved by GSA

The timeout was conducted audibly verifying Antibiotics, Patient, Procedure, Laterality (Site Marked), Position, Implants, Exams (Studies/X Rays), Safety Precautions
Signature _____
Date: _____  Time: _____

COPY

# PRE-PROCEDURE CHECKLIST
## UNIVERSAL PROTOCOL

**I. PHYSICIAN'S PRE-PROCEDURE ASSESSMENT:**

Procedure: _Plwll_

**II. UNIVERSAL PROTOCOL TIMEOUT: Verifying the Correct Patient - Correct Procedure - Correct Procedure Site Checklist.**

|  | YES |  |
|---|---|---|
| 1. **Pre-procedural verification:** Patient states name and DOB which is compared to the following (as appropriate):<br>• Documents- History & Physical, Nursing Assessment<br>• Consent Form<br>• Diagnostic Test Results<br>• Blood Products, implants, devices, Special Equipment | ☑ | |

|  | YES | N/A |
|---|---|---|
| 2. **Site Marking:** (patient involvement if possible)<br>• By provider doing the procedure | ☑ | ☐ |

**"TIME OUT" CONDUCTED AUDIBLY w/team**

|  | YES | N/A |
|---|---|---|
| **A**ntibiotics/fluid for irrigation (if needed) | ☐ | ☑ |
| **P**atient- 2 identifiers (name and DOB) | ☑ | |
| **P**rocedure- correct procedure documented on consent | ☑ | |
| **L**aterality- Surgical site marked | ☑ | ☐ |
| **E**quipment- if needed | ☑ | ☐ |
| **P**osition- Verified | ☑ | |
| **I**mplants- If needed | ☐ | ☑ |
| **E**xams- Diagnostic tests (radiographs etc.) | ☐ | ☑ |
| **S**afety Precautions- Based upon outpatient history and profile | ☑ | ☐ |

**Comments (optional)** _____

_____

_____

_____

Provider Signature: _____    Date/Time: ___ 9 / 28 / 1U ___

Pat Info:

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES |
|---|---|

### A. IDENTIFICATION

| 1a. *(Check all applicable boxes)* | | 1b. DESCRIBE |
|---|---|---|
| **X** OPERATION OR PROCEDURE | SEDATION | Shave biopsy |
| **X** ANESTHESIA | TRANSFUSION | mucus' lip |

### B. STATEMENT OF REQUEST

2. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be (describe operation or procedure in layman's language)

After cleaning and local anesthesia, a piece fo tissue will be sliced off with a surgical

blade, either scooped out below surface or shaved flush with skin surface.  A scare will

form.  Risks also include bleeding, infection and recurrence.

which is to be performed by or under the direction of Dr.    Smith

3. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below-named medical facility, during the course of the above-named operation or procedure.

4. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

5. Exceptions to surgery or anesthesia, if any are:    none
*(if "none", so state)*

6. I request the disposal by authorities of the below-named medical facility of any tissues or parts which it may be necessary to remove.

7. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions:

   a.   The name of the patient and his/her family is not used to identify said pictures.

   b.   Said pictures be used only for purposes for medical/dental study or research.

8. I understand that as indicated a Health Care Industry Representative or other authorized personnel may be present.

*(Cross out any parts above which are not appropriate)*

### C. SIGNATURES
*(Appropriate items in parts A and B must be completed before signing)*

9. COUNSELING PHYSICIAN/DENTIST: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above.  I have also discussed potential problems related to recuperation, possible results of non-treatment, and significant alternative therapies.

*(Signature of Counseling Physician/Dentist)*

10. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

HA CONLEY     X _____     24 NOV 10

*(Signature of Witness, excluding members of operating team)*    *(Signature of Patient)*    *(Date and Time)*

11. SPONSOR OR GUARDIAN: (When patient is a minor or unable to give consent)

sponsor/guardian of _____ understand the nature of the proposed procedure(s), attendant risks involved, and

expected results, as described above, and hereby request such procedure(s) be performed.

*(Signature of Witness, excluding members of operating team)*    *(Signature of Sponsor/Legal Guardian)*    *(Date and Time)*

| PATIENT'S IDENTIFICATION | *(For typed or written entries, give: Name - last, first, middle; ID no.( SSN or other); hospital* | REGISTER NO. | WARD NO. |
|---|---|---|---|

**MERWIN, DANIEL DENNIS**
**20/**▮▮▮▮▮
**24 Nov 2010, 0837**

Laterality (Site Marked), Position, Implants, Exams (Studies)/X-Rays, Safety
Precautions ▮▮▮▮▮▮▮▮
Signature▮▮▮▮▮▮
Date:     Time:

**REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES**

**Medical Record**

**OPTIONAL FORM 522** (REV. 7/2008)
Prescribed by GSA/ICMR FMR (41 CFR) 102-194.30(i)
DoD Exception to OF 522 approved by GSA

CORRY

# PRE-PROCEDURE CHECKLIST
# UNIVERSAL PROTOCOL

**I. PHYSICIAN'S PRE-PROCEDURE ASSESSMENT:**

Procedure: _Shave_

**II. UNIVERSAL PROTOCOL TIMEOUT:** Verifying the Correct Patient - Correct Procedure - Correct Procedure Site Checklist.

**YES**

1. **Pre-procedural verification:** Patient states name and DOB which is compared to the following (as appropriate): ☑
   - Documents- History & Physical, Nursing Assessment
   - Consent Form
   - Diagnostic Test Results
   - Blood Products, implants, devices, Special Equipment

|  | YES | N/A |
|---|---|---|
| 2. **Site Marking:** (patient involvement if possible) | ☑ | ☐ |
| By provider doing the procedure | | |

**"TIME OUT" CONDUCTED AUDIBLY w/team**

|  | YES | N/A |
|---|---|---|
| **A**ntibiotics/fluid for irrigation (if needed) | ☐ | ☑ |
| **P**atient- 2 identifiers (name and DOB) | ☑ | |
| **P**rocedure- correct procedure documented on consent | ☑ | |
| **L**aterality- Surgical site marked | ☑ | ☐ |
| **E**quipment- if needed | ☐ | ☑ |
| **P**osition- Verified | ☑ | |
| **I**mplants- If needed | ☐ | ☑ |
| **E**xams- Diagnostic tests (radiographs etc.) | ☐ | ☑ |
| **S**afety Precautions- Based upon outpatient history and profile | ☑ | ☐ |

**Comments (optional)** _____

_____

Provider Signature: _____    Date/Time: _11 / 24 /16_

Pat Info:

| HEALTH RECORD | CHRONOLOGICAL RECORD OF | DICAL CARE |

Patient: **MERWIN, DANIEL DENNIS**          Date: **17 Mar 2010 0730 CDT**          Appt Type: **WELL**
Treatment Facility: **NH Pensacola**        Clinic: **DEPLOYMENT HEALTH CLINIC**   Provider: **BROWN,TRAVIS SCOTT**
Patient Status: **Outpatient**

**Reason for Appointment:** PHA PART 2/LABS DONE/JACC/UOD/RECORDS/20MIN/CTD
**Appointment Comments:**
cac-jab

**AutoCites** Refreshed by WHITE,PAMELA J @ 17 Mar 2010 0727 CDT

                                        **Allergies**
                                          • OTHER: Unknown (SEE MED RECORD)

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Sodium Fluoride, Cream, Dental | Active | BRUSH FOR 5 MINUTES BEFORE BEDTIME.  DO NOT RINSE. #2 RF3 | 3 of 3 | 18 Sep 2009 |

**Screening** Written by WHITE,PAMELA J @ 17 Mar 2010 0731 CDT
**Reason For Appointment:** PHA PART 2/LABS DONE/JACC/UOD/RECORDS/20MIN/CTD

Allergen information verified by WHITE, PAMELA J. @ 17 Mar 2010 0730 CDT
**Reason(s) For Visit (Chief Complaint):** visit for: occupational health / fitness exam (New) : PHA PART 2;

**Vitals**
**Vitals** Written by WHITE,PAMELA J @ 17 Mar 2010 0731 CDT
 BP: 102/60, HR: 72, RR: 20, HT: 69.5 in Actual, With Shoes, WT: 150 lbs Upright Scale, Actual, With Shoes, Corr OD: 20/30, Corr OS: 20/20,
 Corr OU: 20/20, BMI: 21.83, BSA: 1.838 square meters, Tobacco Use: No, Alcohol Use: Yes, Alcohol Comments: OCC., Pain Scale: 0 Pain Free

**SO Note** Written by BROWN,TRAVIS SCOTT @ 17 Mar 2010 0807 CDT
**Chief complaint**
The Chief Complaint is: PHA.
**History of present illness**
    The Patient is a 25 year old male.
Barriers to learning were identified as:  None

Barriers considered were, social, cultural, emotional, motivational, physical, religious, cognitive and language.
    Problem list reviewed.
    Head symptoms States he has a history of allergy to dogs and cats.  Approximately 3 weeks ago he was at a friend's house who had a dog.  since that time, he has had problems with head and nasal congestion and sneezing.  Also reports one episode of shortness of breath when running approximately 2 weeks ago.  States he has been using Primatene OTC.  No other meds.  On exam today the pharynx and nasal septum with mild erythema, no inflammation or drainage.  Lungs clear to auscultation over all fields bilaterally.  No wheezing noted.
**Current medication**
Primatene - OTC

**Past medical/surgical history**
**Reported History:**
    Past Medical History:
    Fracture of right 5th phalanyx - 2008 -Resolved

    Surgical / procedural: Surgical / procedural history Past Surgical History:
    noncontributory.
**Review of systems**
**Neck symptoms:** No neck symptoms.
**Eye symptoms:** No eye symptoms.
**Otolaryngeal symptoms:** No otolaryngeal symptoms.

| Name/SSN: MERWIN, DANIEL DENNIS | | | |
|---|---|---|---|
| | Sex: M | Sponsor/SSN: | MERWIN, DANIEL DENNIS |
| FMP/SSN: 20/ | Tel H: | Rank: | PETTY OFFICER THIRD CLASS |
| DOB: 1985 | Tel W: | Unit: | N4197660 |
| PCat: N11 USN ACTIVE DUTY | CS: | Outpt Rec. Rm: | CORRY OUTPAT RECS |
| MC Status: | Status: | PCM: | |
| Insurance: No | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 1 of 2

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF | DICAL CARE |

17 Mar 2010 0727
**Facility:** NH Pensacola FL          **Clinic:** DEPLOYMENT HEALTH CLINIC          **Provider:** BROWN,TRAVIS SCOTT

**Cardiovascular symptoms:** No cardiovascular symptoms.
**Pulmonary symptoms:** No pulmonary symptoms.
**Gastrointestinal symptoms:** No gastrointestinal symptoms.
**Genitourinary symptoms:** No genitourinary symptoms.
**Musculoskeletal symptoms:** No musculoskeletal symptoms.
**Psychological symptoms:** No psychological symptoms.

**A/P** Written by BROWN,TRAVIS S @ 17 Mar 2010 0815 CDT
**1. visit for: occupational health / fitness exam***(PERIODIC PREVENTION EXAMINATION)*: Annual TB risk assessment completed.  He has been in Asia over the past year.  Recommend placing PPD today.  See NAVMED 6224/8.

Counseled on lab results, triglycerides and discussed at length ways to improve through lifestyle changes; exercise, supplements and better nutrition.  Teaching materials given.
Medically fit for full duty.

**2. ALLERGIC RHINITIS:** Place him on claratin and mucinex.  f/u with PCM if symptoms not improved in 3-4 days.  member states he was treated by an allergist as a child.  Explained he could discuss this with his PCM if symptoms remain persistent.

          Medication(s):          -LORATADINE (CLARITIN)--PO 10MG TAB - T 1 TABLET PO QD PRN FOR ALLERGIES #100 RF0
                    Qt: 100 Rf: 0 Ordered By: BROWN,TRAVIS S Ordering Provider: BROWN, TRAVIS SCOTT
                    -GUAIFENESIN PSE --PO 600MG-60MG TAB - TAKE ONE TABLET TWICE DAILY **MAX 50 TABS
                    PER FILL** #40 RF0 Qt: 40 Rf: 0 Ordered By: BROWN,TRAVIS S Ordering Provider: BROWN, TRAVIS
                    SCOTT

**Disposition** Written by BROWN,TRAVIS S @ 17 Mar 2010 0817 CDT
**Released w/o Limitations**
**Follow up:** with PCM.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Signed By BROWN, TRAVIS S** (NP-C, NH Pensacola FL) @ 17 Mar 2010 0817

| **Name/SSN:** MERWIN, DANIEL DENNIS, ▮ | | | |
|---|---|---|---|
| | Sex:       M | Sponsor/SSN:   MERWIN, DANIEL DENNIS, ▮ | |
| FMP/SSN:  20/ ▮ | Tel H: | Rank:          PETTY OFFICER THIRD CLASS | |
| DOB:          ▮ 1985 | Tel W: | Unit:          N4197660 | |
| PCat:     N11 USN ACTIVE DUTY | CS: | Outpt Rec. Rm:  CORRY OUTPAT RECS | |
| MC Status: | Status: | PCM: | |
| Insurance:  No | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 2 of 2

## INTERIM TUBERCULOSIS EXPOSURE RISK ASSESSMENT

FOR THE PATIENT *(Check the correct response)*

1. Since your last tuberculosis risk assessment, were you exposed to anyone known to have or suspected of having active tuberculosis (i.e., individuals with persistent cough, weight loss, night sweats, and/or fever)?  ☐ YES  ☒ NO  ☐ DON'T KNOW

2. Since your last Tuberculosis Exposure Risk Assessment or Post-Deployment Health Assessment (DD Form 2796), did you have direct and prolonged contact with any individuals of the following groups: refugees or displaced persons; hospitalized patients, prisoners, or homeless shelter populations?  ☐ YES  ☒ NO

3. List any countries where you have traveled or deployed to since your last tuberculosis risk assessment.

ASIA, SEVERAL COUNTRIES -

PHILIPPINES, KOREA, JAPAN, CHINA, THAILAND, CAMBODIA AND AUSTRALIA.

4a. During this travel, did you have direct and prolonged contact with the local population?  ☒ YES  ☐ NO

4b. If yes, explain.

LIVED IN JAPAN

FOR THE PROVIDER

5. Tuberculosis risk assessment, based on above responses.  ☐ MINIMAL RISK  ☒ INCREASED RISK

6. Recommend LTBI Testing  ☒ YES  ☐ NO

7. Provider Comments

Recomend PPD since he has been to several locats in Asia over the past year.

TRAVIS BROWN NP-C
NAVHOSP PENSACOLA
DEPLOYMENT HEALTH

| PRACTITIONER'S NAME | PRACTITIONER'S SIGNATURE *Travis Brown NP-c* | DATE 17 Mar 2010 |
|---|---|---|
| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; SSN; Sex; Date of Birth; Rank/Grade.)* | HOSPITAL OR MEDICAL FACILITY Corry Clinic | STATUS AD |
|  | DEPARTMENT / SERVICE NAVY | RECORDS MAINTAINED AT Corry Clinic |
|  | SPONSOR'S NAME Merwin Daniel | SSN 201 [ ] |
|  | RELATIONSHIP TO SPONSOR Self | |

NAVMED 6224/8 (08-2008)

**\*\*\*\*\* FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE \*\*\*\*\***

Any misuse or unauthorized disclosure of this information may
result in both criminal and civil penalties.

Date: 03-Sep-2009

## Force IMR Report

Page: 1

**Activity:** N6288 - NIOC PENSACOLA                 **Cmd:** 98 - Active Duty Navy

| Name | Rate/Rank | SSN | DOB | Gender | Age | Unit | Blood Type | IMR Status |
|------|-----------|-----|-----|--------|-----|------|-----------|-----------|
| MERWIN DANIEL DENNIS | CTN3 | ▇ | ▇1985 | M | 24 | 41976 | OPOS | Fully Medically Ready |

USN     **LOD:** None     **MRR:** None     **TNPQ:** None     **TNDQ:** None     **LIMDU:** None     **MEDBRD:** None

| Waiver Type | Issue Date | Reason |
|-------------|-----------|--------|

| Immunization | Series | Completed | Due | Lot Number | Req | Def | Date Deferred | Reaction |
|--------------|--------|-----------|-----|-----------|-----|-----|---------------|----------|
| Adenovirus | | | | | | | | |
| Anthrax | 4 | 05-May-2008 | | UNK | Y | Y | 10-Aug-09 | |
| Cholera | | | | | | | | |
| HPV- Human Papilloma | | | | | | | | |
| Hepatitis A | 2 | 14-Dec-2005 | | UNK | Y | Y | 02-Apr-07 | |
| Hepatitis B | 2 | 14-Dec-2005 | | UNK | | Y | 02-Apr-07 | |
| Influenza | 0 | 16-Jan-2008 | 01-Sep-2009 * | UNK | Y | | | |
| JEV | | | | | | | | |
| MGC | | | | | | | | |
| MMR | 0 | 08-Nov-2005 | | UNK | Y | | | |
| Pneumococcal | | | | | | | | |
| Polio | 0 | 08-Nov-2005 | | UNK | Y | | | |
| Rabies | | | | | | | | |
| Smallpox | | | | | | | | |
| Smallpox Reading | | | | | | | | |
| Tetanus/Diphtheria | 0 | 08-Nov-2005 | 06-Nov-2015 | UNK | Y | | | |
| TwinRix | 1 | 14-Dec-2005 | | UNK | Y | | | |
| Typhoid | | | | | | | | |
| Varicella | | | | | | | | |
| Yellow Fever | 0 | 14-Dec-2005 | | UNK | | | | |

### Tests

| | | | |
|--|--|--|--|
| Primary Physical: | Due: | | Routine |
| Short Flight Date: | Due: | | PHA: 06-Feb-2009  Due: 06-Feb-2010 |
| Dental Date: | 02-Oct-2008 | Class: 1 | Type: Military  Due: 01-Dec-2009 |
| Bitewing Date: | | Due: 03-Sep-2009 * | Panograph Date:  Due: 03-Sep-2009 * |
| HIV Test Date: | 02-Oct-2008 | Results Date: 09-Dec-2008 | Due: 02-Oct-2010 |
| DNA Sent Date: | | Date Reg: 15-Dec-2005 | |
| Baseline DD2215: | * | | |
| Sickle Cell Test Date: | 06-Nov-2005 | Results: N | |
| G6PD Date: | 06-Nov-2005 | G6PD Code: N | |
| HBSAB Serology Titre: | | Results: | |
| PAP Smear: | | Mammogram: | |
| Eye Exam Date: | *  Eye Exam Req: Y | Eyeware Req: | Verified Date:  Due: |
| Gas Mask Inserts Req: | Y | Issue Date: 07-Nov-2005 | |
| Pregnant: | | Due Date: | Weeks Pregnant: |
| OCC Health Eval Date: | * | Eval Req: N | OCC Health: |
| TST Reading: | 15-Nov-2008 | TB Questionaire: | PPD Reactor: N  Due: 15-Nov-2009 |
| NAMI Eval Date: | | Specialty: | Annual Resubmit Req:  Waiver: |
| Health Care Promotion: | N | Health Enrollment Assessment: N | Health Risk Appraisal: N |
| Allergies (Y/N): | Y | Warning Tag Required: 10-Nov-2008 | Warning Tag Issued: 10-Aug-2009 |

    * Due

## !!!!! IF YOU WERE EVER A MILITARY DEPENDENT, CIRCLE FORMER DEPENDENT !!!!!!

NAVAL HOSPITAL PENSACOLA
NBHC CORRY STATION
STAFF & STUDENT CHECK-IN SHEET

DATE: _07 MAY 09_

**NAME**(LAST,FIRST,MI): _MERWIN, DANIEL_

**SSN**: ▉▉ - ▉ - ▉    **SEX**: (MALE) FEMALE

**DATE OF BIRTH**: (DAY/MONTH/YEAR) ▉ ▉ ▉ /1988

**RACE**: ASIAN   BLACK   (WHITE)   OTHER_____

**ETHNIC ORIGIN** _____    **RELIGION**: _NO RELIGIOUS PREFERENCE_

**ADDRESS** (IF STUDENT. BEQ AND ROOM NUMBER)
_CID 1082-101A_

**CELL PHONE** : ▉▉ ▉▉▉ ▉

**HOME PHONE** : _____

IMPORTANT EMERGENCY CONTACT NUMBER AND ADDRESS

▉▉ ▉▉▉

▉▉▉▉▉

_LEXINGTON, SC_ ▉▉▉

**Branch of Service**: USA (USN) USAF  USMC  OTHER:_____    RANK _E4_

**UIC**:_____ Or School attending CTA (CTN) CTR  CTT  IT

Do you wish to be an organ donor? (YES) NO

Are you allergic to any medications?   YES (NO)
If YES please list:

**For corpsman use only!**!! Sign and print name for personnel who are entering patient information into CHCS

_____    _____

**!!!!! IF YOU WERE EVER A MILITARY DEPENDENT, ~~CIRCLE FORMER DEPENDENT~~ !!!!!!**

NAVAL HOSPITAL PENSACOLA
NBHC CORRY STATION
STAFF & STUDENT CHECK-IN SHEET

DATE:_____

**NAME**(LAST,FIRST,MI):_____

**SSN**:_____-_____-_____    **SEX:** MALE  FEMALE

**DATE OF BIRTH**: (DAY/MONTH/YEAR) _____/_____/_____

**RACE**: ASIAN  BLACK  WHITE  OTHER_____

**ETHNIC ORIGIN** _____    **RELIGION:** _____

**ADDRESS** (IF STUDENT. BEQ AND ROOM NUMBER)
_____

_____

**CELL PHONE** :_____

**HOME PHONE** :_____

IMPORTANT EMERGENCY CONTACT NUMBER AND ADDRESS

_____

_____

_____

**Branch of Service**: USA  USN  USAF  USMC  OTHER:_____    RANK_____

**UIC**:_____ Or School attending CTA   CTN   CTR  CTT  IT

Do you wish to be an organ donor?   YES   NO

Are you allergic to any medications?    YES   NO
If YES please list:

**For corpsman use only!**!! Sign and print name for personnel who are entering patient information into CHCS

_____        _____

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZAITON *(Sign each entry)* |

| | |
|---|---|
| DATE: 16 SEP 09 1524 | # CORRY STATION BRANCH HEALTH CLINIC ## REENLISTMENT PHYSICAL |
| BP: 100/64 | Per MANMED 15-12 a reenlistment evaluation must be conducted for the purpose of |
| P: 86 | ensuring that no new medical conditions have developed or no previously diagnosed |
| R: 12 | conditions have materialized or changed that might prevent the service member from |
| T: 98.4 | Safely or effectively fulfilling the responsibility of their rank or rating.  DD 2807-1 |
| ALL: N/A | Must be completed and reviewed by a qualified examiner per MANMED 15-4. |
| | |
| MED: N/A | DENTAL: |
| | Dental class    1    2    ③    4        Date of Last Exam 11 Sep 09 |
| TOB: Y/Ⓝ | Member ⓘS / IS NOT    qualified for reenlistment per dental status. |
| /day EOTH: Y | Signature of Dental Rep. _____ CDR        Date: 14 Sep 09 |
| VIT/SUP: Y / Ⓝ | Review of medical history and any interval changes in the members medical history |
| | Since the last examination.        Full PE |
| Pain Scale 0 /10 | |
| | |
| | Focused examination elements as needed. |
| | |
| | Member IS or IS NOT qualified for Reenlistment. |
| | Provider Signature _____        DATE: 16 SEP 09 |

| HOSPITAL OR MEDICAL FACILITY N BHC  CORRY | STATUS ACTIVE | DEPART./SERVICE DOD  NAVY | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME MERWIN, DANIEL  D | | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Merwin, Daniel
■■ ■■ Male
■■ ■ 85  E-4

| | REGISTER NO. | WARD NO. |
|---|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

AR 3361

Apr 07 2005

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (*Sign each entry*) |

**Time**

6 Feb 09

T -

P - 76

BP- 104/61

**SMKR**
NONE

**ETOH**
SOMETIMES

**Allergies**
NKDA

**Meds**
NONE

## Annual Flight Deck Personnel Medical Screening Examination

Reference - Manual of the Medical Department Chapter 15, Article 15-65

Prospective Flight Deck Position: ☐ Critical ☒ Non Critical ☐ Special

➢ Date of Last Physical Examination: _____ Date of Last Eye Examination: _____

➢ Current Visual Acuity as transcribed from last Comprehensive Eye Examination:
Uncorrected  OS _____ OD _____ OU _____

Corrected  OS _____ OD _____ OU _____

➢ **Critical**: Distant/near visual acuity – No limits uncorrected however must correct to 20/20 in each eye
Uncorrected  OS _____ OD _____ OU _____

Corrected  OS _____ OD _____ OU _____

➢ **Non Critical**: Distant/near visual acuity-No limits uncorrected however must correct to 20/40 or better in one eye, 20/30 or better in the other
Uncorrected  OS _____ OD _____ OU _____

Corrected  OS 20/30 OD 20/30 OU 20/30

➢ **Special**: Distant/near visual acuity – No limits uncorrected however must correct to 20/20 in each eye
Uncorrected  OS _____ OD _____ OU _____

Corrected  OS _____ OD _____ OU _____

➢ **All:** Field of Vision: OS _____ OD _____ OU _____

➢ **All:** Depth Perception, did member pass Verhoeff or AFVBT   ☒ Pass ☐ Fail

➢ **All:** Color Vision, FALANT Results 9/9 _____   ☒ Pass ☐ Fail

Was member issued regular glasses? ☒ Yes ☐ No   If yes what is the date of issue: _____

**Members Acknowledgement**.
"I understand that I am required to maintain my current eyewear onboard at all times and that I am required to wear them during all flight deck evolutions."

Based upon history, records review and physical examination the member is found to be:
☒ Qualified   ☐ Disqualified   ☐ Medically Deferred

_____          Tom Hayes MD
Member's Signature                  SMDR Signature MC USN
                                    SMO ESSX LHD-2

| Records Maintained At | | |
|---|---|---|
| Patient's Name (Last, First, Middle Initial) MERWIN, DANIEL | | Sex |
| Relationship to Sponsor **Self** | Status **Active Duty** | Rank/Grade E4 |
| Sponsor's Name **Self** | Organization V-3 | |
| Department/Service **USN** | SSN 20 ▮▮▮▮ | Date of Birth 85 |

Enclosure (1)

# PERIODIC HEALTH ASSESSMENT (PHA)

**DATE:**
6 Feb 09

**SCREENING:**

Height: (inches)
68"

Weight (pounds)
135

BMI:

Temperature
(deferred)

Pulse:
76

Respirations:
(deferred)

Blood Pressure:
104/61

**MEDICAL EQUIPMENT:**

Prescription Lenses (two pairs)
[✓] Y  [ ] N  [ ] NA

Ballistic Eyewear
[ ] Y  [✓] N  [ ] NA

Gas Mask Inserts
[✓] Y  [ ] N  [ ] NA

Medical Alert Tags
[✓] Y  [ ] N  [ ] NA

**S: SUBJECTIVE**
23 year old (✓) male ( ) female reports for an annual PHA which includes record review/verification, assessment and counseling of health risk factors, clinical preventive services, deployment health history, and individual medical readiness (IMR) assessment

**Allergies** (Medication and other): See Block 1 on DD 2766
**Chronic Illnesses:** See Block 2 on DD 2766
**Medications** (Rx / OTC / herbals / supplements / performance enhancers): See Block 3 on DD2766
**Hospitalizations/Surgeries since last PHA:** See Block 4 on DD 2766
**Family History:** See Block 6 on DD 2766
**Occupational History:** See Block 8 on DD 2766

**O: OBJECTIVE**
Vital Signs noted. Remarkable for: [ ] None  [ ] Other: _____
Visual Acuity: OD: 20/300 ∅   OS: 20/30 ∅   (Consult if worse than 10/40, no contacts)
Physical examination is otherwise deferred.

| | | | |
|---|---|---|---|
| Health Record | [✓] Reviewed | [ ] Not Available | [ ] Remarkable for: ___ |
| Dental Readiness | [✓] Reviewed | [ ] Not Available | [ ] See Plan |
| Dental Classification | [ ] 1 | [ ] 2 | [ ] 3   [ ] 4 |
| Immunization Record | [✓] Reviewed | [ ] Not Available | [✓] See Plan |
| Lab/Path Results | [✓] Reviewed | [ ] Not Available | [ ] See Plan |
| Clinical Prev. Services | [✓] Reviewed | [ ] Not Available | [ ] See Plan |
| Occupational Health | [✓] Reviewed | [ ] Not Available | [✓] See Plan |
| Hearing Assessment | [✓] Reviewed | [ ] Not Available | [✓] See Plan |

**Deployment Health:** See DD 2766
Deployed since previous PHA?                                    [ ] Yes   [✓] No
Post-Deployment Health Assessment (DD 2796) in record?          [ ] Yes   [✓] No
Post-Deployment Health Reassessment (DD 2900) in record?       [ ] Yes   [✓] No
Any unresolved deployment-related issues or health concerns?   [ ] Yes   [ ] No
Comments: _____

**A: ASSESSMENT**
Health Risk Assessment: Completed and reviewed? [✓] Yes   [ ] No
Health Risk Assessment Level:   [ ] High   [ ] Med   [ ] Low
Cardiovascular Screening (Framingham 10-year risk for Event/Death): _____

Pain Assessment (zero pain to severe): (0) 1 2 3 4 5 6 7 8 9 10
Location: _____

Any other current health concerns? _____

**PATIENT'S IDENTIFICATION**
(Use this space for mechinical imprint telephone number and e-mail address for follow-up)

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| MERWIN, DANIEL | | MALE |
| SSN / IDENTIFICATION NO. | STATUS | RANK/GRADE |
| 20/ ████ | ACTIVE | E-4 / AD11 ³ |
| REC████ | | DATE OF BIRTH |
| USS ESSEX MEDICAL | | ████85 |

NAVMED 6120/4 (Rev 09/2007)

AR 3363

## PERIODIC HEALTH ASSESSMENT (PHA) (Continued)

**Duty Status Assessment**
On Limited Duty (LIMDU) ☐ Yes ☑ No ☐ NA ☐ Comments _____
Medical Board ☐ Yes ☐ No ☐ NA ☐ Comments _____
☐ TNPQ ☐ TNDQ ☐ NPQ ☐ LOD ☐ NA ☐ Comments _____

**P: PLAN / P: PREVENTION**

1. Updated DD 2766 Sections ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☑ 9 ☑ 10 ☐ 11

2. Health counseling performed and documented on the DD 2766 ☑ Yes ☐ No

3. Labs ordered for the following: ☐ Blood Type and RH ☐ G6PD ☐ HIV ☐ DNA ☐ Lipids
   ☐ Others as required by geographic, occupation, or ISIC _____
   Electronic verification complete ☑ Yes ☐ No

4. Immunizations ordered for the following: ☐ MMR ☐ Tdap (1 time booster) or ☐ Td ☐ IPV ☐ Influenza
   ☐ Hep A #1 #2 ☐ Hep B #1 #2 #3 (required for all new recruits) TWINRIX® may be used (3 shots required)
   Other immunizations: ☐ _____ ☐ _____ ☐ _____
   Electronic verification complete: ☑ Yes ☐ No

5. Tuberculosis Screening: ☑ PPD    Placement: _____    Results: _____

6. Clinical Preventive Services recommended: ☐ Pap ☐ Chlamydia ☐ Mammogram ☐ Colorectal
   ☐ Clinical Breast Exam ☐ Testicular Exam ☐ Prostate ☐ Cholesterol
   ☐ Other: _____

7. Referred to Dental for: ☐ Annual T-2 Dental Exam ☐ Dental Class 3 ☐ Dental Class 4 ☐ Bitewings ☐ Panograph

8. Referred to PCM for: ☐ Physical Fitness Clearance ☐ Deployment-Related Condition
   ☐ Current Medications / Supplements ☐ Chronic Medical Conditions ☐ Current Illness / Injury
   ☐ Other: _____

9. Referred for Preventive / Healthy Lifestyle Counseling:
   ☐ Tobacco Use ☐ Physical Activity ☐ Safety ☐ Alcohol Use ☐ Dental Care ☐ Nutrition ☐ Mental Health
   ☐ Sexuality ☐ Other _____

10. Other indicated referrals:
    ☐ Audiology ☑ Optometry ☐ Behavioral Health ☐ OB / GYN ☐ Dietician ☐ OCC Health
    ☐ Chaplain ☐ DAPA ☐ FFSC ☐ Semper Fit ☐ Weight Management
    ☐ Other: _____

11. Member readiness reviewed and updated in approved electronic data system. Member is fully medically ready and requires no follow-up at this time: ☑ Yes ☐ No

12. Additional Comments: _____
    _____
    _____
    _____
    _____

13. Member informed that completion of recommended tests / immunizations / screenings is to be performed within the next 30 days and he/she is personally responsible for maintaining IMR. Service Member received health risk prevention / healthy lifestyle counseling and voiced understanding

Member Signature _Dawson_____    Date _6 FEB 09_

HM / MDR Signature _____    Date _6 Feb 09_

Provider Signature _____    Date _06 Feb 09_
Tom Hayes MD
LT MC USN
GMO ESSEX LHD-2

NAVMED 6120/4 (Rev 09 2007)

# RASH

**USS Essex (LHD-2) Medical Department**

F/U BOTH HANDS

1 OCT 08

**S:** 23 _year_/month old c/o RASH that started 1½ yrs ago .

Where did the rash begin? _____

How quickly has it spread? _____

Y / N  Any medications used in the last 14 days, especially antibiotics.

        If yes, which? _____

Y / N  Ever had this type of rash before? If yes, explain: _____

Y / N  Do you have a history of eczema? If yes, how do you to treat it: _____

Y / N  Is rash itchy?

Y / N  Is rash painful?

Y / N  Any home treatments used for rash? If yes, explain: _____

Y / N  Any new medicine, foods, soaps, lotion, detergent, fabric softener? (Circle any that apply)

Y / N  Headache/sore throat/abdominal pain  Other: _____

Y / N  Fever? If yes, how high_____ Last fever_____

Y / N  Any other recent illness?

Y / N  Any recent travel? If yes, where: _____

Pt states skin not as dry as before, still notes peeling skin c exposure to water + trends at tip

**O:** General:

98.3

16

,P 110/72

P  72

**PHA:** _____

**Tob** Y Ⓝ

Type_____

Qty_____

Freq_____

**ETOH** Ⓨ N

Type Socially

Qty_____

Freq_____

**Allergies:**

NKDA

**Medications:**

Triamcinolone Acetonide

_____

_____

_____

_____

_____

**PCO team:**

Skin:  Single lesion  Localized lesions

Diffuse rash  Blanchable  Non-blanchable

Hypopigmentation  Hyperpigmentation

Erythema  Macules  Patches  Papules

Plaques  Nodules  Tumors  Pustules

Vesicles  Bullae  Petechiae  Purpura

Ulcers  Fissures  Burrows  Excoriations

Scale  Crust  Discharge

**A:** Hand Dermatitis, Improved

**P:** cont moisturizer Bid .

F/U prn.

**Pr:** Prevention topics: To  A  F  N  C  S  Rx  Other: _____

Member DOES / DOES NOT verbalize understanding of prevention plan

Member ACCEPTS / DECLINES prevention plan

STEVEN PRASKE

LCDR, MC/NAVY/7024

PAGER: _____

Provider: _____

| | | |
|---|---|---|
| ☐ HISTORY & PHYSICAL EXAMINATION (SF 504, SF 505, & SF 506) | ☐ OPERATION REPORT (SF 516) | **NAME** MERWIN, DANIEL |
| ☐ CONSULTATION SHEET (SF-513) | ☐ NARRATIVE SUMMARY (SF 502) | **REGISTER NO.**     **SSN** 20/■■■■ |
| ☑ CHRON RECORD OF MEDICAL CARE - (SF 600) | ☐ AUTOPSY PROTOCOL (SF 503) | **STATUS** AO |
| ☐ PROGRESS NOTE (SF 509) | ☐ EMG REPORT | **DATE**     **TIME** |

94

**MEDICAL RECORD REPORT**

OPTIONAL FORM 275 (12 77)

Prescr
FPMF

# RASH

## USS Essex (LHD-2) Medical Department

BOTH HANDS

**Date** 15 OCT 08

**Wt** _____

**Ht** _____

**T** 98.8

**R** 16

**BP** 115/73

**P** 82

**PHA:** _____

**Tob Y/N**
Type _____
Qty _____
Freq _____

**ETOH Y/N**
Type _____
Qty _____
Freq Socially

**Allergies:**
Feathers (?)

**Medications:**
Ø

**PCO team:**

**S:** __23__ year/month old c/o RASH that started __1½ years__.

Where did the rash begin? Palms and tops of hand

How quickly has it spread? Been spreading for a time

Y /(N) Any medications used in the last 14 days, especially antibiotics.
   If yes, which? _____

Y /(N) Ever had this type of rash before? If yes, explain: _____

Y /(N) Do you have a history of eczema? If yes, how do you to treat it: _____

Y /(N) Is rash itchy?

Y /(N) Is rash painful? Has not been painful for last couple of months

(Y)/N Any home treatments used for rash? If yes, explain: Nex hand lotion (no scent) + Baby lotion

Y /(N) Any new medicine, foods, soaps, lotion, detergent, fabric softener? (Circle any that apply)

Y /(N) Headache/sore throat/abdominal pain Other: _____

Y /(N) Fever? If yes, how high _____ Last fever _____

Y /(N) Any other recent illness?

Y /(N) Any recent travel? If yes, where: _____

Pt states that he gets a lot of dead skin rubbing of after showering

**O:** General: Notes erythema w/ est & dry/peeling skin w/ minutes of water exposure.

Skin: Single lesion (Localized lesions)

Diffuse rash (Blanchable) Non-blanchable

(Hyperpigmentation) Hyperpigmentation

Erythema Macules Patches (Papules)

Plaques Nodules Tumors Pustules

Vesicles Bullae Petechiae Purpura

Ulcers Fissures Burrows Excoriations

Scale Crust Discharge

**A:** Hand/Finger Rash characterized by peely skin + erythema w/in minutes of water exposure, )erthema

**P:** Trial of Triamcinolone 1% BID x 2wks
   Tha Plu.
   M's larg B·○

dry skin
hand/nail
hand of
Between
fingers.

**Pr:** Prevention topics: To A F N C S Rx Other: _____

Member DOES / DOES NOT verbalize understanding of prevention plan
Member ACCEPTS / DECLINES prevention plan

STEVEN PRASKE
LCDR, MC/NAVY/7024
PAGER: _____

Provider: _____

---

| | | |
|---|---|---|
| ☐ HISTORY & PHYSICAL EXAMINATION (SF 504, SF 505, & SF 506) | ☐ OPERATION REPORT (SF 516) | NAME MERWIN, DANIEL |
| ☐ CONSULTATION SHEET (SF-513) | ☐ NARRATIVE SUMMARY (SF 502) | REGISTER NO. |
| ☑ CHRON RECORD OF MEDICAL CARE - (SF 600) | ☐ AUTOPSY PROTOCOL (SF 503) | SSN 20█ |
| ☐ PROGRESS NOTE (SF 509) | ☐ EMG REPORT | STATUS |
| | | DATE |
| | | TIME 0905 |

v. Jun 94     **MEDICAL RECORD REPORT**     OPTIONAL FORM 275 (12 77)

Prescr
FPMI

CHRONOLOGICAL RECORD OF MEDICAL CARE

# Smallpox Vaccination Initial Note Page 2 of 2
This page may be completed by a healthcare provider

**1. Provider Assessment Date (MM/DD/YYYY)**

09 / 24 / 2008

If Provider Assessment Date or Action Taken Immunization Date is blank, Default is "Today's date" on page 1.

**2. Reason for Vaccination (Indicate One):**

- ⊙ Pre-outbreak: disease prevention
- ○ Post-outbreak: not exposed to virus
- ○ Post-outbreak: exposed to virus
- ○ Other reason (Describe)

**3. Vaccine Risk Factors based on page 1 review and interview (Check all that apply):**

| | Self | Close Contact |
|---|---|---|
| No restriction | ● | ○ |
| Pregnancy | ○ | ○ |
| Immune suppression | ○ | ○ |
| Skin condition | ○ | ○ |
| Relevant allergy | ○ | |
| Heart condition | ○ | 3+ RF ○ |
| Unsure | ○ | ○ (Describe) |

**4. Provider comment on any concerns about contraindications, need to defer, need to consult, and/or relevant diagnosis**

**5. Provider Decision and Plan (Check all that apply):**

- ☐ Vaccinate: Primary (e.g. birth year >1972, military entry >1984)
- ☐ Vaccinate: Revaccination
- ☐ Medically immune: vaccinated within approp interval (MI)
- ☒ Vaccination deferred: Pending consult or lab test
- ☐ Vaccination deferred: Temporary contraindication (MT)
- ☐ Vaccination contraindicated unless exposed (MP)
- ☐ Vaccination not given (other reason specify below)

**6. IF NOT IMMUNIZED, Check all that apply:**

- ☐ Reason for non-immunization explained
- ☒ Lab test requested
- ☐ Consult request written/sent
- ☐ Follow up appointment planned
- ☐ Other reason (specify below):

List labs or consults requested, and length of temp referrals

pending HIV lab result

**VACCINE ADMINISTRATION**
Vaccination Date ( M M / D D / Y Y Y Y )

/ /

**7. Vaccination Action Taken:**

Location: ○ Left Arm   ○ Right Arm   ○ Other Location (Describe)
Number of jabs:

Lot # [ ][ ][ ][ ][ ] — [ ][ ][ ][ ]   Mfr # [ ][ ][ ]

For QA use: local vial serial #

**8. IF IMMUNIZED, Check all that apply**

- ☐ Information sheet given to recipient
- ☐ Recipient advised about post-vaccination reaction and site care
- ☐ Reasons for follow-up clinic visit described
- ☐ Patient understands information given
- ☐ Bandages provided if needed.

Please assure that all actions taken and deferrals are updated into your service's electronic Immunization Tracking System (ITS) as soon as possible.

**Provider Signature and Printed Name/Stamp:**

Dr. Michael Picio, DO
CDR, MC, USN 20/9765

**Vaccine administered by: (Signature and Printed Name/Stamp)**

Last Name
M E R W I N

First Name
D A N I E L

MI
D

Social Security Number

[redacted]

Patient's identification (May use mechanical imprint)

RECORDS MAINTAINED AT:
RANK/GRADE
SEX
DATE OF BIRTH
SPONSOR NAME
(or Sponsor SSN)
RELATIONSHIP TO SPONSOR
(Or FMP)
ORGANIZATION
STATUS
DEPT/SVC

Standard Form 600 (Rev.6-97) Electronic Copy SVP Overprint (4-08)

CHRONOLOGICAL RECORD OF MEDICAL CARE

## Smallpox Vaccination Initial Note Page 1 of 2
This page may be completed by potential vaccine recipient

Shade Circles Like This--> ●
Not Like This--> ⊗ ⦸

| | | |
|---|---|---|
| 1. Today's Date (MM/DD/YYYY) □□ / □□ / □□□□ | 2a. GENDER ● Male ○ Female | 2b. First day of last normal menstrual period: ___/___/___ |

2c. FEMALES: Was your last menstrual period normal and on time?  ○ Yes  ○ No  ○ Unsure
2d. Are you currently breastfeeding?  ○ Yes  ○ No

3. Could someone you LIVE WITH or YOU be pregnant?  ○ Yes  ● No  ○ Unsure

4. Did you ever receive smallpox vaccine?  ○ Yes  ○ No  ● Unsure

4a. IF YES: Were you vaccinated within the last 10 years?  ○ Yes  ○ No  ● Unsure

4b. IF UNSURE: Birth Year □□□□    First Year in Military (if applicable) □□□□

5. Have you ever had a serious problem after smallpox or other vaccination? (Describe below)  ○ Yes  ● No  ○ Unsure

6. Do you currently have an illness with fever?  ○ Yes  ● No  ○ Unsure

7. Are you allergic to any of these products: polymyxin B, neomycin? *Feathers*  ○ Yes  ● No  ○ Unsure

Before vaccinating against smallpox, we want to know if you or your household close contacts have any of several medical conditions.
Please answer the following questions to the best of your knowledge.

| | Myself | Close Contact |
|---|---|---|
| 8. Do you OR someone you currently live with NOW HAVE any of the following skin problems: Psoriasis (scaly skin rash), Burns (other than mild sunburn), Impetigo (skin infection), Uncontrolled Acne, Shingles (herpes zoster), Chickenpox, Darier's disease or Other skin conditions (describe below)? | ○ Yes  ● No  ○ Unsure | ○ Yes  ● No  ○ Unsure |
| 9. Do you OR someone you currently live with NOW HAVE or RECENTLY HAD a problem or take(s) medication that affects the immune system? For example: have or take medication for HIV, AIDS, leukemia, lymphoma, or chronic liver problem; have or take medication for Crohn's disease, lupus, arthritis, or other immune disease; have had radiation or X-ray treatment (not routine X-rays) within the last 3 months; have EVER had a bone-marrow or organ transplant (or take medication for that); or have another problem that requires steroids, prednisone or a cancer drug for treatment. | ○ Yes  ● No  ○ Unsure | ○ Yes  ● No  ○ Unsure |
| 10. Have you OR someone you currently live with EVER HAD Eczema or Atopic Dermatitis? (Usually this skin condition involves an itchy, red, scaly rash that lasts more than 2 weeks. It often comes and goes.) IF YES or UNSURE: for either you or your close contact, Answer 10a-10e | ○ Yes  ● No  ○ Unsure | ○ Yes  ● No  ○ Unsure |
| 10a. A doctor has made the diagnosis of eczema or atopic dermatitis. | ○ Yes  ● No  ○ Unsure | ○ Yes  ● No  ○ Unsure |
| 10b. There have been itchy rashes that have lasted more than 2 weeks. | ○ Yes  ● No  ○ Unsure | ○ Yes  ● No  ○ Unsure |
| 10c. At least once, there is a history of an itchy rash in the folds of the arms or legs. | ○ Yes  ● No  ○ Unsure | ○ Yes  ● No  ○ Unsure |
| 10d. There is a history of eczema and food allergy during childhood. | ○ Yes  ● No  ○ Unsure | ○ Yes  ● No  ○ Unsure |
| 10e. A doctor has made the diagnosis of asthma or hayfever (including first-degree relatives). | ○ Yes  ● No  ○ Unsure | ○ Yes  ● No  ○ Unsure |

11. Are you being treated with steroid eye drops or ointment or have you had recent eye surgery?  ○ Yes  ● No  ○ Unsure

12. Do you have a heart or vessel condition, such as angina, earlier heart attack, coronary artery disease, congestive heart failure, cardiomyopathy, stroke, "mini stroke", chest pain or trouble breathing on exertion?  ○ Yes  ● No  ○ Unsure

13. Check EACH of the following conditions that apply to you:  ○ Heart Condition before age 50 in mother, father, brother, sister
○ Smoke cigarettes now   ○ High blood pressure   ○ High cholesterol   ○ Diabetes or high blood sugar

14. Do you have a child in home less one year of age?  ○ Yes  ● No

15. Do you have other questions or have other concerns you would like to discuss?  ○ Yes  ● No

Explain "other," "unsure," or additional concerns (may use additional page). NOTE: If you might have a risk factor for HIV infection, we can arrange for HIV testing. FOR FEMALES: If you might be pregnant, or likely to become pregnant, please tell us. You may need additional pregnancy testing.

Last Name
| M | E | R | W | I | N | | | | | |

First Name
| D | A | N | I | E | L | | | |   MI | D |

Social Security Number
▓▓▓▓▓▓▓▓▓▓▓▓▓

Patient's identification (May use mechanical imprint)

RECORDS MAINTAINED AT:
RANK/GRADE
SEX
DATE OF BIRTH
SPONSOR NAME
(or Sponsor SSN)
RELATIONSHIP TO SPONSOR
(Or FMP)
ORGANIZATION
STATUS
DEPT/SVC  AIR

Standard Form 600 (Rev.6-97) Electronic Copy SVP Overprint (4-08)

AR 3368

Apr 07 2005

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (*Sign each entry*) |

**Time**

27FEB08

T -

P - A
N

BP-

SMKR

ETOH
SOCIAL

Allergies
NILDA

Meds

### Annual Flight Deck Personnel Medical Screening Examination

Reference - Manual of the Medical Department Chapter 15, Article 15-65

Prospective Flight Deck Position: ☐ Critical  ☒ Non Critical  ☐ Special

➤ Date of Last Physical Examination: 19FEB08  Date of Last Eye Examination: 07NOV05

➤ Current Visual Acuity as transcribed from last Comprehensive Eye Examination:
  Uncorrected  OS 20/60  OD 20/40  OU _____

  Corrected  OS 20/20  OD 20/20  OU _____

➤ **Critical:** Distant/near visual acuity – No limits uncorrected however must correct to 20/20 in each eye
  Uncorrected  OS _____  OD _____  OU _____

  Corrected  OS _____  OD _____  OU _____

➤ **Non Critical:** Distant/near visual acuity-No limits uncorrected however must correct to 20/40 or better in one eye, 20/30 or better in the other
  Uncorrected  OS _____  OD _____  OU _____

  Corrected  OS _____  OD _____  OU _____

➤ **Special:** Distant/near visual acuity – No limits uncorrected however must correct to 20/20 in each eye
  Uncorrected  OS _____  OD _____  OU _____

  Corrected  OS _____  OD _____  OU _____

➤
➤ **All:** Field of Vision: OS _____  OD _____  OU _____

➤ **All:** Depth Perception, did member pass Verhoeff or AFVBT _____  ☐ Pass  ☐ Fail

➤ **All:** Color Vision, FALANT Results _____  ☐ Pass  ☐ Fail

Was member issued regular glasses? ☐Yes  ☐ No  If yes what is the date of issue:_____

**Members Acknowledgement.**
"I understand that I am required to maintain my current eyewear onboard at all times and that I am required to wear them during all flight deck evolutions."

Based upon history, records review and physical examination the member is found to be:
☐ Qualified  ☐ Disqualified  ☐ Medically Deferred

_____  _____
Member's Signature  SMDR Signature

| Records Maintained At | | |
|---|---|---|
| Patient's Name (Last, First, Middle Initial) MERWIN DANIEL D | | Sex M |
| Relationship to Sponsor **Self** | Status **Active Duty** | Rank/Grade AB+3 |
| Sponsor's Name **Self** | Organization AIR V-3 | |
| Department/Service **USN** | SSN 20/▓▓▓▓ | Date of Birth ▓▓▓ |

Enclosure (1)

| HEALTH RECORD | C H R   J L O G I C A L   R E C O R D   O F   M E   C A L   C A R E |
|---|---|

| DATE/TIME 19 Feb 00 | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |
|---|---|

USS ESSEX LHD-2

### Preventive Health Assessment (Circle all that apply):

Sex: (M) F

AGE: 23

Wt: 130

Ht: 68

BP: 122/72

P: 83

*(handwritten left margin:)* phx — hx MSSA Rtn Abscess @ 5th metacarpal H+AO Fx — FH ? CVA in Dad in 40's

1. Do you have a history of ulcerative colitis or cancer? Y (N)
2. Do your parents or grandparents have a h/o colon cancer? Y (N)
3. Do you smoke? Number of packs per day ___ No of years ___ Y (N)
4. Do you have diabetes? Y (N)
5. Do your parents, siblings, or grandparents have a h/o heart attacks at a young age (<55 in male, <65 in female)? (Y) N
6. Do you have a history of high blood pressure? Y (N)
7. Do you have a history of high cholesterol? Y (N)
8. Do your parents, siblings, or grandparents have a h/o high cholesterol? (Y) N
9. Do you exercise more than 30 min 3 days per week? (Y) N
10. Do you have any medical history that prevents deployment? Y (N) What issues? _____
11. Do you need help in dealing with stress? Y (N)
12. Have you any admin issues that prevent deployment, i.e. EFMP, pregnancy, etc.? Y (N)
13. Special Duties, ie. Rad Health, Flight, Explosive Handlers, Diving, SAR swimmer? other:_____ Y (N)
    Hearing Conservation Program? (Y) N
    Asbestos Surveillance? Y (N)

**Women's Health:**

*(handwritten left margin:)* No Signals

14. History of abnormal Pap or dysplasia? When: _____ Y N
15. Do you need to be taught how to perform a self breast exam? Y N
16. Have you begun screening mammograms? Age began: _____ Y N
17. Do you need education on family planning, contraception, or STDs? Y N
18. On average, do you drink alcohol more than 7 drinks / week? Y N

**Men's Health:**

19. Do you have a history of undescended or abnormally small testes? Y (N)
20. Do you need to be taught how to do a self testicular exam? Y (N)
21. Do you have a family history of prostate cancer in a close relative? Y (N)
22. On average, do you drink alcohol more than 14 drinks / week? Y (N)

23. I am taking the following medicines or supplements: _NONE_____

24. Allergies: _X_None or _NKDA_____ causes _____.

---

| IENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL RINT) | RECORDS MAINTAINED AT: | USS ESSEX | |
|---|---|---|---|
| | PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) Merwin, Daniel | | SEX M |
| | RELATIONSHIP TO SPONSOR N/A | STATUS AD | RANK/GRADE ABH3 |
| | SPONSOR'S NAME N/A | | ORGANIZATION V-3 |
| | DEPART./SERVICE DOD/ USN | SSN/IDENTIFICATION NO. ███ | DATE OF BIRTH ██ |

CHRONOLOGICAL RECORD OF MEDICAL CARE   Standard Form 600 (Rev. 5-84)

| HEALTH RECORD | C H R Ó     L O G I C A L   R E C O R D   O F   M E     C A L   C A R E |
|---|---|
| DATE/TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |

Clinic Review:

Labs documented:                    Tests/Referrals/Education

    Blood type   A B O+ V-      ___ BP checks x ____ days
    Sickle Cell   + −      ___ fasting lipids
    G6PD      nl abnl      ___ HIV within 1 year
    DNA on file   Y N      ___ Chem 7
    HIV w/in /yr   Y N  07NOV06   ___ Dental Appt >1 year
                 2       ___ Optometry appt >2 year
                          ___ Nutritionist consult
                          ___ Colon Ca Screening@__
                          ___ Mammograms @ _____
                          ___ Prostate screen @ ____
                          ___ Quit smoking (Ready for Referral?)
                          ___ Drink responsibly or quit
                          ___ Rec: aerobic exercises
                          ___ SBE / STE Education

Immunizations current:

    typhoid (2 yr)   Y N  14APR06
    Hep A x 2     Y N  08NOV05/14DEC05
    Yellow Fever (10) Y N  14DEC05
    IPV           Y N  08NOV05
    Td (10 y)     Y N  08NOV05
    MMR           Y N  08NOV05
    Influenza (q year) Y N  16JAN08
    Smallpox (10 y)  Y N  _____
    PPD (q year)    Y N  20OCT07

Equipment on hand:            Follow up  T YR PHA.
  2 pair of glasses   Y N N/A
  1 pair of mask inserts Y N N/A   Provider: _____ STEVEN PRASKE
  LAST EXAM NOV 2005                 LCDR. MC/NAVY/7024
                               PAGER:_____

---

PATIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL IMPRINT)

PATIENT NEEDS! TYPHOID
GIVEN 19 Feb 08

| | |
|---|---|
| RECORDS MAINTAINED AT: | |
| PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) MERWIN DANIEL | SEX MALE |
| RELATIONSHIP TO SPONSOR N/A | STATUS ACTIVE | RANK/GRADE E-4/ABH 3 |
| SPONSOR'S NAME N/A | ORGANIZATION AIR / V-3 |
| DEPART./SERVICE DOD/ | SSN/IDENTIFICATION NO. 20/████ | DATE OF BIRTH ████ 85 |

CHRONOLOGICAL RECORD OF MEDICAL CARE  Standard Form 600 (Rev.5-84)

| HEALTH RECORD | CHRO | OLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|

| DATE/TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |
|---|---|
| 05 Feb 08 | |

USS ESSEX LHD-2

DATE:                    MEDICAL DEPARTMENT      USS ESSEX (LHD-2) FPO AP 96643-1661

CHECK-IN / CHECK OUT / ANNUAL / CLOSE OUT VERIFICATION

------------------------------------------------------------------

PMT REVIEW          PART ONE: PREVENTIVE MEDICINE   Completed by: Hm²Grace
                    (✓)Medical Surveillance Questionnaire completely filled out?
                    REQUIRED SURVEILLANCE PROGRAM: Hearing
                    ( )Asbestos Questionnaire Asbestos Physical Frequency:_____
                    Last Asbestos Physical:_____
                    ( )Special PMT physical (for all CSs,SHs,HTs,All R div. All AIMD
                    Painters, or other special physical)
                    ( )Respirator Questionnaire (E1-E6 Only) ( )PPD Converter? Y/N
                    If no: Last screening:_____
                    (✓)LAST PPD: 20 OCT 07 PPD Converters: INH Completes? Y/N.
                    LAST MONTHLY/ANNUAL EVAL: _____
                    ( )Immunizations:
                    ANTHRAX: 1 01 OCT 07 2 20 OCT 07 3 13 NOV 07 4 _____ 5
                    6 _____ 8 _____
                    SMALLPOX: _____
                    INFLUENZA: 16 Jan 08
                    TETANUS: 08 Nov 06
                    TYPHOID: 14 APR 06   TYPE: _____
                    HEPATIS-A: #1 08 Nov 05   #2 14 Dec 05
                    HEPATISTIS-B: #1 08 Nov 05   #2 14 Dec 05   #3 _____
                    MMP: 08 Nov 05
                    POLIO: 08 Nov 05
                    YELLOW FEVER: 14 Dec 05

------------------------------------------------------------------

LABORATORY REVIEW  PART TWO: LABORATORY          Completed by: Hm²Grace
                    ( )Last annual PAP Smear_____F/u for PAP Smear due on_____
                    (✓)Sickle Cell Pos/(Neg) Counseling complete? Yes/No/N/A
                    (✓)G6PD (Norm)/Deficient  Counseling complete? Yes/No/N/A
                    (✓)HIV Date: 07 NOV 06
                    (✓)Blood type: O+
                    (✓)DNA DRAW DATE: 5 Dec 05 VERIFIED? (Y)/N   DATE: 27 APR 06

------------------------------------------------------------------

PHYSICAL REVIEW    PART THREE:PHYSICAL           Complete by: Hm²Grace
                    (✓)Last Preventative Health Assessment (PHA): 27 Mar 07
                    (✓)Special Physicals required? Y /(N) Last conducted:_____
                    (✓)Wears Glasses? Last exam: 07 Nov 05 # of Glasses/GMI: 2/0

PATIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL
IMPRINT)

| RECORDS MAINTAINED AT: | |
|---|---|
| PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) Merwin, Daniel D | SEX: male |
| RELATIONSHIP TO SPONSOR N/A | STATUS AD | RANK/GRADE AB/3 |
| SPONSOR'S NAME N/A | | ORGANIZATION Air/V3 |
| DEPART./SERVICE DOD/ USN | SSN/IDENTIFICATION NO. 20/▮▮▮ | DATE OF BIRTH ▮▮▮ 85 |

CHRONOLOGICAL RECORD OF MEDICAL CARE  Standard Form 600 (Rev.5-84)

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|
| DATE/TIME | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |

Issued/Ordered/N/A Date Issued:_____

( ) Flight Deck screening (for personnel in V-1 and V-2 Div) _member in V-3_

(✓) Ear Plug size: L:**XL** R:**XL**   TYPE: **T.F.**

( ) Hearing Conservation screeening for personnnel in ACU-1, AIR,
    DECK, ENG, AIMD.
    Date of last 2215 _01NOV05_ Date of last 2216: _11NOV07_ Next 2216 due: _NOV08_

( ) Sight Conservation Screening for personnel in ACU-1, AIR, AIMD
    DECK, ENG, LAB, X-RAY, PMT.

( ) AMMO Driver/Explosive Ordinance Physical for WEPS division
    and some AIMD personnel (given annually)

--------------------------------------------------------------------

MEDICAL ADMIN   PART FOUR: HEALTH RECORDS      Completed by: _Nor²bmer_

(✓) Year Blackened on Jacket?  (✓) Pencil entries on inside cover?

(✓) Current rate in pencil on jacket?

(✓) Privacy Act entries/signature inside back cover?

(✓) Pink card complete?  ( ) Line out blank SF 600s

(✓) Update Problem Summary list  ( ) 6150/4? _____

(✓) Allergy Dog tag required? Y/N/**N/A**
    Patient Signature:_____ HM Signature:_____ Date:_____

(✓) Health Record in Good Repair? Replace/Repair if not:_____
    Ensure that forms are in the right location.

(✓) SAMS data entry complete?: **Y** / N

(✓) Enrolled in TRICARE?: **Y** / N

--------------------------------------------------------------------

CLNICAL REVIEW   (✓) Operational Duty Screening conducted as required? **Y** / N

(✓) Any presence of CHRONIC OR SIGNIFICANT ILLNESS? Y / **N**
    DIAGNOSIS:_____
    LAST FOLLOW-UP: _____

(✓) On maintenance medication? Y / **N**
    MEDICATION:_____
    ENROLLED ON MAIL ORDER PHARMACY? Y / N

(✓) DRUG ALLERGIES: _NKDA_   (_Feathers_)_____

| PATIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL IMPRINT) | RECORDS MAINTAINED AT: | | |
|---|---|---|---|
| | PATIENT'S NAME (LAST. FIRST, MIDDLE INITIAL) | | SEX |
| | RELATIONSHIP TO SPONSOR N/A | STATUS | RANK/GRADE |
| | SPONSOR'S NAME N/A | | ORGANIZATION |
| | DEPART./SERVICE DOD/ | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE  Standard Form 600 (Rev.5-84)

NSN 7540-00-634-4176                                                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10 JUN 07 | **MEDICAL DEPARTMENT: USS ESSEX LHD 2 FPO AP 96643-1661** |

**TIME IN:** 1630

HM NAME: HM3 BOUDE                    MO or IDC:

**TIME OUT:**

**T –** 97.2
**P –** 80
**Resp –** 14
**B/P –** 117/76
**MEDS:** Ø

**ALLERGIES:**
NKDA

**LMP:**

**SMOKE:** Ø

**DRINK:**

CC: (L) knee pain

S: 22 yo ♂ c/o (L) knee pain, (L) ROM intact, intact.
since beginning of MAY. Pt states
pain located lateral knee. Pt states
pain started (R) after marathon in APRIL.
Pt taken time off to rest but pain persistant.
Pain worse ↑ long standing / exercise. Pt
c̄ full rom to (L) knee.

General: NAD, pleasant ø distress
HEENT: PERRLA, EOMI ø CAD
 ø̄ (+) of Lachmans
 ø effusion
 ø swelling
 ø aprehension
 A/P Tendinous (mild)

① Pt educated on PT exercises
② Motrin 600 mg PRN updo QID
③ RTC if symptoms worsen or do not improve
④ Monitor PRN

HM3 (signature)

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: | |
|---|---|---|

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| MERNIN, DANIEL D. | | M. |
| **RELATIONSHIP TO SPONSOR** | **STATUS** | **RANK/GRADE** |
| – NA – | AD | E-4 |
| **SPONSOR'S NAME** | **ORGANIZATION** | |
| – NA – | A, C-3 | |
| **DEPART./SERVICE** | **SSN/IDENTIFICATION NO.** | **DATE OF BIRTH** |
| USN | 281 | 85 |

CHRONOLOGICAL RECORD OF MEDICAL CARE

**STANDARD FORM 600** (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | C H R O N O L O G I C A L   R E C O R D   O F   M E D I C A L   C A R E |
|---|---|

| DATE/TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |
|---|---|
| 27 may 07 | |

USS ESSEX  LHD-2

Preventive Health Assessment (Circle all that apply):

Sex: (M) F

AGE: 21

Wt: 137

Ht: 68 in

BP: 111/69

P: 84

1. Do you have a history of ulcerative colitis or cancer?    Y (N)
2. Do your parents or grandparents have a h/o colon cancer?   Y (N)
3. Do you smoke? Number of packs per day ___ No of years ___   Y (N)
4. Do you have diabetes?    Y (N)
5. Do your parents, siblings, or grandparents have a h/o heart attacks at a young age (<55 in male, <65 in female)?   Y (N)
6. Do you have a history of high blood pressure?    Y (N)
7. Do you have a history of high cholesterol?    Y (N)
8. Do your parents, siblings, or grandparents have a h/o high cholesterol?    Y (N)
9. Do you exercise more than 30 min 3 days per week?    (Y) N
10. Do you have any medical history that prevents deployment?   Y (N)
    What issues? _____
11. Do you need help in dealing with stress?    Y (N)
12. Have you any admin issues that prevent deployment, i.e. EFMP, pregnancy, etc.? _____   Y (N)
13. Special Duties, ie. Rad Health, Flight, Explosive Handlers, Diving, SAR swimmer? other:_____   Y (N)
    Hearing Conservation Program?    (Y) N
    Asbestos Surveillance?    Y (N)

Women's Health:

14. History of abnormal Pap or dysplasia? When: _____   Y N
15. Do you need to be taught how to perform a self breast exam?   Y N
16. Have you begun screening mammograms?  Age began: _____   Y N
17. Do you need education on family planning, contraception, or STDs?   Y N
18. On average, do you drink alcohol more than 7 drinks / week?   Y N

Men's Health:

19. Do you have a history of undescended or abnormally small testes?   Y (N)
20. Do you need to be taught how to do a self testicular exam?   Y (N)
21. Do you have a family history of prostate cancer in a close relative? Y (N)
22. On average, do you drink alcohol more than 14 drinks / week?   Y (N)

23. I am taking the following medicines or supplements:
    Ø

24. Allergies: Y None or FEATHERS causes BREATHING DIFICULTY

| PATIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL IMPRINT) | RECORDS MAINTAINED AT: | |
|---|---|---|
| | PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) MERWIN ADANIEC D | SEX M |
| | RELATIONSHIP TO SPONSOR N/A | STATUS ACTIVE DUTY | RANK/GRADE E3 |
| | SPONSOR'S NAME N/A | ORGANIZATION USS ESSEX |
| | DEPART./SERVICE DOD/ NAVY | SSN/IDENTIFICATION NO. ▮▮▮▮▮ | DATE OF BIRTH 85 |

CHRONOLOGICAL RECORD OF MEDICAL CARE  Standard Form 600 (Rev.5-84)

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE/TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |
|---|---|
| 27 Mar 07 | |

*csc*

Clinic Review:

Labs documented:

Blood type    A  B  (O) (+) / -
Sickle Cell    +   (-)
G6PD    (nl)    abnl
DNA on file    (Y)    N
HIV w/in 1yr    (Y)    N    07 Nov 06

NO results –

Immunizations current:

| | | | |
|---|---|---|---|
| typhoid (2 yr) | (Y) | N | 14 APR 06 |
| Hep A x 2 | (Y) | N | 08 NOV 05 ; 14 DEC 05 |
| Yellow Fever (10) | (Y) | N | 14 DEC 05 |
| IPV | (Y) | N | 08 NOV 05 |
| Td (10 y) | (Y) | N | 08 NOV 05 |
| MMR | (Y) | N | 08 NOV 05 |
| Influenza (q year) | (Y) | N | 12 NOV 06 |
| Smallpox (10 y) | Y | (N) | NEEDS |
| PPD (q year) | Y | (N) | 13 OCT 06    ZERO MM |

Tests/Referrals/Education

___ BP checks x _____ days
___ fasting lipids
___ HIV within 1 year
___ Chem 7
___ Dental Appt >1 year
___ Optometry appt >2 yr
___ Nutritionist consult
___ Colon Ca Screening@__
___ Mammograms @ _____
___ Prostate screen @ _____
___ Quit smoking (Ready for Referral?)
___ Drink responsibly or quit
___ Rec: aerobic exercises
___ SBE / STE Education

Equipment on hand:
    2 pair of glasses    (Y)  N   N/A
    1 pair of mask inserts    Y  (N)  N/A

Follow up _____
Provider: _____
Paul Cardona, J.C.
IDC

(1) Patient exercises regularly
(2) No significant family Hx
(3) Practices safe sex
(4) ETOH: moderation

| PATIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL IMPRINT) | RECORDS MAINTAINED AT: | |
|---|---|---|
| | PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL)  Memin, Danie | SEX  Male |
| | RELATIONSHIP TO SPONSOR  N/A | STATUS  AD | RANK/GRADE  AB34 |
| | SPONSOR'S NAME  N/A | ORGANIZATION  AETS VFS |
| | DEPART./SERVICE DOD/  USN | SSN/IDENTIFICATION NO.  20 | DATE OF BIRTH  85 |

CHRONOLOGICAL RECORD OF MEDICAL CARE  Standard Form 600 (Rev.5-84)

AR 3376

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**DATE:** 21 MAR 7

MEDICAL DEPARTMENT: USS ESSEX LHD 2 FPO AP 96643 -1661

**TIME IN:** 0740    HM NAME: HM2Bn    MO or IDC:

**TIME OUT:**    CC: // wound check

**T:** 97.8    Pt presents for f/u of ~~that~~ abcess @ the back

**P:**    of his neck, looks good c Zero signs of infection

**Resp:** 16    No discarge/drainage.

**B/P:**    PE Fu on head. Pt has Full ROM c pain. c movement at

**MEDS:** Ø    56th Metacarpe

0: VS noted

Gen: A+O x 3 in NAD

Skin well healed abcess @ back of neck

**ALLERGIES:** (nothing)    Rt hand full exten + flexn Ø pseudoclaw
                                                    well healed

A/P ① Abcess s/p tx to eradicate MRSA

PE F/u PRN

**LMP:** M/A    ② Boxer fx No pan Pbot Full ROM.

Flu PRN.

**SMOKE:** Ø

*Jason Davis*
MD
DO

**ETOH:**

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶ LHD-7

PATIENT'S NAME *(Last, First, Middle Initial)*    Merwin, Darrel    SEX: M

RELATIONSHIP TO SPONSOR    STATUS: AD    RANK/GRADE: ABMAN

SPONSOR'S NAME    ORGANIZATION: Air/V3

DEPART./SERVICE: USN    SSN/IDENTIFICATION NO.    DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

AR 3377

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**DATE:** 6 MAR 07

**MEDICAL DEPARTMENT: USS ESSEX LHD 2 FPO AP 96643-1661**

**TIME IN:** 0810

**HM NAME:** HM3 Coronado    **MO or IDC:**

cc: wound check

**TIME OUT:**

**T** – 96.8
**P** – 14
**HR** – 68
**B/P** – 110/61

(5) 22 y/o ♂ presented to medical for f/u of abcess in back of neck. Pt has no complaints at this time.

less swelling ed. redness. Packing removed as directed

f/u in AM

_(signature)_ MO
Day

**MEDS:**
Motrin
Septra DS
Rifampin

**ALLERGIES:**
feathers

**LMP:**
N/A

**SMOKE:**
∅

**DRINK:**
∅

**PATIENT'S IDENTIFICATION** *(Use this space for Mechanical Imprint)*

**RECORDS MAINTAINED AT:** ▶ USS ESSEX

**PATIENT'S NAME** *(Last, First, Middle Initial)*
MERWIN   DANIEL

**SEX:** M

**RELATIONSHIP TO SPONSOR:** N/A

**STATUS:** AD

**RANK/GRADE:** ABHAN

**SPONSOR'S NAME:** N/A

**ORGANIZATION:** AIV3

**DEPART./SERVICE:** USN

**SSN/IDENTIFICATION NO:** ███████

**DATE OF BIRTH:** ██████

CHRONOLOGICAL RECORD OF MEDICAL CARE

**STANDARD FORM 600** (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

AR 3378

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**DATE:** 03MAR07

**TIME IN:** 0805

**TIME OUT:**

**T** – 98.5

**P** –

**HR** – 101

**B/P** – 131/88

**MEDS:** Ø

**ALLERGIES:** feathers

**LMP:**

**SMOKE:** Ø

**DRINK:**

MEDICAL DEPARTMENT: USS ESSEX LHD 2 FPO AP 96643-1661

HM NAME: Claus          MO or IDC: Daily

CC: F/U @ 5th metacarpal FX + abcess on back of neck

22yo ♂ presents to SC for F/U FX that occured 10FEB07. PT states Ø pain in hand and feels much better. PT states he has an abcess on back of neck x 4 days. States it is very painful + has had 2 other abcesses in the recent months, one on scalp + 1 on face. PT has been applying neosporin + showering 2 times a day. PT states that he uses anti bacterial soap + takes many other precautions to prevent them.

O: Ø swelling, edema, or deformaties in hand
   Ø pain or tenderness c̄ palpation or manipulation. FROM
neck - abcess is round c̄ erythemitous boarders, 2x2 cm,
   c̄ purulant discharge, warm to touch.

A/P  A gree c̄ abo

① Boxer fracb.  no pain c̄ grip. Will D/c splint. Will no
   p/b F/U repeat x-ray in approx 2-3 weeks

② Abcess
   - I + D see Proceedure note
   - Se Cultur                    continu

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶ USS Essex

PATIENT'S NAME (Last, First, Middle Initial): Merwin, Daniel

SEX: M

RELATIONSHIP TO SPONSOR:

STATUS:

RANK/GRADE: ABHAN

SPONSOR'S NAME:

ORGANIZATION: Air/V3

DEPART./SERVICE:

SSN/IDENTIFICATION NO.:

DATE OF BIRTH: 85

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION  (Sign each entry) |
|------|---------------------------------------------------------------------------|
|  | Suspect pt is carrier of MRSA |
|  | • Septra DS č tab PO BID |
|  | - Rifampin 600mg PO QD for 7 days |
|  | • Bactroban to nares TID č 5 days |
|  | - Bacitracin to finger nails |
|  | - Hibiclens shower                                  *Jason Ray* |
|  |  |
|  | Procedure Note I+D |
|  | The area was anesthetized č 1% Lido č Epi. Using 11 blade |
|  | a 0.5 cm incision was made. Culture was obtained |
|  | The abscess was packed č Iodoform. Pt F/u in AM     *signature* PO |
|  |  |
| T 97.9 | 3-4-07  MD note |
| P 85 | Pt here for dressing change. Pt states packing came out last night |
| BP 127/60 | Pt having less pain. The cavity irrigated č H₂O₂ and packed č |
|  | Iodoform. Pt will F/u AM                            *Jason Ray* |
|  |  |
|  | 3-5-07 |
|  | Pt presents for dressing change. Site looks improved. + induration |
|  | and redness. Packing was pulled + irrigated č H₂O₂ |
|  | Pt F/u in AM.                                        *signature* |
|  |  |
|  |  |
|  |  |
|  |  |

| HEALTH RECORD | C H R O _ J L O G I C A L   R E C O R D   O F   M E . C A L   C A R E |
|---|---|

| DATE/TIME 01MAR07 | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |
|---|---|

USS ESSEX LHD-2

DATE: MEDICAL DEPARTMENT    USS ESSEX (LHD-2) FPO AP 96643-1661

CHECK-IN / CHECK OUT ( ANNUAL ) CLOSE OUT VERIFICATION
--------------------------------------------------------------------
PMT REVIEW    PART ONE: PREVENTIVE MEDICINE  Completed by:
(✓)Medical Surveillance Questionnaire completely filled out?
    REQUIRED SURVEILLANCE PROGRAM: _____
( )Asbestos Questionnaire Asbestos Physical Frequency:_____
    Last Asbestos Physical:_____
( )Special PMT physical (for all CSs,SHs,HTs,All R div. All AIMD
    Painters, or other special physical)
01MAY06    (✓)Respirator Questionnaire (E1-E6 Only) ( )PPD Converter? Y/N
    If no: Last screening:_____
( )LAST PPD: _____ PPD Converters: INH Complete? Y/N.
    LAST MONTHLY/ANNUAL EVAL: _____
( ✓)Immunizations:
    ANTHRAX: 1 _____ 2 _____ 3 _____ 4 _____ 5 _____
            6 _____ B _____
    SMALLPOX: _____
    INFLUENZA: 12 NOV 06
    TETANUS: 08 NOV 05
    TYPHOID: 14 APR 06 TYPE: PARENTERAL
    HEPATIS-A: #1 08 NOV 05 #2 14 DEC 06
    HEPATISTIS-B: #1 08 NOV 06 #2 14 DEC 05 #3 _____
    MMR: 08 NOV 05
    POLIO: 08 NOV 05
    YELLOW FEVER: 14 DEC 05
--------------------------------------------------------------------
LABORATORY REVIEW    PART TWO: LABORATORY        Completed by:
( )Last annual PAP Smear  N/A  F/u for PAP Smear due on_____
(✓)Sickle Cell Pos/(Neg) Couhseling complete? Yes/No/N/A
(✓)G6PD (Norm)/Deficient  Counseling complete? Yes/No/N/A
(✓)HIV Date: 07 NOV 06
(✓)Blood type: O+
(✓)DNA DRAW DATE: 15 DEC 05 VERIFIED?(Y)/ N   DATE: 27 APR 06
--------------------------------------------------------------------
PHYSICAL REVIEW    PART THREE:PHYSICAL        Complete by:
(✓)Last Preventative Health Assessment (PHA): 14 APR 06
( )Special Physicals required? Y / N Last conducted:_____
(✓)Wears Glasses? Last exam: 07 NOV 05 # of Glasses/GMI: 2 / Ø

| PATIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL IMPRINT) | RECORDS MAINTAINED AT: | | |
|---|---|---|---|
| | PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) MERWIN. DANIEL | | SEX M |
| | RELATIONSHIP TO SPONSOR N/A | STATUS | RANK/GRADE ABHAN |
| | SPONSOR'S NAME N/A | | ORGANIZATION AIR / V-3 |
| | DEPART./SERVICE DOD/ | SSN/IDENTIFICATION NO. 20/ ▮ | DATE OF BIRTH ▮ 85 |

CHRONOLOGICAL RECORD OF MEDICAL CARE  Standard Form 600 (Rev.5-84)

| HEALTH RECORD | C H R O N O L O G I C A L   R E C O R D   O F   M E D I C A L   C A R E |
|---|---|
| DATE/TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (SIGN EACH ENTRY) |

Issued/Ordered/N/A Date Issued:_____
( )Flight Deck screening (for personnel in V-1 and V-4 Div) 14 APR06    NEXT DUE: 14 APR07
(✓)Ear Plug size: L:XL R:XL  TYPE: TRIPLE FLANGE
(✓)Hearing Conservation screeening for personnel in ACU-1,AIR,
    DECK,ENG,AIMD.  07 NOV05        03 NOV06        03 NOV07
    Date of last 2215:↑ Date of last 2216:↑ Next 2216 due:↑
( )Sight Conservation Screening for personnel in ACU-1,AIR,AIMD
    DECK,ENG,LAB,X-RAY,PMT.
( )AMMO Driver/Explosive Ordinance Physical for WEPS division
    and some AIMD personnel (given annually)

----------------------------------------------------------------------

MEDICAL ADMIN    PART FOUR:HEALTH RECORDS   Completed by:
    (✓)Year Blackened on Jacket? (✓)Pencil entries on inside cover?
    (✓)Current rate in pencil on jacket?
    (✓)Privacy Act entries/signature inside back cover?
    (✓)Pink card complete? (✓)Line out blank SF 600s
    (✓)Update Problem Summary list (✓)6150/4? _____
    (✓)Allergy Dog tag required? Y/N (N/A) FEATHERS !!!
    Patient Signature:_____ HM Signature:_____Date:_____
    (✓)Health Record in (Good Repair) Replace/Repair if not:_____
    Ensure that forms are in the right location.
    (✓)SAMS data entry complete?(Y) N
    (✓)Enrolled in TRICARE?(Y) N

----------------------------------------------------------------------

CLNICAL REVIEW    (✓)Operational Duty Screening conducted as required? Y (N)
    (✓)Any presence of CHRONIC OR SIGNIFICANT ILLNESS? Y /(N)
    DIAGNOSIS:_____
    LAST FOLLOW-UP:_____
    (✓)On maintenance medication? Y /(N)
    MEDICATION:_____
    ENROLLED ON MAIL ORDER PHARMACY? Y / N
    (✓)DRUG ALLERGIES: ___NKDA_____

CALDERON, CRISTINA
HM3

| TIENT'S IDENTIFICATION (USE THIS SPACE FOR MECHANICAL PRINT) | RECORDS MAINTAINED AT: | |
|---|---|---|
| | PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) | SEX |
| | RELATIONSHIP TO SPONSOR N/A | STATUS | RANK/GRADE |
| | SPONSOR'S NAME N/A | ORGANIZATION |
| | DEPART./SERVICE DOD/ | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE  Standard Form 600 (Rev.5-84)

NSN 7540-00-634-4176                                                                              600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**DATE:** 17 Feb 07

**MEDICAL DEPARTMENT: USS ESSEX LHD 2 FPO AP 96643-1661**

**TIME IN:** 0805

**HM NAME:** Claus/ Desantiago    **MO or IDC:** Dauly

cc: f/u @ 5th metacarpal FX + abcess of crown of head

**TIME OUT:**

22 yo ♂ presents to SC for f/u of 5th metacarpal FX.

**T** – 97

PT states pain is 1-2/10 throbbing pain. PT states only

**P** – 88    116/70

bothers him when getting ready in AM. PT also has 1cm

**HR** – 70

abcess on the crown of his head. PT states pain is very

**R** – 112

**B/P** – 81

minimal. States he changes his pillow case daily. PT

**MEDS:** ∅

denies wearing cap or covering of any kind.

O. Hand - yellowish bruising @ FX site, ∅ swelling.

**ALLERGIES:**

Head - abcess is erythematous c̄ purulent discharge,

Feathers

scaly boarders

X-ray - distal fx of 5th digit c̄ anglat

**LMP:**

A/P ① Boxer FX

- continue splint for 3 more weeks

② Corlock drsg continue wound compress.

**SMOKE:** ∅

/s/ PO

**DRINK:** occasion

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: | USS ESSEX |
|---|---|---|

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| Merwin  Daniel  D | | M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| N/A | AD | ABHAN |
| SPONSOR'S NAME | | ORGANIZATION |
| N/A | | A 12 I V-3 |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
| USN | 207 ████ | ████ 785 |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**    **STANDARD FORM 600** (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176                                                                   600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**16 FEB 2007**

TIME IN: **1530**

MEDICAL DEPARTMENT: USS ESSEX LHD 2 FPO AP 96643-1661

HM NAME: *HM2 Arnold*          MO or IDC:

CC: F/U on broken hand. (R) Ka Now patient is

TIME OUT:       have swelling on scalp.

T - 97.9          S: 22 yr old ♂ experiencing swelling and redness on

R - 16            crown of his head. Very painful 3 out 10

HR - 80           Patient has history of abscess. last on 24 JAN 07

B/P - 123/82      treated with antibiotic only.

MEDS: None        O: vs noted

                  Scalp 0.5cm x 0.5cm nodon  Φ fluttene

                  A/P ① fine Cobuck.

ALLERGIES:         · Warm compress

*Feather*          - Bacitracin APP 2-3 times a day

LMP: N/A

SMOKE: NO

DRINK: *Occasionaly*

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶  USS Essex LHD-2

PATIENT'S NAME (Last, First, Middle Initial)  Merwin, Daniel D

SEX: Male

RELATIONSHIP TO SPONSOR: Self

STATUS: Active Duty

RANK/GRADE: ABHAN/E3

SPONSOR'S NAME: Self

ORGANIZATION:

DEPART./SERVICE: USN

SSN/IDENTIFICATION NO.: 20/▮

DATE OF BIRTH: ▮ 985

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

AR 3384

522–113                                                                                              NSN 7540-00-634-4165

| MEDICAL RECORD | REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES |
|---|---|

**A. IDENTIFICATION**

1. OPERATION OR PROCEDURE

Closed Reductn

**B. STATEMENT OF REQUEST**

1. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be _____

*(Description of operation or procedure in layman's language)*

Risk Infectio Bleedin

which is to be performed by or under the direction of Dr. _____

2. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below-named medical facility, during the course of the above-named operation or procedure.

3. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

4. Exceptions to surgery or anesthesia, if any, are: _____
*(If "none", so state)*

5. I request the disposal by authorities of the below-named medical facility of any tissues or parts which it may be necessary to remove.

6. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions:

   a. The name of the patient and his/her family is not used to identify said pictures.

   b. Said pictures be used only for purposes of medical/dental study or research.

*(Cross out any parts above which are not appropriate)*

**C. SIGNATURES**          *(Appropriate items in Parts A and B must be completed before signing)*

1. COUNSELING PHYSICIAN/DENTIST: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above.

_____
*(Signature of Counseling Physician/Dentist)*

2. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

_____          _____          10 FEB 07
*(Signature of Witness, excluding members of operating team)*          *(Signature of Patient)*          *(Date and Time)*

3. SPONSOR OR GUARDIAN: (When patient is a minor or unable to give consent) I, _____ sponsor/guardian of _____ understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

_____          _____          _____
*(Signature of Witness, excluding members of operating team)*          *(Signature of Sponsor/Legal Guardian)*          *(Date and Time)*

| PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)* | REGISTER NO. | WARD NO. |
|---|---|---|
| | | |

REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES

Medical Record

STANDARD FORM 522 (REV. 7–91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201–9.202–1

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-199/50210

NSN 7540-00-634-4176                                                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION** *(Sign each entry)* |

| | |
|---|---|
| 10 FEB 07 | CC: Contusion Rt hand |
| TIME IN: 0812 | S: 21 y/o ♂ presents to medical after banging |
| TIME OUT: | his Rt hand yesterday, as PE ponds the wall |
| | PE complains of pain Rt hand worse c movement. |
| BP - 127/75 | O: VS noted |
| P - 89 | Gen A + O x 3 in NAD |
| T - 98.3 | Rt hand |
| R - | Swelling to 5th Metacarpal TTP |
| | X-ray diddd for c 5th metacarpal c Ant angulation |
| Meds | A: Boxer's Fracture |
| ∅ | P: ① Closed Reduction  see procedure note |
| Sup | ② Ulnar gutter splint 4 weeks |
| | ③ Motrin PRN pain |
| Surgeries | *[signature]* |
| | Procedure Note |
| Allergies | Informed consent was obtained. A hematoma block was done |
| NKDA | c 6cc Lido c Epi. Closed reduction was done |
| | a ulnar gutter splint applied. Pt tol procedure. |
| | Repeat lateral shows less angulation  *[signature]* MD |
| | |
| | |

PATIENT'S IDENTIFICATION  (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶

| | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) <br> Merwin Daniel | | SEX <br> M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE <br> ABFAN |
| SPONSOR'S NAME | | ORGANIZATION <br> Air Div-3 |
| DEPART./SERVICE <br> USN | SSN/IDENTIFICATION NO. <br> 20█████ | DATE OF BIRTH <br> 85 |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**     STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

AR 3386

OPNAVINST 5100.19D
05 October 2000
Appendix B6-A
Enclosure (1)
**Appendix B6-A**
.MEDICAL CLEARANCE REQUEST
**FOR OFFICIAL USE ONLY (when filled in)**
From: _____ Division Officer
To: Medical Department Representative
Subj: REQUEST FOR MEDICAL CLEARANCE FOR RESPIRATOR USE
1. The following individual is referred to you for subject clearance:
Name _MERWIN ,DANIEL   D_____ SSN ███████████
Supervisor _A-BHI  WYKES_____ Date of Birth _____ ▓▓▓/1485_
Circle type(s) of respirator(s) to be used:
Air-purifying (non-powered) Air-purifying (powered)
Hose mask (with blower) Hose mask (without blower)
Air-line (demand) Air-line (pressure-demand)
Air-line (continuous flow) SCBA (closed circuit)
SCBA (open-circuit, demand) SCBA (open-circuit, pressure-demand)
Level of Work Effort (Circle one): Light Moderate Heavy Strenuous
Extent of usage (Circle one):
Daily Occasionally but more than once a week Rarely or emergency only
Length of time of anticipated effort (hours per day) _____
Special work considerations (e.g., high places, elevated temperatures,
hazardous
material, protective clothing required, etc.)

_for_ _____ APMC (N/A) _9 MAY 06_
Division Officer Signature and Date
**FOR OFFICIAL USE ONLY (when filled in)**

OPNAVINST 5100.19D
05 October 2000
Appendix B6-D
Enclosure (1)
**Appendix B6-D**
**MEDICAL QUESTIONNAIRE FOR POTENTIAL RESPIRATOR USERS**
**Part 1**
1. Today's date:

_05/07/06_

2. Your name:

_MERWIN, DANIEL D_

3. Your age (to nearest year):

_21_

4. Your sex (circle one): (Male) Female
5. Your height (Feet and Inches):

_5'8_

6. Your weight (Pounds):

_136_

7. Your job title/rate:

_ABHAN_

8. A phone number where you can be reached by the health care professional
who reviews this questionnaire (include the Area Code):

_____

9. Circle the type of respirator you will use (you can check more than one
category):
a. N, R, or P disposable respirator (filter-mask, non-cartridge type only)
b. N, R, or P non-disposable respirator (filter-mask, with cartridges)
(c.) Other type of cartridge respirators (for example, dust, fume , mist, or organic vapor respirators)
d. Other types of respirators (for example, powered-air purifying, supplied-
air, or self-contained breathing apparatus).
10. Have you ever/previously worn a respirator (circle one): Yes/(No)
If yes, what type(s):
**Part 2**
Questions 1 through 9 below must be answered by every person who has been selected
to use any type of respirator (please circle yes or no).
1. Do you currently smoke tobacco, or have you smoked tobacco in the last
month: Yes/(No)
2. Have you ever had any of the following conditions?
a. Seizures (fits): Yes/(No)
b. Diabetes (sugar disease): Yes/(No)
c. Allergic reactions that interfere with your breathing: (Yes)/No PETS HAIR AL OF NON PT
d. Claustrophobia (fear of closed-in places): Yes/(No)
e. Trouble smelling odors: Yes/(No)

OPNAVINST 5100.19D
05 October 2000
B6-D-7 Appendix B6-D
Enclosure (1)
b. Moderate: Yes/No Examples of moderate work effort are sitting
while nailing or filing; driving a truck or bus in urban traffic;
standing
while drilling, nailing, performing assembly work, or transferring a
moderate
load (about 35 lbs..) at trunk level; walking on a level surface about
2 mph
or down a 5-degree grade about 3 mph; or pushing a wheelbarrow with a
heavy
load (about 100 lbs..) on a level surface.
If yes, how long does this period last during the average shift (number
of
hours):
c. Heavy: Yes/No Examples of heavy work are lifting a heavy load
(about 50 lbs..) from the floor to your waist or shoulder; working on a
loading
dock; shoveling; standing while bricklaying or chipping castings;
walking up an 8-degree grade about 2 mph; climbing stairs with a heavy
load
(about 50 lbs.).
If yes, how long does this period last during the average shift (number
of
hours):
13. Will you be wearing protective clothing and/or equipment (other
than the
respirator) when you're using your respirator: Yes/No
If ``yes,'' describe this protective clothing and/or equipment:
14. Will you be working under hot conditions (temperature exceeding 90
deg.
F: Yes/No
15. Will you be working under humid conditions: Yes/No
16. Describe the work you'll be doing while you're using your
respirator(s):
17. Provide the following information, if you know it, for each toxic
substance
that you'll be exposed to when you're using your respirator(s):

OPNAVINST 5100.19D
05 October 2000
Appendix B6-D B6-D-8
Enclosure (1)
Name of the first toxic substance: PAINT
Estimated maximum exposure level per shift: VARIES
Duration of exposure per shift
Name of the second toxic substance:
Estimated maximum exposure level per shift:
Duration of exposure per shift:
Name of the third toxic substance:
Estimated maximum exposure level per shift:
Duration of exposure per shift:
The name of any other toxic substances that you'll be exposed to while using
your respirator:
18. Describe any special or hazardous conditions you might encounter when
you're using your respirator(s) (for example, confined spaces, lifethreatening
gases): NONE
19. Describe any special responsibilities you'll have while using your respirator(
s) that may affect the safety and well-being of others (for example,
rescue, security): NONE

OPNAVINST 5100.19D
05 October 2000
Appendix B6-D B6-D-6
Enclosure (1)
5. List any second jobs or side businesses you have: *NoWE*
6. List your previous occupations: *CUSTOMER SERVICE REP*
7. List your current and previous hobbies: *NONE*
8. Have you been in other military services? Yes/No
Do you suspect that you were you exposed to biological or chemical
agents
while in the military or in a military operation: Yes/No
9. Other than medications for breathing and lung problems, heart
trouble,
blood pressure, and seizures mentioned earlier in this questionnaire,
are you
taking any other medications for any reason (including over-the-counter
medications):
Yes/No
If yes, name the medications if you know them:
10. Will you be using any of the following items with your
respirator(s)?
a. HEPA Filters: Yes/No
b. Canisters (for example, gas masks): Yes/No
c. Cartridges: Yes/No
11. How often are you expected to use the respirator(s) (circle yes or
no for
all answers that apply to you)?:
a. Escape only (no rescue): Yes/No
b. Emergency rescue only: Yes/No
c. Less than 5 hours per week: Yes/No
d. Less than 2 hours per day: Yes/No
e. 2 to 4 hours per day: Yes/No
f. Over 4 hours per day: Yes/No
12. During the period you are using the respirator(s), is your work
effort
(circle):
a. Light: Yes/No Examples of a light work effort are sitting while
writing, typing, drafting, or performing light assembly work; or
standing
while operating a drill press (1-3 lbs..) or controlling machines.
If yes, how long does this period last during the average shift (number
of
hours):



OPNAVINST 5100.19D
05 October 2000
Appendix B6-D B6-D-4
Enclosure (1)
e. Any other problem that interferes with your use of a respirator:
Yes/No
9. Would you like to talk to the health care professional who will review
this questionnaire about your answers to this questionnaire: Yes/No
**Part 3**
Questions 10 to 15 below must be answered by every employee who has been selected
to use either a full-facepiece respirator or a self-contained breathing
apparatus (SCBA). For employees who have been selected to use other types of
respirators, answering these questions is voluntary.
10. Have you ever lost vision in either eye (temporarily or permanently):
Yes/No
11. Do you currently have any of the following vision problems?
a. Wear contact lenses: Yes/No
b. Wear glasses: Yes/No
c. Color blind: Yes/No
d. Any other eye or vision problem: Yes/No
e. Any other eye or vision problem: Yes/No
12. Have you ever had an injury to your ears, including a broken ear drum:
Yes/No
13. Do you currently have any of the following hearing problems?
a. Difficulty hearing: Yes/No
b. Wear a hearing aid: Yes/No
c. Any other hearing or ear problem: Yes/No
14. Have you ever had a back injury: Yes/No
15. Do you currently have any of the following musculoskeletal problems?
a. Weakness in any of your arms, hands, legs, or feet: Yes/No
b. Back pain: Yes/No
c. Difficulty fully moving your arms and legs: Yes/No
d. Pain or stiffness when you lean forward or backward at the waist:
Yes/No
e. Difficulty fully moving your head up or down: Yes/No
f. Difficulty fully moving your head side to side: Yes/No
g. Difficulty bending at your knees: Yes/No
h. Difficulty squatting to the ground: Yes/No



OPNAVINST 5100.19D
05 October 2000
B6-D-5 Appendix B6-D
Enclosure (1)

i. Climbing a flight of stairs or a ladder carrying more than 25 lbs.:
Yes/No

j. Any other muscle or skeletal problem that interferes with using a
respirator: Yes/No

**Part 4**

(Any of the following questions, and other questions not listed, may be
added
to the questionnaire at the discretion of the health care professional
who
will review the questionnaire)

1. In your present job, are you working at high altitudes (over 5,000
feet)
or in a place that has lower than normal amounts of oxygen: Yes/No
If yes, do you have feelings of dizziness, shortness of breath,
pounding in
your chest, or other symptoms when you're working under these
conditions:
Yes/No

2. At work or at home, have you ever been exposed to hazardous
solvents, hazardous
airborne chemicals (e.g., gases, fumes, or dust), or have you come into
skin contact with hazardous chemicals: Yes/No
If yes, name the chemicals if you know them:

3. Have you ever been a member of a HAZMAT spill response team, or a
member
of a HAZMINCEN: Yes/No

4. Have you ever worked with any of the materials, or under any of the
conditions,
listed below:
a. Asbestos: Yes/No
b. Silica (e.g., in sandblasting): Yes/No
c. Tungsten/cobalt (e.g., grinding or welding this material):
Yes/No
d. Beryllium: Yes/No
e. Aluminum: Yes/No
f. Coal (for example, mining): Yes/No
g. Iron: Yes/No
h. Tin: Yes/No
i. Dusty environments: Yes/No
j. Any other hazardous exposures: Yes/No
If yes, describe these exposures: N/A

OPNAVINST 5100.19D
05 October 2000
Appendix B6-D B6-D-2
Enclosure (1)
3. Have you ever had any of the following pulmonary or lung problems?
a. Asbestosis: Yes/No
b. Asthma: Yes/No
c. Chronic bronchitis: Yes/No
d. Emphysema: Yes/No
e. Pneumonia: Yes/No
f. Tuberculosis: Yes/No
g. Silicosis: Yes/No
h. Pneumothorax (collapsed lung): Yes/No
i. Lung cancer: Yes/No
j. Broken ribs: Yes/No
k. Any chest injuries or surgeries: Yes/No
l. Any other lung problem that you've been told about: Yes/No
4. Do you currently have any of the following symptoms of pulmonary or lung
illness?
a. Shortness of breath: Yes/No
b. Shortness of breath when walking fast on level ground or walking up a
slight hill or incline: Yes/No
c. Shortness of breath when walking with other people at an ordinary
pace on level ground: Yes/No
d. Have to stop for breath when walking at your own pace on level
ground: Yes/No
e. Shortness of breath when washing or dressing yourself: Yes/No
f. Shortness of breath that interferes with your job: Yes/No
g. Coughing that produces phlegm (thick sputum): Yes/No
h. Coughing that wakes you early in the morning: Yes/No
i. Coughing that occurs mostly when you are lying down: Yes/No
j. Coughing up blood in the last month: Yes/No
k. Wheezing: Yes/No
l. Wheezing that interferes with your job: Yes/No
m. Chest pain when you breathe deeply: Yes/No



AR 3394

Standard Form 603-A

| **HEALTH RECORD** | **DENTAL - Continuation** |
|---|---|

| SECTION II.  CHRONOLOGICAL RECORD OF DENTAL CARE | PAGE:    1 |
|---|---|

8. RESTORATIONS AND TREATMENTS *(Completed during service)*          9. SUBSEQUENT DISEASES AND ABNORMALITIES

REMARKS

REMARKS

**10. SERVICES PROVIDED**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, PROVIDER, TREATMENT FACILITY *(Sign each entry)* | CLASS |
|---|---|---|
| 26 Oct 2015 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, Time out, retied both arches 19 X 25 SS lower aw, 17 X 25 SS upper | |
| | aw with PC to rotated #11.NV Check #11. | |
| | PROCEDURES: A9999(x1), D8670(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 26 Oct 2015 09:56:00 AM CST] | 2 |
| 24 Nov 2015 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, Time out, retied 17 X 25 SS upper aw with PC for rotation #11, | |
| | retied lower aw. NV Check #11. | |
| | PROCEDURES: A9999(x1), D8670(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 24 Nov 2015 11:36:00 AM CST] | 2 |
| 07 Jan 2016 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, Time out, retied PC #11-12 for rotation, pt can''t tolerate PC | |
| | #3-11, retied lower aw. NV Bond Bracket #11. | |
| | PROCEDURES: A9999(x1), D8670(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 07 Jan 2016 09:55:00 AM CST] | 2 |
| 08 Feb 2016 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, updated Med hx, retied both arches 19 X 25 | |
| | SS, placed PC #11-13-14 and #11 to AW distal #10. NV Eval rotation #11 and consider | |
| | bonding bracket. | |
| | PROCEDURES: A9999(x1), D8670(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |

| PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)* | PATIENT'S NAME *(Last, First, Middle Initial)*  MERWIN DANIEL DENNIS | | | SEX |
|---|---|---|---|---|
| | DATE OF BIRTH  █████ 1985 | RELATIONSHIP TO SPONSOR | COMPONENT STATUS | DEPART SERVICE |
| | SPONSOR'S NAME  MERWIN DANIEL DENNIS | | | RANK/GRADE |
| | SSN OR IDENTIFICATION NO.  ████████ | | ORGANIZATION | |

EXCEPTION TO SF 603A
APPROVED BY GSA/IRMS 1-91

Standard Form 603A (10-75)
GSA/ICMR
FIRMR (41 CFR) 201-45.505

AR 3395

| SECTION II. CHRONOLOGICAL RECORD OF DENTAL CARE | PAGE: 2 |
|---|---|

| 8. RESTORATIONS AND TREATMENTS *(Completed during service)* | 9. SUBSEQUENT DISEASES AND ABNORMALITIES |
|---|---|



| REMARKS | REMARKS |
|---|---|

**10. SERVICES PROVIDED**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, PROVIDER, TREATMENT FACILITY *(Sign each entry)* | CLASS |
|---|---|---|
| | [Signed by TERP ALFRED JEROME: 08 Feb 2016 07:40:00 AM CST] | 2 |
| 07 Mar 2016 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, bonded | |
| | bracket #11, used 14 niti with 17 X 25 SS overlay, PC #14-11, retied lower aw. NV | |
| | Check rotation #11. | |
| | PROCEDURES: A9999(x1), D8670(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 07 Mar 2016 08:23:00 AM CST] | 2 |
| 05 Apr 2016 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, placed | |
| | 18 Niti upper aw with 17 X 25 SS overlay, retied lower 19 X 25 SS. NV Pano, consider | |
| | rebonding #11 also #7,10 for tip. | |
| | PROCEDURES: A9999(x1), D8670(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 05 Apr 2016 07:19:00 AM CST] | 2 |
| 05 May 2016 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, Pano, | |
| | placed 20 niti upper aw with PC #11-14 for rotation, retied lower arch. NV Rebond #11 | |
| | for rotation. | |
| | PROCEDURES: A9999(x1), D0330(x1), D8670(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 05 May 2016 08:27:00 AM CST] | 2 |
| 07 Jun 2016 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, | |
| | rebonded #11, retied 20 Niti upper aw, retied lower 19 X 25 SS. NV Dx casts. | |
| | PROCEDURES: A9999(x1), D8670(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 07 Jun 2016 02:02:00 PM CST] | 2 |
| 11 Aug 2016 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, reviewed medical history - no changes, told patient to | |
| | update dental exam at home clinic (record kept at Fort Meade), 2 dx casts for | |
| | pre-surgical coordination, rebonded #11 for mesial rotation and tip, retied 20 Niti | |
| | upper aw, retied lower 19 X 25 SS with PC 6-6. NV Check #11 and discuss set up. | |
| | PROCEDURES: A9999(x1), D0470(x1), D8670(x1), L0001(x1) | |
| | (Continued) | |

| PATIENT'S NAME: MERWIN DANIEL DENNIS | SSN: ███████ |
|---|---|

SF 603A (SIDE 2)

| SECTION II.  CHRONOLOGICAL RECORD OF DENTAL CARE | PAGE:    3 |
|---|---|

| 8.  RESTORATIONS AND TREATMENTS *(Completed during service)* | 9.  SUBSEQUENT DISEASES AND ABNORMALITIES |
|---|---|



REMARKS | REMARKS

### 10.  SERVICES PROVIDED

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, PROVIDER, TREATMENT FACILITY *(Sign each entry)* | CLASS |
|---|---|---|
| 11 Aug 2016 | (Continued) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 11 Aug 2016 08:27:00 AM CST] | 2 |
| 13 Sep 2016 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history -no changes, placed | |
| | 18 X 25 niti upper aw, retied lower 19 X 25 SS. NV Check #11,15. | |
| | PROCEDURES: A9999(x1), D8670(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 13 Sep 2016 10:00:00 AM CST] | 2 |
| 24 Oct 2016 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, retied | |
| | 19 X 25 SS lower aw, placed 19 X 25 SS with PC 6-6 lower /7-7 upper. NV Check space | |
| | distal #11. | |
| | PROCEDURES: A9999(x1), D8670(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 24 Oct 2016 09:07:00 AM CST] | 2 |
| 05 Dec 2016 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, retied | |
| | both arches with PC 7-7. NV Dx casts for surgical planning. | |
| | PROCEDURES: A9999(x1), D8670(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 05 Dec 2016 08:59:00 AM CST] | 2 |
| 04 Jan 2017 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, 2 dx | |
| | casts, retied both arches (19 X 25 SS) with PC 6-6. NV Discuss set up. | |
| | PROCEDURES: D0470(x1), D8670(x1), U0001(x1), W9999(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 04 Jan 2017 11:39:00 AM CST] | 2 |
| 01 Feb 2017 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, | |
| | discussed set up for Lefort adv, models show adequate transverse although | |
| | compensated, retied both arches, referred to OS for 2nd look eval. NV Retie / | |
| | possible surgical lugs. | |
| | PROCEDURES: D8670(x1), W9999(x1) | |
| | (Continued) | |

| PATIENT'S NAME:   MERWIN DANIEL DENNIS | SSN: ███ |
|---|---|

SF 603A (SIDE 2)

SECTION II.  CHRONOLOGICAL RECORD OF DENTAL CARE                     PAGE:     4

| 8. RESTORATIONS AND TREATMENTS *(Completed during service)* | 9. SUBSEQUENT DISEASES AND ABNORMALITIES |
|---|---|



| REMARKS | REMARKS |
|---|---|

**10.  SERVICES PROVIDED**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, PROVIDER, TREATMENT FACILITY *(Sign each entry)* | CLASS |
|---|---|---|
| 01 Feb 2017 | (Continued) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 01 Feb 2017 01:30:00 PM CST] | 2 |
| 07 Mar 2017 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, retied | |
| | both arches with PC lower 6-6. NV surgical lugs - for 20 APR surgery. | |
| | PROCEDURES: D8670(x1), W9999(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 07 Mar 2017 09:56:00 AM CST] | 2 |
| 05 Apr 2017 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, 4 dx | |
| | casts for OS, soldered surgical lugs for Lefort adv (27 APR). NV Pre-op with OS. | |
| | PROCEDURES: D0470(x1), D8670(x1), U0014(x1), W9999(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 05 Apr 2017 09:09:00 AM CST] | 1 |
| 07 Jun 2017 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Oral Maxillofacial Surgery)] | |
| | 6 weeks s/p lefort 1 single piece advancement presenting for routine follow-up. 0/10 | |
| | pain. Has been following post-operative hygiene and diet. Pain well controlled. Good | |
| | nutrition and normal bowel movements. Sensation has continued to improved at midface. | |
| | Patient has finished with endo tx of tooth #12 in interim. PMH reviewed no changes. | |
| | AFVSS. EOE: Mild midface edema bilaterally consistent with surgery. V2 with | |
| | hypoesthesia bilaterally, intact to level A. Nares patient without rhinorrhea. IOE: | |
| | Patient biting in stable and repeatable occlusion without splint. No evidence of open | |
| | bite. Max midline coincident with MSP. Incisions are well healed. No erythema, | |
| | edema, hyperemia, or discharge. No pain on percussion at #12. Healthy appearing soft | |
| | tissue environment. Overall good hygiene. A/P: 6 week sp lefort 1 advancement with | |
| | stable and uneventful post-operative course. Patient has progressed well and | |
| | finished with RCT by endo for tooth #12. Big 3 imaging taken today and revealed | |
| | adequate fixation and occlusion. Jaw relation in good position. No concerning | |
| | abnormalities. POI provided. Patient to return to normal diet and activity. Patient | |
| | to see COL Terp next week to start orthodontic phase of treatment. He will visit med | |
| | photo for post-op pictures. He was also provided copies of records for tx. Left in | |
| | good spirits and pleased with result. FU prn. Peters R3 SDW Dr Jensen | |
| | PROCEDURES: D0140(x1), D0330(x1), D0340(x1), W9999(x1) | |
| | (Continued) | |

| PATIENT'S NAME:   MERWIN DANIEL DENNIS | | SSN:   ███ |
|---|---|---|

SF 603A (SIDE 2)

| SECTION II. CHRONOLOGICAL RECORD OF DENTAL CARE | PAGE: 5 |
|---|---|

| 8. RESTORATIONS AND TREATMENTS *(Completed during service)* | 9. SUBSEQUENT DISEASES AND ABNORMALITIES |
|---|---|



REMARKS

REMARKS

### 10. SERVICES PROVIDED

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, PROVIDER, TREATMENT FACILITY *(Sign each entry)* | CLASS |
|---|---|---|
| 07 Jun 2017 | (Continued) | |
| | PROVIDER: JENSEN DAMON TY, LCDR, USN, DC, NPI ID: 1851598437 | |
| | [Signed by JENSEN DAMON TY: 08 Jun 2017 06:59:00 AM CST] | 1 |
| 14 Jun 2017 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, | |
| | patient presents 6 weeks post Lefort adv, removed surgical aw''s, placed 17 X 25 TMA | |
| | both arches with PC 7-7, TTB elastics #2/31, class I impalas 4-5''s. NV Check | |
| | settling and #2. | |
| | PROCEDURES: D8670(x1), W9999(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 14 Jun 2017 10:13:00 AM CST] | 2 |
| 12 Jul 2017 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, retied | |
| | both arches with PC lower 7-7, upper 6-6, LCT lower posteriors, TTB elastics #2/31, | |
| | continue impalas. NV Check 7''s and space distal to #11. | |
| | PROCEDURES: D8670(x1), W9999(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 12 Jul 2017 08:19:00 AM CST] | 2 |
| 08 Aug 2017 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Periodic ortho tx, time out, pain 0/10, reviewed medical history - no changes, | |
| | patient noticed palatal tissue "peeling off" for the past week, upon examination, | |
| | marginal palatal gingiva #6-11 extremely inflamed and erythematous, consulted oral | |
| | path - possible desquamative gingivitis, recommend prophy with RDH, Rx for peridex | |
| | 473 ml written rinse 1 time per day for 14 days, re-eval in 10-14 days. Retied both | |
| | arches, elastics nights only. 2 dx photos. NV Check settling. | |
| | PROCEDURES: D8670(x1), W9999(x1) | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 08 Aug 2017 02:37:00 PM CST] | 2 |
| 07 Sep 2017 | [TREATMENT LOCATION: Walter Reed National Military Medical Center - Clinic (Hospital Dentistry)] | |
| | Comp adult orthodontic debond, time out, pain 0/10, reviewed medical history - no | |
| | changes noted, patient requests appliance removal - is happy with occlusion / | |
| | esthetics, 4 dx casts, 8 dx photos, pano, lat ceph, anterior PA''s, BTW''s utilized | |
| | ultrasonic scaler, orthodontic retention, inserted Essix retainers with written | |
| | POI''s. NV Hawley insert. | |
| | (Continued) | |

| PATIENT'S NAME: MERWIN DANIEL DENNIS | SSN: ███ |
|---|---|

SF 603A (SIDE 2)

| SECTION II.  CHRONOLOGICAL RECORD OF DENTAL CARE | PAGE:    6 |
|---|---|

| 8.  RESTORATIONS AND TREATMENTS *(Completed during service)* | 9.  SUBSEQUENT DISEASES AND ABNORMALITIES |
|---|---|



REMARKS

REMARKS

**10.  SERVICES PROVIDED**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, PROVIDER, TREATMENT FACILITY *(Sign each entry)* | CLASS |
|---|---|---|
| | PROCEDURES: D0220(x1), D0230(x1), D0274(x1), D0330(x1), D0340(x1), D0350(x1), D4341(x1), D8090(x1), D868( | |
| | | |
| | PROVIDER: COL TERP ALFRED JEROME, NPI ID: 1093790495 | |
| | [Signed by TERP ALFRED JEROME: 07 Sep 2017 08:36:00 AM CST] | 2 |

| PATIENT'S NAME:   MERWIN DANIEL DENNIS | SSN: ▮ |
|---|---|

SF 603A (SIDE 2)

AR 3400



# General Internal Medicine Service

*Medical Home Team Fox River (301) 295-0196 office ; (301) 295-4630 fax*

08 August 2017

From:        Martin R. Linker, MD,   Medical Home Fox River, WRNMMC

To:          Command for Petty Officer Third Class Daniel D. Merwin

Subj:        Clarification of/ Addendum to NAVMED 6100/5 dated 13 June 2017
             PO3 Daniel D. Merwin

Ref:         Participation in PT

1. I am the Primary Care Manager at WRNMMC for this SM. I saw him on 27 July 2017 and again on 07 August 2017. His diagnoses include Generalized Anxiety Disorder, Major Depressive Disorder, and Irritable Bowel Syndrome with Diarrhea.

2. PO3 Merwin should be excused from and not participate in Company Level PT, marching, or standing. He should participate in PT at his own pace. He may stand for up to 30 minutes. He must be excused to use sanitary bathroom facilities if necessary.

If you have any questions, please contact me directly at martin.r.linker.ctr@mail.mil.

*Mart R Link* MD

---

# Walter Reed National Military Medical Center Bethesda
# 8901 Wisconsin Avenue  Bethesda, MD 20889

AR 3401



**DEFENSE HEALTH AGENCY**
WALTER REED NATIONAL MILITARY MEDICAL CENTER
GASTROENTEROLOGY SERVICE
8901 WISCONSIN AVENUE
BETHESDA, MD 20889-5600

**Service Chief**
LTC Dawn Torres, MD

**Clinical Services & Research**
MAJ(P) Fouad Moawad, MD
**Director - Fellowship Program**
CDR Patrick Young, MD
**Director – Endoscopic Services**
MAJ(P) Jeffrey Laczek, MD

**Staff Providers**

Anita Bhushan, MD
Lawrence Goldkind, MD
Maria Sjogren, MD, COL USA RET
Roy Wong, MD, COL USA RET
MAJ Michael Asike, MD
CDR John Bassett, MD USN
MAJ Ryan Kwok, MD
LCDR Manish Singla, MD
Helen Copsey, PA-C
Marylyn Ezenyi, CRNP
Jose Balinas, PA-C, LT USN RET

October 11th, 2016

To Whom It May Concern,

PO1 Daniel Merwin (██████1985) is followed in our clinic for a chronic medical condition that can impact his day to day functioning. Please take this under consideration if/when PO1 Merwin requests reasonable accomodations to his work schedule.

Please feel free to contact me directly with any questions or concerns.

Sincerely,

**COPSEY.HELEN.CHRISTINA.1393890351**
Digitally signed by COPSEY.HELEN.CHRISTINA.139389031
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=CONTRACTOR, cn=COPSEY.HELEN.CHRISTINA.1393890351
Date: 2016.10.11 11:43:25 -04'00'

Helen Copsey, PA-C
301-400-0552
Helen.C.Copsey.ctr@mail.mil

AR 3402

# RECORD OF MILITARY PROCESSING - ARMED FORCES OF THE UNITED STATES
*(Read Privacy Act Statement and Instructions on back before completing this form)*

Form Approved
OMB No. 0704-0173
Expires Oct 31, 2006

The public reporting burden for this collection of information is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0173), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.
**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ORGANIZATION.**

| A. SERVICE PROCESSING FOR | B. PRIOR SERVICE: | C. SELECTIVE SERVICE CLASSIFICATION | D. SELECTIVE SERVICE REGISTRATION NO. |
|---|---|---|---|
| NAVY  D\|N\|R | ☐ YES  ☒ NO  NUMBER OF DAYS: | NONE | 85 - 075622 3-2 |

## SECTION I - PERSONAL DATA

**1. SOCIAL SECURITY NUMBER** ▓▓▓▓

**2. NAME** *(Last, First, Middle Name (end Maiden, if any), Jr., Sr., etc)*
MERWIN DANIEL DENNIS

**3. CURRENT ADDRESS** *(Street, City, County, State, Country, ZIP Code)*
▓▓▓▓
BETHLEHEM, LEHIGH, PA, US

**4. HOME OF RECORD ADDRESS** *(Street, City, County, State, Country, ZIP Code)*
SAME AS BLOCK 3

**5. CITIZENSHIP** *(X one)*
- ☒ U.S. AT BIRTH *(If this box is marked, also X (1) or(2))*
  - ☒ (1) NATIVE BORN
  - ☐ (2) BORN ABROAD OF U.S. PARENT(S)  ALIEN REGISTRATION NUMBER *(if issued)*
- ☐ b. U.S. NATURALIZED
- ☐ c. U.S. NON-CITIZEN NATIONAL
- ☐ d. IMMIGRANT ALIEN *(Specify)*
- ☐ e. NON-IMMIGRANT FOREIGN NATIONAL *(Specify)*

**6. SEX** *(X one)*
- ☒ a. MALE
- ☐ b. FEMALE

**7.a. RACIAL CATEGORY** *(X one or more)*
| (1) AMERICAN INDIAN/ ALASKA NATIVE | (4) NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER |
| (2) ASIAN | ☒ (5) WHITE |
| (3) BLACK OR AFRICAN AMERICAN | |

**7.b. ETHNIC CATEGORY**
- ☐ (1) HISPANIC OR LATINO
- ☒ (2) NOT HISPANIC OR LATINO

**8. MARITAL STATUS** *(Specify)*
SINGLE

**9. NUMBER OF DEPENDENTS**
0

| 10. DATE OF BIRTH *(YYYYMMDD)* | 11. RELIGIOUS PREFERENCE *(Optional)* | 12. EDUCATION *(Yrs/Highest Ed Gr Completed)* | 13. PROFICIENT IN FOREIGN LANGUAGE *(If Yes, specify. If No, enter NONE.)* | 1st | 2nd |
|---|---|---|---|---|---|
| 19850216 | NONE | 12L | NONE | | |

| 14. VALID DRIVER'S LICENSE *(X One)* *(If Yes, list State, number and expiration date)* | 15. PLACE OF BIRTH *(City, State, Country)* |
|---|---|
| ☒ YES  ☐ NO   NJ  M2786 15364 02855   EXP:01-31-2007 | RIVERSIDE, CA, US |

## SECTION II - EXAMINATION AND ENTRANCE DATA PROCESSING CODES
*(FOR OFFICE USE ONLY - DO NOT WRITE IN THIS SECTION - Go on to page 2, Question 20.)*

**16. APTITUDE TEST RESULTS**

| a. TEST ID | b. TEST SCORES | | GS | AR | WK | PC | MK | EI | AS | MC | AO | VE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 E | AFQT PERCENTILE | 55 | 61 | 61 | 57 | 56 | 56 | 56 | 56 | 56 | 52 | 50 |

**17. DEP ENLISTMENT DATA**

| a. DATE OF DEP ENLISTMENT *(YYYYMMDD)* | b. PROJ ACTIVE DUTY DATE *(YYYYMMDD)* | c. ES | d. RECRUITER IDENTIFICATION | e. PROGRAM ENLISTED FOR |
|---|---|---|---|---|
| 20050113 | 20051101 | 3 | 012000000 | C4429 |

| f. T-E MOS/AFS | g. WAIVER (2) (3) (4) (5) (6) | h. PAY GRADE |
|---|---|---|
| AR | YYY | E01 |

**18. ACCESSION DATA**

| a. ENLISTMENT DATE *(YYYYMMDD)* | b. ACTIVE DUTY SERVICE DATE *(YYYYMMDD)* | c. PAY ENTRY DATE *(YYYYMMDD)* | d. TOE |
|---|---|---|---|
| 20051101 | 20051201 | 20051101 | 4 |

| e. WAIVER (2) (3) (4) (5) (6) | f. PAY GRADE | g. DATE OF GRADE *(YYYYMMDD)* | h. ES | i. YRS./HIGHEST ED GR COMPL |
|---|---|---|---|---|
| YYY | E01 | 20051101 | 1 | 12L |

| j. RECRUITER IDENTIFICATION | k. PROGRAM ENLISTED FOR | l. T-E MOS/AFS | m. PMOS/AFS | n. YOUTH | o. OA | p. TRANSFER TO (UIC) |
|---|---|---|---|---|---|---|
| | C4429 | AR | | YYONY | M3 | 0646 |

**19. SERVICE**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2 | 0 | 0 | 6 | | | 0 | 5 | | 3 | 5 | 3 | 5 | | | 0 | 1 | | 7 | 0 | 6 | |
| 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 |
| 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 |
| Y | Y | | | | X | | | O | | | | | | | O | | | | | O | | 6 | | | | | | |
| 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 100 | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 | 109 | 110 |
| 1 | | | | | | | | | | Y | | | | | | | | | | | | | | | | | | | |
| 111 | 112 | 113 | 114 | 115 | 116 | 117 | 118 | 119 | 120 | 121 | 122 | 123 | 124 | 125 | 126 | 127 | 128 | 129 | 130 | 131 | 132 | 133 | 134 | 135 | 136 | 137 | 138 | 139 | 140 |

**DD FORM 1966/1, OCT 2005 (Rtools)**   PREVIOUS EDITIONS ARE OBSOLETE

OFFICIAL RECORD COPY

| 20. NAME (Last, First, Middle Initial) | 21. SOCIAL SECURITY NUMBER |
|---|---|
| **MERWIN DANIEL DENNIS** | ███████ |

## SECTION III - OTHER PERSONAL DATA

**22. EDUCATION**

a. List all high schools and colleges attended. (List dates in YYYYMM format.)

| (1) FROM | (2) TO | (3) NAME OF SCHOOL | (4) LOCATION | (5) GRADUATE YES | NO |
|---|---|---|---|---|---|
| 199909 | 200306 | **HACKETTSTOWN** HIGH SCHOOL | HACKETTSTOWN, NJ | X | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | YES | NO |
|---|---|---|---|
| b. Have your ever been enrolled in ROTC, Junior ROTC, Sea Cadet Program or Civil Air Patrol? | | | DM |

**23. MARITAL/DEPENDENCY STATUS AND FAMILY DATA**
*(If "Yes," explain in Section VI, "Remarks")*

| | YES | NO |
|---|---|---|
| a. Is anyone dependent upon you for support? | | DM |
| b. Is there any court order or judgment in effect that directs you to provide alimony or support for children? | | DM |
| c. Do you have an <u>immediate relative</u> (father, mother, brother, or sister) who: (1) is now a prisoner of war or is missing in action (MIA); or (2) died or became 100% permanently disabled while serving in the Armed Services? | | DM |
| d. Are you the only living child in your immediate family? | | DM |

**24. PREVIOUS MILITARY SERVICE OR EMPLOYMENT WITH THE U.S. GOVERNMENT**
*(If "Yes," explain in Section VI, "Remarks.")*

| | YES | NO |
|---|---|---|
| a. Are you now or have you ever been in any regular or reserve branch or the Armed Forces or in the Army National Guard or Air National Guard? | | DM |
| b. Have you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States? | | DM |
| c. Are you now or have you ever been a deserter from any branch of the Armed Forces of the United States? | | DM |
| d. Have you ever been employed by the United States Government? | | DM |
| e. Are you now drawing, or do you have an application pending, or approval for: retired pay, disability allowance, severance pay, or a pension from any agency of the government of the United States? | | DM |

**25. ABILITY TO PERFORM MILITARY DUTIES**
*(If "Yes," explain in Section VI, "Remarks.")*

| | YES | NO |
|---|---|---|
| a. Are you now or have you ever been a conscientious objector? (That is, do you have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious belief or training?) | | DM |
| b. Have you ever been discharged by any branch of the Armed Forces of the United States for reasons pertaining to being a conscientious objector? | | DM |
| c. Is there anything which would preclude you from performing military duties or participating in military activities whenever necessary (i.e., do you have any personal restrictions or religious practices which would restrict your availability)? | | DM |

**26. DRUG USE AND ABUSE** *(If "Yes," explain in Section VI, "Remarks.")*
Have you ever tried, used, sold, supplied, or possessed any narcotic (to include heroin or cocaine), depressant (to include quaaludes), stimulant, hallucinogen (to include LSD or PCP), or cannabis (to include marijuana or hashish), or any mind-altering substance (to include glue or paint), or anabolic steroid, except as prescribed by a licensed physician?

| | | DM |
|---|---|---|

Page 2

**DD FORM 1966/2, OCT 2005 (Rtools)**

OFFICIAL RECORD COPY

AR 3404

| 27. NAME *(Last, First, Middle Initial)* | 28. SOCIAL SECURITY NUMBER |
|---|---|
| **MERWIN DANIEL DENNIS** | |

## SECTION IV - CERTIFICATION

**29. CERTIFICATION OF APPLICANT** *(Your signature in this block must be witnessed by your recruiter.)*

a. I certify that the information given by me in this document is true, complete, and correct to the best of my knowledge and belief. I understand that I am being accepted for enlistment based on the information provided by me in this document; that if any of the information is knowingly false or incorrect, I could be tried in a civilian or military court and could receive a less that honorable discharge which could affect my future employment opportunities.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. SIGNATURE | d. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|
| **MERWIN DANIEL DENNIS** | *Daniel Dennis Merwin* | 20051012 |

**30. DATA VERIFICATION BY RECRUITER** *(Enter description of the actual documents used to verify the following items.)*

| a. NAME *(X one)* | b. AGE *(X one)* | c. CITIZENSHIP *(X one)* |
|---|---|---|
| X (1) BIRTH CERTIFICATE | X (1) BIRTH CERTIFICATE | X (1) BIRTH CERTIFICATE |
| (2) OTHER *(Explain)* | (2) OTHER *(Explain)* | (2) OTHER *(Explain)* |
| d. SOCIAL SECURITY NUMBER (SSN) *(X one)* | e. EDUCATION *(X one)* | f. OTHER DOCUMENTS USED |
| X (1) SSN CARD | X (1) DIPLOMA | **SEE SECTION VI** |
| (2) OTHER *(Explain)* | (2) OTHER *(Explain)* | |

**31. CERTIFICATION OF WITNESS**

a. I certify that I have witnessed the applicant's signature above and that I have verified the data in the documents required as prescribed by my directives. I further certify that I have not made any promises or guarantees other than those listed and signed by me. I understand my liability to trial by courts-martial under the Uniform Code of Military Justice should I effect or cause to be effected the enlistment of anyone known by me to be ineligible for enlistment.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. PAY GRADE | d. RECRUITER I.D. | e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|---|---|
| **LEVAN, TERRY W.** | E-6 | | *Terry Levan* | 20051012 |

**32. SPECIFIC OPTION/PROGRAM ENLISTED FOR, MILITARY SKILL, OR ASSIGNMENT TO A GEOGRAPHICAL AREA GUARANTEES**

a. SPECIFIC OPTION/PROGRAM ENLISTED FOR *(Completed by Guidance Counselor, MEPS Liaison NCO, etc., as specified by sponsoring service.)* *(Use clear text English)* FOUR YEAR OBLIGATOR AVIATION BOATSWAINMATE (HANDLING) CLASS "A" SCHOOL GUARANTEE (4YO/SG-ABH);  ACTIVE DUTY DATE:  2005NOV01

| b. I fully understand that I will not be guaranteed any specific military skill or assignment to a geographic area except as shown in Item 32.a. above and annexes attached to my Enlistment/Reenlistment Document (DD Form 4). | c. APPLICANT'S INITIALS DDM |
|---|---|

**33. CERTIFICATION OF RECRUITER OR ACCEPTOR**

a. I certify that I have reviewed all information contained in this document and, to the best of my judgment and belief, the applicant fulfills all legal policy requirements for enlistment. I accept him/her for enlistment on behalf of the United States (Enter Branch of Service)  **NAVY**  and certify that I have not made any promises or guarantees other than those listed in item 32.a. above. I further certify that service regulations governing such enlistments have been strictly complied with and any waivers required to effect applicant's enlistment have been secured and are attached to this document.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. PAY GRADE | d. RECRUITER I.D. OR ORGANIZATION | e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|---|---|
| BROWN, BRYAN C. | E-6 | | *BC Brown* | 20051012 |

## SECTION V - RECERTIFICATION

**34. RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY**

a. I have reviewed all information contained in this document this date. That information is still correct and true to the best of my knowledge and belief. If changes were required, the original entry has been marked "See Item 34" and the correct information is provided below.

| b. ITEM NUMBER | c. CHANGE REQUIRED |
|---|---|
| | *A/O Chg 2605* |
| | |
| | |
| | |
| | |

| d. APPLICANT | | e. WITNESS | | |
|---|---|---|---|---|
| (1) SIGNATURE | (2) DATE SIGNED *(YYYYMMDD)* | (1) TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | (2) RANK/ GRADE | (3) SIGNATURE |
| *Daniel Dennis Merwin* | 20051101 | Williamson, John | ES-04 | |

**DD FORM 1966/3, OCT 2005 (RTools)**                                                            Page 3

OFFICIAL RECORD COPY

| 35. NAME (Last, First, Middle Initial) | 36. SOCIAL SECURITY NUMBER |
|---|---|
| **MERWIN DANIEL DENNIS** | |

## SECTION VI - REMARKS
(Specify items(s) being continued by item number. Continue on separate pages if necessary.)

12OCT2005:  I have personally sighted Daniel Dennis Merwin's original birth certificate issued by the State of California.  I certify the reproduced document is a true copy of the original and provided for reference purpose only.

_____ Recruiter          _____ RINC

12OCT2005:  I have personally sighted Daniel Dennis Merwin's original Social Security Number Card issued by the Social Security Administration.  I certify the reproduced document is a true copy of the original and provided for reference purpose only.

_____ Recruiter          _____ RINC

12OCT2005:  I have personally sighted Daniel Dennis Merwin's original High School Diploma issued by Hackettstown High School.  I certify the reproduced document is a ture copy of the original and provided for reference purpose only.

_____ Recruiter          _____ RINC

| DD FORM 1966/5 ATTACHED? (X one) | YES | |
|---|---|---|
| | NO | |

## SECTION VII - STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS

**37. NAME CHANGE**

If the preferred enlistment name (name given in Item 2) is not the same as on your birth certificate, and it has not been changed by legal procedure prescribed by state law, and it is the same as on your social security number card, complete the following:

| a. NAME AS SHOWN ON BIRTH CERTIFICATE | b. NAME AS SHOWN ON SOCIAL SECURITY NUMBER CARD |
|---|---|
| | |

c. I hereby state that I have not changed my name through any court or other legal procedure; that I prefer to use the name of _____ by which I am known in the community as a matter of convenience and with no criminal intent.  I further state that I am the same person as the person whose name is shown in item 2.

**d. APPLICANT**

| (1) SIGNATURE | (2) DATE SIGNED (YYYYMMDD) |
|---|---|
| | |

**e. WITNESS**

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) PAY GRADE | (3) SIGNATURE |
|---|---|---|
| | | |

DD FORM 1966/4, OCT 2005 (Rtools)

Page 4

OFFICIAL RECORD COPY

| 35. NAME (Last, First, Middle Initial) | 36. SOCIAL SECURITY NUMBER |
|---|---|
| **MERWIN DANIEL DENNIS** | ▇▇▇▇▇▇ |

## SECTION VI - REMARKS

(Specify items(s) being continued by item number. Continue on separate pages if necessary.)

CLASSIFICATION INTERVIEW CONDUCTED THIS DATE: 20051013 :

ASVAB  01E    ADMINISTERED ON   20051012  . AFQT: 55    :

GS:61 , AR:51 , WK:5V , PC:50 , MK:56 , EI:56 , AS:56 , MC:56 , AO:52 , VE 50 .

R. F. CARR, FCI(SW), USN, ENLISTED CLASSIFIER, ▇▇▇▇▇▇

DD FORM 369 NOT SENT TO LAW ENFORCEMENT AGENCIES.

R. F. CARR, FCI(SW), USN, ENLISTED CLASSIFIER, ▇▇▇▇▇▇

| | | |
|---|---|---|
| | **DD FORM 1966/5** | YES |
| | **ATTACHED?** (X one) | NO |

## SECTION VII - STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS

**37. NAME CHANGE**

If the preferred enlistment name (name given in Item 2) is not the same as on your birth certificate, and it has not been changed by legal procedure prescribed by state law, and it is the same as on your social security number card, complete the following:

| a. NAME AS SHOWN ON BIRTH CERTIFICATE | b. NAME AS SHOWN ON SOCIAL SECURITY NUMBER CARD |
|---|---|
| | |

c. I hereby state that I have not changed my name through any court or other legal procedure; that I prefer to use the name of _____ by which I am known in the community as a matter of convenience and with no criminal intent.  I further state that I am the same person as the person whose name is shown in Item 2.

**d. APPLICANT**

| (1) SIGNATURE | (2) DATE SIGNED (YYYYMMDD) |
|---|---|
| | |

**e. WITNESS**

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) PAY GRADE | (3) SIGNATURE |
|---|---|---|
| | | |

**DD FORM 1966/4, OCT 2005 (Rtools)**

Page 4

OFFICIAL RECORD COPY

# REPORT OF MEDICAL EXAMINATION

| 1. DATE OF EXAMINATION *(YYYYMMDD)* | 2. SOCIAL SECURITY NUMBER |
|---|---|
| 20051013 | ▮▮▮▮ |

## PRIVACY ACT STATEMENT

**AUTHORITY:** 10 USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397.
**PRINCIPAL PURPOSE(S):** To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members from the Armed Forces.
**ROUTINE USE(S):** None.
**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

| 3. LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | 4. HOME ADDRESS *(Street, Apartment Number, City, State and ZIP Code)* | 5. HOME TELEPHONE NUMBER |
|---|---|---|
| MERWIN DANIEL DENNIS | BETHLEHEM, PA ▮▮▮▮ | ▮▮▮▮ |

| 6. GRADE | 7. DATE OF BIRTH *(YYYYMMDD)* | 8. AGE | 9. SEX | 10.a. RACIAL CATEGORY *(X one or more)* | | | | b. ETHNIC CATEGORY |
|---|---|---|---|---|---|---|---|---|
| CIVILIAN | 1985 | (20) | ☐ Female  ☒ Male | ☐ American Indian or Alaska Native  ☐ Asian | ☒ Black or African American  ☒ White | ☐ Native Hawaiian or Other Pacific Islander | | ☐ Hispanic/Latino  ☒ Not Hispanic/Latino |

| 11. TOTAL YEARS GOVERNMENT SERVICE | | 12. AGENCY *(Non-Service Members Only)* | 13. ORGANIZATION UNIT AND UIC/CODE |
|---|---|---|---|
| a. MILITARY ○ | b. CIVILIAN ○ | DN | |

| 14.a. RATING OR SPECIALTY *(Aviators Only)* | b. TOTAL FLYING TIME | c. LAST SIX MONTHS |
|---|---|---|
| | | |

| 15.a. SERVICE | b. COMPONENT | c. PURPOSE OF EXAMINATION | | 16. NAME OF EXAMINING LOCATION, AND ADDRESS *(Include ZIP Code)* |
|---|---|---|---|---|
| ☐ Army  ☐ Coast Guard  ☒ Navy  ☐ Marine Corps  ☐ Air Force | ☒ Active Duty  ☐ Reserve  ☐ National Guard | ☒ Enlistment  ☐ Commission  ☐ Retention  ☐ Separation | ☐ Medical Board  ☐ Retirement  ☐ U.S. Service Academy  ☐ ROTC Scholarship Program  ☐ Other | HARRISBURG MEPS 4641 Westport Drive Mechanicsburg, PA 17055-4843 |

## CLINICAL EVALUATION *(Check each item in appropriate column. Enter "NE" if not evaluated.)*

| | Normal | Abnorm | NE |
|---|---|---|---|
| 17. Head, face, neck, and scalp | ✓ | | |
| 18. Nose | ✓ | | |
| 19. Sinuses | ✓ | | |
| 20. Mouth and throat | ✓ | | |
| 21. Ears - General *(Int. and ext. canals/Auditory acuity under item 71)* | ✓ | | |
| 22. Drums *(Perforation)* | ✓ | | |
| 23. Eyes - General *(Visual acuity and refraction under items 61 - 63)* | ✓ | | |
| 24. Ophthalmoscopic | ✓ | | |
| 25. Pupils *(Equality and reaction)* | ✓ | | |
| 26. Ocular motility *(Associated parallel movements, nystagmus)* | ✓ | | |
| 27. Heart *(Thrust, size, rhythm, sounds)* | ✓ | | |
| 28. Lungs and chest *(Include breasts)* | ✓ | | |
| 29. Vascular system *(Varicosities, etc.)* | ✓ | | |
| 30. Anus and rectum *(Hemorrhoids, Fistulae) (Prostate if indicated)* | ✓ | | |
| 31. Abdomen and viscera *(Include hernia)* | ✓ | | |
| 32. External genitalia *(Genitourinary)* | ✓ | | |
| 33. Upper extremities | ✓ | | |
| 34. Lower extremities *(Except feet)* | ✓ | | |
| 35. Feet *(See Item 35 Continued)* | ✓ | | |
| 36. Spine, other musculoskeletal | ✓ | | |
| 37. Identifying body marks, scars, tattoos | ✓ | | |
| 38. Skin, lymphatics | ✓ | | |
| 39. Neurologic | ✓ | | |
| 40. Psychiatric *(Specify any personality deviation)* | ✓ | | |
| 41. Pelvic *(Females only)* | | | ✓ |
| 42. Endocrine | ✓ | | |

**44. NOTES:** *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)*

| 43. DENTAL DEFECTS AND DISEASE *(Please explain. Use dental form if completed by dentist. If dental examination not done by dental officer, explain in item 44.)* |
|---|
| ☒ Acceptable  ☐ Not Acceptable  Class ___ |

## 35. FEET (Continued) (Circle category)

N - Normal Arch
C - Pes Cavus
P - Pes Planus

1 - Mild    A - Asymptomatic
2 - Moderate
3 - Severe   S - Symptomatic

**DD FORM 2808, OCT 2005**

DoD exception to SF 88 approved by ICMR, August 3, 2000.
PREVIOUS EDITION IS OBSOLETE.

DESIGNED USING MIRS, USMEPCOM; OUSD(P&R)
OVERPRINT/EXCEPTION APPROVED, MAY 7, 2001

Page 1 of 4 Pages

NATIONAL RECORD COPY

| LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | | DNR | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| **MERWIN, DANIEL DENNIS** | | | |

## LABORATORY FINDINGS

| 45. URINALYSIS | a. Albumin NEG | 46. URINE HCG | 47. H/H | 48. BLOOD TYPE |
|---|---|---|---|---|
| | b. Sugar NEG | | | |

| TESTS | RESULTS | | | | | SECOND SPECIMEN ID LABEL |
|---|---|---|---|---|---|---|
| | FIRST TEST | CODE | SECOND TEST | CODE | | |
| 49. HIV | | | | | 615122489 | |
| 50. DRUGS | | | | | | |
| 51. ALCOHOL | | | | | 06095320   Initial: | |
| 52. OTHER | | | | | | |
| a. PAP SMEAR | | | | | 20051013 | |
| b. EKG | | | | | (YYYYMMDD) | |
| c. CXR | | | | | | |

## MEASUREMENTS AND OTHER FINDINGS

| 53. HEIGHT | 54. WEIGHT | 55.a. MIN WGT - MAX WGT | 55.b. ACTUAL BF % - MAX BF % | 56. TEMPERATURE | 57. PULSE |
|---|---|---|---|---|---|
| 6800 | 110 lbs. | 181 | | | 96 |

| 58. BLOOD PRESSURE | | | 59. RED/GREEN (Army Only) | 60. OTHER VISION TEST: | |
|---|---|---|---|---|---|
| a. 1ST | b. 2ND | c. 3RD | | a. COLOR HAIR | b. COLOR EYES |
| SYS. 131 | SYS. | SYS. | | Red | Right: |
| DIAS. 74 | DIAS. | DIAS. | | | Left: Other |

| 61. DISTANT VISION | | 62. REFRACTION BY AUTOREFRACTION OR MANIFEST | | | 63. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| Right 20/ 40 | Corr. to 20/ 20 | By 100 | S 1050 CX 180 | | Right 20/ 20 | Corr. to 20/ | by |
| Left 20/ 50 | Corr. to 20/ 20 | By 075 | S 100 CX 180 | | Left 20/ 20 | Corr. to 20/ | by |

| 64. HETEROPHORIA (Specify distance) | | | | | | | |
|---|---|---|---|---|---|---|---|
| ES | EX | R.H. | L.H. | Prism div. | Prism Conv CT | NPR | PD |

| 65. ACCOMMODATION | | 66. COLOR VISION (Test used and result) | 67. DEPTH PERCEPTION (Test used and score) AFVT | |
|---|---|---|---|---|
| Right | Left | PIP PASSED 96 /14 | Uncorrected | Corrected |

| 68. FIELD OF VISION | 69. NIGHT VISION (Test used and score) | 70. INTRAOCULAR TENSION | |
|---|---|---|---|
| | | O.D. | O.S. |

| 71a. AUDIOMETER | Unit Serial Number 11242539 | | | | | 71b. Unit Serial Number | | | | | | 72a. READING ALOUD TEST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Calibrated (YYYYMMDD) 20041111 | | | | | | Date Calibrated (YYYYMMDD) | | | | | | | |
| HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | | SAT | UNSAT |
| Right | 05 | 10 | 15 | 15 | 15 | 05 | Right | | | | | | | 72b. VALSALVA |
| Left | 10 | 15 | 15 | 20 | 10 | 15 | Left | | | | | | | SAT | UNSAT |

**73. NOTES** (Continued) AND SIGNIFICANT OR INTERVAL HISTORY (Use additional sheets if necessary.)

OFFICIAL RECORD COPY

AR 3409

**DD FORM 2808, OCT 2005**

| LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | DNR | SOCIAL SECURITY NUMBER |
|---|---|---|
| **MERWIN, DANIEL DENNIS** | | |

**74.a. EXAMINEE/APPLICANT** *(check one)*

☑ IS QUALIFIED FOR SERVICE IN SPF **DNR**

☐ IS NOT QUALIFIED FOR SERVICE

**75.** I have been advised of my disqualifying condition. I have been advised to see my private medical care provider within **24-48-72 hours/30 days / Routine Follow-up** (circle one) for further evaluation and/or treatment.

| a. SIGNATURE OF EXAMINEE | b. DATE (YYYYMMDD) |
|---|---|
| | |

**b. PHYSICAL PROFILE**

| P | U | L | H | E | S | X | PROFILER INITIALS | DATE (YYYYMMDD) |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | ⌒ | DS | 20051013 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**76. SIGNIFICANT OR DISQUALIFYING DEFECTS**

| ITEM NO. | MEDICAL CONDITION/DIAGNOSIS | ICD CODE | PROFILE SERIAL | RBJ DATE (YYYYMMDD) | QUALI-FIED | DIS-QUALI-FIED | EXAMINER INITIALS | WAIVER RECEIVED SERVICE | DATE (YYYYMMDD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**77. SUMMARY OF DEFECTS AND DIAGNOSES** *(List diagnoses with item numbers)(Use additional sheets if necessary.)*

**78. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED** *(Specify) (Use additional sheets if necessary.)*

**79. MEPS WORKLOAD** *(For MEPS use only)*

| WKID | ST | DATE (YYYYMMDD) | INITIAL | WKID | ST | DATE (YYYYMMDD) | INITIAL |
|---|---|---|---|---|---|---|---|
| | P | 20050908 | | | | | |
| | P | 20051101 | | | | | |

**80. MEDICAL INSPECTION DATE** 20051101

| HT | WT | %BF | MAX WT | HCG | QUAL | DISQ | PHYSICIAN'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| 6450 | 176 | | | | ✓ | | |
| | | | | | | | |
| | | | | | | | |

**81.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER**
DENNIS S. ELY, M.D.

b. SIGNATURE

**82.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER**

b. SIGNATURE

**83.a. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN** *(Indicate which)*

b. SIGNATURE

**84.a. TYPED OR PRINTED NAME OF REVIEWING OFFICER/APPROVING AUTHORITY**
JOSEPH F. ROMATO, M.D.
Chief Medical Officer     20051013

b. SIGNATURE

**85.** This examination has been administratively reviewed for completeness and accuracy.

| a. SIGNATURE | b. GRADE | c. DATE (YYYYMMDD) |
|---|---|---|
| | 65C4 | |

**88. WAIVER GRANTED** *(If yes, date and by whom)*
☐ YES
☐ NO

**87. NUMBER OF ATTACHED SHEETS**

**DD FORM 2808, OCT 2005**

SIGNED USING MIRS, USMEPCOM; OUSD(P&R)
REPRINT/EXCEPTION APPROVED, MAY 7, 2001

Page 4 of 4 Pages



# REPORT OF MEDICAL HISTORY

**(This information is for official and medically confidential use only and will not be released to unauthorized persons.)**

Form Approved
OMB No. 0704-0413
Expires Oct 31, 2006

The public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate of Information Operations and Reports (0704-0413), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no persons shall be subject to any penalty for failing to comply with a collection of information if it does not display a current valid OMB control number.

**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM AS INDICATED ON PAGE 2.**

**PRIVACY ACT STATEMENT**

**AUTHORITY:** 10 USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397.
**PRINCIPAL PURPOSES(S):** To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members for the Armed Forces.
**ROUTINE USE(S):** None.
**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

**WARNING:** The information you have given constitutes an official statement. Federal law provides severe penalties (up to 5 years confinement or a $10,000 fine or both), to anyone making a false statement. If you are selected for enlistment, commission, or entrance into a commissioning program based on a false statement, you can be tried by military courts-martial or meet an administrative board for discharge and could receive a less than honorable discharge that would affect your future.

| 1. LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | 2. SOCIAL SECURITY NUMBER | 3. TODAY'S DATE (YYYYMMDD) |
|---|---|---|
| **MERWIN** <br> DANIEL DENNIS | ▮▮▮▮▮ | 20051013 |

**4. a. HOME ADDRESS** *(Street, Apartment No., City, State, ZIP Code)*

BETHLEHEM, PA

**b. HOME TELEPHONE** *(Include Area Code)*

**5. EXAMINING LOCATION AND ADDRESS** *(Include ZIP Code)*

**Harrisburg Meps**
4641 Westport Drive
Mechanicsburg, PA  17055-4843

**X ALL APPLICABLE BOXES:**

**7. a. POSITION** *(Title, Grade, Component)*
CIVILIAN

**b. USUAL OCCUPATION**
Technical Care Representive

| 6.a. SERVICE | | b. COMPONENT | | c. PURPOSE OF EXAMINATION | | |
|---|---|---|---|---|---|---|
| [X] Army | [ ] Coast Guard | [X] Active Duty | [X] Enlistment | [ ] Medical Board | [ ] Other *(Specify)* | |
| [X] Navy | | [ ] Reserve | [ ] Commission | [ ] Retirement | | |
| [ ] Marine Corps | | [ ] National Guard | [ ] Retention | [ ] U.S. Service Academy | | |
| [ ] Air Force | | | [ ] Separation | [ ] ROTC Scholarship Program | | |

**8. CURRENT MEDICATIONS** *(Prescription and Over-the-counter)*

None

**9. ALLERGIES** *(Including insect bites/stings, foods, medicine or other substance)*

None

**Mark each item "YES" or "NO".**

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO | 12. (Continued) | YES | NO |
|---|---|---|---|---|---|
| 10. a. Tuberculosis | ○ | ⊘ | f. Foot trouble *(e.g., pain, corns, bunions, etc.)* | ○ | ⊘ |
| b. Lived with someone who had tuberculosis | ○ | ⊘ | g. Impaired use of arms, legs, hands, or feet | ○ | ⊘ |
| c. Coughed up blood | ○ | ⊘ | h. Swollen or painful joint(s) | ○ | ⊘ |
| d. Asthma or any breathing problems related to exercise, weather, pollens, etc. | ○ | ⊘ | i. Knee trouble *(e.g., locking, giving out, pain or ligament injury, etc.)* | ○ | ⊘ |
| e. Shortness of breath | ○ | ⊘ | j. Any knee or foot surgery including arthroscopy or the use of a scope to any bone or joint | ○ | ⊘ |
| f. Bronchitis | ○ | ⊘ | k. Any need to use corrective devices such as prosthetic devices, knee brace(s), back support(s), lifts or orthotics, etc. | ○ | ⊘ |
| g. Wheezing or problems with wheezing | ○ | ⊘ | l. Bone, joint, or other deformity | ○ | ⊘ |
| h. Been prescribed or used an inhaler | ○ | ⊘ | m. Plate(s), screw(s), rod(s) or pin(s) in any bone | ○ | ⊘ |
| i. A chronic cough or cough at night | ○ | ⊘ | n. Broken bone(s) *(cracked or fractured)* | ○ | ⊘ |
| j. Sinusitis | ○ | ⊘ | 13. a. Frequent indigestion or heartburn | ○ | ⊘ |
| k. Hay fever | ○ | ⊘ | b. Stomach, liver, intestinal trouble, or ulcer | ○ | ⊘ |
| l. Chronic or frequent colds | ○ | ⊘ | c. Gall bladder trouble or gallstones | ○ | ⊘ |
| 11. a. Severe tooth or gum trouble | ○ | ⊘ | d. Jaundice or hepatitis *(liver disease)* | ○ | ⊘ |
| b. Thyroid trouble or goiter | ○ | ⊘ | e. Rupture/hernia | ○ | ⊘ |
| c. Eye disorder or trouble | ○ | ⊘ | f. Rectal disease, hemorrhoids or blood from the rectum | ○ | ⊘ |
| d. Ear, nose, or throat trouble | ○ | ⊘ | g. Skin diseases *(e.g. acne, eczema, psoriasis, etc.)* | ○ | ⊘ |
| e. Loss of vision in either eye | ○ | ⊘ | h. Frequent or painful urination | ○ | ⊘ |
| f. Worn contact lenses or glasses | ⊘ | ○ | i. High or low blood sugar | ○ | ⊘ |
| g. A hearing loss or wear a hearing aid | ○ | ⊘ | j. Kidney stone or blood in urine | ○ | ⊘ |
| h. Surgery to correct vision *(RK, PRK, LASIK, etc.)* | ○ | ⊘ | k. Sugar or protein in urine | ○ | ⊘ |
| 12. a. Painful shoulder, elbow or wrist *(e.g. pain, dislocation, etc.)* | ○ | ⊘ | l. Sexually transmitted disease *(syphilis, gonorrhea, chlamydia, genital warts, herpes, etc.)* | ○ | ⊘ |
| b. Arthritis, rheumatism, or bursitis | ○ | ⊘ | 14. a. Adverse reaction to serum, food, insect stings or medicine | ○ | ⊘ |
| c. Recurrent back pain or any back problem | ○ | ⊘ | b. Recent unexplained gain or loss of weight | ○ | ⊘ |
| d. Numbness or tingling | ○ | ⊘ | c. Currently in good health *(If no, explain in Item 29 on page 2)* | ⊘ | ○ |
| e. Loss of finger or toe | ○ | ⊘ | d. Tumor, growth, cyst, or cancer | ○ | ⊘ |

Page 1 of 4 Pages

**DD FORM 2807-1, OCT 2003**

DoD exception to SF 93 approved by ICMR, August 3, 2000.

DESIGNED USING MIRS, USMEPCOM: OUSD(P&R)
OVERPRINT/EXCEPTION APPROVED, MAY 7, 2001

AR 3411

| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| **MERWIN, DANIEL DENNIS** | |

Mark each item "YES" or "NO".

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO |
|---|---|---|
| 15. a. Dizziness or fainting spells | ○ | ☑ |
| b. Frequent or severe headache | ○ | ☑ |
| c. A head injury, memory loss or amnesia | ○ | ☑ |
| d. Paralysis | ○ | ☑ |
| e. Seizures, convulsions, epilepsy or fits | ○ | ☑ |
| f. Car, train, sea, or air sickness | ○ | ☑ |
| g. A period of unconsciousness or concussion | ○ | ☑ |
| h. Meningitis, encephalitis, or other neurological problems | ○ | ☑ |
| 16. a. Rheumatic fever | ○ | ☑ |
| b. Prolonged bleeding (as after an injury or tooth extraction, etc.) | ○ | ☑ |
| c. Pain or pressure in the chest | ○ | ☑ |
| d. Palpitation, pounding heart or abnormal heartbeat | ○ | ☑ |
| e. Heart trouble or murmur | ○ | ☑ |
| f. High or low blood pressure | ○ | ☑ |
| 17. a. Nervous trouble of any sort (anxiety or panic attacks) | ○ | ☑ |
| b. Habitual stammering or stuttering | ○ | ☑ |
| c. Loss of memory or amnesia, or neurological symptoms | ○ | ☑ |
| d. Frequent trouble sleeping | ○ | ☑ |
| e. Received counseling of any type | ○ | ☑ |
| f. Depression or excessive worry | ○ | ☑ |
| g. Been evaluated or treated for a mental condition (If yes, fully explain in Item 29 below.) | ○ | ☑ |
| h. Attempted suicide | ○ | ☑ |
| i. Used illegal drugs or abused prescription drugs | ○ | ☑ |
| 18. FEMALES ONLY. Have you ever had or do you now have: | | |
| a. Treatment for a gynecological (female) disorder | ○ | ○ |
| b. A change of menstrual pattern | ○ | ○ |
| c. Any abnormal PAP smears | ○ | ○ |
| d. First day of last menstrual period (YYYYMMDD). | | |
| e. Date of last PAP smear (YYYYMM). | | |

Mark each item "YES" or "NO". For Items 19 - 28, every item marked "YES" must be fully explained in Item 29 below.

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO |
|---|---|---|
| 19. Have you been refused employment or been unable to hold a job or stay in school because of: | | |
| a. Sensitivity to chemicals, dust, sunlight, etc. | ○ | ☑ |
| b. Inability to perform certain motions | ○ | ☑ |
| c. Inability to stand, sit, kneel, lie down, etc. | ○ | ☑ |
| d. Other medical reasons (If yes, give reasons.) | ○ | ☑ |
| 20. Have you ever been treated in an Emergency Room? (If yes, for what?) | ○ | ☑ |
| 21. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | ○ | ☑ |
| 22. Have you ever had, or have you been advised to have any operations or surgery? (If yes, describe and give age at which occurred.) | ☑ | ○ |
| 23. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) | ☑ | ○ |
| 24. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) | ○ | ☑ |
| 25. Have you ever been rejected for military service for any reason? (If yes, give date and reason for rejection.) | ○ | ☑ |
| 26. Have you ever been discharged from military service for any reason? (If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability.) | ○ | ☑ |
| 27. Have you ever received, is there pending, or have you ever applied for pension or compensation for any disability or injury? (If yes, specify what kind, granted by whom, and what amount, when, why.) | ○ | ☑ |
| 28. Have you ever been denied life insurance? | ○ | ☑ |

**29. EXPLANATION OF "YES" ANSWERS** (Describe answer(s), give date(s) of problem, name of doctor(s) and/or hospital(s), treatment given and current medical status.)

㉒ tonsillectomies, Hudit Done, 200409

㉓ w(D) Chicken Pox

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED, MARK ENVELOPE "TO BE OPENED BY MEDICAL PERSONNEL ONLY."

**DD FORM 2807-1, OCT 2003**    DoD exception to SF 93 approved by ICMR, August 3, 2000.    AR 3412    Page 2 of 4 Pages

DESIGNED USING MIRS, USMEPCOM; OUSD(P&R)
OVERPRINT/EXCEPTION APPROVED, MAY 7, 2001

| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| **MERWIN, DANIEL DENNIS** | |

**30. EXAMINER'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA** *(Physician/practitioner shall comment on all positive answers in questions 8 - 29. Physician/practitioner may develop by interview any additional medical history deemed important, and record any significant findings here.)*

a.    COMMENTS

22    Tonsillectomy – 2004, Sept
age 19.

23.    UCD churchipox.

| QUESTIONING REVEALS | YES | NO | DETAILS |
|---|---|---|---|
| MARIJUANA USE | | ✓ | |
| OTHER DRUG ABUSE | | ✓ | |
| ALCOHOL ABUSE | | ✓ | |

EXAMINEE. I certify the information on this form is true and complete to the best of my knowledge and belief, and no person has advised me to conceal or falsify any information about my physical and mental history.   I further understand that I may be requested to provide medical documentation regarding issues within my medical history. I authorize any of the doctors, hospitals, clinics or insurance company(ies) to furnish the Department of Defense medical authority a complete transcript of my medical record for purposes of processing my application for military service.



EXAMINEE SIGNATURE          20051013

| b.   TYPED OR PRINTED NAME OF EXAMINER | c.   SIGNATURE | d.   DATE SIGNED (YYYYMMDD) |
|---|---|---|
| | | 20051013 |

**DD FORM 2807-1, OCT 2003**    DoD exception to SF 93 approved by ICMR, August 3, 2000.    Page 3 of 4 Pages

DESIGNED USING MIRS, USMEPCOM: OUSD(P&R)
OVERPRINT/EXCEPTION APPROVED: MAY 7, 2001
AR 3413

**PROCESSEE/ENLISTEE RECORD**

*** PRIVACY ACT PL93-579 APPLIES ***

SSN

## PERSONAL

| | | |
|---|---|---|
| SSN | SPF DNR | PMS: N  DAYS: 0000  DMDC: N |
| | | SSN: R  ARN:  ENTNAC: F |
| NAME (Last, First, Middle, Suffix) | | HIV: R  DRUG: R |
| MERWIN | | |
| DANIEL | | P-SSN: |
| DENNIS | | P-LNAME: |

|  P  A  M  D  E  H • O | SSC: |
|---|---|
|  V  P  P  A  B    B | SS#: |
|       7      1 | |
| PROJ FOR:  7      1 | |
| WKID RPTD: | |
| L-TRANS: B001B  USER: LEITZEL  RID: 6 | PROCESSING DATE |
| L-DOA: 2005-11-01  L-SYNC: 20051101/073949 | 2005-11-01 |

| ADDRESS | TYPE B | STREET, CITY, COUNTY, STATE, COUNTRY, ZIP CODE |
|---|---|---|
| | | BETHLEHEM 42077 PA US |

| CTZN CA | ARN | SEX M | RACIAL E | ETHNIC B | MARITAL A | #DEP 0 | DOB 1985- | REL 01 | EDUC 12L | F LANGUAGE 1 -    2 - | NONE |

| DRV LIC | FLAG Y | ST NJ | # M27861536402855 | EXP DATE 2007-01-31 | POB | CITY, STATE, COUNTRY RIVERSIDE CA US | RECRUITER ID/SSN-STATION ID / 20015 |

## INS

| CURRENT MEDICAL INSURER NAME | CURRENT MEDICAL PROVIDER NAME |
|---|---|
| NONE | NONE |
| MEDICAL INSURER ADDRESS (Street, City, State, Country, ZIP Code) | MEDICAL PROVIDER ADDRESS (Street, City, State, Country, ZIP Code) |

## TESTING

| ENLIST | AFQT 55 | TID 01E | DOT 2005-10-12 | ST P | M-SITE 061992 | SPECIAL | TYPE CS | SCORE 10000033 | DOT 2005-10-12 |

| | GS | AR | WK | PC | MK | EI | AS | MC | AO | VE |
|---|---|---|---|---|---|---|---|---|---|---|
| | 61 | 51 | 51 | 50 | 56 | 56 | 56 | 56 | 52 | 50 |
| COMPOSITES: | GT | EL | BEE | ENG | MEC | ME2 | NUC | OPS | HM | ADM |
| | 101 | 224 | 224 | 112 | 163 | 159 | 213 | 209 | 167 | 106 |

ADMINISTRATOR:          MANUAL - AUTHORIZATION:          Eligible Date: 2005-11-12

## MEDICAL

| SF88:  PRESCREEN: | PHYSICAL: 2005-10-13 | INSP: 2005-11-01 | HIV | SPECIMEN 06095320 | DOT 2005-10-13 | RSLT 5B | RSLT-DATE 2005-10-17 |
|---|---|---|---|---|---|---|---|

RBJ:          ELIGIBILITY:

| X-RAY NXT | EQP N | PIP P | R/G X | AUDIO: | 05 | 10 | 20 | 30 | 40 | 60 |
|---|---|---|---|---|---|---|---|---|---|---|
| HGT 68.5 | | FLNT X | | RIGHT: | 05 | 10 | 15 | 15 | 15 | 05 |
| WGT 116 | | AFVT X | | LEFT: | 10 | 15 | 15 | 10 | 15 | |

| DRUG | 06095320 | 2005-10-13 | N | | 2005-10-18 |
|---|---|---|---|---|---|

| FAT | | P | U | L | H | E | S | X |
|---|---|---|---|---|---|---|---|---|
| HAIR RED | DISTANT  NEAR | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| EYES OTHER/OTHER | R: 020/020  020/020 | | | | | | | |
| BP 131/074 | L: 020/020  020/020 | WVR N  CNSLT N  HCG | | | | | ALCO | M |
| | REFRAC M | | | | | | | |
| | FAIL | ICDCODE | | | | | | |

ALCO  2005-10-13  N

## DEP

| DEP DOE 2005-10-13 | PADD 2005-11-01 | ES 3 | RECRUITER INFO 012000000 / 00000 | PEF C4A29 | T-E MOS/AFS AR | WAIVER CODE YYY | PAY GRADE E01 |

| DEP DISCHARGE | |
|---|---|
| DATE | |
| REASON | |
| SPF | |

SERVICE
REQUIRED CODES:

DATE

## ACCESSION

| ACC DOE 2005-11-01 | ADSD 2005-11-01 | PED 2005-11-01 | TOE 4 | WAIVER CODE YYY | PAY GRADE E01 | DOG 2005-11-01 |

| ES 1 | EDUC 12L | RECRUITER INFO          00000 | PEF A4A29 | T-E MOS/AFS AR | PMOS/AFS 000000 | YOUTH YY0 | OA WY | TRANSFER TO (UIC) N30646 | 368 N |

REASON

SPF

SERVICE
REQUIRED CODES:

| 1 2 3 4 5 6 7 8 9 10 | 1 2 3 4 5 6 7 8 9 20 | 1 2 3 4 5 6 7 8 9 30 | 1 2 3 4 5 6 7 8 9 40 |
|---|---|---|---|
| 1 1 1 2 0 0 6 | 0 5 1 0 3 1 3 2 1 7 | 1 1 7 0 6 0 1 0 0 0 | 0 0 0 0 0 0 0 0 0 0 |
| 1 2 3 4 5 6 7 8 9 60 | 1 2 3 4 5 6 7 8 9 70 | 1 2 3 4 5 6 7 8 9 80 | 1 2 3 4 5 6 7 8 9 90 |
| 0 0 0 0 0 0 0 0 Y | Y Y Y Y Y 0 X 0 0 | 0 0 0 | C 6 9 1 1 6 R E D O  T H |
| 1 2 3 4 5 6 7 8 9 00 | 1 2 3 4 5 6 7 8 9 10 | 1 2 3 4 5 6 7 8 9 20 | 1 2 3 4 5 6 7 8 9 30 | 1 2 3 4 5 6 7 8 9 40 |
| Y | | | | |

DATE

REASON

SPF

OFFICIAL RECORD COPY



AR 3414
AR 680-3ADP

## BACKGROUND

**PMS INFO**

P-SPF | DATE RCVD

**SSN**

| DATE SUB | RSLT | DATE RCVD | FOREIGN BORN | DATE DEATH | DEATH SOURCE |
|---|---|---|---|---|---|
| 2005-10-12 | R | 2005-10-14 | A | .. | |

**ARN**

| DATE SUB | CASE # | DATE CASE # | RSLT | DATE CLSD | DOB | POB-CTRY | STATUS CTZN WORK |
|---|---|---|---|---|---|---|---|
| L-NAME: | | | | USCIS INFO | | | |
| F-NAME: | | | | | | | |

**ENTNAC**

| PATH | DATE SUB | CASE # | DATE CASE # | RSLT | AGY | DATE CLSD | TYPE NAME |
|---|---|---|---|---|---|---|---|
| M | 2005-10-13 | 60010467 | | F | | 2005-10-20 | ALIAS |

**PEI/PAI**

TYPE APPLY TO   DATE INTVWD   DATE CLRD   REMARKS

## DISCREPANCIES

REMARKS | REASON

# WORK HISTORY

| REJ | WKID | DOA/TIME | SYNC | MEPS | OWN | SPF | USERNAME | REJ | WKID | DOA/TIME | SYNC | MEPS | OWN | SPF | USERNAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B001B | 20051101/074111 | N | A06 | P | DNR | LEITZEL | | | | | | | | |
| | B070P | 20051101/070521 | Y | A06 | P | DNR | TAYLOR | | | | | | | | |
| | B006F | 20051021/051241 | Y | A06 | P | DNR | USMIRSDB | | | | | | | | |
| | B0D0P | 20051018/051215 | Y | A06 | P | DNR | USMIRSDB | | | | | | | | |
| | B050P | 20051017/051319 | Y | A06 | P | DNR | USMIRSDB | | | | | | | | |
| | B006S | 20051014/051056 | Y | A06 | P | DNR | USMIRSDB | | | | | | | | |
| | V000S | 20051014/050528 | Y | A06 | P | DNR | USMIRSDB | | | | | | | | |
| | B006M | 20051013/123338 | Y | A06 | P | DNR | REED | | | | | | | | |
| | B002A | 20051013/123335 | Y | A06 | P | DNR | REED | | | | | | | | |
| | J000V | 20051013/122750 | Y | A06 | P | DNR | REED | | | | | | | | |
| | B010P | 20051013/105257 | Y | A06 | P | DNR | TAYLOR | | | | | | | | |
| | B800P | 20051012/183440 | Y | A06 | P | DNR | LOLAS | | | | | | | | |
| | B100P | 20051012/183440 | Y | A06 | P | DNR | LOLAS | | | | | | | | |
| | A000V | 20051012/124457 | Y | A06 | P | DNR | BROWN | | | | | | | | |

DATE: 2005-11-01

TIME: 0741





680-3ADP

OFFICIAL RECORD COPY

| 1. Name (Last, First, Middle) | | 2a. SSN | 2b. Initial (To indicate valid SSN) | 3a.SVC | 3b. Reporting Unit Code Duty Station |
|---|---|---|---|---|---|
| **MERWIN DANIEL DENNIS** | | | | DNR | |

| 4. Spouse's Name/Address | SINGLE |
|---|---|

| 5. Children's Names/Relationship/ Date of Birth (YYMMDD)/ Address | None |
|---|---|
| | |
| | |
| | |

| 6. Father's Name/Address | |
|---|---|
| | BELVIDERE NJ |

| 7. Mother's Name/Address | |
|---|---|
| | LEXINGTON SC |

| 8. Do Not Notify Due to Ill Health | a. | b. Notify Instead |
|---|---|---|

| 9. Beneficiary(ies) for DG - If No Surviving Spouse or Child / Address / Percentage | | 100 % |
|---|---|---|
| | BELVIDERE, NJ FATHER | |

| 10. Beneficiary(ies) for Unpaid Pay/ Allowances/Address/Percentage | | 100 % |
|---|---|---|
| | BELVIDERE, NJ FATHER | |

| 11. Allotment Designee/Percentage if Missing* | |
|---|---|
| | * Subject to Secretarial Determination |

| 12. Insurance (SGLI & Other Insurance Companies/Policy Nos.) | a. SGLI (Optional Service Use) ☐ Maximum  ☐ No  ☐ Other (Amount) | b. Insurance Companies/Policy Numbers |
|---|---|---|

| 13. Continuation/Remarks |
|---|
| |

| 14. Signature of Servicemember (Include Rank/Grade/Rate) | 15. Signature of Witness (Include Rank/Grade/Rate) | 16. Date Signed (YYMMDD) |
|---|---|---|
| Daniel Deng Merm F1 | Sally Bud BS-C1 | 05 10 01 |

## Privacy Act Statement

**AUTHORITY:** 10 USC 1475 to 1480 and 2771, 38 USC 770, 44 USC 3101, and 26 9397, November 1943 (SSN).

**PRINCIPAL PURPOSES:** This form is used to designate beneficiaries for certain benefits in the event of the servicemember's death. It is a guide for the disposition of that member's pay and allowances if captured, missing or interned. It also shows names and addresses of the person(s) the servicemember desires to be notified in case of emergency or death. The purpose of soliciting the SSN is to provide positive identification.

**ROUTINE USES:** This form is a component in the Casualty Notification file series appropriate to each branch of the Military Services. It is to be used by casualty offices to notify a servicemember's next of kin of that member's injury, illness, or death. The member designates the person(s) to receive any unreceived pay and allowances and death gratuity benefits. Additional information concerning wills, insurance policies, and other personal data to be used in settling personal affairs in the event of the member's death may be included on this form. Release of personal identifier information to the member's finance office is required for appropriate distribution of pay and allowance benefits to designated beneficiaries of missing or interned servicemembers. This form is strictly for internal Service record purposes.

**DISCLOSURE:** Voluntary, however, failure to provide personal identifier information may delay notification of the servicemember's status or may handicap processing of benefits to designated beneficiaries.

**INSTRUCTIONS TO SERVICEMEMBER:** This extremely important form is to be used by you to show the names and addresses of your spouse, children, parents, and any other person(s) you would like notified if you become a casualty, and, to designate beneficiaries for certain benefits if you die. IT IS YOUR RESPONSIBILITY to keep your Record of Emergency Data up to date to show your desires as to beneficiaries to receive certain death payments, and to show changes in your family or other dependents listed, for example, as a result of marriage, civil court action, death, or address change. Regarding your designation in Item 11, "Allotment if Missing" (if used by your Service), please read the following statement carefully, and sign on the line provided.

I fully understand that, if I am captured, missing, or interned, my designation of allotments to dependents from my pay and allowances serves only as a guide to the Secretary of my Service. The Secretary may alter my designated allotment in the best interests of myself, my dependents, or the United States Government.

Daniel Den Merm
SIGNATURE OF SERVICEMEMBER

**RECORD OF EMERGENCY DATA**
**DD Form 93, MAY 89**

Previous editions are
AR 84416

# ENLISTMENT/REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 USC 3331; 32 USC 708; 44 USC 708 and 3101; 10 USC 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSE(S):** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USE(S):** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

---

### A. ENLISTEE/REENLISTEE IDENTIFICATION DATA

**1. NAME** *(Last, First, Middle)*
**MERWIN DANIEL DENNIS**

**2. SOCIAL SECURITY NUMBER**
▮▮▮▮▮▮

**3. HOME OF RECORD** *(Street, City, State, ZIP Code)*
▮▮▮▮▮▮
BETHLEHEM, PA ▮▮▮▮▮▮

**4. PLACE OF ENLISTMENT/REENLISTMENT** *(Mil. Installation, City, State)*
HARRISBURG MEPS
MECHANICSBURG, PA 17055-4843

**5. DATE OF ENLISTMENT/ REENLISTMENT** *(YYYYMMDD)*
20051013

**6. DATE OF BIRTH** *(YYYYMMDD)*
1985▮▮

| 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. TOTAL ACTIVE MILITARY SERVICE | | | |
| b. TOTAL INACTIVE MILITARY SERVICE | | | |

---

### B. AGREEMENTS

**8.** I am enlisting/reenlisting in the United States *(list branch of service)* **NAVAL RESERVE** this date for **8** years and **00** weeks beginning in pay grade **E-1**. The additional details of my enlistment/reenlistment are in Section C and Annex(es) **A**.

**a. FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP):**

I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by *(list date (YYYYMMDD))* **0600  20051101** for enlistment in the Regular component of the United States *(list branch of service)* **NAVY** for not less than **4** years and **00** weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is **NOT** creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

**b. REMARKS:** *(If none, so state.)*   **NONE**

**c.** The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**

*(Initials of Enlistee/Reenlistee)* JDM

*(Continued on reverse side.)*

**DD FORM 4/1, JAN 2001**     PREVIOUS EDITION MAY BE USED.



## C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

**9. FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces **REGARDLESS** of the provisions of this enlistment/reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

**10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

a. **FOR ALL ENLISTEES:** If this is my initial enlistment, I must serve a total of eight (8) years. Any part of that service not served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty as prescribed by law, if I am a member of the Selected Reserve.

**11. FOR ENLISTEES/REENLISTEES IN THE NAVY, MARINE CORPS, OR COAST GUARD:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** Completion of this form constitutes registration with the Selective Service System in accordance with the Military Selective Service Act. Incident thereto the Department of Defense may transmit my name, permanent address, military address, Social Security Number, and birthdate to the Selective Service System for recording as evidence of the registration.



| NAME OF ENLISTEE/REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO OF ENLISTEE/REENLISTEE |
|---|---|
| MERWIN DANIEL DENNIS | |

## D. CERTIFICATION AND ACCEPTANCE

**13a.** My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

**I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW:** *(If none, X "NONE" and initial.)*  ☒ **NONE** DDM *(Initials of enlistee/reenlistee)*

| b. SIGNATURE OF ENLISTEE/REENLISTEE | c. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| *Daniel Denny Merwin* | 20051013 |

### 14. SERVICE REPRESENTATIVE CERTIFICATION

a. On behalf of the United States *(list branch of service)* ___ NAVY ___ ,
I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| BROWN BRYAN C | E-6 | USN RECRUITING DISTRICT |
| e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* |
| *BC Brown* | 20051013 | PITTSBURGH PA 15222 |

## E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

### 15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):
I, DANIEL DENNIS MERWIN _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

### 16. IN THE NATIONAL GUARD (ARMY OR AIR):
I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of _____ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of _____ and the orders of the officers appointed over me, according to law and regulations. So help me God.

### 17. IN THE NATIONAL GUARD (ARMY OR AIR):
I do hereby acknowledge to have voluntarily enlisted/reenlisted this _____ day of _____, in the _____ National Guard and as a Reserve of the United States *(list branch of service)* _____ with membership in the _____ National Guard of the United States for a period of _____ years, _____ months, _____ days, under the conditions prescribed by law, unless sooner discharged by proper authority. a

| 18a. SIGNATURE OF ENLISTEE/REENLISTEE | b. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| X *Daniel Denny Merwin* | 20051013 |

### 19. ENLISTMENT/REENLISTMENT OFFICER CERTIFICATION
a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| FEIGHT WESLEY L | O-4 | HARRISBURG MEPS |
| e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* |
| *[signature]* | 20051013 | MECHANICSBURG PA 17055-4843 |

**DD Form 4/2, JAN 2001**  PREVIOUS EDITION MAY BE USED.

OFFICIAL RECORD COPY



| NAME OF ENLISTEE/REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO OF ENLISTEE/REENLISTEE |
|---|---|
| MERWIN DANIEL DENNIS | |

## F. DISCHARGE FROM DELAYED ENTRY/ENLISTMENT PROGRAM

**20a.** I request to be discharged from the Delayed Entry/Enlistment Program (DEP) and enlisted in the Regular

Component of the United States *(list branch of service)* **NAVY** _____ for a period of

___ **4** ___ years and ___ **00** ___ weeks.   No changes have been made to my enlistment options **OR**

if changes were made they are recorded on Annex(es) **NA** _____

_____ which replace(s) Annex(es) **NA** _____.

| b. SIGNATURE OF DELAYED ENTRY/ENLISTMENT PROGRAM ENLISTEE | c. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| *Daniel Denny Merwin* | 20051101 |

## G. APPROVAL AND ACCEPTANCE BY SERVICE REPRESENTATIVE

**21. SERVICE REPRESENTATIVE CERTIFICATION**

a. This enlistee is discharged from the Reserve Component shown in item 8 and is accepted for enlistment in the

Regular Component of the United States *(list branch of service)* **NAVY** _____ in pay grade **E-1** .

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| BROWN BRYAN C | E-6 | USN RECRUITING DISTRICT |
| e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* 20051101 | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* PITTSBURGH PA 15222 |

## H. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**22a. IN A REGULAR COMPONENT OF THE ARMED FORCES:**

I, __DANIEL DENNIS MERWIN__ _____ , do solemnly swear (or affirm) that I will support and

defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith

and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of

the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me

God.

| b. SIGNATURE OF ENLISTEE/REENLISTEE | c. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| *Daniel Denny Merwin* | 20051101 |

**23. ENLISTMENT OFFICER CERTIFICATION**

a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| WILLIAMS THEODORE | O-3 | HARRISBURG MEPS |
| e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* 20051101 | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* MECHANICSBURG PA 17055-4843 |

**DD Form 4/3, JAN 2001**         PREVIOUS EDITION MAY BE USED.



**ENLISTMENT GUARANTEES**

_____MERWIN DANIEL DENNIS_____ ████████

**NAME   (LAST, FIRST, MIDDLE JR.ETC)**                                          **SSN**

1. **ACKNOWLEDGEMENT**:  In connection with my enlistment into the United States Navy,  I hereby acknowledge that:

    a. I am enlisting into the U.S. Navy for an active duty period of _four_ years and, at the same time, I agree to extend my enlistment for _N/A_ months to meet the obligations of the _N/A_____ program. I am enlisting with the following guarantees and understandings:

    b. Upon enlistment, I will be enlisting under the provisions of Commander, Navy Recruiting Command Instruction 1130.8 option or options as indicated below:

Option (1) ~~AVIATION BOATSWAIN'S MATE (HANDLING) CLASS "A" SCHOOL GUARANTEE (4YO/SG-ABH)~~ _____

Option (2) N/A _____

Option (3) N/A _____

Option (4) N/A _____

2. I understand that I must be fully qualified at all times throughout my obligated service for all security, professional, military, physical, psychological and academic requirements of the options guaranteed in section 1b and that my eligibility will be rechecked during recruit training and periodically throughout my enlistment.

3. The Navy will enroll me in the training specified above.  If during the periodic reviews of my eligibility, I am found no longer eligible for the options listed in 1b above because of information I provided in my enlistment application; because of a physical or psychological disqualification, or because of some reason that is not due to my fault, negligence, or conduct, I may only choose one of the following options:

    a. Reassignment to an "A" school for which I am qualified and a vacancy exists, or
    b. Navy apprentice training for which I am qualified and a vacancy exists.

In any event, the Navy may, at its option, choose to discharge me.

4. If I am not enrolled in the training guarantee specified in section 1b above because of some reason that is due to my own fault, negligence or conduct or if I am disenrolled from it for and other reason not specified in paragraph 3, then I lose that guarantee and at the Navy's option remain subject to continued naval service.  I also understand:

    a. If I am retained, I may be required to serve the rest of my enlistment.  If given accelerated advancement, post-apprentice training, or an enlistment/reenlistment bonus, I may incur additional service as required by regulation.
    b. The Navy may, at its option, discharge me in accordance with law and regulation.

5. I certify that I have read and received a copy of the Classifier Rating/Program Fact Sheet for the Rating/Program for which I am enlisting, and the Statement of Understand required for Option(s) _(1)_____. I understand the obligations for the Options and training that I will receive _DDM_____.

                           (applicant's initials)

_____          _____
R F CARR, FC1(SW), USN, BYDIR20  2005-10-13          DANIEL DENNIS MERWIN          2005-10-13
(Signature of Enlisting Officer)/Date                              (Signature of Enlistee)/Date

NAVCRUIT 1133/52 (Rev. 02-05)                          Annex _A_ to DD Form 4 dated 2005-10-13

AR 3421

DIV 041 SHIP 06

**Please read the instructions before completing this form.**

# Servicemembers' Group Life Insurance Election and Certificate

| Use this form to: (check all that apply) | **Important:** This form is for use by Active Duty and Reserve members. This form does not apply to and cannot be used for any other Government Life Insurance. |
|---|---|
| ☐ Name or update your beneficiary | |
| ☐ Reduce the amount of your insurance coverage | |
| ☐ Decline insurance coverage | |

| Last name | First name | Middle name | Rank, title or grade | Social Security Number |
|---|---|---|---|---|
| MERWIN | DANIEL | DENNIS | E-1 | ███████████ |

| Branch of Service (Do not abbreviate) | Current Duty Location |
|---|---|
| UNITED STATES NAVY | RECRUIT TRAINING COMMAND, GREAT LAKES, IL 60088 |

## Amount of Insurance

By law, you are automatically insured for $250,000. *If you want $250,000 of insurance*, skip to *Beneficiary(ies) and Payment Options*. *If you want less than $250,000* of insurance, please check the appropriate block below and write the amount desired and your initials. Coverage is available in increments of $10,000. *If you do not want any insurance\**, check the appropriate block below and write (in your own handwriting), "I do not want insurance at this time."

**Declining SGLI coverage also cancels all family coverage under the SGLI program.**

■ I want coverage in the amount of $ __400,000__      Your initials __DDM__

☐ _____

(Write "I do not want insurance at this time.")

*\*Note: Reduced or refused insurance can only be restored by completing form SGLV 8285 with proof of good health and compliance with other requirements. Reduced or refused insurance will also affect the amount of VGLI you can convert to upon separation from service.*

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds. I understand that the principal beneficiary(ies) will receive payment upon my death. If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies).

| Complete Name (first, middle, last) and Address of each beneficiary | Social Security Number (if known) | Relationship to you | Share to each beneficiary (Use %, $ amounts or fractions) | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| 1. ███████████ ████ BETHLEHEM, PA ████ | | STEP MOTHER | 100% | LUMP SUM |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| ☐ Additional Principals on page 5 (check if applicable) | | | | |
| **Contingent** | | | | |
| 1. NO CONTINGENT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| ☐ Additional Contingents on page 5 (check if applicable) | | | | |

**I HAVE READ AND UNDERSTAND** the instructions on pages 2 and 3 of this form. I ALSO UNDERSTAND that:
- *This form cancels any prior beneficiary or payment instructions.*
- The proceeds will be paid to beneficiaries as stated in #6 on page 3 of this form, unless otherwise stated above.
- If I have legal questions about this form, I may consult with a military attorney at no expense to me.
- I cannot have combined SGLI and VGLI coverages at the same time for more than $250,000.

SIGN HERE IN INK ▶ *Daniel Denny Merin*      Date: __10 NOV 05__
(Your signature. Do not print.)

**Do not write in space below. For official use only.**

| WITNESSED AND RECEIVED BY: | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| ██████ | CTN | | 10 NOV 05 |

SGLV 8286, September 2003

Original Copy - Member's Official Personnel File  p. 2
Photocopy 1 - It's Member
Photocopy 2 - To Active or Reserve Component of Uniformed Service

OFFICIAL RECORD COPY

**MONTGOMERY GI BILL ACT OF 1984 (MGIB)** DIV: 041   SHIP:06
*(Chapter 30, Title 38, U.S. Code)*
**BASIC ENROLLMENT**

**PRIVACY ACT STATEMENT**

**AUTHORITY:** Chapter 30, Title 38, U.S. Code, Sections 3011, 3012, 3018A, and 3018B; and EO 9397.

**PRINCIPAL PURPOSE(S):** To document the understanding of members about their eligibility or lack of eligibility for benefits under the Montgomery GI Bill Act of 1984 (MGIB) and document a member's election to decline enrollment for benefits under the MGIB.

**ROUTINE USE(S):** To the Department of Veterans' Affairs to ascertain an individual's eligibility to claim benefits under the MGIB.

**DISCLOSURE:** Voluntary; however, failure to provide the requested information will result in the individual being automatically enrolled in the MGIB program.

### 1. SERVICE MEMBER DATA

| a. NAME *(LAST, First, Middle Initial)* | b. SOCIAL SECURITY NUMBER (SSN) |
|---|---|
| MERWIN , DANIEL D | |

### 2. STATEMENT OF UNDERSTANDING FOR INELIGIBLE MEMBERS

I am **NOT** eligible for the MGIB because (a) I am a service academy graduate, or (b) I am an ROTC scholarship graduate who received more than the current minimum amount allowed for enrollment in MGIB, or (c) I am a prior service member who disenrolled during my previous term of active duty.

| a. SERVICE MEMBER SIGNATURE | b. RANK/GRADE | c. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|
| | | |

### 3. STATEMENT OF UNDERSTANDING FOR ALL ELIGIBLE MEMBERS

(1) I am automatically enrolled unless I exercise the option to **DISENROLL** by signing item 5 below.

(2) **UNLESS I DISENROLL** from the MGIB, my basic pay will be reduced $100 per month, or the current monthly rate until $1,200 has been deducted; this basic pay reduction **CANNOT be REFUNDED, SUSPENDED OR STOPPED, this is an IRREVOCABLE DECISION.**

(3) I must complete 36 months of active duty service (24 months if my enlistment is for less than 36 months) before I am entitled to the current rate of monthly benefits. The MGIB provides benefits for a period of 36 months.

(4) I understand I am eligible for an increased monthly benefit by contributing an additional amount, not to exceed $600 while on active duty. Once I separate, I cannot contribute.

(5) I must receive an **HONORABLE** discharge for service establishing entitlement to the MGIB. This **DOES NOT** include "under honorable conditions".

(6) I must complete the requirements of a secondary school diploma or equivalency certification, or successfully complete the equivalent of 12 semester hours in a program of education leading to a standard college degree before applying for benefits with the Department of Veterans' Affairs.

(7) I have 10 years from date of last discharge from active duty to use MGIB benefits.

(8) If I die while on active duty, or within one year after discharge or release from active duty if service related, my designated beneficiary(ies) will receive the unused balance of the money reduced from my basic pay for the MGIB. This death benefit will be paid by the Department of Veterans' Affairs (DVA).

(9) I cannot receive any combination of DVA educational benefits in excess of 48 months.

(10) I must complete at least 24 months of a 3 year active duty service obligation and if my obligation is 2 years I may join and serve honorably in the Selected Reserve for a minimum of 48 months to qualify for the current active duty benefit rate. A (one) period of service **CANNOT** qualify me for both active and reserve MGIB benefits.

| a. SERVICE MEMBER SIGNATURE | b. RANK/GRADE | c. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|
| Daniel Dennis Merwin | SR/E1 | 2005 1108 |

### 4. SERVICE UNIQUE EDUCATION ASSISTANCE OPTIONS

MGIB

### 5. STATEMENT OF DISENROLLMENT

I **DO NOT** desire to participate in MGIB. I understand the benefits of the MGIB program and that I **WILL NOT** be able to enroll at a later date.

| a. DATE SIGNED *(YYYYMMDD)* | b. RANK/GRADE | c. SERVICE MEMBER SIGNATURE |
|---|---|---|
| | | |

### 6. CERTIFYING OFFICIAL

| a. TYPED OR PRINTED NAME *(LAST, First, Middle Initial)* | b. RANK/GRADE 05276 SSN | c. SIGNATURE | d. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|---|
| HOLLAND, VICTOR U | 051/E5 | | 2005 1108 |

**DD FORM 2366, JUN 2002**      PREVIOUS EDITION IS OBSOLETE.

OFFICIAL RECORD COPY

# HIV ANTIBODY TESTING ACKNOWLEDGMENT FORM

For use of this form, see USMEPCOM Reg 40-8

## FOR OFFICIAL USE ONLY

1. I acknowledge I have been informed by verbal briefing and this document that all statements apply to my medical processing.

2. Medical examinations include blood tests for the presence of antibodies to the Human Immunodeficiency Virus (HIV).

3. This virus causes Acquired Immune Deficiency Syndrome (AIDS).

4. This is not a test for AIDS. Positive tests mean persons have contracted the virus and built antibodies in their blood. Positive tests do not mean those persons have AIDS.

5. HIV tests are conducted by serum testing at contract laboratories.

6. Negative tests mean there are no detectable antibodies, but do not guarantee against future positive tests.

7. Positive tests are rechecked by different laboratory tests to confirm results.

8. Confirmed positive HIV tests are permanently disqualifying for entry into the Armed Forces.

9. MEPS physician will tell me personally if my test is positive and offer a second test to double check the accuracy of the first test.

10. MEPS physician will also tell my parents or legal guardians if my test is positive and I am a minor.

11. MEPS commander will notify my chain of command of all test results if I am a member of the Armed Forces.

12. All tests results are recorded on my medical examination and in MEPS computer records. MEPS will not remove either positive or negative results from computer records or medical forms, regardless of circumstances.

13. As part of my processing, I must give a current, correct address for notification.

14. Some states require by-name reporting of positive HIV results by the MEPS' higher headquarters. Those states are Alabama, Arizona, Colorado, Florida, Idaho, Illinois, Indiana, Minnesota, Nevada, Oklahoma, South Carolina, Tennessee, Virginia, West Virginia, and Wisconsin.

15. If a needlestick (or needlestick injury) occurs while my blood is being drawn, I understand that I will be required to provide a second blood specimen to continue processing.

16. My signature in this block indicates that I understand the HIV testing requirement, consequences of positive results, and use of all results.

**DANIEL DENNIS MERWIN**
_____
Print first, middle, and last name

████████
_____
Social security number

_____
Signature

2005 10 13
_____
Date

USMEPCOM Form 40-8-1-R-E, Mar 04



Replaces USMEPCOM Form 40-8-1-R-E,
1 Nov 98, which is obsolete.

AR 3424

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate ABHAN | 3. Desig | 4. SSN |
|---|---|---|---|---|

| 5. ACT [X] TAR [ ] INACT [ ] AT/ADSW/ 265 | 6. UIC 21533 | 7. Ship/Station LHD 2 ESSEX | 8. Promotion Status REGULAR | 9. Date Reported 06APR11 |
|---|---|---|---|---|

| Occasion for Report 10. Periodic [X] | Detachment 11. of Individual [ ] | Promotion/ 12. Frocking [ ] | 13. Special [ ] | Period of Report 14. From: 06JAN04 | 15. To: 06JUL15 |
|---|---|---|---|---|---|

| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 20. Physical Readiness P/WS | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) ST. LOUIS, K P | 23. Grade LT | 24. Desig 1310 | 25. Title DIVO | 26. UIC 21533 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Forward deployed Western Pacific-3.  COBRA GOLD '06. PVSTS: Thailand.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

PLANE HANDLER  Chock and Chain Handler-3. Responsible for the safe and expeditious movement and securing of embarked aircraft in the Hangar Bay. Performs general maintenance and upkeep of 29 divisional spaces.  WATCH:  Baggage checker-3, CONFLAG-1. LV/TT: 06JAN04-06APR11

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. | - | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. | - | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction |
| NOB [ ] | [ ] | | [ ] | [X] | [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. | - | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. | - | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. |
| NOB [ ] | [ ] | | [X] | [ ] | [ ] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. | - Actions counter to Navy's retention/ reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/ Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | - | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | - | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| NOB [ ] | [ ] | | [X] | [ ] | [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. | - Consistently unsatisfactory appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | - Excellent personal appearance. - Excellent conduct conscientiously complies with regulations. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | - Exemplary personal appearance. - Model of conduct, on and off duty. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| NOB [ ] | [ ] | | [X] | [ ] | [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. | - | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. | - | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. |
| NOB [ ] | [ ] | | [ ] | [X] | [ ] |

NAVPERS 1616/26 (03-02)

AR 3425

OFFICIAL RECORD COPY

EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)          RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | 2. Rate ABHAN | 3. Desig | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro- gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results NOB ☐ | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. ☐ | ☐ | - Reinforces others' efforts, meets commitments to team. - Understands, employs good teamwork techniques. - Accepts and offers team direction. ☒ | | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams - The best at accepting and offering team direction. ☐ |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB ☒ | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices ☐ | ☐ | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations - Clear, timely communicator. - Ensures safety of personnel and equipment. ☐ | | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. ☐ |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. 3.33 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) ASSIGNMENT IN RATING | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. *[signature]* ABH1(AW/SW) Date: 15 Jul 06 WYKES, D D, ABH1 (AW/SW) |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

- A hard working individual who has proven himself in a short period of time.  Flexible to new job assignments and continually takes positive steps to improve.

- Contributed to the safe movement of aircraft and elevator operations in the Hangar Bay in support of maintenance requirements for the embarked Air Combat Element.

- His efforts were instrumental in the completion of the rehabilitation of the Hangar Bay for the up coming Essex and PHIBRON 11 Change of Command.

- A selfless volunteer.  Donated over 8 hours of his off-duty time in Thailand to participate in a community relations project at Phirat Witthika 14 School

- Personally encourages others to strive for the highest standards.

CONT (BLK 44):  A/S32A-32 SPOTTING DOLLY OPERATOR.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
QUALIFICATIONS: 304 AIRCRAFT ELEVATOR, 303 CONFLAG STATION OPERATOR, 302 PHONE TALKER, 301 MAINTENANCE PERSON, 301 CHOCK AND CHAIN HANDLER, 302 FLIGHT DK OBSERVER.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☐  Recommended ☒ |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | X | | 48. Reporting Senior Address COMMANDING OFFICER |
| 46. SUMMARY | ☒ | 0 | 1 | 1 | 11 | 5 | USS ESSEX (LHD 2) FPO AP 96643-1661 |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. *[signature]* ABHC (AW/SW) HERMOSURA, M B, ABHC (AW/SW)   Date: 15 Jul 06 | 50. Signature of Reporting Senior *[signature]* LT Summary Group Average: 3.45   Date: 15 Jul 06 |
|---|---|
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement.  ☐  I do not intend to submit a statement. ☒ *[signature]* Daniel merwin   Date: 15 Jul 06 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report Date: |

NAVPERS 1616/26 (03-02)

AR 3426

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate ABHAN | 3. Desig | 4. SSN ▮▮▮▮ |
|---|---|---|---|---|
| 5. ACT [X] TAR INACT AT/ADSW/ 265 | 6. UIC 21533 | 7. Ship/Station LHD 2 ESSEX | | 8. Promotion Status REGULAR | 9. Date Reported 06APR11 |

| Occasion for Report 10. Periodic [X] | Detachment 11. of Individual | Promotion/ 12. Frocking | 13. Special | Period of Report 14. From: 06JAN04 | 15. To: 06JUL15 |
|---|---|---|---|---|---|
| 16. Not Observed Report | Type of Report 17. Regular [X] | 18. Concurrent | | 20. Physical Readiness P/WS | 21. Billet Subcategory (if any) NA |

| 22. Reporting Senior (Last, FI MI) ST. LOUIS, K P | 23. Grade LT | 24. Desig 1310 | 25. Title DIVO | 26. UIC 21533 | 27. SSN ▮▮▮▮ |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Forward deployed Western Pacific-3. COBRA GOLD '06. PVSTS: Thailand.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

PLANE HANDLER    Chock and Chain Handler-3. Responsible for the safe and expeditious movement and securing of embarked aircraft in the Hangar Bay. Performs general maintenance and upkeep of 29 divisional spaces. WATCH: Baggage checker-3, CONFLAG-1. LV/TT: 06JAN04-06APR11

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. | | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. | [X] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction |
| NOB | | | | | |
| 34. QUALITY OF WORK: Standard of work; value of end product. | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. | | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. [X] | | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. |
| NOB | | | | | |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community: | - Actions counter to Navy's retention/ reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/ Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| NOB | | | | | |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. | - Consistently unsatisfactory appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance. - Excellent conduct conscientiously complies with regulations. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | | - Exemplary personal appearance. - Model of conduct, on and off duty. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| NOB | | | | | |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. | | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. | [X] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. |
| NOB | | | | | |

NAVPERS 1616/26 (03-02)

AR 3427

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | 2. Rate ABHAN | 3. Desig | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results  NOB ☐ | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. ☒ | | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams - The best at accepting and offering team direction. ☐ |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals.  NOB ☒ | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices | | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations - Clear, timely communicator. - Ensures safety of personnel and equipment. | | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and and professional lives of others. |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits.  3.33 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)  ASSIGNMENT IN RATING | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.  WYKES, D D, ABH1 (AW/SW)  Date: 15 Jul 06 |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. * Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

- A hard working individual who has proven himself in a short period of time.  Flexible to new job assignments and continually takes positive steps to improve.

- Contributed to the safe movement of aircraft and elevator operations in the Hangar Bay in support of maintenance requirements for the embarked Air Combat Element.

- His efforts were instrumental in the completion of the rehabilitation of the Hangar Bay for the up coming Essex and PHIBRON 11 Change of Command.

- A selfless volunteer.  Donated over 8 hours of his off-duty time in Thailand to participate in a community relations project at Phirat Witthika 14 School

- Personally encourages others to strive for the highest standards.

CONT (BLK 44):  A/S32A-32 SPOTTING DOLLY OPERATOR.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
QUALIFICATIONS: 304 AIRCRAFT ELEVATOR, 303 CONFLAG STATION OPERATOR, 302 PHONE TALKER, 301 MAINTENANCE PERSON, 301 CHOCK AND CHAIN HANDLER, 302 FLIGHT DK OBSERVER.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☐  Recommended ☒ |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | X | | 48. Reporting Senior Address COMMANDING OFFICER |
| 46. SUMMARY | ☒ | 0 | 1 | 1 | 11 | 5 | USS ESSEX (LHD 2) FPO AP 96643-1661 |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.  HERMOSURA, M B, ABHC (AW/SW)  Date: 15 Jul 06 | 50. Signature of Reporting Senior  Summary Group Average: 3.45  Date: 15 Jul 06 |
|---|---|
| 51. Signature of Individual Evaluated. "I have seen this report, been appraised of my performance, and understand my right to submit a statement."  I intend to submit a statement. ☐   I do not intend to submit a statement. ☒  Daniel Merwin  Date: 15 Jul 06 | 52. Type name, grade,command, UIC, and signature of Regular Reporting Senior on Concurrent Report  Date: |

NAVPERS 1616/26 (03-02)

AR 3428

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate ABH3 | 3. Desig | 4. SSN 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 |
|---|---|---|---|---|

| 5. ACT [X] TAR INACT AT/ADSW/ 265 | 6. UIC 21533 | 7. Ship/Station LHD 2 ESSEX | | 8. Promotion Status FROCKED | 9. Date Reported 06APR11 |
|---|---|---|---|---|---|

| Occasion for Report 10. Periodic [X] | Detachment 11. of Individual | Promotion/ 12. Frocking | 13. Special | Period of Report 14. From: 06JUL16 | 15. To: 07JUN15 |
|---|---|---|---|---|---|

| 16. Not Observed Report | Type of Report 17. Regular [X] | 18. Concurrent | 20. Physical Readiness P/WS | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) RICHERSON, J P | 23. Grade LT | 24. Desig 1310 | 25. Title DIVO | 26. UIC 21533 | 27. SSN 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 |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**

Forward deployed Western Pacific-11.  Ship's Upkeep; CMAV; ULTRA C/D/E; TSTA/FEP; TRAV 06; PHIBLEX; TALON VISION 07; EOC; AST; EVALEX; ARGEX 07-1; NEOEX; FOAL EAGLE 07; TALISMAN SABER 07.  PVSTS: RK; Brisbane, AU.  CY 2006 Battle "E"; CY 2006 Golden Anchor Award.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

DIV. YEOMAN   V-3 Divisional Yeoman-11.  Responsible for the safe upkeeping of 43 divisional personnel training records, manual's and publication's.  Performs general maintenance of Hangar Deck Control Office.  WATCH: CONFLAG-12, MOOW-12, Bag Checker-12.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled 07JAN15 | 31. Counselor ROBINSON, B E, ABH1 | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application   NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. | [ ] | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. | [X] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction.  [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product.   NOB [ ] | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. | [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. | [X] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources.  [ ] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community.   NOB [ ] | - Actions counter to Navy's retention/ reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/ Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | [X] | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths.  [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values.   NOB [ ] | - Consistently unsatisfactory appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | [ ] | - Excellent personal appearance. - Excellent conduct conscientiously complies with regulations. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | [X] | - Exemplary personal appearance. - Model of conduct, on and off duty. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT.  [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work.   NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. | [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. | [ ] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs.  [X] |

NAVPERS 1616/26 (03-02)

AR 3429

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | 2. Rate ABH3 | 3. Desig | 4. SSN 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 |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro- gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | - | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. | X | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams - The best at accepting and offering team direction. |
| NOB ☐ | | ☐ | | ☐ | |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices | - | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations - Clear, timely communicator. - Ensures safety of personnel and equipment. | | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and and professional lives of others. |
| NOB X | | ☐ | | ☐ | ☐ |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. 4.17 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) EAWS | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. _Brian Robinson ABH_ ROBINSON, B E, ABH1    Date: 15 JUN 07 |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

       * This evaluation is being submitted upon ABHAN Merwin selection to ABH3 *

ABHAN Merwin's outstanding administrative skills and persistent efforts have made an essential positive impact in V-3 division and the entire Air Department.
- Self starter and organized.  This Airman is the go-to guy to insure administrative work gets done.  He takes pride in the upkeep of 43 Division Officer records and assisting the Division's Training Petty Officer in the managing of 43 training jackets by routing and tracking 250 PQS (Personal Qualification Standards) and request chits.
- Key person in the rehabilitation of the entire port elevator well and tracks.  Greatly contributed to the beautification of the hangar bay for the Commanding Officer's highly successful annual 2007 "spring reception".

ABHAN Merwin has a great potential to go far in his Naval career.  His proactive cerebral approach to every task assigned to him will hold him in good stead as he hones his leadership skill as an ABH3.  I have high hopes for this rising star!!!

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
PQS: Basic D.C. 301-306, 43434-1C 305-Tower Operator, 307-Spotting Dolly Operator, 43523-B 301 Craftsman, 43241-H 302-Repair Parts Petty Officer; GSE LICENSE: Spotting Dolly.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☐  Recommended X |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | X | | 48. Reporting Senior Address COMMANDING OFFICER |
| 46. SUMMARY | ⊠ | 0 | 0 | 0 | 5 | 1 | USS ESSEX (LHD-2) FPO AP 96643-1661 |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. _D Strickland (ABHC (AW)_ STRICKLAND, J D, ABHC (AW)    Date: 15 JUN 07 | 50. Signature of Reporting Senior _signature_    Date: 15 Jun 07 Summary Group Average: |
|---|---|

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. ☐  I do not intend to submit a statement. ⊠ _signature_    Date: 15 Jun 07 | 52. Type name, grade,command, UIC, and signature of Regular Reporting Senior on Concurrent Report. Date: |
|---|---|

NAVPERS 1616/26 (03-02)

AR 3430

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate ABH3 | 3. Desig AW | 4. SSN |
|---|---|---|---|---|
| 5. ACT [X]  TAR [ ]  INACT [ ]  AT/ADSW/265 [ ] | 6. UIC 21533 | 7. Ship/Station LHD 2 ESSEX | 8. Promotion Status REGULAR | 9. Date Reported 06APR11 |

| Occasion for Report | | | Period of Report | |
|---|---|---|---|---|
| 10. Periodic [X]  11. Detachment of Individual [ ]  12. Promotion/Frocking [ ]  13. Special [ ] | | | 14. From: 07JUN16 | 15. To: 08JUN15 |
| 16. Not Observed Report [ ]  Type of Report  17. Regular [X]  18. Concurrent [ ] | | | 20. Physical Readiness P/WS | 21. Billet Subcategory (if any) NA |

| 22. Reporting Senior (Last, FI MI) SIGURDSON, B C | 23. Grade LCDR | 24. Desig 1310 | 25. Title ASST DEPT HEAD | 26. UIC 21533 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
FORWARD DEPLOYED WESTERN PACIFIC-12. SHIP'S UPKEEP; CMAV; TALISMAN SABER; ULTRA-S; SRA; KITP; BALIKATAN; TSC CAMBODIA; BLUE/GREEN INTGRATED TRAINING; COBRA GOLD. PVSTS: SUBIC BAY, RP; HONG KONG; SAR; SIHANOUKVILLE. 2007 BATTLE "E" AND GREEN "H" WINNER.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**
[ DEPT YEOMAN ] Department Yeoman-12. Responsible for tracking and Maintaining Departmental Correspondence. COLL: Command Assessment Team-12. WATCH: MOOW-4

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled 08DEC15 | 31. Counselor BOYLE, D N | 32. Signature of Individual Counseled |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. | | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. | | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction |
| [ ] NOB | | | | | [X] |
| 34. QUALITY OF WORK: Standard of work; value of end product. | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. | | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. | | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. |
| [ ] NOB | | | | [X] | |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. | - Actions counter to Navy's retention/reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| [ ] NOB | | | | [X] | |
| 36. MILITARY BEARING/CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. | - Consistently unsatisfactory appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance. - Excellent conduct conscientiously complies with regulations. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Exemplary personal appearance. - Model of conduct, on and off duty. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| [ ] NOB | | | | [X] | |
| 37. PERSONAL JOB ACCOMPLISHMENT/INITIATIVE: Responsibility, quantity of work. | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. | | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. | | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. |
| [ ] NOB | | | | | [X] |

NAVPERS 1616/26 (03-02)

AR 3431

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| MERWIN, DANIEL D | ABH3 | AW | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. | X | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams - The best at accepting and offering team direction. |
| NOB | | | | | |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and mission. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices | | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations - Clear, timely communicator. - Ensures safety of personnel and equipment. | X | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. |
| NOB | | | | | |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 4.14 | STA-21 | [signature] Date: HEVENER, S W, ABH1 (AW) |

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

**A vital asset to the department!  Essential to administrative success!**

- Self starter.  A dependable Petty Officer who aggressively seeks greater responsibilities. Completes tasks ahead of schedule with little to no supervision.

- Administrative professional.  Innovative techniques in database management tracked, maintained, and accounted for over 4,000 pieces of correspondence.  Sought after by peers and seniors alike for advice and counsel in administrative matters.

- Emerging leader.  Supervises and trains three divisional Yeoman, to ensure all correspondence is submitted in accordance with the department's high standards.

- Team builder.  As a member of the Command Assessment Team he created and maintained multiple training syllabuses in support of retention efforts.

**Has my strongest recommendation for advancement and paths leading to a Commission!**

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
QUALS: 301-EAWS (Common Core), 301-EAWS (Specific), 305-MOOW.  COMP:  NRTM: (14222-14226) Information Technician, NKO Courses: Excelling In Internal Customer Service.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended | Recommended X |
|---|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | | X | 48. Reporting Senior Address COMMANDING OFFICER USS ESSEX (LHD 2) FPO-AP 96643-1661 | |
| 46. SUMMARY | X | 0 | 0 | 0 | 2 | 1 | | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. | 50. Signature of Reporting Senior |
|---|---|
| [signature] Date: 6 JUN 08 THOMSON, W J, ABCM (AW) | [signature] UCDR Date: 5 JUN 08 Summary Group Average: 3.90 |

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. [ ]  I do not intend to submit a statement. [X] | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report |
|---|---|
| [signature] Date: 6 JUN 08 | Date: |

NAVPERS 1610/26 (03-02)

AR 3432

OFFICIAL RECORD COPY

# AGREEMENT TO EXTEND ENLISTMENT

30

NAME: MERWIN, DANIEL DENNIS          SSN: _____          BR / CL: USN/11

Having enlisted in the UNITED STATES NAVY / NAVAL RESERVE on ___05NOV01___ for _4_ years, I do voluntarily agree to (further) extend my enlistment for _34_ months, (REASON: SCHOOL _____ OTHER _X_ ) subject to the provisions and obligations of my enlistment contract. I acknowledge that the provisions of 10 USC 5540 relating to an increase in basic pay do not apply to this agreement. I understand my new contract expiration date to be ___12AUG30___. This agreement has been fully explained to me, I understand it. I understand that extensions of enlistment totalling 24 months or greater require a physical examination prior to the extension becoming operative. No promises of any kind have been made to me except as indicated:

TO OBLISERV FOR BUPERS ORDER # 0579. I UNDERSTAND THAT THIS EXTENSION BECOMES BINDING UPON EXECUTION AND MAY NOT THEREAFTER BE CANCELLED EXCEPT AS SET FORTH IN MILPERSMAN 1160-040. I HAVE HAD EXPLAINED TO ME THE PROVISIONS OF THE SRB PROGRAM AND THE MONETARY BENEFITS FOR A SUBSEQUENT REENLISTMENT. THIS IS MY FIRST EXTENSION THIS ENLISTMENT.

UIC: 21533      STATUS: ACTIVE _X_      INACTIVE _____      RATE: ABH3

COMBAT ZONE: _NA_      PEBD: 05NOV01 TOTAL AGGREGATE MOS: _34_

SHIP OR STATION: USS ESSEX (LHD 2)

LOCATION OF SHIP OR STATION: AT SEA

**** SIGNATURE
OF MEMBER: _____
          FIRST      MIDDLE      LAST

Witnessed and accepted
on behalf of the UNITED STATES NAVY
this _28_ day of FEBRUARY , A.D. 20 09

**** SIGNATURE
AND GRADE: B. L. WILLIAMS, PSC(SW/AW), USN   TITLE: PERSONNEL OFFICER
          (CERTIFYING OFFICER NAME AND RANK)

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

CANCELLATION OF EXTENSION TO EXTEND ENLISTMENT

THE EXTENSION IDENTIFIED HEREON FOR _____ MONTHS, IS CANCELLED EFFECTIVE _____.
AUTHORITY: _____.

**** SIGNATURE
AND GRADE: _____
                (CERTIFYING OFFICER NAME AND RANK)

NAVPERS 1070/621 (Rev. 01-00)      S/N 0106-LF-981-7300

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate ABH3 | 3. Desig AW/SW | 4. SSN |
|---|---|---|---|---|

| 5. ACT [X] | TAR | INACT | AT/ADSW/ 265 | 6. UIC 21533 | 7. Ship/Station LHD 2 ESSEX | | 8. Promotion Status REGULAR | 9. Date Reported 06APR11 |
|---|---|---|---|---|---|---|---|---|

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic | 11. Detachment of Individual [X] | 12. Promotion/ Frocking | 13. Special | 14. From: 08JUN16 | 15. To: 09APR04 |

| 16. Not Observed Report | Type of Report | | 18. Concurrent | 20. Physical Readiness P/WS | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|---|
| | 17. Regular [X] | | | | |

| 22. Reporting Senior (Last, FI MI) BRADY, D S | 23. Grade LCDR | 24. Desig 1310 | 25. Title ASST DEPT HEAD | 26. UIC 21533 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**

Forward Deployed Western Pacific-10. Ship's Upkeep-10; CMAV; TRAV 08; Tokyo/Yokosuka HADR; Blue/Green Integrated Training; EVALEX; PHIBLEX; KITP; ANNUALEX; ULTRA-C/E; COBRA GOLD; PVST: Tokyo, JA; Subic Bay, RP; Hong Kong, SAR; Laem Chabang, KOT.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

[ DEPT YEOMAN ] Department Yeoman-10. Responsible for tracking and Maintaining Departmental Correspondence. COLL: Command Assessment Team-10, Department Dental Liaison-10, Department Mail Orderly-10. WATCH: Shore Patrol-10, POOW-6.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled 09DEC15 | 31. Counselor HEATHERLY, K B | 32. Signature of Individual Counseled |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application Forward HADR. GOLD. NOB | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. | | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. | | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction. [X] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. | | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. | [X] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, humanworth, community. Technical NOB | - Actions counter to Navy's retention/ reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/ Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | [X] | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values: QUANTITY Standard of NOB | - Consistently unsatisfactory appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance. - Excellent conduct conscientiously complies with regulations. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | [X] | - Exemplary personal appearance. - Model of conduct, on and off duty. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. OR CLOSE OPPL. NOB | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. | | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. | | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. [X] |

NAVPERS 1616/26 (03-02)

AR 3434

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | 2. Rate ABH3 | 3. Desig AW/SW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | NOB ☐ | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. ☐ | X | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams. - The best at accepting and offering team direction. ☐ |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices | NOB ☐ | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations - Clear, timely communicator. - Ensures safety of personnel and equipment. ☐ | X | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. ☐ |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. 4.29 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) "CTN"        STA-21 C SCHOOL | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. [signature] Date: 04 APR 09 HEATHERLY, K B, ABH1 (AW/SW) |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

    Evaluation submitted upon member's transfer to NIOCC Pensacola, Florida.
    *** Superior Performer who brings administrative success to the Air Department ***

A consummate professional who flawlessly monitors, tracks, and facilitates correspondence for 193 Sailors in support of mission essential operations.

  Highly adaptive work ethic.  Quickly mastered the demands of personnel support to over 300 personnel while simultaneously providing leadership to four divisional yeoman consistently ensuring the high standards that are his trademark.

  Natural Career Counselor.  His efforts in counseling junior sailors in career management positively impact retention within Air Department and ESSEX.

    Petty Officer Merwin's talents and unwavering positive attitude will surely be missed.
  I am convinced that he will be an extraordinary asset to his next command.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
QUALS:  301-ESWS (Common Core), 301-ESWS (Specific), 306-PETTY OFFICER OF THE WATCH INPORT.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☐ Recommended X |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | | X | 48. Reporting Senior Address COMMANDING OFFICER USS ESSEX (LHD 2) FPO-AP 96643-1661 |
| 46. SUMMARY | | 0 | 0 | 0 | 0 | 1 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. [signature] Date: 4 APR 05 THOMPSON, W J, ABCM (AW) | 50. Signature of Reporting Senior [signature] Date: 04 APR 09 Summary Group Average: 4.29 |
|---|---|

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. ☐  I do not intend to submit a statement. ☒ [signature] Date: 04 APR 09 | 52. Type name, grade,command, UIC, and signature of Regular Reporting Senior on Concurrent Report Date: |
|---|---|

NAVPERS 1616/26 (03-02)

AR 3435

PRIVACY SENSITIVE



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT

### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

### TO

AVIATION BOATSWAIN'S MATE (HANDLING) THIRD CLASS (AVIATION WARFARE)
DANIEL D. MERWIN, UNITED STATES NAVY

### FOR

"PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES WHILE SERVING AS AIR DEPARTMENT YEOMAN ON BOARD USS ESSEX (LHD 2) FROM APRIL 2005 TO APRIL 2009. PETTY OFFICER MERWIN PERFORMED HIS DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. DEMONSTRATING SUPERIOR KNOWLEDGE AND TECHNICAL ACUMEN, HE MONITORED NINE DIVISIONAL YEOMEN IN THE TRACKING AND ACCOUNTING OF OVER 6,000 PIECES OF CORRESPONDENCE FOR 364 SAILORS INCLUDING 532 PERSONNEL QUALIFICATION STANDARDS. HIS EXPERTISE WAS INSTRUMENTAL IN AIR DEPARTMENT'S PERFORMANCE DURING TWO HIGHLY SUCCESSFUL AVIATION READINESS QUALIFICATIONS AND ESSEX' OPERATIONAL READINESS DURING MULTINATIONAL EXERCISES AND OPERATIONS INCLUDING THEATER SECURITY COOPERATION CAMBODIA AND HOPE RENEWAL. PETTY OFFICER MERWIN'S MANAGERIAL ABILITY, PERSONAL INITIATIVE AND UNWAVERIPNG DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE."

GIVEN THIS    10TH    DAY OF    APRIL    2009

FOR THE
K. B. CANADY
CAPTAIN, UNITED STATES NAVY
USS ESSEX (LHD 2)

SECRETARY OF THE NAVY

NAVSO 1650/12 (REV. 7-99)
S/N 0104-LF-982-3000

AR 3436

PRIVACY SENSITIVE



# DEPARTMENT OF THE NAVY

## THIS IS TO CERTIFY THAT

### THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

## TO

AVIATION BOATSWAIN'S MATE (HANDLING) THIRD CLASS (AVIATION WARFARE)
DANIEL D. MERWIN, UNITED STATES NAVY

## FOR

"PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES WHILE SERVING AS AIR DEPARTMENT YEOMAN ON BOARD USS ESSEX (LHD 2) FROM APRIL 2005 TO APRIL 2009. PETTY OFFICER MERWIN PERFORMED HIS DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. DEMONSTRATING SUPERIOR KNOWLEDGE AND TECHNICAL ACUMEN, HE MONITORED NINE DIVISIONAL YEOMEN IN THE TRACKING AND ACCOUNTING OF OVER 6,000 PIECES OF CORRESPONDENCE FOR 364 SAILORS INCLUDING 532 PERSONNEL QUALIFICATION STANDARDS. HIS EXPERTISE WAS INSTRUMENTAL IN AIR DEPARTMENT'S PERFORMANCE DURING TWO HIGHLY SUCCESSFUL AVIATION READINESS QUALIFICATIONS AND ESSEX' OPERATIONAL READINESS DURING MULTINATIONAL EXERCISES AND OPERATIONS INCLUDING THEATER SECURITY COOPERATION CAMBODIA AND HOPE RENEWAL. PETTY OFFICER MERWIN'S MANAGERIAL ABILITY, PERSONAL INITIATIVE AND UNWAVERIPNG DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE."

GIVEN THIS    10ᵀᴴ    DAY OF    APRIL    2009

FOR THE
SECRETARY OF THE NAVY
K. B. CANADY
CAPTAIN, UNITED STATES NAVY
USS ESSEX (LHD 2)

NAVSO 1650/12 (REV. 7-99)
S-N-0104-LF-982-2000

AR 3437

## CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT

| AN AGREEMENT BETWEEN | MERWIN, DANIEL D | AND THE UNITED STATES |
|---|---|---|

*(Name of Individual - Printed or typed)*

1.  Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to classified information.  As used in this Agreement, classified information is marked or unmarked classified information, including oral communications, that is classified under the standards of Executive Order 12958, or under any other Executive order or statute that prohibits the unauthorized disclosure of information in the interest of national security; and unclassified information that meets the standards for classification and is in the process of a classification determination as provided in Sections 1.2, 1.3, and 1.4(e) of Executive Order 12958, or under any other Executive order or statute that requires protection for such information in the interest of national security.  I understand and accept that by being granted access to classified information, special confidence and trust shall be placed in me by the United States Government.

2.  I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of classified information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

3.  I have been advised that the unauthorized disclosure, unauthorized retention, or negligent handling of classified information by me could cause damage or irreparable injury to the United States or could be used to advantage by a foreign nation.  I hereby agree that I will never divulge classified information to anyone unless: (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior written notice of authorization from the United States Government Department or Agency (hereinafter Department or Agency) responsible for the classification of the information or last granting me a security clearance that such disclosure is permitted.  I understand that if I am uncertain about the classification status of information, I am required to confirm from an authorized official that the information is unclassified before I may disclose it, except to a person as provided in (a) or (b), above.  I further understand that I am obligated to comply with laws and regulations that prohibit the unauthorized disclosure of classified information.

4.  I have been advised that any breach of this Agreement may result in the termination of any security clearances I hold; removal from any position of special confidence and trust requiring such clearances; or the termination of my employment or other relationships with the Departments or Agencies that granted my security clearance or clearances.  In addition, I have been advised that any unauthorized disclosure of classified information by me may constitute a violation, or violations, of United States criminal laws, including the provisions of Sections 641, 793, 794, 798, *952 and 1924, Title 18, United States Code, * the provisions of Section 783(b), Title 50, United States Code, and the provisions of the Intelligence Identities Protection Act of 1982.  I recognize that nothing in this Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

5.  I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result or may result from any disclosure, publication, or revelation of classified information not consistent with the terms of this Agreement.

6.  I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement.

7.  I understand that all classified information to which I have access or may obtain access by signing this Agreement is now and will remain the property of, or under the control of the United States Government unless and until otherwise determined by an authorized official or final ruling of a court of law.  I agree that I shall return all classified materials which have, or may come into my possession or for which I am responsible because of such access: (a) upon demand by an authorized representative of the United States Government; (b) upon the conclusion of my employment or other relationship with the Department or Agency that last granted me a security clearance or that provided me access to classified information; or (c) upon the conclusion of my employment or other relationship that requires access to classified information.  If I do not return such materials upon request, I understand that this may be a violation of Section 793 and/or 1924, Title 18, United States Code, a United States criminal law.

8.  Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter.

9.  Each provision of this Agreement is severable.  If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

*(Continue on reverse.)*

NSN 7540-01-280-5499
Previous edition not usable.

STANDARD FORM 312 (Rev. 1-00)
Prescribed by NARA/ISOO
32 CFR 2003, E.O. 12958

10. These restrictions are consistent with and do not supersede, conflict with or otherwise alter the employee obligations, rights or liabilities created by Executive Order 12958; Section 7211 of Title 5, United States Code (governing disclosures to Congress); Section 1034 of Title 10, United States Code, as amended by the Military Whistleblower Protection Act (governing disclosure to Congress by members of the military); Section 2302(b)(8) of Title 5, United States Code, as amended by the Whistleblower Protection Act (governing disclosures of illegality, waste, fraud, abuse or public health or safety threats); the Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) (governing disclosures that expose confidential Government agents), and the statutes which protect against disclosure that may compromise the national security, including Sections 641, 793, 794, 798, 952 and 1924 of Title 18, United States Code, and Section 4(b) of the Subversive Activities Act of 1950 (50 U.S.C. Section 783(b)). The definitions, requirements, obligations, rights, sanctions and liabilities created by said Executive Order and listed statutes are incorporated into this Agreement and are controlling.

11. I have read this Agreement carefully and my questions, if any, have been answered. I acknowledge that the briefing officer has made available to me the Executive Order and statutes referenced in this Agreement and its implementing regulation (32 CFR Section 2003.20) so that I may read them at this time, if I so choose.

| SIGNATURE | DATE | SOCIAL SECURITY NUMBER *(See Notice below)* |
|---|---|---|
| *Daniel Morris* | 11 MAY 09 | ▮▮▮▮▮ |

ORGANIZATION (IF CONTRACTOR, LICENSEE, GRANTEE OR AGENT, PROVIDE; NAME, ADDRESS, AND, IF APPLICABLE, FEDERAL SUPPLY CODE NUMBER) *(Type or print)*

| WITNESS | ACCEPTANCE |
|---|---|
| THE EXECUTION OF THIS AGREEMENT WAS WITNESSED BY THE UNDERSIGNED. | THE UNDERSIGNED ACCEPTED THIS AGREEMENT ON BEHALF OF THE UNITED STATES GOVERNMENT. |

| SIGNATURE | DATE | SIGNATURE | DATE |
|---|---|---|---|
| *WM McElroy* | 090511 | *Gary H Sim* | 09 05 11 |

| NAME AND ADDRESS *(Type or print)* | NAME AND ADDRESS *(Type or print)* |
|---|---|
| COMMANDING OFFICER CID CORRY STATION 640 ROBERTS AVE CODE N2 PENSACOLA, FL 32511-5138 | COMMANDING OFFICER CID CORRY STATION 640 ROBERTS AVE CODE N2 PENSACOLA, FL 32511-5138 |

### SECURITY DEBRIEFING ACKNOWLEDGEMENT

I reaffirm that the provisions of the espionage laws, other federal criminal laws and executive orders applicable to the safeguarding of classified information have been made available to me; that I have returned all classified information in my custody; that I will not communicate or transmit classified information to any unauthorized person or organization; that I will promptly report to the Federal Bureau of Investigation any attempt by an unauthorized person to solicit classified information, and that I (have) (have not) (strike out inappropriate word or words) received a security debriefing.

| SIGNATURE OF EMPLOYEE | DATE |
|---|---|
| | |

| NAME OF WITNESS *(Type or print)* | SIGNATURE OF WITNESS |
|---|---|
| | |

NOTICE: The Privacy Act, 5 U.S.C. 552a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that authority for soliciting your Social Security Account Number (SSN) is Executive Order 9397. Your SSN will be used to identify you precisely when it is necessary to 1) certify that you have access to the information indicated above or 2) determine that your access to the information indicated has terminated. Although disclosure of your SSN is not mandatory, your failure to do so may impede the processing of such certifications or determinations, or possibly result in the denial of your being granted access to classified information.

**\* NOT APPLICABLE TO NON-GOVERNMENT PERSONNEL SIGNING THIS AGREEMENT.**

STANDARD FORM 312 BACK (Rev. 1-00)

OFFICIAL RECORD COPY

# AGREEMENT TO EXTEND ENLISTMENT

NAME: MERWIN,DANIEL DENNIS                    SSN: ▮▮▮▮▮                    BR/CL: USN

Having enlisted in the X UNITED STATES NAVY   NAVAL RESERVE on 11/01/2005 for 4  years, I do voluntarily agree to (further) extend my enlistment for 34 month(s) (REASON: SCHOOL    OTHER X) subject to the provisions and obligations of my enlistment contract.  I acknowledge that the provisions of 10 USC 5540 relating to an increase in basic pay do not apply to this agreement.  I understand my new contract expiration date to be 08/31/2012.  This agreement has been fully explained to me, I understand it.  I understand that extensions of enlistment totaling 24 months or greater require a physical examination prior to the extension becoming operative.  No promises of any kind have been made to me except as indicated:

TO INCUR SUFFICIENT OBLISERV FOR BUPERS ORDER 0909. I UNDERSTAND THAT THIS EXTENSION BECOMES BINDING UPON EXECUTION AND CANNOT BE CANCELLED EXCEPT FOR AS SET FORTH IN MILPERSMAN 1160-040.
THIS IS MY FIRST EXTENSION THIS ENLISMENT.

UIC: 21533          STATUS: ACTIVE X   INACTIVE          RATE: ABH3

COMBAT ZONE:          PEBD: 11/01/2005          TOTAL AGGREGATE MOS:  34

SHIP OR STATION: LHD   2 ESSEX

LOCATION  OF SHIP OR STATION: USS ESSEX (LHD 2)

**** SIGNATURE OF MEMBER: _Daniel D Merwin_     3APR 09

FIRST          MIDDLE          LAST

Witnessed and accepted on behalf of the United States Navy
this 18th day  of March, A.D. 2009

****SIGNATURE
AND GRADE: J. E. ASSADIQ, PS1(AW), USN          TITLE:   TRF SUP BY DIR

Certifying Officer Name and Rank

## Extension of Enlistment Operative/Cancelled

The extension identified hereon for  month(s) (REASON: SCHOOL   OTHER ) is Operative ( ) Cancelled ( ) effective .

AUTHORITY: _____

****SIGNATURE
AND GRADE: _____

Certifying  Officer Name and Rank

NAVPERS 1070/621          **Official NSIPS/ESR form printed this date:**3/18/2009

AR 3440

## DEPENDENCY APPLICATION/RECORD OF EMERGENCY DATA

### MEMBER INFORMATION

SSN: ▓▓▓▓▓          NAME: MERWIN,DANIEL DENNIS
RANK/RATE: CTN3  BR/CL: USN    UIC: 41976        RELIGION:        NO
SHIP OR STATION: NIOC PCOLA/ISSP              INITIAL/CHANGE:  I
EFFECTIVE DATE:    11/01/2005     TOTAL NUMBER OF DEPENDENTS:  0
PREVIOUSLY MARRIED: NO           MARRIAGE DISSOLVED BY:
DISSOLVED ON:         PLACE DISSOLVED:

### SPOUSE INFORMATION

NAME:                              DEPENDENT:
DATE OF BIRTH:        CITIZENSHIP:      RELATIONSHIP:
DATE MARRIED:         PLACE OF MARRIAGE:
ADDRESS:
PREVIOUSLY MARRIED:          MARRIAGE DISSOLVED BY:
DISSOLVED ON:        PLACE DISSOLVED:
MEMBER OF UNIFORMED SERVICES:       DUTY AFFILIATION:
BRANCH:                       COMPONENT:

### SPOUSE NEXT OF KIN

NAME:                              RELATIONSHIP:
ADDRESS:

### FATHER INFORMATION

NAME:     ▓▓▓▓▓▓▓▓▓▓         DEPENDENT:NO  SUPPORT:N/A
ADDRESS:
      EFFORT, PA ▓▓▓

### MOTHER INFORMATION

NAME:     ▓▓▓▓▓▓▓▓▓▓▓         DEPENDENT:NO  SUPPORT:N/A
ADDRESS:
      LEXINGTON, SC ▓▓▓

### OTHER PERSON, NOT ALREADY NAMED TO BE NOTIFIED OF PERSONAL CASUALTY

NAME: NONE                    RELATIONSHIP
ADDRESS:

NAVPERS 1070/602                      Page: 1 of 3

OFFICIAL RECORD COPY

SSN: ████████    **NAME:** MERWIN,DANIEL DENNIS

### BENEFICIARY(IES) FOR UNPAID PAY AND ALLOWANCES

NAME: ████████████    RELATIONSHIP:FATHER
ADDRESS:
    EFFORT, PA ████    PERCENTAGE:100%

### PERSON(S) TO RECEIVE ALLOTMENT IF IN A MISSING STATUS, SUBJECT TO SECNAV DETERMINATION

NAME: ████████████    RELATIONSHIP:FATHER
ADDRESS:
    EFFORT, PA ████    PERCENTAGE:100%

### BENEFICIARY(IES) FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING)

NAME ████████████    RELATIONSHIP:Father
ADDRESS:
    EFFORT, PA ████    PERCENTAGE 100%

### LIFE INSURANCE INFORMATION

COMPANY: NONE    POLICY NUMBER:
ADDRESS:

### LOCATION OF WILL

ADDRESS: NONE

### LOCATION OF OTHER VALUABLE PAPERS

ADDRESS: NONE

### PNOK (Name - Relationship - Phone - Address)
████████████ Father,███████████████████ EFFORT,PA,████

### SNOK (Name - Relationship - Phone - Address)
████████████████ Mother,█████████████████████
 ,LEXINGTON,SC,████

---

IS BENEFICIARY DESIGNATION OF SGLI ON FILE? YES    DESIGNATION DATE:  09/17/2009

---

### REMARKS

PADD: ████████████    RELATIONSHIP:Father
ADDRESS:
NAVPERS 1070/602    Page: 2 of 3

SSN: ▓▓▓▓▓▓▓▓    NAME: MERWIN,DANIEL DENNIS

EFFORT, PA ▓▓▓
Phone: ▓▓▓▓▓▓▓

NEW PCS CHECK IN  AT (NAME OF COMMAND).  DTROB:  2009JUL27.
MBR RECEIVING: (BAH W/O DEPS).

PAGE TWO UPDATED BY: PS2(SW) GUMBS, K. E.


IT IS MY RESPONSIBILITY TO NOTIFY MY NAVY PERSONNEL OFFICE/SHIP'S OFFICE OR
CSD/PSD IF THERE IS A CHANGE THAT MAY AFFECT MY BAH ENTITLEMENTS THAT MAY
RESULT IN AN OVER/UNDER PAYMENT.

---

CERTIFICATION: I HAVE REVIEWED THE DATA ON THIS FORM AND CERTIFY THAT IT IS
CORRECT.   I UNDERSTAND THAT ANY CHANGE IN MY FAMILY MEMBER STATUS MUST BE
REPORTED AS A CHANGE TO THE DEFENSE ENROLLMENT ELIGIBILITY REPORTING SYSTEM
(DEERS) WITHIN 60 DAYS.   THIS INCLUDES SERVICE MEMBERS IN A JOINT SERVICE
MARRIAGE (MILITARY MARRIED TO MILITARY), EVEN THOUGH EACH SPOUSE IS ALREADY
ENROLLED IN DEERS IN HIS OR HER OWN RIGHT AS A MILITARY MEMBER.

SIGNATURE OF DESIGNATOR: _Daniel Merwin_    WITNESSED: _Pattie Spear_
                         DANIEL DENNIS  MERWIN             PATTIE SPEAR

DATE: _17 SEP 09_                          TITLE:  HUMAN RESOURCE SUPER


**Official NSIPS/ESR form printed this date 17-SEP-2009**

NAVPERS 1070/602                           Page: 3 of 3

Please read the instructions before completing this form.

# Servicemembers' Group Life Insurance Election and Certificate

| Use this form to: (check all that apply)<br>☑ Name or update your beneficiary<br>☐ Reduce the amount of your insurance coverage<br>☐ Decline insurance coverage | **Important:** This form is for use by Active Duty and Reserve members. This form does not apply to and cannot be used for any other Government Life Insurance. |
|---|---|

| Last name    First name    Middle name<br>MERWIN , DANIEL  D | Rank, title or grade<br>CTN3/E-4 | Social Security Number |
|---|---|---|

| Branch of Service (Do not abbreviate)<br>UNITED STATES NAVY | Current Duty Location<br>NIOC PENSACOLA |
|---|---|

## Amount of Insurance

By law, you are automatically insured for $400,000. **If you want $400,000 of insurance**, skip to *Beneficiary(ies) and Payment Options*. **If you want less than $400,000** of insurance, please check the appropriate block below and write the amount desired and your initials. Coverage is available in increments of $50,000. **If you do not want any insurance\***, check the appropriate block below and write (in your own handwriting), "I do not want insurance at this time."

**Declining SGLI coverage also cancels all family coverage and traumatic injury protection under the SGLI program.**

☐ I want coverage in the amount of $_____    Your initials _____

☐ _____

(Write "I do not want insurance at this time.")

*\*Note: Reduced or refused insurance can only be restored by completing form SGLV 8285 with proof of good health and compliance with other requirements. Reduced or refused insurance will also affect the amount of Veterans' Group Life Insurance you can convert to upon separation from service.*

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds. I understand that the principal beneficiary(ies) will receive payment upon my death. If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies).

| Complete Name (first, middle, last) and Address of each beneficiary | Social Security Number (if known) | Relationship to you | Share to each beneficiary (Use %, $ amounts or fractions) | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| 1.    Effort, PA | | Father | 25% | Lump sum |
| 2.    Lexington, SC | | Mother | 25% | Lump sum |
| 3.    Bethlehem, PA | | Step Mother | 50 % | Lump sum |
| 4. NO CONTINGENCY | | | | |
| ☐ Additional Principals on page 4 (check if applicable) | | | | |
| **Contingent** | | | | |
| 1.    Lexington SC | | Sister | 100 % | Lump sum |
| 2. NO CONTINGENCY | | | | |
| 3. NO CONTINGENCY | | | | |
| 4. NO CONTINGENCY | | | | |
| ☐ Additional Contingents on page 4 (check if applicable) | | | | |

I HAVE READ AND UNDERSTAND the instructions on pages 2 and 3 of this form. I ALSO UNDERSTAND that:
- *This form cancels any prior beneficiary or payment instructions.*
- The proceeds will be paid to beneficiaries as stated in #6 on page 3 of this form, unless otherwise stated above.
- If I have legal questions about this form, I may consult with a military attorney at no expense to me.
- I cannot have combined SGLI and VGLI coverages at the same time for more than $400,000.
- If I am married or if I get married after completing this form, *my spouse is automatically covered under Family SGLI for which premiums will be deducted from my pay*, unless I decline Family SGLI coverage by completing SGLV 8286A. For Family SGLI premium deductions, my spouse MUST be registered in DEERS. *Failure to do so will result in debts owed for unpaid premiums.*

SIGN HERE IN INK ➤ *[signature]*    Date: 28 JUL 09
(Your signature. Do not print.)

Do not write in space below. For official use only.

| RECEIVED BY: *[signature]* | RANK, TITLE OR GRADE<br>YB-02 , ADMIN | ORGANIZATION<br>Nioc Pensacola | DATE RECEIVED<br>28 JUL 09 |
|---|---|---|---|

SGLV 8286, December 2007

Copy 1 = Member's Official Personnel File    p. 2
Copy 2 - To Member
Copy 3 - To Active or Reserve Component of Uniformed Service

OFFICIAL RECORD COPY

Please read the instructions before completing this form.

# Servicemembers' Group Life Insurance Election and Certificate

Use this form to: (check all that apply)
- ☑ Name or update your beneficiary
- ☐ Reduce the amount of your insurance coverage
- ☐ Decline insurance coverage

**Important:** This form is for use by Active Duty and Reserve members. This form does not apply to and cannot be used for any other Government Life Insurance.

| Last name    First name    Middle name | Rank, title or grade | Social Security Number |
|---|---|---|
| MERWIN , DANIEL  D | CTN3/E-4 | |

| Branch of Service (Do not abbreviate) | Current Duty Location |
|---|---|
| UNITED STATES NAVY | NIOC PENSACOLA |

## Amount of Insurance

By law, you are automatically insured for $400,000. *If you want $400,000 of insurance,* skip to *Beneficiary(ies) and Payment Options.* *If you want less than $400,000* of insurance, please check the appropriate block below and write the amount desired and your initials. Coverage is available in increments of $50,000. *If you do not want any insurance\*,* check the appropriate block below and write (in your own handwriting), "I do not want insurance at this time."

**Declining SGLI coverage also cancels all family coverage and traumatic injury protection under the SGLI program.**

- ☐ I want coverage in the amount of $_____    Your initials _____
- ☐ _____

(Write "I do not want insurance at this time.")

*\*Note:* Reduced or refused insurance can *only* be restored by completing form SGLV 8285 with proof of good health and compliance with other requirements. Reduced or refused insurance will also affect the amount of Veterans' Group Life Insurance you can convert to upon separation from service.

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds. The principal beneficiary(ies) will receive payment upon my death. If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies).

| Complete Name (first, middle, last) and Address of each beneficiary | Social Security Number (if known) | Relationship to you | Share to each beneficiary (Use %, $ amounts or fractions) | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| 1. ██████ Effort, PA ██████ | | Father | 25% | Lump sum |
| 2. ██████ Lexington, SC ██████ | | Mother | 25% | Lump sum |
| 3. ██████, Bethlehem, PA ██████ | | Step Mother | 50 % | Lump sum |
| 4. NO CONTINGENCY | | | | |
| ☐ Additional Principals on page 4 (check if applicable) | | | | |
| **Contingent** | | | | |
| 1. ██████ Lexington SC ██████ | | Sister | 100 % | Lump sum |
| 2. NO CONTINGENCY | | | | |
| 3. NO CONTINGENCY | | | | |
| 4. NO CONTINGENCY | | | | |
| ☐ Additional Contingents on page 4 (check if applicable) | | | | |

I HAVE READ AND UNDERSTAND the instructions on pages 2 and 3 of this form. I ALSO UNDERSTAND that:
- *This form cancels any prior beneficiary or payment instructions.*
- The proceeds will be paid to beneficiaries as stated in #6 on page 3 of this form, unless otherwise stated above.
- If I have legal questions about this form, I may consult with a military attorney at no expense to me.
- I cannot have combined SGLI and VGLI coverages at the same time for more than $400,000.
- If I am married or if I get married after completing this form, *my spouse is automatically covered under Family SGLI for which premiums will be deducted from my pay,* unless I decline Family SGLI coverage by completing SGLV 8286A. For Family SGLI premium deductions, my spouse MUST be registered in DEERS. *Failure to do so will result in debts owed for unpaid premiums.*

SIGN HERE IN INK ► *[signature]*                Date: 28 JUL 09
(Your signature. Do not print.)

| Do not write in space below. For official use only. | | | |
|---|---|---|---|
| RECEIVED BY: *[signature]* | RANK, TITLE OR GRADE YB-02 , ADMIN | ORGANIZATION Nioc Pensacola | DATE RECEIVED 28 JUL 09 |

SGLV 8286, December 2007

Copy 1 = Member's Official Personnel File
Copy 2 - To Member
Copy 3 - To Active or Reserve Component of Uniformed Service

AR 3445

## AGREEMENT TO EXTEND ENLISTMENT

NAME: MERWIN,DANIEL DENNIS                    SSN: ▮▮▮▮▮                    BR/CL: USN

Having enlisted in the X UNITED STATES NAVY   NAVAL RESERVE on 11/01/2005 for 4 years, I do voluntarily agree to (further) extend my enlistment for 34 month(s) (REASON: SCHOOL    OTHER X) subject to the provisions and obligations of my enlistment contract.  I acknowledge that the provisions of 10 USC 5540 relating to an increase in basic pay do not apply to this agreement.  I understand my new contract expiration date to be 08/31/2012.  This agreement has been fully explained to me, I understand it.  I understand that extensions of enlistment totaling 24 months or greater require a physical examination prior to the extension becoming operative.  No promises of any kind have been made to me except as indicated:

TO INCUR SUFFICIENT OBLISERV FOR BUPERS ORDER 0909. I UNDERSTAND THAT THIS EXTENSION BECOMES BINDING UPON EXECUTION AND CANNOT BE CANCELLED EXCEPT FOR AS SET FORTH IN MILPERSMAN 1160-040.
THIS IS MY FIRST EXTENSION THIS ENLISMENT.

UIC: 21533            STATUS: ACTIVE X   INACTIVE       RATE: ABH3

COMBAT ZONE:      PEBD: 11/01/2005      TOTAL AGGREGATE MOS:  34

SHIP OR STATION:  LHD   2 ESSEX

LOCATION OF SHIP OR STATION: USS ESSEX (LHD 2)

**** SIGNATURE OF MEMBER: _Daniel D. Merwin_  3APR 09
                         FIRST        MIDDLE        LAST

Witnessed and accepted on behalf of the United States Navy
this 18th day of March, A.D. 2009

****SIGNATURE
AND GRADE:  J. E. ASSADIQ, PS2(AW), USN                    TITLE:   TRF SUP BY DIR
                 Certifying Officer Name and Rank

**Extension of Enlistment Operative/Cancelled**

The extension identified hereon for  month(s) (REASON: SCHOOL    OTHER ) is Operative ( )  Cancelled ( )
effective .

  AUTHORITY: _____

****SIGNATURE
AND GRADE: _____
                 Certifying  Officer Name and Rank

NAVPERS 1070/621              **Official NSIPS/ESR form printed this date:**3/18/2009

OFFICIAL RECORD COPY

## ENLISTMENT/REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 USC 3331; 32 USC 708; 44 USC 708 and 3101; 10 USC 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSE(S):** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USE(S):** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

### A. ENLISTEE/REENLISTEE IDENTIFICATION DATA

**1. NAME** *(Last, First, Middle)*

**MERWIN DANIEL DENNIS**

**2. SOCIAL SECURITY NUMBER**

**3. HOME OF RECORD** *(Street, City, State, ZIP Code)*

BETHLEHEM, PA

**4. PLACE OF ENLISTMENT/REENLISTMENT** *(Mil. Installation, City, State)*

HARRISBURG MEPS
MECHANICSBURG, PA  17055-4843

**5. DATE OF ENLISTMENT/ REENLISTMENT** *(YYYYMMDD)*

20051013

**6. DATE OF BIRTH** *(YYYYMMDD)*

1985

**7. PREV MIL SVC UPON ENL/REENLIST**

| | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. TOTAL ACTIVE MILITARY SERVICE | | | |
| b. TOTAL INACTIVE MILITARY SERVICE | | | |

### B. AGREEMENTS

**8.** I am enlisting/reenlisting in the United States *(list branch of service)* **NAVAL RESERVE** this date for **8** years and **00** weeks beginning in pay grade **E-1**. The additional details of my enlistment/reenlistment are in Section C and Annex(es) **A**.

**a. FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP):**

I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by *(list date (YYYYMMDD))* **0600  20051101** for enlistment in the Regular component of the United States *(list branch of service)* **NAVY** for not less than **4** years and **00** weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is **NOT** creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

**b. REMARKS:** *(If none, so state.)*    **NONE**

**c.** The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**

*(Initials of Enlistee/Reenlistee)* DDM

*(Continued on reverse side.)*

**DD FORM 4/1, JAN 2001**    PREVIOUS EDITION MAY BE USED.

MERWIN DANIEL DENNIS

## C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

**9. FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces **REGARDLESS** of the provisions of this enlistment/reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

**10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

**a. FOR ALL ENLISTEES:** If this is my initial enlistment, I must serve a total of eight (8) years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty as prescribed by law, if I am a member of the Selected Reserve.

**11. FOR ENLISTEES/REENLISTEES IN THE NAVY, MARINE CORPS, OR COAST GUARD:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** Completion of this form constitutes registration with the Selective Service System in accordance with the Military Selective Service Act. Incident thereto the Department of Defense may transmit my name, permanent address, military address, Social Security Number, and birthdate to the Selective Service System for recording as evidence of the registration.

**DD Form 4/1 (BACK), JAN 2001**



| NAME OF ENLISTEE/REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO OF ENLISTEE/REENLISTEE |
|---|---|
| MERWIN DANIEL DENNIS | |

## D. CERTIFICATION AND ACCEPTANCE

**13a.** My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED.   ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: *(If none, X "NONE" and initial.)*   ☒ NONE DDM *(Initials of enlistee/reenlistee)*

| b. SIGNATURE OF ENLISTEE/REENLISTEE | c. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| *Daniel Denny Merwin* | 20051013 |

## 14. SERVICE REPRESENTATIVE CERTIFICATION

a. On behalf of the United States *(list branch of service)*   NAVY   ,
I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| BROWN BRYAN C | E-6 | USN RECRUITING DISTRICT |
| e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* |
| *B C Brown* | 20051013 | PITTSBURGH  PA  15222 |

## E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**
I, DANIEL DENNIS MERWIN                                    , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic;  that I will bear true faith and allegiance to the same;  and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**
I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of _____ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of _____ and the orders of the officers appointed over me, according to law and regulations.  So help me God.

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**
I do hereby acknowledge to have voluntarily enlisted/reenlisted this _____ day of _____, _____ in the _____ National Guard and as a Reserve of the United States *(list branch of service)* _____ with membership in the _____ National Guard of the United States for a period of _____ years, _____ months, _____ days, under the conditions prescribed by law, unless sooner discharged by proper authority.*a*

| 18a. SIGNATURE OF ENLISTEE/REENLISTEE | b. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| X *Daniel Denny Merwin* | 20051013 |

## 19. ENLISTMENT/REENLISTMENT OFFICER CERTIFICATION
a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| FEIGHT WESLEY L | O-4 | HARRISBURG MEPS |
| e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* |
| *W. Feight* | 20051013 | MECHANICSBURG  PA  17055-4843 |

**DD Form 4/2, JAN 2001**                    PREVIOUS EDITION MAY BE USED.

| NAME OF ENLISTEE/REENLISTEE *(Last, First, Middle)* | SERIAL SECURITY NO OF ENLISTEE/REENLISTEE |
|---|---|
| MERWIN DANIEL DENNIS | |

## F. DISCHARGE FROM DELAYED ENTRY/ENLISTMENT PROGRAM

**20a.** I request to be discharged from the Delayed Entry/Enlistment Program (DEP) and enlisted in the Regular

Component of the United States *(list branch of service)* **NAVY** for a period of

**4** years and **00** weeks.   No changes have been made to my enlistment options **OR**

if changes were made they are recorded on Annex(es) **NA**

_____ which replace(s) Annex(es) **NA** .

| b. SIGNATURE OF DELAYED ENTRY/ENLISTMENT PROGRAM ENLISTEE | c. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| *Daniel Dennis Merwin* | 20051101 |

## G. APPROVAL AND ACCEPTANCE BY SERVICE REPRESENTATIVE

**21.  SERVICE REPRESENTATIVE CERTIFICATION**

a.  This enlistee is discharged from the Reserve Component shown in item 8 and is accepted for enlistment in the

Regular Component of the United States *(list branch of service)* **NAVY** in pay grade **E-1** .

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| BROWN BRYAN C | E-6 | USN RECRUITING DISTRICT |
| e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* 20051101 | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* PITTSBURGH PA  15222 |

## H. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**22a. IN A REGULAR COMPONENT OF THE ARMED FORCES:**

I, **DANIEL DENNIS MERWIN** , do solemnly swear (or affirm) that I will support and

defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith

and allegiance to the same;  and that I will obey the orders of the President of the United States and the orders of

the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me

God.

| b. SIGNATURE OF ENLISTEE/REENLISTEE | c. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| *Daniel Dennis Merwin* | 20051101 |

**23.  ENLISTMENT OFFICER CERTIFICATION**

a.  The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| WILLIAMS THEODORE | O-3 | HARRISBURG MEPS |
| e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* 20051101 | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* MECHANICSBURG PA  17055-4843 |

**DD Form 4/3, JAN 2001**     PREVIOUS EDITION MAY BE USED.



# History of Assignments

| Date Gained | Type Gain | Activity | UIC | Date of Loss | Type Loss |
|---|---|---|---|---|---|
| 11/01/2005 | | S CRU TRCOM GTLK | 30646 | | TRF |
| 01/04/2006 | | S NATTC PCOLA FL | 39831 | 03/10/2006 | TRF |
| 04/11/2006 | DUTY | LHD 2 ESSEX | 21533 | 09APR04 | TRF |

| Name(Last,first,Middle)<br>MERWIN,DANIEL DENNIS | Social Security Number | Rank/Rate<br>ABH3 |
|---|---|---|

**NAVPERS  1070/605**  
Official NSIPS/ESR form printed this date 03/18/2009.

Page 1 of 1

AR 3451

| HISTORY OF ASSIGNMENTS | | | | 10 | 31 |

| 1. GAIN | 2. ACTIVITY | 3. UIC | 4. LOSS | 5. INITIALS GAIN | LOSS |
|---|---|---|---|---|---|
| ENL 06OCT13 | MEPS Harrisburgh, PA | | TRF 06NOV01 | L | L |
| TEMDU 06NOV01 | NAVCRUITRACOM GREAT LAKES IL | 30646 | TRF 06JAN04 | L | |
| TEMDU 06JAN04 | NATTC PCOLA FL | 39931 | TRF MARID 06MARID | WAS | Jer |
| DUTY 06APR11 | USS ESSEX LHD 2   SDCD? 06APR HP: SASEBO, JA   PRD: 09APR | 21533 | GA | | |
| DUTY 09JUL27 | NIOC PENSACOLA | 41976 | DISRE 09OCT29 | | SS |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Name (Last, first, middle initial) MERWIN, DANIEL D   R20060411 | SOCIAL SECURITY NUMBER | BRANCH/CLASS 11 |

NAVPERS 1070/605 (Rev. 10-89)
RTC SERV-REC SET 1
NETPMSA OVERPRINT

5

OFFICIAL RECORD COPY

AR 3452

| 1. GAIN | 2. ACTIVITY | 3. UIC | 4. LOSS | 5. INITIALS | |
| | | | | GAIN | LOSS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

RTC SERV-REC SET 1        PAGE 2

 

AR 3453

ADMINISTRATIVE REMARKS
NAVPERS 1070/613



| SHIP OR STATION: | LHD 2 ESSEX | | |
|---|---|---|---|

| SUBJECT: | SEA DUTY COUNTER | Permanent: | Yes |
|---|---|---|---|
| | | Authority: | OIC PSD SASEBO |

04/04/2009    SEA DUTY COUNTER STOPPED THIS DATE.


J. E. ASSADIQ, PS2(AW), USN
TRF SUP BY DIR

--------------------------------------------------------------------------------

4/4/2009


DANIEL DENNIS MERWIN

Witnessed:

MERWIN,DANIEL DENNIS

| NAME (Last, First Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| MERWIN,DANIEL DENNIS | ▮▮▮▮▮ | USN |

Official NSIPS/ESR form printed this date 03/18/2009.

**Page 1 of 1**

AR 3454

## ENLISTMENT GUARANTEES

_____MERWIN DANIEL DENNIS_____    ▮▮▮▮▮▮
**NAME   (LAST, FIRST, MIDDLE JR.ETC)**                                 SSN

1. **ACKNOWLEDGEMENT**: In connection with my enlistment into the United States Navy,  I hereby acknowledge that:

   a. I am enlisting into the U.S. Navy for an active duty period of _four_ years and, at the same time, I agree to extend my enlistment for _N/A_ months to meet the obligations of the _N/A_____ program. I am enlisting with the following guarantees and understandings:

   b. Upon enlistment, I will be enlisting under the provisions of Commander, Navy Recruiting Command Instruction 1130.8 option or options as indicated below:

Option (1) ~~AVIATION BOATSWAIN'S MATE (HANDLING) CLASS "A" SCHOOL GUARANTEE (4YO/SG-ABH)~~_____

Option (2) _N/A_____

Option (3) _N/A_____

Option (4) _N/A_____

2. I understand that I must be fully qualified at all times throughout my obligated service for all security, professional, military, physical, psychological and academic requirements of the options guaranteed in section 1b and that my eligibility will be rechecked during recruit training and periodically throughout my enlistment.

3. The Navy will enroll me in the training specified above.  If during the periodic reviews of my eligibility, I am found no longer eligible for the options listed in 1b above because of information I provided in my enlistment application; because of a physical or psychological disqualification, or because of some reason that is not due to my fault, negligence, or conduct, I may only choose one of the following options:

   a. Reassignment to an "A" school for which I am qualified and a vacancy exists, or
   b. Navy apprentice training for which I am qualified and a vacancy exists.

In any event, the Navy may, at its option, choose to discharge me.

4. If I am not enrolled in the training guarantee specified in section 1b above because of some reason that is due to my own fault, negligence or conduct or if I am disenrolled from it for and other reason not specified in paragraph 3, then I lose that guarantee and at the Navy's option remain subject to continued naval service.  I also understand:

   a.   If I am retained, I may be required to serve the rest of my enlistment.  If given accelerated advancement, post-apprentice training, or an enlistment/reenlistment bonus, I may incur additional service as required by regulation.
   b.   The Navy may, at its option, discharge me in accordance with law and regulation.

5. I certify that I have read and received a copy of the Classifier Rating/Program Fact Sheet for the Rating/Program for which I am enlisting, and the Statement of Understand required for Option(s) _(1)_____.  I understand the obligations for the Options and training that I will receive _DDM_____.
                                                         (applicant's initials)

_R. F. CARR, FC1(SW), USN  BY DIRCO  2005-10-13_          _Daniel Dennis Merwin_
(Signature of Enlisting Officer)/Date                    _DANIEL DENNIS MERWIN_____2005-10-13_
                                                         (Signature of Enlistee)/Date

NAVCRUIT 1133/52 (Rev. 02-05)                            Annex _A_ to DD Form 4 dated _2005-10-13_

# ENLISTED QUALIFICATIONS HISTORY

## 1. EDUCATIONAL EXPERIENCE LEVEL

| GED (HS EQUIVALENT TEST) | | | COLLEGE LEVEL GENERAL EXAMS | | PRESENT LEVEL OF EDUCATION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE ISSUE | ISSUING STATE | INIT | DATE PASSED | INIT | 12 | 13 | 14 | 15 | 16 | 17 |

## 2. CLASSIFICATION/ASVAB TESTING QUALIFICATIONS

| TEST FORM ID | DATE ADMIN | AFQT | GS | AR | WK | PC | MK | EI | AS | MC | AOR | VE | CS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01E | 12-OCT-05 | 55 | 61 | 51 | 51 | 50 | 56 | 56 | 56 | 56 | 52 | 50 | 0 |

ASVAB ADMINISTERED BY: **MEPS HARRISBURG, PA**

### SPECIAL TEST SCORES

| NAME | FORM | DATE | SCORE |
|---|---|---|---|
| DLAB | | | |
| NFQT | | | |
| | | | |

CLASSIFIER'S SIGNATURE: **M. L. GORE, PS1(SS), USN**

## 3. RECORD OF OFF-DUTY EDUCATION/VOC/TECH TRAINING AND NON-REQUIRED CORRESPONDENCE COURSES

| NUMBER/TITLE OF COURSE OR TEST | SCHOOL | DATE COMPLETED | GRADE | INIT | NUMBER/TITLE OF COURSE OR TEST | SCHOOL | DATE COMPLETED | GRADE | INIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## 4. OTHER TRAINING COURSES/INSTRUCTIONS

| DATE COMPLETED | TYPE OF COURSE AND/OR INSTRUCTION | DURATION | LOCATION | INIT |
|---|---|---|---|---|
| 05DEC30 | (A-950-0001) RECRUIT TRAINING (BMT) | 8 WEEKS | RTC GREAT LAKES IL | |
| 06JAN05 | (A-950-0006) NAVY STUDENT INDOC | 1 DAY | NATTC PENSACOLA FL | |
| 06JAN09 | (A-950-0080) PERSONNEL FINANCIAL MANAGEMENT | 2 DAYS | NATTC PENSACOLA FL | |
| 06JAN11 | (J-495-0413) SHIPBOARD AIRCRAFT FIREFIGHTING | 1 DAY | NATTC PENSACOLA FL | |
| 06JAN26 | (C-100-2021) AVIONICS FUNDAMENTALS | 1 WEEK | NATTC PENSACOLA FL | |
| | | | | |
| | | | | |
| | | | | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| **MERWIN, DANIEL DENNIS** | ███████ | **USN** |

NAVPERS 1070/604 (Rev 7/91)
S/N 0106-LF-12-2500

AR 3456

## 5. NAVY SERVICE SCHOOLS/MILITARY TRAINING COURSES

| COURSE TITLE/SCHOOL ABH A1 SCHOOL NATTC PNCLA (C-822-2010) | | NEC NA | DATE ENROLLED/COMPLETED 060214/060310 | | COURSE TITLE/SCHOOL | | NEC | DATE ENROLLED/COMPLETED / | |
|---|---|---|---|---|---|---|---|---|---|
| COURSE LENGTH 4 WEEKS | GRADE SAT | MANNER OF COMPLETION ☒GRADUATED ☐DROPPED | | INIT | COURSE LENGTH | GRADE | MANNER OF COMPLETION ☐GRADUATED ☐DROPPED | | INIT |
| COURSE TITLE/SCHOOL | | NEC | DATE ENROLLED/COMPLETED / | | COURSE TITLE/SCHOOL | | NEC | DATE ENROLLED/COMPLETED / | |
| COURSE LENGTH | GRADE | MANNER OF COMPLETION ☐GRADUATED ☐DROPPED | | INIT | COURSE LENGTH | GRADE | MANNER OF COMPLETION ☐GRADUATED ☐DROPPED | | INIT |

## 6. CORRESPONDENCE COURSES REQUIRED FOR ADVANCEMENT

| DESCRIPTION OF COURSE RATE OR NAVPERS NUMBER | DATE COMPLETED | INIT | DESCRIPTION OF COURSE RATE OR NAVPERS NUMBER | DATE COMPLETED | INIT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## 7. NAVY ENLISTED CLASSIFICATIONS | 8. PERSONNEL ADVANCEMENT REQUIREMENTS

| PRIMARY CODE | SECONDARY CODE | DATE | INIT | DESCRIPTION | DATE COMPLETED | INIT |
|---|---|---|---|---|---|---|
| DG 9760 | 0000 | 05NOV01 | | | | |
| 0000 | 0000 | 06MAR10 | | | | |
| | | | | | | |
| | | | | | | |

## 9. ENLISTED RATE/RATING | 10. DESIGNATOR RATING

| RATE | DATE | TIME IN RATE | INIT | DATE | DESIGNATOR | QUAL/ REVOCATION | INIT |
|---|---|---|---|---|---|---|---|
| AR | 05NOV01 | 05NOV01 | | | | | |
| AA | 05DEC30 | 06JAN01 | | | | | |
| ABHAA | 06MAR10 | 06JAN01 | | | | | |
| | | | | | | | |
| | | | | | | | |

| NAME (Last, First, Middle) **MERWIN, DANIEL DENNIS** | SOCIAL SECURITY NUMBER ▓▓▓▓ | BRANCH AND CLASS USN |
|---|---|---|

NAVPERS 1070/604 (Rev 7/91)
S/N 0106-LF-12-2500

OFFICIAL RECORD COPY

36

| 11.  AWARDS | | | | |
|---|---|---|---|---|
| AWARD NAME | DATE OF AWARD | AUTHORITY | ADV PNTS | INIT |
| NATIONAL DEFENSE SERVICE MEDAL | 05NOV01 | SECNAVINST 1650.1G | NA | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| **MERWIN, DANIEL DENNIS** | | **USN** |

NAVPERS 1070/604 (Rev 7/91)
S/N 0106-LF-12-2500

36

| 12. PERSONNEL QUALIFICATION STANDARDS (PQS) | | | | | | | |
|---|---|---|---|---|---|---|---|
| PQS TITLE | PQS STATION # | DATE | INIT | PQS TITLE | PQS STATION # | DATE | INIT |
| QUALIFIED SWIMMER | 2  3 | 05NOV04 | JER | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| NAME (Last, First, Middle) | | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|---|
| **MERWIN, DANIEL DENNIS** | | ███████ | **USN** |

NAVPERS 1070/604 (Rev 7/91)
S/N 0106-LF-12-2500

OFFICIAL RECORD COPY

AR 3459



# TRAINING EDUCATION AND QUALIFICATION HISTORY

## PQS

| DATE | PQS STATION# | PQS TITLE |
|------|--------------|-----------|
| 11/27/08 | 43901-4 301 | ENLISTED SURFACE WARFARE SPECIALIST (ESWS), UNIT SPECIFIC FOR LHD CLASS |
| 11/27/08 | 43901 301 | ENLISTED SURFACE WARFARE SPECIALIST (ESWS) COMMON CORE |
| 11/12/08 | 43397-D 306 | PETTY OFFICER OF THE WATCH (POOW) |
| 03/14/08 | 43397-D 305 | MESSENGER OF THE WATCH (MOOW) |
| 03/10/08 | 43902-16 301 | EAWS, UNIT SPECIFIC FOR LPH/LHA/LHD/ MCS AVIATION CLASS |
| 10/15/07 | 43119-J 306 | BASIC DAMAGE CONTROL (DC) |
| 11/17/06 | 43241-H 302 | REPAIR PARTS/SUPPLY PETTY OFFICER |
| 11/01/06 | 43523-B 301 | CRAFTSMAN |
| 10/19/06 | 43434-1C 305 | TOWER OPERATOR |
| 10/10/06 | 43434-1C 307 | SPOTTING DOLLY OPERATOR |
| 07/31/06 | 43119-I 301 | BASIC DAMAGE CONTROL (DC) COMMUNICATIONS |
| 07/31/06 | 43119-I 305 | BASIC CHEMICAL, BIOLOGICAL, AND RADIOLOGICAL (CBR) DEFENSE |
| 07/31/06 | 43119-I 303 | BASIC FIREFIGHTING |
| 07/31/06 | 43119-I 302 | BASIC FIRST AID |
| 07/31/06 | 43119-I 304 | FIRE WATCH STANDER |
| 07/31/06 | 43119-I 306 | BASIC DAMAGE CONTROL (DC) |
| 07/30/06 | 43119-I 302 | BASIC FIRST AID |
| 07/30/06 | 43119-I 303 | BASIC FIREFIGHTING |
| 07/30/06 | 43119-I 306 | BASIC DAMAGE CONTROL (DC) |
| 07/30/06 | 43119-I 304 | FIRE WATCH STANDER |
| 07/30/06 | 43119-I 305 | BASIC CHEMICAL, BIOLOGICAL, AND RADIOLOGICAL (CBR) DEFENSE |
| 07/30/06 | 43119-I 301 | BASIC DAMAGE CONTROL (DC) COMMUNICATIONS |
| 06/11/06 | 43241-H 301 | MAINTENANCE PERSON |
| 06/08/06 | 43434-1C 304 | AIRCRAFT ELEVATOR OPERATOR |
| 05/23/06 | 43434-1C 303 | CONFLAGRATION STATION OPERATOR |
| 05/20/06 | 43434-1C 302 | SOUND-POWERED TELEPHONE TALKER/OPERATOR |
| 05/17/06 | 43434-1C 301 | CHOCK AND CHAIN HANDLER |
| 05/14/06 | 43426-0A 302 | LHA/LHD/MCS FLIGHT DECK OBSERVER |
| 05/13/06 | 43426-0A 302 | LHA/LHD/MCS FLIGHT DECK OBSERVER |

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS | |
|---|---|---|---|
| MERWIN, DANIEL DENNIS | | USN | Page: 3 of 3 |

NAVPERS 1070/881

AR 3460

## CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT

AN AGREEMENT BETWEEN                Daniel D. Merwin                AND THE UNITED STATES

*(Name of Individual - Printed or typed)*

1.  Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to classified information.  As used in this Agreement, classified information is marked or unmarked classified information, including oral communications, that is classified under the standards of Executive Order 12958, or under any other Executive order or statute that prohibits the unauthorized disclosure of information in the interest of national security; and unclassified information that meets the standards for classification and is in the process of a classification determination as provided in Sections 1.2, 1.3, and 1.4(e) of Executive Order 12958, or under any other Executive order or statute that requires protection for such information in the interest of national security.  I understand and accept that by being granted access to classified information, special confidence and trust shall be placed in me by the United States Government.

2.  I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of classified information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

3.  I have been advised that the unauthorized disclosure, unauthorized retention, or negligent handling of classified information by me could cause damage or irreparable injury to the United States or could be used to advantage by a foreign nation.  I hereby agree that I will never divulge classified information to anyone unless: (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior written notice of authorization from the United States Government Department or Agency (hereinafter Department or Agency) responsible for the classification of the information or last granting me a security clearance that such disclosure is permitted.  I understand that if I am uncertain about the classification status of information, I am required to confirm from an authorized official that the information is unclassified before I may disclose it, except to a person as provided in (a) or (b), above.  I further understand that I am obligated to comply with laws and regulations that prohibit the unauthorized disclosure of classified information.

4.  I have been advised that any breach of this Agreement may result in the termination of any security clearances I hold; removal from any position of special confidence and trust requiring such clearances; or the termination of my employment or other relationships with the Departments or Agencies that granted my security clearance or clearances.  In addition, I have been advised that any unauthorized disclosure of classified information by me may constitute a violation, or violations, of United States criminal laws, including the provisions of Sections 641, 793, 794, 798, *952 and 1924, Title 18, United States Code, * the provisions of Section 783(b), Title 50, United States Code, and the provisions of the Intelligence Identities Protection Act of 1982.  I recognize that nothing in this Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

5.  I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result or may result from any disclosure, publication, or revelation of classified information not consistent with the terms of this Agreement.

6.  I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement.

7.  I understand that all classified information to which I have access or may obtain access by signing this Agreement is now and will remain the property of, or under the control of the United States Government unless and until otherwise determined by an authorized official or final ruling of a court of law.  I agree that I shall return all classified materials which have, or may come into my possession or for which I am responsible because of such access: (a) upon demand by an authorized representative of the United States Government; (b) upon the conclusion of my employment or other relationship with the Department or Agency that last granted me a security clearance or that provided me access to classified information; or (c) upon the conclusion of my employment or other relationship that requires access to classified information.  If I do not return such materials upon request, I understand that this may be a violation of Section 793 and/or 1924, Title 18, United States Code, a United States criminal law.

8.  Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter.

9.  Each provision of this Agreement is severable.  If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

*(Continue on reverse.)*

NSN 7540-01-280-5499
Previous edition not usable.

STANDARD FORM 312 (Rev. 1-00)
Prescribed by NARA/ISOO
32 CFR 2003, E.O. 12958

10. These restrictions are consistent with and do not supersede, conflict with or otherwise alter the employee obligations, rights or liabilities created by Executive Order 12958; Section 7211 of Title 5, United States Code (governing disclosures to Congress); Section 1034 of Title 10, United States Code, as amended by the Military Whistleblower Protection Act (governing disclosure to Congress by members of the military): Section 2302(b)(8) of Title 5, United States Code, as amended by the Whistleblower Protection Act (governing disclosures of illegality, waste, fraud, abuse or public health or safety threats); the Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) (governing disclosures that expose confidential Government agents), and the statutes which protect against disclosure that may compromise the national security, including Sections 641, 793, 794, 798, 952 and 1924 of Title 18, United States Code, and Section 4(b) of the Subversive Activities Act of 1950 (50 U.S.C. Section 783(b)). The definitions, requirements, obligations, rights, sanctions and liabilities created by said Executive Order and listed statutes are incorporated into this Agreement and are controlling.

11. I have read this Agreement carefully and my questions, if any, have been answered. I acknowledge that the briefing officer has made available to me the Executive Order and statutes referenced in this Agreement and its implementing regulation (32 CFR Section 2003.20) so that I may read them at this time, if I so choose.

| SIGNATURE | DATE | SOCIAL SECURITY NUMBER (See Notice below) |
|---|---|---|
| *[signature]* | 08 FEB 08 | ▮▮▮▮ |

ORGANIZATION (IF CONTRACTOR, LICENSEE, GRANTEE OR AGENT, PROVIDE: NAME, ADDRESS, AND, IF APPLICABLE, FEDERAL SUPPLY CODE NUMBER) *(Type or print)*

USS ESSEX (LHD-2)
OPS/OZ
FPO, AP 96643-1661

| WITNESS | ACCEPTANCE |
|---|---|
| THE EXECUTION OF THIS AGREEMENT WAS WITNESSED BY THE UNDERSIGNED. | THE UNDERSIGNED ACCEPTED THIS AGREEMENT ON BEHALF OF THE UNITED STATES GOVERNMENT. |

| SIGNATURE | DATE | SIGNATURE | DATE |
|---|---|---|---|
| *[signature]* | 08 FEB 08 | *[signature]* ISC | 08 FEB 08 |
| NAME AND ADDRESS *(Type or print)* | | NAME AND ADDRESS *(Type or print)* | |
| Clement W. Herron Jr | | Michael J. Allen ISC (SW/AW) | |
| USS ESSEX (LHD-2) | | USS ESSEX (LHD-2) | |
| OPS/OZ | | OPS/OZ | |
| FPO, AP 96643-1661 | | FPO, AP 96643-1661 | |

## SECURITY DEBRIEFING ACKNOWLEDGEMENT

I reaffirm that the provisions of the espionage laws, other federal criminal laws and executive orders applicable to the safeguarding of classified information have been made available to me; that I have returned all classified information in my custody; that I will not communicate or transmit classified information to any unauthorized person or organization; that I will promptly report to the Federal Bureau of Investigation any attempt by an unauthorized person to solicit classified information, and that I (have) (have not) (strike out inappropriate word or words) received a security debriefing.

| SIGNATURE OF EMPLOYEE | DATE |
|---|---|
| TRANSFERED JULY 2009 | |

| NAME OF WITNESS *(Type or print)* | SIGNATURE OF WITNESS |
|---|---|
| | |

NOTICE: The Privacy Act, 5 U.S.C. 552a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that authority for soliciting your Social Security Account Number (SSN) is Executive Order 9397. Your SSN will be used to identify you precisely when it is necessary to 1) certify that you have access to the information indicated above or 2) determine that your access to the information indicated has terminated. Although disclosure of your SSN is not mandatory, your failure to do so may impede the processing of such certifications or determinations, or possibly result in the denial of your being granted access to classified information.

* NOT APPLICABLE TO NON-GOVERNMENT PERSONNEL SIGNING THIS AGREEMENT.

STANDARD FORM 312 BACK (Rev. 1-00)

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate CTN2 | 3. Desig SW/AW | 4. SSN |
|---|---|---|---|---|

| 5. ACT [X]  TAR [ ]  INACT [ ]  AT/ADSW/ 265 [ ] | 6. UIC 41976 | 7. Ship/Station NIOC PENSACOLA FL | | 8. Promotion Status REGULAR | 9. Date Reported 09JUL27 |
|---|---|---|---|---|---|

| Occasion for Report | | | Period of Report | |
|---|---|---|---|---|
| 10. Periodic [X] | Detachment 11. of Individual [ ] | Promotion/ 12. Frocking [ ] | 13. Special [ ] | 14. From: 09APR05   15. To: 10MAR15 |

| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 20. Physical Readiness P/WS | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) VEGTER, H M | 23. Grade LCDR | 24. Desig 1610 | 25. Title XO | 26. UIC 46828 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Provides Computer Network Operations (CNO) expertise in support of Navy, National and Joint requirements in the areas of Digital Network Intelligence and Computer Network Defense. Awarded 2009 Retention Excellence Award.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)

DNEA   Digital Network Exploitation Analyst-8. Performs global network analysis, target development, and network topology mapping. WATCH: JOOD-8. LV/TRVL: 09APR05-09MAY04. TEMDUINS: 09MAY05-09JUL26.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled *Daniel Merwin* |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application    NOB | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. | | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. | [X] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction |
| 34. QUALITY OF WORK: Standard of work; value of end product.    NOB | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. | | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. | [X] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community.    NOB | - Actions counter to Navy's retention/ reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/ Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. | - Consistently unkempt appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance. - Excellent conduct conscientiously complies with regulations. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | [X] | - Exemplary personal appearance. - Model of conduct, on and off duty. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work.    NOB | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. | | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. | [X] | - Energetic self-starter. Completes tasks and qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. |

NAVPERS 1616/26 (03-02)

AR 3463

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix)  MERWIN, DANIEL D | 2. Rate  CTN2 | 3. Desig  SW/AW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results  NOB | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. | X | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams - The best at accepting and offering team direction. |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals.  NOB | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices | | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations - Clear, timely communicator. - Ensures safety of personnel and equipment. | X | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits.  3.43 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)  EIDWS | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.  SCHRAMM, J R, CTNC        Date: 15MAR10 |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Petty Officer Merwin has excellent technical abilities and consistently produces exceptional work.
- Devoted 30 hours performing research, analysis, and mapping of two high interest targets, accounting for three percent of the Command's reporting for 2009. Efforts supported the execution of enhanced interactive operations, enabled defined target development in support of National agencies and enhanced COCOM's ability to combat chemical, biological, and nuclear proliferation.
- Dedicated 75 working days to qualifying on three operational JQRs; completing all three ahead of schedule, and resulted in an eight percent increase in division readiness.
- Recognized expert. Hand selected to participate in the Command's inaugural Enlisted Information Dominance Warfare Specialist (EIDWS) qualification group.
- Dedicated five hours towards one fundraising event supporting the Command Holiday Party. Efforts helped raise over $530 and reduced ticket prices for this annual event.
Petty Officer Merwin is off to a good start for a promising young CTN2!

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
Awarded NA. Completed three operational JQRs. Earned 9305 NEC.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ]   Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | 48. Reporting Senior Address  NAVIOCOM PENSACOLA  475 JONES ST, CORRY STATION  PENSACOLA FL 32511-5204 |
| 46. SUMMARY | | 1 | 0 | 5 | 23 | 8 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed this evaluation of this member against these performance standards and have provided written explanation to support the marks 1.0 and 5.0.  LUALLEN, B W, LT        Date: 11 MAR10 | 50. Signature of Reporting Senior  Henry M Kegin        Date: 10 MAR10  Summary Group Average: 3.78 |
|---|---|
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."  I intend to submit a statement. [ ]  I do not intend to submit a statement. [✓]  Daniel Merwin        Date: 16 MAR10 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report  Date: |

NAVPERS 1616/26 (03-02)

AR 3464

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

E-32

SHIP OR STATION
**PERSONNEL SUPPORT DETACHMENT, 421 SAUFLEY STREET SUITE B, PENSACOLA FL 32508-5202**

2009OCT30: I hereby acknowledge and agree that I have the duty, as explained below to establish and maintain an account with a United States financial institution for the direct deposit of my Navy net pay and allowances. I understand that I am required to execute the appropriate form at my disbursing office to ensure that my Navy net pay and allowances are deposited directly into this account. I understand that I may freely choose or change U.S. financial institutions to satisfy this requirement. I understand that I will continue to have the duty to maintain such and account for deposit of my navy net pay and allowances as long as I am on active or reserve duty, unless I receive specific exemption from maintaining such an account in the absence of a specific exemption may subject me to administrative and/or disciplinary action under the Uniform Code of Military Justice.

Daniel D. Merwin

WITNESSED:
PATTIE SPEAR, YC1
MILPERSURV, BYDIR

2009OCT30: Date of reenlistment: Reenlisted this date for 6 years.

Statement of prior service: 2005NOV01 – 2009OCT29
2009OCT30 – PRESENT

THE ABOVE ENTRIES ARE CERTIFIED TO BE CORRECT.

PATTIE SPEAR, YC1
MILPERSUSPV, BYDIR

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| MERWIN, DANIEL DENNIS | | USN |

U.S. Government Printing Office: 1985-605-009/26675 2-1

13

AR 3465

# IMMEDIATE REENLISTMENT CONTRACT

**NAME:**  MERWIN,DANIEL DENNIS    **SSN:** ▓▓▓▓▓    **BR/CL:** USN

FIRST: I am reenlisting in the  [X] UNITED STATES NAVY    [ ] NAVAL RESERVE for  **6** years from  **10/30/2009** ,unless sooner discharged by proper authority. My new contract expiration date is 10/29/2015 .

SECOND: I have read and understand the following  SECTION OF TITLE 10 OF THE UNITED STATES CODE:

SECTION 5540 OF TITLE 10 OF THE UNITED STATES CODE; "(a) The senior officer present afloat in foreign waters shall send to the United States by Government or other transportation as soon as possible each enlisted member of the naval service who is serving on a naval vessel, whose term of enlistment has expired, and who desires to return to the United States. However, when the senior officer present afloat considers it essential to the public interest, he may retain such a member on active duty until the vessel returns to the United States. (b) Each member retained under this section: (1) shall be discharged not later than 30 days after arrival in the United States; and (2) except in time of war is entitled to an increase in basic pay of 25 percent. (c) The substance of this section shall be included in the enlistment contract of each person enlisting in the naval service."

THIRD: I understand that I may be extended on, or ordered to active duty for the duration of any war or national emergency declared by Congress, and for six months thereafter, and that my agreed period of active service may be extended as otherwise authorized by law.

FOURTH: I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, geographical area, schooling, special programs, assignment of government quarters, or transportation of dependents except as indicated:

REENLISTING FOR SRB; ZONE A; AWARD LEVEL 3.5

| | | | | |
|---|---|---|---|---|
| **UIC:** 41976 | **STATUS:** **ACTIVE** X | **INACTIVE** | **RADO MONTHS/DAYS:** 000 / 000 | **DOB:** ▓▓985 |
| **PLACE OF REENLISTMENT:** NIOC PENSACOLA FL | | **HOME OF RECORD:** BETHLLEHEM, PA | | |
| **CITIZENSHIP:** US | **CITIZEN COUNTRY:** | **RATE:** CTN3 | **DATE OF PAYGRADE:** | 09/16/2007 |
| **ADSD:** 11/01/2005 | **PEBD:** 11/01/2005 | **DATE LAST DISCHARGE:** 10/29/2009 | **LSL SELLBACK:** 00.0 | |
| **TOTAL ACTIVE SERVICE:** 03 / 11 / 29 YEARS/MONTHS/DAYS | | **TOTAL PRIOR INACTIVE SERVICE:** 00 / 00 / 00 YEARS/MONTHS/DAYS | | |

"OATH OF ENLISTMENT: "I,  **DANIEL DENNIS MERWIN** ,do solemnly swear (or affirm) that I will support and defend the constitution of the United States against all enemies, foreign  and domestic; that I will bear true faith and allegiance to the same, and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulation and the Uniform Code of Military Justice. So help me God. I swear (or affirm) that I am fully aware and fully understand the conditions under which I am enlisting."

* * * * **SIGNATURE OF REENLISTEE**    _Danui_ FIRST    _Penn_ MIDDLE    _Merm_ LAST

Subscribed and sworn before me on this 30th day of  October, A.D.  2009

**SIGNATURE AND GRADE; TITLE:**    _Kelly S Steele_    K. STEELE, LTJG, USN    **OFFICIAL**    **MISSION MANAGER**
Reenlisting Officer Name and Rank

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE

Official NSIPS/ESR form printed this date 10/20/2009.

# HISTORY OF ASSIGNMENTS

| DATE GAINED | TYPE GAIN | ACTIVITY | UIC | DATE OF LOSS | TYPE LOSS |
|---|---|---|---|---|---|
| 2009OCT30 | REENL (6 YRS) | NIOC PENSACOLA FL | 41976 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**NAME (LAST, FIRST, MIDDLE**

MERWIN, DANIEL DENNIS

**SOCIAL SECURITY NUMBER**

**RANK/RATE**

E4/CTN3

NAVPERS 1070/605 (REV. 07-06)
S/N: 0106-LF-132-9200

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE

5

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

E-32

SHIP OR STATION
PERSONNEL SUPPORT DETACHMENT, 421 SAUFLEY STREET SUITE B, PENSACOLA FL 32508-5202

2009OCT30:    I understand that continued entitlement to unpaid Selective Reenlistment Bonus (SRB) installments may be terminated and a pro-rated portion of advance bonus payments, including lump sum payments, will be recouped if I am considered not technically qualified in the bonus rating/NEC designator because I am no longer classified in that rating/NEC, the rating/NEC is removed from my records, and current and further assignment in that military specialty is precluded from any of the following reasons within my control:

(1)  Should I refuse to perform certain duties for effective performance in the military specialty when I have volunteered for such duties in writing prior to accepting the bonus.

(2)  Should disciplinary action be taken under the Uniform Code of Military Justice (UCMJ) or upon court conviction when such action renders me unqualified for future performance in the military specialty; or

(3)  Should I have withdrawal of the minimum-security clearance, loss of qualification under the Personnel Reliability Program (PRP), or loss of any other mandatory qualification required for effective performance in the military specialty, when such withdrawal or loss is voluntary or caused by my own misconduct, and results in removal from the military specialty.

_Daniel D. Merwin_
Daniel D. Merwin

WITNESSED: _____
PATTIE SPEAR, YC1
MILPERSUPV, BYDIR

2009OCT30:    Reenlisted this date.  Entitled to SRB based on the __CTN__ rating, SRB Zone __A__.  The total SRB entitlement is $46,821.59.  First installment of $23,410.79 will be paid by direct deposit to my account upon confirmation or reenlistment.  Member has acknowledged that approval of advance of remaining amount payment is not automatic but depends on funds available and hardship relative to others requesting similar payment.

_Daniel D. Merwin_
Daniel D. Merwin

WITNESSED: _____
PATTIE SPEAR, YC1
MILPERSUPV, BYDIR

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| MERWIN, DANIEL DENNIS | ▮▮▮▮▮ | USN |

U.S. Government Printing Office:  1985-605-009/26675 2-1

13

AR 3468

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate CTN2 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|---|

| 5. ACT [X]  FTS  INACT  AT/ADSW/ 265 | 6. UIC 41976 | 7. Ship/Station NIOC PENSACOLA FL | | 8. Promotion Status REGULAR | 9. Date Reported 09JUL27 |
|---|---|---|---|---|---|

| Occasion for Report 10. Periodic [X] | Detachment 11. of Individual | Promotion/ 12. Frocking | 13. Special | Period of Report 14. From: 10MAR16 | 15. To: 11MAR15 |
|---|---|---|---|---|---|

| 16. Not Observed Report | Type of Report 17. Regular [X] | 18. Concurrent | 20. Physical Readiness PP | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) VEGTER, H M | 23. Grade LCDR | 24. Desig 1810 | 25. Title XO | 26. UIC 46828 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Provides Computer Network Operations (CNO) expertise in support of Navy, National, and Joint requirements in the areas of Digital Network Intelligence (DNI) and Computer Network Defense (CND).  Awarded Meritorious Unit Commendation and 2010 Retention Excellence Award.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
ASST TEAM LEAD   Digital Network Exploitation Analyst (DNEA) Assistant Team Lead-12.  Led three Sailors performing global network analysis, target development, and network topology mapping.  WATCH: OOD-11; JOOD-1.  PFA: 10-1/10-2.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled 10SEP15 | 31. Counselor KAVENEY, S D | 32. Signature of Individual Counseled *Daniel Merwin* 18March |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. NOB [ ] | - | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. | - | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction [X] |
| 34. QUALITY OF WORK: Standard of work; value of end product. | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. NOB [ ] | - | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. [X] | |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. | - Actions counter to Navy's retention/ reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/ Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. NOB [ ] | - | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | - | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. | - Consistently unsatisfactory appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. NOB [ ] | - | - Excellent personal appearance. - Excellent conduct conscientiously complies with regulations. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | - | - Exemplary personal appearance. - Model of conduct, on and off duty. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. NOB [ ] | - | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. | - | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. [X] |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3469

OFFICIAL RECORD / NOT REPRODUCED (watermark)

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | 2. Rate CTN2 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. | - | - Reinforces others' efforts, meets commitments to team.<br>- Understands goals, employs good teamwork techniques.<br>- Accepts and offers team direction. | - | - Team builder, inspires cooperation and progress.<br>- Focuses goals and techniques for teams<br>- The best at accepting and offering team direction. |
| NOB | | | X | | |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems in command.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices | | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. | | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. |
| NOB | | | | | X |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0. |
|---|---|---|
| 3.86 | SPECIAL WARFARE      ION PROGRAM | *[signature]* CTNCS<br>HASERT, T L, CTNCS    Date: 18 MAR 11 |

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Petty Officer Merwin has proven himself to be the go-to technical expert at the Command!
- Led three Sailors conducting over 3K hours of research, analysis, and production, reviewing over 70K files from 476 queries and 154 router configurations. Efforts resulted in the release of two network topology maps and eight high value informal reports in support of one Information Need and overseas contingency operations.
- As a recognized target expert, provided over 15 mission production and development briefs to multi-force audiences including VIPs from TENTHFLT, NSA, MARFORCYBER, USSTRATCOM, NCDOC, Chief Of Naval Operations Staff and 68 Junior Intelligence Officers.
- As an SME, dedicated over 400 hours of research and training to the development of the Command's EIDWS program. Instrumental in the qualification of 11 other SMEs and accreditation of the Command's program which was lauded by the Force Master Chief as "one of the best I've seen to date!"
- A dedicated trainer, provided 47 hours of Command wide training to 32 Sailors, covering three sections of the EIDWS Personal Qualification Standard.
An exceptional leader with unsurpassed technical knowledge and analytical ability, Petty Officer Merwin is ready for the challenges of a PO1!!

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
Qualified EIDWS. Completed two operational JQRS. Volunteered 13 hours Holiday Party Committee beer booth, three hours Command picnic, three hours BRACE event.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☐  Recommended ☒ |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | 48. Reporting Senior Address |
| 46. SUMMARY | ☒ | 0 | 1 | 18 | 18 | 10 | NAVIOCOM PENSACOLA<br>475 JONES ST, CORRY STATION<br>PENSACOLA, FL 32511-5204 |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0. | 50. Signature of Reporting Senior |
|---|---|
| *[signature]*  Date: 15 MAR 11<br>BLANCHE, E A, LT | *[signature]*    Date: 15 MAR 11<br>Summary Group Average: 3.70 |

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report |
|---|---|
| I intend to submit a statement. ☐   I do not intend to submit a statement. ☒<br>*[signature]*   Date: 18 MAR 11 | Date: |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate CTN2 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|---|

| 5. ACT [X] FTS [ ] INACT [ ] AT/ADSW/ 265 [ ] | 6. UIC 46828 | 7. Ship/Station NIOC PENSACOLA FL | 8. Promotion Status REGULAR | 9. Date Reported 09JUL27 |
|---|---|---|---|---|

| Occasion for Report 10. Periodic [X] | Detachment 11. of Individual [ ] | Promotion/ 12. Frocking [ ] | 13. Special [ ] | Period of Report 14. From: 11MAR16 | 15. To: 12MAR15 |
|---|---|---|---|---|---|

| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 20. Physical Readiness PP | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) LAWRENCE, L S | 23. Grade LCDR | 24. Desig 1810 | 25. Title XO | 26. UIC 46828 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Provides Computer Network Operations (CNO) expertise in support of Navy, National, and Joint requirements in the areas of Digital Network Intelligence (DNI) and Computer Network Defense (CND).

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

SENIOR ANALYST Digital Network Exploitation Analyst (DNEA) Senior Analyst-5; Team Lead-7. Led five teams operationally performing global network analysis, target development, and network topology mapping. COLL: ACFL-12; CTT-9. WATCH: OOD-12. PFA: 11-1/11-2.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled 11SEP15 | 31. Counselor ROBINSON, H J | 32. Signature of Individual Counseled *David Merwin* |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. | | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. | | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction |
| NOB [ ] | | [ ] | | [ ] | [X] |
| 34. QUALITY OF WORK: Standard of work; value of end product. | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. | | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. | | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. |
| NOB [ ] | | [ ] | | [X] | [ ] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. | - Actions counter to Navy's retention/ reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/ Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| NOB [ ] | | [ ] | [X] | | [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. | - Consistently unsatisfactory appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance. - Excellent conduct conscientiously complies with regulations. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Exemplary personal appearance. - Model of conduct, on and off duty. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| NOB [ ] | | [ ] | [X] | | [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. | | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. | | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. |
| NOB [ ] | | [ ] | | [X] | [ ] |

AR 3471

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | 2. Rate CTN2 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results  NOB | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. | X | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams - The best at accepting and offering team direction. |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals.  NOB | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices | | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations - Clear, timely communicator. - Ensures safety of personnel and equipment. | X | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and and professional lives of others. |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits.  **3.86** | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)  ION | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0.  *[signature]* CTNC(SW/AW) ROBINSON, H J, CTNC(SW/AW)   Date: 28FEB12 |
|---|---|---|

**43. COMMENTS ON PERFORMANCE:** * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

**\*\*\*MY #10 OF 64 HIGHLY COMPETITIVE SECOND CLASS PETTY OFFICERS\*\*\***
CTN2 MERWIN IS A LEADER COMMITTED TO FURTHERING MISSION AND SAILORIZATION COMMAND WIDE.

- TECHNICAL LEADER. Led five teams conducting 130,000 hours of research, analysis, and production leading to the release of 29 DNI reports and additional high value command tasking. Directly responsible for the addition and production of network diagrams filling a critical need for National agencies.
- EXEMPLARY TRAINER. As a Command Training Team member, he provided training to 103 command members in Navy Pride and Professionalism. As an Enlisted Information Dominance Warfare Specialist Subject Matter Expert, he provided 106 hours of training directly contributing to the qualification of 23 command members.
- COMMAND INVOLVED. As an Assistant Command Fitness Leader, he assisted with more than 124 hours of command physical training, nine mock, and six Physical Fitness Assessments resulting in a 98 percent command pass rate for 2011.

   A HARD CHARGING SAILOR WITH AN UNPARALLELED LEVEL OF INITIATIVE AND DEDICATION!

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.
AWARDED: NAM (2ND). QUAL: DNEA. COMP: ANSK 2020, NETA 2002, NETA 2008, Navy Operational Fitness and Fueling Series (NOFFS), Command Training Team Indoc. VOL: COMREL events 20hrs.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ]   Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | X | | 48. Reporting Senior Address NAVIOCOM PENSACOLA |
| 46. SUMMARY | | 0 | 0 | 20 | 21 | 11 | 475 JONES ST, CORRY STATION PENSACOLA, FL 32511-5204 |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed this evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0.  *[signature]* HOWARD, E B, LCDR   Date: 28FEB12 | 50. Signature of Reporting Senior  *[signature]*   Date: 29FEB12 Summary Group Average:  **3.51** |
|---|---|

**51. Signature of Individual Evaluated.** "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. [ ]   I do not intend to submit a statement. [X]

*[signature]* David Merwin   Date: 29Feb11

| 52. Type name, grade,command, UIC, and signature of Regular Reporting Senior on Concurrent Report   Date: |
|---|

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3472

PRIVACY SENSITIVE



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL
### (GOLD STAR IN LIEU OF SECOND AWARD)

#### TO

**CRYPTOLOGIC TECHNICIAN NETWORKS SECOND CLASS (INFORMATION DOMINANCE WARFARE) DANIEL D. MERWIN**
**UNITED STATES NAVY**

#### FOR

PROFESSIONAL ACHIEVEMENT AS A DIGITAL NETWORK EXPLOITATION ANALYST AT NAVY INFORMATION OPERATIONS COMMAND PENSACOLA, FLORIDA FROM 01 MARCH 2011 TO 01 JUNE 2011. PETTY OFFICER MERWIN'S LEADERSHIP, TECHNICAL EXPERTISE, AND PERSONAL INITIATIVE WERE ESSENTIAL TO THE SUCCESSFUL ESTABLISHMENT OF AN ONGOING INTELLIGENCE AND TECHNICAL RESEARCH SUPPORT RELATIONSHIP WITH COMMANDER TASK FORCE 1050. HIS ACTIONS PROVIDED VITAL SIGINT SUPPORT TO CENTRAL COMMAND, U.S. CYBER COMMAND, FLEET CYBER COMMAND, AND U.S. TENTH FLEET FOR PLANNING, SIGNIFICANTLY IMPROVING SITUATIONAL AWARENESS, ENABLING NATIONAL AUTHORITIES TO MAKE VITAL DECISIONS SUPPORTING FUTURE OPERATIONS PLANNING. PETTY OFFICER MERWIN'S EXCEPTIONAL PROFESSIONALISM AND SELFLESS DEVOTION TO DUTY REFLECTED CREDIT UPON HIM AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS    28TH    DAY OF    February 2012

FOR THE    SECRETARY OF THE NAVY

**S. R. HERITAGE**
**COMMANDER, UNITED STATES NAVY**
**COMMANDING OFFICER**



NAVSO 1650/2 (REV. 7-99)
S/N 0104-LF-982-2000

AR 3473

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate CTN2 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|---|

| 5. ACT [X] FTS INACT AT/ADSW/ 265 | 6. UIC 46828 | 7. Ship/Station NIOC PENSACOLA FL | 8. Promotion Status REGULAR | 9. Date Reported 09JUL27 |
|---|---|---|---|---|

| Occasion for Report | | | Period of Report | |
|---|---|---|---|---|
| 10. Periodic | 11. Detachment of Individual [X] | 12. Promotion/ Frocking    13. Special | 14. From: 12MAR16 | 15. To: 12JUL30 |

| 16. Not Observed Report | Type of Report | | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|
| | 17. Regular [X] | 18. Concurrent | | |

| 22. Reporting Senior (Last, FI MI) LAWRENCE, L S | 23. Grade LCDR | 24. Desig 1810 | 25. Title XO | 26. UIC 46828 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**

Provides Computer Network Operations (CNO) expertise in support of Navy, National, and Joint requirements in areas of Digital Network Intelligence (DNI) and Computer Network Defense (CND).

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

TEAM LEAD    Digital Network Exploitation Analyst (DNEA) Team Lead-4. Led four Sailors operationally performing global network analysis, target development, and network topology mapping. COLL: ACFL-4; CTT-4. WATCH: OOD-4. PFA: 12-1.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. | - | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. | - | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. |
| NOB ☐ | ☐ | ☐ | ☐ | ☐ | [X] |
| 34. QUALITY OF WORK: Standard of work; value of end product. | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. | - | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. | - | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. |
| NOB ☐ | ☐ | ☐ | ☐ | [X] | ☐ |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | - | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | - | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| NOB ☐ | ☐ | ☐ | [X] | ☐ | ☐ |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| NOB ☐ | ☐ | ☐ | [X] | ☐ | ☐ |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. | - | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. | - | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. |
| NOB ☐ | ☐ | ☐ | ☐ | [X] | ☐ |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3474

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| MERWIN, DANIEL D | CTN2 | IDW/SW | |

| PERFORMANCE TRAITS | 1.0*<br>Below Standards | 2.0<br>Pro-gressing | 3.0<br>Meets Standards | 4.0<br>Above Standards | 5.0<br>Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results.<br><br>NOB | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. | | - Reinforces others' efforts, meets commitments to team.<br>- Understands goals, employs good teamwork techniques.<br>- Accepts and offers team direction. | X | - Team builder, inspires cooperation and progress.<br>- Focuses goals and techniques for teams.<br>- The best at accepting and offering team direction. |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals.<br><br>NOB | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. | | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. | | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others.  X |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits.<br><br>4.00 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)<br><br>ION | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.<br><br>*[signature]*    Date: 12 JUL 12<br>ROBINSON, H J, CTNC(SW/AW) |
|---|---|---|

**43. COMMENTS ON PERFORMANCE:** * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

EVALUATION SUBMITTED UPON MEMBER'S TRANSFER TO NIOC MARYLAND.
TECHNICAL FRONT RUNNER AND VITAL TEAM LEADER DURING TENURE AT NIOC PENSACOLA.
HIS ABSENCE WILL BE NOTICED.

- TECHNICALLY DRIVEN.  Led four personnel and dedicated 720 hours conducting research and analysis on 3,000 data files.  Efforts resulted in release of two serialized reports and two digital network topology diagrams supporting national priorities.
- NATURAL LEADER.  Led from the front for 10 command physical training sessions, facilitated one mock Physical Fitness Assessment (PFA), and facilitated one official command PFA cycle, resulting in a 93 percent overall passing rate.
- COMMAND INVOLVED.  Provided 80 hours of Enlisted Information Dominance Warfare Specialist training, directly resulting in the EIDWS qualification of 11 command members.  Provided four hours of Navy Pride and Professionalism training to newly arrived personnel.

SUPERB LEADER AMONGST HIS PEER GROUP AND A TEACHER TO SUPERIORS.
DEDICATED SAILOR WHO IS FOCUSED ON MISSION AND ON GETTING THE JOB DONE WELL.
HE WILL BE A WELCOME ASSET AT ANY COMMAND!

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☐   Recommended ☒ |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | | X | 48. Reporting Senior Address |
| 46. SUMMARY | | 0 | 0 | 0 | 0 | 1 | NAVIOCOM PENSACOLA<br>475 JONES ST, CORRY STATION<br>PENSACOLA, FL 32511-5204 |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.<br><br>*[signature]* HOWARD, E B, LCDR    Date: 12 JUL 12 | 50. Signature of Reporting Senior<br><br>*[signature]*    Date: 18 JUL 12<br>Summary Group Average: 4.00 |
|---|---|

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."<br>I intend to submit a statement. ☐   I do not intend to submit a statement. ☒<br><br>*[signature]* Date: 18 JUL 12 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report<br><br>Date: |
|---|---|

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3475

PRIVACY SENSITIVE

31-May-2012



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT

## THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

### (GOLD STAR IN LIEU OF THIRD AWARD)

### TO

### CRYPTOLOGIC TECHNICIAN NETWORKS SECOND CLASS (INFORMATION DOMINANCE WARFARE) DANIEL D. MERWIN

### UNITED STATES NAVY

### FOR

PROFESSIONAL ACHIEVEMENT AS A TEAM LEAD AT NAVY INFORMATION OPERATIONS COMMAND PENSACOLA, FLORIDA FROM JULY 2009 THROUGH JULY 2012. PETTY OFFICER MERWIN LED 26 SAILORS IN THE PROSECUTION OF FOUR HIGH PRIORITY TARGETS RESULTING IN THE RELEASE OF 52 DIGITAL NETWORK INFORMATION REPORTS, NETWORK DIAGRAMS, AND TIPPERS DIRECTLY SUPPORTING MULTIPLE COMBATANT COMMANDERS AND NATIONAL LEVEL CUSTOMER INITIATIVES. AS A PLANKOWNER OF THE COMMAND'S ENLISTED INFORMATION DOMINANCE WARFARE SPECIALIST PROGRAM, HE SHAPED ITS IMPLEMENTATION AND DEDICATED 586 HOURS OF RESEARCH AND TRAINING RESULTING IN THE QUALIFICATION OF 55 SAILORS. PETTY OFFICER MERWIN'S EXCEPTIONAL PROFESSIONALISM AND SELFLESS DEVOTION TO DUTY REFLECTED CREDIT UPON HIM AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS    31ˢᵀ    DAY OF    May 2012

FOR THE          SECRETARY OF THE NAVY

S. R. HERITAGE
COMMANDER, UNITED STATES NAVY
COMMANDING OFFICER

NAVSO 1650/2 (REV 7-99)
S/N 0104-LF-982-2000

AR 3476

OFFICIAL RECORD COPY

## DEPENDENCY APPLICATION/RECORD OF EMERGENCY DATA

### MEMBER INFORMATION

SSN: ███████    NAME: MERWIN,DANIEL DENNIS
RANK/RATE: CTN2  BR/CL: USN    UIC: 41976        RELIGION:        NO
SHIP OR STATION: NIOC PCOL/CYBDE            INITIAL/CHANGE:  I
EFFECTIVE DATE:      11/01/2005    TOTAL NUMBER OF DEPENDENTS:  0
PREVIOUSLY MARRIED: NO            MARRIAGE DISSOLVED BY:
DISSOLVED ON:            PLACE DISSOLVED:

### SPOUSE INFORMATION

NAME:                        DEPENDENT:
DATE OF BIRTH:        CITIZENSHIP:        RELATIONSHIP:
DATE MARRIED:        PLACE OF MARRIAGE:
ADDRESS:
PREVIOUSLY MARRIED:            MARRIAGE DISSOLVED BY:
DISSOLVED ON:        PLACE DISSOLVED:
MEMBER OF UNIFORMED SERVICES:        DUTY AFFILIATION:
BRANCH:                COMPONENT:

### SPOUSE NEXT OF KIN

NAME:                    RELATIONSHIP:
ADDRESS:

### FATHER INFORMATION

NAME:     ████████████
ADDRESS:                    DEPENDENT:NO  SUPPORT:N/A
      EFFORT, PA ████

### MOTHER INFORMATION

NAME:     ████████████
ADDRESS:                    DEPENDENT:NO  SUPPORT:N/A
      LEXINGTON, SC ████

### OTHER PERSON, NOT ALREADY NAMED TO BE NOTIFIED OF PERSONAL CASUALTY

NAME: NONE                RELATIONSHIP
ADDRESS:

AR 3477

SSN: ██████        **NAME:** MERWIN,DANIEL DENNIS

## BENEFICIARY(IES) FOR UNPAID PAY AND ALLOWANCES

NAME: ████████              RELATIONSHIP:MOTHER
ADDRESS:
        LEXINGTON, SC ████        PERCENTAGE:100%

## PERSON(S) TO RECEIVE ALLOTMENT IF IN A MISSING STATUS, SUBJECT TO SECNAV DETERMINATION

NAME: ████████              RELATIONSHIP:MOTHER
ADDRESS:
        LEXINGTON, SC ████        PERCENTAGE:100%

## BENEFICIARY(IES) FOR GRATUITY PAY

NAME: ████████              RELATIONSHIP:Mother
ADDRESS:
        LEXINGTON, SC ████        PERCENTAGE:100%

## LIFE INSURANCE INFORMATION

COMPANY: NONE              POLICY NUMBER:
ADDRESS:

## LOCATION OF WILL

ADDRESS: NONE

## LOCATION OF OTHER VALUABLE PAPERS

ADDRESS: NONE

## PNOK (Name - Relationship - Phone - Address)
████████ Mother, ████████
              LEXINGTON,SC ████

## SNOK (Name - Relationship - Phone - Address)
████ Father,000-000-0000,000-000-0000,████████ EFFORT,PA

---

IS BENEFICIARY DESIGNATION OF SGLI ON FILE?  YES    DESIGNATION DATE:  09/17/2009

---

## REMARKS

PADD: ████████              RELATIONSHIP:Mother
ADDRESS:
NAVPERS 1070/602              Page: 2 of 3

OFFICIAL RECORD COPY

**SSN:** ▮▮▮▮▮▮    **NAME:** MERWIN,DANIEL DENNIS

LEXINGTON, SC ▮▮▮▮
**Phone:** ▮▮▮▮▮▮

UPDATE DUE TO PCS TRANSFER. NO PAY CHANGES.

UPDATED BY:  CINDY WILSON PSD PENSACOLA FLORIDA
DATE: 30 JULY 2012

IT IS MY RESPONSIBILITY TO NOTIFY MY NAVY PERSONNEL OFFICE/SHIP'S OFFICE OR
CSD/PSD IF THERE IS A CHANGE IN MY ASSIGNMENT TO QUARTERS THAT MAY AFFECT MY
BAH ENTITLEMENTS THAT MAY RESULT IN AN OVER/UNDER PAYMENT.

CERTIFICATION: I HAVE REVIEWED THE DATA ON THIS FORM AND CERTIFY THAT IT IS
CORRECT.  I UNDERSTAND THAT ANY CHANGE IN MY FAMILY MEMBER STATUS MUST BE
REPORTED AS A CHANGE TO THE DEFENSE ENROLLMENT ELIGIBILITY REPORTING SYSTEM
(DEERS) WITHIN 60 DAYS.  THIS INCLUDES SERVICE MEMBERS IN A JOINT SERVICE
MARRIAGE (MILITARY MARRIED TO MILITARY), EVEN THOUGH EACH SPOUSE IS ALREADY
ENROLLED IN DEERS IN HIS OR HER OWN RIGHT AS A MILITARY MEMBER.

SIGNATURE OF DESIGNATOR:                    WITNESSED:
                        DANIEL DENNIS MERWIN              PATTIE SPEAR

DATE: 30 July 12                            TITLE: HUMAN RESOURCE SUPER

**Official NSIPS/ESR form printed this date 30-JUL-2012**

NAVPERS 1070/602                            Page: 3 of 3

AR 3479

OFFICIAL RECORD COPY

# Prudential

**Office of Servicemembers'
Group Life Insurance**

## Servicemembers' Group Life Insurance Election and Certificate

## 1. About You

Daniel D Merwin

Print Name (First, Middle, Last)

NIOC Maryland

Duty Location

E5

Rank, title or grade

Navy

Branch of Service

Social Security Number

400,000

Current Amount of SGLI

I am completing this form to: *(Check all that apply)*

- ☑ Name or update my SGLI beneficiary. *You must complete sections 3 & 5.*
- ☐ Increase or restore my SGLI coverage to  $ ____ . *You must complete sections 3, 4, & 5.*
- ☐ Reduce my SGLI coverage to  $ ____ . *You must complete sections 3 & 5.*
- ☐ Decline (cancel) SGLI coverage. Write below "I do not want insurance at this time." *You must complete section 5.*

"_____"

**Coverage is available in increments of $50,000 up to a maximum of $400,000**

## 3. About Your Beneficiaries  *Complete this section unless you are declining coverage*

| Primary<br>Name and Address | Social Security Number<br>(If available) | Relationship<br>to you | Share to each<br>(% or $ amounts) | Payment Option<br>(Lump sum* or 36 equal monthly payments) |
|---|---|---|---|---|
| ▮▮▮▮ Lexington SC ▮ | ▮▮▮▮ | mother | 40% | Lump sum |
| ▮▮▮▮ Bethlehem, PA ▮ | | Step-Mother | 30% | Lump sum |
| ▮▮▮▮ Effort, PA | | father | 10% | 36 pmts |
| | | | | Lump sum |

~~Secondary~~ PRIMARY + non

| | | | | |
|---|---|---|---|---|
| ▮▮▮▮ Gilbert, SC | ▮▮▮▮ | Sister | 10% | 36 pmts |
| ▮▮▮▮ Phillipsburg, NJ | | Sister | 10% | 36 pmts |
| | | | | Lump sum |
| | | | | Lump sum |

☑ **Have more beneficiaries?** Check the box and complete Supplemental SGLI Beneficiary Form, SGLV 8286S.
**If you do not name beneficiaries above, your insurance will be paid by law (see page 3).**

*If the insured member elects a lump sum payment, the beneficiary(ies) will be given the option of receiving the lump sum payment through the Prudential Alliance Account®, by check, or Electronic Funds Transfer (EFT). Alliance Account is not available for payments less than $5,000, payments to individuals residing outside the United States and its territories, and certain other payments. These will be paid by check. Open Solutions Inc. is the Service Provider of the Prudential Alliance Account Settlement Option, a contractual obligation of The Prudential Insurance Company of America, located at 751 Broad Street, Newark, NJ 07102-3777. Check clearing is provided by UMB Bank, N.A. and processing support is provided by First Data Payment Services (FDPS). **Alliance Account balances are not insured by the Federal Deposit Insurance Corporation (FDIC).** Open Solutions Inc., UMB Bank, N.A., and First Data Payment Services are not Prudential Financial companies.

OFFICIAL RECORD COPY

## 4. About Your Health   *Complete this section ONLY if you are restoring or increasing coverage.*

| ████ 1985 | 150 Lbs | 5 FT 9 INCHES | Your gender  ☐ Female |
|---|---|---|---|
| Your date of birth (MM, DD, YYYY) | Your weight | Your height | ☑ Male |

**Have you had, been treated for, or had known indications of:**

| | Yes | No |
|---|---|---|
| a. A heart condition? | ☐ | ☑ |
| b. High blood pressure? | ☐ | ☑ |
| c. A neurological disorder? | ☐ | ☑ |
| d. Diabetes? | ☐ | ☑ |
| e. Cancer or tumors? | ☐ | ☑ |
| f. Have you ever been diagnosed as having a disease of the immune system? | ☐ | ☑ |
| g. Do you have any known physical impairments, deformities, or ill health not covered above? | ☐ | ☑ |

Any request to increase coverage does not take effect until approved by OSGLI.

> Did you answer "YES" to any question? If so, reference the question by letter and list date, duration and details below.

## 5. Your Signature   *You must complete this section.*

**I have read the instructions and understand that:**

- This form cancels any prior beneficiary or payment instructions.

- I can have SGLI and VGLI coverage at the same time, but the combined amount cannot be more than $400,000.

- Reducing or declining SGLI coverage can affect the amount of my family coverage, traumatic injury coverage and post-separation coverage (see instructions for details).

- If I am married or get married after completing this form and have not declined SGLI, Family SGLI automatically covers my spouse. I must register my spouse in DEERS so my branch of service can deduct premiums from my pay. *Failure to register my spouse in DEERS will result in my owing debts for unpaid premiums.* I can decline Family SGLI coverage by completing SGLV 8286A.

- I certify that the information provided on this form is true and correct to the best of my knowledge and belief. Any deception or knowingly false statement either by inference or omission may result in cancellation of the insurance or in the refusal to pay a claim.

| *(signature)* | ████ | 07 27 2012 |
|---|---|---|
| Service Member Signature | Social Security Number | Date (MM, DD, YYYY) |

████████ Hanover, MD ████

Address

**For Branch of Service Use Only**

Name of Personnel Clerk  *(signature)*
Velda Cunningham

Rank, title or grade
GG-07

Contact telephone/email
850-452-0299/velda.cunningham@navy.mil

Date
27 July 2012

Address   475 Jones Street, Corry Station
Pensacola, FL  32511-5204

**For OSGLI Use Only**

Representative

Approve ☐

Disapprove ☐

Date

OFFICIAL RECORD COPY

AR 3481

 **Prudential**

**Office of Servicemembers'
Group Life Insurance**

**Servicemembers' Group Life Insurance
Election and Certificate**

## 1. About You

| | |
|---|---|
| DANIEL D MERWIN | LEG |
| Print Name (First, Middle, Last) | Rank, title or grade | Social Security Number |

| | |
|---|---|
| NIOC Maryland | USN |
| Duty Location | Branch of Service |

## 2. About Your Coverage

**I am completing this form to:** *(Check all that apply)*

☒ Name or update my SGLI beneficiary. *You must complete sections 3 & 5.*

☐ Increase or restore my SGLI coverage to $ _____ *ou must complete sections 3, 4, & 5.*

☐ Reduce my SGLI coverage to $ _____ *u must complete sections 3 & 5.*

☐ Decline (cancel) SGLI coverage. Write below "I do not want insurance at this time." *You must complete section 5.*

" _____ "

> **Coverage is available in increments of $50,000 up to a maximum of $400,000**

## 3. About Your Beneficiaries *Complete this section unless you are declining coverage*

**Primary**
Name and Address

| | Name and Address | Social Security Number *(if available)* | Relationship to you | Share to each *(% or $ amounts)* | Payment Option *(Lump sum* or 36 equal monthly payments)* |
|---|---|---|---|---|---|
| 1. | LEXINGTON SC ▓▓ | ▓▓ | MOTHER | 40% | LUMP SUM |
| 2 | BETHLEHEM PA ▓▓ | | STEPMOTHER | 30% | LUMP SUM |
| 3. | EFFORT, PA | | FATHER | 10% | 36 PAYMENTS |
| 4 | GILBERT SC ▓▓ | | SISTER | 10% | 36 PAYMENTS |

**Secondary**

| | | |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

☒ **Have more beneficiaries?** Check the box and complete Supplemental SGLI Beneficiary Form, SGLV 8286S
**If you do not name beneficiaries above, your insurance will be paid by law (see page 3).**

*If the insured member elects a lump sum payment, the beneficiary(ies) will be given the option of receiving the lump sum payment through the Prudential Alliance Account®, by check, or Electronic Funds Transfer (EFT). Alliance Account is not available for payments less than $5,000, payments to individuals residing outside the United States and its territories, and certain other payments. These will be paid by check.

Open Solutions Inc. is the Service Provider of the Prudential Alliance Account Settlement Option, a contractual obligation of The Prudential Insurance Company of America, located at 751 Broad Street, Newark, NJ 07102-3777. Check clearing is provided by JPMorgan Chase Bank, N.A. and processing support is provided by First Data Payment Services (FDPS). **Alliance Account balances are not insured by the Federal Deposit Insurance Corporation (FDIC).** Open Solutions Inc., JPMorgan Chase Bank, N.A., and First Data Payment Services are not Prudential Financial companies.

## 4. About Your Health  *Complete this section ONLY if you are restoring or increasing coverage.*

| ████████ | 18Ø | 5'9 | Your gender | Female |
| --- | --- | --- | --- | --- |
| Your date of birth (MM, DD, YYYY) | Your weight | Your height | | (Male) |

**Have you had, been treated for, or had known indications of:**

| | Yes | No |
| --- | --- | --- |
| a.  A heart condition? | ☐ | ☐ |
| b.  High blood pressure? | ☐ | ☐ |
| c.  A neurological disorder? | ☐ | ☐ |
| d.  Diabetes? | ☐ | ☐ |
| e.  Cancer or tumors? | ☐ | ☐ |
| f.   Have you ever been diagnosed as having a disease of the immune system? | ☐ | ☐ |
| g.  Do you have any known physical impairments, deformities, or ill health not covered above? | ☐ | ☐ |

> **Did you answer "YES" to any question? If so, reference the question by letter and list date, duration and details below.**

Any request to increase coverage does not take effect until approved by OSGLI.

## 5. Your Signature  *You must complete this section.*

**I have read the instructions and understand that:**

- This form cancels any prior beneficiary or payment instructions.

- I can have SGLI and VGLI coverage at the same time, but the combined amount cannot be more than $400,000.

- Reducing or declining SGLI coverage can affect the amount of my family coverage, traumatic injury coverage and post-separation coverage (see instructions for details).

- If I am married or get married after completing this form and have not declined SGLI, Family SGLI automatically covers my spouse. I must register my spouse in DEERS so my branch of service can deduct premiums from my pay. *Failure to register my spouse in DEERS will result in my owing debts for unpaid premiums.* I can decline Family SGLI coverage by completing SGLV 8286A.

- I certify that the information provided on this form is true and correct to the best of my knowledge and belief. Any deception or knowingly false statement either by inference or omission may result in cancellation of the insurance or in the refusal to pay a claim.

| *(signature)* | ████████ | 2012 |
| --- | --- | --- |
| Service Member Signature | Social Security Number | Date (MM, DD, YYYY) |

| 4ØØ, ØØØ | Han0ver, MD  ████ |
| --- | --- |
| Current Amount of SGLI | Address |

| **For Branch of Service Use Only** | **For OSGLI Use Only** |
| --- | --- |
| Name of Personnel Clerk  *(signature)* | Representative |
| Rank, title or grade  4N5(IAN) TOELLNER | Approve ☐ |
| Contact telephone/email  301-677-0796 | Disapprove ☐ |
| Date  2Ø12Ø8Ø8 | Date |
| Address 9800 SAVAGE RD    FORT MEADE MD 2Ø755 | |

OFFICIAL RECORD COPY

 **Prudential**

**Office of Servicemembers'
Group Life Insurance**

# Servicemembers' Group Life Insurance Supplemental SGLI Beneficiary Form

## 1. About You

Print Name (First, Middle, Last)

DANIEL D MERWIN

Current Amount of SGLI Coverage

400,000

Rank, title or grade

E5

Social Security Number

████████████

Duty Location

NIOC MARLAND

Branch of Service

NAVY

## 2. About Your Beneficiaries

The beneficiaries listed below are in addition to those listed on my completed SGLV 8286.

Date (month day year)

AUGUST 8TH 2012

**Primary**
Name and Address

| Name and Address | Social Security Number (If available) | Relationship to you | Share to each (% or $ amounts) | Payment Option (Lump sum* or 36 equal monthly payments) |
|---|---|---|---|---|
| ████████ PHILADELPHIA NJ ████ | ████████ | SISTER | 10% | 36 LUMP SUM |
| | | | | |
| | | | | |
| | | | | |

**Secondary**

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Service Member's Signature** _Daniel Merwin_    **Date:** 8 AUG 12

* If the insured member elects a lump sum payment, the beneficiary(ies) will be given the option of receiving the lump sum payment through the Prudential Alliance Account®, by check, or Electronic Funds Transfer (EFT). Alliance Account is not available for payments less than $5,000, payments to individuals residing outside the United States and its territories, and certain other payments. These will be paid by check.

Open Solutions Inc. is the Service Provider of the Prudential Alliance Account Settlement Option, a contractual obligation of The Prudential Insurance Company of America, located at 751 Broad Street, Newark, NJ 07102-3777. Check clearing is provided by UMB Bank, N.A. and processing support is provided by First Data Payment Services (FDPS). **Alliance Account balances are not insured by the Federal Deposit Insurance Corporation (FDIC).** Open Solutions Inc., UMB Bank, N.A., and First Data Payment Services are not Prudential Financial companies.

OFFICIAL RECORD COPY



**Prudential**

Office of Servicemembers'
Group Life Insurance

# Servicemembers' Group Life Insurance Supplemental SGLI Beneficiary Form

## 1. About You

Print Name (First, Middle, Last)

DANIEL D MERWIN

Rank, title or grade

E5

Social Security Number

[redacted]

Current Amount of SGLI Coverage

400,000

Duty Location

NIOC MARLAND

Branch of Service

NAVY

## 2. About Your Beneficiaries

The beneficiaries listed below are in addition to those listed on my completed SGLV 8286.

Date (month day year)

AUGUST 8TH 2012

| Primary Name and Address | Social Security Number (If available) | Relationship to you | Share to each (% or $ amounts) | Payment Option (Lump sum* or 36 equal monthly payments) |
|---|---|---|---|---|
| [redacted] PHILLIPSBURG NJ [redacted] | | SISTER | 100% | 36 LUMP SUM |
| | | | | |
| | | | | |
| | | | | |

**Secondary**

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Service Member's Signature _Daniel Merwin_     Date: _8 AUG 12_

* If the insured member elects a lump sum payment, the beneficiary(ies) will be given the option of receiving the lump sum payment through the Prudential Alliance Account®, by check, or Electronic Funds Transfer (EFT). Alliance Account is not available for payments less than $5,000, payments to individuals residing outside the United States and its territories, and certain other payments. These will be paid by check.

Open Solutions Inc. is the Service Provider of the Prudential Alliance Account Settlement Option, a contractual obligation of The Prudential Insurance Company of America, located at 751 Broad Street, Newark, NJ 07102-3777. Check clearing is provided by UMB Bank, N.A. and processing support is provided by First Data Payment Services (FDPS). **Alliance Account balances are not insured by the Federal Deposit Insurance Corporation (FDIC).** Open Solutions Inc., UMB Bank, N.A., and First Data Payment Services are not Prudential Financial companies.

GL.2010.251   Ed. 4/2012 (Supersedes Ed. 6/2011)   Effective 5/2012          127494     SGLV 8286S     Page 1 of 1

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | 2. Rate CTN2 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|

| 5. ACT [X] FTS INACT AT/ADSW/265 | 6. UIC 62936 | 7. Ship/Station NIOC MARYLAND | | 8. Promotion Status REGULAR | 9. Date Reported 12AUG07 |
|---|---|---|---|---|---|

| Occasion for Report 10. Periodic [X] | Detachment 11. of Individual | Promotion/ 12. Frocking | 13. Special | Period of Report 14. From: 12JUL31 | 15. To: 13MAR15 |
|---|---|---|---|---|---|

| 16. Not Observed Report | Type of Report 17. Regular [X] | 18. Concurrent | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) LIND, R J | 23. Grade CDR | 24. Desig 1810 | 25. Title XO | 26. UIC 62936 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Conducts information operations, provides cryptologic and intelligence information to Fleet combatants/shore commands, and supports USFLTCYBERCOM/C10F and NSA/CSS. Naval District Washington Service Program of the Year Award 2012.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

SUPPORT DEPT   Command Support Division-7: Provides command support to include grounds maintenance, building upkeep and support to several highly visible command programs. Temporarily assigned to Support Department while awaiting access to NSA/CSS. COLL: Command Training Team-4. WATCH: OOD-7. LV/TVL: 12JUL30-12AUG06. PFA: 12-2.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 12SEP15 | 31. Counselor GUTIERREZ, B R | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. | | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. | [X] | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. | | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. | [X] | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 36. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | [X] | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 37. PERSONAL JOB ACCOMPLISHMENT/INITIATIVE: Responsibility, quantity of work. NOB | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. | | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. | [X] | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3486

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate CTN2 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. **NOB** | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | | - Reinforces others' efforts, meets commitments to team. - Understands and employs good teamwork techniques. - Accepts and offers team direction. | X | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams. - The best at accepting and offering team direction. |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. **NOB** | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. | | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. | X | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. **3.86** | 41. I recommend this individual for (maximum of two): Assignment in Rating. Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) ION    SPECIAL PROGRAMS | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. *CTIC(IDW/SG)* PURVIS, J O, CTIC(IDW/SG)    Date: 11 MAR 13 |
|---|---|---|

**43. COMMENTS ON PERFORMANCE:** * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Petty Officer Merwin is a highly motivated leader committed to training and physical readiness of peers, subordinates, and superiors.
- Led a team of 30 Sailors responsible for base and barracks enhancement including room renovations, painting, and all maintenance of outdoor Command areas and equipment, resulting in improved quality of life for BEQ residents and first impressions of NIOC Maryland.
- Provided Navy Pride and Professionalism (NR&R) training to 120 Sailors; efforts raised awareness of Command and Navy regulations, benefits, and standards.
- Facilitated 66 hours of IDW training and line item signatures for 60 Sailors. Efforts directly contributed to better preparation for their boards and future qualifications.
- Revamped the N53 division PT program in an effort to improve the division's overall physical readiness and PFA pass rate.
- Mentored 60 Sailors, providing counseling on career progression, physical training, education, and Naval tradition in an effort to produce a more disciplined and informed workforce.
Petty Officer Merwin has proven himself as a vital member of the Command. He has my HIGHEST recommendation for advancement to PO1!

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.
AWARDED: NA(3rd). COMPLETED: PO1SLC. QUALIFIED: OOD.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☐  Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | X | | 48. Reporting Senior Address EXECUTIVE OFFICER NAVIOCOM MARYLAND FT MEADE, MD 20755-5290 |
| 46. SUMMARY | | 0 | 0 | 126 | 126 | 63 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed this evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. GOODWIN, J L, LT    Date: 12 MAR 13 | 50. Signature of Reporting Senior CDR/USN    Summary Group Average: 3.64    07 MAR 13 |
|---|---|

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. ☐    I do not intend to submit a statement. [✓]    Daniel Merwin    Date: 15 MAR 13 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report    Date: |
|---|---|

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | | 2. Rate CTN1 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|---|---|

| 5. ACT [X] FTS INACT AT/ADSW/ 265 | 6. UIC 62936 | 7. Ship/Station NIOC MARYLAND | | 8. Promotion Status FROCKED | 9. Date Reported 12AUG07 |
|---|---|---|---|---|---|

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic [X] | Detachment 11. of Individual | Promotion/ 12. Frocking | 13. Special | 14. From: 13MAR16   To: | |

| 16. Not Observed Report | Type of Report | | | 20. Physical Readiness PP | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|---|
| | 17. Regular [X] | 18. Concurrent | | | |

| 22. Reporting Senior (Last, FI MI) ELAM, D E | 23. Grade CAPT | 24. Desig 1810 | 25. Title CO | 26. UIC 62936 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
To conduct cyber and information operations and provide cryptologic and related capability to fleet, joint and national commanders as well as support to all Department of the Navy members assigned to Fort Meade.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**
TEAM LEAD    Lead Digital Network Exploitation Analyst-8. Leads 8 Sailors in conducting network mapping and target research in support of USCYBERCOM, C10F, C6F, NAVEUR and NAVAF. COLL: Division Mentor-7, Command Training Team-7, ACFL-6. WATCH: OOD-7. PFA: 13-1/13-2.

| For Mid-term Counseling Use. When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 13MAY15 | 31. Counselor SCHRAMM, J R | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. **NOB** [ ] | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. [ ] | - | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. [X] | - | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. **NOB** [ ] | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. [ ] | - | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. [X] | - | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. [ ] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. **NOB** | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | - | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | - | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. **NOB** | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - | -Excellent personal appearance. -Excellent conduct consciously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | - | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. **NOB** | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. [ ] | [X] | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. [ ] | - | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|---|
| MERWIN, DANIEL D | | CTN1 | IDW/SW | ▉▉▉▉▉ |

| PERFORMANCE TRAITS | 1.0*<br>Below Standards | 2.0<br>Pro-gressing | 3.0<br>Meets Standards | 4.0<br>Above Standards | 5.0<br>Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38.<br>TEAMWORK:<br>Contributions to team building and team results.<br><br>NOB | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. | - | - Reinforces others' efforts, meets commitments to team.<br>- Understands goals, employs good teamwork techniques.<br>- Accepts and offers team direction.<br><br>[X] | - | - Team builder, inspires cooperation and progress.<br>- Focuses goals and techniques for teams.<br>- The best at accepting and offering team direction. |
| 39.<br>LEADERSHIP:<br>Organizing, motivating and developing others to accomplish goals.<br><br><br><br><br>NOB | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. | - | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment.<br><br>[X] | - | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. |

| 40. Individual Trait Avg.<br>total of trait scores divided by number of graded traits.<br><br>2.86 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)<br><br>SPECIAL     LPO<br>PROGRAMS | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.<br><br>*[signature]*<br>SCHRAMM, J R, CTNC(IDW)     Date: |

**43. COMMENTS ON PERFORMANCE:** * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

An energetic, leader who is mission-focused and dedicated.
- Technical leader. Led eight Sailors in conducing research and analysis on more than 100,000 pieces of information. Tipped 59 significant items for further analysis resulting in the release of 20 tactical reports supporting afloat commanders in the C6F AOR.
- Driven. Analyzed workflow for division of 20 Sailors and implemented refinements to processes including knowledge management, task tracking, and training. Resulted in a 45% increase in efficiency by removing duplication of effort among analysts.
- Provided 15 hours of mentorship to 10 Sailors on career progression, evaluation writing, and education opportunities. Efforts resulted in four Sailors enrolling in college and seeking more leadership opportunities and collateral duties.
- Subject matter expert. As a Command Training Team Member, provided 200 man hours of Navy Pride and Professionalism training to incoming command members.
- Led and mentored two ACFLs in conducting physical training, nutrition counseling, and testing. Efforts included 48 hours of physical training, and one mock PFA. Failed to re-qualify EIDWS within 12 months required. Subsequently re-qualified.

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.

COMPLETED: 1 NCS course. EDUCATION: ECON103, LIBS150, CMIT139, CMIS102 (10 Semester Hours)

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention:<br>Not Recommended [ ]     Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45.<br>INDIVIDUAL | | | | X | | | 48. Reporting Senior Address<br>COMMANDING OFFICER<br>NAVIOCOM MARYLAND<br>FT MEADE, MD 20755-5290 |
| 46.<br>SUMMARY | ⊠ | 0 | 0 | 14 | 15 | 8 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.<br><br>*[signature]*<br>SEARS, J D, CDR     Date: 13NOV13 | 50. Signature of Reporting Senior     *[signature]*     Date: 13NOV15 |
|---|---|
| | Summary Group Average:    3.10 |

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."<br>I intend to submit a statement. [ ]    I do not intend to submit a statement. [ ]<br><br>CERTIFIED COPY PROVIDED     Date: | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report<br><br><br><br>Date: |
|---|---|

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate CTN1 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|---|

| 5. ACT | FTS | INACT | AT/ADSW/ 265 | 6. UIC 62936 | 7. Ship/Station NIOC MARYLAND | | 8. Promotion Status REGULAR | 9. Date Reported 12AUG07 |
|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | |

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic X | 11. Detachment of Individual ☐ | 12. Promotion/ Frocking ☐ | 13. Special ☐ | 14. From: 13NOV16 | 15. To: 14NOV15 |

| 16. Not Observed Report ☐ | Type of Report 17. Regular X | 18. Concurrent ☐ | 20. Physical Readiness PP | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) ELAM, D E | 23. Grade CAPT | 24. Desig 1810 | 25. Title CO | 26. UIC 62936 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
To conduct cyber and information operations and provide cryptologic and related capability to fleet, joint and national commanders as well as support to all Department of the Navy members assigned to Fort Meade.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

DIVISION LPO   Division LPO-8.  Leads 23 Sailors conducting cyberspace operations to include reconnaissance, surveillance, and target acquisition, block, and counter against imminent or hostile cyber activity.  Network Explcitation Analyst (NEA)-8.  COLL:  Command Training Team (CTT)-12.  WATCH:  OOD-12.  PFA: 14-1/14-2.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 14MAY15 | 31. Counselor SCILEPPI, R W | 32. Signature of Individual Counseled |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB | -Marginal knowledge of rating, specialty or job.<br>-Unable to apply knowledge to solve routine problems.<br>-Fails to meet advancement/PQS requirements. | - | -Strong working knowledge of rating, specialty and job.<br>-Reliably applies knowledge to accomplish tasks.<br>-Meets advancement-PQS requirements on time. | - | -Recognized expert, sought out by all for technical knowledge.<br>-Uses knowledge to solve complex technical problems.<br>-Meets advancement/PQS requirements early/with distinction. [X] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB | -Needs excessive supervision.<br>-Product frequently needs rework.<br>-Wasteful of resources. | - | -Needs little supervision.<br>-Produces quality work. Few errors and resulting rework.<br>-Uses resources efficiently. | - [X] | -Needs no supervision.<br>-Always produces exceptional work. No rework required.<br>-Maximizes resources. |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB | -Actions counter to Navy's retention/ reenlistment goals.<br>-Uninvolved with mentoring or professional development of subordinates.<br>-Actions counter to good order and discipline and negatively affect Command/ Organizational climate.<br>-Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | - | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>-Actions adequately encourage/support subordinates' personal/professional growth.<br>-Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>-Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | - | -Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>-Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>-Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>-The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. NOB | -Consistently unsatisfactory appearance.<br>-Poor self-control; conduct resulting in disciplinary action.<br>-Unable to meet one or more physical readiness standards.<br>-Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Excellent personal appearance.<br>-Excellent conduct conscientiously complies with regulations.<br>-Complies with physical readiness program.<br>-Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | - | -Exemplary personal appearance.<br>-Model of conduct, on and off duty.<br>-A leader in physical readiness.<br>-Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB | -Needs prodding to attain qualification or finish job.<br>-Prioritizes poorly.<br>-Avoids responsibility. | - | -Productive and motivated. Completes tasks and qualifications fully and on time.<br>-Plans/prioritizes effectively.<br>-Reliable, dependable, willingly accepts responsibility. | - [X] | -Energetic self-starter. Completes tasks or qualifications early, far better than expected.<br>-Plans/prioritizes wisely and with exceptional foresight.<br>-Seeks extra responsibility and takes on the hardest jobs. |

AR 3490

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| MERWIN, DANIEL D | CTN1 | IDW/SW | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. | - | - Reinforces others' efforts, meets commitments to team.<br>- Understands goals, employs good teamwork techniques.<br>- Accepts and offers team direction. | - | - Team builder, inspires cooperation and progress.<br>- Focuses goals and techniques for teams.<br>- The best at accepting and offering team direction. |
| NOB ☐ | ☐ | ☐ | ☐ | X | ☐ |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. | - | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. | - | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. |
| NOB ☐ | ☐ | ☐ | ☐ | X | ☐ |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 3.86 | ION           LDO | *[signature]*   Date: 14NOV19<br>LEITNER, R C, CTNC(IDW) |

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

```
    Exceptional leader, already performing as Chief Petty Officer.  Constantly strives to meet
    bigger challenges and achieve more innovative feats for betterment of Sailors and mission.
    - Deckplate leader.  Led 22 Sailors encompassing three workcenters, resulted in 100% (2/2)
    retention, 100% (22/22) PFA pass rate, 100% (2/2) advancement rate, 23 career development
    boards, four college enrollments and one certification.
    - Lead analyst.  Led eight analysts in over 140 hours of cyber operations and over 240
    hours of analysis supporting USCYBERCOM priorities.  Efforts led to collection of critical
    intelligence; increased target knowledge and expanded network access by 25%.
    - Mission focused.  Completed 640 hours of classroom training and 245 hours of OJT to
    satisfy USCYBERCOM technical training requirements and qualified as Network Exploitation
    Analyst.  Efforts directly contributed to newly established Navy Cyber Unit 12 reaching
    initial operational capability.
    - Brilliant on the Basics.  Dedicated 32 hours teaching Navy Pride and Professionalism to
    over 400 Sailors during Command indoctrination; provided Naval heritage training to 12
    Sailors bolstering service knowledge and promoting Navy pride.
    Consistently displays tenacious drive for mission success and unyielding passion for taking
    care of Sailors.
    Has my HIGHEST recommendation for advancement to Chief Petty Officer!
```

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

COMPLETED:  JACWC; NETW3004; COMP2050; COMP1000; CYBER3800; CYBER1100.  QUALIFIED:  NEA.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☐  Recommended X |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | X | | 48. Reporting Senior Address<br>COMMANDING OFFICER<br>NAVIOCOM MARYLAND<br>FT MEADE, MD 20755-5290 |
| 46. SUMMARY | | 14 | 0 | 189 | 118 | 61 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed this evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. | 50. Signature of Reporting Senior |
|---|---|
| *[signature]*   Date: 21NOV19<br>LAWRENCE, L.B., LCDR | *[signature]*   Date: 14NOV19 |
| | Summary Group Average: 3.49 |

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."<br>I intend to submit a statement. ☐   I do not intend to submit a statement. ☒<br>*[signature]* Dan   Date: 14NOV19 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report |
|---|---|

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3491

EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate CTN1 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|---|

| 5. ACT [X] FTS [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC 62936 | 7. Ship/Station NIOC MARYLAND | | 8. Promotion Status REGULAR | 9. Date Reported 13JUL22 |
|---|---|---|---|---|---|

| Occasion for Report 10. Periodic [X] | 11. Detachment of Individual [ ] | 12. Promotion/Frocking [ ] | 13. Special [ ] | Period of Report 14. From: 14NOV16 | 15. To: 15NOV15 |
|---|---|---|---|---|---|

| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 20. Physical Readiness PP | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) SCHEIDT, J S | 23. Grade CAPT | 24. Desig 1810 | 25. Title CO | 26. UIC 62936 | 27. SSN |
|---|---|---|---|---|---|

28. Command employment and command achievements.

To conduct cyber and information operations and provide cryptologic and related capability to fleet, joint and national commanders as well as support to all Department of the Navy members assigned to Fort Meade.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DNEA    Digital Network Exploitation Analyst-5; Expolitation Analyst(EA)-7. COLL: Asst Dept DAPA-4. WATCH: OOD-12. Peforms global network analysis, target development, and network topology mapping. TEMDUINS: 15MAR25-15APR22. PFA: 15-1/15-2.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 15MAY15 | 31. Counselor LEITNER, R C | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0◆ Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application.<br><br>NOB [ ] | -Marginal knowledge of rating, specialty or job.<br>-Unable to apply knowledge to solve routine problems.<br>-Fails to meet advancement/PQS requirements.<br>[ ] | - | -Strong working knowledge of rating, specialty and job.<br>-Reliably applies knowledge to accomplish tasks.<br>-Meets advancement/PQS requirements on time.<br>[ ] | [X] | -Recognized expert, sought out by all for technical knowledge.<br>-Uses knowledge to solve complex technical problems.<br>-Meets advancement/PQS requirements early/with distinction.<br>[ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product.<br><br>NOB [ ] | -Needs excessive supervision.<br>-Product frequently needs rework.<br>-Wasteful of resources.<br>[ ] | - | -Needs little supervision.<br>-Produces quality work. Few errors and resulting rework.<br>-Uses resources efficiently.<br>[ ] | [X] | -Needs no supervision.<br>-Always produces exceptional work. No rework required.<br>-Maximizes resources.<br>[ ] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community.<br>NOB [ ] | -Actions counter to Navy's retention/reenlistment goals.<br>-Uninvolved with mentoring or professional development of subordinates.<br><br>-Actions counter to good order and discipline and negatively affect Command/Organizational climate.<br>-Demonstrates exclusionary behavior. Fails to value differences from cultural diversity.<br>[ ] | - | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>-Actions adequately encourage/support subordinates' personal/professional growth.<br><br>-Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>-Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy.<br>[X] | - | -Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>-Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>-Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>-The model of achievement. Develops unit cohesion by valuing differences as strengths.<br>[ ] |
| 36. MILITARY BEARING/CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values.<br>NOB [ ] | -Consistently unsatisfactory appearance.<br>-Poor self-control; conduct resulting in disciplinary action.<br>-Unable to meet one or more physical readiness standards.<br>-Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT.<br>[ ] | - | -Excellent personal appearance.<br>-Excellent conduct conscientiously complies with regulations.<br>-Complies with physical readiness program.<br>-Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT.<br>[X] | - | -Exemplary personal appearance.<br>-Model of conduct, on and off duty.<br>-A leader in physical readiness.<br><br>-Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT.<br>[ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work.<br><br>NOB [ ] | -Needs prodding to attain qualification or finish job.<br>-Prioritizes poorly.<br>-Avoids responsibility.<br>[ ] | - | -Productive and motivated. Completes tasks and qualifications fully and on time.<br>-Plans/prioritizes effectively.<br>-Reliable, dependable, willingly accepts responsibility.<br>[ ] | [X] | -Energetic self-starter. Completes tasks or qualifications early, far better than expected.<br>-Plans/prioritizes wisely and with exceptional foresight.<br>-Seeks extra responsibility and takes on the hardest jobs.<br>[ ] |

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | 2. Rate CTN1 | 3. Desig IDW/SW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. **NOB** | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. | - - - | -Reinforces others' efforts, meets commitments to team. -Understands goals, employs good teamwork techniques. -Accepts and offers team direction. [X] | - - | -Team builder, inspires cooperation and progress. -Focuses goals and techniques for teams. -The best at accepting and offering team direction. |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. **NOB** | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. | - - - - - - | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful, realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. | - - - - - - | -Inspiring motivator and trainer, subordinates reach highest level of growth and development. -Superb organizer, great foresight, develops process improvements and efficiencies. -Leadership achievements dramatically further command mission and vision. -Perseveres through the toughest challenges and inspires others. -Exceptional communicator. -Makes subordinates safety-conscious, maintains top safety record. -Constantly improves the personal and professional lives of others. [X] |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. **3.43** | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)  LPO    SPECIAL PROGRAMS | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.  [signature]  Date: 8 JAN 16  LEITNER, R C, CTNC(IDW) |
|---|---|---|

**43. COMMENTS ON PERFORMANCE:** * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

```
Talented FCPO performing at an advanced technical level.
- Mission focused.  Led more than 20 hours of interactive operations, conducted over 40
hours of analysis; efforts resulted in expanded capabilities and acquisition of critical
intelligence in support of Cyber National Mission Force(CNMF) and national priorities.
- Technical expert.  Devoted over 80 hours to on-the-job training; qualified two weeks
ahead of schedule as a Digital Network Exploitation Analyst and database auditor.  Efforts
led to greater impact in target development and increased mission capability by 15%.
- Dedicated mentor.  Provided 26 hours of mentorship for two junior Sailors on Navy career
progression, short and long-term goals, and benefits of special programs.
- Command involved.  Facilitated 20 hours of training on identification of alcohol and
substance abuse problems and available assistance programs to 100 Sailors leading to
increased substance abuse knowledge and command DAPA program awareness.
- Selfless volunteer.  Dedicated 56 off-duty hours to organizing and personally
transporting two junior Sailors to Alcoholic Anonymous(AA) meetings; ensured 100% AA
meeting attendance for 28 sessions.
Reclassified to DNEA work-role; failed to meet EA work-role qualification requirements.
Recommended for advancement.
```

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.

```
COMPLETED:  Introduction to Python; CPO 365 Phase I PQS.  QUALIFIED:  DNEA.
```

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ] Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | 48. Reporting Senior Address COMMANDING OFFICER NAVIOCOM MARYLAND FT MEADE, MD 20755-5290 |
| 46. SUMMARY | [X] | 3 | 0 | 188 | 149 | 77 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.  Brian D. Cummings  Date: 7 Jan 2016  CUMMINGS, B D, LCDR | 50. Signature of Reporting Senior  [signature]  Summary Group Average: 3.51  Date: 12/01/2016 |
|---|---|

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."  I intend to submit a statement. [ ]    I do not intend to submit a statement. [ ]  CERTIFIED COPY PROVIDED  Date: | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report.    Date: |
|---|---|

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

FOUO PRIVACY SENSITIVE:



# DEPARTMENT OF THE NAVY

## THIS IS TO CERTIFY THAT
## THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

(GOLD STAR IN LIEU OF FOURTH AWARD)

TO

CRYPTOLOGIC TECHNICIAN NETWORKS FIRST CLASS (INFORMATION WARFARE) DANIEL D. MERWIN
UNITED STATES NAVY

FOR

PROFESSIONAL ACHIEVEMENT AS 21 NATIONAL MISSION TEAM DIGITAL NETWORK EXPLOITATION ANALYST AT NAVY INFORMATION OPERATIONS COMMAND MARYLAND FROM AUGUST 2012 TO AUGUST 2016. PETTY OFFICER MERWIN LED SEVEN JOINT SERVICE ANALYSTS IN REVIEW OF 4,000 TECHNICAL DOCUMENTS, PRODUCING 180 INTELLIGENCE REPORTS AND SUCCESSFULLY CREATING 25 TAILORED DEFENSIVE CYBER OPTIONS FOR CYBER PROTECTION TEAMS. AS DIVISION LEADING PETTY OFFICER, HE LED 22 SAILORS ACROSS THREE WORKCENTERS ACHIEVING 100 PERCENT OF REQUIRED OPERATIONAL QUALIFICATIONS AND RESULTING IN FULL OPERATING CAPABILITY. ADDITIONALLY, HE DEDICATED 460 HOURS TO THE COMMAND TRAINING TEAM, ENHANCING PROFESSIONAL DEVELOPMENT OF MORE THAN 700 SAILORS. PETTY OFFICER MERWIN'S EXCEPTIONAL PROFESSIONALSIM AND SELFLESS DEVOTION TO DUTY REFLECTED CREDIT UPON HIM AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 16ᵗʰ DAY OF August, 2016

FOR THE SECRETARY OF THE NAVY

J/S. SCHEIDT
CAPTAIN, UNITED STATES NAVY
COMMANDING OFFICER

NAVPID 1650/12 (REV. 7-99)
SUN 0104-LF-982-5000

AR 3494

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|---|
| MERWIN, DANIEL D | | CTN1 | IW/SW | |

| 5. ACT [X] FTS [ ] INACT [ ] AT/ADSW/ [ ] 265 | 6. UIC 62936 | 7. Ship/Station NIOC MARYLAND | 8. Promotion Status REGULAR | 9. Date Reported 13JUL22 |
|---|---|---|---|---|

| Occasion for Report | | | | |
|---|---|---|---|---|
| 10. Periodic [ ] | 11. Detachment of Individual [X] | 12. Promotion/ Frocking [ ] | 13. Special [ ] | 14. From: 15NOV16   15. To: 16SEP01 Period of Report |

| 16. Not Observed Report [ ] | 17. Type of Report Regular [X] | 18. Concurrent [ ] | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) YUSKO, D B | 23. Grade CDR | 24. Desig 1810 | 25. Title DIR HEAD | 26. UIC 62936 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
To conduct cyber and information operations and provide cryptologic and related capability to fleet, joint and national commanders as well as support to all Department of the Navy members assigned to Fort Meade.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**
CYBER ANALYST   CYBER INTELLIGENCE ANALYST-11.  Responsible for conducting research, analysis and multi-organization collaboration in support of USCYBERCOM.  COLL: ASSISTANT DEPARTMENT DAPA-5. PFA: 16-1.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 15MAY16 | 31. Counselor KELLY, A J | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro- gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. <br><br> NOB [ ] | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. [ ] | - | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. [ ] | - | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. [X] |
| 34. QUALITY OF WORK: Standard of work; value of end product. <br><br> NOB [ ] | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. [ ] | - | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. [ ] | - | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. [X] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. <br><br> NOB [ ] | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | - | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | - | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal/professional growth leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. <br><br> NOB [ ] | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | - | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. <br><br> NOB [ ] | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. [ ] | - | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. [ ] | - | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. [X] |

OFFICIAL RECORD COPY

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix)  MERWIN, DANIEL D | 2. Rate CTN1 | 3. Desig IW/SW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results.  NOB | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. | - - - | -Reinforces others' efforts, meets commitments to team. -Understands goals, employs good teamwork techniques. -Accepts and offers team direction. [X] | - - - | -Team builder, inspires cooperation and progress. -Focuses goals and techniques for teams. -The best at accepting and offering team direction. |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals.  NOB | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. | - - - - - - | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful, realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. | - - - - - - [X] | -Inspiring motivator and trainer, subordinates reach highest level of growth and development. -Superb organizer, great foresight, develops process improvements and efficiencies. -Leadership achievements dramatically further command mission and vision. -Perseveres through the toughest challenges and inspires others. -Exceptional communicator. -Makes subordinates safety-conscious, maintains top safety record. -Constantly improves the personal and professional lives of others. |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits.  3.43 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)  LPO          SPECIAL PROGRAMS | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.  SACZYNSKI, C T, CTRC(IW/EXW)      Date: 01SEP16 |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Submitted upon transfer to 02 National Mission Team. Executing a local UIC swap.

- Deckplate leader. Led seven joint-service analysts in the review of 4,000 technical documents which produced 180 intelligence reports. Production resulted in the creation of 25 tailored defensive cyber options for USCYBERCOM's Cyber Protection Teams (CPT).
- Outstanding Sailor. Dedicated over 300 hours to the establishment of USCYBERCOM's operational planning team in support of multiple CPTs. Collaborated with multiple National Security Agency offices and Joint organizations to create over 25 Defensive Cyber Operations for USCYBERCOM's J3, leading to seven TASKORDs directing CPT operations.
- Subject matter expert. Developed procedures to respond to 347 requests for information. Efforts led to the review of 57,000 documents and identified 25 critical information gaps.
- Devoted mentor. Provided 40 hours of computer network exploitation training to nine joint-service cyber analysts. Qualified 7 of 9 personnel, resulting in an 80 percent increase in qualified analysts.
- Command impact. Dedicated 40 hours of training to 260 Sailors on the Command's drug and alcohol program. Additionally provided Chart the Course training to 84 Sailors within his department meeting fleet standards ahead of required deadline.
Highly recommended for advancement to Chief Petty Officer.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

COMPLETED: AREA1120.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ]   Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL |  |  |  |  |  | X | 48. Reporting Senior Address COMMANDING OFFICER NAVIOCOM MARYLAND FT MEADE, MD 20755-5290 |
| 46. SUMMARY | ⊠ | 0 | 0 | 0 | 0 | 1 |  |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed this evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.  UNAVAILABLE  CUMMINGS, B D, LCDR          Date: | 50. Signature of Reporting Senior  Deborah Jusko  Summary Group Average: 3.43    Date: 01SEP16 |
|---|---|

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."  I intend to submit a statement. [ ]   I do not intend to submit a statement. [X]  Date: 01 SEP 16 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report  Date: |
|---|---|

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3496

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate CTN1 | 3. Desig IW/SW | 4. SSN |
|---|---|---|---|---|

| 5. ACT [X] FTS [ ] INACT [ ] AT/ADSW/ [ ] 265 | 6. UIC 62936 | 7. Ship/Station NIOC MARYLAND | | 8. Promotion Status REGULAR | 9. Date Reported 16SEP01 |
|---|---|---|---|---|---|

| Occasion for Report | | | Period of Report | |
|---|---|---|---|---|
| 10. Periodic [X] | Detachment 11. of Individual [ ] | Promotion/ 12. Frocking [ ] | 13. Special [ ] | 14. From: 16SEP02 | 15. To: 16NOV15 |

| 16. Not Observed Report [X] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) YUSKO, D B | 23. Grade CDR | 24. Desig 1810 | 25. Title DIR HEAD | 26. UIC 62936 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
To conduct cyber and information operations and provide cryptologic and related capability to fleet, joint and national commanders as well as support to all Department of the Navy members assigned to Fort Meade.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**

DNEA    DIGITAL NETWORK EXPLOITATION ANALYST-2. Provides digital network analysis and target development in support of USCYBERCOM and Cyber National Force (CNMF) operations. PFA: 16-2.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| **33. PROFESSIONAL KNOWLEDGE:** Technical knowledge and practical application. | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. | - | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. | - | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. |
| NOB [X] | [ ] | | [ ] | | [ ] |
| **34. QUALITY OF WORK:** Standard of work; value of end product. | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. | - | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. | - | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. |
| NOB [X] | [ ] | | [ ] | | [ ] |
| **35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY:** Contributing to growth and development, human worth, community. | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | - | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | - | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| NOB [X] | [ ] | | [ ] | | [ ] |
| **36. MILITARY BEARING/ CHARACTER:** Appearance, conduct, physical fitness, adherance to Navy Core Values. | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| NOB [X] | [ ] | | [ ] | | [ ] |
| **37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE:** Responsibility, quantity of work. | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. | - | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. | - | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. |
| NOB [X] | [ ] | | [ ] | | [ ] |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3497

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix)<br>MERWIN, DANIEL D | 2. Rate<br>CTN1 | 3. Desig<br>IW/SW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0*<br>Below Standards | 2.0<br>Pro-gressing | 3.0<br>Meets Standards | 4.0<br>Above Standards | 5.0<br>Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38.<br>TEAMWORK:<br>Contributions to team building and team results.<br><br>NOB [X] | -Creates conflict, unwilling to work with others, puts self above team.<br>-Fails to understand team goals or teamwork techniques.<br>-Does not take direction well.<br><br>[ ] | [ ] | -Reinforces others' efforts, meets commitments to team.<br>-Understands, employs good teamwork techniques.<br>-Accepts and offers team direction.<br><br>[ ] | [ ] | -Team builder, inspires cooperation and progress.<br>-Focuses goals and techniques for teams.<br><br>-The best at accepting and offering team direction.<br><br>[ ] |
| 39.<br>LEADERSHIP:<br>Organizing, motivating and developing others to accomplish goals.<br><br><br><br>NOB [X] | -Neglects growth/development or welfare of subordinates.<br>-Fails to organize, creates problems for subordinates.<br>-Does not set or achieve goals relevant to command mission and vision.<br>-Lacks ability to cope with or tolerate stress.<br>-Inadequate communicator.<br>-Tolerates hazards or unsafe practices.<br><br>[ ] | [ ] | -Effectively stimulates growth/development in subordinates.<br>-Organizes successfully, implementing process improvements and efficiencies.<br>-Sets/achieves useful, realistic goals that support command mission.<br>-Performs well in stressful situations.<br>-Clear, timely communicator.<br>-Ensures safety of personnel and equipment.<br><br>[ ] | [ ] | -Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>-Superb organizer, great foresight, develops process improvements and efficiencies.<br>-Leadership achievements dramatically further command mission and vision.<br>-Perseveres through the toughest challenges and inspires others.<br>-Exceptional communicator.<br>-Makes subordinates safety-conscious, maintains top safety record.<br>-Constantly improves the personal and professional lives of others.<br><br>[ ] |

| 40. Individual Trait Avg.<br>total of trait scores divided by number of graded traits.<br><br>[0.00] | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.<br><br>_signature_          Date: _____<br>TRAYLOR, M R, CTNC(IW/EXW) |
|---|---|---|

**43. COMMENTS ON PERFORMANCE:** * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Member on board less than 90 days.

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention:<br>Not Recommended [ ] Recommended [ ] |
|---|---|---|---|---|---|---|---|
| 45.<br>INDIVIDUAL | X | | | | | | 48. Reporting Senior Address<br>COMMANDING OFFICER<br>NAVIOCOM MARYLAND<br>FT MEADE, MD 20755-5290 |
| 46.<br>SUMMARY | [X] | 0 | 0 | 0 | 0 | 0 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.<br><br>_Brian Worden_          Date: 9 DEC 16<br>WORDEN, B P, LCDR | 50. Signature of Reporting Senior<br><br>_signature_<br>Summary Group Average:  [0.00]          Date: 28 NOV 16 |
|---|---|
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."<br>I intend to submit a statement. [ ]    I do not intend to submit a statement. [X]<br><br>_signature_          Date: 09 DEC 16 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report<br><br><br>Date: |

OFFICIAL RECORD COPY

**FOR OFFICAL USE ONLY - PRIVACY SENSITIVE**

| BUPERS USE ONLY | **P1343** | BUPERS USE ONLY |
|---|---|---|

NOTIFICATION OF CHANGE IN SERVICE MEMBERS OFFICIAL RECORDS

1. DATE PREPARED
08/31/17

| 2. NAME (LAST, FIRST, MIDDLE) MERWIN DANIEL DENNIS | 3. GRADE/RATE CTN2 | 4. BRANCH & COMPONENT USN |
|---|---|---|

| 5. SSN ▮▮▮ | 6. ▮▮▮ | 7. DATE ENL/IND/COMM 151016 | 8. DATE OF BIRTH 85▮▮ |
|---|---|---|---|

FROM: COMMANDER, BUREAU OF NAVAL PERSONNEL

9.

COMMANDING OFFICER
NAVY PERSONNEL COMMAND
ATTN  PERS CODE 312E
5720 INTEGRITY DRIVE
MILLINGTON TN          38055

10.

11.

THE FOLLOWING CHANGE HAS BEEN RECORDED IN THE OFFICIAL SERVICE RECORDS.  APPROPRIATE RECORDS WILL BE CHANGED ACCORDINGLY.

| RECORD ITEM | CHANGED TO: | |
|---|---|---|
| 12. NAME (LAST, FIRST, MIDDLE) | ANDERSON DANIEL | |
| 13. ▮▮▮ | | |
| 14. SSN | | |
| 15. DATE OF BIRTH | | |
| 16. PLACE OF BIRTH | | |
| 17. PRIOR SERVICE | | |
| 18. OTHER (SPECIFY) | | |

| 19. REASON AND AUTHORITY FOR CHANGE | 20. AUTHENTICATION |
|---|---|
| COURT ORDER | JOSEPH JACKSON NSIPS/CDM CUSTOMER RELATIONS MANAGER |

21. COPY TO:

DISTRIBUTION NUMBER - 01

| | | | |
|---|---|---|---|
| 01. | 02. | 03. | 04. |
| 05. | 06. | 07. | 08. |
| 09. | 10. | 11. | 12. |
| 13. | 14. | 15. | 16. |
| 17. | 18. | 19. | 20. |
| 21. | 22. | 23. | 24. |
| 25. | | | |

DD FORM 1343                                    REVISED 03/2015

OFFICIAL RECORD COPY

AR 3499

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) MERWIN, DANIEL D | | 2. Rate CTN1 | 3. Desig IW/SW | 4. SSN |
|---|---|---|---|---|

| 5. ACT [X] FTS | INACT | AT/ADSW/ 265 | 6. UIC 37700 | 7. Ship/Station CYBERSTRKACT 63 | | 8. Promotion Status REGULAR | 9. Date Reported 16SEP15 |
|---|---|---|---|---|---|---|---|

| Occasion for Report 10. Periodic | 11. Detachment of Individual | 12. Promotion/ Frocking | 13. Special [X] | Period of Report 14. From: 16NOV16 | 15. To: 17JUL20 |
|---|---|---|---|---|---|

| 16. Not Observed Report | Type of Report 17. Regular [X] | 18. Concurrent | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) YUSKO, D B | 23. Grade CDR | 24. Desig 1810 | 25. Title CO | 26. UIC 37700 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Provide and deploy trained personnel, expertise, and equipment to conduct Offensive and Defensive Cyberspace Operations in support of U.S. Cyber Command (USCYBERCOM) and the Cyber National Mission Force (CNMF) Defend the Nation missions.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**
[NWCP] NETWORK WARFARE CYBER PLANNER-10. Creates and submits detailed cyber plans in support of 02 National Mission Team (02 NMT) and Cyber National Mission Force (CNMF) objectives. COLL: DEPT CAREER COUNSELOR-7; FULL SPEED AHEAD FACILITATOR-3. PFA: 17-1.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 17MAY15 | 31. Counselor FISHER, C M | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro- gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. | - | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. | - | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. |
| NOB [ ] | [ ] | - | [X] | [ ] | [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. | - | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. | - | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. |
| NOB [ ] | [ ] | - | [X] | [ ] | [ ] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | - | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| NOB [ ] | [X] | | | - | |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | - | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| NOB [ ] | [X] | - | [ ] | - | [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. | - | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. | - | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. |
| NOB [ ] | [ ] | - | [X] | [ ] | [ ] |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3500

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix)<br>MERWIN, DANIEL D | 2. Rate<br>CTN1 | 3. Desig<br>IW/SW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0*<br>Below Standards | 2.0<br>Pro-gressing | 3.0<br>Meets Standards | 4.0<br>Above Standards | 5.0<br>Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results.<br><br>NOB ☐ | -Creates conflict, unwilling to work with others, puts self above team.<br>-Fails to understand team goals or teamwork techniques.<br>-Does not take direction well.<br>**X** | - | -Reinforces others' efforts, meets commitments to team.<br>-Understands goals, employs good teamwork techniques.<br>-Accepts and offers team direction. | - | -Team builder, inspires cooperation and progress.<br>-Focuses goals and techniques for teams.<br>-The best at accepting and offering team direction.<br>☐ |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals.<br><br>NOB ☐ | -Neglects growth/development or welfare of subordinates.<br>-Fails to organize, creates problems for command.<br>-Does not set or achieve goals relevant to command mission and vision.<br>-Lacks ability to cope with or tolerate stress.<br>-Inadequate communicator.<br>-Tolerates hazards or unsafe practices.<br>**X** | ☐ | -Effectively stimulates growth/development in subordinates.<br>-Organizes successfully, implementing process improvements and efficiencies.<br>-Sets/achieves useful, realistic goals that support command mission.<br>-Performs well in stressful situations.<br>-Clear, timely communicator.<br>-Ensures safety of personnel and equipment. | ☐ | -Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>-Superb organizer, great foresight, develops process improvements and efficiencies.<br>-Leadership achievements dramatically further command mission and vision.<br>-Perseveres through the toughest challenges and inspires others.<br>-Exceptional communicator.<br>-Makes subordinates safety-conscious, maintains top safety record.<br>-Constantly improves the personal and professional lives of others.<br>☐ |

| 40. Individual Trait Avg. total of trait points divided by number of graded traits.<br><br>**1.86** | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)<br><br>NONE | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.<br><br>_[signature]_      Date: 1 AUG 17<br>FISHER, C M, CTNC (IW/AW) |
|---|---|---|

**43. COMMENTS ON PERFORMANCE:** * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Submitted upon member's reduction in rate to E-5.

- Member found guilty at Commanding Officer's Nonjudicial Punishment held on 20 July 2017 for violation of UCMJ Article 92 (Violation of a Lawful General Regulation, two specifications).

Concluding date:  27 July 2017.

- Member relieved of all positions of leadership and trust, to include Department Career Counselor and Full Speed Ahead collaterals.

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☒   Recommended ☐ |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | X | | | | | 48. Reporting Senior Address<br>COMMANDING OFFICER<br>CYBERSTRKACT 63<br>9800 SAVAGE RD<br>FT MEADE, MD 20755-6585 |
| 46. SUMMARY | ⊠ | 1 | 0 | 0 | 0 | 0 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0.<br><br>_Brian Worden_      Date: 1 AUG 17<br>WORDEN, B P, LCDR | 50. Signature of Reporting Senior<br><br>_DebYudio_<br>Summary Group Average:  **1.86**      Date: 28JUL17 |
|---|---|

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."<br>I intend to submit a statement. ☐      I do not intend to submit a statement. ☒ DPN<br>_[signature] Daniel Merwin_      Date: 02JUL17 / 02AUG17 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report<br><br><br>Date: |
|---|---|

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# COURT MEMORANDUM

| | |
|---|---|
| 1. DATE SUBMITTED: 17JUL21 | 2. SHIP OR STATION AND LOCATION: CSA SIXTY THREE |

| | | |
|---|---|---|
| 3. DATE OF REFERRAL: | 4. TYPE OF COURT: NJP | 5. DATE OF COURT/MAST: 17JUL20 |

6. UCMJ ARTICLE(S): 92

| 7. DATE OF ACTION: 17JUL20 | [X] 8. TYPE OF ACTION & REPORT OF ACTION | [ ] 9. MODIFICATION OF ACTION | [ ] 10. CORRECTION TO PREVIOUS 1070/607 | 11. DATE OF ACTION ON 1070/607 MOD OR CORRECTION: |
|---|---|---|---|---|

| [X] 12. RATE ADJUSTMENT | 13. FROM: CTN1 | 14. TO: CTN2 | 15. TIR: 17JUL20 |
|---|---|---|---|

| [X] 16. FORFEITURE | 17. MONTHLY AMOUNT: $1606.00 | 18. NO. MONTHS: 2 |
|---|---|---|

| [ ] 19. FINE | 20. AMOUNT: | [ ] 21. CONSENT TO CHECKAGE: |
|---|---|---|

| [ ] 22. DOES NOT CONSENT TO CHECKAGE | 23. MO. AMT. OF CHECKAGE: | [ ] 24. NO. MOS.: |
|---|---|---|

| [ ] 25. DESERTION MARK REMOVED | [ ] 26. ADJUDGED | [ ] 27. ADJUDGED AND DISAPPROVED |
|---|---|---|

| PRE-TRIAL CONFINEMENT 28. FROM:          29. TO: | 30. DAYS LOST TIME (30 DAY BASIS): 0 | 31. DAYS LOST TIME (DAY FOR DAY): 0 |
|---|---|---|

| CONFINEMENT ORDERED AND COMPLETED 32. FROM:          33. TO: | 34. DAYS LOST TIME (30 DAY BASIS): 0 | 35. DAYS LOST TIME (DAY FOR DAY): 0 |
|---|---|---|

| 36. CHANGE EAOS TO: _ | 37. CHANGE EXP. ENL. TO: |
|---|---|

38. (SYNOPSIS OF OFFENSE(S), DATE(S), AND SENTENCE ADJUDGED ALSO AMPLIFYING REMARKS, MAY BE CONTINUED ON REVERSE):
CO'S NJP
VUCMJ ART 92 (2 SPECS) SPEC 1 - VIOLATION OF US NAVY REG 1166 BY WRONGFULLY SEXUALLY HARASSING ONE CIVILIAN PERSONNEL AND ONE MILITARY E5.
NJP AWD:  FOP 1/2 MOS PAY X 2 MOS; REDUCTION IN RATE TO E5.

| 39. DATE APPROVED/MODIFIED: | 40. AUTHORITY TYPE: |
|---|---|

41.

| 42. (SIGNATURE) BY DIRECTION FREDERIC J KEPPEN | GRADE CIVILI |
|---|---|

| 43. UNIT I.D. CODE: 37700 | 44. RATE: CTN2 |
|---|---|

| 45. NAME (LAST, FIRST, MIDDLE): MERWIN,DANIEL DENNIS | 46. SSN: ▮▮▮▮ | 47. BRANCH/CLASS: USN |
|---|---|---|

NAVPERS 1070/607 | Official NSIPS/ESR form printed this date: 07/27/2017
The data contained herein is protected by the Privacy Act of 1974. All measures required to protect this information should be taken.

OFFICIAL RECORD COPY

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE

AR 3502

## DEPENDENCY APPLICATION/RECORD OF EMERGENCY DATA

### MEMBER INFORMATION

SSN: ▮▮▮▮▮▮▮       NAME: ANDERSON,DANIEL
RANK/RATE: CTN2   BR/CL: USN      UIC: 37700           RELIGION:          NO
SHIP OR STATION: CSA SIXTY THREE                      INITIAL/CHANGE:    C
EFFECTIVE DATE:       11/01/2005      TOTAL NUMBER OF DEPENDENTS:    2
PREVIOUSLY MARRIED: NO              MARRIAGE DISSOLVED BY:
DISSOLVED ON:              PLACE DISSOLVED:
SEX: M

### SPOUSE INFORMATION

NAME: ▮▮▮▮▮▮▮▮▮▮▮                        DEPENDENT: YES
DATE OF BIRTH:   ▮▮▮▮▮▮▮   CITIZENSHIP: US      RELATIONSHIP:SPOUSE
DATE MARRIED:  11/07/2017   PLACE OF MARRIAGE: PRINCE GEORGES, MD
ADDRESS: ▮▮▮▮▮▮▮▮▮▮
         GLEN BURNIE, MD ▮▮▮▮
PREVIOUSLY MARRIED:  YES            MARRIAGE DISSOLVED BY: DIVORCE
DISSOLVED ON: 04/24/2008   PLACE DISSOLVED: PRINCE GEORGES, MD
MEMBER OF UNIFORMED SERVICES:  NO      DUTY AFFILIATION:
BRANCH:                              COMPONENT:
SEX: F

### SPOUSE NEXT OF KIN

NAME:     ▮▮▮▮▮▮▮▮▮▮▮▮          RELATIONSHIP:SISTER
ADDRESS: ▮▮▮▮▮▮▮▮▮▮
         GREENBELT, MD ▮▮▮▮

### FATHER INFORMATION

NAME:    ▮▮▮▮▮▮▮▮▮            DEPENDENT:NO   SUPPORT:N/A
ADDRESS: ▮▮▮▮▮▮▮▮▮
         EFFORT, PA ▮▮▮▮

### MOTHER INFORMATION

NAME:   ▮▮▮▮▮▮▮▮               DEPENDENT:NO   SUPPORT:N/A
ADDRESS: ▮▮▮▮▮▮▮
         LEXINGTON, SC ▮▮▮▮

### OTHER PERSON, NOT ALREADY NAMED TO BE NOTIFIED OF PERSONAL CASUALTY

NAME: NONE                    RELATIONSHIP
ADDRESS:

NAVPERS 1070/602(REV 08-2010)                    Page: 1 of 4

FOR OFFICIAL USE ONLY - PRIVACY SENSITIVE

SSN: ███████████          NAME: ANDERSON,DANIEL

<u>CHILD AND/OR DEPENDENT INFORMATION</u>

NAME: ██████████████████        DEPENDENT:YES SUPPORT:N/A
DOB: ██████████████████        RELATIONSHIP:     DAUGHTER
ADDRESS: █████████████████
        Glen Burnie, MD ████
NAME OF CUSTODIAN OTHER THAN CLAIMANT:  NOT APPLICABLE

<u>BENEFICIARY(IES) FOR UNPAID PAY AND ALLOWANCES</u>

NAME: █████████████              RELATIONSHIP:MOTHER
ADDRESS: ████████████
        LEXINGTON, SC ████       PERCENTAGE:100%

<u>PERSON(S) TO RECEIVE ALLOTMENT IF IN A MISSING STATUS, SUBJECT TO SECNAV
DETERMINATION</u>

NAME: ████████████              RELATIONSHIP:MOTHER
ADDRESS: ████████████
        LEXINGTON, SC ████       PERCENTAGE:100%

<u>BENEFICIARY(IES) FOR GRATUITY PAY</u>

NAME: ███████████              RELATIONSHIP:Mother
ADDRESS: ███████████
        LEXINGTON, SC ████       PERCENTAGE:100%

<u>LIFE INSURANCE INFORMATION</u>

COMPANY: NONE                    POLICY NUMBER:
ADDRESS:

<u>LOCATION OF WILL</u>

ADDRESS: NONE

<u>LOCATION OF OTHER VALUABLE PAPERS</u>

ADDRESS: NONE

<u>PNOK (Name - Relationship - Phone - Address)</u>
                        Spouse █████████████████████
 ,GLEN BURNIE,MD,████████

NAVPERS 1070/602(REV 08-2010)                    Page: 2 of 4

SSN: ███████        NAME: ANDERSON, DANIEL

~~SNOX (Name - Relationship - Phone - Address)~~                    LEXINGTON, SC
███████████

SNOX (Name - <u>Relationship - Phone - Address)</u>               ████ FFORT, PA
Father, 000-000-0000, 000-000-0000, ██████
██████

---

IS BENEFICIARY DESIGNATION OF SGLI ON FILE?  YES    DESIGNATION DATE:  08/08/2012

---

<u>REMARKS</u>

PADD: ████████████              RELATIONSHIP: Mother
ADDRESS: ██████████████
         LEXINGTON, SC
Phone: ██████

NAVPERS 1070/602 UPDATED DUE TO MARRIAGE ON 11/07/17 MARRIAGE CERTIFICATE
VERIFIED.  MARRIAGE LICENSE/DOCUMENT NO:  162017-005093

BAH CHANGE FROM "R" TO "A" (DEPENDENT BAH - MARRIED TO CIVILIAN SPOUSE)
EFFECTIVE 11/07/2017
//VERIFIED BY:    PS1 Hancock    11/17/2017.

PSD CLERK: KLJ
17 JAN 2018

I UNDERSTAND THAT FAMILY SGLI AUTOMATICALLY COVERS MY SPOUSE AND IT IS MY
RESPONSIBILITY TO ENROLL MY SPOUSE IN DEERS SO MY BRANCH OF SERVICE CAN DEDUCT
PREMIUMS FROM MY PAY AND THAT FAILURE TO REGISTER MY SPOUSE IN DEERS WILL
RESULT IN MY OWING DEBTS FOR UNPAID PREMIUMS. I CAN DECLINE FAMILY SGLI
COVERAGE BY COMPLETING SGLI 8286A.

MEMBER ALLOWED 60 DAYS TO PROVIDE ORIGINAL DOCUMENTS. FAILURE TO PROVIDE
ORIGINAL MARRIAGE/BIRTH CERTIFICATE WOULD RESULT IN A LOSS OF BAH ALLOWANCE.

IT IS MY RESPONSIBILITY TO NOTIFY MY NAVY PERSONNEL OFFICE/SHIP'S OFFICE OR
CSD/PSD IF THERE IS A CHANGE IN MY ASSIGNMENT TO QUARTERS THAT MAY AFFECT MY
BAH ENTITLEMENTS THAT MAY RESULT IN AN OVER/UNDER PAYMENT.

---

NAVPERS 1070/602(REV 08-2010)              Page: 3 of 4

FOR OFFICIAL USE ONLY - PRIVACY SENSITIVE

SSN: ███████    NAME: ANDERSON,DANIEL

CERTIFICATION: I HAVE REVIEWED THE DATA ON THIS FORM AND CERTIFY THAT IT IS
CORRECT.  I UNDERSTAND THAT ANY CHANGE IN MY FAMILY MEMBER STATUS MUST BE
REPORTED AS A CHANGE TO THE DEFENSE ENROLLMENT ELIGIBILITY REPORTING SYSTEM
(DEERS) WITHIN 60 DAYS.  THIS INCLUDES SERVICE MEMBERS IN A JOINT SERVICE
MARRIAGE (MILITARY MARRIED TO MILITARY), EVEN THOUGH EACH SPOUSE IS ALREADY
ENROLLED IN DEERS IN HIS OR HER OWN RIGHT AS A MILITARY MEMBER.

SIGNATURE OF DESIGNATOR: _Daniel Anderson_    WITNESSED: _____
                         DANIEL   ANDERSON               A. S. CANN, GS-7

DATE: 29 JAN 18                                 TITLE:  MILPERS SUPERVISOR


Official NSIPS/ESR form printed this date 17-JAN-2018

NAVPERS 1070/602(REV 08-2010)                   Page: 4 of 4

FOR OFFICIAL USE ONLY - PRIVACY SENSITIVE

OFFICIAL RECORD COPY

AR 3506



**DEPARTMENT OF THE NAVY**
CYBER STRIKE ACTIVITY SIXTY THREE
FORT GEORGE G MEADE MARYLAND 20755-6585

1621
Ser N00L/008
2 Aug 17

From:  Commanding Officer, Cyber Strike Activity SIXTY THREE
To:    Commander, Navy Personnel Command (PERS-832)
Via:   CTN2 Daniel D. Merwin, USN

Subj:  REPORT OF NONJUDICIAL PUNISHMENT ICO CTN1 DANIEL D. MERWIN, USN

Ref:   (a) MILPERSMAN 1616-040

Encl:  (1) NAVPERS 1626/7, Report and Disposition of Offense of 14 Jul 17
       (2) Preliminary Inquiry Report of 22 May 17
       (3) Chain of Command Recommendations of 28 Jun 17
       (4) Command Disciplinary Review Board Report of 5 Jul 17
       (5) CTN1 Merwin, Daniel D. ltr of 13 Jul 17 (Career Representation)
       (6) CTN1 Merwin, Daniel D. ltr of 13 Jul 17 (Medicine Periods)
       (7) CTN1 Merwin, Daniel D. ltr of 13 Jul 17 (Intent on Medical Board)
       (8) CTN1 Merwin, Daniel D. ltr of 13 Jul 17 (Character Statements)
       (9) Major Schlessinger, Andrew G. Memorandum of 13 Jul 17
       (10) Cyber Strike Activity SIXTY THREE email of 14 Jul 17
       (11) Memorandum for the Record of 17 Jul 17
       (12) Memorandum for the Record 5812 of 19 Jul 17
       (13) CTN1 Merwin, Daniel D. ltr of 18 Jul 17
       (14) Accused Acknowledgment of NJP Appeal Rights of 20 Jul 17
       (15) NAVPERS 1070/607 of 27 Jul 17

1.  Per reference (a), this report and enclosures (1) through (15) are forwarded for inclusion into CTN2 Merwin's official record.  As provided in enclosure (1), CTN2 Merwin received Non-Judicial Punishment (NJP) on 20 July 2017 for the following violation of the Uniform Code of Military Justice:  Article 92 – Violation of a Lawful General Regulation, to wit: Sexual Harassment.

2.  Enclosure (2), and its enclosures (a) through (p), is the investigation relied upon as evidence at the NJP hearing.  In addition to the preliminary inquiry, enclosures (3) through (13) were used as evidence in addition to CTN2 Merwin's electronic training jacket.

3.  As substantiated by the preliminary inquiry investigation and his own admissions, CTN2 Merwin communicated to his female coworkers in a manner that created a hostile environment. Leadership was forced to alter working hours and change seating locations as a result of CTN2 Merwin's actions.

FINISH FILE PERS 832 FICHE

FOR OFFICIAL USE ONLY—PRIVACY SENSITIVE:  ANY MISUSE OR UNARTHORIZED DISCLOSURE
MAY RESULT IN BOTH CIVIL AND CRIMINAL PENALTIES                      AR 3507

Subj:   REPORT OF NONJUDICIAL PUNISHMENT ICO CTN1 DANIEL D. MERWIN, USN

4.  The evidence sufficiently supported all charges and specifications.  During NJP, CTN2 Merwin read a personal statement aloud, included as enclosure (13) At NJP, he was awarded a reduction to the next inferior paygrade (E-5) and forfeiture of $1,606 per month for two months. After acknowledging his NJP appeal rights as documented in enclosure (14), CTN2 Merwin declined to submit an appeal.  Accordingly, NJP is now final, per enclosure (15), and has been reflected in the special evaluation for reduction in rate.

5.  This report will be sent via CTN2 Merwin for acknowledgment, verification of his declination to appeal the NJP, and an opportunity to submit a statement.  This serves as notice of his right, per reference (a), to submit his comments within 10 days of receipt concerning this report of NJP, which will be included as an adverse matter in his official record.  His comments, if any, will be reflected in the first endorsement to this letter.

7.  My point of contact for this matter is LT Pellittiere, Legal Officer, (443) 654-1908 or mmpelli@nsa.gov.

S. D. PINDER
Acting

2

FOR OFFICIAL USE ONLY—PRIVACY SENSITIVE:  ANY MISUSE OR UNAUTHORIZED DISCLOSURE
MAY RESULT IN BOTH CIVIL AND CRIMINAL PENALTIES

1621
2 Aug 17

FIRST ENDORSEMENT on Cyber Strike Activity SIXTY THREE ltr 1621 Ser N00L/008 of
2 Aug 17

From:  CTN2 Daniel D. Merwin, USN
To:      Commander, Navy Personnel Command (PERS-832)

Subj:   REPORT OF NONJUDICIAL PUNISHMENT ICO CTN1 DANIEL D. MERWIN, USN

1.  I hereby acknowledge receipt of the report of Nonjudicial Punishment (NJP).  I have read the
above documents and understand my rights.

2.  I was informed of my rights to appeal the NJP on 20 July 17 and declined to do so.

3.  I have been advised of the adverse action taken by the command and understand that this
report will be part of my official record.

4.  I understand that I have 10 days to submit a statement and that failure to submit one within
that time period will constitute a waiver of my right to do so.

5.  I do not intend to make an additional statement at this time.


D. D. MERWIN

FOR OFFICIAL USE ONLY—PRIVACY SENSITIVE:  ANY MISUSE OR UNARTHORIZED DISCLOSURE MAY
RESULT IN BOTH CIVIL AND CRIMINAL PENALTIES

AR 3509

REPORT AND DISPOSITION OF OFFENSE(S)

| | | | | Date of Report | 14 July 2017 |
|---|---|---|---|---|---|

To  Commanding Officer  Cyber Strike Activity SIXTY THREE
I hereby report the following named person for the offense(s) noted

| NAME OF ACCUSED | SERIAL NO | SOCIAL SECURITY NO | RATE/GRADE | BR & CLASS | DIV/DEPT |
|---|---|---|---|---|---|
| MERWIN, Daniel D. | N/A | ▮▮▮▮ | CTN1/E6 | USN | B/33 |

| PLACE OF OFFENSE(S) | DATE OF OFFENSE(S) |
|---|---|
| Fort George G. Meade, MD | 16 Feb 2017-9 Apr 2017, 18 Apr 2017 |

DETAILS OF OFFENSE(S) (Refer by Article of UCMJ if known  If unauthorized absence  give following info  time and date of commencement  whether over leave or liberty  time and date of apprehension or surrender and arrival on board  loss of ID card and/or liberty card  etc )

**Charge:**  Violation of UCMJ Article 92, Violation of a Lawful General Regulation

**Specification 1:**  In that Cryptologic Technician Networks First Class Daniel D. Merwin, United States Navy, on active duty, Cyber Strike Activity SIXTY THREE, did, at or near Fort George G. Meade, Maryland, on divers occasions between 16 February 2017 and 9 April 2017, violate a lawful general regulation, to wit: Article 1166, U.S. Navy Regulations, dated 14 September 1990, by wrongfully sexually harassing ▮▮▮▮▮

**Specification 2:**  In that Cryptologic Technician Networks First Class Daniel D. Merwin, United States Navy, on active duty, Cyber Strike Activity SIXTY THREE, did, at or near Fort George G. Meade, Maryland, on or about 18 April 2017, violate a lawful general regulation, to wit: Article 1166, U.S. Navy Regulations, dated 14 September 1990, by wrongfully sexually harassing Cryptologic Technician Networks Second Class ▮▮▮▮▮ and Cryptologic Technician Networks Second Class ▮▮▮▮▮

**AND NO OTHERS.**

| NAME OF WITNESS | RATE/GRADE | DIV/DEPT | NAME OF WITNESS | RATE/GRADE | DIV/DEPT |
|---|---|---|---|---|---|
| | | | | | |

| LCDR | | J. A. MCCALEB |
|---|---|---|
| (Rate/Grade/Title of person submitting report) | | (Signature of Accuser) |

I have been informed of the nature of the accusation(s) against me  I understand I do not have to answer any questions or make any statement regarding the offense(s) of which I am accused or suspected  However, I understand any statement made or questions answered by me may be used as evidence against me in event of trial by court-martial (Article 31, UCMJ)

Witness _____    Acknowledged _____
(Signature)    (Signature of Accused)

| PRE-MAST RESTRAINT | [ ] **PRE-TRIAL CONFINEMENT** | [ ] **RESTRICTED:** You are restricted to the limits of _____ in lieu of arrest by order of the CO  Until your status as a restricted person is terminated by the CO  you may not leave the restricted limits except with the express permission of the CO or XO  You have been informed of the times and places which you are required to muster |
|---|---|---|
| | [X] **NO RESTRICTION** | |

(Signature and title of person imposing restraint)    (Signature of Accused)

**INFORMATION CONCERNING ACCUSED**

| CURRENT ENL DATE | EXPIRATION CURRENT ENL DATE | TOTAL ACTIVE NAVAL SERVICE | TOTAL SERVICE ON BOARD | EDUCATION | AFQT | AGE |
|---|---|---|---|---|---|---|
| 16 Oct 2015 | 15 Oct 2021 | 11 years 8 months | 4 years | 12 | 55 | 32 |

| MARITAL STATUS | NO OF DEPENDENTS | CONTRIBUTION TO FAMILY OR QTRS ALLOWANCE (Amount required by law) | PAY PER MONTH (including sea or foreign duty pay  if any) |
|---|---|---|---|
| Single | 0 | $2,052.00 | E-6=$3,480.30 (1/2=$1,740.15) E-5=$3,213.60 (1/2=$1,606.80) |

RECORD OF PREVIOUS OFFENSE(S) (Date  type  action taken  etc  Non-judicial punishments are to be included)
None on Record

NAVPERS 1626/7  (Rev. 12-88)           S/N 0106-LF-005-2700

FOR OFFICIAL USE ONLY   PRIVACY SENSITIVE

## PRELIMINARY INQUIRY REPORT

From    Commanding Officer, Cyber Strike Activity SIXTY THREE         Date         14 July 2017

To    LT Michael M. Pellittiere, USN

1    Transmitted herewith for preliminary inquiry and report by you, including, if appropriate in the interest of justice and discipline, the preferring of such charges as appeal to you to be sustained by expected evidence

REMARKS OF DIVISION OFFICER (Performance of duty, etc.)

See attached statement.

| NAME OF WITNESS | RATE/GRADE | DIV/DEPT | NAME OF WITNESS | RATE/GRADE | DIV/DEPT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

RECOMMENDATION AS TO DISPOSITION

☐ REFER TO COURT-MARTIAL FOR TRIAL OF ATTACHED CHARGES (Complete Charge Sheet (DD Form 458) through Page 2)

[X] DISPOSE OF CASE AT MAST    ☐ NO PUNITIVE ACTION NECESSARY OR DESIRABLE    ☐ OTHER

COMMENT (Include data regarding availability of witnesses, summary of expected evidence, conflicts in evidence, if expected. Attach statements of witnesses, documentary evidence such as service record entries in UA cases, items of real evidence, etc.)

See attached recommendations.

Signature of Investigating Officer

## ACTION OF EXECUTIVE OFFICER

☐ DISMISSED    ☑ REFER TO CAPTAIN'S MAST    SIGNATURE OF EXECUTIVE OFFICER

## RIGHT TO DEMAND TRIAL BY COURT-MARTIAL
*(Not applicable to persons attached to or embarked in a vessel)*

I understand that nonjudicial punishment may not be imposed on me if, before the imposition of such punishment, I demand in lieu thereof trial by court-martial. I therefore (do) (do not) demand trial by court-martial

WITNESS                                          SIGNATURE OF ACCUSED

## ACTION OF COMMANDING OFFICER

| | | | |
|---|---|---|---|
| ☐ DISMISSED | | ☐ CONF ON ___ 1, 2 OR 3 DAYS | |
| ☐ DISMISSED WITH WARNING (Not considered NJP) | | ☐ CORRECTIONAL CUSTODY FOR ___ DAYS | |
| ☐ ADMONITION ORAL/IN WRITING | | ☒ REDUCTION TO NEXT INFERIOR PAY GRADE | |
| ☐ REPRIMAND ORAL/IN WRITING | | ☐ REDUCTION TO PAY GRADE OF | |
| ☐ REST TO ___ FOR ___ DAYS | | ☐ EXTRA DUTIES FOR ___ DAYS | |
| ☐ REST TO ___ FOR ___ DAYS WITH SUSP FROM DUTY | | ☐ PUNISHMENT SUSPENDED FOR | |
| ☒ FORFEITURE TO FORFEIT $ 1,606 PAY PER MO FOR 2 MO(S) | | ☐ REFER TO ART 32 INVESTIGATION | |
| | | ☐ RECOMMENDED FOR TRIAL BY GCM | |
| ☐ DETENTION TO HAVE $ ___ PAY PER MO FOR (1, 2, 3) MO(S) DETAINED FOR ___ MO(S) | | ☐ AWARDED SPCM    ☐ AWARDED SCM | |

| DATE OF MAST | DATE ACCUSED INFORMED OF ABOVE ACTION | SIGNATURE OF COMMANDING OFFICER |
|---|---|---|
| 20 JUL 17 | 20 JUL 17 | |

It has been explained to me and I understand that if I feel this imposition of nonjudicial punishment to be unjust or disproportionate to the offenses charged against me. I have the right to immediately appeal my conviction to the next higher authority within 5 days.

| SIGNATURE OF ACCUSED | DATE | I have explained the above rights of appeal to the accused |
|---|---|---|
| | | SIGNATURE OF WITNESS                    DATE |

## FINAL ADMINISTRATIVE ACTION

| APPEAL SUBMITTED BY ACCUSED DATED FORWARDED FOR DECISION ON | FINAL RESULT OF APPEAL |
|---|---|
| APPROPRIATE ENTRIES MADE IN SERVICE RECORD AND PAY ACCOUNT ADJUSTED WERE REQUIRED DATE                                (Initials) | FILED IN UNIT PUNISHMENT BOOK DATE                                (Initials) |

NAVPERS 1626/7  (Rev. 12-88)  (BACK)

FOR OFFICIAL USE ONLY WHEN FILLED IN

22 May 2017

From: █████████████████

To:     Commanding Officer, Navy Information Operations Command Maryland

Subj:   PRELIMINARY INQUIRY INTO THE CIRCUMSTANCES SURROUNDING ALLEGATIONS OF
INAPPROPRIATE BEHAVIOR AND SEXUAL HARASSMENT ICO CTN1 DANIEL MERWIN (ANDERSON), USN

Ref:    (a) JAGMAN Section 0203
        (b) Preliminary Inquiry Officer appointment letter

Encl:   (a)
        (b)
        (c)
        (d)
        (e)
        (f)
        (g)
        (h)
        (i)
        (j)
        (k)
        (l)
        (m)
        (n)
        (o)
        (p)

1.   This reports completion of the preliminary inquiry conducted in accordance with references (a) and
(b) into the circumstances surrounding allegations of inappropriate behavior and sexual harassment
ICO CTN1 Daniel Merwin (Anderson), USN.  References (a) through (p) are submitted for
consideration.

2.   Personnel contacted:
        a.
        b.
        c.

        d.
        e.
        f.
        g.
        h.
        i.
        j.
        k.

AR 3512

I.  ██████████████ (301) 688-0456

3.  Materials reviewed: All materials reviewed are part of official statements or included in reference (O).

4.  Summary of findings:

a.  I did not find a culture within the workcenter that facilitated the behavior of CTN1 Merwin (Anderson).

b.  I do not believe that CTN1 Merwin (Anderson) propositioned ██████ in sending her the chat message, "Must be busy being the TF commander!" While this is familiar and unacceptable, it is not sexual harassment.

c.  There were several instances of sexual harassment of ██████ CTN1 Merwin (Anderson) made several unwanted statements to her about how she looked including statements that she was "super cute" or how red looked good "especially on someone so beautiful." CTN1 Merwin (Anderson) also sent ██████ two videos via social media that crossed the line into sexual harassment. In the first video, CTN1 Merwin (Anderson) is laying on his bed without a shirt making kissing gestures and showing his two boxer dogs. The second video is CTN1 Merwin (Anderson) entering his kitchen with meat cooking with one of his boxer dogs standing on hinds legs smelling the meat. CTN1 Merwin (Anderson) repeatedly asks his dog, "Are you trying to lick my meat?" While these videos are available on CTN1 Merwin's (Anderson) Facebook page, I believe it constitutes sexual harassment in the context of what was being discussed and the desired relationship. CTN1 Merwin (Anderson) also sent a picture from the movie, "Julia & Julia" where Meryl Streep is holding what appears to be a turkey upside down with it legs spread. It did not have relevance to the discussion and CTN1 Merwin (Anderson) states, "JK! thats not the one I was looking for." CTN1 Merwin (Anderson) volunteered to babysit ██████ child so she could drink after a long day.

d.  CTN1 Merwin (Anderson) did not receive the response he wanted with ██████ and turned his attention to ██████ After friending her on Facebook, he went through numerous pictures making comments on her pictures that she was "cute" and a "hottie." CTN1 Merwin (Anderson) also told ██████ that "she could do better" in regards to her current boyfriend. No Facebook records were provided.

e.  Once ██████ reported to the division, CTN1 Merwin (Anderson) shifted his attention to her. He made several comments to ██████ about his interest in ██████ and began sitting next to ██████ in the workcenter and following her around. This made ██████ uncomfortable and she asked ██████ to walk with her to prevent CTN1 Merwin (Anderson) from following her.

f.  In a conversation with ██████ and ██████ CTN1 Merwin (Anderson) stated that the medication he was currently taking affected his libido stating, "he didn't mind that it slowed down because his overactive sex drive was a problem in the past." He then motioned down to his crotch and commented how strongly it had returned.

g.  CTN1 Merwin (Anderson) has created a hostile work environment where the female Sailors are not comfortable being alone with CTN1 Merwin (Anderson). As a result, ██████ and ██████ have altered their work schedule to ensure one of them is always in the workcenter.

h.  Several Sailors expressed concerns about the fear of retribution from CTN1 Merwin (Anderson).

i. CTN1 Merwin made several attempts to find out what was happening despite the verbal order from ▇▇▇▇▇▇▇▇▇▇▇▇▇ to not talk about this with anyone. During these discussions, CTN1 Merwin (Anderson) expressed that he would refuse Non-Judicial Punishment and opt for Court Martial instead. He also expressed he would not receive punishment due to his previous mental health issues.

5. Recommendation: Based on statements, associated chat logs and social media files, I believe CTN1 Merwin (Anderson) is guilty of sexual harassment of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇▇▇▇▇▇ CTN1 Merwin (Anderson) lacks comprehension of what appropriate actions and relationships are in and out of the workcenter. As a result, he often says and does things that violate acceptable behavioral standards within the Navy. It is my opinion that he also sees female Sailors in his workcenter first as potential dates and then Sailors. Based on this, I recommend that CTN1 Merwin (Anderson) receive Non-Judicial Punishment and be reduced in rank to E-5. Based on his entry into Naval Service, he will reach High Year Tenure for an E-5 – 12 years – in November 2017, and be separated from Naval Service. He should not be allowed to lead or be around Sailors.



**DEPARTMENT OF THE NAVY**

NAVY INFORMATION OPERATIONS COMMAND MARYLAND
FORT GEORGE G MEADE MARYLAND 20755-5290

5830
Ser N15/050
21 Apr 17

From:  Commanding Officer, Navy Information Operations Command Maryland
To:    CDR BLAKE JACOBSON, USN

Subj:  PRELIMINARY INQUIRY INTO THE CIRCUMSTANCES SURROUNDING
       ALLEGATIONS OF INAPPROPRIATE BEHAVIOR AND SEXUAL
       HARASSMENT ICO CTN1 DANIEL MERWIN, USN

Ref:   (a) JAGINST 5800.7F, Chapter II

Encl:  CDR Sharon Pinder's e-mail Detailing Allegations of Inappropriate Behavior
       and Sexual Harassment of 21 Apr 17

1.  This appoints you, per chapter II of reference (a), to inquire into the facts and circumstances
surrounding the allegations of inappropriate behavior and sexual harassment in the workplace
reported in enclosure (1).

2.  You are to investigate all facts and circumstances surrounding the allegations and determine if
misconduct occurred.  If you have not previously done so, read chapter II of reference (a) in its
entirety before beginning your investigation.  Report your findings of facts, conclusions, and
recommendations by 27 April 2017, unless an extension of time is granted.

3.  You may seek assistance from LT James Moxness, II, JAGC, USN, (301) 677-0877, Staff
Judge Advocate, Navy Information Operations Command Maryland, during the course of your
investigation.

4.  By copy of this appointing order, the NIOC Staff Judge Advocate Office is directed to furnish
any necessary clerical assistance.

J. S. SCHEIDT

AR 3515

# SUSPECT'S RIGHTS

| Suspect's Full Name | SSN | Rate/Rank | Service (Branch) |
|---|---|---|---|
| MERWIN, Daniel | ▮▮▮▮▮ | CTN1/E6 | USN |
| Activity/Unit | | | DOB/Age |
| Navy Information Operations Command Maryland | | | ▮▮ 85/32yrs old |
| Interviewer's Name | SSN | Rate/Rank | Service (Branch) |
| JACOBSON, Blake | N/A | CDR/05 | USN |
| Organization | | | Billet |
| Navy Information Operations Command Maryland | | | PIO |
| Location of interview | Time | | Date |
| OPS 2B 7058 | 0930 | | 22MAY17 |

## RIGHTS

I certify and acknowledge by my signature and initials set forth below that, before the interviewer requested a statement from me, he/she warned me that:

(1) I am suspected of having committed the following offenses:

    **Article 92 - Failure to obey order or regulation.**

> 1 DA

(2) I have the right to remain silent;

> 2 DA

(3) Any statement I do make may be used as evidence against me in a trial by court-martial;

> 3 DA

(4) I have the right to consult with an attorney prior to any questioning.  This attorney may be a civilian attorney retained by me at my own expense, a military attorney without cost to me, or both; and

> 4 DA

(5) I have the right to have such retained civilian attorney and/or military attorney present during this interview;

> 5 DA

(6) If I decide to answer questions now without a lawyer present, I will have the right to stop this interview at any time.

> 6 DA

Enclosure (a)

AR 3516

## WAIVER OF RIGHTS

(1)    I further certify and acknowledge that I
       Have read the above statement of my rights
       And fully understand them, and that;



(2)    I expressly desire to waive my right to
       remain silent;



(3)    I expressly do not desire to consult with
       either a civilian attorney retained by me or
       a military attorney without cost to me prior
       to any questioning;



(4)    I expressly desire not to have a attorney
       present with me during this interview; and



(5)    This acknowledgment and waiver of rights is
       made freely and voluntarily by me, without any
       promises or threats having been made to me
       or pressure or coercion of any kind having
       been used against me.

(6)    I further understand that, even though I
       initially waive my rights to an attorney and
       to remain silent, I may, during the interview,
       assert my right to an attorney or to remain
       silent.

NOTE:  IF THE SUSPECT INDICATES HE IS WILLING TO MAKE A
STATEMENT, HE SHOULD FIRST BE ASKED WHETHER HE HAS MADE A
STATEMENT IN RESPONSE TO QUESTIONS ABOUT THE SUSPECTED OFFENSE TO
ANYONE HE PRIOR TO THE PRESENT INTERVIEW.  IF THE SUSPECT
INDICATES HE HAS PREVIOUSLY MADE SUCH A STATEMENT, ADVISE THE
SUSPECT AS FOLLOWS:

(1)    Your previous statement may not be admissible at
       courts-martial and may not be usable against you.  (It
       may not be possible to determine whether a previous
       statement made by the suspect will be admissible at
       some future court-martial; this suggests it may be wise
       to treat it as inadmissible and provide the cleansing
       warning).

(2)    Regardless of the fact that you have talked about this
       offense before, you still have the right to remain
       silent now.

(3)    (Continue with the Rights Advisement and Waiver of
       Rights above.)

2

| Signature of Suspect | Time | Date |
|---|---|---|
| *[signature]* | 0930 | 22 MAY 17 |
| Signature of Interviewer | Time | Date |
| *[signature]* | 0930 | 22 MAY 17 |
| Signature of Witness (only required if member refuses to sign) | Time | Date |
|  |  |  |

The statement which appears on this page (and the following ~~1~~ 2 page(s), all of which are signed by me), is made freely and voluntarily by me, and without any promises or threats having been made to me or pressure or coercion of any kind having been used against me.

I HAVE NEVER HAD ILL INTENTIONS. I CURRENTLY HAVE RELEATIONSHIP DISTORTIONS (ISSUE) SEE BEHAVIOR HEALTH, WALTER REED, MEDICAL RECORD. THE LAST TWO YEARS OR SO I HAVE NOT WORKED W/ SAILORS IN CLOSE PROXIMITY. THE LAST SEVERAL YEAR I HAVE BEEN WORKING TO RESOLVE MY PERCEPTION/RELEATIONSHIPS PROBLEMS W/ 2 PHYSIATRIST. ~~DI~~ FOR RACHEL I HAD SOME CONTACT OUT SIDE OF WORK

*[signature]* 22 MAY 17
Signature of Suspect/Date

DANIEL ANDERSON
Printed Name of Suspect

Subscribed and sworn to before me this ___22___ day of ~~April~~ MAY 2017.

*[signature]* 22 MAY 17
Signature of Interviewer/Date

BLAKE JACOBSON
Printed Name of Interviewer

3

OFFICIAL RECORD COPY

AR 3518

OFFICIAL RECORD COPY

CONTINUATION OF SUSPECT'S STATEMENT ICO CTN1 DANIEL MERWIN, USN

MONTHS AGO BUT STOPPED. SHE HAD DATING PROFILES POP UP ON 3 DATING SITE THAT I AM ~~WASN~~ ON AND DUE TO HER PHYSICAL LOCATION AT HOME BEING CLOSE TO MINE, IT WOULD POP UP UNTIL I BLOCK HER PROFILE FROM SHOWING UP. SAVY. DISCUSED BOYFRIEND PROBLEMS ON FACEBOOK, I MAY HAVE MADE BORDERLINE COMMENT IN EFFORT TO TRY AND EXPRESS THAT SHE COULD DO BETTER. KAPLAN SAID I COULD ADD HER ON INSTAGRAM, I DID I TOOK THAT AS AN INVITATION TO CONVERSE. I AS A SAILOR PRIDE MYSELF IN THE WORK I DO AS A (PREVIOUSLY) ACLL, CCL, MENTOR, COMMAND TRAINING TEAM, BYSTANDARD INTERVENTION, (CHART THE COURSE AND) FULL SPEED AHEAD FACILITATOR. I TRY AND SHARE MY PERSONAL INFO TO HELP OTHER CPO'S UP.

_____  22 MAY 1
Signature of Suspect/Date

_____
Printed Name of Suspect    DANIEL ANDERSON

Subscribed and sworn to before me this __22__ day of ~~April~~ MAY 2017.

_____  22 MAY 17
Signature of Interviewer/Date

BLAKE JACOBSEN
_____
Printed Name of Interviewer

4

AR 3519

CONTINUATION OF SUSPECT'S STATEMENT ICO CTN1 DANIEL MERWIN, USN

During time from 1 month prior to April 27th, I was withdrawing from high dosage of Lexapro NALTRIXON which caused significant withdraw symtoms effecting my personality and behavior in same forms.

_____

Kevin Anderson 22 May 17
Signature of Suspect/Date

Daniel Anderson
Printed Name of Suspect

Subscribed and sworn to before me this ___22___ day of ~~April~~ MAY 2017.

Blake Jacobson 22 May 17
Signature of Interviewer/Date

BLAKE JACOBSON
Printed Name of Interviewer

5

EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) ANDERSON, DANIEL D | 2. Rate CTN2 | 3. Desig IW/SW | 4. SSN |
|---|---|---|---|

| 5. ACT X | FTS | INACT | AT/ADSW/ 265 | 6. UIC 37700 | 7. Ship/Station CYBERSTRKACT 63 | 8. Promotion Status REGULAR | 9. Date Reported 16SEP15 |
|---|---|---|---|---|---|---|---|

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic X | 11. Detachment of Individual | 12. Promotion/ Frocking | 13. Special | 14. From: 17JUL21 | 15. To: 18MAR15 |

| 16. Not Observed Report | Type of Report 17. Regular X | 18. Concurrent | 20. Physical Readiness W | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) YUSKO, D B | 23. Grade CDR | 24. Desig 1810 | 25. Title CO | 26. UIC 37700 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Provide and deploy trained personnel, expertise, and equipment to conduct Offensive and Defensive Cyberspace Operations in support of U.S. Cyber Command (USCYBERCOM) and the Cyber National Mission Force (CNMF) Defend the Nation (DTN) missions.

**29. Primary/Collateral/Watchstation duties. (Enter primary duty abbreviation in box.)**
GARRISON SUPP    PRI: GARRISON SUPPORT-8. Provides personnel support to Cryptologic Warfare Group SIX (CWG-6). TEMADD: 17AUG29-17SEP26. WATCH: OFFICER OF THE DECK-8. PFA: 17-2.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 17OCT06 | 31. Counselor JORDAN, S C | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro- gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. | | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. | | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. |
| NOB ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 34. QUALITY OF WORK: Standard of work; value of end product. | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. | | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. | | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. |
| NOB ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| NOB ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| NOB ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. | | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. | | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. |
| NOB ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3521

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) ANDERSON, DANIEL D | 2. Rate CTN2 | 3. Desig IW/SW | 4. SSN |
|---|---|---|---|

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. | | -Reinforces others' efforts, meets commitments to team. -Understands goals, employs good teamwork techniques. -Accepts and offers team direction. [X] | | -Team builder, inspires cooperation and progress. -Focuses goals and techniques for teams. -The best at accepting and offering team direction. |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for others. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. | | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful, realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. [X] | | -Inspiring motivator and trainer, subordinates reach highest level of growth and development. -Superb organizer, great foresight, develops process improvements and efficiencies. -Leadership achievements dramatically further command mission and vision. -Perseveres through the toughest challenges and inspires others. -Exceptional communicator. -Makes subordinates safety-conscious, maintains top safety record. -Constantly improves the personal and professional lives of others. |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. 3.00 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) NONE | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. SPRAGUE, I L, ISC    Date: 16Mar18 |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Petty Officer Anderson reassigned to CWG-6/CSA-63 holding department in a limited duty status; currently addressing medical treatment requirements approximately 3-4 days a week.

- WARFARE TRAINER.  Provided 18 hours of EIWS training to 15 personnel to include four First Class Petty Officers, three Second Class Petty Officers and eight junior Sailors that led to those Sailors completing EIWS Books 1 and 2.

- GARRISON SUPPORTER.  Assisted in the completion of a Standard Operating Procedure for CWG-6 N55 Garrison Division, which assisted leadership establishing overall processes and organization for the 15 Sailor Garrison Division.

CTN2 Anderson is not recommended for retention or advancement.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
QUALIFIED:  OOD.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [X]  Recommended [ ] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | X | | | | 48. Reporting Senior Address COMMANDING OFFICER CYBERSTRKACT 63 9800 SAVAGE RD, SUITE 6235 FT MEADE, MD 20755-6585 |
| 46. SUMMARY | X | 0 | 1 | 0 | 0 | 1 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. HOWELL, D J, LT    Date: 16MAR18 | 50. Signature of Reporting Senior    Date: 16MAR18 Summary Group Average: 3.50 |
|---|---|

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. [ ]  I do not intend to submit a statement. [X]    Date: 27 MAR 18 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report    Date: |
|---|---|

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3522

# RECORD OF EMERGENCY DATA

## PRIVACY ACT STATEMENT

**AUTHORITY:** 5 USC 552, 10 USC 655, 1475 to 1480 and 2771, 38 USC 1970, 44 USC 3101, and EO 9397 (SSN).
**PRINCIPAL PURPOSES:** This form is used by military personnel and Department of Defense civilian and contractor personnel, collectively referred to as civilians, when applicable. **For military personnel**, it is used to designate beneficiaries for certain benefits in the event of the Service member's death. It is also a guide for disposition of that member's pay and allowances if captured, missing or interned. It also shows names and addresses of the person(s) the Service member desires to be notified in case of emergency or death. **For civilian personnel**, it is used to expedite the notification process in the event of an emergency and/or the death of the member. The purpose of soliciting the SSN is to provide positive identification. All items may not be applicable.
**ROUTINE USES:** None.
**DISCLOSURE:** Voluntary; however, failure to provide accurate personal identifier information and other solicited information will delay notification and the processing of benefits to designated beneficiaries if applicable.

| INSTRUCTIONS TO SERVICE MEMBER | INSTRUCTIONS TO CIVILIANS |
|---|---|
| This extremely important form is to be used by you to show the names and addresses of your spouse, children, parents, and any other person(s) you would like notified if you become a casualty (other family members or friends), and, to designate beneficiaries for certain benefits if you die. IT IS YOUR RESPONSIBILITY to keep your Record of Emergency Data up to date to show your desires as to beneficiaries to receive certain death payments, and to show changes in your family or other personnel listed, for example, as a result of marriage, civil court action, death, or address change. | This extremely important form is to be used by you to show the names and addresses of your spouse, children, parents, and any other person(s) you would like notified if you become a casualty. Not every item on this form is applicable to you. **This form is used by the Department of Defense (DoD) to expedite notification in the case of emergencies or death.** It does not have a legal impact on other forms you may have completed with the DoD or your employer. |

**IMPORTANT: This form is divided into two sections: Section 1 - Emergency Contact Information and Section 2 - Benefits Related Information. READ THE INSTRUCTIONS ON PAGES  AND  BEFORE COMPLETING THIS FORM.**

## SECTION 1 - EMERGENCY CONTACT INFORMATION

**1. NAME** *(Last, First, Middle Initial)*
ANDERSON,DANIEL

**2. SSN**
▬▬▬

**3a. SERVICE/CIVILIAN CATEGORY**
☐ ARMY  ☒ NAVY  ☐ MARINE CORPS  ☐ AIR FORCE  ☐ DoD  ☐ CIVILIAN  ☐ CONTRACTOR

**b. REPORTING UNIT CODE/DUTY STATION**
37700

**4a. SPOUSE NAME** *(If applicable) (Last, First, Middle Initial)*
▬▬▬
**AND TELEPHONE NUMBER**
GLEN BURNIE, ANNE ARUNDEL, MD, ▬▬ US

☐ SINGLE  ☐ DIVORCED  ☐ WIDOWED

**5. CHILDREN**

| a. NAME *(Last, First, Middle Initial)* | b. RELATIONSHIP | c. DATE OF BIRTH *(YYYYMMDD)* | d. ADDRESS *(Include ZIP Code)* AND TELEPHONE NUMBER |
|---|---|---|---|
| ▬▬▬ | Daughter | ▬▬▬ | GLEN BURNIE, ANNE ARUNDEL, MD US, ▬▬ |

**6a. FATHER NAME** *(Last, First, Middle Initial)*
▬▬▬
**b. ADDRESS** *(Include ZIP Code)* **AND TELEPHONE NUMBER**
Unknown

**7a. MOTHER NAME** *(Last, First, Middle Initial)*
▬▬▬
**b. ADDRESS** *(Include ZIP Code)* **AND TELEPHONE NUMBER**
LEXINGTON, SC, ▬▬ US

**8a. DO NOT NOTIFY DUE TO ILL HEALTH**
None
**b. NOTIFY INSTEAD**
None

*(...ary only)*
▬▬▬
**b. ADDRESS** *(Include ZIP Code)* **AND TELEPHONE NUMBER**
GLEN BURNIE, ANNE ARUNDEL, MD, ▬▬ US, ▬▬

**10. CONTRACTING AGENCY AND TELEPHONE NUMBER** *(Contractors only)*
N/A

OFFICIAL RECORD COPY

**DD FORM 93, JAN 2008**    PREVIOUS EDITION IS OBSOLETE.    Submit    AR 3523 PAGE  of

| 1. NAME *(Last, First, Middle Initial)* | 2. SSN |
|---|---|
| ANDERSON,DANIEL | ███████ |

## SECTION 2 - BENEFITS RELATED INFORMATION

| 11a. BENEFICIARY(IES) FOR DEATH GRATUITY | b. RELATIONSHIP | c. ADDRESS *(Include ZIP Code)* AND TELEPHONE NUMBER | d. PERCENTAGE |
|---|---|---|---|
| ████████████ | Wife | ████████████<br>GLEN BURNIE, ANNE ARUNDEL, MD ███<br>US ██████ | 100 |

| 12a. BENEFICIARY(IES) FOR UNPAID PAY/ALLOWANCES | b. ADDRESS *(Include ZIP Code)* AND TELEPHONE NUMBER | c. PERCENTAGE |
|---|---|---|
| ATIONSHIP<br>Wife ██████ | ████████████<br>GLEN BURNIE, ANNE ARUNDEL, MD, ████<br>US, █████ | 100 |

| 13a. PERSON AUTHORIZED TO DIRECT DISPOSITION (PADD) *(Military only)* NAME AND RELATIONSHIP | b. ADDRESS *(Include ZIP Code)* AND TELEPHONE NUMBER |
|---|---|
| ████████ Wife | ████████████<br>GLEN BURNIE, ANNE ARUNDEL, MD ████ US, |

### 14. CONTINUATION/REMARKS

Funeral Travel Authorized for: ████████████████ LEN BURNIE, ANNE ARUNDEL, MD ████ S,

Other Person to be Notifed: ████████ GLEN BURNIE, ANNE ARUNDEL, MD, ████ US, █████

Other Person to be Notifed: ████████████ LEXINGTON, SC, ████ US

Bedside Travel Authorized for: ████████████ GLEN BURNIE, ANNE ARUNDEL, MD, ████ US, ████

**DD FORM 93, JAN 2008**          PREVIOUS EDITION IS OBSOLETE.          Submit          AR 3524

| 1. NAME *(Last, First, Middle Initial)* | 2. SSN |
|---|---|
| ANDERSON,DANIEL | |

| 15. SIGNATURE OF SERVICE MEMBER/CIVILIAN *(Include rank, rate, or grade if applicable)* | 16. SIGNATURE OF WITNESS *(Include rank, rate, or grade as appropriate)* | 17. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|
| | **Not Required** | 20180906 |

OFFICIAL RECORD COPY

**DD FORM 93, JAN 2008**          PREVIOUS EDITION IS OBSOLETE.          Submit          AR 3525

PAGE   of

## INSTRUCTIONS FOR PREPARING DD FORM 93

*(See appropriate Service Directives for supplemental instructions for completion of this form at other than MEPS)*

All entries explained below are for electronic or typewriter completion, except those specifically noted. If a computer or typewriter is not available, print in black or blue-black ink insuring a legible image on all copies. Include "Jr.," "Sr.," "III" or similar designation for each name, if applicable. When an address is entered, include the appropriate ZIP Code. If the member cannot provide a current address, indicate "unknown" in the appropriate item. Addresses shown as P.O. Box Numbers or RFD numbers should indicate in Item 14, "Continuations/Remarks", a street address or general guidance to reach the place of residence. In addition, the notation "See Item 14" should be included in the item pertaining to the particular next of kin or when the space for a particular item is insufficient. If the address for the person in the item has been shown in a preceding item, it is unnecessary to repeat the address; however, the name must be entered. Those items that are considered not applicable to civilians will be left blank.

ITEM 1. Enter full last name, first name, and middle initial.

ITEM 2. Enter social security number (SSN).

ITEM 3a. Service. **Military:** Mark X in appropriate block. **Civilian:** Mark two blocks as appropriate. Examples: an Army civilian would mark Army and either Civilian or Contractor; a DoD civilian, without affiliation to one of the Military Services, would mark DoD and then either Civilian or Contractor as appropriate.

ITEM 3b. Reporting Unit Code/Duty Station. See Service Directives.

ITEM 4a. Spouse Name. Enter last name (if different from Item 1), first name and middle initial on the line provided. If single, divorced, or widowed, mark appropriate block.

ITEM 4b. Address and Telephone Number. Enter the "actual" address and telephone number, not the mailing address. Include civilian title or military rank and service if applicable. If one of the blocks in 4a is marked, leave blank.

ITEM 5a-d. Children. Enter last name (only if different from Item 1) first name and middle initial, relationship, and date of birth of all children. If none, so state. Include illegitimate children if acknowledged by member or paternity/maternity has been judicially decreed. Relationship examples: son, daughter, stepson or daughter, adopted son or daughter or ward. Date of birth example: 19950704. For children not living with the member's current spouse, include address and name and relationship of person with whom residing in item 5d.

ITEM 6a. Father Name. Last name, first name and middle initial.

ITEM 6b. Address and Telephone Number of Father. If unknown or deceased, so state. Include civilian title or military rank and service if applicable. If other than natural father is listed, indicate relationship.

ITEM 7a. Mother Name. Last name, first name and middle initial.

ITEM 7b. Address and Telephone Number of Mother. If unknown or deceased, so state. Include civilian title or military rank and service if applicable. If other than natural mother is listed, indicate relationship.

ITEM 8. Persons Not to be Notified Due to Ill Health.
a. List relationship, e.g., "Mother," of person(s) listed in Items 4, 5, 6, or 7 who are not to be notified of a casualty due to ill health. If more than one child, specify, e.g., "daughter Susan." Otherwise, enter "None".
b. List relationship, e.g., "Father" or name and address of person(s) to be notified in lieu of person(s) listed in item 8a. If "None" is entered in Item 8a, leave blank.

ITEM 9a. This item will be used to record the name of the person or persons, if any, other than the member's primary next of kin or immediate family, to whom information on the whereabouts and status of the member shall be provided if the member is placed in a missing status. Reference 10 USC, Section 655. **NOT APPLICABLE to civilians.**

ITEM 9b. Address and telephone number of Designated Person(s). **NOT APPLICABLE to civilians.**

ITEM 10. Contracting Agency and Telephone Number **(Contractors only). NOT APPLICABLE to military personnel.** Civilian contractors will provide the name of their contracting agency and its telephone number. Example: XYZ Electric, (703) 555-5689. The telephone number should be to the company or corporation's personnel or human resources office.

ITEM 11a. Beneficiary(ies) for Death Gratuity **(Military only)**. Enter first name(s), middle initial, and last name(s) of the person(s) to receive death gratuity pay. A member may designate one or more persons to receive all or a portion of the death gratuity pay. The designation of a person to receive a portion of the amount shall indicate the percentage of the amount, to be specified only in 10 percent increments, that the person may receive. If the member does not wish to designate a beneficiary for the payment of death gratuity, enter "None," or if the full amount is not designated, the payment or balance will be paid as follows:

(1) To the surviving spouse of the person, if any;
(2) To any surviving children of the person and the descendants of any deceased children by representation;
(3) To the surviving parents or the survivor of them;
(4) To the duly appointed executor or administrator of the estate of the person;
(5) If there are none of the above, to other next of kin of the person entitled under the laws of domicile of the person at the time of the person's death.

The member should make specific designations, as it expedites payment.

**INSTRUCTIONS FOR PREPARING DD FORM 93**

*(Continued)*

ITEM 11a. *(Continued)*  Seek legal advice if naming a minor child as a beneficiary.  If a member has a spouse but designates a person other than the spouse to receive all or a portion of the death gratuity pay, the Service concerned is required to provide notice of the designation to the spouse.  **NOT APPLICABLE to civilians.**

Item 11b. Relationship.  **NOT APPLICABLE to civilians.**

ITEM 11c.  Enter beneficiary(ies) full mailing address and telephone number to include the ZIP Code.  **NOT APPLICABLE to civilians.**

ITEM 11d.  Show the percentage to be paid to each person.  Enter 10%, 20%, 30%, up to 100% as appropriate.  The sum shares must equal 100 percent.  If no percent is indicated and more than one person is named, the money is paid in equal shares to the persons named **NOT APPLICABLE to civilians.**

ITEM 12a.  Beneficiary(ies) for Unpaid Pay/Allowance **(Military only)**.  Enter first name(s), middle initial, last name(s) and relationship of person to receive unpaid pay and allowances at the time of death.  The member may indicate anyone to receive this payment.  If the member designated two or more beneficiaries, state the percentage to be paid each in item 10c.  If the member does not wish to designate a beneficiary, enter "By Law."  The member is urged to designate a beneficiary for unpaid pay and allowances as payment will be made to the person in order of precedence by law (10 USC 2771) in the absence of a designation.  Seek legal advice if naming a minor child as beneficiary.  **NOT APPLICABLE to civilians.**

ITEM 12b.  Enter beneficiary(ies) full mailing address and telephone number to include the ZIP Code.  **NOT APPLICABLE to civilians.**

ITEM 12c.  If the member designated two or more beneficiaries, state the percentage to be paid each in this section. The sum shares must equal 100 percent.  **NOT APPLICABLE to civilians.**

ITEM 13a.  Enter the name and relationship of the Person Authorized to Direct Disposition (PADD) of your remains should you become a casualty. Only the following persons may be named as a PADD: surviving spouse, blood relative of legal age, or adoptive relatives of the decedent.  If neither of these three can be found, a person standing in loco parentis may be named.  **NOT APPLICABLE to civilians.**

ITEM 13b.  Address and telephone number of PADD.  **NOT APPLICABLE to civilians.**

ITEM 14. Continuations/Remarks.  Use this item for remarks or continuation of other items, if necessary.  Prefix entry with the number of the item being continued; for example, 5/John J./son/ 19851220/321 Pecan Drive, Schertz TX 78151.  Also use this item to list name, address, and relationship of other persons the member desires to be notified. Other dependents may also be listed.  This block offers the greatest amount of flexibility for the member to record other important information not otherwise requested but considered extremely useful in the casualty notification and assistance process.  Besides continuing information from other blocks on this form, the member may desire to include additional information such as:  NOK language barriers, location or existence of a Will, additional private insurance information, other family member contact numbers, etc.  If additional space is required, attach a supplemental sheet of standard bond paper with the information.

ITEM 15.  Signature of Service Member/Civilian.  Check and verify all entries and sign all copies in ink as follows:  First name, middle initial, last name.  Include rank, rate, or grade if applicable.  May be electronically signed (see DoD Instruction 1300.18 for guidelines).

ITEM 16.  Signature of Witness.  Have a witness (disinterested person) sign all copies in ink as follows:  First name, middle initial, last name.  Include rank, rate, or grade as appropriate.  A witness signature is not required for electronic versions of the DD Form 93 (see DoD Instruction 1300.18).

ITEM 17.  Date the member or civilian signs the form.  This item is an ink entry and must be completed on all copies.

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES    THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.    ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME *(Last, First, Middle)* ANDERSON, DANIEL "NMN" | 2. DEPARTMENT, COMPONENT AND BRANCH NAVY-USN | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK CTN2 | b. PAY GRADE E5 | 5. DATE OF BIRTH *(YYYYMMDD)* 198 | 6. RESERVE OBLIGATION TERMINATION DATE *(YYYYMMDD)* NA |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY MECHANICSBURG PA | b. HOME OF RECORD AT TIME OF ENTRY *(City and state, or complete address if known)* BETHLEHEM PA |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND CYBER STRIKE ACTIVITY 63 | b. STATION WHERE SEPARATED PERSUPPDET MEMPHIS |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED NA | 10. SGLI COVERAGE    NONE   AMOUNT: $400,000 |
|---|---|

| 11. PRIMARY SPECIALTY *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)* | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 0000 CTN - 0000 1YR 0MOS      X           X           X | a. DATE ENTERED AD THIS PERIOD | 2005 | 11 | 01 |
| X        X         X         X         X        X | b. SEPARATION DATE THIS PERIOD | 2018 | 10 | 19 |
| X        X        X        X        X        X | c. NET ACTIVE SERVICES THIS PERIOD | 12 | 11 | 19 |
| X        X        X        X        X        X | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| X        X        X        X        X        X | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 00 | 00 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 00 | 02 | 06 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2017 | 07 | 20 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)* GW-TERRORISM SERVICE MEDAL (1);GOOD CONDUCT MEDAL ACTIVE (3);MERITORIOUS UNIT COMMENDATION (1);NATIONAL DEFENSE SERVICE MEDAL (1);NAVY "E" RIBBON (1);NAVY/MC ACHIEVEMENT MEDAL (4);NAVY/MC   "SEE REMARKS" | 14. MILITARY EDUCATION *(Course title, number of weeks, and month and year completed)* RTC BMT, 8 WKS, DEC05; AVIATION FUNDAMENTALS, 1 WKS, JAN06; ABH A1, 4 WKS, MAR06; ABH REFR AMPHIB, 1 WKS, DEC06; CTN CLASS A SCHOOL, 4 WKS, JUN09; BASIC DIGITAL NETWORK ANALYSIS, 7 WKS, JUL09; JOINT NETWORK ATTACK       "SEE REMARKS" |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | YES | X NO |
|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP *(10 USC Sec. 2107b)* | YES | X NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM *(10 USC Chap. 109)* (If Yes, year of commitment:          ) | YES | X NO |

| 16. DAYS ACCRUED LEAVE PAID    10.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES X | NO |
|---|---|---|---|

18. REMARKS
SERIAL NUMBER: N2018102200062-0;TRANSACTION CODE: A;CONTACT INFORMATION AFTER SEPARATION:
EMAIL                     GMAIL.COM PHONE                     X          X          X          X
BLK 13 CONT: OVERSEAS SVCRIBBON (1);SEA SERVICE DEPLOYMENT RIBBON (1);    X          X          X
BLK 14 CONT: COURSE, 4 WKS, NOV13; CMD TRN TEAM INDOCTRINATION, 1 WKS, APR11    X          X          X
X        X        X        X        X        X        X        X        X        X        X        X

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION *(Include ZIP Code)* GLEN BURNIE MD | b. NEAREST RELATIVE *(Name and address - include ZIP Code)*                     LEXINGTON SC |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO *(Specify state/locality)* MD    OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X YES | NO |

| 21a. MEMBER SIGNATURE Signature Unattainable | b. DATE *(YYYYMMDD)* 20181019 | 22a. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title, signature)* GS7, Authorizing Official | b. DATE *(YYYYMMDD)* 20181022 |
|---|---|---|---|

| SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)* |||
|---|---|---|
| 23. TYPE OF SEPARATION Discharged | 24. CHARACTER OF SERVICE *(Include upgrades)* HONORABLE ||
| 25. SEPARATION AUTHORITY MILPERSMAN 1910-120 | 26. SEPARATION CODE KFV | 27. REENTRY CODE RE-3G |
| 28. NARRATIVE REASON FOR SEPARATION CONDITION, NOT A DISABILITY |||
| 29. DATES OF TIME LOST DURING THIS PERIOD *(YYYYMMDD)* TL - NONE | 30. MEMBER REQUESTS COPY 4 *(Initials)*   DDA ||

| **DD FORM 214, AUG 2009** | PREVIOUS EDITION IS OBSOLETE. | AR 35 **SERVICE-2** |
|---|---|---|

OFFICIAL RECORD COPY

# HISTORY OF ASSIGNMENTS



| DATE GAINED | TYPE GAIN | ACTIVITY | UIC | DATE OF LOSS | TYPE LOSS |
|---|---|---|---|---|---|
| 11/01/2005 | TEMDU | S CRU TRCOM GTLK | 30646 | | TRF |
| 01/04/2006 | TEMDU | S NATTC PCOLA FL | 39831 | 03/10/20 6 | TRF |
| 04/11/2006 | DUTY | LHD 2 ESSEX | 21533 | 04/04/2009 | TRF |
| 05/04/2009 | TEMDU | S CID ST CORRY | 30930 | 07/27/2009 | TRF |
| 07/27/2009 | DUTY | NIOC PCOL/CYBDEF | 419 6 | 7/30/2012 | TRF |
| 08/07/2012 | DUTY | NIOC MD/CYBER OP | 49947 | | |
| 07/22/2013 | DUTY | 21 NMT | 37707 | 09/15/2016 | TRF |
| 09/15/2016 | DUTY | CSA SIXTY THREE | 37700 | 10/19/2018 | DIS |

| NAME (LAST, FIRST MIDDLE) | SOCIAL SECURITY NUMBER | RANK/RATE |
|---|---|---|
| ANDERS N,DANIEL | ▮▮▮▮ | CTN2 |

The data contained herein is protected by the Privacy Act of 1974. All measures required to protect this information should be taken.

AR 3529



## MEMBER DATA SUMMARY

### MEMBER INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Br/Cls | : | USNR | Rank/Rate | : | CTN2 |
| PEBD | : | 11/01/2005 | ADSD | : | |
| ACBD | : | | SSED | : | |
| Pay Grade | : | E05 | Special Prog. Ind | : | |
| Off/Enl | : | Enlisted | Designator | : | |
| PNEC | : | 0000 | Primary AQD | : | |
| SNEC | : | | Enlisted Designator | : | Info Dominance Warfare Spec |

### SECURITY

| | | | | | |
|---|---|---|---|---|---|
| Eligibility | : | Top Secret - SCI Eligible | Investigation Date | : | 12/17/2014 |
| Investigation Type | : | | Clearance Date | : | 01/06/2015 |
| Security Clearance | : | Top Secret - SCI Eligible | Agency | : | |

### CURRENT ASSIGNMENT

| | | |
|---|---|---|
| UIC | : | 37700    CSA SIXTY THREE |
| Report Date | : | 09/15/2016 |
| PRD | : | 09/01/2019 |
| Sea Shore Code | : | Shore Duty |
| Homeport | : | Shore Duty |
| ACC | : | |
| SDCD/SHDCD | : | |
| BSC | : | 0.00 |

### PERSONAL INFORMATION

| | | |
|---|---|---|
| Sex | : | Male |
| DOB | : | ████ 1985    **Age** :    3 Yr |
| Marital Status | : | Married |
| Citizenship | : | U.S. Citizen by Birth |
| Race | : | White(E) |
| Ethnic Group | : | Not Assoc with any Group |
| Religion | : | No Religious Preference |
| HOR - City | : | BETHLEHEM |
| HOR - State | : | PA    **Country** :    US    **Zip:** |

### DEPENDENTS INFORMATION

| | | |
|---|---|---|
| No. of Depn. | : | 2 |
| Primary | : | Spouse and 1 Child |
| Secondary | : | No dependent parents |
| Arrival Date | : | 11/01/2005 |
| On Station Nbr | : | Not Sponsored / Overseas |
| Fmly Care Plan | : | |
| Res. In Hsehold | : | 1 |

### EDUCATION

| | | |
|---|---|---|
| Education Certif | : | High School Diploma |
| Education Years | : | 12 |
| ASVAB Test ID | : | ASV B 01E |
| AFQT Score | : | 55 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GS/GI: | 61 | NO/AR: | 52 | MC : | 56 | AI : | 0 |
| AR/NO: | 51 | CS/SP: | 0 | EI/GS: | 56 | SONAR: | 0 |
| WK/AD: | 51 | AS/MK: | 56 | VE/SI: | 50 | RADAR: | 0 |
| PC/WK: | 50 | MK/EI: | 56 | DLAB : | 666 | ETST : | 0 |

| NAME (Last, First Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| ANDERSON,DANIEL | ████ | 32 |

The data contained herein is protected by the Privacy Act of 1974. All measures required to protect this information should be taken.
Official NSIPS/ESR Form printed this date: 10/23/2018

AR 3530

## MEMBER DATA SUMMARY

### UNIVERSITY DATA

| College Name | Degree Attained | Major | Months Attended | Last Yr Attended |
|---|---|---|---|---|
| | | | | |

### SERVICE SCHOOLS

| Course Code | Course Title | Course Length | | Completion Date |
|---|---|---|---|---|
| 00C7 | JOINT NETWORK ATTACK COURSE | 26 | Days | 11/25/2013 |
| 652X | CMD TRN TEAM INDOCTRINATION | 4 | Days | 04/15/2011 |
| UR51 | PO2 SELECTEE LEADERSHIP COUR | 1 | Days | 12/09/2009 |
| 639G | BASIC DIGITAL NETWORK ANALYS | 47 | Days | 07/27/2009 |
| 00C9 | CTN CLASS A SCHOOL | 26 | Days | 06/04/2009 |
| N1CF | IT MOD04–COMMUNICATIONS HRDW | 1 | Days | 02/10/2008 |
| N1D0 | IT MOD 05–COMMS CENTER OPS | 1 | Days | 02/10/2008 |
| N1CC | INF SYS TCH TRG SR MD 2-CMP | 1 | Days | 02/09/2008 |
| N1CD | IT MOD 03–NETWORK COMMS | 1 | Days | 02/09/2008 |
| N1CB | IT MOD 01–ADMIN & SECURITY | 1 | Days | 02/04/2008 |
| N168 | EQUAL OPPORTUNITY IN THE NAV | 1 | Days | 04/22/2007 |
| N215 | MRPO THIRD & SECOND CLASS | 1 | Days | 04/22/2007 |
| 551H | ABH REFR AMPHIB | 5 | Days | 12/08/2006 |
| N13D | AVIATION MAINTENANCE RATINGS | 1 | Days | 09/07/2006 |
| 626D | ABH A1 | 31 | Days | 03/10/2006 |
| 00FV | AVIATION FUNDAMENTALS | 8 | Days | 01/26/2006 |
| 5387 | SHBD ACFF | 1 | Days | 01/11/2006 |
| 636N | PFM | 2 | Days | 01/09/2006 |
| 3804 | NAVY STU INDOC | 2 | Days | 01/05/2006 |
| 6387 | RTC BMT | 63 | Days | 12/29/2005 |

### SERVICE COLLEGE

| College Cd Jr/Sr | Brd. Selected Jr/Sr | Yr Elig Jr/Sr | Status Cd Jr/Sr | Program Code |
|---|---|---|---|---|
| | | | | |

### PERSONNEL QUALIFICATION STANDARDS

| Station# | Title | Completion Date |
|---|---|---|
| 43901 301 | ENLISTED SURFACE WARFARE SPECIALIST (ESWS) COMMON CORE | 11/27/2008 |
| 43901-4 301 | ESWS UNIT SPECIFIC FOR LHD CLASS | 11/27/2008 |
| 43397-D 306 | PETTY OFFICER OF THE WATCH (POOW) | 11/12/2008 |
| 43119-J 301 | BASIC DAMAGE CONTROL (DC) COMMUNICATIONS | 09/26/2008 |
| 43119-J 305 | BASIC CHEMICAL, BIOLOGICAL, AND RADIOLOGICAL (CBR) DEFENS | 09/26/2008 |
| 43119-J 304 | FIRE WATCH STANDER | 09/26/2008 |
| 43119-J 303 | BASIC FIREFIGHTING | 09/26/2008 |
| 43119-J 302 | BASIC FIRST AID | 09/26/2008 |
| 43119-J 308 | TEAM LEADER | 06/05/2008 |
| 43119-J 307 | ADVANCED DAMAGE CONTROL (DC) | 05/30/2008 |
| 43397-D 305 | MESSENGER OF THE WATCH (MOOW) | 03/14/2008 |
| 43902-16 301 | EAWS UNIT SPECIFIC FOR LPH/LHA/LHD/ MCS AVIATION CLASS | 03/10/2008 |
| 43119-J 306 | BASIC DAMAGE CONTROL (DC) | 10/15/2007 |
| 43241-H 302 | REPAIR PARTS/SUPPLY PETTY OFFICER | 11/17/2006 |
| 43523-B 301 | CRAFTSMAN | 11/01/2006 |
| 43434-1C 305 | TOWER OPERATOR | 10/19/2006 |
| 43434-1C 307 | SPOTTING DOLLY OPERATOR | 10/10/2006 |
| 43119-I 301 | BASIC DAMAGE CONTROL (DC) COMMUNICATIONS | 07/31/2006 |
| 43119-I 306 | BASIC DAMAGE CONTROL (DC) | 07/31/2006 |
| 43119-I 305 | BASIC CHEMICAL, BIOLOGICAL, AND RADIOLOGICAL (CBR) DEFENS | 07/31/2006 |
| 43119-I 304 | FIRE WATCH STANDER | 07/31/2006 |
| 43119-I 303 | BASIC FIREFIGHTING | 07/31/2006 |
| 43119-I 302 | BASIC FIRST AID | 07/31/2006 |
| 43119-I 301 | BASIC DAMAGE CONTROL (DC) COMMUNICATIONS | 07/30/2006 |

| NAME (Last, First Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| ANDERSON,DANIEL | ███████ | 32 |

The data contained herein is protected by the Privacy Act of 1974. All measures required to protect this information should be taken.
Official NSIPS/ESR Form printed this date: 10/23/2018

## MEMBER DATA SUMMARY

| | | |
|---|---|---|
| 43119-I 306 | BASIC DAMAGE CONTROL (DC) | 07/30/2006 |
| 43119-I 305 | BASIC CHEMICAL, BIOLOGICAL, AND RADIOLOGICAL (CBR) DEFENS | 07/30/2006 |
| 43119-I 304 | FIRE WATCH STANDER | 07/30/2006 |
| 43119-I 303 | BASIC FIREFIGHTING | 07/30/2006 |
| 43119-I 302 | BASIC FIRST AID | 07/30/2006 |
| 43241-H 301 | MAINTENANCE PERSON | 06/11/2006 |
| 43434-1C 304 | AIRCRAFT ELEVATOR OPERATOR | 06/08/2006 |
| 43434-1C 303 | CONFLAGRATION STATION OPERATOR | 05/23/2006 |
| 43434-1C 302 | SOUND-POWERED TELEPHONE TALKER/OPERATOR | 05/20/2006 |
| 43434-1C 301 | CHOCK AND CHAIN HANDLER | 05/17/2006 |
| 43426-0A 302 | LHA/LHD/MCS FLIGHT DECK OBSERVER | 05/14/2006 |
| 43426-0A 302 | LHA/LHD/MCS FLIGHT DECK OBSERVER | 05/13/2006 |

## FOREIGN LANGUAGE PROFICIENCY

| | | |
|---|---|---|
| **Foreign Language** | : | ENGLISH |
| **Proficiency Source** | : | ENGLISH |
| **Evaluation Method** | : | Self-Appraisal |
| **Evaluation Date** | : | 11/01/2005 |

| Listening | Reading |
|---|---|
| Speaking | Writing |

## CONTRACT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **CED** | : | 10/16/2015 | | | |
| **EAOS** | : | | **Soft EAOS** | : | |
| **EREN** | : | 10/15/2021 | **Soft EREN** | : | 10/15/2021 |
| **EDLN Reason Cd** | : | | **EDLN** | : | |
| **ENCORE CREO Dt** | : | | **FORMAN Appr Dt** | : | 11/14/2009 |

## NEC HISTORY

| NEC | Effective Date | Grade Limit | Priority |
|---|---|---|---|
| 9305 | 07/01/2009 | A | 4 |
| 0000 | 12/01/2005 | 2 | 1 |
| 9760 | 12/01/2005 | 2 | 1 |

## WARFARE QUALIFICATIONS HISTORY

| Designator | Effective Date | Platform | Qual/Revoke |
|---|---|---|---|
| D | 07/23/2010 | | |
| S | 11/27/2008 | | |
| A | 03/13/2008 | LHA | QUAL |

| DESIGNATOR HISTORY | | SUBSPECIALTY HISTORY |
|---|---|---|
| **Designator** | **Effective Date** | **Subspecialty** |

| BSC HISTORY | | | AQD HISTORY | |
|---|---|---|---|---|
| **BSC** | **BSC Date** | **UIC** | **AQD** | **Effective Date** |

## ADDITIONAL DUTY BSC HISTORY

| ADDU BSC | Report Date | Detach Date | UIC |
|---|---|---|---|

| NAME (Last, First Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| ANDERSON,DANIEL | ███████ | 32 |

The data contained herein is protected by the Privacy Act of 1974. All measures required to protect this information should be taken.
Official NSIPS/ESR Form printed this date: 10/23/2018

AR 3532



## MEMBER DATA SUMMARY

### PREVIOUS MILITARY SERVICE

| | |
|---|---|
| **Service Branch** | : |
| **Service Branch 2** | : |
| **Service Branch 3** | : |
| **Service From Date** | : |
| **Service High Gr/Rank** | : |
| **Service Months** | : 0 |

### PROMOTION HISTORY

| Rank/Rate | Grade | Rank Date | Rate Change Authority | TIR Date | Rate Chg Type |
|---|---|---|---|---|---|
| AR | E01 | 11/01/2005 | | 11/01/2005 | |
| AA | E02 | 12/30/2005 | Other Rate/Rating Change | 01/01/2006 | Advancement |
| ABHAA | E02 | 12/30/2005 | | 01/01/2006 | |
| AA | E02 | 11/01/2005 | | 11/01/2005 | |
| ABHAN | E03 | 03/10/2006 | Other Rate/Rating Change | 03/01/2006 | Advancement |
| ABH3 | E04 | 09/16/2007 | Examination - NETPMSA | 07/01/2007 | Advancement |
| CTN3 | E04 | 09/16/2007 | Other Rate/Rating Change | 07/01/2007 | Lateral Chang |
| CTN2 | E05 | 02/16/2010 | Examination - NETPMSA | 01/01/2010 | Advancement |
| CTN2 | E05 | 07/20/2017 | | 07/20/2017 | Reduction |
| CTN1 | E06 | 12/16/2013 | Examination - NETPMSA | 07/01/2013 | Advancement |

| | | | |
|---|---|---|---|
| **SPOT Promotion Grd** | : | **DOR-SPOT Promotion** | : |
| **Permanent Grd** | : | **Promotion Status** | : |
| **Promotion Stat FY1** | :     **Promotion Stat FY2** : | **Promotion Stat FY3** | : |
| **Precedence Grp** | : | **Precedence Yr Grp** | : |
| **Precedence No.** | : | **Prec. No.- Inactive** | : |
| **Cmd Screen Results** | : | | |

| NAME (Last, First Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| ANDERSON,DANIEL | ███████ | 32 |

The data contained herein is protected by the Privacy Act of 1974. All measures required to protect this information should be taken.
Official NSIPS/ESR Form printed this date: 10/23/2018

AR 3533



# TRAINING EDUCATION AND QUALIFICATION HISTORY

## CIVILIAN EDUCATION

| YEARS EDUCATION | EDUCATION CERTIFICATION |
|---|---|
| 12 | L    High School Diploma |

| DEGREE | SCHOOL | MAJOR | COMPLETED |
|---|---|---|---|
| | | | |

## SPECIAL QUALIFICATION TEST SCORES

| NAPT CD | NAPT SCORE | AFQT | DLAB | SONAR | RADAR | ETST |
|---|---|---|---|---|---|---|
| | 0 | 55 | 666 | 0 | 0 | 0 |

## RECORD OF OFF-DUTY EDUCATION, VOC/TECH TRAINING AND CORRESPONDENCE COURSES

| TITLE | SCHOOL/NAVEDTRA NUMBER | COMPLETED | GRADE | LENGTH | |
|---|---|---|---|---|---|
| INTRODUCTORY PROGRAMMING | UNIVERSITY OF MARYLAND | 08 10/2014 | P | 3 | Semstr Hrs |
| INTRODUCTION TO PROBLEM SOLV | UNIVERSITY OF MARYLAND | 07/ 3/2014 | P | 3 | Semstr Hrs |
| INTRODUCTORY ALGEBRA | UNIVERSITY OF MARYLAND | 07/13/2014 | W | 3 | Semstr Hrs |
| INTRO PROB SOLVING ALG DESIG | UNIVERSITY OF MARYLAND | 08/18/2013 | P | 3 | Semstr Hrs |
| LINUX SYSTEM ADMINISTRATION | UNIVERSITY OF MARYLAND | 08/18/2013 | B | 3 | Semstr Hrs |
| ECONOMICS IN THE INFORMATION | UNIVERSITY OF MARYLAND | 07/07/2013 | B | 3 | Semstr Hrs |
| FUNDAMENTALS OF WRITING AND | UNIVERSITY OF MARYLAND | 07/07/2013 | P | 3 | Semstr Hrs |
| PRINCIPLES AND STRATEGIES OF | UNIVERSITY OF MARYLAND | 07/07/2013 | W | 3 | Semstr Hrs |
| INTRODUCTION TO RESEARCH | UNIVERSITY OF MARYLAND | 07/07/2013 | A | 1 | Semstr Hrs |
| FOUNDATIONS OF ONLINE LEARNI | AMERICAN MILITARY UNIVE | 04/25/2010 | P | 3 | Semstr Hrs |
| PROFICIENCY IN WRITING | AMERICAN MILITARY UNIVE | 04/25/2010 | P | 3 | Semstr Hrs |

## NAVY SERVICE SCHOOLS/MILITARY TRAINING EDUCATION COURSES

| TITLE | SCHOOL | COMPLETED | GRADE | LENGTH | | NEC |
|---|---|---|---|---|---|---|
| JOINT NETWORK ATTACK COURSE | A-531-0031 | 11/25/2013 | P | 26 | Days | |
| CMD TRN TEAM INDOCTRINATION | A-050-0001 | 04/15/2011 | P | 4 | Days | |
| PO2 SELECTEE LEADERSHIP COUR | CPPD | 12/09/2009 | P | 1 | Days | |
| BASIC DIGITAL NETWORK ANALYS | A-531-0035 | 07/27/2009 | P | 47 | Days | |
| CTN CLASS A SCHOOL | A-150-0036 | 06/04/2009 | P | 26 | Days | |
| IT MOD04-COMMUNICATIONS HRDW | 14226A | 02/10/2008 | 3.6 | 1 | Days | |
| IT MOD 05--COMMS CENTER OPS | 14226 | 02/10/2008 | 3.5 | 1 | Days | |
| INF SYS TCH TRG SR MD 2-CMP | 14223 | 02/09/2008 | 3.5 | 1 | Days | |
| IT MOD 03--NETWORK COMMS | 14224 | 02/09/2008 | 3.4 | 1 | Days | |
| IT MOD 01--ADMIN & SECURITY | 14222 | 02/04/2008 | 3.4 | 1 | Days | |
| EQUAL OPPORTUNITY IN THE NAV | 14082 | 04/22/2007 | 3.7 | 1 | Days | |
| MRPO THIRD & SECOND CLASS | 14504 | 04/22/2007 | 3.6 | 1 | Days | |

| NAME (Last  First Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| ANDERSON,DANIEL | ███████ | USNR |

NAVPERS 1070/881 (REV 8-2010)

FOR OFFICAL USE ONLY - PRIVACY SENSITIVE
Official NSIPS/ESR Form printed this date: 10/23/2018

AR 3534

## TRAINING EDUCATION AND QUALIFICATION HISTORY

| | | | | | |
|---|---|---|---|---|---|
| ABH REFR AMPHIB | C-604-2027 | 12/08/2006 | P | 5 | Days |
| AVIATION MAINTENANCE RATINGS | 14022 | 09/07/2006 | 3.5 | 1 | Days |
| ABH A1 | C-822-2010 | 03/10/2006 | P | 31 | Days |
| AVIATION FUNDAMENTALS | C-100-2021 | 01/26/2006 | P | 8 | Days |
| SHBD ACFF | J-495-0413 | 01/11/2006 | P | 1 | Days |
| PFM | A-950-0080 | 01/09/2006 | P | 2 | Days |
| NAVY STU INDOC | A-950-0006 | 01/05/2006 | P | 2 | Days |
| RTC BMT | A-950-0001 | 12/29/2005 | P | 63 | Days |

## OTHER TRAINING COURSES/INSTRUCTIONS COMPLETED

| TITLE | LOCATION | COMPLETED | LENGTH | |
|---|---|---|---|---|
| DOD CYBER AWARENESS CHALLENG | DOD-IC-IAA-V15.0 | 05/07/2018 | 1 | Days |
| DOD CYBER AWARENESS CHALLENG | DOD-IAA-V15.0 | 04/24/2018 | 1 | Days |
| OPERATIONAL RISK MANAGEMENT | CPPD-GMT-ORMTC-1.0 | 01/22/2018 | 1 | Days |
| ANTITERRORISM LVL I AWARENES | CENSECFOR-AT-010-1.0 | 12/04/2017 | 1 | Days |
| DON ANNUAL PRIVACY TRAINING | DON-PRIV-1.0 | 12/04/2017 | 1 | Days |
| UNCLE SAMS OPSEC | NIOC-USOPSEC-2.0 | 11/16/2017 | 1 | Days |
| RECORDS MANAGEMENT IN THE DO | DOR-RM-010-1.2 | 11/16/2017 | 1 | Days |
| COMB TRFKNG IN PERS (CTIP) C | DOD-CTIP-2.0 | 11/16/2017 | 1 | Days |
| NCIS CNTR INTEL/INSIDER THRE | DON-CIAR-1.0 | 11/16/2017 | 1 | Days |
| THE ACTIVE SHOOTER | CNIC-TRTAS-1.1 | 10/25/2017 | 1 | Days |
| DOD CYBER AWARENESS CHALLENG | DOD-IC-IAA-V14.0 | 10/19/2017 | 1 | Days |
| INDV-MANAGING YOUR RISK | CPPD-ORM-MYR-1.0 | 07/31/2017 | 1 | Days |
| UNCLE SAMS OPSEC | NIOC-USOPSEC-2.0 | 07/31/2017 | 1 | Days |
| RECORDS MANAGEMENT IN THE DO | DOR-RM-010-1.2 | 07/31/2017 | 1 | Days |
| SEXUAL HEALTH/RESPONSIBILITY | CPPD-GMT-SHR-1.0 | 07/31/2017 | 1 | Days |
| ENERGY GMT | OPNAV-GMTE-1.0 | 07/31/2017 | 1 | Days |
| COMB TRFKNG IN PERS (CTIP) C | DOD-CTIP-2.0 | 07/31/2017 | 1 | Days |
| FULL SPEED AHEAD (FSA) CF CE | NETC-FSA-CF-CERT | 03/21/2017 | 1 | Days |
| INDV-MANAGING YOUR RISK | CPPD-ORM-MYR-1.0 | 03/15/2017 | 1 | Days |
| THE ACTIVE SHOOTER | CNIC-TRTAS-1.1 | 01/13/2017 | 1 | Days |
| FIRE PREVT & PORT EXTINGUISH | ESAMS-1024 | 01/05/2017 | 1 | Days |
| THE ACTIVE SHOOTER | CNIC-TRTAS-1.1 | 02/22/2016 | 1 | Days |
| INDV-MANAGING YOUR RISK | CPPD-ORM-MYR-1.0 | 02/01/2016 | 1 | Days |
| FIRE PREVT & PORT EXTINGUISH | ESAMS-1024 | 02/01/2016 | 1 | Days |
| PERSONALLY IDENT INFO - PII | DOD-PII-2.0 | 12/16/2015 | 1 | Days |
| ANTITERRORISM LVL I AWARENES | CENSECFOR-AT-010-1.0 | 12/16/2015 | 1 | Days |
| SEXUAL HEALTH/RESPONSIBILITY | CPPD-GMT-SHR-1.0 | 12/09/2015 | 1 | Days |
| DOMESTIC VIOLENCE | CPPD-GMT-DV-1.0 | 01/08/2015 | 1 | Days |
| PERSONALLY IDENT INFO - PII | DOD-PII-2.0 | 01/08/2015 | 1 | Days |
| INT NAVY FRATERNIZATION POLI | CPPD-GMT-INFP-1.0 | 01/08/2015 | 1 | Days |
| COMB TRFKNG IN PERS (CTIP) C | DOD-CTIP-1.0 | 01/08/2015 | 1 | Days |
| FIRE PREVT & PORT EXTINGUISH | ESAMS-1024 | 01/08/2015 | 1 | Days |
| OPERATIONAL RISK MANAGEMENT | CPPD-GMT-ORMTC-1.0 | 01/08/2015 | 1 | Days |
| ANTITERRORISM LVL I AWARENES | CENSECFOR-AT-010-1.0 | 01/08/2015 | 1 | Days |
| BYSTANDER INTERVENTION CERT | CPPD-BI2F-CF-CERT | 01/07/2015 | 1 | Days |
| INTEL SYS SEC AWARE IC-ISSA5 | DOD-IC-ISSA-5.0 | 08/28/2014 | 1 | Days |
| DIVERSITY ALL-HANDS TRAINING | CPPD-GMT-DAHT-1.0 | 02/28/2014 | 1 | Days |
| DOMESTIC VIOLENCE | CPPD-GMT-DV-1.0 | 02/28/2014 | 1 | Days |

| NAME (Last First Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| ANDERSON,DANIEL | ███████ | USNR |

NAVPERS 1070/881 (REV 8-2010)

FOR OFFICAL USE ONLY - PRIVACY SENSITIVE
Official NSIPS/ESR Form printed this date: 10/23/2018

AR 3535

## TRAINING EDUCATION AND QUALIFICATION HISTORY

| | | | | |
|---|---|---|---|---|
| INTRO TO ANGER MANAGEMENT | CPPD-GMT-IAM-1.0 | 02/28/2014 | 1 | Days |
| SEXUAL HLTH PROM DECKPLATES | CPPD-GMT-SHPDS-1.0 | 02/28/2014 | 1 | Days |
| ANTITER LVI-MIL/CIV CONUS | CENSECFOR-AT-CONUS-2.0 | 02/28/2014 | 1 | Days |
| RECORDS MANAGEMENT IN THE DO | DOR-RM-010-1.1 | 02/28/2014 | 1 | Days |
| INTRO NAVYS DRUG ABUSE POLIC | CPPD-GMT-INDAP-1.0 | 02/28/2014 | 1 | Days |
| INT NAVY FRATERNIZATION POLI | CPPD-GMT-INFP-1.0 | 02/28/2014 | 1 | Days |
| INTRO TOBACCO CESSATION POLI | CPPD-GMT-INTCP-1.0 | 02/28/2014 | 1 | Days |
| COMB TRFKNG IN PERS (CTIP) C | DOD-CTIP-1.0 | 02/28/2014 | 1 | Days |
| OPERATIONAL RISK MANAGEMENT | CPPD-GMT-ORMTC-1.0 | 02/28/2014 | 1 | Days |
| DOD IC CYBER AWARENESS | ERRORDOD-IC-IAA-V12.0 | 02/28/2014 | 1 | Days |
| PERSONALLY IDENT INFO - PII | DOD-PII-2.0 | 02/27/2014 | 1 | Days |
| UNCLE SAMS OPSEC | NIOC-USOPSEC-2.0 | 02/27/2014 | 1 | Days |
| FIRE PREVT & PORT EXTINGUISH | ESAMS-1024 | 01/06/2014 | 1 | Days |
| DIVERSITY ALL-HANDS TRAINING | CPPD-GMT-DAHT-1.0 | 06/20/2013 | 1 | Days |
| DOMESTIC VIOLENCE | CPPD-GMT-DV-1.0 | 06/20/2013 | 1 | Days |
| INTRO TO NAVY POLICY ON HAZI | CPPD-GMT-INPH-1.0 | 06/20/2013 | 1 | Days |
| UNCLE SAMS OPSEC | NIOC-USOPSEC-2.0 | 06/20/2013 | 1 | Days |
| INT NAVY FRATERNIZATION POLI | CPPD-GMT-INFP-1.0 | 06/20/2013 | 1 | Days |
| OPERATIONAL RISK MANAGEMENT | CPPD-GMT-ORMTC-1.0 | 06/20/2013 | 1 | Days |
| DIVERSITY ALL-HANDS TRAINING | CPPD-GMT-DAHT-1.0 | 05/16/2013 | 1 | Days |
| INDV-MANAGING YOUR RISK | CPPD-ORM-MYR-1.0 | 05/16/2013 | 1 | Days |
| OCCUP REPROD HAZ AWARE | ESAMS-1242 | 05/16/2013 | 1 | Days |
| ATFP LVL1 AWR TRNG SMBRS CON | CANSF-ATFP-CONUS-1.0 | 05/09/2013 | 1 | Days |
| DOD CYBER AWARENESS CHALLENG | DOD-IAA-V11.0 | 04/08/2013 | 1 | Days |
| INTEL SYS SEC AWARE IC-ISSA5 | DOD-IC-ISSA-5.0 | 03/22/2013 | 1 | Days |
| TRAFF IN PERS GENL AWARE TRN | JKDDC-TIP-2.0 | 03/01/2013 | 1 | Days |
| NAVY RES FUND ACTIVE DUTY CR | NAVRESFOR-NRF-3.0 | 02/07/2013 | 1 | Days |
| PERSONALLY IDENT INFO - PII | DOD-PII-2.0 | 01/25/2013 | 1 | Days |
| ERGONOMIC AWARENESS TRAINING | ESAMS-0371 | 12/26/2012 | 1 | Days |
| FIRE PREVT & PORT EXTINGUISH | ESAMS-1024 | 12/26/2012 | 1 | Days |
| HAZCOM INITIAL TRAINING | ESAMS-1169 | 12/26/2012 | 1 | Days |
| SAF ORIEN SUPV CNRF/CNRNE/CN | ESAMS-1077 | 12/17/2012 | 1 | Days |
| NAVY FALL PROTECTION | ESAMS-1259 | 12/17/2012 | 1 | Days |
| ALCOHOL&DRUG ABUSE MGRS/SUPV | S-501-0120 | 09/14/2012 | 1 | Days |
| NAVY PRIDE AND PROFESSIONALI | CPPD-NPP-1.0 | 09/12/2012 | 1 | Days |
| PO1 SELECTEE LEADERSHIP COUR | CPPD-LEAD09-003 | 09/05/2012 | 1 | Days |
| DIVERSITY ALL-HANDS TRAINING | CPPD-GMT-DAHT-1.0 | 08/10/2012 | 1 | Days |
| TRAFF IN PERS GENL AWARE TRN | JKDDC-TIP-2.0 | 08/10/2012 | 1 | Days |
| SUPV-MANAGING YOUR TEAMS RIS | CPPD-ORM-MYTR-1.0 | 02/23/2012 | 1 | Days |
| DOD INFO ASSURANCE AWARENESS | DOD-IAA-V10.0 | 02/10/2012 | 1 | Days |
| INDV-MANAGING YOUR RISK | CPPD-ORM-MYR-1.0 | 02/01/2012 | 1 | Days |
| FY07 GMT UNIT 3.1 SEXUAL HAR | CPPD-GMT-EOSHGP-1.0 | 12/08/2011 | 1 | Days |
| PERSONALLY IDENT INFO - PII | DOD-PII-V1 | 12/05/2011 | 1 | Days |
| INTRO TO ANGER MANAGEMENT | CPPD-GMT-IAM-1.0 | 11/03/2011 | 1 | Days |
| ATFP LVL1 AWR TRNG SMBRS | CANSF-ATFP-CONUS-1.0 | 10/19/2011 | 1 | Days |

| NAME (Last First Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| ANDERSON,DANIEL | ██████████ | USNR |

NAVPERS 1070/881 (REV 8-2010)

FOR OFFICAL USE ONLY - PRIVACY SENSITIVE
Official NSIPS/ESR Form printed this date: 10/23/2018

AR 3536

## TRAINING EDUCATION AND QUALIFICATION HISTORY

| | | | | |
|---|---|---|---|---|
| CON | | | | |
| DIVERSITY ALL-HANDS TRAINING | CPPD-GMT-DAHT-1.0 | 09/30/2011 | 1 | Days |
| SEXUAL ASSAULT VICTIM INTRVN | CPPD-GMT10-025 | 08/17/2011 | 1 | Days |
| INTRO TO STRESS MANAGEMENT | CPPD-GMT-OSCNS-1.0 | 08/05/2011 | 1 | Days |
| CODE OF CONDUCT - LEVEL A | CPPD-GMT-COCLA-1.0 | 07/18/2011 | 1 | Days |
| PERS FIN MGT-MONEY MANAGEMEN | CPPD-GMT10-026 | 06/03/2011 | 1 | Days |
| INDV-MANAGING YOUR RISK | CPPD-ORM-MYR-1.0 | 05/12/2011 | 1 | Days |
| INTRO TO SUICIDE PREVENTION | CPPD-GMT08-013 | 03/04/2011 | 1 | Days |
| ATFP LVL1 AWR TRNG SMBRS CON | CANSF-ATFP-CONUS-1.0 | 01/25/2011 | 1 | Days |
| DOD INFO ASSURANCE AWARENESS | DOD-IAA-V9.0 | 01/19/2011 | 1 | Days |
| PERS FIN MGT-MONEY MANAGEMEN | CPPD-GMT10-026 | 12/03/2010 | 1 | Days |
| PERSONALLY IDENT INFO - PII | DOD-PII-V1 | 11/16/2010 | 1 | Days |
| TRAFF IN PERS BASIC AWARE TR | JKDDC-TIP-1 | 11/16/2010 | 1 | Days |
| FY07 GMT UNIT 3.1 SEXUAL HAR | CPD-GMT07-031 | 11/05/2010 | 1 | Days |
| ALCOHOL MISUSE ENABLING | CPPD-GMT09-023 | 11/05/2010 | 1 | Days |
| MSF MIL SPORTBIKE RIDER COUR | ESAMS-2359 | 11/04/2010 | 1 | Days |
| MSF TRNG BASIC (BRC)OR EQUIV | ESAMS-0244 | 10/20/2010 | 1 | Days |
| INTRO TO STRESS MANAGEMENT | CPPD-GMT-OSCNS-1.0 | 10/01/2010 | 1 | Days |
| SEXUAL ASSAULT VICTIM INTRVN | CPPD-GMT10-025 | 10/01/2010 | 1 | Days |
| ATFP LVL1 AWR TRNG SMBRS CON | CANSF-ATFP-CONUS-1.0 | 09/20/2010 | 1 | Days |
| DIVERSITY ALL-HANDS TRAINING | CPPD-GMT-DAHT-1.0 | 08/24/2010 | 1 | Days |
| INTRO TO STRESS MANAGEMENT | CPPD-GMT-OSCNS-1.0 | 08/06/2010 | 1 | Days |
| PERS FIN MGT-MONEY MANAGEMEN | CPPD-GMT10-026 | 08/06/2010 | 1 | Days |
| CODE OF CONDUCT - LEVEL A | CPPD-GMT-COCLA-1.0 | 06/25/2010 | 1 | Days |
| FY07 GMT UNIT 3.1 SEXUAL HAR | CPD-GMT07-031 | 06/15/2010 | 1 | Days |
| FY07 GMT UNIT 3.1 SEXUAL HAR | CPD-GMT07-031 | 06/04/2010 | 1 | Days |
| SEXUAL ASSAULT VICTIM INTRVN | CPPD-GMT10-025 | 06/04/2010 | 1 | Days |
| ALCOHOL MISUSE ENABLING | CPPD-GMT09-023 | 04/23/2010 | 1 | Days |
| DRIVING FOR LIFE | CPD-DFL-01 | 04/15/2010 | 1 | Days |
| PERS FIN MGT-MONEY MANAGEMEN | CPPD-GMT10-026 | 03/01/2010 | 1 | Days |
| ALCOHOL MISUSE ENABLING | CPPD-GMT09-023 | 02/09/2010 | 1 | Days |
| PERSONALLY IDENT INFO - PII | DOD-PII-V1 | 01/14/2010 | 1 | Days |
| FY07 GMT UNIT 3.1 SEXUAL HAR | CPD-GMT07-031 | 01/04/2010 | 1 | Days |
| DOD INFO ASSURANCE AWARENESS | DOD-IAA-V8.0 | 12/04/2009 | 1 | Days |
| INTRO TO SUICIDE PREVENTION | CPPD-GMT08-013 | 11/30/2009 | 1 | Days |
| INTRO TO STRESS MANAGEMENT | CPPD-GMT09-009 | 11/04/2009 | 1 | Days |
| INTRO TO SUICIDE PREVENTION | CPPD-GMT08-013 | 10/23/2009 | 1 | Days |
| WHYS & HOWS SIGINT REPORTING | RPTG1011 | 10/14/2009 | 8 | Days |
| ATFP LVL1 AWR TRNG SMBRS CON | CANSF-ATFP-CONUS-1.0 | 10/13/2009 | 1 | Days |
| INTRO STRESS&SUICIDE AWARENE | CPPD-GMT09-024 | 09/14/2009 | 1 | Days |
| DOD INFO ASSURANCE AWARENESS | DOD-IAA-V7.0 | 09/14/2009 | 1 | Days |
| ATFP LVL1 AWR TRNG SMBRS CON | CANSF-ATFP-CONUS-1.0 | 09/14/2009 | 1 | Days |
| ORM ALL NAVY ESSNTLS LDRS CR | CNET11969 | 09/14/2009 | 1 | Days |
| ALCOHOL MISUSE ENABLING | CPPD-GMT09-023 | 09/14/2009 | 1 | Days |
| INTRO TO NAVY POLICY ON HAZI | CPPD-GMT09-015 | 07/30/2009 | 1 | Days |
| PERSONALLY IDENT INFO (PII) | DOD-PII-V1 | 07/30/2009 | 1 | Days |

| NAME (Last    First Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| ANDERSON,DANIEL | | USNR |

NAVPERS 1070/881 (REV 8-2010)

## TRAINING EDUCATION AND QUALIFICATION HISTORY

| | | | | |
|---|---|---|---|---|
| TRAFF IN PERS BASIC AWARE TR | JKDDC-TIP-1 | 07/30/2009 | 1 | Days |
| UNPLANNED PREGNANCY PREVENTI | CPPD-GMT09-012 | 07/30/2009 | 1 | Days |
| EO - RELIGIOUS ACCOMMODATION | CPPD-GMT09-014 | 07/30/2009 | 1 | Days |
| LAW OF WAR | CPPD-GMT09-019 | 07/30/2009 | 1 | Days |
| DIVERSITY ALL-HANDS TRAINING | CPPD-GMT07-001 | 07/29/2009 | 1 | Days |
| CODE OF CONDUCT - LEVEL A | CPPD-GMT09-003 | 07/29/2009 | 1 | Days |
| INTRO TO STRESS MANAGEMENT | CPPD-GMT09-009 | 07/29/2009 | 1 | Days |
| INTRO TO ANGER MANAGEMENT | CPPD-GMT09-010 | 07/29/2009 | 1 | Days |
| PERSONAL FINANCIAL MANAGEMEN | CPPD-GMT09-022 | 07/29/2009 | 1 | Days |
| OPERATIONAL RISK MANAGEMENT | CPPD-GMT09-016 | 07/29/2009 | 1 | Days |
| DOMESTIC VIOLENCE | CPPD-GMT09-020 | 07/29/2009 | 1 | Days |
| DRIVING FOR LIFE | CPD-DFL-01 | 07/27/2009 | 1 | Days |
| MSF TRNG BASIC (BRC)OR EQUIV | ESAMS-0244 | 03/13/2009 | 1 | Days |
| FINAN MGT: INVENT CSTNG/DEPR | CNET11977 | 08/19/2008 | 1 | Days |
| TRAFF IN PERS BASIC AWARE TR | JKDDC-TIP-1 | 08/15/2008 | 1 | Days |
| INTRO SEXUAL CONDUCT POLICY | CPPD-GMT08-011 | 06/17/2008 | 1 | Days |
| INTRO TO SUICIDE PREVENTION | CPPD-GMT08-013 | 06/17/2008 | 1 | Days |
| OPS SECURITY NEXT GENERATION | CPPD-GMT08-017 | 06/17/2008 | 1 | Days |
| PHYSICAL READINESS PREP PRT | CPPD-GMT08-018 | 06/17/2008 | 1 | Days |
| SEXUAL ASSAULT RESP & PREV | CPPD-GMT08-021 | 06/17/2008 | 1 | Days |
| INTRODUCTION TO UNIX | 78920_ENG | 05/26/2008 | 1 | Days |
| LEVEL B - CODE OF CONDUCT | CPD-LEVELB-1.0 | 12/01/2007 | 1 | Days |
| CPD-LVLB-1.0  LVL B- CD COND | CPD-LEVELB-1.0 | 12/01/2007 | 1 | Days |
| CMD DELIVERED PO INDOC | CRS-526 | 09/16/2007 | 1 | Days |
| LEVEL B - CODE OF CONDUCT | CPD-LEVELB-1.0 | 06/28/2007 | 1 | Days |
| PREPARING A STANDARD NAVAL L | CNET11456 | 03/31/2007 | 1 | Days |
| CMD ASSESSMENT TEAM INDOC CR | CNET9210 | 03/31/2007 | 1 | Days |
| FORGING SHARED TEAM OP VALUE | CNET11456 | 03/31/2007 | 1 | Days |
| UNIX: THE USER ENVIRONMENT | CNET9210 | 03/31/2007 | 1 | Days |
| DOD INFO ASSURANCE AWARENESS | DOD-IAA-V2.0 | 02/27/2007 | 1 | Days |
| ORM ALL NAVY FUNDAMENTALS | CNET11977 | 12/22/2006 | 1 | Days |
| DOD INFO ASSURANCE AWARENESS | DOD-IAA-V2.0 | 08/31/2006 | 1 | Days |
| DRIVING FOR LIFE | CPD-DFL-01 | 08/12/2006 | 1 | Days |
| OPTIMIZ FILE SIZES W/IMAGRDY | CPD-DFL-01 | 08/12/2006 | 1 | Days |
| LEVEL B - CODE OF CONDUCT | CPD-LEVELB-1.0 | 07/05/2006 | 1 | Days |

---

### PQS

| DATE | PQS  TATION# | PQS TITLE |
|---|---|---|
| 11/27/2008 | 43901 301 | ENLISTED SURFACE WARFARE SPECIALIST (ESWS) COMMON CORE |
| 11/27/2008 | 43901 4 301 | ESWS UNIT SPECIFIC FOR LHD CLASS |
| 11/12/2008 | 43397-D 306 | PETTY OFFICER OF THE WATCH (POOW) |
| 09/26/2008 | 43119-J 301 | BASIC DAMAGE CONTROL (DC) COMMUNICATIONS |
| 09/26/2008 | 43119-J 302 | BASIC FIRST AID |
| 09/26/2008 | 43119-J 303 | BASIC FIREFIGHTING |
| 09/26/2008 | 43119-J 304 | FIRE WATCH STANDER |
| 09/26/2008 | 43119-J 305 | BASIC CHEMICAL, BIOLOGICAL, AND RADIOLOGICAL (CBR) DEFENSE |
| 06/05/2008 | 43119-J 308 | TEAM LEADER |

---

| NAME (Last  irst Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| ANDERSON,DANIEL | ███████ | USNR |

NAVPERS 1070/881 (REV 8-2010)

FOR OFFICAL USE ONLY - PRIVACY SENSITIVE
Official NSIPS/ESR Form printed this date: 10/23/2018

AR 3538

# TRAINING EDUCATION AND QUALIFICATION HISTORY



| 05/30/2008 | 43119-J 307 | ADVANCED DAMAGE CONTROL (DC) |
| 03/14/2008 | 43397-D 305 | MESSENGER OF THE WATCH (MOOW) |
| 03/10/2008 | 43902-16 301 | EAWS UNIT SPECIFIC FOR LPH/LHA/LHD/ MCS AVIATION CLASS |
| 10/15/2007 | 43119-J 306 | BASIC DAMAGE CONTROL (DC) |
| 11/17/2006 | 43241-H 302 | REPAIR PARTS/SUPPLY PETTY OFFICER |
| 11/01/2006 | 43523-B 301 | CRAFTSMAN |
| 10/19/2006 | 43434-1C 305 | TOWER OPERATOR |
| 10/10/2006 | 43434-1C 307 | SPOTTING DOLLY OPERATOR |
| 07/31/2006 | 43119-I 301 | BASIC DAMAGE CONTROL (DC) COMMUNICATIONS |
| 07/31/2006 | 43119-I 302 | BASIC FIRST AID |
| 07/31/2006 | 43119-I 303 | BASIC FIREFIGHTING |
| 07/31/2006 | 43119-I 304 | FIRE WATCH STANDER |
| 07/31/2006 | 43119-I 305 | BASIC CHEMICAL, BIOLOGICAL, AND RADIOLOGICAL (CBR) DEFENSE |
| 07/31/2006 | 43119-I 306 | BASIC DAMAGE CONTROL (DC) |
| 07/30/2006 | 43119-I 301 | BASIC DAMAGE CONTROL (DC) COMMUNICATIONS |
| 07/30/2006 | 43119-I 302 | BASIC FIRST AID |
| 07/30/2006 | 43119-I 303 | BASIC FIREFIGHTING |
| 07/30/2006 | 43119-I 304 | FIRE WATCH STANDER |
| 07/30/2006 | 43119-I 305 | BASIC CHEMICAL, BIOLOGICAL, AND RADIOLOGICAL (CBR) DEFENSE |
| 07/30/2006 | 43119-I 306 | BASIC DAMAGE CONTROL (DC) |
| 06/11/2006 | 43241-H 301 | MAINTENANCE PERSON |
| 06/08/2006 | 43434-1C 304 | AIRCRAFT ELEVATOR OPERATOR |
| 05/23/2006 | 43434-1C 303 | CONFLAGRATION STATION OPERATOR |
| 05/20/2006 | 43434-1C 302 | SOUND-POWERED TELEPHONE TALKER/OPERATOR |
| 05/17/2006 | 43434-1C 301 | CHOCK AND CHAIN HANDLER |
| 05/14/2006 | 43426-0A 302 | LHA/LHD/MCS FLIGHT DECK OBSERVER |
| 05/13/2006 | 43426-0A 302 | LHA/LHD/MCS FLIGHT DECK OBSERVER |

OFFICIAL RECORD COPY

| NAME (Last, First Middle) | | UMBER | BRANCH AND CLASS |
| ANDERSON,DANIEL | | | USNR |

NAVPERS 1070/881 (REV 8-2010)

FOR OFFICAL US ▮ - PRIVACY SENSITIVE
Official NSIPS/ESR Form ▮rinted this date: 10/23/2018

# AWARDS RECORD



| AWARD NAME | AWARD NUMBER | DATE OF AWARD | AUTHORITY | ADV POINTS |
|---|---|---|---|---|
| National Defense Service Medal | 1st | 11/01/2005 - 11/01/2005 | SECNAV | 0.00 |
| GW-Terrorism Service Medal | 1st | 05/11/2006 - 05/11/2006 | SECNAVINST 1650 H | 0.00 |
| Navy "E" Ribbon | 1st | 04/11/2006 - 12/31/2006 | USS ESSEX | 0.00 |
| Navy/MC Overseas Svc Ribbon | 1st | 04/11/2006 - 04/10/2007 | SECNAV | 0.00 |
| Sea Service Deployment Ribbon | 1st | 04/11/2006 - 04/10/2007 | SE NAV | 0.00 |
| Good Conduct Medal Active | 1st | 11/01/2005 - 10/31/2008 | SECNAVINST 1650.1H | 2.00 |
| Navy/MC Achievement Medal | 1st | 04/01/2006 - 04/13/2009 | OTHER | 2.00 |
| Meritorious Unit Commendation | 1st | 09/01/2008 - 04/30/2010 | S CNAVINST 1650.1H | 0.00 |
| Good Conduct Medal Active | 2nd | 11/01/2008 - 10/31/2011 | SECNAVINST 1650.1H | 2.00 |
| Navy/MC Achievement Medal | 2nd | 03/01/2011 - 02/28/2 12 | OTHER | 2.00 |
| Navy/MC Achievement Medal | 3rd | 07/01/2009 - 05/31 2012 | OTHER | 2.00 |
| Good Conduct Medal Active | 3rd | 11/01/201 10/31/2014 | SECNAVINST 1650.1H | 2.00 |
| Navy/MC Achievement Medal | 4th | 08/01 2012 - 08/ 6/2016 | OTHER | 2.00 |

| NAME (LAST, FIRST MIDDLE) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| ANDER ON,DANIEL | ███ | USN |

The data contained herein is protected by the Privacy Act of 1974. All measures required to protect this information should be taken.

AR 3540

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) ANDERSON, DANIEL D | | | 2. Rate CTN2 | 3. Desig IW/SW | 4. SSN |
|---|---|---|---|---|---|

| 5. ACT X | FTS | INACT | AT/ADSW/ 265 | 6. UIC 37700 | 7. Ship/Station CYBERSTRKACT 63 | | 8. Promotion Status REGULAR | 9. Date Reported 16SEP15 |
|---|---|---|---|---|---|---|---|---|

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic | 11. Detachment of Individual  X | 12. Promotion/ Frocking | 13. Special | 14. From: 18MAR16 | 15. To: 18OCT19 |

| 16. Not Observed Report | Type of Report 17. Regular  X | 18. Concurrent | 20. Physical Readiness W | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) YUSKO, D B | 23. Grade CDR | 24. Desig 1810 | 25. Title CO | 26. UIC 37700 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Provide and deploy trained personnel, expertise, and equipment to conduct Offensive and Defensive Cyberspace Operations in support of U.S. Cyber Command (USCYBERCOM) and the Cyber National Mission Force (CNMF) Defend the Nation (DTN) missions.

**29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)**
SUPPORT DIV    COMMAND SUPPORT DIV-7.  Provides support of grounds maintenance, building upkeep, and support to several highly visible Cryptologic Warfare Group SIX (CWG-6) and CSA-63 command programs and events.  PFA: 18-1.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

**PERFORMANCE TRAITS:** 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro- gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application.  NOB | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. | | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time.  X | | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. |
| 34. QUALITY OF WORK: Standard of work; value of end product.  NOB | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. | | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently.  X | | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community.  NOB | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy.  X | | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values.  NOB | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT.  X | | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work.  NOB | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. | | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility.  X | | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. |

AR 3541

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| ANDERSON, DANIEL D | CTN2 | IW/SW | |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results.  NOB | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. | - | -Reinforces others' efforts, meets commitments to team. -Understands goals, employs good teamwork techniques. -Accepts and offers team direction.   X | - | -Team builder, inspires cooperation and progress. -Focuses goals and techniques for teams. -The best at accepting and offering team direction. |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals.   NOB | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. | - | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful, realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment.   X | - | -Inspiring motivator and trainer, subordinates reach highest level of growth and development. -Superb organizer, great foresight, develops process improvements and efficiencies. -Leadership achievements dramatically further command mission and vision. -Perseveres through the toughest challenges and inspires others. -Exceptional communicator. -Makes subordinates safety-conscious, maintains top safety record. -Constantly improves the personal and professional lives of others. |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits.   3.00 | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific)   NONE | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.   *[signature]*   Date: 19OCT18   SPRAGUE, T L, ISC(IW/AW) |
|---|---|---|

**43. COMMENTS ON PERFORMANCE:** * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

Submitted upon member's voluntary separation due to medical conditions.

- SELFLESS MENTOR.  Trained 13 Sailors for 26 hours on evaluation writing and formatting, reviewing and correcting evaluations before final processing to the chain of command.

- DEDICATED INSTRUCTOR.  Developed quarterly training plan for department to increase heritage and military advancement knowledge for 35 Sailors.  Facilitated 12 hours of department General Military Training including Brilliant on the Basics topics, Trafficking in Persons, Anti-Terrorism/Force Protection, and Counter-Intelligence awareness.

- WARFARE SME.  Provided 23 hours of Enlisted Information Warfare Specialist (EIWS) training to 19 personnel contributing to the completion of EIWS books 1 and 2 Personnel Qualification Standards and testing.

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.

COMPLETED:  Transition, Goals, Plans, and Success program.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended X   Recommended |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | X | | | | 48. Reporting Senior Address COMMANDING OFFICER CYBERSTRKACT 63 9800 SAVAGE RD, SUITE 6235 FT MEADE, MD 20755-6585 |
| 46. SUMMARY | | 0 | 1 | 0 | 0 | 0 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against the performance standards and have provided written explanation to support the marks 1.0 and 5.0.   *[signature]*   Date: 19OCT18   HOWELL, D J, LT | 50. Signature of Reporting Senior   *[signature]* CDR/CO   Summary Group Average:  3.00   Date: 18OCT18 |
|---|---|

| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."   I intend to submit a statement. ☐   I do not intend to submit a statement. [DDA]   *[signature]* Daniel Anderson   Date: 19OCT18 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report     Date: |
|---|---|

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

AR 3542

Standard Form 180 (Rev. 11/2015) (Page 1)
Prescribed by NARA (36 CFR 1233.18 (d))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029  Expires 04/30/2018

# REQUEST PERTAINING TO MILITARY RECORDS

Requests from veterans or deceased veteran's next-of-kin may be submitted online by using eVetRecs at http://www.archives.gov/veterans/military-service-records/
To ensure the best possible service, please thoroughly review the accompanying instructions before filling out this form. PLEASE PRINT LEGIBLY OR TYPE BELOW.

## SECTION I - INFORMATION NEEDED TO LOCATE RECORDS (Furnish as much information as possible.)

| 1. NAME USED DURING SERVICE (last, first, full middle) | 2. SOCIAL SECURITY NO. | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|
| Anderson, Daniel, Dennis | | 1985 | RIVERSIDE, CALIFORNIA |

**5. SERVICE, PAST AND PRESENT** *(For an effective records search, it is important that ALL service be shown below.)*

| | BRANCH OF SERVICE | DATE ENTERED | DATE RELEASED | OFFICER | ENLISTED | SERVICE NUMBER (If unknown, write "unknown") |
|---|---|---|---|---|---|---|
| a. ACTIVE | USN-US Navy | 11/01/05 | 10/19/18 | ☐ | ☑ | UNKNOWN |
| b. RESERVE | - | | | ☐ | ☐ | |
| c. STATE NATIONAL GUARD | - | | | ☐ | ☐ | |

**6. IS THIS PERSON DECEASED?** ☑ NO  ☐ YES - *MUST provide Date of Death if veteran is deceased:* _____

**7. DID THIS PERSON RETIRE FROM MILITARY SERVICE?** ☑ NO  ☐ YES

## SECTION II - INFORMATION AND/OR DOCUMENTS REQUESTED

**1. CHECK THE ITEM(S) YOU ARE REQUESTING:**

☑ **DD Form 214 or equivalent.** Year(s) in which form(s) issued to veteran: _____

This form contains information normally needed to verify military service. A copy may be sent to the veteran, the deceased veteran's next-of-kin, or other persons or organizations, if authorized in Section III, below. An UNDELETED DD214 is ordinarily required to determine eligibility for benefits. If you request a DELETED copy, the following items will be blacked out: authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and, for separations after June 30, 1979, character of separation and dates of time lost.
*An UNDELETED copy will be sent UNLESS YOU SPECIFY A DELETED COPY by checking this box:* ☐ I want a DELETED copy.

☑ **Medical Records** Includes Service Treatment Records, Health (outpatient) and Dental Records. *IF HOSPITALIZED (inpatient) the FACILITY NAME and DATE (month and year) for EACH admission MUST be provided:* _____

☑ **Other** (Specify): Please include ALL documents in my OMPF; do NOT send an extract.

**2. PURPOSE:** (Providing information about the purpose of the request is strictly voluntary; however, it may help to provide the best possible response and may result in a faster reply. Information provided will in no way be used to make a decision to deny the request.)

☑ Benefits (explain) ☐ Employment ☐ VA Loan Programs ☐ Medical ☐ Genealogy ☐ Correction ☐ Personal ☐ Other (explain)

Explain here: benefits claim assistance

## SECTION III - RETURN ADDRESS AND SIGNATURE

**1. REQUESTER NAME:** DANIEL ANDERSON

**2.** ☑ I am the MILITARY SERVICE MEMBER OR VETERAN identified in Section I. above.

☐ I am the DECEASED VETERAN'S NEXT-OF-KIN *(MUST submit Proof of Death. See item 2a on instruction sheet.)*

_____ (Relationship to deceased veteran)

☐ I am the VETERAN'S LEGAL GUARDIAN *(MUST submit copy of Court Appointment)* or AUTHORIZED REPRESENTATIVE *(MUST submit copy of Authorization Letter or Power of Attorney)*

☐ OTHER _____ (Specify type of Other)

**3. SEND INFORMATION/DOCUMENTS TO:**
*(Please print or type. See item 4 on accompanying instructions.)*

National Veterans Legal Services Program
Name

1600 K Street NW, Suite 500
Street

Washington     DC     20006
City          State   Zip Code

*• This form is available at http://www.archives.gov/veterans-military-service-records/standard-form-180.pdf on the National Archives and Records Administration (NARA) web site. •*

**4. AUTHORIZATION SIGNATURE:** I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section III is true and correct and that I authorize the release of the requested information. *(See items 2a or 3a on accompanying instruction sheet. Without the Authorization Signature of the veteran, next-of-kin of deceased veteran, veteran's legal guardian, authorized government agent, or other authorized representative, only limited information can be released unless the request is archival. No signature is required if the request if for archival records.)*

Signature Required - Do not print _____ Date _____

Daytime phone _____    Fax Number _____

Email address _____@GMAIL.COM

AR 3543

RECEIVED DEC 13 2018



**NVLSP**
NATIONAL VETERANS LEGAL SERVICES PROGRAM

December 5, 2018

7017 3040 0001 1295 8082
Navy Personnel Command (PERS-313)
5720 Integrity Drive
Millington, TN 38055-3120

Reference:    Daniel Anderson
              Social Security Number: ███████

Subject:      **Request for Copy of Military Records (Personnel Records)**

To Whom It May Concern:

This is a request for documents under the Privacy Act, 5 U.S.C. § 552a; and 38 C.F.R. §§ 1.577 (2015) on behalf of veteran Daniel Anderson. Please find enclosed a copy of a Privacy Act Waiver and a Standard Form 180 signed by Daniel Anderson. *See* Privacy Act Waiver, executed on 12/5/2018 and Standard Form 180, executed on 12/5/2018.

I hereby request a copy of all documents contained in Daniel Anderson's military records file inclusive of all documents specified in the attached Standard Form 180. The documentation should include the undeleted DD Form 214 and all miscellaneous documents in the OMPF. Daniel Anderson was separated from the Navy on 10/19/2018. Please do **NOT send an extract of the records.**

**\*\*PER THE SF-180, MEDICAL RECORDS HAVE BEEN REQUESTED AND SENT TO THE APPROPRIATE OFFICE; THIS IS A REQUEST FOR PERSONNEL RECORDS ONLY\*\***

I prefer a paperless option; information sent via electronic delivery with login information or on a disc with password is encouraged. Please forward the requested information directly to me at the following address:
*Lawyers Serving Warriors c/o NVLSP*
*Attn: Dorrie Popovski*
*1600 K Street, NW, Suite 500*
*Washington, DC 20006*

I am requesting these documents in order for our organization to assist Daniel Anderson with an application for disability benefits.

Please respond to this request within twenty (20) business days. If fulfillment of this request will result in fees, please discontinue processing this request and send correspondence with the amount in advance. Please contact me at dorrie@nvlsp.org if there are any questions. Thank you very much for your assistance.

Sincerely,

*Dorrie Popovski*

Dorrie Popovski
Intake Specialist

Enclosures

RECEIVED DEC 1 3 2018

AR 3544

# PRIVACY ACT WAIVER

In order to waive my rights under the Privacy Act, 5 U.S.C. 552a(b), and under any other federal or state law or regulation which controls access to my records, I give my prior written consent to the U.S. Department of Veterans Affairs (VA); U.S Departments of Defense, Army, Navy, Marine Corps, and Air Force; and any other public or private custodian of (including, but not limited to, hospitals, clinics, and current and former treating physicians), or agency that possesses or controls, my military personnel, military medical, VA claims file, VA medical, mental health, drug or alcohol treatment, Discharge Review Board, Board for Correction of Military or Naval Records, or Physical Disability Board of Review records and files, to disclose fully and promptly to National Veterans Legal Services Program employee **Dorrie Popovski**, and/or attorneys **Rochelle Bobroff, Patrick Berkshire, Katy Clemens, Christine Cote, Jill Davenport, Jenna A. Goldberg, Alexis Ivory, Ray Kim, Esther N. Leibfarth, Erin Mee, Caitlin Milo, Paul Schwen, David Sonenshine, Richard V. Spataro, Barton F. Stichman, Stacy Tromble, and Bernadette Valdellon**, and any agents, attorneys, legal interns or law clerks working under their supervision or any other person or law firm designated by any of the attorneys named above, any and all records, documents, or files that pertain to me which they may request.

If these records include information protected under 38 U.S.C. § 7332 about drug abuse, infection with human immunodeficiency virus (HIV), alcoholism or alcohol abuse or sickle cell anemia, I specifically consent to that disclosure as well.

Name: Anderson, Daniel
(Last, First, Middle Initial)

Date of Birth: 1985 ▮▮    Last 4 Digits of Social Security #: ▮▮
(YYYYMMDD)

VA Claims File # (if known): _____

Address: ▮▮▮ Glen Burnie, MD ▮▮
(Street, City, State and Zip Code)

Signature: _____    Today's Date: 20181205
(Please provide a handwritten signature)                          (YYYYMMDD)

OFFICIAL RECORD COPY

RECEIVED DEC 1 3 2018

AR 3545



**DEPARTMENT OF THE NAVY**
CYBER STRIKE ACTIVITY SIXTY THREE
FORT GEORGE G MEADE MARYLAND 20755-6585

1910
Ser N00L/098
24 Oct 18

From: Commanding Officer, Cyber Strike Activity SIXTY THREE
To:     Commander, Navy Personnel Command (PERS-832)

Subj:   CTN2 DANIEL ANDERSON, USN; REPORT OF ADMINISTRATIVE
        SEPARATION ████████████████████

Ref:    (a) MILPERSMAN 1910-600
        (b) MILPERSMAN 1910-120
        (c) CSA-63 ltr 1621 Ser N00L/008 of 2 Aug 17

Encl:   (1) CTN2 Daniel Anderson ltr of 20 Aug 18
        (2) NAVPERS 1070/613 of 29 Aug 18
        (3) NAVPERS 1070/613 of 26 Mar 18
        (4) DD-214 of 18 Oct 18

1.  Per reference (a), the following information is submitted:

    a.  Reason for processing:  Convenience of the Government – Physical or Mental Conditions, in accordance with reference (b).

    b.  Basic record data.  Active duty start date:  1 Nov 05; date of current enlistment:  16 Oct 15; Soft EAOS:  15 Oct 21; Hard EAOS:  15 Oct 21; race/ethnicity:  white; marital status and dependents:  single, none; months on board:  25; is member pending orders:  no; age:  33; total service:  12 years, 11 months active; participated in Montgomery GI Bill:  yes; specialized training:  Joint Network Attack Course

    c.  Involvement with civil authorities:  None

    d.  Summary of military and civilian offenses:  Commanding Officer's Nonjudicial Punishment (NJP) on 20 July 2017 for Violation of UCMJ Article 92 for Sexual Harassment. Reference (c) is the Report of NJP previously submitted to PERS-832.

    e.  Findings of the administrative board:  N/A

    f.  Recommendations of administrative board:  N/A

    g.  Type of discharge recommended by administrative board:  N/A

    h.  MILPERSMAN 1910-702 Screening requirements.

*FINISH FILE PERS 8352 FICHE*

19th OCT 2018
ttm
KPN

AR 3546

Subj:  CTN2 DANIEL ANDERSON, USN; REPORT OF ADMINISTRATIVE
       SEPARATION

       (1) Did member serve in an imminent danger zone in the 2-year period prior to notification of separation processing (If Yes, answer (2) and (3)):  No

       (2) Was member's record screened for PTSD/TBI as a contributing factor per MILPERSMAN 1910-702?  N/A

       (3) Was PTSD/TBI determined to be a contributing factor? N/A

    i.  Psychiatric, medical and/or PTSD/TBI evaluation complete or not applicable (as required):  N/A

    j.  Most recent NAVPERS 1070/613 (Rev. 07-06), Administrative Remarks Warning:  Given on 26 March 2018, enclosure (3).  Not related to reason for separation.

    k.  Comments of the Commanding Officer:  Per Enclosure (1), CTN2 Anderson requested separation due to medical conditions that do not amount to a disability and obviates potential for continued naval service.  His conditions included Irritable Bowel Syndrome-Diarrhea, Visceral Hypersensitivity, Major Depression Disorder, Generalized Anxiety Disorder, and Alcohol Use Disorder.  These conditions were documented by his clinical psychologist, his gastroenterologist, and his counselor.  These conditions, along with the recommendation for separation prior to the completion of his obligated service, were approved by his primary care manager and the Cryptologic Warfare Group SIX Authorized Medical Department Representative.  At the time of his request, CTN2 Anderson was scheduled for a Physical Evaluation Board (PEB).  He signed Enclosure (2), a Page 13 documenting that he understood that by making this request he was waiving this PEB and may not be eligible for any disability benefits.  Based on the documentation and recommendations provided, his conditions, while not amounting to a disability, are incompatible with his duties and continued service as a Sailor in the United States Navy and necessitated his separation prior to the conclusion of his obligated service.

    l.  Date, Reason, and Characterization of Discharge:  19 October 2018; Condition, Not a Disability; Honorable.  Enclosure (4) is the DD-214.

    m.  Point of contact:  LT Michael Pellittiere, USN; Fort Meade, MD; (667) 812-2206 (COMM); E-Mail:  mmpelli@nsa.gov.

D. B. YUSKO

AR 3547

20 Aug 18

From:  CTN2 Anderson Daniel, USN, XXX-X▮▮▮▮
To:      Commanding Officer, Cyber Strike Activity 63
Via:     Authorized Medical Department Representative, Cryptologic Warfare Group Six

Subj:  REQUEST FOR SEPARATION BASED ON PHYSICAL OR BEHAVIORAL
CONDITION(S) NOT AMOUNTING TO A DISABILITY

Ref:  (a) MILPERSMAN 1910-120

Encl:  (1) Primary Care Physician Memo, Walter Reed National Medical Center
          (2) Behavior Health Memo and Diagnoses, Walter Reed National Medical Center
          (3) Gastroenterology Memo, Capital Digestive Care
          (4) Gastroenterology Diagnoses, Capital Digestive Care
          (5) Addiction Treatment Service Memo, Walter Reed National Medical Center

1.  Per reference (a), I request separation based on the medical condition which I and or my
attending physician believe exists but does not amount to a disability per current Navy guidance.
The medical condition is Irritable Bowel Syndrome – Diarrhea (IBS-D), Visceral
hypersensitivity (VH), Major Depression Disorder(MDD), Generalized Anxiety Disorder (GAD)
and Alcohol Use Disorder (AUD) and is supported by enclosures (1-5).

2.  The following information is provided:

    a.  Active Duty Start Date: 01NOV05

    b.  Expiration of Service: 15OCT21

    c.  Date Reported Current Command: 15SEP16

    d.  Projected Rotation Date (PRD): 01SEP19

    e.  This medical condition did not exist upon my entry into Navy.

    f.  This medical condition was not the result of, or contributed to, my own misconduct.

    g.  A mishap/safety investigation was not conducted regarding this medical injury/problem.  If
conducted, attach as enclosure (2).

3.  Remarks:
        I am unable to complete my service obligations physically and mentally; which will be
demonstrated by the attached enclosures and these remarks. The attached enclosures include
doctors and counselor recommendations.  These remarks and enclosures represent the future
based on doctor recommendations and condition status.  All treatment avenues available by the
military have been exhausted for each major diagnosis.  In summary the following items prevent

AR 3548

me from completing my service obligations; Inability to participate in group PT and PRT. Mental health practitioners and command recommendations to hold my security clearance access. Non-deployable and not medically ready due to mental health, pain diagnoses and incontinence. Historical time out of work between March 2015 and June 2018 (a total of 845 business days) is approximately 150 full working days and 243 half-full days due to medical treatment. Additional time loss to the military is approximately 75 to 125 working days due to prolonged bathroom usage, late arrival and sitting in pain at my desk or work center.

IBS-D, VH, MDD, GAD and because of coping incorrectly with the above conditions AUD exist prior to 2015 but became exacerbated by additional stress, anxiety, inability to develop healthy coping, no continuity and inability to form proper social and personal relationships. IBS-D is primarily caused by anxiety, stress, food types and physical exertion. The daily life of the military adds layers of stress and anxiety; contributing to my irritable bowel syndrome being completely uncontrolled and unpredictable. The military Gastrointestinal Clinic (GI) has not been able to provide any effective treatments. It is difficult pretty much impossible to keep getting repeat authorization for civilian Gastrointestinal clinic follow ups. Tricare will not cover my pain medication prescription due to its formulary not including it; out of pocket cost is over 1200 USD. According to the VA medical examinations all conditions are not likely to improve in 12-36 months. Continued service will not only continue to exacerbate the conditions; but possibly result in death.

23 Aug 18

FIRST ENDORSEMENT on CTN2 Anderson ltr of 20 Aug 18

From:  Authorized Medical Department Representative, Cryptologic Warfare Group Six
To:     Commanding Officer, Cyber Strike Activity 63

Subj:   REQUEST FOR SEPARATION BASED ON PHYSICAL or BEHAVIORAL
CONDITION(S) NOT AMOUNTING TO A DISABILITY

1.  The purposes of this endorsement is to provide information for the Commanding Officer's
decision concerning the service member's medical status and separation request.

2.  From an Authorized Medical Department Representative (AMDR) perspective, although
CTN2 Anderson was found fit for continued service, he has requested voluntary administrative
separation due to his ongoing specialty care.

3.  I have reviewed available records and information from CTN2 Anderson's Primary Care
Manager and other specialists and concur with their recommendations to support his separation.

Caitlin Tallant, LT, USN, M.D.

**DEPARTMENT OF THE NAVY**
CYBER STRIKE ACTIVITY SIXTY THREE
FORT GEORGE G MEADE MARYLAND 20755-6585

1910
Ser N00L/071
6 Sep 18

SECOND ENDORSEMENT on CTN2 Anderson ltr of 20 Aug 18

From:  Commanding Officer, Cyber Strike Activity SIXTY THREE
To:    CTN2 Daniel D. Anderson, USN

Subj:  REQUEST FOR SEPARATION BASED ON PHYSICAL OR BEHAVIORAL
       CONDITION(S) NOT AMOUNTING TO A DISABILITY

1.  In reference to your request received on 30 August 2018, I support your request to separate and find the information in your paragraph 2 to be accurate. After review of the information submitted in your request, I have determined that no mishap/safety investigation is required nor enclosed.

2.  In accordance with your reference (a), I concur with the recommendations from the Authorized Medical Department Representative and those you included from your medical team. Based on submitted documentation, I find that your conditions, while not amounting to a disability, are incompatible with your duties and continued service as a Sailor in the United States Navy and necessitate your separation prior to the conclusion of your obligated service.

3.  Under separate correspondence, I am directing your separation.

D. B. YUSKO

OFFICIAL RECORD COPY



# General Internal Medicine Service

*Medical Home Team Bravo  (301) 295-7815 office; (301) 319-4712 fax*

21 Aug 18

From:  Mr. Paul Cauchon, PA-C, Primary Care Physician, Walter Reed National Medical Center
To:    Commanding Officer, Cyber Strike Activity 63

Subj:  Administrative Separation ICO: CTN2 Anderson Daniel, USN, XXX-XX ████

Ref:  (a) MILPERSMAN 1910-120

1.  Per reference (a), the purpose of this memorandum is to provide information concerning CTN2 Daniel Anderson's medical treatment.  I am the service member's Primary Care Manager. I coordinate his care and see him for routine medical concerns.

2.  From a primary care perspective, CTN2 Daniel Anderson is cleared for separation. He has been through the PEB→IDES process and was found fit for continued service but has requested voluntary administrative separation

3.  Petty Officer Anderson requires ongoing specialty care for Irritable Bowel Syndrome – Diarrhea, Visceral hypersensitivity, Major Depression Disorder and Generalized Anxiety Disorder.  He is eligible to pursue this care through the VA Medical System.

4.  I reviewed available records, letters from  Dr. William Stern, Gastroenterologist, and Dr. Sherin Paul, Psychologist, and discussed the matter at length with Petty Office Anderson. I concur with the specialist recommendations and support his separation.

Paul R. Cauchon, PA-C, CP
LCDR (ret) MSC USN
Team Bravo, Active Duty Clinic
General Internal Medicine, WRNMMC

(office  301 - 319 - 2348)

## Walter Reed National Military Medical Center Bethesda
## 8901 Wisconsin Avenue  Bethesda, MD 20889

Enclosure (1)



**Walter Reed
National Military
Medical Center**

**Sherin Paul Psy.D.**
Clinical Psychologist
Adult Behavioral Health Clinic - Outpatient
Walter Reed National Military Medical Center
(WRNMMC)
8901 Wisconsin Ave., Bethesda, MD 20889-5600

6 August 2018

TO:     CTN2 Anderson, Daniel Dennis ███

THRU: LCDR Rosa C. Grgurich, LCSW, Deputy Chief Adult Behavioral Health Clinic-
        Outpatient Service, WRNMMC     

SUBJECT:  Administrative Separation

1.  The purpose of this memorandum is to provide information concerning CTN2 Daniel
    Anderson's ability to continue to serve as a Cryptologic Networking Technician in the
    United States Navy from a behavioral health perspective.

2.  CTN2 Anderson has received behavioral health services at the Adult Outpatient
    Behavioral Health Clinic at Walter Reed National Military Medical Center since 04
    August 2014 and consistently on a weekly basis with this provider since 15 November
    2016. CTN2 Anderson was initially treated in 2014 for a diagnosis of Anxiety Disorder
    Not Other Wise Specified which was then revised to a diagnosis of Generalized Anxiety
    Disorder (GAD) in 2015. CTN2 Aderson also has a concurrent diagnosis of Major
    Depressive Disorder (MDD). Additionally, per available records, CTN2 Anderson also
    completed a 28-day inpatient program in March 2015 for a diagnosis of Alcohol Use
    Disorder and has maintained follow up outpatient treatment on this issue.

3.  Despite being found Fit for Duty and long term compliance with treatment
    recommendations CTN2 Anderson's GAD and MDD diagnoses cause him various
    symptoms that impair and limit his ability to serve in the military, including but not
    limited to the following: 1) consistent anxiety or depression affecting the ability to
    function independently, appropriately and effectively; 2) difficulty in adapting to
    stressful circumstances, including work or a work-like setting; 3) difficulty adapting to
    change; and 4) and difficulty developing healthy coping skills to manage life stressors.

4.  The above limitations prevent CTN2 Anderson from performing both his basic military
    duties and the duties of his rating.  As a Cryptologic Networking Technician, CTN2
    Anderson works daily in a stressful position that requires him to maintain complex
    Information Technology (IT) networks containing secure, classified information. CTN2
    Anderson's continued service would place at risk not only his mental health but also his
    sensitive work product, as his symptoms will likely continue to negatively interfere with
    his ability to efficiently, effectively, and accurately perform his duties.

This document may contain information covered under the Privacy Act, 5 USC522(a), and/or the Health Insurance Portability and Accountability
Act (PL104-191) and the various implementing regulations and must be protected in accordance with those provisions.

Enclosure (2)



**Walter Reed
National Military
Medical Center**

5. In my professional medical opinion, CTN2 Anderson's GAD and MDD diagnoses, individually and when taken together, leave him unable to safely and reliably perform the duties required of a service member in the United States Navy. CTN2 Anderson is therefore unable to meet his obligated service requirement.

6. Questions regarding this memo can be directed to the undersigned at (301) 295-0500 and/or sherin.paul.ctr@mail.mil .

Psy.D.

Sherin Paul, Psy.D.
Clinical Psychologist
WRNMMC



This document may contain information covered under the Privacy Act, 5 USC522(a), and/or the Health Insurance Portability and Accountability Act (PL104-191) and the various implementing regulations and must be protected in accordance with those provisions.

2                                           Enclosure (2)



**DEPARTMENT OF THE NAVY**
WALTER REED NATIONAL MILITARY MEDICAL CENTER
8901 WISCONSIN AVENUE
BETHESDA MARYLAND 20889-5600


IN REPLY REFER TO

1 June 2018

From: Chief, Department of Addiction Treatment Services (ATS), Walter Reed National
Military Medical Center (WRNMMC), 8901 Wisconsin Avenue, Bethesda, MD 20889

To: Whom It May Concern

SUBJECT: Statement of Program Progress for CT2 ANDERSON, Daniel (DOB: ████ 1985)

1. CT2 Anderson was a medical referral to Walter Reed National Military Medical Center
(WRNMMC) Addiction Treatment Services (ATS) on 19 July 2017 due to disclosing to his
behavioral health provider that he was using alcohol while taking prescribed psychotropic
medications.

2. The psychosocial assessment was completed on 25 July 2017 and it was determined that CT2
Anderson meets criteria for Alcohol Use Disorder, Severe based on DSM V standards.

3. CT2 Anderson has been tested regularly for abstinence via breathalyzers and urinalysis
testing. All tests have come back negative during his time in treatment.

4. CT2 Anderson was recommended to participate in a Level II (Intensive Outpatient) treatment
which he successfully completed on 22 November 2017.

5. Following completion of Level II treatment, CT2 Anderson was recommended to participate
in Level I treatment to include participation in Bill W. Group and Dialectical Behavioral Therapy
(DBT) Skills and Process Groups.

6. CT2 Anderson is currently participating in DBT Process Group.

7. CT2 Anderson is recommended to attend community recovery meetings and prognosis is fair
to good if CT2 Anderson attends those recovery meetings.

8. If you have any questions please contact Despina Hangemanole at (301) 400-1285 or the
undersigned at 301-400-1298.

9. This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or
the Health Insurance Portability and Accountability Act (PL 104-191) and its various
implementing regulations and must be protected in accordance with those provisions. Healthcare
information is personal and sensitive and must be treated accordingly. If this correspondence
contains healthcare information, it is being provided to you after appropriate authorization from
the patient or under circumstances that don't require patient authorization. You, the recipient, are
obligated to maintain it in a safe, secure and confidential manner. Redisclosure without
additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or
failure to maintain confidentiality subjects you to application of appropriate sanction. If you have

Enclosure (5)

SUBJECT: Statement of Program Progress for CT2 ANDERSON, Andrew (DOB ███████)

received this correspondence in error, please notify the sender at once and destroy any copies you have made.

James Hardin LCSW-C, MAC
Chief, Addiction Treatment
By direction of the Director

2

Enclosure (5)

ADMINISTRATIVE REMARKS
**NAVPERS 1070/613 (REV. 08-2012)** PREVIOUS EDITIONS ARE OBSOLETE    SUPPORTING DIRECTIVE MILPERSMAN 1070-320

SHIP OR STATION:

Cyber Strike Activity SIXTY THREE

| SUBJECT: | | ☐ PERMANENT | ☒ TEMPORARY |
|---|---|---|---|
| REQUEST FOR SEPARATION | | AUTHORITY *(IF PERMANENT)*: | |

29 AUG 18:

1. I have submitted a request for Separation by Reason of Convenience of the Government - Physical or Mental Conditions, per MILPERSMAN 1910-120, based on medical conditions that do not amount to a disability.

2. I understand that I have a Physical Evaluation Board (PEB) scheduled in September 2018 and that by requesting this separation, I am waiving the PEB. I understand that, by waiving the PEB, I may not be eligible for any disability benefits.

3. I understand that this is considered a voluntary separation; therefore, there are no separation pay entitlements and selective reenlistment bonus (SRB) will be recouped.

D. D. ANDERSON
CTN2        USN

Witnessed:

M. M. PELLITTIERE
LT        USN

ENTERED AND VERIFIED IN ELECTRONIC SERVICE RECORD:

| VERIFYING OFFICIAL RANK OR GRADE/TITLE: | DATE: | SIGNATURE OF VERIFYING OFFICIAL: | |
|---|---|---|---|
| NAME (LAST, FIRST, MIDDLE): | | SOCIAL SECURITY NUMBER: | BRANCH AND CLASS: |
| ANDERSON, DANIEL D | | XXX-XX | USN |

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE

AR 3557

OFFICIAL RECORD COPY

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 08-2012) PREVIOUS EDITIONS ARE OBSOLETE    SUPPORTING DIRECTIVE MILPERSMAN 1070-320

SHIP OR STATION:

Cyber Strike Activity SIXTY THREE

| SUBJECT: | ☒ PERMANENT | ☐ TEMPORARY |
|---|---|---|
| ADMINISTRATIVE COUNSELING/WARNING | AUTHORITY *(IF PERMANENT):* MILPERSMAN 1910-202 | |

26 MAR 18

1. The following deficiencies in your performance and/or conduct are identified: Violation of the UCMJ Article 92, Violation of a Lawful General Regulation as evidenced by CO's NJP on 20 July 2017.

2. The following are recommendations for corrective action:
Reduction to the next inferior paygrade (E-5)
Forfeiture of $1,606 per month for two months

3. Assistance is available through: your chain of command, the command chaplain, and Fleet and Family Support Center.

4. Any further deficiencies in your performance and/or conduct will terminate the reasonable period of time for rehabilitation that this counseling/warning entry provides and may result in disciplinary action and processing for administrative separation. All deficiencies or misconduct during your current enlistment, occurring before and after the date of this action will be considered. Subsequent violation of UCMJ, conduct resulting in civilian conviction, or deficient conduct or performance of duty could result in an administrative separation under Other Than Honorable Conditions.

5. This counseling/warning is made to afford you an opportunity to undertake the recommended corrective action.

6. This counseling/warning entry is based upon known deficiencies or misconduct. If any misconduct, unknown to the Navy, is discovered after this counseling/warning is executed, further counseling or administrative action may result.

D. B. YUSKO

-----------------------------------------------------------------
26 MAR 18: I hereby acknowledge the above NAVPERS 1070/613 entry and desire to (make a statement/not make a statement).

D. D. ANDERSON

Witnessed:

M. M. PELLITTIERE
Legal Officer

| ENTERED AND VERIFIED IN ELECTRONIC SERVICE RECORD: | | | |
|---|---|---|---|
| VERIFYING OFFICIAL RANK OR GRADE/TITLE: | DATE: | SIGNATURE OF VERIFYING OFFICIAL: | |
| NAME (LAST, FIRST, MIDDLE): ANDERSON, Daniel D | | SOCIAL SECURITY NUMBER: XXX-XX■■■ | BRANCH AND CLASS: USN |

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE

OFFICIAL RECORD COPY

AR 3558

OFFICIAL COPY

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) ANDERSON, DANIEL "NMN" | 2. DEPARTMENT, COMPONENT AND BRANCH NAVY-USN | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK CTN2 | b. PAY GRADE E5 | 5. DATE OF BIRTH (YYYYMMDD) 1985 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) NA |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY MECHANICSBURG PA | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) BETHLEHEM PA |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND CYBER STRIKE ACTIVITY 63 | b. STATION WHERE SEPARATED PERSUPPDET MEMPHIS |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED NA | 10. SGLI COVERAGE ☐ NONE AMOUNT: $400,000 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 0000 CTN - 0000 1YR 0MOS   X        X        X     X        X        X        X           X     X        X        X        X           X     X        X        X        X | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2005 | 11 | 01 |
| | b. SEPARATION DATE THIS PERIOD | 2018 | 10 | 19 |
| | c. NET ACTIVE SERVICES THIS PERIOD | 12 | 11 | 19 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 00 | 00 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 00 | 02 | 06 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2017 | 07 | 20 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) GW-TERRORISM SERVICE MEDAL (1);GOOD CONDUCT MEDAL ACTIVE (3);MERITORIOUS UNIT COMMENDATION (1);NATIONAL DEFENSE SERVICE MEDAL (1);NAVY "E" RIBBON (1);NAVY/MC ACHIEVEMENT MEDAL (4);NAVY/MC  "SEE REMARKS" | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) RTC BMT, 8 WKS, DEC05; AVIATION FUNDAMENTALS, 1 WKS, JAN06; ABH A1, 4 WKS, MAR06; ABH REFR AMPHIB, 1 WKS, DEC06; CTN CLASS A SCHOOL, 4 WKS, JUN09; BASIC DIGITAL NETWORK ANALYSIS, 7 WKS, JUL09; JOINT NETWORK ATTACK      "SEE REMARKS" |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | YES | | NO X |
|---|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | YES | | NO X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, year of commitment) | YES | | NO X |

| 16. DAYS ACCRUED LEAVE PAID   10.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | | NO X |
|---|---|---|---|---|

| 18. REMARKS SERIAL NUMBER: N2018102200062-0;TRANSACTION CODE: A;CONTACT INFORMATION AFTER SEPARATION: EMAIL               @GMAIL.COM PHONE               X        X        X           X        X BLK 13 CONT: OVERSEAS SVCRIBBON (1);SEA SERVICE DEPLOYMENT RIBBON (1);   X        X           X BLK 14 CONT: COURSE, 4 WKS, NOV13; CMD TRN TEAM INDOCTRINATION, 1 WKS, APR11   X           X X        X        X        X        X        X        X        X        X        X        X        X The information contained herein is subject to computer matching within the Department of Defense or any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |
|---|

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) GLEN BURNIE MD | b. NEAREST RELATIVE (Name and address - Include ZIP Code) LEXINGTON SC                     MD |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)   MD    OFFICE OF VETERANS AFFAIRS | YES X | NO |
|---|---|---|

| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | YES X | NO |
|---|---|---|

| 21a. MEMBER SIGNATURE Signature Unattainable | b. DATE (YYYYMMDD) 20181019 | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) WALDRON.MELISSA.BETH.118694883 Digitally signed by WALDRON.MELISSA.BETH.118694883 Date: 2018.10.22 15:33:56 -05'00' 8 GS7, Authorizing Official | b. DATE (YYYYMMDD) 20181022 |
|---|---|---|---|

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) |
|---|

| 23. TYPE OF SEPARATION Discharged | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY MILPERSMAN 1910-120 | 26. SEPARATION CODE KFV | 27. REENTRY CODE RE-3G |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION CONDITION, NOT A DISABILITY |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) TL - NONE | 30. MEMBER REQUESTS COPY 4 (Initials)   DDA |
|---|---|

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. | MEMBER - 4 |
|---|---|---|

AR 3559

10/14/AVW
DD 214 Sent

Service_Request_Information (012)
_____

Referral Request from:
NATIONAL PERSONNEL RECORDS CENTER
1 Archives Drive
St. Louis MO 63138


*****************************************************************
SERVICE REQUEST
*****************************************************************
SERVICE REQUEST #: 2-23394775265
HOW RECEIVED: Web
DESCRIPTION:


--------------------------------------------------------------------------
--------
REQUESTER INFORMATION:
--------------------------------------------------------------------------
--------
LAST NAME: ANDERSON
FIRST NAME: DANIEL
STREET: ███████████████
CITY: GLEN BURNIE
STATE: MD
POSTAL CODE: █████
PHONE: ████████████
FAX:
EMAIL: ████████@gmail.com
COMPANY:


--------------------------------------------------------------------------
--------
VETERAN INFORMATION:
--------------------------------------------------------------------------
--------
LAST NAME: MERWIN
FIRST NAME: DANIEL
MIDDLE NAME: █████
SSN: █████████
DATE OF BIRTH: ██████1985
DATE OF DEATH:
PLACE OF BIRTH: Riverside, Ca
BRANCH OF SERVICE: Navy

--------------------------------------------------------------------------
--------
SERVICE DETAILS

QA JC
10·15·2019

Page 1

AR 3560

Service_Request_Information (012)
--------------------------------------------------------------------------------
--------

SERVICE DETAIL - 1
BRANCH: Navy
COMPONENT: Active
DATE RELEASED: 10/2018
OFFICER/ENLISTED: Enlisted
SERVICE NUMBER: ██████████
SERVICE PERIOD:
--------------------------------------------------------------------------------
--------
DOCUMENTS REQUESTED
--------------------------------------------------------------------------------
--------

DOCUMENT REQUESTED - 1
BRANCH:  Navy
COMMENT:  UNDELETED
DOCUMENT REQUESTED:  Separation Document
TYPE:  Documents Requested
--------------------------------------------------------------------------------
--------
SERVICE REQUEST NOTES
--------------------------------------------------------------------------------
--------

NO NOTES FOUND

********************************************************************************

OFFICIAL RECORD COPY

9/30/2019

## Signature Verification

**Monday, September 30, 2019 10:44:46 AM CDT**

**Service Request Number:**

National Personnel Records Center

Military Personnel Records

1 Archives Drive

Saint Louis, MO 63138-1002

**2-23394775265**

**Attention:**                    **NPRC WEB**

**Service Request Number:**            **2-23394775265**

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the Information that I provided is true and correct.

**Requester is:    Veteran**

**Relationship:    Not Applicable**

_____ (Signature Required)

DANIEL ANDERSON
_____ (Print Name)

Please allow at least 90 days after you return the signature page before following-up on the status of your request. During that time, please do not resubmit your request as doing so will add further delay.

OFFICIAL RECORD COPY

AR 3562

1/2

IN THE MATTER OF

Daniel Dennis Merwin
(your current name)

FOR CHANGE OF NAME TO

Daniel Anderson
(new name)

• IN THE

• CIRCUIT COURT

• FOR

• ANNE ARUNDEL COUNTY

Civil No.: C-02-FM-17-825

## ORDER FOR CHANGE OF NAME

### 1. BASIS

The provisions of this order are based upon

[  ] An evidentiary hearing before a [  ] Judge [•] Master.

[X] A ruling by the court without a hearing.

### 2. ORDER

UPON CONSIDERATION of the Petition to Change Name filed in this matter, it is hereby

ORDERED that the name of Daniel Dennis Merwin be and the same is

changed to: Daniel Anderson

Signed 4/7/2017 11.29 AM

_____          _____
Date                        JUDGE                Judge Alison L. Asti

Filed 04-08-17 JB

I, Robert P. Duckworth, Clerk of the Circuit Court
for Anne Arundel County, hereby certify that this is
a true copy from the record in this court.
Witness the hand and act of the undersigned
this ____ day of _____ 20_17_

_Robert P. Duckworth_
Circuit ____ _____ _____ _____ _____

Page 1 of 1                    JO 12 - Revised 31 March 2008

OFFICIAL RECORD COPY

AR 3563